UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN HUGHES, et al., <br><br>       Plaintiffs, <br><br>    v. <br><br>APPLE, INC., <br><br>       Defendant. | Case No. 22-cv-07668-VC <br><br>**ORDER DENYING STIPULATION TO STAY ACTION AND CONTINUE CMC** <br><br>Re: Dkt. Nos. 34, 36 |

      The stipulated request to stay the action is denied. The plaintiffs have not adequately explained why it would be consistent with their duty to represent the proposed class members to delay the case for so long right at the outset. The matter can be discussed further at the upcoming case management conference on April 7, 2023. Apple need not respond to the amended complaint until some time after the conference.

      **IT IS SO ORDERED.**

Dated: March 29, 2023

_____
VINCE CHHABRIA
United States District Judge