TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MELODY E. WONG (CA SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268. 7522

JOCELYN E. GREER (*admitted pro hac vice*)
JGreer@mofo.com
MORRISON & FOERSTER LLP
250 W. 55th Street
New York, New York 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN HUGHES, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 3:22-cv-07668-VC<br><br>**NOTICE OF WITHDRAWAL OF MARK DAVID MCPHERSON**<br><br>Compl. Filed: December 5, 2022 |

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Mark David McPherson of Morrison & Foerster has withdrawn as attorney of record for Defendant Apple Inc. Defendant remains represented by Tiffany Cheung, Melody E. Wong, and Jocelyn E. Greer of Morrison & Foerster LLP. Accordingly, the withdrawal of Mr. McPherson from this matter will impose no delay of the case nor will it prejudice any party.

Dated: January 18, 2024

TIFFANY CHEUNG
MELODY E. WONG
JOCELYN E. GREER
MORRISON & FOERSTER LLP


By: */s/ Tiffany Cheung*
TIFFANY CHEUNG

Attorneys for Defendant
APPLE INC.