TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
GALIA Z. AMRAM (CA SBN 250551)
GAmram@mofo.com
MELODY E. WONG (CA SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

JOCELYN E. GREER (*admitted pro hac vice*)
JGreer@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

*Attorneys for Defendant*
*APPLE INC.*

Gillian L. Wade, State Bar No. 229124
gwade@mjfwlaw.com
Sara D. Avila, State Bar No. 263213
savila@mjfwlaw.com
Marc A. Castaneda, State Bar No. 299001
mcastaneda@mjfwlaw.com
MILSTEIN JACKSON FAIRCHILD & WADE, LLP
10990 Wilshire Blvd., 8th Floor
Los Angeles, California 90024
Tel: (310) 396-9600
Fax: (310) 396-9635

*Attorneys for Plaintiffs individually and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN HUGHES, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 3:22-cv-07668-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET DEADLINE FOR APPLE INC.'S ANSWER TO AMENDED COMPLAINT**<br><br>Judge: Honorable Vince Chhabria<br><br>Second Am. Compl. Filed: April 5, 2024 |

Pursuant to Civil Local Rule 6-2(a), Plaintiffs and Defendant Apple Inc. ("Apple"), by and through their attorneys of record, stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on December 5, 2022 (ECF No. 1), and before Apple's deadline to respond to the Complaint, Plaintiffs filed their First Amended Complaint ("FAC") on October 6, 2023 (ECF No. 46);

WHEREAS, Apple moved to dismiss Plaintiffs' FAC on October 27, 2023 (ECF No. 50);

WHEREAS, the Court granted in part and denied in part Apple's motion to dismiss Plaintiffs' FAC on March 15, 2024 and granted Plaintiffs leave to file any amended complaint on dismissed claims within 21 days of the Court's ruling (ECF Nos. 73, 74);

WHEREAS, Plaintiffs filed their Second Amended Complaint ("SAC") on April 5, 2024 (ECF No. 79);

WHEREAS, the parties have not previously proposed a deadline by which Apple must answer all non-dismissed claims in the SAC in any of their joint case management statements (*see, e.g.*, ECF Nos. 64, 68, 71, 75);

WHEREAS, at the Case Management Conference held on March 22, 2024, the Court set a briefing schedule for Apple's Motion to Dismiss Plaintiffs' SAC but did not set a deadline for Apple to file an Answer to non-dismissed claims (ECF No. 77);

WHEREAS, on May 10, 2024, Apple filed a motion to dismiss several of the claims asserted in the SAC (ECF No. 82);

WHEREAS, the parties met and conferred on May 9, 2024, and agreed, in light of the pending motion to dismiss and in the interests of efficiency, to set the deadline for Apple to file its answer to the operative complaint to the date 45 days after the Court issues a motion to dismiss order without leave to amend, or after any deadline for amendment set in a motion to dismiss order has passed without an amended complaint being filed (Declaration of Tiffany Cheung ("Cheung Decl.") ¶ 2);

WHEREAS, the parties have previously stipulated twice to extend Apple's deadline to respond to the complaint in this case (ECF Nos. 25, 35);

NOW THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that Apple's deadline to answer all non-dismissed claims in the SAC shall be 45 days after the Court issues a motion to dismiss order without leave to amend, or after any deadline for amendment set in a motion to dismiss order has passed without an amended complaint being filed.

Dated: May 22, 2024　　　　　　　　　Respectfully submitted,

                                              MORRISON & FOERSTER LLP
                                              TIFFANY CHEUNG
                                              GALIA Z. AMRAM
                                              MELODY E. WONG
                                              JOCELYN GREER

By: */s/ Tiffany Cheung*
      TIFFANY CHEUNG

Attorneys for Defendant
APPLE INC.

Dated: May 22, 2024　　　　　　　　　GILLIAN L. WADE
                                              MILSTEIN JACKSON
                                              FAIRCHILD & WADE, LLP

By: */s/ Gillian L. Wade*
      GILLIAN L. WADE

Attorneys for Plaintiffs
LAUREN HUGHES, et al.

## ECF ATTESTATION

I, Tiffany Cheung, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that Gillian L. Wade has concurred to this filing.

Dated: May 22, 2024                    MORRISON & FOERSTER LLP

*/s/ Tiffany Cheung*
TIFFANY CHEUNG

Attorneys for Defendant
APPLE INC.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the Court hereby orders that:

1. Apple's deadline to answer all non-dismissed claims in SAC shall be 45 days after this Court issues a motion to dismiss order without leave to amend to the SAC.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Vince Chhabria
United States District Court Judge