**WADE KILPELA SLADE LLP**
Gillian L. Wade, State Bar No. 229124
gwade@waykayslay.com
Sara D. Avila, State Bar No. 263213
sara@waykayslay.com
Marc A. Castaneda, State Bar No. 299001
marc@waykayslay.com
2450 Colorado Ave., Suite 100E,
Santa Monica, CA 90404
Telephone: (310) 667-7273
Facsimile: (424) 276-0473

Edwin J. Kilpela, Jr., *admitted pro hac vice*
ek@waykayslay.com
6425 Living Pl., Suite 200,
Pittsburgh, PA 15206
Telephone: (501) 417-6445
Facsimile: (424) 276-0473

David Slade, *admitted pro hac vice*
slade@waykayslay.com
1 Riverfront Place, Suite 745,
North Little Rock, AR 72114
Telephone: (501) 417-6445
Facsimile: (424) 276-0473

**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Mark A. Milstein, State Bar No. 155513
mmilstein@mjfwlaw.com
2450 Colorado Ave., Ste. 100E
Santa Monica, California 90404
Tel: (310) 396-9600
Fax: (310) 396-9635

**wh LAW**
Brandon Haubert, *admitted pro hac vice*
brandon@wh.law
Jessica Hall, *admitted pro hac vice*
jessica@wh.law
1 Riverfront Place, Suite 745
North Little Rock, AR 72114
Telephone: 501.891.6000
Facsimile: 501.222.3027

*Attorneys for Plaintiffs individually and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN HUGHES, *et al.*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>        vs.<br><br>APPLE, INC.,<br><br>    Defendant. | Case No. 3:22-cv-07668-VC<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION**<br><br>Dept.: Courtroom 4 – 17th Floor<br>Judge: Hon. Vince Chhabria<br><br>Compl. Filed: December 5, 2022 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that counsel for plaintiffs, formerly with Milstein Jackson Fairchild & Wade, LLP, wh LAW and Lynch Carpenter, LLP, have changed their law firm affiliation. Please direct all future pleadings and correspondence to them at the address shown below and revise your Service List accordingly:

**WADE KILPELA SLADE LLP**
Gillian L. Wade
gwade@waykayslay.com
Sara D. Avila
sara@waykayslay.com
Marc A. Castaneda
marc@waykayslay.com
2450 Colorado Ave., Suite 100E,
Santa Monica, CA 90404
Telephone: (501) 417-6445
Facsimile: (424) 276-0473

and

Edwin J. Kilpela, Jr.
ek@waykayslay.com
6425 Living Pl., Suite 200,
Pittsburgh, PA 15206
Telephone: (501) 417-6445
Facsimile: (424) 276-0473

and

David Slade
slade@waykayslay.com
1 Riverfront Place, Suite 745,
North Little Rock, AR 72114
Telephone: (501) 417-6445
Facsimile: (424) 276-0473

Dated: July 29, 2024

**WADE KILPELA SLADE LLP**

*/s/ Gillian L. Wade*

Gillian L. Wade
Sara D. Avila
Marc A. Castaneda
2450 Colorado Ave., Suite 100E,
Santa Monica, CA 90404
Tel: (501) 417-6445
gwade@waykayslay.com
sara@waykayslay.com
marc@waykayslay.com

Edwin J. Kilpela, Jr.
ek@waykayslay.com
6425 Living Pl., Suite 200,
Pittsburgh, PA 15206
Telephone: (501) 417-6445
Facsimile: (424) 276-0473

David Slade
slade@ waykayslay.com
1 Riverfront Place, Suite 745,
North Little Rock, AR 72114
Telephone: (501) 417-6445
Facsimile: (424) 276-0473

**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Mark A. Milstein
mmilstein@mjfwlaw.com
2450 Colorado Ave., Ste. 100E
Santa Monica, California 90404
Tel: (310) 396-9600
Fax: (310) 396-9635

**wh LAW**
Brandon Haubert
brandon@wh.law
Jessica Hall
jessica@wh.law
1 Riverfront Place, Suite 745
North Little Rock, AR 72114
Telephone: 501.891.6000
Facsimile: 501.222.3027

*Attorneys for Plaintiffs*