# Exhibit B

**ENGLISH**

**IMPORTANT: BY USING YOUR iPHONE, iPAD OR iPOD TOUCH ("iOS DEVICE"), YOU ARE AGREEING TO BE BOUND BY THE FOLLOWING TERMS:**

**A.     APPLE iOS SOFTWARE LICENSE AGREEMENT**
**B.     APPLE PAY SUPPLEMENTAL TERMS**
**C.     NOTICES FROM APPLE**

**APPLE INC.**
**iOS SOFTWARE LICENSE AGREEMENT**
**Single Use License**

**PLEASE READ THIS SOFTWARE LICENSE AGREEMENT ("LICENSE") CAREFULLY BEFORE USING YOUR iOS DEVICE OR DOWNLOADING THE SOFTWARE UPDATE ACCOMPANYING THIS LICENSE. BY USING YOUR iOS DEVICE OR DOWNLOADING A SOFTWARE UPDATE, AS APPLICABLE, YOU ARE AGREEING TO BE BOUND BY THE TERMS OF THIS LICENSE. IF YOU DO NOT AGREE TO THE TERMS OF THIS LICENSE, DO NOT USE THE iOS DEVICE OR DOWNLOAD THE SOFTWARE UPDATE.**

**IF YOU HAVE RECENTLY PURCHASED AN iOS DEVICE AND YOU DO NOT AGREE TO THE TERMS OF THE LICENSE, YOU MAY RETURN THE iOS DEVICE WITHIN THE RETURN PERIOD TO THE APPLE STORE OR AUTHORIZED DISTRIBUTOR WHERE YOU OBTAINED IT FOR A REFUND, SUBJECT TO APPLE'S RETURN POLICY FOUND AT https://www.apple.com/legal/sales_policies/.**

**1. General.**
(a) The software (including Boot ROM code, embedded software and third party software), documentation, interfaces, content, fonts and any data that came with your iOS Device ("Original iOS Software"), as may be updated or replaced by feature enhancements, software updates or system restore software provided by Apple ("iOS Software Updates"), whether in read only memory, on any other media or in any other form (the Original iOS Software and iOS Software Updates are collectively referred to as the "iOS Software") are licensed, not sold, to you by Apple Inc. ("Apple") for use only under the terms of this License. Apple and its licensors retain ownership of the iOS Software itself and reserve all rights not expressly granted to you. You agree that the terms of this License will apply to any Apple-branded app that may be built-in on your iOS Device, unless such app is accompanied by a separate license, in which case you agree that the terms of that license will govern your use of that app.

(b) Apple, at its discretion, may make available future iOS Software Updates. The iOS Software Updates, if any, may not necessarily include all existing software features or new features that Apple releases for newer or other models of iOS Devices.  The terms of this License will govern any iOS Software Updates provided by Apple, unless such iOS Software Update is accompanied by a separate license, in which case you agree that the terms of that license will govern.

(c) If you use the express setup feature to set up a new iOS Device based on your existing iOS Device, you agree that the terms of this License will govern your use of the iOS Software on your new iOS Device, unless it is accompanied by a separate license, in which case you agree that the terms of that license will govern your use of that iOS Software.

**2. Permitted License Uses and Restrictions.**
(a) Subject to the terms and conditions of this License, you are granted a limited non-exclusive license to use the iOS Software on a single Apple-branded iOS Device. Except as permitted in Section 2(b) below, and unless as provided in a separate agreement between you and Apple, this License does not allow the

iOS Software to exist on more than one Apple-branded iOS Device at a time, and you may not distribute or make the iOS Software available over a network where it could be used by multiple devices at the same time. This License does not grant you any rights to use Apple proprietary interfaces and other intellectual property in the design, development, manufacture, licensing or distribution of third party devices and accessories, or third party software applications, for use with iOS Devices. Some of those rights are available under separate licenses from Apple. For more information on developing third party devices and accessories for iOS Devices, please visit https://developer.apple.com/programs/mfi/. For more information on developing software applications for iOS Devices, please visit https://developer.apple.com.

(b) Subject to the terms and conditions of this License, you are granted a limited non-exclusive license to download iOS Software Updates that may be made available by Apple for your model of the iOS Device to update or restore the software on any such iOS Device that you own or control. This License does not allow you to update or restore any iOS Device that you do not control or own, and you may not distribute or make the iOS Software Updates available over a network where they could be used by multiple devices or multiple computers at the same time. If you download an iOS Software Update to your computer, you may make one copy of the iOS Software Updates stored on your computer in machine-readable form for backup purposes only, provided that the backup copy must include all copyright or other proprietary notices contained on the original.

(c) To the extent that Apple has preinstalled Apple-branded apps from the App Store on your iOS Device at the time of purchase ("Preinstalled Apps"), you will need to log into the App Store and associate these Preinstalled Apps with your App Store account in order to use them on your iOS Device. When you associate a Preinstalled App with your App Store account, you will at the same time be automatically associating all other Preinstalled Apps on your iOS Device. By choosing to associate the Preinstalled Apps with your App Store account, you agree that Apple may transmit, collect, maintain, process and use both the Apple ID used by your App Store account and a unique hardware identifier collected from your iOS Device, as unique account identifiers for the purpose of verifying the eligibility of your request and providing you access to the Preinstalled Apps through the App Store. If you do not wish to use a Preinstalled App, you can delete it from your iOS Device at any time.

(d) You may not, and you agree not to or to enable others to, copy (except as expressly permitted by this License), decompile, reverse engineer, disassemble, attempt to derive the source code of, decrypt, modify, or create derivative works of the iOS Software or any services provided by the iOS Software or any part thereof (except as and only to the extent any foregoing restriction is prohibited by applicable law or by licensing terms governing use of open-source components that may be included with the iOS Software).

(e) The iOS Software may be used to reproduce materials so long as such use is limited to reproduction of non-copyrighted materials, materials in which you own the copyright, or materials you are authorized or legally permitted to reproduce. Title and intellectual property rights in and to any content displayed by, stored on or accessed through your iOS Device belong to the respective content owner. Such content may be protected by copyright or other intellectual property laws and treaties, and may be subject to terms of use of the third party providing such content. Except as otherwise provided herein, this License does not grant you any rights to use such content nor does it guarantee that such content will continue to be available to you.

(f) You agree to use the iOS Software and the Services (as defined in Section 5 below) in compliance with all applicable laws, including local laws of the country or region in which you reside or in which you download or use the iOS Software and Services. Features of the iOS Software and the Services may not be available in all languages or regions, some features may vary by region, and some may be restricted or unavailable from your service provider. A Wi-Fi or cellular data connection is required for some

features of the iOS Software and Services.

(g) Use of the App Store requires a unique user name and password combination, known as an Apple ID. An Apple ID is also required to access app updates and certain features of the iOS Software and Services.

(h) You acknowledge that many features, built-in apps, and Services of the iOS Software transmit data and could impact charges to your data plan, and that you are responsible for any such charges. You can view and control which applications are permitted to use cellular data and view an estimate of how much data such applications have consumed under Cellular Data Settings. For more information, please consult the User Guide for your iOS Device.

(i) If you choose to allow automatic app updates, your iOS Device will periodically check with Apple for updates to the apps on your device and, if one is available, the update will automatically download and install onto your device. You can turn off the automatic app updates altogether at any time by going to Settings, tap iTunes & App Store, and under Automatic Downloads, turn off Updates.

(j) Using your iOS Device in some circumstances can distract you and may cause a dangerous situation (for example, avoid typing a text message while driving a car or using headphones while riding a bicycle). By using your iOS Device you agree that you are responsible for observing rules that prohibit or restrict the use of mobile phones or headphones (for example, the requirement to use hands-free options for making calls when driving).

**3. Transfer.** You may not rent, lease, lend, sell, redistribute, or sublicense the iOS Software. You may, however, make a one-time permanent transfer of all of your license rights to the iOS Software to another party in connection with the transfer of ownership of your iOS Device, provided that: (a) the transfer must include your iOS Device and all of the iOS Software, including all its component parts and this License; (b) you do not retain any copies of the iOS Software, full or partial, including copies stored on a computer or other storage device; and (c) the party receiving the iOS Software reads and agrees to accept the terms and conditions of this License.

**4. Consent to Use of Data.** When you use your device, your phone number and certain unique identifiers for your iOS Device are sent to Apple in order to allow others to reach you by your phone number when using various communication features of the iOS Software, such as iMessage and FaceTime.  When you use iMessage, Apple may hold your messages in encrypted form for a limited period of time in order to ensure their delivery. You may turn off FaceTime or iMessage by going to the FaceTime or Messages settings on your iOS Device. Certain features like Analytics, Location Services, Siri, and Dictation may require information from your iOS Device to provide their respective functions. When you turn on or use these features, details will be provided regarding what information is sent to Apple and how the information may be used.  You can learn more by visiting https://www.apple.com/privacy/. At all times your information will be treated in accordance with Apple's Privacy Policy, which can be viewed at: https://www.apple.com/legal/privacy/.

**5. Services and Third Party Materials.**
(a) The iOS Software may enable access to Apple's iTunes Store, App Store, iBooks Store, Game Center, iCloud, Maps and other Apple and third party services and web sites (collectively and individually, "Services"). Such Services may not be available in all languages or in all countries. Use of these Services requires Internet access and use of certain Services may require an Apple ID, may require you to accept additional terms and may be subject to additional fees. By using this software in connection with an Apple ID, or other Apple Service, you agree to the applicable terms of service for that Service, such as the latest Apple Media Services Terms and Conditions for the country in which you access such Services, which you may access and review at https://www.apple.com/legal/internet-services/itunes/

ww/ .

(b) If you sign up for iCloud, certain iCloud features like "iCloud Photo Library", "My Photo Stream", "iCloud Photo Sharing", "Back Up" and "Find My iPhone" may be accessed directly from the iOS Software.  You acknowledge and agree that your use of iCloud and these features is subject to the latest terms and conditions of the iCloud service, which you may access and review at: https://www.apple.com/legal/internet-services/icloud/ww/.

(c) News App Content. Your use of content accessed through the News application is limited solely to personal, noncommercial use, does not transfer any ownership interest to you in the content, and specifically excludes, without limitation, any commercial or promotional use rights in such content. Furthermore, you are prohibited from republishing, retransmitting and reproducing any images accessed through News as a stand-alone file.

(d) Maps. The maps service and features of the iOS Software ("Maps"), including map data coverage, may vary by region. When you use any location-based features within Maps, such as turn-by-turn navigation, traffic and local search, various location-related and usage information may be sent to Apple, including the real-time geographic location of your iOS Device, in order to process your request and help improve Maps. Such location and usage data is collected by Apple in a form that does not personally identify you. **By using Maps, you agree and consent to Apple's and its subsidiaries' and agents' transmission, collection, maintenance, processing, and use of this information, to provide and improve the Maps features and service, and other Apple products and services.**  Apple may also provide such information, in either an aggregated or non personally identifiable form, to its partners and licensees to help improve their map and location-based products and services. You may disable the location-based functionality of Maps by going to the Location Services setting on your iOS Device and turning off the individual location setting for Maps. Certain Maps features will however be unavailable if you disable the Location Services setting, such as turn-by-turn navigation.

(e) iBooks; Podcasts. If you choose to use the sync feature of the iBooks and Podcasts apps to synchronize your bookmarks, notes, collections and podcast subscription data across your iOS Devices and computers, you acknowledge that such data will be sent to Apple and stored in conjunction with the Apple ID you use for the iBooks Store or iTunes Store, in order to sync such data to your other devices and computers that are authorized to access content through that Apple ID. You can turn off syncing at any time by going to Settings and changing the syncing options for the iBooks and Podcasts apps, respectively.

(f) You understand that by using any of the Services, you may encounter content that may be deemed offensive, indecent, or objectionable, which content may or may not be identified as having explicit language, and that the results of any search or entering of a particular URL may automatically and unintentionally generate links or references to objectionable material. Nevertheless, you agree to use the Services at your sole risk and that Apple, its affiliates, agents, principals, or licensors shall have no liability to you for content that may be found to be offensive, indecent, or objectionable.

(g) Certain Services may display, include or make available content, data, information, applications or materials from third parties ("Third Party Materials") or provide links to certain third party web sites. By using the Services, you acknowledge and agree that Apple is not responsible for examining or evaluating the content, accuracy, completeness, timeliness, validity, copyright compliance, legality, decency, quality or any other aspect of such Third Party Materials or web sites. Apple, its officers, affiliates and subsidiaries do not warrant or endorse and do not assume and will not have any liability or responsibility to you or any other person for any third-party Services, Third Party Materials or web sites, or for any other materials, products, or services of third parties. Third Party Materials and links to other web sites are provided solely as a convenience to you.

(h) Neither Apple nor any of its content providers guarantees the availability, accuracy, completeness, reliability, or timeliness of stock information, location data or any other data displayed by any Services. Financial information displayed by any Services is for general informational purposes only and should not be relied upon as investment advice. Before executing any securities transaction based upon information obtained through the Services, you should consult with a financial or securities professional who is legally qualified to give financial or securities advice in your country or region. Location data provided by any Services, including the Apple Maps service, is provided for basic navigational and planning purposes only and is not intended to be relied upon in situations where precise location information is needed or where erroneous, inaccurate, time-delayed or incomplete location data may lead to death, personal injury, property or environmental damage. You agree that, the results you receive from the Maps service may vary from actual road or terrain conditions due to factors that can affect the accuracy of the Maps data, such as, but not limited to, weather, road and traffic conditions, and geopolitical events. For your safety when using the navigation feature, always pay attention to posted road signs and current road conditions. Follow safe driving practices and traffic regulations, and note that walking directions may not include sidewalks or pedestrian paths.

(i) To the extent that you upload any content through the use of the Services, you represent that you own all rights in, or have authorization or are otherwise legally permitted to upload, such content and that such content does not violate any terms of service applicable to the Services. You agree that the Services contain proprietary content, information and material that is owned by Apple, the site owner or their licensors, and is protected by applicable intellectual property and other laws, including but not limited to copyright. You agree that you will not use such proprietary content, information or materials other than for permitted use of the Services or in any manner that is inconsistent with the terms of this License or that infringes any intellectual property rights of a third party or Apple. No portion of the Services may be reproduced in any form or by any means. You agree not to modify, rent, lease, loan, sell, distribute, or create derivative works based on the Services, in any manner, and you shall not exploit the Services in any unauthorized way whatsoever, including but not limited to, using the Services to transmit any computer viruses, worms, trojan horses or other malware, or by trespass or burdening network capacity. You further agree not to use the Services in any manner to harass, abuse, stalk, threaten, defame or otherwise infringe or violate the rights of any other party, and that Apple is not in any way responsible for any such use by you, nor for any harassing, threatening, defamatory, offensive, infringing or illegal messages or transmissions that you may receive as a result of using any of the Services.

(j) In addition, Services and Third Party Materials that may be accessed, linked to or displayed on the iOS Device are not available in all languages or in all countries or regions. Apple makes no representation that such Services and Third Party Materials are appropriate or available for use in any particular location. To the extent you choose to use or access such Services and Third Party Materials, you do so at your own initiative and are responsible for compliance with any applicable laws, including but not limited to applicable local laws and privacy and data collection laws. Sharing or syncing photos through your iOS Device may cause metadata, including where and when the photo was taken, and depth information, to be transmitted with the photos. Use of Apple services (such as iCloud Photo Library) to share or sync such photos will involve Apple receiving and storing such metadata. Apple and its licensors reserve the right to change, suspend, remove, or disable access to any Services at any time without notice. In no event will Apple be liable for the removal of or disabling of access to any such Services. Apple may also impose limits on the use of or access to certain Services, in any case and without notice or liability.

**6. Termination.** This License is effective until terminated. Your rights under this License will terminate automatically or otherwise cease to be effective without notice from Apple if you fail to comply with any term(s) of this License. Upon the termination of this License, you shall cease all use of the iOS Software.

Sections 4, 5, 6, 7, 8, 9, 12 and 13 of this License shall survive any such termination.

**7. Disclaimer of Warranties.**
7.1    If you are a customer who is a consumer (someone who uses the iOS Software outside of your trade, business or profession), you may have legal rights in your country of residence which would prohibit the following limitations from applying to you, and where prohibited they will not apply to you. To find out more about rights, you should contact a local consumer advice organization.

7.2    YOU EXPRESSLY ACKNOWLEDGE AND AGREE THAT, TO THE EXTENT PERMITTED BY APPLICABLE LAW, USE OF THE iOS SOFTWARE AND ANY SERVICES PERFORMED BY OR ACCESSED THROUGH THE iOS SOFTWARE IS AT YOUR SOLE RISK AND THAT THE ENTIRE RISK AS TO SATISFACTORY QUALITY, PERFORMANCE, ACCURACY AND EFFORT IS WITH YOU.

7.3    TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE iOS SOFTWARE AND SERVICES ARE PROVIDED "AS IS" AND "AS AVAILABLE", WITH ALL FAULTS AND WITHOUT WARRANTY OF ANY KIND, AND APPLE AND APPLE'S LICENSORS (COLLECTIVELY REFERRED TO AS "APPLE" FOR THE PURPOSES OF SECTIONS 7 AND 8) HEREBY DISCLAIM ALL WARRANTIES AND CONDITIONS WITH RESPECT TO THE iOS SOFTWARE AND SERVICES, EITHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES AND/OR CONDITIONS OF MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, QUIET ENJOYMENT, AND NON-INFRINGEMENT OF THIRD PARTY RIGHTS.

7.4    APPLE DOES NOT WARRANT AGAINST INTERFERENCE WITH YOUR ENJOYMENT OF THE iOS SOFTWARE AND SERVICES, THAT THE FUNCTIONS CONTAINED IN, OR SERVICES PERFORMED OR PROVIDED BY, THE iOS SOFTWARE WILL MEET YOUR REQUIREMENTS, THAT THE OPERATION OF THE iOS SOFTWARE AND SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE, THAT ANY SERVICE WILL CONTINUE TO BE MADE AVAILABLE, THAT DEFECTS IN THE iOS SOFTWARE OR SERVICES WILL BE CORRECTED, OR THAT THE iOS SOFTWARE WILL BE COMPATIBLE OR WORK WITH ANY THIRD PARTY SOFTWARE, APPLICATIONS OR THIRD PARTY SERVICES. INSTALLATION OF THIS iOS SOFTWARE MAY AFFECT THE AVAILABILITY AND USABILITY OF THIRD PARTY SOFTWARE, APPLICATIONS OR THIRD PARTY SERVICES, AS WELL AS APPLE PRODUCTS AND SERVICES.

7.5    YOU FURTHER ACKNOWLEDGE THAT THE iOS SOFTWARE AND SERVICES ARE NOT INTENDED OR SUITABLE FOR USE IN SITUATIONS OR ENVIRONMENTS WHERE THE FAILURE OR TIME DELAYS OF, OR ERRORS OR INACCURACIES IN, THE CONTENT, DATA OR INFORMATION PROVIDED BY THE iOS SOFTWARE OR SERVICES COULD LEAD TO DEATH, PERSONAL INJURY, OR SEVERE PHYSICAL OR ENVIRONMENTAL DAMAGE, INCLUDING WITHOUT LIMITATION THE OPERATION OF NUCLEAR FACILITIES, AIRCRAFT NAVIGATION OR COMMUNICATION SYSTEMS, AIR TRAFFIC CONTROL, LIFE SUPPORT OR WEAPONS SYSTEMS.

7.6    NO ORAL OR WRITTEN INFORMATION OR ADVICE GIVEN BY APPLE OR AN APPLE AUTHORIZED REPRESENTATIVE SHALL CREATE A WARRANTY. SHOULD THE iOS SOFTWARE OR SERVICES PROVE DEFECTIVE, YOU ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES OR LIMITATIONS ON APPLICABLE STATUTORY RIGHTS OF A CONSUMER, SO THE ABOVE EXCLUSION AND LIMITATIONS MAY NOT APPLY TO YOU.

**8. Limitation of Liability.** TO THE EXTENT NOT PROHIBITED BY APPLICABLE LAW, IN NO EVENT SHALL APPLE, ITS AFFILIATES, AGENTS OR PRINCIPALS BE LIABLE FOR PERSONAL INJURY, OR ANY INCIDENTAL, SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF PROFITS, CORRUPTION OR LOSS OF DATA,

FAILURE TO TRANSMIT OR RECEIVE ANY DATA (INCLUDING WITHOUT LIMITATION COURSE INSTRUCTIONS, ASSIGNMENTS AND MATERIALS), BUSINESS INTERRUPTION OR ANY OTHER COMMERCIAL DAMAGES OR LOSSES, ARISING OUT OF OR RELATED TO YOUR USE OR INABILITY TO USE THE iOS SOFTWARE AND SERVICES OR ANY THIRD PARTY SOFTWARE OR APPLICATIONS IN CONJUNCTION WITH THE iOS SOFTWARE OR SERVICES, HOWEVER CAUSED, REGARDLESS OF THE THEORY OF LIABILITY (CONTRACT, TORT OR OTHERWISE) AND EVEN IF APPLE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR PERSONAL INJURY, OR OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THIS LIMITATION MAY NOT APPLY TO YOU. In no event shall Apple's total liability to you for all damages (other than as may be required by applicable law in cases involving personal injury) exceed the amount of two hundred and fifty dollars (U.S.$250.00). The foregoing limitations will apply even if the above stated remedy fails of its essential purpose.

**9. Digital Certificates.** The iOS Software contains functionality that allows it to accept digital certificates either issued from Apple or from third parties. YOU ARE SOLELY RESPONSIBLE FOR DECIDING WHETHER OR NOT TO RELY ON A CERTIFICATE WHETHER ISSUED BY APPLE OR A THIRD PARTY. YOUR USE OF DIGITAL CERTIFICATES IS AT YOUR SOLE RISK. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, APPLE MAKES NO WARRANTIES OR REPRESENTATIONS, EXPRESS OR IMPLIED, AS TO MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE, ACCURACY, SECURITY, OR NON-INFRINGEMENT OF THIRD PARTY RIGHTS WITH RESPECT TO DIGITAL CERTIFICATES.

**10. Export Control.** You may not use or otherwise export or re-export the iOS Software except as authorized by United States law and the laws of the jurisdiction(s) in which the iOS Software was obtained. In particular, but without limitation, the iOS Software may not be exported or re-exported (a) into any U.S. embargoed countries or (b) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Department of Commerce Denied Person's List or Entity List or any other restricted party lists. By using the iOS Software, you represent and warrant that you are not located in any such country or on any such list. You also agree that you will not use the iOS Software for any purposes prohibited by United States law, including, without limitation, the development, design, manufacture or production of missiles, nuclear, chemical or biological weapons.

**11. Government End Users.** The iOS Software and related documentation are "Commercial Items", as that term is defined at 48 C.F.R. §2.101, consisting of "Commercial Computer Software" and "Commercial Computer Software Documentation", as such terms are used in 48 C.F.R. §12.212 or 48 C.F.R. §227.7202, as applicable. Consistent with 48 C.F.R. §12.212 or 48 C.F.R. §227.7202-1 through 227.7202-4, as applicable, the Commercial Computer Software and Commercial Computer Software Documentation are being licensed to U.S. Government end users (a) only as Commercial Items and (b) with only those rights as are granted to all other end users pursuant to the terms and conditions herein. Unpublished-rights reserved under the copyright laws of the United States.

**12. Controlling Law and Severability.** This License will be governed by and construed in accordance with the laws of the State of California, excluding its conflict of law principles. This License shall not be governed by the United Nations Convention on Contracts for the International Sale of Goods, the application of which is expressly excluded. If you are a consumer based in the United Kingdom, this License will be governed by the laws of the jurisdiction of your residence.  If for any reason a court of competent jurisdiction finds any provision, or portion thereof, to be unenforceable, the remainder of this License shall continue in full force and effect.

**13. Complete Agreement; Governing Language.** This License constitutes the entire agreement between you and Apple relating to the iOS Software and supersedes all prior or contemporaneous understandings regarding such subject matter. No amendment to or modification of this License will be

binding unless in writing and signed by Apple. Any translation of this License is done for local requirements and in the event of a dispute between the English and any non-English versions, the English version of this License shall govern, to the extent not prohibited by local law in your jurisdiction.

**14. Third Party Acknowledgements.** Portions of the iOS Software may utilize or include third party software and other copyrighted material. Acknowledgements, licensing terms and disclaimers for such material are contained in the electronic documentation for the iOS Software, and your use of such material is governed by their respective terms. Use of the Google Safe Browsing Service is subject to the Google Terms of Service (https://www.google.com/intl/en/policies/terms/) and to Google's Privacy Policy (https://www.google.com/intl/en/policies/privacy/).

**15. Use of MPEG-4; H.264/AVC Notice.**
(a) The iOS Software is licensed under the MPEG-4 Systems Patent Portfolio License for encoding in compliance with the MPEG-4 Systems Standard, except that an additional license and payment of royalties are necessary for encoding in connection with (i) data stored or replicated in physical media which is paid for on a title by title basis and/or (ii) data which is paid for on a title by title basis and is transmitted to an end user for permanent storage and/or use. Such additional license may be obtained from MPEG LA, LLC. See http://www.mpegla.com for additional details.

(b) The iOS Software contains MPEG-4 video encoding and/or decoding functionality. The iOS Software is licensed under the MPEG-4 Visual Patent Portfolio License for the personal and non-commercial use of a consumer for (i) encoding video in compliance with the MPEG-4 Visual Standard ("MPEG-4 Video") and/or (ii) decoding MPEG-4 video that was encoded by a consumer engaged in a personal and non-commercial activity and/or was obtained from a video provider licensed by MPEG LA to provide MPEG-4 video. No license is granted or shall be implied for any other use. Additional information including that relating to promotional, internal and commercial uses and licensing may be obtained from MPEG LA, LLC.  See http://www.mpegla.com.

(c) The iOS Software contains AVC encoding and/or decoding functionality, commercial use of H.264/AVC requires additional licensing and the following provision applies: THE AVC FUNCTIONALITY IN THE iOS SOFTWARE IS LICENSED HEREIN ONLY FOR THE PERSONAL AND NON-COMMERCIAL USE OF A CONSUMER TO (i) ENCODE VIDEO IN COMPLIANCE WITH THE AVC STANDARD ("AVC VIDEO") AND/OR (ii) DECODE AVC VIDEO THAT WAS ENCODED BY A CONSUMER ENGAGED IN A PERSONAL AND NON-COMMERCIAL ACTIVITY AND/OR AVC VIDEO THAT WAS OBTAINED FROM A VIDEO PROVIDER LICENSED TO PROVIDE AVC VIDEO. INFORMATION REGARDING OTHER USES AND LICENSES MAY BE OBTAINED FROM MPEG LA L.L.C. SEE http://www.mpegla.com.

**16. Yahoo Search Service Restrictions.** The Yahoo Search Service available through Safari is licensed for use only in the following countries and regions: Argentina, Aruba, Australia, Austria, Barbados, Belgium, Bermuda, Brazil, Bulgaria, Canada, Cayman Islands, Chile, China, Colombia, Cyprus, Czech Republic, Denmark, Dominican Republic, Ecuador, El Salvador, Finland, France, Germany, Greece, Grenada, Guatemala, Hong Kong, Hungary, Iceland, India, Indonesia, Ireland, Italy, Jamaica, Japan, Latvia, Lithuania, Luxembourg, Malaysia, Malta, Mexico, Netherlands, New Zealand, Nicaragua, Norway, Panama, Peru, Philippines, Poland, Portugal, Puerto Rico, Romania, Singapore, Slovakia, Slovenia, South Korea, Spain, St. Lucia, St. Vincent, Sweden, Switzerland, Taiwan, Thailand, The Bahamas, Trinidad and Tobago, Turkey, UK, Uruguay, US and Venezuela.

**17. Microsoft Exchange Notice.** The Microsoft Exchange mail setting in the iOS Software is licensed only for over-the-air synchronization of information, such as email, contacts, calendar and tasks, between your iOS and Microsoft Exchange Server or other server software licensed by Microsoft to implement the Microsoft Exchange ActiveSync protocol.

EA1520
09/22/2017

------------------------
**Apple Pay Supplemental Terms and Conditions**

These Apple Pay Supplemental Terms and Conditions (these "Supplemental Terms") supplement the iOS Software License Agreement (the "License"); both the terms of the License and these Supplemental Terms govern your use of the Apple Pay feature, which shall be deemed a "Service" under the License. Capitalized terms used in these Supplemental Terms have the meanings set forth in the License.

**1.     Overview and Use Restrictions**

Apple Pay allows you to:

- store virtual representations of credit, debit, and prepaid cards, including store credit, debit, prepaid cards, and the Apple Pay Cash card, which are supported by the Apple Pay feature ("Supported Payment Cards") and use supported iOS Devices to make contactless payments in select locations, or within apps or websites;
- use rewards and gift cards that are saved in Wallet ("Apple Pay-Enabled Cards", and together with Supported Payment Cards, "Supported Cards") to make contactless rewards and gift-card transactions in select stores as part of a contactless payment using Apple Pay; and
- send person to person payments to other Apple Pay users.

The Apple Pay features of the iOS Software may only be available in select regions, with select card issuers, financial institutions, and merchants. Features may vary by region, issuer, and merchant.

To use Apple Pay, you must have a Supported Card. Supported Cards may change from time to time. Additionally, in order to send or receive person to person payments, you must have an Apple Pay Cash card.

Supported Payment Cards and person to person payments are associated with the Apple ID you have signed into iCloud to use these features. Supported Cards are only available to individuals aged 13 years or older, and may be subject to additional age-based restrictions imposed by iCloud or the Supported Card which you are trying to provision. The Apple Pay Cash card and the ability to send and receive person to person payments are only available to individuals aged 18 years or older.

Apple Pay is intended for your personal use and you may only provision your own Supported Cards. If you are provisioning a supported corporate card, you represent that you are doing so with the authorization of your employer and you are authorized to bind your employer to these terms of use and all transactions effected by use of this feature. If you are sending or receiving a person to person payment, you represent that you are doing so for your own personal, non-commercial use.

You agree not to use Apple Pay for illegal or fraudulent purposes, or any other purposes which are prohibited by the License and these Supplemental Terms. You further agree to use Apple Pay in accordance with applicable laws and regulations. You agree not to interfere with or disrupt the Apple Pay service (including accessing the service through any automated means), or any servers or networks connected to the service, or any policies, requirements, or regulations of networks connected to the service (including any unauthorized access to, use, or monitoring of data or traffic thereon).

**2.     Apple's Relationship With You**

Apple Pay enables you to create a virtual representation of your Supported Cards on your supported iOS

Device.  However Apple does not process payments or other non-payment card transactions (such as reward accrual and redemption), receive, hold, or transfer your funds, or have any other control over payments, returns, refunds, rewards, value, discounts, or other commerce activity that may arise out of your use of this feature.

The terms of cardholder agreements you may have in place with your card issuer will continue to govern your use of your Supported Cards and their use in connection with Apple Pay. Similarly, your participation in any merchant rewards or gift card programs and your use of Apple Pay-Enabled Cards in connection with Apple Pay will be subject to such merchant's terms and conditions.

The Apple Pay Cash card and the ability to send and receive person to person payments are only available in the United States, and are services provided by Green Dot Bank, member FDIC. When you enable these features within Apple Pay, you are opening an account with Green Dot Bank, and when you send or receive a person to person payment or load or withdraw money from your Apple Pay Cash card, Green Dot Bank will be responsible for receiving and sending your money to the intended recipient. The financial institution responsible for offering Apple Pay Cash and person to person payments within Apple Pay is subject to change, and your use of such features are subject to their terms and conditions.

Nothing in the License or these Supplemental Terms modifies the terms of any cardholder, user, or merchant agreement, and such terms will govern your use of the applicable Supported Card or the person to person payment feature of Apple Pay and their virtual representation on your iOS Device. You agree that Apple is not a party to your cardholder or merchant agreements, nor is Apple responsible for the: (a) content, accuracy or unavailability of any payment cards, rewards cards, gift cards, commerce activities, transactions, or purchases while using Apple Pay functionality; (b) issuance of credit or assessing eligibility for credit; (c) accrual or redemption of rewards or stored value under a merchant's program; (d) funding or reloading of prepaid cards; (e) sending or receiving of person to person payments; or (f) loading, redeeming, or withdrawing money from your Apple Pay Cash card.

For all disputes or questions about payment cards, rewards cards, gift cards, or associated commerce activity, please contact your issuer or the applicable merchant. For questions regarding the Apple Pay Cash card or person to person payments, please contact Apple Support.

**3.    Privacy**

Apple Pay requires some information from your iOS Device in order to offer the full experience. Additionally, when you use your Apple Pay Cash card or send or receive person to person payments, additional information about your transactions is collected and retained to service your account and fraud prevention and regulatory purposes. You can find more information on the data collected, used, or shared as part of your use of Apple Pay, the Apple Pay Cash card, or person to person payments with Apple Pay by reading About Apple Pay and Privacy (which can be accessed by going to Wallet & Apple Pay on your iOS Device, or within the Watch app on a paired iOS Device) or by visiting https://www.apple.com/privacy. By using these features, you agree and consent to Apple's and its subsidiaries' and agents' transmission, collection, maintenance, processing, and use of all of the foregoing information, to provide Apple Pay functionality.

**4.    Security; Lost or Disabled Devices**

Apple Pay stores virtual representations of your Supported Cards and should be protected as you would protect cash or your physical credit, debit, prepaid, rewards, or gift cards. Providing your device passcode to a third party or allowing a third party to add their fingerprint to use Touch ID or enable Face ID may result in their ability to make payments, send, request, or receive person to person payments, withdraw money from your Apple Pay Cash card, or receive or redeem rewards or credit using Apple Pay

on your device. You are solely responsible for maintaining the security of your device and of your passcode. You agree that Apple does not have any responsibility if you lose or share access to your device. You agree that Apple does not have any responsibility if you make unauthorized modifications to iOS (such as by way of a "jailbreak").

You may need to enable additional security measures, such as two-factor authentication for your Apple ID, in order to access particular features of Apple Pay, including the Apple Pay Cash card and person to person payments with Apple Pay. If you subsequently remove those security features, you may not be able to continue to access particular features of Apple Pay.

If your device is lost or stolen and you have Find My iPhone enabled, you can use Find My iPhone to attempt to suspend the ability to pay with the virtual Supported Payment Cards or sending person to person payments on that device by putting it into Lost Mode. You can also erase your device, which will attempt to suspend the ability to pay with the virtual Supported Payment Cards or send person to person payments on the device and will also attempt to remove the Apple Pay-Enabled Cards. You should also contact the issuer of your Supported Payment Cards, the merchant who issued your Apple Pay-Enabled Cards, and Apple in the case of your Apple Pay Cash card in order to prevent unauthorized access to your Supported Cards.

If you report or Apple suspects fraudulent or abusive activity, you agree to cooperate with Apple in any investigation and to use any fraud prevention measures we prescribe.

**5.    Limitation of Liability**

IN ADDITION TO THE DISCLAIMERS OF WARRANTIES AND LIMITATION OF LIABILITY SET FORTH IN THE LICENSE, APPLE DOES NOT ASSUME ANY LIABILITY FOR PURCHASES, PAYMENTS, TRANSACTIONS, OR OTHER COMMERCE ACTIVITY MADE USING THE APPLE PAY FEATURE, AND YOU AGREE TO LOOK SOLELY TO AGREEMENTS YOU MAY HAVE WITH YOUR CARD ISSUER, PAYMENT NETWORK, FINANCIAL INSTITUTIONS, OR MERCHANT TO RESOLVE ANY QUESTIONS OR DISPUTES RELATING TO YOUR SUPPORTED CARDS, PERSON TO PERSON PAYMENTS, AND ASSOCIATED COMMERCE ACTIVITY.

-------------------------
**NOTICES FROM APPLE**
If Apple needs to contact you about your product or account, you consent to receive the notices by email. You agree that any such notices that we send you electronically will satisfy any legal communication requirements.

**FRANÇAIS**

**IMPORTANT : L'UTILISATION DE VOTRE iPHONE, iPAD OU IPOD TOUCH (« APPAREIL iOS ») IMPLIQUE QUE VOUS ACCEPTEZ D'ÊTRE LIÉ PAR LES CONDITIONS SUIVANTES :**

**A.     CONTRAT DE LICENCE DE LOGICIEL DE L'APPLE iOS**
**B.     CONDITIONS SUPPLÉMENTAIRES POUR APPLE PAY**
**C.     NOTIFICATIONS DE LA PART D'APPLE**

**APPLE INC.**
**CONTRAT DE LICENCE DE LOGICIEL DE L'iOS**
**Licence individuelle**

**LISEZ ATTENTIVEMENT CE CONTRAT DE LICENCE DE LOGICIEL (« LICENCE ») AVANT D'UTILISER VOTRE APPAREIL iOS OU DE TÉLÉCHARGER LA MISE À JOUR DU LOGICIEL FOURNIE AVEC LA PRÉSENTE LICENCE. L'UTILISATION DE VOTRE APPAREIL iOS OU LE TÉLÉCHARGEMENT D'UNE MISE À JOUR, LE CAS ÉCHÉANT, IMPLIQUE QUE VOUS ACCEPTEZ LES CONDITIONS DE LA PRÉSENTE LICENCE. SI VOUS ÊTES EN DÉSACCORD AVEC LES CONDITIONS DE CETTE LICENCE, N'UTILISEZ PAS L'APPAREIL iOS ET NE TÉLÉCHARGEZ PAS LA MISE À JOUR.**

**SI VOUS AVEZ RÉCEMMENT ACHETÉ UN APPAREIL iOS ET QUE VOUS N'ÊTES PAS D'ACCORD AVEC LES CONDITIONS DE LA LICENCE, VOUS POUVEZ RENVOYER L'APPAREIL iOS, DANS LES DÉLAIS DE RETOUR PRÉVUS, AU MAGASIN OU AU DISTRIBUTEUR AGRÉÉ APPLE AUPRÈS DUQUEL VOUS L'AVEZ ACHETÉ, AFIN D'EN OBTENIR LE REMBOURSEMENT SOUS RÉSERVE DES RÈGLES APPLE CONCERNANT LE RETOUR DES PRODUITS, DISPONIBLES À L'ADRESSE https://www.apple.com/legal/sales_policies/.**

**1. Généralités.**
(a) Apple Inc. (« Apple ») vous concède une licence, et en aucun cas ne vous cède des droits, sur le logiciel (y compris le code ROM de démarrage, le logiciel intégré et tout logiciel de tierce partie), la documentation, les interfaces, le contenu, les polices de caractères et toutes les données accompagnant votre appareil iOS (« Logiciel original de l'iOS »), pouvant être mis à jour ou remplacés par des mises à jour de logiciels ou des logiciels de restauration du système fournis par Apple (« Mises à jour du Logiciel de l'iOS »), qu'ils soient sur mémoire morte (ROM), sur tout autre support ou sous toute autre forme (le Logiciel original de l'iOS et les Mises à jour du Logiciel de l'iOS sont référencés dans leur ensemble sous le terme de « Logiciel de l'iOS »), uniquement en vue d'une utilisation conforme aux conditions de la Licence. Apple et ses concédants de licence conservent la propriété du Logiciel de l'iOS et se réservent tous les droits ne vous étant pas expressément accordés. Vous acceptez que les conditions de la présente licence s'appliquent à toute app de marque Apple intégrée à votre appareil iOS, sauf si une app est accompagnée d'une licence séparée, auquel cas vous acceptez que cette dernière régisse votre utilisation de l'app en question

(b) Apple pourrait rendre disponible des mises à jour futures du logiciel de l'iOS. Le cas échéant, ces mises à jour peuvent ne pas inclure nécessairement l'ensemble des fonctions du logiciel existantes ou de nouvelles fonctions publiées par Apple dans le cas des modèles de l'iOS plus récents.  Les conditions de la présente licence régissent les mises à jour du logiciel de l'iOS fournies par Apple, sauf si ces mises à jour sont accompagnées d'une licence distincte ; auquel cas vous acceptez que les conditions de cette licence s'appliquent.

(c) Si vous faites appel à la fonctionnalité de configuration express pour configurer un nouvel Appareil iOS à l'aide de votre Appareil iOS existant, vous acceptez que les conditions stipulées dans la présente

Licence régissent votre utilisation du Logiciel iOS sur votre nouvel Appareil iOS, à moins qu'il ne soit accompagné d'un contrat de licence séparé, auquel cas vous acceptez que les conditions de ce dernier fassent foi quant à votre usage dudit Logiciel iOS.

**2. Utilisations permises de la licence et restrictions.**
(a) Sujet aux conditions générales de cette Licence, une licence de non-exclusivité limitée vous est accordée pour utiliser le Logiciel de l'iOS sur un seul appareil iOS de marque Apple. À l'exception de ce qui est permis dans la section 2(b) ci-dessous, et à moins que cela ne soit prévu dans le cadre d'un contrat distinct passé entre Apple et vous-même, cette Licence n'autorise ni le fonctionnement du Logiciel de l'iOS sur plus d'un appareil iOS de marque Apple à la fois, ni la distribution ou la mise à disposition du Logiciel de l'iOS sur un réseau où le Logiciel pourrait être utilisé par plusieurs appareils. Cette licence ne vous accorde aucun droit d'utilisation des interfaces propriétaires Apple ou d'autres propriétés intellectuelles touchant à la conception, le développement, la fabrication, la concession de licence ou la distribution d'appareils et d'accessoires, ou à des applications logicielles de tierce partie, utilisables avec un appareil iOS. Certains de ces droits sont disponibles sous des licences distinctes de celles d'Apple. Pour obtenir plus de renseignements sur le développement, d'appareils et d'accessoires de tierce partie adaptés à un appareil iOS, consultez la page web https://developer.apple.com/programs/mfi/. Pour en savoir plus sur le développement d'applications logicielles adaptées à un appareil iOS, consultez la page web https://developer.apple.com.

(b) Sujet aux conditions générales de cette Licence, une licence de non-exclusivité limitée vous est accordée pour télécharger les Mises à jour du Logiciel de l'iOS qu'Apple peut mettre à disposition pour le modèle de votre appareil iOS afin de mettre à jour ou de restaurer le logiciel de n'importe quel appareil iOS en votre possession ou sous votre contrôle. La présente licence n'autorise pas la mise à jour ou la restauration d'iOS n'étant pas sous votre contrôle ou que vous ne possédez pas, et vous interdit la distribution et la mise à disposition des Mises à jour du Logiciel des iOS sur un réseau où elles pourraient être utilisées par plusieurs appareils ou ordinateurs. Si vous téléchargez une mise à jour du logiciel d'un iOS sur votre ordinateur, vous ne pouvez réaliser qu'une seule copie des Mises à jour du Logiciel de l'iOS, stockées sur votre ordinateur, sous une forme compréhensible par des machines et aux fins exclusives de sauvegarde, à condition que cette copie de sauvegarde reproduise impérativement les renseignements relatifs aux droits d'auteur ou autres droits de propriété figurant sur l'original.

(c) Dans la mesure où Apple a préinstallé des apps de marque Apple de l'App Store sur l'appareil iOS que vous achetez (« Apps préinstallées »), vous devez vous connecter à l'App Store et associer lesdites apps avec votre compte afin de les utiliser sur votre appareil iOS. Lorsque vous associez une app préinstallée à votre compte de l'App Store, toutes les autres apps préinstallées de votre appareil iOS sont automatiquement associées ce compte. En choisissant d'associer les apps préinstallées à votre compte de l'App Store, vous acceptez qu'Apple puisse transmettre, rassembler, conserver, traiter et utiliser l'identifiant Apple correspondant à votre compte de l'App Store et un identifiant matériel unique transmis par votre appareil iOS comme identifiants uniques de votre compte afin de vérifier l'éligibilité de votre requête et de fournir l'accès aux apps préinstallées via l'App Store. Vous pouvez à tout moment supprimer de votre appareil iOS les apps préinstallées que vous ne souhaitez pas utiliser.

(d) Vous ne pouvez pas et vous acceptez de ne pas, que ce soit pour votre compte ou le compte d'autrui, copier (sauf et exclusivement dans les limites permises par la présente Licence), décompiler, procéder à l'ingénierie inverse, désassembler, tenter de dériver le code source du, déchiffrer, modifier ou créer des produits dérivés du, Logiciel de l'iOS ou tout autre service proposé par le Logiciel de l'iOS, ou de toute partie de ceux-ci (dans toute la mesure permise par les restrictions précédemment mentionnées applicables par disposition légale ou par les conditions générales régissant l'utilisation de composants open source pouvant être inclus dans le Logiciel de l'iOS).

(e) Le Logiciel de l'iOS peut être utilisé pour la reproduction de contenu pour autant que cette utilisation se limite à la reproduction de contenu non protégé par des droits d'auteur, dont vous avez la propriété, pouvant être reproduit ou pour la reproduction duquel vous disposez d'une autorisation légale. Le titre et les droits de propriété intellectuelle associés aux contenus conservés sur ou accessibles via l'appareil iOS sont la propriété de leur détenteur. Ces contenus peuvent être protégés par des droits d'auteur ou d'autres lois et traités sur la propriété intellectuelle et peuvent être soumis à des conditions d'utilisation énoncées par la tierce partie fournissant lesdits contenus. Sauf mention contraire dans la présente Licence, celle-ci ne vous concède aucun droit d'utilisation de tels contenus et ne garantit pas la disponibilité permanente de ceux-ci.

(f) Vous acceptez d'utiliser le Logiciel de l'iOS et les Services (tel que défini dans la section 5 ci-dessous) dans le respect de la réglementation applicable, y compris de toutes les lois locales du pays ou de la région dans laquelle vous résidez ou dans laquelle vous téléchargez ou utilisez le Logiciel de l'iOS et les Services. Il se peut que les fonctionnalités du Logiciel de l'iOS et des Services ne soient pas disponibles dans toutes les langues ou toutes les régions. Certaines fonctionnalités peuvent varier selon les régions, limitées ou indisponibles en fonction de votre fournisseur de services. Une connexion Wi-Fi ou de données cellulaires est requise pour certaines fonctionnalités du Logiciel de l'iOS et certains Services.

(g) L'utilisation de l'App Store requiert une combinaison unique d'un nom d'utilisateur et d'un mot de passe, appelée identifiant Apple. Un identifiant Apple est également nécessaire pour avoir accès aux mises à jour de l'app et à certaines fonctionnalités du Logiciel de l'iOS et des Services.

(h) Vous reconnaissez que de nombreuses fonctionnalités, apps intégrées et de nombreux Services du Logiciel de l'iOS transmettent des données et peuvent entraîner des frais sur votre plan de données, frais dont vous êtes responsable. Vous pouvez voir et contrôler quelles applications sont autorisées à utiliser des données cellulaires et afficher une estimation de la quantité de données que ces applications ont consommées dans les Réglages Données cellulaires. Pour plus d'informations, veuillez consulter le Guide d'utilisateur de votre appareil iOS.

(i) Si vous choisissez d'autoriser les mises à jour automatiques des apps, votre appareil iOS vérifiera régulièrement auprès d'Apple si des mises à jour des apps installées sur votre appareil sont disponibles pour, le cas échéant, les télécharger et les installer automatiquement. Vous pouvez désactiver les mises à jour automatiques des apps à tout moment en allant dans Réglages, iTunes et App Store, Téléchargements automatiques et en désactivant Mises à jour.

(j) Dans certaines circonstances, l'utilisation de votre appareil iOS peut être une source de distraction et provoquer des situations dangereuses (par exemple, évitez d'écrire des messages lorsque vous êtes au volant d'une voiture ou d'utiliser un casque lorsque vous êtes à vélo). En utilisant l'appareil iOS, vous endossez la responsabilité d'observer les règles interdisant ou limitant l'utilisation de téléphones mobiles ou de casques (par exemple l'obligation d'utiliser un dispositif mains libres pour passer des appels en conduisant).

**3. Transfert.** Vous ne pouvez ni louer, ni louer en crédit-bail, ni prêter, ni vendre, ni redistribuer, ni concéder de sous-licences du Logiciel de l'iOS. Vous pouvez toutefois effectuer le transfert unique et permanent de tous vos droits sur le Logiciel de l'iOS à une autre partie dans le cadre du transfert de propriété de votre appareil iOS, à condition : (a) que ce transfert comprenne votre appareil iOS et la totalité du Logiciel de l'iOS, y compris l'intégralité de ses composants, ainsi que cette Licence ; (b) que vous ne conserviez aucune copie du Logiciel de l'iOS, complète ou partielle, y compris toute copie stockée sur ordinateur ou toute autre unité de stockage ; et (c) que la partie bénéficiaire recevant le Logiciel de l'iOS prenne connaissance et accepte les conditions générales de la présente Licence.

**4. Accord relatif à l'utilisation des données.** Lorsque vous utilisez votre appareil, votre numéro de

téléphone et certains identifiants uniques pour votre appareil iOS sont transmis à Apple afin de permettre à d'autres personnes de vous atteindre à l'aide de votre numéro de téléphone en utilisant différentes fonctionnalités de communication du Logiciel iOS, telles que iMessage et FaceTime. Lorsque vous utilisez iMessage, Apple peut conserver vos messages, sous une forme chiffrée, pour une période de temps limitée dans le but d'assurer ses livraisons. Vous avez la possibilité de désactiver FaceTime et iMessage depuis les réglages FaceTime ou iMessage de votre appareil iOS. Certaines fonctionnalités, comme Analyse, Service de localisation, Siri et Dictée, peuvent nécessiter des informations concernant votre appareil iOS pour améliorer leurs fonctions respectives. Lorsque vous activez ou utilisez lesdites fonctionnalités, des détails sont fournis concernant les informations envoyées à Apple et le mode d'usage de ces informations. Vous pouvez en savoir plus en consultant la page web https:// www.apple.com/fr/privacy/. En tout temps, les informations vous concernant sont traitées conformément à l'Engagement de confidentialité d'Apple, disponible à l'adresse https://www.apple.com/ legal/privacy/.

**5. Services et Éléments de tierce partie.**
(a) Le Logiciel de l'iOS peut activer l'accès à l'iTunes Store d'Apple, à l'App Store, à l'iBooks Store, au Game Center, à iCloud, à Plans et à d'autres services et sites web proposés par Apple et par des tiers (lesquels services et sites sont dénommés sous l'appellation collective ou individuelle de « Services »). Il se peut que ces Services ne soient pas disponibles dans toutes les langues, ni dans tous les pays. L'utilisation de ces Services requiert un accès à Internet et certains Services nécessitent un identifiant Apple, l'acceptation de conditions de service complémentaires et peuvent être soumis à des frais supplémentaires. Par l'utilisation de ce logiciel en lien avec un identifiant Apple ou avec d'autres services Apple, vous acceptez les conditions de service applicables pour ce service telles que les toutes dernières conditions générales des Services Apple Media applicables au pays depuis lequel vous accédez à l'un de ces Services, disponibles à l'adresse https://www.apple.com/legal/internet-services/ itunes/ww/.

(b) Si vous vous inscrivez à iCloud, vous pouvez accéder directement à certaines fonctionnalités d'iCloud telles que « Bibliothèque de photos iCloud », « Mon flux de photos », « Partage de photos iCloud », « Backup » et « Localiser mon iPhone » à partir du Logiciel de l'iOS. Vous reconnaissez et acceptez que l'utilisation d'iCloud et de ces fonctionnalités sont soumises aux toutes dernières conditions de service d'iCloud, disponibles à l'adresse : https://www.apple.com/legal/internet-services/ icloud/ww/.

(c) Contenu de l'application Actualités. Le contenu accédé à travers l'application Actualités se limite uniquement à un usage personnel non commercial qui ne vous transfère aucune participation vis-à-vis du contenu et exclut particulièrement, sans limitation, tout usage de droit publicitaire ou promotionnel dans ledit contenu. En outre, il vous est interdit de republier, de retransmettre et de reproduire des images accédées à travers Actualités sous forme de fichier autonome.

(d) Plans. Le service et les fonctionnalités de cartographie du Logiciel de l'iOS (« Plans »), y compris le réseau de données liée à ceux-ci, peuvent varier selon les régions. Lorsque vous utilisez des fonctionnalités de Plans reposant sur la géolocalisation, telles que la navigation, les recherches relatives au trafic et aux établissements, différentes informations relatives à votre localisation et à votre utilisation du service peuvent être transmises à Apple, y compris la localisation géographique en temps réel de votre appareil iOS, afin de répondre à votre requête et de participer à l'amélioration de Plans. Lesdites données de localisation et d'utilisation sont collectées par Apple sous une forme ne permettant pas de vous identifier. **En utilisant Plans, vous reconnaissez et acceptez qu'Apple, ses filiales et ses agents transmettent, collectent, conservent, traitent et utilisent ces informations afin de fournir et d'améliorer les fonctionnalités et le service de Plans et d'autres produits et services Apple.** Apple est en outre susceptible de fournir lesdites informations, sous forme agrégée ou sous forme non personnellement identifiable, à ses partenaires et titulaires de licence pour contribuer à améliorer leurs

produits et services géodépendants et de cartographie. Vous pouvez désactiver les fonctionnalités de Plans reposant sur la localisation en modifiant le réglage en question sur votre appareil iOS et en désactivant le réglage de localisation dans Plans. Certaines fonctionnalités de Plans, telles que la navigation, ne sont pas disponibles si les services de localisation sont désactivés.

(e) iBooks ; Podcasts. Si vous choisissez d'utiliser la fonctionnalité de synchronisation des apps iBooks et Podcasts pour synchroniser vos favoris, vos notes, vos collections et vos abonnements de podcasts sur vos différents appareils iOS et ordinateurs, vous acceptez que de telles données soient transmises à Apple et conservées avec l'identifiant Apple que vous utilisez pour l'iBooks Store ou l'iTunes Store, afin de synchroniser lesdites données avec vos autres appareils et ordinateurs autorisés à accéder à du contenu au moyen de l'identifiant Apple en question. Vous pouvez désactiver la synchronisation à tout moment dans Réglages en modifiant les options de synchronisation pour les apps iBooks et Podcasts.

(f) Vous acceptez qu'en utilisant ces Services vous pouvez rencontrer du contenu à caractère considéré injurieux, indécent ou choquant, n'étant pas nécessairement identifié comme tel et que les résultats de toute recherche ou toute saisie d'adresse URL peuvent automatiquement et involontairement créer des liens ou des références vers du contenu choquant. Vous acceptez toutefois d'utiliser les Services à vos propres risques et dégagez Apple, ses affiliés et ses concédants de licence de toute responsabilité envers vous quant au contenu pouvant être considéré injurieux, indécent ou choquant.

(g) Certains Services peuvent afficher, contenir ou mettre à disposition du contenu, des données, des informations, des applications ou des documents de tierce partie, (« Éléments de tierce partie ») ou fournir des liens vers des sites web de tierce partie. Par l'utilisation des Services, vous reconnaissez et acceptez qu'Apple ne peut être responsable quant à l'examen ou l'évaluation du contenu, de son exactitude, de son intégrité, de son actualité, de sa validité, du respect des droits d'auteur, de sa légalité, de sa décence, de sa qualité ou de tout autre aspect de ces éléments ou sites web de tierce partie. Apple, ses dirigeants, ses affiliés et ses filiales ne peuvent ni garantir, ni assumer la responsabilité ou l'engagement, envers vous ou toute autre personne, pour tout Service, Élément ou site web de tierce partie, ou tout autre élément, produit ou service externe à ces tiers. Les Éléments de tierce partie et les liens vers d'autres sites web ne vous sont fournis qu'à des fins de commodité.

(h) Ni Apple, ni ses fournisseurs de contenu ne garantissent la disponibilité, l'exactitude, l'intégrité, la fiabilité ou le degré d'actualité des informations boursières, des données de localisation ou de toute autre donnée affichée par les Services. Les renseignements financiers affichés par les Services sont donnés à titre informatif seulement et ne devraient pas être conçus pour avoir valeur de conseils en placement. Avant de réaliser toute opération boursière basée sur les renseignements obtenus par le biais des Services, il vous est recommandé de consulter un spécialiste financier ou boursier qualifié juridiquement pour donner des conseils financiers ou boursiers dans votre pays ou région. Les données de localisation sont fournies par les Services, y compris par le service Plans d'Apple, à des fins de navigation et de planification uniquement et ne sauraient être utilisées dans des situations dans lesquelles des données d'emplacement précises sont requises ni dans lesquelles des données d'emplacement erronées, imprécises, différées dans le temps ou incomplètes risqueraient d'entraîner la mort, des blessures ou des dégâts matériels ou écologiques. Vous acceptez que les résultats offerts par le service Plans peuvent ne pas correspondre aux routes ou aux conditions du terrain actuelles à cause de facteurs pouvant affecter l'exactitude des données de Plans, notamment, mais sans s'y limiter, le temps, les conditions routières et de trafic et les événements géopolitiques. Pour votre sécurité, lors de l'utilisation de la navigation, soyez toujours attentif à la signalisation routière et aux conditions de la route. Suivez les pratiques garantissant une conduite sûre ainsi que le code de la route et gardez en tête que les itinéraires à pied peuvent ne pas tenir compte des trottoirs et des voies piétonnes.

(i) Dans la mesure où vous téléchargez du contenu via l'utilisation des Services, vous déclarez posséder les droits sur ledit contenu ou l'autorisation ou la permission juridique de télécharger ledit contenu et que

celui-ci n'enfreint aucune condition générale régissant les Services. Vous reconnaissez que les Services reprennent du contenu, des informations et des éléments protégés appartenant à Apple, au propriétaire du site ou leurs concédants, et protégés par les lois relatives à la propriété intellectuelle et lois connexes, notamment, mais sans s'y limiter, les droits d'auteur. Vous acceptez d'utiliser ce contenu, ces informations ou ces éléments propriétaire que dans le cadre de l'utilisation autorisée des Services et non dans le cadre de pratiques allant à l'encontre des conditions générales de cette Licence ou enfreignant tout droit de propriété intellectuelle d'une tierce partie ou d'Apple. Aucune partie des Services ne peut être reproduite sous quelque forme ou par quelque moyen que ce soit. Vous vous engagez à ne pas modifier, louer, louer à bail, prêter, vendre, distribuer ou créer de produit dérivé des Services, de quelque façon que ce soit, et à ne pas exploiter les Services de façon non autorisée, notamment, mais sans s'y limiter, en utilisant les Services pour transmettre n'importe quel virus, ver, cheval de Troie ou tout autre logiciel malveillant ou en entraînant une surcharge des capacités réseau. Vous acceptez également de ne pas utiliser les Services de quelque façon que ce soit pour harceler, insulter, abuser, traquer, menacer, diffamer ou encore enfreindre ou violer les droits de toute autre partie, et qu'Apple n'est en aucun cas responsable de tels agissements de votre part, ni de toute transmission ou message de harcèlement, de menace, d'action diffamatoire, offensant, non-respectueux ou illégal dont vous pouvez faire l'objet suite à l'usage de n'importe lequel desdits Services.

(j) De plus, les Services et les Éléments de tierce partie, accessibles depuis, affichés sur ou faisant l'objet de liens accessibles depuis l'appareil iOS, ne sont pas proposés dans toutes les langues ou dans tous les pays ou zones géographiques. Apple n'apporte aucune garantie que lesdits Services et Éléments de tierce partie sont adéquats à, et disponibles dans, n'importe quelle localisation géographique. Dans la mesure où vous choisissez d'utiliser ou d'accéder à ces Services et Éléments de tierce partie, vous agissez de votre propre chef et êtes de fait responsable du respect de la réglementation applicable, notamment, mais sans s'y limiter, des dispositions légales applicables localement ainsi que des réglementations relatives à la collecte de données et à la confidentialité. Le partage ou la synchronisation de photos via votre appareil iOS peut entraîner la transmission de métadonnées avec les photos, y compris l'endroit et le moment où la photo est prise ainsi que des informations de profondeur. L'utilisation des Services Apple (tels que Photothèque iCloud) pour partager ou synchroniser ces photos supposent qu'Apple reçoive et stocke lesdites métadonnées. Apple et ses concédants de licence se réservent le droit de modifier, suspendre, supprimer ou désactiver l'accès aux Services à tout moment et sans préavis. Apple n'est en aucun cas responsable de la suppression ou de la désactivation de l'accès à ces Services. Apple peut également limiter l'utilisation ou l'accès à certains Services, de quelque façon que ce soit et sans donner de préavis ni en assumer la responsabilité.

**6. Résiliation.** La présente Licence demeure valide jusqu'à résiliation. Vos droits découlant de la Licence prendront automatiquement fin ou cesseront d'être effectifs sans notification de la part d'Apple si vous ne vous conformez pas à l'une des conditions de la présente Licence. Après résiliation de cette Licence, vous devez cesser toute utilisation du Logiciel de l'iOS. Les sections 4, 5, 6, 7, 8, 9, 12 et 13 de cette Licence restent applicables après la résiliation.

**7. Exclusion de garanties.**
7.1.    Si vous êtes un client à titre privé (vous utilisez le Logiciel de l'iOS en dehors de votre entreprise, commerce ou profession), il se peut que vous disposiez dans votre pays de résidence de droits en vertu desquels les limitations ci-après ne s'appliqueraient pas, si tel est le cas, elles ne s'appliquent pas pour vous. Pour en savoir plus sur vos droits, prenez contact avec un organisme local de conseil aux consommateurs.

7.2. VOUS RECONNAISSEZ ET ACCEPTEZ EXPRESSÉMENT QUE, DANS LES LIMITES AUTORISÉES PAR LA LÉGISLATION EN VIGUEUR, L'UTILISATION DU LOGICIEL DE L'iOS ET DES SERVICES EXÉCUTÉS OU ACCESSIBLES VIA LE LOGICIEL DE L'iOS RESTE À VOS RISQUES ET PÉRILS ET QUE VOUS ASSUMEZ L'INTÉGRALITÉ DU RISQUE, DE MANIÈRE RAISONNABLE, RELATIF À LA QUALITÉ,

AUX PERFORMANCES, À L'EXACTITUDE ET AU MANIEMENT DU LOGICIEL.

7.3     DANS LES LIMITES MAXIMALES AUTORISÉES PAR LA LÉGISLATION EN VIGUEUR, LE LOGICIEL DE L'iOS AINSI QUE LES SERVICES SONT FOURNIS « TELS QUELS » ET « SELON DISPONIBILITÉ » AVEC TOUS LEURS DÉFAUTS ET SANS GARANTIE D'AUCUNE SORTE. APPLE ET SES CONCÉDANTS DE LICENCE (COLLECTIVEMENT DÉSIGNÉS PAR L'EXPRESSION « APPLE » DANS LE CADRE DES ARTICLES 7 ET 8 DE LA PRÉSENTE LICENCE) EXCLUENT PAR LA PRÉSENTE LICENCE TOUTE GARANTIE ET CONDITION RELATIVE AU LOGICIEL DE L'iOS ET AUX SERVICES, EXPLICITE, TACITE OU LÉGALE, Y COMPRIS, MAIS DE FAÇON NON LIMITATIVE, LES GARANTIES IMPLICITES ET/OU LES CONDITIONS DE QUALITÉ MARCHANDE, DE QUALITÉ SATISFAISANTE, D'ADÉQUATION À UN USAGE PARTICULIER, D'EXACTITUDE, DE JOUISSANCE PAISIBLE ET DE NON-VIOLATION DES DROITS DES TIERS.

7.4     APPLE NE GARANTIT NULLEMENT L'ABSENCE DE PROBLÈMES LORS DE L'UTILISATION DU LOGICIEL DE L'iOS ET DES SERVICES, L'ADÉQUATION À VOS BESOINS DES FONCTIONS OU DES SERVICES CONTENUS DANS OU FOURNIS PAR LEDIT LOGICIEL, LA NON-INTERRUPTION OU L'ABSENCE D'ERREURS DANS LE FONCTIONNEMENT DUDIT LOGICIEL ET DESDITS SERVICES, LA MISE À DISPOSITION CONTINUE DES SERVICES, LA CORRECTION DE TOUT DÉFAUT DU LOGICIEL DE L'iOS OU DES SERVICES, LA COMPATIBILITÉ DU LOGICIEL DE L'iOS, OU SON BON FONCTIONNEMENT AVEC UN LOGICIEL, UNE APPLICATION OU UN SERVICE DE TIERCE PARTIE. L'INSTALLATION DE CE LOGICIEL DE L'iOS PEUT AFFECTER LA DISPONIBILITÉ ET L'UTILISATION DE LOGICIELS, D'APPLICATIONS OU DE SERVICES DE TIERCE PARTIE ET D'AUTRES PRODUITS OU SERVICES APPLE.

7.5     DE PLUS, VOUS RECONNAISSEZ QUE LE LOGICIEL ET LES SERVICES DE L'iOS NE SONT PAS DESTINÉS OU ADAPTÉS À UN USAGE DANS DES SITUATIONS OU DANS DES ENVIRONNEMENTS OÙ UNE DÉFAILLANCE, DES RETARDS, DES ERREURS OU DES INEXACTITUDES DANS LE CONTENU DES DONNÉES OU DES INFORMATIONS FOURNIES, LE LOGICIEL OU LES SERVICES DE L'iOS POURRAIT PROVOQUER LA MORT, DES BLESSURES OU DE GRAVES DOMMAGES CORPORELS OU ÉCOLOGIQUES, NOTAMMENT, MAIS SANS S'Y LIMITER, LE FONCTIONNEMENT D'INSTALLATIONS NUCLÉAIRES, DE SYSTÈMES DE NAVIGATION OU DE COMMUNICATION AÉRIENNES, DE SYSTÈMES DE CONTRÔLE DU TRAFIC AÉRIEN, D'APPAREILS DE MAINTIEN ARTIFICIEL EN VIE OU DE DISPOSITIFS D'ARMEMENT.

7.6     AUCUNE INFORMATION OU AUCUN CONSEIL COMMUNIQUÉS VERBALEMENT OU PAR ÉCRIT PAR APPLE OU L'UN DE SES REPRÉSENTANTS AUTORISÉS NE POURRA CONSTITUER UNE GARANTIE. SI LE LOGICIEL DE L'iOS OU LES SERVICES S'AVÉRAIENT DÉFECTUEUX, VOUS ASSUMERIEZ SEUL L'INTÉGRALITÉ DU COÛT DE TOUT DÉPANNAGE, TOUTE RÉPARATION OU RECTIFICATION NÉCESSAIRE. CERTAINES LÉGISLATIONS NE PERMETTANT NI L'EXCLUSION DE GARANTIES IMPLICITES, NI LES RESTRICTIONS AUX DROITS DES CONSOMMATEURS EN VIGUEUR, IL EST POSSIBLE QUE L'EXCLUSION ET LES LIMITES MENTIONNÉES CI-DESSUS NE VOUS CONCERNENT PAS.

**8. Limitation de responsabilité.** DANS TOUTE LA MESURE PERMISE PAR LA LOI EN APPLICATION, APPLE, SES AFFILIÉS OU SES AGENTS NE SERONT EN AUCUN CAS RESPONSABLES NI DE BLESSURES, NI DE TOUT DOMMAGE ACCIDENTEL, SPÉCIAL, INDIRECT OU CONSÉCUTIF, Y COMPRIS, MAIS DE FAÇON NON LIMITATIVE, LES DOMMAGES RÉSULTANTS DE MANQUES À GAGNER, DE CORRUPTION OU DE PERTES DE DONNÉES, D'ÉCHEC DE TRANSMISSION OU DE RÉCEPTION DE DONNÉES (Y COMPRIS, MAIS SANS S'Y LIMITER, LE MATÉRIEL, LES INSTRUCTIONS ET LES TRAVAUX DE COURS), D'INTERRUPTION DES ACTIVITÉS OU TOUT AUTRE DOMMAGE COMMERCIAL OU PERTE COMMERCIALE RÉSULTANT DE OU RELATIFS À VOTRE UTILISATION OU VOTRE INAPTITUDE À UTILISER LE LOGICIEL DE L'iOS ET LES SERVICES OU TOUT

AUTRE LOGICIEL OU APPLICATION DE TIERCE PARTIE UTILISÉ AVEC LE LOGICIEL DE L'iOS OU LES SERVICES, QUELLE QU'EN SOIT LA CAUSE, SANS TENIR COMPTE DE LA THÉORIE DE LA RESPONSABILITÉ (QUE CE SOIT POUR RUPTURE DE CONTRAT, EN RESPONSABILITÉ CIVILE OU AUTRE) ET CE, MÊME SI APPLE A ÉTÉ INFORMÉ DE LA POSSIBILITÉ DE TELS DOMMAGES. CERTAINES JURIDICTIONS NE PERMETTANT PAS LA LIMITATION OU L'EXCLUSION DE LA RESPONSABILITÉ POUR DOMMAGES CORPORELS, INDIRECTS OU ACCESSOIRES, IL EST POSSIBLE QUE CETTE LIMITATION NE VOUS CONCERNE PAS. La responsabilité totale d'Apple envers vous au titre de tout dommage (en dehors de ce que la législation pourrait exiger dans les cas impliquant une blessure) n'excédera en aucun cas la somme de deux cent cinquante dollars (250 $). Les limitations susdites s'appliqueront même si le recours indiqué ci-dessus fait défaut à sa vocation essentielle.

**9. Certificats numériques.** Le logiciel de l'iOS inclut des fonctionnalités permettant d'accepter des certificats numériques émis soit par Apple, soit par des tiers. VOUS ÊTES PAR CONSÉQUENT RESPONSABLE DÈS LORS QUE VOUS DÉCIDEZ DE FAIRE CONFIANCE À UN CERTIFICAT, QU'IL PROVIENNE D'APPLE OU D'UN TIERS. L'UTILISATION DE CERTIFICATS NUMÉRIQUES RESTE À VOS RISQUES ET PÉRILS. DANS TOUTE LA MESURE PERMISE PAR LA LOI EN APPLICATION, APPLE NE DONNE AUCUNE GARANTIE OU REPRÉSENTATION, EXPRESSE OU IMPLICITE, QUANT À LA QUALITÉ MARCHANDE OU L'ADÉQUATION À UN USAGE PARTICULIER, LA PRÉCISION, LA SÉCURITÉ OU LA NON VIOLATION DES DROITS DE TIERS CONCERNANT LES CERTIFICATS NUMÉRIQUES.

**10. Contrôle des exportations.** Vous ne pouvez utiliser, exporter ou réexporter le Logiciel de l'iOS que conformément à la législation des États-Unis et à la législation du pays ou des pays dans lesquels vous avez acquis le Logiciel de l'iOS. En particulier, mais sans limitation, le Logiciel de l'iOS ne peut être exporté ou réexporté (a) vers tout pays soumis à embargo par les États-Unis ou (b) à toute personne figurant sur la liste « Specially Designated Nationals » du Ministère des Finances des États-Unis, sur les listes « Denied Persons » ou « Denied Entity » du Ministère du Commerce des États-Unis ou sur toute autre liste de personnes non autorisées. En utilisant le Logiciel de l'iOS, vous déclarez et garantissez que vous n'êtes pas situé dans un pays appartenant aux cas mentionnés ci-dessus ou inscrit sur une des listes précitées. Vous acceptez également de ne pas utiliser le Logiciel de l'iOS à des fins interdites par la législation des États-Unis, y compris, mais sans aucune limitation, le développement, la conception, la fabrication ou la production d'éléments nucléaires, de missiles ou d'armes chimiques ou biologiques.

**11. Utilisateurs du gouvernement des États-Unis.** Le Logiciel de l'iOS et la documentation qui s'y rapporte constituent des « Commercial Items » (éléments commerciaux), tel que ce terme est défini dans la clause 48 C.F.R. (Code of Federal Rules) §2.101, consistant en « Commercial Computer Software » (logiciel commercial) et « Commercial Computer Software Documentation » (documentation de logiciel commercial), tels que ces termes sont utilisés dans les clauses 48 C.F.R. §12.212 ou 48 C.F.R. §227.7202. Conformément à la clause 48 C.F.R. §12.212 ou 48 C.F.R. de §227.7202-1 à 227.7202-4, les éléments « Commercial Computer Software » et « Commercial Computer Software Documentation » sont fournis sous licence aux utilisateurs finaux rattachés au gouvernement des États-Unis (a) uniquement comme « Commercial Items » et (b) uniquement accompagnés des droits octroyés à tous les autres utilisateurs finaux conformément aux conditions générales ci-inclus. Les droits non publiés sont réservés en vertu de la législation des droits d'auteur en vigueur aux États-Unis.

**12. Loi applicable et divisibilité du contrat.** Cette licence est régie et interprétée en conformité avec la législation de l'État de Californie, mis à part les conflits en matière de principes légaux. Cette licence n'est pas régie par la convention des Nations Unies sur les contrats de vente internationale de biens, dont l'application est expressément exclue. Si vous êtes un client basé dans au Royaume-Uni, la présente Licence est régie par la législation de votre juridiction. Si pour une raison quelconque un tribunal ayant juridiction juge qu'une stipulation de la Licence est inapplicable, en totalité ou en partie, les autres stipulations de la Licence restent entièrement applicables.

**13. Intégralité de l'accord ; Langue prévalente.** Cette Licence constitue l'intégralité de l'accord entre vous et Apple concernant le Logiciel de l'iOS et remplace toutes les propositions ou tous les accords antérieurs ou actuels à ce sujet. Aucun amendement ou aucune modification de cette Licence ne prendra effet à moins d'être stipulé par écrit et signé par Apple. Toute traduction de la présente licence est effectuée pour les besoins locaux. En cas de contradiction entre la version anglaise et toute autre version, la version anglaise prévaut dans les limites non prohibées par les lois locales de votre juridiction.

**14. Bénéficiaire de tierce partie.** Certaines parties du Logiciel de l'iOS peuvent utiliser ou comporter des logiciels de tierces parties et d'autres contenus protégés par des droits d'auteurs. Les remerciements, les conditions des licences et les exclusions de garanties desdits éléments figurent dans la documentation électronique du Logiciel de l'iOS, et l'utilisation de ces données est dictée par leurs conditions respectives. L'utilisation du service de navigation sécurisée de Google est sujet aux Conditions d'utilisation (https://www.google.com/intl/fr/policies/terms/) et aux Règles de confidentialité de Google (https://www.google.com/intl/fr/policies/privacy/).

**15. Utilisation de MPEG-4 ; H.264/Notice AVC.**
(a) La licence du Logiciel de l'iOS est concédée d'après les termes de la licence du portefeuille de brevets de MPEG-4 Systems pour l'encodage. Une licence additionnelle et le paiement d'une redevance sont toutefois nécessaires pour l'encodage (i) de données stockées ou dupliquées sur un support physique payé titre par titre et/ou (ii) de données payées titre par titre et transmises à un utilisateur final pour un stockage et/ou une utilisation permanent(e)s. De telles licences additionnelles peuvent être obtenues auprès de MPEG LA, LLC. Voir http://www.mpegla.com pour plus de détails.

(b) Le Logiciel de l'iOS prévoit des fonctionnalités d'encodage et/ou de décodage MPEG-4. La Licence de ce produit vous est par conséquent concédée d'après les conditions de la licence du portefeuille de brevets de MPEG-4 Visual dans le cadre d'une utilisation privée à but non commercial par un consommateur pour (i) l'encodage de vidéo en conformité avec la norme MPEG-4 Visual (« Vidéo au format MPEG-4 ») et/ou (ii) le décodage de vidéo MPEG-4 encodée par un consommateur engagé dans une activité privée à but non commercial et/ou obtenue d'un fournisseur vidéo sous licence de MPEG LA pour distribuer de la vidéo au format MPEG-4. Aucune licence ne saurait être accordée ou être considérée comme implicite pour toute autre utilisation. Des informations complémentaires sur l'utilisation à des fins promotionnelles, interne ou commerciale sont disponibles auprès de MPEG LA, LLC. Voir http://www.mpegla.com.

(c) Dans la mesure où le Logiciel de l'iOS inclut la fonctionnalité de décodage et/ou d'encodage AVC, l'usage commercial de H.264/AVC requiert une concession de licence complémentaire et la disposition suivante s'applique : LA PRÉSENTE LICENCE POUR LA FONCTIONNALITÉ AVC DU LOGICIEL DE L'iOS N'EST ACCORDÉE QUE DANS LE CADRE D'UN USAGE PERSONNEL ET NON COMMERCIAL D'UN CONSOMMATEUR POUR (i) ENCODER DE LA VIDÉO SELON LA NORME AVC (« AVC VIDÉO ») ET/OU (ii) DÉCODER DE LA VIDÉO AVC ENCODÉE PAR UN CONSOMMATEUR DANS LE CADRE D'UNE ACTIVITÉ PERSONNELLE ET NON COMMERCIALE ET/OU DE LA VIDÉO AVC PROVENANT D'UN FOURNISSEUR VIDÉO AUTORISÉ À PROPOSER DE LA VIDÉO AVC. LES INFORMATIONS RELATIVES AUX AUTRES USAGES ET LICENCES SONT DISPONIBLES AUPRÈS DE MPEG LA L.L.C. VOIR http://www.mpegla.com.

**16. Restrictions du service Yahoo Search.** Le service Yahoo Search disponible via Safari n'est octroyé en licence d'utilisation que dans les pays et régions suivants : Allemagne, Argentine, Aruba, Australie, Autriche, Bahamas, Barbade, Belgique, Bermudes, Brésil, Bulgarie, Canada, Chili, Chine, Colombie, Corée du Sud, Chypre, Danemark, Espagne, Équateur, États-Unis, Finlande, France, Grèce, Grenade, Guatemala, Hong Kong, Hongrie, Îles Caïmans, Islande, Inde, Indonésie, Irlande, Italie, Jamaïque, Japon, Lettonie, Lituanie, Luxembourg, Malaisie, Malte, Mexique, Nouvelle-Zélande, Nicaragua, Norvège,

Panama, Pays-Bas, Pérou, Philippines, Pologne, Portugal, Porto Rico, République Dominicaine, République Tchèque, Roumanie, Royaume-Uni, Sainte-Lucie, Saint-Vincent, Salvador, Singapour, Slovaquie, Slovénie, Suède, Suisse, Taïwan, Thaïlande, Trinité-et-Tobago, Turquie, Uruguay et Venezuela.

**17. Avis sur Microsoft Exchange.** Le paramètre de messagerie Microsoft Exchange tiré du Logiciel de l'iOS vous est uniquement concédé sous licence pour bénéficier de la synchronisation sans fil de données, telles que vos courriers électroniques, vos contacts, votre calendrier et vos tâches, entre votre iOS et Microsoft Exchange Server ou un autre serveur concédé sous licence par Microsoft pour mettre en application le protocole Microsoft Exchange ActiveSync.

EA1520
22/09/2017


——————————————
**Conditions générales supplémentaires relatives à Apple Pay**

Les présentes conditions générales supplémentaires relatives à Apple Pay (ces « Conditions générales supplémentaires ») complètent la licence d'utilisation du Logiciel de l'iOS (« Licence »). Les dispositions de la Licence et des présentes conditions générales supplémentaires régissent votre utilisation de la fonctionnalité Apple Pay qui doit être considérée de façon implicite comme un « Service » en vertu de la Licence. Les termes en majuscule utilisés dans les présentes Conditions générales supplémentaires possèdent la définition indiquée dans la Licence.

**1.    Vue d'ensemble et restrictions d'utilisation**

Apple Pay vous permet de :

- conserver des représentations virtuelles de cartes de crédit, de débit et prépayées, y compris de carte de crédit, de débit, prépayées et la carte Apple Pay Cash, prises en charge par la fonctionnalité Apple Pay (« Cartes de paiement prises en charge ») et d'utiliser les appareils iOS pris en charge pour réaliser des paiements sans contact dans des points de vente spécifiques ou au sein d'applications ou sites web ;
- utiliser des cartes de fidélité et cadeau sauvegardées dans Wallet (« Cartes compatibles Apple Pay » et, ensemble avec les cartes de paiement prises en charge, « Cartes prises en charge ») pour effectuer des transactions de cartes de fidélité et cadeau sans contact dans certaines boutiques dans le cadre d'un paiement sans contact à l'aide d'Apple Pay ; et
- envoyer des paiements entre personnes à des utilisateurs d'Apple Pay.

Il est possible que la fonctionnalité Apple Pay du Logiciel iOS soit disponible uniquement dans certaines régions, avec des cartes émises par des entités, des établissements financiers et des commerçants spécifiques. Les fonctionnalités peuvent varier selon les régions, les émetteurs de carte et les commerces.

Pour utiliser Apple Pay, vous devez posséder une Carte prise en charge. Les Cartes prises en charge peuvent parfois varier. De plus, afin d'envoyer ou de recevoir des paiements entre personnes, vous devez posséder une carte Apple Pay Cash.

L'utilisation des Cartes de paiement prises en charge et des paiements entre personnes requiert un identifiant Apple servant à ouvrir une session sur iCloud pour pouvoir utiliser ces fonctionnalités. Les Cartes prises en charge sont uniquement destinées aux personnes âgées de 13 ans ou plus et des restrictions supplémentaires relatives à l'âge peuvent être imposées par iCloud ou par la Carte prise en charge que vous souhaitez provisionner. La carte Apple Pay Cash et la possibilité d'envoyer et recevoir

des paiements entre personnes ne sont disponibles que pour les individus âgés d'au moins 18 ans.

La fonctionnalité Apple Pay est prévue pour un usage personnel et vous ne pouvez provisionner que vos propres Cartes prises en charge. Si vous provisionnez une carte d'entreprise prise en charge, vous déclarez le faire avec l'autorisation de votre employeur et avoir la permission de lier ce dernier par les conditions d'utilisation et les transactions réalisées en utilisant cette fonctionnalité. Si vous envoyez ou recevez un paiement d'une personne, vous déclarez le faire pour votre usage propre à titre personnel et non commercial.

Vous acceptez de ne pas utiliser Apple Pay à des fins illégales ou frauduleuses ou à toute autre fin interdite par la Licence et par ces Conditions générales supplémentaires. Vous acceptez également d'utiliser Apple Pay conformément aux lois et réglementations applicables. Vous acceptez de ne pas interférer avec ou interrompre le fonctionnement du service Apple Pay (y compris de ne pas accéder au service par un moyen automatisé quelconque) ou de tout serveur ou réseau connecté audit service, ou de toute politique, exigence ou réglementation de réseaux connectés audit service (y compris tout accès non autorisé, utilisation ou contrôle des données ou du trafic sur ceux-ci).

## 2.    Relation avec Apple

Apple Pay vous permet de créer une représentation virtuelle de vos Cartes prises en charge sur votre appareil iOS pris en charge. Toutefois, Apple ne traite pas de transactions liées à des paiements ou à des cartes qui ne sont pas de paiement (par exemple de distribution ou d'échange de points de fidélité), ne reçoit, garde ou transfère vos fonds et ne possède aucun contrôle sur les paiements, les retours, les remboursements, les récompenses, les rabais ou toute activité commerciale pouvant être liée à votre utilisation de cette fonctionnalité.

Les éventuelles conditions relatives à l'utilisation de carte de votre émetteur de carte régissent l'utilisation de vos Cartes prises en charge et leur utilisation au moyen de la fonctionnalité Apple Pay. En outre, votre participation à tout programme de fidélité ou cadeau et votre utilisation des Cartes compatibles Apple Pay par l'intermédiaire d'Apple Pay sont sujettes aux conditions générales des commerces régissant lesdits programmes.

La carte Apple Pay Cash et la possibilité d'envoyer et de recevoir des paiements entre personnes ne sont disponibles qu'aux États-Unis, et constituent des services fournis par Green Dot Bank, membre de la FDIC. Lorsque vous activez ces fonctionnalités au sein d'Apple Pay, vous ouvrez un compte auprès de Green Dot Bank, et lorsque vous envoyez ou recevez un paiement d'une personne ou provisionnez ou retirez de l'argent de votre carte Apple Pay Cash, Green Dot Bank est alors responsable de la réception et de l'envoi de votre argent au destinataire voulu. L'établissement financier, responsable de l'offre de paiements Apple Pay Cash et entre personnes au sein de Apple Pay, est sujet à changement, et votre usage desdites fonctionnalités sont soumises à ses conditions générales.

Aucune disposition de la Licence ou des présentes Conditions générales supplémentaires ne modifie l'accord de détenteur de carte ou du commerce et les termes d'un tel accord régissent votre utilisation de la Carte prise en charge en question et sa représentation virtuelle sur votre appareil iOS. Vous acceptez qu'Apple n'est pas partie à votre accord de détenteur de carte ou commercial ni responsable (a) du contenu, de l'exactitude ou de l'indisponibilité de cartes de paiement, de cartes cadeau, de cartes contenant du crédit, des activités commerciales, des transactions ou des achats dans le cadre de l'utilisation de la fonctionnalité Apple Pay ; (b) de l'accord de crédit ou l'étude d'éligibilité au crédit ; (c) de la distribution ou de l'échange de points de fidélité ou de crédit du programme d'un commerce ; (d) du remboursement ou de la recharge de cartes prépayées ; (e) de l'envoi ou de la réception de paiements entre personnes ; ou (f) de l'approvisionnement, de la récupération ou du retrait d'argent depuis votre carte Apple Pay Cash.

Pour tout différend ou question relatif aux cartes de paiement, de fidélité ou cadeau ou à des activités commerciales associées à des cartes, veuillez prendre contact avec l'émetteur de carte ou le commerçant. Pour toute question concernant la carte Apple Pay Cash ou les paiements entre personnes, veuillez contacter l'assistance Apple.

**3.    Confidentialité**

Apple Pay requiert certaines informations de votre appareil iOS pour proposer toutes ses fonctionnalités. De plus, lorsque vous utilisez votre carte Apple Pay Cash ou envoyez ou recevez des paiements entre personnes, des informations complémentaires relatives à vos transactions sont recueillies et conservées pour assurer le service de votre compte et dans un but de prévention de la fraude et de conformité à la réglementation. Pour en savoir plus sur les données collectées, utilisées ou partagées dans le cadre de votre utilisation d'Apple Pay, la carte Apple Pay Cash ou les paiements entre personnes par le biais d'Apple Pay, consultez les rubriques À propos d'Apple Pay et Confidentialité (accessibles depuis Wallet et Apple Pay sur votre appareil iOS, ou depuis l'appli de la Watch sur un appareil iOS jumelé) ou consultez la page web https://www.apple.com/fr/privacy/. En utilisant ces fonctionnalités, vous acceptez qu'Apple, ainsi que ses filiales et ses représentants, transmettent, recueillent, conservent, traitent et utilisent ces données comme décrit ci-dessus pour assurer le bon fonctionnement d'Apple Pay.

**4.    Sécurité ; appareils perdus ou désactivés**

Apple Pay conserve des représentations virtuelles de vos Cartes prises en charge et doit par conséquent être protégé comme vous le feriez avec votre argent liquide ou vos cartes de débit, de crédit, prépayées, de fidélité ou cadeau physiques. En communiquant le mot de passe de votre appareil à un tiers, en autorisant un tiers à ajouter son empreinte digitale pour utiliser Touch ID ou en activant Face ID, vous pouvez lui donner la possibilité de réaliser des paiements, d'envoyer, demander ou recevoir des paiements entre personnes, de retirer de l'argent de votre carte Apple Pay Cash ou de recevoir ou échanger des points de fidélité ou le solde d'un crédit en utilisant Apple Pay sur votre appareil. Vous êtes l'unique responsable de la sécurité de votre appareil et de votre mot de passe. Vous acceptez qu'Apple n'assume aucune responsabilité si vous perdez votre appareil ou partagez les informations permettant d'y accéder. Vous acceptez également qu'Apple n'assume aucune responsabilité si vous réalisez des modifications non autorisées sur l'iOS (telles qu'un « jailbreak »).

Il se peut que vous soyez amené à activer des mesures de sécurité complémentaires, telles que l'authentification à deux facteurs pour votre identifiant Apple, afin d'accéder à des fonctionnalités particulières d'Apple Pay, notamment la carte Apple Pay Cash et les paiements entre personnes avec Apple Pay. Si vous retirez par la suite ces fonctionnalités de sécurité, il se peut que vous ne puissiez plus accéder aux fonctionnalités particulières d'Apple Pay.

Si votre appareil est perdu ou volé est que la fonctionnalité Localiser mon iPhone est activée, vous pouvez l'utiliser pour essayer de désactiver la possibilité de payer avec les cartes virtuelles de paiement prises en charge ou d'envoyer des paiements entre personnes sur l'appareil en question en le désignant comme perdu. Vous pouvez également effacer le contenu de votre appareil, dans le but de désactiver la possibilité de payer avec les cartes virtuelles de paiement prises en charge ou d'envoyer des paiements entre personnes sur votre appareil et de supprimer les Cartes compatibles Apple Pay. Cependant, vous devriez également prendre contact avec l'émetteur de vos cartes de paiement prises en charge et les commerces ayant émis vos Cartes de paiement compatibles Apple Pay, et Apple dans le cas de votre carte Apple Pay Cash, afin d'empêcher tout accès non autorisé à vos Cartes prises en charge.

Si vous signalez, ou qu'Apple suspecte, des activités frauduleuses ou abusives, vous acceptez de collaborer avec Apple dans toute enquête et de prendre toute mesure de prévention contre la fraude

nécessaire recommandée par Apple.

5.    **Limitation de responsabilité.**

OUTRE LES EXCLUSIONS DE GARANTIES ET LES LIMITATIONS DE RESPONSABILITÉ CONTENUES DANS LA LICENCE, APPLE N'ASSUME AUCUNE RESPONSABILITÉ POUR LES ACHATS, LES PAIEMENTS, LES TRANSACTIONS OU TOUTE AUTRE ACTIVITÉ COMMERCIALE RÉALISÉS À L'AIDE DE LA FONCTIONNALITÉ APPLE PAY. DE PLUS, VOUS ACCEPTEZ DE VOUS RAPPORTEZ UNIQUEMENT AUX ACCORDS PASSÉS AVEC L'ÉMETTEUR DE VOTRE CARTE, VOTRE RÉSEAU DE PAIEMENT, LES ÉTABLISSEMENTS FINANCIERS OU LES COMMERÇANTS AUPRÈS DESQUELS VOUS RÉALISEZ DES ACHATS POUR RÉSOUDRE TOUTE QUESTION OU TOUT DIFFÉREND RELATIF À VOS CARTES PRISES EN CHARGE, VOS PAIEMENTS ENTRE PERSONNES ET LES ACTIVITÉS COMMERCIALES QUI Y SONT ASSOCIÉES.

— — — — — — — — — — —
**NOTIFICATIONS DE LA PART D'APPLE**
Si Apple a besoin de vous contacter au sujet de votre produit ou de votre compte, vous acceptez de recevoir des notifications par courrier électronique. Vous acceptez que de telles notifications, qui vous parviennent électroniquement d'Apple, satisfassent toute disposition légale en matière de communication.

**DEUTSCH**

**WICHTIG: INDEM DU DEIN iPHONE, DEIN iPAD ODER DEINEN iPOD TOUCH („iOS-GERÄT")
VERWENDEST, ERKLÄRST DU DEIN EINVERSTÄNDNIS MIT DEN FOLGENDEN BESTIMMUNGEN:**

**A.    APPLE-iOS-SOFTWARELIZENZVERTRAG**
**B.    ERGÄNZENDE BESTIMMUNGEN ZU APPLE PAY**
**C.    BENACHRICHTIGUNGEN VON APPLE**

**APPLE INC.**
**iOS-SOFTWARELIZENZVERTRAG**
**Einzelbenutzerlizenz**

**BITTE LIES DIESEN SOFTWARELIZENZVERTRAG („LIZENZ") SORGFÄLTIG DURCH, BEVOR DU
DEIN iOS-GERÄT IN BETRIEB NIMMST ODER DIE ZU DIESER LIZENZ GEHÖRIGE
SOFTWAREAKTUALISIERUNG LÄDST. INDEM DU DEIN iOS-GERÄT VERWENDEST ODER EINE
SOFTWAREAKTUALISIERUNG LÄDST, SOFERN ZUTREFFEND, ERKLÄRST DU DEIN
EINVERSTÄNDNIS MIT DEN BESTIMMUNGEN DIESES LIZENZVERTRAGS. WENN DU MIT DEN
BESTIMMUNGEN DIESES LIZENZVERTRAGS NICHT EINVERSTANDEN BIST, VERWENDE DAS
iOS-GERÄT NICHT BZW. LADE DIE SOFTWAREAKTUALISIERUNG NICHT.**

**WENN DU KÜRZLICH EIN iOS-GERÄT GEKAUFT HAST UND MIT DEN BESTIMMUNGEN DIESES
LIZENZVERTRAGS NICHT EINVERSTANDEN BIST, KANNST DU DAS iOS-GERÄT GEMÄSS DEN
APPLE-RÜCKGABERICHTLINIEN UNTER https://www.apple.com/legal/sales_policies/
INNERHALB DES RÜCKGABEZEITRAUMS GEGEN RÜCKERSTATTUNG DES KAUFPREISES AN
DEN APPLE STORE ODER DEN AUTORISIERTEN HÄNDLER ZURÜCKGEBEN, BEI DEM DU ES
ERWORBEN HAST.**

**1. Allgemeines.**
(a) Die Software (einschließlich Boot-ROM-Code, eingebetteter Software und Software von
Drittanbietern), Dokumentation, Benutzeroberflächen, Inhalte, Schriften und sonstigen Daten, die du mit
deinem iOS-Gerät erhalten hast („Original iOS-Software"), die ggf. durch von Apple bereitgestellte
Funktionserweiterungen, Softwareaktualisierungen oder Systemwiederherstellungssoftware aktualisiert
oder ersetzt werden („iOS-Softwareaktualisierungen"), unabhängig davon, ob diese auf einem ROM,
einem anderen Speichermedium oder in anderer Form gespeichert sind (die Original iOS-Software und
die iOS-Softwareaktualisierungen werden im Folgenden gemeinsam als „iOS-Software" bezeichnet),
werden dir von Apple Inc. („Apple") für die Nutzung im Rahmen dieser Lizenz lizenziert, nicht verkauft.
Apple und seine Lizenzgeber bleiben Eigentümer der iOS-Software und behalten sich alle Rechte vor, die
dir nicht ausdrücklich erteilt werden. Du erklärst dich damit einverstanden, dass die Bestimmungen
dieser Lizenz für jegliche Apple-Apps gelten, die möglicherweise in deinem iOS-Gerät integriert sind, es
sei denn, eine solche App wird von einer separaten Lizenz begleitet; in diesem Fall erklärst du dich damit
einverstanden, dass die Bestimmungen dieser Lizenz für deine Nutzung dieser App gelten werden.

(b) Apple kann nach eigenem Ermessen künftige iOS-Softwareaktualisierungen bereitstellen. Die iOS-
Softwareaktualisierungen, sofern vorhanden, enthalten unter Umständen nicht alle vorhandenen
Softwarefunktionen oder neuen Funktionen, die Apple für neuere oder andere Modelle von iOS-Geräten
freigibt. Die Bestimmungen dieser Lizenz gelten für jegliche von Apple bereitgestellten iOS-
Softwareaktualisierungen, es sei denn, eine solche iOS-Softwareaktualisierung umfasst eine separate
Lizenz. In diesem Fall stimmst du zu, dass die Bestimmungen dieser Lizenz für die Aktualisierung
Gültigkeit haben.

(c) Wenn du die Funktion für die Express-Konfiguration verwendest, um ein neues iOS-Gerät basierend

auf deinem vorhandenen iOS-Gerät zu konfigurieren, erklärst du dich damit einverstanden, dass die Bestimmungen dieser Lizenz für deine Nutzung der iOS-Software auf deinem neuen iOS-Gerät maßgeblich sind, es sei denn, dieses umfasst eine separate Lizenz. In dem Fall stimmst du zu, dass diese Lizenz für deine Nutzung dieser iOS-Software Gültigkeit hat.

**2. Nutzung und Beschränkungen.**
(a) Gemäß den Bestimmungen dieses Lizenzvertrags erteilt dir Apple hiermit eine eingeschränkte, einfache Lizenz zur Nutzung der iOS-Software auf einem einzigen Apple-iOS-Gerät. Ausgenommen wie in Absatz 2(b) unten gestattet und vorbehaltlich separater Lizenzvereinbarungen zwischen dir und Apple ist im Rahmen dieses Lizenzvertrags die Existenz der iOS-Software auf mehr als einem Apple-iOS-Gerät gleichzeitig nicht gestattet. Ferner ist es untersagt, die iOS-Software zu verteilen oder über ein Netzwerk bereitzustellen, in dem sie von mehr als einem Gerät gleichzeitig verwendet werden kann. Diese Lizenz gewährt dir keinerlei Rechte zur Nutzung von Apple eigenen Benutzeroberflächen und anderem geistigen Eigentum an Design, Entwicklung, Fertigung, Lizenzierung oder Verteilung von Drittanbietergeräten und -zubehör oder Drittanbietersoftware für die Verwendung mit dem iOS-Gerät. Einige dieser Rechte stehen unter separaten Lizenzen von Apple zur Verfügung. Wenn du weitere Informationen zur Entwicklung von Drittanbietergeräten und -zubehör für iOS-Geräte wünschst, besuche bitte die Website https://developer.apple.com/programs/mfi/. Wenn du weitere Informationen zur Entwicklung von Software für iOS-Geräte wünschst, besuche bitte die Website https://developer.apple.com.

(b) Mit diesem Lizenzvertrag erhältst du eine eingeschränkte, einfache Lizenz zum Laden von iOS-Softwareaktualisierungen, die möglicherweise von Apple für dein iOS-Gerät zur Verfügung gestellt werden, um die Software auf jedem iOS-Gerät, dessen Eigentümer du bist oder das deiner Kontrolle unterliegt, zu aktualisieren oder wiederherzustellen. Im Rahmen dieses Lizenzvertrags ist es nicht gestattet, iOS-Geräte zu aktualisieren oder wiederherzustellen, deren Eigentümer oder Besitzer du nicht bist. Ferner ist es untersagt, die iOS-Softwareaktualisierungen zu verteilen oder über ein Netzwerk bereitzustellen, in dem sie von mehr als einem Gerät oder mehr als einem Computer gleichzeitig verwendet werden können. Wenn du eine iOS-Softwareaktualisierung auf deinen Computer lädst, bist du berechtigt, eine maschinenlesbare Kopie der auf deinem Computer gespeicherten iOS-Softwareaktualisierungen für Sicherungszwecke zu erstellen. Du bist verpflichtet, auf jeder Kopie der iOS-Softwareaktualisierungen die Urheber- und sonstigen Schutzrechtshinweise aufzunehmen, die auf dem Original enthalten waren.

(c) Sofern Apple auf deinem iOS-Gerät zum Zeitpunkt des Kaufs Apple-Apps aus dem App Store vorinstalliert hat („vorinstallierte Apps"), musst du dich beim App Store anmelden und diese vorinstallierten Apps deinem App Store-Account zuordnen, um sie auf deinem iOS-Gerät verwenden zu können. Wenn du deinem App Store-Account eine vorinstallierte App zuordnest, ordnest du gleichzeitig automatisch alle anderen vorinstallierten Apps auf deinem iOS-Gerät zu. Indem du dich für die Zuordnung der vorinstallierten Apps zu deinem App Store-Account entscheidest, erklärst du dein Einverständnis damit, dass Apple sowohl die Apple-ID, die von deinem App Store-Account verwendet wird, als auch eine eindeutige Hardwarekennung, die von deinem iOS-Gerät gesammelt wird, als eindeutige Account-IDs zwecks Prüfung der Berechtigung deiner Anfrage und Bereitstellung des Zugriffs auf die vorinstallierten Apps via App Store für dich übertragen, sammeln, verwalten, verarbeiten und nutzen darf. Wenn du eine vorinstallierte App nicht verwenden möchtest, kannst du sie jederzeit von deinem iOS-Gerät löschen.

(d) Es ist dir nicht gestattet und du verpflichtest dich, es zu unterlassen und Dritten nicht zu gestatten, die iOS-Software oder jegliche Dienste, die von der iOS-Software bereitgestellt werden, oder Teile davon zu kopieren (sofern dies nicht ausdrücklich im Rahmen dieses Lizenzvertrags gestattet ist), zu dekompilieren, zurückzuentwickeln, zu disassemblieren, zu modifizieren, zu entschlüsseln, Versuche zur Ableitung des Quellcodes zu unternehmen oder abgeleitete Werke der iOS-Software oder jeglicher in der

iOS-Software enthaltener Dienste oder Teilen davon zu erstellen (sofern dies nicht und nur in dem Ausmaß, in dem jegliche vorgenannte Beschränkung durch gesetzliche Vorschriften untersagt ist oder durch die Lizenzbestimmungen, die die Nutzung von möglicherweise in der iOS-Software enthaltenen Open-Source-Komponenten regeln, gestattet ist).

(e) Die iOS-Software darf zur Reproduktion von Materialien verwendet werden, sofern sich diese Verwendung auf die Reproduktion von Materialien beschränkt, (i) die nicht durch Urheberrechte geschützt sind, (ii) für die du das Urheberrecht besitzt oder (iii) zu deren Reproduktion du bevollmächtigt oder durch Gesetze autorisiert bist. Das Eigentums- und Urheberrecht an den Inhalten, die über dein iOS-Gerät angezeigt oder darauf gespeichert werden bzw. auf die über dein iOS-Gerät zugegriffen wird, liegt bei den jeweiligen Eigentümern dieser Inhalte. Solche Inhalte sind möglicherweise durch Urheberrechte oder andere Rechte und Verträge hinsichtlich des geistigen Eigentums geschützt und können den Nutzungsbestimmungen des Dritten unterliegen, der diese Inhalte bereitstellt. Soweit hierin nicht anderweitig festgelegt, gewährt dir diese Lizenz keinerlei Rechte zum Verwenden solcher Inhalte, noch garantiert sie, dass diese Inhalte weiterhin für dich verfügbar sein werden.

(f) Du erklärst dich damit einverstanden, die iOS-Software und die Dienste (wie in Absatz 5 unten definiert) in Übereinstimmung mit allen anwendbaren Gesetzen zu verwenden, einschließlich lokale Gesetze des Landes oder der Region, in dem bzw. der du wohnhaft bist oder in dem bzw. der du die iOS-Software und -Dienste lädst oder verwendest. Funktionen der iOS-Software und der -Dienste sind möglicherweise nicht in allen Sprachen oder Regionen verfügbar; einige Funktionen können je nach Region variieren und einige sind möglicherweise eingeschränkt oder werden von deinem Dienstanbieter nicht bereitgestellt. Für einige Funktionen der iOS-Software und -Dienste ist eine WLAN-Verbindung oder drahtlose Datenverbindung erforderlich.

(g) Die Nutzung des App Store erfordert eine Kombination aus einem eindeutigen Benutzernamen und einem Passwort, die auch als Apple-ID bezeichnet wird. Eine Apple-ID ist auch für den Zugriff auf App-Aktualisierungen und bestimmte Funktionen der iOS-Software und -Dienste erforderlich.

(h) Dir ist bewusst, dass viele Funktionen, integrierte Apps und Dienste der iOS-Software Daten übertragen und Auswirkungen auf deinen Datentarif haben könnten und dass du für solche Gebühren verantwortlich bist. Du kannst anzeigen und steuern, welche Programme Mobilfunkdaten nutzen dürfen, und kannst in den Einstellungen unter „Mobile Daten" nachsehen, wie viele Daten solche Programme schätzungsweise verbraucht haben. Weitere Informationen dazu entnimm bitte dem Benutzerhandbuch für dein iOS-Gerät.

(i) Wenn du dich entscheidest, automatische App-Aktualisierungen zuzulassen, prüft dein iOS-Gerät in regelmäßigen Abständen bei Apple, ob Aktualisierungen für die Apps auf deinem Gerät vorhanden sind. Wenn eine Aktualisierung verfügbar ist, wird diese automatisch geladen und auf deinem Gerät installiert. Du kannst die automatische App-Aktualisierung jederzeit deaktivieren, indem du zu „Einstellungen" navigierst, auf „iTunes & App Store" tippst und unter „Automatische Downloads" die Option „Updates" deaktivierst.

(j) Die Nutzung deines iOS-Geräts kann dich in bestimmten Situationen ablenken und möglicherweise zu gefährlichen Situationen führen (so solltest du es beispielsweise vermeiden, beim Autofahren SMS-Nachrichten zu schreiben oder beim Fahrradfahren Kopfhörer zu tragen). Indem du dein iOS-Gerät verwendest, erklärst du dich damit einverstanden, dass es in deiner Verantwortung liegt, Regeln einzuhalten, die die Nutzung von Mobiltelefonen verbieten oder einschränken (beispielsweise die Vorschrift, beim Telefonieren im Auto eine Freisprecheinrichtung zu verwenden).

**3. Übertragung.** Es ist dir nicht gestattet, die iOS-Software zu vermieten, zu verleasen, zu verleihen, zu verkaufen, neu zu verteilen oder Unterlizenzen für die iOS-Software zu vergeben. Du bist jedoch

berechtigt, eine einmalige, permanente Übertragung aller deiner Lizenzrechte an der iOS-Software an einen Dritten in Verbindung mit der Übertragung des Eigentums an deinem iOS-Gerät vorzunehmen, vorausgesetzt: (a) die Übertragung umfasst dein iOS-Gerät und die komplette iOS-Software, einschließlich aller Komponenten und dieses Lizenzvertrags; (b) du behältst keine Kopie der iOS-Software oder von Teilen der iOS-Software, einschließlich der Kopien, die sich auf einem Computer oder einem anderen Massenspeichergerät befinden; und (c) die Partei, die die iOS-Software erhält, liest und akzeptiert die Bestimmungen dieses Lizenzvertrags.

**4. Einwilligung zur Verwendung von Daten.** Wenn du dein Gerät verwendest, werden deine Telefonnummer und bestimmte eindeutige Kennungen für dein iOS-Gerät an Apple gesendet, damit andere dich unter deiner Telefonnummer erreichen können, wenn sie verschiedene Kommunikationsfunktionen der iOS-Software verwenden, etwa iMessage und FaceTime. Wenn du iMessage verwendest, kann Apple deine Nachrichten in verschlüsselter Form für einen befristeten Zeitraum aufbewahren, um denen Zustellung sicherzustellen. Du kannst FaceTime oder iMessage deaktivieren, indem du auf deinem iOS-Gerät zu den Einstellungen von FaceTime oder iMessage navigierst. Bestimmte Features, z. B. die App „Analyse", die Ortungsdienste, Siri und die Diktierfunktion, erfordern möglicherweise Informationen von deinem iOS-Gerät, um ihre jeweiligen Funktionen bereitstellen zu können. Wenn du diese Features aktivierst oder verwendest, werden Details dazu bereitgestellt, welche Informationen an Apple gesendet werden und wie diese Informationen verwendet werden können. Weitere Informationen erhältst du auf der Website https://www.apple.com/de/privacy/. Deine Informationen werden jederzeit gemäß der Apple-Datenschutzrichtlinie behandelt, die unter folgender Adresse verfügbar ist: https://www.apple.com/legal/privacy/.

**5. Dienste und Materialien von Drittanbietern.**
(a) Die iOS-Software gewährt möglicherweise Zugang zu(m) iTunes Store, App Store, iBooks Store, Game Center, iCloud, Karten von Apple und zu anderen Diensten und Websites von Apple und Drittanbietern (gemeinsam und einzeln als „Dienste" bezeichnet). Solche Dienste sind möglicherweise nicht in allen Sprachen oder in allen Ländern verfügbar. Die Nutzung dieser Dienste erfordert Internetzugriff und die Nutzung bestimmter Dienste erfordert möglicherweise eine Apple-ID, setzt möglicherweise dein Einverständnis mit zusätzlichen Servicebedingungen voraus und unterliegt unter Umständen zusätzlichen Gebühren. Indem du diese Software zusammen mit einer Apple-ID oder einem anderen Apple-Dienst verwendest, erklärst du dein Einverständnis mit den anwendbaren Servicebedingungen für diesen Dienst, z. B. den neuesten Apple Media Services-Bedingungen für das Land, in dem du auf diese Services zugreifst, die du über die Webseite https://www.apple.com/legal/internet-services/itunes/ww/ anzeigen und nachlesen kannst.

(b) Wenn du dich für iCloud anmeldest, erfolgt der Zugriff auf bestimmte iCloud-Funktionen wie „iCloud-Fotomediathek", „Mein Fotostream", „iCloud-Fotofreigabe", „Backup" und „Mein iPhone suchen" möglicherweise direkt über die iOS-Software. Du erklärst dein Einverständnis damit, dass deine Nutzung von iCloud und diesen Funktionen den neuesten Bedingungen des iCloud-Diensts unterliegt, die du unter https://www.apple.com/legal/internet-services/icloud/ww/ nachlesen kannst.

(c) Inhalte der App „News". Die Nutzung der Inhalte, zu denen die App „News" Zugang gewährt, ist ausschließlich auf die persönliche, nicht kommerzielle Nutzung beschränkt, überträgt keine Eigentumsrechte an den Inhalten auf dich und schließt insbesondere ohne Einschränkung jegliche kommerziellen oder werberelevanten Nutzungsrechte an solchen Inhalten aus. Weiterhin ist es dir untersagt, jegliche Bilder, auf die über die App „News" zugegriffen wird, als eigenständige Datei weiter zu veröffentlichen, zu übertragen und zu reproduzieren.

(d) Karten. Der Kartendienst und die Kartenfunktionen der iOS-Software („Karten"), einschließlich der Kartendatenabdeckung, können je nach Region variieren. Wenn du in „Karten" ortsbasierte Funktionen verwendest, etwa Turn-by-Turn-Navigation, Verkehrsinformationen und lokale Suche, werden

möglicherweise verschiedene ortsbasierte und nutzungsrelevante Informationen an Apple gesendet, einschließlich die geografische Echtzeit-Position deines iOS-Geräts, um deine Anfrage zu verarbeiten und „Karten" zu verbessern. Solche Orts- und Nutzungsdaten werden von Apple in einer Form gesammelt, die keinerlei Rückschlüsse auf deine Person zulässt. **Indem du „Karten" verwendest, erklärst du dein Einverständnis damit, dass Apple, seine Tochtergesellschaften und Vertreter diese Informationen übertragen, sammeln, verwalten, verarbeiten und nutzen, um die Funktionen und Dienste der App „Karten" und andere Apple-Produkte und -Dienste bereitzustellen und zu optimieren.** Apple kann seinen Partnern und Lizenznehmern solche Informationen auch entweder in aggregierter oder in nicht persönlich identifizierbarer Form bereitstellen, um dabei zu helfen, deren karten- und ortungsbasierte Produkte und Dienste zu verbessern. Du kannst die ortsbasierten Funktionen von „Karten" deaktivieren, indem du zur Einstellung für Ortungsdienste auf deinem iOS-Gerät navigierst und die individuelle Ortungseinstellung für „Karten" deaktivierst. Wenn du die Einstellung für Ortungsdienste deaktivierst, sind bestimmte Funktionen von „Karten" möglicherweise nicht verfügbar, etwa die Turn-by-Turn-Navigation.

(e) iBooks; Podcasts. Wenn du dich für die Nutzung der Synchronisierungsfunktion der Apps „iBooks" und „Podcasts" zum Synchronisieren deiner Lesezeichen, Notizen, Sammlungen und Podcast-Abonnement-Daten zwischen deinen iOS-Geräten und Computern entscheidest, erklärst du dein Einverständnis damit, dass Daten an Apple gesendet und zusammen mit der von dir für den iBooks Store oder iTunes Store verwendeten Apple-ID gespeichert werden, um solche Daten auf deinen anderen für den Zugriff auf Inhalte über diese Apple-ID berechtigten Geräten und Computern zu synchronisieren. Du kannst die Synchronisierung jederzeit deaktivieren, indem du zu den Einstellungen navigierst und die Synchronisierungsfunktionen für die App „iBooks" bzw. „Podcasts" entsprechend änderst.

(f) Es ist dir bekannt, dass du bei der Nutzung der einzelnen Dienste möglicherweise mit Inhalten konfrontiert wirst, die beleidigend, vulgär oder unmoralisch sind, wobei gegebenenfalls darauf hingewiesen werden kann, dass die Inhalte anstößige Sprache enthalten. Es ist dir ferner bekannt, dass durch die Eingabe von Suchbegriffen oder einer bestimmten URL-Adresse automatisch und unabsichtlich Verknüpfungen (Links) oder Verweise auf diese zu beanstandenden Materialien hergestellt werden können. Du erklärst dich damit einverstanden, diese Dienste auf eigene Verantwortung zu nutzen und dass Apple, seine Partner, Vertreter, leitenden Angestellten und Lizenzgeber dir gegenüber nicht für Inhalte haften, die als beleidigend, vulgär oder unmoralisch angesehen werden können.

(g) Bestimmte Dienste können Inhalte, Daten, Informationen, Programme oder Materialien von Drittanbietern („Drittanbietermaterialien") anzeigen, enthalten oder zur Verfügung stellen oder Links zu bestimmten Websites von Drittanbietern bereitstellen. Indem du diese Dienste verwendest, bestätigst du und erklärst dich ausdrücklich damit einverstanden, dass Apple nicht verantwortlich ist für die Prüfung oder Bewertung der Inhalte, Genauigkeit, Vollständigkeit, Aktualität, Gültigkeit, Urheberrechtskonformität, Legalität, Integrität, Qualität oder sonstiger Aspekte solcher Materialien oder Websites von Drittanbietern. Apple, seine Mitarbeiter, Partner- oder Tochtergesellschaften gewähren oder bestätigen und übernehmen keinerlei Haftung oder Verantwortung dir oder Dritten gegenüber für jegliche Drittanbieterdienste, Drittanbietermaterialien oder -websites oder für sonstige Materialien, Produkte oder Dienste von Drittanbietern. Drittanbietermaterialien und Links zu anderen Websites werden dir nur aus Gefälligkeit bereitgestellt.

(h) Weder Apple noch seine Anbieter von Inhalten übernehmen eine Gewähr für die Verfügbarkeit, Genauigkeit, Vollständigkeit, Zuverlässigkeit oder Aktualität von Aktieninformationen, Ortungsdaten oder anderen Daten oder Informationen, die mit jeglichen Diensten angezeigt werden. Finanzspezifische Informationen, die mit jeglichen Diensten angezeigt werden, dienen lediglich allgemeinen Informationszwecken und sollten nicht als verlässliche Grundlage für Investitionen genutzt werden. Vor dem Abschluss von Wertpapiergeschäften, die auf mit den Diensten angezeigten Informationen basieren,

solltest du einen Finanzberater oder Experten für Wertpapiere konsultieren, der in deinem Land oder deiner Region rechtmäßig zur Finanz- oder Wertpapierberatung qualifiziert ist. Ortungsdaten, die von jeglichen Diensten bereitgestellt werden, einschließlich vom Apple-Dienst „Karten", werden ausschließlich zu einfachen Navigations- und Planungszwecken bereitgestellt und sind nicht dafür vorgesehen, in Situationen, in denen präzise Ortungsinformationen benötigt werden oder in denen falsche, ungenaue, zeitverzögerte oder unvollständige Ortsdaten zu Todesfällen, Körperverletzungen oder Sach- und Umweltschäden führen können, als verlässliche Angaben genutzt zu werden. Du akzeptierst, dass die Ergebnisse, die du vom Dienst „Karten" empfängst, möglicherweise von den tatsächlichen Straßen- oder Geländeverhältnissen abweichen aufgrund von Faktoren, die die Genauigkeit der Kartendaten beeinträchtigen können, einschließlich ohne Einschränkung Wetter-, Straßen- und Verkehrsverhältnisse sowie geopolitische Ereignisse. Aus Sicherheitsgründen solltest du bei Verwendung der Navigationsfunktion immer die aufgestellten Verkehrszeichen und die aktuellen Straßenverhältnisse beachten. Halte die Praktiken für sicheres Fahren und die Straßenverkehrsordnung ein und beachte, dass bei der Beschreibung von Gehstrecken Bürgersteige und Fußwege möglicherweise nicht berücksichtigt werden.

(i) Soweit du durch Nutzung der Dienste Inhalte hochlädst, erklärst du, dass du Inhaber aller Rechte an solchen Inhalten bist oder dass du über die Berechtigung verfügst oder anderweitig durch Gesetze autorisiert bist, diese Inhalte hochzuladen, und dass diese Inhalte nicht gegen Servicebedingungen verstoßen oder für die Dienste anwendbar sind. Du erkennst hiermit an, dass die Dienste proprietäre Inhalte, Informationen und Materialien enthalten, deren Eigentümer Apple, der Website-Eigentümer oder dessen/deren Lizenzgeber ist/sind, und die durch anwendbare Gesetze zum Schutz des geistigen Eigentums oder durch sonstige Gesetze, darunter, jedoch nicht ausschließlich, durch das Urheberrecht, geschützt sind. Du verpflichtest dich, diese proprietären Inhalte, Informationen oder Materialien nicht zu anderen Zwecken als zur zulässigen Nutzung der Dienste oder nicht auf eine Weise zu verwenden, die die Bestimmungen dieser Lizenz verletzt oder die gegen die Urheberrechte von Drittanbietern oder von Apple verstößt. Die Dienste oder Teile davon dürfen, gleich in welcher Form oder Weise, nicht vervielfältigt werden. Du verpflichtest dich, es zu unterlassen, die Dienste in jeglicher Weise zu modifizieren, zu vermieten, zu verleasen, zu verleihen, zu verkaufen, zu verteilen oder abgeleitete Werke der Dienste zu erstellen. Ferner verpflichtest du dich, diese Dienste nicht zu missbrauchen, einschließlich insbesondere durch Nutzung der Dienste für die Übertragung von Computerviren, Würmern, trojanischen Pferden oder anderer Malware oder durch das Eindringen in Netzwerke oder die Belastung von Netzwerkkapazität. Du erklärst dich damit einverstanden, die Dienste nicht zu verwenden, um die Rechte Dritter zu beeinträchtigen, zu missbrauchen, zu stören, zu bedrohen, zu diffamieren oder anderweitig zu verletzen oder gegen sie zu verstoßen. Apple übernimmt die Verantwortung weder für eine solche Nutzung deinerseits noch für jegliche beeinträchtigenden, bedrohenden, diffamierenden, verletzenden, verstoßenden oder widerrechtlichen Nachrichten oder Übertragungen, die du möglicherweise infolge der Nutzung der Dienste erhältst.

(j) Darüber hinaus stehen Dienste und Drittanbietermaterialien, auf die über das iOS-Gerät zugegriffen wird, die mit dem iOS-Gerät verknüpft sind oder die darauf angezeigt werden, nicht in allen Sprachen oder in allen Ländern oder Regionen zur Verfügung. Apple übernimmt keine Gewähr dafür, dass solche Dienste und Drittanbietermaterialien geeignet oder verfügbar sind für die Nutzung an einem bestimmten Ort. Für den Fall, dass du dich entscheidest, solche Dienste und Drittanbietermaterialien zu verwenden oder darauf zuzugreifen, erfolgt dies auf deine eigene Initiative und du trägst die Verantwortung für die Einhaltung jeglicher anwendbarer Gesetze, einschließlich, aber nicht beschränkt auf anwendbare lokale Gesetze und Gesetze zu Datenschutz und Datensammlung. Das Bereitstellen oder Synchronisieren von Fotos über dein iOS-Gerät kann dazu führen, dass Metadaten, einschließlich wo und wann das Foto aufgenommen wurde, und Tiefeninformationen, zusammen mit diesen Fotos übertragen werden. Die Nutzung der Apple-Dienste (z. B. iCloud-Foto-Mediathek) zum Teilen oder Synchronisieren solcher Fotos schließt ein, dass Apple solche Metadaten empfängt und archiviert. Apple und seine Lizenzgeber behalten sich das Recht vor, sämtliche Dienste jederzeit ohne Vorankündigung zu ändern,

vorübergehend einzustellen, zu entfernen oder den Zugang zu bestimmten Diensten zu deaktivieren. Apple übernimmt in keinem Fall die Haftung für das Einstellen jeglicher Dienste oder die Deaktivierung des Zugangs zu solchen Diensten. Apple ist berechtigt, jederzeit ohne vorherige Mitteilung sowie unter Ausschluss der Haftung die Nutzung von oder den Zugang zu bestimmten Diensten zu beschränken.

**6. Laufzeit.** Dieser Lizenzvertrag hat bis zu seiner Beendigung Gültigkeit. Deine Rechte im Rahmen dieses Lizenzvertrags enden automatisch ohne Mitteilung seitens Apple oder verlieren ihre Gültigkeit, wenn du gegen eine oder mehrere Bestimmungen dieses Lizenzvertrags verstößt. Bei Beendigung dieses Lizenzvertrags bist du verpflichtet, die Nutzung der iOS-Software einzustellen. Die Absätze 4, 5, 6, 7, 8, 9, 12 und 13 dieser Lizenz behalten über die Beendigung dieses Vertrags hinaus Gültigkeit.

**7. Gewährleistungsverzicht.**
7.1     Wenn du ein Privatkunde bist (d. h. die iOS-Software außerhalb deines Gewerbes, Geschäftsbereichs oder Berufs verwendest), gelten für dich in deinem Wohnsitzland möglicherweise Gesetze, durch die eine Anwendung der folgenden Einschränkungen auf dich untersagt ist. Wo dies der Fall ist, treffen diese Einschränkungen für dich nicht zu. Wenn du mehr über deine Rechte erfahren möchtest, wende dich bitte an eine lokale Beratungsstelle für Verbraucher.

7.2     DU BESTÄTIGST UND ERKLÄRST DICH AUSDRÜCKLICH DAMIT EINVERSTANDEN, DASS BIS ZU DEM DURCH GELTENDE GESETZE ZULÄSSIGEN AUSMASS DIE VERWENDUNG DER iOS-SOFTWARE UND JEGLICHER VON DER iOS-SOFTWARE AUSGEFÜHRTEN DIENSTE ODER JEGLICHER DIENSTE, AUF DIE MIT DER iOS-SOFTWARE ZUGEGRIFFEN WIRD, AUF DEIN EIGENES RISIKO ERFOLGT UND DASS DU DAS GESAMTE RISIKO IM HINBLICK AUF ZUFRIEDENSTELLENDE QUALITÄT, LEISTUNG, GENAUIGKEIT UND AUFWAND TRÄGST.

7.3     VORBEHALTLICH DES DURCH DAS ANWENDBARE RECHT MAXIMAL ZULÄSSIGEN UMFANGS WERDEN DIE iOS-SOFTWARE UND -DIENSTE OHNE MÄNGELGEWÄHR UND NACH VERFÜGBARKEIT MIT ALLEN FEHLERN UND OHNE GEWÄHRLEISTUNG JEGLICHER ART AUSGELIEFERT. APPLE UND DIE APPLE-LIZENZGEBER (ZUM ZWECKE DER ABSÄTZE 7 UND 8 GEMEINSAM ALS „APPLE" BEZEICHNET) LEHNEN HIERMIT ALLE GEWÄHRLEISTUNGEN UND BEDINGUNGEN HINSICHTLICH DER iOS-SOFTWARE UND -DIENSTE AB, UND ZWAR SOWOHL AUSDRÜCKLICHE, IMPLIZITE ALS AUCH GESETZLICH FESTGELEGTE GEWÄHRLEISTUNGEN, EINSCHLIESSLICH INSBESONDERE DER IMPLIZITEN GEWÄHRLEISTUNGEN UND/ODER BEDINGUNGEN DER MARKTFÄHIGKEIT, ZUFRIEDENSTELLENDEN QUALITÄT, EIGNUNG FÜR EINEN BESTIMMTEN ZWECK, GENAUIGKEIT, DES UNGESTÖRTEN BESITZES UND DER NICHTVERLETZUNG DER RECHTE DRITTER.

7.4     APPLE ÜBERNIMMT KEINE GEWÄHRLEISTUNG DAFÜR, DASS DER UNGESTÖRTE BESITZ DER iOS-SOFTWARE UND -DIENSTE NICHT BEEINTRÄCHTIGT WIRD, DASS DIE FUNKTIONEN IN DER iOS-SOFTWARE ODER DIE DURCH DIE iOS-SOFTWARE AUSGEFÜHRTEN ODER BEREITGESTELLTEN DIENSTE DEINE ANFORDERUNGEN ERFÜLLEN, DASS DER BETRIEB DER iOS-SOFTWARE UND -DIENSTE STÖRUNGS- ODER FEHLERFREI ERFOLGT, DASS SÄMTLICHE DIENSTE AUCH WEITERHIN ANGEBOTEN WERDEN, DASS FEHLER IN DER iOS-SOFTWARE ODER IN DEN DIENSTEN KORRIGIERT WERDEN ODER DASS DIE iOS-SOFTWARE MIT SOFTWARE, PROGRAMMEN ODER DIENSTEN VON DRITTANBIETERN KOMPATIBEL SEIN WIRD ODER MIT DIESEN FUNKTIONIERT. DIE INSTALLATION DIESER iOS-SOFTWARE KANN UNTER UMSTÄNDEN DIE VERFÜGBARKEIT UND VERWENDBARKEIT VON SOFTWARE, PROGRAMMEN ODER DIENSTEN VON DRITTANBIETERN SOWIE VON APPLE-PRODUKTEN UND -DIENSTEN BEEINTRÄCHTIGEN.

7.5     DU BESTÄTIGST FERNER, DASS DIE iOS-SOFTWARE UND -DIENSTE NICHT FÜR DIE NUTZUNG IN SITUATIONEN ODER UMGEBUNGEN VORGESEHEN ODER GEEIGNET SIND, IN DENEN DER AUSFALL, FEHLER, ZEITVERZÖGERUNGEN ODER UNGENAUIGKEITEN IN DEN DURCH DIE iOS-

SOFTWARE ODER -DIENSTE BEREITGESTELLTEN INHALTEN, DATEN ODER INFORMATIONEN ZU TODESFÄLLEN, KÖRPERVERLETZUNG ODER SCHWERWIEGENDEN SACH- ODER UMWELTSCHÄDEN FÜHREN KÖNNTEN, EINSCHLIESSLICH OHNE EINSCHRÄNKUNG BEIM BETRIEB VON KERNKRAFTANLAGEN, FLUGZEUGEN, KOMMUNIKATIONSSYSTEMEN, BEI DER FLUGÜBERWACHUNG, MIT LEBENSERHALTENDEN GERÄTEN ODER WAFFENSYSTEMEN.

7.6   DIE MÜNDLICHEN ODER SCHRIFTLICHEN INFORMATIONEN ODER AUSSAGEN SEITENS APPLE ODER EINES AUTORISIERTEN APPLE-VERTRETERS BEGRÜNDEN KEINE GEWÄHRLEISTUNG. SOLLTEN SICH DIE iOS-SOFTWARE ODER -DIENSTE ALS DEFEKT ERWEISEN, ÜBERNIMMST DU DIE GESAMTEN KOSTEN FÜR ALLE NOTWENDIGEN SERVICELEISTUNGEN, REPARATURARBEITEN ODER KORREKTUREN. EINIGE RECHTSORDNUNGEN LASSEN DEN AUSSCHLUSS IMPLIZITER GEWÄHRLEISTUNGEN ODER EINSCHRÄNKUNGEN DER ANWENDBAREN, GESETZMÄSSIGEN RECHTE EINES KUNDEN NICHT ZU, SODASS DIE OBEN GENANNTEN AUSSCHLÜSSE UND EINSCHRÄNKUNGEN FÜR DICH MÖGLICHERWEISE NICHT ZUTREFFEN.

**8. Haftungsbeschränkung.** IN DEM NICHT DURCH ANWENDBARE GESETZE UNTERSAGTEN AUSMASS SIND APPLE, SEINE PARTNER, VERTRETER ODER LEITENDEN ANGESTELLTEN IN KEINEM FALL HAFTBAR FÜR PERSONENSCHÄDEN ODER BEILÄUFIG ENTSTANDENE, SPEZIELLE, INDIREKTE SCHÄDEN ODER FOLGESCHÄDEN JEGLICHER ART, EINSCHLIESSLICH INSBESONDERE ENTGANGENEN GEWINNS, DER BESCHÄDIGUNG ODER DES VERLUSTS VON DATEN, DER NICHTÜBERTRAGUNG ODER DES NICHTEMPFANGS VON DATEN, DER GESCHÄFTSUNTERBRECHUNG ODER ANDERER KOMMERZIELLER SCHÄDEN ODER VERLUSTE (EINSCHLIESSLICH OHNE EINSCHRÄNKUNG KURSANLEITUNGEN, AUFGABEN UND MATERIALIEN), DIE DURCH DIE VERWENDUNG DER iOS-SOFTWARE UND -DIENSTE ODER DIE UNMÖGLICHKEIT DER VERWENDUNG DER iOS-SOFTWARE UND -DIENSTE ODER JEGLICHER SOFTWARE ODER PROGRAMME VON DRITTANBIETERN IN VERBINDUNG MIT DER iOS-SOFTWARE ODER DEN -DIENSTEN ENTSTEHEN ODER DAMIT ZUSAMMENHÄNGEN, UND ZWAR UNABHÄNGIG VON DER RECHTSGRUNDLAGE DER HAFTUNG (VERTRAG, UNERLAUBTE HANDLUNG ODER SONSTIGE) UND AUCH DANN, WENN APPLE AUF DIE MÖGLICHKEIT SOLCHER SCHÄDEN HINGEWIESEN WURDE. EINIGE RECHTSORDNUNGEN LASSEN DEN AUSSCHLUSS ODER DIE BESCHRÄNKUNG DER HAFTUNG FÜR PERSONENSCHÄDEN, BEILÄUFIG ENTSTANDENE SCHÄDEN ODER FOLGESCHÄDEN NICHT ZU, SODASS DIESE BESCHRÄNKUNG FÜR DICH MÖGLICHERWEISE NICHT ZUTRIFFT. In keinem Fall übersteigt die gesamte Haftung von Apple für alle Schäden (ausgenommen die zwingende gesetzliche Haftung im Falle von Personenschäden) dir gegenüber die Summe von zweihundertfünfzig US-Dollar ($ 250,00). Die vorgenannten Beschränkungen gelten auch dann, wenn das oben genannte Rechtsmittel seinen eigentlichen Zweck nicht erfüllt.

**9. Digitale Zertifikate.** Die iOS-Software umfasst Funktionen, die es ihr ermöglichen, digitale Zertifikate zu akzeptieren, die von Apple oder anderen Anbietern ausgestellt werden. DIE ENTSCHEIDUNG, OB DU EINEM VON APPLE ODER EINEM ANDEREN ANBIETER AUSGESTELLTEN ZERTIFIKAT VERTRAUST, LIEGT ALLEIN IN DEINER EIGENEN VERANTWORTUNG. DIE VERWENDUNG DIGITALER ZERTIFIKATE ERFOLGT AUSSCHLIESSLICH AUF EIGENES RISIKO. APPLE GIBT IM HINBLICK AUF DIGITALE ZERTIFIKATE BIS ZUM HÖCHSTEN DURCH ANWENDBARE GESETZE ERLAUBTEN AUSMASS KEINERLEI GEWÄHRLEISTUNG ODER ZUSICHERUNGEN AB (WEDER AUSDRÜCKLICH NOCH KONKLUDENT) BEZÜGLICH DER MARKTFÄHIGKEIT ODER DER EIGNUNG FÜR EINEN BESTIMMTEN ZWECK, DER GENAUIGKEIT, DER SICHERHEIT ODER DER FREIHEIT VON RECHTEN DRITTER.

**10. Exportkontrolle.** Du stehst dafür ein, dass die iOS-Software nur unter Beachtung aller anwendbaren Exportbestimmungen des Landes, in dem du die iOS-Software erhalten hast, und der Vereinigten Staaten von Amerika exportiert oder reexportiert wird. Insbesondere, aber ohne Einschränkung darf die iOS-Software nicht (a) in ein Land exportiert oder reexportiert werden, über das die Vereinigten Staaten ein Embargo verhängt haben, oder (b) einer Person überlassen werden, die auf der Liste der Specially

Designated Nationals des U.S. Treasury Department oder der Denied Person's List oder Entity List des U.S. Department of Commerce oder einer anderen Liste mit eingeschränkten Parteien verzeichnet ist. Indem du die iOS-Software benutzt, erklärst du, dass du weder in einem dieser Länder wohnhaft bist noch auf einer der vorstehend erwähnten Listen genannt wirst. Des Weiteren erklärst du, dass du die iOS-Software nicht für Zwecke jeglicher Art verwenden wirst, die nach US-amerikanischen Gesetzen verboten sind, einschließlich insbesondere Entwicklung, Planung, Fertigung und Produktion von Raketen, nuklearen, chemischen oder biologischen Waffen.

**11. US-Behörden.** Die iOS-Software und die -Dokumentation gelten als „Commercial Items" gemäß Definition im 48 C.F.R. §2.101, bestehend aus „Commercial Computer Software" und „Commercial Computer Software Documentation" in dem Sinne, in dem diese Begriffe im 48 C.F.R. §12.212 oder 48 C.F.R. §227.7202 verwendet werden. In Übereinstimmung mit 48 C.F.R. §12.212 oder 48 C.F.R. §227.7202-1 bis 227.7202-4, sofern anwendbar, werden die „Commercial Computer Software" und die „Commercial Computer Software Documentation" an US-Behörden wie folgt lizenziert: (a) nur als „Commercial Items" und (b) nur mit den Rechten, die allen Endbenutzern gemäß den Bestimmungen in diesem Lizenzvertrag gewährt werden. Die Rechte an unveröffentlichten Werken unterliegen den Urheberrechten der Vereinigten Staaten.

**12. Anwendbares Recht und Teilnichtigkeit.** Dieser Lizenzvertrag unterliegt den Gesetzen des Staates Kalifornien, ausgenommen den Bestimmungen zur Gesetzeskollision, ist jedoch gemäß diesen auszulegen. Dieser Lizenzvertrag unterliegt nicht der United Nations Convention on Contracts for the International Sale of Goods, deren Anwendung hiermit ausdrücklich ausgeschlossen wird. Wenn du Verbraucher mit Wohnsitz in Großbritannien bist, unterliegt dieser Lizenzvertrag den Gesetzen deines Wohnorts. Die Unwirksamkeit einzelner Bestimmungen dieses Lizenzvertrags berührt die Wirksamkeit des Vertrags im Übrigen nicht.

**13. Vollständigkeit; Vertragssprache.** Dieser Lizenzvertrag enthält die gesamte Vereinbarung zwischen dir und Apple in Bezug auf die iOS-Software und tritt an die Stelle aller diesbezüglichen früheren Vereinbarungen. Änderungen und Ergänzungen dieses Vertrags sind schriftlich niederzulegen und von Apple zu unterzeichnen. Jegliche Übersetzung dieses Lizenzvertrags wird für lokale Zwecke angefertigt. Im Falle von Unstimmigkeiten zwischen der englischen und der nicht englischen Version hat die englische Version dieses Lizenzvertrags bis zu dem nicht durch deine lokale Gesetzsprechung untersagten Ausmaß Gültigkeit.

**14. Anerkennung der Rechte Dritter.** Teile der iOS-Software nutzen oder enthalten möglicherweise Software sowie andere urheberrechtlich geschützte Materialien von Dritten. Die Anerkennung, Lizenzbestimmungen und Schadensersatzregelungen für diese Materialien sind in der elektronischen Dokumentation der iOS-Software enthalten, und die Verwendung dieser Materialien unterliegt deren jeweiligen Bestimmungen. Die Nutzung des Google-Diensts für sicheres Surfen (Safe Browsing Service) unterliegt den Google-Nutzungsbedingungen (https://www.google.com/intl/de/policies/terms/) und der Google-Datenschutzerklärung (https://www.google.com/intl/de/policies/privacy/).

**15. Nutzung von MPEG-4; Hinweis zu H.264/AVC.**
(a) Die iOS-Software wird im Rahmen der MPEG-4 Systems Patent Portfolio Lizenz für das Codieren gemäß dem MPEG-4-Systems-Standard lizenziert mit der Ausnahme, dass eine zusätzliche Lizenz sowie die Zahlung von Lizenzgebühren erforderlich ist für das Codieren in Verbindung mit (i) Daten, die auf einem physischen Speichermedium archiviert oder repliziert werden, für das titelweise gezahlt wird, und/ oder (ii) Daten, für die titelweise gezahlt wird und die für die permanente Archivierung und/oder Nutzung an einen Endbenutzer übertragen werden. Eine solche zusätzliche Lizenz ist bei MPEG LA, LLC. erhältlich. Weitere Informationen findest du unter http://www.mpegla.com.

(b) Die iOS-Software enthält die Funktionalität zur MPEG-4-Videocodierung und/oder -decodierung. Die

iOS-Software wird im Rahmen der MPEG-4 Visual Patent Portfolio Lizenz für die persönliche und nicht kommerzielle Nutzung durch eine Privatperson lizenziert zum Zwecke (i) der Codierung von Videomaterial in Übereinstimmung mit dem MPEG-4-Visual-Standard („MPEG-4-Video") und/oder (ii) der Decodierung von MPEG-4-Videomaterial, das von einer Privatperson im Rahmen einer persönlichen und nicht kommerziellen Aktivität codiert wurde, und/oder das von einem Videoanbieter stammt, der über eine Lizenz der MPEG LA zum Bereitstellen von MPEG-4-Videos verfügt. Für andere Zwecke wird keine Lizenz erteilt bzw. ist keine Lizenz impliziert. Weitere Informationen, einschließlich solche, die mit der Nutzung und Lizenzierung im Falle von werberelevanten, internen und kommerziellen Zwecken zusammenhängen, sind bei MPEG LA, LLC. erhältlich. Weitere Informationen findest du unter http://www.mpegla.com.

(c) Die iOS-Software umfasst die Funktionalität zur AVC-Codierung- und/oder -Decodierung. Die kommerzielle Nutzung von H.264/AVC erfordert eine zusätzliche Lizenzierung, und es gilt die folgende Klausel: DIE AVC-FUNKTIONALITÄT DER iOS-SOFTWARE WIRD HIERIN NUR FÜR PERSÖNLICHE UND NICHT KOMMERZIELLE ZWECKE VON PRIVATBENUTZERN LIZENZIERT, UM (i) VIDEOS GEMÄSS DEM AVC-STANDARD („AVC-VIDEO") ZU CODIEREN UND/ODER (ii) AVC-VIDEOS, DIE ZUVOR VON EINEM PRIVATBENUTZER IM RAHMEN EINER PERSÖNLICHEN UND NICHT KOMMERZIELLEN AKTIVITÄT CODIERT WURDEN, UND/ODER AVC-VIDEOS, DIE VON EINEM VIDEOANBIETER MIT LIZENZ ZUM BEREITSTELLEN VON VIDEOS ERHALTEN WURDEN, ZU DECODIEREN. INFORMATIONEN ZU ANDEREN VERWENDUNGSZWECKEN UND LIZENZEN SIND BEI MPEG LA L.L.C ERHÄLTLICH. DIE URL-ADRESSE LAUTET: http://www.mpegla.com.

**16. Beschränkungen des Yahoo-Suchdiensts.** Der Yahoo-Suchdienst, der über Safari verfügbar ist, wird nur für die Nutzung in folgenden Ländern und Regionen lizenziert: Argentinien, Aruba, Australien, Österreich, Barbados, Belgien, Bermuda, Brasilien, Bulgarien, Kanada, Cayman-Inseln, Chile, China, Kolumbien, Zypern, Tschechische Republik, Dänemark, Dominikanische Republik, Ecuador, El Salvador, Finnland, Frankreich, Deutschland, Griechenland, Grenada, Guatemala, Hongkong, Ungarn, Island, Indien, Indonesien, Irland, Italien, Jamaika, Japan, Lettland, Litauen, Luxemburg, Malaysia, Malta, Mexiko, Niederlande, Neuseeland, Nicaragua, Norwegen, Panama, Peru, Philippinen, Polen, Portugal, Puerto Rico, Rumänien, Singapur, Slowakei, Slowenien, Südkorea, Spanien, St. Lucia, St. Vincent, Schweden, Schweiz, Taiwan, Thailand, Bahamas, Trinidad und Tobago, Türkei, Großbritannien, Uruguay, USA und Venezuela.

**17. Hinweis zu Microsoft Exchange.** Die Einstellung für Microsoft Exchange-Mails in der iOS-Software wird nur für die drahtlose Synchronisierung von Daten und Informationen wie E-Mails, Kontaktdaten, Kalenderdaten und Aufgaben zwischen deinem iOS-Gerät und Microsoft Exchange-Server oder einer anderen von Microsoft lizenzierten Serversoftware für die Implementierung des Microsoft Exchange ActiveSync-Protokolls lizenziert.

EA1520
22.09.2017

-------------------------
**Ergänzende Bestimmungen für Apple Pay**

Diese ergänzenden Bestimmungen für Apple Pay („Ergänzende Bestimmungen") ergänzen den iOS-Softwarelizenzvertrag („Lizenzvertrag"); die Bestimmungen dieser Lizenz und diese ergänzenden Bestimmungen sind für deine Nutzung der Apple Pay-Funktion maßgeblich, die im Rahmen dieser Lizenz als „Dienst" angesehen wird. Hervorgehobene Begriffe in diesen ergänzenden Bestimmungen haben die im Lizenzvertrag festgelegte Bedeutung.

**1.    Überblick und Nutzungsbeschränkungen**

Apple Pay ermöglicht dir:

- das Speichern virtueller Darstellungen von Kredit-, Debit- und Prepaid-Karten, einschließlich Kredit-, Debit- und Prepaid-Karten von Geschäften und der Apple Pay Cash-Karte, die von der Apple Pay-Funktion unterstützt werden („Unterstützte Zahlungskarten") und unterstützte iOS-Geräte verwenden, um kontaktlose Zahlungen an ausgewählten Orten oder innerhalb von Apps oder Websites zu leisten.
- die Nutzung von Kundenkarten und Geschenkkarten, die in Wallet gesichert sind („Apple Pay-fähige Karten", und gemeinsam mit unterstützten Zahlungskarten, „Unterstützte Karten"), um kontaktlose Kunden- und Geschenkkartentransaktionen in ausgewählten Geschäften im Rahmen einer kontaktlosen Zahlung mit Apple Pay auszuführen; und
- das Senden von „Person-to-Person"-Zahlungen an andere Apple Pay-Benutzer.

Die Apple Pay-Funktionen der iOS-Software sind möglicherweise nur in ausgewählten Regionen, mit bestimmten Kartenausstellern, Finanzinstituten und Händlern verfügbar. Die Funktionen können je nach Region, Kartenaussteller und Händler variieren.

Du benötigst eine unterstützte Karte, um Apple Pay verwenden zu können. Änderungen an unterstützten Karten sind vorbehalten. Damit du „Person-to-Person"-Zahlungen senden oder empfangen kannst, benötigst du eine Apple Pay Cash-Karte.

Unterstützte Zahlungskarten und „Person-to-Person"-Zahlungen sind der Apple-ID zugeordnet, mit der du dich bei iCloud angemeldet hast, um diese Funktionen zu nutzen. Unterstützte Karten sind nur für Personen ab 13 Jahren verfügbar und unterliegen möglicherweise zusätzlichen Altersbeschränkungen, die iCloud auferlegt, oder der unterstützten Karte, die du versuchst bereitzustellen. Die Apple Pay Cash-Karte und die Fähigkeit, „Person-to-Person"-Zahlungen zu senden und zu empfangen, sind nur für Personen verfügbar, die mindestens 18 Jahre alt sind.

Apple Pay ist für deine persönliche Nutzung vorgesehen und du darfst nur deine eigenen unterstützten Karten bereitstellen. Wenn du eine unterstützte Firmenkarte bereitstellst, erklärst du damit, dass du die Bevollmächtigung deines Arbeitgebers hast und befugt bist, deinen Arbeitgeber an diese Nutzungsbestimmungen und alle durch Nutzung dieser Funktion durchgeführten Transaktionen zu binden. Wenn du eine „Person-to-Person"-Zahlung sendest oder empfängst, erklärst du, dass dies zu deinen persönlichen, nicht kommerziellen Zwecken geschieht.

Du verpflichtest dich, es zu unterlassen, Apple Pay für illegale oder betrügerische Zwecke oder jegliche anderen Zwecke zu verwenden, die durch den Lizenzvertrag oder diese ergänzenden Bestimmungen untersagt sind. Ferner erklärst du dich damit einverstanden, Apple Pay in Übereinstimmung mit geltenden Gesetzen und Rechtsvorschriften zu verwenden. Du erklärst dich damit einverstanden, den Apple Pay-Dienst (einschließlich des Zugriffs auf den Dienst durch automatisierte Mittel jeglicher Art) oder jegliche Server oder Netzwerke, die mit dem Dienst verbunden sind, oder jegliche Strategien, Vorgaben oder Regelungen von Netzwerken, die mit dem Dienst verbunden sind (einschließlich unbefugter Zugriff darauf, Nutzung oder Überwachung von Daten oder Verkehr dieser Netzwerke) nicht zu beeinträchtigen oder zu stören.

**2.    Beziehung von Apple zu dir**

Apple Pay ermöglicht es dir, eine virtuelle Darstellung deiner unterstützten Karten auf deinem unterstützten iOS-Gerät zu erstellen. Apple verarbeitet Zahlungen oder sonstige zahlungslose Kartentransaktionen (z. B. Sammeln und Einlösen von Prämien) jedoch nicht und empfängt, hält oder überträgt deine Geldmittel nicht; ferner hat Apple keinerlei Kontrolle über Zahlungen, Rückgaben,

Rückerstattungen, Prämien, Guthaben, Rabatte oder andere Geschäftsaktivitäten, die aus deiner Nutzung dieser Funktion entstehen

Die Bestimmungen von Kartenvereinbarungen, die du möglicherweise mit deinem Kartenaussteller geschlossen hast, gelten weiterhin für deine Nutzung deiner unterstützten Karten und deren Nutzung in Verbindung mit Apple Pay. Ebenso unterliegen deine Teilnahme an jeglichen Händlerprämien- oder Geschenkkartenprogrammen und deine Nutzung von Apple Pay-fähigen Karten in Verbindung mit Apple Pay den allgemeinen Geschäftsbedingungen des Händlers.

Die Apple Pay Cash-Karte und die Fähigkeit, „Person-to-Person"-Zahlungen zu senden und zu empfangen, sind nur in den USA verfügbar und sind Dienstleistungen, die von der Green Dot Bank, einem Mitglied der FDIC, bereitgestellt werden. Wenn du diese Funktionen innerhalb von Apple Pay aktivierst, eröffnest du ein Konto bei der Green Dot Bank, und wenn du eine „Person-to-Person"-Zahlung sendest oder empfängst oder Geld von deiner Apple Pay Cash-Karte lädst oder abhebst, trägt die Green Dot Bank die Verantwortung dafür, dass dein Geld empfangen und an den beabsichtigten Empfänger gesendet wird. Änderungen des Finanzinstituts, das für das Angebot von Apple Pay Cash und „Person-to-Person"-Zahlungen verantwortlich ist, sind vorbehalten, und deine Nutzung solcher Funktionen unterliegt dessen jeweiligen Bestimmungen.

Keine Bestimmung in dieser Lizenz oder den ergänzenden Bestimmungen ändert die Bestimmungen jeglicher Karteninhaber-, Nutzer- oder Händlervereinbarungen; diese Bestimmungen gelten für deine Nutzung der anwendbaren unterstützten Karte oder der „Person-to-Person"-Zahlungsfunktion von Apple Pay und deren virtueller Darstellung auf deinem iOS-Gerät. Du stimmst zu, dass Apple keine Partei deiner Karteninhaber- oder Händlervereinbarungen ist, dass Apple nicht verantwortlich ist a) für die Inhalte, Genauigkeit oder Nichtverfügbarkeit jeglicher Zahlungskarten, Kundenkarten, Geschenkkarten, Geschäftsaktivitäten, Transaktionen oder Käufe während der Nutzung der Apple Pay-Funktionalität; (b) für die Vergabe von Krediten oder die Bewertung der Kreditwürdigkeit; (c) für die Sammlung oder Einlösung von Prämien oder gespeicherten Guthaben im Rahmen eines Programms von Händlern; (d) für die Finanzierung oder das erneute Aufladen von Prepaid-Karten; (e) für das Senden oder Empfangen von „Person-to-Person"-Zahlungen; oder (f) für das Laden, Einlösen oder Abheben von Geld von deiner Apple Pay Cash-Karte.

Bei allen Streitigkeiten oder Fragen in Bezug auf Zahlungskarten, Kundenkarten, Geschenkkarten oder zugehörigen Geschäftsaktivitäten wende dich bitte an deinen Kartenaussteller oder den betreffenden Händler. Bei Fragen bezüglich der Apple Pay Cash-Karte oder „Person-to-Person"-Zahlungen wende dich bitte an den Apple-Support.

**3.    Datenschutz**

Apple Pay benötigt einige Informationen von deinem iOS-Gerät, um die vollständige Benutzererfahrung bieten zu können. Wenn du deine Apple Pay Cash-Karte verwendest oder „Person-to-Person"-Zahlungen sendest oder empfängst, werden darüber hinaus zusätzliche Informationen über deine Transaktionen erfasst und gespeichert, um dein Konto zu führen und Betrug zu verhindern sowie zu regulatorischen Zwecken. Weitere Informationen zu den Daten, die im Rahmen deiner Nutzung von Apple Pay, der Apple Pay Cash-Karte oder „Person-to-Person"-Zahlungen mit Apple Pay gesammelt, verwendet oder bereitgestellt werden, findest du im Dokument zu Apple Pay und dem Datenschutz (du kannst darauf zugreifen, indem du auf deinem iOS-Gerät oder innerhalb der Watch-App auf einem verbundenen iOS-Gerät zu „Wallet & Apple Pay" navigierst) oder auf der Website https://www.apple.com/de/privacy. Indem du diese Funktionen verwendest, erklärst du dich damit einverstanden, dass Apple, seine Tochtergesellschaften und Vertreter all die vorhergehenden Informationen übertragen, sammeln, verwalten, verarbeiten und nutzen, um die Apple Pay-Funktionalität bereitzustellen.

**4.    Sicherheit; verlorene oder deaktivierte Geräte**

Apple Pay speichert virtuelle Darstellungen deiner unterstützten Karten und sollte so geschützt werden, wie du Bargeld oder deine physischen Kredit-, Debit-, Prepaid-, Kunden- oder Geschenkkarten schützt. Wenn du deinen Gerätecode an Dritte weitergibst oder es Dritten erlaubst, ihren Fingerabdruck zur Verwendung von Touch ID oder Aktivierung von Face ID hinzuzufügen, kann dies dazu führen, dass diese mit Apple Pay auf deinem Gerät Zahlungen tätigen, „Person-to-Person"-Zahlungen senden, anfragen oder empfangen, Geld von deiner Apple Pay Cash-Karte abheben oder Prämien oder Guthaben erhalten oder einlösen können. Du allein trägst die Verantwortung für die Wahrung der Sicherheit deines Geräts und deines Gerätecodes. Du erklärst dein Einverständnis damit, dass Apple keinerlei Verantwortung trägt, wenn du dein Gerät verlierst oder Dritten den Zugriff darauf ermöglichst. Ferner erklärst du dich damit einverstanden, dass Apple keinerlei Verantwortung trägt, wenn du unbefugte Änderungen an iOS vornimmst (z. B. durch Entsperren („Jailbreak")).

Du musst möglicherweise zusätzliche Sicherheitsmaßnahmen aktivieren, etwa die Zwei-Faktor-Authentifizierung für deine Apple-ID, um auf bestimmte Funktionen von Apple Pay zugreifen zu können, darunter die Apple Pay Cash-Karte und „Person-to-Person"-Zahlungen mit Apple Pay. Wenn du diese Funktionen nachträglich entfernst, kannst du auf bestimmte Funktionen von Apple Pay unter Umständen nicht mehr zugreifen.

Wenn dein Gerät verloren geht oder gestohlen wird und du die Funktion „Mein iPhone suchen" aktiviert hast, kannst du „Mein iPhone suchen" verwenden, um die Fähigkeit, mit den unterstützten Zahlungskarten auf dem Gerät zu zahlen oder „Person-to-Person"-Zahlungen zu senden, zu sperren, indem du das Gerät in den Modus „Verloren" versetzt. Du kannst dein Gerät auch löschen. Dieser Vorgang wird versuchen, die Fähigkeit, auf dem Gerät mit den virtuellen unterstützten Zahlungskarten zu zahlen oder „Person-to-Person"-Zahlungen zu senden, zu sperren und wird auch versuchen, die Apple Pay-fähigen Karten zu entfernen. Du solltest jedoch auch den Aussteller deiner unterstützten Zahlungskarten, den Händler, der deine Apple Pay-fähigen Karten ausgestellt hat, und im Falle deiner Apple Pay Cash-Karte Apple verständigen, um unbefugte Zugriffe auf deine unterstützten Karten zu verhindern.

Wenn du betrügerische oder missbräuchliche Aktivitäten meldest oder Apple solche Aktivitäten vermutet, erklärst du dich damit einverstanden, bei jeglichen Untersuchungen mit Apple zu kooperieren und jegliche von uns vorgeschriebenen Maßnahmen zur Betrugsbekämpfung durchzuführen.

**5.    Haftungsbeschränkung.**

ZUSÄTZLICH ZU DEN IN DIESER LIZENZ FESTGELEGTEN HAFTUNGSAUSSCHLÜSSEN UND HAFTUNGSBESCHRÄNKUNGEN ÜBERNIMMT APPLE KEINERLEI HAFTUNG FÜR KÄUFE, ZAHLUNGEN, TRANSAKTIONEN ODER ANDERE GESCHÄFTLICHE AKTIVITÄTEN, DIE UNTER VERWENDUNG DER APPLE PAY-FUNKTION GETÄTIGT WURDEN, UND DU ERKLÄRST DICH DAMIT EINVERSTANDEN, DASS DU AUSSCHLIESSLICH VEREINBARUNGEN ZU RATE ZIEHST, DIE DU MÖGLICHERWEISE MIT DEINEM KARTENAUSSTELLER, DEINEM ZAHLUNGSNETZWERK, DEINEN FINANZINSTITUTEN ODER DEINEM HÄNDLER GETROFFEN HAST, UM JEGLICHE FRAGEN UND STREITIGKEITEN IN BEZUG AUF DEINE UNTERSTÜTZTEN KARTEN, „PERSON-TO-PERSON"-ZAHLUNGEN UND ZUGEHÖRIGEN GESCHÄFTLICHEN AKTIVITÄTEN ZU KLÄREN.

--------------------------
**BENACHRICHTIGUNGEN VON APPLE**
Für den Fall, dass Apple hinsichtlich deines Produkts oder Accounts mit dir Kontakt aufnehmen muss, erklärst du dich damit einverstanden, diese Benachrichtigungen per E-Mail zu erhalten. Du erklärst dein

Einverständnis damit, dass Benachrichtigungen dieser Art, die wir dir auf elektronische Weise senden, die gesetzlichen Voraussetzungen für die Kommunikation erfüllen.

日本語

重要：お客様がiPhone、iPadまたはiPod touch（以下「iOSデバイス」といいます）をご使用になることで、お客様は、以下のAppleの定める各条項に基づく拘束を受けることに同意されたことになります。

A.    Apple iOSソフトウェア使用許諾契約
B.    Apple Pay 追加条項
C.    Appleからの通知について

Apple Inc.
iOSソフトウェア使用許諾契約
シングルユースライセンス

iOSデバイスをご使用になる前、または本ソフトウェア使用許諾契約（以下「本契約」といいます）に関するソフトウェアアップデートをダウンロードする前に、本契約をよくお読みください。iOSデバイスをご使用になること、またはソフトウェアアップデートをダウンロードすることによって、本契約の各条項の拘束を受けることに同意されたことになります。本契約の各条項に同意されない場合は、当該iOSデバイスのご使用またはソフトウェアアップデートのダウンロードを行わないでください。

もし、お客様が最近iOSデバイスをご購入され、本契約の各条項に同意されない場合、当該iOSデバイスを返却期間内に取得されたApple Store、または正規代理店へ返却の上、払い戻しを受けることができる場合があります。なお https://www.apple.com/jp/legal におけるApple返品条件の制限を受けるものとします。

1.    総則
(a)    お客様のiOSデバイスに添付されている読み出し専用メモリ、その他の記録媒体またはその他あらゆる形態上の、ソフトウェア（ブートROMコード、内蔵されるソフトウェアおよび第三者のソフトウェアを含みます）、文書、インターフェース、コンテンツ、フォント、および一切のデータ（以下「iOSオリジナルソフトウェア」といいます）は、機能改善、ソフトウェアアップデートやAppleから供給されたシステムリストアソフトウェアによってアップデートされたもの、またはリプレイスされたもの（以下「iOSソフトウェアアップデート」といいます）も含めて（iOSオリジナルソフトウェアおよびiOSソフトウェアアップデートを、以下「iOSソフトウェア」と総称します）、Apple Inc.（以下「Apple」といいます）が、お客様に対して、本契約条件に従う場合に限り使用を許諾するものであり、販売するものではありません。また、Appleおよびそのライセンサーは、iOSソフトウェア自体の所有権を保持し、お客様に非明示的に付与した権利のすべてを留保します。お客様は、本契約がお客様のiOSデバイスに内蔵されたすべてのApple純正のアプリケーションに適用されることに同意されるものとします。ただし、当該アプリケーションが別個のライセンスを伴う場合には、お客様はその別個のライセンスが当該アプリケーションの使用に適用されることに同意されるものとします。

(b)    Appleは、その独自の裁量により、iOSソフトウェアアップデートを今後提供することがあります。iOSソフトウェアアップデートがある場合、それには存在するソフトウェア機能のすべてまたはAppleが新規またはその他モデルのiOSデバイス用にリリースする新機能のすべてを必ずしも含むとは限りませ

ん。本契約の条件は、Appleが提供するiOSソフトウェアアップデートに適用されますが、お客様は当該iOSソフトウェアアップデートに別個のライセンスが添付される場合は、その別個のライセンスが適用されることに同意されるものとします。

(c)　お客様は、お客様の既存のiOSデバイスに基づいて、エクスプレス設定機能を使用して新規のiOSデバイスを設定する場合、お客様の新規のiOSデバイス上のiOSソフトウェアの使用には、本契約が適用されることに同意されるものとします。ただし、当該ソフトウェアが別個のライセンスを伴う場合には、お客様はその別個のライセンスが当該ソフトウェアの使用に適用されることに同意されるものとします。

## 2.　　許諾された使用方法およびその制限

(a)　本契約条件に従い、お客様は、１台のApple純正のiOSデバイスでiOSソフトウェアを使用するための限定的な非独占的ライセンスを付与されます。以下に記載の2条(b)で許諾されるものを除き、またはお客様とAppleとの間の個別契約に規定される場合を除き、本契約は、iOSソフトウェアが同時に複数のApple純正のiOSデバイス上に存在することを許諾するものではなく、また、お客様は頒布またはネットワーク上で複数の機器が同時にiOSソフトウェアを使用できるようにすることはできません。本契約は、お客様にiOSデバイスとともに利用する第三者のデバイスやアクセサリまたは第三者のソフトウェアアプリケーションのデザイン、開発、製造、ライセンスあるいは流通についてのApple独自のインターフェースや他の知的財産権を利用する権利を付与するものではありません。これらの権利のいくつかは、Appleからの個別のライセンスで利用可能となります。iOSデバイスのための第三者のデバイスおよびアクセサリの開発に関しご不明な点があればhttps://developer.apple.com/programs/mfi/ をご覧ください。また、iOSデバイスのためのソフトウェアアプリケーションの開発に関しご不明な点があれば、https://developer.apple.com をご覧ください。

(b)　本契約条件に従い、お客様は、お客様が所有または管理するiOSデバイス上のソフトウェアをアップデート、またはリストアするため、お客様の当該iOSデバイスのモデル用にAppleが提供するiOSソフトウェアアップデートをダウンロードするための限定的な非独占的ライセンスを付与されます。本契約は、お客様が管理または所有しないiOSデバイスをアップデート、またはリストアすることを許諾するものではなく、また、お客様は、iOSソフトウェアを頒布することはできず、またはネットワーク上で複数の機器あるいはコンピュータが同時にiOSソフトウェアアップデートを使用できる状態にすることはできません。お客様がiOSソフトウェアアップデートをご自身のコンピュータにダウンロードした場合、お客様は、バックアップの目的に限り、機械による読み取り可能な形態でお客様のコンピュータ上に保存されるiOSソフトウェアアップデートのコピーを１部作成することができます。ただし、バックアップ用複製物は、iOSソフトウェアアップデートの原本に含まれる著作権情報のすべてまたは他の所有権表示を含まなければなりません。

(c)　Appleが、購入時にお客様のiOSデバイスにApp StoreからApple純正のアプリケーションをプリインストールしている限りにおいて（以下「プリインストールアプリケーション」といいます）、お客様はApp Storeにログインし、お客様のiOSデバイスにてそれらのプリインストールアプリケーションを使用するために、お客様のApp Storeアカウントとプリインストールソフトウェアを関連付ける必要があります。お客様がプリインストールアプリケーションとApp Storeアカウントとを関連付ける場合、お客様は同時に、お客様のiOSデバイス上のその他のすべてのプリインストールアプリケーションも自動的に関連付けられることになります。お客様のApp Storeアカウントとプリインストールアプリケーションとの関連付けを選択することによって、お客様は、Appleが、お客様のApp Storeアカウントにより使

用されたApple IDおよびお客様のiOSデバイスから収集された固有のハードウェア識別子を、お客様のリクエストの適格性を判断し、かつApp Storeを通じてお客様のプリンストールアプリケーションへのアクセスを提供する目的で、固有のハードウェア識別子として、送信、収集、保持、処理および使用する場合があることに同意されるものとします。お客様がプリンストールアプリケーションの利用を希望されない場合、お客様はいつでも、お客様のiOSデバイスからプリンストールアプリケーションを削除することができます。

(d)    お客様は、iOSソフトウェアおよびこれにより提供されるサービスの全部または一部に対し、複製（本契約に基づき明示的に許可される場合を除きます）、逆コンパイル、リバースエンジニアリング、逆アセンブル、ソースコード導出の試行、暗号化、修正または二次的著作物の創作を行うことはできないものとし、これらの行為を行わないこと、および他者がこれらの行為を行うことを可能ならしめないことに同意するものとします（ただし、上記の制限が適用法またはiOSソフトウェアに含まれ得るオープンソースコンポーネントの使用に適用されるライセンス条件により禁止される場合を除くものとします）。

(e)    iOSソフトウェアは、著作権のないマテリアル、お客様が著作権を有するマテリアル、あるいはお客様が複製を許諾されたか法的に認められたマテリアルを複製する場合に限り、マテリアルの複製に使用することができます。お客様のiOSデバイスによって表示、保存またはアクセスされるコンテンツの一切の所有権および知的財産権は、それぞれのコンテンツ所有者に帰属します。当該コンテンツは、著作権またはその他の知的財産権に関する法律および条約に保護される場合があり、また当該コンテンツを提供する第三者の使用条件に従っていただく場合があります。本契約に別途規定のない限り、本契約は、当該コンテンツを使用するいかなる権利をお客様に許諾するものではなく、当該コンテンツがお客様に提供され続けることを保証するものでもありません。

(f)    お客様は、iOSソフトウェアおよび本サービス（下記5条にて定義されます）を、お客様が居住する、またはiOSソフトウェアおよび本サービスをダウンロードもしくは使用する国や地域の法令を含む、すべての適用される法令を遵守して使用されることに同意したものとします。iOSソフトウェアおよび本サービスの機能は、すべての言語または地域で利用いただけるとは限らず、ある機能は地域によって異なり、またある機能は、お客様のサービスプロバイダにより利用が制限されたり、または利用不可であったりする場合があります。iOSソフトウェアまたは本サービスのいくつかの機能には、Wi-Fiまたは携帯電話通信のデータ接続が必要になります。

(g)    App Storeの利用には、Apple IDの名称で知られる個別のユーザ名およびパスワードの組み合わせを取得する必要があります。Apple IDはまた、アプリケーションのアップデートならびに、iOSソフトウェアおよび本サービスの特定の機能にアクセスするためにも必要となります。

(h)    お客様は、iOSソフトウェアの多くの機能、内蔵アプリケーションおよび本サービスがデータ送信によりお客様のデータプランに料金を発生させること、および当該料金をお客様がご負担することにつき、了承されたものとします。お客様は、どのアプリケーションに携帯電話のデータ使用を許可するか確認および管理することができ、また携帯電話のデータ設定のもと、当該アプリケーションがどのくらいのデータを消費するか、概算を確認することができます。詳細については、iOSデバイスのユーザガイドをご覧ください。

(i)    お客様が自動Appアップデートを許可された場合、お客様のiOSデバイスは定期的にAppleに対し、

お客様のデバイス上のアプリケーションのアップデートの有無を確認し、アップデートが適用可能な場合は、お客様のデバイスに自動的にダウンロードおよびインストールされます。お客様は、「設定」の「iTunes & App Store」をタップし、「自動ダウンロード」の「アップデート」をオフすることによって、いつでも自動Appアップデートを一括してオフにすることができます。

(j)    一定の状況下でのiOSデバイスの使用は、お客様の注意をそらすものとなり、危険な状況を引き起こす原因となる場合があります（例えば、車を運転中のテキスト入力、または自転車乗車中のヘッドフォンの使用は避けてください）。iOSデバイスを使用することにより、お客様は、携帯電話またはヘッドフォンの使用を禁止または制限するルール（例えば、運転時の通話にはハンズフリー機能を使用するなどの要件）を守る責任が、お客様ご自身にあることに同意するものとします。

**3.    譲渡**        お客様は、iOSソフトウェアのレンタル、リース、貸与、販売、再頒布またはサブライセンスを行うことはできません。ただし、お客様は、iOSソフトウェアに関するお客様がライセンス付与された権利のすべてを、iOSデバイスの所有権の移転にともなって、第三者に対して一回限りの永久譲渡をすることができます。この場合、以下の条件をすべて満たさなければなりません:(a) 当該譲渡は、すべての構成要素、および本契約を含むiOSデバイスおよびiOSソフトウェアのすべてを含んでいなければならないこと、(b) お客様は、iOSソフトウェアの複製物を、その全部または一部を問わず、コンピュータまたは他の記憶装置上に保存されているものを含め保持してはならないこと、(c) iOSソフトウェアの譲受人は、本契約を読み、かつ本契約条件の受諾に同意すること。

**4.    データ使用に対する同意**        お客様が、お客様のデバイスを使用する際、iMessageおよびFaceTimeなど、iOSソフトウェアの様々なコミュニケーション機能を使用する際に、他者が電話番号によってお客様と連絡が取れるようにするために、お客様の電話番号およびiOSデバイスの一定の固有の識別子がAppleに送られます。iMessageをご利用になる際、Appleは、送達を確実にするため、一定期間に限り、お客様のメッセージを暗号化された形式でお預かりする場合があります。お客様は、お客様のiOSデバイス上の、FaceTimeまたはメッセージ設定からFaceTimeまたはiMessageをオフにすることができます。解析、位置情報サービス、Siriおよび音声入力のような特定の機能でも、それら各機能を提供するため、お客様のiOSデバイスからの情報を必要とする場合があります。お客様がそれらの機能をオンにするまたは使用する際、どのような情報がAppleに送られるのか、およびどのように使用されるかについて、詳細が提供されることになります。お客様は https://www.apple.com/jp/privacy/ をご覧いただくことにより、さらなる情報を入手できます。お客様の情報は、いかなる場合においても、Appleプライバシーポリシーに従って取り扱われます。プライバシーポリシーについては、https://www.apple.com/legal/privacy/ をご確認ください。

**5.    サービスおよび第三者のマテリアル**
(a)    iOSソフトウェアにより、AppleのiTunes Store、App Store、iBooks Store、Game Center、iCloud、マップやその他Appleおよび第三者のサービスとウェブサイト（以下、総称して、または個別に「本サービス」といいます）へのアクセスが可能となり得ます。本サービスは、すべての言語または国で利用可能とは限りません。これら本サービスの利用にはインターネット接続が必要であり、一定の本サービスの利用はApple IDおよび追加の規約の承諾が必要となり、追加料金が発生することもあります。Apple IDまたはその他のApple製品でソフトウェアをご使用になることで、最新のAppleメディアサービス利用条件または本サービスに適用されるサービス条件に同意されたものとします。最新のサービス規約はhttps://www.apple.com/legal/internet-services/itunes/wwをご参照ください。

(b)  iCloudにサインアップした場合、「iCloudフォトライブラリ」、「自分のフォトストリーム」、「iCloud写真共有」、「バックアップ」および「iPhoneを探す」など特定のiCloud機能は、iOSソフトウェアから直接アクセスすることができます。iCloudおよびこれらの機能を使用することにより、お客様は最新のiCloudサービス規約を確認し、同意されたことになります。最新のサービス規約は、https://www.apple.com/legal/internet-services/icloud/ww/ をご参照ください。

(c)  ニュースアプリケーションコンテンツ  ニュースアプリケーションを通じてのお客様のコンテンツへのアクセスは、個人利用および非商用利用のみに限られ、コンテンツのいかなる所有権もお客様に譲渡するものではなく、当該コンテンツを商用または宣伝に利用する権利は、これらに限られませんが、特に除外されます。さらにお客様は、ニュースを通じてアクセスしたイメージの一切を、スタンドアロンファイルとして再版、再送および複製することは禁じられています。

(d)  マップ  地図の対象範囲を含む、iOSソフトウェアのマップサービスおよびその機能（以下「マップ」といいます）は、地域によって異なる場合があります。ターンバイターンナビゲーション、交通および地域検索のようなマップが有する位置情報機能をご利用になる場合、お客様のリクエストに対応するため、またマップの改善を促進するため、お客様のiOSデバイスの現在地情報を含む、様々な位置関連および利用情報がAppleに送信されることがあります。それらの位置情報および利用情報はお客様個人を特定しない形式でAppleに収集されます。**マップを利用することにより、お客様は、マップ機能およびサービスならびにその他のApple製品およびサービスの提供および改善を行うために、Appleならびにその子会社および代理人によるその情報の送信、収集、保持、処理および使用に同意および承諾されるものとします。**Appleはさらに、当該情報を集約して、または個人が特定できない形式のいずれかにて、パートナーおよびライセンシーに、彼らのマップならびに位置情報を利用した製品およびサービスの改善に役立てるため提供する場合があります。お客様は、iOSデバイスの位置情報サービス設定からマップの個別位置設定をオフにすることにより、マップの位置情報に基づく機能をオフにすることができます。ただし、位置サービスをオフにした場合、ターンバイターンナビゲーションのようなマップの機能の一部はご利用いただけなくなります。

(e)  iBooks；Podcasts  お客様が、お客様のiOSデバイスおよびコンピュータにおいて、お客様のブックマーク、メモ、コレクションおよびPodcasts購読データを同期させるために、iBooksおよびPodcastsアプリケーションの同期機能を選択される場合、お客様は、Apple IDを通じてコンテンツへのアクセスを許可されたデバイスおよびコンピュータと同期するために、当該データがAppleに送信され、お客様がiBooks StoreまたはiTunes Storeで使用しているApple IDと併せて保管されることに同意するものとします。お客様は、「設定」のiBooksおよびPodcastsアプリケーションの同期オプションをそれぞれ変更することにより、同期をいつでもオフにすることができます。

(f)  お客様は、本サービスをご利用いただくことにより、露骨な表現を有することが明記されているかを問わず、不快、わいせつ、または問題があるとみなされる可能性のあるコンテンツに遭遇する可能性があり、特定のURLの検索結果に入ることが、自動的および意図せずに不適切な内容のものへリンクまたは関連することがあることをご理解いただきます。お客様はご自身の責任により本サービスをご利用いただくことに同意されたものであり、Apple、その関連会社、代理人、本人、またはそのライセンサーはお客様に対し不快、わいせつ、または問題があるとみなされる可能性のあるコンテンツに関する責任を一切負いません。

(g)  本サービスの一部は、第三者のコンテンツ、データ、情報、アプリケーションまたは第三者からのマテリアル（以下、総称して「第三者のマテリアル」といいます）を表示し、これらを備え、もしくはこれらを利用可能にすること、または第三者のウェブサイトにリンクされることがあります。本サービスをご利用いただくにあたり、お客様は、Appleがこのような第三者のマテリアルやウェブサイトの内容、正確性、完成度、適時性、有効性、著作権遵守、適法性、品質またはその他いかなる側面についても、調査および評価する責任を負うものではないことを承認し、同意されたものとします。Apple、その役員、関連会社および子会社は、第三者による本サービス、第三者のマテリアルもしくはウェブサイト、またはその他一切の第三者のマテリアル、製品もしくはサービスに関し、お客様およびその他の方々に対して、一切の保証または承認をせず、かつ一切の義務または責任を引き受けず、また負いません。第三者のマテリアルおよびその他のウェブサイトへのリンクは、お客様への便宜のためだけに提供されているものです。

(h)  Appleおよびそのコンテンツプロバイダのいずれも、本サービスによって表示される株式情報、位置データまたはその他のデータの利用可能性、正確性、完成度、信頼性または時宜性について保証いたしません。本サービスのいずれかによって示される財務情報は、一般情報提供のみを目的としており、投資アドバイスとして信用されるべきものではありません。本サービスを通して得られる情報に基づき有価証券取引を行う前に、お客様は、お客様の国や地域で財務または証券にかかるアドバイスができる法律的に資格を与えられた財務または証券の専門家に相談することが適切です。本サービスを介して提供されるAppleマップサービスを含む位置データは基本的なナビゲートおよびプランニングを目的とするだけのものであり、詳細な地域情報が必要な状況を担保するものではなく、または間違えを含むものであったり、不正確であったり、時間遅延していたりまたは不完全な位置データが、死亡、身体傷害、財産や環境への損害を生じさせるようなことがある状況において、信用性を担保するものではありません。お客様は、マップサービスから受信する結果は、天候、道路および交通状況、地政学的事象を含むがこれらに限定されないマップデータの正確性に影響を与え得る要因に基づく実際の道路、交通状況により異なり得ることに同意されたものとします。お客様の安全性のために、ナビゲーション機能をご利用になる場合は、つねに道路標識および実際の道路状況に注意してください。交通ルールを守り、安全運転をし、また徒歩での行き方は、歩道または縁道を含んでいない場合がありますので、ご注意ください。

(i)  お客様は、本サービスを利用していずれかのコンテンツをアップロードする限りにおいて、お客様が当該コンテンツにおける一切の権利を有しているか、または、当該コンテンツのアップロードを行う権限を付与されているか、もしくは法的に認められていること、および当該コンテンツが、本サービスに適用されるいかなるサービス条項にも違反していないことを表明するものとします。お客様は、本サービスが、Apple、サイトオーナー、またはそれらのライセンサーにより専有されるコンテンツ、情報およびマテリアルを含むこと、著作権を含みますがこれに限られない適用ある知的財産権やその他の関係法令により保護されることに同意されたものとします。お客様は、お客様から専有のコンテンツ、情報またはマテリアルを本サービスの許諾された利用以外の方法において、または本契約の条項に矛盾するか第三者やAppleの知的財産権の侵害となるいかなる仕方においても利用しないことに同意されたものとします。いかなる形態または方法によるものであっても、本サービスのいかなる部分の複製も禁止されます。お客様は、方法のいかんにかかわらず、本サービスの修正、レンタル、リース、貸与、販売、頒布、または本サービスに基づく二次的著作物の創作を行わないことに同意されされたものとします。お客様は、コンピュータウィルス、ワーム、トロイの木馬、その他のマルウェア、不法侵入やネットワー

ク容量に負荷をかけること等（これらを含みますが、これらに限定されません）、許可されていない方法により本サービスを不正利用してはなりません。さらに、お客様は、方法にかかわらず、本サービスを嫌がらせ、不正利用、ストーキング、脅迫、中傷その他の第三者の権利を侵害する方法により使用しないことに同意するとともに、お客様のそのような方法による使用や、お客様が本サービスを利用した結果として受領する可能性のある、いかなる嫌がらせ、脅迫、中傷、攻撃的、権利侵害的または違法なメッセージや放送に関し、Appleが一切責任を負うものではないことに同意されたものとします。

(j)　iOSデバイスからアクセスし、リンクされ、または表示されている本サービスや第三者のマテリアルはすべての言語または国、地域にて利用できるとは限りません。Appleは、当該サービスおよび第三者のマテリアルがどこか特定の場所に適しており、または特定の場所で利用可能であることについて、いかなる表明もしません。お客様が当該サービスおよび第三者のマテリアルの使用またはこれらへのアクセスを選択する限りにおいて、お客様は、ご自身の判断でこれらにアクセスされるものとし、適用される現地法、およびプライバシーおよびデータ収集に関する法律を含むがこれらに限らない一切の適用法令を遵守することは、お客様の責任です。お客様のiOSデバイスを通じて写真を共有または同期する場合、どこで、いつ写真が撮影されたか、および詳細情報を含むメタデータが、写真とともに送信される場合があります。Appleのサービス（iCloudフォトライブラリなど）を使用して当該写真を共有または同期すると、Appleは当該メタデータを受信または保存することになります。Appleおよびそのライセンサーは、いつでも、お客様に通知せずに、変更、一時停止、削除、またはアクセス不能にする権利を留保しています。Appleは、いかなる場合であっても、本サービスを削除またはアクセス不能にすることに対し、一切の責任を負わないものとします。また、Appleは、いかなる場合であっても、通知なしに、責任を負うこともなく、一定の本サービスの利用またはアクセスを制限することもできます。

**6.　解除**　　本契約は、解除されるまで有効です。本契約に基づくお客様の権利は、本契約条件のいずれかにお客様が違反した場合、Appleが通知をすることなくして、自動的に終了するか、または効力を失います。本契約の終了に伴い、お客様は、iOSデバイスの使用をすべて中止しなければなりません。本契約の 4条、5条、6条、7条、8条、9条、12条および 13条は、本契約終了後も存続するものとします。

**7.　保証の否認**

7.1　お客様が、消費者（iOSソフトウェアをご自分のお仕事、業務または職業以外でご使用の方）である場合、以下の制限がお客様に適用されることを禁止する居住国の法的権利を有する可能性があります。お客様に適用されることが禁止されている場合、これらはお客様には適用されません。権利についての詳細は、お近くの消費者団体にお問合わせください。

7.2　**お客様は、適用法が許容する限りにおいて、iOSソフトウェアおよびiOSソフトウェアによって実行またはアクセスされる一切の本サービスを使用する上での危険はお客様のみが負担し、品質適合性、性能、正確性および努力に関する包括的危険は、お客様にあることを明確に認識し同意します。**

7.3　**適用法が最大限に許容する限りにおいて、iOSソフトウェアおよび本サービスは、すべての瑕疵を問わずかつ一切の保証を伴わない「現状渡し」および「提供可能な限度」で提供され、Appleおよび Appleのライセンサー（本契約7条および 8条において「Apple」と総称します）は、iOSソフトウェアおよび本サービスに関するすべての明示、黙示または法令上の保証および条件を明確に否認します。当該保証および条件には、商品性、品質適合性、特定目的適合性、正確性、平穏享有権および第三者の権利非侵害性を含みますがこれらに限られません。**

7.4   **Appleは、iOSソフトウェアおよび本サービスの娯楽性の妨害がないこと、iOSソフトウェアに含まれる機能、またはiOSソフトウェアにより実行または提供される本サービスがお客様の要求を満足させるものであること、iOSソフトウェアおよび本サービスが支障なくもしくは誤りなく作動すること、本サービスが継続して提供されるものであること、iOSソフトウェアまたは本サービスの瑕疵が修正されること、iOSソフトウェアまたは本サービスが第三者のソフトウェア、アプリケーションまたは第三者のサービスと互換性があることを保証しません。本iOSソフトウェアをインストールされることで、Apple製品およびサービスだけでなく、第三者のソフトウェア、アプリケーションまたは第三者のサービスの可用性およびユーザビリティに影響を与える場合があります。**

7.5   **お客様は、iOSソフトウェアおよび本サービスによるコンテンツ、データまたは情報に関する不具合もしくは情報の遅延、またはエラーもしくは不正確性が死亡、身体傷害、または重大な身体もしくは環境に対する損害を引き起こすような状況や環境（原子力施設、飛行機運航または通信システム、航空管制、生命救助または武器システムを含みますが、これらに限られません）においてiOSソフトウェアおよび本サービスを使用することが意図されるものでなく、また、使用に適さないことを了解するものとします。**

7.6   **AppleまたはAppleの権限ある代表者の、口頭もしくは書面による情報または助言の一切は、新たな保証を行うものではありません。iOSソフトウェアまたは本サービスに瑕疵があると判明した場合、お客様が、すべてのサービス、修理または修正に要する一切の費用を負担します。黙示の保証の免責または適用のある消費者法令上の権利の制限を認めない地域において、上記の免責および制限は、お客様に適用されない場合があります。**

8.   **責任の制限**   **適用法令により禁止されない限り、Apple、その関連会社、代理人または本人は、iOSソフトウェアもしくは本サービス、またはiOSソフトウェアおよび本サービスに関連する第三者のソフトウェアもしくはアプリケーションの使用または使用不可に起因または関連する、逸失利益、データの損壊または消失、データの送受信の失敗（コースの指示、割当およびマテリアルを含みますが、これらに限られません）、仕事の中断またはその他の商業的損害もしくは損失等を含む、身体傷害または付随的損害、特別損害、間接損害または二次的損害等について、責任事由（契約、不法行為等）にかかわらず、いかように発生しようと、Appleが当該損害の可能性を示唆されていた場合においても、一切の責任を負います。身体傷害、付随的損害または間接損害に対する免責または責任の制限を法的に認めない地域において、本制限は、お客様に適用されない場合があります。**いかなる場合も（身体傷害を含む場合に適用法が要請する場合を除いて）、すべての損害に関するお客様に対するAppleの賠償責任総額は、250米ドルを上限とします。上記の救済がその本質的目的を達成できない場合でも、前述の制限が適用されます。

9.   **デジタル証明書**   iOSソフトウェアには、Appleまたは第三者のいずれかから発行されるデジタル証明書を受領できる機能が含まれています。**お客様は、Appleまたは第三者のいずれかから発行される証明書を信頼するか否かの判断につき、単独で責任を負うものとします。デジタル証明書を使用する上での責任はお客様のみが負担するものとします。適用法が最大限に許容する限りにおいて、Appleは、デジタル証明書に関する商品性、特定目的適合性、正確性、安全性または第三者の権利非侵害性につき、明示または黙示を問わず一切の保証または表明を行いません。**

**10.    輸出管理**    お客様は、アメリカ合衆国の法律およびiOSソフトウェアが取得された国の法律が認めている場合を除き、iOSソフトウェアを使用または輸出もしくは再輸出することはできません。特に、例外なく、iOSソフトウェアを、(a)アメリカ合衆国の通商禁止国または(b)アメリカ合衆国財務省の特別指定国リスト（list of Specially Designated Nationals）またはアメリカ合衆国商務省の拒否人名リスト（Denied Person's List or Entity List）またはその他の制限者リスト上の一切の者に対し、輸出または再輸出を行うことはできません。iOSソフトウェアを使用することにより、お客様は、上記国家に住居を定めていないこと、または上記リストに該当するものではないことを表明および保証するものとします。また、お客様は、お客様がアメリカ合衆国の法律で禁止されている目的でiOSソフトウェアを使用しないことに同意されたものとします。当該目的にはミサイル、核兵器、化学兵器または生物兵器の開発、設計、製造または生産を含みますが、これらに限定されません。

**11.    エンドユーザが合衆国政府である場合**    iOSソフトウェアおよび関連文書は、「商業コンピュータソフトウェア(Commercial Computer Software)」「商業コンピュータソフトウェア文書(Commercial Computer Software Documentation)」から構成される48 C.F.R. 2.101で定義する「商業品目(Commercial Items)」であり、当該用語は、48 C.F.R. 12.212または48 C.F.R. 227.7202で使用されています。48 C.F.R. 12.212または48 C.F.R. 227.7202-1から227.7202-4に従い、商業コンピュータソフトウェアおよび商業コンピュータソフトウェア文書は、アメリカ合衆国政府のエンドユーザに対して、(a) 商業品目としてのみ、かつ(b) 本契約条件に従ってその他のエンドユーザすべてに付与される権利のみを伴って、ライセンス付与されるものです。非公開の権利は、アメリカ合衆国の著作権法に基づき留保されています。

**12.    準拠法および契約の分離性**    本契約は、法の抵触に関する原則を除き、カリフォルニア州法を準拠法とし、同法に従って解釈されるものとします。本契約には、国際物品売買契約に関する国際連合条約は適用されず、その適用は明示的に排除されるものとします。お客様が英国に居住する消費者の場合、本契約はお客様の居住地を管轄する法律に準拠します。何らかの理由により、管轄権を有する裁判所が本契約のいずれかの条項またはその一部について執行不能と判断した場合であっても、本契約の他の条項または部分は、依然として完全なその効力を有するものとします。

**13.    完全合意、適用言語**    本契約は、iOSソフトウェアに関するお客様とAppleの合意のすべてを定めるものであり、本件に関する、従前の取決めに優越するものです。本契約の修正および変更は、当該修正および変更が書面によりなされ、かつAppleが署名した場合を除き、拘束力を有しません。本契約書の翻訳は、地域の必要に応じて行われるものであり、英語版とそれ以外の言語版とで差異矛盾がある場合、お客様の管轄法域における現地法が禁止しない範囲で、英語版の本契約を適用するものとします。

**14.    第三者の製品に関する承認**    iOSソフトウェアの一部には、第三者のソフトウェアおよびその他の著作物が利用され、または含まれております。当該著作物に関する確認、ライセンス条項および責任制限に関する事項は、iOSソフトウェアに関する電子的書面に記載されており、お客様の当該著作物の使用についてはそれらの各条項が適用されるものとします。Google Safe Browsing Serviceの使用は、Google のサービス利用規約（https://www.google.com/intl/ja/policies/terms/）およびGoogleのプライバシーポリシー（https://www.google.com/intl/ja/policies/privacy/）の適用を受けます。

**15.    MPEG-4の使用、H.264/AVC に関する通知**

(a)  iOSソフトウェアは、MPEG-4 System Patent Portfolio Licenseに基づいてMPEG-4 Systems Standardにしたがってエンコーディングするためにライセンスされるものです。ただし、以下のいずれか、または両方をエンコードする場合には、追加のライセンスとロイヤルティーの支払いが必要となります: (i)タイトル毎に支払う物理的なメディアに保存または複製されるデータ (ii)タイトル毎に支払う永久保存または永久利用するエンドユーザに送信されるデータ。これらの追加ライセンスは、MPEG LA, LLC.より取得していただけます。詳細につきましては、http://www.mpegla.com をご参照ください。

(b)  iOSソフトウェアには、MPEG-4ビデオエンコーディング機能および/またはデコーディング機能が含まれています。iOSソフトウェアは、MPEG-4 Visual Patent Portfolio Licenseに基づいて消費者による個人利用および非商用利用目的で以下のいずれか、または両方を行うためにライセンスされるものです：(i) MPEG-4 Visual Standardに従いビデオをエンコードすること(以下「MPEG-4ビデオ」といいます)、(ii) 個人的、非商業活動に従事する消費者によりエンコードされたか、MPEG-4ビデオを提供するためにMPEG LAよりライセンスを受けたビデオ提供者から取得したMPEG- 4ビデオをデコードすること。その他の使用に関してはいかなるライセンスも付与されておらず、また黙示にも付与されていません。販売促進用、社内用および商用の使用およびライセンスに関する情報を含む追加情報については、MPEG LA, LLC.より取得していただけます。http://www.mpegla.com をご参照ください。

(c)  iOSソフトウェアには、AVCエンコーディング機能および/またはデコーディング機能が含まれています。H.264/AVCの商用利用には追加のライセンスが必要であり、以下の条件が適用されます：**iOSソフトウェアにおけるAVC機能は、消費者が以下のいずれか、または両方を行うための個人利用および非商用利用目的に限るものとします：(i) AVC Standardに従いビデオをエンコードすること（以下「AVCビデオ」といいます）、および/または、(ii) 個人的、非商業的行為に参加する消費者によりエンコードされたAVCビデオおよび/またはAVCビデオを提供するためにライセンスを受けたビデオ提供者から取得したAVCビデオをデコードすること。他の使用およびライセンスに関する情報については、MPEG LA L.L.C.より取得することができます。http://www.mpegla.com をご参照ください。**

**16.    Yahoo 検索サービスの制限**    Safariを通じて利用可能なYahoo 検索サービスは、以下の国および地域においてのみ利用を許諾されます。アルゼンチン共和国、アルバ、オーストラリア連邦、オーストリア共和国、バルバドス、ベルギー王国、バミューダ諸島、ブラジル連邦共和国、ブルガリア共和国、カナダ、ケイマン諸島、チリ共和国、中華人民共和国、コロンビア共和国、キプロス共和国、チェコ共和国、デンマーク王国、ドミニカ共和国、エクアドル共和国、エルサルバドル共和国、フィンランド共和国、フランス共和国、ドイツ連邦共和国、ギリシャ共和国、グレナダ、グアテマラ共和国、香港、ハンガリー共和国、アイスランド共和国、インド、インドネシア共和国、アイルランド、イタリア共和国、ジャマイカ、日本、ラトビア共和国、リトアニア共和国、ルクセンブルグ大公国、マレーシア、マルタ共和国、メキシコ合衆国、オランダ王国、ニュージーランド、ニカラグア共和国、ノルウェー王国、パナマ共和国、ペルー共和国、フィリピン共和国、ポーランド共和国、ポルトガル共和国、プエルトリコ、ルーマニア、シンガポール共和国、スロバキア共和国、スロベニア共和国、大韓民国、スペイン、セントルシア、セントビンセントおよびグレナディーン諸島、スウェーデン王国、スイス連邦、中華民国、タイ王国、バハマ国、トリニダード・トバゴ共和国、トルコ共和国、グレートブリテンおよび北アイルランド連合王国、ウルグアイ東方共和国、アメリカ合衆国、ベネズエラ・ボリバル共和国。

**17.    Microsoft Exchangeに関する通知**    iOSソフトウェアにおけるMicrosoft Exchangeメール設定は、お客様のiOSとMicrosoft ExchangeサーバまたはMicrosoft Exchange ActiveSyncプロトコー

ルを実行するためにマイクロソフトによってライセンスされたその他のサーバソフトウェアとの間で電子メール、連絡先、カレンダーおよび仕事などの情報を無線同期するためにのみライセンス付与されます。

EA1520
2017年9月22日

————————————————

**Apple Pay 追加条項**

これらのApple Pay追加条項（以下「追加条項」といいます）は、iOSソフトウェア使用許諾契約（以下「本契約」といいます）を補完するものです。本契約および追加条項の双方が、本契約のもと、「本サービス」とみなされるお客様のApple Pay機能の使用に適用されます。これらの追加条項で使用される大文字表記の用語は、本契約に規定された意味を有します。

**１．　概要および使用制限**

Apple Payは、お客様に対して次のサービスを提供します。

- 小売店クレジットカード、デビットカード、プリペイドカード、およびApple Payキャッシュカードを含む、Apple Pay機能に対応したクレジットカード、デビットカードおよびプリペイドカード（以下「対応決済カード」といいます）の仮想表明を保存し、限定された場所またはアプリケーション内もしくはウェブサイトで、対応するiOSデバイスを非接触型決済に使用すること。
- Apple Payを利用した非接触型決済の一部として、限定店舗にて非接触のポイントカードおよびギフトカード取引を行う、Walletに貯めたポイントカードおよびギフトカード（以下「Apple Pay対応カード」といいます。また、対応決済カードと総称して「対応カード」といいます）を使用すること。
- 他のApple Pay利用者へ個人間送金を行うこと。

iOSソフトウェアのApple Pay機能は、限定された地域、カード発行者、金融機関および販売者との間でのみ利用できます。機能は、地域、発行者および販売者によって異なる場合があります。

Apple Payを利用するために、お客様は、対応カードを保持する必要があり、対応カードは随時変更される場合があります。また、個人間送金の送受信のためには、お客様はApple Payキャッシュカードを保持する必要があります。

対応決済カードおよび個人間送金は、これらの機能を利用するためにお客様がiCloudにサインインしているApple IDと関連付けられます。対応カードは13歳以上の個人の方のみご利用いただけます。また、iCloudまたはお客様が提示しようとしている対応カードによって、追加の年齢制限が課される場合があります。Apple Payキャッシュカードならびに個人間送金の送受信機能は18歳以上の個人の方のみご利用いただけます。

Apple Payは、お客様の個人的な使用を意図したものであり、お客様はご自身の対応カードのみを提

示することができます。お客様が対応する法人カードを提示する場合、お客様は、お客様の雇用主の承認のもとそれを行い、お客様がこれらの利用条件および本機能の利用によって生じるすべての取引において、雇用主を拘束する権限を与えられていることを、表明するものとします。お客様が個人間送金の送受信を行う場合、お客様はお客様の個人的かつ非商用的使用を目的として行なっていることを表明するものとします。

お客様は、Apple Payを違法もしくは詐欺的な目的、またはその他本契約または追加条項によって禁止された目的には使用しないことに、同意されるものとします。お客様は、さらに、適用法令に従い、Apple Payを利用することに同意されるものとします。お客様は、Apple Payサービス（何らかの自動化された手段を通じてサービスへアクセスすることを含みます）、またはサービスと接続されたすべてのサーバもしくはネットワーク、またはサービスと接続されたネットワークのポリシー、要件または規則（無許可のアクセス、データまたはトラフィックの使用またはモニタリングを含みます）を妨害または中断しないことに同意するものとします。

## ２． Appleのお客様との関係

Apple Payは、お客様に対し、お客様の対応するiOSデバイス上で、お客様の対応カードの仮想表明の作成を可能にします。ただし、Appleは、支払いの手続きまたはその他の支払いを伴わないカード取引（ポイントの付加および還元など）、お客様の資金の受領、保有もしくは移動、または本機能をお客様が利用することによって生じ得る、支払い、返金、払戻、ポイント、特典、割引またはその他の商業的活動を管理することはありません。

お客様がお客様のカード発行者との間で有するカード会員契約は、お客様の対応カードの利用およびApple Payに関するそれらの利用に、引き続き適用されます。同様に、お客様の、販売者のポイント還元またはギフトカードプログラムへの加入、およびApple Payに関連したApple Pay対応カードの利用には、当該販売者の条件が適用されます。

Apple Payキャッシュカードおよび個人間送金の送受信機能は、アメリカ合衆国においてのみ利用可能であり、連邦預金保険公社(FDIC)の加盟者であるGreen Dot Bankによって提供されるサービスです。お客様がApple Pay内のこれらの機能を稼働する場合、お客様はGreen Dot Bankに口座を開設することとなり、お客様が個人間送金の送受信をしまたはお客様のApple Payキャッシュカードにチャージしまたはここから出金する場合、Green Dot Bankがお客様の金銭の受領または指定された受取人に対する送金について責任を負うこととなります。Apple PayキャッシュカードおよびApple Pay内の個人間送金を提供する責任を有する金融機関は変更されることがあり、また、お客様の当該機能の使用には当該金融機関の条件が適用されます。

本契約または追加条項は、お客様のカード会員契約、利用条件、または販売契約の条項を変更することは一切なく、当該条項はお客様の該当する対応カードまたはApple Payの個人間送金機能の利用およびお客様のiOSデバイス上の仮想表明に適用されます。お客様は、Appleがお客様のカード会員契約または販売契約の当事者でないこと、およびAppleが次の事項に関して、責任を負わないことに同意するものとします。(a)Apple Pay機能利用中の一切の支払いカード、ポイントカード、ギフトカード、商業的活動、取引または購入の内容、正確性または非有用性; (b)クレジットカードの発行または信用適格性の評価; (c)販売者のプログラムのもと、ポイントまたは特典の付加および還元; (d)プリペイドカードへの積立

ておよびチャージ; (e)個人間送金の送受信; または (f)お客様のApple Payキャッシュカードのチャージ、清算、または出金。

支払いカード、ポイントカード、ギフトカードまたは関連する商業的活動についてのすべての紛争およびご質問は、お客様のカードの発行者または該当する販売者にご連絡ください。Apple Payキャッシュカードまたは個人間送金についてのご質問は、Appleサポートにご連絡ください。

### ３．　プライバシー

Apple Payはすべての体験を提供するために、お客様のiOSデバイスからの情報を必要とします。さらに、お客様がお客様のApple Payキャッシュカードまたは個人間送金の送受信をご利用される場合、お客様のアカウントへサービスを提供することに加え詐欺防止と規制遵守の目的より、お客様の取引に関する追加情報が収集され保持されます。お客様は、「Apple Payおよびプライバシーについて」（お客様のiOSデバイス上のWalletおよびApple Payから、または対応するiOSデバイス上のWatchアプリケーションからアクセスすることができます）をお読みになるか、https://www.apple.com/jp/privacy/ をご覧いただくことによって、お客様のApple Pay、Apple Payキャッシュカード、またはApple Payの個人間送金の使用の一環としてのデータの収集、使用または共有について、さらなる情報をご確認いただけます。これらの機能を使用することにより、お客様は、Apple Pay機能を提供するため、Appleならびにその子会社および代理人による前述の情報のすべての送信、収集、保持、処理および使用に関して同意および承諾されるものとします。

### ４．　セキュリティ；紛失または使用不能なデバイス

Apple Payは、お客様の対応カードの仮想表明を保存しており、お客様が現金、お客様の実際のクレジットカード、デビットカード、プリペイドカード、ポイントカードまたはギフトカードを保護するように、保護されるべきものです。お客様のデバイスの暗証番号を第三者へ提示したり、Touch IDを使用するために第三者の指紋を追加したり、またはFace IDを利用可能にしたりすることは、彼らがお客様のデバイスでApple Payを使用し支払いを行うこと、個人間送金の送受信やリクエストをすること、お客様のApple Payキャッシュカードから出金すること、およびポイントまたはクレジットを受領または還元することを可能にするおそれがあります。お客様は、お客様のデバイスおよび暗証番号の安全性の保持に対して、全責任を負うものとします。お客様は、お客様がお客様のデバイスの紛失またはアクセス共有をされた場合、Appleは一切責任を負わないことに同意するものとします。お客様は、お客様がiOSに無許可の変更を加えた場合（例えば、「脱獄/ジェイルブレイク」のような方法により）、Appleは一切の責任を負わないことに同意するものとします。

お客様は、Apple PayキャッシュカードおよびApple Payの個人間送金を含むApple Payの特定の機能にアクセスするために、お客様のApple IDの2ファクタ認証などのセキュリティ対策を稼働する必要がある場合があります。お客様がそれらのセキュリティ機能を取り除いた場合、お客様はApple Payの特定の機能にアクセスし続けることが出来なくなる場合があります。

お客様のデバイスが紛失または盗難に遭い、お客様が「iPhoneを探す」を稼働していた場合、お客様は紛失モードにすることによって、デバイス上の仮想対応決済カードまたは個人間送金の送信による決済を停止することができます。お客様はまた、デバイス上の仮想対応決済カードまたは個人間送金の送信によ

る決済を停止しApple Pay対応カードを削除するよう、デバイス内を消去することもできます。お客様は、お客様の仮想対応カードへの無許可のアクセスを防ぐために、お客様対応決済カードの発行者、お客様のApple Pay対応カードを発行した販売者、およびお客様のApple Payキャッシュカードの場合はAppleへの連絡もしなければなりません。

詐欺的行為または悪用をお客様が報告、またはAppleがそれらの疑いを持った場合、お客様はすべての調査においてAppleに協力し、Appleが提供する詐欺防止手段を利用することに同意されるものとします。

## ５．　責任の制限

**本契約に規定される保証の否認および責任の制限に加え、APPLEは、APPLE PAY機能の利用から生じる、購入、支払い、取引、または他の商業的活動に対して一切の責任を負いません。お客様は、お客様の対応カード、個人間送金、および関連する商業的活動に関する一切の疑問および紛争について、お客様のカード発行者、支払いネットワーク、金融機関または販売者との間に有する合意のみを参照して解決することに同意するものとします。**

————————————————

### Appleからの通知について

Appleよりお客様に対し、お客様の製品またはアカウントについてご通知をさせていただく必要がある場合について、お客様は、かかる通知を電子メールによって受け取られることに同意いただきます。また、お客様は、Appleがかかる電子的方法によって行う通知が、法律上要求されるすべての通知方式を満たすことに同意いただきます。

简体中文

重要事项:通过使用iPHONE、iPAD或iPOD TOUCH("iOS装置"),阁下已同意接受以下条款的约束:

A.   APPLE iOS软件许可协议
B.   APPLE PAY 补充条款
C.   来自APPLE的通知

Apple Inc.
iOS软件许可协议
单一使用许可证

请先仔细阅读本软件许可协议("许可证"),然后才使用阁下的iOS装置或下载附随本许可证的软件更新。阁下一使用iOS装置或下载软件更新(视适用而定),即表示同意接受本许可证的条款约束。如阁下不同意本许可证的条款,请勿使用iOS装置或下载该软件更新。

如阁下最近购买iOS装置并且如阁下不同意许可条款,可将iOS装置交还购取iOS装置的APPLE STORE商店或授权分销商以取得退款,但须符合APPLE的退货政策规定,该政策载于 https://www.apple.com/legal/sales_policies/。

1.   一般规定。
(a) 连同阁下的iOS装置提供并可以Apple提供的功能增强软件、软件更新或系统恢复软件("iOS软件更新")予以更新或取代的软件(包括Boot ROM代码、嵌入式软件和第三方软件)、文档、界面、内容、字体及任何数据("原iOS软件"),不论是储存于只读存储器、任何其它载体或属任何其它形式(原iOS软件和iOS软件更新统称"iOS软件"),是由Apple Inc.("Apple")许可阁下使用而非售予阁下。阁下只可根据本许可证的条款加以使用,Apple及其许可人保留对iOS软件本身的所有权,并保留一切并未明确授予阁下的权利。阁下同意本许可证条款将适用于任何可能已内置在阁下的iOS装置上的Apple品牌app,除非该app另外附有单独的许可证,在这种情况下,阁下同意该许可证的条款将规限阁下对该app的使用。

(b) Apple可酌情提供未来的iOS软件更新,这些更新(如有的话)未必包含Apple就较新或其他型号iOS装置发行的所有现有软件功能或新的功能。本许可证条款监管由Apple提供的任何iOS软件更新,除非该iOS软件更新另外载有独立许可证,在此情况下,阁下同意以该许可证的条款监管。

(c) 如阁下使用快速设置功能以阁下现有的iOS装置为基础设置新的iOS装置,阁下同意,本许可证的条款将监管阁下在阁下新的iOS装置上使用iOS软件,除非它另外附有单独的许可证,在这种情况下,阁下同意该许可证的条款将监管阁下对该iOS软件的使用。

2.   允许的许可证用途和限制。
(a) 在必须遵守本许可证条款和条件的情况下,阁下获授予在单一台Apple品牌iOS装置上使用iOS软件的有限的、非独家的许可证。除以下第2(b) 条允许外,以及除非阁下与Apple另行签立协议规定外,本许可证不允许iOS软件在任何一个时候存在于一台以上Apple品牌iOS装置上,而且阁下不得在网络上分发或提供iOS软件,以致iOS软件在同一时间可供多台装置使用。本许可证并不授予阁下使用Apple拥有专有权的界面及其它知识产权,以设计、开发、制造、授予许可或分发第三方装置与配件或第三方应用软件连同iOS装置使用的任何权利。在获得Apple的另行许可下,可使用其中某些权利。有关为iOS装置开发第三方装置与配件的详情,请访问 https://developer.apple.com/

programs/mfi/。有关于iOS装置开发应用软件的详情，请访问 https://developer.apple.com。

(b) 在必须遵守本许可证条款和条件的情况下，阁下获授予下载Apple可能提供给阁下iOS装置型号的iOS软件更新的有限的、非独家许可证，以更新或恢复由阁下拥有或控制的任何此类iOS装置上的软件。本许可证并不允许阁下更新或恢复不受阁下控制的或并非阁下拥有的iOS装置，而且阁下不得在网络上分发或提供iOS软件，以致iOS软件在同一时间可供多台装置或多台计算机使用。如阁下下载iOS软件更新到阁下的计算机上，阁下只可为备份目的而以机器可读形式，复制一份存储于阁下的计算机的iOS软件更新;但该备份副本必须带有原件上所载的一切著作权或其它专有权的提示。

(c) 在阁下购买时Apple已在阁下的iOS装置上预安装Apple品牌app（"预安装app"）的范围内，阁下需要登录到App Store并将这些预安装app关联到阁下的App Store帐户，才能在阁下的iOS装置上使用它们。当阁下将预安装app关联到阁下的App Store帐户时，阁下的iOS装置上所有其他预安装app将会同时自动关联起来。阁下选择将预安装app与阁下的App Store账户关联，即表示阁下同意Apple可传输、收集、维护、处理和使用阁下的App Store账户所使用的Apple ID和收集自阁下的iOS装置的唯一硬件标识符，作为验证阁下所提出请求的资格的唯一账户标识符，以及向阁下提供通过App Store存取预安装app的途径。如阁下不希望使用预安装app，阁下可随时将其从阁下的iOS装置中删除。

(d) 阁下不得且阁下同意不会或促使他人复制(本许可证明示允许除外)、反汇编、倒序制造、拆装、企图导出其源代码、解码、修改iOS软件或制造其衍生作品、或iOS软件提供的任何服务或其任何部分（适用法律或可能包含在iOS软件内的开放源代码组件使用许可证条款禁止除外）。

(e) iOS软件可用于复制材料,只要该等使用限于复制没有版权的材料、阁下享有著作权的材料或授权阁下或合法允许阁下复制的材料。通过阁下的iOS装置显示、存储或访问的任何内容，其所有权和知识产权属于相关的内容所有权人。此等内容可能受著作权或其他知识产权法律和条约保护，及可能须遵守提供该等内容的第三方使用条款。除在此另有规定外，本许可证并不授予阁下使用该等内容的任何权利，亦不保证该等内容将继续提供给阁下。

(f) 阁下同意依照所有适用法律使用iOS软件以及服务(定义见以下第5条),此等法律包括阁下所居住或者下载或使用iOS软件以及服务的国家或地区的当地法律。iOS软件和服务的功能未必以所有语言或在所有地区提供，某些功能可能因地区而异，有的可能会受到限制，或阁下的服务提供商没有提供。iOS软件和服务一些功能需要Wi–Fi或蜂窝数据连接。

(g) 使用App Store需要一个名为Apple ID的独有用户名称和密码组合。要存取app的更新版本及iOS软件和服务的某些功能，同样需要一个Apple ID。

(h) 阁下承认iOS软件许多功能、内置app和服务会传输数据，可能影响阁下数据计划的收费，以及阁下须负责该等收费。阁下可在蜂窝移动数据的设定项下查看和控制哪些应用程序获准使用蜂窝移动数据，并查看该等应用程序已消耗了多少数据的估计。欲了解更多信息，请查阅阁下iOS装置的用户指南。

(i) 如阁下选择允许自动更新app，阁下的iOS装置会向Apple定期查询有关更新阁下装置上的app的问题。如有提供的话，更新版本会自动下载和安装到阁下的装置上。阁下可随时完全关闭app的自动更新，只需前往Settings，点选iTunes与App Store，然后在Automatic Downloads项下关闭Updates。

(j) 在某些情况下使用iOS装置可能分散阁下的注意力，并可能导致危险情况（例如，应避免在开车

时输入文字信息，或在骑自行车时使用头戴式耳机）。阁下使用iOS装置，即表示阁下同意负责遵守禁止或限制使用手机或头戴式耳机的规则（例如在开车时拨打电话须使用免提选项的规定）。

3.    转让。阁下不得出租、租赁、出借、出售、再分发或再许可iOS软件。但阁下可就iOS所有权之转让，而将阁下对iOS软件的一切许可使用权一次性地永久转让予另一方，条件是:(a) 转让内容必须包括阁下的iOS装置和全部iOS软件,包括其所有组成部分及本许可证;(b) 阁下不得保留iOS软件的全部或部分复制本,包括储存于计算机或其它存储装置的复制本;以及(c) 接受iOS软件的一方已阅读并同意接受本许可证的条款和条件。

4.    同意使用数据。当阁下使用装置时，阁下的电话号码和阁下的iOS装置之某些独有的标识符会被发送到Apple，以让其他人通过iOS软件诸如iMessage 信息和FaceTime 通话等各种通信功能联系到阁下的电话号码。当阁下使用iMessage 信息时，Apple可在有限时间内以加密形式持有阁下的信息，以确保其传送。阁下可前往阁下iOS装置上的FaceTime 通话或Messages设定项，关闭FaceTime 通话或 iMessage 信息。某些功能将如分析、定位服务、Siri和听写可能需要来自阁下的iOS装置的信息，才能提供其各自的功能。在阁下打开或使用这些功能时，有关哪些信息会发送给Apple以及可能如何使用这些信息的具体详情将会提供给阁下，此外阁下亦可访问 https://www.apple.com/cn/privacy/ 深入了解。在任何时候,阁下的信息均依照Apple的隐私政策处理,该政策可在 https://www.apple.com/legal/privacy/ 浏览。

5.    服务和第三方材料。
(a) iOS软件能使阁下访问Apple的iTunes Store、App Store、iBooks Store、游戏中心、iCloud、地图以及其他Apple和第三方服务及网址(统称及个别称为"服务")。这些服务未必以各种语言或在各个国家提供。使用这些服务需要接入互联网,而且使用某些服务可能要求Apple ID和要求阁下接受附加的条款，并且可能需支付额外费用。阁下就Apple ID或其他Apple服务使用本软件,即表示同意接受该服务的适用服务条款，例如阁下存取该等服务所在国家的Apple媒体服务最新的条款和条件。阁下可访问 https://www.apple.com/legal/internet-services/itunes/ww/ 查阅该等条款和条件。

(b) 如阁下登记使用iCloud，可直接从iOS软件存取iCloud某些功能，例如"iCloud 照片图库（iCloud Photo Library）"、"我的照片流（My Photo Stream）"、"iCloud 照片分享（iCloud Photo Sharing)"、"备份（Back Up)"和"寻找我的iPhone（Find My iPhone)"。阁下承认并同意，阁下使用iCloud和这些功能须接受iCloud服务的最新条款和条件。阁下可访问 https://www.apple.com/legal/internet-services/icloud/ww/ 查阅该等条款和条件。

(c) 新闻 App的内容。阁下通过新闻应用程序访问的内容仅限于个人非商业用途，内容的任何所有权利益不会因此而转让给阁下，并明确排除但不限于这些内容的任何商业或促销性使用权。此外，阁下通过新闻访问的任何图像，一律禁止作为独立文件重新发布、再传输和复制。

(d) 地图。iOS软件的地图服务和功能（"地图"）（包括地图数据覆盖），可能会因地区而异。当阁下使用地图内任何基于位置的功能，例如逐向导航、交通和本地搜索功能，与位置和使用相关的多项信息可能会被发送到Apple，包括阁下iOS装置的实时地理位置，以便处理阁下的请求和协助改善地图。Apple收集该等位置和使用数据的形式，不会将阁下本人识别出来。阁下使用地图，即表示同意和允许Apple及其附属公司和代理传输、收集、维护、处理和使用这些信息，以提供和改善地图的功能和服务，以及Apple其他产品和服务。Apple还可采取汇总或不会将个人识别出来两者中的任一形式，将此类信息提供给其合作伙伴和被许可人,以帮助改善他们的地图和基于位置的产品和服务。阁下可以禁用地图基于位置的功能，只需前往阁下iOS装置上的位置服务设置，并关闭地图的个别位置设置。然而，如阁下禁用位置服务的设置，即不可使用某些地图功能例如逐向导

航。

(e) iBooks；Podcasts。如阁下选择使用iBooks和Podcasts app的同步功能来在阁下的iOS装置和计算机之间同步阁下的书签、笔记、收藏和podcast订阅数据，阁下承认这些数据将被发送给Apple，并与阁下用于iBooks Store或iTunes Store的Apple ID结合存储，以将该等数据同步到被授权通过该Apple ID存取内容的阁下的其他装置和计算机。阁下可随时关闭同步功能，只需前往Settings并分别改变iBooks和Podcasts app的同步选项。

(f) 阁下明白,使用任何服务意味阁下或会遇到可能被视为冒犯性、猥亵或讨厌的内容,这些内容可能使用或不使用直白的语言,以及任何检索得到的结果或进入某特定网址(URL) 时,可能会自动和非故意地生成与不宜资料的链接或对不宜资料的提述。尽管如此,阁下同意使用服务并自担风险,对于可能被发现属冒犯性、猥亵或讨厌的内容,Apple、其关联公司、代理人、高层管理人员或许可方不对阁下承担任何责任。

(g) 某些服务可能显示、包括或提供来自第三方的内容、数据、信息、应用软件或材料("第三方材料")，或至某些第三方网站的链接。阁下一使用服务，即表示阁下承认并同意，Apple不负责检查或评估此等第三方材料或网站的内容、准确性、完整性、时间性、有效性、符合版权规定、合法性、适当性或质量，或任何其他方面。对任何第三方服务、第三方材料或网站，或者第三方的任何其它材料、产品或服务，Apple 及其管理人员、关联公司和子公司不作任何保证或认可，亦不对阁下或任何其他人或承担和负有任何责任或负责。第三方材料和至其它网站的链接仅为方便阁下而提供。

(h) Apple 及其任何内容提供商不保证任何服务显示的股票信息、位置数据或任何其他数据的可获得性、准确性、完整性、可靠性或及时性。任何服务显示的金融信息仅供一般参考之用，不应用作可供依赖之投资建议。在基于通过服务获得的信息进行任何证券交易之前，阁下应向在法律上有资格在阁下的国家或地区提供财务或证券建议的专业财务或证券人员咨询。任何服务提供的位置数据（包括Apple 地图服务）仅作为基本导航和计划用途而提供，其目的并非作为依赖以用于需要精确的位置信息的情况，或若位置数据错误、不准确、出现时间延误或不完整可能会导致人身伤亡或财产或环境损害的情况。阁下同意，由于例如但不仅限于天气、道路和交通情况以及地缘政治事件等足以影响地图数据准确性的种种因素，阁下从地图服务收到的结果可能与实际道路或地形情况有所不同。为了阁下的安全，使用导航功能时，任何时候都要注意展示的路牌和当时的道路情况，奉行安全驾驶习惯和遵照交通法规，并注意行走的方向可能不包括人行道或行人通道。

(i) 在阁下使用服务上传任何内容的范围内，阁下声明阁下拥有所有权利或得到授权或以其他方式获法律允许上传该等内容，以及该等内容不违反适用于服务的任何服务条款。阁下同意服务含有属Apple、网站所有人或其许可人拥有的专有内容、信息和材料,受适用的知识产权和其它法律保护,包括但不限于版权。阁下同意除服务的允许用途外,阁下不会使用此等专有内容、信息或材料,也不以任何与本许可证的条款不一致或侵犯第三方或Apple的任何知识产权的方式使用此等专有内容、信息或材料。服务的任何部分,均不得以任何形式或以任何方式复制。阁下同意不以任何方式修改、出租、租赁、借出、销售或分发服务,亦不以任何方式以服务为基础创作任何衍生作品，阁下不得以任何未获授权的方式(包括但不限于通过服务来传输任何电脑病毒、蠕虫、特洛伊木马或其它恶意软件，或者通过侵入网络或加重网络容量负担)利用服务。阁下进一步同意不以任何方式使用服务骚扰、辱骂、追踪、威胁或诽谤任何其他方,或以侵犯或违反任何人权利的方式使用服务,以及对于阁下的任何此等使用或由于使用服务致使阁下可能收到的任何骚扰性、威胁性、诽谤性、冒犯性、侵权或非法信息或传输,Apple不在任何方面对阁下承担任何责任。

(j) 此外,可通过iOS装置存取、链接或显示的服务和第三方材料,不会以所有语言或在所有国家或地

区提供。Apple不声明此等服务和第三方材料为适当的及可在任何特定地点提供。在阁下选择使用或存取此等服务和第三方材料的范围内,阁下是自主决定这样做的,并负责遵守任何适用而适用,包括但不限于适用的地方法律,以及隐私和数据收集法律。通过阁下的iOS装置共享或同步照片,可能会导致连同照片传输元数据,包括拍摄照片的地点和时间及景深信息。使用Apple服务(例如iCloud照片图库)共享或同步这些照片,将牵涉到Apple收取和存储该等元数据。Apple 及其许可人保留在不通知的情况下,随时更改、暂停、取消或禁止存取任何此等服务的权利。在任何情况下,Apple 均不对取消或禁止存取任何此等服务负有责任。Apple 还可在任何情况下,不通知和不承担责任地限制使用或存取某些服务。

6.    终止。 本许可证在其终止之前有效。如阁下未能遵守本许可证中的任何条款,本许可证下阁下的权利将自动终止或以其他方式终止生效,而无需Apple另行通知。在本许可证终止时,阁下应停止对iOS软件的任何使用行为。本许可证第4、5、6、7、8、9、12和13条在如此终止后继续有效。

7.    不作出担保。
7.1    如阁下是消费者客户(指在阁下的行业、业务或专业以外使用iOS软件的人),阁下在居住国可能享有法定权利,禁止以下限制适用于阁下。这些限制若被禁止即不适用于阁下。要进一步了解相关的权利,阁下应联系当地的消费者咨询组织。

7.2    阁下明确承认并同意,在适用法律允许的范围内,阁下使用iOS软件和通过iOS软件执行或取用任何服务须自担风险,而有关质量满意度、性能、准确性及努力等方面的全部风险均由阁下承担。

7.3    在适用法律允许的最大范围内,iOS软件和服务都是"按现状"和"可提供情况"提供的,附有一切瑕疵而不带有任何种类的保证,Apple和Apple的许可人(在第7和8条中合称为"Apple")特此否认就iOS软件和服务作出任何明示、默示或法定保证和条件,包括但不限于有关适销性、质量满意度、适合作某特定用途、准确性、不受干扰地享用及不侵害第三方权利的默示保证和/或条件。

7.4    Apple并不担保阁下可不受干扰地享用iOS软件和服务,iOS软件包含的功能或所执行或提供的服务会符合阁下的要求,iOS软件和服务将不受干扰地操作而且毫无错误、任何服务将持续提供、或iOS软件或服务的瑕疵将被纠正,或iOS软件将兼容或可与任何第三方软件、应用软件或第三方服务共同运作。安装本iOS软件可能影响第三方软件、应用程序或第三方服务以及Apple产品和服务的可获得性及可用性。

7.5    阁下进一步承认iOS软件和服务并非专为用于若iOS软件和服务出现故障或时间延误、或所提供的内容、数据或信息出现错误或不准确之处时,可能会导致人身伤亡或严重的有形或环境损害的情况或环境,包括但不限于操作核子设施、飞机导航或通信系统、空中交通管制系统、生命维持机器或武器系统。

7.6    Apple或Apple授权代表给予的口头或书面的信息或意见均不构成任何担保。如发现iOS软件或服务存有瑕疵,阁下须承担所有必要的维修、修理或纠正的全部费用。有些国家地区不允许排除默示担保或对消费者的适用法定权利加以限制的做法,因此上述排除和限制可能并不适用于阁下。

8.    责任限制。 在适用法律不禁止的范围内,在任何情况下,对由于阁下使用或无法使用iOS软件和服务、或连同iOS软件或服务使用任何第三方软件或应用软件所引起或与此有关的任何人身伤害或任何附带的、特别的、间接的或后果性的损害赔偿,包括但不限于利润损失、数据混乱或损失、不能传播或接收任何数据(包括但不限于课程说明、分派工作和材料)、业务中断的损害赔偿或任何其它商业损害赔偿或损失,无论其成因及基于何种责任理论(合同、侵权或其它),Apple、其关联公

司、代理人或高层管理人员一概无须负责,即使Apple已知悉可能发生上述损害赔偿的话。有些国家地区不允许对人身伤害,或附带或后果性损害赔偿排除或附加责任限制,因此此项限制可能并不适用于阁下。在任何情况下,Apple就所有损害赔偿对阁下承担的全部责任(除在涉及人身伤害的情况中根据适用法律规定的损害赔偿外)不应超过二百五十美元(U.S.$250.00)。即使前述救济失去其基本作用,上述责任限制仍将适用。

9.    数字证书。iOS软件具有接受Apple 或第三方发放之数字证书的功能。决定是否信赖 APPLE 或第三方发放的证书是阁下独自的责任,阁下须独自承担使用数字证书的风险。在适用法律允许的最大范围内,APPLE 对于数字证书的适销性或用于任何特定用途的适用性、准确性、安全性或不侵犯第三方权利,不作任何明示或默示的担保或陈述。

10.    出口控制。除美国法律及获得iOS软件的所在国家地区的法律授权外,阁下不得使用或以任何方式出口或转口iOS软件。特别是(但不以此为限)iOS软件不得出口或转口(a) 到任何遭美国禁运的国家,或(b) 给美国财政部的特别指定国民名单或美国商务部的被禁人士或机构名单或任何其他受限制方名单上任何人士。阁下使用iOS软件,即表示阁下声明和保证阁下并非位于上述任何国家,或列入上述任何名单。阁下并同意不会使用iOS软件于美国法律禁止使用的任何目的,包括但不限于开发、设计、制造或生产导弹、核子、化学或生物武器。

11.    政府最终用户。iOS软件和相关文档均属"商业项目",该词定义见48 C.F.R. §2.101,包含"商用计算机软件"和"商用计算机软件文档",定义见48 C.F.R. §12.212或48 C.F.R. §227.7202,以适用者为准。在符合48 C.F.R. §12.212或48 C.F.R. §227.7202–1至227.7202–4(以适用者为准)的规定下,商用计算机软件和商用计算机软件文档(a) 只作为商业项目许可美国政府的最终用户使用,及(b) 只附有根据本许可证条款和条件授予所有其它最终用户的权利。Apple根据美国的著作权法律保留任何未经发布的权利。

12.    管辖法律和可分割性。本许可证受美国加利福尼亚州法律管辖并按该等法律解释,但加利福尼亚州的法律冲突原则除外。本许可证不受《联合国国际货物销售合同公约》管辖,其对本许可证的适用在此明确排除。如阁下是英国消费者,本许可证将受对阁下居住国家地区具司法管辖权的法律管辖。如果基于任何原因,具有合法管辖权的法院裁定本许可证的任何条款或其任何部分不可被强制执行,本许可证的其余规定应继续充分有效。

13.    全部协议:管辖语言。本许可证构成阁下与Apple有关iOS软件的全部协议,并取代与该标的事项有关的以前或现在的所有谅解。未经Apple签署书面文件,对本许可证的任何修订或修改不具约束力。本许可证的任何译本仅仅为了满足当地需要。如果英文本与任何非英文译本有任何抵触之处,在阁下所在国家地区当地法律不禁止的范围内,应以本许可证的英文本为准。

14.    第三方确认。iOS软件的若干部分使用或包含第三方的软件及其他享有著作权的材料。这些材料的确认、许可证条款和免费声明包含在iOS软件的电子文档中,阁下对这些材料的使用受它们的相应条款的约束。使用Google Safe Browsing服务须遵守Google的服务条款( https://www.google.com/intl/zh–cn/policies/terms/)和Google的隐私政策( https://www.google.com/intl/zh–cn/policies/privacy/)。

15.    MPEG–4的使用:H.264/AVC通知。
(a) iOS软件是依据MPEG–4 系统专利组合许可证特许使用, 以按照MPEG–4 系统标准进行编码, 但与 (i) 以实质媒体贮存或复制且按照所有权基础逐项支付之数据、和 / 或 (ii) 按照所有权基础逐项支付并传送给最终用户以永久贮存和 / 或使用之数据编码有关、以及须就相关编码持有额外许可证和支付特许权使用费者除外。该额外许可证可通过MPEG LA, LLC. 取得, 请参阅 http://

www.mpegla.com 了解进一步细节。

(b) iOS软件包含MPEG–4视像编码和/或解码功能,iOS软件是依据MPEG–4视像专利组合许可证特许予消费者个人和非商业性使用,以(i) 按照MPEG–4视像标准进行视像编码("MPEG–4视像"),和/或(ii) 对从事个人和非商业活动的消费者所编码、和/或从获MPEG LA许可提供MPEG–4视像的视像提供者取得的MPEG–4视像进行译码。没有就任何其它用途发出许可证或默示作任何其它用途。与宣传推广、内部和商业性使用及许可证赋予有关的进一步数据,可通过MPEG LA, LLC取得。请参阅 http://www.mpegla.com。

(c) iOS软件包含AVC编码和/或解码功能,H.264/AVC的商业性使用需要额外的许可及以下规定适用:本许可证许可iOS软件的AVC功能仅供消费者的个人和非商业性使用,以(i) 按照AVC 标准("AVC视像")进行视像编码,和/或(ii) 对从事个人和非商业性活动的消费者所编码的AVC视像、和/或获取自特许提供AVC视像的视像提供者的AVC视像进行解码。与其他使用及许可证有关的资料,可通过MPEG LA L.L.C.取得。请参阅 http://www.mpegla.com。

16.　　雅虎搜寻服务限制。　通过Safari 浏览器提供的雅虎搜寻服务只被授权在以下国家和地区使用：阿根庭、阿鲁巴、澳大利亚、奥地利、巴巴多斯、比利时、百慕大、巴西、保加利亚、加拿大、开曼群岛、智利、中国、哥伦比亚、塞浦路斯、捷克共和国、丹麦、多米尼加共和国、厄瓜多尔、萨尔亚多、芬兰、法国、德国、希腊、格林纳达、危地马拉、香港、匈牙利、冰岛、印度、印度尼西亚、爱尔兰、意大利、牙买加、日本、拉脱维亚、立陶苑、卢森堡、马来西亚、马耳他、墨西哥、荷兰、新西兰、尼瓜拉瓜、挪威、巴拿马、秘鲁、菲律宾、波兰、葡萄牙、波多黎各、罗马尼亚、新加坡、斯洛伐克、斯洛文尼亚、南韩、西班牙、圣卢西亚、圣文孙特、瑞典、瑞士、台湾、泰国、巴哈马、特立尼达和多巴哥、土耳其、英国、乌拉圭、美国和委内瑞拉。

17.　　Microsoft Exchange通知。iOS软件内的Microsoft Exchange邮件设置,仅许可用于空中同步处理阁下的iOS与Microsoft Exchange服务器或Microsoft许可的其他服务器软件之间的信息,例如电子邮件、联系人、行事历和工作等,以实施Microsoft Exchange ActiveSync协定。

EA1520
2017年9月22日

―――――――――――
Apple Pay补充条款和条件

这些Apple Pay补充条款和条件（这些"补充条款"）补充了iOS软件许可协议（"许可证"）;许可证条款及这些补充条款同时规管阁下对被视为许可证下其中一项"服务"之Apple Pay功能的使用。这些补充条款中以大写字母表示的词汇，具有许可证内规定的含义。

1.　　概述和使用限制

Apple Pay可让阁下：

- 存储哪些获Apple Pay功能支持的信用卡、借记卡和预付卡（包括商店信用卡、借记卡、预付卡和Apple Pay Cash卡）（"获支持付款卡"）的信贷虚拟表示，并使用获支持的iOS装置在选定地点或在app或网站中进行非接触式支付;
- 使用在钱包内存放的奖励卡和礼物卡（简称"支持Apple Pay的卡"，与获支持付款卡统称"获支持卡"），以在选定商店进行作为使用Apple Pay进行非接触式支付一部分的非接触

式奖励卡和礼物卡交易；和

· 向Apple Pay其他用户进行个人对个人付款。

iOS软件的Apple Pay功能可能仅在选定地区提供，以及仅适用于选定发卡行、金融机构和商户。功能可能因地区、发卡行及商户而异。

要使用Apple Pay，阁下必须有一张获支持卡。获支持卡可能会不时有变。此外，阁下必须有一张Apple Pay Cash卡，方可进行个人对个人付款或收款。

获支持付款卡和个人对个人付款与阁下登入iCloud之Apple ID关联，以便使用这些功能。获支持卡仅提供给13岁或以上人士，并可能会受到iCloud或阁下尝试配置的获支持卡所额外施加的年龄限制。Apple Pay Cash卡和个人对个人付款和收款的能力，仅提供给18岁或以上人士。

Apple Pay仅供阁下个人使用，阁下只能配置自己的获支持卡。如阁下要配置获支持的公司卡，阁下声明阁下已得到阁下的雇主授权这样做，以及阁下获授权使阁下的雇主受到这些使用条款和通过使用此功能进行的所有交易的约束。如阁下正在进行个人对个人付款或收款，阁下声明阁下这样做是用于阁下自己个人的非商业用途。

阁下同意不使用Apple Pay于非法或欺诈的目的，或本许可证和这些补充条款禁止的任何其他目的。阁下进一步同意按照适用法律及法规使用Apple Pay。阁下同意不干扰或扰乱Apple Pay的服务（包括以任何自动方式存取服务）、或连接到服务的任何服务器或网络、或连接到服务的任何网络政策、规定或法规（包括任何对数据或数据流量未经授权的存取、使用或监测）。

2.    Apple与阁下的关系

Apple Pay能让阁下在阁下获支持的iOS装置上，创建阁下获支持卡的虚拟表示。然而，Apple不会处理付款或其他非付款卡交易（例如累积或兑换奖励）、收取、持有或转账阁下的资金，或对因阁下使用该功能而可能产生的付款、退货、退款、奖励、价值、折扣或其他商业活动具有任何其他控制权。

阁下与阁下的发卡机构之间可能存在的持卡人协议条款，将继续规限阁下对阁下的获支持卡的使用，以及它们与Apple Pay的相关使用。同样，阁下在任何商户奖励或礼物卡计划的参与以及阁下就Apple Pay对支持Apple Pay的卡之使用，均须遵守该商户的条款和条件规限。

Apple Pay Cash卡和个人对个人付款和收款的能力仅在美国提供，是联邦存款保险公司成员Green Dot Bank提供的服务。当阁下在Apple Pay中启动这些功能时，阁下即在Green Dot Bank开立账户，而当阁下进行个人对个人付款或收款、或从阁下的Apple Pay Cash卡加载或提取金钱时，Green Dot Bank将负责收取和将阁下的金钱发送给预期的收款人。在Apple Pay中负责提供Apple Pay Cash和个人对个人付款的金融机构可能有变，阁下使用该等功能须遵守其条款和条件。

许可证或这些补充条款并无任何规定修改任何持卡人、用户或商户协议条款，该等条款将规限阁下对适用的获支持卡的使用或Apple Pay的个人对个人付款功能，以及它们在阁下的iOS装置上的虚拟表示。阁下同意Apple并非阁下的持卡人或商户协议其中一方，而Apple亦无须就以下事项负责：(a)于使用Apple Pay功能期间，任何付款卡、奖励卡、礼物卡、商业活动、交易或购买之内容、准确性或无法获得；(b)信贷的发放或对信贷资格的评估；(c)个别商户计划下的奖励或储值之累积或兑换；(d)预付卡资金的提供或重新加载；(e)个人对个人付款或收款；或(f)从阁下的Apple Pay Cash卡加载、兑换或提取款项。

有关付款卡、奖励卡、礼物卡或相关商业活动的所有纠纷或问题，请联系阁下的发卡行或适用的商户。有关Apple Pay Cash卡或个人对个人付款的问题，请联系Apple支持。

3.　　隐私

Apple Pay需要从阁下的iOS装置获取一些信息，以便提供全面的体验。此外，当阁下使用Apple Pay Cash卡或进行个人对个人付款或收款时，基于为阁下的帐户提供服务和防止欺诈及监管目的，有关阁下交易的附加信息会被收集和保留。通过阅读关于Apple Pay和隐私（阁下可在iOS装置上的钱包与Apple Pay或配对的iOS装置上的Watch app内查阅）或访问 https://www.apple.com/cn/privacy/，阁下可以找到关于作为阁下使用Apple Pay、Apple Pay Cash卡或以Apple Pay进行个人对个人付款一部分而收集、使用或共享的数据之详细信息。阁下使用这些功能，即表示同意和允许Apple及其附属公司和代理人传输、收集、维护、处理和使用所有上述信息，以提供Apple Pay功能。

4.　　安全性; 遗失或禁用装置

Apple Pay会存储阁下的获支持卡之虚拟表示，因此应予以保护，就如同阁下会保护现金或阁下的实体信用卡、借记卡、预付卡、奖励卡或礼物卡一样。如阁下向第三方提供装置的密码或允许第三方添加其指纹以使用触控 ID或启动Face ID，他们即可在阁下的装置上使用Apple Pay付款、进行、要求或收取个人对个人付款、从阁下的Apple Pay Cash卡提取款项、或获取或兑换奖励或信贷。阁下须自行负责维护阁下的装置以及阁下的密码之安全性。阁下同意，如阁下遗失或与他人共享对阁下装置的存取，Apple不负任何责任。阁下同意，如阁下对iOS作出未经授权的修改（例如以"越狱"方式），Apple不负任何责任。

阁下或需启动额外的安全性措施（例如对阁下的Apple ID实施双因素身份认证）方可访问Apple Pay的特定功能，包括Apple Pay Cash卡和在Apple Pay中进行个人对个人付款。如阁下其后删除该等安全性功能，阁下未必能继续访问Apple Pay的特定功能。

如阁下的装置丢失或被盗，而阁下已启动寻找我的iPhone（Find My iPhone）的话，阁下可使用寻找我的iPhone功能将其置于Lost Mode，尝试暂停在该装置上以虚拟获支持付款卡付款或进行个人对个人付款的能力。阁下也可以擦除阁下的装置，此举将尝试暂停在装置上以虚拟获支持付款卡付款或进行个人对个人付款的能力，并且会尝试移除支持Apple Pay的卡，阁下亦应联系发行阁下获支持付款卡之发卡机构、发行阁下支持Apple Pay的卡之商户及Apple（如属阁下的Apple Pay Cash卡之情况），以防止他人未经授权存取阁下的获支持卡。

如阁下报告或Apple怀疑有欺诈或诈骗活动，阁下同意在任何调查中与Apple合作，并使用我们规定的任何防欺诈措施。

5.　　责任限制

除许可证载明的不作出担保和责任限制外，APPLE亦不对使用APPLE PAY功能进行的购买、支付、交易、或其他商业活动承担任何责任。阁下并同意在寻求解决与阁下的获支持卡、个人对个人付款和相关商业活动有关的任何问题或争议时，只检视阁下与发卡机构、支付网络、金融机构或商户之间可能订立的协议。

_____

来自APPLE的通知

如果Apple需要就阁下的产品或帐户联系阁下,阁下同意通过电子邮件接收这些通知。阁下同意我们发送给阁下的任何这些通知,将符合任何法定通信要求。

**NEDERLANDS**

**BELANGRIJK: DOOR JE iPHONE, iPAD of iPOD TOUCH ("iOS-APPARAAT") IN GEBRUIK TE NEMEN, VERKLAAR JE JE AKKOORD MET DE VOLGENDE VOORWAARDEN:**

**A.   SOFTWARELICENTIEOVEREENKOMST VOOR APPLE iOS**
**B.   AANVULLENDE VOORWAARDEN VOOR APPLE PAY**
**C.   MEDEDELINGEN VAN APPLE**

**APPLE INC.**
**SOFTWARELICENTIEOVEREENKOMST VOOR APPLE iOS**
**Licentie voor gebruik op één computer**

**LEES DEZE SOFTWARELICENTIEOVEREENKOMST ("LICENTIE") AANDACHTIG DOOR VOORDAT JE JE iOS-APPARAAT GEBRUIKT OF DE SOFTWARE-UPDATE DOWNLOADT DIE BIJ DEZE LICENTIE HOORT. DOOR JE iOS-APPARAAT IN GEBRUIK TE NEMEN OF EEN SOFTWARE-UPDATE TE DOWNLOADEN, AFHANKELIJK VAN WAT ER VAN TOEPASSING IS, VERKLAAR JE JE AKKOORD MET DE VOORWAARDEN VAN DEZE LICENTIE. INDIEN JE HET NIET EENS BENT MET DE VOORWAARDEN VAN DEZE LICENTIE, DIEN JE HET iOS-APPARAAT NIET TE GEBRUIKEN OF DEZE SOFTWARE-UPDATE NIET TE DOWNLOADEN.**

**INDIEN JE ONLANGS EEN iOS-APPARAAT HEBT AANGESCHAFT EN HET NIET EENS BENT MET DE VOORWAARDEN VAN DEZE LICENTIE, KUN JE HET iOS-APPARAAT BINNEN DE DAARVOOR GELDENDE TERMIJN RETOURNEREN AAN DE APPLE STORE OF GEAUTORISEERDE DISTRIBUTEUR WAAR JE HET APPARAAT HEBT AANGESCHAFT, WAARBIJ JE ONDERWORPEN BENT AAN DE VOORWAARDEN VOOR RETOURNERING. JE VINDT DEZE VOORWAARDEN OP https://www.apple.com/legal/sales_policies/.**

**1. Algemeen.**
(a) De software (inclusief de Boot ROM-code, ingebedde software en software van andere fabrikanten), de documentatie, de interfaces, het materiaal, de lettertypen en de gegevens bij je iOS-apparaat ("Originele iOS-software"), die kunnen worden bijgewerkt of vervangen door verbeterde functionaliteit, software-updates of systeemherstelsoftware van Apple ("iOS-software-updates"), hetzij in "read only"-geheugen, hetzij op enig ander medium of in enige andere vorm (de Originele iOS-software en iOS-software-updates worden gezamenlijk de "iOS-software" genoemd), worden aan jou in licentie gegeven, niet verkocht, door Apple Inc. ("Apple"), uitsluitend voor gebruik onder de voorwaarden van deze licentie. Apple en licentiegevers van Apple behouden het eigendomsrecht met betrekking tot de iOS-software en behouden zich alle rechten voor die niet uitdrukkelijk aan jou zijn toegekend. Je stemt ermee in dat de voorwaarden van deze licentie van toepassing zijn op elke app van Apple die mogelijk is ingebouwd op je iOS-apparaat, tenzij een dergelijke app een afzonderlijke licentie bevat, in welk geval je ermee instemt dat de voorwaarden van deze afzonderlijke licentie van toepassing zijn op je gebruik van de app.

(b) Naar eigen goeddunken levert Apple in de toekomst mogelijk iOS-software-updates. De iOS-software-updates bevatten mogelijk niet alle functies van de bestaande softwareversie, of mogelijk niet de nieuwe functies die Apple voor de nieuwere of andere modellen van iOS-apparaten uitbrengt. De voorwaarden van deze licentie gelden tevens voor alle iOS-software-updates van Apple, tenzij de betreffende iOS-software-update een afzonderlijke licentie bevat, in welk geval je ermee instemt dat de voorwaarden van deze afzonderlijke licentie van toepassing zijn.

(c) Als je de voorziening voor versnelde configuratie gebruikt om een nieuw iOS-apparaat op basis van je bestaande iOS-apparaat te configureren, ga je ermee akkoord dat de voorwaarden van deze licentie van

toepassing zijn op je gebruik van de iOS-software op je nieuwe iOS-apparaat, tenzij deze software een afzonderlijke licentie bevat, in welk geval je ermee instemt dat de voorwaarden van deze afzonderlijke licentie van toepassing zijn op je gebruik van die iOS-software.

**2. Toegestaan gebruik en beperkingen.**
(a) Krachtens de voorwaarden van deze licentie wordt je hierbij een beperkte, niet-exclusieve licentie verleend om de iOS-software op één enkel iOS-apparaat van Apple te gebruiken. Tenzij uitdrukkelijk toegestaan in paragraaf 2(b) hieronder, en tenzij overeengekomen in een afzonderlijke overeenkomst tussen jou en Apple, is het je niet toegestaan de iOS-software op meer dan één iOS-apparaat van het merk Apple tegelijk te installeren en/of te gebruiken of de iOS-software te distribueren of beschikbaar te stellen via een netwerk zodat deze op meerdere apparaten kan worden gebruikt. Deze licentie kent je op geen enkele manier het recht toe op het gebruik van de interfaces van Apple en ander intellectueel eigendom voor het ontwerp, de ontwikkeling, fabricage, licentiëring of verspreiding van apparatuur en accessoires van derden, of softwaretoepassingen van derden, voor gebruik met iOS-apparaten. Enkele van deze rechten zijn beschikbaar onder afzonderlijke licenties van Apple. Voor meer informatie over de ontwikkeling van apparatuur en accessoires van derden voor iOS-apparaten ga je naar https://developer.apple.com/programs/mfi/. Voor meer informatie over de ontwikkeling van softwaretoepassingen voor iOS-apparaten ga je naar https://developer.apple.com.

(b) Krachtens de voorwaarden van deze licentie wordt je hierbij een beperkte, niet-exclusieve licentie verleend om iOS-software-updates die Apple eventueel beschikbaar stelt voor je iOS-apparaat te downloaden voor het bijwerken of herstellen van de software op elk iOS-apparaat dat in je eigendom of beheer is. Het is je niet toegestaan iOS-apparaten die niet in je eigendom of beheer zijn, bij te werken of te herstellen, of de iOS-software-updates te distribueren of beschikbaar te stellen via een netwerk zodat deze op meerdere apparaten of computers tegelijk kunnen worden gebruikt. Als je een iOS-software-update downloadt op je computer, is het je toegestaan één kopie te maken van de iOS-software-updates die zijn opgeslagen op je computer in een voor machine leesbare vorm, uitsluitend voor back-updoeleinden, op voorwaarde dat je op deze kopie de volledige auteursrechtvermelding en alle andere mededelingen betreffende het eigendomsrecht welke op het origineel zijn vermeld, overneemt.

(c) Voor zover Apple apps van Apple uit de App Store vooraf heeft geïnstalleerd op je iOS-apparaat op het moment van aanschaf ("Vooraf geïnstalleerde apps"), dien je in te loggen bij de App Store en deze vooraf geïnstalleerde apps te koppelen aan je App Store-account om deze te kunnen gebruiken op je iOS-apparaat. Wanneer je een Vooraf geïnstalleerde app koppelt aan je App Store-account, koppel je tevens automatisch alle overige Vooraf geïnstalleerde apps op je iOS-apparaat. Als je ervoor kiest om de Vooraf geïnstalleerde apps te koppelen aan je App Store-account, stem je ermee in dat Apple zowel de Apple ID die is gebruikt voor je App Store-account alsmede een unieke hardware-identificatie die is opgevraagd bij je iOS-apparaat, mag overdragen, verzamelen, beheren, verwerken en gebruiken als unieke account-ID's om te bepalen of je verzoek rechtmatig is en om je toegang te verlenen tot de Vooraf geïnstalleerde apps via de App Store. Indien je geen gebruik wilt maken van een Vooraf geïnstalleerde app, kun je deze op elk gewenst moment verwijderen van je iOS-apparaat.

(d) Je bent ermee bekend en stemt ermee in dat het je niet is toegestaan en dat je anderen niet in staat zult stellen om de iOS-software, of enige dienst die door de iOS-software wordt geboden of enig deel daarvan te kopiëren (behalve in zoverre dit expliciet is toegestaan onder deze licentie), te decompileren, van ontwerp te herleiden, te ontmantelen, te wijzigen of te decoderen of aan te passen, om te trachten de broncode te herleiden van of afgeleide werken te creëren op basis van de genoemde software, diensten of delen daarvan (behalve indien en in zoverre als enige van bovenstaande beperkingen is verboden op grond van de toepasselijke wetgeving of door licentievoorwaarden met betrekking tot het gebruik van de Open Source-componenten die mogelijk in de iOS-software zijn opgenomen).

(e) Het is toegestaan de iOS-software te gebruiken voor de reproductie van materiaal mits zulk gebruik

wordt beperkt tot de reproductie van materiaal waarop geen auteursrechten berusten, materiaal waarvoor je het auteursrecht bezit, of materiaal waarvoor je beschikt over toestemming of het wettelijke recht om dit te reproduceren. De intellectueeleigendomsrechten en andere eigendomsrechten op materiaal dat wordt weergegeven of bewaard op of benaderd via je iOS-apparaat berusten bij de betreffende eigenaar. Dergelijk materiaal wordt mogelijk beschermd door auteursrechtwetgeving of andere wettelijke bepalingen en verdragen met betrekking tot intellectueeleigendomsrechten en is mogelijk onderworpen aan de gebruiksvoorwaarden van de partij die het materiaal levert. Tenzij hier anderszins vermeld, verleent deze licentie je geen enkel recht op het gebruik van dergelijk materiaal. Noch wordt gegarandeerd dat dergelijk materiaal tot je beschikking zal blijven.

(f) Je verklaart dat je bij het gebruik van de iOS-software en de Diensten (zoals gedefinieerd in paragraaf 5 hieronder) de toepasselijke wetgeving zult naleven, met inbegrip van de wetgeving van het land of de regio waar je woonachtig bent of waar je de iOS-software en Diensten downloadt of gebruikt. Functies van de iOS-software en de Diensten zijn mogelijk niet in alle talen of regio's beschikbaar. Sommige functies kunnen per regio variëren en sommige functies zijn mogelijk slechts beperkt toegankelijk of niet beschikbaar bij jouw aanbieder. Voor sommige functies van de iOS-software en de Diensten is een Wi-Fi-verbinding of een verbinding met een mobiel netwerk vereist.

(g) Voor het gebruik van de App Store is een unieke combinatie van gebruikersnaam en wachtwoord vereist, ook wel Apple ID genoemd. Een Apple ID is ook vereist om te kunnen beschikken over app-updates en bepaalde functies van de iOS-software en bepaalde Diensten.

(h) Je erkent dat door veel functies, ingebouwde apps en Diensten van de iOS-software data worden verzonden, hetgeen van invloed kan zijn op de kosten van je data-abonnement, en dat je verantwoordelijk bent voor deze eventuele kosten. Je kunt controleren en bepalen welke apps gebruik mogen maken van mobiele data; bij de instellingen voor mobiele data kun je zien hoeveel data deze apps naar schatting hebben verbruikt. Raadpleeg de gebruikershandleiding bij je iOS-apparaat voor meer informatie.

(i) Als je hebt aangegeven dat apps automatisch mogen worden bijgewerkt, controleert je iOS-apparaat op gezette tijden bij Apple of er updates beschikbaar zijn voor apps op je apparaat. Als er een update beschikbaar is, wordt deze automatisch op je apparaat gedownload en geïnstalleerd. Je kunt het automatisch bijwerken van apps op elk gewenst moment uitschakelen. Ga hiervoor naar Instellingen, tik op 'iTunes en App Store' en schakel onder 'Automatische downloads' de optie 'Updates' uit.

(j) In bepaalde omstandigheden kan het gebruik van je iOS-apparaat je aandacht afleiden, waardoor gevaarlijke situaties kunnen ontstaan (bijvoorbeeld wanneer je tijdens het autorijden een sms-bericht typt of tijdens het fietsen een koptelefoon draagt). Door je iOS-apparaat in gebruik te nemen, stem je ermee in dat je verantwoordelijk bent voor het in acht nemen van regels die het gebruik van een mobiele telefoon of een koptelefoon verbieden of beperken (bijvoorbeeld de vereiste om handsfree-opties te gebruiken als je tijdens het autorijden wilt bellen).

**3. Overdracht.** Het is je niet toegestaan de iOS-software te (doen) verhuren, te (doen) leasen, in gebruik te (doen) geven, te verkopen, te herdistribueren of in sublicentie te geven. Het is je echter toegestaan eenmalig al je rechten met betrekking tot de iOS-software ingevolge deze licentie blijvend over te dragen aan een derde in verband met overdracht van eigendom van je iOS-apparaat, op voorwaarde dat (a) de overdracht betrekking heeft op je iOS-apparaat en de gehele iOS-software, inclusief alle onderdelen en deze licentie; (b) je noch volledige noch gedeeltelijke kopieën van de iOS-software, inclusief kopieën die zijn opgeslagen op een computer of opslagapparaat, behoudt en (c) de derde die de iOS-software ontvangt, de voorwaarden van deze licentie leest en zich ermee akkoord verklaart.

**4. Toestemming tot gebruik gegevens.** Wanneer je je apparaat in gebruik neemt, worden je

telefoonnummer en bepaalde unieke identificatie-informatie voor je iOS-apparaat naar Apple verstuurd. Dit stelt anderen in staat je op je telefoonnummer te bereiken via de verschillende communicatiefuncties van de iOS-software, zoals iMessage en FaceTime. Wanneer je gebruikmaakt van iMessage, bewaart Apple mogelijk tijdelijk je berichten in gecodeerde vorm om ervoor te zorgen dat deze worden afgeleverd. Je kunt FaceTime of iMessage uitschakelen door naar de instelling 'FaceTime' of 'Berichten' op je iOS-apparaat te gaan. Voor bepaalde voorzieningen (zoals Analyse, locatievoorzieningen, Siri en de dicteerfunctie) is mogelijk ook informatie van je iOS-apparaat vereist voor het uitvoeren van hun respectievelijke functies. Wanneer je deze voorzieningen inschakelt of gebruikt, wordt er gespecificeerd welke informatie er naar Apple wordt verstuurd en hoe deze informatie mogelijk wordt gebruikt. Meer informatie hierover vind je op https://www.apple.com/nl/privacy/. Apple beschermt je gegevens te allen tijde in overeenstemming met de richtlijnen van het privacybeleid van Apple. Je vindt deze richtlijnen op https://www.apple.com/legal/privacy/.

**5. Diensten en Materialen van derden.**
(a) De iOS-software geeft toegang tot de iTunes Store, App Store, iBooks Store, Game Center, iCloud en Kaarten van Apple en andere voorzieningen en websites van Apple en derden (collectief en individueel, "Diensten"). Dergelijke Diensten zijn mogelijk niet beschikbaar in alle talen of in alle landen. Voor het gebruik van deze Diensten, waaraan mogelijk extra kosten zijn verbonden, dien je te beschikken over toegang tot het internet. Daarnaast dien je mogelijk te beschikken over een Apple ID en/of extra voorwaarden te accepteren. Door gebruik te maken van deze software in combinatie met een Apple ID of een andere Apple Dienst, stem je in met de toepasselijke voorwaarden voor die Dienst, zoals de meest recente voorwaarden voor Apple mediadiensten voor het land waarin je toegang verkrijgt tot deze Diensten. Deze voorwaarden kun je bekijken op https://www.apple.com/legal/internet-services/itunes/ ww/.

(b) Indien je je aanmeldt voor iCloud, kun je bepaalde iCloud-voorzieningen zoals iCloud-fotobibliotheek, Mijn fotostream, iCloud-fotodeling, Reservekopie en Zoek mijn iPhone rechtstreeks vanuit de iOS-software gebruiken. Je erkent en accepteert dat je gebruik van iCloud en van deze voorzieningen onderworpen is aan de meest recente voorwaarden van de iCloud-voorziening. Deze voorwaarden kun je bekijken op https://www.apple.com/legal/internet-services/icloud/ww/.

(c) Materiaal in de News-app. Je gebruik van materiaal dat via de News-app toegankelijk is, is uitsluitend bestemd voor persoonlijke, niet-commerciële doeleinden en geeft je geen enkel eigendomsbelang in het materiaal. Enige commerciële of promotionele gebruiksrechten op dergelijk materiaal worden specifiek en zonder enige beperking uitgesloten. Het is je bovendien niet toegestaan om afbeeldingen waartoe je via News toegang hebt, als afzonderlijke bestanden te herpubliceren, over te dragen of te reproduceren.

(d) Kaarten. De diensten en voorzieningen van kaarten in de iOS-software ("Kaarten"), waaronder de beschikbare kaartgegevens, kunnen per regio variëren. Als je gebruikmaakt van een locatiespecifieke functie van Kaarten, zoals stapsgewijze navigatie, verkeersinformatie en zoeken op locaties in de buurt, worden locatiegegevens en je gebruiksgegevens mogelijk aan Apple verstuurd, inclusief de fysieke geografische locatie van je iOS-apparaat, om je verzoek te verwerken en de Kaarten-voorziening te verbeteren. De locatie- en gebruikersgegevens worden op een zodanige wijze door Apple verzameld dat het niet mogelijk is om je op basis van deze gegevens persoonlijk te identificeren. **Wanneer je gebruikmaakt van Kaarten, stem je ermee in dat Apple en dochterondernemingen en vertegenwoordigers van Apple deze informatie verzenden, verzamelen, beheren, verwerken en gebruiken om de Kaarten-voorziening en andere Apple producten en diensten te leveren en te verbeteren.** Daarnaast heeft Apple het recht dergelijke informatie in hetzij gebundelde of niet tot personen herleidbare vorm aan partners en licentiehouders van Apple door te geven ter verbetering van hun kaart- en locatiespecifieke producten en diensten. Je kunt de locatiespecifieke functionaliteit van Kaarten uitschakelen door naar de instelling voor locatievoorzieningen op je iOS-apparaat te gaan en deze instelling alleen voor Kaarten uit te schakelen. Bepaalde voorzieningen in Kaarten, zoals

stapsgewijze navigatie, zijn echter niet beschikbaar als je locatievoorzieningen voor Kaarten hebt uitgeschakeld.

(e) iBooks; Podcasts. Als je de synchronisatiefunctie gebruikt van de apps iBooks en Podcasts voor het synchroniseren van bladwijzers, notities, collecties en podcastabonnementsgegevens op al je iOS-apparaten en computers, stem je ermee in dat deze gegevens naar Apple worden verstuurd en worden bewaard in combinatie met de Apple ID die je gebruikt voor de iBooks Store of iTunes Store. Dit maakt het mogelijk om deze gegevens te kunnen synchroniseren met je andere apparaten en computers waarmee toegang tot materiaal kan worden verkregen via dezelfde Apple ID. Je kunt de synchronisatiefunctie op elk gewenst moment uitschakelen door naar Instellingen te gaan en de synchronisatieopties te wijzigen voor de apps iBooks en Podcasts.

(f) Je begrijpt en erkent dat je tijdens het gebruik van de Diensten kunt worden geconfronteerd met materiaal dat mogelijk kan worden opgevat als onbetamelijk, kwetsend of aanstootgevend dan wel met taalgebruik dat kan worden omschreven als expliciet, en dat bepaalde zoekacties of het invoeren van een bepaalde URL automatisch en onopzettelijk koppelingen of verwijzingen naar aanstootgevend materiaal kunnen opleveren. Je zegt niettemin toe de Diensten op eigen risico te gebruiken en Apple, aan Apple gelieerde ondernemingen en vertegenwoordigers, opdrachtgevers en licentiegevers van Apple te zullen vrijwaren van elke aansprakelijkheid ten opzichte van jou voor enig materiaal dat mogelijk kan worden opgevat als onbetamelijk, kwetsend of aanstootgevend.

(g) Bepaalde Diensten tonen of omvatten mogelijk inhoud, gegevens, informatie, toepassingen of ander materiaal van derden ("Materiaal van derden") of maken het eerder genoemde mogelijk beschikbaar, of bevatten mogelijk koppelingen naar bepaalde websites van derden. Door de Diensten te gebruiken, erkent en accepteer je dat het niet tot de taak van Apple kan worden gerekend om de inhoud, de juistheid, de volledigheid, de tijdigheid, de geldigheid, de naleving van het auteursrecht, de wettigheid, de fatsoenlijkheid of de kwaliteit van enig ander aspect van dergelijk Materiaal van derden of dergelijke websites van derden te inspecteren en te evalueren. Apple en zijn medewerkers, aan Apple gelieerde ondernemingen of dochterondernemingen kunnen niet worden geacht de inhoud van enige Dienst, enig Materiaal of enige website van derden of van welk ander materiaal of product of welke andere dienst van derden ook te onderschrijven, en verstrekt jou of enige andere persoon geen enkele garantie en accepteert geen enkele aansprakelijkheid of verantwoordelijkheid ten aanzien van dergelijk materiaal en dergelijke producten of diensten. Materiaal van derden en koppelingen naar andere websites worden uitsluitend ter beschikking gesteld voor jouw gemak.

(h) Noch Apple noch enige van haar leveranciers van materiaal kan of wil enige garantie afgeven betreffende de beschikbaarheid, nauwkeurigheid, volledigheid, betrouwbaarheid of tijdigheid van beursgegevens, locatiegegevens of enige andere gegevens die door enigerlei Diensten worden weergegeven. De financiële informatie die door enigerlei Diensten wordt weergegeven, is slechts bedoeld voor algemene informatieve doeleinden. Deze informatie kan niet worden geacht te dienen als investeringsadvies. Voordat je op basis van informatie die je via de Diensten hebt verkregen aandelentransacties gaat uitvoeren, raadt Apple je aan om een financieel deskundige of beleggingsexpert te raadplegen die wettelijk bevoegd is om beleggingsadvies te geven. Locatiegegevens die door Diensten worden verstrekt, inclusief de Kaarten-voorziening van Apple, worden uitsluitend geleverd voor primaire navigatiedoeleinden en planningsdoeleinden en zijn niet bedoeld om te worden gebruikt in situaties waarin exacte locatiegegevens zijn vereist, of waarin foutieve, onnauwkeurige, vertraagd vrijgegeven of onvolledige locatiegegevens kunnen leiden tot de dood, persoonlijk letsel of schade aan zaken of het milieu. Je aanvaardt dat de gegevens die de Kaarten-voorziening verstrekt mogelijk afwijken van de feitelijke situatie als gevolg van factoren die de nauwkeurigheid van Kaarten nadelig kunnen beïnvloeden, met inbegrip van maar niet beperkt tot weersomstandigheden, weg- en verkeersomstandigheden en lokale politieke omstandigheden. Als je gebruikmaakt van de navigatiefunctie, moet je altijd blijven letten op verkeersborden en de huidige

situatie op de weg. Je bent zelf verantwoordelijk voor je veiligheid en voor naleving van de verkeersregels. De navigatieaanwijzingen voor een looproute gaan mogelijk niet altijd over een stoep of voetpad.

(i) Indien je materiaal via deze Diensten uploadt, verklaar je dat je over alle rechten beschikt in het materiaal of dat je geautoriseerd bent of anderszins over het wettelijke recht beschikt om het materiaal te uploaden, en dat het materiaal de servicevoorwaarden die van toepassing zijn op de Diensten op geen enkele manier schendt. Je stemt ermee in dat de Diensten inhoud, informatie en materiaal bevatten dat eigendom is van Apple, de eigenaar van de website en van hun licentiegevers en onder de bescherming valt van de toepasselijke eigendomsrechtelijke bepalingen en andere wetten, met inbegrip van maar niet beperkt tot het auteursrecht. Je stemt ermee in dat de diensten inhoud, informatie en materiaal bevatten dat eigendom is van Apple en/of licentiegevers en onder de bescherming valt van de toepasselijke eigendomsrechtelijke bepalingen en andere wetten, met inbegrip van maar niet beperkt tot het auteursrecht. Je stemt ermee in dat je dergelijke inhoud of informatie of dergelijk materiaal uitsluitend zult gebruiken in overeenstemming met het toegestane gebruik van genoemde diensten, uitsluitend op een manier die verenigbaar is met de voorwaarden van deze licentie en waarbij de intellectueeleigendomsrechten van andere fabrikanten of Apple niet worden geschonden. Geen enkel onderdeel van de Diensten mag worden gereproduceerd, in welke vorm of op welke wijze dan ook. Je stemt erin toe de Diensten niet te wijzigen, te verhuren, te leasen, in gebruik te geven, te verkopen of te distribueren of enige afgeleide werken te creëren op basis van de Diensten, op welke wijze dan ook, en je zult de Diensten niet aanwenden op enige niet-geautoriseerde wijze, met inbegrip van, maar niet beperkt tot, het gebruik van de Diensten voor de verspreiding van computervirussen, wormen, Trojaanse paarden of andere malware, overtreding van wet- en regelgeving of het overbelasten van netwerkcapaciteit. Je stemt er bovendien in toe dat je de Diensten niet op enigerlei wijze zult gebruiken om anderen lastig te vallen, te beledigen, hinderlijk te volgen, te bedreigen of in diskrediet te brengen of de Diensten op enige andere wijze zult gebruiken die inbreuk maakt op de rechten van enige andere partij of dergelijke rechten op enigerlei wijze schendt, en dat Apple op geen enkele wijze verantwoordelijk is voor dergelijk gebruik door jou, en ook niet verantwoordelijk is voor enige kwellende, bedreigende, lasterlijke, beledigende, inbreuk makende of onwettige boodschap of overdraging die je ontvangt als gevolg van het gebruik van enige Dienst.

(j) Bovendien zijn Diensten en Materiaal van derden waartoe toegang kan worden verkregen, die kunnen worden weergegeven of waarnaar koppelingen beschikbaar zijn op het iOS-apparaat niet beschikbaar in alle talen of in alle landen of regio's. Apple doet geen toezeggingen dat dergelijke Diensten of dergelijk Materiaal van derden geschikt of beschikbaar is voor gebruik op een bepaalde locatie. Voor zover je ervoor kiest om gebruik te maken van dergelijke Diensten en dergelijk Materiaal van derden, doe je dit op eigen initiatief en ben je zelf verantwoordelijk voor naleving van elke toepasselijke wet, met inbegrip van maar niet beperkt tot de toepasselijke lokale wetgeving en de wet- en regelgeving inzake privacy en het verzamelen van gegevens. Bij het delen of synchroniseren van foto's via je iOS-apparaat worden mogelijk metagegevens, waaronder diepte-informatie en informatie over waar en wanneer de foto is genomen, met de foto's meegestuurd. Het gebruik van Apple Diensten (zoals iCloud-fotobibliotheek) voor het delen of synchroniseren van dergelijke foto's houdt in dat Apple dergelijke metagegevens ontvangt en bewaart. Apple en zijn licentiegevers behouden zich het recht voor om de toegang tot enige Dienst op elk moment zonder voorafgaande aankondiging te wijzigen, op te schorten, te verwijderen of onmogelijk te maken. Onder geen enkele omstandigheid kan Apple aansprakelijk worden gesteld voor het verwijderen of onmogelijk maken van de toegang tot een of meer van de Diensten. Apple is bovendien gerechtigd om beperkingen op te leggen aan het gebruik van of de toegang tot bepaalde Diensten, in alle gevallen waarin Apple dat nodig acht, zonder voorafgaande kennisgeving en zonder enige aansprakelijkheid.

**6. Beëindiging.** Deze licentie is van kracht totdat deze wordt beëindigd. Je rechten ingevolge deze licentie vervallen automatisch of zijn anderszins niet meer van kracht, zonder aankondiging van Apple,

als je niet voldoet aan een of meer van de voorwaarden van deze licentie. Nadat de geldigheid van deze licentie is verlopen, dien je elk gebruik van de iOS-software te staken. De paragrafen 4, 5, 6, 7, 8, 9, 12 en 13 van deze licentieovereenkomst zullen na een dergelijke beëindiging van kracht blijven.

**7. Geen garantie.**

7.1    Consumenten (klanten die de iOS-software niet bedrijfs- of beroepsmatig gebruiken) hebben mogelijk wettelijke rechten in het land waar zij gevestigd zijn op basis waarvan de volgende beperkingen niet mogen worden opgelegd. In dat geval zijn deze beperkingen niet van toepassing. Voor meer informatie over deze rechten kun je contact opnemen met de consumentenbond.

7.2    JE ERKENT EN AANVAARDT UITDRUKKELIJK DAT, IN ZOVERRE DAT IS TOEGESTAAN OP GROND VAN DE TOEPASSELIJKE WETGEVING, GEBRUIK VAN DE iOS-SOFTWARE EN ALLE DIENSTEN DIE DOOR OF VIA DE iOS-SOFTWARE WORDEN GELEVERD OF WAARTOE JE VIA DE iOS-SOFTWARE TOEGANG HEBT, UITSLUITEND VOOR JE EIGEN RISICO IS EN DAT HET VOLLEDIGE RISICO VOOR VOLDOENDE KWALITEIT, PRESTATIES, NAUWKEURIGHEID EN WERKING BIJ JOU LIGT.

7.3    VOOR ZOVER ALS IS TOEGESTAAN DOOR DE TOEPASSELIJKE WETGEVING, WORDEN DE iOS-SOFTWARE EN -DIENSTEN "IN DE STAAT WAARIN DEZE OP HET MOMENT VAN AANKOOP VERKEREN" (OP "AS IS"- OF "AS AVAILABLE"-BASIS), MET ALLE FOUTEN EN ZONDER ENIGE GARANTIE GELEVERD EN APPLE EN LICENTIEGEVER(S) VAN APPLE (VOOR HET DOEL VAN DE PARAGRAFEN 7 EN 8 HIERNA GEZAMENLIJK TE NOEMEN "APPLE") SLUITEN HIERBIJ UITDRUKKELIJK ALLE GARANTIE, EXPLICIET EN IMPLICIET DAN WEL VOORTVLOEIEND UIT WETTELIJKE RECHTEN, UIT, DAARONDER BEGREPEN DOCH NIET BEPERKT TOT ALLE DENKBARE GARANTIES VAN VERHANDELBAARHEID, VOLDOENDE KWALITEIT, GESCHIKTHEID VOOR EEN BEPAALD DOEL, NAUWKEURIGHEID, ONGESTOORD GEBRUIK EN NAVOLGING VAN AUTEURSRECHTEN VAN DERDEN MET BETREKKING TOT DE iOS-SOFTWARE EN -DIENSTEN.

7.4    APPLE GEEFT GEEN GARANTIE TEGEN VERSTORING VAN JE GEBRUIK VAN DE iOS-SOFTWARE EN -DIENSTEN EN GARANDEERT NIET DAT DE FUNCTIES DIE ZIJN VERVAT IN, OF DIENSTEN DIE WORDEN UITGEVOERD OF VERLEEND DOOR, DE iOS-SOFTWARE AAN JE EISEN ZULLEN VOLDOEN OF DAT MET DE iOS-SOFTWARE OF -DIENSTEN ONONDERBROKEN OF FOUTLOOS ZAL KUNNEN WORDEN GEWERKT, DAT ENIGE DIENST BLIJVEND BESCHIKBAAR ZAL WORDEN GESTELD, DAT GEBREKEN IN DE iOS-SOFTWARE EN -DIENSTEN ZULLEN WORDEN GECORRIGEERD, OF DAT DE iOS-SOFTWARE OF -DIENSTEN COMPATIBEL ZIJN MET OF WERKEN MET SOFTWARE, TOEPASSINGEN OF DIENSTEN VAN DERDEN. DE INSTALLATIE VAN DEZE iOS-SOFTWARE KAN VAN INVLOED ZIJN OP DE BESCHIKBAARHEID EN BRUIKBAARHEID VAN SOFTWARE, PROGRAMMA'S OF DIENSTEN VAN DERDEN OF VAN APPLE PRODUCTEN EN DIENSTEN.

7.5    JE ERKENT BOVENDIEN DAT DE iOS-SOFTWARE EN -DIENSTEN NIET ZIJN BEDOELD EN NIET GESCHIKT ZIJN VOOR GEBRUIK IN SITUATIES OF OMGEVINGEN WAARIN PROBLEMEN MET OF VERTRAAGDE VRIJGAVE VAN, OF FOUTEN OF ONNAUWKEURIGHEDEN IN, DE INHOUD, GEGEVENS OF INFORMATIE AFKOMSTIG VAN DE iOS-SOFTWARE OF -DIENSTEN, KUNNEN LEIDEN TOT DE DOOD, PERSOONLIJK LETSEL OF ERNSTIGE SCHADE AAN PERSONEN, ZAKEN OF HET MILIEU, MET INBEGRIP VAN MAAR NIET BEPERKT TOT DE BEDIENING VAN NUCLEAIRE INSTALLATIES, DE BESTURING VAN LUCHTVAARTUIGEN, COMMUNICATIESYSTEMEN, LUCHTVERKEERSLEIDINGSYSTEMEN, MACHINES VOOR DE INSTANDHOUDING VAN LEVENSFUNCTIES OF WAPENSYSTEMEN.

7.6    GEEN ENKELE MONDELINGE OF SCHRIFTELIJKE INFORMATIE OF KENNISGEVING VAN DE ZIJDE VAN APPLE OF EEN DOOR APPLE GEAUTORISEERDE VERTEGENWOORDIGER KAN EEN

GARANTIE INHOUDEN. MOCHTEN DE iOS-SOFTWARE OF -DIENSTEN GEBREKEN VERTONEN, DAN KOMEN ALLE KOSTEN VAN ALLE NOODZAKELIJKE REVISIE, HERSTEL OF CORRECTIE VOOR JOUW REKENING. IN BEPAALDE RECHTSGEBIEDEN IS UITSLUITING VAN IMPLICIETE GARANTIES OF BEPERKING VAN TOEPASSELIJKE WETTELIJKE RECHTEN VAN DE CONSUMENT NIET TOEGESTAAN, WAARDOOR DE BOVENSTAANDE UITSLUITING EN BEPERKINGEN VOOR JOU MOGELIJK NIET VAN TOEPASSING ZIJN.

**8. Beperking van aansprakelijkheid.** VOOR ZOVER ALS IS TOEGESTAAN DOOR DE TOEPASSELIJKE WETGEVING ZULLEN APPLE, AAN APPLE GELIEERDE ONDERNEMINGEN EN VERTEGENWOORDIGERS EN OPDRACHTGEVERS VAN APPLE IN GEEN ENKEL GEVAL AANSPRAKELIJK ZIJN VOOR PERSOONLIJK LETSEL, OF VOOR ENIGERLEI BIJZONDERE, INDIRECTE SCHADE OF GEVOLGSCHADE, DAARONDER BEGREPEN ZONDER ENIGE BEPERKING SCHADE DOOR VERLIES VAN OMZET, BESCHADIGING OF VERLIES VAN GEGEVENS, HET NIET KUNNEN VERZENDEN OF ONTVANGEN VAN GEGEVENS (DAARONDER BEGREPEN ZONDER ENIGE BEPERKING INSTRUCTIES VOOR CURSUSSEN, OPDRACHTEN EN MATERIAAL), ONDERBREKING VAN DE BEDRIJFSVOERING, OF VOOR ENIGE ANDERE COMMERCIËLE SCHADE OF ENIG ANDER COMMERCIEEL VERLIES DAT HET GEVOLG IS VAN OF VERBAND HOUDT MET JE GEBRUIK VAN OF ONVERMOGEN TOT GEBRUIK VAN DE iOS-SOFTWARE EN -DIENSTEN, OF ENIGE SOFTWARE OF TOEPASSINGEN VAN DERDEN IN COMBINATIE MET DE iOS-SOFTWARE OF -DIENSTEN, DOOR WELKE OORZAAK DAN OOK, ONGEACHT DE AANSPRAKELIJKHEIDSGROND DIE WORDT AANGEVOERD (NIET-NAKOMING, ONRECHTMATIGE DAAD OF ANDERSZINS), EN ZELFS ALS APPLE IS GEWEZEN OP DE MOGELIJKHEID VAN DERGELIJKE SCHADE. IN BEPAALDE RECHTSGEBIEDEN IS UITSLUITING OF BEPERKING VAN AANSPRAKELIJKHEID VOOR PERSOONLIJK LETSEL OF VOOR INDIRECTE OF GEVOLGSCHADE NIET TOEGESTAAN, WAARDOOR DEZE BEPERKING VOOR JOU MOGELIJK NIET VAN TOEPASSING IS. In geen geval zal Apple's totale aansprakelijkheid voor alle schade (uitgezonderd waar wettelijk vereist in gevallen die betrekking hebben op persoonlijk letsel) meer bedragen dan tweehonderdvijftig dollar ($250,00). De voornoemde beperkingen zijn ook van toepassing als de hierboven vermelde verhaalsaansprakelijkheid niet aan zijn wezenlijke doel voldoet.

**9. Digitale certificaten.** De iOS-software bevat functionaliteit waarmee digitale certificaten kunnen worden geaccepteerd die door Apple of derden zijn uitgegeven. JIJ BENT ALS ENIGE VERANTWOORDELIJK VOOR DE BESLISSING OF JE EEN DOOR APPLE OF EEN DERDE UITGEGEVEN CERTIFICAAT VERTROUWT. JE GEBRUIK VAN DIGITALE CERTIFICATEN IS UITSLUITEND VOOR JE EIGEN RISICO. VOOR ZOVER ALS IS TOEGESTAAN DOOR DE TOEPASSELIJKE WETGEVING GEEFT APPLE GEEN ENKELE GARANTIE, EXPLICIET OF IMPLICIET, VOOR DE VERHANDELBAARHEID, GESCHIKTHEID VOOR EEN BEPAALD DOEL, NAUWKEURIGHEID, VEILIGHEID OF NAVOLGING VAN AUTEURSRECHTEN VAN DERDEN BETREFFENDE DIGITALE CERTIFICATEN.

**10. Exportbepalingen.** Het is je niet toegestaan de iOS-software te gebruiken of anderszins te exporteren of te herexporteren, behalve voor zover toegestaan krachtens de wetten van de Verenigde Staten en van het rechtsgebied waarin je de iOS-software hebt verkregen. In het bijzonder, maar zonder beperking, is het je niet toegestaan de iOS-software te exporteren of te herexporteren (a) naar een land waarvoor door de Verenigde Staten een embargo is ingesteld of (b) naar enige persoon die voorkomt op de door het U.S. Treasury Department samengestelde lijst van "Specially Designated Nationals" of op de door het U.S. Department of Commerce samengestelde "Denied Person's List" of "Entity List" of enige andere lijsten met uitgezonderde partijen. Door de iOS-software te gebruiken, verklaar je dat je je niet bevindt in een dergelijk land of op een van de bovengenoemde lijsten voorkomt. Je verklaart tevens dat je de iOS-software niet zult gebruiken voor doeleinden die verboden zijn volgens de wetten van de Verenigde Staten met inbegrip van, maar niet beperkt tot, de ontwikkeling, het ontwerp, de fabricage of productie van raketten, nucleaire, chemische of biologische wapens.

**11. Eindgebruikers binnen de Amerikaanse overheid.** De iOS-software en de bijbehorende documentatie zijn "Commercial Items", zoals omschreven in 48 C.F.R. §2.101, en bestaan uit "Commercial Computer Software" en "Commercial Computer Software Documentation", zoals beschreven in 48 C.F.R. §12.212 of 48 C.F.R. §227.7202, afhankelijk van welke paragraaf van toepassing is. Overeenkomstig 48 C.F.R. §12.212 of 48 C.F.R. §227.7202-1 tot en met 227.7202-4, afhankelijk van welke paragraaf van toepassing is, worden de "Commercial Computer Software" en "Commercial Computer Software Documentation" aan eindgebruikers binnen de Amerikaanse overheid (a) alleen als "Commercial Items" in licentie gegeven en (b) alleen met de rechten die worden verleend aan alle andere eindgebruikers conform de voorwaarden die hierin worden genoemd. Ongepubliceerd: rechten voorbehouden krachtens de auteursrechtwetgeving van de Verenigde Staten.

**12. Toepasselijk recht en deelbaarheid.** Deze licentie is opgesteld volgens en zal onderworpen zijn aan de wetten van de staat Californië, Verenigde Staten, met uitzondering van de bepalingen van de staat Californië ten aanzien van de strijdigheid van wettelijke bepalingen. Deze licentie zal niet onderworpen zijn aan het verdrag van de Verenigde Naties inzake internationale verkoopovereenkomsten betreffende roerende zaken. De toepassing van dit verdrag wordt expliciet uitgesloten. Voor consumenten in de Groot-Brittannië zal deze licentie onderworpen zijn aan de wetten van het rechtsgebied van het land waar zij gevestigd zijn. In het geval dat enige bepaling van deze overeenkomst of een gedeelte daarvan door een bevoegde rechter nietig of anderszins niet verbindend geacht zal worden, zullen de overige bepalingen van deze licentie onverkort van kracht blijven.

**13. Volledige overeenkomst; taalversie.** Deze licentie vormt de volledige overeenkomst tussen jou en Apple met betrekking tot de iOS-software en prevaleert boven alle voorgaande of gelijktijdige overeenkomsten betreffende dit onderwerp. Aanpassingen of wijzigingen van deze licentieovereenkomst zijn slechts geldig voor zover deze zijn opgesteld in schriftelijke vorm en zijn ondertekend door Apple. Vertalingen van deze licentie zijn gemaakt ten behoeve van plaatselijke vereisten. In het geval van een verschil tussen de Engelse en de niet-Engelse versie geldt de Engelse versie van deze licentie, voor zover dat niet door de plaatselijk geldende wetgeving in jouw rechtsgebied is verboden.

**14. Auteursrechten van derden.** In gedeelten van de iOS-software wordt software of ander materiaal gebruikt waarvan het auteursrecht bij andere fabrikanten berust. Erkenning van rechten, licentievoorwaarden en beperkingen van aansprakelijkheid met betrekking tot dergelijke materialen zijn vervat in de elektronische documentatie bij de iOS-software, en op je gebruik van dergelijke materialen zijn de respectieve voorwaarden van de desbetreffende materialen van toepassing. Op het gebruik van de Safe Browsing-service van Google zijn de servicevoorwaarden van Google (https://www.google.com/intl/nl/policies/terms/) en het privacybeleid van Google (https://www.google.com/intl/nl/policies/privacy/) van toepassing.

**15. Gebruik van MPEG-4; H.264/AVC-bepaling.**
(a) Voor de iOS-software wordt een licentie verleend krachtens de MPEG-4 Systems Patent Portfolio License voor codering in overeenstemming met de MPEG-4 Systems Standard, met dien verstande dat een aanvullende licentie en de betaling van rechten zijn vereist voor codering van (i) op fysieke media opgeslagen of gekopieerde gegevens waarvoor betaling plaatsvindt per titel en/of (ii) gegevens waarvoor betaling plaatsvindt per titel en die worden verzonden naar een eindgebruiker voor permanente opslag en/of permanent gebruik. Een dergelijke aanvullende licentie kan worden aangevraagd bij MPEG LA, LLC. Raadpleeg http://www.mpegla.com voor meer informatie.

(b) De iOS-software bevat MPEG-4-coderings- en/of MPEG-4-decoderingsfunctionaliteit. Voor de iOS-software wordt een licentie verleend krachtens de MPEG-4 Visual Patent Portfolio License voor persoonlijk en niet-commercieel gebruik door een consument voor (i) de codering van video volgens de MPEG-4 Visual Standard ("MPEG-4 Video") en/of (ii) de decodering van MPEG-4-videomateriaal dat is gecodeerd door een consument voor persoonlijke en niet-commerciële doeleinden en/of is verkregen

van een videoaanbieder die in het bezit is van een MPEG LA-licentie voor de levering van MPEG-4-videomateriaal. Er worden geen licenties verleend, expliciet noch impliciet, voor andere doeleinden. Aanvullende informatie, waaronder informatie die betrekking heeft op gebruik voor promotiedoeleinden of interne of commerciële doeleinden en de hiervoor vereiste licenties kan worden aangevraagd bij MPEG LA, LLC. Raadpleeg http://www.mpegla.com.

(c) De iOS-software bevat AVC-coderings- en/of AVC-decoderingsfunctionaliteit, zodat voor commercieel gebruik van H.264/AVC extra licentievoorwaarden en de volgende bepaling gelden: VOOR DE AVC-FUNCTIONALITEIT IN DE iOS-SOFTWARE HEB JE UITSLUITEND EEN LICENTIE VOOR PERSOONLIJK EN NIET-COMMERCIEEL GEBRUIK DOOR EEN CONSUMENT MET DE VOLGENDE DOELEN: (i) VIDEOMATERIAAL CODEREN IN OVEREENSTEMMING MET DE AVC-STANDAARD ("AVC-VIDEOMATERIAAL") EN/OF (ii) AVC-VIDEOMATERIAAL DECODEREN DAT DOOR EEN CONSUMENT IS GECODEERD VOOR EEN PERSOONLIJKE EN NIET-COMMERCIËLE ACTIVITEIT EN/OF AVC-VIDEOMATERIAAL DECODEREN DAT IS VERKREGEN VAN EEN LEVERANCIER VAN VIDEOMATERIAAL DIE EEN LICENTIE HEEFT VOOR HET AANBIEDEN VAN AVC-VIDEOMATERIAAL. INFORMATIE BETREFFENDE ENIG ANDER GEBRUIK EN LICENTIES IS VERKRIJGBAAR BIJ MPEG LA L.L.C. ZIE http://www.mpegla.com.

**16. Beperkingen betreffende de Yahoo-zoekfunctie.** De Yahoo-zoekfunctie, die beschikbaar is via Safari, is uitsluitend gelicentieerd voor gebruik in de volgende landen en regio's: Argentinië, Aruba, Australië, Bahama's, Barbados, België, Bermuda, Brazilië, Bulgarije, Canada, Caymaneilanden, Chili, China, Colombia, Cyprus, Denemarken, Dominicaanse Republiek, Duitsland, Ecuador, El Salvador, Filipijnen, Finland, Frankrijk, Grenada, Griekenland, Guatemala, Hongarije, Hongkong, Ierland, IJsland, India, Indonesië, Italië, Jamaica, Japan, Letland, Litouwen, Luxemburg, Maleisië, Malta, Mexico, Nederland, Nicaragua, Nieuw-Zeeland, Noorwegen, Oostenrijk, Panama, Peru, Polen, Portugal, Puerto Rico, Roemenië, Saint Lucia, Saint Vincent, Singapore, Slovenië, Slowakije, Spanje, Taiwan, Thailand, Trinidad en Tobago, Tsjechië, Turkije, Uruguay, Venezuela, Verenigd Koninkrijk, Verenigde Staten, Zuid-Korea, Zweden en Zwitserland.

**17. Microsoft Exchange-bepaling.** De Microsoft Exchange-mailinstelling in de iOS-software wordt je uitsluitend in licentie gegeven voor de draadloze synchronisatie van informatie, zoals e-mail, contactgegevens, agenda-informatie en taken, tussen je iOS-apparaat en Microsoft Exchange Server of andere serversoftware die door Microsoft in licentie is gegeven om het Microsoft Exchange ActiveSync-protocol te implementeren.

EA1520
22-09-2017

———————————
**Aanvullende voorwaarden voor Apple Pay**

Deze aanvullende voorwaarden voor Apple Pay (deze "Aanvullende voorwaarden") vormen een aanvulling op de Softwarelicentieovereenkomst voor iOS (de "Licentie"). Op je gebruik van de Apple Pay-voorziening, die binnen de Licentie als een "Dienst" wordt beschouwd, zijn zowel de Licentie als deze Aanvullende voorwaarden van toepassing. De termen met hoofdletters in deze Aanvullende voorwaarden hebben de betekenis zoals gedefinieerd in de Licentie.

1.    **Overzicht en gebruiksbeperkingen**

Met Apple Pay kun je:

•    een virtuele weergave bewaren van bankpassen en (prepaid) creditcards, inclusief door winkels

uitgegeven (prepaid) creditcards en de Apple Pay Cash-kaart, die worden ondersteund door de Apple Pay-voorziening ("<u>Ondersteunde betaalkaarten</u>") en die ondersteunde iOS-apparaten gebruiken voor contactloos betalen op bepaalde locaties of betalingen vanuit apps of websites;

- spaar- en cadeaukaarten gebruiken die in Wallet zijn bewaard ("<u>Voor Apple Pay geschikte kaarten</u>", samen met Ondersteunde betaalkaarten te noemen "<u>Ondersteunde kaarten</u>"), voor contactloze spaar- en cadeaukaarttransacties in bepaalde winkels als onderdeel van een contactloze betaling via Apple Pay; en
- persoonlijke betalingen naar andere Apple Pay-gebruikers sturen.

De functies van Apple Pay in de iOS-software zijn mogelijk alleen beschikbaar in een beperkt aantal regio's, voor kaarten van een beperkt aantal uitgevende instanties en bij een beperkt aantal financiële instellingen en winkels. De functies kunnen per regio, bank en winkel variëren.

Om Apple Pay te kunnen gebruiken, heb je een Ondersteunde kaart nodig. Welke kaarten worden ondersteund, is aan wijzigingen onderhevig. Daarnaast heb je een Apple Pay Cash-kaart nodig om persoonlijke betalingen te kunnen versturen of ontvangen.

Ondersteunde betaalkaarten en persoonlijke betalingen zijn gekoppeld aan de Apple ID waarmee je bij iCloud bent ingelogd om deze voorzieningen te gebruiken. Ondersteunde kaarten zijn alleen beschikbaar voor personen vanaf 13 jaar en ouder. Ook zijn mogelijk aanvullende leeftijdsbeperkingen van toepassing die zijn verbonden aan iCloud of de betreffende Ondersteunde kaart. De Apple Pay Cash-kaart en de mogelijkheid om persoonlijke betalingen te versturen en ontvangen zijn alleen beschikbaar voor personen vanaf 18 jaar.

Apple Pay is uitsluitend bedoeld voor gebruik door jou persoonlijk en voor jouw eigen Ondersteunde betaalkaarten. Als je een ondersteunde bedrijfsbetaalkaart instelt, bevestig je dat je hiervoor toestemming hebt van je werkgever en dat je zodanig bevoegd bent dat je werkgever gebonden is aan deze gebruiksvoorwaarden en alle transacties die met deze voorziening worden uitgevoerd. Als je een persoonlijke betaling verstuurt of ontvangt, bevestig je dat je dit doet voor persoonlijke, niet-commerciële doeleinden.

Je stemt ermee in Apple Pay niet te gebruiken voor illegale of frauduleuze doeleinden of enige andere doeleinden die niet zijn toegestaan volgens de Licentie en deze Aanvullende voorwaarden. Je stemt er verder mee in om Apple Pay te gebruiken in overeenstemming met de toepasselijke wet- en regelgeving. Je stemt ermee in geen activiteiten te ondernemen die de normale werking beïnvloeden of verstoren van Apple Pay (waaronder het benaderen van de voorziening via geautomatiseerde middelen), of van de servers of netwerken die zijn verbonden met de voorziening, of van het beleid, de vereisten of de regels van de netwerken die zijn verbonden met de voorziening (waaronder ongeoorloofde toegang tot deze netwerken of het gebruik of de bewaking van gegevens of verkeer in deze netwerken).

**2.    De relatie van Apple met jou**

Met Apple Pay maak je een virtuele weergave van je Ondersteunde kaarten op je ondersteunde iOS-apparaat. Apple verwerkt echter geen betalingen of andere kaarttransacties (zoals de opgebouwde en ingewisselde spaarwaarde), ontvangt of reserveert geen geldbedragen, boekt geen geldbedragen over en heeft op geen enkele manier controle over betalingen, retouren, restituties, spaarwaarden, tegoeden, kortingen of andere commerciële activiteiten die samenhangen met je gebruik van deze voorziening.

De voorwaarden zoals gesteld in de kaarthoudersovereenkomst van de instantie die de betaalkaart heeft uitgegeven, blijven van toepassing op je gebruik van je Ondersteunde kaarten in relatie tot Apple Pay. Daarnaast is je deelname in spaar- of cadeaukaartprogramma's van winkels en je gebruik van voor Apple Pay geschikte kaarten in relatie tot Apple Pay onderhevig aan de voorwaarden van de betreffende

winkel.

De Apple Pay Cash-kaart en de mogelijkheid om persoonlijke betalingen te versturen en ontvangen zijn alleen beschikbaar in de Verenigde Staten en zijn diensten die worden verleend door Green Dot Bank, lid van de FDIC. Als je deze voorzieningen binnen Apple Pay hebt ingeschakeld, open je een rekening bij Green Dot Bank. Als je een persoonlijke betaling verstuurt of ontvangt of met je Apple Pay Cash-kaart geld stort of opneemt, is Green Dot Bank verantwoordelijk voor de ontvangst van je geld en de verzending ervan naar de beoogde ontvanger. De financiële instelling die verantwoordelijk is voor het aanbieden van Apple Pay Cash en persoonlijke betalingen binnen Apple Pay kan worden gewijzigd en je gebruik van dergelijke voorzieningen is onderworpen aan de voorwaarden van die instelling.

Niets in de Licentie of deze Aanvullende voorwaarden is van invloed op de voorwaarden van enige kaarthouders- of gebruikersovereenkomst of overeenkomst met een winkel. De voorwaarden van een dergelijke overeenkomst zijn van toepassing op je gebruik van de betreffende Ondersteunde kaart of de voorziening voor persoonlijke betalingen in Apple Pay en de virtuele weergave hiervan op je iOS-apparaat. Je stemt ermee in dat Apple geen partij is in de kaarthoudersovereenkomst of overeenkomst met een winkel en dat Apple evenmin verantwoordelijk is voor: (a) de inhoud, correctheid of niet-beschikbaarheid van betaalkaarten, spaarkaarten, cadeaukaarten, commerciële activiteiten, transacties of aankopen tijdens het gebruik van de functionaliteit van Apple Pay; (b) het toekennen van een tegoed of het beoordelen van de geschiktheid voor het toekennen van een tegoed; (c) het opbouwen of inwisselen van spaarwaarde of tegoed in het kader van het spaarkaart- of tegoedprogramma van een winkel; (d) het financieren of herladen van prepaid creditcards; (e) het versturen of ontvangen van persoonlijke betalingen; of (f) het storten, inwisselen of opnemen van geld op je Apple Pay Cash-kaart.

Bij alle geschillen of vragen over betaalkaarten, spaarkaarten, cadeaukaarten of hieraan gerelateerde commerciële activiteiten, neem je contact op met de uitgevende bank of de betreffende winkel. Voor vragen over de Apple Pay Cash-kaart of persoonlijke betalingen kun je contact opnemen met Apple Support.

**3.     Privacy**

Voor de volledige functionaliteit van Apple Pay is bepaalde informatie van je iOS-apparaat vereist. Daarnaast wordt, wanneer je je Apple Pay Cash-kaart gebruikt of persoonlijke betalingen verstuurt of ontvangt, aanvullende informatie over je transacties verzameld en bewaard ten behoeve van de dienstverlening omtrent je account, fraudepreventie en regelgevingsdoeleinden. Als je wilt weten welke gegevens worden verzameld, gebruikt of gedeeld als onderdeel van je gebruik van Apple Pay, de Apple Pay Cash-kaart of persoonlijke betalingen via Apple Pay, lees je de informatie over Apple Pay en privacy (te vinden in Wallet en Apple Pay op je iOS-apparaat, of in de Watch-app op een gekoppeld iOS-apparaat) of ga je naar https://www.apple.com/nl/privacy. Door deze voorzieningen te gebruiken, stem je ermee in dat Apple en dochterondernemingen en vertegenwoordigers van Apple alle voornoemde informatie verzenden, verzamelen, beheren, verwerken en gebruiken om functies van Apple Pay beschikbaar te stellen.

**4.     Beveiliging; zoekgeraakte of gedeactiveerde apparaten**

Apple Pay bewaart een virtuele weergave van je Ondersteunde kaarten en moet net zo zorgvuldig worden behandeld als contant geld of fysieke (prepaid) creditcards, bankpassen, spaarkaarten of cadeaukaarten. Het doorgeven van de toegangscode voor je apparaat aan derden of het toestaan dat derden hun vingerafdruk toevoegen aan Touch ID of Face ID inschakelen, kan ertoe leiden dat deze personen met Apple Pay op je apparaat betalingen kunnen verrichten, persoonlijke betalingen kunnen versturen, aanvragen of ontvangen, geld kunnen opnemen van je Apple Pay Cash-kaart of spaarwaarde of krediet kunnen ontvangen of inwisselen. Jij bent als enige verantwoordelijk voor het waarborgen van

de veiligheid van je apparaat en je toegangscode. Je gaat ermee akkoord dat Apple op geen enkele wijze verantwoordelijk is als je je apparaat verliest of anderen toegang geeft tot je apparaat. Je gaat ermee akkoord dat Apple op geen enkele wijze verantwoordelijk is als je niet-geautoriseerde wijzigingen in iOS aanbrengt (bijvoorbeeld door middel van een "jailbreak").

Om toegang te krijgen tot bepaalde voorzieningen van Apple Pay, waaronder de Apple Pay Cash-kaart en persoonlijke betalingen met Apple Pay, moet je mogelijk aanvullende veiligheidsmaatregelen nemen, zoals het inschakelen van twee-factor-authenticatie voor je Apple ID. Als je deze beveiligingsfuncties vervolgens verwijdert, heb je mogelijk geen toegang meer tot bepaalde voorzieningen van Apple Pay.

Als je apparaat is zoekgeraakt of is gestolen en Zoek mijn iPhone is ingeschakeld, kun je Zoek mijn iPhone gebruiken om de mogelijkheid betalingen te verrichten met de virtuele Ondersteunde betaalkaarten of persoonlijke betalingen te versturen op dat apparaat te blokkeren. Je kunt dit doen door de verloren-modus in te schakelen. Je kunt je apparaat ook wissen. Hierbij wordt geprobeerd de mogelijkheid om betalingen te verrichten met de virtuele Ondersteunde betaalkaarten of persoonlijke betalingen te versturen op het apparaat te blokkeren en wordt bovendien geprobeerd de voor Apple Pay geschikte kaarten te verwijderen. Je moet echter ook contact opnemen met de instantie die je Ondersteunde betaalkaarten heeft uitgegeven, met de winkel die de voor Apple Pay geschikte kaarten heeft uitgegeven en, in geval van een Apple Pay Cash-kaart, met Apple om te voorkomen dat onbevoegden gebruikmaken van je Ondersteunde kaarten.

Als je melding maakt van of als Apple vermoedens heeft van frauduleuze activiteiten of misbruik, stem je ermee in om bij een eventueel onderzoek met Apple samen te werken en desgevraagd fraudepreventiemaatregelen toe te passen.

**5.    Beperking van aansprakelijkheid**

NAAST DE VAN DE HAND GEWEZEN GARANTIES EN BEPERKING VAN AANSPRAKELIJKHEID ZOALS UITEENGEZET IN DE LICENTIE, AANVAARDT APPLE GEEN ENKELE AANSPRAKELIJKHEID VOOR AANKOPEN, BETALINGEN, TRANSACTIES OF ANDERE COMMERCIËLE ACTIVITEITEN DIE ZIJN VERRICHT MET BEHULP VAN DE APPLE PAY-VOORZIENING. JE STEMT ER BOVENDIEN MEE IN OM JE IN GEVAL VAN VRAGEN OF GESCHILLEN MET BETREKKING TOT JE ONDERSTEUNDE KAARTEN, PERSOONLIJKE BETALINGEN EN AANVERWANTE COMMERCIËLE ACTIVITEITEN UITSLUITEND TE BEROEPEN OP DE OVEREENKOMST MET DE UITGEVENDE INSTANTIE, HET BETALINGSNETWERK, FINANCIËLE INSTELLINGEN OF DE WINKEL.

———————————

**MEDEDELINGEN VAN APPLE**
Je stemt erin toe dat je enige informatie van Apple betreffende je product of account via e-mail ontvangt. Bovendien stem je ermee in dat dergelijke mededelingen die je elektronisch ontvangt, voldoen aan de wettelijke communicatievereisten.

**ITALIANO**

**IMPORTANTE: UTILIZZANDO iPHONE, iPAD O iPOD TOUCH ("DISPOSITIVO iOS"), ACCETTATE DI ESSERE VINCOLATI AI SEGUENTI TERMINI E CONDIZIONI:**

**A.   LICENZA SOFTWARE APPLE iOS**
**B.   TERMINI SUPPLEMENTARI DI APPLE PAY**
**C.   NOTIFICHE DA APPLE**

**APPLE INC.**
**LICENZA SOFTWARE iOS**
**Licenza per uso individuale**

**LEGGETE ATTENTAMENTE LA PRESENTE LICENZA SOFTWARE ("LICENZA") PRIMA DI UTILIZZARE IL DISPOSITIVO iOS O DI SCARICARE L'AGGIORNAMENTO SOFTWARE CHE ACCOMPAGNA QUESTA LICENZA. UTILIZZANDO IL DISPOSITIVO iOS O SCARICANDO UN AGGIORNAMENTO SOFTWARE, SECONDO IL CASO, ACCETTATE I TERMINI E LE CONDIZIONI DELLA PRESENTE LICENZA. QUALORA NON ACCETTIATE LE CONDIZIONI E I TERMINI DELLA LICENZA, NON UTILIZZATE IL DISPOSITIVO iOS E NON SCARICATE L'AGGIORNAMENTO SOFTWARE.**

**SE DI RECENTE AVETE ACQUISTATO UN DISPOSITIVO iOS E NON ACCETTATI LE CONDIZIONI E I TERMINI, RESTITUITE IL DISPOSITIVO iOS A APPLE STORE O A UN DISTRIBUTORE AUTORIZZATO ENTRO IL PERIODO DI RESTITUZIONE PER OTTENERE UN RIMBORSO, SECONDO I TERMINI DELLA POLITICA DI RESTITUZIONE CHE TROVERETE SU https://www.apple.com/legal/sales_policies/.**

**1. Generale.**
(a) Il software (incluso il codice Boot ROM, il software integrato e altro software di terze parti), le interfacce, i contenuti, i font, la documentazione e tutti i dati forniti con il Dispositivo iOS ("Software Originale iOS"), così come quelli aggiornati o sostituiti dalle funzionalità aggiunte, dagli aggiornamenti software o da software per il ripristino del sistema forniti da Apple ("Aggiornamenti del Software iOS"), sia su memoria di sola lettura sia su altri supporti o in altra forma (il Software originale iOS e gli Aggiornamenti del Software iOS sono denominati collettivamente il "Software iOS"), vengono concessi in licenza, e non venduti, da Apple Inc. ("Apple") per essere usati unicamente nei termini di questa Licenza. Apple e i suoi licenziatari rimangono proprietari del Software iOS e si riservano tutti i diritti non espressamente accordati. Accettate che i termini della presente licenza siano validi per qualsiasi app Apple integrata sul Vostro Dispositivo iOS, a meno che tali app non siano accompagnate da una licenza separata. In tal caso, accettate che i termini delle relative licenze regolino il Vostro utilizzo di tali app.

(b) Apple, a sua discrezione, potrebbe rendere disponibili degli aggiornamenti futuri per il Dispositivo iOS. Qualora presenti, tali aggiornamenti potrebbero non includere necessariamente tutte le funzionalità esistenti nel software o le nuove funzionalità fornite da Apple per altri modelli dei dispositivi iOS o per i modelli più recenti.  I termini e le condizioni della presente Licenza regoleranno tutti gli Aggiornamenti del Software iOS forniti da Apple, a meno che tale Aggiornamento del Software iOS non sia regolato da una licenza separata; in tal caso, saranno applicabili i termini e le condizioni di tale licenza.

(c) Nel caso in cui utilizziate suddetta funzionalità di configurazione per configurare un nuovo Dispositivo iOS in base a un Dispositivo iOS esistente, accettate che i termini della presente Licenza regoli l'utilizzo del Software iOS sul Vostro Dispositivo iOS, a meno che non sia regolato da una licenza separata; in tal caso accettate che i termini di tale Licenza regoli l'utilizzo di tale Software iOS.

**2. Usi consentiti e restrizioni della Licenza.**

(a) Conforme ai termini e alle condizioni stabiliti nella presente Licenza, Vi viene accordata una licenza limitata e non esclusiva per utilizzare il Software iOS su un singolo Dispositivo iOS Apple. Salvo nella misura di quanto consentito dal paragrafo 2(b) a continuazione e salvo quanto stabilito in un contratto separato tra Voi e Apple, la presente Licenza non consente di utilizzare il Software iOS su più di un Dispositivo iOS Apple alla volta e non consente di distribuire o di utilizzare il Software iOS su una rete dove potrebbe essere utilizzato da più dispositivi contemporaneamente. La presente licenza non concede alcun diritto relativamente all'utilizzo delle interfacce di proprietà di Apple né di altre proprietà intellettuali per il design, lo sviluppo, la fabbricazione, la concessione in licenza o la distribuzione di dispositivi e accessori di terze parti né di applicazioni di terze parti da utilizzare con i dispositivi iOS. Alcuni di tali diritti sono concessi in licenza separatamente da Apple. Per ulteriori informazioni relative allo sviluppo di dispositivi e accessori di terze parti per i dispositivi iOS, visitate https://developer.apple.com/programs/mfi/. Per ulteriori informazioni relative allo sviluppo di applicazioni per i dispositivi iOS, visitate https://developer.apple.com.

(b) Conforme ai termini e alle condizioni stabiliti nella presente Licenza, Vi viene accordata una licenza limitata e non esclusiva per scaricare gli Aggiornamenti del Software iOS resi eventualmente disponibili da Apple per il modello del Dispositivo iOS al fine di aggiornare o ripristinare il software di tutti i dispositivi iOS che possedete o controllate. Questa Licenza non consente di distribuire o rendere disponibili gli Aggiornamenti del Software iOS su una rete dove potrebbero essere utilizzati da più dispositivi o computer contemporaneamente. Se avete scaricato un Aggiornamento del Software iOS sul computer, Vi è consentito eseguire una copia degli Aggiornamenti del Software iOS memorizzati sul Vostro computer in formato leggibile dalla macchina per soli scopi di backup, purché la copia di backup riporti tutte le informazioni relative ai diritti d'autore o altri diritti di proprietà contenute nell'originale.

(c) Nella misura in cui Apple ha preinstallato app Apple da App Store sul Vostro Dispositivo iOS al momento dell'acquisto ("App Preinstallate"), dovrete accedere a App Store e associare tali App Preinstallate con il Vostro account App Store per poterle utilizzare sul Vostro Dispositivo iOS. Quando associate un'App Preinstallata con il Vostro account App Store, al tempo stesso associate automaticamente tutte le altre App Preinstallate sul Vostro Dispositivo iOS. Scegliendo di associare le App Preinstallate con il Vostro account App Store, accettate che Apple possa trasmettere, raccogliere, conservare, processare e utilizzare sia l'ID Apple utilizzato dal Vostro account App Store sia un identificatore hardware unico rilevato dal Vostro Dispositivo iOS come identificatori unici dell'account allo scopo di verificare l'idoneità della Vostra richiesta e di fornirvi l'accesso alle App Preinstallate attraverso App Store. Se non desiderate utilizzare le App Preinstallate, potete eliminarle dal Vostro Dispositivo iOS in qualsiasi momento.

(d) Non è consentito, e accettate quindi di non farlo e di non permettere ad altri di farlo, copiare (salvo nei limiti di quanto espressamente consentito dalla presente Licenza), decompilare, disassemblare, riassemblare, tentare di ricavare il codice sorgente, decodificare o modificare il Software iOS e qualunque servizio fornito dal Software iOS o parte di esso né ricavarne prodotti derivati (salvo nei limiti di quanto consentito dalla legge applicabile o dai termini e le condizioni del contratto di licenza che regolano l'uso dei componenti open source inclusi con il Software iOS).

(e)  Il Software iOS può essere utilizzato per riprodurre materiale purché tale utilizzo sia limitato alla riproduzione di materiale non protetto da copyright, di materiale di cui detenete il copyright o di materiale per cui disponete dell'autorizzazione o del permesso legale per la riproduzione. La titolarità e i diritti di proprietà intellettuale relativi a qualsiasi materiale visualizzato, archiviato o accessibile dal Vostro Dispositivo iOS appartengono al rispettivo proprietario del contenuto. Tale contenuto potrebbe essere protetto da copyright o da altre leggi o trattati sulla proprietà intellettuale, e potrebbe essere soggetto ai termini di utilizzo di terze parti che forniscono tale contenuto. Salvo quanto diversamente previsto nel presente documento, la presente Licenza non Vi concede alcun diritto di utilizzare tali contenuti né

garantisce che tali contenuti continuino a essere a Vostra disposizione.

(f) Accettate di utilizzare il Software iOS e i Servizi (così come stabilito nel Paragrafo 5 a continuazione) in conformità a tutte le leggi applicabili, comprese la legislazione locale del paese o della regione in cui risiedete o in cui scaricate o utilizzate il Software iOS e i Servizi. Le funzionalità del Software iOS e i Servizi potrebbero non essere disponibili in tutte le lingue o in tutte le regioni, alcune funzionalità potrebbero variare da regione a regione e alcune potrebbero essere limitate o rese non disponibili del Vostro fornitore di servizi. Per alcune funzionalità del Software iOS e dei Servizi è necessaria una connessione Wi-Fi o una connessione dati cellulare.

(g) L'utilizzo di App Store richiede una combinazione unica di nome utente e password, conosciuta come ID Apple. Un ID Apple è richiesto anche per accedere agli aggiornamenti delle app e ad alcune funzionalità del Software iOS e dei Servizi.

(h) Riconoscete che molte funzionalità, app integrate e Servizi del Software iOS eseguono la trasmissione di dati che potrebbe ripercuotersi sul Vostro piano tariffario e che la responsabilità di tali costi ricade esclusivamente su di Voi. Potete visualizzare e controllare a quali applicazioni è consentito l'utilizzo dei dati cellulare e visualizzare una stima dei consumi di tali applicazioni nelle impostazioni "Dati cellulare". Per ulteriori informazioni, consultate il Manuale utente del Vostro Dispositivo iOS.

(i) Se scegliete di consentire gli aggiornamenti automatici delle app, il Vostro Dispositivo iOS verificherà periodicamente con Apple la presenza di aggiornamenti per le app sul Vostro dispositivo e, qualora disponibili, gli aggiornamenti verranno scaricati e installati automaticamente. Potete disattivare completamente gli aggiornamenti automatici delle app in qualsiasi momento andando in Impostazioni, toccando "iTunes e App Store" e, sotto "Download automatici" disattivare Aggiornamenti.

(j) In alcune circostanze, l'utilizzo del Vostro Dispositivo iOS può causare distrazione e potrebbe portare a situazioni pericolose (ad esempio, si consiglia di evitare di digitare messaggi di testo durante la guida o di utilizzare gli auricolari andando in bicicletta). Utilizzando il Vostro Dispositivo iOS, riconoscete la Vostra responsabilità nel rispettare le norme che vietano o limitano l'utilizzo telefoni cellulari o auricolari (ad esempio, l'obbligo di utilizzare opzioni viva-voce per effettuare chiamate durante la guida).

**3. Trasferimento.** Non Vi è consentito dare in locazione, in leasing, in prestito, vendere, ridistribuire o concedere in sublicenza il Software iOS. Tuttavia è consentito trasferire in maniera permanente tutti i diritti relativi al Software iOS a terzi, in caso di trasferimento di proprietà del Dispositivo iOS, a condizione che: (a) il trasferimento riguardi il Dispositivo iOS e tutto il Software iOS, inclusi tutti i componenti e la presente Licenza; (b) non venga conservata nessuna copia totale o parziale del Software iOS, comprese eventuali copie memorizzate su computer o su altro dispositivo di archiviazione dati; e (c) la parte ricevente il Software iOS legga e accetti i termini e le condizioni della presente Licenza.

**4. Consenso all'utilizzo dei dati.** Quando utilizzate il Vostro telefono, il Vostro numero telefonico e alcuni identificatori unici del Vostro Dispositivo iOS vengono inviati a Apple per consentire ad altri di raggiungervi tramite il Vostro numero telefonico durante l'utilizzo di varie funzionalità di comunicazione del Software iOS, come ad esempio iMessage e FaceTime. Quando utilizzate iMessage, Apple potrebbe conservare i messaggi in formato codificato per un periodo di tempo limitato allo scopo di garantirne la consegna. Potete disattivare FaceTime o iMessage accedendo alle impostazioni di FaceTime o Messaggi sul Vostro Dispositivo iOS. Alcune funzionalità, come Analisi, "Servizi di localizzazione", Siri e Dettatura, potrebbero richiedere informazioni dal Vostro Dispositivo iOS per fornire le rispettive funzioni. Quando attiverete o utilizzerete tali funzionalità, Vi verranno forniti dettagli riguardo a quali informazioni vengono inviate a Apple e come vengono utilizzate. Potete trovare ulteriori informazioni visitando https://www.apple.com/it/privacy/. I Vostri dati verranno trattati in ogni momento in conformità con la politica di tutela della privacy di Apple, consultabile su https://www.apple.com/legal/privacy/.

**5. Servizi e materiali di terze parti.**

(a) Il Software iOS potrebbe consentire l'accesso a iTunes Store, App Store, iBooks Store, Game Center, iCloud di Apple e ad altri siti e servizi di Apple e di terze parti (collettivamente e individualmente, "Servizi"). Tali Servizi potrebbero essere disponibili solo in alcune lingue o in alcuni paesi. L'utilizzo di questi Servizi richiede l'accesso a Internet e per l'utilizzo di alcuni Servizi potrebbero essere necessari un ID Apple e l'accettazione di ulteriori termini e condizioni; inoltre potrebbero essere applicate tariffe aggiuntive. L'utilizzo di questo software con un ID Apple, o un altro servizio Apple comporta l'accettazione dei termini e delle condizioni del servizio, quali i termini e le condizioni dei Servizi multimediali Apple più recenti per il paese dal quale si accede a tali Servizi, che possono essere consultati e controllati su https://www.apple.com/legal/internet-services/itunes/ww/.

(b) Se eseguite la registrazione a iCloud, alcune funzionalità iCloud, quali "Libreria foto iCloud", "Il mio streaming foto", "Condivisione foto iCloud", Backup e "Trova il mio iPhone" potrebbero essere accessibili direttamente dal Software iOS. Riconoscete e accettate che il Vostro utilizzo di iCloud e di queste funzionalità è soggetto ai termini e condizioni più recenti del servizio iCloud, che possono essere consultati e controllati su: https://www.apple.com/legal/internet-services/icloud/ww/.

(c) Contenuto dell'app Novità. L'utilizzo del contenuto accessibile mediante l'applicazione Novità è limitato esclusivamente a un uso personale, non commerciale e non trasferisce alcun diritto di proprietà relativo al contenuto; in particolare, esclude, senza limitazioni, qualsiasi diritto di utilizzo commerciale o promozionale relativo a tale contenuto. Inoltre, non è consentito ripubblicare, ritrasmettere e riprodurre qualsiasi immagine accessibile mediante Novità come file stand-alone.

(d) Mappe. Il servizio e le funzionalità delle mappe del Software iOS ("Mappe"), tra cui la copertura dei dati delle mappe, possono variare da regione a regione. Quando utilizzate una funzione di localizzazione con Mappe, come ad esempio la navigazione turn-by-turn, la ricerca locale e del traffico, varie informazioni sulla posizione e le informazioni di utilizzo possono essere inviate a Apple, includendo in tempo reale la posizione geografica del Dispositivo iOS, al fine di elaborare la richiesta e contribuire a migliorare il servizio Mappe. Il luogo e i dati di utilizzo vengono raccolti da Apple in una forma che non Vi identificano personalmente. **Usando Mappe, accettate e consentite a Apple, alle sue società e agenti la trasmissione, la raccolta, la manutenzione, l'elaborazione e l'uso di queste informazioni, per fornire e migliorare le funzionalità e il servizio Mappe e altri prodotti e servizi Apple.** Apple potrebbe inoltre fornire tali informazioni, in forma aggregata o che non consenta di identificarvi personalmente, ai propri partner e licenziatari allo scopo di aiutare a migliorare le loro mappe e i loro prodotti e servizi basati sulla localizzazione. È possibile disattivare la funzionalità di localizzazione di Mappe andando sulle impostazioni dei servizi di localizzazione sul Dispositivo iOS e disattivando l'impostazione per la localizzazione specifica di Mappe. Tuttavia, alcune funzionalità di Mappe non saranno disponibili se si disattiva l'impostazione dei servizi di localizzazione, ad esempio la navigazione turn-by-turn.

(e) iBooks, Podcasts. Se scegliete di utilizzare la funzionalità di sincronizzazione delle app iBooks e Podcasts per sincronizzare i dati relativi a segnalibri, note, raccolte e iscrizioni ai podcast sui Vostri Dispositivi iOS e computer, accettate che tali dati verranno inviati a Apple e archiviati insieme all'ID Apple che utilizzate per iBooks Store o iTunes Store, in modo da poterli sincronizzare con gli altri dispositivi e computer che sono autorizzati ad accedere a contenuti attraverso tale ID Apple. Potete disattivare la sincronizzazione in qualsiasi momento andando in Impostazioni e modificando le opzioni di sincronizzazione rispettivamente per le app iBooks e Podcasts.

(f) Riconoscete che, utilizzando uno qualunque dei Servizi, esiste la possibilità che troviate contenuti che potreste considerare offensivi, indecenti o discutibili, che potrebbero o meno contenere linguaggio esplicito, e che i risultati di qualunque ricerca o l'inserimento di un URL specifico potrebbero generare

automaticamente e involontariamente dei collegamenti o dei riferimenti a materiale discutibile. Accettate tuttavia di utilizzare i Servizi a Vostro unico rischio e riconoscete che Apple, le società a essa affiliate e i suoi agenti, principali o licenziatari non saranno ritenuti responsabili per contenuti che potrebbero essere giudicati offensivi, indecenti o discutibili.

(g) Alcuni Servizi possono visualizzare, contenere o rendere disponibili contenuti, dati, informazioni o materiali di terze parti ("Materiali di terze parti") oppure facilitare collegamenti ad alcuni siti web di terze parti. Utilizzando i Servizi, riconoscete e accettate che Apple non è responsabile della valutazione del contenuto né dell'accuratezza, della completezza, della divulgazione, della validità, del rispetto del copyright, della legalità, della decenza e della qualità d tali materiali o siti web di terze parti. Apple, i suoi direttori, le società a essa affiliate e le sue società controllate non si fanno garanti, non assumono responsabilità né saranno soggetti ad alcuna responsabilità per i Servizi, i materiali o i siti web di terze parti, né per qualunque altro materiale, prodotto o servizio di terze parti. I materiali di terze parti e i collegamenti ad altri siti web sono forniti esclusivamente a titolo di cortesia.

(h) Né Apple né i suoi fornitori di contenuti garantiscono la disponibilità, precisione, completezza, affidabilità o puntualità delle informazioni relative alle azioni, all'ubicazione o di altre informazioni visualizzate mediante i Servizi. Le informazioni di carattere finanziario visualizzate dai Servizi sono da considerarsi a solo scopo informativo generale e non sono da considerarsi affidabili come consigli per eventuali investimenti. Prima di realizzare qualsiasi transazione borsistica sulla base delle informazioni ottenute mediante i Servizi, dovreste consultare un professionista in campo finanziario o borsistico che sia legalmente qualificato per fornire consulenza finanziaria o azionaria nel Vostro paese o regione. I dati sull'ubicazione forniti da uno qualsiasi dei Servizi, includendo il servizio Mappe di Apple, è da intendersi esclusivamente per fini di spostamento e orientamento generali e su di esse non si deve fare affidamento in situazioni in cui sono necessarie informazioni precise rispetto all'ubicazione che, qualora si rivelassero errate, non precise, in ritardo o incomplete potrebbero provocare morte, lesioni personali o danni ambientali. Accettate che i risultati che si ricevono dal servizio Mappe potrebbe variare dalla strada reale o dalle condizioni del terreno a causa di fattori che possono influenzare l'accuratezza dei dati delle mappe, ad esempio, ma non limitati a, a condizioni meteo, condizioni delle strade e del traffico, ed eventi geopolitici. Per la Vostra sicurezza quando utilizzate la funzionalità di navigazione, fate sempre attenzione ai segnali stradali e alle condizioni attuali della strada. Seguite le pratiche di guida sicura e le norme di circolazione e tenete presente che le indicazioni per i tragitti a piedi potrebbero non includere marciapiedi e percorsi pedonali.

(i) Nella misura in cui si carica il contenuto attraverso l'utilizzo dei Servizi, dichiarate di possedere tutti i diritti, o di avere l'autorizzazione o siete legalmente autorizzati a caricare tali contenuti e che tali contenuti non violano i termini di servizio applicabili ai Servizi. Accettate che i Servizi contengono contenuto proprietario, informazioni e materiale di proprietà di Apple, il proprietario del sito o dei loro licenziatari e sono protetti dalle leggi sulla proprietà intellettuale e da altre leggi in vigore comprese, a titolo esemplificativo ma non esaustivo, quelle sul copyright. Accettate altresì di non utilizzare tali informazioni e materiali proprietari diversamente da quanto consentito relativamente all'utilizzo dei Servizi né in nessun altro modo non conforme ai termini della presente Licenza o che violi i diritti di proprietà intellettuale di Apple o di terze parti. Non è consentito riprodurre parti dei Servizi, in nessuna forma e in nessun modo. Accettate di non dare in locazione, in leasing, in prestito, vendere, modificare, distribuire i Servizi né di ricavarne prodotti derivati in alcun modo così come di non utilizzare i Servizi in modi non consentiti, compresi, a titolo esemplificativo ma non esaustivo, l'uso dei Servizi per la trasmissione di virus informatici, worm, trojan o altro malware e i casi di violazione o sovraccarico alla capacità del network. Accettate inoltre di non utilizzare i Servizi in modo alcuno che possa molestare, abusare di, perseguitare, minacciare, diffamare, infrangere o violare in altra forma i diritti di terzi e riconoscete che Apple non è in alcun modo responsabile di tali utilizzi da parte vostra, né di qualunque molestia, minaccia, diffamazione, violazione, messaggio offensivo o illegale che possiate ricevere come conseguenza dell'utilizzo dei Servizi.

(j) Inoltre, i Servizi e i materiali di terze parti che potrebbero essere aperti, collegati o visualizzati sul Dispositivo iOS non sono disponibili in tutte le lingue o in tutti i paesi o le regioni. Apple non offre alcuna dichiarazione riguardo all'adeguatezza di tali Servizi e materiali di terze parti e alla loro disponibilità di utilizzo in luoghi particolari. Nella misura in cui scegliete di accedere a o di utilizzare tali Servizi e materiali di terze parti, lo fate di Vostra iniziativa e siete ritenuti responsabili del rispetto della legislazione vigente, comprese, a titolo esemplificativo ma non esaustivo, le leggi locali in vigore e le leggi sulla privacy e la raccolta di dati. La condivisione o la sincronizzazione di foto tramite il Vostro Dispositivo iOS potrebbero causare il trasferimento di metadati, che possono includere dati relativi al  momento e al luogo in cui le foto sono state scattate e altre informazioni dettagliate, insieme alle stesse. L'utilizzo dei servizi Apple (quali Libreria foto di iCloud) per condividere o sincronizzare le foto implicherà la ricezione e l'archiviazione da parte di Apple di tali metadati. Apple e i suoi licenziatari si riservano il diritto di modificare, sospendere, eliminare o disabilitare l'accesso a qualunque Servizio in qualsiasi momento e senza preavviso. In nessun caso Apple sarà ritenuta responsabile dell'eliminazione o inabilitazione dell'accesso a uno qualsiasi di tali Servizi. Apple si riserva altresì il diritto di imporre limiti sull'utilizzo e sull'accessibilità di alcuni Servizi, in qualunque momento e senza previo avviso né vincolo alcuno.

**6. Conclusione.** La presente Licenza resterà valida fino alla sua conclusione. I diritti accordati dalla presente Licenza termineranno automaticamente o smetteranno altrimenti di essere in vigore senza preavviso alcuno da parte di Apple in caso di inadempienza di qualsiasi termine della Licenza stessa. In seguito alla conclusione di questa Licenza è fatto obbligo di interrompere l'utilizzo del Software iOS. I paragrafi 4, 5, 6, 7, 8, 9, 12 e 13 rimarranno validi anche dopo la conclusione della stessa.

**7. Clausola esonerativa di altre garanzie.**
7.1    Se siete clienti consumatori (ossia, se utilizzate privatamente il Software iOS al di fuori del Vostro ambito commerciale, d'affari o professionale), nel Vostro paese di residenza potreste godere di diritti legali che vietano l'applicazione delle limitazioni seguenti, che, in tal caso, non Vi riguarderanno. Per ulteriori informazioni sui diritti legali, consultate un'organizzazione locale per l'orientamento del consumatore.

7.2    NELLA MISURA DI QUANTO CONSENTITO DALLA LEGGE APPLICABILE, RICONOSCETE E ACCETTATE ESPRESSAMENTE CHE L'USO DEL SOFTWARE iOS E QUALSIASI SERVIZIO ESEGUITO O A CUI SI ACCEDE TRAMITE IL SOFTWARE iOS AVVIENE A VOSTRO RISCHIO E PERICOLO, ACCETTANDONE ALTRESÌ IL RISCHIO RIGUARDANTE LA QUALITÀ, LE PRESTAZIONI, LA PRECISIONE E L'IMPIEGO SODDISFACENTI.

7.3    NEI LIMITI MASSIMI CONSENTITI DALLA LEGGE, IL SOFTWARE iOS E I SERVIZI VENGONO FORNITI NELLO STATO IN CUI SI TROVANO E COSÌ COME DISPONIBILI, CON TUTTI I POSSIBILI ERRORI E SENZA GARANZIE DI SORTA, E APPLE E I LICENZIATARI DI APPLE (COLLETTIVAMENTE DENOMINATI "APPLE" AI FINI DEI PARAGRAFI 7 E 8) ESCLUDONO ESPRESSAMENTE, RELATIVAMENTE AL SOFTWARE iOS E AI SERVIZI, OGNI GARANZIA E CONDIZIONE, ESPRESSA, IMPLICITA O STATUTARIA, INCLUSE, A TITOLO ESEMPLIFICATIVO MA NON ESAUSTIVO, LE GARANZIE IMPLICITE E/O LE CONDIZIONI DI COMMERCIABILITÀ, DI QUALITÀ SODDISFACENTE, DI IDONEITÀ DEL PRODOTTO A SODDISFARE UNO SCOPO SPECIFICO, DI PRECISIONE, DI GODIMENTO ESENTE DA TURBATIVE E DI NON VIOLAZIONE DEI DIRITTI DI TERZE PARTI.

7.4    APPLE NON GARANTISCE CHE L'UTILIZZO DEL SOFTWARE iOS E DEI SERVIZI SIA ESENTE DA INTERFERENZE, CHE LE FUNZIONI DEL SOFTWARE iOS E DEI SERVIZI SIANO IDONEE A SODDISFARE LE VOSTRE ESIGENZE, CHE IL FUNZIONAMENTO DEL SOFTWARE iOS E DEI SERVIZI SIA ININTERROTTO O IMMUNE DA DIFETTI, CHE I SERVIZI CONTINUERANNO AD ESSERE DISPONIBILI, CHE I DIFETTI RISCONTRATI NEL SOFTWARE iOS VENGANO CORRETTI NÉ CHE IL SOFTWARE iOS SIA COMPATIBILE O CHE FUNZIONI CON APPLICAZIONI, SERVIZI O SOFTWARE DI

TERZE PARTI. L'INSTALLAZIONE DEL SOFTWARE iOS POTREBBE INTERFERIRE CON LA DISPONIBILITÀ E IL FUNZIONAMENTO DI SOFTWARE DI TERZI, APPLICAZIONI O SERVIZI DI TERZE PARTI, COSÌ COME PRODOTTI E SERVIZI APPLE.

7.5     RICONOSCETE ALTRESÌ CHE L'UTILIZZO DEL SOFTWARE iOS E DEI SERVIZI NON È INTESO PER NÉ ADATTO A SITUAZIONI O AMBIENTI IN CUI IL MALFUNZIONAMENTO, EVENTUALI RITARDI, ERRORI O IMPRECISIONI DEL CONTENUTO, DEI DATI O DELLE INFORMAZIONI FORNITE DAL SOFTWARE iOS E DAI SERVIZI POTREBBERO ESSERE CAUSA DI MORTE, DANNI FISICI O AMBIENTALI COMPRESI, A TITOLO ESEMPLIFICATIVO MA NON ESAUSTIVO, LE SITUAZIONI IN CUI VENGONO UTILIZZATE ATTREZZATURE NUCLEARI, STRUMENTAZIONI DI VOLO O DI COMUNICAZIONE CON AEROPLANI E SISTEMI RELATIVI AL CONTROLLO DEL TRAFFICO AEREO, DI SOCCORSO O AD ARMI.

7.6     EVENTUALI INFORMAZIONI O CONSIGLI ORALI O SCRITTI DA PARTE DI APPLE O RAPPRESENTANTI AUTORIZZATI DI APPLE NON POSSONO IN OGNI CASO COSTITUIRE UNA GARANZIA. NEL CASO DI DIFETTI DEL SOFTWARE iOS O DEI SERVIZI I COSTI DERIVANTI DA INTERVENTI, CORREZIONI E RIPARAZIONI CHE DOVESSERO RENDERSI NECESSARI SARANNO TOTALMENTE A CARICO DELL'UTENTE. POICHÉ ALCUNE GIURISDIZIONI NON AMMETTONO L'ESCLUSIONE DELLE GARANZIE IMPLICITE O LE LIMITAZIONI AI DIRITTI ATTRIBUITI DALLA LEGGE AL CONSUMATORE, L'ESCLUSIONE E LE LIMITAZIONI DI CUI SOPRA POTREBBERO NON ESSERE APPLICABILI.

**8. Limitazioni della responsabilità.** PER QUANTO NON ESPRESSAMENTE PROIBITO DALLA LEGGE APPLICABILE, APPLE, LE SOCIETÀ A ESSA AFFILIATE, I SUOI AGENTI E PRINCIPALI SONO SOLLEVATI DA OGNI RESPONSABILITÀ PER QUALSIASI LESIONE PERSONALE O PER QUALSIASI DANNO, DIRETTO O INDIRETTO E DI OGNI GENERE E SPECIE, INCLUSI, A TITOLO ESEMPLIFICATIVO MA NON ESAUSTIVO, I DANNI PER MANCATO GUADAGNO, DANNEGGIAMENTO O PERDITA DI DATI, ERRORE NELLA TRASMISSIONE O RICEZIONE DEI DATI (INCLUSI, A TITOLO ESEMPLIFICATIVO MA NON ESAUSTIVO, ISTRUZIONI, COMPITI E MATERIALI RELATIVI A CORSI), INTERRUZIONE DELL'ATTIVITÀ O ALTRI DANNI O PERDITE COMMERCIALI, DERIVANTI O CORRELATI CON L'UTILIZZO O IL CATTIVO UTILIZZO DEL SOFTWARE iOS, DEI SERVIZI O DI QUALUNQUE SOFTWARE O APPLICAZIONE DI TERZE PARTI CONGIUNTAMENTE AL SOFTWARE iOS O AI SERVIZI, INDIPENDENTEMENTE DALLA LORO CAUSA E DALL'ORIGINE DELLA RESPONSABILITÀ (INTERRUZIONE DEL CONTRATTO, ATTO ILLECITO O ALTRI), ANCHE NEL CASO IN CUI APPLE SIA STATA AVVERTITA DELLA POSSIBILITÀ DI TALI DANNI. POICHÉ ALCUNE GIURISDIZIONI NON AMMETTONO L'ESCLUSIONE O LA LIMITAZIONE DELLA RESPONSABILITÀ PER LESIONI PERSONALI, O PER DANNI DIRETTI O INDIRETTI, LE ESCLUSIONI E LE LIMITAZIONI DI CUI SOPRA POTREBBERO NON ESSERE APPLICABILI. In nessun caso il limite di responsabilità nei confronti dell'utente a carico di Apple per la globalità del danno (escluso quanto eventualmente previsto dalle leggi applicabili in materia di lesioni personali), potrà superare l'importo di duecentocinquanta dollari (USD 250,00). Le limitazioni di cui sopra saranno applicabili anche qualora il risarcimento citato sia carente dello scopo sostanziale.

**9. Certificati digitali.** Il Software iOS contiene delle funzionalità che consentono di accettare certificati digitali emessi da Apple o da terzi. SIETE GLI UNICI RESPONSABILI DI DECIDERE SE CONSIDERARE O MENO AFFIDABILE UN CERTIFICATO EMESSO DA APPLE O DA TERZI. L'UTILIZZO DEI CERTIFICATI DIGITALI È ESCLUSIVAMENTE A VOSTRO RISCHIO. NEI LIMITI DI QUANTO PERMESSO DALLA LEGGE APPLICABILE, APPLE NON OFFRE ALCUNA DICHIARAZIONE NÉ GARANZIA, ESPRESSA O TACITA, RIGUARDO ALLA COMMERCIABILITÀ O ALL'ADEGUATEZZA A SCOPI PARTICOLARI, ALL'ACCURATEZZA, ALLA SICUREZZA O ALLA NON VIOLAZIONE DEI DIRITTI DI TERZE PARTI RELATIVAMENTE ALL'UTILIZZO DEI CERTIFICATI DIGITALI.

**10. Controllo dell'esportazione.** Non è consentito utilizzare, esportare o riesportare il Software iOS se non in conformità con le leggi degli Stati Uniti d'America o del paese in cui il Software iOS è stato acquisito. In particolare, ma senza limitazioni, non è possibile esportare o riesportare il Software iOS (a) in nessun paese sottoposto a embargo da parte degli Stati Uniti o (b) a chiunque figuri nell'elenco del Dipartimento del Tesoro degli Stati Uniti denominato Specially Designated Nationals o negli elenchi del Dipartimento del Commercio degli Stati Uniti denominati Denied Person List o Entity List o in qualsiasi altro elenco di parti soggette a limitazioni. Utilizzando il Software iOS, l'utente afferma espressamente e garantisce di non trovarsi in uno di tali paesi, ovvero di non figurare negli elenchi di cui sopra. L'utente si impegna, inoltre, ad accettare di non utilizzare il Software iOS per nessuno degli scopi vietati dalla legge degli Stati Uniti, inclusi, a titolo esemplificativo ma non esaustivo, lo sviluppo, la progettazione, la fabbricazione o produzione di armi nucleari, chimiche, biologiche o missili.

**11. Utenti finali governativi.** Il Software iOS e la relativa documentazione sono "Prodotti commerciali", come in base alla definizione contenuta in 48 C.F.R. §2.101, composti di "Software per uso commerciale" e di "Documentazione relativa a software per uso commerciale", come in base alle definizioni contenute in 48 C.F.R. §12.212 o 48 C.F.R. §227.7202, secondo il caso. In conformità con 48 C.F.R. §12.212 o 48 C.F.R. da §227.7202-1 a 227.7202-4, secondo applicabilità, il software per uso commerciale e la documentazione relativa a software per uso commerciale vengono dati in licenza al Governo degli Stati Uniti d'America (a) unicamente come prodotti commerciali e (b) con gli stessi diritti di cui godono gli altri utenti finali e in conformità con i termini e le condizioni della presente Licenza. I diritti non pubblicati sono protetti dalla legge degli Stati Uniti sul diritto d'autore.

**12. Legge regolatrice ed eventuale nullità di una o più clausole.** Questa Licenza sarà regolata e interpretata in conformità con la legislazione dello Stato della California, a esclusione dei conflitti legislativi. Questa Licenza non sarà regolata dalla Convenzione delle Nazioni Unite sui contratti di vendita internazionale di merci, la cui applicazione viene esclusa espressamente. Se siete dei consumatori residenti nel Regno Unito, la presente Licenza sarà regolata dalle leggi del Vostro paese di residenza. Se per qualsiasi ragione un tribunale competente dovesse ritenere inapplicabile una o più clausole o parti di clausole di questa Licenza, le altre clausole o parti di clausole rimarranno valide e applicabili.

**13. Integrità dell'accordo e lingua prevalente.** Questa Licenza costituisce l'intero accordo tra Voi e Apple relativamente all'uso del Software iOS e sostituisce ogni eventuale accordo precedente o contemporaneo riguardante quanto in oggetto. Per essere effettivi, eventuali emendamenti o modifiche di questa Licenza dovranno essere effettuati in forma scritta e sottoscritti da un rappresentante autorizzato di Apple. La presente Licenza viene tradotta unicamente per esigenze locali e nel caso in cui la versione inglese della Licenza e la versione tradotta fossero discrepanti, farà fede la versione inglese, nella misura di quanto consentito dalla legislazione locale della Vostra giurisdizione.

**14. Riconoscimenti a terzi.** Alcune parti del Software iOS potrebbero utilizzare o comprendere software di terze parti e altro materiale soggetto a copyright. I riconoscimenti, le condizioni e i termini di licenza e le esclusioni relativi a tali materiali si trovano nella documentazione elettronica del Software iOS e ogni uso di tale materiale è regolato dai rispettivi termini e condizioni. L'uso del servizio Google Safe Browsing è soggetto alle condizioni del servizio di Google (https://www.google.com/intl/it/policies/terms/) e alla politica di tutela della privacy di Google (https://www.google.com/intl/it/policies/privacy/).

**15. Utilizzo di MPEG-4; avviso H.264/AVC.**
(a) Il Software iOS è concesso in licenza secondo i termini della MPEG-4 Systems Patent Portfolio License per la codifica in conformità del MPEG-4 Systems Standard, ad eccezione del fatto che sono necessari una licenza aggiuntiva e il pagamento di royalty per la codifica con (i) dati, pagati singolarmente, archiviati o duplicati su supporti fisici e/o (ii) dati, pagati singolarmente, trasmessi a un utente finale per archiviazione permanente e/o utilizzo. Tale licenza aggiuntiva viene fornita da MPEG LA,

LLC. Per ulteriori informazioni, consultare http://www.mpegla.com.

(b) Il Software iOS contiene funzionalità di codifica e/o decodifica video MPEG-4. Il Software iOS è concesso in licenza secondo i termini della MPEG-4 Visual Patent Portfolio License per l'utilizzo personale e non commerciale da parte di un utente per (i) la codifica di video conformi a MPEG-4 Visual Standard ("MPEG-4 Video") e/o (ii) la decodifica di video MPEG-4 codificati da utenti impegnati in attività personali e non commerciali e/o ottenuti da un distributore video autorizzato da MPEG LA per la fornitura di video MPEG-4. Nessuna licenza o è implicita per utilizzi di tipo diverso. Ulteriori informazioni, incluse quelle relative all'utilizzo promozionale, interno e commerciale, e relative licenze, sono fornite da MPEG LA, LLC. Consultate il sito http://www.mpegla.com.

(c) Poiché il Software iOS contiene funzionalità di codifica e/o decodifica AVC, l'uso commerciale di H. 264/AVC richiederà la concessione di una licenza aggiuntiva e l'applicazione delle seguenti condizioni: LA FUNZIONALITÀ AVC DEL SOFTWARE iOS È CONCESSA IN LICENZA UNICAMENTE PER USO PERSONALE E NON COMMERCIALE A UN UTENTE PER (i) LA CODIFICA VIDEO CONFORME ALLO STANDARD AVC ("VIDEO AVC") E/O (ii) LA DECODIFICA DI VIDEO AVC CODIFICATI DA UN UTENTE OCCUPATO IN ATTIVITÀ PERSONALE E NON COMMERCIALE E/O VIDEO AVC OTTENUTI DA UN PROVIDER VIDEO IN POSSESSO DI LICENZE IDONEE PER LA FORNITURA DI VIDEO AVC. È POSSIBILE OTTENERE ULTERIORI INFORMAZIONI RIGUARDO ALTRI USI E LICENZE DA MPEG LA L.L.C. CONSULTARE IL SITO http://www.mpegla.com.

**16. Restrizioni del servizio Yahoo Search.** Il servizio Yahoo Search disponibile mediante Safari è concesso in licenza per essere utilizzato solamente nei seguenti paesi o regioni: Argentina, Aruba, Australia, Austria, Bahamas, Barbados, Belgio, Bermuda, Brasile, Bulgaria, Canada, Cile, Cina, Cipro, Colombia, Corea del Sud, Danimarca, Ecuador, El Salvador, Filippine, Finlandia, Francia, Germania, Giamaica, Giappone, Grecia, Grenada, Guatemala, Hong Kong, India, Indonesia, Irlanda, Islanda, Isole Cayman, Italia, Lettonia, Lituania, Lussemburgo, Malaysia, Malta, Messico, Nicaragua, Norvegia, Nuova Zelanda, Paesi Bassi, Panamá, Perù, Polonia, Portogallo, Porto Rico, Regno Unito, Repubblica Ceca, Repubblica Dominicana, Romania, Santa Lucia, Saint Vincent, Singapore, Slovacchia, Slovenia, Spagna, Svezia, Svizzera, Tailandia, Trinidad e Tobago, Turchia, Ungheria, Uruguay, Stati Uniti e Venezuela.

**17. Nota su Microsoft Exchange.** L'impostazione e-mail Microsoft Exchange del Software iOS è concessa in licenza solamente per la sincronizzazione di informazioni come e-mail, contatti, calendari e attività mediante trasmissione over-the-air tra iOS e Microsoft Exchange Server o altro software server concesso in licenza da Microsoft per migliorare il protocollo Microsoft Exchange ActiveSync.

EA1520
22/09/2017

————————————
**Termini e condizioni supplementari di Apple Pay**

I presenti termini e condizioni supplementari di Apple Pay ("Termini Supplementari") integrano la licenza software iOS ("Licenza"); l'utilizzo di Apple Pay è regolato sia dai termini della Licenza sia dai presenti Termini Supplementari. La funzionalità Apple Pay verrà considerata "Servizio" nella Licenza. I termini con iniziale maiuscola utilizzati nei presenti Termini Supplementari fanno riferimento agli elementi stabiliti nella Licenza.

**1. Panoramica e limitazioni d'uso**

Apple Pay Vi consente di:

- Archiviare rappresentazioni virtuali delle carte di credito, di debito e prepagate, incluse carte di credito, di debito e prepagate di esercizi commerciali e la carta Apple Pay Cash, supportate dalla funzionalità Apple Pay ("Carte di Pagamento Supportate") e di utilizzare i Dispositivi iOS supportati per effettuare pagamenti contactless in luoghi selezionati o all'interno di app o siti web.
- Utilizzare carte fedeltà e carte regalo salvate in Wallet ("Carte Abilitate per Apple Pay" e insieme alle Carte di Pagamento Supportate, "Carte Supportate") per effettuare transazioni legate alle carte fedeltà e alle carte regalo in punti vendita selezionati come parte dei pagamenti contactless effettuati tramite Apple Pay.
- Inviare pagamenti da persona a persona ad altri utenti di Apple Pay.

Le funzionalità di Apple Pay del Software iOS potrebbero essere disponibili in regioni selezionate, con emittenti di carte, istituti finanziari e attività commerciali selezionati. Le funzionalità possono variare da regione, emittente e commerciante.

Per utilizzare Apple Pay dovete possedere una Carta Supportata. Le Carte Supportate possono variare nel tempo. Inoltre, per poter inviare o ricevere pagamenti da persona a persona, dovete possedere una carta Apple Pay Cash.

Le Carte di Pagamento Supportate e i pagamenti da persona a persona devono essere associati all'ID Apple con il quale avete effettuato l'accesso a iCloud per poter utilizzare tali funzionalità. Le Carte Supportate sono disponibili solo per individui di età maggiore o uguale a 13 anni e potrebbero essere soggette ad altre limitazioni basate sull'età imposte da iCloud o dalla Carta Supportata che state cercando di adoperare. La carta Apple Pay Cash e la possibilità di inviare e ricevere pagamenti da persona a persona sono disponibili solo per individui di età maggiore o uguale a 18 anni.

Apple Pay è destinato a Vostro uso personale e Vi è consentito adoperare solo Carte Supportate di vostra proprietà. Se adoperate una carta supportata aziendale, dichiarate di farlo sotto autorizzazione del Vostro datore di lavoro e di essere autorizzati a vincolare il Vostro datore di lavoro ai presenti termini d'uso e a tutte le transazioni legate all'utilizzo di questa funzionalità. Se inviate o ricevete pagamenti da persona a persona, dichiarate che tale operazione è a uso personale e non commerciale.

Accettate di non utilizzare Apple Pay a scopi illegali o fraudolenti o a qualsiasi altro scopo proibito dalla Licenza o dai presenti Termini Supplementari. Accettate inoltre di utilizzare Apple Pay in conformità con le leggi e le norme applicabili. Accettate di non interferire con, o intralciare, il servizio di Apple Pay (incluso accedere al servizio attraverso qualsiasi mezzo automatizzato) o qualsiasi server o network connessi al servizio o qualsiasi politica, requisito o norma dei network connessi al servizio (incluso qualsiasi accesso non autorizzato, utilizzo o monitoraggio dei relativi dati o traffico).

## 2. Rapporti tra Voi e Apple

Apple Pay Vi consente di creare una rappresentazione virtuale delle Vostre Carte Supportate suoi Vostri Dispositivi iOS supportati. Tuttavia, Apple non elabora i pagamenti né le transazioni legate alle altre carte non di pagamento (come l'accumulo e il riscatto dei premi) né riceve, trattiene o trasferisce i vostri fondi né ha altro tipo di controllo su pagamenti, restituzioni, rimborsi, premi, crediti, sconti o altra attività commerciale che potrebbe derivare dall'utilizzo di tale funzionalità. I termini del contratto di titolare della carta che potreste avere con l'istituto emittente continueranno a regolare l'utilizzo delle Vostre Carte Supportate e il loro utilizzo con Apple Pay. Analogamente, la Vostra partecipazione a qualsiasi programma fedeltà con premi o regali di attività commerciali e il Vostro utilizzo delle Carte Abilitate per Apple Pay con Apple Pay sarà soggetta ai termini e alle condizioni di tali attività commerciali.

La carta Apple Pay Cash e la possibilità di inviare e ricevere pagamenti da persona a persona sono

disponibili solo negli Stati Uniti e sono servizi forniti da Green Dot Bank, membro di FDIC. Quando abilitate tali funzionalità con Apple Pay, aprite un conto con Green Dot Bank e quando inviate o ricevete un pagamento da persona a persona o caricate o ritirate denaro dalla Vostra carta Apple Pay Cash, Green Dot Bank sarà responsabile della ricezione e dell'invio del denaro al destinatario. L'istituto finanziario responsabile del servizio Apple Pay Cash e dei pagamenti da persona a persona all'interno di Apple Pay è soggetto a modifiche e il Vostro utilizzo di tali funzionalità è soggetto ai loro termini e condizioni.

La Licenza e i presenti Termini Supplementari non modificano in alcun modo i termini di qualsiasi contratto di titolare di carte, contratto di utente o contratto con attività commerciali e tali termini regoleranno il Vostro utilizzo della Carta Supportata o della funzionalità di pagamento da persona a persona di Apple Pay e della loro rappresentazione virtuale sul Vostro Dispositivo iOS.

Accettate che Apple non è una parte coinvolta nei Vostri contratti di titolare di carte o nei Vostri contratti con attività commerciali e che Apple non è responsabile (a) del contenuto, precisione o mancata disponibilità di qualsiasi carta di pagamento, carta fedeltà, carta regalo, attività commerciale, transazione o acquisto durante l'utilizzo della funzionalità Apple Pay; (b) dell'emissione del credito o della verifica dell'idoneità al credito; (c) dell'accumulo o riscatto di premi o di credito accumulati all'interno di programmi fedeltà con attività commerciali (d) del finanziamenti o della ricarica delle carte prepagate; e) dell'invio o della ricezione di pagamenti da persona a persona; f) il caricamento, l'utilizzo o il ritiro di denaro dalla Vostra carta Apple Pay Cash.

In caso di disaccordi o domande sulle carte di pagamento, le carte fedeltà o le carte regalo o sulle attività commerciali associate, contattate l'ente emittente o il commerciante coinvolto. Per questioni riguardanti la carta Apple Pay Cash o i pagamenti da persona a persona, contattate il supporto Apple.

**3. Privacy**

Apple Pay necessita di alcune informazioni dal Vostro Dispositivo iOS per poter offrire le proprie funzionalità complete. Inoltre, quando utilizzate la carta Apple Pay Cash o inviate o ricevete pagamenti da persona a persona, vengono raccolte e conservate informazioni aggiuntive riguardanti le Vostre transazioni, al fine di offrire il servizio sul Vostro conto, per prevenire frodi e per questioni normative. Potete trovare ulteriori informazioni sui dati raccolti, utilizzati o condivisi come parte del Vostro utilizzo di Apple Pay, della carta Apple Pay Cash o dei pagamenti da persona a persona con Apple Pay consultando Informazioni su Apple Pay e Privacy (accessibili tramite Wallet o Apple Pay sul dispositivo iOS o all'interno dell'app Watch su un dispositivo iOS abbinato) o visitando https://www.apple.com/it/privacy/. Utilizzando tali funzionalità, accettate e consentite a Apple, alle sue società e agenti la trasmissione, la raccolta, la manutenzione, l'elaborazione e l'uso di queste informazioni per fornire la funzionalità di Apple Pay.

**4. Sicurezza, dispositivi smarriti o disabilitati**

Apple Pay archivia rappresentazioni virtuali delle Vostre Carte Supportate e deve essere protetto come proteggereste i Vostri contanti o le Vostre carte di credito, carte di debito, carte premi o carte regalo vere e proprie. Se fornite il codice di accesso del Vostro dispositivo o una terza parte o consentite a una terza parte di aggiungere le proprie impronte digitali per utilizzare Touch ID o di utilizzare Face ID,  questa potrebbe avere la possibilità di eseguire pagamenti, inviare, richiedere o ricevere pagamenti da persona a persona, ritirare denaro dalla Vostra carta Apple Pay Cash o riscattare premi o credito utilizzando Apple Pay sul Vostro dispositivo. Siete gli unici responsabili del mantenimento della sicurezza del Vostro dispositivo o codice di accesso. Accettate che Apple non è in alcun modo responsabile in caso di perdita o condivisione dell'accesso al dispositivo. Accettate che Apple non è in alcun modo responsabile se effettuate modifiche non autorizzare a iOS (come ad esempio tramite un "jailbreak").

Per poter accedere a particolari funzionalità di Apple Pay, tra cui la carta Apple Pay Cash e i pagamenti da persona a persona con Apple Pay, potrebbe essere necessario abilitare misure di sicurezza aggiuntive, come l'autenticazione a due fattori per l'ID Apple. Se in futuro rimuoverete tali funzionalità di sicurezza, potreste non essere più in grado di continuare ad accedere a particolari funzionalità di Apple Pay.

Se il Vostro dispositivo viene smarrito e "Trova il mio iPhone" è attivato, potete utilizzare tale funzione per cercare di sospendere l'abilità di pagare con le Carte di Pagamento Supportate virtuali o di inviare pagamenti da persona a persona sul dispositivo mettendolo in modalità di smarrimento. Potete anche cancellare il Vostro dispositivo; in questo modo si tenterà di sospendere l'abilità di pagare con le Carte di Pagamento Supportate virtuali o di inviare pagamenti da persona a persona sul dispositivo e si tenterà anche di rimuovere le Carte Abilitate per Apple Pay. È anche opportuno contattare l'istituto che ha emesso le Carte di Pagamento Supportate, l'attività commerciale che ha emesso le Carte Abilitate per Apple Pay e Apple, nel caso della carta Apple Pay Cash, in modo di evitare l'accesso non autorizzato alle Carte Supportate.

Se segnalate o Apple sospetta attività fraudolente o abusive, accettate di cooperare con Apple in qualsiasi indagine e di utilizzare qualsiasi misura di prevenzione delle frodi che indicheremo.

**5. Limitazioni della responsabilità**

IN AGGIUNTA ALLE CLAUSOLE ESONERATIVE DI ALTRE GARANZIE E ALLE LIMITAZIONI DELLA RESPONSABILITÀ STABILITE NELLA LICENZA, APPLE NON SI ASSUME ALCUNA RESPONSABILITÀ PER ACQUISTI, PAGAMENTI TRANSAZIONI O ALTRE ATTIVITÀ COMMERCIALI EFFETTUATE UTILIZZANDO APPLE PAY E ACCETTATE DI BASARVI ESCLUSIVAMENTE SUI CONTRATTI CHE POTRESTE AVERE CON L'ISTITUTO EMITTENTE, LA RETE DI PAGAMENTI, GLI ISTITUTI FINANZIARI O IL COMMERCIANTE PER RISOLVERE QUALSIASI QUESTIONE O DISPUTA RIGUARDANTI LE VOSTRE CARTE SUPPORTATE, I PAGAMENTI DA PERSONA A PERSONA E LE ATTIVITÀ COMMERCIALI CONNESSE.

— — — — — — — — — —
**NOTIFICHE DA APPLE**
Qualora Apple dovesse volervi contattare relativamente al Vostro prodotto o account, accettate di ricevere le notifiche via e-mail. Riconoscete che tali notifiche inviate elettronicamente da Apple soddisfano ogni requisito di comunicazione legale.

한글

**중요사항: iPHONE, iPAD, 또는 iPOD TOUCH (이하 "iOS DEVICE")를 사용함으로써 귀하는 아래 약관에 구속된다는 점에 동의하는 것입니다.**

**A.     APPLE iOS 소프트웨어 사용권 계약**
**B.     APPLE PAY 부가 약관**
**C.     APPLE로부터의 통지**

**APPLE INC.**
**iOS 소프트웨어 사용권 계약**
**단일 사용권**

**귀하의 iOS DEVICE 를 사용하기 전에 또는 본 사용권에 수반되는 소프트웨어 업데이트를 다운로드하기 전에 반드시 본 소프트웨어 사용권 약관(이하 "사용권")을 유의하여 읽어 주십시오. 귀하는 iOS DEVICE 를 사용하거나 또는 소프트웨어 업데이트를 다운로드 함으로써 본 사용권 약관을 준수할 의무가 있음에 동의하는 것입니다. 만일 귀하가 본 사용권 약관에 동의하지 않으시면 iOS DEVICE를 사용하거나 소프트웨어 업데이트를 다운로드하지 마십시오.**

**귀하가 최근에 iOS DEVICE 를 구입하였고 본 사용권약관에 동의하지 않는 경우, 귀하는 https://www.apple.com/ legal/sales_policies/ 에 명시된 Apple의 환불정책에 따라 반환기간 내에 iOS DEVICE 을 구입한 Apple 스토어나 공인된 판매점에서 환불을 위하여 반환하실 수 있습니다.**

**1. 일반사항**
(a) 귀하의 iOS Device 에 수반된 소프트웨어(Boot ROM 코드, 내장형 소프트웨어 및 제3자 소프트웨어를 포함함), 사용설명서, 인터페이스, 컨텐츠, 폰트 및 기타 데이터("오리지널 iOS 소프트웨어")는 Apple이 제공하는 기능향상, 시스템 저장 소프트웨어 또는 소프트웨어 업데이트에 의하여 업데이트되거나 대체될 수 있기 때문에("iOS 소프트웨어 업데이트") 단지 메모리상의 것이든, 다른 미디어에 있거나 다른 형태(이하 오리지널 iOS 소프트웨어와 iOS 소프트웨어 업데이트를 총칭하여 " iOS 소프트웨어"라고 함)의 것이든 상관없이 본 사용권 약관에 따른 사용만을 위하여 Apple Inc.(이하 "Apple"이라고 함)가 귀하에게 사용 허가한 것이며 판매한 것이 아닙니다. Apple 및 그 라이센서들은 iOS 소프트웨어 자체에 대한 소유권을 보유하며 귀하에게 명시적으로 부여되지 않은 모든 권리를 보유하고 있습니다. 귀하는 본 사용권 약관이 귀하의 iOS Device에 내장된 Apple 상표의 앱에 적용되는 것에 동의합니다. 다만 그 앱에 수반되는 별도의 사용권이 있고, 귀하가 그 별도의 사용권 약관이 그 앱의 사용에 적용되는 것에 동의한 경우에는 본 사용권 약관이 적용되지 않습니다.

(b) Apple은 Apple의 재량으로 iOS 소프트웨어 업데이트를 할 수 있습니다. iOS 소프트웨어 업데이트에는 현존하는 모든 소프트웨어의 기능이나 Apple이 출시하는 최신 iOS 또는 iOS Device의 다른 모델들을 위한 새로운 기능을 포함하지 아니할 수도 있습니다. 본 사용권 약관은 Apple이 제공하는 iOS 소프트웨어 업데이트에 적용됩니다. 다만 iOS 소프트웨어 업데이트가 별도의 사용권을 수반하고, 귀하가 그 별도의 사용권 약관이 적용될 것에 동의한 경우에는 본 사용권 약관이 적용되지 않습니다.

(c) 만일 귀하가 귀하의 기존의 iOS 기기를 기반으로 새로운 iOS 기기를 설정하는 고속 설정 기능을 사용하신다면, 귀하는 본 사용권 약관이 귀하의 새로운 iOS 기기에서의 귀하의 iOS 소프트웨어 사용에 적용될 것에 동의합니다. 다만 별도의 사용권을 수반하고, 귀하가 그 별도의 사용권 약관이 귀하의 그 iOS 소프트웨어 사용에 적용될 것에 동의한 경우에는 본 사용권 약관이 적용되지 않습니다.

**2. 허가된 사용권의 이용 및 제한**
(a) 귀하는 본 사용권 약관에 따라 iOS 소프트웨어를 한 대의 Apple 상표가 붙은 iOS Device에 사용을 제한적이고 비독점적인 사용권을 부여받습니다. 제2조 (b)항에 허용되는 경우를 제외하고 또한 귀하와 Apple 간의 별도의 계약에 규정되어 있지 않는 한, 본 사용권상 iOS 소프트웨어는 동시에 한 대 이상의 Apple 상표가 붙은 iOS Device에 존재할 수 없고, 귀하는 동시에 다수의 장치에 의해 사용될 수 있는 네트워크 상에서 iOS 소프트웨어를 사용하거나 배포할 수 없습니다. 본 사용권은 귀하에게 Apple 소유의 인터페이스를 사용할 수 있는 권리를 부여하지 않으며 또한, iOS Device에 사용하기 위한 제3자 장치와 액세서리 또는 제3자 소프트웨어 애플리케이션의 디자인, 개발, 제조, 라이센싱 혹은 배포에 대한 기타 지적재산권을 부여하지 않습니다. 위 권리 중 일부는 Apple과는 별개의 사용권 하에서 사용가능합니다. https:// developer.apple.com/programs/mfi/ 에 방문 하시면 iOS Device용 제3자 장치와 액세서리 개발에 대해 보다 많은 정보를 얻을 수 있으며 https://developer.apple.com 에 방문 하시면 iOS Device용 소프트웨어 애플리케이션 개발에 대해 더

많은 정보를 얻을 수 있습니다.

(b) 귀하는 본 사용권의 약관에 따라 귀하가 소유하거나 관리하는 그러한 모든 iOS Device에 소프트웨어를 업데이트하거나 복원하도록 Apple이 귀하의 iOS Device 모델에 이용 가능하게 한 iOS 소프트웨어 업데이트를 다운로드할 수 있는 제한적이고 비독점적인 사용권을 부여 받습니다. 본 사용권상 귀하는 귀하가 소유하지 않거나 관리하지 않는 iOS Device의 업데이트 또는 복원을 할 수 없으며, 동시에 다수의 장치나 컴퓨터에 의해 사용될 수 있는 네트워크 상에서는 iOS 소프트웨어 업데이트를 사용하거나 배포할 수 없습니다. 만약 귀하가 귀하의 컴퓨터에 대한 iOS 소프트웨어 업데이트를 다운로드 하였다면, 귀하는 오로지 복구용 목적을 위하여, 귀하의 컴퓨터에 저장된 iOS 소프트웨어 업데이트의 한 개의 사본을 컴퓨터에서 해독 가능한 형태로 만들 수 있습니다. 단, 그 복구용 사본은 원본이 가지고 있는 일체의 저작권이나 기타 재산권 등의 사항을 표시하고 있어야 합니다.

(c) 귀하가 iOS Device를 구입한 시점에 Apple이 미리 설치해 놓은 Apple 상표의 앱(이하 "미리 설치된 앱")의 범위에서, 귀하가 iOS Device 상에서 미리 설치된 앱을 사용하기 위하여 귀하는 App Store에서 로그인하여 미리 설치된 앱과 귀하의 App Store 계정을 연결해야 합니다. 귀하가 미리 설치된 앱과 귀하의 App Store 계정을 연결하면, 귀하의 iOS Device에 미리 설치된 다른 모든 Apple 상표 앱이 자동으로 연결됩니다. 미리 설치된 앱과 귀하의 App Store 계정을 연결함으로써, 귀하는 Apple이 귀하의 미리 설치된 앱에 대한 접근 요청이 권한있는 요청인지 검증하고 또한 귀하가 App Store를 통해 미리 설치된 앱에 접근할 수 있도록 하는 고유 계정 식별자로서 귀하의 App Store 계정의 Apple ID 및 귀하의 iOS Device에서 수집한 고유 하드웨어 식별자를 전송, 수집, 유지, 처리 및 사용하는 것에 동의하는 것입니다. 만약 미리 설치된 앱을 사용하는 것을 원하지 않으신다면, 귀하는 언제든지 귀하의 iOS Device에 미리 설치된 앱을 삭제할 수 있습니다.

(d) 귀하는 iOS 소프트웨어나 iOS 소프트웨어가 제공하는 서비스 혹은 그 일부의 복사(본 사용권이 명시적으로 허용한 경우는 제외), 역 컴파일, 역공학, 역 어셈블, 소스 코드를 도출하려는 시도, 암호해독, 수정 또는 파생작업들을 할 수 없습니다. 또한 귀하는 이를 행하는 데에 동의하지 않으며 타인으로 하여금 이를 행하도록 할 수도 없습니다 (단, 본 iOS 소프트웨어에 포함된 오픈 소스 요소들을 규율하는 사용허가 약관 혹은 관련 법률에 의해 허용되는 경우는 제외).

(e) iOS 소프트웨어는 자료를 복제하기 위해 사용될 수 있으나, 그러한 복제를 위한 사용은 저작권이 없는 자료, 귀하가 저작권을 소유하고 있는 자료 또는 귀하에게 복제가 승인되거나 허가된 자료를 복제하는 경우로 제한됩니다. 귀하의 iOS Device에 게시 및 저장되거나 귀하의 iOS Device를 통해 접근하는 모든 컨텐츠와 관련된 소유권 및 지적재산권은 각각의 컨텐츠 소유자의 것입니다. 이러한 컨텐츠는 저작권이나 기타 지적재산권 및 조약에 의해 보호될 수 있으며 그러한 컨텐츠를 제공하는 제3자 사용조건에 적용될 수 있습니다. 본 계약에서 다르게 규정된 경우를 제외하고, 본 사용권은 귀하에게 그러한 컨텐츠를 사용할 권리를 부여하지 아니하고, 귀하에게 그러한 컨텐츠가 계속적으로 이용 가능하게 될 것이라는 점도 보증하지 아니합니다.

(f) 귀하는 iOS 소프트웨어 및 서비스(아래 제5조에 정의된 바와 같이)를 모든 관련 법률에 따라 사용할 것에 동의하며, 이와 같은 법률에는 귀하가 거주하거나 iOS 소프트웨어 및 서비스를 다운로드하거나 사용하는 국가 또는 지역의 지역법률이 포함됩니다. iOS 소프트웨어의 기능과 서비스는 모든 언어로 또는 지역에서 제공되지 않을 수 있으며, 일부 기능은 지역에 따라 상이할 수 있고, 일부 기능은 귀하의 서비스 제공자에 따라 제한되거나 사용이 불가능할 수도 있습니다. iOS 소프트웨어 및 서비스의 일부 기능은 와이파이(Wi-Fi) 또는 무선 데이터(cellular data) 연결이 필요합니다.

(g) App Store 사용은 Apple ID로 알려진 고유한 사용자명과 비밀번호를 요구합니다. Apple ID는 앱 업데이트 또는 iOS 소프트웨어 및 서비스의 특정 기능에 접근하는 경우에도 필요합니다.

(h) 귀하는 iOS 소프트웨어의 많은 기능, 내장 앱 및 서비스들이 데이터를 전송하고 귀하의 데이터 플랜 요금에 영향을 줄 수 있다는 점 및 귀하가 그러한 요금을 지불할 책임이 있다는 점을 인정합니다. 귀하는 어떤 애플리케이션이 무선 데이터를 사용하도록 허가를 받았는지를 보고 관리할 수 있고 그러한 애플리케이션이 무선 데이터 설정 하에서 얼마만큼의 데이터를 사용했는 지에 대한 추정치를 볼 수 있습니다. 더 많은 정보는 귀하의 iOS Device를 위한 사용자 가이드(User Guide)를 참고하시기 바랍니다.

(i) 귀하가 자동 앱 업데이트 기능을 사용하도록 설정하면, 귀하의 iOS Device는 귀하의 기기에 설치된 앱 중에서 업데이트할 것이 있는지를 Apple에 주기적으로 확인할 것입니다. 만약 업데이트 가능한 앱이 있다면 그 업데이트가 귀하의 기기에 자동으로 다운로드 되고 설치될 것입니다. 귀하는 언제든지 설정 > iTunes 및 App Store > 자동 다운로드 아래에 있는 업데이트 기능을 끔으로써 자동 업데이트를 사용하지 않도록 할 수 있습니다.

(j) 특정 환경 하에서는 iOS Device를 사용함으로 인하여 귀하의 주의력이 분산되고 위험한 상황이 초래될 수도 있습니다

(예를 들어, 운전 중 문자메시지 전송 또는 자전거 운행 중 헤드폰 착용 등). iOS Device를 사용함으로써 귀하는 휴대전화 또는 헤드폰의 사용을 금지하거나 제한하는 규정을 준수할 책임이 있음에 동의하는 것입니다(예를 들어, 운전 중에는 핸즈 프리를 사용하도록 하는 규정).

**3. 양도.** 귀하는 iOS 소프트웨어를 임대, 리스, 대여, 매각, 재분배 또는 귀하의 사용권의 범위 내에서 제3자에게 다시 사용 권을 부여할 수 없습니다(귀하의 사용권의 범위 내에서 제3자에게 다시 사용권을 부여하는 것을 이하, '2차 사용권 부여'라 고 합니다). 그러나 다음과 같은 모든 조건을 충족한 경우에는 귀하의 iOS Device 의 소유권의 양도와 관련하여 제3자에게 iOS 소프트웨어에 대한 귀하의 일체의 사용권을 1회에 한하여 영구적으로 양도할 수 있습니다. (a) iOS 소프트웨어의 모든 구성요소와 본 사용권을 포함하여 귀하의 iOS Device 과 iOS 소프트웨어 일체를 양도하는 경우일 것, (b) 귀하는 컴퓨터나 다른 저장 도구에 저장된 복사본을 포함하여 전부이든 일부이든 iOS 소프트웨어의 어떠한 복사본도 보유하지 않을 것, (c) iOS 소프트웨어를 양도받을 당사자가 본 사용권계약의 조항들을 숙지하고 승낙하는 것에 동의할 경우일 것.

**4. 데이터의 사용 동의.** 귀가 귀하의 기기를 사용할 때, 귀하의 전화번호 및 귀하의 iOS Device의 특정 고유 식별자는 iMessage 및 FaceTime과 같은 iOS Software의 다양한 커뮤니케이션 기능을 사용하는 동안 다른 사람이 귀하의 전화번 호로 귀하에게 연락할 수 있게 하기 위하여 Apple에 전송됩니다. 귀하가 iMessage를 사용하는 동안, Apple은 귀하의 메 시지를 확실히 송달하기 위하여 제한된 기간 동안 그 메시지를 암호화된 형태로 보유할 수 있습니다. 귀하는 iOS Device의 FaceTime 또는 Messages 환경설정에서 FaceTime 또는 iMessage를 종료할 수 있습니다. 분석 기법, 위치 서비스 기능, Siri 기능, 및 받아쓰기 기능과 같은 특정 기능은 그 각각의 기능을 제공하기 위해 귀하의 iOS Device에 정보를 요구할 수 있습니다. 귀하가 그러한 기능을 켜거나 사용할 때 어떠한 정보가 Apple에 보내지고, 그러한 정보가 어떻게 사용되는지에 관한 더 많은 정보가 제공될 것입니다. 이에 대한 상세한 내용은 https://www.apple.com/kr/privacy/에서 확인할 수 있 습니다. 귀하의 정보는 언제나 https://www.apple.com/legal/privacy/ 에서 확인할 수 있는 Apple의 개인정보 보호정책 을 준수하여 취급될 것입니다.

**5. 서비스 및 제3자 자료**
(a) iOS 소프트웨어는 Apple의 iTunes Store, App Store, iBooks Store, Game Center, iCloud, Maps 및 Apple과 제3자 의 서비스와 웹사이트(총칭하여 또는 개별적으로, "본 서비스"라고 함)에 접속할 수 있게 합니다. 그러한 서비스는 모든 언 어나 모든 국가에서 사용 가능하지 않을 수 있습니다. 본 서비스를 이용하기 위해서는 인터넷에 접속해야 하며, 특정 서비 스의 사용은 Apple ID를 요구할 수 있고, 귀하에게 추가적인 약관에 동의할 것을 요구할 수 있고 추가적인 비용이 발생할 수도 있습니다. Apple ID나 기타 Apple 서비스와 관련하여 본 소프트웨어를 사용함으로써 귀하는 https:// www.apple.com/legal/internet-services/itunes/ww/ 에 접속하여 볼 수 있는, 귀하가 이러한 서비스에 접속하는 국가 의 최신 Apple 미디어 서비스 약관 과 같은 그러한 서비스에 대한 해당 서비스 약관에 동의합니다.

(b) 귀하가 iCloud와 관련하여 등록한 경우, "iCloud Photo Library", "My Photo Stream", "iCloud Photo Sharing", "Back Up"과 "Find My iPhone"과 같은 특정 iCloud 기능은 iOS 소프트웨어로부터 직접 접속될 수 있습니다. 귀하는 귀하 의 iCloud 및 그러한 기능들의 사용은 https://www.apple.com/legal/internet-services/icloud/ww/ 에 접속하여 볼 수 있는 최신 iCloud 서비스 약관에 따라야 함을 인정하고 그에 동의합니다.

(c) News 앱 컨텐츠: 귀하가 News 앱을 통해 제공받은 컨텐츠를 사용하는 것은 오로지 개인적, 비상업적 용도로만 제한되 고, 그 컨텐츠의 소유지분은 귀하에게 양도되지 않으며, 특히 그러한 컨텐츠를 상업용 또는 프로모션용으로 사용할 권리를 제한없이 배제합니다. 또한, 귀하가 독립적 파일 형태로 News 앱을 통해 제공받은 모든 이미지를 재발행, 재전송 및 재생 산하는 것을 금지합니다.

(d) Maps. iOS 소프트웨어의 지도 서비스 및 기능(이하 "Maps", 지도 데이터의 적용 범위 포함)은 지역에 따라 상이할 수 있습니다. 귀하가 Maps 내에서 Turn-by-Turn Navigation, 교통검색 및 지역검색과 같은 위치기반기능을 사용할 때, 귀 하의 요청을 처리하고 Maps를 향상시키기 위하여 iOS Device의 실시간 지리적 위치를 포함한 다양한 위치관련 정보 및 이용 정보가 Apple에 전송될 수 있습니다. Apple은 귀하를 개인적으로 식별하지 않는 방식으로 이러한 위치 데이터 및 이 용 데이터를 수집합니다. **Maps를 사용함으로써, 귀하는 Apple, 그 자회사들 및 대리인들이 Maps의 기능과 서비스를 비 롯하여 기타 Apple 제품 및 서비스를 제공하고 이를 향상시키기 위하여 동 정보를 전송, 수집, 유지, 처리 및 사용할 수 있 다는 점에 동의합니다.** Apple은 또한 이러한 정보를 통합된 방식 또는 개인적으로 식별하지 않는 방식으로 Apple의 파트 너와 사용권자(licensee)에게 제공하여 그들의 지도 및 위치 기반 제품과 서비스를 향상하는데 도움을 줄 수 있습니다. 귀 하는 귀하의 iOS Device상의 위치서비스 설정에 가서 Maps의 개별 위치 설정을 끔으로써 Maps의 위치기반 기능을 사용 하지 않도록 할 수 있습니다. 그러나, 위치서비스 설정을 사용하지 않도록 설정할 경우, 특정 Maps 기능(예컨대, Turn-by-Turn Navigation)을 사용할 수 없게 됩니다.

(e) iBooks; Podcasts. 귀하가 iBooks 및 Podcasts 앱의 동기화 기능을 사용하여 귀하의 책갈피, 노트, 콜렉션 및 podcast 구독 데이터를 귀하의 iOS Device 및 컴퓨터 간에 동기화하고자 할 경우, 귀하는, Apple ID를 이용해 컨텐츠에 접근하도록 허용된 귀하의 다른 장치 및 컴퓨터와 동기화하기 위하여, 그 데이터가 iBooks Store 또는 iTunes Store를 사용하는데 필요한 귀하의 Apple ID와 함께 Apple에 전송되고 저장된다는 것을 인정하는 것입니다. 귀하는 설정에서 iBooks 및 Podcasts 앱의 동기화 옵션을 각각 변경하여 언제든지 동기화 기능을 끌 수 있습니다.

(f) 귀하는 본 서비스를 사용함으로써 그 내용이 노골적인 언어로 표시되었다고 판단될 수도 있고 아닐 수도 있는 공격적이거나 외설적이거나 무례한 것으로 간주될 수 있는 컨텐츠 및 특정 URL의 검색 또는 접속의 결과가 자동적으로, 우연하게 불쾌한 사이트로 연결되는 컨텐츠에 직면할 수도 있다는 것을 이해합니다. 그럼에도 불구하고, 귀하는 자신의 위험 부담하에 본 서비스를 사용한다는데 동의하며, Apple, 그 자회사, 대리인, 본인 또는 라이센서들은 공격적이거나 외설적이거나 무례하다고 판단될 수 있는 그 컨텐츠에 대하여 귀하에게 어떠한 책임도 부담하지 않습니다.

(g) 특정 서비스는 제3자로부터 컨텐츠, 데이터, 정보, 애플리케이션 또는 자료("제3자 자료")를 게시, 포함 또는 이용할 수 있으며 특정 제3자의 웹사이트에 연결될 수 있습니다. 귀하는 본 서비스를 이용함에 있어 Apple이 그 제3자 자료나 웹사이트의 내용, 정확성, 완결성, 적시성, 유효성, 저작권 준수, 적법성, 적절성, 품질 또는 기타 측면을 검사하거나 평가하는데 책임이 없다는 점에 동의합니다. Apple, 그 임직원, 계열회사, 자회사들은 제3자의 서비스, 제3자 자료 또는 웹사이트 혹은 제3자의 다른 자료들, 제품들 또는 서비스에 대하여 어떠한 법적 책임을 귀하나 다른 누군가에게 부담하지 않으며, 이를 보장하거나 보증하지 않습니다. 제3자 자료 및 기타 웹사이트에 대한 링크는 오직 귀하의 편의를 위해 제공된 것입니다.

(h) Apple이나 그 컨텐츠 제공자들은 모든 서비스에 의해 제공되는 증권정보, 위치정보 또는 기타 정보의 이용가능성, 정확성, 완결성, 신뢰성 또는 적시성에 관하여 보증하지 않습니다. 본 서비스에 의해 나타나는 재무정보는 오로지 일반적인 정보 제공의 목적을 위한 것이며, 투자정보로서 신뢰하여서는 아니 됩니다. 귀하는 본 서비스를 통하여 획득된 정보에 기한 유가증권 거래를 하기 전에, 귀하의 국가 또는 지역에서의 재무 또는 유가증권 자문을 할 수 있는 법적인 자격이 있는 재정 전문가 또는 유가증권 전문가로부터 조언을 구해야 합니다. 모든 서비스(Apple Maps 서비스 포함)에 의해 제공되는 위치정보는 오로지 기본적인 탐색 및 계획설정의 목적을 위해서만 제공되며, 정확한 위치정보가 요구되거나 사망, 개인적 상해, 재산상 또는 환경적 손해를 야기할 수 있는 잘못된, 부정확한, 지연된 또는 불완전한 위치정보가 제공되는 상황에 의존하도록 제작된 것이 아닙니다. 귀하는 Maps 서비스로부터 얻은 결과가 Maps 데이터 정확성에 영향을 줄 수 있는 요인들(날씨, 도로 및 교통상황 및 지정학적 사건을 포함하나 이에 한정되지 않음)로 인하여 실제의 도로 상황 또는 지형 상황과 다를 수 있다는 점에 동의합니다. 귀하의 안전을 위하여, Navigation 기능을 사용할 때는 도로 표지판 및 현재의 도로 상황에 항상 유의하시기 바랍니다. 안전운전수칙과 도로규정을 준수하여 주시고, 보행 방향은 인도 또는 보행로를 포함하지 않을 수 있다는 것을 알아 두시기 바랍니다.

(i) 본 서비스를 사용하여 컨텐츠를 업로드하는 경우, 귀하는 (i) 귀하가 해당 컨텐츠에 대한 모든 권리를 소유하고 있거나, 해당 컨텐츠를 업로드할 수 있는 권한을 보유하고 있거나, 또는 달리 귀하가 합법적으로 해당 컨텐츠를 업로드 할 수 있다는 점 그리고 (ii) 해당 컨텐츠가 본 서비스에 적용되는 서비스 조건을 위반하지 않는다는 점을 진술합니다. 귀하는, 본 서비스는 Apple, 사이트 소유자 또는 그 사용권 허가자들(licensors)이 소유하고, 저작권 등 관련 지적재산법 및 기타 법령에 의해 보호되는 재산권의 대상이 되는 컨텐츠, 정보 및 자료를 포함하고 있다는 점에 동의합니다. 귀하는 본 서비스의 허가된 사용 외에 본 사용권 약관에 일치되지 않거나 제3자나 Apple의 지적재산권을 침해하는 방식으로 위 재산권의 보호를 받는 컨텐츠, 정보 또는 자료들을 임의로 사용할 수 없다는 점에 동의합니다. 본 서비스의 어떠한 부분도 다른 형태나 수단에 의하여 재생산될 수 없습니다. 귀하는 어떠한 형태로건 본 서비스에 기한 파생 상품을 변경, 임대, 리스, 대여, 판매, 판매, 배포 또는 창출할 수 없으며, 컴퓨터 바이러스, 컴퓨터 파괴프로그램, 트로이의 목마 또는 기타 손상 소프트웨어를 전송하기 위해 서비스를 사용하거나 네트워크 용량을 침해하거나 부담시키는 등 합법적이지 못한 방식으로 본 서비스를 활용해서는 안됩니다. 또한, 귀하는 타인의 권리를 침해, 오용, 위협, 훼손하는 방식으로 본 서비스를 사용하지 못하며 Apple은 귀하의 위와 같은 행위에 대하여 전혀 책임이 없고 귀하가 본 서비스의 사용으로 인해 받을 수 있는 어떠한 위협적이거나 권리를 침해하거나 불법적인 메시지나 전송내용에 대해서도 책임을 부담하지 않습니다.

(j) 추가적으로, iOS Device로 접속되거나 연결되거나 또는 iOS Device상에 시연될 수 있는 서비스 및 제3자 자료는 모든 언어로 모든 국가 또는 지역에서 이용 가능한 것은 아닙니다. Apple은 그 서비스 및 제3자 자료가 적절하다거나 혹은 어떠한 장소에서도 사용 가능하다는 점에 대하여 보증하지 않습니다. 귀하가 그 서비스 및 제3자 자료에 접속 또는 사용하는 것을 선택하는 한, 귀하는 자발적으로 위 행위를 하는 것이며 해당 지역법, 개인정보보호법 및 데이터 수집법을 망라하여 모든 적용법을 준수할 책임이 있습니다. 귀하의 iOS Device를 통해 사진을 공유하고 동기화하는 과정에서 메타데이터(사진이 찍힌 장소 및 시간, 및 깊이 정보 포함)가 사진과 함께 전송될 수 있습니다. 이러한 사진을 공유 또는 동기화 하기 위해 Apple 서비스를 사용하는 것 (iCloud Photo Library와 같은)은 Apple이 이러한 메타데이터를 수신하고 저장하는 것을 수반할 것입니다. Apple 및 그 사용권 허가자들(licensors)은 별도의 통지 없이 언제라도 본 서비스로의 접속을 변경, 중지,

제거 또는 불가능하게 할 수 있는 권리를 유보합니다. 어떠한 경우에도 Apple은 본 서비스로의 접속을 불가능하게 하거나 또는 제거하는 것에 대하여 그 책임이 없습니다. Apple은 또한 통지나 책임 없이 어떠한 경우에도 특정 서비스에 대한 접속이나 그 사용을 제한할 수 있습니다.

**6. 종료.** 본 사용권은 계약 종료시까지 유효합니다. 귀하가 본 사용권 약관의 조건들을 준수하지 않을 경우, 본 사용권에 근거한 귀하의 권리는 Apple로부터의 사전통지 없이 자동으로 종료되거나 그 효력이 중지됩니다. 사용권의 종료와 동시에 귀하는 일체의 iOS 소프트웨어의 사용을 중지해야 합니다. 본 사용권의 4조, 5조, 6조, 7조, 8조, 9조, 12조, 13조는 그러한 종료 이후에도 계속 존속합니다.

**7. 보증의 배제**

7.1    만약 귀하가 (귀하의 거래, 비즈니스 또는 직업의 범위 이외의 iOS 소프트웨어를 사용하는) 현재의 고객이라면 귀하는 아래의 제한의 적용이 금지되는 지역의 국가에서 법적인 권리를 보유할 수 있으며, 그 경우 그 제한들은 귀하에게 적용되지 않습니다. 권리에 관한 상세한 정보는 지역 고객상담센터에서 확인할 수 있습니다.

7.2    **귀하는 관련 법률이 허용하는 한도에서 귀하의 전적인 책임하에서 iOS 소프트웨어와 이에 의하여 수행되거나 이를 통해 접속되는 모든 서비스를 사용하며 품질에 대한 만족도, 성능, 정확도 및 노력에 대한 전적인 책임 역시 귀하에게 있다는 것을 명시적으로 인정하고 이에 동의합니다.**

7.3    준거법이 허용하는 최대의 범위 내에서, iOS 소프트웨어와 서비스는 매수인의 책임으로 또한 기타 다른 종류의 보증 없이 "있는 그대로," "이용 가능한대로"의 상태로 제공됩니다. 또한 Apple과 Apple이 사용권을 부여한 자(제7항과 제8항과의 관련상 총칭하여 "Apple"이라고 함)는 이로써 명시적이든 묵시적이든 또는 법규상의 것이든, 상품으로서의 적합성, 품질에 대한 만족도, 특정한 목적을 위한 적합성, 정확성, 문제없는 사용에 대한 묵시적 보증이나 조건 및 제3자의 권리를 침해하지 아니할 것 등의 iOS 소프트웨어와 본 서비스와 관련된 모든 보증이나 조건에 대하여 책임이 없습니다.

7.4    Apple은 iOS 소프트웨어와 이에 포함되어 있거나 iOS 소프트웨어를 통해 수행 또는 제공되는 기능이 귀하가 요구하는 사항을 충족시킨다거나, iOS 소프트웨어 및 서비시의 동작이 중단되지 아니하고 오류가 없다거나, 모든 서비스가 계속 이용 가능하다거나, iOS 소프트웨어 또는 본 서비스의 결함이 수정될 것이라거나, iOS 소프트웨어가 제3자 소프트웨어, 애플리케이션이나 제3자 서비스와 함께 작동될 수 있다라는 등의 iOS 소프트웨어와 본 서비스를 사용하는 데 대한 장애에 대하여 보증하지는 않습니다. 본 iOS 소프트웨어를 설치할 경우 제3자 소프트웨어, 애플리케이션 또는 제3자 서비스뿐만 아니라 Apple 제품 및 서비스의 이용가능성 및 기능에 장애가 발생할 수 있음을 명심하시기 바랍니다.

7.5    또한, 귀하는 iOS 소프트웨어와 본 서비스가 핵시설, 항공 관제나 통신 시스템, 항공 교통통제, 생명유지장치 또는 무기 시스템의 작동 등 iOS 소프트웨어나 서비스에 의하여 제공되는 컨텐츠, 데이터, 정보의 실패나 지연, 오류나 부정확성이 사망, 상해, 심각한 물리적 환경격 손상을 가져올 수 있는 상황이나 환경에서 사용되도록 의도되거나 그러한 사용에 적합하지 않다는 점을 인정합니다.

7.6    Apple 또는 Apple로부터 수권받은 대표자가 어떠한 구두 혹은 서면의 정보나 자문을 제공하였다고 하여도 이것이 보증을 의미하는 것은 아닙니다. 만일 iOS 소프트웨어 또는 본 서비스에 결함이 있는 것으로 판명될 경우, 필요한 서비스, 수리 혹은 수정비용 모두를 귀하가 부담하여야 합니다. 특정 지역에서는 묵시적 보증의 배제나 소비자에게 적용되는 성문법상의 권리에 대한 제한을 허용하지 않고 있는바, 이 경우 위와 같은 보증의 배제나 책임의 제한이 적용되지 않을 수 있습니다.

**8. 책임 제한.** 해당 법률로 금지되지 않는 범위 내에서, Apple, 그 자회사, 대리인 또는 본인은 iOS 소프트웨어와 본 서비스 및 iOS 소프트웨어 또는 본 서비스와 관련된 제3자 소프트웨어나 애플리케이션의 사용이나 사용불능으로 인하여 발생되거나 그와 관련이 있거나 상관없이, 나아가 어떠한 이유로 초래된 것인지와도 상관없이, 기대이익상실의 손해, 데이터의 변조나 분실, 데이터(강의지침, 과제, 및 자료를 포함하나 이에 제한되지 않음)의 전송이나 수취실패, 영업의 중단 또는 기타 상업적인 손해와 멸실 등을 포함하여 인사사고나 어떠한 형태의 우연적인, 특수한, 간접적이고 결과적인 손해이든 그 손해에 대하여 책임을 지지 아니합니다. 이는 또한 배상책임의 법리(계약, 불법행위 또는 기타) 여하와 상관없으며, 나아가 Apple이 사전에 그러한 손해의 가능성에 대하여 통보받았다 하더라도 마찬가지입니다. **특정 국가들은 인사사고나 우연적 혹은 결과적인 손해에 대한 책임의 배제 또는 제한을 허용하지 아니하므로, 이러한 책임제한이 귀하에게 적용되지 아니할 수 있습니다.** 귀하의 모든 손해(인사사고와 관련된 사건에서 적용되는 법률이 요구하는 경우는 제외)에 대한 Apple의 전 책임액은 어떠한 경우에도 미화 이백오십 달러($250.00)를 초과하지 않습니다. 위에서 언급한 구제수단이 본질적 목적에 부합하지 않는다고 하더라도 상기의 책임제한이 적용됩니다.

9. **디지털 인증서.** iOS 소프트웨어에는 Apple이나 제3자가 발행한 디지털 인증서를 수락할 수 있는 기능이 있습니다. **귀하에게는 Apple이나 제3자가 발행한 인증서가 신뢰할 수 있는 것인가를 결정하여야 할 단독책임이 있습니다. 해당 법률이 최대한 허용하는 한, 귀하의 디지털 인증서 사용은 귀하 자신의 책임이며 상품으로서의 적합성, 특정한 목적을 위한 적합성, 정확성, 안전성 및 제3자 권리를 침해하지 아니할 것이라는 디지털 인증서와 관련된 명시적 또는 묵시적 보증이나 진술을 Apple은 하지 않습니다.**

10. **수출 통제.** 귀하는 미합중국 법률 및 iOS 소프트웨어를 구입한 국가(들)의 법률에 의해 승인 받은 경우를 제외하고 iOS 소프트웨어를 사용하거나 수출 또는 재수출할 수 없습니다. 특히 iOS 소프트웨어는 다음과 같은 국가로 수출되거나 재수출될 수 없습니다. (a) 미합중국과 통상금지 조치가 처해진 국가, (b) 미합중국 재무성의 특별 선정국 목록상의 개인이나 미합중국 상무성의 기피인물 목록 또는 기피단체 목록상의 당사자 목록상의 개인 또는 단체. iOS 소프트웨어를 사용할 경우 귀하는 귀하가 위에서 언급한 국가 기타의 목록에 거주하지 아님을 입증하고 보증하여야 합니다. 미사일, 핵무기, 화학 혹은 생화학 무기 등의 개발, 기획, 제조 혹은 생산을 망라하여 미국법에 의하여 금지된 어떠한 목적을 위하여도 iOS 소프트웨어를 사용하지 않을 것을 동의합니다.

11. **정부가 최종 사용자인 경우.** iOS 소프트웨어 관련 서류들은 "상업적인 품목"이며, "상업적인 품목"이 라는 용어는 48 C.F.R.(U.S. Code of Federal Regulations) §2.101에서 정의 되어 있는바, 이는 "상업적 컴퓨터 소프트웨어" 및 "상업적 컴퓨터 소프트웨어 문서"로 구성되어 있고, 또한 이들 용어는 48 C.F.R. §12.212 또는 48 C.F.R. §227.7202에 해당되는 것으로 사용되고 있습니다. 48 C.F.R. §12.212 또는 48 C.F.R. §227.7202-1부터 §227.7202-4의 관련 조항과 일치시켜 볼 때, 상업적 컴퓨터 소프트웨어와 상업적 컴퓨터 소프트웨어 문서들은 (a) 상업적 품목으로서만 그리고 (b) 본 약관에 따른 기타의 최종 사용자에게 부여된 권 리와 동일한 권리로서만 미합중국 정부에게 최종 사용자가 될 권리를 부여하고 있습니다. 공개되지 않은 권리는 미합중국의 저작권법에서 유보되어 있습니다.

12. **준거법과 분리조항.** 본 사용권은 캘리포니아 주 법에 따라 규율되고 해석되며, 국제사법 규정은 제외됩니다. 본 사용권은 국제상품매매계약에 관한 유엔 협약에 의해 규율되지 않으며 동 협약의 적용은 명시적으로 배제됩니다. 만약 귀하가 영국에 기반을 둔 고객일 경우에는 본 약관은 귀하의 주거지역의 관할법률의 적용을 받을 것입니다. 만약 어떠한 이유로 당해 관할법원이 어떠한 조항이나 그 일부분이 이행불가능함을 발견한 경우에도, 본 사용권의 나머지 조항들은 계속적으로 유효하며 완전한 효력이 있습니다.

13. **완전합의 및 규율 언어.** 본 사용권 계약은 iOS 소프트웨어에 관련하여 귀하와 Apple 사이에 완전한 합의를 구성하고, 관련 문제에 관한 모든 사전적, 동시적 합의에 대해 우선권을 갖습니다. 본 사용권 계약에 대한 수정이나 정정은 문서로 작성되고 Apple이 서명한 경우에만 구속력을 갖습니다. 본 사용권 계약서의 번역문은 해당 지역의 필요에 의해서 작성되고, 귀하의 관할 지역 법률에 의해 금지되지 않는 한 영문판과 번역문 사이에 불일치가 있을 경우에는 영문판이 우선합니다.

14. **제3자 승인.** iOS 소프트웨어의 일부는 제3자의 소프트웨어나 다른 저작권자의 저작물을 사용하거나 포함할 수 있습니다. 그러한 자료의 승인, 사용약관 및 부인은 iOS 소프트웨어 전자문서에 포함되며, 그 자료에 관한 귀하의 사용은 각 약관의 규율에 따라야 합니다. Google Safe Browsing 서비스의 이용은 Google 서비스 약관(https://www.google.com/intl/ko/policies/terms/)과 Google의 개인정보보호 정책 (https://www.google.com/intl/ko/policies/privacy/)에 따라야 합니다.

15. **MPEG-4 사용; H.264/AVC 통지**
(a) iOS 소프트웨어는 MPEG-4 시스템 표준에 따른 인코딩을 하기 위하여 MPEG-4 시스템 특허 포트폴리오 사용허가권에 따라 사용 허가되었습니다. 단, (i) 제목 기준으로 지급하는 물리적 미디어에 저장 혹은 복사된 데이터 및/또는 (ii) 제목 기준으로 지급되고 영구 저장 및/또는 사용을 위하여 최종 사용자에게 전송된 데이터와 관련된 인코딩을 위해서는 추가 사용권과 로열티 지급이 요구됩니다. 추가 사용허가권은 MPEG LA. L.L.C 로부터 구하실 수 있습니다. 추가적인 자세한 사항은 http://www.mpegla.com 을 참조하시기 바랍니다.

(b) iOS 소프트웨어가 MPEG-4 비디오 인코딩 그리고/혹은 디코딩 기능을 포함하고 있는 경우에, iOS 소프트웨어는(i) MPEG-4 비주얼 스탠더드 ("MPEG-4 비디오")를 준수하는 비디오 인코딩 그리고/혹은 (ii)개인적이고 비상업적인 활동에 종사하는 소비자가 인코드한 MPEG-4 비디오 그리고/혹은 MPEG-4 비디오를 공급하기 위하여 MPEG LA로부터 허가 받은 비디오 제공자로부터 구입한 MPEG-4 비디오를 디코드하기 위한 소비자의 개인적이고 비상업적인 사용을 위하여 MPEG-4 비주얼 특허 포트폴리오에 따라 사용 허가 되었습니다. 기타의 사용에 대해서는 그 어떤 사용 허가도 부여되지 않았으며 함축되지도 않았습니다. 홍보용, 내부용 및 상업적 사용과 관련된 추가적인 정보와 사용허가에 대한 정보는 MPEG LA, L.L.C.로부터 구하실 수 있습니다. http://www.mpegla.com 을 참조하십시오.

(c) iOS 소프트웨어가 AVC 인코딩 그리고/혹은 디코딩 기능을 포함하는 한, H.264/AVC를 상업적으로 사용하기 위해서는 추가 사용허가가 필요하며 다음의 조건이 적용됩니다: **iOS 소프트웨어의 AVC 기능은 (i) AVC 기준에 따른 비디오 인코드 ("AVC 비디오")하기 위하여 그리고/혹은 (ii) 개인적이고 비상업적 활동에 종사하는 소비자가 인코드한 AVC 비디오를 디코드 하는데 그리고/혹은 AVC 비디오를 공급할 수 있도록 허가받은 비디오 제공자로부터 얻은 AVC 비디오를 디코드하기 위한 소비자의 개인적이고 비상업적인 사용만을 위하여 여기에서 사용허가된 것입니다. 기타 사용 및 허가에 관한 정보는 MPEG LA L.L.C.로부터 구하실 수 있습니다. http://www.mpegla.com 을 참조하십시오.**

**16. Yahoo 검색 서비스 제한.** Safari를 통하여 이용 가능한 Yahoo검색 서비스는 오로지 다음 국가 및 지역들에서만 그 사용이 허가됩니다: 아르헨티나, 아루바, 오스트레일리아, 오스트리아, 바바도스, 벨기에, 버뮤다, 브라질, 불가리아, 캐나다, 케이먼 아일랜드, 칠레, 중국, �job비아, 키프러스, 체코공화국, 덴마크, 도미니크 공화국, 에콰도르, 엘살바도르, 핀란드, 프랑스, 독일, 그리스, 그라나다, 과테말라, 홍콩, 헝가리, 아이슬란드, 인디아, 인도네시아, 아일랜드, 이태리, 자마이카, 일본, 라트비아, 리투아니아, 룩셈부르크, 말레이지아, 말타, 멕시코, 네덜란드, 뉴질랜드, 니카라과, 노르웨이, 파나마, 페루, 필리핀, 폴란드, 포르투갈, 푸에르토리코, 루마니아, 싱가포르, 슬로바키아, 슬로베니아, 대한민국, 스페인, 세인트 루키아, 세인트 빈센트, 스웨덴, 스위스, 대만, 타이, 바하마, 트리니대드 앤 토바고, 터키, 영국, 우루과이, 미국 및 베네쥬엘라.

**17. Microsoft Exchange 통지.** iOS Software에 설정된 Microsoft Exchange 메일은 Microsoft Exchange 서버 또는 Microsoft사가 Microsoft Exchange ActiveSync 프로토콜을 실행하도록 사용 허가한 다른 서버 소프트웨어와 귀하의 iOS 간의 이메일, 연락, 일정 및 작업과 같은 정보의 무선동기화를 위해서만 그 사용이 허락됩니다.

EA1520
2017.09.22.

--------------------------
**Apple Pay 부가 약관**

본 Apple Pay 부가 약관(이하 "부가 약관")은 iOS 소프트웨어 사용권 계약(이하 "사용권 계약")을 보충하는 것입니다; 귀하의 Apple Pay 기능 사용 시 사용권 계약과 본 부가 약관이 모두 적용됩니다. 여기에서 Apple Pay 기능은 본 사용권 계약에 따라 "서비스"로 간주됩니다. 본 부가 약관의 영문 대문자 용어(iOS Device 등)의 정의는 사용권 계약에서 규정된 바와 같습니다.

**1. 개요 및 사용제한**

Apple Pay를 통해 귀하는 다음 사항을 할 수 있습니다:

- Apple Pay 기능이 지원되는 매장 신용카드, 직불카드, 선불카드, 및 Apple Pay Cash 카드를 포함한 신용카드, 직불카드 및 선불카드(이하 "지원되는 지급 카드 등")의 가상의 카드를 등록하고 지원되는 iOS Device를 사용하여 선정된 장소 또는 App 내에서 또는 웹사이트에서 비접촉식 결제를 할 수 있습니다.
- 귀하는 Wallet에 저장된 리워드 및 기프트 카드 (이하 "Apple Pay가 가능한 카드 등", 지원되는 지급 카드 등과 총칭하여, "지원되는 카드 등")를 사용하여 Apple Pay를 사용한 비접촉식 결제의 하나로, 선정된 매장에서 비접촉식으로 리워드 및 기프트 카드 거래를 할 수 있습니다.
- 또한 개인간 지불을 다른 Apple Pay 사용자에게 발송 할 수 있습니다.

iOS 소프트웨어의 Apple Pay 기능은 특정 지역에서만, 특정 카드발급업자, 금융 기관, 및 상인과의 거래에서만 사용 가능할 수도 있습니다. 이 기능은 지역, 발급업자 및 상인에 따라 상이할 수 있습니다.

Apple Pay를 사용하기 위해서는 지원되는 카드가 필요합니다. 지원되는 카드 등은 언제든지 변경될 수 있습니다. 또한 개인간 지불을 발송 또는 수신하기 위해서, 귀하는 Apple Pay Cash 카드를 사용해야만 합니다.

지원되는 지급 카드 및 개인간 지불은 귀하가 iCloud에 로그인 한 Apple ID와 연계되어야 그 기능을 사용할 수 있습니다. 지원되는 카드 등은 13세 또는 그 이상의 개인만 사용할 수 있으며, iCloud 또는 귀하가 등록하고자 하는 지원되는 카드 등의 나이 제한 관련 부가 규정이 적용됩니다. Apple Pay Cash 카드 및 개인간 지불의 발송 및 수신 기능은 18세 또는 그 이상의 개인만 이용 가능합니다.

Apple Pay는 귀하의 개인적 목적의 사용을 위해 개발된 것이므로 귀하 명의의 지원되는 카드 등만 등록할 수 있습니다. 만

약 귀하가 지원되는 법인카드를 등록하고자 한다면, 귀하는 귀하의 고용주의 승인을 얻었다는 사실 및 귀하의 고용주가 본 약관 및 이 기능을 사용함에 따른 모든 거래에 구속되도록 한다는 점에 대한 승인을 받아 사용한다는 점을 표시하는 것입니다. 만일 귀하가 개인간 지불을 발송 또는 수신한다면, 귀하는 이것이 귀하의 개인적인, 비상업적인 사용을 위한 것임을 표시하는 것입니다.

귀하는 Apple Pay를 불법적인 목적 또는 사기 목적, 기타 사용권 계약 및 본 부가 약관에서 금하는 목적으로 사용하지 않기로 동의합니다. 또한 귀하는 Apple Pay를 관계 법령 및 규제에 따라 사용하기로 동의합니다. 귀하는 Apple Pay 서비스를 방해(자동화된 수단을 통하여 서비스에 접속하는 것을 포함)하지 않으며, Apple Pay 서비스에 연결된 서버 및 네트워크, Apple Pay 서비스에 연결된 네트워크의 정책, 요구사항, 규제 등에 지장(승인되지 않은 접속 및 데이터/트래픽 사용·모니터링을 포함)을 주지 않는다는 점에 대해 동의합니다.

## 2. Apple과 귀하의 관계

Apple Pay를 통해 귀하는 귀하의 지원되는 iOS Device에 지원되는 카드 등에 대한 가상의 카드를 등록할 수 있습니다. 다만 Apple은 결제 또는 기타 비결제 카드 거래(예를 들어 리워드 적립 및 상환)를 처리하지 않으며, 귀하의 자금을 수신, 보유, 또는 이체하지 않으며, 이 기능 사용으로 인한 결제, 반품, 환불, 리워드, 가치평가, 할인 또는 기타 상업적 활동에 대해 어떠한 통제권을 가지고 있지 않습니다.

지원되는 카드 등의 사용과 Apple Pay와 관련하여 그러한 카드 등의 사용에는 귀하가 카드발급자와 적절히 체결한 카드회원 계약의 내용이 적용됩니다. 마찬가지로, 귀하의 상점 리워드 또는 기프트 카드 프로그램에 대한 참여 및 Apple Pay와 관련한 Apple Pay가 가능한 카드 등의 사용에는 해당 상인의 조건이 적용됩니다.

Apple Pay Cash 카드 및 개인간 지급의 발송 및 수신 기능은 미국에서만 이용가능하고 Green Dot 은행, 연방 예금 보험 공사 회원에게 제공되는 서비스입니다. 귀하가 Apple Pay 내에서 이러한 기능을 활성화하면, 귀하는 Green Dot 은행에 계좌를 개설하는 것이며, 귀하가 개인간 지불을 발송 또는 수신하거나 귀하의 Apple Pay Cash 카드에 돈을 충전 또는 인출하면, Green Dot 은행은 귀하의 돈을 지정된 수신인에게 수신 및 발송하는 것에 책임을 질 것입니다. Apple Pay 내에서 Apple Pay Cash 및 개인간 지불을 제공할 책임이 있는 금융 기관은 변경 될 수 있으며 귀하의 이러한 기능의 사용은 그 약관이 적용됩니다.

사용권 계약 또는 본 부가 약관으로 인하여 카드회원, 사용자 계약 또는 상인계약의 어떠한 내용도 수정되지 않으며, 해당 계약이 귀하의 이용가능한 지원되는 카드 또는 Apple Pay의 개인간 지불 기능 및 귀하의 iOS Device에 등록된 가상의 카드의 사용에 대해 계속해서 적용될 것입니다. 귀하는 Apple은 귀하의 카드회원 또는 상인 계약의 당사자가 아니며, Apple은 (a) Apple Pay 기능 사용을 통한 지불 카드, 리워드 카드, 기프트 카드, 상업적 활동, 거래 또는 구매의 내용, 정확성 또는 이용불가능성; (b) 신용카드 발급 또는 신용카드 발급자격 검증; (c) 상인의 프로그램에 따라 리워드나 저장된 가치의 적립 또는 상환; (d) 선불카드에 대한 자금 제공 또는 재충전; (e) 개인간 지불의 발송 또는 수신; 또는 (f) 귀하의 Apple Pay Cash 카드에서 돈을 충전, 상환, 또는 인출에 대한 어떠한 책임도 지지 않다는 것에 동의합니다.

지불카드, 리워드 카드, 기프트 카드, 또는 관련 상업적 활동에 관한 분쟁 또는 질문에 대해서는 귀하의 카드 발급업자 또는 해당 상인에게 문의하시기 바랍니다. Apple Pay Cash 카드 또는 개인간 지불에 관한 질문은 Apple Support에 문의하시기 바랍니다.

## 3. 개인정보보호

Apple Pay가 제대로 기능하기 위해서는 귀하의 iOS Device로부터 정보를 수집하여야 합니다. 또한 귀하가 귀하의 Apple Pay Cash 카드를 사용하거나 개인간 지급을 발송 또는 수신하면, 귀하의 거래에 대한 추가 정보가 수집 및 보존되어 귀하의 계정을 서비스하고, 이는 사기 방지 및 규제 목적을 가집니다. 귀하는 (귀하의 iOS Device상의 Wallet & Apple Pay로 가거나 iOS Device와 쌍으로 연결된 Watch app상에서 제공되는) Apple Pay and Privacy에 대한 설명을 읽거나 https://www.apple.com/kr/privacy/ 에 방문함으로써 Apple Pay, Apple Pay Cash 카드, 또는 Apple Pay의 개인간 지급 사용 과정에서 수집, 사용 또는 공유되는 데이터에 대한 더 많은 정보를 확인할 수 있습니다. 이러한 기능들을 사용함으로써, 귀하는 Apple, 그 자회사들 및 대리인들이 Apple Pay의 기능을 제공하기 위하여 상기 정보 전부를 전송, 수집, 유지, 처리 및 사용할 수 있다는 점에 동의합니다.

## 4. 보안; 분실 또는 사용불능 기기

Apple Pay에는 귀하의 지원되는 카드 등의 가상 카드가 저장되며, 이는 귀하가 현금 또는 물리적 신용카드, 직불카드, 선불카드, 리워드 카드 또는 기프트 카드를 보호하는 것과 마찬가지로 보호되어야 합니다. 귀하의 기기의 비밀번호를 제3자에게 제공하거나 또는 제3자로 하여금 그 제3자의 지문을 Touch ID로 추가하여 사용하거나 Face ID를 활성화 하도록 허락하면, 그 제3자가 결제, 개인간 지불을 발송, 요청, 또는 수신, 귀하의 Apple Pay Cash 카드에서 돈을 인출, 또는 귀하의 기기에서 Apple Pay를 사용하여 리워드나 대변금액(credit)을 받거나 상환하는 결과가 발생할 수도 있습니다. 귀하의 기기 및 비밀번호의 보안을 유지하는 것은 전적으로 귀하의 책임입니다. 귀하는 만약 귀하가 기기에 대한 접근방법을 상실하거나 접근방법을 공유하게 되더라도 Apple은 이에 대해 아무런 책임이 없음에 동의합니다. 귀하는 만약 귀하가 iOS에 승인되지 않은 변경(흔히 탈옥이라 불리는)을 가하는 경우 Apple은 이에 대해 아무런 책임이 없음에 동의합니다.

귀하는 Apple Pay Cash 카드 및 Apple Pay를 이용한 개인간 지불을 포함한 Apple Pay의 특정 기능에 접속하기 위해 귀하의 Apple ID의 이중 인증과 같은 추가 보완조치를 활성화 할 필요가 있습니다. 만일 귀하가 차후 이러한 보완 기능들을 제거한다면, 귀하는 Apple Pay의 특정 기능에 계속 접속하지 못할 수 있습니다.

귀하의 기기를 분실하거나 도난당한 경우에 나의 iPhone 찾기를 활성화시켜 놓은 상태라면, 귀하는 나의 iPhone 찾기를 사용하여 분실 모드로 전환함으로써 그 기기에 등록된 가상의 지원되는 지급 카드 등을 통한 지급기능 또는 개인간 지급 발송을 정지할 수 있습니다. 귀하는 기기를 삭제 함으로써, 기기에 등록된 가상의 지원되는 지급 카드 등을 통한 지급기능 또는 개인간 지불 발송 기능을 정지하고, Apple Pay가 가능한 카드 등을 제거할 수 있습니다. 귀하의 지원되는 카드 등에 대한 승인되지 않은 접근을 예방하기 위해서는 귀하의 지원되는 지급 카드 등의 카드발급업자, 귀하의 Apple Pay가 가능한 카드 등을 발급한 상인, 및 귀하의 Apple Pay Cash 카드의 경우 Apple에게 연락을 취해야 합니다.

귀하가 사기성 카드사용 및 부당한 카드사용을 보고하거나 Apple이 이를 의심하는 경우, 귀하는 어떠한 조사와 관련하여서도 Apple에 협조하며 Apple이 제공하는 사기 예방 조치를 사용하는 것에 동의합니다.

## 5. 책임 제한

**사용권 계약에 규정된 보증의 배제 및 책임 제한에 부가하여, APPLE은 APPLE PAY 기능을 사용한 구매, 결제 , 거래, 또는 기타 상업적 활동에 대하여 어떠한 책임도 부담하지 않습니다. 귀하는 지원되는 카드 등, 개인간 지급, 및 관련 상업적 활동에 관한 문의 또는 분쟁발생 시 귀하가 귀하의 카드발급업자, 결제 네트워크사, 금융 기관, 또는 상인과 체결한 계약에만 근거하여 이를 처리할 것임을 동의합니다.**

-------------------------
**Apple로부터의 통지**
귀하는 귀하의 제품이나 계정과 관련하여 Apple이 귀하에게 연락하는 경우 이메일로 통지받을 것에 동의하며 당사가 귀하께 송부한 전자통지가 법정 커뮤니케이션 요건을 충족하였음에 동의하는 바입니다.

**ESPAÑOL**

**IMPORTANTE: UTILIZAR TU iPHONE, iPAD O iPOD TOUCH ("DISPOSITIVO iOS") IMPLICA QUE ACEPTAS LAS SIGUIENTES CONDICIONES:**

**A.   CONTRATO DE LICENCIA DE SOFTWARE iOS DE APPLE**
**B.   CONDICIONES COMPLEMENTARIAS DE APPLE PAY**
**C.   AVISOS DE Apple**

**APPLE INC.**
**CONTRATO DE LICENCIA DE SOFTWARE iOS**
**Licencia de un solo uso**

**POR FAVOR, LEE DETENIDAMENTE ESTE CONTRATO DE LICENCIA DE SOFTWARE ("LICENCIA") ANTES DE UTILIZAR EL DISPOSITIVO iOS O DESCARGAR LA ACTUALIZACIÓN DE SOFTWARE QUE ACOMPAÑA A ESTA LICENCIA. UTILIZARLO O DESCARGAR UNA ACTUALIZACIÓN DE SOFTWARE, SEGÚN SEA EL CASO, SE INTERPRETARÁ COMO UN HECHO INEQUÍVOCO DE QUE ACEPTAS LAS CLÁUSULAS DE ESTA LICENCIA. SI NO LAS ACEPTAS, NO USES EL DISPOSITIVO iOS NI DESCARGUES LA ACTUALIZACIÓN DE SOFTWARE.**

**SI HAS COMPRADO RECIENTEMENTE UN DISPOSITIVO iOS Y NO ACEPTAS ESTA LICENCIA, PUEDES DEVOLVER EL DISPOSITIVO iOS DURANTE EL PERIODO DE DEVOLUCIÓN ESTABLECIDO EN LA TIENDA APPLE O AL ESTABLECIMIENTO AUTORIZADO DONDE LO ADQUIRISTE Y SOLICITAR TU REEMBOLSO DE CONFORMIDAD CON LA POLÍTICA DE DEVOLUCIONES DE APPLE, QUE ESTÁ DISPONIBLE EN: https://www.apple.com/legal/sales_policies/.**

**1. General.**
(a) Apple Inc. ("Apple") te concede (no vende) una licencia para el uso de este software (incluidos el código ROM de arranque, el software incluido y el software de terceros), la documentación, las interfaces, los contenidos, las tipografías y cualquier tipo de datos que acompañen al Dispositivo iOS (en adelante, el "Software iOS original"), que pueden ser actualizados o reemplazados por funciones mejoradas, actualizaciones de software o programas de restauración del sistema de Apple (las "Actualizaciones del Software iOS"), ya sea en memoria de solo lectura o en cualquier otro soporte o de cualquier otra forma (el Software iOS original y las Actualizaciones del Software iOS se denominan conjuntamente el "Software iOS"), para su uso únicamente bajo las condiciones de esta Licencia. Apple y sus licenciantes conservan la propiedad del Software iOS y se reservan todos los derechos no concedidos a ti de forma expresa. Aceptas que las condiciones de esta Licencia se aplicarán a todas las aplicaciones de marca Apple integradas en tu Dispositivo iOS, a menos que una aplicación incluya una licencia separada, en cuyo caso aceptas que dicha aplicación se regirá por las condiciones de la licencia correspondiente.

(b) Apple puede, a su entera discreción, desarrollar en el futuro Actualizaciones del Software iOS. En caso de que las haya, puede que dichas Actualizaciones del Software iOS no incluyan necesariamente todas las funciones de software ya existentes ni funciones nuevas que Apple destine a modelos más recientes o diferentes de Dispositivos iOS. Las condiciones de esta Licencia regirán cualquier Actualización del Software iOS proporcionada por Apple, salvo que dicha Actualización del Software iOS original se acompañe de una licencia propia, en cuyo caso aceptas que serán de aplicación las condiciones de la misma.

(c) Si utilizas la función de configuración exprés para configurar un Dispositivo iOS nuevo basándote en tu Dispositivo iOS ya existente, aceptas que las condiciones de esta Licencia se aplicarán al uso que

hagas del Software iOS en tu Dispositivo iOS nuevo, a menos que incluya una licencia separada, en cuyo caso aceptas que el uso que hagas de dicho Software iOS se regirá por las condiciones de esa licencia.

**2. Usos permitidos y restricciones de la Licencia.**

(a) De acuerdo con las condiciones de esta Licencia, se te concede una licencia limitada no exclusiva para utilizar el Software iOS en un único Dispositivo iOS de marca Apple. Salvo lo expresamente permitido en la sección 2(b) siguiente, y salvo que medie un acuerdo separado entre tú y Apple, esta Licencia no permite que el Software iOS esté instalado en más de un Dispositivo iOS de marca Apple al mismo tiempo, y no podrás distribuir ni colocar el Software iOS en una red donde pueda ser utilizado por varios dispositivos al mismo tiempo. La presente Licencia no te concede ningún derecho para el uso de las interfaces propiedad de Apple, así como ningún derecho de propiedad intelectual con respecto al diseño, desarrollo, fabricación, concesión de licencias o distribución de dispositivos y accesorios de otros fabricantes o de aplicaciones de software de terceros que se usen con el Dispositivo iOS. Algunos de estos derechos se recogen en otras licencias de Apple. Para obtener más información acerca del desarrollo de dispositivos y accesorios de otros fabricantes para Dispositivos iOS, visita el sitio https://developer.apple.com/programs/mfi/. Para más información sobre el desarrollo de aplicaciones de software de otros fabricantes para Dispositivos iOS, visita el sitio https://developer.apple.com.

(b) De acuerdo con las condiciones de esta Licencia, se te concede una licencia limitada no exclusiva para descargar las Actualizaciones del Software iOS que Apple lance para tu modelo de Dispositivo iOS con el fin de actualizar o restaurar el software de cualquier Dispositivo iOS que poseas. Esta Licencia no permite actualizar o restaurar ningún Dispositivo iOS que no sea de tu propiedad, ni distribuir o colocar las Actualizaciones del Software iOS en una red donde puedan ser utilizadas por varios periféricos u ordenadores al mismo tiempo. Si descargas una Actualización del Software iOS en tu ordenador, podrás realizar una copia de las Actualizaciones del Software iOS almacenadas en tu ordenador en un formato legible únicamente a efectos de copia de seguridad, siempre y cuando esta contenga toda la información relativa a derechos de autor y copyright, u otros datos relativos a la propiedad, contenida en el original.

(c) Si Apple ha preinstalado aplicaciones de marca Apple desde App Store en tu Dispositivo iOS en el momento de la compra ("Aplicaciones preinstaladas"), tendrás que iniciar sesión en App Store y asociar a tu cuenta de App Store estas Aplicaciones preinstaladas para poder utilizarlas en el Dispositivo iOS. Cuando asocies una Aplicación preinstalada a tu cuenta de App Store, se asociarán automáticamente todas las demás Aplicaciones preinstaladas de tu Dispositivo iOS. Al asociar las Aplicaciones preinstaladas a tu cuenta de App Store, aceptas que Apple pueda transmitir, recopilar, mantener, procesar y usar tanto el ID de Apple que utiliza en tu cuenta de App Store como el identificador de hardware único de tu Dispositivo iOS como identificadores únicos de la cuenta con el fin de verificar si tu solicitud es apta y proporcionarte acceso a las Aplicaciones preinstaladas a través de App Store. Si no deseas utilizar una Aplicación preinstalada, puedes eliminarla del Dispositivo iOS en cualquier momento.

(d) No podrás —y aceptas no hacerlo ni permitir a otras personas que lo hagan— copiar (excepto en los casos expresamente permitidos en la presente Licencia), descompilar, desensamblar o intentar obtener el código fuente, como tampoco descifrar, modificar o crear trabajos derivados del Software iOS o de cualquier servicio proporcionado por el Software iOS ni de ninguna de sus partes (excepto en la medida en que la legislación aplicable o las condiciones de licencia que rigen el uso de componentes de código abierto o de código de muestra que puedan estar incluidos en el Software iOS prohíban cualquiera de las restricciones anteriores).

(e) El Software iOS puede utilizarse para reproducir materiales siempre que dicho uso se limite a la reproducción de materiales sin copyright, materiales de los que poseas el copyright o materiales que

puedas reproducir porque cuentas con la autorización o el permiso legal correspondientes. Los derechos de titularidad y de propiedad intelectual de cualquiera de los contenidos que se muestran o almacenan en el Dispositivo iOS, o a los que se accede a través de este, pertenecen a los propietarios del contenido correspondiente. Dicho contenido puede estar protegido por las leyes y los tratados vigentes en materia de propiedad intelectual y de derechos de autor y quedan sujetos a las condiciones de uso de la tercera parte suministradora del contenido. A menos que se establezca lo contrario en el presente documento, esta Licencia no te concede ningún derecho para el uso de dicho contenido ni garantiza que el contenido siga estando disponible para tu utilización.

(f) Te comprometes a utilizar el Software iOS y los Servicios (tal como se definen en el apartado 5 de este documento) de conformidad con todas las leyes aplicables, incluidas las leyes locales del país o la región donde residas o donde te descargues y utilices el Software iOS y los Servicios. Es posible que las funciones del Software iOS y los Servicios no estén disponibles en todos los idiomas o regiones, que algunas funciones varíen según la región y que tu proveedor de servicios restrinja algunas funciones o no las ofrezca. Algunas de funciones del Software iOS y Servicios requieren una conexión de datos móviles o Wi-Fi.

(g) Necesitas una combinación única de nombre de usuario y contraseña —conocida como ID de Apple — para poder utilizar App Store. El ID de Apple también es necesario para acceder a actualizaciones de aplicaciones y determinadas funciones del Software iOS y los Servicios.

(h) Reconoces que muchas funciones, apps integradas y Servicios del Software iOS transmiten datos y podrían conllevar cargos para tu plan de datos, y que te haces cargo de dichos cargos. Puedes ver y controlar qué aplicaciones tienen autorización para utilizar datos móviles y ver una estimación de la cantidad de datos que consumen en la sección "Datos móviles" de Ajustes. Para obtener más información, consulta el Manual del usuario de tu Dispositivo iOS.

(i) Si seleccionas la opción para permitir la actualización automática de aplicaciones, el Dispositivo iOS buscará periódicamente actualizaciones para las aplicaciones de tu dispositivo y, si las hay, las descargará e instalará automáticamente. Las actualizaciones automáticas se pueden desactivar en cualquier momento en Ajustes, donde debes pulsar "iTunes Store y App Store" y, en "Descargas automáticas", desactivar "Actualizaciones".

(j) En determinadas circunstancias, el uso del Dispositivo iOS podría distraerte y dar lugar a una situación peligrosa (por ejemplo, no escribas mensajes de texto mientras conduces ni utilices los auriculares cuando vayas en bicicleta). Al usar el Dispositivo iOS asumes tu responsabilidad a la hora de respetar las normas que prohíben o restringen el uso de teléfonos móviles o auriculares (por ejemplo, el requisito de utilizar opciones manos libres para realizar llamadas durante la conducción).

**3. Transmisión.** No puedes alquilar, arrendar, prestar, vender, redistribuir ni sublicenciar el Software iOS. No obstante, puedes transferir tus derechos contenidos en esta Licencia de forma permanente y una sola vez siempre y cuando: (a) transmitas el Dispositivo iOS y la totalidad del Software iOS, incluidos todos los componentes y esta Licencia; (b) no conserves ninguna copia, total o parcial, del Software iOS, incluidas las copias almacenadas en un ordenador o en cualquier otro dispositivo de almacenamiento; y (c) la otra parte lea y acepte las condiciones de esta Licencia.

**4. Consentimiento para la utilización de datos.** Cuando utilizas tu dispositivo, tu número de teléfono y determinados identificadores únicos para tu Dispositivo iOS se envían a Apple para que otros usuarios puedan localizarte por tu número de teléfono desde las diferentes funciones de comunicación que ofrece el Software iOS, como iMessage y FaceTime. Cuando utilices iMessage, Apple podría almacenar tus mensajes en formato encriptado durante un tiempo limitado para garantizar su entrega. Puedes desactivar FaceTime o iMessage mediante los ajustes de FaceTime o Mensajes de tu Dispositivo iOS.

Determinadas funciones como Análisis, Localización, Siri y Dictado pueden requerir información de tu Dispositivo iOS para poder utilizarse. Cuando actives o utilices estas funciones, se proporcionará información detallada referente a los datos enviados a Apple y cómo se utilizarán dichos datos. Puedes obtener más información en la página https://www.apple.com/es/privacy/. Tus datos se tratarán en todo momento de acuerdo con la Política de privacidad de Apple, que puede consultarse en: https://www.apple.com/legal/privacy/.

**5. Servicios y materiales de terceros.**
(a) El Software iOS podría permitir el acceso a iTunes Store, App Store, iBooks Store, Game Center, iCloud y Mapas, así como a otros servicios y sitios web de Apple y de otras empresas (colectiva e individualmente, los "Servicios"). Es posible que dichos Servicios no estén disponibles en todos los idiomas ni en todos los países. El uso de estos Servicios requiere acceso a Internet y puede requerir un ID de Apple y que aceptes condiciones adicionales, además puede estar sujeto a otros cargos. La utilización de este software junto con un ID de Apple u otro Servicio de Apple se interpretará como un hecho inequívoco de tu aceptación de las condiciones aplicables a dicho Servicio, como las condiciones más recientes de los Servicios Multimedia de Apple en el país desde el que accedes a dichos Servicios, a las que puedes acceder desde https://www.apple.com/legal/internet-services/icloud/ww/, respectivamente.

(b) Al inscribirte en iCloud, es posible acceder directamente desde el Software iOS a determinadas funciones de iCloud, como "Fototeca de iCloud", "Mis Fotos en streaming", "Compartir fotos de iCloud", "Guardar copia de seguridad" o "Buscar mi iPhone". Comprendes y aceptas que el uso de iCloud y de estas funciones está sujeto a las condiciones más recientes del servicio iCloud, a las que puedes acceder desde: https://www.apple.com/legal/internet-services/icloud/ww/.

(c) Contenido de la aplicación News. Estás autorizado a utilizar el contenido mostrado a través de la aplicación News única y exclusivamente con fines personales y no comerciales. Dicho uso no te otorga ningún tipo de participación en la propiedad del contenido y excluye específicamente, a título meramente enunciativo y no limitativo, cualquier derecho de uso comercial o promocional sobre dicho contenido. Además, queda prohibida la publicación, transmisión y reproducción de cualquiera de las imágenes a las que tengas acceso a través de News en forma de archivo independiente.

(d) Mapas. Las funciones y el servicio de mapas del Software iOS ("Mapas"), incluida la cobertura de los datos del mapa, pueden variar de una región a otra. Cuando uses cualquier función basada en la ubicación dentro de Mapas, como la navegación paso a paso, el tráfico y la búsqueda local, podría enviarse a Apple información relacionada con la ubicación y el uso, como la ubicación geográfica en tiempo real de tu Dispositivo iOS, con el fin de procesar tu solicitud y ayudar a mejorar Mapas. Dichos datos de ubicación y uso son recopilados por Apple de modo que no se te pueda identificar personalmente. **Al utilizar Mapas, aceptas y consientes la transmisión, obtención, mantenimiento, procesado y uso por parte de Apple, sus filiales y agentes de esta información, con el fin de proporcionar y mejorar las funciones y el servicio de Mapas, y otros productos y servicios de Apple.** Apple también puede proporcionar dicha información —ya sea de manera conjunta o de una forma que no se te identifique personalmente— a sus socios y a aquellos a los que Apple haya dado permiso para ayudar a mejorar sus productos y servicios de localización y mapas. Puedes desactivar la funcionalidad basada en la ubicación de Mapas entrando en la sección Localización de tu Dispositivo iOS y desactivando el ajuste de localización de Mapas. No obstante, determinadas funciones de Mapas dejarán de estar disponibles si desactivas el ajuste Localización, como la navegación paso a paso.

(e) iBooks; Podcasts. Si decides utilizar la función de sincronización de las aplicaciones iBooks y Podcasts para sincronizar tus favoritos, notas, colecciones y datos de suscripción a podcasts en todos tus Dispositivos iOS y ordenadores, reconoces que dichos datos se enviarán a Apple y se almacenarán junto con el ID de Apple que utilices para iBooks Store o iTunes Store a fin de sincronizar dichos datos

en los demás dispositivos y ordenadores que tengan autorización para acceder a contenido con ese ID de Apple. La sincronización se puede desactivar en cualquier momento en Ajustes, solo tienes que modificar las opciones de sincronización de las aplicaciones iBooks y Podcasts, respectivamente.

(f) Reconoces que, al utilizar cualquiera de los Servicios, podrás encontrar contenido que podría ser considerado ofensivo, indecente o censurable y en el que podría identificarse la presencia de lenguaje explícito, y que los resultados de las búsquedas o la visualización de una URL concreta pueden generar automática e involuntariamente enlaces o referencias a material censurable. No obstante lo anterior, consientes en utilizar los Servicios por tu propia cuenta y riesgo, y aceptas que Apple, sus filiales, agentes, directores o licenciantes no serán responsables frente a ti del contenido que pueda considerarse ofensivo, indecente o censurable.

(g) Es posible que determinados Servicios muestren, incluyan o pongan a tu disposición contenidos, datos, información, aplicaciones o materiales de terceros (en adelante, "Materiales de terceros") o proporcionen enlaces a sitios web de terceros. Al utilizar los Servicios, reconoces y aceptas que Apple no es responsable de examinar o evaluar el contenido, la exactitud, la integridad, la vigencia, la validez, el cumplimiento de los derechos de autor, la legalidad, la decencia, la calidad o cualquier otro aspecto de dichos sitios web o Materiales de terceros. Apple, sus representantes, subsidiarios y filiales no garantizan, respaldan, asumen ni se responsabilizan, ni ante ti ni ante ninguna otra persona, de ninguno de los Servicios de terceros, Materiales de terceros o sitios web de terceros, ni de ningún otro material, producto o servicio de terceros. Los Materiales de terceros y los enlaces a otros sitios web se proporcionan exclusivamente para tu comodidad.

(h) Ni Apple ni ninguno de sus proveedores de contenido garantizan la disponibilidad, la exactitud, la integridad, la fiabilidad o la puntualidad de la información bursátil, de los datos de ubicación o de cualquier otro tipo de datos que muestren los Servicios. Los datos financieros que se muestran en cualquiera de los Servicios están destinados a fines exclusivamente informativos, por lo que no deben considerarse una base fiable para realizar inversiones. Antes de realizar cualquier tipo de transacción de valores basada en la información obtenida a través de los Servicios, se recomienda consultar a un asesor financiero profesional que esté legalmente capacitado para ofrecer asesoramiento financiero en tu país o región. Los datos de ubicación facilitados por cualquiera de los Servicios, incluido el servicio Mapas de Apple, se proporcionan únicamente con fines básicos de navegación o planificación, por lo que no deben considerarse como una fuente de información fiable en aquellas situaciones en las que se requiera información de ubicación precisa o en las que la obtención de información errónea, inexacta, diferida o incompleta pueda ocasionar muertes, lesiones personales graves o serios daños a la propiedad o al medio ambiente. Aceptas que los resultados que recibas del servicio Mapas podrían diferir de las condiciones actuales de la carretera o el terreno debido a factores que podrían afectar a la precisión de los datos de Mapas, como, sin limitarse a ellos, las condiciones meteorológicas, de la carretera y del tráfico, así como acontecimientos geopolíticos. Por tu seguridad, mientras hagas uso de la función de navegación, presta siempre atención a las señales de la carretera y a las condiciones actuales de la misma. Sigue prácticas de conducción seguras, cumple las normativas de tráfico y ten en cuenta que las indicaciones de las rutas a pie pueden no incluir aceras o pasos para peatones.

(i) El hecho de que cargues contenido mediante el uso de los Servicios se considerará un hecho inequívoco de tu manifestación de que cuentas con todos los derechos, o tienes autorización o cualquier otro permiso legal, para cargar dicho contenido, y que este no infringe ninguna condición aplicable a los Servicios. Reconoces que los Servicios incluyen contenido, información y material de carácter privado que son propiedad de Apple, del propietario del sitio o sus licenciantes, y están protegidos por la legislación aplicable sobre propiedad intelectual y por otras leyes, incluidas a título enunciativo y no limitativo, las leyes sobre derechos de autor. Te comprometes a usar dicho contenido, información o material de carácter privado exclusivamente según lo dispuesto en las condiciones de la presente Licencia de los Servicios, y nunca de un modo contrario a las condiciones de esta Licencia o

de manera que se infrinja cualquier derecho de propiedad intelectual de terceros o de Apple. Ninguna parte de los Servicios podrá ser reproducida en forma o modo alguno. Te obligas a no modificar, ceder en alquiler, arrendamiento o préstamo, vender, distribuir o crear trabajos derivados de los Servicios en modo alguno, y no explotarás los Servicios de ningún modo no autorizado (por ejemplo, a título enunciativo y no limitativo, utilizando los Servicios para transmitir virus informáticos, gusanos, troyanos u otro software malicioso, o bien sobrepasando o sobrecargando la capacidad de la red). Además, te comprometes a no utilizar los Servicios en forma alguna que pueda hostigar, abusar, acechar, amenazar, difamar o bien infringir o vulnerar de otro modo los derechos de cualquier otra parte, y que Apple no será responsable de ningún modo de tal utilización por tu parte ni del hostigamiento, abuso, acecho, amenaza o difamación, así como tampoco de los mensajes o transmisiones ofensivos, indebidos o ilegales que puedas recibir como resultado del uso de cualquiera de los Servicios.

(j) Por otro lado, los Servicios y los Materiales de terceros a los cuales pueda accederse o que puedan mostrarse o enlazarse a través del Dispositivo iOS no están disponibles en todos los idiomas ni en todos los países o regiones. Apple no formula declaración alguna relativa a la adecuación o disponibilidad de dichos Servicios o Materiales de terceros en una zona en particular. En la medida en que decidas utilizar o acceder a dichos Servicios y Materiales de terceros, lo harás por tu propia iniciativa y asumirás la responsabilidad del cumplimiento de todas las leyes aplicables, incluidas a título enunciativo y no limitativo, las leyes locales aplicables y la legislación relativa a la privacidad y la recopilación de datos. Al compartir o sincronizar fotos mediante el Dispositivo iOS, podrían transmitirse metadatos junto con las fotos, incluidos los datos de ubicación, fecha y hora, así como información sobre la profundidad. El uso de los servicios de Apple (como la fototeca de iCloud) para compartir o sincronizar dichas fotos supondrá que Apple reciba y almacene los mencionados metadatos. Apple y sus licenciatarios se reservan el derecho a modificar, suspender, retirar o bloquear el acceso a cualquiera de los Servicios en cualquier momento y sin previo aviso. Apple no será en ningún caso responsable de la eliminación o desactivación del acceso a tales Servicios. Asimismo, Apple puede imponer límites al uso o acceso a determinados Servicios, en cualquier caso y sin preaviso ni responsabilidad.

**6. Expiración de la Licencia.** Esta Licencia permanecerá en vigor hasta que sea revocada o resuelta. Los derechos que te confiere esta Licencia expirarán o perderán su vigencia de forma automática sin el previo aviso de Apple si incumples cualquiera de las condiciones de la presente Licencia. Cuando esta deje de estar en vigor, deberás dejar de utilizar el Software iOS. Los apartados 4, 5, 6, 7, 8, 9, 12 y 13 de la presente Licencia sobrevivirán a la expiración de la Licencia.

**7. Exclusión de garantías.**
7.1. Si eres un consumidor particular (una persona que utiliza el Software iOS fuera de su oficio, negocio o profesión), es posible que dispongas de derechos legales en tu país de residencia que puedan impedir que las siguientes limitaciones te sean aplicables, en cuyo caso no serán de aplicación para ti. Para obtener más información acerca de tus derechos, no dudes en ponerte en contacto con el organismo de atención al consumidor de tu zona.

7.2. RECONOCES Y ACEPTAS DE FORMA EXPRESA QUE, EN LA MEDIDA EN QUE LO PERMITA LA LEY VIGENTE, EL USO DEL SOFTWARE iOS Y DE LOS SERVICIOS REALIZADOS POR EL SOFTWARE O A LOS QUE SE ACCEDA A TRAVÉS DEL SOFTWARE iOS SE REALIZA A TU ENTERO RIESGO, Y QUE ASUMES TOTALMENTE EL RIESGO RELATIVO A LA CALIDAD SATISFACTORIA, EL RENDIMIENTO, LA EXACTITUD Y EL ESFUERZO.

7.3. DENTRO DE LOS LÍMITES PERMITIDOS POR LA LEY VIGENTE, EL SOFTWARE iOS Y LOS SERVICIOS SE SUMINISTRAN "TAL Y COMO SE PRESENTAN" Y "SEGÚN DISPONIBILIDAD", CON TODOS SUS POSIBLES DEFECTOS Y SIN GARANTÍAS DE NINGÚN TIPO, Y APPLE Y LOS LICENCIANTES DE APPLE (DENOMINADOS DE FORMA CONJUNTA "APPLE" A LOS EFECTOS DE LAS SECCIONES 7 Y 8) EXCLUYEN TODAS LAS GARANTÍAS Y CONDICIONES RELATIVAS AL

SOFTWARE iOS Y A LOS SERVICIOS, YA SEAN EXPRESAS, IMPLÍCITAS O LEGALES, INCLUIDAS, CON CARÁCTER MERAMENTE ENUNCIATIVO Y NO LIMITATIVO, LAS GARANTÍAS Y/O CONDICIONES DE COMERCIABILIDAD, DE CALIDAD SATISFACTORIA, DE IDONEIDAD PARA UN FIN DETERMINADO, DE EXACTITUD, DE DISFRUTE Y DE NO INFRACCIÓN DE DERECHOS DE TERCEROS.

7.4. APPLE NO GARANTIZA, SIN PERJUICIO DEL USO Y DISFRUTE QUE HAGAS DEL SOFTWARE iOS Y DE LOS SERVICIOS, QUE LAS FUNCIONES CONTENIDAS EN EL SOFTWARE iOS Y EN LOS SERVICIOS REALIZADOS O PROPORCIONADOS POR DICHO SOFTWARE SATISFAGAN TUS NECESIDADES, QUE EL SOFTWARE iOS Y LOS SERVICIOS FUNCIONEN ININTERRUMPIDAMENTE O SIN ERRORES, QUE TODOS LOS SERVICIOS SIGAN ESTANDO DISPONIBLES, QUE LOS DEFECTOS DEL SOFTWARE iOS O DE LOS SERVICIOS SEAN CORREGIDOS, NI QUE EL SOFTWARE iOS SEA COMPATIBLE O FUNCIONE CON CUALQUIER SOFTWARE, APLICACIÓN O SERVICIO DE TERCEROS. LA INSTALACIÓN DE ESTE SOFTWARE iOS PUEDE AFECTAR A LA DISPONIBILIDAD Y FUNCIONALIDAD DEL SOFTWARE, LAS APLICACIONES O LOS SERVICIOS DE TERCEROS, ASÍ COMO A LOS PRODUCTOS Y SERVICIOS DE APPLE.

7.5. RECONOCES ADEMÁS QUE EL SOFTWARE iOS Y LOS SERVICIOS NO ESTÁN DESTINADOS NI SON ADECUADOS PARA SER UTILIZADOS EN SITUACIONES O ENTORNOS EN LOS QUE FALLOS, RETRASOS, ERRORES O IMPRECISIONES EN EL CONTENIDO, LOS DATOS O LA INFORMACIÓN PROPORCIONADOS POR EL SOFTWARE iOS O LOS SERVICIOS PUDIERAN CONLLEVAR MUERTE, DAÑOS PERSONALES, LESIONES FÍSICAS GRAVES, O DAÑOS IMPORTANTES AL MEDIO AMBIENTE, INCLUIDOS, A TÍTULO ENUNCIATIVO Y NO LIMITATIVO, ACTIVIDADES DE PLANTAS NUCLEARES, NAVEGACIÓN AÉREA, SISTEMAS DE COMUNICACIÓN, MÁQUINAS PARA EL CONTROL DEL TRÁFICO AÉREO, INSTALACIONES HOSPITALARIAS O EQUIPOS ARMAMENTÍSTICOS.

7.6. NINGUNA INFORMACIÓN O ASESORAMIENTO ESCRITO O VERBAL FACILITADOS POR APPLE O POR UN REPRESENTANTE AUTORIZADO DE APPLE CONSTITUIRÁN GARANTÍA ALGUNA. EN EL SUPUESTO DE QUE EL SOFTWARE iOS O LOS SERVICIOS RESULTARAN SER DEFECTUOSOS, ASUMIRÁS EL COSTE ÍNTEGRO DE TODOS LOS SERVICIOS, REPARACIONES Y CORRECCIONES NECESARIOS. HABIDA CUENTA DE QUE LA NORMATIVA VIGENTE NO PERMITE EN ALGUNOS PAÍSES LA EXCLUSIÓN DE GARANTÍAS IMPLÍCITAS O LIMITACIONES A LOS DERECHOS LEGALMENTE PREVISTOS DEL CONSUMIDOR, LA EXCLUSIÓN Y LAS LIMITACIONES ANTERIORES PUEDEN NO SER DE APLICACIÓN EN TU CASO.

**8. Límite de responsabilidad.** APPLE, SUS FILIALES, AGENTES O DIRECTORES NO SERÁN RESPONSABLES EN NINGÚN CASO, DENTRO DE LOS LÍMITES LEGALES APLICABLES, DE LOS DAÑOS PERSONALES O DEL LUCRO CESANTE O DAÑO EMERGENTE, NI DE LOS DAÑOS ESPECIALES, DIRECTOS O INDIRECTOS, INCLUIDOS, A TÍTULO ENUNCIATIVO Y NO LIMITATIVO, LOS DAÑOS POR LUCRO CESANTE, POR EL DAÑO O LA PÉRDIDA DE DATOS, POR LA IMPOSIBILIDAD DE TRANSMITIR O RECIBIR DATOS (INCLUIDOS, A TÍTULO ENUNCIATIVO Y NO LIMITATIVO, LOS MATERIALES, TAREAS E INSTRUCCIONES DE CURSOS), O POR LA INTERRUPCIÓN DE LA ACTIVIDAD EMPRESARIAL, O BIEN DE CUALQUIER OTRO TIPO DE DAÑOS O PÉRDIDAS COMERCIALES, RESULTANTES O RELACIONADOS CON EL USO O EL MAL USO DEL SOFTWARE iOS Y DE LOS SERVICIOS, ASÍ COMO DE CUALQUIER SOFTWARE O APLICACIÓN DE TERCEROS QUE SE UTILICEN JUNTO CON EL SOFTWARE iOS O LOS SERVICIOS, COMO QUIERA QUE HAYA SIDO CAUSADO E INDEPENDIENTEMENTE DE LA TEORÍA DE LA RESPONSABILIDAD CIVIL (RESPONSABILIDAD CONTRACTUAL O EXTRACONTRACTUAL, U OTROS) E INCLUSO SI SE HA INFORMADO A APPLE DE LA POSIBILIDAD DE TALES DAÑOS. ALGUNOS PAÍSES NO PERMITEN LA EXCLUSIÓN O LIMITACIÓN DE LA RESPONSABILIDAD POR DAÑOS PERSONALES, DEL LUCRO CESANTE O DAÑO EMERGENTE, DIRECTO O INDIRECTO, POR LO CUAL PUEDE QUE ESTA LIMITACIÓN NO SEA DE APLICACIÓN EN TU CASO. La responsabilidad total de Apple por daños y perjuicios (distintos de los exigidos por la ley vigente en los casos en los que los daños personales estén

relacionados) no excederá, en ningún caso, de la cantidad de doscientos cincuenta dólares estadounidenses (250 USD). Las limitaciones anteriormente mencionadas serán vigentes incluso si la citada reparación incumple su objetivo esencial.

**9. Certificados digitales.** El Software iOS incorpora funciones que te permiten aceptar certificados digitales emitidos tanto por Apple como por terceros. ERES EL ÚNICO RESPONSABLE DE LA DECISIÓN DE CONFIAR O NO EN UN CERTIFICADO TANTO SI HA SIDO EMITIDO POR APPLE COMO POR UN TERCERO. EL USO QUE HAGAS DE LOS CERTIFICADOS DIGITALES SERÁ POR TU PROPIA CUENTA Y RIESGO. DENTRO DE LOS LÍMITES PERMITIDOS POR LA LEY VIGENTE, APPLE NO OFRECE NINGUNA GARANTÍA NI DECLARACIÓN, EXPLÍCITA O IMPLÍCITA, RELATIVA A LA COMERCIABILIDAD O IDONEIDAD PARA UN FIN CONCRETO, LA EXACTITUD, LA SEGURIDAD O EL NO INCUMPLIMIENTO DE LOS DERECHOS DE TERCEROS CON RESPECTO A LOS CERTIFICADOS DIGITALES.

**10. Control de las exportaciones.** No podrás utilizar, ni tampoco exportar o reexportar, el Software iOS salvo en la forma permitida por la legislación de Estados Unidos y del país en el cual se obtuvo el Software iOS. En particular, a título enunciativo y no limitativo, el Software iOS no podrá ser exportado o reexportado a: (a) ningún país que esté siendo objeto de embargo por parte de Estados Unidos, o (b) nadie que figure en la lista de ciudadanos especialmente designados del Departamento del Tesoro de Estados Unidos, en la tabla de personas o entidades denegadas del Departamento de Comercio de Estados Unidos o en cualquier otra lista de personas restringidas. La utilización por tu parte del Software iOS se considerará un hecho inequívoco de tu manifestación y garantía de no residir en ninguno de estos países ni de figurar en ninguna de las listas mencionadas. Asimismo, te comprometes a no usar el Software iOS con ninguna finalidad prohibida por la legislación estadounidense, incluidos, a título enunciativo y no limitativo, el desarrollo, el diseño, la fabricación o la producción de misiles o armas nucleares, químicas o biológicas.

**11. La Administración como usuario final.** El Software iOS y la documentación relacionada se consideran "artículos comerciales" según la definición del término en la sección 48 C.F.R. §2.101 del Código de Normas Federales de Estados Unidos, y constituyen "software informático para uso comercial" y "documentación de software informático para uso comercial", conforme a la definición de estos términos en las secciones 48 C.F.R. §12.212 y 48 C.F.R. §227.7202, según proceda. En virtud de las secciones 48 C.F.R. §12.212 y 48 C.F.R. §227.7202-1 a 227.7202-4 del mencionado Código, según proceda, el software informático para uso comercial y la documentación del software informático para uso comercial se distribuyen y conceden bajo licencia a los usuarios finales de la Administración de Estados Unidos únicamente a los efectos de: (a) artículos comerciales y (b) con los derechos concedidos a todos los demás usuarios de acuerdo con las condiciones estipuladas en el presente contrato. Se hace reserva de los derechos no publicados de conformidad con las leyes de copyright de Estados Unidos.

**12. Ley aplicable e independencia de las estipulaciones.** Esta Licencia se regirá e interpretará según las leyes del estado de California, con la exclusión de sus principios de conflicto de derecho. La presente Licencia no estará regida por la convención de las Naciones Unidas sobre contratos para la venta internacional de mercancías, cuya aplicación se excluye expresamente. Si eres un consumidor afincado en el Reino Unido, esta Licencia se regirá por las leyes de la jurisdicción de tu lugar de residencia. Si, por cualquier razón, un tribunal competente declarara no exigible o ineficaz cualquier disposición de la presente Licencia o de parte de la misma, el resto de la presente Licencia conservará plena vigencia y efecto.

**13. Contrato íntegro; idioma aplicable.** La presente Licencia constituye el acuerdo completo entre tú y Apple con respecto al Software iOS y sustituye a todos los acuerdos anteriores o actuales relativos a su objeto. La presente Licencia únicamente podrá ser modificada mediante acuerdo escrito firmado por

Apple. Las traducciones de esta Licencia se otorgan con el fin de satisfacer las demandas de los usuarios locales y, en el caso de que surgiera algún conflicto entre la versión en lengua inglesa y cualquiera de las versiones en el resto de idiomas, prevalecerá siempre la primera, en la medida en que no se oponga a la legislación local de tu jurisdicción.

**14. Reconocimientos de terceros.** Puede que algunas partes del Software iOS utilicen o incluyan software de terceros y otros materiales sujetos a derechos de autor. Los reconocimientos, condiciones de licencia y limitaciones de responsabilidad correspondientes a dicho material están contenidos en la documentación electrónica del Software iOS, y el uso que hagas de dichos materiales está sujeto a sus correspondientes condiciones. El uso del servicio Google Safe Browsing está supeditado al cumplimiento de las condiciones de uso de Google (https://www.google.com/intl/es/policies/terms/) y a la política de privacidad de Google (https://www.google.com/intl/es/policies/privacy/).

**15. Uso de MPEG-4; aviso sobre H.264/AVC.**
(a) El Software iOS ha sido concedido bajo licencia de acuerdo con el contrato de licencia MPEG-4 Systems Patent Portfolio License (Licencia de cartera de patentes en sistemas MPEG-4) para la codificación de conformidad con el estándar MPEG-4 Systems, salvo en el caso de que para la codificación sea necesaria una licencia adicional y el pago de los derechos correspondientes relacionados con: (i) los datos almacenados o duplicados en un soporte físico por los cuales se realiza un pago título a título, o (ii) los datos por los cuales se realiza un pago título a título y que son transmitidos a un usuario final para su almacenamiento o uso permanente. Dicha licencia adicional puede obtenerse de MPEG LA, LLC. Consulta la página web http://www.mpegla.com para obtener más información.

(b) El Software iOS contiene funciones de codificación y descodificación de vídeo MPEG-4. El Software iOS se licencia en virtud del contrato de licencia MPEG-4 Visual Patent Portfolio License (Licencia de cartera de patentes MPEG-4 Visual) para el uso personal con fines no comerciales por parte de un consumidor para (i) la codificación de vídeo de conformidad con el estándar MPEG-4 Visual ("Vídeo MPEG-4"), y/o (ii) la descodificación de vídeo MPEG-4 que haya sido codificado por un consumidor que realice una actividad personal con fines no comerciales y/o se haya obtenido de un proveedor de vídeo al cual se le haya concedido una licencia de MPEG LA para suministrar vídeo MPEG-4. No se concederá licencia alguna para ningún otro uso, ni se interpretará de forma tácita ningún otro fin. Para obtener más información, incluida la relacionada con la concesión de licencias y los usos promocionales, internos y comerciales, consulta la página web de MPEG LA, LLC en la dirección http://www.mpegla.com.

(c) El Software iOS contiene funciones de codificación y descodificación AVC. El uso comercial de la tecnología H.264/AVC requerirá la concesión de una licencia adicional y se aplicará la siguiente disposición: POR LA PRESENTE SE CONCEDE A LOS CONSUMIDORES UNA LICENCIA DE USO DE LA FUNCIONALIDAD AVC DEL SOFTWARE iOS ÚNICAMENTE CON FINES PERSONALES Y NO COMERCIALES, PARA: (i) CODIFICAR VÍDEO DE CONFORMIDAD CON EL FORMATO ESTÁNDAR AVC ("VÍDEO AVC"), Y/O (ii) DESCODIFICAR VÍDEO AVC QUE HAYA SIDO CODIFICADO POR UN CONSUMIDOR QUE REALICE UNA ACTIVIDAD PERSONAL CON FINES NO COMERCIALES Y/O VÍDEO AVC QUE HAYA SIDO OBTENIDO DE UN PROVEEDOR DE VÍDEO AL QUE SE LE HAYA CONCEDIDO UNA LICENCIA PARA SUMINISTRAR VÍDEO AVC. PARA OBTENER INFORMACIÓN RELACIONADA CON OTROS USOS Y CON LA CONCESIÓN DE LICENCIAS, CONSULTA LA PÁGINA WEB DE MPEG LA L.L.C. EN LA DIRECCIÓN: http://www.mpegla.com.

**16. Restricciones del servicio de búsqueda Yahoo.** Se concede una licencia de uso del servicio de búsqueda Yahoo disponible a través de Safari únicamente en los siguientes países y regiones: Alemania, Argentina, Aruba, Australia, Austria, Bahamas, Barbados, Bélgica, Bermudas, Brasil, Bulgaria, Canadá, Chile, China, Chipre, Colombia, Corea del Sur, Dinamarca, Ecuador, El Salvador, Eslovaquia, Eslovenia, España, Estados Unidos, Filipinas, Finlandia, Francia, Granada, Grecia, Guatemala, Hong Kong,

Hungría, India, Indonesia, Irlanda, Islandia, Islas Caimán, Italia, Jamaica, Japón, Letonia, Lituania, Luxemburgo, Malasia, Malta, México, Nicaragua, Noruega, Nueva Zelanda, Países Bajos, Panamá, Perú, Polonia, Portugal, Puerto Rico, Reino Unido, República Checa, República Dominicana, Rumanía, Santa Lucía, San Vicente, Singapur, Suecia, Suiza, Tailandia, Taiwán, Trinidad y Tobago, Turquía, Uruguay y Venezuela.

**17. Aviso de Microsoft Exchange.** El ajuste de correo de Microsoft Exchange del Software iOS se concede bajo licencia únicamente para la sincronización remota de información, como correo electrónico, contactos, calendario y tareas, entre tu Dispositivo iOS y Microsoft Exchange Server u otro software de servidor licenciado por Microsoft para implementar el protocolo ActiveSync de Microsoft Exchange.

EA1520
22/09/2017

— — — — — — — — — — —
**Condiciones complementarias de Apple Pay**

Estas condiciones complementarias de Apple Pay (estas "Condiciones complementarias") son un complemento del Contrato de licencia del Software iOS (la "Licencia"); el uso de la función Apple Pay, que se considerará como "Servicio" en la Licencia, se rige tanto por las condiciones de la Licencia como por estas Condiciones complementarias. Los términos con mayúscula inicial que se utilizan en estas Condiciones complementarias tienen el significado establecido en la Licencia.

**1.    Visión general y Restricciones de uso**

Apple Pay te permite:

- almacenar representaciones virtuales de las tarjetas de crédito, de débito y de prepago, incluidas las tarjetas de cliente de crédito, de débito y de prepago y la tarjeta Apple Pay Cash, que admiten la función Apple Pay ("Tarjetas de pago admitidas") y utilizar los Dispositivos iOS compatibles para realizar pagos sin contacto en ubicaciones seleccionadas o desde aplicaciones o sitios web;
- utilizar las tarjetas de puntos y de regalo guardadas en Wallet ("Tarjetas compatibles con Apple Pay", y junto con las Tarjetas de pago admitidas, "Tarjetas admitidas"), para realizar transacciones con tarjetas de puntos y de regalo sin contacto en algunas tiendas mediante el modo de pago sin contacto de Apple Pay;
- realizar pagos entre usuarios de Apple Pay.

Puede que las funciones de Apple Pay del Software iOS solo estén disponibles en determinadas regiones, con determinados emisores de tarjetas, instituciones financieras y comercios. Las funciones pueden variar según la región, el emisor y el comercio.

Para usar Apple Pay, debes tener una Tarjeta admitida. Las Tarjetas admitidas pueden variar en cualquier momento. Además, para poder enviar y recibir pagos entre usuarios, debes disponer de una tarjeta Apple Pay Cash.

Las Tarjetas de pago admitidas y los pagos entre usuarios están asociados al ID de Apple con el que has iniciado sesión en iCloud para utilizar estas funciones. Las Tarjetas admitidas solo están disponibles para personas mayores de 13 años y pueden estar sujetas a restricciones de edad adicionales impuestas por iCloud o la Tarjeta admitida que intentas añadir. La tarjeta Apple Pay Card y la funcionalidad para enviar y recibir pagos entre usuarios solo están disponibles para personas mayores

de 18 años.

Apple Pay se ha diseñado exclusivamente para el uso personal y solo te permite añadir tus propias Tarjetas admitidas. Si te dispones a añadir una tarjeta corporativa admitida, se asumirá que lo haces con la autorización de tu empresa y que estás autorizado para vincular a la empresa a estas condiciones de uso y a todas las transacciones que se vean afectadas por el uso de esta función. Al enviar o recibir pagos entre usuarios, manifiestas que lo estás haciendo para uso personal y no comercial.

Aceptas no utilizar Apple Pay con fines ilegales o fraudulentos, ni con otros fines prohibidos por la Licencia y estas Condiciones complementarias. También te comprometes a utilizar Apple Pay de conformidad con la legislación y la normativa aplicables. Aceptas no interrumpir ni interferir en el servicio de Apple Pay (incluido el acceso al servicio a través de cualquier medio automatizado), cualquiera de los servidores o redes conectados al servicio, o cualquiera de las políticas, requisitos o normativas de las redes conectadas al servicio (incluido el acceso no autorizado a datos o tráfico de estas, su uso o supervisión).

**2.    Relación de Apple contigo**

Apple Pay te permite crear una representación virtual de tus Tarjetas admitidas en el Dispositivo iOS compatible. No obstante, Apple no procesa los pagos ni otras transacciones realizadas con tarjetas que no sean de pago (como la acumulación o el canje de puntos), recibe, mantiene o transfiere tus fondos, ni tiene ningún otro tipo de control sobre los pagos, devoluciones, reembolsos, puntos, valor, descuentos u otra actividad comercial que pueda derivar de tu uso de esta función.

Las condiciones del contrato de la tarjeta de crédito que hayas firmado con el emisor de dicha tarjeta seguirán siendo aplicables a las Tarjetas admitidas y a su uso en relación con Apple Pay. Del mismo modo, tu participación en cualquier programa de puntos o de tarjetas de regalo de comercios y el uso de Tarjetas admitidas por Apple Pay en relación con Apple Pay estarán sujetos a los términos y condiciones del comercio.

La tarjeta Apple Pay Cash y la funcionalidad de enviar y recibir pagos entre usuarios solo están disponibles en EE. UU. Dichos servicios son proporcionados por Green Dot Bank, institución miembro de la FDIC. Al activar estas funciones dentro de Apple Pay, estás abriendo una cuenta en Green Dot Bank, de modo que al enviar o recibir un pago entre usuarios o al ingresar o retirar dinero de la tarjeta Apple Pay Cash, Green Dot Bank será responsable de recibir tu dinero o enviarlo al destinatario correspondiente. La institución financiera responsable de ofrecer Apple Pay Cash y pagos entre usuarios en Apple Pay puede cambiar, y el uso que hagas de estas funciones está sujeto a sus términos y condiciones.

Ninguna de las disposiciones de la Licencia o estas Condiciones complementarias modifica las condiciones de cualquier contrato de tarjeta de crédito, de usuario o comercial, y tu uso de la Tarjeta admitida correspondiente o la función de pagos entre usuarios de Apple Pay y su representación virtual disponible en tu Dispositivo iOS estarán regidos por dichas condiciones. Aceptas que Apple no es una parte de tus contratos de tarjeta de crédito con un banco o comercio ni es la responsable de: (a) el contenido, la precisión o la no disponibilidad de cualquier tarjeta de pago, tarjeta de puntos, tarjetas de regalo, actividad comercial, transacción o compra que tengan lugar durante el uso de la función Apple Pay; (b) la emisión de crédito o la evaluación de la idoneidad para recibir crédito; (c) la acumulación o el canje de puntos o valor acumulado como parte del programa de un comercio; (d) la provisión de fondos o recarga de tarjetas de prepago; (e) el envío o la recepción de pagos entre usuarios, o (f) el ingreso, el canjeo o la retirada de dinero de la tarjeta Apple Pay Cash.

En el caso de que surgiera algún conflicto o cuestión relacionados con las tarjetas de pago, las tarjetas

de puntos, las tarjetas regalo o la actividad comercial asociada, ponte en contacto con el emisor o el comercio correspondiente. Para cualquier pregunta relacionada con la tarjeta Apple Pay Cash o los pagos entre usuarios, ponte en contacto con el servicio de soporte de Apple.

**3.    Privacidad**

Apple Pay requiere determinada información de tu Dispositivo iOS para poder ofrecerte una experiencia plena. Además, al usar tu tarjeta Apple Pay Cash o al enviar o recibir pagos entre usuarios, se recopilará y almacenará información adicional sobre tus transacciones para prestar servicio a tu cuenta, evitar el fraude y cumplir otros requisitos normativos. Encontrarás más información sobre los datos que se recopilan y cómo se utilizan o comparten en relación con el uso de Apple Pay, la tarjeta Apple Pay Cash o los pagos entre usuarios con Apple Pay en el apartado "Acerca de Apple Pay y la privacidad" (al cual se puede acceder desde "Wallet y Apple Pay" en un dispositivo iOS o en la app Watch de un dispositivo iOS enlazado), así como en la página web https://www.apple.com/es/privacy/. Al utilizar estas funciones, aceptas y consientes la transmisión, obtención, mantenimiento, procesamiento y utilización de esta información por parte de Apple, sus filiales y agentes, con el fin de proporcionar las funciones de Apple Pay.

**4.    Seguridad; dispositivos perdidos o desactivados**

Apple Pay almacena representaciones virtuales de tus Tarjetas admitidas que deberían protegerse del mismo modo que el efectivo o las tarjetas físicas de crédito, débito, puntos o regalo. Si proporcionas el código de tu dispositivo a un tercero o si permites que un tercero añada su huella digital para utilizar Touch ID o activar Face ID, este podría realizar pagos, enviar, solicitar o recibir pagos entre usuarios, retirar dinero de tu tarjeta Apple Pay Cash y obtener o canjear puntos o crédito a través de Apple Pay con tu dispositivo. Eres el único responsable de garantizar la seguridad de tu dispositivo y su código. Aceptas que Apple no tiene ninguna responsabilidad si pierdes el dispositivo o compartes el acceso a este. Aceptas que Apple no tiene ninguna responsabilidad si realizas modificaciones no autorizadas en iOS (por ejemplo, si liberas el dispositivo).

Es posible que tengas que activar medidas de seguridad adicionales, como la autenticación de doble factor de tu ID de Apple, a fin de poder acceder a determinadas funciones de Apple Pay, como la tarjeta Apple Pay Cash y los pagos entre usuarios con Apple Pay. Si posteriormente desactivas dichas funciones de seguridad, es posible que no puedas seguir accediendo a determinadas funciones de Apple Pay.

Si pierdes tu dispositivo o te lo roban y tienes activada la función "Buscar mi iPhone", puedes utilizarla para poner el dispositivo en modo perdido e intentar suspender la posibilidad de pagar con las Tarjetas de pago admitidas virtuales o realizar pagos entre usuarios. También puedes borrar el contenido del dispositivo para que se suspenda la posibilidad de pagar con las Tarjetas de pago admitidas virtuales o realizar pagos entre usuarios y se eliminen las Tarjetas admitidas por Apple Pay. No obstante, también debes ponerte en contacto con el emisor de las Tarjetas de pago admitidas, con el comercio emisor de tus Tarjetas admitidas por Apple Pay y con Apple en el caso de tu tarjeta Apple Pay Cash para evitar el acceso no autorizado a tus Tarjetas admitidas.

Si informas de alguna actividad fraudulenta o abusiva, o Apple sospecha de su existencia, aceptas colaborar con Apple durante la investigación y poner en marcha las medidas de prevención del fraude que se te indiquen.

**5.    Límite de responsabilidad**

ADEMÁS DE LAS EXCLUSIONES DE GARANTÍA Y EL LÍMITE DE RESPONSABILIDAD ESTABLECIDOS

EN LA LICENCIA, APPLE NO ASUME NINGÚN TIPO DE RESPONSABILIDAD CON RESPECTO A LAS COMPRAS, PAGOS, TRANSACCIONES U OTRA ACTIVIDAD COMERCIAL REALIZADAS CON LA FUNCIÓN APPLE PAY, Y ACEPTAS RECURRIR EXCLUSIVAMENTE A LOS CONTRATOS QUE PUEDAS TENER CON EL EMISOR DE LAS TARJETAS, LA RED DE PAGO, LA INSTITUCIÓN FINANCIERA O EL COMERCIO PARA RESOLVER LAS POSIBLES DUDAS O CONFLICTOS RELATIVOS A LAS TARJETAS ADMITIDAS, LOS PAGOS ENTRE USUARIOS Y LA ACTIVIDAD COMERCIAL ASOCIADA.

— — — — — — — — — — —

**AVISOS DE APPLE**

Si Apple necesita ponerse en contacto contigo en relación con tu producto o cuenta, accedes a recibir los avisos pertinentes por correo electrónico. Convienes en que todos los avisos de este tipo que te enviemos electrónicamente satisfarán cualquier requisito de comunicación legal.

臺灣繁體中文

重要事項：通過使用 iPHONE、iPAD或iPOD TOUCH(「iOS裝置」)，閣下已同意接受以下條款的約束：

A.    APPLE iOS軟體許可協定
B.    APPLE PAY 補充條款
C.    來自APPLE的通知

Apple Inc.
iOS軟體許可協定
單一使用許可證

請先仔細閱讀本軟體許可協定(「許可證」)，然後才使用閣下的iOS裝置或下載附隨本許可證的軟體更新。閣下一使用iOS裝置或下載本軟體更新(視適用而定)，即表示同意接受本許可證的條款約束。如閣下不同意本許可證的條款，請勿使用iOS裝置或下載該軟體更新。

如閣下最近購買iOS裝置並且如閣下不同意許可證條款，可將iOS裝置交還購取iOS裝置的APPLE STORE商店或授權分銷商以取得退款，但須符合APPLE的退貨政策規定，該政策載於https://www.apple.com/legal/sales_policies/。

1.    一般規定
(a) 連同閣下的iOS裝置提供並可以Apple提供的功能增強軟體、軟體更新或系統還原軟體(「iOS軟體更新」)予以更新或取代的軟體(包括Boot ROM代碼、嵌入式軟體和第三方軟體)、文檔、介面、內容、字體及任何資料(「原iOS軟體」)，不論是儲存於唯讀記憶體、任何其他載體或屬任何其他形式(原iOS軟體和iOS軟體更新統稱「iOS軟體」)，是由Apple Inc.(「Apple」)許可閣下使用而非售予閣下。閣下只可根據本許可證的條款加以使用，Apple及其許可人保留對iOS軟體本身的所有權，並保留一切並未明確授予閣下的權利。閣下同意本許可證條款將適用於任何可能已內置在閣下的iOS裝置上的Apple品牌app，除非該app另外附有單獨的許可證，在這種情況下，閣下同意該許可證的條款將規限閣下對該app的使用。

(b) Apple可酌情提供未來的iOS軟體更新，這些更新（如有的話）未必包含Apple就較新或其他型號iOS裝置發行的所有現有軟體功能或新的功能。本許可證條款監管由Apple提供的任何iOS軟體更新，除非該iOS軟體更新另外載有獨立許可證，在此情況下，閣下同意以該許可證的條款監管。

(c) 如閣下使用快速設置功能以閣下現有的iOS裝置為基礎設置新的iOS裝置，閣下同意，本許可證的條款將監管閣下在閣下新的iOS裝置上使用iOS軟體，除非它另外附有單獨的許可證，在這種情況下，閣下同意該許可證的條款將監管閣下對該iOS軟體的使用。

2.    允許的許可證用途和限制
(a) 在必須遵守本許可證條款和條件的情況下，閣下獲授予在單一台Apple品牌iOS裝置上使用iOS軟體的有限的、非獨家的許可證。除以下第2(b) 條允許外，以及除非閣下與Apple另行簽立協定規定外，本許可證並不允許iOS軟體在任何一個時候存在於一台以上Apple品牌iOS裝置上，而且閣下不得在網路上分發或提供iOS軟體，以致iOS軟體在同一時間可供多台裝置使用。本許可證並不授予閣下使用Apple擁有專有權的介面及其它知識產權，以設計、開發、製造、授予許可或分發第三方裝置與配件或第三方應用軟體連同iOS裝置使用的任何權利。在獲得Apple的另行許可下，可使用其中某些權利。有關為iOS裝置開發第三方裝置與配件的詳情，請訪問https://developer.apple.com/programs/mfi/。有關為iOS裝置開發應用軟體的詳情，請訪問https://developer.apple.com。

(b) 在必須遵守本許可證條款和條件的情況下，閣下獲授予下載Apple可能提供給閣下iOS裝置型號的iOS軟體更新的有限的、非獨家許可證，以更新或恢復由閣下擁有或控制的任何iOS裝置上的軟體。本許可證並不允許閣下更新或恢復不受閣下控制的或並非閣下擁有的iOS裝置，而且閣下不得在網路上分發或提供iOS軟體，以致iOS軟體在同一時間可供多台裝置或多台電腦使用。如閣下下載iOS軟體更新到閣下的電腦上，閣下只可為備份目的而以機器可讀形式，複製一份存儲於閣下的電腦的iOS軟體更新；但該備份副本必須帶有原件上所載的一切著作權或其他專有權的提示。

(c) 在閣下購買時Apple已在閣下的iOS裝置上預安裝Apple品牌app（「預安裝app」）的範圍內，閣下需要登錄到App Store並將這些預安裝app關聯到閣下的App Store帳戶，才能在閣下的iOS裝置上使用它們。當閣下將預安裝app關聯到閣下的App Store帳戶時，閣下的iOS裝置上所有其他預安裝app將會同時自動關聯起來。閣下選擇將預安裝app與閣下的App Store帳戶關聯，即表示閣下同意 Apple可傳輸、收集、維護、處理和使用閣下的App Store帳戶所使用的Apple ID和收集自閣下的iOS裝置的唯一硬件標識符，作為驗證閣下所提出請求的資格的唯一帳戶標識符，以及向閣下提供通過App Store存取預安裝app的途徑。如閣下不希望使用預安裝app，閣下可隨時將其從閣下的iOS裝置中刪除。

(d) 閣下不得且閣下同意不會或促使他人複製(本許可證明示允許除外)、反彙編、倒序製造、拆裝、企圖導出其源代碼、解碼、修改iOS軟體或製造其衍生作品、或iOS軟體提供的任何服務或其任何部分（適用法律或可能包含在iOS軟體內的開放原始程式碼組件使用許可證條款禁止除外）。

(e) iOS軟體可用於複製材料，只要該等使用限於複製沒有版權的材料、閣下享有著作權的材料或授權閣下或合法允許閣下複製的材料。通過閣下的iOS裝置顯示、存儲或訪問的任何內容，其所有權和智慧財產權屬於相關的內容所有權人。此等內容可能受著作權或其他智慧財產權法律和條約保護，及可能須遵守提供該等內容的第三方使用條款。除在此另有規定外，本許可證並不授予閣下使用該等內容的任何權利，亦不保證該等內容將繼續提供給閣下。

(f) 閣下同意依照所有適用法律使用iOS軟體以及服務（定義見以下第5條），此等法律包括閣下所居住或者下載或使用iOS軟體以及服務的國家或地區的當地法律。iOS軟體和服務的功能未必以所有語言或在所有地區提供，某些功能可能因地區而異，有的可能會受到限制，或閣下的服務提供商沒有提供。iOS軟體和服務一些功能需要Wi–Fi或蜂窩移動資料連接。

(g) 使用App Store需要一個名為Apple ID的獨有用戶名稱和密碼組合。要存取app的更新版本及iOS軟體和服務的某些功能，同樣需要一個Apple ID。

(h) 閣下承認iOS軟體許多功能、內置app和服務會傳輸資料，可能影響閣下資料計劃的收費，以及閣下須負責該等收費。閣下可在蜂窩移動資料項下查看和控制哪些應用程式獲准使用蜂窩移動資料，並查看該等應用程式已消耗了多少資料的估計。欲瞭解更多資訊，請查閱閣下iOS裝置的用戶指南。

(i) 如閣下選擇允許自動更新app，閣下的iOS裝置會向Apple定期查詢有關更新閣下裝置上的app的問題。如有提供的話，更新版本會自動下載和安裝到閣下的裝置上。閣下可隨時完全關閉app的自動更新，只需前往Settings，點選iTunes & App Store，然後在Automatic Downloads項下關閉Updates。

(j) 在某些情況下使用iOS裝置可能分散閣下的注意力，並可能導致危險情況（例如，應避免在開車時輸入文字資訊，或在騎自行車時使用頭戴式耳機）。閣下使用iOS裝置，即表示閣下同意負責遵守禁止或限制使用手機或頭戴式耳機的規則（例如在開車時撥打電話須使用免提選項的規定）。

3.　　轉讓　閣下不得出租、租賃、出借、出售、再分發或再許可iOS軟體。但閣下可就iOS所有權之轉讓，而將閣下對iOS軟體的一切許可使用權一次性地永久轉讓予另一方，條件是：(a) 轉讓內容必須包括閣下的iOS裝置和全部iOS軟體，包括其所有組成部分及本許可證；(b) 閣下不得保留iOS軟體的全部或部分複製本，包括儲存於電腦或其他存儲裝置的複製本；以及(c) 接受iOS軟體的一方已閱讀並同意接受本許可證的條款和條件。

4.　　同意使用資料　　當閣下使用裝置時，閣下的電話號碼和閣下的iOS裝置之某些獨有的識別碼會被發送給Apple，以讓其他人通過iOS軟體諸如iMessage和FaceTime等各種通信功能聯繫到閣下的電話號碼。當閣下使用iMessage時，Apple可在有限時間內以加密形式持有閣下的訊息，以確保其傳送。閣下可前往閣下iOS裝置上的FaceTime或Messages設定項，關閉FaceTime 或 iMessage。某些功能例如分析、定位服務、Siri和聽寫可能需要來自閣下的iOS裝置的資訊，才能提供其各自的功能。在閣下打開或使用這些功能時，有關哪些資訊會發送給Apple以及可能如何使用這些資訊的具體詳情將會提供給閣下，此外閣下亦可訪問https://www.apple.com/tw/privacy/ 深入瞭解。在任何時候，閣下的資訊均依照Apple的隱私政策處理，該政策可在https://www.apple.com/legal/privacy/ 瀏覽。

5.　　服務和第三方材料。
(a) iOS軟體能使閣下訪問Apple的iTunes 專賣店、App專賣店、iBooks專賣店、遊戲中心、iCloud、地圖以及其他Apple和第三方服務及網址（統稱或個別稱為「服務」）。這些服務未必以各種語言或在各個國家提供。使用這些服務需要接入互聯網，而且使用某些服務可能要求Apple ID和要求閣下接受附加的服務條款，並且可能需支付額外費用。閣下就Apple ID或其他Apple服務戶口使用本軟體，即表示同意接受該服務的適用服務條款，例如閣下存取該等服務所在國家的Apple媒體服務最新的條款和條件。閣下可訪問https://www.apple.com/legal/internet-services/itunes/ww/ 查閱該等條款和條件。

(b) 如閣下登記使用iCloud，可直接從iOS軟體存取iCloud某些功能，例如 「iCloud Photo Library」、「My Photo Stream」、「iCloud Photo Sharing」、「Back Up」和「Find My iPhone」。閣下承認並同意，閣下使用iCloud和這些功能須接受iCloud服務的最新條款和條件。閣下可訪問https://www.apple.com/legal/internet-services/icloud/ww/ 查閱該等條款和條件。

(c) News App的內容。閣下通過News應用程式訪問的內容僅限於個人非商業用途，內容的任何所有權利益不會因此而轉讓給閣下，並明確排除但不限於這些內容的任何商業或促銷使用權。此外，閣下通過News訪問的任何圖像，一律禁止作為獨立檔重新發佈、再傳輸和複製。

(d) 地圖。iOS軟體的地圖服務和功能（「地圖」）（包括地圖資料覆蓋），可能會因地區而異。當閣下使用地圖內任何基於位置的功能，例如逐向導航、交通和本地搜索功能，與位置和使用相關的多項資訊可能會被發送到Apple，包括閣下iOS 裝置的即時地理位置，以便處理閣下的請求和協助改善地圖。Apple收集該等位置和使用資料的形式，不會將閣下本人識別出來。閣下使用地圖，即表示同意和允許Apple及其附屬公司和代理傳輸、收集、維護、處理和使用這些資訊，以提供和改善地圖的功能和服務，以及Apple其他產品和服務。Apple還可採取匯總或不會將個人識別出來兩者中的任一形式，將此類資訊提供給其合作夥伴和被許可人，以幫助改善他們的地圖和基於位置的產品和服務。閣下可以禁用地圖基於位置的功能，只需前往閣下iOS裝置上的位置服務設定，並關閉地圖的個別位置設定。然而，如閣下禁用位置服務的設定，即不可使用某些地圖功能例如逐向導航。

(e) iBooks；Podcasts。如閣下選擇使用iBooks和Podcasts app的同步功能來在閣下的iOS裝置和電腦之間同步閣下的書簽、筆記、收藏和podcast訂閱資料，閣下承認這些資料將被發送給Apple，並與閣下用於iBooks Store或iTunes Store的Apple ID結合存儲，以將該等資料同步到被授權通過Apple ID存取內容的閣下的其他裝置和電腦。閣下可隨時關閉同步功能，只需前往設定並分別改變iBooks和Podcasts app的同

步選項。

(f) 閣下明白，使用任何服務意味閣下或會遇到可能被視為冒犯性、猥褻或討厭的內容，這些內容可能使用或不使用直白的語言，以及任何檢索得到的結果或進入某特定網址 (URL) 時，可能會自動和非故意地生成與不宜資料的鏈結或對不宜資料的提述。儘管如此，閣下同意使用服務並自擔風險，對於可能被發現屬冒犯性、猥褻或討厭的內容，Apple、其關聯公司、代理人、高層管理人員或許可方不對閣下承擔任何責任。

(g) 某些服務可能顯示、包括或提供來自第三方的內容、資料、資訊、應用軟體或材料（「第三方材料」），或至某些第三方網站的鏈結。閣下一使用服務，即表示閣下承認並同意，Apple不負責檢查或評估此等第三方材料或網站的內容、準確性、完整性、時間性、有效性、符合版權規定、合法性、適當性或質量，或任何其他方面。對任何第三方服務、第三方材料或網站，或者第三方的任何其他材料、產品或服務，Apple及其管理人員、關聯公司和子公司不作任何保證或認可，亦不對閣下或任何其他人或承擔和負有任何責任或負責。第三方材料和至其他網站的鏈結僅為方便閣下而提供。

(h) Apple 及其任何內容提供者不保證任何服務顯示的股票資訊、位置資料或任何其他資料的可獲得性、準確性、完整性、可靠性或及時性。任何服務顯示的金融資訊僅供一般參考之用，不應用作可供依賴之投資建議。在基於通過 服務獲得的資訊進行任何證券交易之前，閣下應向在法律上有資格在閣下的國家或地區提供財務或證券建議的專業財務或證券人員諮詢。任何服務提供的位置資料（包括Apple 地圖服務）僅作為基本導航和計劃用途而提供，其目的並非作為依賴以用於需要精確的位置資訊的情況，或若位置資料錯誤、不準確、出現時間延誤或不完整可能導致人身傷亡或財產或環境損害的情況。閣下同意，由於例如但不僅限於天氣、道路和交通情況以及地緣政治事件等足以影響地圖資料準確性的種種因素，閣下從地圖服務收到的結果可能與實際道路或地形情況有所不同。為了閣下的安全，使用導航功能時，任何時候都要注意展示的路牌和當時的道路情況，奉行安全駕駛習慣和遵照交通法規，並注意行走的方向可能不包括人行道或行人通道。

(i) 在閣下使用服務上傳任何內容的範圍內，閣下聲明閣下擁有所有權利或得到授權或以其他方式獲法律允許上傳該等內容，以及該等內容不違反適用於服務的任何服務條款。閣下同意服務含有屬Apple、網站所有人或其許可人擁有的專有內容、資訊和材料，受適用的知識產權和其他法律保護，包括但不限於版權。閣下同意除 服務的允許用途外，閣下不會使用此等專有內容、資訊或材料，也不以任何與本許可證的條款不一致或侵犯第三方或Apple的任何知識產權的方式使用此等專有內容、資訊或材料。服務的任何部分，均不得以任何形式或以任何方式複製。閣下同意不以任何方式修改、出租、租賃、借出、銷售或分發服務，亦不以任何方式以服務為基礎創作任何衍生作品。閣下不得以任何未獲授權的方式（包括但不限於通過服務來傳輸電腦病毒、蠕蟲、特洛伊木馬或其他惡意軟體，或通過侵入網絡或加重網路容量負擔）利用服務。閣下進一步同意不以任何方式使用服務騷擾、辱罵、追蹤、威脅或誹謗任何其他方，或以侵犯或違反任何其他方權利的方式使用服務，以及對於閣下的任何此等使用或由於使用服務致使閣下可能收到的任何騷擾性、威脅性、誹謗性、冒犯性、侵權或非法信息或傳輸，Apple不在任何方面對閣下承擔任何責任。

(j) 此外，可通過iOS裝置存取、鏈結或顯示的服務和第三方材料，不會以所有語言或在所有國家或地區提供。Apple不聲明此等服務和第三方材料是適當的及可在任何特定地點提供。在閣下選擇使用或存取此等服務和第三方材料的範圍內，閣下是自主決定這樣做的，並負責遵守任何適用法律，包括但不限於適用的地方法律，以及隱私權和資料收集法律。通過閣下的iOS裝置共享或同步照片，可能會導致與連同照片傳輸元數據，包括拍攝照片的地點和時間及景深資訊。使用Apple服務（例如iCloud 照片圖庫）共享或同步這些照片,將牽涉到Apple收取和存儲該等元數據。Apple 及其許可人保留在不通知的情況下，隨時更改、暫停、取消或禁止存取任何此等服務的權利。在任何情況下，Apple 均不對取消或禁止存取任何此等服務負有責任。Apple 還可在任何情況下，不通知和不承擔責任地限制使用或存取某些服務。

6.     終止  本許可證在其終止之前有效。如閣下未能遵守本許可證中的任何條款,本許可證下閣下的權利將自動終止或以其他方式終止生效,而無需Apple另行通知。在本許可證終止時,閣下應停止對iOS軟體的任何使用行為。本許可證第4、5、6、7、8、9、12和13條在如此終止後繼續有效。

7.     不作出擔保
7.1    如閣下是消費者客戶(指在閣下的行業、業務或專業以外使用iOS軟體的人),閣下在居住國可能享有法定權利,禁止以下限制適用於閣下。這些限制若被禁止即不適用於閣下。要進一步瞭解相關的權利,閣下應聯繫當地的消費者諮詢組織。

7.2    閣下明確承認並同意,在適用法律允許的範圍內,閣下使用iOS軟體和通過iOS軟體執行或取用任何服務須自擔風險,而有關質量滿意度、性能、準確性及努力等方面的全部風險均由閣下承擔。

7.3    在適用法律允許的最大範圍內,iOS軟體和服務都是「按現狀」和「可提供情況」提供的,附有一切瑕疵而不帶有任何種類的保證,Apple和Apple的許可人(在第7、8條中合稱為「Apple」)特此否認就iOS軟體和服務作出任何明示、默示或法定保證和條件,包括但不限於有關適銷性、質量滿意度、適合作某特定用途、準確性、不受干擾地享用及不侵害第三方權利的默示保證和/或條件。

7.4    Apple並不擔保閣下可不受干擾地享用iOS軟體和服務,iOS套裝軟體含的功能或所執行或提供的服務會符合閣下的要求,iOS軟體和服務將不受干擾地操作而且毫無錯誤、任何服務將持續提供、或iOS軟體或服務的瑕疵將被糾正、或iOS軟體將相容或可與任何第三方軟體、應用軟體或第三方服務共同運作。安裝本iOS軟體可能影響第三方軟體、應用程式或第三方服務以及Apple產品和服務的可獲得性及可用性。

7.5    閣下進一步承認iOS軟體和服務並非專為用於若iOS軟體和服務出現故障或時間延誤、或所提供的內容、資料或資訊出現錯誤或不準確之處時,可能會導致人身傷亡或嚴重的有形或環境損害的情況或環境,包括但不限於操作核子設施、飛機導航或通信系統、空中交通管制系統、生命維持機器或武器系統。

7.6    Apple或Apple授權代表給予的口頭或書面的資訊或意見均不構成任何擔保。如發現iOS軟體或服務存有瑕疵,閣下須承擔所有必要的維修、修理或糾正的全部費用。有些國家地區不允許排除默示擔保或對消費者的適用法定權利加以限制的做法,因此上述排除和限制可能並不適用於閣下。

8.     責任限制  在適用法律不禁止的範圍內,在任何情況下,對由於閣下使用或無法使用iOS軟體和服務、或連同iOS軟體或服務使用任何第三方軟體或應用軟體所引起或與此有關的任何人身傷害或任何附帶的、特別的、間接的或後果性的損害賠償,包括但不限於利潤損失、資料混亂或損失、不能傳播或接收任何資料(包括但不限於課程說明、分派工作和材料)、業務中斷的損害賠償或任何其他商業損害賠償或損失,無論其成因及基於何種責任理論(合同、侵權或其他),Apple、其關聯公司、代理人或高層管理人員一概無須負責,即使Apple已知悉可能發生上述損害賠償的話。有些國家地區不允許對人身傷害,或附帶或後果性損害賠償排除或附加責任限制,因此此項限制可能並不適用於閣下。在任何情況下,Apple就所有損害賠償對閣下承擔的全部責任(除在涉及人身傷害的情況中根據適用法律規定的損害賠償外)不應超過二百五十美元(U.S.$250.00)。即使前述救濟失去其基本作用,上述責任限制仍將適用。

9.     數字證書。iOS軟體具有接受 Apple 或第三方發放的數位證書的功能。決定是否信賴 APPLE 或第三方發放的證書是閣下獨自的責任,閣下須獨自承擔使用數位證書的風險。在適用法律允許的最大範圍內,APPLE 對於數字證書的適銷性或用於任何特定用途的適用性、準確性、安全性或不侵犯第三方權利,不作任何明示或默示的擔保或陳述。

10.    出口控制  除美國法律及獲得iOS軟體的所在國家地區的法律授權外,閣下不得使用或以任何方式出

口或轉口iOS軟體。特別是(但不以此為限)iOS軟體不得出口或轉口(a) 到任何遭美國禁運的國家，或(b) 給美國財政部的特別指定國民名單或美國商務部的被禁人士或機構名單或任何其他受限制方名單上任何人士。閣下使用iOS軟體，即表示閣下聲明和保證閣下並非位於上述任何國家，或列入上述任何名單。閣下並同意不會使用iOS軟體於美國法律禁止使用的任何目的，包括但不限於開發、設計、製造或生產導彈、核子、化學或生化武器。

11.　　政府最終用戶　iOS軟體和相關文檔均屬「商業項目」，該詞定義見48 C.F.R. §2.101，包含「商用電腦軟體」和「商用電腦軟體文檔」，定義見48 C.F.R. §12.212和48 C.F.R. §227.7202，以適用者為準。在符合48 C.F.R. §12.212和48 C.F.R. §227.7202–1至227.7202–4(以適用者為準)的規定下，商用電腦軟體和商用電腦軟體文檔(a) 只作為商業專案許可美國政府的最終用戶使用，及(b) 只附有根據本許可證條款和條件授予所有其他最終用戶的權利。Apple根據美國的著作權法律保留任何未經發佈的權利。

12.　　管轄法律和可分割性　本許可證受美國加利福尼亞州法律管轄並按該等法律解釋，但加利福尼亞州的法律衝突原則除外。本許可證不受《聯合國國際貨物銷售合同公約》管轄，其對本許可證的適用在此明確排除。如閣下是英國消費者,本許可證將受到閣下居住國家地區具司法管轄權的法律管轄。如果基於任何原因，具有合法管轄權的法院裁定本許可證的任何條款或其任何部分不可被強制執行，本許可證的其餘規定應繼續充分有效。

13.　　全部協定：管轄語言　本許可證構成閣下與Apple有關iOS軟體的全部協定，並取代與該標的事項有關的以前或現在的所有約定和諒解。未經Apple簽署書面文件，對本許可證的任何修訂或修改不具約束力。本許可證的任何譯本僅僅為了滿足當地需要。如果英文本與任何非英文譯本有任何抵觸之處，在閣下所在國家地區當地法律不禁止的範圍內，應以本許可證的英文本為準。

14.　　第三方確認　iOS軟體的若干部分使用或包含第三方的軟體及其他享有著作權的材料。這些材料的確認、許可證條款和免責聲明包含在iOS軟體的電子文檔中，閣下對這些材料的使用受它們的相應條款的約束。使用Google Safe Browsing服務須遵守Google的服務條款(https://www.google.com/intl/zh–tw/policies/terms/)和Google的隱私政策( https://www.google.com/intl/zh–tw/policies/privacy/)。

15.　　MPEG–4的使用；H.264/AVC通知。
(a) iOS軟體是依據MPEG–4系統專利組合許可證特許使用，以按照MPEG–4系統標準進行編碼，但與 (i) 以實質媒體貯存或複製且按照所有權基礎逐項支付之資料、和/或 (ii) 按照所有權基礎逐項支付並傳送給最終用戶以永久貯存和/或使用之資料編碼有關、以及須就相關編碼持有額外許可證和支付特許權使用費者除外。該額外許可證可通過MPEG LA, LLC. 取得，請參閱http://www.mpegla.com 瞭解進一步細節。

(b) iOS套裝軟體含MPEG–4視像編碼和/或解碼功能，iOS軟體是依據MPEG–4視像專利組合許可證特許予消費者個人和非商業性使用，以(i) 按照MPEG–4視像標準進行視像編碼(「MPEG–4視像」)，和/或(ii) 對從事個人和非商業活動的消費者所編碼、和/從獲MPEG LA許可提供MPEG–4視像的視像提供者取得的MPEG–4視像進行解碼。沒有就任何其他用途發出許可證或默示作任何其他用途。與宣傳推廣、內部和商業性使用及許可證賦予有關的進一步資料，可通過MPEG LA, LLC取得。請參閱http://www.mpegla.com。

(c) iOS軟體含AVC編碼和/或解碼功能，H.264/AVC的商業性使用需要額外的許可及以下規定適用：本許可證許可iOS軟體的AVC功能僅供消費者的個人和非商業性使用，以(i) 按照AVC標準(「AVC視像」)進行視像編碼、和/或(ii) 對從事個人和非商業性活動的消費者所編碼的AVC視像、和/或獲取自特許提供AVC視像的視像提供者的AVC視像進行解碼。與其他使用及許可證有關的資料，可通過MPEG LA L.L.C.取得。請參閱http://www.mpegla.com。

16.    雅虎搜尋服務限制    通過Safari提供的雅虎搜尋服務只被授權在以下國家和地區使用：阿根庭、阿魯巴、澳大利亞、奧地利、巴巴多斯、比利時、百慕大、巴西、保加利亞、加拿大、開曼群島、智利、中國、哥倫比亞、賽普勒斯、捷克共和國、丹麥、多明尼加共和國、厄瓜多爾、薩爾瓦多、芬蘭、法國、德國、希臘、格林伍德、瓜地馬拉、香港、匈牙利、冰島、印度、印尼、愛爾蘭、義大利、牙買加、日本、拉脫維亞、立陶宛、盧森堡、馬來西亞、馬爾他、墨西哥、荷蘭、新西蘭、尼瓜拉瓜、挪威、巴拿馬、秘魯、菲律賓、波蘭、葡萄牙、波多黎各、羅馬尼亞、新加岩伐克、斯洛文尼亞、南韓、西班牙、聖盧西亞、聖文孫特、瑞典、瑞士、臺灣、泰國、巴哈馬、特立尼達和多巴哥、土耳其、英國、烏拉圭、美國和委內瑞拉。

17.    Microsoft Exchange通知。iOS軟體內的Microsoft Exchange郵件設置，僅許可用於空中同步處理閣下的iOS與Microsoft Exchange伺服器或Microsoft許可的其他伺服器軟體之間的資訊，例如電子郵件、聯繫人、行事曆和工作等，以實施Microsoft Exchange ActiveSync協定。

EA1520
2017年9月22日

_____
Apple Pay補充條款和條件

這些Apple Pay補充條款和條件（這些「補充條款」）補充了iOS軟體許可協定（「許可證」）;許可證條款及這些補充條款同時規管閣下對被視為許可證下其中一項「服務」之Apple Pay功能的使用。這些補充條款中以大寫字母表示的詞匯，具有許可證內規定的含義。

1.    概述和使用限制

Apple Pay可讓閣下：

·    存儲哪些獲Apple Pay功能支援的信用卡、借記卡和預付卡（包括商店信用卡、借記卡、預付卡和Apple Pay Cash卡）（「獲支援付款卡」）的信貸虛擬表示，並使用獲支援的iOS裝置在選定地點或在app或網站內進行非接觸式支付;
·    使用在Wallet內存放的獎勵卡和禮物卡（簡稱「支援Apple Pay的卡」，與獲支援付款卡統稱「獲支援卡」），以在選定商店進行作為使用Apple Pay進行非接觸式支付一部分的非接觸式獎勵卡和禮物卡交易；和
·    向Apple Pay其他用戶進行個人對個人付款。

iOS軟體的Apple Pay功能可能僅在選定地區提供，以及僅適用於選定發卡行、金融機構和商戶。功能可能因地區、發卡行及商戶而異。

要使用Apple Pay，閣下必須有一張獲支援卡。獲支援卡可能會不時有變。此外，閣下必須有一張Apple Pay Cash卡，方可進行個人對個人付款或收款。

獲支援付款卡和個人對個人付款與閣下登入iCloud之Apple ID關聯，以便使用這些功能。獲支援卡僅提供給13歲或以上人士，並可能會受到iCloud或閣下嘗試配置的獲支援卡所額外施加的年齡限制。Apple Pay Cash卡和個人對個人付款和收款的能力，僅提供給18歲或以上人士。

Apple Pay僅供閣下個人使用，閣下只能配置自己的獲支援卡。如閣下要配置獲支援的公司卡，閣下聲明閣下已得到閣下的雇主授權這樣做，以及閣下獲授權使閣下的雇主受到這些使用條款和通過此功能進行的所有交易的約束。如閣下正在進行個人對個人付款或收款，閣下聲明閣下這樣做是用於閣下自己個人的非商業用途。

閣下同意不使用Apple Pay於非法或欺詐的目的，或本許可證和這些補充條款禁止的任何其他目的。閣下進一步同意按照適用法律及法規使用Apple Pay。閣下同意不干擾或擾亂Apple Pay的服務（包括以任何自動方式存取服務）、或連接到服務的任何伺服器或網絡、或連接到服務的任何網路政策、規定或法規（包括任何對數據或數據流量未經授權的存取、使用或監測）。

2.    Apple與閣下的關係

Apple Pay能讓閣下在閣下獲支援的iOS裝置上，創建閣下獲支援卡的虛擬表示。然而，Apple不會處理付款或其他非付款交易（例如累積或兌換獎勵）、收取、持有或轉帳閣下的資金，或對因閣下使用該功能而可能產生的付款、退貨、退款、獎勵、價值、折扣或其他商業活動具有任何其他控制權。

閣下與閣下的發卡機構之間可能存在的持卡人協定條款，將繼續規限閣下對閣下的獲支援卡的使用，以及它們與Apple Pay的相關使用。同樣，閣下在任何商戶獎勵或禮物卡計畫的參與以及閣下就Apple Pay對支援Apple Pay的卡之使用，皆須遵守該商戶的條款和條件規限。

Apple Pay Cash卡和個人對個人付款和收款的能力僅在美國提供，是聯邦存款保險公司成員Green Dot Bank提供的服務。當閣下在Apple Pay中啟動這些功能時，閣下即在Green Dot Bank開立帳戶，而當閣下進行個人對個人付款或收款、或從閣下的Apple Pay Cash卡載入或提取金錢時，Green Dot Bank將負責收取和將閣下的金錢發送給預期的收款人。在Apple Pay中負責提供Apple Pay Cash和個人對個人付款的金融機構可能有變，閣下使用該等功能須遵守其條款和條件。

許可證或這些補充條款並無任何規定修改任何持卡人、使用者或商戶協定條款，該等條款將規限閣下對適用的獲支援卡的使用或Apple Pay的個人對個人付款功能，以及它們在閣下的iOS裝置上的虛擬表示。閣下同意Apple並非閣下的持卡人或商戶協定其中一方，而Apple亦無須就以下事項負責：(a)於使用Apple Pay功能期間，任何付款卡、獎勵卡、禮物卡、商業活動、交易或購買之內容、準確性或無法獲得；(b)信貸的發放或對信貸資格的評估；(c)個別商戶計畫下的獎勵或儲值之累積或兌換；(d)預付卡資金的提供或重新載入；(e)個人對個人付款或收款；或(f)從閣下的Apple Pay Cash卡載入、兌換或提取款項。

有關付款卡、獎勵卡、禮物卡或相關商業活動的所有糾紛或問題，請聯繫閣下的發卡行或適用的商戶。有關Apple Pay Cash卡或個人對個人付款的問題，請聯繫Apple支援。

3.    隱私

Apple Pay需要從閣下的iOS裝置獲取一些資訊，以便提供全面的體驗。此外，當閣下使用Apple Pay Cash卡或進行個人對個人付款或收款時，基於為閣下的帳戶提供服務和防止欺詐及監管目的，有關閣下交易的附加資訊會被收集和保留。通過閱讀關於Apple Pay和隱私（閣下可在iOS裝置上的Wallet & Apple Pay或配對的iOS裝置上的Watch app內查閱）或訪問 https://www.apple.com/tw/privacy/，閣下可以找到關於作為閣下使用Apple Pay、Apple Pay Cash卡或以Apple Pay進行個人對個人付款一部分而收集、使用或共享的資料之詳細資訊。閣下使用這些功能，即表示同意和允許Apple及其附屬公司和代理人傳輸、收集、維護、處理和使用所有上述資訊，以提供Apple Pay功能。

4.　　安全性; 遺失或禁用裝置

Apple Pay會存儲閣下的獲支援卡之虛擬表示，因此應予以保護，就如同閣下會保護現金或閣下的實體信用卡、借記卡、預付卡、獎勵卡或禮物卡一樣。如閣下向第三方提供裝置的密碼或允許第三方添加其指紋以使用Touch ID或啟動Face ID，他們即可在閣下的裝置上使用Apple Pay付款、進行、要求或收取個人對個人付款、從閣下的Apple Pay Cash卡提取款項、或獲取或兌換獎勵或信貸。閣下須自行負責維護閣下的裝置以及閣下的密碼之安全性。閣下同意，如閣下遺失或與他人共享對閣下裝置的存取，Apple不負任何責任。閣下同意，如閣下對iOS作出未經授權的修改（例如以「越獄」方式），Apple不負任何責任。

閣下或需啟動額外的安全性措施（例如對閣下的Apple ID實施雙因素身份認證）方可訪問Apple Pay的特定功能，包括Apple Pay Cash卡和在Apple Pay中進行個人對個人付款。如閣下其後刪除該等安全性功能，閣下未必能繼續訪問Apple Pay的特定功能。

如閣下的裝置丟失或被盜，而閣下已啟動Find My iPhone的話，閣下可使用Find My iPhone功能將其置於Lost Mode，嘗試暫停在該裝置上以虛擬獲支援付款卡付款或進行個人對個人付款的能力。閣下也可以擦除閣下的裝置，此舉將嘗試暫停在裝置上以虛擬獲支援付款卡付款或進行個人對個人付款的能力，並且會嘗試移除支援Apple Pay的卡。閣下亦應聯繫發行閣下獲支援付款卡之發卡機構、發行閣下支援Apple Pay的卡之商戶及Apple（如屬閣下的Apple Pay Cash卡之情況），以防止他人未經授權存取閣下的獲支援卡。

如閣下報告或Apple懷疑有欺詐或詐騙活動，閣下同意在任何調查中與Apple合作，並使用我們規定的任何防欺詐措施。

5.　　責任限制

<u>除許可證載明的不作出擔保和責任限制外，APPLE亦不對使用APPLE PAY功能進行的購買、支付、交易、或其他商業活動承擔任何責任。閣下並同意在尋求解決與閣下的獲支援卡、個人對個人付款和相關商業活動有關的任何問題或爭議時，只檢視閣下與發卡機構、支付網路、金融機構或商戶之間可能訂立的協定。</u>

_____

<u>來自APPLE的通知</u>
如果Apple需要就閣下的產品或帳戶聯繫閣下，閣下同意通過電子郵件接收這些通知。閣下同意我們發送給閣下的任何這些通知，將符合任何法定通信要求。

العربية

هام: باستخدامك جهاز iPHONE أو iPAD أو iPOD TOUCH أو iPOD TOUCH الخاص بك (جهاز iOS )، أنت توافق على الالتزام بالأحكام التالية:

أ.      اتفاقية ترخيص برنامج APPLE iOS
ب.     شروط APPLE PAY التكميلية
ج.     إخطارات من APPLE

شركة .APPLE INC
اتفاقية ترخيص برنامج iOS
ترخيص الاستخدام الفردي

الرجاء قراءة اتفاقية ترخيص البرنامج هذه ("الترخيص") بعناية قبل استخدام جهاز iOS الخاص بك أو قبل تنزيل تحديث برنامج مصاحب لهذا الترخيص. من خلال استخدام جهاز iOS الخاص بك أو من خلال تنزيل تحديث هذا البرنامج، فإنك توافق على الالتزام بأحكام هذا الترخيص. إذا لم توافق على أحكام هذا الترخيص، فلا تستخدم جهاز iOS ولا تقم بتنزيل تحديث البرنامج.

في حال قمت مؤخرًا بشراء جهاز iOS ولم توافق على أحكام الترخيص، فيمكنك إعادة جهاز iOS خلال فترة الاسترجاع إلى متجر شركة APPLE أو الموزع المعتمد الذي اشتريته منه لاستعادة أموالك، بما يتوافق مع سياسة الإعادة من شركة APPLE المتاحة على //:https .www.apple.com/legal/sales_policies

**1. عام.**

(أ) البرنامج (الذي يضم كود تشغيل ROM والبرنامج المضمن وبرامج الجهات الأخرى)، والوثائق، والواجهات، والمحتويات، والخطوط وأي بيانات تأتي مع جهاز iOS الخاص بك ("برنامج iOS الأصلي")، والتي يمكن أن يتم تحديثها أو استبدالها من تعزيزات الخصائص أو تحديث البرامج أو برامج استعادة النظام التي توفرها شركة Apple ("تحديثات برنامج iOS "), سواء كانت متاحة في الذاكرة المقروءة فقط أو في أي وسائط أخرى، أو بأي شكل من الأشكال (يشار إلى برنامج iOS الأصلي وتحديثات برنامج iOS مجتمعين "برنامج iOS " يتم ترخيصه لك من شركة ("Apple") .Apple Inc ولا يتم بيعه لك، وذلك بغرض الاستخدام وفقا لأحكام هذا الترخيص فقط، وتحتفظ شركة Apple ومرخصيها بملكية برنامج iOS ذاته كما تحتفظ بكافة الحقوق التي لم يتم منحها صراحة لك. أنت توافق على سريان شروط هذا الترخيص على أي تطبيق يحمل علامة Apple التجارية قد يكون متضمنًا على جهاز iOS، ما لم يكن ذلك التطبيق مصحوبًا بترخيص منفصل، وفي هذه الحالة توافق على أن تحكم شروط ذلك الترخيص استخدامك لذلك التطبيق.

(ب) وفقًا لإرادة شركة Apple المنفردة، يمكن إتاحة تحديثات مستقبلية لبرنامج iOS. ولا تتضمن تحديثات برنامج iOS بالضرورة،إذا وجدت، كافة ميزات البرامج، أو الميزات الجديدة التي تطرحها شركة Apple لأحدث طرازات أجهزة iOS أو غيرها. وشروط هذا الترخيص تحكم أي تحديثات برنامج iOS التي تقدمها شركة Apple، ما لم يرافق تحديث برنامج iOS هذا ترخيص منفصل وفي هذه الحالة أنت توافق أن شروط هذا الترخيص ستحكم.

(ج) إذا كنت تستخدم ميزة الإعداد السريع لإعادة جهاز iOS جديد استنادًا إلى جهاز iOS لديك بالفعل، فإنك توافق على أن شروط هذا الترخيص ستحكم استخدامك لبرنامج iOS على جهاز iOS الجديد، ما لم يكن مصحوبًا بترخيص منفصل، وفي هذه الحالة توافق على أن شروط هذا الترخيص ستحكم استخدامك لبرنامج iOS هذا.

**2. الاستخدامات المسموح بها وقيود الترخيص**

(أ) بموجب أحكام وشروط هذا الترخيص، يتم منحك ترخيص محدود وغير حصري لاستخدام برنامج iOS على جهاز iOS واحد يحمل العلامة التجارية لشركة Apple. باستثناء ما هو مصرح به في البند 2(ب) الموضح أدناه، وإلا كما هو منصوص عليه في اتفاقية منفصلة بينك وبين أبل، لا يسمح هذا "الترخيص" بتواجد برنامج iOS على أكثر من جهاز iOS واحد يحمل العلامة التجارية لشركة Apple في نفس الوقت، ولا يجوز لك توزيع أو إتاحة برنامج iOS عبر شبكة يمكن أن تستخدمها عدة أجهزة في ذات الوقت. لا يمنحك هذا "الترخيص" أي حقوق لاستخدام الواجهات المملوكة لشركة Apple أو حقوق الملكية الفكرية الأخرى المتعلقة بتصميم أو تطوير أو تصنيع أو توزيع أجهزة وكمالية الأطراف الأخرى، أو تطبيقات برامج الأطراف الأخرى، للاستخدام مع أجهزة iOS. تكون بعض تلك الحقوق متاحة بموجب تراخيص منفصلة من شركة Apple. لمزيد من المعلومات المتعلقة بتطوير أجهزة وكماليات الأطراف الأخرى لأجهزة iOS، الرجاء زيارة الموقع //:https developer.apple.com/programs/mfi. لمزيد من المعلومات المتعلقة بتطوير تطبيقات البرامج لأجهزة iOS، الرجاء زيارة الموقع .https://developer.apple.com

(ب) فيما يتعلق بتحديثات برنامج iOS التي قد تنتيجة شركة Apple، أنت تقر بأن بعض تحديثات برنامج iOS أو أجزاء منها قد تكون مقصورة على بعض طرازات أو أجيال جهاز iOS وقد لا تكون متاحة لكافة طرازات iOS. بموجب أحكام وشروط هذا الترخيص، يتم منحك ترخيص محدود وغير حصري لتنزيل تحديثات برنامج iOS الذي قد يتاح بواسطة Apple لطراز iOS الخاص بك لتحديث أو استعادة البرامج على أي أجهزة iOS التي تمتلكها أو تحت سيطرتك. في حال قمت بتنزيل برنامج iOS على جهاز الكمبيوتر الخاص بك، يمكنك عمل نسخة واحدة من تحديثات برنامج iOS وتخزينها على جهاز الكمبيوتر الخاص بك بصيغة مقروءة آليًا لأغراض النسخ الاحتياطي فقط، على أن تحتوي النسخة المخزنة احتياطيًا على كل إخطارات حقوق الطبع والنشر أو إخطارات الملكية الأخرى الموجودة في النسخة الأصلية.

(ج) إلى الحد اللازم لقيام Apple بتثبيت تطبيقات تحمل علامة Apple التجارية مسبقاً من App Store على جهاز iOS الخاص بك في وقت الشراء (والتي يُشار إليها باسم "التطبيقات المُثبَّتة مسبقاً")، يتعين عليك تسجيل الدخول إلى حساب App Store الخاص بك لكي تتمكن من استخدامها على جهاز iOS. عندما تقرن تطبيقاً مثبتاً مسبقاً بحساب App Store الخاص بك، سنقوم تلقائياً في الوقت نفسه بإقران جميع التطبيقات الأخرى المُثبَّتة مسبقاً على جهاز iOS. يعني اختيار إقران التطبيقات المُثبَّتة مسبقاً بحساب App Store الخاص بك موافقتك على أنه يجوز لشركة Apple نقل كل من معرف Apple ID الذي يستخدمه حساب App Store الخاص بك ومعرف الجهاز الفريد الذي يجمعه جهاز iOS الخاص بك وجمعها وصيانتها ومعالجتها واستخدامها لغرض التحقق من أهلية طلبك وإتاحة إمكانية وصولك إلى التطبيقات المُثبَّتة مسبقاً من خلال App Store. إذا كنت لا ترغب في استخدام تطبيق مثبت مسبقاً، فيمكنك حذفه من جهاز iOS الخاص بك في أي وقت.

(د) لا يجوز لك، وتوافق على عدم القيام أو السماح للآخرين، بنسخ (باستثناء ما هو مسموح به صراحةً في هذا "الترخيص")، أو فك البرامج أو إجراء الهندسة العكسية، أو التفكيك، أو محاولة استخراج مصدر التعليمات البرمجية، أو فك التشفير، أو التعديل، أو إنشاء أعمال مشتقة من برنامج iOS أو أي خدمات يوفرها برنامج iOS، أو أي جزء منه (باستثناء ما تحظره القوانين السارية من القيود المذكورة وفقط حتى ذلك الحد أو بشروط الترخيص التي تحكم استخدام المكونات ذات المصدر المفتوح والتي قد تكون مرفقة مع برنامج iOS).

(هـ) يجوز استخدام برنامج iOS لإعادة إنتاج مواد طالما كان هذا الاستخدام مقصوراً على إعادة إنتاج مواد لا تخضع لحقوق الطبع والنشر، أو مواد تمتلك حقوق طبعها ونشرها، أو مواد يكون مرخصاً أو مسموحاً لك قانوناً بإعادة إنتاجها. الملكية وحقوق الملكية الفكرية في ولأي محتوى يتم عرضه أو تخزينه أو الوصول إليه من خلال جهاز iOS تعود إلى مالك المحتوى المعني. قد يكون هذا المحتوى محمياً بحقوق الطبع والنشر أو قوانين ومعاهدات أخرى خاصة بالملكية الفكرية، وقد يخضع لشروط استخدام الطرف الثالث الذي قدم هذا المحتوى. باستثناء ما هو منصوص عليه في هذه الوثيقة، فإن هذا الترخيص لا يمنحك أي حقوق لاستخدام هذا المحتوى ولا يضمن استمرار توفر هذا المحتوى لك.

(و) أنت توافق على استخدام برامج وخدمات iOS (كما هو معرف بالبند 5 أدناه) وذلك طبقاً لكافة القوانين السارية، بما في ذلك القوانين المحلية المعمول بها في البلد أو المنطقة التي تقطن بها أو حتى التي قمت بتنزيل أو استخدام برامج وخدمات iOS فيها. قد لا تتوفر ميزات برامج وخدمات iOS بجميع اللغات أو في جميع المناطق؛ فقد تختلف بعض الميزات باختلاف المنطقة وقد تكون بعضها مقيدة أو غير متاحة من موفر الخدمة لديك. يلزم وجود اتصال Wi-Fi أو اتصال بيانات خلوي لتشغيل بعض ميزات برامج وخدمات iOS.

(ز) يتطلب استخدام App Store مجموعة فريدة مؤلفة من اسم المستخدم وكلمة السر، والتي تُعرف باسم Apple ID. يلزم أيضاً توفر Apple ID لتتمكن من الوصول إلى تحديثات التطبيقات وبعض ميزات برامج وخدمات iOS.

(ح) أنت تقر بأن العديد من الميزات، التطبيقات المتضمنة، والخدمات لبرنامج iOS تنقل البيانات ويمكن أن تؤثر على خطة رسوم البيانات وأنك تعد مسؤولاً عن أي من هذه الرسوم. يمكنك أن تعرض وتحدد أي من التطبيقات المسموح باستخدامها في بيانات الجوال، وقياس حجم البيانات التي تم استهلاكها في إعدادات بيانات الجوال. لمزيد من المعلومات، يرجى الرجوع إلى دليل المستخدم لجهاز iOS الخاص بك.

(ط) إذا اخترت السماح بتحديثات التطبيقات التلقائية، فإن جهاز iOS الخاص بك سيتحقق دورياً مع Apple لمعرفة التحديثات التي تطرأ على التطبيقات المُثبَّتة على جهازك، وفي حالة العثور على تحديث سيتم تنزيله وتثبيته على جهاز iOS تلقائياً. يمكنك إيقاف تشغيل تحديثات التطبيقات التلقائية نهائياً في أي وقت عن طريق الانتقال إلى "الإعدادات" والنقر فوق iTunes & App Store وإيقاف تشغيل "التحديثات" ضمن "التنزيلات التلقائية".

(ي) قد يؤدي استخدام جهاز iOS الخاص بك في بعض الظروف إلى تشتيتك وقد يؤدي إلى حدوث موقف خطير (على سبيل المثال، تجنب كتابة الرسائل النصية أثناء قيادة السيارة وتجنب استخدام سماعات الأذن أثناء ركوب الدراجة). وباستخدامك iOS، أنت توافق على أنك مسؤول عن احترام القواعد التي تحظر أو تقيد استخدام الهواتف المحمولة أو سماعات الرأس (على سبيل المثال، مطالب استخدام خيارات الأجهزة حرة اليدين لإجراء المكالمات أثناء القيادة).

**3. النقل.** لا يجوز تأجير برنامج iOS أو إيجاره أو إقراضه أو بيعه أو إعادة توزيعه أو ترخيصه للغير. ولكن يجوز لك عمل تحويل مرة واحدة وبشكل دائم لكل حقوق الترخيص الخاصة بك في برنامج iOS إلى طرف آخر فيما يتعلق بتحويل ملكية جهاز iOS الخاص بك، وذلك بشرط أن: (أ) يشمل التحويل على جهاز iOS الخاص بك وكل برامج iOS، بما في ذلك كل مكوناته وهذا الترخيص، (ب) ألا تحتفظ بأي نسخ من برنامج iOS، كاملة أو جزئية، بما في ذلك النسخ المخزنة على أي جهاز كمبيوتر أو وسيلة تخزين أخرى، (ج) يقوم الطرف الذي يحصل على برنامج iOS بقراءة أحكام وشروط هذا الترخيص ويوافق على قبولها.

**4. الموافقة على استخدام البيانات.** عندما تستخدم جهازك، يتم إرسال رقم هاتفك ومعرّفات فريدة معينة لجهاز iOS الخاص بك إلى Apple للسماح للآخرين بالوصول إليك من خلال رقم هاتف عند استخدام ميزات الاتصال المتنوعة في iOS، مثل iMessage أو FaceTime. عندما تستخدم iMessage، قد تحتفظ Apple برسائلك بصيغة مشفرة لمدة محدودة لضمان تسليمها. يمكنك إيقاف FaceTime أو iMessage عن طريق الانتقال إلى إعدادات FaceTime أو الرسائل على جهاز iOS الخاص بك. قد تتطلب ميزات معينة ـ مثل التحليلات، وخدمات الموقع، وSiri، والإملاء ـ معلومات من جهاز iOS الخاص بك لتوفير الخدمات الخاصة بها. عندما تقوم بتشغيل أو استخدام تلك الميزات، سيتم توفير تفاصيل بشأن نوعية المعلومات التي يتم إرسالها إلى Apple وكيفية استخدام هذه المعلومات. يمكنك معرفة المزيد عن طريق زيارة الموقع //https: www.apple.com/privacy. سيتم التعامل مع معلوماتك في جميع الأوقات وفقاً لسياسة الخصوصية المتبعة لدى Apple، والتي يمكنك عرضها على الموقع: https://www.apple.com/legal/privacy.

**5. الخدمات ومواد الأطراف الأخرى.**
(أ) قد يسمح برنامج iOS بالوصول إلى iTunes Store وApp Store وiBooks Store وGame Center وiCloud وMaps من

Apple وغيرها من الخدمات ومواقع الإنترنت من Apple أو جهات أخرى (والتي يُشار إليها مجتمعة أو منفردة باسم "الخدمات"). مثل هذه الخدمات قد لا تكون متاحة بكافة اللغات أو في كافة الدول. قد يتطلب استخدام هذه "الخدمات" تواجد اتصال بالإنترنت، وقد يتطلب استخدام "خدمات" معينة معرّفاً من آبل وقد يتطلب قبول المزيد من الشروط كما قد يخضع لرسوم إضافية. باستخدام هذا البرنامج من Apple ID أو خدمة أخرى من Apple، أنت توافق على شروط الخدمة السارية لتلك الخدمة مثل أحدث أحكام وشروط Apple الإعلامية في البلد الذي تصل إلى هذه الخدمات منه والتي يمكنك الوصول إليها ومراجعتها على الموقع https://www.apple.com/legal/internet-services/itunes/ww

(ب) إذا اشتركت في iCloud، يمكن الوصول لبعض ميزات iCloud مثل "iCloud Photo Library" و"My Photo Stream" و"iCloud Photo Sharing" و"Back Up" و"Find My iPhone" مباشرة من برنامج iOS. تقرّ وتوافق على أن استعمالك لـ iCloud وهذه الميزات يخضع لأحدث شروط وبنود خدمة iCloud، ويمكنك الوصول إليها والاطلاع عليها في: -https://www.apple.com/legal/internet services/icloud/ww.

(ج) محتوى تطبيق News. يقتصر استخدامك للمحتوى الذي يتم الوصول إليه من خلال تطبيق News على الاستخدام الشخصي غير التجاري، ولا ينقل أي حصص ملكية لك في المحتوى، ويستبعد على وجه الخصوص وليس الحصر أي حقوق استخدام تجاري أو ترويجي في هذا المحتوى. إضافة إلى ذلك، لا يجوز لك إعادة نشر، إعادة إرسال، وإعادة نسخ أي صور يتم الوصول إليها من خلال News كملف مستقل بذاته.

(د) الخرائط. قد تختلف خدمة الخرائط وميزات برنامج iOS (المشار إليها باسم "الخرائط")، بما في ذلك تغطية بيانات الخرائط باختلاف المنطقة. عند استخدامك لأي ميزات تعتمد على الموقع ضمن Maps، مثل التنقل بكل دور على حدة، والحركة والبحث المحلي، قد يتم إرسال معلومات مختلفة عن الاستخدام ومتعلقة بالموقع إلى Apple، بما في ذلك الموقع الجغرافي الحقيقي لجهاز iOS الخاص بك، من أجل معالجة طلبات والمساعدة على تحسين الخرائط. ويتم جمع مثل بيانات الاستخدام والموقع هذه من قبل Apple في شكل لا يعرّف عنك شخصياً. وباستخدام Maps، فإنك توافق وتقبل أن تقوم Apple والشركات التابعة لها ووكلائها بنقل هذه المعلومات وتجميعها وصيانتها ومعالجتها واستخدامها، لتوفير وتحسين ميزات وخدمة Maps، وغير ذلك من منتجات وخدمات Apple. قد تقوم Apple أيضاً بتوفير هذه المعلومات – إما بشكل مجمع أو على نحو لا يدل على الهوية الشخصية – لشركائها والجهات الممنوح لها ترخيص من الشركة، للمساعدة في تحسين منتجاتهم وخدماتهم المرتبطة بالخرائط والمستندة إلى الموقع. يمكنك إيقاف تشغيل وظيفة Maps التي تعتمد على الموقع عن طريق الانتقال إلى إعداد خدمات الموقع على جهاز iOS الخاص بك وإيقاف إعداد الموقع الفردي لـ Maps. لكن بعض ميزات Maps لن تكون متاحة في حال قمت بتعطيل إعداد خدمات Maps، مثل التنقل بكل دور على حدة.

(هـ) iBooks؛ البودكاست. إذا اخترت ميزة المزامنة في تطبيقي iBooks والبودكاست لمزامنة الإشارات المرجعية والملاحظات والمجموعات وبيانات اشتراك بودكاست في أجهزة iOS وأجهزة الكمبيوتر الخاصة بك، فأنت تقر بإرسال هذه البيانات إلى Apple وتخزينها مع Apple ID الذي تستخدمه لـ iBooks Store أو iTunes Store، وذلك لمزامنة هذه البيانات مع الأجهزة وأجهزة الكمبيوتر الأخرى المسموح لها بالوصول إلى المحتوى من خلال Apple ID هذا. يمكنك إيقاف تشغيل المزامنة في أي وقت عن طريق الانتقال إلى "الإعدادات" وتغيير خيارات المزامنة لتطبيقي iBooks والبودكاست على التوالي.

(و) أنت تدرك أنه من خلال استخدام أي من "الخدمات"، فقد تقابل محتويات يمكن اعتبارها غير مقبولة، أو بذيئة، أو تثير الاعتراضات، وهذه المحتويات يمكن أو لا يمكن تعريفها على أنها تحتوي على لغة صريحة، أو قد تنتج أي عناوين URL محدد يمكن أن يؤدي إلى الحصول على روابط أو مراجع تشير إلى المواد التي تثير الاعتراضات بشكل تلقائي وغير متعمد. ومع ذلك، أنت توافق على استخدام "الخدمات" وتتحمل كامل المخاطرة ولا تتحمل شركة Apple ولا الشركات التابعة لها أو وكلاؤها أو مسؤولوها أو مرخصوها نحوك مسؤولية بخصوص المحتويات التي يمكن أن يتضح أنها غير لائقة أو بذيئة أو تثير الاعتراضات.

(ز) بعض الخدمات يمكن أن تعرض أو تحتوي أو تقوم بإتاحة محتويات أو بيانات أو معلومات أو تطبيقات أو مواد من أطراف أخرى ("مواد الأطراف الأخرى ") أو تقوم بتوفير روابط لمواقع أطراف أخرى على الإنترنت. من خلال استخدام "الخدمات"، أنت تقر وتوافق ألا تكون شركة Apple مسؤولة عن فحص أو تقييم محتوى مواد أو مواقع الإنترنت الخاصة بهذه الأطراف الأخرى أو دقتها أو اكتمالها أو ملاءمتها الزمنية أو صحتها أو توافقها مع حقوق الطبع والنشر أو قانونيتها أو أياقتها أو جودتها، أو أي وجه آخر من أوجه هذه المواد أو المواقع. لا تضمن شركة Apple أو مسؤوليها أو الشركات التابعة لها أو تصدق ولا تعترض ولن تكون مسؤولة أو ملتزمة نحوك أو نحو أي شخص آخر فيما يتعلق "بخدمات" الأطراف الأخرى، أو مواد "الأطراف الأخرى" أو مواقع الإنترنت الخاصة بها، أو عن أي مواد أو منتجات أو خدمات أخرى من أطراف أخرى. يتم توفير "مواد الأطراف الأخرى"، والروابط لمواقع الويب الأخرى بشكل فردي كوسيلة على سبيل الملاءمة لك.

(ح) لا Apple ولا أي من مقدمي محتواها يضمن توافر أو دقة أو اكتمال أو موثوقية أو حسن توقيت المعلومات عن المخزون أو بيانات الموقع أو أي بيانات أخرى يتم عرضها من قبل أي خدمات.  المعلومات المالية التي تعرضها أي "خدمات" تكون لأغراض المعلومات العامة فقط، ولا يجب الاعتماد عليها لتلك المعلومات كمصيبة استشارية. فقبل إجراء أي معاملات على الأوراق المالية بناءً على المعلومات التي يتم الحصول عليها من خلال "الخدمات"، يجب أن تستشير أحد الخبراء في المجال المالي والسندات والأوراق المالية والمؤهلين لتقديم مشورة فيما يتعلق بمجال الأوراق المالية في بلدك أو منطقتك. يتم توفير خرائط Apple من قبل أي "خدمات"، بما فيه خدمة Apple Maps، لأغراض التنقل الأساسية والتخطيط فقط، ولا يقصد الاعتماد عليها في المواقف التي تحتاج إلى معلومات دقيقة حول المواقع أو في الحالات التي تؤدي فيها بيانات المواقع الخاطئة أو غير الدقيقة أو المؤخرة أو غير الكاملة إلى الوفاة، أو الإصابة الشخصية، أو تعرض الممتلكات أو البيئة للضرر. أنت توافق على أن النتائج التي تتلقاها من خدمة Maps قد تختلف من ظروف الطريق أو الحال الفعلي نتيجة لعوامل يمكن أن تؤثر على دقة بيانات Maps، على سبيل المثال لا الحصر ظروف المناخ والطرق وحركة المرور، والأحداث الجغرافية السياسية. للحفاظ على سلامتك، توخى الحذر دوماً عند استخدام ميزة الملاحة لمراقبة إشارات الطرق المعلن عنها وظروف الطرق الحالية. اتبع ممارسات القيادة الآمنة وقواعد المرور ولاحظ أن اتجاهات السير قد لا تتضمن ممرات جانبية أو مسارات للمشاة.

(ط) إلى الحد الذي تقوم به بتحميل أي محتوى من خلال استخدام الخدمات، فإنك تقرّ بأنك تملك جميع الحقوق في، أو أنك مخوّل أو بخلاف ذلك إلى الحد المسموح به قانونيًا لتحميل مثل هذا المحتوى وأن مثل هذا المحتوى لا ينتهك أي شروط خدمة تنطبق على الخدمات. أنت توافق على أن الخدمات تحتوي على محتوى متعلق بحقوق الملكية ومعلومات ومواد مملوكة لشركة Apple أو مالك الموقع أو مرخصيه، وهي محمية بموجب قوانين حقوق الملكية الفكرية المعمول بها وقوانين أخرى على سبيل المثال لا الحصر قوانين حقوق الطبع والنشر. أنت توافق على أنك لن تستخدم هذا المحتوى المتعلق بحقوق الملكية وهذه المعلومات أو الأدوات في أي غرض أو بخلاف الاستخدام المسموح به للخدمات أو بأي طريقة أخرى لا تتطابق مع شروط هذا الترخيص، أو تنتهك أي حقوق ملكية فكرية تخص أي جهة أخرى أو تخص شركة Apple. لا يجوز إعادة إنتاج أي جزء من "الخدمات" بأي شكل أو بأي وسيلة. أنت توافق على عدم تعديل أو تأجير أو إيجار أو إقراض أو بيع أو توزيع أو إنشاء أعمال مشتقة قائمة على "الخدمات"، بأي طريقة كانت، ولا يجوز لك استغلال "الخدمات" بأي طريقة غير معتمدة من أي نوع، بما في ذلك، ودون الحصر، استخدامها في نقل فيروسات الحاسب الآلي أو الفيروسات المتنقلة الضارة وأحصنة طروادة ("Trojan horses") وغيرها من البرامج الضارة، أو من خلال التعدي على سعة الشبكة أو إثقالها. كما أنك توافق أيضًا على عدم استخدام "الخدمات" بأي طريقة للمضايقة أو إساءة الاستخدام أو المطاردة أو التهديد أو التشهير أو التعدي على حقوق الأطراف الأخرى أو انتهاكها، وأن شركة Apple لا تكون مسؤولة بأي شكل من الأشكال عن أي استخدام يندرج تحت تلك الأمور تقوم به، ولا عن أي رسائل أو عمليات بث تنطوي على مضايقة أو تهديد أو تشهير أو تعد عليك أو انتهاك أو أي أمور غير مشروعة يمكن أن تستلمها كنتيجة لاستخدام أي من "الخدمات".

(ي) بالإضافة إلى ذلك، لن تكون "خدمات" الأطراف الأخرى و "مواد الأطراف الثالثة" التي يمكن الوصول إليها من جهاز iOS أو الاتصال به أو عرضها أو إتاحتها عليه متاحة بكل اللغات أو في كل الدول. لا تتعهد شركة Apple أن تكون هذه "الخدمات" و " مواد الأطراف الثالثة " مناسبة أو متاحة للاستخدام في أي مكان بعينه. إلى الحد الذي اخترته لاستخدام تلك "الخدمات" و" مواد الأطراف الثالثة "، فأنت تقوم بمبادرة شخصية وتكون مسؤولاً عن الالتزام بالقوانين السارية، بما في ذلك ودون الحصر القوانين المحلية السارية، والقوانين الخاصة بالسرية وجمع البيانات. قد تتسبب مشاركة الصور أو مزامنتها من خلال جهاز iOS في إرسال بيانات التعريف مع الصور، بما في ذلك وقت ومكان التقاط الصورة، ومعلومات العمق. كما أن استخدام خدمات Apple (مثل مكتبة صور iCloud) لتبادل أو مزامنة مثل هذه الصور سوف يشمل استلام وتخزين بيانات التعريف هذه لدى شركة Apple. وتحتفظ شركة Apple ومرخصيها بالحق في تغيير أو تعليق أو إزالة أو تعطيل استخدام أي "خدمات" في أي وقت ودون تنبيه. ولن تكون شركة Apple مسؤولة بأي حال من الأحوال عن إزالة أو تعطيل استخدام أي من هذه "الخدمات". كما يمكن أن تفرض شركة Apple قيود على استخدام "خدمات" معينة أو الوصول إليها، في أي حالة ودون تنبيه أو مسؤولية.

**6. إنهاء الترخيص.** هذا الترخيص سار إلى أن يتم إنهاؤه. تنتهي حقوقك الممنوحة لك بموجب هذا "الترخيص" أو تصبح غير سارية دون إخطار من شركة Apple في حالة عدم التزامك بأي من أحكام هذا "الترخيص". وعند إنهاء هذا "الترخيص"، يجب عليك التوقف عن أي استخدام لبرنامج iOS. تظل البنود 4 و5 و6 و7 و8 و9 و12 و13 من هذا الترخيص سارية حتى بعد انتهائه.

**7. إخلاء المسؤولية عن الضمانات.**
**7.1** إذا كنت عميلاً مستهلكًا (تستخدم برنامج iOS خارج نطاق التجارة أو العمل أو المهنة الخاصة بك)، فقد يكون لديك حقوقًا قانونية في بلد الإقامة الخاصة بك والتي تحظر تطبيق القيود التالية عليك. للتعرف على المزيد حول الحقوق الخاصة بك، يجب الاتصال بأحد المؤسسات الخاصة بتوجيه النصائح إلى المستهلك المحلي.

**7.2 أنت تقر وتوافق بشكل صريح، والي أقصى حد تسمح به القوانين السارية، على أن استخدام برنامج وأي خدمات يتم توفيرها أو الوصول إليها من خلال برنامج iOS يكون على مسؤوليتك وحدك وأنك تتحمل المسؤولية الكاملة المتعلقة بالجودة والأداء والدقة والمجهود المرضي.**

**7.3 إلى أقصى حد تسمح به القوانين السارية، فإن برنامج وخدمات iOS يتم توفيرها "كما هي" و"كما هي متاحة" بكل الأخطاء وبدون أي ضمان من أي نوع، وتخلي شركة Apple ومرخصيها (والذين يشار إليهم بشكل مُجَمّع باسم "Apple" لأغراض القسمين 7و8) مسؤوليتها بموجب هذا الترخيص عن كل الضمانات والشروط فيما يتعلق ببرنامج iOS والخدمات، سواء كانت صريحة، أو ضمنية، أو تشريعية، ويشمل ذلك دون حصر، الضمانات الضمنية و/أو شروط الرواج التجاري، والجودة المرضية، والملاءمة لغرض معين، والدقة، والتمتع الهادئ، وعدم التعدي على حقوق الأطراف الأخرى.**

**7.4 لا تقدم شركة Apple ضمانات ضد التعدي على برنامج iOS والخدمات، وأن الوظائف الموجودة أو الخدمات التي يقوم بها أو يوفرها برنامج iOS ستفي بمتطلباتك، أو أن تشغيل برنامج iOS والخدمات لن يتعرض للمقاطعة أو يكون دون أخطاء، أو أن تظل الخدمة متاحة، أو أن يتم إصلاح العيوب التي تكون موجودة في برنامج iOS أو الخدمات، أو أن برنامج iOS سيكون متوافقا مع أي سيعمل مع أي برامج أو تطبيقات من أطراف أخرى أو أي خدمات من أطراف أخرى. يمكن أن يؤثر تثبيت برنامج iOS هذا على توفر برامج أو تطبيقات أو خدمات جهات أخرى واستخدامها، فضلاً عن منتجات وخدمات APPLE.**

**7.5 كما أنك تقر أيضًا بأن برنامج iOS والخدمات ليس الغرض منهما أو ليسا مناسبين للاستخدام في المواقف أو الأحوال التي يحتمل أن يؤدي فيها القصور في أو تأخير الوقت أو الأخطاء أو عدم دقة المحتوى أو البيانات أو المعلومات التي يتم توفيرها من خلال برنامج iOS أو الخدمات إلى حدوث الوفاة أو الإصابة الشخصية، أو الأضرار البدنية أو البيئية البالغة، ويشمل ذلك دون حصر، تشغيل المنشآت النووية أو برامج الملاحة في الطائرات أو أنظمة الاتصالات، مراقبة الحركة الجوية، أو دعم إنقاذ الحياة، أو أنظمة الأسلحة.**

**7.6 لا تمثل أي معلومات أو نصائح شفهية أو مكتوبة تعطيها شركة Apple أو أي ممثل معتمد لشركة Apple ضمانًا. في حالة ثبوت وجود عيوب في برنامج iOS أو الخدمات، فأنت تتحمل مجمل تكلفة عمليات الصيانة أو الإصلاح أو التصحيح اللازمة. لا تسمح بعض التشريعات باستثناء الضمانات الضمنية أو القيود السارية على الحقوق التشريعية للمستهلك، وبالتالي فقد لا تنطبق القيود والاستثناء المذكورون أعلاه عليك.**

**8. تحديد المسؤولية.** إلى الحد غير المحظور بموجب القانون الساري، لن تتحمل **Apple** أو الشركات التابعة لها أو وكلاؤها أو مديروها المسؤولية بأي حال من الأحوال عن الإصابة الشخصية، أو الأضرار غير المباشرة أو التبعية أو العرضية أو الخاصة من أي نوع، ويشمل ذلك على سبيل المثال لا الحصر، أضرار خسائر الأرباح أو تلف أو فقدان البيانات أو الفشل في إرسال أو استقبال أي بيانات (تشمل على سبيل المثال لا الحصر الإرشادات والتعيينات والمواد الخاصة بسياق العمل) أو مقاطعة الأعمال، أو أي أضرار أو خسائر تجارية أخرى، والتي تحدث بسبب، أو تتعلق باستخدامك أو عدم قدرتك على استخدام برنامج iOS أو الخدمات، أو أي برامج أو تطبيقات أطراف أخرى تتعلق ببرنامج أو خدمات iOS، أيًّا كان سببها، وبغض النظر عن نظرية المسؤولية (التعاقدية أو التقصيرية أو غير ذلك)، حتى وإن تم إعلام شركة **Apple** مسبقًا باحتمال حدوث هذه الأضرار. لا تسمح بعض التشريعات بالحد أو الاستثناء من المسؤولية المتعلقة بالإصابة الشخصية، أو الأضرار العرضية أو التبعية، وبالتالي قد لا ينطبق هذا التحديد عليك. ولا تتجاوز مسؤولية شركة Apple الإجمالية تجاهك بأي حال من الأحوال مقابل كل الأضرار (بخلاف ما قد تفرضه القوانين السارية في الحالات التي تتعلق بالإصابة الشخصية) مائتين وخمسين دولارًا (250 دولار أمريكي). تسري الحدود المذكورة أعلاه حتى في حالة عدم تحقيق التسوية المذكورة أعلاه غرضها الأساسي.

**9. الشهادات الرقمية.** يحتوي برنامج iOS على وظائف تسمح له بقبول الشهادات الرقمية الصادرة من شركة Apple أو من الأطراف الأخرى. تكون أنت فقط مسؤولاً حصريًا عن تحديد ما إذا كان يجب الاعتماد على شهادة أو لا سواء كانت صادرة من شركة Apple أو من طرف آخر. ويكون استخدام الشهادات الرقمية على مسؤوليتك الخاصة. إلى الحد المسموح بموجب القانون المطبق، لا تقدم شركة **Apple** أي ضمانات أو تعهدات، سواء كانت صريحة أو ضمنية، فيما يتعلق بالرواج التجاري أو الملاءمة لأي غرض معين، أو الدقة، أو الأمان، أو عدم التعدي على حقوق الأطراف الأخرى، فيما يتعلق بالشهادات الرقمية.

**10. التحكم في التصدير.** لا يجوز لك استخدام أو تصدير أو إعادة تصدير برنامج iOS إلا كما هو مصرح به من خلال قانون الولايات المتحدة والتشريع/التشريعات المحلية في المنطقة التي تم الحصول على برنامج iOS فيها. وعلى وجه الخصوص، وبدون الحصر، لا يجوز تصدير برنامج iOS أو إعادة تصديره (أ) إلى أي دول تفرض الولايات المتحدة حظرًا عليها، أو (ب) إلى أي شخص في قائمة وزارة المالية الأمريكية لـ "الأفراد المحددين بشكل خاص" ("Specially Designated Nationals") أو قائمة المحظورين لوزارة التجارة الأمريكية أو قائمة الكيانات، أو أي قوائم أطراف محظورة أخرى. باستخدام برنامج iOS، أنت تضمن وتقر أنك غير موجود في أي دولة من تلك الدول أو في أي قائمة من تلك القوائم. كما أنك توافق على أنك لن تستخدم برنامج iOS لأي أغراض يحظرها قانون الولايات المتحدة، بما في ذلك، ودون حصر، تطوير أو تصميم أو تصنيع أو إنتاج الصواريخ أو الأسلحة النووية أو الكيماوية أو البيولوجية.

**11. المستخدمون النهائيون الحكوميون.** يعد برنامج iOS والوثائق ذات الصلة "بنود تجارية"، كما تم تعريف هذا المصطلح في C.F.R. 48 2.101§، مكونة من "برامج كمبيوتر تجارية" و"وثائق برامج كمبيوتر تجارية" كما هي مستخدمة في 48 C.F.R. §12.212 أو 48 C.F.R. 2-227.7202§ إلى 227.7202-4 بحسب الأحوال، يتم ترخيص "برامج الكمبيوتر التجارية" و"وثائق برامج الكمبيوتر التجارية" إلى المستخدمين النهائيين من الحكومة الأمريكية (أ) كبنود تجارية فقط و(ب) فقط بتلك الحقوق التي تمنح لكل المستخدمين النهائيين الآخرين بموجب الأحكام والشروط المنصوص عليها في هذا الترخيص. الحقوق غير المنشورة محفوظة بموجب قوانين حقوق النشر بالولايات المتحدة.

**12. القانون المطبق واستمرار صحة نصوص الترخيص.** يخضع هذا الترخيص، ويُفسر وفقًا لقوانين، لقوانين ولاية كاليفورنيا، مع استثناء مبادئ تنازع القوانين. لا يخضع هذا الترخيص لاتفاقية الأمم المتحدة بشأن عقود البيع الدولي للبضائع، حيث يستثني تطبيق هذه الاتفاقية بشكل صريح. إذا كنت مستهلك مقيم في المملكة المتحدة، سوف يخضع هذا الترخيص لقوانين محل إقامتك. وإذا وُجدت أي محكمة ذات اختصاص، لأي سبب، أن أي نص أو جزء منه لا يمكن تطبيقه، فإن الجزء المتبقي من هذا الترخيص يبقى ساريًا ونافذ.

**13. كامل الاتفاق، واللغة السارية.** يمثل هذا الترخيص كامل الاتفاق بينك وبين Apple فيما يتعلق ببرنامج iOS، كما أنه يلغي جميع الاتفاقيات والتفاهمات السابقة فيما يتعلق بهذا الموضوع. لا يكون أي تعديل أو تغيير في هذا الترخيص ملزمًا إلا إذا كان مكتوبًا وموقعًا من شركة Apple. أي ترجمة تتم لهذا الترخيص تكون لمتطلبات محلية، وفي حالة وجود خلاف بين النسخة الإنجليزية والنسخ المكتوبة بلغات غير اللغة الإنجليزية، تكون اللغة الإنجليزية هي اللغة السارية، إلى الحد غير المحظور بموجب القانون المحلي في بلدك.

**14. إقرارات الأطراف الأخرى.** تقوم أجزاء من برنامج iOS باستخدام وتضمين برامج من طرف ثالث وغير ذلك من المواد المحمية بموجب حقوق الطبع والنشر. وترد الإقرارات وشروط الترخيص وإخلاء المسؤولية لهذه المواد في الوثائق الإلكترونية لبرنامج iOS، ويخضع استخدامك لهذه المواد لتلك الشروط الخاصة بكل منها. تخضع خدمة استخدام التصفح الآمن من Google لشروط خدمة Google الموجودة على الموقع https:// (www.google.com/intl/ar/policies/terms وسياسة خصوصية Google الموجودة على الموقع https://www.google.com/intl/ar/policies/privacy.

**H.264/AVC إخطار ،MPEG-4 استخدام .15**
(أ) برنامج iOS مرخص بموجب ترخيص محفظة براءة الاختراع لأنظمة MPEG-4 للترميز بالتوافق مع معيار أنظمة MPEG-4، إلا أن الترميز يتطلب ترخيصًا إضافيًا ودفع امتيازات فيما يتعلق بما يلي: (1) البيانات المخزنة أو المكررة في الوسائط المادية المدفوعة على أساس كل سند ملكية و/أو (2) البيانات المدفوعة على أساس كل سند ملكية والمنقولة إلى المستخدم النهائي للترخيص و/أو الاستخدام الدائم. ويمكن الحصول على هذا الترخيص الإضافي من شركة MPEG LA، LLC. راجع http://www.mpegla.com للاطلاع على تفاصيل إضافية.

(ب) يشتمل برنامج iOS على وظائف تشفير و/أو فك تشفير الفيديو بصيغة MPEG-4. برنامج iOS مرخص بحسب ترخيص حافظة براءة الاختراع المرئية الخاصة بـ MPEG-4 للاستخدام الشخصي وغير التجاري لما يلي: (1) تشفير الفيديو بالتوافق مع معيار MPEG-4 المرئي ("فيديو MPEG-4") و/أو (2) فك تشفير فيديو MPEG-4 تم تشفيره من خلال مستخدم مرتبط بنشاط شخصي وغير تجاري و/أو تم الحصول عليه من مقدم فيديو مرخص له من شركة MPEG LA لتوفير فيديو MPEG-4. لا يتم منح أو تضمين أي ترخيص لأي استخدام آخر. يمكن الحصول

على معلومات إضافية بما في ذلك تلك المتعلقة بالاستخدامات والترخيص الترويجي والتجاري والداخلي من MEGA LA, LLC. راجع //http
.www.mpegla.com

(ج) يحتوي برنامج iOS على وظيفة تشفير و/أو فك تشفير AVC، ويتطلب الاستخدام التجاري لـ H.264/AVC الحصول على تراخيص إضافية ويسري حكم النص التالي: **تم ترخيص وظيفة AVC في برنامج iOS بحسب هذا الترخيص فقط للاستخدام الشخصي وغير التجاري للمستهلك للقيام بما يلي: (1) تشفير الفيديو بالتوافق مع معيار AVC ("فيديو AVC") و/أو (2) فك تشفير فيديو AVC تم تشفيره من خلال مستخدم مرتبط بنشاط شخصي وغير تجاري و/أو فيديو AVC تم الحصول عليه من مقدم فيديو مرخص له لتوفير فيديو AVC. يمكن الحصول على المعلومات المتعلقة بالاستخدامات والتراخيص الأخرى من MPEG LA L.L.C. راجع http://www.mpegla.com**

**16. قيود خدمة البحث في Yahoo.** خدمة البحث في Yahoo والمتاحة من خلال Safari مرخص باستخدامها في الدول والمناطق التالية فقط: الأرجنتين، أروبا، أستراليا، النمسا، بربادوس، بلجيكا، برمودا، البرازيل، بلغاريا، كندا، جزر كيمان، تشيلي، الصين، كولومبيا، قبرص، جمهورية التشيك، الدنمارك، جمهورية الدومينيكان، الإكوادور، السفادور، فنلندا، فرنسا، ألمانيا، اليونان، جرينادا، جواتيمالا، هونج كونج، المجر، أيسلندا، الهند، إندونيسيا، أيرلندا، إيطاليا، جامايكا، يابان، لاتفيا، ليتوانيا، لوكسمبورج، ماليزيا، مالطا، المكسيك، هولندا، نيوزيلندا، نيكاراجوا، النرويج، بنما، بيرو، الفلبين، بولندا، البرتغال، بورتو ريكو، رومانيا، سنغافورة، سلوفاكيا، سلوفينيا، كوريا الجنوبية، إسبانيا، سانت لوشيا، سانت فينسينت، السويد، سويسرا، تايوان، تايلاند، جزر الباهاماس، ترينداد وتوباجو، تركيا، المملكة المتحدة، أوروجواي، الولايات المتحدة، فينزويلا.

**17. إخطار Microsoft Exchange.** تم ترخيص ضبط بريد iOS في برنامج iOS فقط لمزامنة المعلومات عبر الهواء مثل البريد الإلكتروني والأسماء والتقويم والمهمات بين الـ iOS الخاص بك وخادم Microsoft Exchange أو برامج خادمة أخرى مرخصة بواسطة Microsoft لتطبيق بروتوكول Microsoft Exchange Active Sync.

EA1520
22/09/2017

_____

**أحكام وشروط Apple Pay**

أحكام وشروط Apple Pay التكميلية هذه (والمشار إليها باسم "الشروط التكميلية") هي تكملة لاتفاقية ترخيص برنامج iOS (المشار إليها باسم "الترخيص") وتحكم كل من شروط الترخيص وهذه الشروط التكميلية استخدام ميزة Apple Pay (والتي يتعين اعتبارها "خدمة" بموجب الترخيص. تحمل المصطلحات المكتوبة بالحروف اللاتينية الكبيرة والمستخدمة في هذه الشروط التكميلية المعاني المنصوص عليها في الترخيص.

**1. نظرة عامة وقيود الاستخدام**

تتيح لك Apple Pay:

- إمكانية تخزين تمثيلات افتراضية لبطاقات الائتمان والسحب والبطاقات مسبقة الدفع — بما في ذلك بطاقات الائتمان والسحب والبطاقات مسبقة الدفع الخاصة بالمتاجر وبطاقات Apple Pay Cash - التي تدعمها ميزة Apple Pay (المشار إليها باسم "بطاقات الدفع المدعومة") واستخدام أجهزة iOS المدعومة لإجراء عمليات الدفع الذكية (بدون ملامسة) في مواقع بعينها أو داخل التطبيقات أو مواقع الويب.
- استخدام بطاقات الجوائز والهدايا المحفوظة في Wallet (المشار إليها باسم "البطاقات التي تم تمكينها لـ Apple Pay"، والمشار إليها عندما تكون مع بطاقات الدفع المدعومة باسم "البطاقات المدعومة")، لإجراء معاملات بطاقات جوائز وهدايا ذكية في متاجر محددة كجزء من عملية الدفع الذكية باستخدام Apple Pay.
- القيام بعمليات الدفع المباشر من شخص لآخر إلى مستخدمي Apple Pay.

لا تتوفر ميزات Apple Pay الخاصة ببرنامج iOS سوى في مناطق بعينها ولدى جهات إصدار بطاقات بعينها ولدى تجار ومؤسسات مالية بعينها. لذا فقد تختلف الميزات باختلاف المنطقة وجهة الإصدار والتاجر.

لكي تستخدم Apple Pay، يجب أن تكون لديك بطاقة مدعومة. وقد تتغير البطاقات المدعومة من وقت لآخر. بالإضافة إلى ذلك، لإرسال أو استلام عمليات الدفع المباشر من شخص لآخر، يجب أن يكون لديك بطاقة Apple Pay Cash.

تقترن بطاقات الدفع المدعومة وعمليات الدفع المباشر من شخص لآخر مع Apple ID المستخدم في تسجيل الدخول إلى iCloud لاستخدام هذه الميزات. لا تتوفر البطاقات المدعومة إلا للأفراد الذين لا تقل أعمارهم عن ١٣ عامًا. وقد تخضع لقيود إضافية متعلقة بالعمر تفرضها iCloud أو البطاقة المدعومة التي تحاول تقديمها. تتوفر بطاقة Apple Pay Cash والقدرة على إرسال واستلام عمليات الدفع المباشر من شخص لآخر فقط للأفراد الذين تبلغ أعمارهم ١٨ عامًا أو أكثر.

ميزة Apple Pay مصممة خصيصًا للاستخدام الشخصي ولا يجوز لك تقديم سوى البطاقات المدعومة الخاصة بك. إذا كنت تقدم بطاقة شركة مدعومة، فأنت تتعهد بأنك تفعل ذلك بتفويض من صاحب الشركة وتلتزم بشروط الاستخدام هذه وجميع المعاملات المتأثرة باستخدام هذه الميزة. إذا كنت تقوم بإرسال أو استلام عمليات الدفع المباشر من شخص لآخر، فأنت تقر أنك تقوم بذلك للاستخدامك الشخصي غير التجاري.

أنت توافق على عدم استخدام Apple Pay لأغراض غير قانونية أو احتيالية أو لأي أغراض أخرى محظورة بموجب شروط الترخيص وهذه الشروط التكميلية. أنت توافق كذلك على استخدام Apple Pay بما يتوافق مع القوانين والتشريعات المعمول بها. أنت توافق على عدم التداخل مع خدمة Apple Pay أو مقاطعتها (بما في ذلك الوصول إلى الخدمة بأي طرق تلقائية) أو أي خوادم أو شبكات متصلة بالخدمة أو أي سياسات أو متطلبات أو قواعد خاصة بالشبكات المتصلة بالخدمة (بما في ذلك أي وصول غير معتمد إلى بياناتها أو حركات مرورها أو استخدامها أو مراقبتها).

## 2. العلاقة بينك وبين Apple

تتيح لك Apple Pay إمكانية إنشاء تمثيل افتراضي لبطاقاتك المدعومة على جهاز iOS. ومع ذلك لا تعالج Apple الدفعات أو معاملات البطاقات غير الدفعية الأخرى (مثل تراكم الجوائز واستردادها)، أو تسلتم الأموال أو تحجزها أو تقوم بنقلها، أو تتحكم بأي شكل آخر في الدفعات أو العوائد أو الأموال المستردة أو الجوائز أو القيمة أو الخصومات أو أي نشاط تجاري آخر قد ينشأ عن استخدام هذه الميزة.

لا تزال شروط اتفاقيات مالك البطاقة التي أبرمتها مع جهة إصدار البطاقة تحكم بطاقاتك المدعومة واستخدامها فيما يتعلق بميزة Apple Pay. وبالمثل، فإن مشاركتك في أي برامج جوائز تجارية أو بطاقات هدايا واستخدامك للبطاقات التي تم تمكين Apple Pay لها فيما يتعلق بميزة Apple Pay سيخضع للأحكام والشروط الخاصة بذلك التاجر.

تتوفر بطاقة Apple Pay Cash والقدرة على إرسال واستلام عمليات الدفع المباشر من شخص لآخر فقط في الولايات المتحدة، وهي الخدمات التي يقدمها بنك Green Dot، الذي لديه عضوية في FDIC. عندما تقوم بتمكين هذه الميزات في Apple Pay، فإنك تفتح حسابًا لدى بنك Green Dot، وعندما تقوم بإرسال أو استلام عمليات الدفع المباشر من شخص لآخر أو تحميل أو سحب أموال من بطاقة Apple Pay Cash، سيكون بنك Green Dot مسؤولاً عن استلام وإرسال أموالك إلى المستلم المقصود. المؤسسة المالية المسؤولة عن تقديم Apple Pay Cash وعمليات الدفع المباشر من شخص لآخر الدفع باستخدام Apple Pay عرضة للتغيير، ويخضع استخدامك لهذه الميزات إلى الأحكام والشروط الخاصة بها.

لا يوجد شيء في الترخيص أو هذه الشروط الإضافية يقوم بتعديل شروط اتفاقية أي من حاملي البطاقات أو المستخدمين أو التجار، وستحكم هذه الشروط استخدامك للبطاقة المدعومة أو ميزة الدفع المباشر من شخص لآخر باستخدام Apple Pay وتمثيلها الافتراضي على جهاز iOS الخاص بك. أنت توافق على أن Apple ليست طرفًا في اتفاقيات مالك البطاقة أو التاجر ولا تتحمل Apple المسؤولية عن (أ) محتوى أي بطاقات دفع أو بطاقات جوائز أو بطاقات هدايا أو أنشطة تجارية أو معاملات أو مشتريات أو دقتها أو عدم توفرها أثناء استخدام وظيفة Apple Pay (ب) إصدار بطاقة الائتمان أو تقييم مدى أهليتها؛ (ج) تراكم بطاقات الجوائز أو القيمة المخزنة أو استردادها بموجب برنامج جوائز لأحد التجار؛ (د) تمويل أو إعادة شحن البطاقات مسبقة الدفع؛ (هـ) إرسال أو استلام عمليات الدفع المباشر من شخص لآخر؛ أو (و) تحميل أو استرداد أو سحب الأموال من بطاقة Apple Pay Cash.

بالنسبة لجميع النزاعات أو المسائل المتعلقة ببطاقات الدفع أو بطاقات الجوائز أو بطاقات الهدايا أو النشاط التجاري المرتبط بها، يُرجى الاتصال بجهة الإصدار أو التاجر المناسب. إذا كان لديك أي أسئلة متعلقة ببطاقة Apple Pay Cash أو عمليات الدفع المباشر من شخص لآخر، يرجى الاتصال بدعم Apple.

## 3. الخصوصية

تتطلب Apple Pay بعض المعلومات من جهاز iOS الخاص بك حتى تتمكن من تقديم التجربة الكاملة. بالإضافة إلى ذلك، عند استخدام بطاقة Apple Pay Cash أو إرسال أو استلام عمليات الدفع المباشر من شخص لآخر، يتم جمع معلومات إضافية حول المعاملات الخاصة بك والاحتفاظ بها لخدمة حسابك ومنع الغش والأغراض التنظيمية. يمكنك العثور على مزيد من المعلومات حول البيانات التي تم جمعها أو استخدامها أو مشاركتها كجزء من استخدامك لـ Apple Pay أو بطاقة Apple Pay Cash أو عمليات الدفع المباشر من شخص لآخر باستخدام Apple Pay عن طريق قراءة "حول Apple Pay والخصوصية" (والتي يمكن الوصول إليها بالانتقال إلى Wallet وApple Pay وراجع iOS الخاص بك، أو داخل تطبيق Watch على جهاز iOS مقترن) أو عن طريق زيارة https://www.apple.com/privacy. يعد استخدامك لهذه الميزات بمثابة موافقة منك على أن تقوم على نقل شركة Apple وشركاتها الفرعية ووكلاؤها بنقل جميع المعلومات المذكورة آنفًا وجمعها والاحتفاظ بها ومعالجتها واستخدامها، لتوفير وظيفة Apple Pay.

## 4. الأمان وفقد الأجهزة أو تعطيلها

تقوم Apple Pay بتخزين التمثيلات الافتراضية للبطاقات المدعومة الخاصة بك ويجب حمايتها مثلها مثل الأموال أو بطاقات الائتمان والسحب والبطاقات مسبقة الدفع وبطاقات الجوائز وبطاقات الهدايا المادية. قد يؤدي تقديم رمز الدخول لجهازك إلى جهة أخرى أو السماح لشخص آخر بإضافة بصمته واستخدام Touch ID أو تمكين Face ID إلى تمكين تلك الجهة من إجراء عمليات دفع أو إرسال عمليات الدفع المباشر من شخص لآخر أو طلبها أو استلامها باستخدام Apple Pay على جهازك، أو سحب أموال من بطاقة Apple Pay Cash أو استرداد الجوائز أو الرصيد باستخدام Apple Pay على جهازك. تتحمل أنت المسؤولية كاملةً عن الحفاظ على أمان جهازك والكود السري الخاص بك. أنت توافق على ألا تتحمل Apple أي مسؤولية في حالة فقد أو مشاركة الوصول إلى جهازك. أنت توافق على ألا تتحمل Apple أي مسؤولية في حالة قيامك بإجراء تعديلات غير مسموح بها على iOS (كما هو الحال عن طريق "كسر القيود").

قد تحتاج إلى تمكين إجراءات أمان إضافية، مثل المصادقة الثنائية لـ Apple ID، للوصول إلى ميزات معينة من Apple Pay، بما في ذلك بطاقة Apple Pay Cash وعمليات الدفع المباشر من شخص لآخر. إذا قمت بإزالة ميزات الأمان هذه في وقت لاحق، فقد لا تكون قادرًا على الاستمرار

في الوصول إلى ميزات معينة من Apple Pay.

في حالة فقدان جهازك أو سرقته وكان تطبيق Find My iPhone مفعلاً، يمكنك استخدام تطبيق العثور على الـ iPhone لمحاولة تعليق القدرة على الدفع باستخدام بطاقات الدفع المدعومة الافتراضية أو القيام بعمليات الدفع المباشر من شخص لآخر على هذا الجهاز عن طريق إدخاله في الوضع "مفقود". يمكنك أيضًا مسح محتوى الجهاز، الأمر الذي سيعمل على تعليق القدرة على الدفع باستخدام بطاقات الدفع المدعومة الافتراضية أو القيام بعمليات الدفع المباشر من شخص لآخر على الجهاز وسيعمل أيضًا على إزالة بطاقات الجوائز التي تم Apple Pay لها. يتعين عليك أيضًا الاتصال بجهة إصدار بطاقات الدفع المدعومة والتاجر الذي أصدر لك البطاقات التي تم تمكين Apple Pay لها، وشركة Apple في حالة بطاقة Apple Pay Cash وذلك لمنع الوصول غير المسموح به إلى البطاقات المدعومة الخاصة بك.

إذا أبلغت عن وجود أو كانت Apple تشك في وجود نشاط احتيالي أو مسيء، فأنت توافق على التعاون مع Apple في أي تحقيقات واتباع أي إجراءات تصفها لك من شأنها منع الاحتيال والتصدي له.

**5. تحديد المسؤولية**

بالإضافة إلى إخلاء المسؤولية عن الضمانات وحدود المسؤولية المنصوص عليها في الترخيص، لا تتحمل APPLE أي مسؤولية عن المشتريات أو الدفعات أو المعاملات أو أي نشاط تجاري آخر يتم باستخدام ميزة APPLE PAY، وتوافق أنت على تحمل المسؤولية كاملة عن مراجعة اتفاقيتك مع جهة إصدار البطاقة أو شبكة الدفع أو المؤسسة المالية أو التاجر لحل أي قضايا أو نزاعات تتعلق بالبطاقات المدعومة وعمليات الدفع المباشر من شخص لآخر والنشاط التجاري ذي الصلة.

---

**الإخطارات من شركة APPLE**

إذا احتاجت شركة Apple إلى الاتصال بك فيما يتعلق بالمنتج الخاص بك أو حسابك لدى الشركة، فأنت توافق على استلام الإخطارات عبر البريد الإلكتروني. وأنت توافق على أن تكون كل هذه الإخطارات التي نرسلها لك إلكترونيًا وافية بمتطلبات الاتصالات القانونية.

**PORTUGUÊS, BRASIL**

**IMPORTANTE: AO UTILIZAR SEU iPHONE, iPAD OU iPOD TOUCH ("DISPOSITIVO iOS") VOCÊ CONCORDA EM ESTAR SUJEITO AOS SEGUINTES TERMOS:**

**A.    CONTRATO DE LICENÇA DE SOFTWARE DO iOS DA APPLE**
**B.    APPLE PAY TERMOS ADICIONAIS**
**C.    AVISOS DA APPLE**

**APPLE INC.**
**CONTRATO DE LICENÇA DE SOFTWARE DO iOS**
**Licença de Uso Simples**

**POR FAVOR, LEIA ESTE CONTRATO DE LICENÇA DE SOFTWARE ("LICENÇA") CUIDADOSAMENTE ANTES DE USAR O SEU DISPOSITIVO iOS OU DE TRANSFERIR A ATUALIZAÇÃO DE SOFTWARE QUE ACOMPANHA ESTA LICENÇA. AO USAR O SEU DISPOSITIVO iOS OU AO TRANSFERIR UMA ATUALIZAÇÃO DE SOFTWARE, CONFORME APLICÁVEL, VOCÊ CONCORDA EM ESTAR SUJEITO AOS TERMOS DESTA LICENÇA. SE VOCÊ NÃO CONCORDAR COM OS TERMOS DESTA LICENÇA, NÃO UTILIZE O DISPOSITIVO iOS OU TRANSFIRA A ATUALIZAÇÃO DE SOFTWARE.**

**SE VOCÊ COMPROU RECENTEMENTE UM DISPOSITIVO iOS E NÃO CONCORDA COM OS TERMOS DA LICENÇA, PODERÁ DEVOLVER O DISPOSITIVO iOS, DENTRO DO PRAZO DE DEVOLUÇÃO, A UMA LOJA DA APPLE OU DISTRIBUIDOR AUTORIZADO ONDE O ADQUIRIU PARA OBTER UM REEMBOLSO, SUJEITO À POLÍTICA DE DEVOLUÇÃO DA APPLE QUE SE ENCONTRA NO SITE https://www.apple.com/legal/sales_policies/.**

**1. Geral.**
(a) O software (incluindo o código da ROM de Boot, software integrados e software de terceiros), a documentação, interfaces, conteúdo, fontes e quaisquer dados que acompanhem o seu Dispositivo iOS ("Software do iOS Original"), que possam ser atualizados ou substituídos por melhorias de recursos, atualizações de software ou software de restauração de sistema fornecidos pela Apple ("Atualizações de Software do iOS"), seja em memória apenas para leitura, em qualquer outro meio físico ou em qualquer outra forma (o Software Original do iOS e as Atualizações de Software do iOS são referidos coletivamente como o "Software do iOS") são licenciados, não vendidos, a você pela Apple Inc. ("Apple") para serem utilizados sob os termos dessa Licença. A Apple e seus licenciadores conservam a propriedade do Software do iOS e se reservam todos os direitos não concedidos expressamente a você. Você concorda que os termos desta Licença se aplicarão a qualquer aplicativo da Apple que esteja integrado em seu Dispositivo iOS, a não ser que tal aplicativo venha acompanhado por uma licença à parte, caso no qual você concorda que os termos de tal licença regerão o seu uso sobre o dito aplicativo.

(b) A Apple, à sua conveniência, pode tornar disponíveis futuras Atualizações de Software do iOS. As Atualizações de Software do iOS, se houver, podem não incluir necessariamente todos os recursos existentes do software ou novos recursos que a Apple lança para os modelos mais recentes ou outros modelos dos Dispositivos iOS. Os termos desta Licença regerão quaisquer Atualizações de Software fornecidas pela Apple, a menos que tal Atualização de Software esteja acompanhada por uma licença à parte, caso no qual você concorda que os termos daquela licença prevalecerão.

(c) Se você usar o recurso de instalação expressa para configurar um novo Dispositivo iOS baseado em um Dispositivo iOS existente, você concorda que os termos desta Licença regerão o seu uso do Software iOS no seu novo Dispositivo iOS, a menos que ele venha acompanhado de uma licença

separada, caso no qual você concorda que os termos da licença separada regerão o seu uso do Software iOS.

**2. Uso Autorizado e Restrições da Licença.**

(a) Sujeito aos termos e condições desta Licença, lhe é concedida uma licença limitada e não-exclusiva para usar o Software do iOS em um único Dispositivo iOS da marca Apple. Exceto se permitido no Item 2(b) abaixo e exceto se fornecido em um contrato à parte entre você e a Apple, esta Licença não permite que o Software do iOS seja instalado em mais de um Dispositivo iOS da marca Apple por vez, e você não poderá distribuir ou disponibilizar o Software do iOS em uma rede onde ele poderá ser utilizado por vários dispositivos ao mesmo tempo. Esta Licença não outorga a você quaisquer direitos de utilizar as interfaces proprietárias da Apple e outra propriedade intelectual no desenho, desenvolvimento, fabricação, licenciamento ou distribuição de dispositivos e acessórios de terceiros ou aplicativos de software de terceiros para a utilização com os Dispositivos iOS. Alguns desses direitos estão disponíveis sob licenças à parte da Apple. Para obter mais informações sobre o desenvolvimento de dispositivos e acessórios de terceiros para os Dispositivos iOS, visite https://developer.apple.com/programs/mfi/. Para obter mais informações sobre o desenvolvimento de aplicativos de software para os Dispositivos iOS, visite https://developer.apple.com.

(b) Sujeito aos termos e condições desta Licença, lhe é concedida uma licença limitada e não-exclusiva para fazer a transferência das Atualizações de Software do iOS que podem ser disponibilizadas pela Apple para o seu modelo de Dispositivo iOS, para atualizar ou restaurar o software em qualquer Dispositivo iOS que você possua ou tenha o controle. Esta Licença não permite que você atualize ou restaure qualquer Dispositivo iOS que você não controla ou possui, e você não pode distribuir ou disponibilizar as Atualizações de Software do iOS em uma rede onde elas possam ser utilizadas por vários dispositivos ou vários computadores ao mesmo tempo. Se você transferir uma Atualização de Software do iOS para o seu computador, você pode fazer uma cópia das Atualizações de Software do iOS armazenadas no seu computador em formato de leitura de máquina somente para fins de backup, de tal maneira que a cópia de backup deve incluir todos os avisos de copyright ou informações proprietárias contidas no original.

(c) Na medida em que a Apple tenha pré-instalado aplicativos da Apple oriundos da App Store em seu Dispositivo iOS quando da compra ("Aplicativos Pré-Instalados"), você deverá iniciar uma sessão na App Store e associar esses Aplicativos Pré-Instalados à sua conta da App Store para poder usá-los em seu Dispositivo iOS. Ao associar um Aplicativo Pré-Instalado à sua conta da App Store, você associará, ao mesmo tempo, todos os outros Aplicativos Pré-Instalados em seu Dispositivo iOS. Ao escolher associar os Aplicativos Pré-Instalados à sua conta da App Store, você concorda que a Apple possa transmitir, coletar, manter, processar e usar, tanto o ID Apple utilizado pela sua conta da App Store como um identificador exclusivo de hardware coletado de seu Dispositivo iOS, como identificadores exclusivos de conta com o propósito de verificar a elegibilidade de seu pedido e para fornecer-lhe acesso aos Aplicativos Pré-Instalados através da App Store. Caso não deseje usar um Aplicativo Pré-Instalado, você pode apagá-lo de seu Dispositivo iOS a qualquer momento.

(d) Você não deve, e concorda que não o fará e nem possibilitará que outros copiem (exceto se expressamente permitido por esta Licença), descompilem, revertam a engenharia, desmontem, tentem derivar o código fonte, descriptografem, modifiquem ou criem obras derivadas do Software do iOS ou de quaisquer serviços fornecidos pelo Software do iOS, ou de qualquer parte aqui (exceto se e somente na extensão, qualquer restrição precedente está proibida pela lei aplicável ou pelos termos de licença que regem o uso de componentes de código aberto que podem ser incluídos com o Software do iOS).

(e) O Software do iOS pode ser usado para reproduzir materiais de forma que este uso seja limitado à reprodução de material que não esteja protegido por copyright, materiais aos quais você detenha os direitos de copyright ou materiais que você esteja autorizado ou permitido por lei a reproduzir. Os

direitos de titularidade e de propriedade intelectual de/para qualquer conteúdo exibido por, armazenado em ou acessado através do seu Dispositivo iOS pertencem aos respectivos proprietários do conteúdo. Tal conteúdo pode estar protegido por leis de direitos autorais ou por outras leis ou tratados de propriedade intelectual, e podem estar sujeitos aos termos de utilização dos terceiros que estejam fornecendo esse conteúdo. Exceto se determinado de outra maneira nesta, esta Licença não lhe garante nenhum direito para usar tal conteúdo e nem garante que tal conteúdo continuará disponível para você.

(f) Você concorda em usar o Software do iOS e os Serviços (como definido na Seção 5 abaixo) em conformidade com todas as leis aplicáveis, incluindo as leis locais do país ou da região na qual reside, ou onde faz a transferência ou usa o Software do iOS e Serviços. Recursos do Software do iOS e Serviços podem não estar disponíveis em todos os idiomas ou regiões, alguns recursos podem variar conforme a região, e alguns podem estar restringidos ou indisponíveis dado o seu provedor de serviço. Uma conexão Wi-Fi ou de dados celulares é requerida para alguns dos recursos do Software do iOS e Serviços.

(g) O uso da App Store requer uma combinação exclusiva de nome de usuário e senha, conhecida por ID Apple. Um ID Apple também é necessário para acessar atualizações de aplicativos e determinados recursos do Software do iOS e Serviços.

(h) Você reconhece que vários recursos, aplicativos integrados e Serviços do Software do iOS transmitem dados e poderiam resultar em cobrança ao seu plano de dados e que você é responsável por tais cobranças. Você pode ver e controlar quais aplicativos têm permissão para usar dados celulares e ver uma estimativa do volume de dados que tais aplicativos consumiram, em Ajustes de Dados Celulares. Para obter mais informações, por favor, consulte o Manual do Usuário do seu Dispositivo iOS.

(i) Caso escolha permitir a atualização automática de aplicativos, seu Dispositivo iOS buscará periodicamente na Apple por atualizações para os aplicativos em seu dispositivo e, caso haja disponibilidade, a atualização será transferida e instalada automaticamente em seu dispositivo. Você pode desativar as atualizações automáticas de uma só vez a qualquer momento abrindo os Ajustes, tocando em iTunes e App Store e, sob Transferências Automáticas, desativando as Atualizações.

(j) O uso do seu Dispositivo iOS sob certas circunstâncias pode distraí-lo e causar uma situação perigosa (evite digitar mensagens de texto enquanto estiver dirigindo um carro ou usar fones de ouvido enquanto estiver em uma bicicleta, por exemplo). Ao usar o seu Dispositivo iOS, você concorda em responsabilizar-se pela observação de regras que proíbem ou restringem o uso de telefones celulares ou fones de ouvido (como a obrigatoriedade do uso da opção viva-voz para fazer ligações ao dirigir).

**3. Transferência.** Você não pode alugar, arrendar, emprestar, vender, redistribuir ou sublicenciar o Software do iOS. Você pode, entretanto, realizar uma única transferência permanente de todos seus direitos de licença do Software do iOS a uma terceira parte em conjunto com uma transferência de propriedade do seu Dispositivo iOS, desde que: (a) a transferência inclua o seu Dispositivo iOS e o Software do iOS completo, incluindo todos os componentes e esta Licença; (b) você não retenha nenhuma cópia do Software do iOS, completa ou parcial, inclusive cópias armazenadas em um computador ou outro dispositivo de armazenamento; e (c) a parte que irá receber o Software do iOS leia e concorde em aceitar os termos e condições desta Licença.

**4. Consentimento para o Uso de Dados.** Quando você usa o seu dispositivo, seu número de telefone e alguns identificadores exclusivos ao seu Dispositivo iOS são enviados à Apple para permitir que outras pessoas se conectem a você pelo seu número de telefone durante o uso de vários recursos de comunicação do Software do iOS, como iMessage e FaceTime. Quando você usa o iMessage, a Apple

poderá manter suas mensagens de forma criptografada por um período de tempo limitado, para assegurar a entrega dessas informações. Você pode desativar o FaceTime ou o iMessage acessando os ajustes do FaceTime ou do iMessage no seu Dispositivo iOS. Determinados recursos, como Análise, Serviços de Localização, Siri e Ditado podem requerer informações do seu Dispositivo iOS para fornecerem suas respectivas funções. Quando você ativa ou usa esses recursos, serão fornecidos dados relativos a quais informações são enviadas à Apple e como as informações podem ser usadas. Você pode obter mais informações sobre quais recursos enviam informações à Apple, visitando https://www.apple.com/br/privacy/. Suas informações sempre serão tratadas de acordo com a Política de Privacidade da Apple, que pode ser visualizada em: https://www.apple.com/legal/privacy/.

**5. Serviços e Materiais de Terceiros.**
(a) Talvez o Software do iOS possa permitir o acesso à iTunes Store da Apple, App Store, iBooks Store, Game Center, iCloud, Mapas e a outros serviços e sites da Apple e de terceiros (coletiva e individualmente, "Serviços"). Talvez tais Serviços não estejam disponíveis em todos os idiomas ou em todos os países. O uso desses Serviços requer acesso à Internet e o uso de determinados Serviços talvez exija um ID Apple, podendo requerer que você aceite termos adicionais e podendo sujeitá-lo a taxas adicionais. Ao utilizar este software em associação com um ID Apple ou com outro Serviço da Apple, você concorda com os termos de serviço aplicáveis a esse Serviço, como os Termos e Condições mais recentes dos Serviços de Mídia da Apple do país onde você acessa tais Serviços, os quais você poderá acessar e revisar no site https://www.apple.com/legal/internet-services/itunes/ww/.

(b) Se você assinar o iCloud, determinados recursos do iCloud tais como "Biblioteca de Fotos do iCloud", "Meu Compart. de Fotos", "Fotos do iCloud", "Backup" e "Buscar iPhone" poderão ser acessados diretamente a partir do Software iOS. Você reconhece e concorda que sua utilização do iCloud e desses recursos está sujeita aos últimos termos e condições do serviço iCloud, que podem ser acessados e revisados no site: https://www.apple.com/legal/internet-services/icloud/ww/.

(c) <u>Conteúdo do Aplicativo News</u>. O seu uso do conteúdo acessado por meio do aplicativo News é limitado exclusivamente ao uso pessoal, não comercial, não transfere qualquer interesse de propriedade a você sobre o conteúdo e exclui especificamente, sem limitação, qualquer direito de uso comercial ou promocional sobre tal conteúdo. Além disso, você está proibido de republicar, retransmitir e reproduzir quaisquer imagens acessadas por meio do News como arquivo independente.

(d) <u>Mapas</u>. O serviço de mapas e os recursos do Software do iOS ("Mapas"), incluindo cobertura de dados de mapa, podem variar conforme a região. Quando você utiliza quaisquer recursos com base em localização no Mapas, tais como a navegação ponto a ponto, a busca local e de tráfego, várias informações de uso e relacionadas à localização podem ser enviadas à Apple, inclusive a localização geográfica em tempo real do seu Dispositivo iOS, para poder processar o seu pedido e ajudar a melhorar o Mapas. Tais dados de localização e uso são coletados pela Apple de uma forma que não identifica você pessoalmente. **Ao usar os Mapas você concorda e consente com a transmissão, coleta, manutenção, processamento e uso dessas informações pela Apple e por suas subsidiárias e agentes, para melhorar os recursos e serviços dos Mapas e outros serviços e produtos da Apple.** A Apple também pode fornecer tais informações, seja de forma agregada, seja de forma não identificável em nível pessoal, para seus parceiros e licenciados para ajudar a aprimorar seus produtos e serviços baseados em localização e mapas. Você pode desativar a funcionalidade com base em localização do aplicativo Mapas acessando o ajuste Serviços de Localização do seu Dispositivo iOS e desativando o ajuste de localização individual do Mapas. Entretanto, determinados recursos do aplicativo Mapas não estarão disponíveis se você desativar o ajuste Serviços de Localização, como a navegação ponto a ponto.

(e) <u>iBooks; Podcasts</u>. Caso escolha usar o recurso de sincronização dos aplicativos iBooks e Podcasts para sincronizar seus favoritos, notas, coleções e dados de assinatura de podcast entre seus

Dispositivo iOS e computadores, você reconhece que tais dados serão enviados à Apple e armazenados em conjunção com o ID Apple que você usa para a iBooks Store ou iTunes Store, para a sincronização de tais dados com seus outros dispositivos e computadores autorizados a acessar conteúdo através deste ID Apple. Você pode desativar a sincronização a qualquer momento, acessando os Ajustes e alterando as opções de sincronização para os aplicativos iBooks e Podcasts, respectivamente.

(f) Você compreende que, ao utilizar quaisquer destes Serviços, poderá deparar-se com conteúdo que pode ser considerado ofensivo, indecente ou indesejável, sendo que esse conteúdo poderá conter linguagem explícita, e que os resultados de qualquer pesquisa ou acesso a um determinado URL poderão automaticamente e não propositadamente gerar vínculos ou referências a material questionável. Contudo, você aceita que o risco decorrente da utilização dos Serviços é exclusivamente seu e que a Apple, seus afiliados, agentes, diretores ou licenciados não tem nenhuma responsabilidade com você pelo conteúdo que possa ser considerado ofensivo, indecente ou questionável.

(g) Alguns Serviços podem exibir, incluir ou disponibilizar conteúdo, dados, informações, aplicativos ou materiais de terceiros ("Materiais de Terceiros") ou fornecer links a determinados sites de terceiros. Ao utilizar os Serviços, você reconhece e concorda que a Apple não é responsável pela investigação e avaliação do conteúdo, exatidão, oportunidade, validade, cumprimento de direitos autorais, legalidade, decência, qualidade ou por qualquer outro aspecto de tais Materiais de Terceiros ou sites. A Apple, seus funcionários, afiliadas e subsidiárias não garantem ou aprovam e não assumem ou não terão qualquer obrigação ou responsabilidade com você ou com qualquer outra pessoa por quaisquer Serviços de terceiros, Materiais ou sites de Terceiros, ou por quaisquer outros materiais, produtos ou serviços de terceiros. Os Materiais de Terceiros e links a outros sites são fornecidos unicamente para sua comodidade.

(h) Nem a Apple nem nenhum dos seus fornecedores de conteúdo garante a disponibilidade, precisão, integridade, confiabilidade ou conveniência das informações sobre ações, dados de localização ou de quaisquer outros dados exibidos por quaisquer Serviços. A informação financeira exibida por quaisquer Serviços serve apenas para efeitos informativos e não deve servir como base para aconselhamento para investimentos. Antes de executar qualquer transação de valores com base na informação obtida através dos Serviços, você deverá consultar um profissional da área financeira. Os dados de localização fornecidos por quaisquer Serviços, inclusive o serviço Mapas da Apple, são fornecidos apenas para fins de navegação e/ou planificação básicos e não se destinam a ser utilizados em situações em que sejam necessárias informações de localização precisas ou em que dados incorretos, imprecisos, atrasados ou incompletos possam conduzir a morte, ferimentos, ou danos de propriedade ou ambientais. Você concorda que os resultados que receber do serviço Mapas podem variar, dependendo das condições da estrada ou do terreno, devido a fatores que podem afetar a precisão dos dados do serviço Mapas, tais como, mas não se limitando, às condições do tempo, da estrada e do tráfego e a eventos geopolíticos. Para a sua segurança, ao utilizar o recurso de navegação, preste muita atenção à sinalização rodoviária e às condições atuais da estrada. Siga as práticas de direção segura e as normas de trânsito, e observe que os itinerários a pé podem não incluir calçadas ou vias para pedestres.

(i) Na medida em que você envie qualquer conteúdo através do uso dos Serviços, você declara ser o proprietário de todos os direitos ou possuir autorização ou, por outro lado, possuir permissão legal para enviar tal conteúdo e que tal conteúdo não viola qualquer termo de serviço aplicável aos Serviços. Você concorda que os Serviços possuem conteúdo, informações e materiais proprietários que são propriedade da Apple, do proprietário do site ou de seus licenciadores e que estão protegidos pela lei de propriedade intelectual aplicável e por outras leis, incluindo, mas não se limitando, ao copyright. Você concorda em não utilizar tal conteúdo, informações ou materiais proprietários, além do uso permitido dos Serviços ou de nenhuma maneira que seja inconsistente com os termos desta Licença ou que infrinja quaisquer direitos de propriedade intelectual de um terceiro ou da Apple. Nenhuma parte

dos Serviços pode ser reproduzida de qualquer forma e através de quaisquer meios. Você concorda que não modificará, alugará, arrendará, emprestará, venderá, distribuirá ou criará trabalhos derivados baseados nos Serviços, em qualquer forma, e você não deve explorar os Serviço sem autorização em absoluto, incluindo, mas não se limitando, ao uso os Serviços para transmitir quaisquer vírus, worms, cavalos de troia ou outros malwares de computador, através da invasão ou sobrecarga da capacidade de rede. Além disso, você concorda que não utilizará os Serviços de qualquer forma para assediar, abusar, perseguir, ameaçar, difamar ou infringir ou violar os direitos de qualquer outra parte, e que a Apple não é de forma alguma responsável por seu uso e nem por qualquer assédio, ameaça, difamação, mensagens ou transmissões ofensivas, violadoras ou ilegais que você possa receber como resultado do uso de qualquer um dos Serviços.

(j) Além disso, os Serviços e Materiais de Terceiros que podem ser acessados, vinculados ou exibidos no Dispositivo iOS, não estão disponíveis em todos os idiomas ou em todos os países ou regiões. A Apple não afirma que tais Serviços e Materiais de Terceiros sejam adequados ou estejam disponíveis para o uso em qualquer localização em particular. Na medida em que você decidir acessar ou utilizar tais Serviços e Materiais de Terceiros, você o faz segundo sua própria iniciativa e você é responsável pelo cumprimento de quaisquer leis aplicáveis, incluindo, mas não se limitando, às leis locais aplicáveis e às leis de privacidade e coleta de dados. O compartilhamento ou sincronização das fotos através do seu Dispositivo iOS pode causar a transmissão de metadados, incluindo onde e quando a foto foi tirada e informações de profundidade, a serem transmitidos com as fotos. O uso de serviços da Apple (como Fototeca do iCloud) para compartilhar ou sincronizar fotos envolverá o recebimento e armazenamento de tais metadados pela Apple. A Apple e os seus licenciadores reservam-se o direito de alterar, suspender, remover ou desativar o acesso a quaisquer Serviços, em qualquer momento, sem aviso prévio. Em nenhuma circunstância, a Apple será responsável pela remoção ou desativação do acesso a esses Serviços. A Apple poderá ainda impor limites à utilização e acesso a determinados Serviços, em qualquer caso, e sem aviso prévio ou responsabilidade.

**6. Término.** Esta Licença é efetiva até que termine. Seus direitos sob esta Licença terminarão automaticamente ou, de outra forma, deixarão de ser efetivos sem aviso prévio da Apple se você não cumprir quaisquer termos desta Licença. Com o término desta Licença, você deve deixar de utilizar o Software do iOS. Os itens 4, 5, 6, 7, 8, 9, 12 e 13 desta Licença devem subsistir a qualquer forma de término.

**7. Isenção de Garantia.**
7.1    Se você é um cliente consumidor (uma pessoa que utiliza o Software do iOS fora da sua atividade, negócio ou profissão), talvez você tenha direitos legais no seu país de residência, que poderiam proibir que as seguintes limitações sejam aplicadas a você e onde, se forem proibidas, elas não serão aplicadas a você. Para saber mais sobre os seus direitos, você deve entrar em contato com uma empresa de informações ao consumidor local.

7. 2    VOCÊ RECONHECE E ACEITA EXPRESSAMENTE QUE O RISCO DECORRENTE DA UTILIZAÇÃO DO SOFTWARE DO iOS E DE QUAISQUER SERVIÇOS REALIZADOS PELO OU ACESSADOS ATRAVÉS DO SOFTWARE DO iOS É EXCLUSIVAMENTE SEU E QUE TODO O RISCO REFERENTE À QUALIDADE SATISFATÓRIA, DESEMPENHO, EXATIDÃO E ESFORÇO DEPENDE DE VOCÊ.

7.3    NA EXTENSÃO MÁXIMA PERMITIDA PELA LEI EM VIGOR, O SOFTWARE DO iOS E SERVIÇOS SÃO FORNECIDOS "NO ESTADO EM QUE SE ENCONTRAM" E "CONFORME A DISPONIBILIDADE", COM TODAS AS FALHAS E SEM GARANTIA DE QUALQUER ESPÉCIE, E A APPLE E OS LICENCIADOS DA APPLE (COLETIVAMENTE REFERIDOS COMO "APPLE" A PROPÓSITO DOS ITENS 7 E 8) RENUNCIAM EXPRESSAMENTE A TODAS AS GARANTIAS E CONDIÇÕES COM RESPEITO AO SOFTWARE E SERVIÇOS DO iOS, EXPRESSAS, IMPLÍCITAS OU ESTATUTÁRIAS, INCLUINDO, MAS

NÃO SE LIMITANDO, ÀS GARANTIAS IMPLÍCITAS E/OU CONDIÇÕES DE COMERCIALIZAÇÃO, DE QUALIDADE SATISFATÓRIA, DE ADEQUAÇÃO A UMA FINALIDADE ESPECÍFICA, DE EXATIDÃO, DE DIVERTIMENTO E DE NÃO VIOLAÇÃO DE DIREITOS DE TERCEIROS.

7.4    A APPLE NÃO GARANTE - INDEPENDENTE DO DIVERTIMENTO COM O SOFTWARE DO iOS E SERVIÇOS - QUE AS FUNÇÕES CONTIDAS OU QUE OS SERVIÇOS REALIZADOS OU FORNECIDOS PELO SOFTWARE DO iOS ATENDAM ÀS SUAS NECESSIDADES, QUE A OPERAÇÃO DO SOFTWARE DO iOS E DOS SERVIÇOS SERÃO ININTERRUPTAS OU LIVRES DE ERROS, QUE QUALQUER SERVIÇO CONTINUARÁ DISPONÍVEL, QUE OS DEFEITOS NO SOFTWARE DO iOS OU NOS SERVIÇOS SERÃO CORRIGIDOS OU QUE O SOFTWARE DO iOS SERÁ COMPATÍVEL OU FUNCIONE COM QUALQUER SOFTWARE, APLICAÇÕES OU SERVIÇOS DE TERCEIROS. A INSTALAÇÃO DESTE SOFTWARE DO iOS PODE AFETAR A DISPONIBILIDADE E USABILIDADE DO SOFTWARE, APLICATIVOS OU SERVIÇOS DE TERCEIROS, ASSIM COMO DE PRODUTOS E SERVIÇOS DA APPLE.

7.5    ALÉM DISSO, VOCÊ RECONHECE QUE O SOFTWARE DO iOS E OS SERVIÇOS NÃO PRETENDEM SER UTILIZADOS OU NÃO SÃO ADEQUADOS PARA SEREM UTILIZADOS EM SITUAÇÕES OU AMBIENTES NOS QUAIS A FALHA, ATRASOS, ERROS OU INEXATIDÕES DE CONTEÚDO, DADOS OU INFORMAÇÕES FORNECIDAS PELO SOFTWARE DO iOS OU SERVIÇOS POSSAM LEVAR À MORTE, DANOS PESSOAIS, OU DANOS FÍSICOS OU AMBIENTAIS GRAVES, INCLUINDO, MAS NÃO SE LIMITANDO, À OPERAÇÃO DE INSTALAÇÕES NUCLEARES, SISTEMAS DE NAVEGAÇÃO OU DE COMUNICAÇÃO AÉREA, CONTROLE DE TRÁFEGO AÉREO, SISTEMAS DE SUPORTE VITAL OU DE ARMAS.

7.6    NENHUMA INFORMAÇÃO OU AVISO ORAL OU ESCRITO FORNECIDO PELA APPLE OU POR UM REPRESENTANTE AUTORIZADO DA APPLE CRIARÁ ALGUMA GARANTIA. SE O SOFTWARE DO iOS OU OS SERVIÇOS ESTIVEREM COMPROVADAMENTE DEFEITUOSOS, VOCÊ ASSUMIRÁ O CUSTO INTEGRAL DE TODOS OS SERVIÇOS, REPAROS E CORREÇÕES NECESSÁRIOS. ALGUMAS JURISDIÇÕES NÃO PERMITEM A EXCLUSÃO DE GARANTIAS IMPLÍCITAS OU LIMITAÇÕES EM ESTATUTOS DOS DIREITOS DO CONSUMIDOR EM VIGOR, ASSIM AS EXCLUSÕES E LIMITAÇÕES ACIMA NÃO SERÃO APLICÁVEIS A VOCÊ.

**8. Limitação da Responsabilidade.** DENTRO DO NÃO PROIBIDO PELA LEI APLICÁVEL, EM NENHUM CASO A APPLE, SEUS AFILIADOS, AGENTES OU DIRETORES SERÃO RESPONSÁVEIS POR DANOS PESSOAIS OU QUALQUER PREJUÍZO INCIDENTAL, ESPECIAL, INDIRETO OU CONSEQUENTE, INCLUINDO, SEM LIMITAÇÃO, PREJUÍZOS POR PERDA DE LUCRO, CORRUPÇÃO OU PERDA DE DADOS, FALHA DE TRANSMISSÃO OU RECEPÇÃO DE DADOS (INCLUINDO SEM LIMITAÇÃO, INSTRUÇÕES DE CURSOS, TAREFAS E MATERIAIS), NÃO CONTINUIDADE DO NEGÓCIO OU QUALQUER OUTRO PREJUÍZO OU PERDA COMERCIAL, DECORRENTES OU RELACIONADOS AO SEU USO OU SUA INABILIDADE EM USAR O SOFTWARE DO iOS E OS SERVIÇOS, OU DE QUALQUER SOFTWARE OU APLICATIVOS DE TERCEIROS ADJUNTOS AO SOFTWARE DO iOS OU AOS SERVIÇOS, POR QUALQUER OUTRO MOTIVO, SEM LEVAR EM CONSIDERAÇÃO A TEORIA DE RESPONSABILIDADE CIVIL (NÃO CUMPRIMENTO DE CONTRATO OU QUALQUER OUTRO) E ATÉ MESMO SE A APPLE HOUVER SIDO AVISADA DA POSSIBILIDADE DESTES PREJUÍZOS. ALGUMAS JURISDIÇÕES NÃO PERMITEM A EXCLUSÃO OU LIMITAÇÃO DE RESPONSABILIDADE POR DANOS PESSOAIS OU PREJUÍZOS INCIDENTAIS OU CONSEQUENTES, ASSIM ESTA LIMITAÇÃO NÃO SERÁ APLICÁVEL A VOCÊ. Sob nenhuma circunstância a responsabilidade integral da Apple com relação a você por todos os danos (além dos que poderão ser requeridos pela lei em vigor nos casos de danos pessoais) excederá a quantia de duzentos e cinquenta dólares (US$250,00). As limitações precedentes serão aplicáveis mesmo se o recurso descrito acima não cumprir seu propósito essencial.

**9. Certificados Digitais.** O Software do iOS contém uma funcionalidade que permite que ele aceite certificados digitais emitidos pela Apple ou por terceiros. VOCÊ É UNICAMENTE RESPONSÁVEL PELA

DECISÃO DE CONFIAR OU NÃO CONFIAR EM UM CERTIFICADO, SEJA EMITIDO PELA APPLE OU POR TERCEIROS. O RISCO DECORRENTE DA UTILIZAÇÃO DOS CERTIFICADOS DIGITAIS É EXCLUSIVAMENTE SEU. NA EXTENSÃO MÁXIMA PERMITIDA PELA LEGISLAÇÃO APLICÁVEL, A APPLE NÃO FAZ NENHUMA GARANTIA OU REPRESENTAÇÃO, EXPRESSA OU IMPLÍCITA, ASSIM COMO DE COMERCIALIZAÇÃO OU ADEQUAÇÃO A QUALQUER FIM EM PARTICULAR, EXATIDÃO, SEGURANÇA, OU NÃO INFRAÇÃO DOS DIREITOS DE TERCEIROS COM RESPEITO A CERTIFICADOS DIGITAIS.

**10. Controle de Exportação.** Você não pode usar ou exportar ou reexportar o Software do iOS exceto na forma autorizada pela lei dos Estados Unidos e do país no qual o Software do iOS foi adquirido. Particularmente, sem limitação, o Software do iOS não poderá ser exportado ou reexportado (a) para qualquer um dos países embargados pelos EUA ou (b) para qualquer pessoa constante da lista de Cidadãos Especialmente Indicados do Departamento do Tesouro dos Estados Unidos ou da Relação de Pessoa Recusada do Departamento de Comércio dos Estados Unidos ou de qualquer outra lista de pessoas restritas. Ao utilizar o Software do iOS você declara e garante que não está situado em nenhum dos países ou listas descritas. Você também aceita que não utilizará o Software do iOS para qualquer fim que esteja proibido pelas leis dos Estados Unidos, incluindo, sem limitação, o desenvolvimento, a concepção, a fabricação ou a produção de mísseis, armas biológicas ou químicas ou nucleares.

**11. Usuários Finais do Governo.** O Software do iOS e a documentação relacionada são "Itens Comerciais", de acordo com a definição deste termo no 48 C.F.R. §2.101, consistindo em um "Software de Computador Comercial" e "Documentação de Software de Computador Comercial", de acordo com a maneira que estes termos são utilizados no 48 C.F.R. Consistente com o 48 C.F.R. §12.212 ou 48 C.F.R. §227.7202-1 à 227.7202-4, conforme for aplicável, o Software de Computador Comercial e a Documentação de Software de Computador Comercial são licenciados aos usuários do Governo dos Estados Unidos (a) somente como Itens Comerciais e (b) apenas com os direitos que são oferecidos a outros usuários de acordo com os termos e condições aqui descritos. Os direitos não publicados estão protegidos pelas leis de direitos autorais dos Estados Unidos.

**12. Lei de Controle e Exequibilidade.** Esta Licença será governada por e interpretada de acordo com as leis do Estado da Califórnia, excluindo seus conflitos de princípios legais. Esta Licença não deverá ser governada pela Convenção das Nações Unidas sobre Contratos para a Venda Internacional de Produtos e a aplicação desta está expressamente excluída. Se você for um consumidor estabelecido no Reino Unido, esta Licença será regida pelas leis da jurisdição da sua residência. Se por algum motivo, um tribunal competente determine que qualquer disposição, ou parte da mesma, é inexequível, as demais disposições desta Licença permanecerão em pleno vigor.

**13. Integralidade; Idioma Regulador.** Esta Licença constitui o acordo integral entre você e a Apple com relação ao Software do iOS e prevalece sobre todos os entendimentos anteriores ou contemporâneos relativos ao referido uso. Nenhuma modificação ou alteração dos termos desta Licença será vinculante, a menos que assinada pela Apple. Qualquer tradução desta Licença é feita para os requisitos locais e no caso de alguma discussão entre as versões em inglês e em outro idioma, a versão em inglês desta Licença deve prevalecer, na extensão não proibida pela legislação local da sua jurisdição.

**14. Reconhecimento de Terceiros.** Partes do Software do iOS podem utilizar ou incluir software de terceiros e outros materiais com direitos autorais. Os reconhecimentos, termos de licenciamento e exclusões de garantia desse material estão incluídos na documentação eletrônica do Software do iOS e o uso que você fizer desse material está regido pelos respectivos termos. O uso do Serviço Google Safe Browsing está sujeito aos Termos de Serviço do Google (https://www.google.com/intl/pt-br/policies/terms/) e à Política de Privacidade do Google (https://www.google.com/intl/pt-br/policies/privacy/).

**15. Utilização de MPEG-4; Aviso sobre H.264 / AVC.**

(a) O Software do iOS está licenciado sob a Licença de Portfólio de Patentes de Sistemas MPEG-4 (MPEG-4 Systems Patent Portfolio License) para codificação de acordo com o Padrão de Sistemas MPEG-4 (MPEG-4 Systems Standard), exceto no caso de que uma licença adicional e o pagamento de direitos de utilização (royalties) sejam necessários para a codificação em relação a (i) dados armazenados ou duplicados em um meio físico que sejam pagos título a título e/ou (ii) dados que sejam pagos título a título e sejam transmitidos a um usuário final para armazenamento e/ou utilização permanente. Essa licença adicional pode ser obtida de MPEG LA, LLC. Consulte http://www.mpegla.com para obter detalhes adicionais.

(b) O Software do iOS contém funcionalidade de codificação/decodificação de vídeo MPEG-4. O Software do iOS está licenciado sob a licença de portfólio de patentes visuais MPEG-4 (MPEG-4 Visual Patent Portfolio License) para o uso pessoal e sem fins comerciais de um consumidor para (i) codificação de vídeo de acordo com o padrão visual MPEG-4 ("Vídeo MPEG-4") e/ou (ii) decodificação de vídeo MPEG-4 que tenha sido codificado por um consumidor que realize uma atividade e uma utilização pessoal sem finalidades comerciais e/ou que tenha sido obtido a partir de um fornecedor de vídeo licenciado pela MPEG LA para fornecer vídeo MPEG-4. Nenhuma licença será concedida ou interpretada para qualquer outra finalidade. Informações adicionais, inclusive as que estejam relacionadas com utilizações e concessão de licenças promocionais, internas e comerciais, podem ser obtidas de MPEG LA, LLC. Consulte: http://www.mpegla.com.

(c) O Software do iOS contém a funcionalidade de codificação e/ou decodificação AVC. O uso comercial do H.264/AVC necessitará de licença adicional e a seguinte cláusula será aplicável: A FUNCIONALIDADE AVC NO SOFTWARE DO iOS FICA AQUI LICENCIADA SOMENTE PARA USO PESSOAL E SEM FINS COMERCIAIS DE UM CONSUMIDOR PARA (i) CODIFICAR VÍDEO DE ACORDO COM O PADRÃO AVC ("VÍDEO AVC") E/OU (ii) DECODIFICAR VÍDEO AVC QUE TENHA SIDO CODIFICADO POR UM CONSUMIDOR ENVOLVIDO EM UMA ATIVIDADE PESSOAL E SEM FINS COMERCIAIS E/OU VÍDEO AVC QUE TENHA SIDO OBTIDO DE UM FORNECEDOR DE VÍDEO COM LICENÇA PARA FORNECER VÍDEO AVC. VOCÊ PODE OBTER INFORMAÇÕES SOBRE OUTRAS UTILIZAÇÕES E LICENÇAS DE MPEG LA L.L.C. CONSULTE O SITE http://www.mpegla.com.

**16. Restrições do Serviço Yahoo Search.** O serviço Yahoo Search disponibilizado através do Safari está licenciado para a utilização apenas nos seguintes países e regiões: Argentina, Aruba, Austrália, Áustria, Barbados, Bélgica, Bermuda, Brasil, Bulgária, Canadá, Ilhas Cayman, Chile, China, Colômbia, Chipre, República Checa, Dinamarca, República Dominicana, Equador, El Salvador, Finlândia, França, Alemanha, Grécia, Granada, Guatemala, Hong Kong, Hungria, Islândia, Índia, Indonésia, Irlanda, Itália, Jamaica, Japão, Letônia, Lituânia, Luxemburgo, Malásia, Malta, México, Holanda, Nova Zelândia, Nicarágua, Noruega, Panamá, Peru, Filipinas; Polônia, Portugal, Porto Rico, Romênia, Singapura, Eslováquia, Eslovênia, Coréia do Sul, Espanha, Santa Lúcia, St. Vincent, Suécia, Suíça, Formosa, Tailândia, Bahamas, Trinidad e Tobago, Turquia, Reino Unido, Uruguai, EUA e Venezuela.

**17. Aviso sobre o Microsoft Exchange.** O ajuste de correio Microsoft Exchange do Software do iOS está licenciado somente para a sincronização de informações de forma remota (over-the-air), tal como e-mails, contatos, calendário e tarefas, entre o seu iOS e o servidor Microsoft Exchange ou outro software de servidor licenciado pela Microsoft para implementar o protocolo ActiveSync do Microsoft Exchange.

EA1520
22/09/2017

— — — — — — — — — — —
**Termos e Condições Adicionais do Apple Pay**

Estes Termos e Condições Adicionais do Apple Pay (estes "Termos Adicionais") adicionam o Contrato de Licença de Software do iOS (a "Licença"); ambos os termos das Licenças e estes Termos Adicionais regem o seu uso do recurso Apple Pay, que serão referidos sob esta Licença como "Serviço". Os termos em letras maiúsculas usados nestes Termos Adicionais possuem os propósitos apresentados na Licença.

**1. Visão Geral e Restrições de Uso**

O Apple Pay permite que você:

- armazene representações virtuais de cartões de crédito, débito e pré-pago, incluindo cartões de crédito, de débito, pré-pago de lojas e o cartão Apple Pay Cash, que sejam compatíveis com o recurso Apple Pay ("Cartões de Pagamento Compatíveis") e usem Dispositivos iOS compatíveis para fazer pagamentos sem contato em locais selecionados ou dentro de apps ou websites;
- use cartões de fidelidade e cartões presente salvos no Wallet, incluindo aqueles contendo valores armazenados ("Cartões de Fidelidade Compatíveis com o Apple Pay" simultaneamente aos Cartões de pagamento Compatíveis, "Cartões Compatíveis") para fazer transações de cartões de fidelidade e cartões presente sem contato em lojas selecionadas como parte de pagamentos sem contato usando o Apple Pay; e
- envie pagamentos de pessoa para pessoa a outros usuários do Apple Pay.

Os recursos do Apple Pay do Software do iOS podem estar disponíveis apenas em regiões selecionadas, com emissores de cartões, instituições financeiras e comerciantes selecionados. Os recursos podem variar por região, emissor e comerciante.

Para usar o Apple Pay, você deve ter um Cartão Compatível. Os Cartões Compatíveis podem ser alterados ocasionalmente. Além disso, a fim de receber pagamentos de pessoa para pessoa, você deve ter um cartão Apple Pay Cash.

Os Cartões de Pagamento Compatíveis e pagamentos de pessoa para pessoa são associados a um ID Apple com o qual você iniciou sessão no iCloud para o uso desses recursos. Os Cartões Compatíveis estão disponíveis apenas para maiores de 13 anos e podem estar sujeitos a outras restrições por faixa etária impostas pelo iCloud ou pelo Cartão Compatível que você tentar fornecer. O cartão Apple Pay Cash e a capacidade de enviar e receber pagamentos de pessoa para pessoa estão disponíveis somente para indivíduos maiores de 18 anos.

O Apple Pay é destinado para uso pessoal e você só pode fornecer o seu próprio Cartão Compatível. Caso esteja fornecendo um cartão corporativo compatível, você reconhece estar fazendo isso com a autorização de seu empregador e que está autorizado a vincular o seu empregador a estes termos de uso e a todas as transações decorrentes do uso deste recurso. Caso você esteja enviando ou recebendo um pagamento de pessoa para pessoa, você representa que está fazendo isso para seu próprio uso pessoal e não comercial.

Você concorda em não utilizar o Apple Pay com propósitos ilegais ou fraudulentos, ou quaisquer outros propósitos que são proibidos pela Licença e por estes Termos Adicionais. Você concorda ainda em usar o Apple Pay de acordo com as leis e normas aplicáveis. Você concorda em não interferir ou atrapalhar o serviço do Apple Pay (incluindo o acesso ao serviço através de qualquer meio automatizado) ou a quaisquer servidores ou redes conectadas ao serviço, ou quaisquer políticas, requisitos ou regulações das redes conectadas ao serviço (incluindo qualquer acesso não autorizado, uso ou monitoramento dos dados ou tráfego contido).

**2. Relacionamento da Apple com Você**

O Apple Pay permite que você crie uma representação virtual dos seus Cartões Compatíveis no seu Dispositivo iOS. Porém, a Apple não processa cartões de pagamento ou de não pagamento (como acúmulo de fidelidade ou resgate), não recebe, retém ou transfere seus fundos, nem possui nenhum outro controle sobre os pagamentos, estornos, ressarcimentos, recompensas, valores ou descontos ou qualquer outra atividade comercial oriunda do uso que você faz deste recurso.

Os termos do contrato de titularidade que você pode ter com o emissor do cartão continuarão a reger o uso dos seus Cartões de Compatíveis e o seu uso relacionado ao Apple Pay. Da mesma forma, sua participação em qualquer programa de recompensas ou de cartões presente de comerciantes e seu uso de Cartões de Fidelidade Compatíveis com o Apple Pay relacionados ao Apple Pay estarão sujeitos aos termos e condições do comerciante em questão.

O cartão Apple Pay Cash e a capacidade de enviar e receber pagamentos de pessoa para pessoa estão disponíveis nos Estados Unidos e constituem serviços prestados pelo Green Dot Bank, membro da FDIC. Ao ativar tais recursos dentro do Apple Pay, você está abrindo uma conta no Green Dot Bank, e quando você receber um pagamento de pessoa para pessoa, depositar ou retirar dinheiro do seu cartão Apple Pay Cash, o Green Dot Bank será responsável por receber e enviar o seu dinheiro ao destinatário pretendido. A instituição financeira responsável por oferecer o Apple Pay Cash e os pagamentos de pessoa para pessoa dentro do Apple Pay está sujeita a alteração, e o seu uso de tais recursos está sujeito aos seus termos e condições.

Nada contido na Licença ou nestes Termos Adicionais modifica os termos de nenhum contrato de titularidade ou de comerciante e tais termos continuarão a governar o uso dos Cartões Compatíveis e de suas representações virtuais em seu Dispositivo iOS. Você concorda que a Apple não faz parte do seu contrato de titularidade ou de comerciante, e que a Apple não é responsável: (a) pelo conteúdo, precisão ou indisponibilidade de quaisquer cartões de pagamento, cartões de recompensas, cartões presente atividades comerciais, transação ou compra durante o uso da funcionalidade do Apple Pay; (b) pela emissão de crédito ou avaliação de elegibilidade para tal; (c) pelo acúmulo ou resgate de recompensas ou valor armazenado em programas de recompensas de comerciantes; (d) por inclusão de fundos ou recarga de cartões pré-pagos; (e) por enviar ou receber pagamentos de pessoa para pessoa; ou (f) por depositar, resgatar ou retirar dinheiro do seu cartão Apple Pay Cash.

Contate o emissor ou o comerciante específico para qualquer disputa ou dúvida sobre cartões de pagamento, cartões de recompensa, cartões presente ou atividades comerciais associadas. Em caso de questões a respeito do cartão Apple Pay Cash ou pagamentos de pessoa para pessoa, contate o Suporte da Apple.

## 3. Privacidade

O Apple Pay requer algumas informações do seu Dispositivo iOS para oferecer a experiência completa. Além disso, quando você usa o seu cartão Apple Pay Cash ou envia ou recebe pagamentos de pessoa para pessoa, informações adicionais sobre a sua transação são coletadas e retidas para fins de atender à sua conta, prevenir fraudes e para fins regulatórios. Você pode encontrar mais informações sobre os dados coletados, usados ou compartilhados como parte do seu uso do Apple Pay, do cartão Apple Pay Cash ou pagamentos de pessoa para pessoa com o Apple Pay lendo Sobre Apple Pay e Privacidade (que pode ser acessado através do Wallet e Apple Pay no seu Dispositivo iOS ou dentro do aplicativo Watch em um Dispositivo iOS emparelhado) ou visitando: https://www.apple.com/br/privacy/. Ao usar tais recursos, você concorda e consente com a transmissão, coleta, manutenção, processamento e uso de todas as informações acima mencionadas feitos pela Apple, suas subsidiárias e agentes, visando o fornecimento da funcionalidade do Apple Pay.

**4. Segurança; Dispositivos Perdidos ou Desativados**

O Apple Pay armazena representações virtuais dos seus Cartões Compatíveis e deve ser protegido assim como você protege seu dinheiro, seus cartões de crédito, de débito, pré-pago, de recompensas ou cartões presente físicos. O fornecimento de sua senha para terceiros ou permitir que um terceiro adicione a impressão digital para usar o Touch ID ou ativar o Face ID pode resultar na possibilidade de eles realizarem pagamentos e receberem ou resgatarem recompensas ou crédito usando o Apple Pay em seu dispositivo. Você é o único responsável pela manutenção da segurança do seu dispositivo e de sua senha. Você concorda que a Apple não tem nenhuma responsabilidade caso você perca ou compartilhe o acesso ao seu dispositivo. Você concorda que a Apple não tem nenhuma responsabilidade caso você faça modificações não autorizadas ao iOS (como por através de "jailbreak").

Talvez você tenha que ativar medidas de segurança adicionais, como autenticação de dois fatores para seu ID Apple, a fim de acessar recursos específicos do Apple Pay, entre eles o cartão Apple Pay Cash e pagamentos de pessoa para pessoa com o Apple Pay. Se você remover subsequentemente tais recursos de segurança, talvez você não seja capaz de continuar a acessar recursos específicos do Apple Pay.

Se o seu dispositivo for roubado ou perdido e você tiver ativado o Buscar iPhone, você pode usar o Buscar iPhone para tentar suspender a possibilidade de pagamento com os Cartões de Pagamento Compatíveis virtuais ou de envio de pagamentos de pessoa para pessoa no dispositivo colocando-o no Modo Perdido. Você também pode apagar o seu dispositivo, o que tentará suspender a possibilidade de pagamento com os Cartões de Pagamento Compatíveis virtuais ou de envio de pagamentos de pessoa para pessoa no dispositivo e também tentará remover os Cartões de Fidelidade Compatíveis com o Apple Pay. Você também deve contatar o emissor dos seus Cartões de Pagamento Compatíveis, o comerciante que emitiu seus Cartões Ativados para Apple Pay e a Apple, no caso do cartão Apple Pay Cash, para impedir o acesso não autorizado aos seus Cartões Compatíveis.

Caso você relate ou a Apple suspeite de atividade fraudulenta ou abusiva, você concorda em cooperar com a Apple em qualquer investigação e em usar quaisquer medidas de prevenção contra fraude prescrita por nós.

**5. Limitação da Responsabilidade**

ALÉM DAS ISENÇÕES DE GARANTIAS E DA LIMITAÇÃO DA RESPONSABILIDADE APRESENTADAS NESTA LICENÇA, A APPLE NÃO ASSUME NENHUMA RESPONSABILIDADE POR COMPRAS, PAGAMENTOS, TRANSAÇÕES OU OUTRA ATIVIDADE COMERCIAL FEITA PELO USO DO RECURSO APPLE PAY, E VOCÊ CONCORDA EM RECORRER UNICAMENTE AOS CONTRATOS QUE VOCÊ POSSA TER COM O EMISSOR DO SEU CARTÃO, REDE DE PAGAMENTO, INSTITUIÇÕES FINANCEIRAS OU COMERCIANTE PARA RESOLVER QUAISQUER PROBLEMAS OU DISPUTAS RELACIONADAS AOS SEUS CARTÕES COMPATÍVEIS, PAGAMENTOS DE PESSOA PARA PESSOA E ATIVIDADES COMERCIAIS ASSOCIADAS.

— — — — — — — — — — — —
**AVISOS DA APPLE**
Caso a Apple tenha que entrar em contato com você com respeito a sua conta ou produto, você autoriza o envio de avisos por e-mail. Você concorda que qualquer aviso que nós lhe enviemos eletronicamente cumprirá com quaisquer requisitos legais de comunicação.

**DANSK**

**VIGTIGT: VED AT BRUGE iPHONE, iPAD ELLER iPOD TOUCH ("iOS-ENHED") ERKLÆRER LICENSTAGER SIG INDFORSTÅET MED AT VÆRE UNDERLAGT DE FØLGENDE BETINGELSER:**

**A.     APPLE iOS-SOFTWARELICENSAFTALE**
**B.     SUPPLERENDE BETINGELSER FOR APPLE PAY**
**C.     KOMMUNIKATION FRA APPLE**

**APPLE INC.**
**iOS-SOFTWARELICENSAFTALE**
**Licens til en bruger**

**DENNE LICENSAFTALE FOR SOFTWARE ("LICENS") BØR LÆSES GRUNDIGT IGENNEM FØR IBRUGTAGNING AF iOS-ENHEDEN ELLER OVERFØRSEL AF DEN SOFTWAREOPDATERING, DER FØLGER MED DENNE LICENSAFTALE. VED AT BRUGE iOS-ENHEDEN ELLER HENTE EN SOFTWAREOPDATERING ERKLÆRER LICENSTAGER SIG INDFORSTÅET MED AT VÆRE UNDERLAGT BETINGELSERNE I NÆRVÆRENDE LICENS. HVIS LICENSTAGER IKKE ØNSKER AT VÆRE BUNDET AF NEDENSTÅENDE LICENS, SKAL LICENSTAGER UNDLADE AT BRUGE iOS-ENHEDEN ELLER AT HENTE SOFTWAREOPDATERINGEN.**

**HVIS LICENSTAGER HAR KØBT EN iOS-ENHED FOR NYLIG OG IKKE ØNSKER AT VÆRE BUNDET AF BETINGELSERNE I LICENSAFTALEN, KAN LICENSTAGER RETURNERE iOS-ENHEDEN TIL APPLE STORE ELLER EN AUTORISERET FORHANDLER, HVOR DEN BLEV KØBT, INDEN FOR RETURPERIODEN OG FÅ KØBSPRISEN REFUNDERET I OVERENSSTEMMELSE MED APPLES RETURPOLITIK, SOM FINDES PÅ https://www.apple.com/legal/sales_policies/.**

**1. Generelt.**
(a) Apple Inc. ("Apple") giver hermed licenstager licens til at bruge software (inklusive Boot ROM-kode, integreret software og anden tredjepartssoftware), dokumentation, grænseflader, indhold, skrifter og evt. data, som følger med iOS-enheden ("original iOS-software"), og som er opdateret eller erstattet af funktionsforbedringer, softwareopdateringer eller software til systemgendannelse fra Apple ("iOS-softwareopdateringer"), uanset om de forefindes som ROM (Read Only Memory) eller på andet medie (den originale iOS-software og iOS-softwareopdateringer kaldes under et "iOS-software") i henhold til betingelserne i denne licensaftale. Apple og dets licensgivere bevarer ejendomsretten til selve iOS-softwaren og forbeholder sig alle de rettigheder, som ikke udtrykkeligt er givet til licenstager. Licenstager erklærer sig indforstået med, at betingelserne i nærværende licens gælder for alle Apple-apps, der evt. er indbygget i licenstagers iOS-enhed, medmindre en sådan app leveres med en separat licensaftale, og i så fald erklærer licenstager sig indforstået med, at betingelserne i den licens er gældende for licenstagers brug af appen.

(b) Apple vil efter eget valg evt. frigive iOS-softwareopdateringer. Evt. iOS-softwareopdateringer inkluderer ikke nødvendigvis alle de eksisterende softwarefunktioner eller nye funktioner, som Apple frigiver til nyere modeller af iOS-enheder.  Brugen af iOS-softwareopdateringer er underlagt betingelserne i nærværende licensaftale fra Apple, medmindre iOS-softwareopdateringerne ledsages af en separat licensaftale. I så fald erklærer licenstager sig indforstået med, at betingelserne i den pågældende licensaftale vil være gældende.

(c) Hvis licenstager bruger funktionen ekspresindstilling til at indstille en ny iOS-enhed på basis af licenstagers eksisterende iOS-enhed, erklærer licenstager sig indforstået med, at betingelserne i nærværende Licensaftale vil gælde licenstagers brug af iOS-softwaren på licenstagers nye iOS-enhed, medmindre der følger en separat licensaftale med enheden. Hvis det er tilfældet erklærer licenstager sig

indforstået med, at betingelserne i den licensaftale vil være gældende for licenstagers brug af den iOS-software.

**2. Tilladt brug og begrænsninger i henhold til licens.**

(a) I henhold til betingelserne i denne licensaftale har licenstager en begrænset og ikke eksklusiv licens til at bruge iOS-software på en iOS-enhed fra Apple. Medmindre det er tilladt i paragraf 2(b) nedenfor eller i en separat licensaftale mellem licenstager og Apple, tillader licensen ikke, at iOS-software findes på mere end en iOS-enhed fra Apple ad gangen, og iOS-software må ikke distribueres eller gøres tilgængelig via et netværk, hvor flere enheder kan bruge iOS-software samtidig. Denne licensaftale giver ikke licenstager ret til at bruge Apples grænseflader og andre immaterielle rettigheder tilhørende Apple til design, udvikling, produktion, licensering eller distribution af tjenester og tilbehør eller programmer fra tredjeparter til iOS-enheder. Nogle af disse rettigheder kan erhverves i henhold til en separat licens fra Apple. Der er flere oplysninger om udvikling af tredjepartsenheder og -tilbehør til iOS-enheder på https://developer.apple.com/programs/mfi/. Oplysninger om udvikling af programmer til iOS-enheder kan findes på https://developer.apple.com.

(b) I henhold til betingelserne i denne licens har licenstager en begrænset og ikke eksklusiv licens til at hente iOS-softwareopdateringer, som Apple evt. gør tilgængelige, til sin iOS-enhed for at opdatere eller gendanne software på alle iOS-enheder, som licenstager ejer eller kontrollerer. Licensen tillader ikke, at licenstager opdaterer eller gendanner software på iOS-enheder, som licenstager ikke kontrollerer eller ejer, og iOS-softwareopdateringer må ikke distribueres eller gøres tilgængelige via et netværk, hvor de kan bruges af flere enheder eller computere samtidig. Hvis licenstager henter en iOS-softwareopdatering til sin computer, må licenstager fremstille en kopi af de iOS-softwareopdateringer, der opbevares som en sikkerhedskopi i maskinlæsbar form på licenstagers computer, under forudsætning af at sikkerhedskopien indeholder de samme oplysninger om ophavsret og andre rettigheder som originalen.

(c) I den udstrækning Apple har præinstalleret Apple-apps fra App Store på licenstagers iOS-enhed på købstidspunktet ("Præinstallerede apps"), skal licenstager logge ind på App Store og forbinde disse Præinstallerede apps med licenstagers App Store-konto for at kunne bruge dem på iOS-enheden. Når licenstager forbinder Præinstallerede apps med sin App Store-konto, vil licenstager samtidig automatisk forbinde alle andre Præinstallerede apps på licenstagers iOS-enhed. Ved at vælge at forbinde Præinstallerede apps med sin App Store-konto erklærer licenstager sig indforstået med, at Apple må sende, indsamle, opbevare, behandle og bruge både det Apple-id, som bruges af App Store-kontoen, og en entydig hardware-id indsamlet fra licenstagers iOS-enhed, som entydige konto-id'er med det formål at kontrollere gyldigheden af licenstagers anmodning og give licenstager adgang til Præinstallerede apps via App Store. Hvis licenstager ikke ønsker at bruge de Præinstallerede apps, kan licenstager altid slette dem fra iOS-enheden.

(d) Licenstager må ikke og erklærer sig indforstået med ikke at ville eller give andre mulighed for at kopiere (medmindre det udtrykkeligt er tilladt i henhold til denne licensaftale), dekompilere, udføre "reverse engineering", adskille, ændre eller afkryptere, forsøge at udskille kildekoden til eller fremstille andre produkter på grundlag af iOS-softwaren eller de tjenester, der leveres af iOS-softwaren, eller dele heraf (medmindre begrænsninger som ovenfor er forbudt af gældende lov eller i henhold til licensbetingelserne for Open Source-komponenter, som evt. følger med iOS-softwaren).

(e) iOS-software må bruges til kopiering af materiale, som ikke er beskyttet af ophavsret; materiale, som licenstager ejer rettighederne til; og materiale, som licenstager har ret til – eller fået tilladelse til – at kopiere. Adkomst og immaterielle rettigheder til indhold, der vises, opbevares på eller gøres tilgængeligt via licenstagers iOS-enhed, tilhører de respektive ejere af indholdet. Det pågældende indhold kan være beskyttet af ophavsret eller andre love og forordninger om immaterielle rettigheder og kan være underlagt betingelser for brug fra den tredjepart, der har leveret indholdet. Medmindre andet fremgår af nærværende licensaftale, giver denne licensaftale ikke licenstager nogen rettigheder med hensyn til brug

af dette indhold, og den indeholder heller ingen garanti for, at dette indhold vil vedblive at være tilgængeligt.

(f) Licenstager erklærer sig indforstået med at bruge iOS-software og -tjenester (som defineret nedenfor i paragraf 5) i overensstemmelse med gældende lov, inkl. lokale love i det land eller område, hvor licenstager er bosiddende, eller hvor licenstager henter eller bruger iOS-software og -tjenester. Funktionerne i iOS-softwaren og -tjenesterne er muligvis ikke tilgængelige på alle sprog eller i alle områder; nogle funktioner kan afhænge af området, og andre kan være begrænsede eller utilgængelige fra tjenesteudbyderen. Der kræves en Wi-Fi- eller mobildataforbindelse til nogle funktioner i iOS-softwaren og -tjenester.

(g) Brug af App Store kræver en entydig kombination af brugernavn og adgangskode, kaldet et Apple-id. Der kræves også et Apple-id til at få adgang til opdateringer af apps og visse funktioner i iOS-software og -tjenester.

(h) Licenstager erklærer sig indforstået med, at mange funktioner, indbyggede apps og tjenester i iOS-software transmitterer data, hvilket kan føre til udgifter ift. licenstagers abonnement, og at licenstager er ansvarlig for sådanne udgifter. Licenstager kan se og bestemme, hvilke programmer der må bruge mobildata, og se disse programmers anslåede dataforbrug under Mobildata i Indstillinger. Der findes flere oplysninger i brugerhåndbogen til iOS-enheden.

(i) Hvis licenstager vælger at tillade automatiske programopdateringer, vil licenstagers iOS-enhed regelmæssigt søge efter opdateringer hos Apple til de apps, der ligger på licenstagers enhed, og hvis der findes en opdatering, hentes den automatisk og installeres på licenstagers enhed. Licenstager kan til enhver tid slå automatisk opdatering af apps helt fra ved at gå til Indstillinger, trykke på iTunes & App Store og slå opdateringer fra under Automatiske overførsler.

(j) Brug af en iOS-enhed i visse situationer kan virke distraherende, så der opstår en farlig situation (undgå f.eks. at skrive sms'er, når du kører bil, eller bruge hovedtelefoner, mens du cykler). Ved at bruge en iOS-enhed erklærer licenstager sig indforstået med at overholde regler, der forbyder eller begrænser brugen af mobiltelefoner eller hovedtelefoner (f.eks. kravet om at bruge håndfrie løsninger ved opkald under kørsel).

**3. Overdragelse.** Licenstager må ikke udleje, lease, udlåne, sælge, videreredistribuere eller sublicensere iOS-software til andre. Licenstager har dog ret til at foretage en permanent overdragelse af alle licensrettigheder til iOS-software til en anden person i forbindelse med overdragelse af den iOS-enhed, hvorpå den er installeret, under følgende forudsætninger: (a) Overdragelsen skal omfatte iOS-enheden og al iOS-software, herunder alle enkelte komponenter og denne licens; (b) licenstager må ikke beholde nogen kopier af iOS-software eller dele heraf, herunder kopier på computere eller andre lagringsenheder; og (c) den part, som modtager iOS-software, skal læse og acceptere vilkår og betingelser i nærværende licens.

**4. Tilladelse til brug af data.** Når licenstager bruger sin enhed, sendes licenstagers telefonnummer og visse entydige id'er til licenstagers iOS-enhed til Apple for at give andre mulighed for at få forbindelse til licenstager via telefonnummeret ved brug af forskellige kommunikationsfunktioner i iOS-softwaren, f.eks. iMessage og FaceTime.  Når licenstager bruger iMessage, opbevarer Apple muligvis licenstagers beskeder i krypteret form i en begrænset periode for at sikre, at de leveres. Du kan slå FaceTime eller iMessage fra via indstillingen FaceTime eller Beskeder på iOS-enheden. Visse funktioner som Analyse, Lokaliseringstjenester, Siri og Diktering kan kræve oplysninger fra licenstagers iOS-enhed for at kunne udføre deres respektive opgaver. Når licenstager slår disse funktioner til, vil det blive oplyst nærmere, hvilke oplysninger der sendes til Apple, og hvordan disse oplysninger vil blive brugt.  Der er flere oplysninger her https://www.apple.com/dk/privacy/. Licenstagers oplysninger vil til enhver tid blive

behandlet i overensstemmelse med Apples anonymitetspolitik, som kan læses på: https://www.apple.com/legal/privacy/.

**5. Tjenester og materiale fra tredjeparter.**
(a) iOS-software kan give adgang til Apples iTunes Store, App Store, iBooks Store, Game Center, iCloud, Kort og andre tjenester og websteder fra Apple eller tredjeparter (under et kaldet "tjenester"). Disse tjenester findes evt. ikke på alle sprog eller i alle lande. Brug af disse tjenester kræver internetadgang, og brug af visse tjenester kræver evt. et Apple-id, accept af yderligere betingelser og betaling af ekstra gebyrer. Ved at bruge denne software i forbindelse med et Apple-id eller en anden Apple-tjeneste erklærer licenstager sig indforstået med de relevante betingelser for brug af den pågældende tjeneste, f.eks. de nyeste vilkår og betingelser for Apples medietjenester i det land, som licenstager bruger disse tjenester i. Disse vilkår og betingelser kan ses på https://www.apple.com/legal/internet-services/itunes/ww/.

(b) Hvis licenstager tilmelder sig iCloud, er der muligvis adgang til visse iCloud-funktioner, f.eks. "iCloud-fotobibliotek", "Min fotostream", "iCloud-fotodeling", "Back Up" og "Find min iPhone", direkte fra iOS-softwaren. Licenstager erklærer sig indforstået med, at brugen af iCloud og disse funktioner er underlagt de nyeste betingelser og vilkår for iCloud-tjenesten, som findes på: https://www.apple.com/legal/internet-services/icloud/ww/.

(c) Indhold i appen News. Licenstagers brug af indhold, som bliver gjort tilgængeligt via appen News er udelukkende begrænset til personligt, ikke kommercielt brug, og giver ikke licenstager nogen ejendomsret til indhold og udelukker specielt – uden begrænsning – alle kommercielle eller reklamemæssige brugsrettigheder til sådant indhold. Det er desuden forbudt for licenstager at genpublicere, gentransmittere og reproducere evt. billeder, som licenstager har fået adgang til via News, som et selvstændigt arkiv.

(d) Kort. Korttjenesten og -funktionerne i iOS-softwaren ("Kort"), inkl. kortdækningen, kan variere efter område. Når licenstager bruger lokalitetsbaserede funktioner i Kort, f.eks. trinvis vejvisning, oplysninger om trafikafvikling og lokal søgning, sendes der evt. forskellige lokalitetsrelaterede oplysninger og oplysninger om brug til Apple, inklusive oplysninger om den geografiske placering af iOS-enheden i realtid, med henblik på at behandle licenstagers forespørgsler og forbedre Kort. Disse lokalitets- og brugsdata indsamles af Apple på en måde, som giver dig det muligt at identificere licenstager personligt. **Ved at bruge Kort erklærer licenstager sig indforstået med, at Apples, dets datterselskaber og agenter sender, indsamler, vedligeholder, behandler og benytter disse oplysninger med henblik på at levere og forbedre funktionen og tjenesten Kort og andre Apple-produkter og -tjenester.** Apple kan også enten gøre visse ikke personlige oplysninger eller oplysninger, der ikke kan identificere dig personligt, tilgængelige for dets partnere og licensindehavere for at forbedre dets kort- og kvalitetsbaserede produkter og tjenester. Licenstager kan slå de lokalitetsbaserede funktioner i Kort fra via indstillingen Lokalitetstjenester på iOS-enheden ved at slå den individuelle lokalitetsindstilling til Kort fra. Visse funktioner i Kort, f.eks. trinvis vejvisning, er dog ikke tilgængelige, hvis licenstager slår lokalitetstjenester fra.

(e) iBooks; Podcasts. Hvis licenstager vælger at bruge synkroniseringsfunktionen i de to apps, iBooks og Podcasts, til at synkronisere sine bogmærker, noter, samlinger og abonnementsdata til podcasts på sine iOS-enheder og computere, erklærer licenstager sig indforstået med, at sådanne data sendes til Apple og opbevares sammen med det Apple-id, licenstager bruger til iBooks Store eller iTunes Store, for at kunne synkronisere data til licenstagers andre enheder og computere, der er godkendt til at få adgang til indhold vha. det pågældende Apple-id. Licenstager kan altid slå synkronisering fra ved at gå til Indstillinger og ændre synkroniseringsindstillingerne til appsene iBooks og Podcasts.

(f) Licenstager erklærer sig indforstået med, at disse tjenester kan inkludere indhold, som virker

anstødeligt, uanstændigt eller krænkende, og som måske er forsynet med advarsler om anstødeligt sprog, samt at resultaterne af en søgning eller indtastning af en bestemt URL-adresse automatisk kan vise links til anstødeligt materiale, selvom det ikke er hensigten. Licenstager erklærer sig indforstået med, at brugen af tjenesterne sker på egen risiko, og at Apple, dets datterselskaber, agenter, direktører eller licensgivere ikke har noget ansvar for indhold, der kan forekomme anstødeligt, uanstændigt eller vulgært.

(g) Nogle tjenester kan vise, inkludere eller give adgang til indhold, data, oplysninger, programmer og materiale fra tredjeparter ("materiale fra tredjeparter") eller vise links til tredjeparters websteder. Ved at bruge disse tjenester erklærer licenstager sig indforstået med, at Apple ikke har noget ansvar for at undersøge eller vurdere indholdet, nøjagtigheden, fuldstændigheden, aktualiteten, gyldigheden, lovligheden med hensyn til ophavsret, anstændigheden, kvaliteten eller andre aspekter af tredjeparters materiale eller websteder. Apple, dets agenter, partnere og datterselskaber yder ingen garanti for, anbefaler ikke og er ikke ansvarlig over for licenstager og andre personer for tredjeparters tjenester, materiale eller websteder eller for tredjeparters øvrige produkter. Henvisninger til tredjeparters websteder leveres kun af praktiske hensyn.

(h) Apple og dets leverandører af indhold yder ingen garanti for, at de aktiekurser, lokalitetsdata eller andre data, der vises af tjenesterne, er tilgængelige, nøjagtige, fuldstændige, pålidelige eller relevante. Økonomiske oplysninger, der vises af tjenesterne, har kun oplysende karakter og skal ikke opfattes som rådgivning i forbindelse med investering. Før licenstager udfører transaktioner med værdipapirer baseret på oplysninger, som er tilvejebragt via tjenesterne, bør licenstager rådføre sig med en økonomisk rådgiver, som er autoriseret til at udføre økonomisk rådgivning i licenstagers land eller område. De lokalitetsdata, der leveres af tjenesterne, inklusive Apple-tjenesten Kort, er kun beregnet til enkle navigations- og planlægningsformål og skal ikke benyttes i situationer, hvor der er behov for præcise lokalitetsoplysninger, eller hvor fejlagtige, upræcise, forsinkede eller ufuldstændige lokalitetsdata kan medføre dødsfald, personskader eller skader på ejendom og miljø. Licenstager erklærer sig indforstået med, at de resultater, som modtages fra tjenesten Kort, kan afvige fra de faktiske vej- eller terrænforhold pga. faktorer, der kan have indflydelse på nøjagtigheden af data i Kort, f.eks. – men ikke begrænset til – vejr-, vej- og trafikforhold og geopolitiske begivenheder. Af hensyn til sikkerheden skal licenstager ved brug af navigationsfunktionen altid være opmærksom på vejskilte og de aktuelle vejforhold. Følg reglerne for sikker trafikafvikling og gældende trafikregulativer, og vær opmærksom på, at vejledninger til fodgængere måske ikke inkluderer fortove og fodgængerstier.

(i) Ved at overføre indhold via tjenesterne erklærer licenstager at være ejer af alle rettigheder til – eller at have tilladelse til at overføre – dette indhold, og at indholdet ikke krænker nogen af betingelserne for brug af tjenesterne. Licenstager erklærer sig indforstået med, at der i tjenester findes indhold, oplysninger og materialer, der ejes af Apple, webstedets ejer eller deres licensgivere og er beskyttet af de relevante love om immaterielle rettigheder og andre love, inklusive – men ikke begrænset til – love om ophavsret. Licenstager erklærer sig indforstået med ikke at ville bruge dette indhold, disse oplysninger eller disse materialer til andet end tilladt brug af tjenesterne eller på andre måder, der strider imod betingelserne i nærværende licensaftale eller krænker en tredjeparts eller Apples immaterielle rettigheder. Tjenesterne eller dele heraf må ikke reproduceres på nogen måde. Licenstager erklærer sig indforstået med ikke at ville ændre, udleje, lease, udlåne, sælge, distribuere eller fremstille materiale på grundlag af disse tjenester og ikke at ville benytte tjenesterne på ulovlig vis, inklusive – men ikke begrænset til – bruge tjenesterne til at overføre computervira, orme, trojanske heste og anden ondsindet software ved hjælp af ulovlig netværksindtrængen eller overbelastning af netværk. Licenstager erklærer sig desuden indforstået med ikke at ville bruge tjenesterne til at chikanere, fornærme, forfølge, true, smæde eller på anden vis krænke en anden part og dennes rettigheder, og at Apple på ingen måde er ansvarlig for sådan brug af tjenesterne fra licenstagers side eller for evt. chikane, trusler, fornærmelser, krænkelser eller ulovligheder, som licenstager modtager pga. sin brug af disse tjenester.

(j) Tjenester og indhold fra tredjeparter, hvortil der er adgang, hvortil der henvises, eller som vises på iOS-enheden, er derudover ikke tilgængelige på alle sprog eller i alle lande og områder. Apple yder ingen garanti for, at disse tjenester og dette materiale fra tredjeparter er anstændige eller tilgængelige og kan bruges på et bestemt sted. Hvis licenstager vælger at bruge eller åbne disse tjenester og dette materiale fra tredjeparter, sker det på eget initiativ, og licenstager er selv ansvarlig for at overholde de relevante love, inklusive – men ikke begrænset til – de relevante lokale love samt love om anonymitet og dataindsamling. Deling eller synkronisering af fotos via licenstagers iOS-enhed kan resultere i, at metadata, inkl. oplysninger om, hvor og hvornår fotoet blev taget, og farveoplysninger sendes sammen med fotoene. Brug af Apple-tjenester (f.eks. iCloud-fotobibliotek) til at dele eller synkronisere sådanne fotos vil betyde, at Apple vil modtage og opbevare sådanne metadata. Apple og dets licensgivere forbeholder sig til enhver tid ret til at ændre, stoppe, fjerne eller slå adgang til tjenester fra uden varsel. Apple er under ingen omstændigheder ansvarlig for tab, der skyldes, at der ikke længere er adgang til disse tjenester. Apple kan desuden fastsætte begrænsninger med hensyn til brugen af og adgang til visse tjenester uden varsel, og uden at det medfører erstatningsansvar.

**6. Ophør.** Denne licens er gældende, indtil den opsiges. Licenstagers rettigheder i henhold til denne licens ophører automatisk eller bringes på anden vis til ophør uden varsel fra Apple, hvis licenstager ikke overholder betingelserne i aftalen. Når aftalen ophører, skal licenstager holde op med at bruge iOS-software.  Paragrafferne 4, 5, 6, 7, 8, 9, 12 og 13 i denne licens gælder, selvom denne licens opsiges.

**7. Ingen reklamationsret.**
7.1    Hvis licenstager er en kunde, som er privat forbruger (dvs. en person, som ikke bruger iOS-software i forbindelse med sit fag, sin virksomhed eller sin profession), har licenstager evt. andre rettigheder i sit hjemland, så følgende begrænsninger ikke gælder, og hvis disse begrænsninger ikke er tilladt, gælder de ikke. Licenstager kan få flere oplysninger om sine rettigheder hos en forbrugerorganisation.

7.2    LICENSTAGER ERKLÆRER SIG INDFORSTÅET MED OG ER ENIG I, AT DET – FOR SÅ VIDT SOM DET ER LOVLIGT – HELT ER DENNES EGEN BESLUTNING OG PÅ DENNES RISIKO AT ANVENDE DEN AF NÆRVÆRENDE LICENS OMFATTEDE iOS-SOFTWARE OG EVT. TJENESTER UDFØRT AF ELLER ÅBNET VIA iOS-SOFTWAREN.

7.3    FOR SÅ VIDT SOM DET ER LOVLIGT, LEVERES iOS-SOFTWARE OG -TJENESTER, SOM DE "ER OG FOREFINDES", MED ALLE FEJL OG UDEN GARANTI FOR FUNKTION ELLER ANDEN EGENSKAB. APPLE OG APPLES LICENSGIVERE (I PKT. 7 og 8 UNDER ÉT KALDET "APPLE") FRASKRIVER SIG HERMED ENHVER GARANTI I FORBINDELSE MED iOS-SOFTWARE OG -TJENESTER, INKLUSIVE – MEN IKKE BEGRÆNSET TIL – ENHVER GARANTI FOR GODT KØBMANDSKAB, EGNETHED TIL BESTEMTE FORMÅL OG UFORSTYRRET BESIDDELSE ELLER ENHVER GARANTI FOR, AT TREDJEPARTERS RETTIGHEDER IKKE KRÆNKES.

7.4    APPLE YDER INGEN GARANTI FOR, AT iOS-SOFTWARE OG -TJENESTER KAN BENYTTES UDEN AFBRYDELSER, AT FUNKTIONERNE I ELLER TJENESTERNE, DER AFVIKLES ELLER LEVERES AF iOS-SOFTWARE VIL OPFYLDE LICENSTAGERS BEHOV, AT AFVIKLINGEN AF iOS-SOFTWARE OG -TJENESTER VIL FORLØBE FEJLFRIT OG UDEN AFBRYDELSER, AT TJENESTER VIL VEDBLIVE MED AT BLIVE GJORT TILGÆNGELIGE, AT EVENTUELLE FEJL I iOS-SOFTWARE ELLER -TJENESTER VIL BLIVE RETTET, ELLER AT iOS-SOFTWARE ER KOMPATIBEL ELLER KAN SAMARBEJDE MED SOFTWARE, PROGRAMMER ELLER TJENESTER FRA TREDJEPARTER. INSTALLERING AF DENNE iOS-SOFTWARE KAN HAVE BETYDNING FOR TILGÆNGELIGHEDEN OG BRUGEN AF SOFTWARE, PROGRAMMER ELLER TJENESTER FRA TREDJEPARTER SAMT APPLES PRODUKTER OG TJENESTER.

7.5    LICENSTAGER ERKLÆRER SIG DESUDEN INDFORSTÅET MED, AT iOS-SOFTWARE OG -

TJENESTER IKKE ER BEREGNET ELLER EGNET TIL BRUG I SITUATIONER ELLER OMGIVELSER, HVOR FEJL ELLER FORSINKELSER ELLER UNØJAGTIGHEDER I INDHOLD, DATA ELLER OPLYSNINGER, DER LEVERES AF iOS-SOFTWARE ELLER -TJENESTER, KAN MEDFØRE DØDSFALD, PERSONSKADE, OMFATTENDE FYSISKE ØDELÆGGELSER ELLER MILJØSKADER, INKLUSIVE – MEN IKKE BEGRÆNSET TIL – DRIFT AF ATOMREAKTORER, NAVIGATIONSSYSTEMER TIL LUFTFART, KOMMUNIKATIONSSYSTEMER, SYSTEMER TIL STYRING AF LUFTTRAFIKKEN, RESPIRATORER ELLER VÅBENSYSTEMER.

7.6   INGEN MUNDTLIGE ELLER SKRIFTLIGE OPLYSNINGER ELLER RÅD FRA APPLE ELLER EN PERSON ELLER ET SELSKAB AUTORISERET AF APPLE KAN I NOGET TILFÆLDE TRÆDE I STEDET FOR BETINGELSERNE I DENNE LICENS. SKULLE iOS-SOFTWARE ELLER -TJENESTER VISE SIG AT VÆRE DEFEKTE, PÅHVILER DET LICENSTAGER AT INDESTÅ FOR ALLE OMKOSTNINGER I FORBINDELSE MED SERVICERING, REPARATION ELLER RETTELSE. OVENNÆVNTE BEGRÆNSEDE REKLAMATIONSRET GÆLDER ALENE I DEN UDSTRÆKNING, UFRAVIGELIGE LOVBESTEMMELSER IKKE ER TIL HINDER HERFOR.

**8. Begrænsning af ansvar.** APPLE, DETS DATTERSELSKABER, AGENTER ELLER  DIREKTØRER ER UNDER INGEN OMSTÆNDIGHEDER, HELLER IKKE I TILFÆLDE AF UAGTSOMHED, ERSTATNINGSPLIGTIG FOR TILFÆLDIGE ELLER SPECIELLE SKADER, FØLGESKADER (HERUNDER DRIFTSTAB), ØDELÆGGELSE ELLER TAB AF DATA, FEJL DER MEDFØRER, AT DER IKKE KAN SENDES ELLER MODTAGES DATA (INKLUSIVE – MEN IKKE BEGRÆNSET TIL – KURSUSINSTRUKTIONER, -OPGAVER OG -MATERIALER), DRIFTSAFBRYDELSER ELLER ANDRE SKADER ELLER TAB, DER MÅTTE OPSTÅ SOM RESULTATET AF BRUG/IKKE BRUG AF iOS-SOFTWARE OG -TJENESTER ELLER SOFTWARE ELLER PROGRAMMER FRA TREDJEPARTER TIL BRUG MED iOS-SOFTWARE, UANSET OM APPLE ER BLEVET ADVISERET OM MULIGHEDEN FOR SÅDANNE SKADER. UDELUKKELSEN AF ELLER BEGRÆNSNINGEN I ANSVAR FOR PERSONSKADER OG FØLGESKADER GÆLDER DOG ALENE I DEN UDSTRÆKNING, UFRAVIGELIGE LOVBESTEMMELSER IKKE ER TIL HINDER HERFOR. Apples samlede erstatningspligt over for licenstager for enhver skade, ethvert tab eller foranstaltninger kan maksimalt udgøre to hundrede og halvtreds amerikanske dollar ($250,00). Ovenstående begrænsning af Apples ansvar gælder alene i den udstrækning, ufravigelige lovbestemmelser ikke er til hinder herfor.

**9. Digitale certifikater.** iOS-software indeholder funktioner, som gør det muligt for den at acceptere digitale certifikater udstedt af Apple eller tredjeparter. LICENSTAGER BÆRER DET FULDE ANSVAR FOR AT BESLUTTE, OM VEDKOMMENDE VIL STOLE PÅ ET CERTIFIKAT, HVAD ENTEN DET ER UDSTEDT AF APPLE ELLER EN TREDJEPART. BRUGEN AF DIGITALE CERTIFIKATER SKER FOR EGEN RISIKO. FOR SÅ VIDT SOM DET ER LOVLIGT, YDER  APPLE INGEN UDTRYKKELIGE ELLER UNDERFORSTÅEDE GARANTIER MED HENSYN TIL GODT KØBMANDSKAB ELLER EGNETHED TIL BESTEMTE FORMÅL, NØJAGTIGHED ELLER SIKKERHED OG YDER INGEN GARANTIER FOR, AT TREDJEPARTERS RETTIGHEDER IKKE KRÆNKES MED HENSYN TIL DIGITALE CERTIFIKATER.

**10. Eksportkontrol.** Licenstager må kun bruge og eksportere eller reeksportere iOS-software i overensstemmelse med gældende amerikansk lov og med gældende lov i det land, hvor iOS-software blev købt. I særdeleshed – men ikke begrænset til – må iOS-software ikke eksporteres eller reeksporteres (a) til lande, som er underlagt handelsboykot fra USA, eller (b) til personer opført på det amerikanske finansministeriums liste over "Specially Designated Nationals" eller på det amerikanske handelsministeriums "Denied Person's List or Entity List" eller nogen andre lister over begrænsede parter. Ved at bruge iOS-software garanterer licenstager ikke at være bosiddende i et af ovennævnte lande eller være opført på nogen af ovennævnte lister. Licenstager erklærer sig desuden indforstået med ikke at ville bruge iOS-software til forbudte formål i henhold til gældende amerikansk lov, inklusive – men ikke begrænset til – udvikling, design og fremstilling af kernevåben, missiler og kemiske eller biologiske våben.

**11. Amerikanske offentlige myndigheder som slutbrugere.** iOS-software og tilhørende dokumentation er defineret som "Commercial Items" i henhold til 48 C.F.R. §2.101 og som bestående af "Commercial Computer Software" og "Commercial Computer Software Documentation" i henhold til 48 C.F.R.§12.212 eller 48 C.F.R. §227.7202. I henhold til 48 C.F.R. §12.212 og 48 C.F.R. §227.7202-1 til 227.7202-4 gives amerikanske offentlige myndigheder som slutbrugere licens til "Commercial Computer Software" og "Commercial Computer Software Documentation" (i) kun som "Commercial Items" (i) og kun med de rettigheder, som andre slutbrugere har i henhold til denne licensaftale. Alle rettigheder til upubliceret materiale forbeholdes i henhold til den amerikanske lov om ophavsret.

**12. Gældende lovgivning og tilsidesættelse af bestemmelser.** Denne licens er underlagt lovgivningen i staten Californien med undtagelse af bestemmelserne om retstvister. Licensen er ikke underlagt FN-konventionen vedr. aftaler om internationale løsørekøb. Hvis licenstager er privat forbruger med bopæl i Storbritannien, er nærværende licensaftale underlagt gældende lokal lov.  Hvis en retsinstans skulle finde, at en paragraf eller en del af en paragraf i denne licens er i modstrid med gældende ret, skal resten af denne licens stadig gælde i fuldt omfang.

**13. Komplet licensaftale; sprogforrang.** Denne licens udgør den eneste aftale mellem licenstager og Apple med hensyn til brugen af iOS-software og erstatter alle tidligere eller nuværende aftaler herom. Ingen tilføjelser eller ændringer til nærværende licens vil være bindende, medmindre de er udfærdiget skriftligt og underskrevet af Apple. Alle oversættelser af denne licens foretages pga. lokale lovkrav, og i tilfælde af uoverensstemmelse mellem den engelske version af licensaftalen og den oversatte version er den engelske version altid den gældende, for så vidt som dette ikke er ulovligt i henhold til gældende lokal lov.

**14. Tredjeparters rettigheder.** Dele af iOS-software bruger eller inkluderer software fra tredjeparter og andet materiale, der er beskyttet af ophavsret. Oplysninger om rettigheder, licensbetingelser og ansvarsfraskrivelser til dette materiale findes i den elektroniske dokumentation til iOS-software, og licenstagers brug af dette materiale er underlagt de respektive rettighedshaveres betingelser. Brug af Googles Safe Browsing-tjeneste er underlagt Googles servicevilkår (https://www.google.com/intl/da/policies/terms/) og Googles privatlivspolitik (https://www.google.com/intl/da/policies/privacy/).

**15. Brug af MPEG-4; bemærkning om H.264/AVC.**
(a) iOS-software gives i licens i henhold til MPEG-4-systempatentets kodning i overensstemmelse med MPEG-4-systemstandarden. Dog kræves en ekstra licens og betaling af afgift for kodning i forbindelse med (i) data, der lagres på eller kopieres til fysiske medier, hvis der er betalt en afgift pr. titel, og/eller (ii) data, som overføres til en slutbruger med henblik på permanent lagring og/eller brug, hvis der er betalt en afgift pr. titel. Ekstra licenser kan indhentes fra MPEG LA, LLC. Der findes flere oplysninger på adressen http://www.mpegla.com.

(b) iOS-software indeholder funktioner til kodning og/eller afkodning af MPEG-4-video. iOS-software gives i licens i henhold til MPEG-4 Visual Patent Portfolio License til personlig og ikke kommerciel brug af en almindelig forbruger i forbindelse med (i) kodning af video i overensstemmelse med MPEG-4 Visual Standard ("MPEG-4-video") og/eller (ii) afkodning af MPEG-4-video, som er kodet af en almindelig forbruger som led i personlig og ikke kommerciel aktivitet, og/eller MPEG-4-video, som leveres af en videoudbyder i overensstemmelse med en licens fra MPEG LA. Der er ikke givet nogen licens, hverken direkte eller indirekte, til nogen anden brug. Der kan indhentes flere oplysninger, inklusive oplysninger om reklame-, intern og kommerciel brug og licens hertil, fra MPEG LA, LLC.  Se http://www.mpegla.com.

(c) Da iOS-software indeholder funktioner til AVC-kodning og/eller -afkodning, kræver kommerciel brug af H.264/AVC yderligere licens, og følgende betingelser gælder: LICENSEN TIL AVC-FUNKTIONERNE I iOS-SOFTWARE GÆLDER KUN TIL PERSONLIG OG IKKE KOMMERCIEL BRUG TIL AT (i) KODE VIDEO

I OVERENSSTEMMELSE MED AVC-STANDARDEN ("AVC-VIDEO") OG/ELLER (ii) AFKODE AVC-VIDEO, DER ER KODET AF EN BRUGER SOM ET LED I PERSONLIGE OG IKKE KOMMERCIELLE AKTIVITETER, OG/ELLER AVC-VIDEO, SOM ER LEVERET AF EN VIDEOUDBYDER MED LICENS TIL AT LEVERE AVC-VIDEO. OPLYSNINGER OM ANDEN BRUG OG LICENSER KAN INDHENTES FRA MPEG LA L.L.C. SE http://www.mpegla.com.

**16. Begrænsninger på Yahoo-søgetjenesten.** Den Yahoo-søgetjeneste, der er tilgængelig via Safari, gives i licens til brug i følgende lande og områder: Argentina, Aruba, Australien, Bahamas, Barbados, Belgien, Bermuda, Brasilien, Bulgarien, Canada, Cayman Islands, Chile, Colombia, Cypern, Danmark, Den Dominikanske Republik, Ecuador, El Salvador, Filippinerne, Finland, Frankrig, Grenada, Grækenland, Guatemala, Holland, Hong Kong, Indien, Indonesien, Irland, Island, Italien, Jamaica, Japan, Kina, Letland, Litauen, Luxembourg, Malaysia, Malta, Mexico, New Zealand, Nicaragua, Norge, Panama, Peru, Polen, Portugal, Puerto Rico, Rumænien, Schweiz, Singapore, Slovakiet, Slovenien, Spanien, St. Lucia, St. Vincent, Storbritannien, Sverige, Sydkorea, Taiwan, Thailand, Tjekkiet, Trinidad og Tobago, Tyrkiet, Tyskland, Ungarn, Uruguay, USA, Venezuela og Østrig.

**17. Bemærkning om Microsoft Exchange.** E-post-indstillingen til Microsoft Exchange i iOS-software må kun bruges til trådløs synkronisering af oplysninger, f.eks. e-post, kontakter, kalendere og opgaver, mellem iOS-enheden og Microsoft Exchange Server eller anden serversoftware, som Microsoft har licenseret til implementering af Microsoft Exchange ActiveSync-protokollen.

EA1520
22/09/2017

————————————
**Supplerende betingelser for Apple Pay**

Disse Supplerende betingelser for Apple Pay (disse "Supplerende betingelser") er et supplement til Apple iOS-softwarelicensaftalen ("Licens"); licenstagers brug af funktionen Apple Pay er underlagt både Licensen og nærværende Supplerende betingelser, som skal opfattes som en "Tjeneste" i henhold til licensen. De ord og udtryk, der er skrevet med store forbogstaver i disse Supplerende betingelser, har den betydning, der er brugt i Licensen.

**1.    Oversigt og brugsbegrænsninger**

Med Apple Pay kan licenstager:

- lagre virtuelle repræsentationer af kredit-, debetkort og forudbetalte kort, inklusive kredit- og debetkort samt forudbetalte kort til butikker, og Apple Pay Cash-kortet, som understøttes af funktionen Apple Pay ("Understøttede betalingskort"), og bruge understøttede iOS-enheder til at foretage kontaktfri betaling i udvalgte lokaliteter eller i apps og på websteder;
- bruge bonus- og gavekort, der opbevares i Wallet ("Kort kompatible med Apple Pay" og sammen med understøttede betalingskort, "Understøttede kort") til at foretage kontaktfrie køb med bonus- og gavekort i udvalgte butikker som en del af kontaktfri betaling vha. Apple Pay; og
- sende betaling fra person til person til andre brugere af Apple Pay.

Apple Pay-funktionerne i iOS-software er muligvis kun tilgængelige i udvalgte områder, med udvalgte kortudstedere, finansielle institutioner og i udvalgte butikker. Funktioner kan variere efter område, udsteder og butik.

Hvis licenstager vil bruge Apple Pay, skal licenstager have et Understøttet kort. Understøttede kort kan ændres fra tid til anden. For at kunne sende eller modtage betaling fra person til person skal licenstager

desuden have et Apple Pay Cash-kort.

Understøttede betalingskort og betaling fra person til person er forbundet med det Apple-id, som licenstager har brugt til at logge ind på iCloud for at anvende disse funktioner. Understøttede kort er kun tilgængelige for enkeltpersoner på 13 år og derover og kan være underlagt flere aldersbaserede begrænsninger fra iCloud eller det Understøttede kort, som licenstager forsøger at benytte. Apple Pay Cash-kortet og muligheden for at sende og modtage betaling fra person til person er kun tilgængelige for personer på 18 år og derover.

Apple Pay er beregnet på licenstagers personlige brug og kan kun bruges til licenstagers egne Understøttede kort. Hvis licenstager bruger et understøttet firmakort, erklærer licenstager, at det gøres med arbejdsgiverens godkendelse, og at licenstager har godkendelse til at binde arbejdsgiveren til nærværende betingelser for brug og alle transaktioner udført ved brug af denne funktion. Hvis licenstager sender eller modtager betaling fra person til person, garanterer licenstager, at det gøres til licenstagers eget personlige, ikke kommercielle brug.

Licenstager erklærer sig enig i ikke at bruge Apple Pay til ulovlige eller svigagtige formål eller nogen andre formål, som er forbudt i henhold til Licensen og nærværende Supplerende betingelser. Licenstager erklærer sig desuden enig i at bruge Apple Pay i overensstemmelse med gældende love og regulativer. Licenstager erklærer sig enig i ikke at ville forstyrre eller afbryde Apple Pay-tjenesten (herunder at få adgang til tjenesten vha. automatiske midler), servere eller netværk, som er forbundet med tjenesten, eller regler, krav og regulativer for netværk, der er forbundet med tjenesten (inklusive ulovlig adgang til, brug eller overvågning af data eller trafik på disse);

**2.    Apples forhold til licenstager**

Med Apple Pay kan licenstager oprette en virtuel repræsentation af sine Understøttede kort på licenstagers understøttede iOS-enhed.  Men Apple behandler ikke betalinger eller andre korttransaktioner uden betaling (f.eks. indsættelse eller indløsning af beløb), modtager, ligger inde med eller overfører heller ikke licenstagers midler eller har nogen anden kontrol over betalinger, returneringer, refusioner, bonusser, værdi, rabatter eller andre kommercielle aktiviteter, der kan opstå på basis af licenstagers brug af denne funktion.

Betingelserne i kortholderaftaler med licenstagers kortudsteder vil fortsat være bestemmende for licenstagers brug af Understøttede kort og deres brug i forbindelse med Apple Pay. På lignende måde er licenstagers deltagelse i eventuelle bonusfordele eller gavekortprogrammer i butikker og licenstagers brug af Kort kompatible med Apple Pay i forbindelse med Apple Pay underlagt vedkommende butiks vilkår og betingelser.

Apple Pay Cash-kortet og muligheden for  at sende og modtage betaling fra person til person findes kun i USA og er tjenester, som leveres af Green Dot Bank, medlem af FDIC. Når licenstager slår disse funktioner til i Apple Pay, åbner licenstager en konto hos Green Dot Bank, og når licenstager sender eller modtager betaling fra person til person eller  indsætter eller hæver penge fra licenstagers Apple Pay Cash-kort, vil Green Dot Bank være ansvarlig for at modtage og sende licenstagers penge til den påtænkte modtager. Den finansielle institution, der er ansvarlig for at tilbyde Apple Pay Cash og betaling fra person til person inde fra Apple Pay, kan ændres, og licenstagers brug af sådanne funktioner er underlagt vilkår og betingelser for disse funktioner.

Der er intet i Licensen eller nærværende Supplerende betingelser, som ændrer betingelserne i licenstagers evt. kortholder-, bruger- eller butiksaftale, og sådanne betingelser vil fortsat være bestemmende for licenstagers brug af det gældende Understøttede kort eller betalingsfunktionen fra person til person i Apple Pay og deres virtuelle repræsentation på licenstagers iOS-enhed. Licenstager

erklærer sig enig i, at Apple ikke er en del af licenstagers kortholder- eller butiksaftale, og Apple er heller ikke ansvarlig for: (a) disse betalingskorts, bonuskorts og værdikorts indhold, nøjagtighed eller utilgængelighed, ej heller for kommercielle aktiviteter, transaktioner eller køb ved brug af funktionaliteten i Apple Pay; og (b) Apple er heller ikke på nogen måde involveret i bevilling af kredit eller vurdering af kreditværdighed; eller (c) indsættelse eller indløsning af beløb på værdikort iht. en butiks bonusprogram; eller (d) betaling af eller genopfyldning af forudbetalte kort; (e) afsendelse eller modtagelse af betaling fra person til person; eller (f) indsættelse, indløsning eller hævning af penge fra licenstagers Apple Pay Cash-kort.

I tilfælde af uoverensstemmelser eller spørgsmål mht. betalingskort, bonuskort, gavekort eller tilknyttede kommercielle aktiviteter bedes licenstager kontakte den pågældende udsteder eller butik. Ved spørgsmål angående Apple Pay Cash-kortet eller betaling fra person til person kan henvendelse ske til Apple-support.

**3.    Personlige oplysninger**

Apple Pay kræver nogle oplysninger fra licenstagers iOS-enhed for at kunne tilbyde hele oplevelsen. Når licenstager bruger Apple Pay Cash-kortet eller sender eller modtager betaling fra person til person, indsamles der desuden oplysninger om licenstagers transaktioner, og disse oplysninger bevares for at sikre vedligeholdelse af licenstagers konto, forhindre svindel og opfylde lovmæssige krav. Licenstager kan finde flere oplysninger om de data, der indsamles, bruges eller deles som en del af licenstagers brug af Apple Pay, Apple Pay Cash-kortet eller betaling fra person til person med Apple Pay ved at læse Om Apple Pay og anonymitet (som findes i Wallet & Apple Pay på licenstagers iOS-enhed eller i appen Watch på en parret iOS-enhed) eller besøge https://www.apple.com/dk/privacy. Ved at bruge disse funktioner erklærer licenstager sig indforstået med, at Apple, dets datterselskaber og agenter sender, indsamler, vedligeholder, behandler og benytter alle førnævnte oplysninger med henblik på at levere funktionaliteten i Apple Pay.

**4.    Sikkerhed; mistede enheder eller enheder, der er slået fra**

Apple Pay opbevarer virtuelle repræsentationer af licenstagers Understøttede kort, og disse skal beskyttes på samme måde som kontanter eller fysiske kredit-, debetkort, forudbetalte kort, bonus- og gavekort. Hvis koden til licenstagers enhed overdrages til en tredjepart, eller en tredjepart får tilladelse til at tilføje vedkommendes fingeraftryk til brug med Touch ID eller aktivering af Face ID, kan vedkommende muligvis foretage betalinger, sende, anmode om eller modtage betaling fra person til person, hæve penge på licenstagers Apple Pay Cash-kort eller modtage eller indløse bonus eller tilgodehavender vha. Apple Pay på licenstagers enhed. Licenstager er eneansvarlig for at vedligeholde sikkerheden på enheden og beskytte adgangskoden. Licenstager erklærer sig enig i, at Apple ikke er ansvarlig, hvis licenstager mister eller deler adgangen til licenstagers enhed. Licenstager erklærer sig enig i, at Apple ikke er ansvarlig, hvis licenstager foretager uautoriserede ændringer i iOS (f.eks. i form af "jailbreak").

Licenstager skal muligvis slå flere sikkerhedsforanstaltninger til, f.eks. tofaktorgodkendelse til licenstagers Apple-id, for at kunne få adgang til bestemte funktioner i Apple Pay, inkl. Apple Pay Cash-kortet eller betaling fra person til person med Apple Pay. Hvis licenstager senere fjerner disse sikkerhedsfunktioner, vil licenstager måske ikke kunne fortsætte med at få adgang til bestemte funktioner i Apple Pay.

Hvis licenstagers enhed mistes eller stjæles, og Find min iPhone er slået til, kan licenstager bruge Find min iPhone til at forsøge at suspendere muligheden for at betale med de virtuelle Understøttede betalingskort eller sende betaling fra person til person på den pågældende enhed ved at aktivere funktionen Mistet. Licenstager kan også slette sin enhed, som vil forsøge at suspendere muligheden for at betale med de virtuelle Understøttede betalingskort eller for at sende betaling fra person til person på

enheden, og det vil også forsøge at fjerne Kort kompatible med Apple Pay. Licenstager bør også kontakte udstederen af licenstagers Understøttede betalingskort, den butik, som har udstedt licenstagers Kort kompatible med Apple Pay, og Apple i tilfælde af licenstagers Apple Pay Cash-kort, for at forhindre uautoriseret adgang til licenstagers virtuelle Understøttede kort.

Hvis licenstager rapporterer om eller Apple har mistanke om svigagtige eller lyssky aktiviteter, erklærer licenstager sig indforstået med at samarbejde med Apple i en evt. undersøgelse og til at benytte evt. forholdsregler til forhindring af svindel, som Apple måtte foreskrive.

**5.    Begrænset ansvar**

UD OVER DE ANSVARSFRASKRIVELSER OG ANSVARSBEGRÆNSNINGER, SOM ER ANFØRT I NÆRVÆRENDE LICENS, PÅTAGER APPLE SIG IKKE NOGET ANSVAR FOR KØB, BETALINGER, TRANSAKTIONER ELLER ANDRE KOMMERCIELLE AKTIVITETER FORETAGET VHA. FUNKTIONEN APPLE PAY, OG LICENSTAGER ERKLÆRER SIG INDFORSTÅET MED UDELUKKENDE AT BENYTTE EVT. AFTALER MED LICENSTAGERS KORTUDSTEDER, BETALINGSNETVÆRK, FINANCIELLE INSTITUTIONER ELLER BUTIK MHB. AT LØSE EVT. SPØRGSMÅL OG UOVERENSSTEMMELSER ANGÅENDE LICENSTAGERS UNDERSTØTTEDE KORT, BETALING FRA PERSON TIL PERSON OG TILKNYTTEDE KOMMERCIELLE AKTIVITETER.

———————————

**KOMMUNIKATION FRA APPLE**
Hvis Apple har brug for at kontakte licenstager angående licenstagers produkt eller konto, erklærer licenstager sig indforstået med at modtage kommunikation via e-post. Du erklærer dig enig i, at en sådan kommunikation, som du modtager elektronisk fra Apple, overholder alle juridiske krav til kommunikation.

SUOMI

**TÄRKEÄÄ: KÄYTTÄMÄLLÄ iPHONEA, iPADIA TAI iPOD TOUCHIA ("iOS-LAITE") SITOUDUT SEURAAVIIN EHTOIHIN:**

**A.    APPLE iOS -OHJELMISTOLISENSSISOPIMUS**
**B.    APPLE PAYN LISÄEHDOT**
**C.    APPLEN ILMOITUKSET**

**APPLE INC.**
**iOS-OHJELMISTOLISENSSISOPIMUS**
**Yhden käyttäjän lisenssi**

**LUE TARKASTI TÄMÄ OHJELMISTOLISENSSISOPIMUS ("LISENSSI") ENNEN iOS-LAITTEEN KÄYTTÖÄ TAI TÄHÄN LISENSSIIN LIITTYVÄN OHJELMISTOPÄIVITYKSEN LATAAMISTA. KÄYTTÄMÄLLÄ iOS-LAITETTA TAI LATAAMALLA OHJELMISTOPÄIVITYKSEN SITOUDUT NOUDATTAMAAN TÄMÄN LISENSSIN EHTOJA. ELLET HYVÄKSY LISENSSIN EHTOJA, ÄLÄ KÄYTÄ iOS-LAITETTA TAI LATAA OHJELMISTOPÄIVITYSTÄ.**

**JOS OLET ÄSKETTÄIN OSTANUT iOS-LAITTEEN ETKÄ HYVÄKSY LISENSSIN EHTOJA, VOIT HYVITYKSEN SAADAKSESI PALAUTTAA iOS-LAITTEEN PALAUTUSAJAN SISÄLLÄ APPLEN PALAUTUSKÄYTÄNNÖN MUKAISESTI APPLE STOREEN TAI VALTUUTETUN JÄLLEENMYYJÄN LIIKKEESEEN, JOSTA OLET SEN HANKKINUT. SÄÄNNÖT OVAT LUETTAVISSA OSOITTEESSA https://www.apple.com/legal/sales_policies/.**

**1. Yleistä.**
(a) Apple Inc. ("Apple") myöntää Lisenssin ehtojen mukaisen käyttöoikeuden iOS-laitteen mukana tulleisiin ohjelmiin (mukaan lukien Boot ROM -koodi, sisällytetyt ohjelmat ja muiden valmistajien ohjelmat), dokumentaatioon, käyttöliittymiin, sisältöön, fontteihin ja dataan ("Alkuperäinen iOS-ohjelmisto"), jotka saattavat päivittyä tai korvautua ominaisuuksien parannuksissa, ohjelmistopäivityksissä tai Applen järjestelmänpalautusohjelmistossa ("iOS-ohjelmistopäivitykset"), olivatpa nämä muistissa tai millä tahansa medialla taikka missä tahansa muodossa (Alkuperäiseen iOS-ohjelmistoon ja iOS-ohjelmistopäivityksiin viitataan yhteisnimityksellä "iOS-ohjelmisto"). Apple ei myy iOS-ohjelmistoa sinulle. Apple ja Applen lisensoijat säilyttävät omistajuutensa iOS-ohjelmistoon ja pidättävät itsellään kaikki oikeudet, joita ei ole erikseen annettu sinulle. Hyväksyt, että tämän Lisenssin ehtoja sovelletaan kaikkiin Apple-merkkisiin ohjelmiin jotka saattavat sisältyä iOS-laitteeseen, ellei tällaisen ohjelman mukana tule erillistä lisenssiä, missä tapauksessa hyväksyt, että sen lisenssin ehdot määräävät kyseisen ohjelman käyttöäsi.

(b) Apple voi oman harkintansa mukaan tulevaisuudessa tarjota iOS-ohjelmapäivityksiä. Mahdolliset iOS-ohjelmistopäivitykset eivät välttämättä sisällä kaikkia nykyisiä ohjelmisto-ominaisuuksia tai uusia ominaisuuksia, jotka Apple julkaisee uudemmille tai muille iOS-laitteiden malleille.  Tämän Lisenssin ehdot kattavat myös Applen mahdollisesti tarjoamat iOS-ohjelmistopäivitykset, ellei tällaisen iOS-ohjelmistopäivityksen mukana tule erillistä lisenssiä, jolloin hyväksyt kyseisen lisenssin ehdot koskemaan kyseistä päivitystä.

(c) Jos asennat uuden iOS-laitteen vanhan iOS-laitteen avulla käyttämällä pikakäyttöönottoa, hyväksyt, että tämän Lisenssin ehtoja sovelletaan uuden iOS-laitteesi iOS-ohjelmistoon, ellei sen mukana tule erillistä lisenssiä, missä tapauksessa hyväksyt, että kyseisen lisenssin ehdot määräävät iOS-ohjelmiston käyttöäsi.

**2. Lisenssin käyttö ja rajoitukset.**

(a) Sinulle myönnetään tämän Lisenssin sopimusehtojen puitteissa rajoitettu, rinnakkainen lisenssi käyttää iOS-ohjelmistoa yhdessä Apple-merkkisessä iOS-laitteessa. Lukuun ottamatta kohdassa 2 (b) jäljempänä sallittua poikkeusta sekä erillistä sinun ja Applen välillä tehtävää sopimusta tämä Lisenssi kieltää iOS-ohjelmiston samanaikaisen asentamisen useampaan kuin yhteen Apple-merkkiseen iOS-laitteeseen, eikä iOS-ohjelmistoa saa jaella tai asettaa käyttöön verkossa, jossa sitä voisi käyttää useampi kuin yksi laite kerrallaan. Tämä Lisenssi ei anna mitään oikeuksia käyttää Applen omisteisia käyttöliittymiä tai muuta Applen immateriaalioikeuksien piiriin kuuluvaa omaisuutta iOS-laitteiden kanssa käytettävien muiden valmistajien oheislaitteiden, lisävarusteiden tai ohjelmistosovellusten suunnittelussa, kehittämisessä, valmistuksessa, lisensoinnissa tai jakelussa. Jotkin näistä oikeuksista ovat saatavissa Applelta erillisillä lisensseillä. Lisätietoja kolmansien osapuolten laitteiden ja lisävarusteiden kehittämisestä iOS-laitteille saat osoitteesta https://developer.apple.com/programs/mfi/. Lisätietoja ohjelmistosovellusten kehittämisestä iOS-laitteille saat osoitteesta https://developer.apple.com.

(b) Sinulle myönnetään tämän Lisenssin ehtojen puitteissa rajoitettu, rinnakkainen lupa ladata iOS-ohjelmistopäivityksiä, joita Apple mahdollisesti tarjoaa sinun iOS-laitteellesi, päivittääksesi tai palauttaaksesi omistamasi tai hallitsemasi iOS-laitteen ohjelmiston. Lisenssi ei salli muiden kuin omistamasi tai hallitsemasi iOS-laitteen ohjelmistopäivityksiä ja -palautuksia. iOS-ohjelmistopäivityksiä ei myöskään saa jaella tai asettaa saataville verkossa, jossa niitä voisi käyttää useampi kuin yksi laite tai tietokone kerrallaan. Mikäli lataat iOS-ohjelmistopäivityksen tietokoneellesi, iOS-ohjelmistopäivityksistä voidaan ainoastaan varmuuskopiointitarkoituksessa tehdä yksi tietokoneella luettavissa oleva kopio, jossa tulee näkyä samat tekijänoikeustiedot ja muut omistajuustiedot kuin alkuperäisessä.

(c) Siinä määrin kuin Apple on esiasentanut Apple-ohjelmistoja App Storesta iOS-laitteelle ostohetkenä ("esiasennettu ohjelmisto"), sinun pitää kirjautua sisään App Storeen ja yhdistää esiasennetut ohjelmistot App Store -tiliisi, jotta sitä voi käyttää iOS-laitteella. Kun yhdistät esiasennetun ohjelmiston App Store -tiliisi, yhdistät samalla automaattisesti kaikki mahdolliset muut esiasennetut ohjelmat, jotka ovat iOS-laitteessasi. Valitsemalla esiasennetun ohjelmiston yhdistämisen App Store -tiliisi, hyväksyt, että Apple voi lähettää, kerätä, ylläpitää, käsitellä ja käyttää sekä App Store -tilin käyttämääp Apple ID:tä että iOS-laitteestasi poimittua yksilöllistä laitteistotunnistetta yksilöllisinä tilitunnisteina pyyntösi oikeutuksen varmistamiseen ja pääsyn tarjoamiseen esiasennettuun ohjelmistoon App Storen kautta. Jos et halua käyttää esiasennettua ohjelmistoa, voit poistaa sen iOS-laitteesta koska tahansa.

(d) Sitoudut siihen, että et saa kopioida (muutoin kuin tässä Lisenssissä on erikseen sallittu), takaisinkääntää, takaisinmallintaa tai yrittää muuten palauttaa lähdekoodiksi tai muokata iOS-ohjelmistoa, sen tarjoamia palveluita tai mitään niiden osia, purkaa niiden salausta tai luoda niiden pohjalta johdannaisteoksia etkä antaa muille mahdollisuutta tehdä näin (muutoin kuin ainoastaan mikäli ja siinä määrin kuin jonkin edellä mainitun rajoituksen estävät sovellettava laki tai iOS-ohjelmiston mahdollisesti sisältämien avoimen lähdekoodin komponenttien käyttöä koskevat lisenssiehdot).

(e) iOS-ohjelmistoa voidaan käyttää materiaalin jäljentämiseen, jos käyttö rajoittuu muuhun kuin tekijänoikeuksilla suojattuun materiaaliin tai sellaiseen materiaaliin, johon sinulla on tekijänoikeus, tai jonka jäljentämiseen sinulla on valtuutus tai laillinen lupa. iOS-ohjelmiston kautta katsellun, tallennetun tai ladatun sisällön omistus- ja immateriaalioikeudet kuuluvat vastaavan sisällön omistajalle. Tällaista sisältöä saattavat suojata tekijänoikeus- tai muut omistusoikeudelliset lait ja sopimukset ja sisältö saattaa olla tällaista sisältöä tarjoavan muun valmistajan käyttöehtojen alainen. Ellei ole mainittu toisin, tämä Lisenssi ei anna sinulle minkäänlaista oikeutta tällaisen sisällön käyttöön eikä takaa, että sisältö on jatkossakin saatavillasi.

(f) Sitoudut käyttämään iOS-ohjelmistoa ja Palveluita (kuten määritetty osiossa 5 alla) noudattaen kaikkia sovellettavia lakeja, mukaan lukien paikalliset lait maassa, jossa asut tai jossa latasit tai käytät iOS-ohjelmistoa ja Palveluita. iOS-ohjelmiston ja Palveluiden kaikki ominaisuudet eivät välttämättä ole käytettävissä kaikilla kielillä ja alueilla ja jotkin ominaisuudet saattavat vaihdella alueen mukaan ja joitain

ei välttämättä ole saatavilla palveluntarjoajaltasi. iOS-ohjelmiston ja Palveluiden jotkin ominaisuudet vaativat Wi-Fi- tai mobiilidatayhteyden.

(g) App Storen käyttö edellyttää yksilöllistä käyttäjätunnuksen ja salasanan yhdistelmää, josta käytetään nimitystä Apple ID. Apple ID:tä tarvitaan myös iOS-ohjelmiston päivitysten sekä tiettyjen ominaisuuksien ja Palveluiden käyttöön.

(h) Hyväksyt, että useat iOS-ohjelmiston ominaisuudet, mukana tulevat ohjelmat ja Palvelut välittävät tietoja ja saattavat aiheuttaa kustannuksia internet-palveluusi ja että olet yksin vastuussa sellaisista kustannuksista. Mobiilidata-asetuksissa voit katsoa ja hallita sitä, mitkä ohjelmat saavat käyttää mobiilidataa, ja katsoa arvion siitä, kuinka paljon dataa kyseiset ohjelmat ovat kuluttaneet. Katso lisätietoja iOS-laitteesi käyttöoppaasta.

Jos valitset, että suostut automaattisiin päivityksiin, iOS-laitteesi tarkistaa ajoittain Applelta onko laitteeseesi asennettuihin ohjelmistoihin saatavilla päivityksiä. Jos päivitys on saatavilla, se ladataan ja asennetaan automaattisesti laitteeseesi. Voit laittaa automaattiset päivitykset pois päältä milloin tahansa menemällä Asetuksiin, napauttamalla sitten iTunes ja App Store ja ottamalla Automaattiset lataukset -kohdasta Päivitykset pois päältä.

(j) iOS-laitteen käyttäminen voi joissakin tilanteissa häiritä keskittymistäsi ja aiheuttaa vaaratilanteita (vältä esimerkiksi tekstiviestien kirjoittamista autoa ajaessasi tai kuulokkeiden käyttämistä polkupyöräillessäsi). Käyttämällä iOS-laitetta osoitat hyväksyväsi, että sinä olet vastuussa matkapuhelinten tai kuulokemikrofonien käyttöä rajoittavien tai sen kieltävien sääntöjen noudattamisesta (esimerkiksi vaatimuksesta käyttää hands free -ratkaisua, jos puhut puheluita autoa ajaessasi).

**3. Siirto.** Sinulla ei ole oikeutta vuokrata, liisata, lainata, myydä, jaella edelleen tai jatkolisensoida iOS-ohjelmistoa. Voit kuitenkin pysyvästi siirtää tämän Lisenssin suomat oikeudet iOS-ohjelmistoon kertaalleen kokonaisuudessaan yhdessä omistamasi iOS-laitteesi kanssa edellyttäen, että: (a) omistamasi iOS-laite ja iOS-ohjelmisto siirretään kokonaisuudessaan, mukaan lukien kaikki komponenttien osat ja tämä Lisenssi, (b) sitoudut hävittämään hallussasi olevat muut osittaisetkin iOS-ohjelmiston kopiot, myös tietokoneeseen tai muuhun tallennuslaitteeseen tallennetut kopiot ja (c) osapuoli, jonka haltuun iOS-ohjelmisto siirtyy, lukee tämän Lisenssin sopimusehdot ja hyväksyy ne.

**4. Suostumus tiedon käyttöön.** Kun käytät laitettasi, puhelinnumerosi ja tietyt iOS-laitteesi yksilölliset tunnisteet lähetetään Applelle, jotta muut käyttäjät voivat saada sinuun yhteyden puhelinnumerollasi kun käytät iOS-ohjelmiston kommunikointiominaisuuksia, kuten iMessagea ja FaceTimea.  Kun käytät iMessagea, Apple voi säilyttää viestejäsi salatussa muodossa rajoitetun ajan, jotta niiden toimitus voidaan varmistaa. Voit ottaa FaceTime- tai iMessage-palvelun pois käytöstä menemällä iOS-laitteesi FaceTime- tai Viestit-asetuksiin. Muut ominaisuudet, kuten Analyysit, Sijaintipalvelut, Siri ja Sanelu voivat toimiakseen tarvita tietoja iOS-laitteeltasi. Kun otat näitä ominaisuuksia käyttöön tai kun käytät niitä, saat lisätietoja siitä, mitä tietoja lähetetään Applelle ja kuinka tietoja käytetään.  Saat lisätietoja osoitteesta https://www.apple.com/privacy/. Tietojasi käsitellään aina Applen tietosuojakäytännön mukaisesti, joka on luettavissa osoitteessa: https://www.apple.com/legal/privacy/.

**5. Palvelut ja muiden valmistajien aineisto.**
(a) iOS-ohjelmisto saattaa mahdollistaa pääsyn Applen iTunes Storeen, App Storeen, iBooks Storeen, Game Centeriin, iCloudiin, Karttoihin ja muihin Applen ja kolmansien osapuolten palveluihin ja verkkosivustoihin (yhdessä ja erikseen "Palvelut"). Kyseiset Palvelut eivät ehkä ole saatavilla kaikilla kielillä tai kaikissa maissa. Näiden Palveluiden käyttö edellyttää internet-yhteyttä, ja joidenkin Palveluiden käyttö voi edellyttää Apple ID:tä tai erillisten palveluehtojen hyväksymistä ja voi olla erikseen maksullista. Käyttämällä tätä ohjelmistoa yhdessä Apple ID:n tai muun Applen Palvelun kanssa sitoudut kyseistä Palvelua koskeviin palveluehtoihin, kuten uusimpiin Applen mediapalveluehtoihin maassa, jossa käytät

Palvelua. Voit perehtyä näihin ehtoihin osoitteessa https://www.apple.com/legal/internet-services/itunes/ww/.

(b) Mikäli liityt iCloud-palveluun, tiettyjä iCloud-ominaisuuksia, kuten iCloud-kuvakirjasto, Oma kuvavirta, iCloud-kuvajako, Back Up ja Find My iPhone, voidaan käyttää suoraan iOS-ohjelmistosta.  Ymmärrät ja hyväksyt, että iCloudin ja näiden ominaisuuksien käyttö on iCloud-palvelun uusimpien ehtojen ja määräysten alaista. iCloudin ehdot ja määräykset ovat luettavissa osoitteessa: https://www.apple.com/legal/internet-services/icloud/ww/.

(c) News-ohjelman sisältö. News-ohjelman kautta käyttämäsi sisältö on rajoitettu ainoastaan henkilökohtaiseen epäkaupalliseen käyttöön, sen käyttäminen ei siirrä sinulle mitään omistajuutta sisältöön ja erityisesti sulkee pois rajoituksetta sisällön kaupalliset tai myynnin edistämisen käyttöoikeudet.  Lisäksi News-ohjelman kautta itsenäisinä tiedostoina käytettyjen kuvien uudelleen julkaiseminen, edelleen lähettäminen ja jäljentäminen on kielletty.

(d) Kartat. iOS-ohjelmiston karttapalvelu ja ominaisuudet ("Kartat"), kuten karttadatan kattavuus saattavat vaihdella alueen mukaan. Kun käytät mitä tahansa sijaintiin perustuvia ominaisuuksia Kartoissa, kuten käännös käännökseltä etenevää navigointia, liikennetietoja ja paikallista hakua, erinäisiä sijaintiin ja käyttöön liittyviä tietoja saatetaan lähettää Applelle, mukaan lukien iOS-laitteesi reaaliaikainen maantieteellinen sijainti, jotta pyyntösi voidaan käsitellä ja Karttoja parantaa. Apple kerää kyseiset sijainti- ja käyttötiedot muodossa, josta sinua ei voida tunnistaa henkilökohtaisesti. **Käyttämällä Kartat-ohjelmaa hyväksyt, että Apple, sen tytäryhtiöt ja edustajat välittävät, keräävät, ylläpitävät, käsittelevät ja käyttävät näitä tietoja, jotta ne voivat tarjota ja parantaa Kartat-ominaisuuksia ja -palvelua sekä muita Applen tuotteita ja palveluita.** Apple voi myös tarjota tällaisia tietoja joko koostetussa muodossa tai sellaisessa muodossa, josta henkilöä ei voida tunnistaa, yhteistyökumppaneille ja lisenssinhaltijoille auttaakseen parantamaan karttoihin ja sijainteihin perustuvia tuotteita ja palveluita. Voit poistaa Karttojen sijaintiin perustuvan toiminnallisuuden käytöstä avaamalla iOS-laitteessasi Sijaintipalvelut-asetuksen ja asettamalla pois päältä Karttojen yksittäisen sijaintiasetuksen. Jotkin Kartat-ominaisuudet, kuten käännös käännökseltä etenevä navigointi, eivät kuitenkaan ole käytettävissä, jos poistat Sijaintipalvelut-asetuksen käytöstä.

(e) iBooks; Podcastit. Jos päätät käyttää iBooks- ja Podcastit-ohjelmien synkronointiominaisuuksia kirjanmerkkien, muistiinpanojen, kokoelmien ja podcast-tilausten synkronointiin iOS-laitteittesi ja tietokoneittesi välillä, hyväksyt, että kyseinen tieto siirretään Applelle ja tallennetaan Apple ID:si yhteyteen käytettäväksi iBooks Storessa tai iTunes Storessa, jotta kyseinen tieto voidaan synkronoida muiden sellaisten laitteittesi ja tietokoneittesi kanssa, jotka on valtuutettu käyttämään tietoja kyseisellä Apple ID:llä. Voit laittaa synkronoinnin pois päältä milloin tahansa menemällä Asetuksiin ja muuttamalla synkronointiasetuksia iBooksille ja Podcasteille.

(f) Sinun tulee ymmärtää, että Palveluita käyttäessäsi voit kohdata sisältöä, joka saattaa olla loukkaavaa, siveetöntä tai sopimatonta ja saattaa sisältää rumaa kieltä, ja että mikä tahansa haku tai tietyn verkko-osoitteen kirjoittaminen saattaa tahattomasti ja automaattisesti luoda linkkejä tai viittauksia sopimattomaan aineistoon. Hyväksyt, että käytät Palveluita omalla riskilläsi ja että Apple, sitä lähellä olevat yritykset, sen edustajat, toimeksiantajat tai lisensoijat eivät ole vastuussa sisällöstä, joka on ehkä loukkaavaa, siveetöntä tai sopimatonta.

(g) Tietyt Palvelut voivat näyttää, sisältää tai tuoda saataville kolmansien osapuolten sisältöä, dataa, tietoja, sovelluksia tai aineistoa ("Kolmansien osapuolten aineisto") tai tarjota linkkejä tietyille kolmansien osapuolten verkkosivustoille. Käyttämällä Palveluita osoitat hyväksyväsi, että Applen vastuulla ei ole tarkastaa tai arvioida Muiden valmistajien tai verkkosivustojen aineiston sisältöä, täsmällisyyttä, kattavuutta, ajantasaisuutta, pätevyyttä, tekijänoikeuksien kunnioittamista, laillisuutta, sopivuutta, laatua tai muita ominaisuuksia. Apple, sen edustajat, sen konserniyhtiöt tai tytäryritykset eivät anna takuita tai

suosituksia tai ole vastuussa sinulle tai kenellekään muulle koskien muiden valmistajien Palveluita, Muiden valmistajien aineistoa tai verkkosivustoja tai mitään muuta muiden valmistajien aineistoa, tuotteita tai palveluita. Muiden valmistajien aineistoa ja linkkejä muille verkkosivustoille tarjotaan vain käytön helpottamiseksi.

(h) Apple tai sen sisällöntuottajat eivät takaa minkään Palveluiden näyttämien pörssi-, sijainti- tai muiden tietojen saatavuutta, tarkkuutta, kattavuutta, luotettavuutta tai ajantasaisuutta.  Palveluiden näyttämät taloudelliset tiedot on annettu vain yleisessä tiedonvälitystarkoituksessa, eikä niitä pidä käyttää luotettavina sijoitusneuvoina. Ennen kuin suoritat mitään arvopaperikauppoja Palveluiden kautta saatavien tietojen perusteella, sinun kannattaa ottaa yhteyttä talous- tai arvopaperiammattilaiseen, joka on laillisesti pätevä antamaan talous- tai arvopaperineuvontaa maassasi tai alueellasi. Kaikki Palveluiden tarjoamat sijaintitiedot, mukaan lukien Applen Kartat-palvelu, on tarjottu vain tavanomaista suunnistamista ja suunnittelua varten, eikä niihin tule luottaa tilanteissa, joissa tarvitaan täsmällisiä sijaintitietoja ja joissa virheellinen, epätarkka, viivästynyt tai puutteellinen sijaintitieto voi johtaa kuolemaan tai henkilö-, omaisuus- tai ympäristövahinkoon. Hyväksyt, että Kartat-palvelusta saadut tulokset saattavat erota todellisista tie- tai maasto-olosuhteista johtuen syistä, jotka voivat vaikuttaa karttadatan tarkkuuteen, kuten rajoituksetta sää, tie- ja liikenneolosuhteet sekä geopoliittiset tapahtumat. Oman turvallisuutesi vuoksi, kun käytät navigointiominaisuutta, kiinnitä aina huomiota liikennemerkkeihin ja vallitseviin tieolosuhteisiin. Noudata turvallista ajotapaa ja liikennesääntöjä ja ota huomioon, että kävelyohjeet eivät ehkä sisällä jalkakäytäviä tai kävelypolkuja.

(i) Siltä osin kuin lähetät mitään sisältöä näiden Palveluiden kautta vakuutat, että omistat kyseisen sisällön tai sinulla on tarvittava laillinen oikeus tai lupa lähettää sitä ja ettei kyseinen sisältö ei riko Palveluun sovellettavia palveluehtoja. Hyväksyt, että Palveluissa on omisteista sisältöä, tietoa ja aineistoa, jonka omistavat Apple, sivuston omistaja tai sen lisensoijat ja jota suojaavat siihen sovellettavat immateriaalioikeutta koskevat ja muut lait mukaan lukien rajoituksetta tekijänoikeudet. Hyväksyt, että et käytä tällaista omisteista sisältöä, tietoa tai aineistoa millään muulla tavoin kuin käyttämällä Palveluita sallitusti tai millään tavalla, joka on ristiriidassa tämän Lisenssin ehtojen kanssa tai loukkaa Applen tai muun valmistajan immateriaalioikeuksia. Palveluiden mitään osaa ei saa jäljentää missään muodossa tai millään keinolla. Sitoudut olemaan muokkaamatta, vuokraamatta, liisaamatta, lainaamatta, myymättä tai levittämättä Palveluita tai luomatta niistä johdannaisteoksia millään tavalla ja olemaan käyttämättä Palveluita millään ei-sallitulla tavalla, mukaan lukien rajoituksetta Palveluiden käyttäminen tietokonevirusten, matojen, troijalaisten tai muiden haittaohjelmien levittämiseen tai verkon luvattomaan käyttöön tai kuormittamiseen. Lisäksi sitoudut siihen, että et käytä Palveluita millään tavoin muiden osapuolten häiritsemiseen, vahingoittamiseen, varjostamiseen, uhkaamiseen, kunnian loukkaamiseen tai muuhun oikeuksien rikkomiseen tai loukkaamiseen, eikä Apple ole millään tavoin vastuussa tällaisesta toiminnastasi eikä mistään Palveluiden käytön seurauksena mahdollisesti vastaanottamistasi häiritsevistä, uhkaavista, kunniaa loukkaavista, loukkaavista tai laittomista viesteistä tai tiedonsiirroista.

(j) Lisäksi Palvelut ja Kolmansien osapuolten aineisto, jota voidaan käyttää, linkittää tai näyttää iOS-laitteessa, ei ole käytettävissä kaikilla kielillä tai kaikissa maissa tai kaikilla alueilla. Apple ei esitä, että kyseiset Palvelut tai Muiden valmistajien aineisto sopisivat käytettäviksi tai olisivat käytettävissä missään tietyssä paikassa. Mikäli päätät käyttää tällaisia Palveluita tai Muiden valmistajien aineistoa, teet sen omasta aloitteestasi ja vastaat siitä, että käyttö on kaikkien sovellettavien lakien mukaista, mukaan lukien mutta niihin rajoittumatta sovellettavat paikalliset lait ja henkilötietoja tai tietojen keräämistä koskevat lait. Valokuvien synkronoiminen ja jakaminen iOS-laitteen avulla voi aiheuttaa metadatan, kuten missä ja milloin valokuva on otettu, ja syvyystiedon siirtymisen valokuvien mukana. Applen palveluiden (kuten iCloud-kuvakirjaston) käyttäminen kuvien jakamiseen tai synkronointiin tarkoittaa, että Apple vastaanottaa ja tallentaa kyseistä metadataa. Applella ja sen lisensoijilla on oikeus muuttaa, keskeyttää tai poistaa mitä tahansa Palveluita tai estää niiden käyttö koska tahansa asiasta ilmoittamatta. Apple ei missään olosuhteissa ole vastuussa näiden Palveluiden poistamisesta tai käytön estämisestä. Apple voi

myös aina rajoittaa tiettyjen Palveluiden käyttöä tai rajoittaa niihin pääsyä ilman ilmoitusta tai korvausvelvollisuutta.

**6. Sopimuksen päättyminen.** Tämä Lisenssi on voimassa kunnes toisin päätetään. Jos Lisenssin ehtoja ei noudateta, Lisenssin alaiset oikeutesi päättyvät automaattisesti tai niiden voimassaolo lakkaa muuten ilman erillistä ilmoitusta Applelta. Lisenssin päättyessä iOS-ohjelmiston käyttö on lopetettava.  Tämän Lisenssin kohdat 4, 5, 6, 7, 8, 9, 12 ja 13 pysyvät voimassa myös Lisenssin päättyessä mistä tahansa syystä.

**7. Vastuuvapautus.**
7.1    Mikäli olet kuluttaja-asiakas (eli käytät iOS-ohjelmistoa muuhun kuin yritystoimintaan tai ammatilliseen tarkoitukseen), sinulla saattaa olla asuinmaassasi laillisia oikeuksia, jotka kieltävät seuraavien rajoitusten soveltamisen sinuun, ja mikäli rajoitukset on kielletty, niitä ei sovelleta sinuun. Jos haluat lisätietoja oikeuksistasi, ota yhteyttä paikalliseen kuluttajaneuvontaorganisaatioon.

7.2    YMMÄRRÄT JA HYVÄKSYT, ETTÄ SIINÄ MÄÄRIN KUIN SOVELLETTAVA LAKI SEN SALLII, iOS-OHJELMISTON JA iOS-OHJELMISTON KAUTTA SUORITETTAVIEN TAI KÄYTETTÄVIEN PALVELUIDEN KÄYTTÖ, TYYDYTTÄVÄ LAATU, SUORITUSKYKY, TARKKUUS JA TOIMINTA OVAT SINUN OMALLA VASTUULLASI.

7.3    SIINÄ MÄÄRIN KUIN SOVELLETTAVA LAKI SEN SALLII, iOS-OHJELMISTO JA PALVELUT TOIMITETAAN "SELLAISINA KUIN NE OVAT" JA "SELLAISINA KUIN NE OVAT SAATAVILLA" MAHDOLLISINE VIRHEINEEN JA ILMAN MINKÄÄNLAISIA TAKUITA, JA APPLE JA APPLEN LISENSOIJAT (JOITA KOHDISSA 7 JA 8 KUTSUTAAN YHTEISNIMITYKSELLÄ "APPLE") VAPAUTTAVAT ITSENSÄ SUORASTA, VÄLILLISESTÄ JA LAKISÄÄTEISESTÄ TUOTE- JA MUUSTA VASTUUSTA iOS-OHJELMISTON JA PALVELUIDEN SUHTEEN MUKAAN LUKIEN KAUPPAKELPOISUUS, LAADUN TYYDYTTÄVYYS, SOVELTUVUUS TIETTYYN TARKOITUKSEEN, VIRHEETTÖMYYS, KÄYTÖN HÄIRITSEMÄTTÖMYYS JA KOLMANSIEN OSAPUOLTEN OIKEUKSIEN LOUKKAAMATTOMUUS.

7.4    APPLE EI TAKAA, ETTÄ VOIT NAUTTIA iOS-OHJELMISTOSTA TAI PALVELUISTA ILMAN HÄIRIÖITÄ TAI ETTÄ iOS-OHJELMISTON SISÄLTÄMÄT TOIMINNOT TAI SEN SUORITTAMAT TAI TARJOAMAT PALVELUT TÄYTTÄVÄT KAIKKI VAATIMUKSET, ETTÄ iOS-OHJELMISTON JA PALVELUIDEN TOIMINTA ON KESKEYTYMÄTÖNTÄ JA VIRHEETÖNTÄ, ETTÄ MITKÄÄN PALVELUT SÄILYVÄT SAATAVILLA, ETTÄ iOS-OHJELMISTON TAI PALVELUIDEN VIRHEET TULLAAN KORJAAMAAN TAI ETTÄ iOS-OHJELMISTO ON YHTEENSOPIVA MINKÄÄN KOLMANSIEN OSAPUOLTEN OHJELMISTOJEN, SOVELLUSTEN TAI PALVELUIDEN KANSSA. TÄMÄN iOS-OHJELMISTON ASENNUS SAATTAA VAIKUTTAA KOLMANSIEN OSAPUOLTEN OHJELMISTOJEN, SOVELLUSTEN TAI PALVELUIDEN, SEKÄ APPLEN TUOTTEIDEN JA PALVELUIDEN SAATAVUUTEEN JA KÄYTETTÄVYYTEEN.

7.5    iOS-OHJELMISTOA JA PALVELUITA EI OLE SUUNNITELTU KÄYTETTÄVIKSI TILANTEISSA TAI YMPÄRISTÖISSÄ, JOISSA iOS-OHJELMISTON TAI PALVELUIDEN TOIMINTAHÄIRIÖ TAI AIKAVIIVE TAI NIIDEN TARJOAMAN SISÄLLÖN, DATAN TAI TIETOJEN VIRHE TAI EPÄTARKKUUS SAATTAA AIHEUTTAA KUOLEMAN, HENKILÖVAHINGON TAI VAKAVAN FYYSISEN TAI YMPÄRISTÖHAITAN, MUKAAN LUKIEN RAJOITUKSETTA YDINENERGIA-ALAN TOIMINTA, LENTOKONEEN NAVIGOINTI- TAI TIETOLIIKENNEJÄRJESTELMÄT, LENNONJOHTOJÄRJESTELMÄT, ELINTOIMINTOJA YLLÄPITÄVÄT JÄRJESTELMÄT JA ASEJÄRJESTELMÄT.

7.6.    MIKÄÄN APPLEN TAI APPLEN VALTUUTTAMAN EDUSTAJAN ANTAMA SUULLINEN TAI KIRJALLINEN TIETO TAI OHJE EI LUO TAKUUTA. JOS iOS-OHJELMISTO TAI PALVELUT TODETAAN VIALLISIKSI, OLET VASTUUSSA KAIKISTA HUOLTO- JA KORJAUSKULUISTA. KOSKA JOILLAKIN OIKEUSTOIMIALUEILLA EI SALLITA VÄLILLISTEN TAKUIDEN POISSULKEMISTA TAI SOVELLETTAVIEN

KULUTTAJAN LAKISÄÄTEISTEN OIKEUKSIEN RAJOITTAMISTA, EDELLÄ MAINITTU EI EHKÄ KOSKE SINUA.

**8. Vastuun rajoitus.** SOVELLETTAVAN LAIN SALLIMISSA RAJOISSA JA HUOLIMATTA VASTUUTEORIASTA (SOPIMUKSEN, RIKKOMUKSEN TAI MUUN OSALTA) TAI SIITÄ, ETTÄ APPLEA OLISI VAROITETTU KYSEISEN VAHINGON MAHDOLLISUUDESTA, APPLE, SITÄ LÄHELLÄ OLEVAT YRITYKSET, SEN EDUSTAJAT TAI TOIMEKSIANTAJAT EIVÄT OLE MISSÄÄN TAPAUKSISSA VASTUUSSA MISTÄÄN HENKILÖVAHINGOISTA TAI SUORISTA, EPÄSUORISTA TAI VÄLILLISISTÄ VAHINGOISTA MUKAAN LUKIEN RAJOITUKSETTA VOITTOJEN MENETYKSET, VIOITTUMINEN, TIEDON HÄVIÄMINEN, TAI KYVYTTÖMYYS LÄHETTÄÄ TAI VASTAANOTTAA TIETOJA (MUKAAN LUKIEN MUTTA SIIHEN RAJOITTUMATTA, KURSSIOHJEET, -TEHTÄVÄT JA -MATERIAALIT), LIIKETOIMINNAN KESKEYTYMINEN TAI MUUT KAUPALLISET VAHINGOT TAI MENETYKSET, JOTKA JOHTUVAT iOS-OHJELMISTON TAI PALVELUIDEN JA iOS-OHJELMISTON TAI PALVELUIDEN YHTEYDESSÄ KÄYTETTÄVIEN KOLMANSIEN OSAPUOLTEN OHJELMISTON TAI SOVELLUSTEN KÄYTÖSTÄSI TAI KYVYTTÖMYYDESTÄSI KÄYTTÄÄ NIITÄ. KOSKA JOILLAKIN OIKEUSTOIMIALUEILLA EI SALLITA VASTUUN POISSULKEMISTA TAI RAJOITTAMISTA HENKILÖVAHINGOISSA TAI EPÄSUORISSA TAI VÄLILLISISSÄ VAHINGOISSA, EDELLÄ MAINITTU EI EHKÄ KOSKE SINUA. Missään tapauksessa Applen kokonaiskorvausvelvollisuus vahingoista (ellei sovellettavan lain vaatimus henkilövahinkotapauksissa poikkea tästä) ei ylitä kahtasataaviittäkymmentä Yhdysvaltain dollaria (250,00 USD). Edellä olevat rajoitukset ovat voimassa myös silloin, jos yllä esitetty korvaus ei vastaa perimmäistä tarkoitustaan.

**9. Digitaaliset varmenteet.** iOS-ohjelmisto sisältää toiminnallisuuden, joka mahdollistaa Applen tai kolmansien osapuolten antamien digitaalisten varmenteiden hyväksymisen. OLET YKSIN VASTUUSSA PÄÄTÖKSESTÄSI LUOTTAA APPLEN TAI KOLMANNEN OSAPUOLEN ANTAMAAN VARMENTEESEEN. KÄYTÄT DIGITAALISIA VARMENTEITA TÄYSIN OMALLA VASTUULLASI. NIIN PITKÄLTI KUIN SOVELLETTAVA LAKI SEN SALLII, APPLE EI ANNA SUORIA TAI EPÄSUORIA TAKUITA TAI LUPAUKSIA KAUPPAKELPOISUUDESTA, SOVELTUVUUDESTA TIETTYYN TARKOITUKSEEN, TÄSMÄLLISYYDESTÄ, TURVALLISUUDESTA TAI KOLMANSIEN OSAPUOLTEN OIKEUKSIEN LOUKKAAMATTOMUUDESTA MINKÄÄN DIGITAALISTEN VARMENTEIDEN YHTEYDESSÄ.

**10. Vientisäätely.** Sitoudut siihen, ettei iOS-ohjelmistoa viedä edelleen suorasti eikä epäsuorasti ulkomaille, ellei tähän ole erikseen annettu lupaa Yhdysvaltain tai sen oikeustoimialueen/niiden oikeustoimialueiden laissa, jo(i)sta iOS-ohjelmisto on hankittu. Erityisesti iOS-ohjelmistoa ei saa viedä suorasti tai epäsuorasti (a) Yhdysvaltojen vientikiellossa olevaan maahan tai (b) kenellekään U.S. Treasury Departmentin Specially Designated Nationals -luettelossa olevalle tai U.S.Department of Commercen Denied Person's List- tai Entity List -luetteloissa tai missään muissa rajoitusten alaisten osapuolten luetteloissa olevalle. iOS-ohjelmistoa käyttämällä annat takuun siitä, ettet ole missään tällaisessa maassa tai luettelossa. Takaat myös, että et käytä iOS-ohjelmistoa mihinkään sellaiseen tarkoitukseen, joka on kielletty Yhdysvaltain laissa, mukaan lukien (mutta näihin rajoittumatta) ohjusten, ydinaseiden tai kemiallisten tai biologisten aseiden kehitys, suunnittelu, valmistus tai tuotanto.

**11. Yhdysvaltain viranomaiset.** iOS-ohjelmisto ja siihen liittyvä dokumentaatio ovat "Commercial Items", kuten termi on määritelty säädöksessä 48 C.F.R. §2.101, koostuen osista "Commercial Computer Software" ja "Commercial Computer Software Documentation", kuten termit on määritelty säädöksessä 48 C.F.R. §12.212 tai 48 C.F.R. §227.7202, soveltuvin osin. Mikäli Lisenssin hankkija tai käyttäjä on Yhdysvaltain viranomainen, sovelletaan säädöksiä 48 C.F.R. §12.212 tai 48 C.F.R. §227.7202-1 - 227.7202-4, soveltuvin osin, niin, että Commercial Computer Software ja Commercial Computer Software Documentation on lisensoitu (a) vain Commercial Item -tuotteina ja (b) samoilla näissä sopimusehdoissa ilmoitetuilla oikeuksilla, jotka koskevat kaikkia muita loppukäyttäjiä. Julkaisemattoman materiaalin oikeudet pidätetään Yhdysvaltojen tekijänoikeuslakien mukaisesti.

**12. Sovellettava laki ja sopimuksen osien riippumattomuus.** Tähän Lisenssiin ja sen tulkintaan sovelletaan Kalifornian osavaltion lakeja, lukuun ottamatta niihin sisältyviä lainvalintaa koskevia säädöksiä. Tämä Lisenssi ei kuulu United Nations Convention on Contracts for the International Sale of Goods -määräysten alaisuuteen. Jos olet Isossa-Britanniassa asuva kuluttaja, tähän Lisenssiin sovelletaan asuinpaikkasi oikeustoimialueen lakeja.  Vaikka toimivaltainen tuomioistuin katsoisi, ettei Lisenssin jotakin osaa voida pakottaa täytäntöönpantavaksi, Lisenssi on muilta osin voimassa.

**13. Kokonaissopimus ja kieli.** Tämä Lisenssi muodostaa koko sopimuksen sinun ja Applen välillä iOS-ohjelmistoa koskien ja korvaa kaikki aiemmat tai samanaikaiset samaa koskevat sopimukset. Lisenssin lisäykset tai muutokset eivät ole sitovia ilman kirjallista, Applen allekirjoittamaa hyväksyntää. Lisenssin käännökset on tehty paikallisia vaatimuksia ajatellen ja mahdolliset epäselvyydet englanninkielisen version ja käännösversion välillä ratkaistaan englanninkielisen lisenssiversion eduksi sikäli kuin oikeustoimialueesi paikallinen lainsäädäntö ei sitä estä.

**14. Muiden valmistajien materiaali.** Osa iOS-ohjelmistosta saattaa käyttää tai sisältää kolmansien osapuolten ohjelmistoja ja muuta tekijänoikeudella suojattua materiaalia. Tällaisen materiaalin lähdemaininnat, lisenssiehdot ja vastuuvapauslausekkeet ovat iOS-ohjelmiston sähköisessä dokumentaatiossa, ja tällaisen materiaalin käyttöä koskevat kyseisen valmistajan ehdot. Google Safe Browsing -palvelun käyttö on Googlen palveluehtojen (https://www.google.com/intl/fi/policies/terms/) ja Googlen tietosuojakäytännön (https://www.google.com/intl/fi/policies/privacy/) alaista.

**15. MPEG-4:n käyttö; H.264/AVC-huomautus.**
(a) iOS-ohjelmisto on lisensoitu MPEG-4 Systems Patent Portfolio License -lisenssin alaisena MPEG-4 Systems Standard -standardin mukaiseen koodaukseen. Käyttäjältä vaaditaan kuitenkin lisälisenssi ja lisenssimaksuja, jos koodaus koskee (i) dataa, joka tallennetaan tai kopioidaan fyysiselle tallennusmedialle ja josta peritään kappalekohtainen maksu, ja/tai (ii) dataa, josta maksetaan kappalekohtaisesti ja joka välitetään loppukäyttäjälle pysyvää tallennusta ja/tai käyttöä varten. Lisälisenssi voidaan hankkia MPEG LA, LLC:ltä. Lisätietoja annetaan osoitteessa http://www.mpegla.com.

(b) iOS-ohjelmisto sisältää MPEG-4-videokoodaus- ja/tai dekoodausominaisuuksia. iOS-ohjelmisto on lisensoitu MPEG-4 Visual Patent Portfolio License -lisenssin alaisena kuluttajan henkilökohtaiseen ja ei-kaupalliseen käyttöön, joka koskee (i) MPEG-4 Visual Standard -standardin ("MPEG-4 Video") mukaista videon koodausta ja/tai (ii) sellaisen MPEG-4-videon dekoodausta, jonka kuluttaja on koodannut henkilökohtaiseen ja ei-kaupalliseen käyttöön ja/tai joka saatiin MPEG LA:n MPEG-4-videontarjoajaksi lisensoimalta videontarjoajalta. Lisenssiä ei myönnetä suorasti tai epäsuorasti mihinkään muuhun tarkoitukseen. Lisätietoja esittelykäytöstä, sisäisestä käytöstä ja kaupallisesta käytöstä sekä lisensoinnista antaa MPEG LA, LLC.  Katso http://www.mpegla.com.

(c) iOS-ohjelmisto sisältää AVC-koodaus- ja/tai dekoodausominaisuuksia, H.264/AVC:n kaupallinen käyttö vaatii lisälisensoinnin ja seuraavat ehdot pätevät: iOS-OHJELMISTON AVC-TOIMINNALLISUUS ON LISENSOITU TÄSSÄ VAIN HENKILÖKOHTAISEEN, EI-KAUPALLISEEN KÄYTTÖÖN. KULUTTAJA VOI (i) KOODATA VIDEOTA AVC-STANDARDIN MUKAISESTI ("AVC-VIDEO") JA/TAI (ii) DEKOODATA AVC-VIDEOTA, JONKA KULUTTAJA ON KOODANNUT HENKILÖKOHTAISESSA JA EI-KAUPALLISESSA TARKOITUKSESSA JA/TAI AVC-VIDEOTA, JOKA ON HANKITTU VIDEONTARJOAJALTA, JOLLA ON LUPA TARJOTA AVC-VIDEOTA. MUITA KÄYTTÖÄ JA LISENSSEJÄ KOSKEVIA TIETOJA ANTAA MPEG LA L.L.C. KATSO http://www.mpegla.com.

**16. Yahoo Search -palvelun rajoitukset.** Safarin kautta käytettävä Yahoo Search -palvelu on lisensoitu käytettäväksi ainoastaan seuraavissa maissa ja seuraavilla alueilla: Alankomaat, Argentiina, Aruba, Australia, Bahamasaaret, Barbados, Belgia, Bermuda, Brasilia, Bulgaria, Caymansaaret, Chile, Dominikaaninen tasavalta, Ecuador, El Salvador, Espanja, Etelä-Korea, Filippiinit, Grenada, Guatemala,

Hongkong, Intia, Indonesia, Irlanti, Islanti, Iso-Britannia, Italia, Itävalta, Jamaika, Japani, Kanada, Kiina, Kolumbia, Kreikka, Kypros, Latvia, Liettua, Luxemburg, Malesia, Malta, Meksiko, Nicaragua, Norja, Panama, Peru, Portugali, Puerto Rico, Puola, Ranska, Romania, Ruotsi, Saksa, Singapore, Slovakia, Slovenia, St. Lucia, St. Vincent, Suomi, Sveitsi, Taiwan, Tanska, Thaimaa, Trinidad ja Tobago, Tšekin tasavalta, Turkki, Unkari, Uruguay, Uusi-Seelanti, Venezuela ja Yhdysvallat.

**17. Microsoft Exchange -huomautus** iOS-ohjelmiston Microsoft Exchange -sähköpostiasetus on lisensoitu ainoastaan langattomaan informaation (kuten sähköpostien, yhteystietojen, kalenterin ja tehtävien) synkronointiin iOS-laitteen ja Microsoft Exchange Serverin tai muun sellaisen palvelinohjelmiston välillä, jolle Microsoft on myöntänyt lisenssin Microsoft Exchange ActiveSync -protokollan käyttämiseen.

EA1520
22.9.2017


— — — — — — — — — — —
**Apple Payn lisäehdot ja -määräykset**

Nämä Apple Payn lisäehdot ja määräykset ("Lisäehdot") täydentävät iOS-ohjelmistolisenssisopimusta ("Lisenssi"); sekä Lisenssi että nämä lisäehdot määräävät Apple Pay -ominaisuuden käyttöäsi, joka katsotaan lisenssin mukaiseksi "Palveluksi". Näissä Lisäehdoissa käytetyillä termeillä on sama merkitys kuin Lisenssissä on määritelty.

**1.    Yleiskatsaus ja käyttörajoitukset**

Apple Pay -ominaisuuden avulla voit:

  •   tallentaa virtuaalisesti luotto-, pankki- ja prepaid-korttien tietoja, mukaan lukien kauppojen luotto-, pankki- ja prepaid-kortit sekä Apple Pay Cash -kortti, joita Apple Pay tukee ("Tuetut maksukortit"), ja käyttää tuettuja iOS-laitteita etämaksujen tekemiseen valituissa myymälöissä tai ostosten tekemiseen ohjelmien tai verkkosivustojen kautta;
  •   käyttää Walletissa olevia bonus- ja lahjakortteja ("Apple Pay -yhteensopivat kortit" ja yhdessä tuettujen maksukorttien kanssa "Tuetut kortit") etämaksujen tekemiseen bonus- ja lahjakorteilla valituissa myymälöissä osana Apple Pay -ominaisuudella tehtyä etämaksua ja
  •   lähettää henkilöiden välisiä maksuja muille Apple Pay -käyttäjille.

iOS-ohjelmiston Apple Pay -ominaisuudet saattavat olla käytettävissä vain tietyillä alueilla ja tietyillä korteilla, rahoituslaitoksilla ja kauppiailla. Ominaisuudet saattavat vaihdella alueen, kortin antajan ja kauppiaan mukaan.

Jotta voit käyttää Apple Pay -ominaisuutta, sinulla on oltava Tuettu kortti. Tuetut kortit voivat muuttua aikaa myöten. Jotta voit lisäksi lähettää ja vastaanottaa henkilöiden välisiä maksuja, sinulla on oltava Apple Pay Cash -kortti.

Tuetut kortit ja henkilöiden väliset maksut liitetään Apple ID:hen, jolla olet kirjautunut iCloudiin näiden ominaisuuksien käyttämistä varten. Tuetut kortit ovat vain 13-vuotiaiden tai vanhempien henkilöiden käytettävissä ja voi määräytyä iCloudin tai liitettävän Tuetun kortin ikärajoitusten mukaan.
Apple Pay Cash -kortti ja mahdollisuus lähettää ja vastaanottaa henkilöiden välisiä maksuja ovat saatavilla vain vähintään 18-vuotiaille henkilöille.

Apple Pay on tarkoitettu henkilökohtaiseen käyttöösi ja voit lisätä siihen ainoastaan omia tuettuja korttejasi. Jos olet liittämässä tuettua yrityskorttia, vakuutat, että sinulla on työnantajasi lupa siihen ja että sinulla on oikeus sitouttaa työnantajasi näihin käyttöoikeuksiin ja kaikkiin tällä ominaisuudella

tehtyihin tilitapahtumiin. Jos lähetät tai vastaanotat henkilöiden välisiä maksuja, takaat, että teet sen omassa henkilökohtaisessa ja ei-kaupallisessa käytössä.

Vakuutat, että et käytä Apple Pay -ominaisuutta laittomuuksiin tai huijauksiin, tai mihin tahansa muuhun sellaiseen mikä on Lisenssissä ja näissä Lisäehdoissa kielletty. Lupaat lisäksi käyttää Apple Pay -ominaisuutta voimassa olevien lakien ja asetusten mukaisesti. Lupaat olla häiritsemättä tai keskeyttämättä Apple Pay -palvelua (mukaan lukien palvelun käyttäminen automaattisin keinoin) tai palveluun liittyviä palvelimia tai verkkoja tai olla rikkomatta palveluun liittyvien verkkojen käytäntöjä, vaatimuksia tai säännöksiä (mukaan lukien tietojen tai liikenteen luvaton käyttö tai seuranta).

## 2.    Applen suhde sinuun

Apple Pay -ominaisuuden avulla voit luoda virtuaalisen kuvan Tuetuista korteista tuetulle iOS-laitteelle. Apple ei kuitenkaan prosessoi maksutapahtumia eikä muita korttitapahtumia (kuten bonusten kertyminen ja lunastaminen) eikä vastaanota, säilytä tai siirrä varojasi. Apple ei myöskään millään tavoin hallitse tällä ominaisuudella tehtyjä maksuja, palautuksia, hyvityksiä, bonuksia, arvoa, alennuksia tai muita kaupallisia tapahtumia.

Voimassa olevat korttisopimuksesi kortin myöntäneen tahon kanssa ovat voimassa ja määrittelevät Tuetun kortin käytön Apple Pay -ominaisuuden kanssa. Samalla osallistumisesi johonkin kauppiaan bonus- tai lahjakorttiohjelmaan ja Apple Pay -yhteensopivien korttien käyttösi yhdessä Apple Pay -ominaisuuden kanssa on kyseisen kauppiaan ehtojen alaista.

Apple Pay Cash -kortti ja mahdollisuus lähettää ja vastaanottaa henkilöiden välisiä maksuja ovat käytettävissä ainoastaan Yhdysvalloissa, ja nämä palvelut tarjoaa Green Dot Bank, joka on FDIC:n jäsen. Kun otat nämä ominaisuudet käyttöön Apple Payssa, avaat tilin Green Dot Bank -pankkiin. Kun lähetät tai vastaanotat henkilöiden välisiä maksuja tai lataat tai nostat rahaa Apple Pay Cash -kortilta, Green Dot Bank on vastuussa rahan vastaanottamisesta ja lähettämisestä valitulle vastaanottajalle. Rahoituslaitos, joka on vastuussa Apple Pay Cash -kortin ja henkilöiden välisten maksujen tarjoamisesta Apple Payssa, voi muuttua, ja näiden ominaisuuksien käyttöäsi koskevat kyseisen rahoituslaitoksen käyttöehdot.

Lisenssissä tai lisäehdoissa ei ole mitään sellaista, mikä muuttaisi kortinhaltija-, käyttäjä- tai kauppiassopimuksen ehtoja, ja kaikki sellaiset sopimukset määräävät Tuetun kortin tai Apple Payssa tapahtuvan henkilöiden välisen maksuominaisuuden sekä niiden iOS-laitteella olevan virtuaalisen kuvan käytön. Hyväksyt, että Apple ei ole osallinen kortinhaltija- tai kauppiassopimuksessasi eikä Apple ole vastuussa: (a) minkään maksu-, bonus- tai lahjakortin sisällöstä, tarkkuudesta tai ei saatavilla olemisesta, kaupallisesta käytöstä, maksutapahtumista tai ostoista, kun Apple Pay -ominaisuutta käytetään; (b) luoton antamisesta tai luottokelpoisuuden selvittämisestä; (c) bonuksen tai arvon kertymisestä tai lunastamisesta kauppiaan ohjelmassa; (d) prepaid-korttien rahoittamisesta tai uudelleen lataamisesta; (e) henkilöiden välisten maksujen lähettämisestä tai vastaanottamisesta; eikä (f) rahan lataamisesta, lunastamisesta tai nostamisesta Apple Pay Cash -kortilta.

Kaikissa maksu-, bonus- tai lahjakorttiin tai maksutapahtumaan liittyvissä erimielisyyksissä tai kysymyksissä ota yhteyttä kortin myöntäneeseen tahoon tai kauppiaaseen. Jos sinulla on kysyttävää Apple Pay Cash -kortista tai henkilöiden välisistä maksuista, ota yhteys Applen tukeen.

## 3.    Yksityisyys

Täyden hyödyn saamiseksi Apple Pay vaatii joitakin tietoja iOS-laitteestasi. Lisäksi kun käytät Apple Pay Cash -korttia tai lähetät tai vastaanotat henkilöiden välisiä maksuja, maksutapahtumasta kerätään ja säilytetään lisätietoja tilisi ylläpitoa varten, huijauksien estämiseksi ja viranomaismääräysten vuoksi. Saat lisätietoja Apple Pay -ominaisuuden ja Apple Pay Cash -kortin käytön sekä Apple Payssa

tehtävien henkilöiden välisten maksujen yhteydessä kerätyistä, käytetyistä tai jaetuista tiedoista lukemalla Apple Paysta ja tietosuojasta (pääset tietoihin valitsemalla Wallet ja Apple Pay iOS-laitteessa tai pariksi asetetun iOS-laitteen Watch-apissa) tai vierailemalla osoitteessa https://www.apple.com/privacy. Käyttämällä näitä ominaisuuksia hyväksyt, että Apple, sen tytäryhtiöt ja edustajat välittävät, keräävät, ylläpitävät, käsittelevät ja käyttävät näitä tietoja Apple Pay -toiminnallisuuden tarjoamiseen.

### 4.    Turvallisuus; kadonneet tai käytöstä poistetut laitteet

Apple Pay tallentaa virtuaaliset kuvat Tuetuista korteistasi ja sen tulisi olla yhtä hyvin suojattu kuin käteisesi tai oikeat luotto-, pankki-, prepaid-, bonus- tai lahjakorttisi. Jos luovutat pääsykoodisi toiselle henkilölle tai annat toisen henkilön lisätä sormenjälkensä Touch ID:hen tai käyttää Face ID:tä, hänellä on mahdollisuus suorittaa maksuja, lähettää, pyytää tai vastaanottaa henkilöiden välisiä maksuja, nostaa rahaa Apple Pay Cash -kortilta tai ottaa vastaan tai hyödyntää bonuksia tai luottoa käyttäen Apple Payta laitteellasi. Olet yksin vastuussa laitteesi suojauksen ylläpidosta ja pääsykoodistasi. Hyväksyt, että Applella ei ole mitään vastuuta, jos kadotat laitteesi tai annat muiden käyttää sitä. Hyväksyt, että Applella ei ole mitään vastuuta, jos teet valtuuttamattomia muutoksia iOS:ään (kuten esim. "jailbreak").

Sinun on ehkä otettava käyttöön muita suojaustoimenpiteitä, kuten Apple ID:n kaksiosainen todentaminen, jotta voit käyttää tiettyjä Apple Payn ominaisuuksia, kuten Apple Pay Cash -korttia ja henkilöiden välisiä maksuja Apple Payssa. Jos poistat myöhemmin kyseiset suojausominaisuudet, et voi välttämättä jatkaa näiden Apple Payn ominaisuuksien käyttöä.

Jos laitteesi häviää tai varastetaan ja sinulla on Etsi iPhoneni käytössä, voit yrittää lopettaa mahdollisuuden maksaa laitteella olevalla virtuaalisella Tuetulla maksukortilla tai lähettää henkilöiden välisiä maksuja laittamalla laitteen Kadonnut-tilaan. Voit myös tyhjentää laitteesi sisällön, jolloin se yrittää lopettaa mahdollisuuden maksaa laitteella olevalla virtuaalisella Tuetulla maksukortilla tai lähettää henkilöiden välisiä maksuja ja poistaa Apple Pay -yhteensopivat kortit. Sinun tulisi myös ottaa yhteyttä Tuetut maksukortit myöntäneeseen tahoon, Apple Pay -yhteensopivat kortit myöntäneeseen kauppiaaseen ja Apple Pay Cash -kortin tapauksessa Appleen estääksesi Tuettujen korttien luvattoman käytön.

Jos raportoit tai jos Apple epäilee laittomuuksia tai väärinkäyttöä, sitoudut tekemään Applen kanssa yhteistyötä tutkimuksissa ja käyttämään kaikkia petoksenestämistoimenpiteitä, jotka Apple esittää.

### 5.    Vastuun rajoitus

LISENSSISSÄ OLEVIEN VASTUUNVAPAUTUKSIEN JA VASTUUN RAJOITUKSIEN LISÄKSI APPLE EI OTA MINKÄÄNLAISTA VASTUUTA APPLE PAY -OMINAISUUDELLA TEHDYISTÄ OSTOKSISTA, MAKSUISTA, TAPAHTUMISTA TAI MUISTA MAKSUTAPAHTUMISTA JA HYVÄKSYT, ETTÄ SELVITÄT KAIKKI TUETTUIHIN KORTTEIHISI, HENKILÖIDEN VÄLISIIN MAKSUIHIN JA NIIHIN LIITTYVIIN MAKSUTAPAHTUMIIN LIITTYVÄT KYSYMYKSET JA ERIMIELISYYDET KORTTISI MYÖNTÄJÄN, MAKSUNVÄLITTÄJÄN, RAHOITUSLAITOKSEN TAI KAUPPIAAN KANSSA.

— — — — — — — — — —
### APPLEN ILMOITUKSET
Jos Applen on otettava sinuun yhteyttä koskien tuotettasi tai tunnustasi, suostut vastaanottamaan ilmoituksia sähköpostitse. Hyväksyt, että tällaiset mahdollisesti lähettämäsi sähköiset ilmoitukset täyttävät kaikki laillisen viestinnän vaatimukset.

**NORSK**

**VIKTIG: VED Å BRUKE EN iPHONE, iPAD ELLER iPOD TOUCH («iOS-ENHET») SAMTYKKER DU I Å VÆRE BUNDET TIL FØLGENDE BETINGELSER FRA APPLE OG TREDJEPARTER.**

**A.    PROGRAMVARELISENSAVTALE FOR APPLE iOS**
**B.    TILLEGGSVILKÅR FOR APPLE PAY**
**C.    KOMMUNIKASJON FRA APPLE**

**APPLE INC.**
**iOS-PROGRAMVARELISENSAVTALE**
**Enbrukerlisens**

**LES DENNE PROGRAMVARELISENSAVTALEN (LISENSEN) NØYE FØR DU BEGYNNER Å BRUKE iOS-ENHETEN ELLER LASTER NED PROGRAMVAREOPPDATERINGEN SOM LEVERES SAMMEN MED DENNE LISENSEN. VED Å BRUKE iOS-ENHETEN ELLER LASTE NED EN PROGRAMVAREOPPDATERING AKSEPTERER DU SAMTIDIG Å VÆRE BUNDET AV BESTEMMELSENE I DENNE LISENSEN. HVIS DU IKKE ER ENIG I BESTEMMELSENE I DENNE LISENSEN, KAN DU IKKE BRUKE iOS-ENHETEN ELLER LASTE NED PROGRAMVAREOPPDATERINGEN.**

**HVIS DU NYLIG HAR KJØPT EN iOS-ENHET OG DU IKKE ER ENIG I BESTEMMELSENE I DENNE LISENSEN, KAN DU RETURNERE iOS-ENHETEN INNENFOR RETURPERIODEN TIL APPLE STORE-BUTIKKEN ELLER DEN AUTORISERTE DISTRIBUTØREN DU KJØPTE ENHETEN FRA. PRODUKTRETUR ER UNDERLAGT APPLES RETNINGSLINJER FOR PRODUKTRETUR, SOM DU KAN LESE PÅ https://www.apple.com/legal/sales_policies/.**

**1. Generelt.**
(a) All programvare (inkludert Boot ROM-kode, integrert programvare og tredjepartsprogramvare), dokumentasjon, grensesnitt, innhold, fonter og andre data som fulgte med iOS-enheten («original iOS-programvare»), som er av en slik type at det kan oppdateres eller erstattes av framtidige forbedringer, programvareoppdateringer eller systemgjenoppbyggingsprogramvare fra Apple («iOS-programvareoppdateringer»), uansett om materialet befinner seg i ROM, på et hvilket som helst annet medium, eller i en hvilken som helst annen form (den originale iOS-programvaren og iOS-programvareoppdateringer omtales samlet som «iOS-programvaren»), er lisensiert, ikke solgt, til deg av Apple Inc. («Apple») og må kun brukes i samsvar med vilkårene i denne avtalen, og Apple og Apples lisensgivere beholder eierskapet til iOS-programvaren og forbeholder seg alle rettigheter som ikke uttrykkelig overføres til deg. Du godtar at vilkårene i denne lisensen skal gjelde for alle Apple-merkede programmer som er innebygd i din iOS-enhet, med mindre et slikt program følges av en egen lisens, som da skal gjelde for din bruk av programmet.

(b) Apple kan etter eget valg gjøre framtidige iOS-oppdateringer tilgjengelig. Det er ikke sikkert at eventuelle iOS-programvareoppdateringer inneholder alle eksisterende programvarefunksjoner eller nye funksjoner som Apple lanserer for nyere eller andre iOS-enheter. Vilkårene i denne lisensen gjelder for eventuelle iOS-programvareoppdateringer fra Apple, med mindre en slik iOS-programvareoppdatering følges av en egen lisens. Hvis det er tilfellet, samtykker du til at vilkårene i den lisensen gjelder.

(c) Hvis du bruker ekspresskonfigureringsfunksjonen til å konfigurere en ny iOS-enhet basert på din eksisterende iOS-enhet, samtykker du til at vilkårene i denne lisensavtalen gjelder for bruken av iOS-programvare på den nye iOS-enheten, med mindre den følges av en egen lisens. Hvis det er tilfellet, samtykker du til at vilkårene i den lisensen gjelder.

**2. Tillatt bruk og restriksjoner.**

(a) I henhold til vilkårene og betingelsene i denne lisensen får du en begrenset, ikke-eksklusiv lisens til å bruke iOS-programvaren på én enkelt Apple-merket iOS-enhet. Bortsett fra slik det gis tillatelse til i del 2(b) nedenfor, og med mindre annet er angitt i en separat avtale mellom deg og Apple, tillater ikke lisensavtalen at iOS-programvaren eksisterer på flere enn én Apple-merket iOS-enhet om gangen, og det er ikke tillatt å distribuere iOS-programvaren eller gjøre iOS-programvaren tilgjengelig over et nettverk der den kan brukes av flere enheter samtidig. Denne lisensen gir deg ingen rett til å bruke grensesnitt og annen immateriell eiendom som Apple eier, i design, utvikling, framstilling, lisensiering eller distribusjon av enheter, tilbehør eller programvare for tredjeparter, for bruk sammen med iOS-enheter. Rett til bruk av enkelte elementer er tilgjengelig under separate lisenser fra Apple. Hvis du vil ha mer informasjon om utvikling av enheter og tilbehør for tredjeparter, for bruk sammen med iOS-enheter, kan du gå til https://developer.apple.com/programs/mfi/. Hvis du vil vite mer om utvikling av programvare for bruk sammen med iOS-enheter, kan du gå til https://developer.apple.com.

(b) I henhold til vilkårene og betingelsene i denne lisensen får du en begrenset, ikke-eksklusiv lisens til å laste ned iOS-programvareoppdateringer Apple kan gjøre tilgjengelig for iOS-enheten din, for å oppdatere eller gjenoppbygge programvaren på iOS-enheter du eier eller kontrollerer. Denne lisensen tillater ikke at du oppdaterer eller gjenoppbygger iOS-enheter du ikke bruker eller kontrollerer, og det er ikke tillatt å distribuere iOS-programvareoppdateringer eller gjøre iOS-programvareoppdateringer tilgjengelige over et nettverk der de kan brukes av flere slike enheter eller datamaskiner samtidig. Hvis du laster ned en iOS-programvareoppdatering til datamaskinen din, kan du kan lage én kopi av iOS-programvareoppdateringene som er arkivert på datamaskinen din, i et maskinlesbart format kun i sikkerhetskopieringsøyemed og kun hvis sikkerhetskopien inkluderer all copyrightinformasjon og annen opphavsrettinformasjon som er i originalen.

(c) I den grad Apple har forhåndsinstallert Apple-merkede programmer fra App Store på din iOS-enhet på kjøpstidspunktet («forhåndsinstallerte programmer»), må du logge på App Store og knytte de forhåndsinstallerte programmene til din App Store-konto for å bruke dem på iOS-enheten. Når du knytter ett forhåndsinstallert program til App Store-kontoen, blir alle andre forhåndsinstallerte programmer på iOS-enheten tilknyttet automatisk. Ved å velge å knytte forhåndsinstallerte programmer til App Store-kontoen godtar du at Apple kan overføre, innhente, vedlikeholde, behandle og bruke både Apple-ID-en som brukes til App Store-kontoen, og en unik maskinvareidentifikator som innhentes fra iOS-enheten, som unike kontoidentifikatorer med det formål å bekrefte hvorvidt forespørselen din er berettiget, og å gi deg tilgang til de forhåndsinstallerte programmene via App Store. Hvis du ikke ønsker å bruke et forhåndsinstallert program, kan du når som helst slette det fra iOS-enheten.

(d) Du kan ikke, og du går med på å ikke legge til rette for at andre skal kunne kopiere (bortsett fra slik det eksplisitt tillates i denne lisensen), dekompilere, dekode, dele opp, forsøke å avlede kildekoden fra, modifisere, dekryptere eller skape avlede åndsverk med utgangspunkt i iOS-programvaren eller tjenester som tilbys av iOS-programvaren, eller deler av disse (unntatt hvis og kun i den utstrekning forannevnte restriksjoner er forbudt ved lov eller det tillates i lisensvilkår som gjelder for bruk av åpen kildekode-komponenter som kan følge med iOS-programvaren).

(e)  iOS-programvaren kan brukes til å reprodusere materiale så lenge denne bruken begrenses til materiale som ikke er opphavsrettslig beskyttet, materiale du eier opphavsretten til, eller materiale du er autorisert eller har lovlig adgang til å reprodusere. Alle immaterielle rettigheter og juridiske eierskapsrettigheter i og til innhold som vises av, lagres på eller som det gis tilgang til via iOS-enheten, tilhører innholdets respektive eiere. Slikt innhold kan være beskyttet av lover om opphavsrettigheter og eierskap og kan i tillegg være underlagt bruksvilkår fra tredjeparter som gir tilgang til slikt innhold. Med unntak for der annet er angitt i dette dokumentet, gir denne lisensen deg ingen rettigheter til bruk av slikt innhold og ingen garantier for at slikt innhold skal fortsette å være tilgjengelig for deg.

(f) Du godtar å bruke iOS-programvaren og tjenestene (slik dette defineres i del 5 nedenfor) i samsvar med alle gjeldende lover, inkludert lokale lover i landet eller regionen du bor i eller befinner deg i når du laster ned eller bruker iOS-programvaren og -tjenester. Funksjoner i iOS-programvaren og -tjenestene er ikke alltid tilgjengelige på alle språk eller i alle områder, enkelte funksjoner kan variere etter område, og enkelte kan være forbudt eller ikke tilgjengelige fra tjenesteleverandøren. Enkelte funksjoner i iOS-programvare og -tjenester krever en Wi-Fi- eller mobildataforbindelse.

(g) Bruk av App Store krever at du bruker et unikt brukernavn og et passord, kjent som en Apple-ID. En Apple-ID kreves også for tilgang til programoppdateringer og noen av funksjonene i iOS-programvaren og -tjenestene.

(h) Du godkjenner at mange av funksjonene, de innebygde appene og tjenestene i iOS-programvaren overfører data, at det kan påvirke dataabonnementskostnadene dine, og at du er ansvarlig for slike kostnader. Du kan holde oversikt og kontroll over hvilke programmer som skal ha tillatelse til å bruke mobildata, og du kan se et anslag over hvor mye data slike programmer har brukt, i Mobildata-innstillingene. Du finner mer informasjon i brukerhåndboken for iOS-enheten.

(i) Hvis du velger å tillate automatisk oppdatering av programmer, vil iOS-enheten med jevne mellomrom søke etter oppdateringer for programmene på enheten, og hvis en oppdatering er tilgjengelig, blir den automatisk lastet ned og installert på enheten din. Du kan når som helst slå av automatisk oppdatering av programmer ved å gå til Innstillinger, trykke på iTunes og App Store og slå av Oppdateringer under Automatisk nedlasting.

(j) Bruk av iOS-enheten under visse omstendigheter kan distrahere deg og skape farlige situasjoner (du bør for eksempel unngå å skrive tekstmeldinger mens du kjører bil eller bruke hodetelefoner mens du sykler). Når du bruker iOS-enheten, godtar du at du skal følge bestemmelser som forbyr eller begrenser bruken av mobiltelefon eller hodetelefoner (for eksempel bestemmelsen om å bruke enheten håndfritt når du snakker i telefonen mens du kjører bil).

**3. Overføring.** Det er ikke tillatt å leie ut, lease, låne bort, selge, videreformidle eller underlisensiere iOS-programvaren. Det er imidlertid lov å overføre, én gang og på permanent basis, alle lisensrettigheter du har til iOS-programvaren, til en annen part ved overføring av eierskapet til iOS-enheten under forutsetning av at: (a) overføringen inkluderer iOS-enheten og alle deler av iOS-programvaren, inkludert denne lisensavtalen, og (b): at ingen kopier av iOS-programvaren beholdes, helt eller delvis, inkludert kopier som er lagret på en datamaskin eller annen lagringsenhet, og (c): parten som overtar iOS-programvaren leser og godtar betingelsene og vilkårene i denne lisensavtalen.

**4. Samtykke til bruk av data.** Når du bruker enheten, blir telefonnummeret ditt og bestemte unike identifikatorer for iOS-enheten sendt til Apple, slik at andre kan kontakte deg på telefonnummeret ditt via ulike kommunikasjonsfunksjoner i iOS-programvaren, som iMessage og FaceTime.  Når du bruker iMessage, kan det hende at Apple beholder meldingene i kryptert form i en begrenset periode for å sikre at de blir levert. Du kan slå av FaceTime- eller iMessage-tjenesten ved å gå til innstillingene for FaceTime eller Meldinger på iOS-enheten. Visse funksjoner, som Analyse, Stedstjenester, Siri og Diktering, kan kreve informasjon fra iOS-enheten for at de respektive funksjonene skal kunne benyttes. Når du slår på eller bruker disse funksjonene, vises det opplysninger om hva slags informasjon som blir sendt til Apple, og hvordan den blir brukt.  Du finner mer informasjon på https://www.apple.com/no/privacy/. Opplysningene dine blir behandlet i samsvar med Apples retningslinjer for personvern, som du kan lese på https://www.apple.com/legal/privacy/.

**5. Tjenester og materiale fra tredjeparter.**
(a) iOS-programvaren kan gi tilgang til Apples iTunes Store, App Store, iBooks Store, Game Center, iCloud, Kart og andre tjenester og nettsteder fra Apple og tredjeparter (samlet og individuelt kalt

«tjenester»). Det er mulig at slike tjenester ikke er tilgjengelig på alle språk eller i alle land. Bruk av disse tjenestene krever Internett-tilgang, og bruk av enkelte tjenester kan kreve en Apple-ID og at du godtar ytterligere tjenestevilkår, og det kan medføre ekstra kostnader. Når du bruker denne programvaren sammen med en Apple-ID eller annen Apple-tjeneste, samtykker du til de gjeldende tjenestevilkårene for den tjenesten, for eksempel de gjeldende vilkårene for Apple Media Services for landet du er i når du bruker tjenesten. Vilkårene er tilgjengelige og kan leses på https://www.apple.com/legal/internet-services/itunes/ww/.

(b) Hvis du registrerer deg for iCloud, kan du få tilgang til enkelte iCloud-funksjoner, for eksempel «iCloud-bildebibliotek», «Min bildestrøm», «iCloud-bildedeling», «Back Up» og «Finn iPhone», direkte fra iOS-programvaren. Du erkjenner og samtykker i at din bruk av iCloud og disse funksjonene er underlagt de gjeldende vilkårene og betingelsene for iCloud-tjenesten, som er tilgjengelig her: https://www.apple.com/legal/internet-services/icloud/ww/.

(c) Innhold i News-appen. Din bruk av innhold du har tilgang til i News-appen, er begrenset til personlig, ikke-kommersiell bruk og gir deg ingen rettighet til innholdet, og du har heller ingen kommersiell rettighet eller markedsføringsrettighet tilknyttet slikt innhold.  Du skal heller ikke overføre, republisere eller reprodusere bilder du får tilgang til gjennom News-appen, på nytt som en separat fil.

(d) Kart. Kart-tjenesten og -funksjonene i iOS-programvaren («Kart»), herunder kartdatadekning, kan variere etter område. Ved bruk av de stedsbaserte funksjonene i Kart, for eksempel navigering, trafikk og lokale søk, kan ulik stedsbasert og bruksrelatert informasjon bli sendt til Apple, inkludert den geografiske sanntidsplasseringen til iOS-enheten, for utføring av forespørsler og forbedring av Kart-funksjonen. Apple innhenter denne informasjonen i en form som ikke kan identifisere deg. **Når du bruker Kart, samtykker du i og godtar at Apple og Apples datterselskaper og samarbeidspartnere overfører, innhenter, vedlikeholder, behandler og bruker denne informasjonen for å kunne tilby og forbedre Kart-funksjonene og -tjenesten og andre produkter og tjenester fra Apple.**  Apple kan også gi slike opplysninger, enten i form av samlet informasjon eller informasjon som ikke kan spores tilbake til deg som person, til sine partnere og lisensinnehavere for å bidra til å forbedre deres kart- og stedsbaserte produkter og tjenester. Du kan deaktivere den stedsbaserte funksjonaliteten til Kart ved å gå til innstillingen for stedstjenester på iOS-enheten og slå av stedsinnstillingen for Kart. Enkelte Kart-funksjoner, som for eksempel navigeringsfunksjonen, vil ikke lenger være tilgjengelige hvis du deaktiverer stedstjenester.

(e) iBooks, Podkaster. Hvis du velger å bruke synkroniseringsfunksjonen i appene iBooks og Podkaster til å synkronisere informasjon om bokmerker, notater, samlinger og podkastabonnementer på alle iOS-enhetene og datamaskinene dine, godtar du at informasjonen blir sendt til Apple og arkivert i tilknytning til Apple-ID-en du bruker for iBooks Store eller iTunes Store, for å synkronisere informasjonen på andre enheter og datamaskiner som har tillatelse til å få tilgang til innhold via Apple-ID-en. Du kan når som helst slå av synkronisering ved å gå til Innstillinger og endre synkroniseringsalternativene for appene iBooks og Podkaster.

(f) Du er innforstått med at du ved å bruke hvilken som helst av tjenestene, kan komme over innhold som kan anses som støtende, uanstendig eller upassende, og med språkbruk som kan oppfattes som utilslørt og direkte, og at søk eller innskriving av en bestemt URL automatisk og utilsiktet kan opprette koblinger eller referanser til støtende materiale. Likevel godtar du at din bruk av tjenestene fullt ut er på din egen risiko og at Apple og Apples samarbeidspartnere, representanter, agenturgivere eller lisensgivere ikke har noe ansvar overfor deg for innhold som kan anses anstøtelig, uanstendig eller upassende.

(g) Enkelte tjenester kan vise, omfatte eller gjøre tilgjengelig data, informasjon, programmer eller materiale fra tredjeparter («materiale fra tredjeparter») eller koblinger til nettsteder fra enkelte tredjeparter.

Du er innforstått med, og sier deg enig i, at Apple ikke er ansvarlig for å undersøke eller vurdere innhold, nøyaktighet, fullstendighet, gyldighet, validitet, overholdelse av opphavsrett, lovlighet, anstendighet eller kvalitet eller noe annet aspekt av slikt materiale fra tredjeparter eller slike nettsteder. Apple, dets ledere, samarbeidspartnere og datterselskaper vil ikke innestå for eller støtte og vil ikke påta seg eller ha noe som helst ansvar overfor deg eller andre for noen tredjeparters tjenester, materiale fra tredjeparter eller nettsteder, eller for noen andre materialer, produkter eller tjenester fra tredjeparter. Materiale fra tredjeparter og koblinger til andre nettsteder gis kun i tjenesteøyemed.

(h) Verken Apple eller noen av Apples innholdsleverandører garanterer for tilgjengeligheten, nøyaktigheten, fullstendigheten, påliteligheten eller aktualiteten av informasjon om aksjer, stedsinformasjon eller annen informasjon som kan vises av tjenester. Økonomisk informasjon som vises av tjenester, er kun for generelle informasjonsformål, og bør ikke brukes som investeringsråd. Før du utfører investeringer basert på informasjon du har fått via tjenestene, bør du konsultere en økonomisk rådgiver som er juridisk kvalifisert til å gi råd om økonomi og verdipapirer i landet eller området du bor i. Stedsinformasjon du får tilgang til via en hvilken som helst tjeneste, inkludert Kart-tjenesten fra Apple, tilbys kun for enkel navigering og planlegging og er ikke ment å brukes i situasjoner der nøyaktig stedsinformasjon er påkrevd eller der feilaktig, unøyaktig, forsinket eller ufullstendig stedsinformasjon kan føre til død eller skade på person, eiendom eller miljøet. Du samtykker i at informasjon du får fra Kart-tjenesten, kan avvike fra faktiske vei- eller terrengforhold grunnet faktorer som kan påvirke presisjonen i Kart-dataene, blant annet, men ikke begrenset til, værforhold, vei- og trafikkforhold og geopolitiske hendelser. Ivareta din egen sikkerhet når du bruker navigeringsfunksjonen ved å alltid være oppmerksom på veiskilt og kjøreforhold. Kjør til enhver tid defensivt og i henhold til trafikkreglene, og vær oppmerksom på at veianvisninger for gående ikke alltid inkluderer fortau eller gangveier.

(i) I den grad du bruker tjenestene til å laste opp innhold, bekrefter du at du eier alle rettigheter til, eller har tillatelse til eller på annen måte har lovlig tilgang til å laste opp, slikt innhold og at slikt innhold ikke bryter noen av tjenestevilkårene som gjelder for tjenestene. Du godtar at tjenestene inneholder proprietært innhold, informasjon og materiale som eies av Apple, nettstedeieren eller deres lisensgivere, og er beskyttet av gjeldende regelverk for immaterielle rettigheter og andre lover, inkludert, men ikke begrenset til lover om opphavsrett. Du samtykker til at du ikke vil bruke slikt proprietært innhold eller slikt materiale utover de tillate anvendelser av tjenestene eller på noen som helst måte som ikke er i samsvar med vilkårene i denne lisensavtalen eller som krenker en tredjeparts eller Apples immaterielle rettigheter. Ingen deler av tjenestene skal kopieres eller reproduseres i noen som helst form eller på noen som helst måte. Du forplikter deg til ikke å endre, leie ut, låne bort, selge, distribuere eller skape avledede verker basert på tjenestene på noen som helst måte, og til ikke å utnytte tjenestene på noen som helst uautorisert måte, inkludert, men ikke begrenset til å bruke tjenestene til å overføre datavirus, ormer, trojanske hester eller annen skadelig programvare, eller ved eiesiendomskrenkelse eller overbelastning av nettverkskapasitet. Du sier deg videre enig i å ikke bruke tjenestene til på noen måte å sjikanere, fornærme, forfølge, true, injuriere eller på andre måte krenke rettighetene til en annen part, og at Apple ikke på noen måte er ansvarlig om du skulle bruke tjenestene slik eller hvis du skulle motta sjikanerende, truende, injurierende, krenkende eller ulovlige meldinger eller overføringer som en følge av bruk av tjenestene.

(j) Tjenester og materiale fra tredjeparter som fås tilgang til, kan kobles til eller vises på iOS-enheten, er ikke tilgjengelig på alle språk eller i alle land eller regioner. Apple gir ingen garantier for at slike tjenester og slikt materiale fra tredjeparter er passende eller tilgjengelig for bruk på et bestemt sted. I den grad du velger å bruke eller få tilgang til slike tjenester og slikt materiale, gjør du det på ditt eget initiativ og er selv ansvarlig for å følge gjeldende lover, inkludert, men ikke begrenset til, gjeldende lokale lover eller lover om personvern og innhenting av data. Deling eller synkronisering av bilder via iOS-enheten kan føre til at metadata, herunder dybdeinformasjon og data om hvor og når bildet ble tatt, overføres med bildene. Bruk av Apple-tjenester (for eksempel iCloud-bildebibliotek) til å dele eller synkronisere slike bilder innebærer at Apple vil motta og lagre slik metadata. Apple og Apples lisensgivere forbeholder seg

retten til å endre, oppheve, fjerne eller deaktivere tilgang til en hvilken som helst tjeneste når som helst og uten varsel. Under ingen omstendigheter vil Apple være ansvarlig for følgene av å ha fjernet eller deaktivert tilgang til en slik tjeneste. Apple kan også innføre begrensninger på bruk av eller tilgang til enkelte tjenester, i begge tilfellene uten varsel eller ansvar.

**6. Opphør.** Denne avtalen gjelder til den opphører. Dine rettigheter under denne lisensavtalen vil også opphøre automatisk eller på andre måter slutte å gjelde, uten varsel fra Apple hvis du bryter noen som helst av vilkårene i denne avtalen. Når denne avtalen opphører, skal du slutte å bruke iOS-programvaren. Punkt 4, 5, 6, 7, 8, 9, 12 og 13 i denne lisensen gjelder selv om avtalen opphører.

**7. Garantifraskrivelse.**
7.1    Hvis du er en forbrukerkunde (en kunde som ikke bruker iOS-programvaren i jobbsammenheng), er det mulig at du har juridiske rettigheter i landet ditt som medfører at følgende begrensninger ikke gjelder for deg, og der dette er tilfelle, gjelder ikke disse begrensningene for deg. Hvis du vil ha mer informasjon om rettighetene dine, tar du kontakt med en rådgivningsorganisasjon for forbrukere.

7.2    DU ERKJENNER OG SAMTYKKER UTTRYKKELIG I AT, I DEN GRAD DET TILLATES AV GJELDENDE LOV, BRUKEN AV iOS-PROGRAMVAREN OG EVENTUELLE TJENESTER SOM UTFØRES AV BRUKES VIA iOS-PROGRAMVAREN, FULLT OG HELT SKJER PÅ DIN EGEN RISIKO, OG AT HELE RISIKOEN MED HENSYN TIL TILFREDSSTILLENDE KVALITET, YTELSE, NØYAKTIGHET OG PRESTASJON LIGGER HOS DEG.

7.3    iOS-PROGRAMVAREN OG -TJENESTER LEVERES SOM DET ER, MED ALLE EVENTUELLE FEIL OG UTEN GARANTI AV NOE SLAG, OG APPLE OG APPLES LISENSGIVERE (I AVSNITT 7 OG 8 BETEGNES DISSE PARTER SAMLET SOM «APPLE») FRASKRIVER SEG MED DETTE UTTRYKKELIG ETHVERT GARANTIANSVAR FOR iOS-PROGRAMVAREN OG TJENESTENE, INKLUDERT, MEN IKKE BEGRENSET TIL, UNDERFORSTÅTTE GARANTIER FOR SALGBARHET, TILFREDSSTILLENDE KVALITET, ANVENDELIGHET FOR ET SPESIELT FORMÅL SAMT GARANTIER FOR AT TREDJEPARTS RETTIGHETER IKKE KRENKES.

7.4    APPLE GARANTERER IKKE iOS-PROGRAMVAREN OG TJENESTENE VIL TILFREDSSTILLE DINE FORHÅPNINGER, AT FUNKSJONENE I ELLER TJENESTER SOM UTFØRES AV ELLER GIS AV iOS-PROGRAMVAREN, VIL TILFREDSSTILLE DINE KRAV, AT iOS-PROGRAMVAREN OG TJENESTENE VIL VIRKE UTEN AVBRUDD ELLER FEILFRITT, AT TJENESTER VIL FORTSETTE Å VÆRE TILGJENGELIG, AT FEIL I iOS-PROGRAMVAREN ELLER TJENESTENE VIL BLI UTBEDRET ELLER AT iOS-PROGRAMVAREN VIL VÆRE KOMPATIBEL MED PROGRAMVARE OG TJENESTER FRA TREDJEPARTER. INSTALLERING AV DENNE IOS-PROGRAMVAREN KAN PÅVIRKE TILGJENGELIGHETEN OG MULIGHETEN TIL Å BRUKE PROGRAMVARE, PROGRAMMER ELLER TJENESTER FRA TREDJEPARTSLEVERANDØRER OG APPLE-PRODUKTER ELLER APPLE-TJENESTER.

7.5    I TILLEGG VEDGÅR DU AT iOS-PROGRAMVAREN OG TJENESTENE IKKE ER BEREGNET TIL ELLER KAN BRUKES I SITUASJONER ELLER OMGIVELSER HVOR DET AT iOS-PROGRAMVAREN ELLER TJENESTENE SLUTTER Å FUNGERE ELLER DET ER FEIL, FORSINKELSER ELLER UNØYAKTIGHETER I INNHOLDET, DATA ELLER INFORMASJONEN SOM OPPGIS AV iOS-PROGRAMVAREN ELLER TJENESTENE, KAN FØRE DØD, SKADE PÅ PERSON, ALVORLIGE FYSISKE SKADER ELLER MILJØØDELEGGELSER, INKLUDERT MED IKKE BEGRENSET TIL DRIFT AV KJERNEKRAFTVERK, FLYNAVIGERINGSSYSTEMER, LUFTFARTSKOMMUNIKASJONSSYSTEMER, LUFTFARTSTRAFIKKSTYRINGSSYSTEMER, MEDISINSK UTSTYR OG VÅPENSYSTEMER.

7.6    INGEN MUNTLIG ELLER SKRIFTLIG INFORMASJON ELLER RÅD SOM GIS AV APPLE ELLER AV EN APPLE-AUTORISERT REPRESENTANT, SKAL SKAPE NOEN GARANTIFORPLIKTELSER. SKULLE

DET VISE SEG Å VÆRE FEIL VED iOS-PROGRAMVAREN ELLER TJENESTENE, MÅ DU (OG IKKE APPLE ELLER EN AV APPLE AUTORISERT REPRESENTANT) PÅTA DEG ALLE KOSTNADER I FORBINDELSE MED ALL NØDVENDIG SERVICE, REPARASJON ELLER KORREKSJON. ENKELTE STEDER TILLATER IKKE LOVGIVNINGEN GARANTIFRASKRIVELSE AV GARANTIER I MEDHOLD AV LOV ELLER BEGRENSNINGER I RETTIGHETER FOR FORBRUKERE, OG DET ER MULIG AT OVENSTÅENDE BEGRENSNING IKKE GJELDER DEG.

**8. Ansvarsbegrensning.** I DEN GRAD DET IKKE BEGRENSES AV GJELDENDE LOVGIVNING, ER APPLE OG APPLES SAMARBEIDSPARTNERE, REPRESENTANTER OG AGENTURGIVERE IKKE UNDER NOEN OMSTENDIGHET ANSVARLIG FOR SPESIELLE, DIREKTE, INDIREKTE ELLER AVLEDEDE TAP OG SKADER, INKLUDERT, UTEN BEGRENSNING, SKADER SOM FØLGER AV TAP AV PROFITT, SKADE PÅ ELLER TAP AV DATA, MANGLENDE OVERFØRING ELLER MOTTAK AV DATA (INKLUDERT OG UTEN BEGRENSNING KURSINSTRUKSJONER, OPPGAVER OG MATERIELL), AVBRUDD I ARBEID ELLER ANDRE KOMMERSIELLE SKADER ELLER TAP SOM FØLGER AV ELLER ER RELATERT TIL DIN BRUK AV ELLER MANGLENDE EVNE TIL Å BRUKE iOS-PROGRAMVAREN OG TJENESTENE ELLER PROGRAMVARE FRA TREDJEPARTER SOM BRUKES SAMMEN MED iOS-PROGRAMVAREN ELLER -TJENESTER, UAVHENGIG AV ANSVARSGRUNNLAG, SELV OM APPLE ER BLITT INFORMERT OM MULIGHETENE FOR SLIK SKADE. I ENKELTE JURISDIKSJONER TILLATER IKKE LOVGIVNINGEN BEGRENSNINGER ELLER ANSVARSFRAVIKELSE FOR PERSONLIG SKADE ELLER TILFELDIGE ELLER INDIREKTE SKADER OG DET ER MULIG AT OVENSTÅENDE BEGRENSNING IKKE GJELDER DEG. Ikke i noe tilfelle skal Apples totale ansvar overfor deg for skade, tap og erstatning (enten ansvaret gjøres gjeldende etter kontrakt eller utenfor kontrakt (herunder uaktsomhet) eller på annen måte) overstige 250 US dollar (US $250). Foregående begrensninger skal gjelde selv om ovenstående opprettelse ikke virker etter hensikten.

**9. Digitale sertifikater.** iOS-programvaren har funksjoner som tillater at den kan godta digitale sertifikater som enten kommer fra Apple eller fra en tredje part. DU ER ENE OG ALENE ANSVARLIG FOR OM DU VIL STOLE PÅ ET SERTIFIKAT SOM ER UTSTEDT AV APPLE ELLER EN TREDJEPART. BRUKEN AV DIGITALE SERTIFIKATER FOREGÅR PÅ EGEN RISIKO. APPLE GIR, TIL DET MAKSIMALE SOM TILLATES AV GJELDENDE LOVGIVNING, INGEN UTTRYKTE ELLER INDIREKTE GARANTIER ELLER FREMSTILLINGER FOR SALGBARHET ELLER EGNETHET FOR NOE SPESIELT FORMÅL, KORREKTHET, SIKKERHET ELLER KRENKELSE AV EN TREDJEPARTS RETTIGHETER MED HENSYN TIL DIGITALE SERTIFIKATER.

**10. Eksportkontroll.** Du må ikke bruke, eksportere eller videreeksportere iOS-programvaren, unntatt i overensstemmelse med gjeldende eksportlovgivning i USA og gjeldende lovgivning i det land iOS-programvaren ble anskaffet. I særdeleshet, men uten begrensning, er det ikke tillatt å eksportere eller videreeksportere iOS-programvaren til a) land som er omfattet av USAs embargo, eller b) personer som er oppført på US Treasury Departments liste over «Specially Designated Nationals» eller US Department of Commerces liste «Denied Person's List« eller «Entity List» eller noen annen liste over forbudte parter. Ved å ta i bruk iOS-programvaren bekrefter du at du ikke er i et av disse landene eller står oppført på noen av de nevnte lister. Du bekrefter også at du ikke skal bruke iOS-programvaren til formål som ikke er tillatt under USAs lovgivning, inkludert, uten begrensning, utvikling, utforming, tilvirkning eller produksjon av atomvåpen, raketter eller kjemiske eller biologiske våpen.

**11. US Government-sluttbrukere.** iOS-programvaren og tilhørende dokumentasjon er definert som «Commercial items» slik det er definert i 48 C.F.R. § 2.101, og består av «Commercial Computer Software» og «Commercial Computer Software Documentation» slik begrepene brukes i 48 C.F.R. §12.212 eller 48 C.F.R. § 227.7202 avhengig av hva som gjelder. I samsvar med 48 C.F.R. §12.212 eller 48 C.F.R. § 227.7202-1 til og med 48 C.F.R. § 227.7202-4, avhengig av hva som gjelder, blir Commercial Computer Software (programvaren) og Commercial Computer Software Documentation (dokumentasjonen) lisensiert til US Government-sluttbrukere a) kun som Commercial Items og b) kun

med de rettigheter som gjelder for alle andre sluttbrukere som er beskrevet her. Upubliserte rettigheter forbeholdes under lovgivningen om opphavsrettigheter for USA.

**12. Gjeldende lovgivning og tilsidesettelse av bestemmelser.** Denne lisensen skal være underlagt og være i samsvar med lovene i staten California, unntatt de deler av loven som vedrører lovkonflikter. Denne lisensen skal uttrykkelig ikke være underlagt de Forente Nasjoners konvensjon om kontrakter for salg av varer internasjonalt. Hvis du er en forbruker som er bosatt i Den Storbritannia, er denne lisensen underlagt lovgivningen i landet du bor i. Dersom en domstol, med kompetanse til dette, finner at noen av bestemmelsene i denne lisensavtale helt eller delvis ikke kan gjøres gjeldende, skal den gjenværende del av lisensavtalen fortsatt gjelde fullt ut.

**13. Fullstendig avtale, gjeldende språk.** Denne lisensavtalen inneholder alt som er avtalt mellom deg og Apple med hensyn til bruk av iOS-programvaren og erstatter samtlige tidligere skriftlige eller muntlige avtaler og enhver annen kommunikasjon mellom partene vedrørende alt som omfattes av avtalen. Ingen tillegg eller endringer i denne lisensavtalen er bindende, med mindre de er skriftlige og undertegnet av Apple. Enhver oversettelse av denne avtalen er tilpasset lokale forhold og ved en eventuell uoverensstemmelse mellom den engelske og oversatte versjonen skal den engelske versjonen gjelde, i den grad det ikke begrenses av gjeldende lovgivning i landet du bor i.

**14. Anerkjennelse av tredjeparter.** Deler av iOS-programvaren benytter eller inkluderer programvare fra tredjeparter og annet opphavsrettslig beskyttet materiale. Anerkjennelser, lisensbetingelser og garantifraskrivelser for slikt materiale er inkludert i den elektroniske dokumentasjonen for iOS-programvaren, og bruken av slikt materiale er underlagt de respektive betingelsene. Bruk av Google Safe Browsing-tjenesten er underlagt Googles tjenestevilkår (https://www.google.com/intl/no/policies/terms/) og Googles retningslinjer for personvern (https://www.google.com/intl/no/policies/privacy/).

**15. Bruk av MPEG-4, merknad om H.264/AVC.**
(a) iOS-programvaren er lisensiert under MPEG-4 Systems Patent Portfolio License for koding i samsvar med MPEG-4 Systems Standard, med unntak av at det er nødvendig med en tilleggslisens og betaling av royalties for koding i forbindelse med (i) data som lagres eller replikeres på fysiske medier som det betales for per tittel, og/eller (ii) data som det betales for per tittel, og som overføres til en sluttbruker for permanent lagring og/eller bruk. En slik tilleggslisens kan fås fra MPEG LA, LLC. Du finner mer informasjon på http://www.mpegla.com.

(b) iOS-programvaren inneholder funksjonalitet for koding og/eller dekoding av MPEG-4-video. iOS-programvaren er lisensiert under MPEG-4 Visual Patent Portfolio License for personlig og ikke-kommersiell bruk av en forbruker til (i) koding av video i overenssmemelse med MPEG-4 Visual Standard («MPEG-4-video») og/eller (ii) dekoding av MPEG-4-video som har blitt kodet av en forbruker som driver en privat og ikke-kommersiell aktivitet, og/eller som har blitt framskaffet fra en videoleverandør som har lisens fra MPEG LA til å levere MPEG-4-video. Ingen lisens gis eller kan forstås som tillatelse til annen bruk. Ytterligere informasjon, også om bruk og lisenser for bruk i markedsføringssammenheng, kommersiell og intern bruk, kan fås fra MPEG LA, LLC. Se http://www.mpegla.com.

(c) iOS-programvaren inneholder funksjonalitet for AVC-koding og/eller AVC-dekoding, kommersiell bruk krever ekstra lisensiering og følgende gjelder: AVC-FUNKSJONALITETEN I iOS-PROGRAMVAREN KAN KUN ANVENDES AV FORBRUKERE OG KUN FOR PERSONLIG OG IKKE-KOMMERSIELL BRUK TIL (i) KODING AV VIDEO I OVERENSSTEMMELSE MED AVC-STANDARDEN («AVC-VIDEO») OG/ELLER (ii) DEKODING AV AVC-VIDEO SOM ER KODET AV EN FORBRUKER TIL PERSONLIG OG IKKE-KOMMERSIELL BRUK OG/ELLER DEKODING AV AVC-VIDEO FRA EN VIDEOLEVERANDØR SOM HAR LISENS TIL Å TILBY AVC-VIDEO. INFORMASJON OM ANNEN BRUK OG LISENSIERING KAN INNHENTES FRA MPEG LA L.L.C. SE http://www.mpegla.com.

**16. Begrensninger for Yahoo-søketjenesten.** Yahoo-søketjenesten som er tilgjengelig via Safari, er kun lisensiert for bruk i følgende land og regioner: Argentina, Aruba, Australia, Bahamas, Barbados, Belgia, Bermuda, Brasil, Bulgaria, Canada, Caymanøyene, Chile, Colombia, Danmark, Den dominikanske republikk, Ecuador, El Salvador, Filippinene, Finland, Frankrike, Grenada, Guatemala, Hellas, Hongkong, India, Indonesia, Irland, Island, Italia, Jamaica, Japan, Kina, Kypros, Latvia, Litauen, Luxembourg, Malaysia, Malta, Mexico, Nederland, New Zealand, Nicaragua, Norge, Panama, Peru, Polen, Portugal, Puerto Rico, Romania, Singapore, Slovakia, Slovenia, Spania, St. Lucia, Storbritannia, St. Vincent, Sveits, Sverige, Sør-Korea, Taiwan, Thailand, Trinidad og Tobago, Tsjekkia, Tyrkia, Tyskland, Ungarn, Uruguay, USA, Venezuela og Østerrike.

**17. Merknad om Microsoft Exchange.** E-postinnstillingen for Microsoft Exchange i iOS-programvaren er kun lisensiert for synkronisering av informasjon, for eksempel e-post, kontakter, kalendere og oppgaver, via trådløst nettverk mellom iOS og Microsoft Exchange Server eller annen tjenerprogramvare som er lisensiert av Microsoft for å implementere Microsoft Exchange ActiveSync-protokollen.

EA1520
22.09.2017


————————————
**Tilleggsvilkår for Apple Pay**

Disse Tilleggsvilkårene for Apple Pay («Tilleggsvilkår») gjelder i tillegg til Lisensavtalen for iOS-programvare («Lisensen»), og både Lisensvilkårene og disse Tilleggsvilkårene gjelder for din bruk av funksjonen Apple Pay, som skal regnes som en «Tjeneste» i tilknytning til lisensen. Ord skrevet med store bokstaver i disse Tilleggsvilkårene, skal tolkes etter definisjonene som er fastsatt i Lisensen.

**1. Oversikt og begrensninger for bruk**

Apple Pay gjør det mulig å:

- agre virtuelle versjoner av kredittkort, debetkort og kontantkort, også kredittkort, bankkort og kontantkort utstedt av butikker, og Apple Pay Cash-kortet, som støttes av Apple Pay-funksjonen («Betalingskort som støttes»), og bruke iOS-enheter som støttes, til å utføre trådløse betalinger på utvalgte steder, i apper eller på nettsteder;
- bruke lojalitets- og gavekort som lagres i Wallet («Apple Pay-aktiverte kort», og sammen med Betalingskort som støttes, «Kort som støttes»), for å utføre kontaktløse transaksjoner med lojalitets- og gavekort i utvalgte butikker i tilknytning til en kontaktløs betaling med Apple Pay, og;
- sende person-til-person-betalinger til andre Apple Pay-brukere.

Apple Pay-funksjonene i iOS-programvaren er bare tilgjengelige i utvalgte områder, med utvalgte kortutstedere, finansinstitusjoner og hos utvalgte forhandlere. Funksjonene kan variere avhengig av sted, utsteder og forhandler.

Hvis du skal bruke Apple Pay, må du ha et Kort som støttes. Utvalget av Kort som støttes, kan variere fra tid til annen. I tillegg, hvis du vil sende og motta person-til-person-betalinger, må du ha et Apple Pay Cash-kort.

Betalingskort som støttes, og person-til-person-betalinger knyttes til Apple-ID-en du har logget på iCloud med for å bruke disse funksjonene. Kort som støttes, er kun tilgjengelige for personer som er 13 år eller eldre, og ytterligere aldersbegrensninger kan gjelde for bruk av iCloud eller Kortet som støttes. Apple Pay Cash-kortet og muligheten til å sende og motta person-til-person-betalinger er kun

tilgjengelig for personer over 18 år.

Apple Pay er for personlig bruk, og du kan bare aktivere dine egne Kort som støttes. Hvis du aktiverer et firmakort som støttes, bekrefter du at du gjør det med godkjenning fra arbeidsgiveren din, og at du har tillatelse til å binde arbeidsgiveren til disse vilkårene og alle transaksjoner som utføres ved bruk av funksjonen. Hvis du sender eller mottar en person-til-person-betaling, bekrefter du at du gjør dette for egen personlig, ikke-kommersiell bruk.

Du samtykker i at du ikke skal bruke Apple Pay til ulovlige eller straffbare formål eller andre formål som er i strid med lisensen og tilleggsvilkårene. Videre samtykker du i å bruke Apple Pay i samsvar med gjeldende lover og forskrifter. Du samtykker i at du ikke skal gripe inn i eller skape forstyrrelser for tjenesten Apple Pay (herunder ved automatisk tilgang til tjenesten) eller tjenere eller nettverk tilknyttet tjenesten eller retningslinjer, bestemmelser eller forskrifter for nettverk tilknyttet tjenesten (herunder uautorisert tilgang til, bruk eller overvåkning av data eller trafikk på slike).

## 2. Forholdet mellom deg og Apple

Apple Pay gjør det mulig å lage virtuelle versjoner av dine Kort som støttes, på den støttede iOS-enheten. Apple behandler imidlertid ikke betalinger eller andre transaksjoner med kort som ikke er betalingskort (som bruk eller opptjening av bonus), og verken mottar, oppbevarer eller overfører midlene dine, eller har noen kontroll over betalinger, tilbakebetalinger, refusjoner, bonuser, verdier, rabatter eller annen kommersiell bruk tilknyttet din bruk av funksjonen.

Vilkårene i kortavtalene du har med kortutstederen, vil fortsatt gjelde for din bruk av Kort som støttes, og for bruk av disse i tilknytning til Apple Pay. Likeledes vil din deltakelse i forhandleres lojalitets- eller gavekortprogrammer og din bruk av Apple Pay-aktiverte kort i tilknytning til Apple Pay være underlagt forhandlerens vilkår.

Apple Pay Cash-kortet og muligheten til å sende og motta person-til-person-betalinger er kun tilgjengelig i USA, og er tjenester som leveres av Green Dot Bank, medlem av FDIC. Når du aktiverer disse funksjonene i Apple Pay, åpner du en konto i Green Dot Bank, og når du sender eller mottar en person-til-person-betaling eller fyller på eller tar ut penger fra Apple Pay Cash-kortet, er Green Dot Bank ansvarlig for å motta og sende pengene til rette mottaker. Finansinstitusjonen som er ansvarlig for å tilby Apple Pay Cash-kortet og person-til-person-betalinger i Apple Pay, kan bli endret, og din bruk av slike tjenester er underlagt deres vilkår og betingelser.

Ingen del av lisensen eller tilleggsvilkårene endrer vilkårene i avtaler du har med kortutstedere, brukere eller forhandlere, og vilkårene gjelder for din bruk av Kortet som støttes, eller person-til-person-betalingsfunksjonen i Apple Pay og deres virtuelle versjon på iOS-enheten. Du godtar at Apple ikke er part i dine avtaler med kortutstedere eller forhandlere, og at Apple heller ikke er ansvarlig for: (a) innholdet, nøyaktigheten eller utilgjengeligheten til betalingskort, kommersielle aktiviteter, transaksjoner eller kjøp ved bruk av Apple Pay-funksjonaliteten; (b) utstedelsen av kreditt eller vurdering av kredittverdighet; (c) opptjening eller bruk av lojalitets- eller bonuspoeng i forhandlerprogrammer; (d) finansiering eller påfylling av kontantkort; (e) sending eller mottak av person-til-person-betalinger; eller (f) påfylling, innløsing eller uttak av penger fra Apple Pay Cash-kortet.

Kontakt utsteder eller gjeldende forhandler vedrørende alle tvister eller spørsmål om betalingskort, lojalitetskort, gavekort eller tilknyttet kommersiell bruk. Spørsmål vedrørende Apple Pay Cash-kortet eller person-til-person-betalinger kan rettes til Apples kundestøtte.

## 3. Personvern

Apple Pay trenger bestemt informasjon fra iOS-enheten din for at du skal få tilgang til all funksjonalitet. I tillegg, når du bruker Apple Pay Cash-kortet eller sender eller mottar person-til-person-betalinger, samles og oppbevares ytterligere informasjon om dine transaksjoner for å betjene kontoen din samt for svindelforebyggende og juridiske formål. Hvis du vil ha mer informasjon om data som samles inn, brukes eller deles når du benytter Apple Pay, Apple Pay Cash-kortet eller person-til-person-betalinger med Apple Pay, kan du lese Om Apple Pay og personvern (som du finner ved å gå til Wallet og Apple Pay på iOS-enheten din, i Apple Watch-appen på en sammenkoblet iOS-enhet) eller gå til https://www.apple.com/no/privacy. Når du bruker disse funksjonene, samtykker du i og tillater du at Apple og Apples datterselskaper og agenter overfører, innhenter, vedlikeholder, behandler og bruker all forannevnte informasjon for å kunne tilby Apple Pay-funksjonaliteten.

**4. Sikkerhet, enheter som er mistet eller deaktivert**

Apple Pay lagrer en virtuell versjon av Kort som støttes, og bør beskyttes på samme måte som du beskytter fysiske kredittkort, debetkort, kontantkort, lojalitetskort eller gavekort. Hvis du oppgir koden til enheten til en tredjepart eller tillater at en tredjepart legger til sitt fingeravtrykk for bruk med Touch ID eller aktiverer Face ID, kan vedkommende utføre betalinger, sende, be om eller motta person-til-person-betalinger, ta ut penger fra Apple Pay Cash-kortet eller motta eller bruke bonus eller kreditt ved hjelp av Apple Pay på din enhet. Du alene er ansvarlig for å beskytte enheten og koden. Du samtykker i at Apple ikke er ansvarlig hvis du mister eller deler tilgangen til enheten. Du samtykker i at Apple ikke er ansvarlig hvis du foretar uautoriserte endringer av iOS (for eksempel via «jailbreak»).

Det er mulig du må aktivere ytterligere sikkerhetstiltak, for eksempel tofaktorautentisering for Apple-ID-en, for å få tilgang til enkelte Apple Pay-funksjoner, inkludert Apple Pay Cash-kortet og person-til-person-betalinger med Apple Pay. Hvis du senere fjerner disse sikkerhetsfunksjonene, er det mulig du ikke fortsatt får tilgang til enkelte Apple Pay-funksjoner.

Dersom du mister enheten eller den blir stjålet, og du har aktivert Finn iPhone, kan du bruke Finn iPhone til å sette enheten i Mistet-modus for å prøve å hindre at de virtuelle, Støttede betalingskortene eller sending av person-til-person-betalinger på den enheten blir brukt. Du kan også slette enheten for å prøve å hindre bruk av de virtuelle, Støttede betalingskortene eller sending av person-til-person-betalinger på enheten og prøve å fjerne Apple Pay-aktiverte kort. Du bør også kontakte utstederen av Betalingskortene som støttes, forhandleren som har utstedt de Apple Pay-aktiverte kortene og Apple, hvis du har et Apple Pay Cash-kort, for å hindre at uvedkommende får tilgang til virtuelle Kort som støttes.

Hvis du rapporterer om eller Apple mistenker straffbare handlinger eller misbruk, godtar du at du skal samarbeide med Apple i etterforskningen og iverksette de tiltakene vi fastsetter for å forhindre svindel.

**5. Ansvarsbegrensning**

I TILLEGG TIL GARANTIFRASKRIVELSENE OG ANSVARSBEGRENSNINGENE SOM ER FASTSATT I LISENSEN, FRASKRIVER APPLE SEG ETHVERT ANSVAR FOR KJØP, BETALINGER, TRANSAKSJONER OG ANNEN KOMMERSIELL BRUK I TILKNYTNING TIL APPLE PAY-FUNKSJONEN, OG DU GODTAR AT DU KUN SKAL BRUKE AVTALER DU HAR MED KORTUTSTEDEREN, BETALINGSNETTVERK, FINANSINSTITUSJONER ELLER FORHANDLER FOR Å LØSE EVENTUELLE SPØRSMÅL ELLER TVISTER I FORBINDELSE MED STØTTEDE BETALINGSKORT, PERSON TIL PERSON-BETALINGER OG TILKNYTTET KOMMERSIELL BRUK.

————————————
**KOMMUNIKASJON FRA APPLE**
Hvis Apple trenger å kontakte deg om produktet ditt eller kontoen din, samtykker du i at Apple kan

sende slik kommunikasjon via e-post. Du samtykker i at kommunikasjon vi sender deg elektronisk, tilfredsstiller eventuelle rettslige krav.

**POLSKI**

**WAŻNE: KORZYSTANIE PRZEZ UŻYTKOWNIKA Z iPHONE'A, iPADA LUB iPODA TOUCH (URZĄDZENIA iOS) JEST JEDNOZNACZNE Z ZAAKCEPTOWANIEM WARUNKÓW I POSTANOWIEŃ:**

**A.     UMOWA LICENCYJNA NA OPROGRAMOWANIE APPLE iOS**
**B.     DODATKOWE WARUNKI KORZYSTANIA Z APPLE PAY**
**C.     UWAGI OD APPLE**

**APPLE INC.**
**UMOWA LICENCYJNA NA OPROGRAMOWANIE iOS**
**Licencja dla jednego użytkownika**

**PRZED UŻYCIEM URZĄDZENIA iOS LUB POBRANIEM UAKTUALNIENIA OPROGRAMOWANIA TOWARZYSZĄCEGO TEJ LICENCJI NALEŻY DOKŁADNIE PRZECZYTAĆ NINIEJSZĄ UMOWĘ (ZWANĄ DALEJ LICENCJĄ). KORZYSTANIE PRZEZ UŻYTKOWNIKA ZE SWOJEGO URZĄDZENIA iOS LUB POBIERANIE UAKTUALNIEŃ OPROGRAMOWANIA JEST JEDNOZNACZNE Z ZAAKCEPTOWANIEM WARUNKÓW I OGRANICZEŃ WYNIKAJĄCYCH Z TEJ LICENCJI. JEŻELI UŻYTKOWNIK NIE ZGADZA SIĘ Z POSTANOWIENIAMI NINIEJSZEJ LICENCJI, NIE POWINIEN UŻYWAĆ TEGO URZĄDZENIA iOS, ANI POBIERAĆ TEGO UAKTUALNIENIA OPROGRAMOWANIA.**

**JEŻELI UŻYTKOWNIK, KTÓRY NABYŁ URZĄDZENIE Z SYSTEMEM iOS, NIE ZGADZA SIĘ Z WARUNKAMI NINIEJSZEJ LICENCJI, MOŻE ZWRÓCIĆ TO URZĄDZENIE W CIĄGU USTALONEGO OKRESU DO AUTORYZOWANEGO DYSTRYBUTORA, U KTÓREGO ZOSTAŁO ZAKUPIONE W CELU ZWROTU PIENIĘDZY ZGODNIE Z ZASADAMI REFUNDOWANIA APPLE, Z KTÓRYMI MOŻNA SIĘ ZAPOZNAĆ POD ADRESEM https://www.apple.com/legal/ sales_policies/.**

**1. Postanowienia ogólne.**
(a) Na oprogramowanie (w tym kod Boot ROM, wbudowane oprogramowanie oraz oprogramowanie firm trzecich ), interfejsy, zawartość, czcionki, dokumentację i inne dane dołączone do Urządzenia iOS („Oryginalne oprogramowanie iOS"), które może być uaktualnione lub zastąpione przez uaktualnienie oprogramowania lub odtworzenie oprogramowania Apple („Uaktualnienia oprogramowania iOS"), w pamięci tylko do odczytu, na dowolnym nośniku lub w dowolnej innej formie (Oryginalne oprogramowanie iOS oraz Uaktualnienia oprogramowania iOS zwane dalej ogólnie „Oprogramowaniem iOS") firma Apple Inc. (zwana dalej „Apple") udziela licencji wyłącznie na warunkach określonych w niniejszej Licencji. Apple oraz licencjodawcy Apple zachowują wszelkie prawa do Oprogramowania iOS, które nie zostały w niniejszym dokumencie wprost przekazane Użytkownikowi. Użytkownik przyznaje, że warunki niniejszej Licencji będą miały zastosowanie do wszystkich aplikacji firmy Apple wbudowanych w urządzeniu iOS, o ile do takiej aplikacji nie będzie dołączona odrębna licencja. W takim przypadku Użytkownik akceptuje, że mają zastosowanie warunki licencji dołączonej do tej aplikacji.

(b) Apple, według własnego uznania, może udostępniać w przyszłości Uaktualnienia Oprogramowania iOS.Uaktualnienia Oprogramowania iOS, jeśli takie będą, mogą nie zawierać wszystkich bieżących lub nowych funkcji oprogramowania, które Apple udostępnia z nowymi lub innymi modelami Urządzeń iOS. Warunki niniejszej Licencji mają zastosowanie do wszystkich Uaktualnień oprogramowania iOS dostarczanych przez Apple, o ile do takiego Uaktualnienia nie jest dołączona oddzielna licencja. W takim przypadku obowiązują warunki i ograniczenia wynikające z nowej licencji.

(c) Jeśli Użytkownik korzysta z opcji szybkiego konfigurowania nowego urządzenia iOS przy użyciu

swojego dotychczasowego urządzenia iOS, wówczas akceptuje, że warunki tej Licencji będą regulowały korzystanie z Oprogramowania iOS na nowym urządzeniu iOS Użytkownika, chyba że będzie do niego dołączona oddzielna licencja, w którym to przypadku Użytkownik zgadza się, że warunki tej licencji będą regulowały korzystanie z tego Oprogramowania iOS.

**2. Dozwolone sposoby wykorzystania licencji i jej ograniczenia.**
(a) Zgodnie z warunkami i postanowieniami zawartymi w niniejszej Licencji, Użytkownik otrzymuje ograniczone i niewyłączne prawo do korzystania z Oprogramowania iOS na pojedynczym Urządzeniu iOS firmy Apple. Poza warunkami wymienionymi w punkcie 2(b) poniżej, oraz jeśli nie zostało to ustalone w odrębnej umowie pomiędzy Użytkownikiem oraz Apple, niniejsza Licencja nie zezwala na to, aby Oprogramowanie iOS było zainstalowane w tym samym czasie na więcej niż jednym Urządzeniu iOS firmy Apple, a także nie zezwala na dystrybuowanie lub udostępnianie Oprogramowania iOS przez sieć, dzięki czemu mogłoby być używane przez kilka urządzeń w tym samym czasie. Niniejsza Licencja nie przyznaje Użytkownikowi żadnych praw do używania zastrzeżonych interfejsów Apple i do innej własności intelektualnej zawartej w projektach, tworzonych aplikacjach, produkcji, licencjonowaniu lub dystrybucji urządzeń i akcesoriów stron trzecich lub aplikacjach firm trzecich do używania z Urządzeniami iOS. Niektóre z tych praw są dostępne w oddzielnych licencjach od Apple. Więcej informacji na temat projektowania i produkowania urządzeń oraz akcesoriów firm trzecich dla Urządzeń iOS można uzyskać pod adresem https://developer.apple.com/programs/mfi/. Informacje na temat tworzenia aplikacjach dla Urządzeń iOS można uzyskać pod adresem https://developer.apple.com.

(b) Zgodnie z warunkami i postanowieniami zawartymi w niniejszej Licencji, Użytkownik otrzymuje ograniczone i niewyłączne prawo do pobrania Uaktualnień Oprogramowania iOS, które mogą być udostępniane przez Apple dla posiadanego przez Użytkownika modelu Urządzenia iOS, w celu uaktualnienia lub odtworzenia oprogramowania na każdym posiadanym lub kontrolowanym przez Użytkownika Urządzeniu iOS. Niniejsza Licencja nie zezwala na uaktualnianie lub odtwarzanie oprogramowania Urządzenia iOS, które nie są własnością lub pod kontrolą Użytkownika oraz na udostępnianie Uaktualnienia Oprogramowania iOS przez sieć, dzięki czemu mogłoby być używane przez kilka urządzeń lub komputerów w tym samym czasie. Jeśli Użytkownik pobrał Uaktualnienie Oprogramowania iOS na swój komputer, może utworzyć jedną kopię Uaktualnienia Oprogramowania iOS w formie czytelnej dla komputera wyłącznie w celu archiwizacji, pod warunkiem, że kopia archiwalna będzie zawierać wszystkie informacje o prawach autorskich i innych prawach własności, jakie były zawarte w oryginale.

(c) Ze względu na to, że w momencie zakupu Urządzenia iOS były na nim zainstalowane przez Apple aplikacje Apple (Zainstalowane aplikacje Apple), Użytkownik powinien zalogować się w App Store i powiązać te Zainstalowane aplikacje Apple ze swoim kontem w App Store w celu korzystania z tego oprogramowania na swoim Urządzeniu iOS. Po takim powiązaniu Zainstalowanej aplikacji Apple ze swoim kontem w App Store, inne  aplikacje Apple pochodzące z App Store, jeśli były wcześniej zainstalowane na urządzeniu iOS Użytkownika, zostaną automatycznie powiązane z tym kontem. Decydując się na powiązane Zainstalowanej aplikacji Apple ze swoim kontem w App Store, Użytkownik zgadza się, że Apple może przesyłać, gromadzić, utrzymywać, przetwarzać oraz wykorzystywać zarówno Apple ID Użytkownika wykorzystywane na koncie w App Store oraz identyfikator sprzętowy pobrany z urządzenia iOS Użytkownika, jako niepowtarzalny identyfikator konta w celu zweryfikowania prawa żądania i zapewnienia Użytkownikowi dostępu do Zainstalowanej aplikacji Apple przez App Store. Jeśli Użytkownik nie chce korzystać z Zainstalowanej aplikacji Apple, może je w dowolnym momencie usunąć ze swojego urządzenia iOS.

(d) Użytkownik nie może i przyznaje, że samemu nie będzie ani też nie będzie umożliwiał innym kopiowania (poza określonymi w tej Licencji wyjątkami) dekompilowania, stosowania odwrotnej inżynierii, deasemblowania, tworzenia prac pochodnych z kodu źródłowego, deszyfrowania, modyfikowania lub tworzenia prac pochodnych z Oprogramowania iOS lub wszelkich usług

udostępnianych przez Oprogramowanie iOS ani żadnej jego części składowej (poza określonymi wyjątkami i tylko w zakresie ograniczeń dopuszczalnych przez odpowiednie prawo lub warunki licencji dotyczące używania składników Wolnego oprogramowania, które mogą być zawarte w Oprogramowaniu iOS).

(e) Oprogramowanie iOS może być używane do reprodukowania materiałów pod warunkiem, że to reprodukowanie jest ograniczone do materiałów, które nie są chronione prawami autorskimi, materiałów, do których prawa autorskie posiada ich właściciel lub materiałów, do których Użytkownik posiada zezwolenie do legalnego reprodukowania. Tytuł i prawo własności intelektualnej do dowolnych treści wyświetlanych lub udostępnianych przez urządzenie iOS należy do odpowiednich właściciela tych treści. Treść taka może być chroniona prawem autorskim lub innymi przepisami prawa dotyczącymi własności intelektualnej oraz może podlegać postanowieniom i warunkom strony trzeciej, będącej dostarczycielem takiej treści. Z wyjątkiem przypadków określonych w niniejszym dokumencie, ta Licencja nie przyznaje żadnych praw do używania tej treści oraz nie gwarantuje, że ta treść będzie nadal dostępna.

(f) Użytkownik wyraża zgodę na korzystanie z Oprogramowania iOS i Usług (zdefiniowanych w punkcie 5 poniżej) zgodnie z obowiązującym prawem, w tym także prawem lokalnym kraju lub regionu, w którym się znajduje, w którym pobiera, lub w którym używa Usług i Oprogramowania iOS. Funkcje Oprogramowania iOS i Usług mogą być niedostępne we wszystkich językach lub regionach, niektóre funkcje mogą zależeć od regionu, a jeszcze inne mogą być ograniczone lub nie być udostępniane przez dostawcę usług. Niektóre funkcje oprogramowania oraz usług w iOS wymagają połączenia z siecią Wi-Fi lub dostępności transmisji danych w sieci komórkowej.

(g) Korzystanie z App Store wymaga podania unikatowej kombinacji nazwy użytkownika i hasła zwaną Apple ID. Apple ID jest też wymagany do dostępu do uaktualnień aplikacji oraz niektórych funkcji Oprogramowania iOS i Usług.

(h) Użytkownik akceptuje, że wiele funkcji, aplikacje wbudowane i Usługi Oprogramowania iOS przesyła dane, co może mieć wpływ na wysokość opłat dotyczących transmisji danych, a obowiązek ponoszenia opłat z tego tytułu ponosi Użytkownik. Użytkownik może przeglądać oraz kontrolować, które aplikacje mogą wykorzystywać dane sieci komórkowej. Może także sprawdzać w ustawieniach transmisji danych komórkowych szacunkową ilość transmisji danych wykorzystaną przez te aplikacje. Więcej informacji można znaleźć w Podręczniku użytkownika Urządzenia iOS.

(i) Jeśli Użytkownik zezwoli na automatyczne uaktualnianie aplikacji, jego Urządzenie iOS będzie w ustalonych odstępach czasu sprawdzać w Apple uaktualnienia dla aplikacji na urządzeniu Użytkownika i o ile takie uaktualnienie będzie dostępne, pobierze je automatycznie i zainstaluje na urządzeniu Użytkownika. Użytkownik może całkowicie wyłączyć automatyczne uaktualnianie aplikacji w dowolnym czasie otwierając Ustawienia, stukając w iTunes Store i App Store i wyłączając Uaktualnienia pod POBIERANIE AUTOMATYCZNE.

(j) Korzystanie z Urządzenia IOS może w pewnych okolicznościach rozpraszać Użytkownika oraz powodować niebezpieczne sytuacje (na przykład, podczas prowadzenia pojazdu należy unikać wysyłania SMS-ów, lub podczas jazdy na rowerze nie należy używać słuchawek). Użytkownik zgadza się, że w czasie korzystania z Urządzenia iOS będzie odpowiedzialny za przestrzegania przepisów, które zakazują lub ograniczają korzystanie z telefonów komórkowych (na przykład wymóg stosowania zestawów głośnomówiących pozwalających wykonywać połączenia w czasie jazdy).

**3. Przeniesienie praw.**Użytkownik nie ma prawa do wypożyczania, dzierżawienia, pożyczania, sprzedawania, redystrybucji, ani do udzielania licencji na Uaktualnienie Oprogramowania iOS. Może natomiast dokonać jednorazowego przeniesienia wszystkich praw licencyjnych do Oprogramowania iOS na rzecz innego podmiotu wraz z przeniesieniem prawa własności urządzenia iOS, pod następującymi

warunkami: (a) przeniesienie musi zawierać Urządzenie iOS wraz z całym Oprogramowaniem iOS, w tym wszystkie jego składowe oraz niniejszą Licencję; (b) użytkownik nie pozostawi żadnej kopii Oprogramowania iOS, pełnej lub częściowej, w tym kopii przechowywanej na komputerze lub innym nośniku; oraz (c) podmiot otrzymujący Oprogramowanie iOS przeczyta i zaakceptuje warunki niniejszej Licencji.

**4. Zgoda na używanie danych.** W trakcie korzystania przez Użytkownika ze swojego urządzenia, jego numer telefonu oraz pewne unikatowe identyfikatory Urządzenia iOS Użytkownika są wysyłane do Apple w celu umożliwienia innym nawiązania kontaktu za pomocą numeru telefonu Użytkownika oraz za pomocą innych funkcji komunikacyjnych Oprogramowania iOS, takich jak iMessage oraz FaceTime. Podczas korzystania z iMessage, Apple może przechowywać wiadomości Użytkownika w postaci zaszyfrowanej przez ograniczony okres czasu w celu zapewnienia ich realizacji. Podobnie, funkcję FaceTime lub iMessage można wyłączyć, przechodząc do ustawień FaceTime lub Wiadomości na urządzeniu iOS Użytkownika. Niektóre funkcje, takie jak Analizy, Usługi lokalizacji, Siri i Dyktowanie mogą wymagać danych z urządzenia iOS Użytkownika w celu zapewnienia działania odpowiednich funkcji. Gdy Użytkownik włączy lub zacznie korzystać z tych funkcji, przedstawione zostaną szczegółowe informacje, jakie dane są wysyłane do Apple oraz jak mogą być wykorzystywane.  Więcej można się dowiedzieć, odwiedzając stronę https://www.apple.com/privacy/. Dane Użytkownika są zawsze traktowane zgodnie z polityką ochrony prywatności klientów firmy Apple, z którą można się zapoznać pod adresem https://www.apple.com/legal/privacy/.

**5. Usługi i materiały innych firm.**
(a) Oprogramowanie iOS może umożliwiać dostęp do iTunes Store, App Store, iBooks Store, Game Center, iCloud, Map oraz innych usług firmy Apple oraz firm trzecich, a także witryn internetowych (łącznie i oddzielnie: „Usług"). Usługi te mogą nie być dostępne we wszystkich językach lub we wszystkich krajach. Korzystanie z tych Usług wymaga połączenia z Internetem. Dostęp i korzystanie z niektórych Usług może wymagać własnego Apple ID, może wymagać zaakceptowania dodatkowych warunków, a także może podlegać dodatkowym opłatom. Korzystanie z tego oprogramowania w połączeniu z Apple ID lub inną Usługą Apple przez Użytkownika jest jednoznaczne z zaakceptowaniem stosownych warunków świadczenia tych Usług, takich jak najnowsze warunki sprzedaży i korzystania z Apple Media Services (Apple Media Services Terms and Conditions) dla kraju, w którym uzyskuje dostęp do tych usług. Z tymi warunkami można zapoznać się na stronie internetowej https://www.apple.com/legal/internet-services/itunes/ww/.

(b) W przypadku zarejestrowania się w iCloud, niektóre funkcje iCloud, takie jak „Biblioteka zdjęć iCloud", „Mój strumień zdjęć", „Udostępnianie zdjęć w iCloud", „Kopie zapasowe" i „Znajdź mój iPhone" mogą być dostępne bezpośrednio z Oprogramowania iOS.  Użytkownik przyjmuje do wiadomości i wyraża zgodę, że korzystanie z usługi iCloud oraz tych funkcji podlega warunkom korzystania z usługi iCloud, dostępnym pod adresem https://www.apple.com/legal/internet-services/icloud/ww/.

(c) Treści aplikacji News. Korzystanie przez Użytkownika z treści dostępnych w aplikacji News jest ograniczone wyłącznie do osobistego,  niekomercyjnego użytku, nie powoduje przeniesienia korzyści wynikających z praw własności do tych treści na Użytkownika, i wyraźnie wyklucza, bez ograniczeń, prawo do komercyjnego lub promocyjnego wykorzystania praw takich treści.  Ponadto zabrania się publikowania, retransmisji oraz reprodukcji wszelkich zdjęć dostępnych w aplikacji News, jako samodzielnych plików.

(d) Mapy. Usługi i funkcje map Oprogramowania iOS Software („Mapy"), w tym zakres danych mapy, mogą różnić się w zależności od regionu. Korzystając z wykorzystującej dane lokalizacji funkcji Mapy, np. nawigacja krok-po-kroku, sprawdzanie ruchu samochodowego, wyszukiwanie lokalne, różne informacje wykorzystujące lokalizację oraz dane użytkowe mogą być wysłane do Apple, w tym położenie geograficzne urządzenia iOS Użytkownika w czasie rzeczywistym, w celu przetworzenia jego zapytania

oraz ulepszenia funkcji Mapy. Powyższe dane lokalizacji oraz dane użytkowe są gromadzone przez Apple w postaci, która nie pozwala zidentyfikować Użytkownika. **Korzystanie z funkcji Mapy oznacza wyrażenie przez Użytkownika zgody na przesyłanie, gromadzenie, przechowywanie, przetwarzanie i używanie tych informacji przez Apple, firmy zależne oraz przedstawicieli, w celu dostarczania oraz ulepszania funkcji i usług Mapy, a także innych produktów i usług Apple.** Apple może dostarczać takie informacje w postaci albo zagregowanej albo w formie, która nie pozwala na identyfikację osoby, swoim partnerom oraz licencjobiorcom w celu udoskonalania produktów i usług wykorzystujących lokalizację. Użytkownik może wyłączyć funkcję wykorzystującą lokalizację, Mapy, przechodząc do ustawień usług lokalizacji na Urządzeniu iOS i wyłączając przełącznik Mapy. Niektóre funkcje usługi Mapy mogą być niedostępne, np. nawigacja krok-po-kroku, jeśli Użytkownik wyłączy Usługi lokalizacji.

(e) iBooks; Podcasty. W przypadku używania funkcji synchronizacji dostępnej w aplikacjach iBooks i Podcasty, do synchronizowania danych dotyczących zakładek, notatek, kolekcji i subskrypcji podcastów w Urządzeniach iOS i komputerach Użytkownika, Użytkownik przyjmuje do wiadomości, że te dane zostaną przesłane do Apple i będą przechowywane wraz z jego Apple ID w celu wykorzystania przez iBooks Store lub iTunes Store do synchronizowania tych danych na innych urządzeniach i komputerach uprawnionych do dostępu do zawartości na podstawie tego Apple ID. Użytkownik może wyłączyć synchronizację w dowolnym czasie otwierając Ustawienia i zmieniając opcje synchronizacji dla aplikacji iBooks i Podcasty, odpowiednio.

(f) Użytkownik przyjmuje do wiadomości, że podczas używania jakiejkolwiek Usługi może napotkać zawartość, która może być uznana przez niego za obraźliwą, niestosowną lub niepożądaną, a jej język za niedwuznaczny, oraz że wyniki szukania lub wprowadzenia określonego adresu URL mogą automatycznie i nieumyślnie wygenerować odwołania lub referencje do niewłaściwych materiałów. Pomimo to, Użytkownik zgadza się korzystać z Usługi na swoje wyłączne ryzyko, a firma Apple, filie Apple, przedstawicielstwa, zleceniodawcy lub licencjodawcy nie będą ponosić żadnej odpowiedzialności przed Użytkownikiem za zawartość, która może być obraźliwa, niestosowna lub niepożądana.

(g) Pewne Usługi mogą wyświetlać, zawierać lub udostępniać treści, dane, informacje, aplikacje lub materiały firm trzecich („Materiały firm trzecich") lub udostępniać połączenia do pewnych witryn firm trzecich. Korzystając z tych Usług, użytkownik potwierdza i zgadza się, że Apple nie odpowiada za sprawdzenie i ocenę zawartości lub dokładności, kompletności, aktualności, ważności, zgodności z prawami autorskimi, zgodności z prawem powszechnym, przyzwoitości, jakości lub wszelkich innych aspektów Materiałów firm trzecich. Apple, zatrudnieni przez Apple urzędnicy, strony współpracujące oraz filie nie gwarantują, ani nie popierają, ani nie zakładają ponoszenia jakichkolwiek zobowiązań lub odpowiedzialności za Usługi, Materiały lub witryny firm trzecich, ani też za inne materiały, produkty lub usługi firm trzecich. Materiały lub połączenia do witryn WWW firm trzecich są dostarczane wyłącznie z uwagi na wygodę użytkownika.

(h) Zarówno Apple, ani też jakikolwiek dostawca treści nie gwarantują dostępności, dokładności, kompletności, rzetelności i aktualności informacji giełdowych, danych lokalizacji lub innych danych, wyświetlanych przez Usługi. Informacje finansowe prezentowane przez jakąkolwiek Usługę są przeznaczone wyłącznie do ogólnych celów informacyjnych i nie mogą być w żaden sposób traktowane jako rada dla inwestorów. Przed wykonaniem jakiejkolwiek transakcji w oparciu o informacje uzyskane poprzez Usługi, Użytkownik powinien skonsultować się z doradcą finansowym, który jest prawnie upoważniony do udzielania rad dotyczących finansów i obrotu papierami wartościowymi w danym kraju lub regionie. Dane o lokalizacji dostarczone przez dowolne Usługi, w tym usługi Mapy Apple, są przeznaczone jedynie do celów podstawowej nawigacji i tylko celów planowania, i nie można na nich polegać w sytuacji, gdy są potrzebne dokładne informacje o lokalizacji lub w przypadku, gdy błędne, niedokładne lub niepełne dane o położeniu mogą doprowadzić do śmierci lub urazu osoby albo uszkodzenia nieruchomości lub środowiska. Użytkownik akceptuje, że wyniki jakie uzyska z usługi Mapy,

mogą się różnić od rzeczywistych warunków drogowych lub terenowych z przyczyn, które mogą oddziaływać na dokładność danych usługi Mapy, w tym, ale nie tylko, pogodowych, warunków drogowych lub wydarzeń geopolitycznych. Ze względu na bezpieczeństwo, podczas korzystania z nawigacji, należy zawsze zwracać uwagę na znaki drogowe oraz bieżące warunki drogowe. Należy postępować zgodnie z zasadami bezpiecznego kierowania pojazdem oraz przepisami o ruchu drogowym, a także zwracać uwagę na kierunki marszu, które nie muszą pokrywać się z chodnikami oraz ścieżkami dla pieszych.

(i) W związku z tym, że korzystając z tych usług Użytkownik może umieszczać dowolne materiały, Użytkownik oświadcza, że posiada wszelkie prawa lub posiada zgodę lub w inny sposób ma prawną zgodę do umieszczania tych materiałów, oraz że te materiały nie naruszają w żaden sposób warunków korzystania z usług oraz postanowień stosownych do tych Usług. Użytkownik przyjmuje do wiadomości, że Usługi zawierają prawnie chronioną zawartość, informacje i materiały należące do firmy Apple, właścicieli witryny lub jej licencjobiorców, chronione między innymi przez odpowiednie prawa dotyczące własności intelektualnej, w tym także przez prawo autorskie. Użytkownik zgadza się, że nie będzie wykorzystywał tych zastrzeżonych treści, danych lub materiałów w jakikolwiek inny sposób oprócz tego, który jest dozwolony przez Usługi lub w inny sposób, który jest niezgodny z warunkami i ograniczeniami tej Licencji, lub naruszający prawa własności intelektualnej firm trzecich lub Apple. Żadna część Usług nie może być reprodukowana w jakiejkolwiek formie ani w jakikolwiek sposób. Użytkownik wyraża zgodę na to, że nie będzie modyfikował, wypożyczał, wynajmował, dzierżawił, sprzedawał ani rozpowszechniał Usług w jakikolwiek sposób, nie będzie również wykonywał dzieł zależnych w stosunku do Usług, ani nie będzie wykorzystywał Usług w jakikolwiek nieautoryzowany sposób, włączając w to m.in. przesyłanie za ich pośrednictwem wirusów, robaków, koni trojańskich lub innego złośliwego oprogramowania oraz naruszanie lub obciążanie sieci. Użytkownik zgadza się nie korzystać z Usług w żaden sposób powodujący niepokojenie, znieważanie, śledzenie, grożenie, zniesławianie lub w inny sposób naruszanie lub łamanie praw innych użytkowników lub stron. Firma Apple nie będzie w żaden sposób odpowiedzialna za wszelkie takie działania użytkownika, ani z tytułu niepokojenia, grożenia, oszczerstw, obraźliwych lub nielegalnych wiadomości lub przekazów, jakie użytkownik może otrzymać w wyniku korzystania z Usług.

(j) Dodatkowo, usługi oraz materiały innych firm, które mogą być dostępne z Urządzenia iOS poprzez te usługi, do której mogą się one odwoływać, lub mogą być wyświetlane na ekranie Urządzenia iOS, nie są dostępne we wszystkich językach lub regionach. Apple nie gwarantuje, że te Usługi oraz Materiały firm trzecich są odpowiednie lub dostępne dla użytkowników do użycia w danym miejscu. W zakresie wybranym przez Użytkownika możliwości użycia lub dostępu do takich usług oraz materiałów firm trzecich, Użytkownik robi to ze swojej własnej inicjatywy i odpowiada za to zgodnie z odpowiednimi przepisami prawnymi, w tym, ale nie tylko, z prawem lokalnym oraz praw o ochronie prywatności i gromadzeniu danych. Udostępnianie lub synchronizowanie zdjęć przez Urządzenie iOS Użytkownika może spowodować przesłanie wraz ze zdjęciami metadanych, w tym danych o tym gdzie i kiedy zdjęcie zostało zrobione oraz głębia ostrości zdjęcia. Korzystanie z usług Apple (takich jak Biblioteka zdjęć iCloud) do udostępniania lub synchronizowania takich zdjęć będzie angażowało firmę Apple w proces odbierania i przechowywania takich metadanych. Apple i jego licencjodawcy rezerwują sobie prawo do zmiany, zawieszenia, usunięcia lub wyłączenia dostępu do usług w dowolnym momencie bez powiadomienia. W żadnym wypadku Apple nie będzie odpowiedzialna za usunięcie lub wyłączenie dostępu do jakichkolwiek usług. Apple może też wprowadzić ograniczenia w korzystaniu lub w dostępie do niektórych usług, w dowolnym momencie bez powiadomienia i bez ponoszenia odpowiedzialności.

**6. Wygaśnięcie licencji.** Niniejsza Licencja obowiązuje do czasu jej wygaśnięcia. Prawa Użytkownika automatycznie wygasają lub przestają obowiązywać bez osobnego powiadomienia ze strony Apple, jeżeli Użytkownik nie zastosuje się do dowolnego punktu niniejszej Licencji. Po wygaśnięciu niniejszej Licencji użytkownik powinien całkowicie zaprzestać używania Oprogramowania iOS.  Wygaśnięcie to nie dotyczy punktów 4, 5, 6, 7, 8, 9, 12 i 13.

**7. Ograniczenia rękojmi.**

7.1    Jeśli Użytkownik jest klientem, który jest konsumentem (korzysta z Oprogramowania iOS poza własną branżą, firmą lub bez związku z wykonywanym przez Użytkownika zawodem), może mieć w kraju, w którym mieszka, prawa do wyłączenia stosowania poniższych ograniczeń względem niego. Aby dowiedzieć się więcej na temat praw Użytkownika, należy się skontaktować z lokalną organizacją konsumencką.

7.2    UŻYTKOWNIK WYRAŹNIE PRZYZNAJE I WYRAŻA ZGODĘ, ŻE W ZAKRESIE DOPUSZCZALNYM PRZEZ STOSOWNE PRAWO, UŻYWA OPROGRAMOWANIA I DOWOLNYCH USŁUG PEŁNIONYCH PRZEZ OPROGRAMOWANIE iOS LUB DOSTĘPNYCH PRZEZ OPROGRAMOWANIE iOS, NA SWOJE WYŁĄCZNE RYZYKO, A TAKŻE BIERZE NA SIEBIE RYZYKO ZWIĄZANE Z JAKOŚCIĄ, WYDAJNOŚCIĄ, DOKŁADNOŚCIĄ I OSIĄGNIĘCIAMI.

7.3    W MAKSYMALNYM ZAKRESIE DOPUSZCZALNYM PRZEZ STOSOWNE PRZEPISY PRAWNE, OPROGRAMOWANIE iOS I JAKIEKOLWIEK USŁUGI SĄ DOSTARCZANE „TAKIE JAKIE SĄ" ORAZ „JAKO DOSTĘPNE", ZE WSZYSTKIMI WADAMI I BEZ JAKIEJKOLWIEK GWARANCJI, A APPLE I PODMIOTY, KTÓRE UDZIELIŁY LICENCJI FIRMIE APPLE (ZWANE DALEJ JAKO „APPLE" DLA POTRZEB ROZDZIAŁÓW 7 i 8), ODRZUCAJĄ WSZYSTKIE GWARANCJE W ODNIESIENIU DO OPROGRAMOWANIA iOS I USŁUG, ZARÓWNO WYRAŻONE WPROST, DOMNIEMANE LUB USTAWOWE, W TYM, MIĘDZY INNYMI, DOMNIEMANE GWARANCJE I/LUB WARUNKI HANDLOWE, SATYSFAKCJONUJĄCEJ JAKOŚCI I PRZYDATNOŚCI DO OKREŚLONEGO CELU, DOKŁADNOŚCI, UŻYTKOWANIA ORAZ NIENARUSZANIA PRAW FIRM TRZECICH.

7.4    APPLE NIE GWARANTUJE, ŻE UŻYTKOWNIK BĘDZIE ZADOWOLONY Z OPROGRAMOWANIA iOS ORAZ, ŻE FUNKCJE ZAWARTE W OPROGRAMOWANIU iOS, USŁUGI WYKONYWANE LUB DOSTARCZANE PRZEZ IOS, SPEŁNIĄ WYMAGANIA UŻYTKOWNIKA, ŻE DZIAŁANIE OPROGRAMOWANIA iOS LUB USŁUG BĘDĄ NIEPRZERWANE LUB WOLNE OD BŁĘDÓW ORAZ, ŻE WADY OPROGRAMOWANIA iOS LUB USŁUG BĘDĄ USUNIĘTE, A TAKŻE OPROGRAMOWANIE iOS BĘDZIE ZGODNE LUB BĘDZIE WSPÓŁDZIAŁAŁO Z KAŻDYM OPROGRAMOWANIEM, APLIKACJĄ LUB USŁUGĄ FIRM TRZECICH. ZAINSTALOWANIE OPROGRAMOWANIA iOS MOŻE MIEĆ WPŁYW NA DOSTĘPNOŚĆ ORAZ UŻYTECZNOŚĆ OPROGRAMOWANIA LUB USŁUG FIRM TRZECICH, A TAKŻE PRODUKTÓW I USŁUG APPLE.

7.5    UŻYTKOWNIK AKCEPTUJE, ŻE OPROGRAMOWANIE iOS ORAZ USŁUGI NIE SĄ PRZEZNACZONE DO UŻYCIA W SYTUACJACH LUB ŚRODOWISKU, GDZIE AWARIE, OPÓŹNIENIA CZASOWE, BŁĘDY LUB NIEDOKŁADNOŚCI W TREŚCI, DANYCH LUB INFORMACJI DOSTARCZANYCH PRZEZ OPROGRAMOWANIE iOS LUB USŁUGI MOGŁYBY DOPROWADZIĆ DO ZGONU, URAZU LUB POWAŻNYCH ZNISZCZEŃ ŚRODKÓW TRWAŁYCH LUB ŚRODOWISKA, W TYM BEZ OGRANICZEŃ DO UŻYCIA W URZĄDZENIACH JĄDROWYCH, URZĄDZENIACH NAWIGACJI LOTNICZEJ LUB SYSTEMACH KOMUNIKACJI, W SYSTEMACH KONTROLI RUCHU POWIETRZNEGO, W MASZYNACH PODTRZYMUJĄCYCH ŻYCIE LUB SYSTEMACH OBRONNYCH.

7.6    ŻADNA USTNA LUB PISEMNA INFORMACJA UDZIELONA PRZEZ APPLE LUB AUTORYZOWANEGO PRZEDSTAWICIELA APPLE NIE STANOWI RĘKOJMI. W PRZYPADKU UDOWODNIENIA WADY OPROGRAMOWANIA iOS LUB USŁUG UŻYTKOWNIK PONIESIE WSZYSTKIE KOSZTY ZWIĄZANE Z SERWISEM, NAPRAWĄ LUB POPRAWĄ. NIEKTÓRE KRAJE NIE ZEZWALAJĄ NA WYŁĄCZENIE RĘKOJMI LUB OGRANICZENIA W ZAKRESIE STOSOWANYCH PRAW USTAWOWYCH KONSUMENTA, DLATEGO TEŻ POWYŻSZE WYŁĄCZENIA MOGĄ NIE MIEĆ ZASTOSOWANIA.

**8. Ograniczenie odpowiedzialności.** W ZAKRESIE DOPUSZCZONYM PRZEZ PRAWO, APPLE, JEJ

PODMIOTY STOWARZYSZONE, AGENCI LUB ZLECENIODAWCY, W ŻADNYM WYPADKU NIE PONOSZĄ ODPOWIEDZIALNOŚCI ZA OSOBISTE URAZY ANI ZA JAKIEKOLWIEK PRZYPADKOWE, SPECJALNE, POŚREDNIE LUB WYNIKOWE SZKODY, W TYM, BEZ OGRANICZEŃ, ZA STRATY SPOWODOWANE UTRATĄ ZYSKÓW, USZKODZENIEM LUB UTRATĄ DANYCH, ZAKŁÓCENIEM PRZESYŁANIA LUB ODEBRANIA DANYCH (W TYM BEZ OGRANICZEŃ INSTRUKCJI, ZADAŃ ORAZ WSZELKICH MATERIAŁÓW), DZIAŁALNOŚCI FIRMY LUB INNE STRATY HANDLOWE, A TAKŻE ZA STRATY POWSTAŁE W WYNIKU LUB ZWIĄZANE UŻYWANIEM Z BRAKIEM MOŻLIWOŚCI UŻYWANIA OPROGRAMOWANIA iOS ORAZ USŁUG, LUB OPROGRAMOWANIA, APLIKACJI FIRM TRZECICH W POŁĄCZENIU Z OPROGRAMOWANIEM iOS LUB USŁUGAMI, NIEZALEŻNIE OD TEGO, KIEDY POWSTAŁY I BEZ WZGLĘDU NA TEORIĘ ODPOWIEDZIALNOŚCI (KONTRAKT, SZKODA CYWILNA LUB INNE), NAWET W PRZYPADKU POINFORMOWANIA APPLE O MOŻLIWOŚCI TAKICH SZKÓD. NIEKTÓRE KRAJE NIE ZEZWALAJĄ NA WYKLUCZENIE LUB OGRANICZENIE ODPOWIEDZIALNOŚCI ZA URAZY OSÓB LUB ZA SZKODY PRZYPADKOWE BĄDŹ WYNIKOWE, WOBEC CZEGO POWYŻSZE OGRANICZENIA MOGĄ NIE MIEĆ ZASTOSOWANIA. W żadnym wypadku łączna odpowiedzialność Apple za wszystkie uszkodzenia (inne niż wymagane przez stosowne przepisy prawne w przypadkach, w których doszło do urazów osób) nie przekroczy kwoty pięćdziesięciu dolarów (250,00 USD). Powyższe ograniczenia będą miały zastosowanie nawet, jeżeli wyżej wymienione zadośćuczynienie straci swoją celowość.

**9. Certyfikaty cyfrowe.** **Oprogramowanie iOS zawiera możliwości, które pozwalają na akceptację certyfikatów cyfrowych, zarówno wydawanych przez Apple, jak też przez firmy trzecie.** UŻYTKOWNIK PONOSI CAŁKOWITĄ ODPOWIEDZIALNOŚĆ ZA DECYZJĘ, CZY CHCE POLEGAĆ NA CERTYFIKATACH WYDANYCH PRZEZ APPLE LUB FIRMY TRZECIE. UŻYTKOWNIK LUB UŻYWAĆ CERTYFIKATÓW CYFROWYCH NA SWOJE WYŁĄCZNE RYZYKO. W MAKSYMALNYM STOPNIU DOPUSZCZONYM PRZEZ OBOWIĄZUJĄCE PRAWO, APPLE NIE UDZIELA RĘKOJMI, ANI GWARANCJI, NIEZALEŻNIE CZY SĄ ONE WYRAŹNIE OKREŚLONE, CZY DOMNIEMANE, ODNOŚNIE ZASTOSOWANIA I PRZYDATNOŚCI DO OKREŚLONEGO CELU, DOKŁADNOŚCI, BEZPIECZEŃSTWA, A TAKŻE NIENARUSZALNOŚCI PRAW STRONY TRZECIEJ ODNOŚNIE CERTYFIKATÓW CYFROWYCH.

**10. Kontrola eksportu.** Użytkownik nie może używać, lub w inny sposób eksportować lub reeksportować Oprogramowania iOS z wyjątkiem przypadków określonych przez prawo Stanów Zjednoczonych i prawo kraju, na terenie którego Oprogramowanie iOS zostało zakupione. W szczególności, ale bez ograniczeń, Oprogramowanie iOS nie może być eksportowane lub reeksportowane (a) do jakiegokolwiek kraju objętego przez USA embargiem bądź (b) do kogokolwiek, kto znajduje się na liście Specially Designated Nationals Departamentu Skarbu USA lub na liście U.S. Department of Commerce Denied Person's List lub Entity List, ani na żadnej liście podmiotów objętych restrykcjami Używając Oprogramowania iOS, użytkownik gwarantuje, że nie znajduje się na terenie takiego kraju lub na terenie kontrolowanym przez ten kraj ani na żadnej z wyżej wymienionych list. Użytkownik zobowiązuje się też, że nie użyje Oprogramowania iOS do żadnego z celów zabronionych przez prawo USA, w tym między innymi do projektowania, wytwarzania bądź produkcji broni jądrowej, broni rakietowej, broni chemicznej lub biologicznej.

**11. Użytkownicy rządowi.** Oprogramowanie iOS i związana z nim dokumentacja są „Towarami Handlowymi", w znaczeniu zdefiniowanym w 48 C.F.R. §2.101, obejmującym „Handlowe Oprogramowanie Komputerowe" (ang. Commercial Computer Software) oraz „Dokumentację Handlowego Oprogramowania Komputerowego" (ang. Commercial Computer Software Documentation), w znaczeniu używanym odpowiednio w 48 C.F.R. §12.212 lub 48 C.F.R. §227.7202. Zgodnie z odpowiednimi przepisami 48 C.F.R. §12.212 lub 48 C.F.R. §227.7202-1 do 227.7202-4, Handlowe Oprogramowanie Komputerowe oraz Dokumentacja Handlowego Oprogramowania Komputerowego są licencjonowane dla użytkowników rządowych w USA (a) tylko jako Towary Handlowe i (b) tylko z prawami gwarantowanymi dla wszystkich innych użytkowników zgodnie z warunkami niniejszej licencji.

Zastrzeżone są niepublikowane prawa zgodnie z ustawą o ochronie praw autorskich obowiązującą w USA.

**12. Prawo nadrzędne i odrębność.** Niniejsza Licencja skonstruowana została zgodnie z prawem stanu Kalifornia i jest od niego zależna, z wyłączeniem norm kolizyjnych. Niniejsza Licencja nie będzie podlegała konwencji ONZ w sprawie kontraktów na międzynarodową sprzedaż towarów (ang. United Nations Convention on Contracts for the International Sale of Goods), której zastosowanie jest wyraźnie wyłączone. W przypadku konsumentów z Wielkiej Brytanii, niniejsza Licencja podlega prawom lokalnym zgodnym z miejscem zamieszkania Użytkownika.  Jeżeli z jakichkolwiek przyczyn sąd kompetentnej jurysdykcji stwierdzi, że dowolna klauzula niniejszej Licencji, bądź jakakolwiek jej część jest niemożliwa do wyegzekwowania, wówczas nadal będzie obowiązywała pozostała część niniejszej licencji.

**13. Kompletność porozumienia; nadrzędny język.** Niniejsza Licencja zawiera kompletną umowę pomiędzy Użytkownikiem a Apple, odnoszącą się do Oprogramowania iOS i zastępuje ona wszelkie poprzednie lub obecne porozumienia dotyczące tej kwestii. Żadne poprawki ani modyfikacje niniejszej Licencji nie będą wiążące, o ile nie zostaną sporządzone na piśmie i podpisane przez Apple. Przekład niniejszej Licencji wykonany został na potrzeby lokalne. W przypadku niezgodności pomiędzy wersją angielską a wersją lokalną, decydujące jest brzmienie wersji angielskiej niniejszej licencji, w zakresie nie przekraczającym obowiązującego prawa lokalnego.

**14. Wymienienie firm trzecich.** Elementy Oprogramowania iOS mogą wykorzystywać lub zawierać oprogramowanie firm trzecich i inne materiały chronione prawami autorskimi. Podziękowania, warunki licencji oraz zrzeczenia się dla takich materiałów są zawarte w dokumentacji elektronicznej Oprogramowania iOS, a użytkownik używa tych materiałów zgodnie z odpowiednimi warunkami. Korzystanie z usługi Google Safe Browsing Service podlega Warunkom korzystania z Usług Google (https://www.google.com/intl/pl/policies/terms/) oraz Zasadom zachowania prywatności (https://www.google.com/intl/pl/policies/privacy).

**15. Korzystanie z MPEG-4; uwagi dotyczące H.264/AVC.**
(a) Oprogramowanie iOS jest licencjonowane na podstawie licencji MPEG-4 Systems Patent Portfolio do kodowania informacji zgodnie ze standardem MPEG-4, z wyjątkiem przypadków, w których dla kodowania wymagane są dodatkowe licencje i opłaty za honoraria autorskie związane z (i) danymi przechowywanymi lub powielanymi na fizycznym nośniku, dla których obowiązują opłaty za tytuł na podstawie prawa własności do tytułu i/lub (ii) danych, dla których obowiązują opłaty za tytuł na podstawie prawa własności do tytułu i które są przenoszone na użytkownika końcowego w celu stałego przechowywania lub użytku. Dodatkowe licencje można uzyskać w MPEG LA, LLC. Więcej informacji można znaleźć na stronie http://www.mpegla.com.

(b) Oprogramowanie iOS zawiera funkcje kodowania oraz/lub dekodowania wideo MPEG-4. To Oprogramowanie iOS posiada licencję MPEG-4 Visual Patent Portfolio License w zakresie osobistego i niekomercyjnego używania przez konsumenta (i) kodowania wideo zgodnego z MPEG-4 Visual Standard („Wideo MPEG-4") i/lub (ii) dekodowania wideo MPEG-4, które było zakodowane przez konsumenta zaangażowanego w osobistą i niekomercyjną działalność i/lub zostało uzyskane od dostawcy wideo posiadającego licencję MPEG LA na dostarczanie Wideo MPEG-4. Żadna licencja nie jest przyznana, ani też nie może być domniemana dla jakiegokolwiek innego użycia. Dodatkowe informacje dotyczące między innymi zastosowań promocyjnych, wewnętrznych i handlowych oraz licencjonowania mogą być uzyskane w MPEG LA, LLC.  Zajrzyj na http://www.mpegla.com.

(c) Oprogramowanie iOS zawiera funkcje kodowania oraz/lub dekodowania AVC. Komercyjne wykorzystanie H.264/AVC wymaga dodatkowej licencji oraz mają zastosowanie następujące postanowienia: FUNKCJONALNOŚĆ AVC ZAWARTA W OPROGRAMOWANIU iOS MOŻE BYĆ WYKORZYSTYWANA WYŁĄCZNIE W CELACH PRYWATNYCH I NIEKOMERCYJNYCH DO (i)

KODOWANIA WIDEO ZGODNIE ZE STANDARDEM AVC („AVC VIDEO") I/LUB (ii) DEKODOWANIA AVC WIDEO, KTÓRE BYŁO ZAKODOWANE PRZEZ KONSUMENTA W WYNIKU PRYWATNEJ I NIEHANDLOWEJ DZIAŁALNOŚCI I/LUB ZOSTAŁO UZYSKANE OD DOSTAWCY WIDEO Z LICENCJĄ NA DOSTARCZANIE AVC VIDEO. INFORMACJE NA TEMAT INNEGO WYKORZYSTYWANIA I LICENCJI MOŻNA UZYSKAĆ W MPEG LA L.L. ZOBACZ http://www.mpegla.com.

**16. Ograniczenia usługi wyszukiwania Yahoo.** Usługa wyszukiwania Yahoo dostępna w Safari jest licencjonowana użytkownikom tylko w następujących krajach i regionach: Argentyna, Aruba, Australia, Austria, Bahamy, Barbados, Belgia, Bermudy, Brazylia, Bułgaria, Chile, Chiny, Kolumbia, Cypr, Republika Czeska, Dania, Republika Dominikany, Ekwador, Filipiny, Finlandia, Francja, Grecja, Grenada, Gwatemala, Holandia, Hongkong, Islandia, Indie, Indonezja, Irlandia, Jamajka, Japonia, Kanada, Kajmany, Korea Południowa, Litwa, Luksemburg, Łotwa, Malezja, Malta, Meksyk, Niemcy, Nowa Zelandia, Nikaragua, Norwegia, Panama, Peru, Polska, Portugalia, Portoryko, Rumunia, Salwador, Singapur, Słowacja, Słowenia, Hiszpania, St. Lucia, St. Vincent, Szwecja, Szwajcaria, Tajlandia, Tajwan, Trynidad i Tobago, Turcja, Urugwaj, USA, Węgry, Wielka Brytania, Włochy oraz Wenezuela.

**17. Zastrzeżenie Microsoft Exchange.** Licencja funkcji Microsoft Exchange w Oprogramowaniu iOS obejmuje tylko i wyłącznie wykorzystanie jej do bezprzewodowej synchronizacji informacji (takiej jak wiadomości email, kontakty, kalendarz i zadania) pomiędzy iOS i serwerem Microsoft Exchange lub innym serwerem, licencjonowanym przez Microsoft w celu użycia protokołu Microsoft Exchange ActiveSync.

EA1520
22.09.2017

-------------------------
**Warunki uzupełniające korzystania z Apple Pay**

Niniejsze Warunki uzupełniające korzystania z Apple Pay (Warunki uzupełniające) uzupełniają Umowę licencyjną na Oprogramowanie iOS (Licencję). Warunki zawarte w obu dokumentach – Licencji i Warunkach uzupełniających – określają zasady korzystania przez Użytkownika z funkcji Apple Pay, która zostanie uznana za Usługę podlegającą warunkom tej Licencji. Warunki pisane wielkimi literami w niniejszych Warunkach uzupełniających są użyte w znaczeniu określonym w Licencji.

**1.    Przegląd i zastosowane ograniczenia**

Apple Pay umożliwia Użytkownikowi:

- przechowywanie wirtualnych reprezentacji kart kredytowych, debetowych i przedpłaconych, w tym przechowywanie kart kredytowych, debetowych, przedpłaconych oraz kart Apple Pay Cash, które są obsługiwane przez funkcję Apple Pay (Obsługiwane karty płatnicze) i używanie obsługiwanych urządzeń iOS do dokonywania płatności bezdotykowych w wybranych lokalizacjach, w aplikacjach lub w witrynach;
- Apple Pay umożliwia również korzystanie z kart nagród oraz kart podarunkowych, które zostały zachowane w aplikacji Wallet (Aktywne w Apple Pay karty lojalnościowe wraz z Obsługiwanymi kartami płatniczymi, dalej łącznie określanymi jako „Obsługiwane karty") do dokonywania transakcji bezdotykowych za pomocą kart nagród oraz kart podarunkowych w wybranych sklepach, czyli bezdotykowych płatności za pomocą Apple Pay; oraz
- wysyłania płatności między osobami do innych użytkowników Apple Pay.

Funkcje Apple Pay w Oprogramowaniu iOS mogą być dostępne tylko w wybranych regionach, dla wybranych emitentów kart, instytucji finansowych oraz w sklepach. Funkcje te mogą różnić się zależnie

od regionu, emitenta i sklepu.

Aby korzystać z funkcji Apple Pay, Użytkownik musi posiadać Obsługiwaną kartę. Obsługiwane karty mogą z czasem ulegać zmianie. Ponadto, w celu wysyłania lub odbierania płatności między osobami, Użytkownik musi posiadać kartę Apple Pay Cash.

Obsługiwane Karty płatnicze oraz płatności między osobami są powiązane z identyfikatorem Apple ID, którego Użytkownik używa do logowania się w iCloud w celu korzystania z tych funkcji. Obsługiwane karty są dostępne tylko dla osób w wieku 13 lat lub starszych i mogą podlegać dodatkowym ograniczeniom wynikającym z wieku, mogą być narzucone przez iCloud lub przez Obsługiwaną kartę, którą Użytkownik próbuje dołączyć. Karta Apple Pay Cash oraz możliwość wysyłania i odbierania płatności między osobami są dostępne tylko dla osób w wieku 18 lat lub starszych.

Funkcja Apple Pay jest przeznaczona do użytku prywatnego i Użytkownik może dołączać tylko własne Obsługiwane karty płatnicze. W przypadku dołączenia obsługiwanej firmowej karty płatniczej, Użytkownik potwierdza tym samym, że jest do tego uprawniony przez pracodawcę oraz jest również upoważniony do zobowiązania pracodawcy do przestrzegania niniejszych warunków użycia oraz akceptacji wszystkich transakcji, na które wpływ miało użycie tej funkcji. Jeśli Użytkownik wysyła lub odbiera płatność między osobami, oświadcza, że dokonuje tego do celów prywatnych, niekomercyjnych.

Użytkownik potwierdza, że nie będzie używał Apple Pay w celach niezgodnych z prawem, ani w celu popełniania oszustw lub do innych celów, które są zabronione przez tę Licencję oraz niniejsze Warunki dodatkowe. Użytkownik zgadza się używać Apple Pay zgodnie z obowiązującymi przepisami ustawowymi i wykonawczymi. Użytkownik zobowiązuje się, że nie będzie zakłócał ani uniemożliwiał działania usługi Apple Pay (między innymi, nie będzie uniemożliwiał dostępu do usługi za pomocą środków automatycznych), oraz nie będzie niszczył serwerów lub sieci związanych z usługą oraz nie będzie naruszał polityki, wymagań i przepisów sieci związanej z usługą (dotyczy to między innymi nieautoryzowanego dostępu lub wykorzystywania i monitorowania danych lub komunikacji).

## 2.    Relacje Apple z Użytkownikiem

Apple Pay umożliwia Użytkownikowi tworzyć wirtualne reprezentacje Obsługiwanych kart na obsługiwanym urządzeniu iOS. Niemniej jednak Apple nie przetwarza płatności ani żadnych transakcji kartami niepłatniczymi (takimi jak naliczanie nagród lub realizację nagród), nie otrzymuje, nie przetrzymuje, nie przekazuje, ani nie ma żadnej kontroli nad płatnościami, zwrotami, refundacjami, nagrodami, przeliczaniem walut lub rabatami lub innymi działaniami handlowymi, jakie mogą wyniknąć podczas korzystania z tej funkcji.

Warunki umów zawartych przez posiadacza kart płatniczych z emitentem tych kart, będą nadal obowiązywały w zakresie użycia Obsługiwanych kart Użytkownika oraz w zakresie ich użycia w połączeniu z Apple Pay. Podobnie, udział Użytkownika w programach lojalnościowych lub programach z kartami nagród oraz korzystanie z Obsługiwanych przez Apple Pay kartami w połączeniu z Apple Pay będzie podlegać warunkom i ograniczeniom ustalonym ze sprzedawcą.

Karta Apple Pay Cash oraz możliwość wysyłania i odbierania płatności między osobami są dostępne tylko w Stanach Zjednoczonych i jest usługą realizowaną przez Green Dot Bank, członka Federalnej Korporacji Ubezpieczeń Depozytów (FDIC). W trakcie włączania tych funkcji Użytkownik otwiera konto w Green Dot Bank. Gdy Użytkownik wysyła lub odbiera płatności między osobami, wpłaca lub wypłaca pieniądze ze swoje karty Apple Pay Cash, Green Dot Bank jest odpowiedzialny za odebranie i wysłanie pieniędzy do zamierzonego odbiorcy. Instytucja finansowa odpowiedzialna za oferowanie karty Apple Pay Cash oraz realizowanie płatności między osobami w ramach Apple Pay może ulec zmianie,

a korzystanie przez Użytkownika z tych możliwości będą regulowane przez jej warunki świadczenia usług.

Licencja i niniejsze Warunki dodatkowe nie zawierają niczego, co modyfikowałoby warunki umowy zawartej przez posiadacza karty, użytkownika ze sprzedawcą. Te warunki nadal będą obowiązywały w zakresie użycia Obsługiwanej karty lub płatności między osobami oraz ich wirtualnej reprezentacji w urządzeniu iOS Użytkownika. Użytkownik akceptuje, że Apple nie jest stroną umów zawartych przez posiadacza kart płatniczych lub sprzedawcę, oraz Apple nie odpowiada za: (a) zawartość, dokładność i możliwość użycia kart płatniczych, kart nagród, kart podarunkowych, prowadzenia działalności handlowej, dokonywania transakcji lub zakupów przy wykorzystaniu funkcji Apple Pay; (b) uznanie kredytu lub oceny możliwości przyznania kredytu; (c) naliczanie, realizowanie nagród lub przedpłaconych wartości w programach lojalnościowych sprzedawców; ani (d) finansowanie lub ponowne zasilanie kart przedpłaconych; (e) wysyłanie lub odbieranie płatności między osobami; lub (f) wpłacanie, realizowanie płatności lub wypłacanie pieniędzy z karty Użytkownika.

We wszystkich sporach lub pytaniach dotyczących kart płatniczych, kart nagród, kart podarunkowych, lub związanych z działalnością handlową Użytkownik powinien kontaktować się z wydawcą karty lub sprzedawcą. W przypadku pytań dotyczących kart Apple Pay Cash lub płatności między osobami, prosimy kontaktować się z działem Wsparcia Apple.

**3.    Prywatność**

W celu zaoferowania pełnej usługi funkcja Apple Pay wymaga pewnych danych z urządzenia iOS Użytkownika  Ponadto, gdy Użytkownik korzysta ze swojej karty Apple Pay Cash, bądź wysyła lub odbiera płatności między osobami, wówczas w celu obsłużenia konta oraz ze względów regulacyjnych oraz w celu zapobieżenia oszustwom gromadzone są dodatkowe informacje. Więcej informacji na temat gromadzonych danych, używanych lub udostępnianych w ramach korzystania z funkcji Apple Pay, używania karty Apple Pay , lub informacji na temat płatności między osobami za pomocą Apple Pay, Użytkownik może znaleźć w dokumencie „Zasady ochrony prywatności" (który można wyświetlić, otwierając Wallet i Apple Pay na urządzeniu iOS Użytkownika lub w aplikacji Watch na połączonym w parę urządzeniu iOS) lub odwiedzając witrynę https://www.apple.com/privacy. Używając tych funkcji, Użytkownik zgadza się i udziela pozwolenia Apple, firmom zależnym i przedstawicielom na przesyłanie, gromadzenie, przechowywanie, przetwarzanie i wykorzystywanie wszystkich powyższych informacji w celu zapewnienia funkcjonalności Apple Pay oraz ulepszania produktów i usług Apple.

**4.    Bezpieczeństwo; utrata lub uszkodzenie urządzenia**

Apple Pay przechowuje wirtualne reprezentacje Obsługiwanych kart płatniczych Użytkownika i dlatego powinno być chronione tak samo, jak Użytkownik chroni swoją gotówkę lub swoje fizyczne karty kredytowe, debetowe, karty nagród lub karty podarunkowe. Podawanie kodu dostępu do urządzenia Użytkownika innym podmiotom lub osobom lub umożliwienie im dodanie odcisku palca Użytkownika w celu wykorzystania Touch ID lub włączenia Face ID może powodować możliwość realizowania przez nich płatności, wypłatę pieniędzy z karty Apple Pay Cash Użytkownika, lub otrzymywania lub realizowania kredytu za pomocą Apple Pay na urządzeniu Użytkownika. Za zabezpieczenie urządzenia i hasła dostępu do tego urządzenia odpowiada wyłącznie Użytkownik. Użytkownik akceptuje, że Apple nie ponosi żadnej odpowiedzialności z powodu zagubienia urządzenia lub udostępnienia hasła do niego. Użytkownik akceptuje, że Apple nie ponosi żadnej odpowiedzialności za dokonanie nieautoryzowanych modyfikacji iOS (takich jak „jailbreak" systemu iOS).

W celu dostępu do niektórych funkcji Apple Pay, w tym karty Apple Pay Cash oraz realizowania płatności między osobami za pomocą Apple Pay, może być konieczne włączenie dodatkowych zabezpieczeń, takich jak uwierzytelnianie dwuczynnikowe do identyfikatora Apple ID Użytkownika,  Jeśli Użytkownik

usunie te zabezpieczenia, nie będzie mógł korzystać z niektórych funkcji Apple Pay.

Jeśli Użytkownik zgubi swoje urządzenie lub zostanie ono ukradzione i ma włączoną funkcję Znajdź mój iPhone, może użyć aplikacji Znajdź mój iPhone i zawiesić możliwość dokonywania płatności za pomocą wirtualnych Obsługiwanych kart płatniczych lub płatności pomiędzy osobami na tym urządzeniu, przełączając je w tryb Utracony. Użytkownik może także wymazać swoje urządzenie, co spowoduje zawieszenie możliwości dokonywania płatności za pomocą wirtualnych Obsługiwanych kart płatniczych lub płatności między osobami w tym urządzeniu oraz spowoduje podjęcie próby usunięcia kart z Apple Pay. Użytkownik powinien także skontaktować się z emitentem Obsługiwanych kart płatniczych, a także sprzedawcą, który wystawił Obsługiwane karty płatnicze Apple Pay, oraz Apple w przypadku karty Apple Pay Cash, w celu uniemożliwienia nieautoryzowanego dostępu do wirtualnych Obsługiwanych kart.

W przypadku zauważenia przez Użytkownika, lub gdy Apple będzie podejrzewać nieuczciwą lub obraźliwą aktywność, Użytkownik zgadza się na współpracę z Apple w zakresie śledztwa oraz na użycie wszystkich środków zapobiegających nadużyciom, które zostaną zalecone przez Apple.

5.    **Ograniczenie odpowiedzialności**

W UZUPEŁNIENIU ZRZECZENIA SIĘ GWARANCJI I OGRANICZONEJ ODPOWIEDZIALNOŚCI USTALONYCH W LICENCJI, APPLE NIE PONOSI ŻADNEJ ODPOWIEDZIALNOŚCI ZA NABYCIE, PŁATNOŚCI, TRANSAKCJE LUB INNĄ DZIAŁALNOŚĆ HANDLOWĄ PROWADZONĄ PRZEZ UŻYCIE FUNKCJI APPLE PAY, A UŻYTKOWNIK ZGADZA SIĘ NA ODWOŁYWANIE SIĘ WYŁĄCZNIE DO UMÓW PODPISANYCH Z EMITENTEM KARTY PŁATNICZEJ, SIECIĄ PŁATNICZĄ, INSTYTUCJĄ FINANSOWĄ LUB SPRZEDAWCĄ W CELU OTRZYMANIA ODPOWIEDZI NA PYTANIA LUB ROZWIĄZANIA SPORÓW ZWIĄZANYCH Z OBSŁUGIWANYMI KARTAMI PŁATNICZYMI, OBSŁUGIWANYMI WIRTUALNYMI KARTAMI PŁATNICZYMI, PŁATNOŚCIAMI MIĘDZY OSOBAMI I ZWIĄZANĄ Z NIMI DZIAŁALNOŚCIĄ HANDLOWĄ.

-------------------------
**UWAGI OD APPLE**
Jeżeli firma Apple będzie chciała skontaktować się z Użytkownikiem w związku z produktem lub kontem, użytkownik zgadza się na powiadomienie przez pocztę elektroniczną. Użytkownik zgadza się, że wszystkie takie uwagi, które firma Apple wyśle do Użytkownika w postaci elektronicznej, spełnią prawne wymagania komunikacji.

**PORTUGUÊS, PORTUGAL**

**IMPORTANTE: AO UTILIZAR O iPHONE, iPAD ou iPOD TOUCH ("DISPOSITIVO iOS"), O UTILIZADOR FICA VINCULADO AOS SEGUINTES TERMOS:**

**A.    CONTRATO DE LICENÇA DE SOFTWARE iOS DA APPLE**
**B.    TERMOS SUPLEMENTARES DE APPLE PAY**
**C.    AVISOS DA APPLE**

**APPLE INC.**
**CONTRATO DE LICENÇA DE SOFTWARE iOS**
**Licença de Utilização Individual**

**LEIA CUIDADOSAMENTE ESTE CONTRATO DE LICENÇA DE SOFTWARE ("LICENÇA") ANTES DE UTILIZAR O DISPOSITIVO iOS OU ANTES DE DESCARREGAR A ATUALIZAÇÃO DE SOFTWARE QUE ACOMPANHA ESTA LICENÇA. AO UTILIZAR O DISPOSITIVO iOS, OU AO DESCARREGAR UMA ATUALIZAÇÃO DE SOFTWARE (CONFORME O CASO), O UTILIZADOR ESTARÁ A CONCORDAR EM FICAR VINCULADO AOS TERMOS DA PRESENTE LICENÇA. SE NÃO CONCORDAR COM OS TERMOS DA PRESENTE LICENÇA, O UTILIZADOR NÃO DEVE UTILIZAR O DISPOSITIVO iOS NEM DESCARREGAR A ATUALIZAÇÃO DE SOFTWARE.**

**SE TIVER ADQUIRIDO RECENTEMENTE UM DISPOSITIVO iOS E NÃO CONCORDAR COM OS TERMOS DA LICENÇA PODERÁ DEVOLVER O DISPOSITIVO iOS DENTRO DO PRAZO DE DEVOLUÇÃO À LOJA DA APPLE OU AO DISTRIBUIDOR AUTORIZADO ONDE O ADQUIRIU PARA OBTER UM REEMBOLSO, SUJEITO À POLÍTICA DE DEVOLUÇÕES DA APPLE EM** https://www.apple.com/legal/sales_policies/**.**

**1. Geral.**
(a) O software (incluindo o código ROM de inicialização, software incorporado e software de terceiros), a documentação, as interfaces, o conteúdo, os tipos de letra e quaisquer dados que acompanhem o Dispositivo iOS ("Software iOS Original"), e que possam ser atualizados ou substituídos por futuras melhorias, atualizações de software ou software de restauro do sistema fornecidos pela Apple ("Atualizações do Software iOS"), quer em memória apenas de leitura ou em qualquer outro suporte ou de qualquer outra forma (o Software iOS Original e as Atualizações do Software iOS são coletivamente designados por "Software iOS") são licenciados, e não vendidos, ao Utilizador pela Apple Inc. ("Apple") para serem utilizados sob os termos da presente Licença. A Apple e os respetivos licenciadores conservam o direito de propriedade do Software iOS e reservam-se todos os direitos não concedidos expressamente ao Utilizador. O Utilizador concorda que os termos da presente Licença se aplicam a qualquer aplicação de marca Apple que possa estar integrada no Dispositivo iOS, a menos que tal aplicação contenha uma Licença em separado e, nesse caso, o Utilizador concorda que prevalecerão os termos dessa Licença no uso dessa aplicação.

(b) A Apple, ao seu critério, pode disponibilizar futuras Atualizações do Software iOS. As Atualizações do Software iOS, caso existam, podem não incluir necessariamente todas as funcionalidades do software existente ou as novas funcionalidades que a Apple lançar para os modelos mais recentes ou outros modelos de Dispositivos iOS. Os termos da presente Licença regulam quaisquer Atualizações do Software iOS fornecidas pela Apple, a menos que tal Atualização do Software iOS contenha uma Licença em separado e, nesse caso, o Utilizador concorda que prevalecerão os termos dessa Licença.

(c) Se o Utilizador usar a funcionalidade de configuração rápida para configurar um novo Dispositivo iOS com base no respetivo Dispositivo iOS existente, o Utilizador concorda que os termos da presente Licença regulam a utilização do Software iOS no novo Dispositivo iOS do Utilizador, a menos que o

Software iOS contenha uma licença em separado e, nesse caso, o Utilizador concorda que prevalecerão os termos dessa Licença no uso do Software iOS.

**2. Utilização autorizada pela Licença e restrições.**
(a) Sujeito aos termos e condições da presente Licença, é concedida ao Utilizador uma licença limitada e não exclusiva para utilizar o Software iOS num único Dispositivo iOS de marca Apple. Exceto conforme permitido pela Alínea 2(b) abaixo, e salvo disposição em contrário num contrato em separado entre o Utilizador e a Apple, a presente Licença não permite que o Software iOS exista simultaneamente em mais de um Dispositivo iOS de marca Apple, e o Utilizador não poderá distribuir ou disponibilizar o Software iOS numa rede onde possa ser utilizado por vários dispositivos em simultâneo. A presente Licença não concede ao Utilizador direitos de utilização de interfaces proprietárias da Apple e outra propriedade intelectual na conceção, desenvolvimento, produção, licenciamento ou distribuição de dispositivos e acessórios de terceiros, ou aplicações de software de terceiros, para utilização com o Dispositivos iOS. Alguns desses direitos estão disponíveis mediante licenças distintas da Apple. Para mais informações sobre como desenvolver dispositivos e acessórios de terceiros para Dispositivos iOS, visite https://developer.apple.com/programs/mfi/. Para mais informações sobre como desenvolver aplicações de software para o Dispositivos iOS, visite https://developer.apple.com.

(b) Sujeito aos termos e condições da presente Licença, é concedida ao Utilizador uma licença limitada e não exclusiva para descarregar as Atualizações do Software iOS que possam ser disponibilizadas pela Apple para o seu modelo de Dispositivo iOS para atualizar ou restaurar o software de qualquer Dispositivo iOS que o Utilizador possua ou controle. A presente Licença não permite a atualização ou restauro pelo Utilizador de Dispositivos iOS que não controle ou possua, sendo igualmente proibida a distribuição ou disponibilização das Atualizações do Software iOS numa rede onde possam ser utilizadas por vários dispositivos ou computadores em simultâneo. Se o Utilizador descarregar uma Atualização do Software iOS para o respetivo computador, pode fazer uma cópia das Atualizações do Software iOS armazenadas no respetivo computador num formato legível por computador mas apenas para efeitos de segurança e desde que a referida cópia de segurança contenha todos os avisos de direitos de autor ou propriedade constantes do original.

(c) Na medida em que a Apple tenha pré-instalado aplicações de marca Apple a partir da App Store no Dispositivo iOS do Utilizador no momento da compra ("Aplicações Pré-instaladas"), o Utilizador terá de iniciar sessão na App Store e associar estas Aplicações Pré-instaladas à sua conta da App Store para poder utilizá-las no respetivo Dispositivo iOS. Ao associar uma Aplicação Pré-instalada à sua conta da App Store, o Utilizador estará, de forma automática e em simultâneo, a associar todas as outras Aplicações Pré-instaladas no seu Dispositivo iOS. Ao decidir associar as Aplicações Pré-Instaladas à sua conta da App Store, o Utilizador concorda que a Apple pode transmitir, recolher, manter, processar e utilizar o ID Apple utilizado pela sua conta da Apple Store e um identificador de hardware único recolhido do seu Dispositivo iOS como identificadores de conta únicos com a finalidade de verificar a elegibilidade do pedido e de fornecer acesso às Aplicações Pré-Instaladas através da App Store. Caso o Utilizador não pretenda utilizar a Aplicação Pré-instalada, o Utilizador pode apagá-la do Dispositivo iOS, em qualquer momento.

(d) O Utilizador não pode (e aceita não permitir que outros o façam) copiar (exceto nos casos expressamente permitidos pela presente Licença), descompilar, efetuar engenharia inversa, desmontar, tentar obter o código-fonte, desencriptar, modificar ou criar obras derivadas do Software iOS ou de quaisquer serviços fornecidos pelo Software iOS, nem de nenhuma parte do mesmo (exceto e apenas na extensão que qualquer restrição precedente seja proibida pela lei vigente ou pelos termos de licenciamento que regem a utilização dos componentes de código aberto eventualmente incluídos no Software iOS).

(e) O Software iOS pode ser utilizado para reproduzir materiais, desde que essa utilização esteja limitada

à reprodução de materiais que não estejam protegidos por direitos de autor, materiais dos quais o Utilizador seja o proprietário dos direitos de autor ou materiais para os quais o Utilizador tenha uma autorização expressa ou legal para reproduzir. Os direitos de titularidade e de propriedade intelectual sobre qualquer conteúdo apresentado, armazenado ou acedido por intermédio do Dispositivo iOS pertencem aos respetivos proprietários desse conteúdo. Tal conteúdo pode estar protegido por leis de direitos de autor ou por outros tratados e leis de propriedade intelectual, podendo estar sujeito aos termos de utilização dos terceiros que fornecem o referido conteúdo. Salvo disposição em contrário, a presente Licença não concede ao Utilizador nenhum direito de utilização de tal conteúdo, nem garante que tal conteúdo continuará a estar disponível para o Utilizador.

(f) O Utilizador aceita usar o Software iOS e os Serviços (conforme definido na Alínea 5 mais adiante) em conformidade com todas as leis aplicáveis, incluindo as leis locais do país ou da região onde o Utilizador reside ou descarrega ou usa o Software iOS e os Serviços. As funcionalidades do Software iOS e dos Serviços podem não estar disponíveis em todos os idiomas ou regiões, algumas funcionalidades podem variar consoante a região, e algumas podem estar restritas ou indisponíveis por parte do fornecedor do serviço. É necessária uma ligação Wi-Fi ou de dados móveis para algumas funcionalidades do Software iOS e dos Serviços.

(g) A utilização da App Store requer uma combinação única de nome de utilizador e palavra-passe, conhecida como ID Apple. Também é necessário um ID Apple para aceder a atualizações de aplicações e a determinadas funcionalidades do Software iOS e dos Serviços.

(h) O Utilizador reconhece que muitas funcionalidades, aplicações integradas e Serviços do Software iOS transmitem dados e podem implicar encargos consoante o tarifário de dados do Utilizador, sendo, nesse caso, o Utilizador responsável pelo seu pagamento. O Utilizador pode ver e controlar que aplicações têm permissão para usar dados móveis e ver uma estimativa do consumo de dados das aplicações nas definições de "Dados móveis". Encontrará mais informação no Manual do Utilizador do Dispositivo iOS.

(i) Se o Utilizador decidir autorizar atualizações de aplicações automáticas, o Dispositivo iOS verifica periodicamente junto da Apple a existência de atualizações para as aplicações do dispositivo e, se houver alguma disponível, a atualização é automaticamente descarregada e instalada no dispositivo. O Utilizador pode desativar todas as atualizações de aplicações em simultâneo, acedendo às Definições, tocando em iTunes e App Store e desativando a opção Atualizações em "Descargas automáticas".

(j) A utilização do Dispositivo iOS em determinadas circunstâncias pode ser uma distração e pode provocar uma situação perigosa (por exemplo, o Utilizador deve evitar usar os auscultadores enquanto anda de bicicleta ou digitar uma mensagem de texto enquanto conduz um automóvel). Ao utilizar o Dispositivo iOS, o Utilizador assume a responsabilidade pelo cumprimento das regras que proíbem ou restringem o uso de telemóveis ou auscultadores (por exemplo, a obrigatoriedade de utilização de equipamento mãos-livres para efetuar chamadas enquanto conduz).

**3. Transferência.** O Utilizador não pode alugar, arrendar, emprestar, vender, redistribuir ou sublicenciar o Software iOS. O Utilizador pode, no entanto, realizar uma única transferência permanente de todos seus direitos sobre a Licença do Software iOS a terceiros associada à transferência de propriedade do respetivo Dispositivo iOS, desde que: (a) a transferência compreenda o Dispositivo iOS e todo o Software iOS, incluindo todos os componentes e a presente Licença; (b) o Utilizador não mantenha na sua posse nenhuma cópia do Software iOS, completa ou parcial, incluindo cópias armazenadas num computador ou outro dispositivo de armazenamento; e (c) a parte que irá receber o Software iOS leia e concorde em aceitar os termos e condições da presente Licença.

**4. Autorização para a utilização de dados.** Durante a utilização do dispositivo, o número de telefone e

determinados identificadores únicos do Dispositivo iOS são enviados à Apple para permitir que outras pessoas contactem o Utilizador através do respetivo número de telefone quando utilizam diversas funcionalidades de comunicação do Software iOS, como o iMessage e o FaceTime. Quando é utilizado iMessage, a Apple poderá conservar as mensagens do Utilizador, num formato cifrado, por um período de tempo limitado para garantir a sua entrega. O Utilizador pode desativar o FaceTime ou iMessage nas definições do FaceTime ou Mensagens do Dispositivo iOS. Certas funcionalidades como Análise, Serviços de localização, Siri e Ditado podem necessitar de informações do Dispositivo iOS para fornecerem as respetivas funcionalidades. Quando ativa ou desativa estas funcionalidades, os detalhes serão fornecidos independentemente de informação que é enviada à Apple e de como a informação pode ser usada. Pode obter mais informação em https://www.apple.com/privacy/. Os dados do Utilizador serão sempre tratados em conformidade com a Política de Privacidade da Apple, que está disponível para consulta no seguinte website: https://www.apple.com/legal/privacy/.

**5. Serviços e materiais de terceiros.**
(a) O Software iOS pode permitir o acesso à iTunes Store da Apple, App Store, iBooks Store, Game Center, iCloud, Mapas e a outros serviços e websites da Apple e de terceiros (coletiva e individualmente, "Serviços"). Esses Serviços podem não estar disponíveis em todos os idiomas nem em todos os países. O uso desses Serviços requer acesso à Internet e o uso de determinados Serviços pode requerer um ID Apple, pode exigir que o Utilizador aceite termos adicionais e poderão estar sujeitos a custos adicionais. Ao utilizar este software em associação com um ID Apple, ou outro Serviço Apple, o Utilizador aceita os termos de serviço aplicáveis a esse Serviço, tais como os Termos e Condições dos Serviços de Multimédia da Apple mais recentes e as Condições do país em que o Utilizador acede a esses Serviços, a que poderá aceder e analisar em https://www.apple.com/legal/internet-services/itunes/ww/.

(b) Se o Utilizador efetuar o registo no iCloud, é possível ter acesso direto a determinadas funcionalidades do iCloud como "Biblioteca de iCloud", "A minha partilha", "Partilha de iCloud", "Cópia de segurança" e "Encontrar o iPhone" a partir do Software iOS. O Utilizador reconhece e aceita que a utilização do iCloud e destas funcionalidades está sujeita aos termos e condições mais recentes do serviço iCloud, que estão disponíveis para consulta no seguinte endereço: https://www.apple.com/legal/internet-services/icloud/ww/.

(c) Conteúdo da aplicação Notícias. A utilização por parte do Utilizador do conteúdo acedido através da aplicação Notícias está limitada exclusivamente a fins pessoais, não comerciais. Tal utilização não transfere qualquer interesse na propriedade do conteúdo para o Utilizador e, exclui, especificamente, sem limitação, quaisquer direitos de utilização comercial ou promocional sobre tal conteúdo. Adicionalmente, o Utilizador está proibido de republicar, retransmitir e reproduzir quaisquer imagens acedidas através da aplicação Notícias como ficheiro independente.

(d) Mapas. As funcionalidades e o serviço de mapas do Software iOS ("Mapas"), incluindo a cobertura dos dados cartográficos, podem variar por país e região. Ao utilizar as funcionalidades baseadas na localização em Mapas, como a navegação passo a passo, o trânsito ou a pesquisa local, várias informações relacionadas com a localização e a utilização podem ser enviadas à Apple, incluindo a localização geográfica em tempo real do Dispositivo iOS, para processar o pedido e ajudar a melhorar Mapas. Os dados de localização e utilização atrás referidos são recolhidos pela Apple num formato que não identifica pessoalmente o Utilizador. **Ao utilizar Mapas, o Utilizador aceita e autoriza que a Apple e os respetivos agentes e subsidiárias transmitam, recolham, mantenham, processem e utilizem a referida informação para o fornecimento e melhoria do serviço e das funcionalidades de Mapas, assim como de outros produtos e serviços da Apple.** A Apple também podem fornecer tal informação, quer de forma agregada ou não identificável pessoalmente, aos seus parceiros e licenciados para ajudar a melhorar os seus produtos e serviços com base no mapa e na localização. O Utilizador pode desativar a funcionalidade de Mapas baseada na localização na definição "Serviços de localização" do Dispositivo iOS, onde pode desativar a definição de localização específica de Mapas.

No entanto, determinadas funcionalidades de Mapas deixarão de estar disponíveis se desativar a definição "Serviços de localização", nomeadamente a navegação passo a passo.

(e) iBooks; Podcasts. Se optar por utilizar a funcionalidade de sincronização das aplicações iBooks e Podcasts para sincronizar marcadores, notas, coleções e dados de assinatura de podcasts nos seus vários Dispositivos iOS e computadores, o Utilizador reconhece que esses dados serão enviados à Apple e armazenados em conjunto com o ID Apple usado para a iBooks Store ou a iTunes Store, para a sincronização dos referidos dados nos outros dispositivos e computadores autorizados a aceder ao conteúdo através do referido ID Apple. É possível desativar a sincronização em qualquer a altura nas Definições, nomeadamente através da alteração das opções de sincronização das aplicações iBooks e Podcasts, respetivamente.

(f) O Utilizador compreende que, ao utilizar quaisquer destes Serviços, poderá deparar-se com conteúdo que pode ser considerado ofensivo, indecente ou indesejável, sendo que esse conteúdo poderá conter linguagem explícita, e que os resultados de qualquer pesquisa ou acesso a um determinado URL poderão automaticamente e não propositadamente gerar ligações ou referências a material indesejável. Não obstante, o Utilizador concorda em utilizar os Serviços por sua conta e risco e que a Apple, seus afiliados, agentes, diretores ou licenciadores não são responsáveis por conteúdo que possa ser considerado ofensivo, indecente ou indesejável.

(g) Determinados Serviços podem apresentar, incluir ou disponibilizar conteúdos, dados, informação, aplicações ou materiais de terceiros ("Materiais de Terceiros") ou fornecer ligações para determinados websites de terceiros. Ao usar os Serviços, o Utilizador reconhece e aceita que a Apple não é responsável pela análise ou avaliação do conteúdo, da correção, plenitude, prontidão, validade, cumprimento de direitos de autor, legalidade, decência, qualidade ou qualquer outro aspeto desses websites ou Materiais de Terceiros. A Apple, os seus agentes, afiliados e subsidiárias não garantem nem aprovam e não assumem e não terão qualquer responsabilidade para com o Utilizador ou qualquer outra pessoa por quaisquer websites, Serviços ou Materiais de Terceiros, ou por quaisquer outros materiais, produtos ou serviços de terceiros. Os Materiais de Terceiros e as ligações a outros websites são fornecidos apenas para conveniência do Utilizador.

(h) Nem a Apple nem qualquer dos seus fornecedores de conteúdos garante a disponibilidade, correção, integralidade, fiabilidade ou oportunidade da informação da bolsa de valores, dados de localização ou quaisquer outros dados apresentados por quaisquer Serviços. A informação financeira apresentada por quaisquer Serviços serve apenas para efeitos informativos e não deve ser considerada como aconselhamento para investimentos. Antes de executar qualquer transação de valores com base em informação obtida através dos Serviços, o Utilizador deverá consultar um profissional da área financeira, legalmente qualificado para prestar aconselhamento financeiro no seu país ou região. Os dados de localização fornecidos por quaisquer Serviços, incluindo o serviço Mapas da Apple, servem apenas para efeitos de navegação ou planeamento, não se destinando a ser utilizados em situações em que sejam necessárias informações de localização precisas ou em que dados errados, incorretos, atrasados ou incompletos possam conduzir a morte, ferimentos, ou danos de propriedade ou ambientais. O Utilizador aceita que os resultados que receber do serviço Mapas podem diferir das condições reais das estradas ou do terreno devido a fatores que podem afetar a exatidão dos dados de Mapas, tais como, mas sem a isso estarem limitados, condições meteorológicas, rodoviárias e de tráfego, bem como acontecimentos geopolíticos. Para segurança do Utilizador, quando for utilizada a funcionalidade de navegação, o Utilizador deve prestar sempre atenção à sinalização e às condições atuais da rodovia. O Utilizador deve praticar uma condição segura e cumprir o código da estrada, bem como ter em atenção que as indicações a pé podem não incluir passeios ou vias pedonais.

(i) Na medida em que o Utilizador transfira qualquer conteúdo através da utilização dos Serviços, o Utilizador declara que detém todos os direitos, ou tem autorização ou está legalmente autorizado a

efetuar essa transferência, e que tal conteúdo não viola quaisquer termos de serviço aplicáveis aos Serviços. O Utilizador aceita que os Serviços contêm conteúdos, informações e materiais proprietários que pertencem à Apple, ao proprietário do site ou aos respetivos licenciadores, e que está protegido pela lei de propriedade intelectual e outras leis vigentes, incluindo sem limitação os direitos de autor. O Utilizador aceita que não irá usar esses conteúdos, informações e materiais proprietários de qualquer outra forma que não seja a utilização permitida dos Serviços, ou de qualquer forma que não seja consistente com os termos da presente Licença ou que viole quaisquer direitos proprietários de terceiros ou da Apple. Nenhuma parte dos Serviços pode ser reproduzida em qualquer forma ou por qualquer meio. O Utilizador aceita não modificar, arrendar, alugar, emprestar, vender, distribuir nem criar obras derivadas baseadas nos Serviços, seja de que forma for, e o Utilizador não irá tirar partido dos Serviços de qualquer outra forma não autorizada, incluindo sem limitação a utilização dos Serviços para transmitir vírus de computador, worms, trojans ou outro malware, ou o trespasse ou a sobrecarga da capacidade da rede. O Utilizador aceita ainda em não usar os Serviços de qualquer forma que possa molestar, abusar, perseguir, ameaçar, difamar ou de outra forma infringir ou violar os direitos de qualquer terceiro, e que a Apple não é responsável por esse uso feito pelo Utilizador, nem pelo assédio, ameaça, difamação, transgressão, mensagens ofensivas ou ilegais ou transmissões que o Utilizador possa vir a receber como resultado do seu uso dos Serviços.

(j) Adicionalmente, os Serviços e Materiais de Terceiros que podem ser acedidos, ligados ou apresentados a partir do Dispositivo iOS não estão disponíveis em todos os idiomas nem em todos os países ou regiões. A Apple não faz qualquer representação de que esses Serviços e Materiais de Terceiros são apropriados ou estão disponíveis para utilização em qualquer localização. Na extensão em que o Utilizador decide usar ou aceder a tais Serviços e Materiais de Terceiros, fá-lo a sua própria iniciativa e é responsável pelo cumprimento de quaisquer leis vigentes, incluindo mas sem limitação as leis locais vigentes, assim como as leis em matéria de privacidade e recolha de dados. A partilha ou sincronização de fotografias através do Dispositivo iOS pode provocar metadados, incluindo quando e onde a fotografia foi tirada, assim como informação de profundidade, que são transmitidos com as fotografias. A utilização dos serviços Apple (como a Fototeca em iCloud) para partilhar ou sincronizar fotografias implica que a Apple receba e armazene os referidos metadados. A Apple e os seus licenciadores reservam-se o direito de alterar, suspender, remover ou desativar o acesso a quaisquer Serviços, em qualquer altura, sem aviso prévio. Em nenhuma circunstância, a Apple será responsável pela remoção ou desativação do acesso a esses Serviços. A Apple poderá ainda impor limites à utilização e acesso a determinados Serviços, em qualquer caso, e sem aviso prévio ou responsabilidade.

**6. Término.** A presente Licença está em vigor até ser terminada. Os direitos do Utilizador ao abrigo da presente Licença cessam automaticamente ou deixam de ter efeito sem aviso prévio da Apple, em caso de incumprimento de qualquer dos termos da presente Licença. Com o término da presente Licença, o Utilizador deve deixar de utilizar o Software iOS. As Alíneas 4, 5, 6, 7, 8, 9, 12 e 13 da presente Licença subsistirão a esse término.

**7. Exclusão de garantias.**
7.1    Caso se trate de um cliente consumidor (alguém que utiliza o Software iOS fora do contexto do seu ofício, empresa ou profissão), o Utilizador pode ter direitos legais no seu país de residência que poderiam proibir a aplicação das seguintes limitações ao mesmo e, na medida em que sejam proibidas, estas limitações não se aplicarão ao Utilizador. Para mais informações acerca dos seus direitos, deverá contactar uma organização de apoio ao cliente local.

7.2    O UTILIZADOR RECONHECE E ACEITA EXPRESSAMENTE QUE, NA EXTENSÃO MÁXIMA PERMITIDA PELA LEI VIGENTE, O RISCO DECORRENTE DA UTILIZAÇÃO DO SOFTWARE iOS E DE QUAISQUER SERVIÇOS REALIZADOS PELO SOFTWARE iOS OU ACEDIDOS ATRAVÉS DO SOFTWARE iOS É EXCLUSIVAMENTE SEU E QUE TODO O RISCO REFERENTE À QUALIDADE

SATISFATÓRIA, DESEMPENHO, EXATIDÃO E ESFORÇO DEPENDE DE SI.

7.3    NA EXTENSÃO MÁXIMA PERMITIDA PELA LEI EM VIGOR, O SOFTWARE iOS E OS SERVIÇOS SÃO FORNECIDOS "TAL COMO ESTÃO" E "SEGUNDO A SUA DISPONIBILIDADE", COM TODAS AS FALHAS E SEM GARANTIA DE QUALQUER ESPÉCIE, E A APPLE E OS RESPETIVOS LICENCIADORES (COLETIVAMENTE REFERIDOS COMO "APPLE" PARA EFEITOS DAS ALÍNEAS 7 E 8) EXCLUEM EXPRESSAMENTE TODAS AS GARANTIAS E CONDIÇÕES RESPEITANTES AO SOFTWARE iOS E AOS SERVIÇOS, EXPRESSAS, IMPLÍCITAS OU PREVISTAS POR LEI, INCLUINDO, MAS SEM A ISSO ESTAREM LIMITADAS, AS GARANTIAS IMPLÍCITAS E/OU CONDIÇÕES DE COMERCIALIDADE, QUALIDADE SATISFATÓRIA, ADEQUAÇÃO A UMA FINALIDADE ESPECÍFICA, EXATIDÃO, GOZO PACÍFICO E DE NÃO VIOLAÇÃO DE DIREITOS DE TERCEIROS.

7.4    A APPLE NÃO DÁ QUALQUER GARANTIA QUANTO A INTERFERÊNCIAS NO GOZO DO SOFTWARE iOS E DOS SERVIÇOS, QUE AS FUNÇÕES OU SERVIÇOS REALIZADOS OU FORNECIDOS PELO SOFTWARE iOS SE ADEQUAM ÀS NECESSIDADES DO UTILIZADOR, QUE A OPERAÇÃO DO SOFTWARE iOS E DOS SERVIÇOS SERÁ ININTERRUPTA OU ISENTA DE ERROS, QUE QUALQUER SERVIÇO CONTINUARÁ A SER DISPONIBILIZADO, QUE OS DEFEITOS NO SOFTWARE iOS OU NOS SERVIÇOS SERÃO CORRIGIDOS, OU QUE O SOFTWARE iOS SERÁ COMPATÍVEL OU FUNCIONARÁ COM QUAISQUER APLICAÇÕES, SOFTWARE OU SERVIÇOS DE TERCEIROS. A INSTALAÇÃO DESTE SOFTWARE iOS PODE AFETAR A DISPONIBILIDADE E USABILIDADE DO SOFTWARE DE TERCEIROS, APLICAÇÕES OU SERVIÇOS DE TERCEIROS, ASSIM COMO PRODUTOS E SERVIÇOS DA APPLE.

7.5    O UTILIZADOR RECONHECE AINDA QUE O SOFTWARE iOS E OS SERVIÇOS NÃO SÃO DESTINADOS NEM ADEQUADOS PARA UTILIZAÇÃO EM SITUAÇÕES OU AMBIENTES EM QUE A FALHA OU ATRASO, ERROS OU INCORREÇÕES DO CONTEÚDO, DOS DADOS OU DA INFORMAÇÃO FORNECIDOS PELO SOFTWARE iOS OU PELOS SERVIÇOS POSSAM ORIGINAR A MORTE, FERIMENTOS PESSOAIS OU DANOS FÍSICOS OU AMBIENTAIS GRAVES, INCLUINDO MAS SEM LIMITAÇÃO A OPERAÇÃO DE INSTALAÇÕES NUCLEARES, SISTEMAS DE NAVEGAÇÃO AÉREA OU DE COMUNICAÇÕES, CONTROLO DE TRÁFEGO AÉREO, SISTEMAS DE MANUTENÇÃO DAS FUNÇÕES VITAIS OU DE ARMAS.

7.6    NENHUMA INFORMAÇÃO OU ACONSELHAMENTO ORAL OU ESCRITO FORNECIDO PELA APPLE OU POR UM REPRESENTANTE AUTORIZADO DA APPLE CONSTITUIRÁ UMA GARANTIA. SE O SOFTWARE iOS OU OS SERVIÇOS TIVEREM DEFEITOS, O UTILIZADOR ASSUMIRÁ O CUSTO INTEGRAL DE TODA A ASSISTÊNCIA E DE TODAS AS REPARAÇÕES OU CORREÇÕES NECESSÁRIAS. ALGUMAS JURISDIÇÕES NÃO PERMITEM A EXCLUSÃO DE GARANTIAS IMPLÍCITAS OU LIMITAÇÕES AOS ESTATUTOS DOS DIREITOS DO CONSUMIDOR EM VIGOR, PODENDO, POR ISSO, AS EXCLUSÕES E LIMITAÇÕES ACIMA MENCIONADAS NÃO SER APLICÁVEIS AO UTILIZADOR.

**8. Limitação da responsabilidade.** DENTRO DO PERMITIDO PELA LEI APLICÁVEL, EM NENHUM CASO A APPLE, OU SEUS AFILIADOS, AGENTES OU DIRETORES, SERÁ RESPONSÁVEL POR DANOS PESSOAIS OU QUALQUER PREJUÍZO ACIDENTAL, ESPECIAL OU INDIRETO, INCLUINDO, SEM LIMITAÇÃO, PREJUÍZOS POR PERDA DE LUCROS, CORRUPÇÃO OU PERDA DE DADOS, FALHA NA TRANSMISSÃO OU RECEÇÃO DE DADOS (INCLUINDO, SEM LIMITAÇÃO, INSTRUÇÕES, TAREFAS E MATERIAIS DE CURSOS), INTERRUPÇÃO DA ATIVIDADE OU QUALQUER OUTRO PREJUÍZO OU PERDA DE NATUREZA COMERCIAL, DECORRENTES OU RELACIONADOS COM A UTILIZAÇÃO OU IMPOSSIBILIDADE DE UTILIZAR O SOFTWARE iOS E SERVIÇOS, OU QUALQUER SOFTWARE OU APLICAÇÕES DE TERCEIROS JUNTAMENTE COM O SOFTWARE iOS OU OS SERVIÇOS, POR QUALQUER MOTIVO, INDEPENDENTEMENTE DA TEORIA DE RESPONSABILIDADE CIVIL (CONTRATO, DOLO OU QUALQUER OUTRO) E ATÉ MESMO SE A APPLE TIVER SIDO AVISADA DA

POSSIBILIDADE DESSES PREJUÍZOS. ALGUMAS JURISDIÇÕES NÃO PERMITEM A EXCLUSÃO OU A LIMITAÇÃO DE RESPONSABILIDADE POR DANOS PESSOAIS OU POR PREJUÍZOS ACIDENTAIS OU INDIRETOS, PELO QUE ESTA LIMITAÇÃO PODE NÃO SER APLICÁVEL AO UTILIZADOR. Em nenhuma circunstância a responsabilidade total da Apple perante o Utilizador por todos os danos (além dos que sejam exigidos pela lei em vigor nos casos de danos pessoais) poderá exceder a quantia de duzentos e cinquenta dólares (USD 250,00). As limitações precedentes serão aplicáveis mesmo se o recurso descrito acima não cumprir o seu propósito essencial.

**9. Certificados digitais.** O Software iOS contém funcionalidades que lhe permitem aceitar certificados digitais emitidos pela Apple ou por terceiros. O UTILIZADOR É O ÚNICO RESPONSÁVEL PELA DECISÃO DE CONFIAR OU NÃO NUM CERTIFICADO EMITIDO PELA APPLE OU POR TERCEIROS. O USO DOS CERTIFICADOS DIGITAIS É DA INTEIRA RESPONSABILIDADE E RISCO DO UTILIZADOR. NA EXTENSÃO MÁXIMA PERMITIDA PELA LEI APLICÁVEL, A APPLE NÃO FAZ QUAISQUER GARANTIAS OU REPRESENTAÇÕES, EXPRESSAS OU IMPLÍCITAS, RELATIVAMENTE À COMERCIALIDADE OU ADEQUAÇÃO PARA UM DETERMINADO FIM, À CORREÇÃO, SEGURANÇA OU INCUMPRIMENTO DOS DIREITOS DE TERCEIROS COM RESPEITO AOS CERTIFICADOS DIGITAIS.

**10. Controlo de exportação.** O Utilizador não pode utilizar, exportar ou reexportar o Software iOS, exceto na forma autorizada pela legislação dos Estados Unidos e do país no qual o Software iOS foi obtido. Em particular, porém sem limitação, o Software iOS não poderá ser exportado ou reexportado (a) para qualquer um dos países embargados pelos EUA ou (b) para qualquer pessoa constante da lista de Cidadãos Especialmente Indicados do Departamento do Tesouro dos Estados Unidos ou da Relação de Pessoas ou Entidades Recusadas do Departamento de Comércio dos Estados Unidos ou de quaisquer outras listas de entidades sujeitas a restrições. Ao utilizar o Software iOS, o Utilizador declara e garante que não está situado em nenhum dos países indicados nem consta das listas mencionadas. O Utilizador também aceita que não utilizará o Software iOS para qualquer fim que esteja proibido pelas leis dos Estados Unidos, incluindo, sem limitação, o desenvolvimento, a conceção, o fabrico ou a produção de mísseis, armamento nuclear, armas biológicas ou químicas.

**11. Utilizadores finais do Governo dos EUA.** O Software iOS e a documentação relacionada são "Artigos Comerciais", de acordo com a definição deste termo no n.º 48 do C.F.R. (Code of Federal Rules) §2.101, constituído por "Software de Computador Comercial" e "Documentação de Software de Computador Comercial", de acordo com a forma como estes termos são utilizados no n.º 48 do C.F.R. §12.212 ou o n.º 48 do C.F.R. §227.7202, consoante for aplicável. Em consonância com o n.º 48 do C.F.R. §12.212 ou o n.º 48 do C.F.R. §227.7202-1 à 227.7202-4, consoante for aplicável, o Software de Computador Comercial e a Documentação de Software de Computador Comercial são licenciados aos utilizadores finais do Governo dos Estados Unidos (a) somente como Artigos Comerciais e (b) apenas com os direitos que são oferecidos a outros utilizadores finais de acordo com os termos e condições aqui descritos. Os direitos não publicados estão protegidos pelas leis de direitos de autor dos Estados Unidos.

**12. Legislação aplicável e exequibilidade.** A presente Licença será regida e interpretada de acordo com as leis do Estado da Califórnia, excluindo os respetivos princípios de conflito de leis. A presente Licença não será regida pela convenção das Nações Unidas sobre contratos para a venda internacional de produtos, cuja aplicação está expressamente excluída. Caso se trate de um consumidor residente no Reino Unido, a presente Licença será regida pelas leis da jurisdição local. Se por algum motivo, um tribunal competente determinar que qualquer disposição, ou parte da mesma, é inexequível, as demais disposições desta Licença permanecerão em pleno vigor.

**13. Integralidade; idioma aplicável.** A presente Licença constitui o contrato integral entre o Utilizador e a Apple relativamente ao Software iOS e prevalece sobre todos os entendimentos anteriores ou contemporâneos relativos a esta matéria. Nenhuma modificação ou alteração dos termos da presente

Licença será vinculativa, salvo se for feita por escrito e estiver assinada pela Apple. Qualquer tradução da presente Licença é feita para cumprir requisitos locais e no caso de alguma divergência entre as versões em inglês e noutro idioma, prevalecerá a versão em inglês da presente Licença, dentro do permitido pela legislação local na jurisdição aplicável.

**14. Reconhecimento de terceiros.** Partes do Software iOS podem utilizar ou incluir software de terceiros e outro material com direitos de propriedade. Os reconhecimentos, termos de licenciamento e exclusões de garantias desse material estão incluídos na documentação eletrónica do Software iOS, e o uso pelo Utilizador desse material é regido pelos respetivos termos. A utilização do serviço Google Safe Browsing Service está sujeito aos Termos de Serviço do Google (https://www.google.com/intl/pt/policies/terms) e à Política de Privacidade do Google (https://www.google.com/intl/pt/policies/privacy/).

**15. Utilização de MPEG-4; aviso sobre H.264/AVC.**
(a) O Software iOS está licenciado ao abrigo da Licença do Portfólio de Patentes de Sistemas MPEG-4 para codificação de acordo com a Norma de Sistemas MPEG-4, exceto no caso em que uma licença adicional e o pagamento de direitos de utilização (royalties) sejam necessários para a codificação em relação a (i) dados armazenados ou duplicados num suporte físico que sejam pagos título por título e/ou (ii) dados que sejam pagos título por título e transmitidos a um utilizador final para armazenamento e/ou utilização permanente. Essa licença adicional pode ser obtida junto de MPEG LA, LLC. Visite http://www.mpegla.com para mais informações (em inglês).

(b) O Software iOS contém a funcionalidade de codificação e/ou descodificação de vídeo MPEG-4. O Software iOS está licenciado ao abrigo da Licença do Portefólio de Patentes Visuais MPEG-4 para utilização pessoal e sem fins comerciais de um consumidor para (i) codificação de vídeo de acordo com a Norma Visual MPEG-4 ("Vídeo MPEG-4") e/ou (ii) descodificação de vídeo MPEG-4 que tenha sido codificado por um consumidor a título pessoal e sem fins comerciais e/ou que tenha sido obtido a partir de um fornecedor de vídeo licenciado pela MPEG LA para fornecer vídeo MPEG-4. Nenhuma licença será concedida para qualquer outra finalidade, nem deverá ser subentendida a sua permissão para qualquer outra finalidade. Informações adicionais, inclusive as que estejam relacionadas com utilizações e concessão de licenças promocionais, internas e comerciais, podem ser obtidas junto de MPEG LA, LLC. Visite http://www.mpegla.com.

(c) O Software iOS contém a funcionalidade de codificação e/ou descodificação AVC. A utilização comercial do H.264/AVC necessitará de licença adicional e a seguinte cláusula será aplicável: A FUNCIONALIDADE AVC DO SOFTWARE iOS É LICENCIADA APENAS PARA USO PESSOAL E SEM FINS COMERCIAIS DE UM CONSUMIDOR PARA (i) CODIFICAR VÍDEO DE ACORDO COM A NORMA AVC ("VÍDEO AVC") E/OU (ii) DESCODIFICAR VÍDEO AVC QUE TENHA SIDO CODIFICADO POR UM CONSUMIDOR A TÍTULO PESSOAL E SEM FINS COMERCIAIS E/OU VÍDEO AVC QUE TENHA SIDO OBTIDO A PARTIR DE UM FORNECEDOR DE VÍDEO COM LICENÇA PARA FORNECER VÍDEO AVC. É POSSÍVEL OBTER INFORMAÇÕES SOBRE OUTRAS UTILIZAÇÕES E LICENÇAS JUNTO DE MPEG LA L.L.C. VISITE O SITE http://www.mpegla.com.

**16. Restrições do serviço Yahoo Search.** O serviço Yahoo Search disponibilizado através do Safari está licenciado para utilização apenas nos seguintes países e regiões: Alemanha, Argentina, Aruba, Austrália, Áustria, Bahamas, Barbados, Bélgica, Bermudas, Brasil, Bulgária, Canadá, Chile, China, Chipre, Colômbia, Coreia do Sul, Dinamarca, El Salvador, Equador, Eslováquia, Eslovénia, Espanha, EUA, Filipinas, Finlândia, França, Granada, Grécia, Guatemala, Hong Kong, Hungria, Ilhas Caimão, Índia, Indonésia, Irlanda, Islândia, Itália, Jamaica, Japão, Letónia, Lituânia, Luxemburgo, Malásia, Malta, México, Nicarágua, Noruega, Nova Zelândia, Países Baixos, Panamá, Peru, Polónia, Porto Rico, Portugal, Reino Unido, República Checa, República Dominicana, Roménia, Singapura, St. Lucia, St. Vincent, Suécia, Suíça, Tailândia, Taiwan, Trinidade e Tobago, Turquia, Uruguai e Venezuela.

**17.  Aviso sobre o Microsoft Exchange.** A configuração de correio do Microsoft Exchange no Software iOS é licenciada apenas para fins de sincronização pelo ar ("Over the Air") de informação (por exemplo, e-mail, contactos, calendário e tarefas) entre o seu Dispositivo iOS e o Microsoft Exchange Server ou outro software de servidor licenciado pela Microsoft para implementar o protocolo Exchange ActiveSync da Microsoft.

EA1520
22/09/2017

——————————————
**Termos e Condições Suplementares de Apple Pay**

Os presentes Termos e Condições Suplementares de Apple Pay (estes "Termos Suplementares") suplementam o Contrato de Licença de Software watchOS (a "Licença"); tanto os termos da Licença, como os Termos Suplementares regem a utilização da funcionalidade Apple Pay por parte do Utilizador, que se deve considerar como um "Serviço" ao abrigo da presente Licença. Os termos com letra maiúscula utilizados nos presentes Termos Suplementares têm o significado estabelecido na Licença.

**1. Visão geral e restrições de utilização**

Apple Pay permite ao Utilizador:

- armazenar representações virtuais de cartões de crédito, débito e pré-pagos, incluindo cartões de crédito, débito e pré-pagos de lojas e cartão Apple Pay Cash, que são suportados pela funcionalidade Apple Pay ("Cartões de Pagamento Suportados") e utilizar o Apple Watch para efetuar pagamentos sem contacto em localizações selecionadas ou pagamentos nas aplicações ou em websites;
- usar cartões de fidelização e oferta guardados na Wallet ("Cartões Compatíveis com Apple Pay" e, em conjunto com os Cartões de Pagamento Suportados, "Cartões Suportados"), para efetuar transações com cartões de fidelização e de oferta sem contacto em lojas selecionadas no âmbito de um pagamento sem contacto usando Apple Pay; e
- enviar pagamentos de pessoa para pessoa a outros utilizadores do Apple Pay.

As funcionalidades Apple Pay do Software iOS podem estar disponíveis apenas em regiões selecionadas, com emissores de cartões, instituições financeiras e comerciantes selecionados. As funcionalidades podem variar consoante a região, o emissor e o comerciante.

Para poder utilizar Apple Pay, o Utilizador tem de ter um Cartão Suportado. Os Cartões Suportados podem variar periodicamente. Além disso, para receber pagamentos de pessoa para pessoa, o Utilizador tem de ter um cartão Apple Pay Cash.

Os Cartões de Pagamento Suportados e os pagamentos de pessoa para pessoa estão associados ao ID Apple com o qual iniciou sessão em iCloud para utilizar estas funcionalidades. Os Cartões Suportados estão apenas disponíveis para indivíduos com idade igual ou superior a 13 anos e podem estar sujeitos a restrições de idade adicionais impostas por iCloud ou pelo Cartão Suportado que está a tentar fornecer. O cartão Apple Pay Cash e a capacidade de enviar e receber pagamentos de pessoa para pessoa estão apenas disponíveis para indivíduos maiores de 18 anos.

Apple Pay destina-se à utilização pessoal por parte do Utilizador e o Utilizador apenas pode fornecer os seus próprios Cartões Suportados. Se o Utilizador estiver a fornecer um cartão empresarial suportado, o Utilizador declara que está a fazê-lo com a autorização do empregador e que está autorizado a vincular o empregador aos presentes termos de utilização e a todas as transações efetuadas através da

utilização desta funcionalidade. Caso esteja a enviar ou receber um pagamento de pessoa para pessoa, o Utilizador representa que está a fazê-lo para seu próprio uso pessoal e não comercial.

O Utilizador concorda em não utilizar Apple Pay para finalidades ilegais ou fraudulentas, ou quaisquer outras finalidades que são proibidas pela Licença e pelos presentes Termos Suplementares. O Utilizador concorda ainda em utilizar Apple Pay de acordo com as leis e os regulamentos aplicáveis. O Utilizador concorda em não interferir ou perturbar o serviço Apple Pay (incluindo aceder ao serviço através de meios automatizados), ou quaisquer servidores ou redes ligadas ao serviço, ou quaisquer políticas, requisitos ou regulamentos de redes ligadas ao serviço (incluindo qualquer acesso não autorizado, utilização, monitorização de dados ou de tráfego).

## 2. Relação da Apple com o Utilizador

Apple Pay permite ao Utilizador criar criar uma representação virtual dos Cartões Suportados no Dispositivo iOS suportado. No entanto, a Apple não processa pagamentos ou outras transações de cartões que não são de pagamento (tais como a acumulação ou resgate de pontos), recebe, retém ou transfere os fundos do Utilizador, nem tem qualquer outro controlo sobre pagamentos, devoluções, reembolsos, pontos, valores, descontos ou outras atividades comerciais que possam surgir da utilização desta funcionalidade por parte do Utilizador.

Os termos dos contratos de titular de cartão que possam existir entre o Utilizador e o emissor do cartão continuam a reger a utilização dos Cartões de Pagamento Suportados e a sua utilização relacionada com Apple Pay. De igual modo, a participação do Utilizador em programas de fidelização ou cartão de oferta e a utilização dos Cartões Compatíveis com Apple Pay em articulação com Apple Pay estarão sujeitas aos termos e condições do comerciante em questão.

O cartão Apple Pay Cash e a capacidade de enviar e receber pagamentos de pessoa para pessoa estão disponíveis nos Estados Unidos e constituem serviços prestados pelo Green Dot Bank, membro da FDIC. Ao ativar tais funcionalidades dentro do Apple Pay, o Utilizador está a abrir uma conta no Green Dot Bank, e quando o Utilizador receber um pagamento de pessoa para pessoa, depositar ou levantar dinheiro do seu cartão Apple Pay Cash, o Green Dot Bank será responsável por receber e enviar o dinheiro do Utilizador ao destinatário pretendido. A instituição financeira responsável por oferecer o Apple Pay Cash e os pagamentos de pessoa para pessoa dentro do Apple Pay está sujeita a alteração, e a utilização de tais funcionalidades por parte do Utilizador está sujeita aos respetivos termos e condições.

Nada presente na Licença ou nestes Termos Suplementares modifica os termos de qualquer contrato de titular de cartão ou com o comerciante, e esses termos continuam a reger a utilização do Cartão Suportado aplicável e da respetiva representação virtual no Dispositivo iOS. O Utilizador concorda que a Apple não é parte dos seus contratos de titular de cartão ou com comerciantes, nem é responsável: (a) pelo conteúdo, fiabilidade ou indisponibilidade de quaisquer cartões de pagamento, cartões de fidelização, cartões de oferta, atividades comerciais, transações ou compras durante a utilização da funcionalidade Apple Pay; (b) pela emissão de crédito ou na avaliação de elegibilidade para crédito; (c) pela a acumulação ou resgate de pontos ou acumulação de valor monetário ao abrigo de um programa de um comerciante; (d) pelo financiamento ou recarregamento de cartões pré-pagos; (e) pelo envio ou a receção de pagamentos de pessoa para pessoa; ou (f) pelo depósito, resgate ou levantamento de dinheiro do cartão Apple Pay Cash do Utilizador.

Para todas as disputas ou questões acerca de cartões de pagamento, cartões de fidelização, cartões de oferta ou atividade comercial associada, contacte o emissor ou o comerciante em causa. Em caso de dúvidas a respeito do cartão Apple Pay Cash ou de pagamentos de pessoa para pessoa, contacte o Suporte da Apple.

**3. Privacidade**

Apple Pay necessita de alguma informação do Dispositivo iOS para disponibilizar todas as funcionalidades. Além disso, quando o Utilizador utiliza o seu cartão Apple Pay Cash ou envia ou recebe pagamentos de pessoa para pessoa, as informações adicionais sobre a respetiva transação são recolhidas e retidas para dar assistência à sua conta, para prevenir fraudes e para fins regulatórios. Encontrará mais informação sobre os dados recolhidos, usados ou partilhados no âmbito da utilização de Apple Pay, do cartão Apple Pay Cash ou dos pagamentos de pessoa para pessoa com Apple Pay na secção Acerca de Apple Pay e Privacidade (que pode ser acedida através de Wallet e Apple Pay no seu dispositivo iOS emparelhado ou dentro da aplicação Watch num Dispositivo iOS emparelhado) ou visitando https://www.apple.com/privacy. Ao utilizar estas funcionalidades, o Utilizador concorda e aceita a transmissão, recolha, manutenção, processamento e utilização de toda a informação supracitada por parte da Apple e respetivos agentes e subsidiárias com a finalidade de fornecer a funcionalidade Apple Pay.

**4. Segurança; perda ou desativação de dispositivos**

Apple Pay armazena representações virtuais dos Cartões Suportados do Utilizador e deve ser protegida à semelhança do dinheiro ou dos cartões de crédito, débito, pré-pagos, de fidelização ou de oferta físicos. O fornecimento do código do dispositivo a terceiros ou a permissão dada a terceiros para adicionarem a respetiva impressão digital para usar o Touch ID ou ativar o Face ID pode resultar na capacidade dos mesmos para fazerem pagamentos, enviarem, solicitarem ou receberem pagamentos de pessoa para pessoa, levantarem dinheiro do cartão Apple Pay Cash, ou receberem ou resgatarem pontos ou crédito com Apple Pay no dispositivo. O Utilizador é o único responsável pela manutenção da segurança do seu dispositivo e do respetivo código. O Utilizador concorda que a Apple não tem qualquer responsabilidade em caso de perda ou partilha do acesso ao dispositivo do Utilizador. O Utilizador concorda que a Apple não tem qualquer responsabilidade em caso de modificações não autorizadas ao iOS (como através de "jailbreak").

Pode ser necessário ativar medidas de segurança adicionais, como autenticação de dois fatores para o ID Apple, de forma a aceder a funcionalidades específicas de Apple Pay, entre elas o cartão Apple Pay Cash e pagamentos de pessoa para pessoa com Apple Pay. Se o Utilizador remover subsequentemente tais funcionalidades de segurança, talvez não seja capaz de continuar a aceder a funcionalidades específicas de Apple Pay.

Em caso de perda ou roubo do dispositivo, e se a funcionalidade Encontrar iPhone estiver ativada, o Utilizador pode utilizar a funcionalidade Encontrar iPhone para tentar suspender a capacidade de efetuar pagamentos com os Cartões de Pagamento Suportados virtuais ou enviar pagamentos de pessoa para pessoa nesse dispositivo, colocando-o em modo perdido. Além disso, o Utilizador pode apagar o dispositivo, o que acionará uma tentativa de suspender a capacidade de efetuar pagamentos com os Cartões Suportados virtuais ou enviar pagamentos de pessoa para pessoa no dispositivo e também de remover os Cartões Compatíveis com Apple Pay. O Utilizador deve também contactar o emissor dos Cartões de Pagamento Suportados, o comerciante que emitiu os Cartões Compatíveis com Apple Pay e a Apple, no caso do cartão Apple Pay Cash, para impedir o acesso aos Cartões Suportados.

Caso o Utilizador comunique ou a Apple suspeite de atividade fraudulenta ou abusiva, o Utilizador concorda em cooperar com a Apple em qualquer investigação e em utilizar quaisquer medidas de prevenção de fraude prescritas por nós.

**5. Limitação da responsabilidade**

PARA ALÉM DAS EXCLUSÕES DE GARANTIA E DA LIMITAÇÃO DE RESPONSABILIDADE ESTABELECIDA NA LICENÇA, A APPLE NÃO ASSUME QUALQUER RESPONSABILIDADE POR COMPRAS, PAGAMENTOS, TRANSAÇÕES OU OUTRA ATIVIDADE COMERCIAL EFETUADA ATRAVÉS DA FUNCIONALIDADE APPLE PAY, E O UTILIZADOR CONCORDA EM OLHAR UNICAMENTE PARA OS CONTRATOS QUE POSSA TER COM O BANCO EMISSOR, A REDE DE PAGAMENTOS, A INSTITUIÇÃO FINANCEIRA OU O COMERCIANTE PARA RESOLVER QUAISQUER QUESTÕES OU DISPUTAS RELACIONADAS COM OS CARTÕES SUPORTADOS, PAGAMENTOS DE PESSOA PARA PESSOA E ATIVIDADE COMERCIAL ASSOCIADA.

— — — — — — — — — — —

**AVISOS DA APPLE**

Caso a Apple precise de contactar o Utilizador sobre o produto ou a conta, o Utilizador autoriza o envio de avisos por e-mail. O Utilizador aceita que esses avisos enviados de forma eletrónica cumprirão quaisquer requisitos legais.

**РУССКИЙ**

**ВНИМАНИЕ: ИСПОЛЬЗУЯ iPHONE, iPAD ИЛИ iPOD TOUCH (ДАЛЕЕ — «УСТРОЙСТВО iOS»), ВЫ СОГЛАШАЕТЕСЬ СОБЛЮДАТЬ СЛЕДУЮЩИЕ УСЛОВИЯ**

**A.    ЛИЦЕНЗИОННОЕ СОГЛАШЕНИЕ КОМПАНИИ APPLE ОБ ИСПОЛЬЗОВАНИИ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ iOS**
**B.    ДОПОЛНИТЕЛЬНЫЕ УСЛОВИЯ ИСПОЛЬЗОВАНИЯ APPLE PAY**
**C.    УВЕДОМЛЕНИЯ КОМПАНИИ APPLE**

**APPLE INC.**
**ЛИЦЕНЗИОННОЕ СОГЛАШЕНИЕ ОБ ИСПОЛЬЗОВАНИИ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ iOS**
**Однопользовательская лицензия**

**ВНИМАТЕЛЬНО ОЗНАКОМЬТЕСЬ С НАСТОЯЩИМ ЛИЦЕНЗИОННЫМ СОГЛАШЕНИЕМ (ДАЛЕЕ — «ЛИЦЕНЗИЯ») ПЕРЕД ИСПОЛЬЗОВАНИЕМ УСТРОЙСТВА iOS ИЛИ ЗАГРУЗКОЙ ОБНОВЛЕНИЯ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ, К КОТОРОМУ ПРИЛАГАЕТСЯ ДАННАЯ ЛИЦЕНЗИЯ. ИСПОЛЬЗУЯ УСТРОЙСТВО iOS ИЛИ ЗАГРУЖАЯ ОБНОВЛЕНИЕ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ, ВЫ ОБЯЗУЕТЕСЬ СОБЛЮДАТЬ УСЛОВИЯ НАСТОЯЩЕЙ ЛИЦЕНЗИИ. ЕСЛИ ВЫ НЕ СОГЛАШАЕТЕСЬ С УСЛОВИЯМИ НАСТОЯЩЕЙ ЛИЦЕНЗИИ, ТО НЕ ИСПОЛЬЗУЙТЕ УСТРОЙСТВО iOS И НЕ ЗАГРУЖАЙТЕ ОБНОВЛЕНИЕ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ.**

**ЕСЛИ ВЫ НЕДАВНО ПРИОБРЕЛИ УСТРОЙСТВО iOS И НЕ СОГЛАШАЕТЕСЬ С УСЛОВИЯМИ НАСТОЯЩЕЙ ЛИЦЕНЗИИ, ВЫ МОЖЕТЕ ВЕРНУТЬ УСТРОЙСТВО iOS В ТЕЧЕНИЕ ПЕРИОДА ВОЗВРАТА В МАГАЗИН КОМПАНИИ APPLE ИЛИ УПОЛНОМОЧЕННОМУ ДИСТРИБЬЮТОРУ ПО МЕСТУ ПРИОБРЕТЕНИЯ И ПОЛУЧИТЬ НАЗАД УПЛАЧЕННУЮ ВАМИ СУММУ ПРИ УСЛОВИИ СОБЛЮДЕНИЯ ПОЛОЖЕНИЙ О ПОЛИТИКЕ ВОЗВРАТА КОМПАНИИ APPLE, КОТОРАЯ ОПУБЛИКОВАНА НА ВЕБ-САЙТЕ https://www.apple.com/legal/sales_policies/.**

**1. Общие положения.**
(a) Программное обеспечение (включая код загрузочного Boot ROM, встроенное программное обеспечение и стороннее программное обеспечение), документация, интерфейсы, контент, шрифты и любые данные, идущие в комплекте с Устройством iOS (далее — «Исходная конфигурация программного обеспечения iOS»), которые могут быть усовершенствованы или впоследствии заменены обновлениями, новые версии программного обеспечения или программное обеспечение для восстановления системы, предоставленные Apple (далее — «Обновления программного обеспечения iOS») и находящиеся на постоянном запоминающем устройстве или на любом ином носителе информации или в любой иной форме (Исходная конфигурация программного обеспечения iOS и Обновления программного обеспечения iOS, совместно именуемые «Программное обеспечение iOS»), не продаются Вам, а предоставляются компанией Apple Inc. (далее — «Apple») для использования исключительно на условиях настоящей Лицензии. Apple и ее лицензиары остаются собственниками Программного обеспечения iOS и сохраняют все прямо не переданные Вам права. Вы соглашаетесь с тем, что условия настоящей Лицензии применяются к любой программе марки Apple, которая может быть встроена в Ваше Устройство iOS, если такая программа не сопровождается отдельной лицензией, с условиями которой Вы соглашаетесь при использовании данной программы.

(b) Apple на свое усмотрение может предоставлять доступ к будущим Обновлениям программного обеспечения iOS. Обновления программного обеспечения iOS, при их наличии, не обязательно включают все существующие функции программного обеспечения или новые

функции, которые Apple выпускает для более новых или других моделей Устройств iOS. Условия настоящей Лицензии распространяются на любые предоставляемые компанией Apple Обновления программного обеспечения iOS, за исключением случаев, когда к подобному Обновлению программного обеспечения iOS прилагается отдельная лицензия, с условиями которой Вы соглашаетесь.

(c) Если Вы используете функцию быстрой настройки, чтобы настроить новое Устройство iOS на основе имеющегося у Вас Устройства iOS, Вы соглашаетесь, что условия настоящей Лицензии распространяются на использование Программного обеспечения iOS на Вашем новом Устройстве iOS, за исключением случаев, когда к нему прилагается отдельная лицензия, с условиями которой Вы соглашаетесь при использовании данного Программного обеспечения iOS.

**2. Использование, разрешенное Лицензией и ограничения использования.**
(a) В соответствии с условиями и положениями настоящей Лицензии Вам предоставляется ограниченная неисключительная лицензия на использование Программного обеспечения iOS на одном Устройстве iOS марки Apple. За исключением случаев, предусмотренных в Разделе 2 (b) ниже и если иное не предусмотрено отдельным соглашением между Вами и Apple, настоящая Лицензия не разрешает Вам использовать Программное обеспечение iOS более чем на одном Устройстве iOS марки Apple. Вы также не имеете права распространять и предоставлять сетевой доступ к Программному обеспечению iOS для одновременного его использования несколькими устройствами. Настоящая Лицензия не предоставляет Вам права на использование запатентованных интерфейсов Apple и другой интеллектуальной собственности при проектировании, разработке, производстве, лицензировании и распространении устройств и вспомогательных устройств третьих сторон или программ третьих сторон, предназначенных для использования с Устройствами iOS. Некоторые из указанных прав предоставляются компанией Apple на основании отдельных лицензий. Дальнейшая информация по разработке устройств и вспомогательных устройств третьих сторон, предназначенных для Устройств iOS, доступна на сайте https://developer.apple.com/programs/mfi/. Дальнейшая информация по разработке программ для Устройств iOS доступна на сайте https://developer.apple.com.

(b) В соответствии с положениями и условиями настоящей Лицензии Вам предоставляется ограниченная неисключительная лицензия на загрузку Обновлений программного обеспечения iOS, которые могут быть предоставлены компанией Apple для Вашей модели Устройства iOS, для обновления или восстановления программного обеспечения любого такого Устройства iOS, владельцем которого Вы являетесь или которое Вы контролируете. Настоящая Лицензия не разрешает Вам обновлять или восстанавливать Устройства iOS, владельцем которых Вы не являетесь или которые Вы не контролируете. Вы также не имеете права распространять или предоставлять сетевой доступ к обновлениям Программного обеспечения iOS для одновременного их использования на нескольких компьютерах или устройствах. При загрузке Обновления программного обеспечения iOS на свой компьютер Вы вправе изготовить только одну копию Обновлений программного обеспечения iOS, которая будет храниться на Вашем компьютере в машиночитаемой форме, исключительно для резервных целей, при условии, что в данной резервной копии будут сохранены уведомления об авторских правах и иные примечания владельца прав, содержащиеся в оригинале.

(c) В случае, если в момент покупки на Вашем Устройстве iOS присутствуют программы марки Apple из App Store («Предварительно установленные программы»), для использования этих Предварительно установленных программ на Вашем Устройстве iOS Вам необходимо войти в систему App Store и связать эти программы с Вашей учетной записью App Store. Связывая одну Предварительно установленную программу со своей учетной записью App Store, Вы одновременно с этим автоматически связываете все прочие Предварительно установленные

программы на Вашем Устройстве iOS. Связывая Предварительно установленные программы со своей учетной записью App Store, Вы соглашаетесь с тем, что Apple может передавать, собирать, хранить, обрабатывать и использовать Apple ID, который используется Вашей учетной записью App Store, и уникальный аппаратный идентификатор, полученный с Вашего Устройства iOS, как уникальные идентификаторы учетной записи в целях проверки правомерности Вашего запроса и предоставления Вам доступа к Предварительно установленным программам через App Store. Если Вы не желаете использовать Предварительно установленную программу, Вы можете удалить ее со своего Устройства iOS в любое время.

(d) Вы не вправе копировать и соглашаетесь не копировать и не предоставлять другим возможность копировать (кроме случаев, прямо установленных настоящей Лицензией), декомпилировать, разбирать на части, пытаться осуществить расшифровку структуры программного обеспечения, вносить изменения или создавать производные произведения на основе Программного обеспечения iOS или услуг, предоставляемых Программным обеспечением iOS, или любой их части (кроме случаев, когда упомянутые выше ограничения запрещены действующим законодательством или положениями лицензии, регулирующей использование компонентов с открытым кодом, которые могут быть включены в Программное обеспечение iOS, исключительно в пределах такого запрещения).

(e) Программное обеспечение iOS может быть использовано для воспроизведения материалов при условии, что такое использование ограничивается воспроизведением материалов, не защищенных положениями авторского права, материалов, на которые Вам принадлежат авторские права, или тех материалов, в отношении которых Вам предоставлено право или законное разрешение на их воспроизведение. Правовой титул и права интеллектуальной собственности в отношении любых данных, отображаемых, хранящихся или доступных при помощи Вашего Устройства iOS, принадлежат владельцу соответствующих данных. Эти данные могут быть защищены авторским правом либо иными законами и международными соглашениями о правах на интеллектуальную собственность, и третьи лица, предоставившие такие данные, могут ставить условия их использования. За исключением указанных здесь случаев, настоящая Лицензия не предоставляет Вам каких-либо прав на использование таких материалов и не гарантирует, что эти материалы будут доступны для Вас в дальнейшем.

(f) Вы соглашаетесь использовать Программное обеспечение iOS и Услуги (как определено в Разделе 5 ниже) в соответствии с действующим законодательством, включая местное законодательство страны или региона, в которых Вы проживаете или в которых Вы загружаете или используете Программное обеспечение iOS и Услуги. Функции Программного обеспечения iOS и Услуги могут быть доступны не на всех языках и не во всех регионах, список доступных функций может зависеть от региона, а некоторые функции могут быть ограничены или могут не предоставляться Вашим поставщиком услуг. Для использования некоторых функций Программного обеспечения iOS и Услуг требуется подключение к сети Wi-Fi или сотовой сети передачи данных.

(g) Для использования App Store требуется сочетание уникального имени пользователя и пароля, известное под названием Apple ID. Apple ID также требуется для доступа к обновлениям программ и определенным функциям Программного обеспечения iOS и Услуги.

(h) Вы признаете, что многие функции, встроенные программы и Услуги Программного обеспечения iOS передают данные, и такая передача данных может повлечь за собой выплаты в рамках Вашего тарифного плана, и что Вы несете ответственность за любые такие выплаты. Вы можете просмотреть и проконтролировать, каким программам разрешено использование данных сотовых сетей и оценить, сколько таких данных используется этими программами в меню настроек «Сотовые данные». Подробнее см. в Руководстве пользователя Вашего Устройства iOS.

(i) Если Вы включите автоматическое обновление программ, Ваше Устройство iOS будет периодически проверять наличие в системе Apple обновлений для программ на Вашем устройстве, и, если доступно обновление, оно будет автоматически загружено и установлено на Ваше устройство. Вы можете в любой момент полностью отключить автоматическое обновление программ, открыв «Настройки», нажав «iTunes Store и App Store» и выключив «Обновления» в разделе «Автоматические обновления».

(j) В некоторых обстоятельствах использование Вашего Устройства iOS может отвлекать Вас и приводить к опасным ситуациям (например, избегайте набирать текстовые сообщения во время вождения автомобиля или использовать наушники во время езды на велосипеде). Используя свое Устройство iOS, Вы соглашаетесь с тем, что Вы несете ответственность за соблюдение правил, запрещающих или ограничивающих использование мобильных телефонов и наушников (например, требования использовать гарнитуру при совершении вызовов во время вождения).

**3. Передача прав.** Вы не вправе брать или сдавать в прокат, аренду, предоставлять на время, продавать, повторно распространять или сублицензировать Программное обеспечение iOS. Однако Вы можете произвести единовременную необратимую передачу всех Ваших прав по лицензии на Программное обеспечение iOS третьей стороне в связи с передачей права собственности по такому условии, что (a) подобная передача прав будет включать в себя Устройство iOS и все Программное обеспечение iOS, включая все его составные части и настоящую Лицензию; (b) у Вас не останется полных или частичных копий Программного обеспечения iOS, включая копии, хранящиеся на компьютере или ином устройстве хранения данных; (c) сторона, получающая Программное обеспечение iOS, прочитает и согласится принять условия настоящей Лицензии.

**4. Согласие на использование информации.** Когда Вы используете свое устройство, Ваш телефонный номер и определенные уникальные идентификаторы Вашего Устройства iOS отправляются в Apple, чтобы другие пользователи имели возможность найти Вас по телефонному номеру при использовании различных функций связи Программного обеспечения iOS, таких как iMessage и FaceTime. Когда Вы используете iMessage, Apple может сохранять Ваши сообщения в зашифрованной форме в течение ограниченного периода времени, чтобы гарантировать их доставку. Вы можете отключить FaceTime или iMessage, перейдя в настройки FaceTime или iMessage на своем Устройстве iOS. Определенным функциям, таким как «Анализ», «Службы геолокации», «Диктовка» и Siri, для работы может требоваться информация с Вашего устройства iOS. При включении или использовании этих функций предоставляются сведения о том, какая информация отправляется в Apple и как она может использоваться. Подробнее об этом можно узнать на сайте https://www.apple.com/ru/privacy/. Ваша информация всегда обрабатывается в соответствии с Политикой конфиденциальности Apple, ознакомиться с которой Вы можете на сайте https://www.apple.com/legal/privacy/.

**5. Услуги и материалы третьих сторон.**
(a) Программное обеспечение iOS может предоставлять доступ к онлайн-магазинам компании Apple iTunes Store, App Store, iBooks Store, Game Center, iCloud, Картам и другим услугам и веб-сайтам, предоставляемым компанией Apple и третьими сторонами (далее совместно и по отдельности именуемым «Услуги»). Такие Услуги могут быть доступны не на всех языках и не во всех странах. Для пользования этими Услугами необходим доступ к Интернету. Для пользования отдельными Услугами может требоваться Apple ID, может требоваться Ваше согласие с дополнительными условиями, а также за пользование отдельными Услугами может взиматься дополнительная плата. Используя данное программное обеспечение с Apple ID или другой Услугой Apple, Вы соглашаетесь с применимыми условиями пользования данной Услугой, например с новейшими условиями и положениями пользования Мультимедийными сервисами

Apple для страны, в которой Вы пользуетесь данными Услугами, с которыми Вы можете ознакомиться по адресу: https://www.apple.com/legal/internet-services/itunes/ww/.

(b) При наличии регистрации в iCloud Вы можете получать доступ к определенным функциям iCloud, таким как «Фотоархив iCloud», «Мой фотопоток», «Общий доступ к фото iCloud», Back Up и Find My iPhone, напрямую из Программного обеспечения iOS. Вы признаете и соглашаетесь с тем, что Ваше использование iCloud и этих функций регулируется новейшей версией положений и условий использования службы iCloud, с которой Вы можете ознакомиться по адресу: https://www.apple.com/legal/internet-services/icloud/ww/.

(c) <u>Контент программы News.</u> Вы имеете право только личного некоммерческого использования контента, к которому Вы получаете доступ через программу News; его использование не наделяет Вас никакими правами собственности на этот контент; Вы также не имеете права использовать такой контент в любых коммерческих или рекламных целях, без каких-либо исключений. Кроме того, Вам запрещается переиздавать, передавать или воспроизводить любые изображения, к которым Вы получаете доступ через программу News в качестве отдельных файлов.

(d) <u>Карты</u>. Услуги и функции карт в Программном обеспечении iOS (далее — «Карты»), включая доступность картографических данных, могут различаться в зависимости от региона. Когда Вы используете любые функции Карт, связанные с определением местоположения, например пошаговую навигацию, информацию о дорожном движении и местный поиск, в Apple может отправляться различная информация, связанная с Вашим местоположением, и сведения об использовании, включая местоположение Вашего Устройства iOS в реальном времени, в целях обработки Вашего запроса и помощи в улучшении Карт. Сбор таких данных о местоположении и использовании выполняется Apple в такой форме, которая не идентифицирует Вас лично. **Используя Карты, Вы даете компании Apple и ее партнерам и агентам право на передачу, сбор, хранение, обработку и использование этой информации в целях предоставления и улучшения функций и услуг Карт и других продуктов и услуг Apple.** Кроме того, Apple может передавать такую информацию либо в сводной, либо в не позволяющей установить личность конкретных пользователей форме своим партнерам и лицензиарам в целях улучшения продуктов и услуг, использующих карты и информацию о местоположении. Вы можете отключить функции Карт, связанные с определением местоположения, в настройках Служб размещения на своем Устройстве iOS, выключив службы определения местоположения для Карт. Однако при отключенных Службах размещения Вам будут недоступны некоторые функции Карт, например пошаговая навигация.

(e) <u>iBooks; Подкасты</u>. Если Вы используете функцию синхронизации программ iBooks и Подкасты для синхронизации Ваших закладок, заметок, коллекций и подписок на подкасты между Вашими Устройствами iOS и компьютерами, Вы признаете, что эти данные будут отправляться в компанию Apple и храниться в связи с Apple ID, который Вы используете для iBooks Store или iTunes Store, для синхронизации этих данных с другими Вашими устройствами и компьютерами, которым разрешен доступ к материалам через Ваш Apple ID. Вы можете в любой момент отключить синхронизацию, изменив настройки синхронизации программ iBooks и Подкасты в «Настройках».

(f) Вы сознаете, что во время использования подобных Услуг Вам может встретиться контент, который может показаться оскорбительным, неприличным или нежелательным, содержание которого может или не может быть определено как имеющее откровенно неприличный характер, и что в результате поиска или ввода определенного URL-адреса автоматически и непреднамеренно могут быть созданы ссылки на оскорбительный материал. Тем не менее, Вы соглашаетесь с тем, что использование подобных Услуг осуществляется Вами на свой

собственный риск и что Apple, ее дочерние предприятия, агенты, принципалы и лицензиары не несут перед Вами ответственности за контент, содержание которого Вы можете счесть оскорбительным, неприличным или нежелательным.

(g) Некоторые Услуги предполагают показ, а также включают или предоставляют доступ к контенту, данным, информации, программам или материалам третьих сторон («Материалы третьих сторон»), а также предоставляют ссылки на веб-сайты третьих сторон. Пользуясь данными Услугами, Вы признаете и соглашаетесь с тем, что компания Apple не принимает на себя обязательств по изучению или оценке данного контента, а также точности, полноты, актуальности, правильности, соблюдения авторских прав, правомерности, пристойности, качества и прочих качеств любых Материалов или веб-сайтов третьих сторон. Компания Apple, ее сотрудники, аффилированные лица, дочерние предприятия не гарантируют и не рекомендуют, а также не принимают на себя и не несут никакой ответственности перед Вами или третьими сторонами за любые Услуги, Материалы или веб-сайты третьих сторон, либо за любые другие материалы, продукты или услуги третьих сторон. Материалы и ссылки на веб-сайты третьих сторон предоставляются исключительно для Вашего удобства.

(h) Компания Apple и ее контент-провайдеры не гарантируют доступность, точность, полноту, надежность и своевременность информации о ценных бумагах, данных о местоположении и иных данных, отображаемых посредством любой из Услуг. Финансовая информация, которая отображается посредством Услуг, предоставляется только в информативных целях и не должна рассматриваться как рекомендация по инвестированию. Перед осуществлением каких-либо сделок с ценными бумагами на основе информации, полученной посредством Услуг, Вы обязуетесь проконсультироваться со специалистом в области финансов и ценных бумаг, который правомочен давать финансовые рекомендации или рекомендации по ценным бумагам в Вашей стране или регионе. Данные о местоположении, предоставленные любыми Услугами, включая услугу «Карты» Apple, предоставляются только для простых целей навигации и планирования и не предназначены для ситуаций, когда необходима точная информация о местоположении, или ситуаций, когда ошибочные, неточные, запаздывающие или неполные данные о местоположении могут привести к смерти, травме, нанесению ущерба собственности или окружающей среде. Вы соглашаетесь с тем, что результаты, полученные Вами при пользовании услугой «Карты», могут различаться в зависимости от текущей дорожной обстановки и условий на местности, под действием факторов, которые могут повлиять на точность данных Карт, включая, помимо прочего, погодные и дорожные условия, а также геополитическую обстановку. В целях Вашей безопасности, во время использования функции навигации всегда обращайте внимание на дорожные знаки на местности и обстановку на дороге. Соблюдайте правила безопасного вождения и правила дорожного движения, а также помните, что на пеших маршрутах могут отсутствовать тротуары и пешеходные дорожки.

(i) В тех случаях, когда Вы выгружаете любой контент посредством использования Услуг, Вы заявляете, что Вы обладаете всеми правами, были уполномочены или другим способом имеете законное право на выгрузку такого контента и что такой контент не нарушает любые условия оказания услуг, применимые к Услугам. Вы соглашаетесь, что Услуги содержат запатентованный контент, информацию и материалы, являющиеся собственностью компании Apple, владельца сайта или их лицензиаров, которые защищены соответствующими законодательством о правах на интеллектуальную собственность и другими законами, в том числе законодательством об авторском праве. Вы соглашаетесь не использовать подобный контент, информацию или материалы каким-либо способом, кроме разрешенных для данных Услуг, или каким-либо способом, который противоречит условиям настоящей Лицензии или нарушает права на интеллектуальную собственность третьей стороны или компании Apple. Запрещается воспроизводить Услуги, полностью или частично, в любой форме и каким бы то ни было способом. Вы соглашаетесь не изменять, не брать и не сдавать в аренду, не сдавать в прокат, не

давать в залог, не продавать, не распространять и не создавать производные работы, основанные на Услугах, каким бы то ни было образом. Вы не должны пользоваться Услугами каким-либо неразрешенным способом, включая, помимо прочего, использование Услуг для передачи любых компьютерных вирусов, червей, троянских коней или других вредоносных программ, а также способами, вызывающими снижение пропускной способности сети или ее перегрузку. Кроме того, Вы соглашаетесь не использовать Услуги каким бы то ни было образом с целью причинения беспокойства, оскорбления, преследования, угроз, клеветы или нарушения прав третьих сторон иным образом, и компания Apple не несет ответственности за подобное использование Услуг Вами или за любые причиняющие беспокойство, содержащие угрозы, клевету, оскорбительные, нарушающие права или неправомерные сообщения, которые Вы можете получить в результате использования какой-либо из данных Услуг.

(j) Кроме того, Услуги и Материалы третьих сторон, к которым можно получить доступ, перейти по ссылке или отображать с помощью Устройства iOS, доступны не на всех языках и не во всех странах и регионах. Apple не делает никаких заявлений относительно того, что подобные Услуги и Материалы третьих сторон адекватны или доступны для использования в каком-либо определенном регионе. Во время обмена фотографиями или синхронизации фотографий через Устройство iOS вместе с фотографиями могут быть переданы метаданные, включая информацию о том где и когда было сделано фото и подробную информацию о нем. Пользование услугами Apple (такими как «Фотоархив iCloud») для обмена фотографиями или их синхронизации влечет за собой получение компанией Apple таких метаданных и их последующее хранение. Компания Apple и ее лицензиары сохраняют за собой право в любой момент и без уведомления изменять, приостанавливать, удалять Услуги или блокировать доступ к ним. Компания Apple также вправе в любой ситуации и без уведомления наложить ограничения на использование определенных Услуг или доступ к ним, не неся за это ответственности.

**6. Прекращение.** Настоящая Лицензия действительна до момента ее прекращения. В случае нарушения Вами условия или условий настоящей Лицензии Ваши права по настоящей лицензии автоматически прекращаются, или Лицензия прекращает действие иным способом без уведомления со стороны Apple. По окончании действия настоящей Лицензии Вы должны прекратить любое использование Программного обеспечения iOS. Разделы 4, 5, 6, 7, 8, 9, 12 и 13 настоящей Лицензии продолжают действовать даже после прекращения действия Лицензии.

**7. Отказ от гарантий.**
7.1.     Если Вы являетесь клиентом-потребителем, то есть используете Программное обеспечение iOS вне сферы своей предпринимательской или профессиональной деятельности, Вы можете иметь юридические права в своей стране пребывания, которые запрещают применение к Вам следующих ограничений; в этом случае эти ограничения не будут применяться к Вам. Подробную информацию о правах Вы можете получить в обществе защиты прав потребителей.

7.2.     ВЫ БЕЗОГОВОРОЧНО ПРИЗНАЕТЕ И СОГЛАШАЕТЕСЬ С ТЕМ, ЧТО В СТЕПЕНИ, РАЗРЕШЕННОЙ ДЕЙСТВУЮЩИМ ЗАКОНОДАТЕЛЬСТВОМ, ИСПОЛЬЗОВАНИЕ НАСТОЯЩЕГО ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ iOS И ЛЮБЫХ УСЛУГ, ПРЕДОСТАВЛЯЕМЫХ ИЛИ ДОСТУПНЫХ ПОСРЕДСТВОМ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ iOS, ОСУЩЕСТВЛЯЕТСЯ ВАМИ НА ВАШ СОБСТВЕННЫЙ РИСК, И, ЧТО ВЫ НЕСЕТЕ РИСК ЗА НАДЛЕЖАЩЕЕ КАЧЕСТВО, ЭФФЕКТИВНОСТЬ, ТОЧНОСТЬ И РЕЗУЛЬТАТ ИХ ИСПОЛЬЗОВАНИЯ.

7.3.     В МАКСИМАЛЬНОЙ СТЕПЕНИ, РАЗРЕШЕННОЙ ДЕЙСТВУЮЩИМ ЗАКОНОДАТЕЛЬСТВОМ, ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ iOS И УСЛУГИ ПОСТАВЛЯЮТСЯ НА УСЛОВИЯХ «КАК ЕСТЬ» И «КАК ДОСТУПНО», СО ВСЕМИ НЕДОСТАТКАМИ И БЕЗ ГАРАНТИЙ ЛЮБОГО РОДА. КОМПАНИЯ APPLE И ЕЕ ЛИЦЕНЗИАРЫ (СОВМЕСТНО ИМЕНУЕМЫЕ «APPLE» В

ЦЕЛЯХ РАЗДЕЛОВ 7 И 8) НАСТОЯЩИМ ОТКАЗЫВАЮТСЯ ОТ ПРЕДОСТАВЛЕНИЯ ЛЮБЫХ ГАРАНТИЙНЫХ ОБЯЗАТЕЛЬСТВ В ОТНОШЕНИИ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ iOS И УСЛУГ, ЯВНЫХ, ПОДРАЗУМЕВАЕМЫХ ИЛИ ПРЕДПИСАННЫХ ЗАКОНОМ, ВКЛЮЧАЯ, ПОМИМО ПРОЧЕГО, ПОДРАЗУМЕВАЕМЫЕ ГАРАНТИИ И/ИЛИ УСЛОВИЯ ПРИГОДНОСТИ К ПРОДАЖЕ, НАДЛЕЖАЩЕГО КАЧЕСТВА, ПРИГОДНОСТИ ДЛЯ ИСПОЛЬЗОВАНИЯ В КОНКРЕТНЫХ ЦЕЛЯХ, ТОЧНОСТИ, СПОКОЙНОГО ПОЛЬЗОВАНИЯ И НЕНАРУШЕНИЯ ПРАВ ТРЕТЬИХ СТОРОН.

7.4.    APPLE НЕ ПРЕДОСТАВЛЯЕТ ГАРАНТИЙ В ОТНОШЕНИИ ЗАЩИТЫ ОТ ОБСТОЯТЕЛЬСТВ, ПРЕПЯТСТВУЮЩИХ РАБОТЕ С ПРОГРАММНЫМ ОБЕСПЕЧЕНИЕМ iOS И УСЛУГАМИ, СООТВЕТСТВИЯ ФУНКЦИЙ И УСЛУГ, ВЫПОЛНЯЕМЫХ ИЛИ ПРЕДОСТАВЛЯЕМЫХ ПРОГРАММНЫМ ОБЕСПЕЧЕНИЕМ iOS, КОНКРЕТНЫМ ТРЕБОВАНИЯМ, БЕСПЕРЕБОЙНОЙ И БЕЗОШИБОЧНОЙ РАБОТЫ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ iOS, СОХРАНЕНИЯ ДОСТУПНОСТИ ЛЮБЫХ УСЛУГ, ИСПРАВЛЕНИЯ НЕДОСТАТКОВ В ПРОГРАММНОМ ОБЕСПЕЧЕНИИ И УСЛУГАХ iOS, А ТАКЖЕ СОВМЕСТИМОСТИ И РАБОТЫ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ iOS С ПРОГРАММНЫМ ОБЕСПЕЧЕНИЕМ, ПРОГРАММАМИ ИЛИ УСЛУГАМИ ТРЕТЬИХ СТОРОН. УСТАНОВКА ДАННОГО ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ iOS МОЖЕТ ПОВЛИЯТЬ НА ДОСТУПНОСТЬ И ЭКСПЛУАТАЦИОННУЮ ПРИГОДНОСТЬ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ, ПРОГРАММ ИЛИ УСЛУГ ТРЕТЬИХ СТОРОН, А ТАКЖЕ ПРОДУКТОВ И УСЛУГ APPLE.

7.5.    ВЫ ПРИЗНАЕТЕ, ЧТО ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ iOS И УСЛУГИ НЕ ПРЕДНАЗНАЧЕНЫ И НЕ ПОДХОДЯТ ДЛЯ ИСПОЛЬЗОВАНИЯ В СИТУАЦИЯХ ИЛИ СРЕДАХ, В КОТОРЫХ НЕВОЗМОЖНОСТЬ ИСПОЛЬЗОВАНИЯ, ЗАДЕРЖКИ, ОШИБКИ ИЛИ НЕТОЧНОСТИ В КОНТЕНТЕ, ДАННЫХ ИЛИ ИНФОРМАЦИИ, КОТОРЫЕ ПРЕДОСТАВЛЯЮТСЯ ПРОГРАММНЫМ ОБЕСПЕЧЕНИЯМ iOS ИЛИ УСЛУГАМИ, МОГУТ ПОВЛЕЧЬ ЗА СОБОЙ СМЕРТЬ ИЛИ ПРИЧИНЕНИЕ ВРЕДА ЛИЧНОСТИ ЛИБО ПРИВЕСТИ К СЕРЬЕЗНЫМ ПОВРЕЖДЕНИЯМ ИЛИ НАНЕСЕНИЮ УЩЕРБА ОКРУЖАЮЩЕЙ СРЕДЕ, ВКЛЮЧАЯ, ПОМИМО ПРОЧЕГО, ИСПОЛЬЗОВАНИЕ В ЯДЕРНЫХ УСТАНОВКАХ, ПРИ УПРАВЛЕНИИ ВОЗДУШНЫМИ СУДАМИ ИЛИ КОММУНИКАЦИОННЫМИ СИСТЕМАМИ, СИСТЕМАМИ КОНТРОЛЯ ДВИЖЕНИЯ ВОЗДУШНОГО ТРАНСПОРТА, АППАРАТАМИ ИСКУССТВЕННОГО ПОДДЕРЖАНИЯ ЖИЗНЕДЕЯТЕЛЬНОСТИ ИЛИ УПРАВЛЕНИЕМ СИСТЕМАМИ ВООРУЖЕНИЯ.

7.6.    НИКАКАЯ УСТНАЯ ИЛИ ПИСЬМЕННАЯ ИНФОРМАЦИЯ ИЛИ СОВЕТ СО СТОРОНЫ APPLE ИЛИ ЕЕ УПОЛНОМОЧЕННОГО ПРЕДСТАВИТЕЛЯ НЕ МОГУТ РАССМАТРИВАТЬСЯ КАК ГАРАНТИЙНЫЕ ОБЯЗАТЕЛЬСТВА. В СЛУЧАЕ ЕСЛИ В ПРОГРАММНОМ ОБЕСПЕЧЕНИИ iOS ОБНАРУЖАТСЯ КАКИЕ-ЛИБО НЕДОСТАТКИ, ЛЮБОЕ ОБСЛУЖИВАНИЕ, ИСПРАВЛЕНИЯ ИЛИ РЕМОНТ ПРОИЗВОДЯТСЯ ЗА ВАШ СЧЕТ. В НЕКОТОРЫХ ЮРИСДИКЦИЯХ СУЩЕСТВУЕТ ЗАПРЕТ НА ОТКАЗ ОТ ПОДРАЗУМЕВАЕМЫХ ГАРАНТИЙ ИЛИ ОГРАНИЧЕНИЙ В ОТНОШЕНИИ СООТВЕТСТВУЮЩИХ, УСТАНОВЛЕННЫХ ЗАКОНОМ ПРАВ ПОТРЕБИТЕЛЯ, ПОЭТОМУ ВЫШЕУКАЗАННЫЕ ИСКЛЮЧЕНИЯ ИЛИ ОГРАНИЧЕНИЯ МОГУТ БЫТЬ НЕПРИМЕНИМЫ К ВАМ.

**8. Ограничение ответственности.** В ОБЪЕМЕ, ПРЯМО НЕ ЗАПРЕЩЕННОМ ДЕЙСТВУЮЩИМ ЗАКОНОДАТЕЛЬСТВОМ, APPLE, ЕЕ ДОЧЕРНИЕ ПРЕДПРИЯТИЯ, АГЕНТЫ И ПРИНЦИПАЛЫ НЕ НЕСУТ ОТВЕТСТВЕННОСТИ ЗА ПРИЧИНЕНИЕ ВРЕДА ФИЗИЧЕСКОМУ ЛИЦУ ИЛИ ЛЮБЫЕ СЛУЧАЙНЫЕ, ОСОБЫЕ, НЕПРЯМЫЕ ИЛИ КОСВЕННЫЕ УБЫТКИ, ВКЛЮЧАЯ, ПОМИМО ПРОЧЕГО, УПУЩЕННУЮ ВЫГОДУ, ПОВРЕЖДЕНИЕ ИЛИ ПОТЕРЮ ДАННЫХ, НЕИСПРАВНОСТИ ПРИ ПЕРЕДАЧЕ ИЛИ ПОЛУЧЕНИИ ЛЮБЫХ ДАННЫХ (ВКЛЮЧАЯ, ПОМИМО ПРОЧЕГО, ИНСТРУКЦИИ, НАЗНАЧЕНИЯ И МАТЕРИАЛЫ К КУРСАМ), ПЕРЕРЫВ В КОММЕРЧЕСКОЙ ДЕЯТЕЛЬНОСТИ ИЛИ ИНЫЕ КОММЕРЧЕСКИЕ УБЫТКИ ИЛИ УЩЕРБ, ВОЗНИКШИЕ ИЛИ СВЯЗАННЫЕ С ИСПОЛЬЗОВАНИЕМ ИЛИ НЕВОЗМОЖНОСТЬЮ ИСПОЛЬЗОВАНИЯ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ iOS И УСЛУГ ИЛИ ЛЮБОГО ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ ИЛИ ПРОГРАММ ТРЕТЬИХ СТОРОН В СВЯЗИ С ИСПОЛЬЗОВАНИЕМ ПРОГРАММНОГО

ОБЕСПЕЧЕНИЯ iOS ИЛИ УСЛУГ ПО ЛЮБОЙ ПРИЧИНЕ, НЕЗАВИСИМО ОТ ТЕОРИИ ОТВЕТСТВЕННОСТИ (ИЗ ДОГОВОРА, ИЗ ДЕЛИКТА ИЛИ НА ИНЫХ ОСНОВАНИЯХ), ДАЖЕ В СЛУЧАЕ ЕСЛИ КОМПАНИИ APPLE БЫЛО ИЗВЕСТНО О ВОЗМОЖНОСТИ ВОЗНИКНОВЕНИЯ ПОДОБНЫХ УБЫТКОВ. В НЕКОТОРЫХ ЮРИСДИКЦИЯХ СУЩЕСТВУЕТ ЗАПРЕТ ИСКЛЮЧЕНИЯ ИЛИ ОГРАНИЧЕНИЯ ОТВЕТСТВЕННОСТИ ЗА ВРЕД ФИЗИЧЕСКИМ ЛИЦАМ ИЛИ ЗА СЛУЧАЙНЫЕ ИЛИ КОСВЕННЫЕ УБЫТКИ, ПОЭТОМУ ПОДОБНЫЕ ОГРАНИЧЕНИЯ МОГУТ БЫТЬ НЕПРИМЕНИМЫ К ВАМ. В любом случае общая ответственность Apple перед Вами за все убытки (помимо тех, которые могут подлежать возмещению в соответствии с требованиями применимого законодательства в случае причинения вреда физическому лицу) ограничивается суммой в 250 (двести пятьдесят) долларов США. Вышеуказанные ограничения действуют, даже если применение какого-либо из вышеназванных средств правовой защиты не соответствует его основной цели.

**9. Цифровые сертификаты.** Функциональные возможности Программного обеспечения iOS позволяют принимать цифровые сертификаты, выданные Apple или третьими сторонами. ВЫ САМОСТОЯТЕЛЬНО НЕСЕТЕ ПОЛНУЮ ОТВЕТСТВЕННОСТЬ ЗА РЕШЕНИЕ ПРИНЯТЬ ИЛИ ОТКЛОНИТЬ СЕРТИФИКАТ, ВЫДАННЫЙ APPLE ИЛИ ТРЕТЬЕЙ СТОРОНОЙ. ВЫ ИСПОЛЬЗУЕТЕ ЦИФРОВЫЕ СЕРТИФИКАТЫ НА СВОЙ РИСК. В МАКСИМАЛЬНО РАЗРЕШЕННОМ ПРИМЕНИМЫМ ЗАКОНОДАТЕЛЬСТВОМ ОБЪЕМЕ APPLE НЕ ПРЕДОСТАВЛЯЕТ НИКАКИХ ЯВНЫХ ИЛИ ПОДРАЗУМЕВАЕМЫХ ГАРАНТИЙ ИЛИ ЗАЯВЛЕНИЙ КАСАТЕЛЬНО ПРИГОДНОСТИ К ПРОДАЖЕ ИЛИ ПРИГОДНОСТИ ДЛЯ ИСПОЛЬЗОВАНИЯ В КОНКРЕТНЫХ ЦЕЛЯХ, ТОЧНОСТИ, БЕЗОПАСНОСТИ ИЛИ НЕНАРУШЕНИЯ ПРАВ ТРЕТЬИХ СТОРОН В ОТНОШЕНИИ ЦИФРОВЫХ СЕРТИФИКАТОВ.

**10. Экспортный контроль.** Вы не вправе использовать или иным образом экспортировать или реэкспортировать Программное обеспечение iOS за исключением тех случаев, когда это разрешено законодательством США и законодательством юрисдикции(й), в которой(ых) Программное обеспечение iOS было приобретено. В частности, помимо прочего, Программное обеспечение iOS не может быть экспортировано или реэкспортировано (а) в страны, в отношении которых США введено эмбарго, или (б) любому из установленного Департаментом финансов США Список особо означенных граждан или из установленного Департаментом торговли США Списка исключенных физических или юридических лиц или любого другого списка исключенных лиц. Используя Программное обеспечение iOS, Вы заявляете и гарантируете, что Вы не находитесь ни в одной из указанных стран и не включены ни в один из перечисленных списков. Вы также соглашаетесь не использовать Программное обеспечение iOS в любых целях, запрещенных законодательством США, включая, помимо прочего, разработку, проектирование, изготовление или производство ракет, ядерного, химического или биологического оружия.

**11. Конечные пользователи Правительства.** Программное обеспечение iOS и сопутствующая документация представляют собой «Коммерческие продукты» в значении, установленном в главе 48 Свода федеральных постановлений (C.F.R.) п. 2.101, состоящие из «Коммерческого компьютерного программного обеспечения» и «Коммерческой документации для компьютерного программного обеспечения», в значении этих терминов предусмотренных, соответственно, в главе 48 Свода федеральных постановлений (C.F.R.) п. 12.212 или в главе 48 Свода федеральных постановлений (C.F.R.) п. 227.7202. Как указано соответственно в п. 12.212 главы 48 или в пп. 227.7202-1 - 227.7202-4 главы 48 Свода федеральных постановлений (C.F.R.), лицензии на Коммерческое Программное компьютерное обеспечение и Коммерческую документацию на Программное компьютерное обеспечение выдаются конечным пользователям Правительства США (а) только в качестве Коммерческих продуктов и (б) только в объеме тех прав, которые предоставляются всем другим конечным пользователям в соответствии с условиями настоящей Лицензии. Неопубликованные права сохраняются за Apple в соответствии с законодательством об авторских правах США.

**12. Применимое право и частичная недействительность.** Положения настоящей Лицензии регулируются и толкуются в соответствии с законодательством штата Калифорния, за исключением положений коллизионного права. Настоящая Лицензия не подлежит регулированию Конвенцией ООН о договорах международной торговли товарами, действие которой прямо исключено. Если Вы являетесь потребителем, проживающих в Соединенном Королевстве, данное соглашение регулируется законами юрисдикции страны пребывания. Если по какой-либо причине надлежащая судебная инстанция признает одно из положений или его часть не подлежащими принудительному исполнению, оставшиеся положения Лицензии сохраняют полную юридическую силу.

**13. Целостность соглашения. Основной язык соглашения.** Настоящая Лицензия представляет собой полное соглашение между Вами и компанией Apple в отношении Программного обеспечения iOS и заменяет собой все предыдущие или временные договоренности сторон по предмету соглашения. Любые поправки или изменения настоящей Лицензии действительны, только если они внесены в письменной форме и подписаны компанией Apple. Любой перевод настоящей Лицензии осуществляется только для соблюдения требований местного законодательства. В случае расхождений между версиями на английском и любом другом языке приоритет имеет версия Лицензии на английском языке в максимальном объеме, прямо не запрещенном местным законодательством.

**14. Признание прав третьих сторон.** Некоторые части Программного обеспечения iOS могут использовать или включать в себя программное обеспечение третьих сторон и другие материалы, охраняемые авторским правом. Признание прав третьих сторон, условия лицензирования и отказ от предоставления гарантий в отношении таких материалов содержатся в электронной документации к Программному обеспечению iOS, а использование Вами подобных материалов регулируется соответствующими вышеуказанными положениями. Использование службы Google Safe Browsing должно соответствовать Условиям предоставления услуг Google (https://www.google.com/intl/ru/policies/terms/) и Политике конфиденциальности Google (https://www.google.com/intl/ru/policies/privacy/).

**15. Использование MPEG-4; H.264/AVC.**
(a) Программное обеспечение iOS предоставляется по Лицензии Пакета Патентов на Системы MPEG-4 для кодирования в соответствии со Стандартом Систем MPEG-4, за исключением тех случаев, при которых необходима дополнительная лицензия и оплата лицензионных отчислений для кодирования в связи с (i) данными, хранящимися или воспроизведенными на физическом носителе, которые оплачиваются исходя из количества наименований, и/или (ii) данными, оплачиваемыми, исходя из количества наименований, и передающимися конечному пользователю для постоянного хранения и/или использования. Подобная дополнительная лицензия может быть получена в компании MPEG LA, LLC. Подробную информацию Вы найдете по адресу: http://www.mpegla.com.

(b) Программное обеспечение iOS содержит функциональные средства кодирования и/или декодирования формата MPEG-4. Программное обеспечение iOS предоставляется на условиях Лицензии на пакет патентов MPEG-4 Visual для персонального и некоммерческого использования потребителем в целях (i) кодирования видео в соответствии с Визуальным Стандартом MPEG-4 («MPEG-4 Видео») и/или (ii) декодирования видео MPEG-4, которое было закодировано потребителем для персонального и некоммерческого использования, и/или было получено от поставщика видеопродукции, имеющего лицензию на поставку видео MPEG-4, выданную компанией MPEG LA. Лицензия не предоставляется и не распространяется на использование в иных целях. Дополнительную информацию относительно рекламного, внутреннего и коммерческого использования и лицензирования Вы можете получить в компании MPEG LA, LLC,

посетив сайт http://www.mpegla.com.

(c) Программное обеспечение iOS содержит функциональные средства кодирования и/или декодирования формата AVC. Коммерческое использование декодера H.264/AVC требует дополнительного лицензирования и соблюдения следующих условий: ФУНКЦИОНАЛЬНЫЕ КАЧЕСТВА AVC В ПРОГРАММНОМ ОБЕСПЕЧЕНИИ iOS ПРЕДОСТАВЛЯЮТСЯ ИСКЛЮЧИТЕЛЬНО ДЛЯ ЛИЧНОГО И НЕКОММЕРЧЕСКОГО ИСПОЛЬЗОВАНИЯ ПОТРЕБИТЕЛЕМ ДЛЯ (i) КОДИРОВАНИЯ ВИДЕО В СООТВЕТСТВИИ СО СТАНДАРТАМИ AVC (ВИДЕО AVC) И/ИЛИ (ii) ДЕКОДИРОВАНИЯ ВИДЕО AVC, КОТОРОЕ БЫЛО ЗАКОДИРОВАНО ПОТРЕБИТЕЛЕМ В ЦЕЛЯХ ЛИЧНОГО И НЕКОММЕРЧЕСКОГО ИСПОЛЬЗОВАНИЯ, И/ИЛИ ВИДЕО AVC, КОТОРОЕ БЫЛО ПОЛУЧЕНО ОТ ПРОВАЙДЕРА, ПОЛУЧИВШЕГО ЛИЦЕНЗИЮ НА ПРЕДОСТАВЛЕНИЕ ВИДЕО AVC. БОЛЕЕ ПОДРОБНУЮ ИНФОРМАЦИЮ ОБ ИСПОЛЬЗОВАНИИ И ЛИЦЕНЗИРОВАНИИ ВЫ МОЖЕТЕ ПОЛУЧИТЬ В КОМПАНИИ MPEG LA L.L.C., ПОСЕТИВ САЙТ http://www.mpegla.com.

**16. Ограничение службы поиска Yahoo.** Служба поиска Yahoo, доступная через Safari, лицензирована для использования только в следующих странах и регионах: Австралия, Австрия, Аргентина, Аруба, Багамские Острова, Барбадос, Бельгия, Бермуды, Болгария, Бразилия, Великобритания, Венгрия, Венесуэла, Гватемала, Германия, Гонконг, Гренада, Греция, Дания, Доминиканская Республика, Индия, Индонезия, Ирландия, Исландия, Испания, Италия, Каймановы острова, Канада, Кипр, Китай, Колумбия, Латвия, Литва, Люксембург, Малайзия, Мальта, Мексика, Нидерланды, Никарагуа, Новая Зеландия, Норвегия, Панама, Перу, Польша, Португалия, Пуэрто-Рико, Румыния, Сальвадор, Сент-Винсент, Сент-Люсия, Сингапур, Словакия, Словения, США, Таиланд, Тайвань, Тринидад и Тобаго, Турция, Уругвай, Филиппины, Финляндия, Франция, Чешская Республика, Чили, Швейцария, Швеция, Эквадор, Южная Корея, Ямайка и Япония.

**17. Примечание Microsoft Exchange.** Настройка почты Microsoft Exchange на Программном обеспечении iOS лицензирована только для беспроводной синхронизации информации, такой как электронная почта, контакты, календарь и задачи, между Вашим iOS и сервером Microsoft Exchange или другим программным обеспечением сервера, лицензированным компанией Microsoft для реализации протокола Microsoft Exchange ActiveSync.

EA1520
22.09.2017 г.

————————————
**Дополнительные положения и условия использования Apple Pay**

Данные Дополнительные положения и условия использования Apple Pay (далее — «Дополнительные условия») дополняют Лицензионное соглашение об использовании программного обеспечения iOS (далее — «Лицензия»); данные Дополнительные условия и Лицензия регулируют использование функции Apple Pay, которая в рамках Лицензии считается Услугой. Все термины данных Дополнительных условий, начинающиеся с заглавной буквы, имеют значения, установленные в Лицензии.

**1.    Обзор и ограничения использования.**

Функция Apple Pay позволяет:

- хранить виртуальные представления карты Apple Pay Cash, кредитных, дебетовых и предоплаченных карт, в том числе кредитных, дебетовых и предоплаченных карт магазинов, поддерживаемых функцией Apple Pay (далее — «Поддерживаемые платежные

<u>карты</u>»), и использовать поддерживаемые Устройства iOS для совершения бесконтактных платежей в определенных местах, а также для оплаты в программах и на веб-сайтах;

- использовать карты постоянного покупателя и подарочные карты, хранящиеся в программе Wallet («<u>Карты с поддержкой Apple Pay</u>», совместно с Поддерживаемыми платежными картами именуемые «<u>Поддерживаемыми картами</u>»), для совершения бесконтактных транзакций с карт постоянного покупателя и подарочных карт в определенных магазинах в рамках бесконтактного платежа с использованием Apple Pay;
- совершать личные платежи, доступные Вам и другим пользователям Apple Pay.

Функции Apple Pay Программного обеспечения iOS могут быть доступны не во всех регионах и не всем эмитентам карт, финансовым учреждениям и продавцам. Список функций может различаться в зависимости от региона, эмитента и продавца.

Для использования Apple Pay необходима Поддерживаемая карта. Список Поддерживаемых карт может периодически изменяться. Кроме того, чтобы совершать личные платежи, необходимо иметь карту Apple Pay Cash.

Для использования Поддерживаемых платежных карт и совершения личных платежей выполняется их привязка к учетной записи Apple ID, с помощью которой выполнен вход в iCloud. Поддерживаемые карты доступны только пользователям, достигшим 13 лет, и могут быть предметом возрастных ограничений, налагаемых iCloud или Поддерживаемой картой, которую Вы хотите использовать. Карта Apple Pay Cash и личные платежи доступны только лицам, достигшим 18 лет.

Функция Apple Pay предназначена для личного пользования, и Вы можете создавать виртуальные представления только собственных Поддерживаемых карт. Если Вы создаете виртуальное представление поддерживаемой корпоративной карты, Вы подтверждаете, что делаете это с разрешения своего работодателя и у Вас есть полномочия связать Вашего работодателя обязательствами соблюдать данные условия использования в отношении всех операций, проводимых с использованием этой функции. Если Вы совершаете или получаете личный платеж, Вы подтверждаете, что делаете это только в целях личного некоммерческого пользования.

Вы соглашаетесь не использовать Apple Pay в незаконных или мошеннических целях или любых других целях, которые запрещены Лицензией и данными Дополнительными условиями. Вы также соглашаетесь использовать Apple Pay в соответствии с применимыми законами и правилами. Вы соглашаетесь не препятствовать и не нарушать работу службы Apple Pay (включая доступ к службе с использованием любых средств автоматизации) и любых серверов и сетей, подключенных к службе, а также не нарушать любые политики, требования и правила сетей, подключенных к службе (включая любой несанкционированный доступ, использование или мониторинг соответствующих данных или трафика).

## 2.    Отношения между Вами и компанией Apple.

Apple Pay позволяет создавать виртуальное представление Ваших Поддерживаемых карт на принадлежащем Вам поддерживаемом Устройстве iOS. Однако компания Apple не обрабатывает платежи или транзакции с других неплатежных карт (такие как вознаграждения и скидки на картах постоянного покупателя) не получает, не удерживает, не переводит Ваши средства и не имеет никакого контроля над платежами, возвратами, возмещениями, вознаграждениями, суммами, скидками или другими коммерческими действиями, которые могут возникать в результате использования этой функции.

Если между Вами и эмитентом карты заключен договор с держателем банковской карты, его условия продолжают регулировать Ваше использование Поддерживаемых карт и их использование в связи с функцией Apple Pay. Аналогичным образом Ваше участие в программах использования карт постоянного покупателя или подарочных карт у определенных продавцов и Ваше использование Карт с поддержкой Apple Pay в связи с Apple Pay будет регулироваться условиями и положениями таких продавцов.

Использование карты Apple Pay Cash и совершение личных платежей доступны исключительно в США, и эти услуги оказывает банк Green Dot Bank, член Федеральной корпорации по страхованию вкладов. Когда Вы пользуетесь указанными услугами посредством Apple Pay, Вы открываете счет в банке Green Dot Bank, а когда Вы получаете и отправляете личные платежи либо пополняете свою карту Apple Pay Cash или снимаете с нее деньги, Green Dot Bank отвечает за отправку и получение денег по назначению. Финансовое учреждение, ответственное за услуги, связанные с использованием карты Apple Pay Cash и совершение личных платежей посредством Apple Pay, может изменяться, а использование этих функций будет регулироваться применимыми к ним условиями и положениями.

Никакие из положений Лицензии или данных Дополнительных условий не изменяют условий любого договора с держателем банковской карты, пользователем или продавцом, и такие условия будут регулировать Ваше использование соответствующей Поддерживаемой карты и личных платежей в рамках функции Apple Pay, а также их виртуального представления на Вашем Устройстве iOS. Вы соглашаетесь с тем, что компания Apple не является стороной в Ваших договорах с держателем карты или продавцом; не несет ответственности за: (а) содержание, точность или недоступность каких-либо платежных карт, карт постоянного покупателя, подарочных карт, коммерческих действий, транзакций или покупок при использовании функции Apple Pay; (б) выдачу кредита или оценку платежеспособности для его получения; (в) накопление или использование вознаграждения или скидок в рамках программ продавца; (г) пополнение или обновление предоплаченных карт; (д) отправку и получение личных платежей; или (е) пополнение карты Apple Pay Cash, списание или снятие с нее денег.

При возникновении любых споров или вопросов о платежных картах, картах постоянного покупателя, подарочных картах или связанных с ними коммерческих действиях обратитесь к эмитенту карты или соответствующему продавцу. По вопросам, касающимся карты Apple Pay Cash или личных платежей, обратитесь в службу поддержки Apple.

**3.    Конфиденциальность.**

Для полноценной работы функции Apple Pay ей требуется определенная информация с Вашего Устройства iOS. Кроме того, когда Вы пользуетесь картой Apple Pay Cash или совершаете личные платежи, выполняется сбор и хранение дополнительной информации о транзакциях для обслуживания Вашего счета, соблюдения норм и правил и предотвращения мошенничества. Подробнее о данных, которые собираются, используются и предоставляются при использовании Вами Apple Pay или карты Apple Pay Cash и совершении личных платежей с Apple Pay, Вы можете узнать в разделе «Об Apple Pay и конфиденциальности» (к которому можно перейти, выбрав Wallet и Apple Pay на Устройстве iOS или открыв программу Watch на Устройстве iOS, с которым создана пара) или на странице https://www.apple.com/ru/privacy. Используя эти функции, Вы даете компании Apple, ее дочерним предприятиям и агентам согласие на передачу, сбор, хранение, обработку и использование всей вышеизложенной информации в целях предоставления функции Apple Pay.

**4.    Безопасность; потерянные или отключенные устройства.**

Функция Apple Pay хранит виртуальные представления Ваших Поддерживаемых карт, и уровень ее защиты должен соответствовать уровню защиты наличных или Ваших физических кредитных, дебетовых, предоплаченных, подарочных карт и карт постоянного покупателя. Если Вы сообщите код-пароль Вашего устройства третьему лицу, или позволите ему добавить свой отпечаток пальца для использования Touch ID, или этот человек зарегистрируется с помощью функции Face ID на Вашем устройстве, этот человек сможет совершать платежи, отправлять, запрашивать или получать личные платежи, снимать деньги с карты Apple Pay Cash или получать и использовать бонусные баллы или кредитные средства через Apple Pay на Вашем устройстве. Вы несете единоличную ответственность за обеспечение безопасности Вашего устройства и Вашего код-пароля. Вы соглашаетесь с тем, что компания Apple не несет никакой ответственности в случае потери Вашего устройства, а также если Вы предоставите общий доступ к Вашему устройству. Вы соглашаетесь с тем, что компания Apple не несет никакой ответственности в случае, если Вы вносите в iOS несанкционированные изменения (например, путем «джейлбрейка»).

Для использования некоторых функций Apple Pay, в том числе карты Apple Pay Cash и личных платежей посредством Apple Pay, Вам могут понадобиться дополнительные меры безопасности, такие как двухфакторная аутентификация для доступа к учетной записи Apple ID. Если Вы в дальнейшем перестанете использовать эти дополнительные меры безопасности, будет невозможно получить доступ к некоторым функциям Apple Pay.

Если Ваше устройство потеряно или украдено и у Вас включена функция «Найти iPhone», Вы можете использовать эту функцию, чтобы попытаться приостановить возможность оплаты при помощи виртуальных Поддерживаемых платежных карт и совершение личных платежей на устройстве, включив режим пропажи. Вы также можете стереть содержимое устройства; при этом будет предпринята попытка приостановить возможность оплаты при помощи виртуальных Поддерживаемых платежных карт и совершение личных платежей на устройстве и попытка удалить Карты с поддержкой Apple Pay. Вы также должны обратиться к эмитенту Ваших Поддерживаемых платежных карт, к продавцу, выдавшему Вам Карты с поддержкой Apple Pay, а в случае карты Apple Pay Cash Вы также должны обратиться в Apple, чтобы предотвратить несанкционированный доступ к Вашим Поддерживаемым картам.

Если Вы сообщаете в компанию Apple о мошеннических или оскорбительных действиях или компания Apple подозревает о ведении таких действий, Вы соглашаетесь сотрудничать с компанией Apple в любом расследовании и принимать любые предписанные нами меры по предотвращению мошенничества.

**5.    Ограничение ответственности.**

В ДОПОЛНЕНИЕ К ОТКАЗУ ОТ ГАРАНТИЙ И ОГРАНИЧЕНИЮ ОТВЕТСТВЕННОСТИ, КОТОРЫЕ ИЗЛОЖЕНЫ В ЛИЦЕНЗИИ, КОМПАНИЯ APPLE НЕ БЕРЕТ НА СЕБЯ НИКАКОЙ ОТВЕТСТВЕННОСТИ ЗА ПОКУПКИ, ПЛАТЕЖИ, ТРАНЗАКЦИИ ИЛИ ДРУГИЕ КОММЕРЧЕСКИЕ ДЕЙСТВИЯ, СОВЕРШЕННЫЕ С ПОМОЩЬЮ ФУНКЦИИ APPLE PAY, И ВЫ СОГЛАШАЕТЕСЬ ДЛЯ РАЗРЕШЕНИЯ ЛЮБЫХ ВОПРОСОВ ИЛИ СПОРОВ В ОТНОШЕНИИ ПОДДЕРЖИВАЕМЫХ КАРТ, ЛИЧНЫХ ПЛАТЕЖЕЙ И СВЯЗАННЫХ КОММЕРЧЕСКИХ ДЕЙСТВИЙ ОБРАЩАТЬСЯ ИСКЛЮЧИТЕЛЬНО К ДОГОВОРАМ, КОТОРЫЕ МОГУТ БЫТЬ ЗАКЛЮЧЕНЫ МЕЖДУ ВАМИ И ЭМИТЕНТОМ ВАШИХ КАРТ, ПЛАТЕЖНОЙ СЕТЬЮ, ФИНАНСОВЫМИ УЧРЕЖДЕНИЯМИ ИЛИ ПРОДАВЦОМ.

——————————————
**УВЕДОМЛЕНИЯ КОМПАНИИ APPLE**
Если компании Apple потребуется связаться с Вами по вопросам Вашего продукта или учетной

записи, Вы соглашаетесь на получение уведомлений по электронной почте. Вы соглашаетесь, что любые подобные уведомления, рассылаемые нами электронным способом, соответствуют всем законным требованиям в области информационного обмена.

**SVENSKA**

**VIKTIGT: GENOM ATT ANVÄNDA iPHONE, iPAD ELLER iPOD TOUCH ("iOS-ENHET") GODKÄNNER DU FÖLJANDE VILLKOR FRÅN APPLE OCH TREDJE PART:**

**A.    PROGRAMLICENSAVTAL FÖR APPLE iOS-PROGRAMVARA**
**B.    TILLÄGGSVILLKOR FÖR APPLE PAY**
**C.    MEDDELANDEN FRÅN APPLE**

**APPLE INC.**
**PROGRAMLICENSAVTAL FÖR iOS-PROGRAMVARA**
**Enanvändarlicens**

**LÄS NOGA IGENOM DETTA PROGRAMLICENSAVTAL ("AVTALET") INNAN DU ANVÄNDER iOS-ENHETEN ELLER HÄMTAR DEN PROGRAMUPPDATERING SOM DETTA LICENSAVTAL HÖR TILL. GENOM ATT ANVÄNDA DIN iOS-ENHET ELLER HÄMTA EN PROGRAMUPPDATERING, OM TILLÄMPLIGT, SAMTYCKER DU TILL VILLKOREN I DETTA AVTAL. OM DU INTE SAMTYCKER TILL VILLKOREN I AVTALET SKA DU INTE ANVÄNDA iOS-ENHETEN ELLER HÄMTA PROGRAMUPPDATERINGEN.**

**OM DU NYLIGEN HAR KÖPT EN iOS-ENHET MEN INTE GODKÄNNER VILLKOREN I AVTALET KAN DU RETURNERA iOS-ENHETEN, SÅ LÄNGE RETURRÄTTEN GÄLLER, TILL APPLE STORE ELLER DEN AUKTORISERADE ÅTERFÖRSÄLJARE DU KÖPTE DEN HOS OCH FÅ PENGARNA TILLBAKA I ENLIGHET MED APPLES RETURPOLICY PÅ https://www.apple.com/legal/sales_policies/.**

**1. Allmänt.**
(a) Programvaran (inklusive startinstruktioner i ROM-minnet, inbäddad programvara och programvara från tredje part), dokumentation, gränssnitt, innehåll, typsnitt och eventuella data som levereras med iOS-enheten ("iOS-originalprogramvara"), och som kan uppdateras eller ersättas av funktionsförbättringar, programuppdateringar eller program för systemåterställning från Apple ("iOS-programuppdateringar"), vare sig det lagras i ROM-minne eller annat medium (iOS-originalprogramvara och iOS-programuppdateringar benämns kollektivt "iOS-programvara") licensieras, utan att säljas, till dig av Apple Inc. ("Apple") för användning i enlighet med villkoren i detta Avtal. Apple och dess licensgivare behåller äganderätten till iOS-programvaran och förbehåller alla rättigheter som inte uttryckligen givits till dig. Du godkänner att villkoren i detta Avtal gäller för samtliga Apple-märkta programvaror som är inbyggda på din iOS-enhet, såvida inte ett separat avtal medföljer sådan programvara. Om så är fallet godkänner du att villkoren i det separata avtalet gäller användningen av den programvaran.

(b) Apple kan, efter eget gottfinnande, ge dig tillgång till framtida uppdateringar av iOS-programvaran. Eventuella iOS-programuppdateringar kanske inte innehåller alla befintliga programvarufunktioner, eller nya funktioner som Apple inkluderar i nyare modeller av iOS-enheter. Villkoren i detta Avtal gäller för alla iOS-programuppdateringar som Apple tillhandahåller, såvida inte iOS-programuppdateringen åtföljs av en separat licens som du i så fall godkänner är de villkor som gäller.

(c) Om du använder expressinställningsfunktionen till att ställa in en ny iOS-enhet baserad på din befintliga iOS-enhet samtycker du till att villkoren i detta Avtal ska gälla för din användning av iOS-programvaran på dina nya iOS-enhet, med undantag för om den åtföljs av ett separat avtal i vilket fall du samtycker till att villkoren i det avtalet ska gälla för din användning av iOS-programvaran.

**2. Tillåten användning och begränsningar.**
(a) Enligt gällande villkor i detta Avtal beviljas du en begränsad icke-exklusiv licens att använda iOS-programvaran på en enda Apple-märkt iOS-enhet. Med undantag för användning enligt punkt 2(b)

nedan, och för vad som eventuellt har avtalats separat mellan dig och Apple, tillåter inte Avtalet att iOS-programvaran finns på fler än en Apple-märkt iOS-enhet samtidigt och du har inte rätt att distribuera iOS-programvaran eller göra iOS-programvaran tillgänglig via ett nätverk för flera enheter samtidigt. Avtalet ger dig rätt att använda Apples egenutvecklade gränssnitt eller övriga immateriella rättigheter vid design, utveckling, tillverkning, licensiering eller distribution av enheter och tillbehör från tredje part eller programvara från tredje part för användning med iOS-enheter. Vissa av dessa rättigheter kan erhållas via separata licenser från Apple. Om du vill få mer information om att som tredje part utveckla enheter och tillbehör till iOS-enheter besöker du https://developer.apple.com/programs/mfi/. Om du vill få mer information om att utveckla programvara för iOS-enheter besöker du https://developer.apple.com.

(b) Enligt villkoren i denna Licens beviljas du en begränsad, icke-exklusiv licens för att hämta iOS-programvaruuppdateringar som kan göras tillgängliga av Apple för din iOS-enhet för att uppdatera eller återställa programvaran på iOS-enheten som du äger eller administrerar. Avtalet ger dig inte rätt att uppdatera eller återskapa iOS-enheter som du inte äger eller administrerar och du får inte distribuera eller göra iOS-programuppdateringar tillgängliga via ett nätverk så att de kan användas för att uppdatera flera enheter eller flera datorer samtidigt. Om du hämtar en iOS-programuppdatering till din dator får du göra en säkerhetskopia av iOS-programuppdateringen som lagras på datorn i maskinläsbar form, förutsatt att säkerhetskopian återger alla upplysningar om upphovsrätt eller andra juridiska anmärkningar som finns i originalet.

(c) I den utsträckning som Apple har förinstallerat Apple-märkta programvaror från App Store på din iOS-enhet vid tiden för inköpet ("Förinstallerade appar") måste du logga in på App Store och associera Förinstallerade appar med ditt App Store-konto för att använda dem på din iOS-enhet. När du associerar en Förinstallerad app med ditt App Store-konto associerar du samtidigt alla övriga Förinstallerade appar på din iOS-enhet. Genom att associera Förinstallerade appar med ditt App Store-konto samtycker du till att Apple överför, samlar in, lagrar, bearbetar och använder både det Apple-ID som används av ditt App Store-konto och ett unikt maskinvaru-ID som samlats in från din iOS-enhet som unika kontoidentifierare i syfte att bekräfta behörigheten för din förfrågan och ge dig tillgång till Förinstallerade appar via App Store. Om du inte vill använda en Förinstallerad app kan du när som helst radera den från din iOS-enhet.

(d) Du får inte och förbinder dig att inte, eller möjliggöra att andra kan, kopiera (utöver vad som uttryckligen tillåts i detta Avtal), dekompilera, dekonstruera, disassemblera, försöka härleda källkoden, avkryptera, modifiera eller skapa härledda produkter helt eller delvis baserade på iOS-programvaran eller på tjänster som den levererar (med undantag för vad som tillåts i tillämpliga lagar, eller av licensvillkoren gällande komponenter med öppen källkod som kan ingå i iOS-programvaran).

(e) iOS-programvaran får användas till att mångfaldiga icke upphovsrättsskyddat material, material som du äger upphovsrätten till och material som du är behörig eller har erforderligt tillstånd att mångfaldiga. Titlar och immateriella rättigheter i och till material som visas av, lagras i eller ansluts till via din iOS-enhet tillhör sina respektive ägare. Sådant material kan skyddas av lagar och fördrag gällande upphovsrätt eller andra immateriella rättigheter och kan gälla under användarvillkor från tredje part som tillhandahåller sådant material. Med undantag för vad som tillåts i detta Avtal ger detta Avtal dig inte någon rätt att använda sådant innehåll och garanterar inte heller att sådant material kommer att vara tillgängligt i framtiden.

(f) Du samtycker till att använda iOS-programvaran och Tjänster (som de definieras i avsnitt 5 nedan) i överensstämmelse med tillämplig lagstiftning, inklusive lokala regler och bestämmelser som gäller där du är bosatt eller hämtar och använder iOS-programvaran och Tjänster. Alla funktioner i iOS-programvaran och iOS-tjänsterna kanske inte är tillgängliga på alla språk eller i alla områden, vissa funktioner kan variera beroende på område, och vissa kan vara begränsade eller inte tillgängliga via din tjänsteleverantör. En Wi-Fi- eller mobildataanslutning krävs för vissa funktioner i iOS-programvaran och

iOS-tjänster.

(g) Användning av App Store kräver en unik kombination av användarnamn och lösenord, kallat ett Apple-ID. Ett Apple-ID krävs även för åtkomst till programuppdateringar och vissa funktioner i iOS-programvaran och iOS-tjänsterna.

(h) Du förstår och godkänner att många funktioner, inbyggda appar och Tjänster i iOS-programvaran sänder data och kan medföra kostnader för ditt dataabonnemang samt att du ansvarar för dessa kostnader. Du kan se och styra vilka programvaror som får tillgång till mobildata och visa en uppskattning av hur mycket data sådana programvaror har använt i inställningarna för Mobildata. Mer information finns i användarhandboken för din iOS-enhet.

(i) Om du väljer att tillåta automatiska programuppdateringar kommer din iOS-enhet att regelbundet kontrollera med Apple om det finns uppdateringar för programvaran på din enhet. Om en uppdatering finns tillgänglig hämtas och installeras den automatiskt på din enhet. Du kan när som helst stänga av automatiska programuppdateringar helt genom att gå till Inställningar, trycka på iTunes och App Store och stänga av Uppdateringar under Automatiska hämtningar.

(j) Användning av din iOS-enhet under vissa förhållanden kan utgöra en distraktion och leda till att farliga situationer uppstår (du bör t.ex. inte skriva SMS medan du kör bil eller använda hörlurar när du cyklar). Genom att använda iOS-enheten samtycker du till att hållas ansvarig för att efterleva lagar och regler som begränsar eller förbjuder användningen av mobiltelefoner eller hörlurar (t.ex. kravet att använda handsfree under telefonsamtal vid bilkörning).

**3. Överlåtelse.** Du får inte hyra ut, leasa, låna ut, sälja, distribuera eller underlicensiera iOS-programvaran. Du får emellertid överlåta alla licensrättigheter till iOS-programvaran till annan part i samband med att iOS-enheten byter ägare, förutsatt att (a) du överlåter din iOS-enhet och hela iOS-programvaran, inklusive alla komponentdelar samt detta Avtal, (b) du inte behåller några fullständiga eller partiella kopior av iOS-programvaran, inklusive kopior som lagrats på en dator eller annan lagringsenhet, samt att (c) den mottagande parten läser och godkänner villkoren i detta Avtal.

**4. Godkännande av dataanvändning.** När du använder din enhet skickas ditt telefonnummer och vissa unika identifierare för din iOS-enhet till Apple så att andra ska kunna nå dig via ditt telefonnummer när de använder olika kommunikationsfunktioner, som iMessage och FaceTime, i iOS-programvaran. När du använder iMessage kan Apple spara dina meddelanden i krypterad form under en begränsad tidsperiod för att säkerställa leveransen av dem. Du kan stänga av FaceTime eller iMessage genom att öppna inställningen FaceTime eller Meddelanden på din iOS-enhet. Vissa funktioner, som Analys, Platstjänster, Siri och Diktering, kan kräva information från din iOS-enhet för att kunna tillhandahålla sina respektive funktionaliteter. När du slår på eller använder de här funktionerna tillhandahålls uppgifter om vilken information som skickas till Apple och hur informationen kan användas. Du kan läsa mer genom att besöka https://www.apple.com/se/privacy/. Under alla förhållanden behandlas din information i enlighet med Apples integritetspolicy som kan läsas på: https://www.apple.com/legal/privacy/.

**5. Tjänster och tredjepartsmaterial.**
(a) iOS-programvaran kan ge tillgång till Apples iTunes Store, App Store, iBooks Store, Game Center, iCloud, Kartor, samt andra tjänster och webbplatser från Apple och tredje part (kallas kollektivt och individuellt "Tjänster"). Sådana Tjänster kanske inte är tillgängliga på alla språk eller i alla länder. För att använda dessa Tjänster krävs tillgång till internet. Användning av vissa Tjänster kan kräva ett Apple-ID och att du godkänner ytterligare användarvillkor och betalar avgifter som kan tillkomma. Genom att använda denna programvara med ett Apple-ID eller annan Apple-tjänst godkänner du tillämpliga användningsvillkor för den tjänsten, exempelvis de senaste villkoren för Apples medietjänster för landet där du ansluter till sådana Tjänster, som du kan komma åt och granska på https://www.apple.com/legal/

internet-services/itunes/ww/.

(b) Om du tecknar ett iCloud-konto kan du använda vissa iCloud-funktioner, till exempel "iCloud-bildbibliotek", "Min bildström", "iCloud-bilddelning", "Säkerhetskopiera" och "Hitta min iPhone", direkt från iOS-programvaran. Du förstår och godkänner att din användning av iCloud och dessa funktioner lyder under de senaste villkoren för iCloud-tjänsten, vilka du kommer åt och kan granska på: https://www.apple.com/legal/internet-services/icloud/ww/.

(c) Innehåll i appen News. Din användning av innehåll som du får tillgång till via appen News är begränsad till enbart personligt, icke-kommersiellt bruk. Ingen äganderätt överförs till dig gällande innehållet och din användning exkluderar specifikt, utan begränsning, alla rättigheter till kommersiellt eller marknadsföringsmässigt bruk av sådant innehåll. Vidare är du förbjuden att återpublicera, vidaresända och reproducera eventuella bildfiler i fristående format som du får tillgång till via News.

(d) Kartor. Karttjänsten och kartfunktionerna i iOS-programvaran ("Kartor"), inklusive kartdatatäckning, kan variera beroende på region. När du använder platsbaserade funktioner i Kartor, exempelvis steg-för-steg-navigering, trafiköversvakning och lokala sökningar, kan information relaterad till plats och användning skickas till Apple, inklusive geografisk position för din iOS-enhet i realtid, för att kunna bearbeta din förfrågan och hjälpa till att förbättra Kartor. Sådan information om plats och användning samlas in av Apple på ett sätt som inte identifierar dig personligen. **Genom att använda Kartor godkänner du att Apple och dess dotterbolag och ombud överför, samlar in, lagrar, bearbetar och använder denna information för att tillhandahålla och förbättra funktionen Kartor och dess tjänster, liksom andra tjänster och produkter från Apple.** Apple kan även tillhandahålla sådan information, i antingen en sammanslagen form eller en form där du inte kan identifieras, till samarbetspartners och licenstagare för att hjälpa dem förbättra sina kart- och platsbaserade produkter och tjänster. Du kan avaktivera den platsbaserade funktionaliteten hos Kartor genom att öppna inställningen Platstjänster på din iOS-enhet och slå av enskilda platsinställningar för Kartor. Vissa funktioner i Kartor, exempelvis steg-för-steg-navigering, blir dock otillgängliga om du avaktiverar inställningen Platstjänster.

(e) iBooks; Podcaster. Om du väljer att använda synkroniseringsfunktionen i apparna iBooks och Podcaster till att synkronisera dina bokmärken, anteckningar, samlingar och prenumerationsdata för podcaster mellan dina iOS-enheter, samtycker du till att sådana data skickas till Apple och lagras tillsammans med det Apple-ID du använder för iBooks Store eller iTunes Store för att kunna synkronisera sådana data med dina andra enheter och datorer som är auktoriserade för åtkomst till innehåll via detta Apple-ID. Du kan när som helst stänga av synkronisering genom att gå till Inställningar och ändra synkroniseringsalternativen för apparna iBooks och Podcaster.

(f) Du förstår att du genom att använda dig av någon av Tjänsterna kan stöta på material som uppfattas som stötande av vissa personer eller kan betraktas som olämpligt för minderåriga, och att du genom att söka på internet eller ange en särskild URL automatiskt och oavsiktligt kan generera länkar eller referenser till stötande material. Du godkänner att användning av Tjänsterna sker på egen risk och att Apple, dess samarbetspartners, ombud, representanter, agenturer eller licensgivare inte kan hållas ansvarigt för eventuellt innehåll som kan betraktas som stötande på något sätt.

(g) En del Tjänster kan visa, innehålla eller göra tillgängligt innehåll, data, information, program eller material från tredje part ("Material från tredje part") eller tillhandahålla länkar till webbplatser från tredje part. Genom att använda Tjänsterna samtycker du till att Apple inte ansvarar för granskning eller utvärdering avseende innehåll, riktighet, fullständighet, aktualitet, giltighet, användning av copyrightskyddat material, legalitet, anständighet, kvalitet, eller andra aspekter av material eller webbplatser från tredje part. Varken Apple, dess tjänstemän, partners eller dotterbolag garanterar eller rekommenderar och tar inte på sig något ansvar eller någon skadeståndsskyldighet gentemot dig eller

någon annan person avseende Tjänster från tredje part, Material från tredje part, webbplatser från tredje part eller annat material, produkter eller tjänster från tredje part. Material från tredje part och länkar till övriga webbplatser erbjuds endast som en bekvämlighet.

(h) Varken Apple eller dess innehållsleverantörer kan garantera att aktieinformation, platsinformation eller annan information som visas i någon Tjänst är tillgänglig, riktig, fullständig, tillförlitlig eller aktuell. Finans- och ekonomiinformation som visas av Tjänster är enbart avsedd som allmän information och ska inte betraktas som en tillförlitlig beslutsgrund för ekonomiska investeringar. Du bör konsultera en kvalificerad/ certifierad ekonomisk rådgivare innan du genomför någon handel med värdepapper baserat på information du fått via Tjänsterna. Platsinformation som eventuellt tillhandahålls av Tjänster, inklusive Apples tjänst Kartor, är endast avsedd för grundläggande navigeringssyften och/eller planeringssyften och är inte tillförlitlig i situationer som kräver exakt platsinformation, eller när felaktig, ofullständig eller fördröjd platsinformation kan leda till dödsfall, personskador eller skador på egendom eller miljö. Du godkänner att de resultat du får från tjänsten Kartor kan skilja sig från de faktiska väg- eller terrängförhållandena på grund av faktorer som kan påverka datanoggrannheten hos Kartor, såsom, men inte begränsat till, väder-, väg- och trafikförhållanden och geopolitiska händelser. För din egen säkerhet bör du, när du använder navigeringsfunktionen, alltid vara uppmärksam på vägskyltar och aktuella vägförhållanden. Kör på ett säkert och ansvarsfullt sätt i enlighet med gällande trafikbestämmelser och tänk på att anvisningar för gångtrafikanter kanske inte omfattar trottoarer eller promenadvägar.

(i) I den utsträckning du överför innehåll via användning av Tjänster försäkrar du att du äger rättigheterna till, är auktoriserad eller på annat sätt har laglig rätt att överföra detta innehåll och att detta innehåll inte strider mot något användningsvillkor som gäller för dessa Tjänster. Du samtycker till att Tjänsterna har innehåll, information och material som tillhör Apple, webbplatsinnehavaren eller deras licensgivare och skyddas av lagstiftning gällande immateriella rättigheter och andra lagar, inklusive men inte begränsat till upphovsrätt. Du försäkrar att du inte kommer att använda sådant innehåll, information eller material i några som helst sammanhang, med undantag för tillåten användning av Tjänsterna, och inte heller på något sätt som inkräktar på Apples eller tredje parts immateriella rättigheter Ingen del av Tjänsterna får reproduceras på något sätt eller i någon form. Du godkänner att inte ändra, hyra ut, leasa, låna ut, sälja, distribuera eller på något sätt skapa produkter som baseras på Tjänsterna och du får inte utnyttja Tjänsterna på något otillåtet sätt, inklusive men inte begränsat till att använda Tjänster till att överföra datorvirus, maskar, trojaner eller andra skadeprogram, eller till att inkräkta på eller belasta nätverkskapaciteten. Du godkänner dessutom att inte på något sätt använda Tjänsterna till att trakassera, bedraga, förfölja, hota eller förtala någon annan part, eller på annat sätt inkräkta på eller bryta mot dennes rättigheter. Vidare medger du att Apple inte på något sätt kan hållas ansvarigt för sådan användning av dig eller för eventuella trakasserande, hotande, skymfande, stötande, inkräktande eller olagliga meddelanden eller överföringar du kan få motta som en följd av användning av någon Tjänst.

(j) Dessutom är Tjänster från tredje part och Material från tredje part som kan anslutas till, länkas till eller visas på iOS-enheten inte tillgängliga på alla språk eller i alla länder och regioner. Apple hävdar inte att sådana Tjänster och Material från tredje part är lämpliga eller tillgängliga för användning på alla platser. I den utsträckning du väljer att använda eller ansluta till Tjänster och Material från tredje part gör du detta på eget bevåg och ansvarar för att följa tillämpliga lagar, inklusive men inte begränsat till tillämpliga lagar i det land du befinner dig, samt lagstiftning gällande personlig integritet och datainsamling. Delning eller synkronisering av bilder via din iOS-enhet kan resultera i att metadata, inklusive var och när bilden togs samt djupinformation, överförs med bilderna. Användning av Apple-tjänster (som iCloud-bildbibliotek) för att dela eller synkronisera sådana bilder medför att Apple tar emot och lagrar sådana metadata. Apple och dess licensgivare förbehåller sig rätten att när som helst ändra, suspendera, avbryta eller avaktivera åtkomst till någon av Tjänsterna utan föregående varning. Under inga omständigheter kan Apple hållas ansvarigt för borttagning eller avaktivering av åtkomsten till någon av Tjänsterna. Apple kan också komma att, utan varsel eller skadeståndsansvar, införa begränsningar i användningen eller åtkomsten till

vissa Tjänster.

**6. Uppsägning.** Detta Avtal gäller tills vidare. Dina rättigheter enligt detta Avtal upphör att gälla automatiskt eller på annat sätt utan varsel från Apple om du inte uppfyller samtliga villkor i detta Avtal. När licensen upphör att gälla måste du omedelbart upphöra med all användning av iOS-programvaran. Punkterna 4, 5, 6, 7, 8, 9, 12 och 13 i detta Avtal fortsätter att gälla även efter Avtalets upphörande.

**7. Inskränkning i garantin.**
7.1    Om du är en privatkund (någon som använder iOS-programvaran utanför arbetet, företaget eller yrkesområdet) kan du ha vissa lagstadgade rättigheter i det land där du är bosatt, vilket innebär att du kanske inte omfattas av följande begränsningar. Du kan få mer information om dina rättigheter genom att kontakta en lokal konsumentrådgivare.

7.2    DU BEKRÄFTAR ATT DU ÄR INFÖRSTÅDD MED OCH ACCEPTERAR ATT, I DEN UTSTRÄCKNING DET TILLÅTS ENLIGT GÄLLANDE LAGSTIFTNING, ANVÄNDNING AV iOS-PROGRAMVARAN OCH TJÄNSTER SOM UTFÖRS AV ELLER FÖRMEDLAS AV iOS-PROGRAMVARAN SKER PÅ EGEN RISK AVSEENDE PRESTANDA, TILLFÖRLITLIGHET OCH ANVÄNDNING.

7.3    I DEN UTSTRÄCKNING SOM TILLÄMPLIGA LAGAR TILLÅTER DETTA, TILLHANDAHÅLLS iOS-PROGRAMVARAN OCH TJÄNSTER I BEFINTLIGT SKICK OCH UTAN NÅGRA SOM HELST GARANTIER. APPLE OCH APPLES LICENSGIVARE (I PARAGRAFERNA 7 OCH 8 KOLLEKTIVT BENÄMNDA "APPLE") FRISKRIVER SIG HÄRMED FRÅN ALLA GARANTIER OCH/ELLER VILLKOR AVSEENDE iOS-PROGRAMVARAN OCH TJÄNSTER, VARE SIG UTTRYCKTA ELLER UNDERFÖRSTÅDDA, INKLUSIVE MEN INTE BEGRÄNSAT TILL, UNDERFÖRSTÅDDA GARANTIER OCH/ELLER VILLKOR AVSEENDE ALLMÄN BESKAFFENHET, PRESTANDA, LÄMPLIGHET FÖR VISST ÄNDAMÅL, TILLFÖRLITLIGHET OCH STÖRNINGSFRI UPPLEVELSE SAMT ATT INTRÅNG INTE SKER I TREDJE PARTS IMMATERIELLA RÄTTIGHETER.

7.4    APPLE GARANTERAR INTE EN HELT STÖRNINGSFRI UPPLEVELSE AV iOS-PROGRAMVARAN OCH TJÄNSTER, ATT FUNKTIONERNA I iOS-PROGRAMVARAN ELLER TJÄNSTER SOM UTFÖRS ELLER TILLHANDAHÅLLS AV iOS-PROGRAMVARAN UPPFYLLER ANVÄNDARENS KRAV, ATT iOS-PROGRAMVARAN OCH TJÄNSTER FUNGERAR OSTÖRT ELLER FELFRITT, OCH INTE HELLER ATT APPLE KOMMER ATT RÄTTA TILL FEL I iOS-PROGRAMVARAN OCH TJÄNSTER ELLER ATT iOS-PROGRAMVARAN ÄR KOMPATIBEL ELLER FUNGERAR MED PROGRAM. TILLÄMPNINGAR ELLER TJÄNSTER FRÅN TREDJE PART. INSTALLATION AV DEN HÄR iOS-PROGRAMVARAN KAN PÅVERKA TILLGÄNGLIGHETEN OCH ANVÄNDBARHETEN HOS PROGRAM ELLER TJÄNSTER FRÅN TREDJE PART, LIKSOM TJÄNSTER OCH PRODUKTER FRÅN APPLE.

7.5    iOS-PROGRAMVARAN OCH TJÄNSTER ÄR INTE AVSEDDA FÖR ELLER LÄMPLIGA FÖR ANVÄNDNING I SITUATIONER OCH MILJÖER DÄR TIDSFÖRDRÖJNING ELLER FEL OCH BRISTER I INNEHÅLL, DATA ELLER INFORMATION SOM TILLHANDAHÅLLS AV iOS-PROGRAMVARAN ELLER TJÄNSTER KAN LEDA TILL DÖDSFALL, PERSONSKADOR ELLER ALLVARLIGA SKADOR PÅ EGENDOM ELLER MILJÖ, INKLUSIVE MEN INTE BEGRÄNSAT TILL DRIFT AV KÄRNKRAFTSANLÄGGNINGAR, LUFTFARTSNAVIGERING, KOMMUNIKATIONSSYSTEM, FLYGLEDNINGSSYSTEM, LIVSUPPEHÅLLANDE MASKINER ELLER VAPENSYSTEM.

7.6    DENNA GARANTI KAN INTE UTÖKAS GENOM MUNTLIGA ELLER SKRIFTLIGA MEDDELANDEN FRÅN VARE SIG APPLE ELLER APPLES REPRESENTANT. OM iOS-PROGRAMVARAN ELLER TJÄNSTER VISAR SIG VARA BEHÄFTADE MED FEL, ANSVARAR KUNDEN FÖR ALLA KOSTNADER FÖR NÖDVÄNDIG SERVICE, REPARATIONER OCH JUSTERINGAR. VISSA JURISDIKTIONER TILLÅTER INTE UNDANTAG AV ELLER BEGRÄNSNINGAR I UNDERFÖRSTÅDDA GARANTIER ELLER INSKRÄNKNINGAR I LAGSTADGADE KONSUMENTRÄTTIGHETER, VILKET KAN MEDFÖRA ATT

OVANSTÅENDE UNDANTAG OCH BEGRÄNSNINGAR INTE GÄLLER DIG.

**8. Begränsat skadeståndsansvar.** SÅVIDA INTE ANNAT FÖRESKRIVS I TVINGANDE LAGSTIFTNING, ANSVARAR APPLE, DESS SAMARBETSPARTNERS, OMBUD, REPRESENTANTER ELLER AGENTURER UNDER INGA OMSTÄNDIGHETER FÖR NÅGON FORM AV PERSONSKADOR, DIREKTA ELLER INDIREKTA SKADOR ELLER FÖLJDSKADOR, INKLUSIVE, MEN INTE BEGRÄNSAT TILL, SKADOR I FORM AV UTEBLIVEN VINST, SKADADE ELLER FÖRLORADE DATA, UTEBLIVEN SÄNDNING ELLER MOTTAGNING AV DATA (INKLUSIVE, UTAN BEGRÄNSNINGAR, KURSANVISNINGAR, HEMUPPGIFTER OCH MATERIAL), AVBROTT I AFFÄRSVERKSAMHETEN ELLER ANDRA AFFÄRSMÄSSIGA SKADOR ELLER FÖRLUSTER SOM ORSAKATS AV ELLER SOM KAN RELATERAS TILL KUNDENS ANVÄNDNING AV ELLER OFÖRMÅGA ATT ANVÄNDA iOS-PROGRAMVARAN OCH TJÄNSTER, ELLER PROGRAM ELLER TILLÄMPNINGAR FRÅN TREDJE PART I SAMBAND MED iOS-PROGRAMVARAN ELLER TJÄNSTERNA, OAVSETT OM TALAN GRUNDAS PÅ AVTALSRÄTT, GARANTI, UTOMOBLIGATORISKT ANSVAR (INKLUSIVE VÅRDSLÖSHET), PRODUKTANSVAR ELLER ANNAT, ÄVEN OM APPLE HAR UPPMÄRKSAMMATS PÅ RISKEN FÖR SÅDANA SKADOR. VISSA JURISDIKTIONER TILLÅTER INTE UNDANTAG ELLER BEGRÄNSNINGAR AV ANSVARET FÖR PERSONSKADOR, ELLER FÖR FÖLJDSKADOR ELLER INDIREKTA SKADOR, VILKET KAN GÖRA ATT OVANSTÅENDE BEGRÄNSNINGAR INTE GÄLLER DIG. Under inga omständigheter (annat än vad som föreskrivs i tillämpliga lagar gällande personskador) ska Apples totala skadeståndsansvar överstiga ett belopp motsvarande tvåhundrafemtio dollar (250 USD). Dessa begränsningar är tillämpliga även om det egentliga syftet med ovanstående gottgörelse inte skulle uppnås.

**9. Digitala certifikat.** iOS-programvaran innehåller funktionalitet som gör det möjligt att godkänna digitala certifikat som utfärdats antingen av Apple eller tredje part. DU ÄR ENSAMT ANSVARIG ÖVER ATT BESTÄMMA OM DU SKA ELLER INTE SKA LITA PÅ ETT CERTIFIKAT, OBEROENDE AV OM DET UTFÄRDATS AV APPLE ELLER TREDJE PART. DIN ANVÄNDNING AV DIGITALA CERTIFIKAT SKER HELT OCH HÅLLET PÅ EGEN RISK. I DEN UTSTRÄCKNING SOM TILLÄMPLIG LAGSTIFTNING TILLÅTER GER APPLE INGA GARANTIER ELLER GÖR NÅGRA UTFÄSTELSER, VARKEN UTTRYCKTA ELLER UNDERFÖRSTÅDDA, AVSEENDE ALLMÄN BESKAFFENHET ELLER LÄMPLIGHET FÖR VISST ÄNDAMÅL, TILLFÖRLITLIGHET, SÄKERHET ELLER ATT INTRÅNG INTE SKER I TREDJE PARTS IMMATERIELLA RÄTTIGHETER VID ANVÄNDNING AV DIGITALA CERTIFIKAT.

**10. Exportåtaganden.** Du får inte använda eller exportera eller vidareexportera iOS-programvaran på annat sätt än vad som är tillåtet enligt gällande lag i USA eller i det land iOS-programvaran förvärvades. I synnerhet gäller, men utan begränsning härtill, att iOS-programvaran inte får exporteras eller vidareexporteras till (a) något land beträffande vilket USA har förordnat om handelsförbud, eller till (b) någon person som finns upptagen på listan "Specially Designated Nationals" som sammanställs av det amerikanska finansdepartementet (U.S. Treasury Department) eller listorna "Denied Person's List" eller "Entity List" som publiceras av det amerikanska handelsdepartementet (U.S. Department of Commerce) eller någon annan lista över parter med vilka handel begränsas. Genom att använda iOS-programvaran försäkrar du att du inte vistas i något sådant land och att du inte finns upptagen på någon av de ovan angivna listorna. Du godkänner också att inte använda iOS-programvaran för verksamhet som förbjuds av gällande lagstiftning i USA, inklusive, men inte begränsat till, utveckling, utformning, tillverkning eller produktion av atomvapen, missiler eller kemiska eller biologiska vapen.

**11. Slutanvändare inom amerikansk förvaltning.** iOS-programvaran och tillhörande dokumentation betraktas som "Commercial Items", enligt definitionen i 48 C.F.R. §2.101, och består av "Commercial Computer Software" och "Commercial Computer Software Documentation", enligt definitionen i 48 C.F.R. §12.212 eller 48 C.F.R. §227.7202, beroende på vilken punkt som är tillämplig. I enlighet med 48 C.F.R. § 12.212 eller 48 C.F.R. § 227.7202-1 till och med 227.7202-4, beroende på vilken punkt som är tillämplig, licensieras "Commercial Computer Software" och "Commercial Computer Software Documentation" till användare inom amerikansk förvaltning (a) endast som "Commercial Items" och (b)

endast med de rättigheter som tillkommer alla andra slutanvändare i enlighet med villkoren i detta avtal. Rätten till icke publicerat material (unpublished rights) förbehålls enligt amerikansk upphovsrätt.

**12. Gällande lag och särskiljbarhet.** Villkoren i detta Avtal regleras och tolkas i enlighet med tillämplig lagstiftning i staten Kalifornien, utan beaktande av motstridig lagstiftning. FN-konventionen om internationell försäljning av gods, "Contracts for the International Sale of Goods", undantas uttryckligen från tillämpning på detta Avtal. Om du är en kund bosatt i Storbritannien ska detta Avtal tolkas och regleras i enlighet den lagstiftning som tillämpas där du är bosatt. Om behörig domstol eller myndighet finner att en bestämmelse eller del därav i detta Avtal i något avseende inte kan hävdas ska resten av Avtalet fortsätta att gälla.

**13. Fullständigt Avtal; Gällande språkversion.** Detta avtal utgör den totala överenskommelsen mellan dig och Apple gällande iOS-programvaran och ersätter alla tidigare eller samtidiga avtal gällande denna programvara. Inga tillägg till eller ändringar i detta Avtal är bindande om inte är skriftliga och har undertecknats av Apple. Översättningar av detta Avtal görs för att uppfylla nationella krav. Om villkoren i den engelska och den översatta versionen skulle strida mot varandra gäller den engelska versionen av Avtalet, så länge detta inte strider mot tillämplig lagstiftning i din jurisdiktion.

**14. Tillkännagivanden rörande produkter från andra tillverkare.** Delar av iOS-programvaran kan utnyttja eller innehålla program och annat upphovsrättsskyddat material från andra tillverkare. Tillkännagivanden, licensvillkor och friskrivningsklausuler för dylikt material finns med i den elektroniska dokumentationen till iOS-programvaran och din användning av materialet omfattas av deras respektive villkor. Användning av Googles Safe Browsing Service gäller enligt Googles villkor (https://www.google.com/intl/sv/policies/terms/) och Googles integritetspolicy (https://www.google.com/intl/sv/policies/privacy/).

**15. Användning av MPEG-4; H.264/AVC-meddelande.**
(a) iOS-programvaran licensieras under licensen MPEG-4 Systems Patent Portfolio för kodning i enlighet med standarden MPEG-4 Systems, dock krävs det ytterligare en licens och royaltybetalning för kodning i samband med (i) data som lagras eller replikeras i fysiska medier som betalas per titel och/eller (ii) data som betalas per titel och som överförs till en slutanvändare för permanent lagring och/eller användning. En sådan ytterligare licens kan erhållas från MPEG LA, LLC. Mer information finns på adressen http://www.mpegla.com.

(b) iOS-programvaran innehåller funktioner för kodning och/eller avkodning av MPEG-4-video. iOS-programvaran licensieras under MPEG-4 Visual Patent Portfolio License till konsumenter för personligt, icke-kommersiellt bruk för (i) kodning av video i överensstämmelse med MPEG-4 Visual Standard ("MPEG-4 Video") och/eller (ii) avkodning av MPEG-4-video som kodats av en konsument inom ramen för en personlig och icke-kommersiell aktivitet eller som erhållits från en videoleverantör som licensierats av MPEG LA att tillhandahålla MPEG-4-video. Ingen licens ges eller underförstås för annan användning. Mer information, bland annat om användning inom marknadsföring, intern och kommersiell användning och licensiering, kan erhållas från MPEG LA, LLC. Se http://www.mpegla.com.

(c) iOS-programvaran innehåller funktionalitet för AVC-kodning och/eller -avkodning. Vid kommersiell användning av H.264/AVC krävs ytterligare en licens och följande gäller: AVC-FUNKTIONERNA I iOS-PROGRAMVARAN FÅR ENLIGT DETTA AVTAL ENDAST ANVÄNDAS FÖR PERSONLIGT, ICKEKOMMERSIELLT BRUK TILL ATT (i) KODA VIDEO I ÖVERENSSTÄMMELSE MED AVC-STANDARDEN ("AVC-VIDEO") OCH/ELLER (ii) AVKODA AVC-VIDEO SOM KODATS AV EN KONSUMENT FÖR PERSONLIG, ICKEKOMMERSIELL VERKSAMHET OCH/ELLER AVC-VIDEO SOM ERHÅLLITS FRÅN EN VIDEOLEVERANTÖR MED LICENS ATT ERBJUDA AVC-VIDEO. INFORMATION OM ANNAN ANVÄNDNING OCH OM LICENSER KAN ERHÅLLAS FRÅN MPEG LA L.L.C. SE http://www.mpegla.com.

**16. Begränsning av Yahoos söktjänst.** Yahoos söktjänst som finns tillgänglig via Safari är endast licensierad för användning i följande länder och regioner: Argentina, Aruba, Australien/Nya Zeeland, Bahamas, Barbados, Belgien, Bermuda, Brasilien, Bulgarien, Caymanöarna, Chile, Colombia, Cypern, Danmark, Dominikanska republiken, Ecuador, El Salvador, Filippinerna, Finland, Frankrike, Grekland, Grenada, Guatemala, Hongkong, Indien, Indonesien, Irland, Island, Italien, Jamaica, Japan, Kanada, Kina, Lettland, Litauen, Luxemburg, Malaysia, Malta, Mexiko, Nederländerna, Nya Zeeland, Nicaragua, Norge, Panama, Peru, Polen, Portugal, Puerto Rico, Rumänien, Schweiz, Singapore, Slovakien, Slovenien, Spanien, S:t Lucia, S:t Vincent, Storbritannien, Sverige, Sydkorea, Taiwan, Thailand, Tjeckien, Trinidad och Tobago, Tyskland, Turkiet, Ungern, Uruguay, USA, Venezuela och Österrike.

**17. Meddelande om Microsoft Exchange.** E-postinställningarna för Microsoft Exchange i iOS-programvaran är endast licensierade för trådlös synkronisation av information, exempelvis e-post, kontakter, kalendrar och uppgifter, mellan iOS och Microsoft Exchange Server eller annan serverprogramvara som licensierats av Microsoft för att implementera Microsoft Exchange ActiveSync-protokoll.

EA1520
2017-09-22

————————————
**Tilläggsvillkor för Apple Pay**

Dessa tilläggsvillkor för Apple Pay (dessa "Tilläggsvillkor") är ett tillägg till licensavtalet för iOS-programvaran ("Avtalet"); både villkoren i Licensen och dessa Tilläggsvillkor gäller för din användning av funktionen Apple Pay som betraktas som en tjänst i detta Avtal. För de termer som skrivs med versal i dessa Tilläggsvillkor finns betydelsen förklarad i Licensen.

**1.    Översikt och begränsningar i användningen**

Med Apple Pay kan du:

- lagra virtuella versioner av kredit- och bankkort samt förbetalda kort, inklusive butikers egna kredit- och bankkort samt förbetalda kort och Apple Pay Cash-kort, som stöds av funktionen Apple Pay ("Kontokort som stöds") och använda iOS-enheter som stöds till att genomföra kontaktlösa betalningar på utvalda platser, i appar eller på webbplatser;
- använda bonus- och presentkort som har sparats i Wallet, ("Apple Pay-aktiverade kort", och tillsammans med Kontokort som stöds, "Kort som stöds"), till att genomföra kontaktlösa bonusgrundande transaktioner eller transaktioner med presentkort i utvalda butiker som en del av en kontaktlös betalning via Apple Pay;
- skicka betalningar mellan privatpersoner till en annan Apple Pay-användare.

Funktionerna i Apple Pay i iOS-programvaran kan vara begränsade till vissa områden, vissa kortutfärdare, vissa finansinstitut och vissa försäljningsställen. Tillgängliga funktioner kan variera beroende på område, utfärdare och försäljningsställe.

Du måste ha ett Kort som stöds för att kunna använda Apple Pay. Vilka kort som stöds kan då och då ändras. För att skicka eller ta emot betalningar mellan privatpersoner måste du även ha ett Apple Pay Cash-kort.

Kontokort som stöds och betalningar mellan privatpersoner är kopplade till det Apple-ID du loggade in med på iCloud för att använda dessa funktioner. Kort som stöds är endast tillgängliga för personer som är minst 13 år gamla och kan falla under ytterligare åldersgränser som sätts av iCloud eller det Kort som

stöds du försöker registrera. Apple Pay Cash-kortet och möjligheten att skicka och ta emot betalningar mellan privatpersoner är endast tillgängliga för personer som har fyllt 18 år.

Apple Pay är endast avsedd för personligt bruk och du kan endast registrera dina egna Kort som stöds. Om du registrerar ett företagskort som stöds tillstår du att du gör detta med behörighet från arbetsgivaren, samt att du har behörighet att binda din arbetsgivare vid dessa användarvillkor och alla de transaktioner som sker vid användningen av denna funktion. När du skickar eller tar emot en betalning mellan privatpersoner försäkrar du att du gör detta för personligt, icke-kommersiellt bruk.

Du förbinder dig att inte använda Apple Pay i illegalt eller bedrägligt syfte, eller i något annat syfte som är otillåtet i enlighet med Avtalet och dessa Tilläggsvillkor. Du förbinder dig också att använda Apple Pay i enlighet med gällande lagar och förordningar. Du förbinder dig att inte störa eller hindra tjänsten Apple Pay (inklusive åtkomst till tjänsten på automatiserade sätt), eller servrar eller nätverk som är anslutna till tjänsten, eller någon policy, krav eller reglering hos nätverk som är anslutna till tjänsten (inklusive otillåten åtkomst till, användning av eller övervakning av data eller trafik på dessa).

## 2.    Apples relation till dig

Med Apple Pay kan du skapa en virtuell version av dina Kort som stöds på din iOS-enhet som stöds. Apple bearbetar dock inte betalningar eller transaktioner med icke-betalkort (t.ex. insamling eller inlösen av poäng) eller tar emot, håller inne eller överför dina medel, och har inte någon som helst annan kontroll över betalningar, returer, återbetalningar, bonuspoäng, värden, rabatter eller annan kommersiell aktivitet som din användning av denna funktion kan leda till.

Villkoren i det kortavtal du har slutit med kortutfärdaren fortsätter att reglera din användning av Kort som stöds och hur de används tillsammans med Apple Pay. På samma sätt lyder ditt deltagande i eller användning av försäljningsställens bonusprogram eller presentkort, samt din användning av Apple Pay-aktiverade kort i samband med Apple Pay, av sådana försäljningsställens villkor.

Apple Pay Cash-kortet och möjligheten att skicka och ta emot betalningar mellan privatpersoner är endast tillgängliga i USA och är tjänster som tillhandahålls av Green Dot Bank som är medlem i FDIC. När du aktiverar dessa funktioner i Apple Pay öppnar du ett konto hos Green Dot Bank, och när du skickar eller tar emot en betalning mellan privatpersoner eller laddar eller tar ut pengar från Apple Pay Cash-kortet ansvarar Green Dot Bank för att pengarna tas emot och skickas till rätt mottagare. Finansinstitutet som ansvarar för Apple Pay Cash och betalningar mellan privatpersoner i Apple Pay kan komma att ändras, och deras villkor för användningen av sådana funktioner gäller.

Inget i Avtalet eller dessa Tilläggsvillkor påverkar villkoren i något avtal du har ingått med enskilda kortutfärdare, användare eller försäljningsställen, och sådana villkor fortsätter att reglera din användning av varje enskilt Kort som stöds eller funktionen för betalningar mellan privatpersoner i Apple Pay och deras virtuella kopia på din iOS-enhet. Du samtycker till att Apple inte utgör någon part i dina avtal med kortutfärdare eller försäljningsställen, och att Apple inte heller ansvarar för: (a) innehållet, riktigheten eller tillgängligheten vid transaktioner eller inköp som genomförs med kontokort, bonuskort eller presentkort eller andra kommersiella aktiviteter vid användning av funktionen Apple Pay; (b) utfärdandet av kredit eller bedömningen av kreditbehörighet; (c) insamling eller inlösen av bonuspoäng som förknippas med ett försäljningsställes bonusprogram; (d) överföring eller påfyllning av medel på förbetalda kort; (e) överföring eller mottagning av betalningar mellan privatpersoner, eller (f) påfyllning, inlösen eller uttag av pengar från ditt Apple Pay Cash-kort.

Kontakta utfärdaren eller tillämpligt försäljningsställe för alla klagomål eller frågor som rör kontokort, bonuskort, presentkort eller tillhörande kommersiell aktivitet. Kontakta Apple-supporten om du har frågor om Apple Pay Cash-kortet eller betalningar mellan privatpersoner.

3.     **Integritetsskydd**

När du använder Apple Pay Cash-kortet eller skickar eller tar emot betalningar mellan privatpersoner samlas ytterligare information om dina transaktioner in och behålls i syfte att utföra service på kontot samt för förebyggande av bedrägeri och lagstadgade ändamål. Du hittar information om vilka data som samlas in, används eller delas som en del av din användning av Apple Pay, Apple Pay Cash-kortet eller betalningar mellan privatpersoner med Apple Pay genom att läsa Om Apple Pay och integritet (som du kommer åt genom att öppna Wallet och Apple Pay på din iOS-enhet eller i Apple Watch-appen på en parkopplad iOS-enhet) eller genom att gå in på https://www.apple.com/se/privacy. Genom att använda dessa funktioner samtycker du till att Apple och dess dotterbolag och ombud överför, samlar in, lagrar, bearbetar och använder all ovan angivna information för att tillhandahålla funktionen Apple Pay.

4.     **Säkerhet; Förlorade eller avaktiverade enheter**

Apple Pay lagrar virtuella kopior av dina Kort som stöds och ska skyddas på samma sätt som du skyddar kontanter eller dina fysiska kredit- och bankkort, förbetalda kort, bonuskort eller presentkort. Om du tillhandahåller lösenkoden till din enhet till tredje part, eller tillåter tredje part att lägga till ett fingeravtryck för att använda Touch ID eller aktivera Face ID, kan detta leda till att de kan genomföra betalningar, skicka, begära eller ta emot betalningar mellan privatpersoner, ta ut pengar med ditt Apple Pay Cash-kort och samla in eller lösa in bonuspoäng med hjälp av Apple Pay på din enhet. Du är ensam ansvarig för att upprätthålla säkerheten för din enhet och din lösenkod. Du godkänner att Apple inte har något ansvar om du förlorar eller delar åtkomsten till din enhet. Du godkänner att Apple inte har något ansvar om du gör otillåtna ändringar av iOS (till exempel genom "jailbreak").

Du kan behöva aktivera ytterligare säkerhetsåtgärder, t.ex. tvåfaktorsautentisering för ditt Apple-ID, för att komma åt vissa funktioner i Apple Pay, inklusive Apple Pay Cash-kortet och betalningar mellan privatpersoner med Apple Pay. Om du därefter tar bort dessa säkerhetsfunktioner kanske du inte kan fortsätta att använda vissa funktioner i Apple Pay.

Om din enhet förloras eller stjäls, och Hitta min iPhone är aktiverat, kan du använda Hitta min iPhone till att försöka låsa möjligheten att betala med de virtuella Kontokorten som stöds eller att skicka betalningar mellan privatpersoner på den enheten genom att försätta den i Förlorat läge. Du kan även radera din enhet, vilket kommer att försöka låsa möjligheten att betala med de virtuella Kontokorten som stöds och att skicka betalningar mellan privatpersoner på enheten samt även försöka ta bort Apple Pay-aktiverade kort. Du bör även kontakta utfärdaren du dina Kontokort som stöds, försäljningsstället som utfärdade de Apple Pay-aktiverade korten och Apple om det gäller Apple Pay Cash-kortet för att förhindra obehörig åtkomst till dina Kort som stöds.

Om du rapporterar eller om Apple misstänker bedräglig eller oegentlig aktivitet förbinder du dig att samarbeta med Apple i en eventuell utredning samt att använda de metoder för att förhindra bedrägeri som vi föreskriver.

5.     **Ansvarsbegränsning**

UTÖVER DEN GARANTIFRISKRIVNING OCH ANSVARSBEGRÄNSNING SOM ANGES I AVTALET TAR APPLE INTE NÅGOT ANSVAR FÖR DE INKÖP, BETALNINGAR, TRANSAKTIONER ELLER ANNAN KOMMERSIELL AKTIVITET SOM UTFÖRS MED FUNKTIONEN APPLE PAY, OCH DU GODKÄNNER ATT ENDAST ANVÄNDA DE AVTAL DU HAR MED KORTUTFÄRDAREN, BETALNINGSNÄTVERKET, FINANSINSTITUTEN ELLER FÖRSÄLJNINGSSTÄLLET FÖR ATT LÖSA EVENTUELLA FRÅGOR OCH KLAGOMÅL SOM RÖR DINA KORT SOM STÖDS, BETALNINGAR MELLAN PRIVATPERSONER OCH TILLHÖRANDE KOMMERSIELL AKTIVITET.

——————————

**MEDDELANDEN FRÅN APPLE**

Om Apple behöver kontakta dig angående din produkt eller ditt konto godkänner du att sådana meddelanden skickas via e-post. Du godkänner att eventuella meddelanden av den typen som vi skickar till dig elektroniskt uppfyller de kommunikationskrav som krävs enligt lag.

ภาษาไทย

สำคัญ: โดยการใช้เครื่อง iPhone, iPad หรือ iPod Touch ("อุปกรณ์ iOS") ของท่าน ท่านตกลงที่จะผูกพันตาม
เงื่อนไขดังต่อไปนี้:

ก.     สัญญาให้ใช้สิทธิ์ซอฟต์แวร์ iOS ของ Apple
ข.     ข้อกำหนดเพิ่มเติมสำหรับ APPLE PAY
ค.     คำบอกกล่าวจาก Apple


Apple  Inc.
สัญญาให้ใช้สิทธิ์ซอฟต์แวร์ iOS ของ Apple
สิทธิ์ให้ใช้กับเครื่องเดียว

โปรดอ่านสัญญาให้ใช้สิทธิ์ในซอฟต์แวร์นี้ ("การให้ใช้สิทธิ์") อย่างรอบคอบก่อนใช้อุปกรณ์  iOS  หรือดาวน์โหลด
ซอฟต์แวร์อัพเดทกำกับการให้ใช้สิทธิ์นี้ โดยการใช้อุปกรณ์ iOS หรือดาวน์โหลดซอฟต์แวร์อัพเดทที่มาพร้อมกับการ
ให้ใช้สิทธิ์นี้ ท่านตกลงที่จะผูกพันตามข้อกำหนดของการให้ใช้สิทธิ์นี้ หากท่านไม่ตกลงตามข้อกำหนดของการให้ใช้
สิทธิ์นี้ ห้ามมิให้ใช้อุปกรณ์ iOS หรือดาวน์โหลดซอฟต์แวร์อัพเดท

หากท่านได้ซื้ออุปกรณ์ iOS มาก่อนหน้า และไม่ตกลงตามข้อกำหนดของการให้ใช้สิทธิ์ ท่านอาจส่งคืนอุปกรณ์ iOS
ให้กับร้านค้าของ Apple ภายในระยะเวลาการส่งคืน หรือให้แก่ผู้จัดจำหน่ายที่ได้รับอนุญาตที่ท่านได้ซื้ออุปกรณ์เพื่อ
ขอรับเงินคืนก็ได้ ทั้งนี้ ภายใต้บังคับของนโยบายการคืนเงินของ Apple ซึ่งจะหาดูได้ที่ https://www.apple.com/
legal/sales_policies/

1. ทั่วไป
(ก) ซอฟต์แวร์ (รวมทั้งรหัสบู๊ทรอม (Boot ROM) ซอฟต์แวร์ในตัว และซอฟต์แวร์บุคคลภายนอก) เอกสาร ตัว
ประสานเชื่อมต่อต่างๆ เนื้อหา ชุดแบบอักษร และข้อมูลใดๆ ที่มีมาพร้อมกับอุปกรณ์ iOS ของท่าน ("ซอฟต์แวร์ OS
เดิม") ซึ่งอาจจะมีการปรับปรุงให้เป็นปัจจุบันหรือเปลี่ยนโดยการเพิ่มลักษณะ ซอฟต์แวร์อัพเดท หรือซอฟต์แวร์กู้ระบบ
ซึ่ง Apple จัดให้ ("ซอฟต์แวร์อัพเดท iOS") ไม่ว่าจะในรูปของรอม หรือสื่ออื่นใดหรือแบบอื่นใด (ทั้งซอฟต์แวร์ iOS
เดิมและซอฟต์แวร์อัพเดทของ iOS เรียกรวมกันว่า "ซอฟต์แวร์ iOS") เป็นซอฟต์แวร์ที่บริษัท Apple Inc. ("Apple")
ให้ท่านใช้สิทธิ์ ไม่ได้ขายให้แก่ท่าน สำหรับใช้ตามข้อกำหนดของการให้ใช้สิทธิ์นี้ และ Apple ตลอดจนผู้ให้ใช้สิทธิ์
ของ Apple ยังคงเป็นเจ้าของกรรมสิทธิ์ในตัวซอฟต์แวร์ iOS และสงวนสิทธิ์ทั้งปวงที่มิได้ให้ไว้แก่ท่านโดยชัดแจ้ง
ซอฟต์แวร์ ท่านตกลงว่าเงื่อนไขของใบอนุญาตให้ใช้สิทธิ์นี้จะใช้บังคับกับฮาพยี่ห้อ Apple ใดๆ ที่อาจมีอยู่ในอุปกรณ์
iOS ของท่าน เว้นแต่แฮพนั้นจะมีใบอนุญาตให้ใช้สิทธิ์แยกต่างหาก ซึ่งในกรณีเช่นนั้น ท่านตกลงให้ข้อกำหนดของใบ
อนุญาตให้ใช้สิทธิ์นั้นใช้บังคับกับการใช้แฮพของท่าน

(ข) Apple อาจใช้ดุลพินิจ ในการจัดทำซอฟต์แวร์อัพเดท iOS ใดๆ ที่อาจออกมาในอนาคต โดยที่ซอฟต์แวร์อัพเดท
iOS (หากมี) อาจไม่รวมถึงรูปแบบการใช้งานของซอฟต์แวร์ทั้งหมดที่มีอยู่ในปัจจุบัน หรือรูปแบบการทำงานแบบใหม่ที่
Apple ได้ทำออกมาสำหรับอุปกรณ์ iOS รุ่นใหม่หรืออุปกรณ์ iOS แบบอื่นๆ โดยข้อความของสัญญาการให้ใช้สิทธิ์นี้
จะใช้บังคับกับซอฟต์แวร์ อัพเดท iOS ใดๆที่ได้จัดทำขึ้นโดย Apple เว้นแต่ซอฟต์แวร์อัพเดท iOS ดังกล่าวจะมีสัญญา
การให้ใช้สิทธิ์แยกต่างหาก ซึ่งในกรณีนี้ท่านตกลงว่าซอฟท์แวร์อัพเดท iOS นั้นๆ จะตกลงอยู่ภายใต้สัญญาการให้ใช้
สิทธิ์เฉพาะ

(ค) ถ้าหากท่านใช้รูปแบบการใช้งานการติดตั้งแบบเร่งด่วนเพื่อติดตั้งอุปกรณ์ iOS ใหม่ตามอุปกรณ์ iOS ที่มีอยู่ของ
ท่าน ท่านตกลงว่าข้อกำหนดของสัญญาการให้ใช้สิทธิ์นี้จะใช้บังคับกับการที่ท่านใช้งานซอฟต์แวร์ iOS ในอุปกรณ์
iOS ใหม่ของท่าน เว้นแต่รูปแบบการใช้งานดังกล่าวจะมีสัญญาการให้ใช้สิทธิ์แยกต่างหาก ซึ่งในกรณีนี้ท่านตกลงว่า
ข้อกำหนดของสัญญาการให้ใช้สิทธิ์ดังกล่าวจะใช้บังคับกับการที่ท่านใช้งานซอฟต์แวร์ iOS ดังกล่าว

2. การใช้สิทธิที่ได้รับอนุญาตแล้วและข้อจำกัดในการใช้

(ก) ภายใต้บังคับข้อกำหนดและเงื่อนไขของการให้ใช้สิทธินี้ ท่านได้รับอนุญาตอย่างจำกัดให้ใช้ซอฟต์แวร์ iOS กับ
อุปกรณ์ iOS ยี่ห้อ Apple เครื่องเดียว นอกจากที่อนุญาตไว้ในข้อ 2 (ข) ด้านล่างนี้ และเว้นแต่จะได้มีสัญญาแยกต่าง
หากระหว่างท่านกับ Apple การให้ใช้สิทธินี้จะไม่อนุญาตให้ซอฟต์แวร์ iOS อยู่ในอุปกรณ์ iOS ยี่ห้อ Apple เกินคราว
ละหนึ่งเครื่อง และท่านจะกระทำการจัดจำหน่าย หรือทำให้มีซอฟต์แวร์ iOS บนเครือข่ายที่อุปกรณ์หลายเครื่อง
สามารถใช้ซอฟต์แวร์ได้ในเวลาเดียวกันมิได้ การให้ใช้สิทธินี้ไม่ได้ให้สิทธิแก่ท่านในการใช้ข้อประสานเชื่อมต่ออันเป็น
ทรัพย์สินของ Apple และทรัพย์สินทางปัญญาอื่นๆในการออกแบบ การพัฒนา การผลิต การให้ใช้สิทธิหรือการ
จำหน่ายเครื่องมือและอุปกรณ์ของบุคคลภายนอก หรือแอพพลิเคชั่นซอฟต์แวร์ของบุคคลภายนอกสำหรับใช้กับ
อุปกรณ์ iOS สิทธิต่างๆ เหล่านั้นบางอย่าง Apple ได้ให้ใช้สิทธิตามสัญญาการให้ใช้สิทธิแยกต่างหาก สำหรับข้อมูล
เพิ่มเติมเกี่ยวกับการพัฒนาเครื่องมือและอุปกรณ์ของบุคคลภายนอกอุปกรณ์ iOS โปรดดูได้ที่ https://
developer.apple.com/programs/mfi สำหรับข้อมูลเพิ่มเติมเกี่ยวกับการพัฒนาซอฟต์แวร์แอพพลิเคชั่นสำหรับ
อุปกรณ์ iOS โปรดดูได้ที่ https://developer.apple.com

(ข) ภายใต้บังคับข้อกำหนดและเงื่อนไขของการให้ใช้สิทธินี้ ท่านได้รับอนุญาตอย่างจำกัดให้ดาวน์โหลดซอฟต์แวร์
อัพเดท iOS ที่ Apple อาจมีให้สำหรับอุปกรณ์ iOS รุ่นของท่านเพื่ออัพเดทหรือกู้คืนซอฟต์แวร์ในอุปกรณ์ iOS ที่ท่าน
เป็นเจ้าของและควบคุมนั้น แต่การอนุญาตนี้จะไม่จำกัดการให้อนุญาตแก่ผู้อื่นด้วย การให้ใช้สิทธินี้ ไม่อนุญาตให้ท่าน
อัพเดทหรือกู้คืนอุปกรณ์ iOS ที่ท่านไม่ได้เป็นเจ้าของและควบคุม และท่านจะแจกจ่ายหรือให้มีซอฟต์แวร์อัพเดท iOS
บนเครือข่ายที่มีอุปกรณ์หลายเครื่อง หรือคอมพิวเตอร์หลายเครื่องสามารถใช้ได้ในเวลาเดียวกันไม่ได้ หากท่านได้
ดาวน์โหลดซอฟต์แวร์อัพเดท iOS ลงบนคอมพิวเตอร์ของท่าน ท่านอาจทำสำเนาซอฟต์แวร์อัพเดท iOS ไว้ที่เครื่อง
คอมพิวเตอร์ของท่านก็ได้ในรูปแบบที่อ่านได้ด้วยเครื่องหรือเก็บไว้เพื่อสำรองใช้เท่านั้น โดยสำเนาสำรองใช้นั้นจะต้อง
รวมเอาลิขสิทธิ์หรือการแจ้งแสดงความเป็นเจ้าของที่มีอยู่ในต้นฉบับซอฟต์แวร์ iOS ทั้งหมดด้วย

(ค) ตราบเท่าที่ Apple ได้ติดตั้งแอพยี่ห้อ Apple จาก App Store ไว้ล่วงหน้าในอุปกรณ์ iOS ของท่านในเวลาที่ซื้อ
("แอพที่ติดตั้งล่วงหน้า") ท่านจำเป็นจะต้องเชื่อมต่อเข้าไปยัง App Store และเชื่อมต่อแอพที่ติดตั้งล่วงหน้าเหล่านี้
เข้ากับบัญชี App Store ของท่านเพื่อที่จะใช้งานแอพที่ติดตั้งล่วงหน้าในอุปกรณ์ iOS ของท่าน เมื่อท่านเชื่อมต่อแอพ
ที่ติดตั้งล่วงหน้าเข้ากับบัญชี App Store ของท่าน ท่านก็จะเชื่อมต่อแอพที่ติดตั้งล่วงหน้าทั้งหมดในอุปกรณ์ iOS ของ
ท่านโดยอัตโนมัติด้วย อย่างไรก็ตามเลือกเชื่อมต่อแอพที่ติดตั้งล่วงหน้าเข้ากับบัญชี App Store ของท่านในเวลาเดียวกันไม่ได้ หากท่านตกลงว่า
Apple อาจจะ รวบรวม เก็บรักษา ประมวลผล และใช้ Apple ID ที่ใช้โดยบัญชี App Store ของท่านและการระบุ
ลักษณะเฉพาะของฮาร์ดแวร์ที่เก็บรวบรวมจาก iOS ของท่าน เพื่อเป็นการระบุลักษณะเฉพาะของบัญชีเพื่อวัตถุประสงค์
ในการตรวจสอบการมีสิทธิตามคำขอของท่านและเพื่อให้ท่านสามารถเข้าถึงแอพที่ติดตั้งล่วงหน้าโดยผ่านทาง App
Store ได้ ถ้าท่านไม่ประสงค์ที่จะใช้แอพที่ติดตั้งล่วงหน้า ท่านสามารถลบทิ้งออกจากอุปกรณ์ iOS ของท่านได้ไม่ว่าใน
เวลาใด

(ง) ท่านจะลอกเลียนซอฟต์แวร์ iOS ไม่ได้ และท่านตกลงที่จะไม่ทำหรือให้คนอื่นทำการลอกเลียน (เว้นแต่จะได้รับ
อนุญาตโดยการให้ใช้สิทธินี้อย่างชัดแจ้ง) กระจาย ทำวิศวกรรมย้อนกลับ แยกประกอบ หรือพยายามที่จะดึงรหัส
ข้อมูล หรือถอดรหัส หรือแก้ไข หรือสร้างงานอนุพันธุ์ของซอฟต์แวร์ iOS หรือการบริการใดๆ ที่ iOS จัดให้ หรือส่วน
ใดๆ ของ iPad (เว้นแต่และเท่าที่ข้อจำกัดข้างต้นนั้นจะถูกห้ามโดยกฎหมาย หรือโดยข้อกำหนดการให้ใช้สิทธิอันว่า
ด้วยการใช้ส่วนประกอบที่เป็น open-sourced ที่อาจมีอยู่ในซอฟต์แวร์ iOS)

(จ) ซอฟต์แวร์ iOS อาจใช้ผลิตงานซ้ำได้เท่าที่การใช้ดังกล่าวว่าจำกัดเฉพาะการผลิตซ้ำงานอันไม่มีลิขสิทธิ์ งานที่ท่าน
เป็นเจ้าของลิขสิทธิ์ หรือราวที่ท่านได้รับอนุญาตให้แสดงซ้ำ โดยถูกต้องตามกฎหมาย กรรมสิทธิ์และสิทธิในทรัพย์สิน
ทางปัญญาในเนื้อหาใดๆ ที่แสดงโดย เก็บอยู่ใน หรือเข้าถึงผ่านอุปกรณ์ iOS ของท่าน ย่อมตกแก่เจ้าของเนื้อหานั้นๆ
ๆ เนื้อหาเช่นว่านั้นอาจได้รับการคุ้มครองโดยกฎหมายและสนธิสัญญาว่าด้วยลิขสิทธิ์หรือทรัพย์สินทางปัญญาประเภท
อื่นและอาจอยู่ภายใต้บังคับข้อกำหนดการใช้ของบุคคลภายนอกซึ่งเป็นผู้ให้เนื้อหานั้นได้ เว้นแต่จะมีการระบุไว้ใน
ใบอนุญาตให้ใช้สิทธินี้ ใบอนุญาตให้ใช้สิทธินี้ไม่ให้สิทธิใดๆ แก่ท่านที่จะใช้เนื้อหานั้นหรือมิได้รับประกันว่า เนื้อหานั้น
จะยังคงจัดให้ท่านอยู่ต่อไป

(ฉ) ท่านตกลงใช้ซอฟต์แวร์ iOS และการบริการ (ตามที่ได้มีการแจกแจงไว้ในข้อ 5 ด้านล่างนี้) โดยถูกต้องตาม กฎหมาย ซึ่งรวมถึงกฎหมายภายในของประเทศหรือของภูมิภาคที่ท่านอาศัยอยู่ หรือที่ท่านพำนักอยู่ในขณะที่ ดาวน์โหลด หรือใช้ซอฟต์แวร์ iOS และบริการ รูปแบบการใช้งานซอฟต์แวร์ iOS และบริการอาจไม่มีให้บริการในทุก ภาษาหรือภูมิภาค การใช้งานบางรูปแบบอาจเปลี่ยนแปลงไปตามภูมิภาคและบางรูปแบบอาจถูกจำกัดหรือไม่มีให้ บริการจากผู้ให้บริการของท่าน รูปแบบการใช้งานบางอย่างของซอฟต์แวร์ iOS และบริการจำเป็นจะต้องมีการเชื่อมต่อ ข้อมูลทาง Wi-Fi หรือโทรศัพท์มือถือ

(ช) การใช้งาน App Store จำเป็นต้องมีชื่อผู้ใช้(Username) และรหัสพาสเวิร์ด (Password) ที่มีความเฉพาะ เจาะจง หรือที่รู้จักในนาม Apple ID และ Apple ID ยังมีความจำเป็นในการเข้าถึงการอัพเดตของแอพและรูปแบบ การใช้งานบางอย่างของซอฟต์แวร์ iOS และบริการ

(ซ) ท่านรับทราบว่ารูปแบบการใช้งานเฉพาะแอพสำเร็จรูปภายใน และการบริการหลายอย่างของซอฟท์แวร์ iOS จะ ส่งผ่านข้อมูลและอาจส่งผลกระทบต่อค่าใช้จ่ายของแผนข้อมูลของท่าน และท่านจะเป็นผู้รับผิดชอบค่าใช้จ่ายใดๆ ที่ เกิดขึ้น ท่านสามารถดูและควบคุมได้ว่าแอพพลิเคชั่นใดที่ได้รับอนุญาตให้ใช้ข้อมูลโทรศัพท์เคลื่อนที่และดูประมาณ การว่าแอพพลิเคชั่นดังกล่าวได้ใช้ข้อมูลมากเพียงใดภายใต้การกำหนดค่าข้อมูลโทรศัพท์เคลื่อนที่ สำหรับข้อมูลเพิ่ม เติม โปรดขอคำปรึกษาได้จาก คู่มือการใช้งาน (User Guide) สำหรับอุปกรณ์ iOS ของท่าน

(ฌ) ถ้าท่านเลือกใช้การอัพเดตแอพอัตโนมัติ อุปกรณ์ iOS ของท่านจะตรวจสอบกับ Apple เป็นระยะๆ สำหรับการ อัพเดตแอพในอุปกรณ์ของท่าน และถ้ามีให้บริการ การอัพเดตดังกล่าวก็จะดาวน์โหลดและติดตั้งในอุปกรณ์ของท่าน โดยอัตโนมัติ ท่านสามารถปิดการอัพเดตแอพอัตโนมัติทั้งหมดได้ไม่ว่าในเวลาใดโดยการเข้าไปที่การตั้งค่า เลือก iTunes & App Store และภายใต้ Automatic Downloads ให้ปิดการอัพเดต

(ญ) การใช้อุปกรณ์ iOS ของท่านในบางลักษณะอาจหันเหความสนใจของท่านและอาจก่อให้เกิดสถานการณ์ที่ อันตราย (ตัวอย่างเช่น ให้หลีกเลี่ยงการพิมพ์ข้อความในขณะขับรถยนต์ หรือใช้หูฟังในขณะขี่รถจักรยาน) โดยการใช้ อุปกรณ์ iOS ของท่าน ท่านตกลงว่าท่านจะรับผิดชอบในการปฏิบัติตามกฎระเบียบที่ห้ามหรือจำกัดการใช้โทรศัพท์มือ ถือหรือหูฟัง (ตัวอย่างเช่น ข้อกำหนดสำหรับการใช้ทางเลือกที่เป็นอุปกรณ์แฮนด์ฟรีในการโทรศัพท์ในขณะขับขี่)

3. การโอน  ท่านจะให้เช่า ให้ยืม ขาย จำหน่ายต่อ หรือให้ใช้สิทธิ์ช่วงซอฟต์แวร์ iOS ไม่ได้ แต่ท่านอาจทำการโอน ถาวรที่เดียวซึ่งสิทธิ์ทั้งหมดจากการให้ใช้สิทธิ์ใน iOS ให้แก่อีกฝ่ายหนึ่ง ด้วยการโอนกรรมสิทธิ์ในอุปกรณ์ iOS ของ ท่านได้ โดยที่ (ก) การโอนนั้นจะต้องรวมทั้งอุปกรณ์ iOS ของท่านและซอฟต์แวร์ iOS นั้นของท่านทั้งหมด รวมทั้งชิ้น ส่วนประกอบทั้งหมด และการให้ใช้สิทธิ์นี้ด้วย (ข) ท่านจะต้องไม่เก็บสำเนาซอฟต์แวร์ iOS ใดๆ ไว้ ไม่ว่าทั้งหมดหรือ บางส่วน รวมถึงสำเนาต่างๆ ที่เก็บไว้ในเครื่องคอมพิวเตอร์ หรือเครื่องมือเก็บอื่นๆ และ (ค) ฝ่ายที่รับโอนซอฟต์แวร์ iOS อ่านและตกลงที่จะรับข้อกำหนดและเงื่อนไขของการให้ใช้สิทธิ์นี้

4. ยินยอมให้ใช้ข้อมูล  เมื่อท่านใช้อุปกรณ์ของท่าน หมายเลขโทรศัพท์ และการระบุลักษณะที่เฉพาะเจาะจงบางอย่าง ของท่านสำหรับอุปกรณ์ iOS ของท่านจะอนุญาตให้ผู้อื่นเข้าถึงท่านได้โดยหมายเลขโทรศัพท์ของท่านเมื่อใช้ลักษณะ การใช้งานด้านการสื่อสารจำนวนมากของซอฟต์แวร์ iOS เช่น iMessage และ FaceTime เมื่อท่านใช้ iMessage Apple อาจเก็บข้อความของท่านไว้ในรูปแบบการเข้ารหัสเป็นระยะเวลาที่จำกัดเพื่อให้แน่ใจว่าข้อความดังกล่าวจะได้ รับการส่ง ท่านอาจปิด FaceTime หรือ iMessage ได้โดยเข้าไปที่การตั้งค่าของ FaceTime หรือ Messages ใน อุปกรณ์ iOS ของท่าน ลักษณะการใช้งานบางประเภท เช่น การวิเคราะห์ข้อมูล บริการเชิงพื้นที่ของ Siri และการป้อนตาม คำบอก อาจจำเป็นต้องมีข้อมูลจากอุปกรณ์ iOS ของท่าน เพื่อที่จะสามารถทำงานได้ตามที่กำหนด เมื่อท่านเปิดหรือใช้ รูปแบบการใช้งานเหล่านี้ จะมีการแสดงรายละเอียดให้ทราบว่าข้อมูลใดถูกส่งให้แก่ Apple และข้อมูลดังกล่าวอาจถูก ใช้อย่างไร ท่านสามารถศึกษาเพิ่มเติมโดยการเข้าไปที่ https://www.apple.com/th/privacy/ ข้อมูลของท่านจะ ได้รับการปฏิบัติตามนโยบายความเป็นส่วนตัวของ Apple (Apple Privacy Policy) อยู่เสมอ ซึ่งสามารถหาดูได้ที่ https://www.apple.com/legal/privacy/

5. บริการและข้อมูลของบุคคลภายนอก

(ก) ซอฟต์แวร์ iOS อาจทำให้สามารถเข้าถึง iTunes Store App Store iBooks Store  Game Center iCloud Maps ของ Apple และการบริการอื่นๆ ของ Apple และของบุคคลภายนอก ซึ่งรวมทั้งเว็บไซต์ต่างๆ (รวมกันและแยกกันเรียกว่า "บริการ") ได้ การบริการดังกล่าวอาจมีได้จัดให้ทุกภาษาหรือในทุกประเทศก็ได้ การใช้บริการนี้จะต้องเข้าอินเทอร์เน็ต และในการใช้บริการบางอย่าง ซึ่งอาจจำต้องใช้ Apple ID ของท่าน ท่านอาจจำต้องยอมรับข้อกำหนดเพิ่มเติม และอาจต้องชำระค่าธรรมเนียมเพิ่มเติม โดยที่การใช้ซอฟต์แวร์นี้ในส่วนที่เกี่ยวกับ Apple ID บัญชี  หรือบริการของ Apple อื่นๆ ถือว่าท่านตกลงตามข้อกำหนดและเงื่อนไขของบริการนั้นๆ เช่นข้อกำหนดและเงื่อนไขของบริการสื่อของ Apple ฉบับล่าสุด สำหรับประเทศที่ท่านเข้าถึงบริการดังกล่าว ซึ่งท่านอาจเข้าไปดูได้ที่ https://www.apple.com/legal/internet-services/itunes/ww/

(ข) หากท่านลงทะเบียนเพื่อใช้งาน iCloud ท่านอาจเข้าถึง รูปแบบการใช้งาน iCloud บางประเภท เช่น "iCloud Photo Library" "My Photo Stream" "iCloud Photo Sharing" "Back Up" และ "Find My iPhone" ได้โดยตรงจาก ซอฟท์แวร์ iOS ทั้งนี้ ท่านทราบดีและตกลงว่าการใช้งาน iCloud ของท่าน และรูปแบบการใช้งานดังกล่าวนี้จะอยู่ภายใต้ข้อกำหนดและเงื่อนไขล่าสุดของการบริการ iCloud ซึ่งท่านอาจเข้าไปดูได้ที่ <u>https://www.apple.com/legal/internet-services/icloud/ww/</u>

(ค) <u>เนื้อหาของแอพ News</u> การที่ท่านใช้เนื้อหาที่เข้าถึง โดยผ่านทางแอพพลิเคชั่น News จะจำกัดอยู่เฉพาะการใช้งานส่วนบุคคลที่ไม่ใช่ในเชิงพาณิชย์เท่านั้น โดยจะไม่มีการโอนผลประโยชน์ที่เป็นกรรมสิทธิ์ใดๆ ให้แก่ท่านในเนื้อหาดังกล่าว และโดยเฉพาะอย่างยิ่ง จะไม่รวมถึงแต่ไม่จำกัดเพียง สิทธิการใช้ในเชิงพาณิชย์หรือเพื่อการเสริมการขายใดๆ ในเนื้อหาดังกล่าว นอกจากนี้ ห้ามไม่ให้ท่านเผยแพร่ซ้ำ ถ่ายทอดซ้ำ และผลิตซ้ำ ซึ่งภาพใดๆ ที่เข้าถึงโดยผ่านทาง News เป็นไฟล์ในลักษณะสแตนด์อะโลน

(ง) <u>Maps</u> บริการและรูปแบบการใช้งานแผนที่ของซอฟต์แวร์ iOS ("Maps") รวมทั้งการครอบคลุมของข้อมูลแผนที่อาจแตกต่างกันไปตามภูมิภาค เมื่อท่านใช้ลักษณะการใช้งานเชิงพื้นที่ใน Maps เช่น โปรแกรมบอกเส้นทาง turn-by-turn การค้นหาเกี่ยวกับจราจรและท้องถิ่น ข้อมูลการใช้งานและข้อมูลที่เกี่ยวข้องกับข้อมูลพื้นที่อันหลากหลายอาจถูกส่งไปที่ Apple รวมถึงข้อมูลเชิงพื้นที่ทางภูมิศาสตร์ของอุปกรณ์ iOS ของท่าน เพื่อที่จะดำเนินการตามคำร้องขอของท่านและช่วยพัฒนาMaps โดยข้อมูลเชิงพื้นที่และข้อมูลการใช้งานดังกล่าวจะจัดเก็บโดย Apple ในรูปแบบซึ่งไม่ระบุตัวท่านเป็นการเฉพาะเจาะจง <u>โดยการใช้งาน Maps นี้ท่านตกลงและยินยอมให้ Apple ตลอดจนบริษัทย่อยและตัวแทน ส่งผ่านข้อมูล เก็บรวบรวมข้อมูล เก็บรักษาข้อมูล ประมวลผล และนำข้อมูลไปใช้งาน เพื่อที่จะจัดทำและพัฒนาการใช้งานและบริการของ Maps และผลิตภัณฑ์และการบริการอื่นๆ ของ Apple ให้ดียิ่งขึ้น</u> Apple อาจให้ข้อมูลดังกล่าวไม่ว่าในรูปแบบรวมหรือที่ไม่ระบุตัวตนเป็นการส่วนบุคคล แก่หุ้นส่วนและผู้ได้รับอนุญาตให้ใช้สิทธิของตนเองเพื่อช่วยในการปรับปรุงแผนที่หรือผลิตภัณฑ์และบริการในเชิงกับอุปกรณ์และบุคคลดังกล่าว ท่านอาจปิดการใช้งานเชิงพื้นที่ของ Maps ได้โดยการไปที่การตั้งค่าบริการเชิงพื้นที่ในอุปกรณ์ iOS ของท่านและเลือกปิดการตั้งค่าพื้นที่ส่วนบุคคลสำหรับ Maps อย่างไรก็ตามการใช้งานบางอย่างๆ ของ Maps อาจไม่สามารถใช้งานได้ถ้าท่านปิดการตั้งค่าบริการเชิงพื้นที่ เช่นโปรแกรมบอกเส้นทาง turn-by-turn

(จ) <u>iBooks; Podcasts</u> ถ้าท่านเลือกใช้รูปแบบการประสานข้อมูลของแอพ iBooks และ Podcasts เพื่อที่จะประสานที่คืนหน้า บันทึกย่อ การเก็บรวบรวม และข้อมูลการสมัคร podcast ในอุปกรณ์ iOS และคอมพิวเตอร์ของท่าน ท่านรับทราบว่าข้อมูลดังกล่าวอาจถูกส่งไปให้แก่ Apple และถูกจัดเก็บไว้ร่วมกับ Apple ID ที่ท่านใช้สำหรับ iBooks Store หรือ iTune Store เพื่อให้ข้อมูลดังกล่าวสามารถเข้าถึงกับอุปกรณ์และคอมพิวเตอร์อื่นๆ ของท่านที่ได้รับอนุญาตให้เข้าถึงเนื้อหาโดยผ่าน Apple ID ดังกล่าวได้ ท่านสามารถปิดการประสานข้อมูลได้ไม่ว่าในเวลาใด โดยการไปที่การตั้งค่า และเปลี่ยนทางเลือกการประสานข้อมูลสำหรับแอพ iBooks และ Podcasts ตามลำดับ

(ฉ) ท่านเข้าใจว่า โดยการใช้บริการใดๆ ท่านอาจจะพบกับเนื้อหาที่อาจถือว่าหยาบคาย ไม่เหมาะสม หรือน่ารังเกียจ ซึ่งจะจัดเป็นเนื้อหาที่ใช้ภาษาที่ขัดแจ้งหรือไม่ได้ และเข้าใจว่าผลของการค้นหาหรือการใส่ URL เฉพาะเข้าไป อาจเชื่อมต่อไปยังหรืออ้างไปถึงข้อมูลที่น่ารังเกียจโดยอัตโนมัติ หรือโดยไม่ตั้งใจก็ได้ อย่างไรก็ตาม ท่านตกลงที่จะใช้บริการด้วยความเสี่ยงของท่านเองฝ่ายเดียว และ Apple บริษัทในเครือ ตัวแทน ตัวการ หรือผู้อนุญาตให้ใช้สิทธิของ Appleไม่มีความรับผิดต่อท่านสำหรับเนื้อหาที่อาจพบว่าหยาบคาย ไม่เหมาะสม หรือน่ารังเกียจ

(ช) บริการบางอย่างอาจแสดง มี หรือให้เนื้อหา ข้อมูล สารสนเทศ แอพพลิเคชั่น หรือข้อมูลต่างๆ จากบุคคลภายนอก ("ข้อมูลของบุคคลภายนอก") หรือให้เชื่อมต่อไปยังเว็บไซต์ของบุคคลภายนอกจากเว็บไซต์ โดยการใช้บริการ ท่าน ยอมรับและตกลงว่า Apple ไม่รับผิดชอบต่อการตรวจสอบหรือประเมินเนื้อหา ความถูกต้อง ความครบถ้วน ความ เหมาะแก่เวลา ความสมบูรณ์ การปฏิบัติตามลิขสิทธิ์ ความถูกต้องตามกฎหมาย ความเหมาะสม คุณภาพหรือลักษณะ อื่นใดของข้อมูลหรือเว็บไซต์ของบุคคลภายนอกนั้น Apple เจ้าหน้าที่ บริษัทในเครือและบริษัทย่อยของ Apple ไม่ รับประกัน หรือรับรอง และไม่รับเอา และจะไม่มีความรับผิดหรือความรับผิดชอบใดๆ ต่อท่าน หรือต่อบุคคลอื่นใด สำหรับการให้บริการของบุคคลภายนอก ข้อมูลหรือเว็บไซต์ของบุคคลภายนอกใดๆ หรือสำหรับข้อมูลอื่นใด ผลิตภัณฑ์หรือการบริการของบุคคลภายนอก ข้อมูลและการเชื่อมต่อไปยังเว็บไซต์ของบุคคลภายนอกนั้น จัดให้เพื่อ ความสะดวกแก่ท่านเท่านั้น

(ซ) ทั้ง Apple และผู้ให้บริการข้อมูลของ Apple จะไม่รับประกันการมีอยู่ ความถูกต้อง ความสมบูรณ์ ความเชื่อถือได้ หรือข้อมูลหุ้นที่ตรงต่อเวลา ข้อมูลเชิงพื้นที่ หรือข้อมูลอื่นใดที่ปรากฏขึ้นโดยบริการของ Apple ข้อมูลด้านการเงินที่ แสดงโดยบริการใดๆ เป็นข้อมูลโดยทั่วไปเท่านั้น และไม่ควรเชื่อถือเป็นคำแนะนำในการลงทุน ก่อนทำธุรกรรมเกี่ยว กับหลักทรัพย์ใดๆ โดยอาศัยข้อมูลที่ได้จากการบริการ ท่านควรปรึกษาผู้มีวิชาชีพทางการเงิน หรือหลักทรัพย์ ผู้ซึ่งมี คุณสมบัติถูกต้องตามกฎหมายในการให้คำปรึกษาด้านการเงินหรือหลักทรัพย์ในประเทศหรือในภูมิภาคของท่าน ข้อมูลเชิงพื้นที่ที่การบริการใดๆ รวมถึงบริการ Maps ของ Apple จัดให้ก็เพื่อวัตถุประสงค์ในการค้นหาเส้นทางพื้น ฐานและการวางแผนเท่านั้น และมิได้ประสงค์จะให้เชื่อถือในสถานการณ์ที่ต้องการข้อมูลสถิตที่แม่นชัด หรือในสถานการณ์ที่ข้อมูลเชิงพื้นที่ที่ผิดพลาด ไม่ถูกต้อง ล่าช้า หรือไม่ครบถ้วนอาจนำไปสู่การเสียชีวิต ความเสียหายส่วนบุคคล ความเสียหายต่อทรัพย์สินหรือสภาพแวดล้อมได้ ท่านตกลง ผลที่ท่านได้รับจากบริการ Maps อาจแตกต่างกันไปจากสภาพท้องถนนหรือภูมิประเทศที่แท้จริง อันเนื่องมาจากปัจจัยที่สามารถส่งผลกระทบต่อความถูกต้องของข้อมูล Maps เช่นปัจจัยดังต่อไปนี้แต่ไม่จำกัดเพียง อากาศ สภาพท้องถนนและระยะทาง และเหตุการณ์ภูมิรัฐศาสตร์ เพื่อความ ปลอดภัยของท่านเมื่อใช้งานโปรแกรมบอกเส้นทาง โปรดให้ความสนใจกับป้ายสัญลักษณ์ถนนที่มีการประกาศ และสภาพ ท้องถนนในเวลาปัจจุบัน และขับรถด้วยความปลอดภัยและกฎจราจร และโปรดทราบว่าทิศทางสำหรับการเดินอาจไม่ รวมบาทวิถีหรือทางสำหรับเดินเท้า

(ฌ) ในกรณีที่ท่านได้อัปโหลดเนื้อหาใดๆ ผ่านการใช้บริการ ท่านรับรองว่าท่านเป็นเจ้าของสิทธิ หรือมีอำนาจ หรือได้ รับอนุญาตตามกฎหมายให้อัปโหลด เนื้อหาดังกล่าวและเนื้อหาอื่นใดที่มิได้เป็นการละเมิดข้อกำหนดใดที่ใช้บังคับกับ การบริการ ท่านตกลงว่า บริการมีเนื้อหา สารสนเทศ และข้อมูลอันเป็นทรัพย์สิทธิ ซึ่ง Apple เจ้าของเว็บไซต์ หรือผู้ให้ ใช้สิทธิ์ของ Apple เป็นเจ้าของ และได้รับการคุ้มครองโดยกฎหมายทรัพย์สินทางปัญญาและกฎหมายอื่นๆ ซึ่งรวมถึง โดยไม่จำกัดเฉพาะลิขสิทธิ์ และท่านตกลงว่าจะไม่ใช้เนื้อหา สารสนเทศ หรือข้อมูลอันเป็นทรัพย์สิทธิ นอกเหนือไปจาก วัตถุประสงค์เพื่อการใช้บริการที่ได้รับอนุญาตแล้ว หรือการใช้งานในลักษณะที่ไม่ได้เป็นไปตามที่ระบุไว้ในข้อกำหนด ของการใช้สิทธิ์ฉบับนี้ หรือที่ละเมิดสิทธิในทรัพย์สินทางปัญญาของผู้อื่นหรือของ Apple การบริการส่วนใดๆ จะทำซ้ำ ในรูปแบบใดหรือโดยวิธีใดไม่ได้ ท่านตกลงที่จะไม่แก้ไข ให้เช่า ให้ยืม ขาย จำหน่าย หรือสร้างงานที่เป็นอนุพันธ์โดย อาศัยการบริการในลักษณะใดๆ และท่านจะไม่ใช้ประโยชน์ในทางที่ไม่ได้รับอนุญาตใดๆ ก็ตาม ซึ่งรวมถึงโดยไม่ จำกัดเฉพาะการใช้บริการเพื่อส่งไวรัสของคอมพิวเตอร์ เวอร์ม ม้าโทรจัน หรือมัลแวร์ หรือโดยการเจาะเข้าไป หรือเพิ่ม ภาระให้แก่ความสามารถของเครือข่าย ท่านตกลงยินยอมต่อไปที่จะไม่ใช้บริการในลักษณะใดๆ เพื่อลวนลาม ทำร้าย ติดตาม ข่มขู่ ดูหมิ่น หรือละเมิดหรือฝ่าฝืนโดยประการอื่นซึ่งสิทธิของบุคคลอื่นใด และตกลงว่า Apple ไม่รับผิดชอบ ในทางใดๆ สำหรับการใช้ใดๆ ดังกล่าวโดยท่าน หรือสำหรับข้อความหรือการส่งข้อความอันเป็นการลวนลาม การ ข่มขู่ การดูหมิ่น น่ารังเกียจ ละเมิดสิทธิ หรือผิดกฎหมาย ซึ่งท่านอาจได้รับเนื่องจากการใช้บริการใดๆ

(ญ) นอกจากนั้น การบริการและข้อมูลของบุคคลภายนอกซึ่งอาจเข้าถึงได้จาก เชื่อมต่อไปยัง หรือแสดงอยู่บน อุปกรณ์ iOS มิได้มีการจัดทำไว้ในทุกภาษาหรือมีอยู่ทุกประเทศ หรือทุกภูมิภาค Apple ไม่แสดงข้อความจริงว่า บริการและข้อมูลของบุคคลภายนอกดังกล่าวมีความเหมาะสม หรือมีไว้ใช้งานได้ในที่เฉพาะพื้นที่ใดๆ เท่าที่ท่านเลือกใช้ หรือเข้าถึงบริการหรือเนื้อและข้อมูลของบุคคลภายนอกดังกล่าว ท่านทำเช่นนั้นด้วยการริเริ่มของท่านเอง และท่านจะต้อง รับผิดชอบในการปฏิบัติตามกฎหมายใดๆ ที่ใช้บังคับ ซึ่งรวมถึง โดยไม่จำกัดเฉพาะกฎหมายท้องถิ่นที่ใช้บังคับและ กฎหมายเกี่ยวกับการเก็บข้อมูลและความเป็นส่วนตัว การแบ่งปันหรือประสานภาพถ่ายโดยผ่านทางอุปกรณ์ iOS ของ

ท่านอาจทำให้ข้อมูลเชิงพิกัด รวมทั้งข้อมูลว่าภาพถ่ายถูกบันทึกที่ไหนและเมื่อใด และข้อมูลเชิงลึก ถูกส่งไปพร้อมกับ
ภาพถ่าย การใช้บริการของ Apple (เช่น iCloud Photo Library) เพื่อแบ่งปันหรือเก็บรักษาประสานภาพถ่ายดังกล่าวจะ
เกี่ยวข้องกับการที่ Apple ได้รับและจัดเก็บข้อมูลเชิงพิกัดดังกล่าว Apple และผู้ให้ใช้สิทธิ์ของตนสงวนสิทธิ์ที่จะ
เปลี่ยน ระงับ ย้ายออก หรือทำให้เข้าถึงบริการใดๆ ไม่ได้ ณ เวลาใดๆ ก็ได้ โดยไม่ต้องแจ้งให้ทราบ ไม่ว่าในกรณี
ใดๆ Apple จะไม่รับผิดต่อการย้ายออก หรือการทำให้เข้าบริการดังกล่าวใดๆ ไม่ได้ Apple ยังอาจจำกัดการใช้
หรือการเข้าถึงบริการบางอย่างอีกด้วย ในกรณีใดๆ โดยไม่ต้องแจ้งให้ทราบหรือโดยไม่มีความผิด

6. การสิ้นสุด  การให้ใช้สิทธิ์นี้มีผลบังคับไปจนกว่าจะได้มีการยกเลิก สิทธิของท่านตามการให้ใช้สิทธิ์นี้จะสิ้นสุดลง
โดยอัตโนมัติหรือสิ้นผลแต่โดยประกาศอื่นโดย Apple ไม่ต้องแจ้งให้ทราบ หากท่านไม่สามารถปฏิบัติตามข้อกำหนด
ของการให้ใช้สิทธิ์นี้ได้ เมื่อยกเลิกการให้ใช้สิทธิ์แล้ว ท่านจะต้องหยุดใช้ซอฟต์แวร์ iOS ทั้งหมด การให้ใช้สิทธิ์นี้ใน
ข้อ 4 5 6 7 8 9 12 และ 12 13 ให้มีผลใช้บังคับต่อไปภายหลังการให้ใช้สิทธิ์นี้สิ้นสุดลง

7. การปฏิเสธการรับประกัน
7.1      หากท่านเป็นลูกค้าผู้บริโภค (ผู้ใช้ซอฟต์แวร์ iOS นอกจากการค้า ธุรกิจ และอาชีพของท่าน) ท่านอาจมีสิทธิ์
ตามกฎหมายในประเทศถิ่นที่อยู่ของท่าน ซึ่งห้ามมิให้นำข้อจำกัดดังต่อไปนี้มาใช้กับท่าน และที่ใดที่ห้าม ก็จะไม่นำข้อ
จำกัดนี้มาใช้กับท่าน ท่านควรติดต่อหน่วยงานให้คำแนะนำผู้บริโภคภายในประเทศเพื่อดูสิทธิเพิ่มเติม

7.2      ท่านยอมรับและตกลงอย่างชัดแจ้งว่า เท่าที่กฎหมายที่เกี่ยวข้องจะอนุญาต การใช้ซอฟต์แวร์ iOS และบริการ
ใดๆ ที่กระทำขึ้นโดยหรือเข้าถึงทางซอฟต์แวร์ iOS เป็นความเสี่ยงของท่านแต่เพียงฝ่ายเดียว และความเสี่ยงทั้งหมด
เกี่ยวกับคุณภาพที่พึงพอใจ การทำงาน ความถูกต้องและความพยายามอยู่ที่ท่าน

7.3      เท่าที่กฎหมายที่ใช้บังคับจะอนุญาตให้กระทำได้ ซอฟต์แวร์ iOS และการบริการ ถูกจัดทำขึ้น "ตาม
สภาพ"และ "ตามที่มี" พร้อมกับข้อบกพร่องทั้งหมด และปราศจากการรับประกันทุกประเภท และโดยข้อนี้ Apple
และผู้ให้ใช้สิทธิ์ของ Apple (รวมเรียกว่า " Apple " เพื่อวัตถุประสงค์ของข้อ 7 และข้อ 8) ขอปฏิเสธการรับประกัน
และเงื่อนไขทั้งหมดในส่วนที่เกี่ยวกับซอฟต์แวร์ iOS และบริการ ไม่ว่าโดยชัดแจ้ง โดยปริยาย หรือตามกฎหมาย ซึ่ง
รวมถึงโดยไม่จำกัดเฉพาะการรับประกันโดยปริยาย และ/หรือสภาพที่เหมาะสมแก่การวางตลาด คุณภาพที่น่าพึง
พอใจ ความเหมาะกับวัตถุประสงค์เฉพาะอย่าง ความถูกต้อง การใช้โดยสงบ และการไม่ละเมิดสิทธิ์ของบุคคล
ภายนอก

7.4      Apple ไม่รับประกันการปราศจากการรบกวนการใช้ซอฟต์แวร์ iOS และการบริการของท่าน และไม่รับประกัน
ว่าฟังก์ชั่นที่มีอยู่ในหรือรับบริการที่ให้หรือจัดทำโดยซอฟต์แวร์ iOS จะตอบสนองความต้องการของท่านได้ หรือปฏิบัติ
การของซอฟต์แวร์ iOS หรือบริการจะไม่ถูกขัดขวาง หรือไม่มีข้อผิดพลาด หรือบริการใดจะยังคงมีการให้บริการอยู่ต่อ
ไป หรือข้อชำรุดบกพร่องของซอฟต์แวร์ iOS หรือบริการจะได้รับการแก้ไข หรือว่าซอฟต์แวร์ iOS จะเข้ากันได้หรือ
ทำงานร่วมกันได้กับซอฟต์แวร์ แอพพลิเคชั่น หรือการบริการของบุคคลภายนอกใดๆ การติดตั้งซอฟต์แวร์ iOS นี้อาจ
กระทบการมีให้บริการและความสามารถในการใช้งานแอพพลิเคชั่นหรือซอฟต์แวร์ของบุคคลภายนอกหรือบริการของ
บุคคลภายนอก ตลอดจนผลิตภัณฑ์และบริการของ Apple

7.5      ท่านยอมรับต่อไปว่า ซอฟต์แวร์ iOS และการบริการมิได้มุ่งหมายหรือเหมาะสำหรับใช้ในสถานการณ์หรือ
สภาพแวดล้อมต่างๆ ที่ความล้มเหลว ความล่าช้า ความผิดพลาด ความไม่ถูกต้องในเนื้อหา ข้อมูล สื่อ
สารสนเทศที่จัดให้โดยซอฟต์แวร์ iOS หรือบริการ อาจจะนำไปสู่ปรากฏการเสียชีวิต บาดเจ็บทางร่างกายส่วนบุคคล หรือความเสีย
หายทางกายภาพหรือสภาพแวดล้อมอย่างร้ายแรง ซึ่งรวมถึงแต่ไม่จำกัดเฉพาะการปฏิบัติการของโรงงานนิวเคลียร์
การนำทางการบินของเครื่องบิน หรือระบบสื่อสารต่างๆ  การควบคุมการจราจรทางอากาศ ระบบสนับสนุนชีวิต และ
ระบบอาวุธ

7.6      สารสนเทศหรือคำแนะนำ ที่ทำด้วยวาจาหรือเป็นลายลักษณ์อักษร ที่ Apple หรือผู้แทนที่ได้รับอนุญาตได้ให้ไว้
ไม่ก่อให้เกิดการรับประกันแต่อย่างใด หากพิสูจน์ได้ว่าซอฟต์แวร์ iOS หรือบริการชำรุดบกพร่อง ท่านเป็นผู้จ่ายค่าใช้
จ่ายที่จำเป็นทั้งหมดในการบริการ การซ่อมแซม หรือการแก้ไข ในบางเขตปกครอง ไม่อนุญาตให้ยกเว้นการรับ

ประกันโดยปริยาย หรือการจำกัดการบังคับใช้สิทธิตามกฎหมายของผู้บริโภค ดังนั้น การยกเว้นและการจำกัดข้างต้น จะไม่นำมาใช้กับท่าน

8. การจำกัดความรับผิด  เท่าที่กฎหมายที่เกี่ยวข้องมิได้ห้ามไว้ ไม่ว่ากรณีใดๆ Apple บริษัทในเครือ ตัวแทน หรือ ตัวการของ Apple จะไม่รับผิดต่อการบาดเจ็บของบุคคล หรือความเสียหายที่เกี่ยวเนื่อง พิเศษ ทางอ้อม หรือที่มิได้เกิด โดยตรงแต่เกิดต่อเนื่องจากผลของการกระทำใดๆ ก็ตาม  ซึ่งรวมถึงแต่ไม่จำกัดเฉพาะต่อเสียหายสำหรับการสูญเสีย กำไร ความผิดเพี้ยนหรือการสูญหายของข้อมูล การส่งหรือรับข้อมูลใดๆ ไม่ได้ (รวมถึงแต่ไม่จำกัดเพียงคำสั่งใน หลักสูตรการเรียนการสอน การมอบหมายงาน และสื่อหรืออุปกรณ์อื่น) การหยุดชะงักของธุรกิจ หรือค่าเสียหายหรือความ เสียหายทางการค้าอื่นใดที่เกิดจากหรือเกี่ยวกับการใช้หรือไม่สามารถจะใช้ซอฟต์แวร์ iOS  และบริการ หรือซอฟต์แวร์ และแอพพลิเคชันของบุคคลภายนอก (แต่) ร่วมกับซอฟต์แวร์ หรือบริการของ iOS ไม่ว่าจะเกิดจากกฎเกณฑ์ใดๆ ตาม คำนิยามทฤษฎีการรับผิด (สัญญา ละเมิด หรือโดยประการอื่น) และถึงแม้ Apple จะได้รับการแจ้งถึงความเป็นไปได้ของ ความเสียหายดังกล่าวก็ตาม เขตบางเขตไม่อนุญาตให้ตัดหรือจำกัดความรับผิดสำหรับการเจ็บของบุคคล หรือความเสียหายที่เกี่ยวเนื่อง หรือที่มิได้เกิดโดยตรงแต่เกิดต่อเนื่องจากผลของการกระทำ ดังนั้น การจำกัดนี้อาจจะไม่ นำมาใช้กับท่าน ไม่ว่ากรณีใดๆ ความรับผิดทั้งหมดของ Apple ต่อท่านสำหรับค่าเสียหายทั้งหมด (ยกเว้นเหนือจากที่ กฎหมายอาจกำหนดไว้ ในกรณีเกี่ยวกับการบาดเจ็บของบุคคล) เกินจำนวนสองร้อยห้าสิบ (250) เหรียญสหรัฐ ข้อ จำกัดข้างต้นยังจะนำมาใช้ถึงแม้การแก้ไขเยียวยาที่ระบุไว้ข้างต้นจะไม่เป็นไปตามวัตถุประสงค์ที่สำคัญ

9. หนังสือรับรองดิจิตอล  ซอฟต์แวร์ iOS มีฟังก์ชันทำงานที่ทำให้รับหนังสือรับรองที่เป็นรูปดิจิตอลได้ ไม่ว่าจะออกให้ โดย Apple หรือโดยบุคคลภายนอก ท่านเป็นผู้รับผิดชอบแต่เพียงผู้เดียวในการตัดสินว่าจะใช้หนังสือรับรองหรือไม่ ไม่ว่าจะออกโดย Apple หรือบุคคลภายนอก การใช้หนังสือรับรองดิจิตอลเป็นความเสี่ยงของท่านแต่เพียงฝ่ายเดียว เท่าที่กฎหมายที่เกี่ยวข้องอนุญาตให้ทำได้ Apple ไม่รับประกันหรือรับรอง ไม่ว่าโดยชัดแจ้งหรือโดยปริยาย เกี่ยวกับ ความเหมาะสมที่จะวางตลาดได้ หรือความเหมาะที่สำหรับวัตถุประสงค์เฉพาะใดๆ ความถูกต้อง ความปลอดภัย หรือ การไม่ละเมิดสิทธิ์ของบุคคลภายนอกในส่วนที่เกี่ยวกับหนังสือรับรองดิจิตอล

10. การควบคุมการส่งออก  ท่านจะใช้หรือส่งออกโดยประการอื่นหรือส่งออกไปอีกซึ่งซอฟต์แวร์ iOS ไม่ได้ เว้นแต่จะ ได้รับอนุญาตโดยกฎหมายสหรัฐ และกฎหมายของเขตปกครองที่ท่านได้ซอฟต์แวร์ iOS มา ทั้งนี้โดยเจาะจงแต่ไม่จำกัด เฉพาะซอฟต์แวร์ iOS จะส่งออกหรือส่งออกกลับไปยัง (ก) ประเทศใดๆ ที่สหรัฐอเมริกาสั่งห้ามส่งไป หรือ (ข) บุคคล ใดๆ ที่อยู่ในรายชื่อผู้มีสัญชาติซึ่งถูกระบุไว้เป็นพิเศษของกระทรวงการคลังของสหรัฐ หรือรายชื่อของบุคคลหรือองค์กร ที่ถูกปฏิเสธโดยกระทรวงพาณิชย์ของสหรัฐ หรือบัญชีรายชื่อบุคคลต้องห้ามอื่นใด โดยการใช้ซอฟต์แวร์ iOS  ท่าน แสดงข้อความจริงและรับรองว่า ท่านไม่ประจำอยู่ในประเทศดังกล่าวใดๆ หรือมีชื่อปรากฎในรายชื่อดังกล่าวใดๆ ท่าน ยังตกลงด้วยว่า ท่านจะไม่ใช้ซอฟต์แวร์ iOS เพื่อวัตถุประสงค์ใดๆ ที่กฎหมายสหรัฐห้ามไว้  ซึ่งรวมถึงโดยไม่ จำ_a1ๆ์ด็เฉพาะการพัฒนา การออกแบบ การทำ หรือการผลิตขีปนาวุธ อาวุธนิวเคลียร์ อาวุธเคมี หรืออาวุธชีวภาพ

11. ผู้ใช้สุดท้ายที่เป็นรัฐบาล  ซอฟต์แวร์ iOS และเอกสารที่เกี่ยวข้อง เป็น "สิ่งของรายการทางการค้า" ตามคำที่ กำหนดไว้ใน 48 C.F.R. 2.101 อันประกอบด้วย "ซอฟต์แวร์คอมพิวเตอร์ทางการค้า" และ "เอกสารซอฟต์แวร์ คอมพิวเตอร์ทางการค้า" ตามที่ใช้ใน 48 C.F.R. §12.212 หรือ 48 C.F.R. §227.7202 ตามแต่กรณี โดย สอดคล้องกับ 48 C.F.R. §12.212 หรือ 48 C.F.R. §227.7202-1 ถึง §227.7202-4 ซอฟต์แวร์คอมพิวเตอร์ ทางการค้า และเอกสารซอฟต์แวร์คอมพิวเตอร์ทางการค้านั้น ได้ให้ใช้สิทธิ์ใช้แก่ผู้ใช้ที่เป็นรัฐบาลสหรัฐ (ก) เฉพาะที่ เป็นสิ่งของทางการค้า และ (ข) พร้อมกับเฉพาะสิทธิที่ให้แก่ผู้ใช้สุดท้ายรายอื่นตามข้อกำหนดและเงื่อนไขในสัญญานี้ สิทธิที่ไม่ได้เผยแพร่ถูกสงวนไว้ตามกฎหมายลิขสิทธิ์สหรัฐ

12. กฎหมายที่ใช้บังคับ และการแยกจากกันได้  การให้ใช้สิทธินี้ให้ใช้บังคับและตีความตามกฎหมายของรัฐ แคลิฟอร์เนีย โดยไม่นำถึงหลักการว่าด้วยการขัดกันแห่งกฎหมาย การให้ใช้สิทธินี้มิให้ใช้บังคับตามอนุสัญญาของ สหประชาชาติว่าด้วยการขายสินค้าระหว่างประเทศ ซึ่งได้ถูกยกเว้นไว้โดยชัดแจ้ง หากท่านเป็นผู้บริโภคที่อยู่ใน สหราชอาณาจักร การให้ใช้สิทธินี้จะอยู่ภายใต้บังคับกฎหมายของเขตอำนาจในถิ่นที่อยู่ของท่าน หากศาลที่มีอำนาจใด พบข้อความหรือส่วนใดๆ ของการให้ใช้สิทธิว่าไม่สามารถใช้บังคับได้ ส่วนเหลือของการให้ใช้สิทธินี้ยังคงใช้มีผล บังคับโดยสมบูรณ์ต่อไป

13. สัญญาอันบริบูรณ์ ภาษาที่ใช้บังคับ  การให้ใช้สิทธิ์นี้ เป็นสัญญาอันบริบูรณ์ระหว่างท่านกับ Apple ในส่วนที่เกี่ยว
กับการใช้ซอฟต์แวร์ iOS และใช้แทนที่ความเข้าใจที่มีอยู่ก่อนหรือที่มีขึ้นพร้อมกันทั้งหมดเกี่ยวกับเรื่องดังกล่าว การ
แก้ไขหรือเปลี่ยนแปลงสัญญานี้จะไม่มีผลผูกพัน เว้นแต่จะได้ทำเป็นลายลักษณ์อักษรและลงลายมือชื่อโดย Apple  คำ
แปลของการให้ใช้สิทธิ์จัดทำขึ้นตามความต้องการของท้องถิ่น และหากมีข้อพิพาทระหว่างฉบับภาษาอังกฤษกับฉบับที่
มิใช่ภาษาอังกฤษ ให้ใช้ฉบับภาษาอังกฤษของการให้ใช้สิทธิ์นี้บังคับเท่าที่กฎหมายท้องถิ่นในประเทศของท่านมิได้
ห้ามไว้

14. การยอมรับบุคคลภายนอก  ส่วนต่างๆ ของซอฟต์แวร์ iOS อาจใช้ หรือมีซอฟต์แวร์ของบุคคลภายนอกและงาน
อันมีลิขสิทธิ์อื่นๆ อยู่ด้วย การยอมรับ ข้อกำหนดในการให้ใช้สิทธิ์ และ/หรือการปฏิเสธความรับผิดสำหรับข้อมูลดังกล่าว มี
อยู่ในเอกสารอิเล็กทรอนิกส์สำหรับซอฟต์แวร์ iOS และการใช้ข้อมูลดังกล่าวของท่านให้เป็นไปตามข้อกำหนดของส่วน
ต่างๆ ที่เกี่ยวข้อง  การใช้บริการ Google Safe Browsing Service อยู่ภายใต้บังคับข้อกำหนดบริการของ Google
(https://www.google.com/intl/th/policies/terms/) และนโยบายรักษาข้อมูลส่วนบุคคล (https://
www.google.com/intl/th/policies/privacy/)

15. การใช้ MPEG-4; การแจ้ง H.264 AVC
(ก) ซอฟต์แวร์ iOSได้รับอนุญาตภายใต้การให้ใช้สิทธิ์ชุดสิทธิบัตรระบบ MPEG-4 (MPEG-4 Systems Patent
Portfolio License) สำหรับการเข้ารหัสตามมาตรฐานระบบ MPEG-4 (MPEG-4 Systems Standard) เว้นแต่
จำเป็นต้องมีการให้ใช้สิทธิ์เพิ่ม หรือการจ่ายค่าสิทธิ์เพิ่มสำหรับการเข้ารหัสในส่วนที่เกี่ยวกับ (i) ข้อมูลที่เก็บไว้หรือที่
ทำซ้ำในสื่อที่มีรูปร่างซึ่งจ่ายให้เป็นรายปีไปตามแต่กรณี และ/หรือ (ii) ข้อมูลซึ่งจ่ายให้เป็นรายปีไปตามแต่กรณี และ
ถูกส่งให้แก่ผู้ใช้สุดท้ายสำหรับเก็บไว้และ/หรือใช้เป็นการาวร การให้ใช้สิทธิ์เพิ่มเติมดังกล่าวอาจขอรับได้จากบริษัท
MPEG LA, LLC โปรดดู http://www.mpegla.com สำหรับรายละเอียดเพิ่มเติม

(ข) ซอฟต์แวร์ iOS มีฟังก์ชั่นการทำงานเข้ารหัสและ/หรือถอดรหัส MPEG-4 โดยได้รับสิทธิ์ภายใต้การให้ใช้สิทธิ์ชุด
สิทธิบัตรภาพ MPEG-4 (MPEG-4 Visual Patent Portfolio License) สำหรับการใช้ส่วนบุคคลและมิใช่เพื่อการ
ค้าของผู้ใช้ เพื่อ (1) เข้ารหัสวิดีทัศน์ตามมาตรฐานภาพ MPEG-4 (วิดีทัศน์ MPEG-4) และ/หรือ (2) ถอดรหัสวิดี
ทัศน์ MPEG-4 ซึ่งเข้ารหัสโดยผู้ใช้ที่ทำกิจกรรมส่วนบุคคล และที่มิใช่เพื่อการค้า และ/หรือที่ได้จากผู้ให้บริการวิดี
ทัศน์ที่ให้ใช้สิทธิ์โดย MPEG LA ในการให้บริการวิดีทัศน์ MPEG-4 จะไม่มีการให้ใช้สิทธิ์หรือให้สิทธิ์โดยปริยาย
สำหรับการใช้อื่นใด ข้อมูลเพิ่มเติม รวมทั้งที่เกี่ยวกับการใช้เพื่อส่งเสริมการขาย การใช้ภายใน และการใช้เพื่อการค้า
และการให้ใช้สิทธิ์อาจหาได้จาก MPEG LA, LLC โปรดดูที่ http://www.mpegla.com

(ค) ซอฟต์แวร์ iOS มีฟังก์ชั่นทำการเข้ารหัส และ/หรือถอดรหัสเอวีซี การใช้ H.264 AVC ในทางการค้า จะต้องได้
รับสิทธิ์เพิ่มเติม และใช้ข้อกำหนดต่อไปนี้บังคับ: ฟังก์ชั่นทำงานของเอวีซีในซอฟต์แวร์ iOS ได้รับสิทธิ์ใน ที่นี่เพื่อใช้
ส่วนบุคคลและมิใช่เพื่อการค้าของผู้ใช้ เพื่อ (1) เข้ารหัสวิดีทัศน์ตามมาตรฐานเอวีซี ("วิดีทัศน์เอวีซี") และ/หรือ (2)
การถอดรหัสวิดีทัศน์เอวีซีที่ ที่ถูกเข้ารหัสโดยผู้ใช้ที่เกี่ยวข้องกับกิจกรรมส่วนบุคคลและมิใช่เพื่อการค้า และ/หรือวิดี
ทัศน์เอวีซีที่ได้รับจากผู้ให้บริการวิดีทัศน์ ที่ได้รับสิทธิ์ในการให้บริการวิดีทัศน์ สารสนเทศเกี่ยวกับการใช้และการให้ใช้
สิทธิ์อื่นๆ อาจหาได้จาก MPEG LA L.L.C. โปรดดูที่ http://www.mpegla.com

16. ข้อจำกัดบริการการค้นหาของ Yahoo  การบริการการค้นหาของ Yahoo ผ่านซาฟารีได้รับสิทธิ์ให้ใช้ในประเทศ
และภูมิภาคดังต่อไปนี้: อาร์เจนตินา อารูบา ออสเตรเลีย ออสเตรีย บาร์เบโดส เบลเยียม เบอร์มิวดา บราซิล
บัลแกเรีย แคนาดา หมู่เกาะเคย์แมน ชิลี จีน โคลัมเบีย ไซปรัส สาธารณรัฐเช็ก เดนมาร์ก สาธารณรัฐโดมินิกัน
เอกวาดอร์ เอลซัลวาดอร์ ฟินแลนด์ ฝรั่งเศส เยอรมัน กรีซ เกรนดา กัวเตมาลา ฮ่องกง ฮังการี ไอซ์แลนด์ อินเดีย
อินโดนีเซีย ไอร์แลนด์ อิตาลี จาเมกา ญี่ปุ่น จอร์แดน ลิทัวเนีย ลักเซมเบิร์ก มาเลเซีย มอลตา เม็กซิโก เนเธอร์แลนด์
นิวซีแลนด์ นิการากัว นอร์เวย์ ปานามา เปรู ฟิลิปปินส์ โปแลนด์ โปรตุเกส เปอร์โตริโก โรมาเนีย สิงคโปร์ สโลวัก
สโลวีเนีย เกาหลีใต้ สเปน เซนต์ลูเซีย เซนต์วินเซนต์ สวีเดน สวิตเซอร์แลนด์ ไต้หวัน ไทย บาฮามาส ตรินิแดดและ
โตเบโก ตุรกี สหราชอาณาจักร อุรุกวัย สหรัฐ และเวเนซุเอลา

17. คำบอกกล่าวเกี่ยวกับไมโครซอฟท์ เอกซ์เชนจ์ (Microsoft Exchange)  การตั้งค่าสำหรับ Microsoft Exchange Mail ในซอฟต์แวร์ iOS เป็นการให้อนุญาตเฉพาะเพื่อการอัพเดทข้อมูลแบบโอเวอร์ดิแอร์ (over-the-air synchronization) ของข้อมูลต่างๆ เช่น อีเมล (Email) ข้อมูลติดต่อ (Contact) ปฏิทิน (Calendar)  และข้อมูล จัดระบบงาน (Task) ระหว่าง iOS ของท่านกับเซิร์ฟเวอร์ของ Microsoft Exchange หรือซอฟต์แวร์เซิร์ฟเวอร์อื่นที่ Microsoft อนุญาตให้ใช้เพื่อปฏิบัติตามขั้นตอนวิธีการ (protocol) ของ Microsoft Exchange ActiveSync เท่านั้น

EA1520
22 กันยายน 2560

—————————————
ข้อกำหนดและเงื่อนไขเพิ่มเติมสำหรับ Apple Pay

ข้อกำหนดและเงื่อนไขเพิ่มเติมสำหรับ Apple Pay นี้ ("ข้อกำหนดเพิ่มเติมนี้") เป็นส่วนเสริมของสัญญาอนุญาตให้ใช้ สิทธิในซอฟต์แวร์ iOS ("ใบอนุญาตให้ใช้สิทธิ") ทั้งข้อกำหนดของใบอนุญาตให้ใช้สิทธิและข้อกำหนดเพิ่มเติมนี้จะ ใช้บังคับกับการที่ท่านใช้รูปแบบการใช้งานของ Apple Pay ซึ่งจะถือว่าเป็น "บริการ" ภายใต้ใบอนุญาตให้ใช้สิทธิ ถ้อยคำที่ขึ้นต้นด้วยอักษรพิมพ์ใหญ่ที่ใช้อยู่ในข้อกำหนดเพิ่มเติมนี้จะมีความหมายตามที่กำหนดอยู่ใน ใบอนุญาตให้ ใช้สิทธิ

1.    บททั่วไปและข้อจำกัดการใช้

Apple Pay อนุญาตให้ท่าน

- จัดเก็บการแสดงข้อมูลแบบเสมือนสำหรับบัตรเครดิต บัตรเดบิต และบัตรชำระเงินล่วงหน้า รวมทั้งจัดเก็บบัตร เครดิต บัตรเดบิต บัตรชำระเงินล่วงหน้า และบัตร Apple Pay Cash ที่มีรูปแบบการใช้งานของ Apple Pay รองรับ ("บัตรชำระเงินที่มีการรองรับ") และใช้อุปกรณ์ iOS ที่มีการรองรับเพื่อทำการชำระเงินแบบไม่มีการ สัมผัสในสถานที่ที่เลือกหรือภายในแอพหรือเว็บไซต์ต่างๆ
- ใช้บัตรรางวัลและบัตรของขวัญที่จัดเก็บอยู่ใน Wallet ("บัตรที่ใช้ได้กับ Apple Pay" และพร้อมทั้งบัตรชำระ เงินที่มีการรองรับ เรียกรวมกันว่า "บัตรที่มีการรองรับ") เพื่อทำธุรกรรมบัตรรางวัลและบัตรของขวัญที่ไม่มี การสัมผัสในร้านค้าที่เลือก โดยเป็นส่วนหนึ่งการชำระเงินแบบไม่มีการสัมผัสโดยการใช้ Apple Pay และ
- ส่งการชำระเงินระหว่างบุคคลถึงบุคคลให้แก่ผู้ใช้ Apple Pay รายอื่น

รูปแบบการใช้งานของ Apple Pay ของซอฟต์แวร์ iOS อาจมีให้บริการเฉพาะในบางภูมิภาคที่ได้รับคัดเลือกสำหรับผู้ ออกบัตร สถาบันการเงิน และผู้ค้าบางรายที่ได้รับคัดเลือกเท่านั้น รูปแบบการใช้งานดังกล่าวอาจแตกต่างกันไปตาม ภูมิภาค ผู้ออกบัตร และผู้ค้า

ในการใช้งาน Apple Pay ท่านจะต้องมีบัตรที่มีการรองรับ บัตรที่มีการรองรับอาจมีการเปลี่ยนแปลงเป็นครั้งคราว นอกจากนี้ เพื่อที่จะส่งหรือรับการชำระเงินระหว่างบุคคลถึงบุคคล ท่านจะต้องมีบัตร Apple Pay Cash

บัตรชำระเงินที่มีการรองรับและการชำระเงินระหว่างบุคคลถึงบุคคล จะมีอยู่ร่วมกับ Apple ID ที่ท่านลงชื่อเข้าใช้ใน iCloud เพื่อใช้รูปแบบการใช้งานเหล่านี้ บัตรที่มีการรองรับ จะมีให้บริการแก่บุคคลที่มีอายุตั้งแต่ 13 ปีขึ้นไปเท่านั้น และอาจอยู่ภายใต้บังคับของข้อจำกัดด้านอายุเพิ่มเติมที่ iCloud กำหนด หรือของบัตรที่มีการรองรับที่ท่านพยายาม จัดหา บัตร Apple Pay Cash และความสามารถที่จะส่งและรับการชำระเงินระหว่างบุคคลถึงบุคคลจะให้บริการ เฉพาะแก่บุคคลธรรมดาที่มีอายุตั้งแต่ 18 ปีขึ้นไปเท่านั้น

Apple Pay มีวัตถุประสงค์เพื่อให้ท่านใช้งานส่วนบุคคลและท่านอาจจัดหาบัตรที่มีการรองรับของท่านเองเท่านั้น ถ้า หากท่านกำลังจัดหาบัตรของนิติบุคคลที่มีการรองรับ ท่านรับรองว่าท่านกำลังกระทำการดังกล่าวโดยได้รับอนุญาตจาก

นายจ้างของท่านและท่านได้รับอนุญาตให้กระทำการผูกพันนายจ้างของท่านกับข้อกำหนดการใช้เหล่านี้และธุรกรรม
ทั้งหมดที่ได้รับผลกระทบจากการใช้รูปแบบการใช้งานนี้ ถ้าหากท่านกำลังส่งหรือรับการชำระเงินระหว่างบุคคลถึง
บุคคล ท่านรับรองว่าท่านกระทำการดังกล่าวเพื่อการใช้งานส่วนบุคคลของตัวท่านเองและไม่ใช่เพื่อการพาณิชย์

ท่านตกลงที่จะไม่ใช้ Apple Pay เพื่อวัตถุประสงค์ที่ผิดกฎหมายหรือฉ้อฉล หรือเพื่อวัตถุประสงค์อื่นใดที่ต้องห้ามโดย
ใบอนุญาตให้ใช้สิทธิและข้อกำหนดเพิ่มเติมนี้ ท่านตกลงต่อไปที่จะใช้ Apple Pay ให้เป็นไปตามกฎหมายและ
ระเบียบต่างๆ ที่ใช้บังคับ ท่านตกลงที่จะไม่แทรกแซงหรือสร้างความวุ่นวายให้แก่บริการของ Apple Pay (รวมทั้งการ
เข้าถึงบริการโดยผ่านวิธีการอัตโนมัติใดๆ) หรือเซิร์ฟเวอร์หรือโครงข่ายใดๆ ที่เชื่อมต่อกับบริการ หรือนโยบาย ข้อ
กำหนด หรือระเบียบใดๆ ของโครงข่ายที่เชื่อมต่อกับบริการ (รวมทั้งการเข้าถึง ใช้ เฝ้าติดตามข้อมูลหรือปริมาณ
ข้อมูลเข้าออกในบริการดังกล่าว)

2.    ความสัมพันธ์ของ Apple กับท่าน

Apple Pay ทำให้ท่านสามารถสร้างการแสดงข้อมูลแบบเสมือนสำหรับบัตรที่มีการรองรับของท่านในอุปกรณ์ iOS ที่มี
การรองรับของท่าน อย่างไรก็ดี Apple ไม่ประมวลผลการชำระเงินหรือธุรกรรมมใดๆที่ไม่ใช่เพื่อการชำระเงินอื่นๆ (เช่น
การสะสมหรือแลกรางวัล) รับ ถือไว้ หรือโอนเงินของท่าน หรือมีการควบคุมอื่นใดเหนือการชำระเงิน การคืนสินค้า
การคืนเงิน รางวัล มูลค่า ส่วนลด หรือกิจกรรมในเชิงพาณิชย์อื่นๆ ที่อาจเกิดขึ้นจากการที่ท่านใช้รูปแบบการใช้งานนี้

ข้อกำหนดของสัญญาถือบัตรที่ท่านอาจมีอยู่กับผู้ออกบัตรของท่านจะยังคงใช้บังคับกับการใช้บัตรที่มีการรองรับของ
ท่านและการใช้งานที่เกี่ยวเนื่องกับ Apple Pay ในำนองเดียวกัน การที่ท่านเข้าร่วมในรางวัลของผู้ค้าหรือโครงการ
บัตรของขวัญใดๆ และการที่ท่านใช้บัตรที่ใช้ได้กับ Apple Pay ในส่วนที่เกี่ยวเนื่องกับ Apple Pay จะอยู่ภายใต้
บังคับของข้อกำหนดและเงื่อนไขของผู้ค้าดังกล่าว

บัตร Apple Pay Cash และความสามารถที่จะส่งและรับการชำระเงินระหว่างบุคคลถึงบุคคลจะมีให้บริการเฉพาะใน
สหรัฐอเมริกา และเป็นบริการที่จัดให้โดยธนาคาร Green Dot Bank ซึ่งเป็นสมาชิกของ FDIC เมื่อท่านเปิดใช้รูป
แบบการใช้งานเหล่านี้ภายใน Apple Pay ให้ถือว่าท่านกำลังเปิดบัญชีกับธนาคาร Green Dot Bank และเมื่อท่าน
ส่งหรือรับการชำระเงินระหว่างบุคคลถึงบุคคลหรือเติมเงินหรือถอนเงินจากบัตร Apple Pay Cash ของท่าน ธนาคาร
Green Dot Bank จะรับผิดชอบในการรับและส่งเงินของท่านให้แก่ผู้รับตามที่กำหนด สถาบันการเงินที่รับผิดชอบใน
การเสนอบริการ Apple Pay Cash และการชำระเงินระหว่างบุคคลถึงบุคคลภายใน Apple Pay จะอยู่ภายใต้บังคับ
ของการเปลี่ยนแปลงได้ และการที่ท่านใช้รูปแบบการใช้งานดังกล่าวจะอยู่ภายใต้บังคับของข้อกำหนดและเงื่อนไขของ
สถาบันการเงินดังกล่าว

ไม่มีสิ่งใดในใบอนุญาตให้ใช้สิทธิหรือในข้อกำหนดเพิ่มเติมนี้ที่จะเปลี่ยนแปลงข้อกำหนดของสัญญาถือบัตร สัญญาผู้
ใช้ หรือสัญญาผู้ค้าใดๆ และข้อกำหนดดังกล่าวจะใช้บังคับกับการที่ท่านใช้บัตรที่มีการรองรับที่ใช้บังคับหรือกับรูป
แบบการใช้งานการชำระเงินระหว่างบุคคลถึงบุคคลและการแสดงข้อมูลแบบเสมือนบนอุปกรณ์ iOS
ของท่านท่านตกลงว่า Apple ไม่ใช่คู่สัญญาในสัญญาถือบัตรหรือสัญญาผู้ค้าของท่าน หรือ Apple จะต้องรับผิดชอบ
สำหรับ(ก) เนื้อหา ความถูกต้อง การไม่มีให้บริการรองรับบัตรชำระเงิน บัตรรางวัล บัตรของขวัญ กิจกรรมในเชิง
พาณิชย์ ธุรกรรม หรือการซื้อขายใดๆ ในขณะที่ใช้การทำงานของ Apple Pay (ข) การให้เครดิตหรือประเมินการมี
สิทธิได้รับเครดิต (ค) การสะสมหรือแลกรางวัลหรือมูลค่าที่จัดเก็บภายใต้โครงการของผู้ค้า หรือ (ง) การชำระเงิน
หรือการเติมเงินล่วงหน้าสำหรับการชำระเงินล่วงหน้า (จ) การส่งหรือรับการชำระเงินระหว่างบุคคลถึงบุคคล หรือ (ฉ) การเติม
แลก หรือถอนเงินจากบัตร Apple Pay Cash ของท่าน

สำหรับข้อพิพาทหรือปัญหาทั้งหมดเกี่ยวกับบัตรชำระเงิน บัตรรางวัล บัตรของขวัญ หรือกิจกรรมในเชิงพาณิชย์ที่
เกี่ยวข้อง กรุณาติดต่อผู้ออกบัตรหรือผู้ค้าที่ใช้บังคับกับท่าน สำหรับปัญหาเกี่ยวกับบัตร Apple Pay Cash หรือการ
ชำระเงินระหว่างบุคคลถึงบุคคล กรุณาติดต่อ Apple Support

3.    ความเป็นส่วนตัว

Apple Pay จำเป็นต้องใช้ข้อมูลบางอย่างจากอุปกรณ์ iOS ของท่านเพื่อที่จะเสนอให้ประสบการณ์เต็มรูปแบบ นอกจากนี้ เมื่อท่านใช้บัตร Apple Pay Cash ของท่านหรือส่งหรือรับการชำระเงินระหว่างบุคคลถึงบุคคล ข้อมูลเพิ่ม เติมเกี่ยวกับธุรกรรมของท่านจะถูกรวบรวมและจัดเก็บไว้เพื่อให้บริการแก่บัญชีของท่านและเพื่อป้องกันการฉ้อโกงและ เพื่อวัตถุประสงค์ในทางกฎหมาย ท่านสามารถตรวจสอบข้อมูลเพิ่มเติมเกี่ยวกับข้อมูลที่ถูกจัดเก็บ ใช้ หรือแบ่งปัน โดย เป็นส่วนหนึ่งของการที่ท่านใช้ Apple Pay บัตร Apple Pay Cash หรือการชำระเงินระหว่างบุคคลถึงบุคคล ร่วมกับ Apple Pay โดยการอ่านเกี่ยวกับ Apple Pay หรือความเป็นส่วนตัว (ซึ่งสามารถเข้าถึงได้โดยเข้าไปที่ Wallet & Apple Pay ภายในแอพ Watch ในอุปกรณ์ iOS คู่ขนาน) หรือโดยการเข้าไปดูที่ https://www.apple.com/th/ privacy/ โดยการใช้รูปแบบการใช้งานเหล่านี้ ท่านตกลงและยินยอมให้ Apple ตลอดจนบริษัทย่อยและตัวแทนของ Apple ส่งผ่าน เก็บรวบรวม เก็บรักษา ประมวลผล และนำข้อมูลข้างต้นทั้งหมดไปใช้งาน เพื่อทำให้ Apple Pay สามารถทำงานได้ตามที่กำหนด

4.    <u>การรักษาความปลอดภัย อุปกรณ์สูญหายหรือใช้การไม่ได้</u>

Apple Pay จัดเก็บข้อมูลเสมือนเกี่ยวกับบัตรที่มีการรองรับของท่านและควรได้รับการป้องกันดังเช่นท่านป้องกันเงินสด หรือบัตรเครดิต บัตรเดบิต บัตรชำระเงินล่วงหน้า บัตรรางวัล หรือบัตรออมของขวัญเงินของท่านเอง การให้รหัสผ่าน อุปกรณ์ของท่านแก่บุคคลภายนอกหรือการอนุญาตให้บุคคลภายนอกเพิ่มลายนิ้วมือเพื่อใช้ Touch ID หรือเพื่อเปิดใช้ Face ID อาจทำให้บุคคลภายนอกกล่าวสามารถทำการชำระเงิน ส่ง ขอ หรือรับการชำระเงินระหว่างบุคคลถึงบุคคล ถอน เงินจากบัตร Apple Pay Cash ของท่าน หรือ รับหรือแลกรางวัลหรือเครดิตหลังจากการใช้ Apple Pay ในอุปกรณ์ของ ท่านได้ ท่านจะต้องรับผิดชอบแต่เพียงผู้เดียวในการรักษาความปลอดภัยอุปกรณ์ของท่านและรหัสผ่านของท่าน ท่าน ตกลงว่า Apple ไม่มีความรับผิดชอบใดๆ ถ้าหากท่านสูญเสียหรือแบ่งปันการเข้าถึงอุปกรณ์ของท่าน ท่านตกลงว่า Apple ไม่มีความรับผิดชอบใดๆ ถ้าหากท่านดัดแปลง iOS โดยไม่ได้รับอนุญาต (เช่น โดยวิธี "การเจาะระบบเพื่อติด ตั้งระบบ AppStore บุคคลภายนอก" (jailbreak))

ท่านอาจจำเป็นต้องเปิดใช้มาตรการรักษาความปลอดภัยเพิ่มเติม เช่น การตรวจสอบความถูกต้องแท้จริงแบบสอง ปัจจัยสำหรับ Apple ID ของท่านเพื่อที่จะเข้าถึงรูปแบบการใช้งานบางประการของ Apple Pay รวมทั้งบัตร Apple Pay Cash หรือการชำระเงินระหว่างบุคคลถึงบุคคลกับ Apple Pay ถ้าหากในภายหลังท่านลบทิ้งรูปแบบการใช้งาน เหล่านี้ ท่านอาจไม่สามารถเข้าถึงรูปแบบการใช้งานบางประการ ของ Apple Pay ได้ต่อไป

ถ้าหากอุปกรณ์ของท่านสูญหายหรือถูกขโมย และท่านยังเปิดการทำงาน Find My iPhone อยู่ ท่านสามารถใช้ Find My iPhone ในการพยายามที่จะระงับความสามารถในการชำระเงินโดยใช้บัตรที่มีการรองรับและเสมือนหรือการ ส่งการชำระเงินระหว่างบุคคลถึงบุคคลในอุปกรณ์ดังกล่าวไว้ชั่วคราวได้โดยการกำหนดให้อุปกรณ์ของท่านอยู่ใน โหมดสูญหาย ท่านยังสามารถลบทิ้งอุปกรณ์ของท่านซึ่งจะพยายามระงับความสามารถในการชำระเงินโดยใช้บัตร ชำระเงินที่มีการรองรับเสมือนหรือในการส่งการชำระเงินระหว่างบุคคลถึงบุคคลในอุปกรณ์ไว้ชั่วคราวและจะพยายาม ลบบัตรที่ใช้ได้กับ Apple Pay ท่านควรติดต่อผู้ออกบัตรชำระเงินที่มีการรองรับของท่าน ผู้ค้าผู้ออกบัตรที่ใช้ได้กับ Apple Pay ให้แก่ท่าน และ Apple ในกรณีของบัตร Apple Pay Cash ของท่านด้วยเพื่อป้องกันการเข้าถึงบัตรที่มี การรองรับของท่านโดยไม่ได้รับอนุญาต

ถ้าท่านรายงานหรือ Apple สงสัยว่ามีกิจกรรมฉ้อโกงหรือใช้ในทางที่ผิด ท่านตกลงที่จะร่วมมือกับ Apple ในการ สืบสวนสอบสวนใดๆ และใช้มาตรการการป้องกันการฉ้อโกงตามที่เรากำหนด

5.    <u>ข้อจำกัดความรับผิด</u>

<u>นอกเหนือจากการปฏิเสธการรับประกันและข้อจำกัดความรับผิดที่กำหนดอยู่ในใบอนุญาตให้ใช้สิทธิแล้ว APPLE ไม่ ขอรับผิดใดๆ สำหรับการซื้อขาย การชำระเงิน ธุรกรรม หรือกิจกรรมในเชิงพาณิชย์อื่นๆ ที่กระทำโดยใช้รูปแบบการ ใช้งาน APPLE PAY และท่านตกลงที่จะดูเพียงเฉพาะสัญญาที่ท่านอาจมีกับผู้ออกบัตร โครงข่ายชำระเงิน สถาบันการ เงิน หรือผู้ค้าของท่านเพื่อแก้ไขปัญหาหรือข้อพิพาทใดๆ ที่เกี่ยวข้องกับบัตรที่มีการรองรับ การชำระเงินระหว่างบุคคล</u>

<u>ถึงบุคคล และกิจกรรมในเชิงพาณิชย์ที่เกี่ยวข้องของท่านเท่านั้น</u>

_____
<u>การแจ้งให้ทราบจาก Apple</u>
หาก Apple ต้องการติดต่อท่านเกี่ยวกับผลิตภัณฑ์หรือบัญชีผู้ใช้ ท่านยินยอมที่จะรับหนังสือแจ้งโดยทางอีเมล ท่าน
ตกลงว่าหนังสือแจ้งดังกล่าวใดๆ ที่ส่งให้ท่านทางอิเล็กทรอนิกส์ ถือว่าได้ปฏิบัติตามข้อกำหนดว่าด้วยการสื่อสารซึ่งถูก
ต้องตามกฎหมายใดๆ แล้ว

TÜRKÇE

**ÖNEMLİ: İPHONE'UNUZU, İPAD'İNİZİ VEYA İPOD TOUCH'INIZI ("iOS AYGITINIZI") KULLANDIĞINIZ TAKDİRDE AŞAĞIDAKİ ŞARTLAR İLE BAĞLI OLMAYI KABUL EDERSİNİZ:**

**A.    APPLE iOS YAZILIM LİSANS SÖZLEŞMESİ**
**B.    APPLE PAY EK ŞARTLARI**
**C.    APPLE'IN BİLDİRİMLERİ**

**APPLE INC.**
**iOS YAZILIM LİSANS SÖZLEŞMESİ**
**Tek Kullanım Lisansı**

**iOS AYGITINIZI KULLANMADAN VE BU LİSANSLA BİRLİKTE VERİLEN YAZILIM GÜNCELLEMESİNİ İNDİRMEDEN ÖNCE LÜTFEN BU YAZILIM LİSANS SÖZLEŞMESİNİ ("LİSANS") DİKKATLİCE OKUYUN. UYGUN BİR ŞEKİLDE iOS AYGITINIZI KULLANARAK VEYA YAZILIM GÜNCELLEMESİNİ İNDİREREK, BU LİSANSIN ŞARTLARI İLE BAĞLI KALMAYI KABUL EDERSİNİZ. BU LİSANSIN ŞARTLARINI KABUL ETMİYORSANIZ, iOS AYGITINI KULLANMAYIN VEYA YAZILIM GÜNCELLEMESİNİ İNDİRMEYİN.**

**YAKIN ZAMANDA BİR iOS AYGITI SATIN ALDIYSANIZ VE LİSANSIN ŞARTLARINI KABUL ETMİYORSANIZ, YAPTIĞINIZ ÖDEMEYİ GERİ ALMAK İÇİN iOS AYGITINI, https://www.apple.com/legal/sales_policies/ ADRESİNDE BULUNAN APPLE İADE KURALLARINA GÖRE İADE SÜRESİ İÇİNDE ALDIĞINIZ APPLE STORE'A VEYA YETKİLİ DİSTRİBÜTÖRE İADE EDEBİLİRSİNİZ.**

**1. Genel Şartlar.**
(a) Salt okunur bellek ya da başka bir ortam veya biçimde Apple tarafından sağlanan özellik iyileştirmeleri, yazılım güncellemeleri veya sistem geri yükleme yazılımları ile ("iOS Yazılım Güncellemeleri") güncellenmiş veya değiştirilmiş olarak iOS Aygıtınızla birlikte verilen (Boot ROM kodu, gömülü yazılımlar ve üçüncü taraf yazılımlar dahil olmak üzere) yazılımlar, belgeler, arayüzler, içerikler, fontlar ve her türlü veriler ("Orijinal iOS Yazılımı"), (Orijinal iOS Yazılımları ve iOS Yazılım Güncellemeleri hep birlikte "iOS Yazılımları" olarak adlandırılır) size satılmamış olup, bunlar Apple Inc. ("Apple") tarafından yalnızca işbu Lisansın şartlarına göre kullanılmak üzere size lisanslanmıştır. Apple ve Apple'a lisans verenler, iOS Yazılımının mülkiyetini ellerinde tutar ve size açıkça verilmeyen tüm hakları saklı tutar. Bu Lisansın şartlarının, iOS Aygıtınızda yerleşik olabilecek tüm Apple markalı uygulamalar için geçerli olacağını kabul edersiniz. Böyle bir uygulama ayrı bir lisansla birlikte verilmişse, bu lisansın uygulamayı kullanımınızı yöneteceğini kabul edersiniz.

(b) Apple, kendi takdirine bağlı olarak, gelecekte iOS Yazılım Güncellemeleri yayımlayabilir. iOS Yazılım Güncellemeleri çıktığında, var olan tüm yazılım özelliklerini veya Apple'ın daha yeni veya diğer iOS Aygıtları modelleri için yayımladığı yeni özellikleri içermek zorunda değildir. Apple tarafından sağlanan iOS Yazılım Güncellemesine ayrı bir lisans eşlik etmediği sürece, işbu Lisans hükümleri iOS Yazılım Güncellemelerine de uygulanır. iOS Yazılım Güncellemesine eşlik eden ayrı bir lisans varsa o lisansın hükümlerinin uygulanacağını kabul edersiniz.

(c) Var olan iOS Aygıtınızı baz alan yeni bir iOS Aygıtı ayarlamak için hızlı ayarlama özelliğini kullanırsanız iOS Yazılımına ayrı bir lisans eşlik etmediği sürece, işbu Lisans hükümlerinin yeni iOS Aygıtınızdaki iOS Yazılımı kullanımınıza da uygulanacağını kabul edersiniz. iOS Yazılımına eşlik eden ayrı bir lisans varsa iOS Yazılımı kullanımınıza o lisansın hükümlerinin uygulanacağını kabul edersiniz.

**2. İzin Verilen Lisans Kullanımları ve Kısıtlamalar.**
(a) İşbu Lisansın hüküm ve şartlarına tabi olmak üzere, iOS Yazılımını tek bir Apple marka iOS Aygıtı

üzerinde kullanmanız için size sınırlı ve münhasır olmayan bir lisans verilir. Aşağıdaki 2(b) bölümünde izin verilmesi dışında ve sizinle Apple arasındaki ayrı bir sözleşmede izin verilmediği sürece; işbu Lisans, iOS Yazılımının aynı anda birden fazla Apple markalı iOS Aygıtında bulunmasına izin vermez ve iOS Yazılımını aynı anda birden fazla aygıt tarafından kullanılabileceği bir ağ üzerinde dağıtamaz veya hazır bulunduramazsınız. İşbu Lisans, Apple'ın mülkiyetindeki arayüzleri ve diğer fikri mülkiyet haklarını, iOS Aygıtları ile kullanılmak üzere, üçüncü taraf aygıtların ve aksesuarlarının veya üçüncü taraf yazılım uygulamalarının tasarlanması, geliştirilmesi, üretilmesi, lisansının verilmesi veya dağıtılması için kullanma hakkını size vermez. Bu haklardan bazıları, Apple'dan ayrı lisanslarla edinilebilir. iOS Aygıtlarına yönelik üçüncü taraf aygıtlar ve aksesuarlar geliştirme hakkında daha fazla bilgi için lütfen https://developer.apple.com/programs/mfi/ adresini ziyaret edin. iOS Aygıtlarına yönelik yazılım uygulamaları geliştirme hakkında daha fazla bilgi için lütfen https://developer.apple.com adresini ziyaret edin.

(b) İşbu Lisansın hüküm ve şartlarına tabi olmak üzere, sahip olduğunuz veya kullandığınız herhangi bir iOS Aygıtındaki yazılımları güncellemek veya geri yüklemek amacıyla Apple'ın iOS Aygıtı modelinize uygun yüklemeler için hazır bulundurabileceği iOS Yazılım Güncellemelerini indirmeniz için size sınırlı ve münhasır olmayan bir lisans verilir. İşbu Lisans, kullanmadığınız veya sahip olmadığınız herhangi bir iOS aygıtını güncellemenize veya geri yüklemenize izin vermez ve iOS Yazılım Güncellemelerini aynı anda birden fazla aygıt veya birden fazla bilgisayar tarafından kullanılabilecekleri bir ağ üzerinde dağıtamaz veya hazır bulunduramazsınız. Bilgisayarınıza iOS Yazılım Güncellemesi indirirseniz, yedek kopya tüm telif hakkı veya orijinalde yer alan diğer özel bildirimleri içerdiği sürece bilgisayarınızda yalnızca yedekleme amaçları için makine tarafından okunabilir bir biçimde saklanan iOS Yazılım Güncellemelerinin bir kopyasını oluşturabilirsiniz.

(c) Apple, App Store'daki Apple markalı uygulamaları satın alma sırasında iOS aygıtınıza önceden yüklediği sürece ("Önceden Yüklenmiş Uygulamalar"), bu Önceden Yüklenmiş Uygulamaları iOS Aygıtınızda kullanabilmek için App Store'da oturum açmanız ve bunları App Store hesabınızla ilişkilendirmeniz gerekir. Önceden Yüklenmiş bir Uygulamayı App Store hesabınızla ilişkilendirdiğinizde, aynı zamanda iOS Aygıtınızdaki diğer tüm Önceden Yüklenmiş Uygulamaları otomatik olarak ilişkilendirirsiniz. Önceden Yüklenmiş Uygulamaları App Store hesabınızla ilişkilendirmeyi seçerek, Apple'ın isteğin uygunluğunu doğrulamak ve App Store aracılığıyla Önceden Yüklenmiş Uygulamalara erişmenizi sağlamak için hem App Store hesabınız tarafından kullanılan Apple kimliğini hem de iOS Aygıtından alınan benzersiz bir donanım tanıtıcısını benzersiz hesap tanıtıcıları olarak kullanmasını kabul edersiniz. Önceden Yüklenmiş Uygulama kullanmak istemiyorsanız, istediğiniz zaman iOS Aygıtınızdan silebilirsiniz.

(d) (İşbu Lisansta açıkça izin verilen haller dışında) iOS Yazılımını veya iOS Yazılımı tarafından verilen diğer hizmetleri veya bunların herhangi bir kısmını (aşağıdaki kısıtlamanın yürürlükteki kanunlar veya iOS Yazılımıyla birlikte gelebilen açık kaynaklı bileşenlerin kullanımını düzenleyen lisanslama şartları tarafından yasaklandığı haller dışında) kopyalayamaz, kaynak koda dönüştüremez, tersine mühendislik yapamaz, parçalarına ayıramaz, kaynak kodunu türetmeyi deneyemez, şifresini çözemez, üzerinde değişiklik yapamaz veya türetilmiş çalışmalar yaratamazsınız. Bunları yapmayacağınızı veya başkalarının bunları yapmasına imkan sağlamayacağınızı da kabul edersiniz.

(e)  iOS Yazılımı, kullanım telif haklı olmayan malzemeleri, telif hakkına sahip olduğunuz malzemeleri ya da yeniden oluşturmak için yetkili olduğunuz veya yasal olarak izinli olduğunuz malzemeleri çoğaltmakla sınırlı olduğu sürece malzemelerin çoğaltılması için kullanılabilir. iOS Aygıtınız tarafından görüntülenen, iOS Aygıtınızda saklanan veya iOS Aygıtınız yoluyla erişilen tüm içeriklerin marka ve fikri mülkiyet hakları ilgili içerik sahiplerine aittir. Bu tür içerikler, telif hakkı veya diğer fikri mülkiyet kanunları ve anlaşmaları ile korunuyor olabilir ve bu tür içerikleri sağlayan üçüncü tarafın kullanım hükümlerine tabi olabilir. İşbu belgede aksi belirtilmedikçe, işbu Lisans size böyle bir içeriği kullanma hakkı vermez ve böyle bir içeriğin size sunulmaya devam edeceğini garanti etmez.

(f) iOS Yazılımını ve Hizmetlerini (aşağıdaki 5. Bölümde tanımlandığı şekilde), yaşadığınız veya iOS Yazılımını ve Hizmetlerini indirdiğiniz ya da kullandığınız ülkenin ya da bölgenin yerel kanunları da dahil olmak üzere uygulanan tüm kanunlara uygun bir şekilde kullanacağınızı kabul edersiniz. iOS Yazılımının ve Hizmetlerinin özellikleri tüm dillerde veya bölgelerde kullanılamayabilir, bazı özellikler ülkeden ülkeye değişebilir ve bazıları hizmet sağlayıcınız tarafından kısıtlanmış veya sağlanmıyor olabilir. iOS Yazılım ve Hizmetlerinin bazı özellikleri için Wi-Fi veya hücresel veri bağlantısı gereklidir.

(g) App Store kullanımı için Apple kimliği olarak bilinen benzersiz bir kullanıcı adı ve parola kombinasyonu gereklidir. Uygulama güncellemelerine ve iOS Yazılım ve Hizmetlerinin belirli özelliklerine erişmek için de Apple kimliği gerekir.

(h) iOS Yazılımının birçok özelliğinin, yerleşik uygulamalarının ve Hizmetlerinin veri aktarımında bulunabileceğini ve veri tarifenizden ücret alınmasına neden olabileceğini ve alınan bu tür ücretlerden sizin sorumlu olacağınızı onaylarsınız. Hücresel Veri ayarlarında hangi uygulamaların hücresel veriyi kullanmasına izin verileceğini görüntüleyip denetleyebilir ve bu tür uygulamaların yaklaşık kullanım miktarlarını görüntüleyebilirsiniz. Daha fazla bilgi için lütfen iOS Aygıtınız için olan Kullanma Kılavuzu'na danışın.

(i) Otomatik uygulama güncellemelerine izin vermeyi seçerseniz, iOS Aygıtınız düzenli olarak uygulamanızdaki aygıtlar için güncelleme olup olmadığını Apple'dan kontrol edecektir. Bir güncelleme varsa, aygıtınıza otomatik olarak indirilip yüklenecektir. Ayarlar'a gidip iTunes ve App Store'a dokunarak ve Otomatik İndirmeler altında Güncellemeler'i kapatarak otomatik uygulama güncellemelerini istediğiniz zaman kapatabilirsiniz.

(j) iOS Aygıtınızın bazı durumlarda kullanılması dikkatinizi dağıtabilir ve tehlikeli bir duruma yol açabilir (örneğin araba kullanırken mesaj yazmaktan veya bisiklet sürerken kulaklık kullanmaktan kaçının). iOS Aygıtınızı kullanarak cep telefonlarının veya kulaklıkların kullanımını engelleyen veya sınırlayan kurallara (örneğin araba kullanırken arama yapmak için eller serbest seçeneklerini kullanma zorunluluğu) uymaktan sorumlu olduğunuzu kabul etmiş olursunuz.

**3. Devir.** iOS Yazılımını kiralayamaz, kiraya veremez, ödünç veremez, satamaz, yeniden dağıtamaz veya alt lisansını veremezsiniz. Bununla birlikte iOS Yazılımınızın tüm lisans haklarını iOS Aygıtınızın mülkiyetinin devriyle bağlantılı olarak bir defaya mahsus olmak üzere şu şartlarla devredebilirsiniz: (a) devir tüm bileşen parçaları ve işbu Lisans dahil olmak üzere, iOS Aygıtınızı ve tüm iOS Yazılımlarını içermelidir; (b) iOS Yazılımının, bilgisayar veya başka bir depolama aygıtında depolanan kopyaları da dahil olmak üzere, tamamen veya kısmen hiçbir kopyasını elinizde tutamazsınız ve (c) iOS Yazılımını alan taraf işbu Lisansın hüküm ve şartlarını okuyup kabul ettiğini beyan eder.

**4. Verileri Kullanma İzni.** Aygıtınızı kullandığınızda, telefon numaranız ve iOS Aygıtınızın bazı benzersiz tanıtıcıları, iOS Yazılımının iMessage ve FaceTime gibi çeşitli iletişim özellikleri kullanılırken diğer kişilerin size telefon numaranız yoluyla ulaşmasını sağlamak için Apple'a gönderilir. iMessage'ı kullandığınızda, Apple, yayınlanmalarını sağlamak için mesajlarınızı sınırlı bir süre şifrelenmiş bir biçimde tutabilir. iOS Aygıtınızda FaceTime veya Mesajlar ayarlarına giderek FaceTime'ı veya iMessage'ı kapatabilirsiniz. Analiz, Konum Servisleri, Siri ve Dikte gibi belirli iOS Yazılımı özellikleri, ilgili işlevleri sağlamak için iOS Aygıtınızdan bilgi gerektirebilir. Bu özellikleri açtığınızda veya kullandığınızda, Apple'a hangi bilgilerin gönderildiği ve bu bilgilerin nasıl kullanılabileceğiyle ilgili ayrıntılı bilgiler sağlanacaktır. https://www.apple.com/tr/privacy/ adresini ziyaret ederek daha fazla bilgi alabilirsiniz. Bilgileriniz her zaman, https://www.apple.com/legal/privacy/ adresinde görüntülenebilen Apple'ın Gizlilik Politikası'na uygun olarak kullanılacaktır.

**5. Hizmetler ve Üçüncü Taraf Malzemeleri.**
(a) iOS Yazılımı, Apple'ın iTunes Store'una, App Store'una, iBooks Store'una, Game Center'ına,

iCloud'una, Harita hizmetine ve diğer Apple ve üçüncü taraf hizmetlerine ve web sitelerine (hep birlikte ve ayrı ayrı "Hizmetler" olarak anılacaktır) erişmenizi sağlayabilir. Söz konusu hizmetler bazı dillerde veya bazı ülkelerde kullanılamayabilir. Bu Hizmetlerin kullanılması İnternet erişimini gerektirir ve belirli Hizmetlerin kullanılması Apple kimliğini ve ek şartların kabul edilmesini gerektirebilir ve ek ücretler uygulanabilir. Bu yazılımı bir Apple kimliğiyle veya başka bir Apple Hizmetiyle bağlantılı olarak kullanmanız halinde, https://www.apple.com/legal/internet-services/itunes/ww/ adresinden erişerek inceleyebileceğiniz, bu tür Hizmetlere eriştiğiniz ülkeye ait en son Apple Medya Hizmetleri Hüküm ve Koşulları gibi Hizmet için geçerli olan hizmet şartlarını kabul edersiniz.

(b) iCloud'a kaydolursanız, "iCloud Fotoğraf Arşivi", "Fotoğraf Yayınım", "iCloud Fotoğraf Paylaşma", "Yedekle" ve "iPhone'umu Bul" gibi belirli iCloud özelliklerine doğrudan iOS Yazılımından erişilebilir. iCloud'un ve bu özelliklerin kullanımının şu adresten erişerek inceleyebileceğiniz en son iCloud Hüküm ve Şartlarına tabi olduğunu onaylar ve kabul edersiniz: https://www.apple.com/legal/internet-services/icloud/ww/.

(c) <u>News Uygulaması İçerikleri</u>. News uygulaması yoluyla erişilen içerikleri kullanmanız; yalnızca kişisel, ticari olmayan kullanımla sınırlıdır, içerikle ilgili size herhangi bir sahiplik payı devretmez ve hiçbir sınırlama olmaksızın, bu tür içeriklerdeki herhangi bir ticari veya tanıtım amaçlı kullanım hakkını özellikle hariç tutar. Ayrıca, News yoluyla erişilen herhangi bir görüntüyü tek başına bir dosya olarak yeniden yayımlamanız, yeniden aktarmanız ve çoğaltmanız yasaktır.

(d) <u>Harita</u>. iOS Yazılımının harita verileri kapsamını da içeren Harita hizmeti ve özellikleri ("Harita"), bölgeden bölgeye değişebilir. Harita'nın içindeki herhangi bir konuma dayalı özelliği kullandığınızda (dönüşlere dayalı navigasyon, trafik ve yerel arama gibi), iOS Aygıtınızın gerçek zamanlı coğrafi konumu da dahil olmak üzere çeşitli konuma dayalı bilgiler ve kullanım bilgileri, isteğinizi işlemek ve Harita'nın geliştirilmesine yardımcı olmak için Apple'a gönderilebilir. Bu tür konum ve kullanım verileri Apple tarafından sizi teşhis etmeyecek biçimde toplanır. **Harita'yı kullanarak Apple ve Apple'ın ortaklarının ve lisans sahiplerinin, Harita özelliklerini ve hizmetini ve diğer Apple ürünlerini ve hizmetlerini sağlamak ve iyileştirmek için bu bilgileri iletmesini, toplamasını, bulundurmasını, işlemesini ve kullanmasını kabul eder ve onaylarsınız.** Apple, bilgileri iş ortaklarına ve lisans sahiplerine haritalarını, konuma dayalı ürünlerini ve hizmetlerini geliştirmek için hem toplu olarak hem de kimliğinizi teşhis etmeyecek şekilde de sağlayabilir. iOS Aygıtınızda Konum Servisleri ayarına gidip Harita'ya özel konum ayarını kapatarak Harita'nın konuma dayalı işlevini etkisizleştirebilirsiniz. Konum Servisleri ayarını etkisizleştirirseniz, dönüşlere dayalı navigasyon gibi bazı Harita özellikleri kullanılamayacaktır.

(e) <u>iBooks; Podcast'ler</u>. Yer işaretlerinizi, notlarınızı, koleksiyonlarınızı ve Podcast abonelik verilerinizi iOS Aygıtlarınızda ve bilgisayarlarınızda eşzamanlamak için iBooks ve Podcast'ler uygulamalarının eşzamanlama özelliğini kullanmayı seçerseniz, böyle verilerin Apple kimliğiyle içeriğe erişme yetkisi olan diğer aygıtlarla ve bilgisayarlarla eşzamanlamak için Apple'a gönderileceğini ve iBooks Store veya iTunes Store ile bağlantılı olarak saklanacağını onaylarsınız. Eşzamanlamayı Ayarlar'a giderek ve iBooks ve Podcast'ler uygulamalarının eşzamanlama seçeneklerini değiştirerek istediğiniz zaman kapatabilirsiniz.

(f) İşbu Hizmetlerden herhangi birini kullanarak, açık bir dil ile ifade edilmiş olsun veya olmasın her türlü saldırgan, ahlaksız veya sakıncalı sayılabilecek içerikle karşılaşabileceğinizi ve herhangi bir arama işleminin veya belirli bir URL'yi girmenin kendiliğinden ve istemeyerek sakıncalı malzemeye bağlanabileceğini veya benzer kaynaklar üretebileceğini teyit edersiniz. Bununla birlikte, Hizmetleri, riski yalnızca size ait olmak üzere kullanmayı ve saldırgan, ahlaksız veya sakıncalı olarak değerlendirilebilecek herhangi bir içerik karşısında Apple'ın, bağlı kuruluşlarının, temsilcilerinin, sorumlularının veya Apple'a lisans verenlerin size karşı herhangi bir sorumluluk taşımayacağını kabul edersiniz.

(g) Belirli Hizmetler üçüncü tarafların içerik, veri, bilgi veya malzemelerini ("Üçüncü Taraf Malzemeleri") görüntüleyebilir, içerebilir veya hazır bulundurabilir ve belirli üçüncü taraf web siteleri için bağlantı

verebilir. Hizmetleri kullanarak, Apple'ın bu tip Üçüncü Taraf Malzemelerinin veya web sitelerinin içeriği, doğruluğu, eksiksizliği, güncelliği, geçerliliği, telif haklarına uygunluğu, yasallığı, dürüstlüğü, kalitesi veya diğer yanlarının incelenmesinden veya değerlendirilmesinden sorumlu olmadığını onaylar ve kabul edersiniz. Apple, görevlileri, bağlı kuruluşları ve iştiraklerinin üçüncü taraf Hizmetleri, Üçüncü Taraf Malzemeleri veya web siteleri ya da üçüncü tarafların diğer malzemeleri, ürünleri veya hizmetlerini garanti etmez veya desteklemez ya da bunlarla ilgili herhangi bir sorumluluk üstlenmez ve yükümlülük veya sorumluluğa sahip olmaz. Üçüncü Taraf Malzemeleri ve diğer web sitelerine yönelik bağlantılar, yalnızca size kolaylık olması amacıyla sağlanır.

(h) Apple veya onun içerik sağlayıcılarından hiçbiri, Hizmetlerden herhangi biri tarafından görüntülenen borsa bilgilerinin, konum belirlenmesine ilişkin verilerin ve diğer verilerin kullanılabilirliği, doğruluğu, eksiksizliği, güvenilirliği veya dakikliğini garanti etmez. Hizmetlerden herhangi biri tarafından gösterilen finansal bilgiler yalnızca genel bilgilendirme amaçlı olup, yatırım tavsiyesi olarak bunlara itimat edilmemelidir. Hizmetler aracılığıyla elde edilen bilgilere dayalı olarak herhangi bir menkul kıymet işlemi yapmadan önce, ülkenizde veya bölgenizde finans ya da menkul kıymetler konularında tavsiye vermeye yasal olarak yetkili olan bir finans veya menkul kıymetler uzmanına danışmalısınız. Apple'ın Harita hizmeti de dahil olmak üzere, herhangi bir Hizmet tarafından verilen konum belirlenmesine ilişkin veriler yalnızca temel navigasyon ve planlama amacıyla sağlanır ve kesin konum bilgilerinin gerekli olduğu veya hatalı, yanlış, zaman gecikmeli veya eksik konum belirlenmesine ilişkin verilerin ölüme, kişisel yaralanmaya veya mal veya çevrenin zarar görmesine yol açabileceği durumlarda güvenilmesi amacını taşımaz. Harita hizmetinden alacağınız sonuçların hava durumu, yol ve trafik şartları ve jeopolitik olaylar da dahil, ancak bunlarla sınırlı olmamak üzere Harita verilerinin doğruluğunu etkileyebilecek faktörler nedeniyle gerçek yol veya arazi şartlarından değişiklik gösterebileceğini kabul edersiniz. Navigasyon özelliğini kullanırken, kendi güvenliğiniz için her zaman yerleştirilmiş olan yol işaretlerine ve o anki yol şartlarına dikkat edin. Güvenli sürüş kurallarına ve trafik düzenlemelerine uyun ve yürüme için yol tariflerinin kaldırımları veya yaya yollarını içermeyebileceğini unutmayın.

(i) Hizmetleri kullanarak herhangi bir içeriği karşıya yüklediğiniz takdirde, söz konusu içerikle ilgili tüm haklara sahip olduğunuzu veya içeriği karşıya yükleme yetkinizin olduğunu ya da başka bir şekilde yasal olarak izinli olduğunuzu ve söz konusu içeriğin Hizmetlere ilişkin herhangi bir hizmet kullanım şartını ihlal etmediğini beyan edersiniz. Hizmetlerin Apple, site sahibi veya bunlara lisans verenlerin sahip olduğu özel içerik, bilgi ve malzemeler içerdiğini ve telif hakkı da dahil, ancak bununla sınırlı olmamak üzere uygulanan telif mülkiyet hakları ve diğer kanunlar tarafından korunduğunu kabul edersiniz. Söz konusu özel içerik, bilgi veya malzemeleri hiçbir şekilde Hizmetlerin kullanımı için izin verilen amacın dışında ya da işbu Lisansın hükümlerine aykırı olacak biçimde veya üçüncü tarafların ya da Apple'ın fikri mülkiyet haklarını ihlal edecek biçimde kullanmayacağınızı kabul edersiniz. Hizmetlerin hiçbir kısmı herhangi bir biçim ve surette çoğaltılamaz. Hiçbir şekilde Hizmetlerde değişiklik yapmamayı, onları kiralamamayı, kiraya vermemeyi, ödünç vermemeyi, satmamayı, dağıtmamayı veya Hizmetlere dayalı türetilmiş çalışmalar yaratmamayı ve Hizmetleri; herhangi bir bilgisayar virüsü, solucan, truva atı ya da başka bir kötü amaçlı yazılım göndermek, ağ kapasitesini ihlal etmek veya yük bindirmek de dahil, ancak bunlarla sınırlı olmamak üzere izin verilmeyen şekilde kullanmamayı kabul edersiniz. Ayrıca başka bir kişiyi taciz edecek, kötüye kullanacak, gizlice takip edecek, tehdit edecek, kötüleyecek veya haklarını başka şekilde ihlal edecek şekilde kullanmamayı ve sizin tarafınızdan yapılan benzer kullanımlardan veya Hizmetlerden herhangi birinin kullanılması sonucunda maruz kalabileceğiniz tacizkâr, tehdit edici, küçük düşürücü, saldırgan, ihlal edici veya kanun dışı mesaj veya iletimlerden Apple'ın hiçbir şekilde sorumlu olmayacağını kabul edersiniz.

(j) Ayrıca iOS Aygıtından erişilebilen, bağlantı kurulabilen veya iOS Aygıtında görüntülenebilen Hizmetler ve Üçüncü Taraf Malzemeleri, bazı dillerde, bazı ülkelerde ya da bazı bölgelerde bulunmaz. Apple, söz konusu Hizmetlerin ve Üçüncü Taraf Malzemelerin belirli bir yerde kullanılmaya uygun ve kullanılabilir olduğuna ilişkin hiçbir beyanda bulunmaz. Söz konusu Hizmetleri ve Üçüncü Taraf Malzemeleri kullanmayı veya onlara erişmeyi seçtiğiniz takdirde, bunu kendi inisiyatifinizle yaparsınız ve yerel kanunlar

ile gizlilik ve veri toplama kanunları da dahil olmak üzere, yürürlükteki tüm kanunlara uymaktan sorumlu olursunuz. Fotoğrafların iOS Aygıtınız aracılığıyla paylaşılması veya eşzamanlanması, fotoğrafın nerede ve ne zaman çekildiği de dahil olmak üzere üst verilerin ve derinlik bilgilerinin fotoğraflarla aktarılmasına neden olabilir. Bu tür fotoğrafları paylaşmak veya eşzamanlamak için Apple hizmetlerinin (iCloud Fotoğraf Arşivi gibi) kullanımı, Apple'ın bu tür üst verileri almasını ve saklamasını gerektirecektir. Apple ve Apple'a lisans verenler herhangi bir Hizmeti, herhangi bir zamanda, önceden bildirmeksizin değiştirmek, durdurmak, kaldırmak veya ona erişim yetkisini geri almak hakkını saklı tutar. Hiçbir durumda Apple, söz konusu Hizmetlerden herhangi birinin kaldırılmasından veya erişim yetkisinin geri alınmasından dolayı sorumlu olmayacaktır. Aynı zamanda Apple, önceden bildirmeksizin veya herhangi bir sorumluluk taşımaksızın belirli Hizmetlerin kullanımına veya erişimine sınırlamalar koyabilir.

**6. Fesih.** İşbu Lisans feshedilene kadar yürürlükte kalacaktır. İşbu Lisansın şartlarına uymamanız halinde, Apple'ın herhangi bir ihbarda bulunmasına gerek olmadan işbu Lisanstaki haklarınız kendiliğinden sona erecektir veya başka bir şekilde geçerliliği bitecektir. İşbu Lisansın feshedilmesini takiben iOS Yazılımının tüm kullanımını durdurmalısınız.  İşbu Lisansın 4, 5, 6, 7, 8, 9, 12 ve 13. bölümleri söz konusu fesihten etkilenmeden yürürlükte kalmaya devam edecektir.

**7. Garantilerden Feragat.**

7.1    Tüketici olan bir müşteriyseniz (iOS Yazılımını ticari, işle ilgili veya mesleki nedenler dışında kullanan biriyseniz), yaşadığınız ülkede aşağıdaki sınırlamaların size uygulanmasını engelleyen yasal haklarınız olabilir ve bu durumda bu sınırlamalar size uygulanmaz. Haklarınız hakkında daha fazla bilgi edinmek için yerel bir tüketici danışma kuruluşuna danışmanız gerekir.

7.2    iOS YAZILIMINI VE iOS YAZILIMI TARAFINDAN GERÇEKLEŞTİRİLEN VEYA iOS YAZILIMI YOLUYLA ERİŞİLEBİLEN HERHANGİ BİR HİZMETİ, UYGULANABİLİR KANUNLARIN İZİN VERDİĞİ ÖLÇÜDE, RİSKİ YALNIZCA SİZE AİT OLMAK ÜZERE KULLANDIĞINIZI VE TATMİN EDİCİ KALİTE, PERFORMANS, DOĞRULUK VE ÇABAYA İLİŞKİN TÜM RİSKİN SİZE AİT OLDUĞUNU AÇIKÇA ONAYLAR VE KABUL EDERSİNİZ.

7.3    YÜRÜRLÜKTEKİ KANUNLARIN İZİN VERDİĞİ AZAMİ ÖLÇÜDE, iOS YAZILIMI VE HİZMETLER, TÜM KUSURLARIYLA BİRLİKTE "OLDUĞU GİBİ" VE "BULUNDUĞU KADARIYLA" VE HİÇBİR TÜRDEN GARANTİ OLMAKSIZIN VERİLİR VE APPLE VE APPLE'A LİSANS VERENLER (7 ve 8. BÖLÜMLERDEKİ ŞARTLARIN YERİNE GETİRİLMESİ AMACIYLA HEP BİRLİKTE "APPLE" OLARAK ANILACAKTIR) iOS YAZILIMI VE HİZMETLERİNE İLİŞKİN PAZARLANABİLİRLİK, TATMİN EDİCİ KALİTE, BELİRLİ BİR AMACA UYGUNLUK, HATASIZLIK, ZİLYETLİK, ÜÇÜNCÜ TARAF HAKLARINI İHLAL ETMEMEYE İLİŞKİN ZIMNİ GARANTİLER VE/VEYA KOŞULLAR DA DAHİL, ANCAK BUNLARLA SINIRLI OLMAMAK ÜZERE TÜM AÇIK, ZIMNİ VEYA KANUNİ TÜM GARANTİ VE KOŞULLARI İŞBU BELGEYLE KABUL ETMEZ.

7.4    APPLE, iOS YAZILIMI VE HİZMETLERİNİ KULLANMANIZA MÜDAHALE EDİLMEYECEĞİNİ, iOS YAZILIMININ İŞLEVLERİNİN YA DA GERÇEKLEŞTİRİLEN VEYA SAĞLANAN HİZMETLERİN İHTİYAÇLARINIZI KARŞILAYACAĞINI, iOS YAZILIMININ VE HİZMETLERİNİN ÇALIŞMASININ KESİNTİSİZ VE HATASIZ OLACAĞINI, HERHANGİ BİR HİZMETİN KULLANILABİLİR OLMAYA DEVAM EDECEĞİNİ, iOS YAZILIMI VEYA HİZMETLERİNDEKİ KUSURLARIN DÜZELTİLECEĞİNİ, iOS YAZILIMININ ÜÇÜNCÜ TARAF YAZILIMLAR, UYGULAMALAR VEYA ÜÇÜNCÜ TARAF HİZMETLERLE UYUMLU OLACAĞINI VEYA ONLARLA BİRLİKTE ÇALIŞACAĞINI GARANTİ ETMEZ. BU iOS YAZILIMININ YÜKLENMESİ; APPLE ÜRÜNLERİNİN VE HİZMETLERİNİN YANI SIRA, ÜÇÜNCÜ TARAF YAZILIMLARININ, UYGULAMALARININ VEYA HİZMETLERİNİN BULUNABİLİRLİĞİNİ VE KULLANILABİLİRLİĞİNİ ETKİLEYEBİLİR.

7.5    AYRICA iOS YAZILIMI VE HİZMETLERİNİN, NÜKLEER TESİSLER, HAVA ARACI SEYİR VEYA İLETİŞİM SİSTEMLERİ, HAVA TRAFİK KONTROLÜ, YAŞAM DESTEK VEYA SİLAH SİSTEMLERİ DE DAHİL, ANCAK BUNLARLA SINIRLI OLMAMAK ÜZERE, iOS YAZILIMI VEYA HİZMETLERİ TARAFINDAN

SAĞLANAN İÇERİK, VERİ VEYA BİLGİLERDEKİ KUSUR, ZAMAN GECİKMELERİ, HATA VEYA TUTARSIZLIKLARIN ÖLÜM, KİŞİSEL YARALANMA ZARAR VEYA AĞIR MADDİ VEYA ÇEVRESEL ZARARA YOL AÇABİLECEĞİ DURUMLAR VEYA ORTAMLARDA KULLANILMAK AMACINI TAŞIMADIĞINI VEYA KULLANILMAYA UYGUN OLMADIĞINI DA ONAYLAR VE KABUL EDERSİNİZ.

7.6    APPLE VEYA APPLE'IN YETKİ VERDİĞİ BİR TEMSİLCİ TARAFINDAN VERİLMİŞ SÖZLÜ VEYA YAZILI BİLGİLER YA DA ÖNERİLER BİR GARANTİ OLUŞTURMAZ. iOS YAZILIMLARI VEYA HİZMETLERİNİN KUSURLU OLDUĞU GÖRÜLÜRSE, GEREKLİ TÜM SERVİS, ONARIM VE DÜZELTME İŞLEMLERİNİN TÜM MALİYETİNİ SİZ ÜSTLENİRSİNİZ. BAZI ÜLKELERDEKİ KANUNLAR, ZIMNİ GARANTİLERİN SÖZLEŞMENİN DIŞINDA BIRAKILMASINA VEYA TÜKETİCİNİN YÜRÜRLÜKTEKİ KANUNİ HAKLARININ SINIRLANDIRILMASINA İZİN VERMEZ, BU DURUMDA YUKARIDAKİ HARİÇ TUTMA VEYA SINIRLANDIRMALAR SİZE UYGULANMAYABİLİR.

**8. Sorumluluğun Sınırlandırılması.** YÜRÜRLÜKTEKİ KANUN TARAFINDAN SINIRLANDIRILMADIĞI ÖLÇÜDE VE APPLE'A SÖZ KONUSU ZARARLARIN MEYDANA GELME OLASILIĞI BİLDİRİLMİŞ OLSA DAHİ APPLE, BAĞLI KURULUŞLARI, TEMSİLCİLERİ VEYA SORUMLULARI HİÇBİR DURUMDA iOS YAZILIMINI VE HİZMETLERİNİ YA DA iOS YAZILIMIYLA VEYA HİZMETLERİYLE BİRLİKTE HERHANGİ BİR ÜÇÜNCÜ TARAF YAZILIMI VEYA UYGULAMASINI KULLANMANIZDAN YA DA KULLANAMAMANIZDAN KAYNAKLANAN VEYA BUNUNLA İLİŞKİLİ KÂR KAYBI, VERİ KAYBI VEYA BOZULMASI, HERHANGİ BİR VERİYİ İLETEMEME VEYA ALAMAMA (KURS YÖNERGELERİ, ATAMALARI VE MALZEMELERİ DAHİL, ANCAK BUNLARLA SINIRLI OLMAMAK ÜZERE), İŞİN KESİNTİYE UĞRAMASI VEYA DİĞER TİCARİ ZARARLAR VEYA KAYIPLAR DA DAHİL, ANCAK BUNLARLA SINIRLI OLMAMAK ÜZERE HANGİ TÜRDEN OLURSA OLSUN VE HER NE ŞEKİLDE MEYDANA GELİRSE GELSİN HİÇBİR ARIZİ, ÖZEL, DOLAYLI VEYA SONUÇ OLARAK ORTAYA ÇIKAN ZARARLAR YA DA YARALANMALARDAN ÖTÜRÜ SORUMLULUK VARSAYIMINA (AKDİ SORUMLULUK, HAKSIZ FİİL SORUMLULUK VEYA DİĞER SORUMLULUK HALLERİNE) GÖRE SORUMLU OLMAYACAKTIR. BAZI ÜLKE KANUNLARI KİŞİSEL YARALANMALARA VEYA ARIZİ VEYA SONUÇ OLARAK ORTAYA ÇIKAN ZARARLAR İÇİN SORUMLULUĞUN MUAFİYETİNE VEYA SINIRLANDIRILMASINA İZİN VERMEZ; BU DURUMDA BU SINIRLANDIRMA SİZE UYGULANMAYABİLİR. Apple'ın her türlü zarara karşı (kişisel yaralanmayı içeren durumlarda yürürlükteki kanunun gerekli gördüğü durumlar dışında) toplam sorumluluğu, hiçbir şekilde iki yüz elli doları (250,00 ABD doları) aşmayacaktır. Yukarıdaki sınırlamalar, üstte belirtilen çözüm esas amacını karşılamasa bile uygulanacaktır.

**9. Dijital Sertifikalar.** iOS Yazılımı, Apple veya üçüncü tarafların verdiği dijital sertifikaların kabul edilmesine izin veren bir işlev içerir. APPLE VEYA ÜÇÜNCÜ TARAFIN VERDİĞİ BİR SERTİFİKAYA GÜVENİP GÜVENMEMEYE KARAR VERMEK, YALNIZCA SİZİN SORUMLULUĞUNUZDADIR. DİJİTAL SERTİFİKALARI KULLANMANIZA İLİŞKİN RİSK YALNIZCA SİZE AİTTİR. YÜRÜRLÜKTEKİ KANUNLARIN İZİN VERDİĞİ AZAMİ ÖLÇÜDE; APPLE, DİJİTAL SERTİFİKALARIN SATILABİLİRLİĞİNE VEYA BELİRLİ BİR AMACA UYGUNLUĞUNA YA DA ÜÇÜNCÜ TARAFLARIN HAKLARINI İHLAL ETMEMESİNE YÖNELİK AÇIK VEYA ZIMNİ HERHANGİ BİR BEYANDA YA DA TAAHHÜTTE BULUNMAZ.

**10. İhracat Kontrolü.** Amerika Birleşik Devletleri kanunları ve iOS Yazılımının edinildiği ülkenin kanunları tarafından izin verilen durumlar dışında, iOS Yazılımını kullanamaz veya başka şekilde ihraç veya yeniden ihraç edemezsiniz. Özel olarak ancak bununla sınırlı olmaksızın, iOS Yazılımı (a) ABD tarafından ambargo uygulanan hiçbir ülkeye, (b) ABD Hazine Bakanlığı'nın Özel Olarak Belirtilen Vatandaşlar listesinde veya ABD Ticaret Bakanlığı'nın Reddedilen Kişiler veya Kurumlar Listesinde veya başka herhangi bir kısıtlanmış taraflar listesinde bulunan hiçbir kişiye ihraç veya yeniden ihraç edilemez. iOS Yazılımını kullanarak, böyle bir ülkede veya böyle bir listede bulunmadığınızı beyan ve taahhüt edersiniz. Ayrıca, iOS Yazılımını, füzelerin, nükleer, kimyasal veya biyolojik silahların geliştirilmesi, tasarlanması, imalatı veya üretimi de dahil, ancak bunlarla sınırlı olmamak üzere Amerika Birleşik Devletleri kanunları tarafından yasaklanan hiçbir amaçla kullanmayacağınızı kabul edersiniz.

**11. Hükümet Son Kullanıcıları.** iOS Yazılımı veya ilişkili belgeler, terimin 48 C.F.R. §2.101'de tanımlandığı şekliyle "Ticari Öğeler", yürürlükte olan 48 C.F.R. §12.212 veya 48 C.F.R. §227.7202'de kullanıldığı şekliyle "Ticari Bilgisayar Yazılımı" ve "Ticari Bilgisayar Yazılımı Belgeleri"ni içerir. Yürürlükte olan 48 C.F.R. §12.212 veya 48 C.F.R. §227.7202-4'te tanımlanan 48 C.F.R. §227.7202-1 ile tutarlı olarak, Ticari Bilgisayar Yazılımı ve Ticari Bilgisayar Yazılımı Dokümantasyonunun lisansı ABD Hükümeti son kullanıcılarına (a) yalnızca Ticari Öğeler olarak ve (b) buradaki hüküm ve şartlara uygun olarak diğer tüm son kullanıcılara sağlanan haklarla verilir. Yayımlanmamış haklar, Amerika Birleşik Devletleri telif hakkı kanunlarının kapsamında saklı tutulur.

**12. Geçerli Hukuk ve Ayrılabilirlik.** İşbu Lisans, kanunların çatışması ilkesi hariç olmak üzere Kaliforniya Eyaleti kanunlarına tabidir ve bu kanunlar doğrultusunda yorumlanacaktır. İşbu Lisans, Milletlerarası Mal Satımına İlişkin Sözleşmeler Hakkında Birleşmiş Milletler Antlaşması'na tabi değildir; bu antlaşmanın uygulanması işbu Lisansın açıkça kapsamı dışında bırakılmıştır. İngiltere'de bulunan bir tüketiciyseniz, işbu Lisans, yaşadığınız yerin kanunlarına göre yorumlanacaktır. Yetkili herhangi bir mahkeme, herhangi bir nedenle işbu Lisansın herhangi bir hükmünü veya onun bir kısmını uygulanamaz olarak kabul ederse, işbu Lisansın kalan hükümleri tüm geçerliliğiyle yürürlükte kalacaktır.

**13. Sözleşmenin Bütünü; Geçerli Dil.** İşbu Lisans, iOS Yazılımına ilişkin olarak sizinle Apple arasındaki anlaşmanın bütününü oluşturur ve söz konusu konuya ilişkin taraflar arasındaki daha önceki veya eşzamanlı tüm mutabakatların yerine geçer. Yazılı olmadığı ve Apple tarafından imzalanmadığı sürece, işbu Lisanstaki hiçbir tadil veya değişiklik bağlayıcı olmayacaktır. İşbu Lisansın çevirileri yerel gereksinimler için yapılır ve işbu Lisansın İngilizce kopyası ile İngilizce olmayan kopyaları arasında herhangi bir ihtilaf olması halinde, bulunduğunuz yerin kanunları izin verdiği sürece, İşbu Lisansın İngilizce kopyası geçerli olacaktır.

**14. Üçüncü Taraf Onayları.** iOS Yazılımının belirli kısımları üçüncü taraf yazılımları ve telif hakkı olan başka malzemeleri kullanabilir veya içerebilir. Söz konusu malzemelerin onayları, lisans şartları ve feragatleri iOS Yazılımının elektronik belgelerinde bulunur ve söz konusu malzemeyi kullanımınız bunların kendi şartlarına tabidir. Google Güvenli Tarama Hizmetinin kullanımı, Google Hizmet Şartları'na (https://www.google.com/intl/tr/policies/terms/) ve Google Gizlilik Politikası'na (https://www.google.com/intl/tr/policies/privacy/) tabidir.

**15. MPEG-4'ün kullanımı; H.264/AVC Bildirimi.**
(a) iOS Yazılımı, (i) başlık başlık ödeme yapılan, fiziksel ortamlarda saklanan veya çoğaltılan verilerle ve/veya (ii) başlık başlık ödeme yapılan ve kalıcı olarak saklama ve/veya kullanım için son kullanıcıya aktarılan verilerle bağlantılı kodlama için ek lisans alınması ve imtiyaz ödenmesi gerekli olduğu haller dışında, MPEG-4 Systems Standardına uygun şekilde kodlama için MPEG-4 Systems Patent Portföy Lisansı kapsamında lisanslanmıştır. Bu tür bir ek lisans MPEG LA, LLC'den edinilebilir. Diğer ayrıntılar için http://www.mpegla.com adresine bakın.

(b) iOS Yazılımı MPEG-4 video kodlama ve/veya kod çözme işlevini içerir. iOS Yazılımı tüketicinin kişisel ve ticari olmayan bir faaliyette kullanımı için MPEG-4 Görsel Patent Portföyü Lisansına sahiptir ve (i) videonun MPEG-4 Görsel Standardına ("MPEG-4 Video") uygun kodlanması ve/veya (ii) kişisel ve ticari olmayan faaliyette bulunan bir tüketici tarafından kodlanmış ve/veya MPEG-4 video vermek için MPEG LA tarafından lisans verilen bir video sağlayıcısından alınmış MPEG-4 videonun kodunun çözülmesi için verilmiştir. Başka herhangi bir kullanım için lisans verilmemiştir veya verildiği ima edilemez. Tanıtıma ilişkin, iç veya ticari kullanımlar ve lisans almaya ilişkin ek bilgiler MPEG LA, LLC'den edinilebilir. http://www.mpegla.com adresine bakın.

(c) iOS Yazılımı AVC kodlama ve/veya kod çözme işlevini içerir, H.264/AVC'nin ticari kullanımı ek lisans alınmasını gerektirir ve şu hükümler uygulanır: İŞBU BELGEDE iOS YAZILIMINDA YER ALAN AVC İŞLEVİ İÇİN YALNIZCA KİŞİSEL VE TİCARİ OLMAYAN KULLANIMA YÖNELİK OLARAK LİSANS VERİLİR VE BU

KULLANIMLAR, TÜKETİCİNİN (i) VİDEOYU AVC STANDARDINA ("AVC VİDEO") UYGUN OLARAK KODLAMASINI VE/VEYA (ii) KİŞİSEL VE TİCARİ OLMAYAN BİR FAALİYETTE BULUNAN TÜKETİCİ TARAFINDAN KODLANAN AVC VİDEONUN VE/VEYA AVC VİDEO LİSANSI OLAN BİR AVC VİDEO TEDARİKÇİSİNDEN ALINAN AVC VİDEONUN KODUNU ÇÖZMESİNİ İÇERİR. DİĞER KULLANIMLARA VE LİSANSLARA İLİŞKİN BİLGİLER MPEG LA L.L.C.'DEN ALINABİLİR. http://www.mpegla.com ADRESİNE BAKIN.

**16. Yahoo Arama Servisi Kısıtlamaları.** Safari aracılığıyla kullanılan Yahoo Arama Servisinin lisansı, yalnızca şu ülkelerde ve bölgelerde kullanılmak üzere verilmiştir: Arjantin, Aruba, Avustralya, Avusturya, Barbados, Belçika, Bermuda, Brezilya, Bulgaristan, Kanada, Cayman Adaları, Şili, Çin, Kolombiya, Kıbrıs Rum Kesimi, Çek Cumhuriyeti, Danimarka, Dominik Cumhuriyeti, Ekvador, El Salvador, Finlandiya, Fransa, Almanya, Yunanistan, Grenada, Guatemala, Hong Kong, Macaristan, İzlanda, Hindistan, Endonezya, İrlanda, İtalya, Jamaika, Japonya, Letonya, Litvanya, Lüksemburg, Malezya, Malta, Meksika, Hollanda, Yeni Zelanda, Nikaragua, Norveç, Panama, Peru, Filipinler, Polonya, Portekiz, Porto Riko, Romanya, Singapur, Slovakya, Slovenya, Güney Kore, İspanya, Saint Lucia, Saint Vincent, İsveç, İsviçre, Tayvan, Tayland, Bahama Adaları, Trinidad ve Tobago, Türkiye, İngiltere, Uruguay, ABD ve Venezuela.

**17. Microsoft Exchange Bildirimi.** iOS Yazılımındaki Microsoft Exchange Mail ayarı, iOS'unuzla Microsoft Exchange Server veya Microsoft Exchange ActiveSync protokolünü gerçekleştirmesi için Microsoft tarafından lisans verilmiş başka bir sunucu yazılımı arasında yalnızca e-postalar, kişiler, takvimler ve görevler gibi bilgilerin kablosuz olarak eşzamanlanması için lisanslanmıştır.

EA1520
22.09.2017

— — — — — — — — — — —

**Apple Pay Ek Şart ve Koşulları**

Bu Apple Pay Ek Şart ve Koşulları (bu "Ek Şartlar"), iOS Yazılım Lisans Sözleşmesi'ni ("Lisans") tamamlar; Lisans kapsamında bir "Servis" olarak değerlendirilecek olan Apple Pay özelliğini kullanımınız hem Lisans şartlarına hem de bu Ek Şartlara tabidir. Bu Ek Şartlarda büyük harfli terimler Lisansta belirtilen anlamlara sahiptir.

**1. Genel Bakış ve Kullanım Kısıtlamaları**

Apple Pay:

- mağazanın banka, kredi ve ön ödemeli kartları da dahil olmak üzere Apple Pay özelliği tarafından desteklenen banka, kredi, ön ödemeli kartlarının ve Apple Pay Cash kartının ("Desteklenen Ödeme Kartları") görsel temsillerini saklamanızı ve belirli konumlarda temassız ödeme ya da uygulamaların veya web sitelerinin içinde ödeme yapmak için desteklenen iOS Aygıtlarını kullanmanızı sağlar;
- belirli mağazalarda Apple Pay'i kullanarak temassız ödemenin bir parçası olarak temassız ödül ve hediye kartı işlemleri yapmak için Wallet'ta saklanan ödül ve hediye kartlarını da ("Apple Pay Özellikli Kartlar" ve Desteklenen Ödeme Kartlarıyla birlikte "Desteklenen Kartlar") kullanmanızı sağlar ve
- diğer Apple Pay kullanıcılarına kişiler arası ödemeler yapar.

iOS Yazılımının Apple Pay özellikleri yalnızca belirli bölgelerde, belirli kart düzenleyicileri, finans kuruluşları ve satıcılarla kullanılabilir. Özellikler bölgeye, düzenleyiciye ve satıcıya göre değişebilir.

Apple Pay'i kullanmak için Desteklenen Kartınızın olması gerekir. Desteklenen Kartlar zamanla değişebilir.

Ayrıca, kişiler arası ödemeler yapmak veya almak için, Apple Pay Cash kartınızın olması gerekir.

Desteklenen Ödeme Kartları ve kişiler arası ödemeler, bu özelliklerin kullanılabilmesi için iCloud'a giriş yaptığınız bir Apple Kimliği ile ilişkilendirilir. Desteklenen Kartlar ancak 13 yaşında veya 13 yaşından büyük kişilerce kullanılabilir ve iCloud veya sağlamaya çalıştığınız Desteklenen Kart tarafından uygulanan başkaca yaşa bağlı kısıtlamalara tabi olabilir. Apple Pay Cash kartı ve kişiler arası ödeme yapma ve alma özelliği yalnızca 18 ve üzeri yaştaki bireyler tarafından kullanılabilir.

Apple Pay, kişisel kullanımız içindir ve yalnızca kendi Desteklenen Kartlarınızı sağlayabilirsiniz. Desteklenen bir kurumsal kart sağlıyorsanız, bunu işvereninizin yetkisiyle yaptığınız ve işvereninizi bu kullanım şartlarına ve bu özelliğin kullanımından etkilenen tüm işlemlere bağlamaya yetkili olduğunuzu beyan edersiniz. Kişiler arası ödeme yapıyor veya alıyorsanız, bunu ticari olmayan, kendi kişisel kullanımınız için yaptığınızı beyan edersiniz.

Apple Pay özelliğini yasadışı amaçlarla, dolandırıcılık amacıyla veya Lisans ve bu Ek Şartlar tarafından yasaklanmış diğer amaçlar doğrultusunda kullanmamayı kabul edersiniz. Apple Pay özelliğini geçerli kanunlara ve düzenlemelere göre kullanmayı da kabul edersiniz. Apple Pay hizmetini, hizmete bağlanan sunucuları veya ağları ya da hizmete bağlı olan ağların politikalarını, gereksinimlerini ve düzenlemelerini (verilerine veya trafiğine yetkisiz erişim, bunların yetkisiz kullanımı veya izlenmesi dahil) engellememeyi veya kesintiye uğratmamayı (otomatik yöntemlerle hizmete erişim dahil) kabul edersiniz.

## 2. Apple'ın Sizinle İlişkisi

Apple Pay, desteklenen iOS Aygıtınızda Desteklenen Kartların görsel temsilini yaratmanızı sağlar. Ancak Apple ödemeleri veya diğer ödeme dışı kart işlemlerini (ödül biriktirme ve kullanma gibi) işlemez, paranızı almaz, tutmaz veya aktarmaz ya da Apple'ın bu özelliği kullanmanızdan kaynaklanan ödemeler, iadeler, geri ödemeler, ödüller, biriken değerler, indirimler veya diğer ticari faaliyetler üzerinde hiçbir kontrolü yoktur..

Kartı veren bankayla imzalamış olduğunuz kart sahibi sözleşmelerinin şartları, Desteklenen Kartlarınızın kullanımını ve Apple Pay özelliğiyle bağlantılı olarak kullanımlarını yönetmeye devam edecektir. Benzer şekilde herhangi bir satıcının ödül ve hediye kartı programlarına katılımınız ve Apple Pay Özellikli Kartları Apple Pay ile bağlantılı olarak kullanımınız, satıcının hüküm ve koşullarına tabi olacaktır.

Apple Pay Cash kartı ve kişiler arası ödeme yapma ve alma özelliği yalnızca Amerika Birleşik Devletleri'nde kullanılabilir ve servisler FDIC üyesi olan Green Dot Bank tarafından sağlanır. Apple Pay'de bu özellikleri etkinleştirdiğinizde, Green Dot Bank ile hesap açmış olursunuz; kişiler arası ödeme yapıp aldığınızda ya da Apple Pay Cash kartınıza para yükleyip çektiğinizde, Green Dot Bank paranızı ilgili alıcıya göndermek veya ondan almakla sorumludur. Apple Pay'de Apple Pay Cash ve kişiler arası ödemeleri sunmaktan sorumlu finans kuruluşu değişikliğe tabidir ve bu özellikleri kullanmanız bu kuruluşun hüküm ve koşullarına tabidir.

Lisanstaki veya bu Ek Şartlardaki hiçbir şey, kart sahibi, kullanıcı veya satıcı sözleşmesinin hükümlerini değiştirmez ve bu hükümler geçerli Desteklenen Kartı veya Apple Pay'in kişiler arası ödeme özelliğini ve iOS Aygıtınızdaki görsel temsilini kullanımınızı yönetir. Apple'ın kart sahibi veya satıcı sözleşmelerinize taraf olmadığını ve Apple'ın (a) Apple Pay işlevi kullanılırken ödeme kartları, ödül kartları, hediye kartları, ticari faaliyetler, işlemler veya satın almaların içeriğinden, doğruluğundan veya bulunamama durumundan, (b) kredi vermekten veya krediye uygunluğu değerlendirmekten, (c) satıcının programı altında ödülleri biriktirmekten veya kullanmaktan ya da birikmiş değeri kullanmaktan, (d) ön ödemeli kartların doldurulmasından veya yeniden yüklenmesinden, (e) kişiler arası ödeme yapmaktan veya almaktan ya da (f) Apple Pay Cash kartınıza para yüklemekten, kullanmaktan veya çekmekten sorumlu olmadığını kabul edersiniz.

Ödeme kartları, ödül kartları, hediye kartları veya ilişkili ticari faaliyetle ilgili tüm anlaşmazlıklar veya sorular için lütfen kartı verene veya uygun satıcıya başvurun. Apple Pay Cash kartı veya kişiler arası ödemelere yönelik sorular için, lütfen Apple Destek'e başvurun.

### 3. Gizlilik

Apple Pay eksiksiz bir deneyim sunabilmek için iOS Aygıtınızdan bazı bilgiler gerektirir. Ayrıca, Apple Pay Cash kartınızı kullandığınızda ya da kişiler arası ödeme yapıp aldığınızda, işlemlerinizle ilgili ek bilgiler toplanır ve hesabınıza hizmet etmek ve dolandırıcılık önleme ve düzenleyici amaçlarla korunur. Apple Pay, Apple Pay Cash kartı veya Apple Pay ile kişiler arası ödemeler kullanımınızın bir parçası olarak toplanan, kullanılan veya paylaşılan veriler hakkında daha fazla bilgiyi, Apple Pay ve Gizlilik Hakkında'yı (iOS Aygıtınızda Wallet ve Apple Pay'e giderek ya da eşleştirilmiş iOS Aygıtındaki Watch uygulamasından erişilebilir) okuyarak veya https://www.apple.com/tr/privacy/ adresini ziyaret ederek bulabilirsiniz. Bu özellikleri kullanarak Apple'ın, ortaklarının ve lisans sahiplerinin Apple Pay işlevini sağlamak için yukarıdaki tüm bilgileri iletmesine, toplamasına, saklamasına, işlemesine ve kullanmasına onay ve izin verirsiniz.

### 4. Güvenlik; Kaybedilen veya Etkisizleştirilen Aygıtlar

Apple Pay, Desteklenen Kartlarınızın görsel temsillerini saklar ve nakit veya normal banka, kredi, ön ödemeli ya da hediye kartlarınızı nasıl koruyorsanız öyle korunmalıdır. Aygıt parolanızın üçüncü bir tarafa sağlanması veya üçüncü bir tarafın Touch ID kullanması için parmak izini eklemesine veya Face ID'yi etkinleştirmesine izin verilmesi, bu üçüncü tarafın aygıtınızda Apple Pay'i kullanarak ödeme yapmasına, kişiler arası ödeme yapmasına, talep etmesine veya almasına, Apple Pay Cash kartınızdan para çekmesine ve ödül veya kredi kazanmasına ya da kullanmasına izin verilmesine yol açabilir. Aygıtınızın ve parolanızın güvenliğini korumaktan yalnızca siz sorumlusunuz. Aygıtınızı kaybettiğiniz veya aygıtınıza erişimi paylaştığınız takdirde Apple'ın hiçbir sorumluluk kabul etmeyeceğini kabul edersiniz. iOS'de yetkisiz değişiklikler ("jailbreak" gibi) yaptığınız takdirde Apple'ın hiçbir sorumluluk kabul etmeyeceğini kabul edersiniz.

Apple Pay Cash kartı ve Apple Pay ile kişiler arası ödeme de dahil olmak üzere Apple Pay'in belirli özelliklerine erişmek amacıyla Apple Kimliğiniz için iki faktörlü kimlik doğrulama gibi ek güvenlik önlemlerini etkinleştirmeniz gerekebilir.

Aygıtınız kaybolursa veya çalınırsa ve iPhone'umu Bul'u etkinleştirdiyseniz, aygıtı Kayıp Modu'na geçirerek aygıttaki sanal Desteklenen Ödeme Kartlarıyla ödeme yapabilmeyi veya kişiler arası ödeme yapmayı askıya almayı denemek için iPhone'umu Bul'u kullanabilirsiniz. Ayrıca aygıtınızı silebilirsiniz; bu durumda aygıttaki sanal Desteklenen Ödeme Kartlarıyla veya kişiler arası ödeme yapabilme askıya alınmaya ve Apple Pay Özellikli Kartlar da silinmeye çalışılacaktır. Desteklenen Kartlarınıza yetkisiz erişimi önlemek için Desteklenen Ödeme Kartlarınızı veren kuruma, Apple Pay Özellikli Kartlarınızı veren satıcıya ve Apple Pay Cash kartınız durumunda Apple'a başvurmanız gerekir.

Dolandırıcılık veya kötüye kullanım içeren bir faaliyeti bildirirseniz veya Apple böyle bir etkinlikten şüphelenirse, herhangi bir araştırmada Apple ile işbirliği yapmayı ve öngördüğümüz dolandırıcılığı önleme tedbirlerini kullanmayı kabul edersiniz.

### 5. Sorumluluğun Sınırlandırılması

LİSANSTA BELİRTİLEN GARANTİ FERAGATLERİ VE SORUMLULUK SINIRLAMASININ YANI SIRA, APPLE APPLE PAY ÖZELLİĞİ KULLANILARAK YAPILAN SATIN ALMALAR, ÖDEMELER, İŞLEMLER VEYA DİĞER TİCARİ FAALİYETLER İÇİN HİÇBİR SORUMLULUK KABUL ETMEZ VE DESTEKLENEN

KARTLARINIZLA, KİŞİLER ARASI ÖDEMELERİNİZLE VE İLİŞKİLİ TİCARET FAALİYETLERİNİZLE İLGİLİ SORULARI VE ANLAŞMAZLIKLARI ÇÖZMEK İÇİN YALNIZCA KARTINIZI VEREN KURUMLA, ÖDEME AĞINIZLA, FİNANS KURULUŞLARIYLA VEYA SATICINIZLA YAPTIĞINIZ SÖZLEŞMELERE BAĞLI KALACAĞINIZI KABUL EDERSİNİZ.

————————————

**APPLE'IN BİLDİRİMLERİ**

Apple'ın ürününüz veya hesabınız hakkında sizinle bağlantı kurması gerekirse, bildirimleri e-posta yolu ile almayı onaylarsınız. Size elektronik olarak gönderdiğimiz bu tür bildirimlerin, tüm yasal iletişim gereksinimlerini karşıladığını kabul edersiniz.

CATALÀ

**IMPORTANT: EN UTILITZAR EL TEU iPHONE, iPAD O iPOD TOUCH («DISPOSITIU iOS»), S'ENTÉN QUE ACCEPTES COMPLIR ELS TERMES I CONDICIONS SEGÜENTS:**

**A.    CONTRACTE DE LLICÈNCIA DE PROGRAMARI DE L'iOS D'APPLE**
**B.    TERMES I CONDICIONS ADDICIONALS DE APPLE PAY**
**C.    NOTIFICACIONS D'APPLE**

**APPLE INC.**
**CONTRACTE DE LLICÈNCIA DE PROGRAMARI DE L'iOS**
**Llicència d'un sol ús**

**SI US PLAU, LLEGEIX ATENTAMENT AQUEST CONTRACTE DE LLICÈNCIA DE PROGRAMARI («LLICÈNCIA») ABANS D'UTILITZAR EL TEU DISPOSITIU iOS O DESCARREGAR L'ACTUALITZACIÓ DE PROGRAMARI QUE ACOMPANYA AQUESTA LLICÈNCIA. EN UTILITZAR EL TEU DISPOSITIU iOS O DESCARREGAR UNA ACTUALITZACIÓ DE PROGRAMARI, SEGONS EL QUE ESCAIGUI, S'ENTÉN QUE ACCEPTES COMPLIR ELS TERMES I CONDICIONS D'AQUESTA LLICÈNCIA. SI NO ELS ACCEPTES, NO FACIS SERVIR EL DISPOSITIU iOS NI DESCARREGUIS L'ACTUALITZACIÓ DE PROGRAMARI.**

**EN CAS QUE RECENTMENT HAGIS ADQUIRIT UN DISPOSITIU iOS I NO ACCEPTIS ELS TERMES I CONDICIONS D'AQUESTA LLICÈNCIA, POTS TORNAR EL DISPOSITIU iOS DURANT EL PERÍODE DE DEVOLUCIÓ A L'APPLE STORE O AL DISTRIBUÏDOR AUTORITZAT ON EL VAS ADQUIRIR PER OBTENIR-NE EL REEMBOSSAMENT, D'ACORD AMB LA POLÍTICA DE DEVOLUCIONS D'APPLE EXPOSADA A https://www.apple.com/legal/sales_policies/.**

**1. General.**
(a) Apple Inc.(«Apple») et concedeix, sense efectuar acte de venda i conforme exclusivament als termes i condicions d'aquesta Llicència, una llicència per a l'ús del programari (inclòs el codi ROM d'arrencada, el programari integrat i programari de tercers), de la documentació, de les interfícies, del contingut, de les tipografies i de qualsevol dada que acompanyi el teu Dispositiu iOS («Programari iOS Original»), que poden ser actualitzats o substituïts, si escau, per millores funcionals, per actualitzacions de programari o per programari de restauració del sistema («Actualitzacions del Programari iOS») que Apple proporcioni, ja sigui en memòria de només lectura, en qualsevol altre suport o de qualsevol altra manera (el Programari iOS Original i les Actualitzacions del Programari iOS s'anomenen conjuntament «Programari iOS»). Apple i els seus llicenciadors conserven la propietat del Programari iOS i es reserven tots els drets que no et són concedits expressament. Acceptes que els termes i condicions d'aquesta Llicència tindran validesa per a qualsevol aplicació de la marca Apple que pugui estar integrades al teu Dispositiu iOS, llevat que aquesta aplicació estigui acompanyada d'una llicència específica, cas en què acceptes que els termes i condicions d'aquesta llicència específica regiran l'ús que facis de l'aplicació.

(b) Apple, a la seva discreció, pot fer disponibles futures Actualitzacions del Programari iOS. Les Actualitzacions del Programari iOS, si n'hi ha, no han d'incloure necessàriament totes les funcions de programari existents ni les noves funcions que Apple proporcioni per a models nous o per a altres models de Dispositius iOS.  Els termes i condicions d'aquesta Llicència són aplicables a qualsevol Actualització del Programari iOS proporcionada per Apple, llevat que tal Actualització del Programari iOS tingui una llicència específica, cas en què acceptes que seran aplicables els termes i condicions d'aquesta llicència específica.

(c) Si utilitzes la funció de configuració exprés per configurar un Dispositiu iOS nou basat en el Dispositiu iOS existent, acceptes que els termes d'aquesta Llicència són aplicables a l'ús que facis del Programari

iOS al teu Dispositiu iOS nou, llevat que tingui una llicència específica, cas en què acceptes que els termes d'aquesta llicència seran aplicables a l'ús que facis d'aquest Programari iOS.

**2. Usos permesos de la Llicència i restriccions.**
(a) D'acord amb els termes i condicions d'aquesta Llicència, se't concedeix una llicència limitada no exclusiva per utilitzar el Programari iOS en un sol Dispositiu iOS de marca Apple. Amb excepció del que permet l'apartat 2.b següent i del que estableixi un altre contracte que hagis subscrit amb Apple, aquesta Llicència no permet que el Programari iOS estigui instal·lat en més d'un Dispositiu iOS de marca Apple alhora i no t'autoritza a distribuir o fer disponible el Programari iOS a través d'una xarxa que permeti utilitzar-lo en diversos dispositius a la vegada. Aquesta Llicència no et concedeix cap dret a fer servir les interfícies propietat d'Apple ni cap altra propietat intel·lectual d'Apple per al disseny, el desenvolupament, la fabricació, la concessió de llicències o la distribució de dispositius i accessoris de tercers o d'aplicacions de programari de tercers que estiguin destinats a utilitzar-se amb Dispositius iOS. Alguns d'aquests drets es poden obtenir mitjançant altres llicències d'Apple. Si vols més informació sobre el desenvolupament de dispositius i accessoris de tercers per a Dispositius iOS, visita https://developer.apple.com/programs/mfi/. Si vols més informació sobre el desenvolupament d'aplicacions de programari per a Dispositius iOS, visita https://developer.apple.com.

(b) D'acord amb els termes i condicions d'aquesta Llicència, se't concedeix una llicència limitada no exclusiva per descarregar Actualitzacions del Programari iOS que Apple pot fer disponibles per al teu model de Dispositiu iOS per tal d'actualitzar o restaurar el programari de qualsevol Dispositiu iOS del qual en tinguis la propietat o el control. Aquesta Llicència no et permet actualitzar o restaurar cap Dispositiu iOS del qual no en tinguis la propietat o el control i no t'autoritza a distribuir o fer disponibles les Actualitzacions del Programari iOS a través d'una xarxa que permeti utilitzar-les en diversos dispositius o ordinadors a la vegada. Si descarregues qualsevol Actualització del Programari iOS al teu ordinador, pots fer una còpia de les Actualitzacions del Programari iOS emmagatzemades a l'ordinador en un format llegible per aquest i únicament amb finalitats de còpia de seguretat, sempre que aquesta còpia de seguretat contingui tota la informació de copyright i tots els altres avisos sobre propietat que consten a l'original.

(c) En la mesura que Apple hagi preinstal·lat aplicacions de la marca Apple des de l'App Store al teu Dispositiu iOS en el moment de la compra («Aplicacions Preinstal·lades»), hauràs de registrar-te a l'App Store i associar aquestes Aplicacions Preinstal·lades amb el teu compte de l'App Store per poder utilitzar-les al teu Dispositiu iOS. Quan associïs una Aplicació Preinstal·lada al teu compte de l'App Store, al mateix temps s'associaran automàticament totes les altres Aplicacions Preinstal·lades al teu Dispositiu iOS. Si decideixes associar les Aplicacions Preinstal·lades al teu compte de l'App Store, s'entén que acceptes que Apple pot transmetre, recopilar, mantenir, processar i utilitzar tant l'ID d'Apple emprat al teu compte de l'App Store com un identificador únic de maquinari obtingut del teu Dispositiu iOS, com a identificadors de compte únics destinats a verificar si la teva sol·licitud és acceptable i donar-te accés a les Aplicacions Preinstal·lades a través de l'App Store. Si no vols utilitzar una Aplicació Preinstal·lada, pots eliminar-la del teu Dispositiu iOS en qualsevol moment.

(d) No tens autorització per efectuar les operacions (i acceptes no efectuar-les ni permetre que altres les duguin a terme) de copiar (excepte en els casos permesos expressament per aquesta Llicència), descompilar, realitzar enginyeria inversa, desmuntar, intentar obtenir el codi font, desencriptar, modificar o crear treballs derivats del Programari iOS o de qualsevol servei proporcionat pel Programari iOS, ni de cap de les seves parts (excepte en els casos i exclusivament dins els límits en què qualsevol de les restriccions anteriors sigui prohibida per la legislació vigent o per termes i condicions de llicència que regeixin l'ús de components de codi font obert que puguin trobar-se inclosos al Programari iOS).

(e) El Programari iOS es pot utilitzar per reproduir materials sempre que aquest ús es limiti a la reproducció de materials sense copyright, materials dels quals tinguis el copyright o materials que

puguis reproduir perquè disposes de l'autorització o permís legal corresponents. Els drets de titularitat i propietat intel·lectual de qualsevol contingut o sobre qualsevol contingut que sigui visualitzat, emmagatzemat o accedit al teu Dispositiu iOS o a través d'aquest pertanyen al corresponent propietari del contingut. Aquest contingut pot estar protegit per copyright o d'altres lleis o tractats referents a la propietat intel·lectual i pot estar subjecte a les condicions particulars d'ús establertes pel tercer que el proporciona. Excepte en els casos indicats en el present document, aquesta Llicència no t'atorga cap dret d'ús del contingut ni garanteix la disponibilitat continuada d'aquest contingut.

(f) Acceptes utilitzar el Programari iOS i els Serveis (definits en l'apartat 5 d'aquesta Llicència) complint totes les lleis aplicables, incloses les lleis del país o regió on resideixes o on descarregues i fas servir el Programari iOS i els Serveis. Algunes funcions del Programari iOS i dels Serveis poden no estar disponibles en tots els idiomes o regions, algunes funcions poden variar segons la regió i d'altres poden estar restringides o no disponibles al teu proveïdor de serveis. Es necessita una connexió Wi-Fi o de dades via telefonia mòbil per a algunes funcions del Programari iOS i dels Serveis.

(g) L'ús de l'App Store requereix una combinació única de nom d'usuari i contrasenya, anomenada ID d'Apple. També es requereix un ID d'Apple per accedir a les actualitzacions d'aplicacions i a determinades característiques del Programari iOS i dels Serveis.

(h) Reconeixes que moltes de les funcions, aplicacions integrades i Serveis del Programari iOS transmeten dades i poden generar càrrecs en el teu servei de dades i que assumeixes tota la responsabilitat en relació amb aquests possibles càrrecs. Pots visualitzar i controlar quines aplicacions poden utilitzar dades de telefonia mòbil i consultar una estimació de quantes dades han consumit aquestes aplicacions a la secció de configuració «Dades mòbils». Per obtenir més informació, consulta el manual d'usuari del teu Dispositiu iOS.

(i) Si decideixes permetre l'actualització automàtica d'aplicacions, el teu Dispositiu iOS comprovarà periòdicament als servidors Apple si hi ha actualitzacions per a les aplicacions del dispositiu i, si n'hi ha de disponibles, es descarregaran i s'instal·laran automàticament al dispositiu. Pots desactivar completament l'actualització automàtica d'aplicacions en qualsevol moment; per fer-ho, vés a Configuració, prem «iTunes i App Store» i, sota «Descàrregues automàtiques», desactiva l'opció Actualitzacions.

(j) L'ús del teu Dispositiu iOS en algunes circumstàncies pot distreure't i pot provocar una situació perillosa (per exemple, evita escriure missatges de text mentre condueixes un cotxe i no utilitzis auriculars quan vagis en bicicleta). En utilitzar el teu Dispositiu iOS, acceptes que ets responsable del compliment de les normes que prohibeixen o restringeixen l'ús de telèfons mòbils o auriculars (per exemple, el requisit d'utilitzar opcions de mans lliures per fer trucades mentre condueixes).

**3. Transferència.** No tens autorització per llogar, arrendar, prestar, vendre ni redistribuir el Programari iOS ni concedir-ne llicència a tercers. Tanmateix, pots transferir a un tercer, de forma permanent i una sola vegada, tots els teus drets sobre el Programari iOS que et concedeix aquesta Llicència, en connexió amb la transferència de la propietat del teu Dispositiu iOS, sempre que: (a) la transferència comprengui el teu Dispositiu iOS i tot el Programari iOS, inclosos tots els seus components i aquesta Llicència; (b) no conservis cap còpia, total o parcial, del Programari iOS, incloses les còpies desades en un ordinador o en qualsevol altre dispositiu d'emmagatzematge; i (c) el tercer que rebi el Programari iOS llegeixi i accepti els termes i condicions d'aquesta Llicència.

**4. Consentiment per a l'ús de dades.** Quan utilitzis el teu dispositiu, el teu número de telèfon i determinats identificadors únics del teu Dispositiu iOS s'envien a Apple per permetre que altres persones et puguin contactar amb el teu número de telèfon en utilitzar diverses funcions de comunicació del Programari iOS, com ara l'iMessage i el FaceTime. En utilitzar l'iMessage, Apple pot

conservar els teus missatges de forma encriptada durant un període de temps limitat, per tal d'assegurar-ne el lliurament. Pots desactivar el FaceTime o l'iMessage a la secció de configuració del FaceTime o de l'aplicació Missatges del teu Dispositiu iOS. Algunes funcions, com ara Anàlisi, els serveis d'ubicació, Siri, i Dictat poden requerir informació del teu Dispositiu iOS per proporcionar-te les seves funcionalitats. En el moment d'activar o utilitzar aquestes funcions, se t'informarà sobre quina informació s'enviarà a Apple i com podrà ser utilitzada. Pots obtenir més informació a través de: https://www.apple.com/privacy/. En tot moment, la teva informació es tractarà d'acord amb la Política de Privadesa d'Apple, que es pot consultar a: https://www.apple.com/legal/privacy/.

**5. Serveis i materials de tercers.**
(a) El Programari iOS pot permetre accedir a l'iTunes Store, l'App Store, l'iBooks Store, el Game Center, l'iCloud i el Mapes d'Apple, així com a altres serveis i llocs web d'Apple i de tercers (anomenats, col·lectivament i individualment, «Serveis»). És possible que aquests Serveis no estiguin disponibles en tots els idiomes o països. L'ús d'aquests Serveis requereix accés a Internet (així mateix, l'ús de determinats Serveis pot requerir un ID d'Apple), pot requerir que acceptis termes i condicions addicionals i és possible que estigui subjecte a tarifes addicionals. En utilitzar aquest programari en connexió amb un ID d'Apple o un altre Servei d'Apple, s'entén que acceptes els termes i condicions de servei aplicables per a tal Servei, com ara la darrera versió dels termes i condicions dels Serveis de Continguts d'Apple corresponents al país des d'on accedeixis a aquests serveis, que pots obtenir i consultar a https://www.apple.com/legal/internet-services/itunes/ww/

(b) Si et registres a l'iCloud, podràs accedir directament des del Programari iOS a determinades funcions de l'iCloud, com ara «Fototeca de l'iCloud», «Les meves fotos en streaming», «Fotos d'iCloud compartides», «Còpia de seguretat» i «Buscar l'iPhone». Reconeixes i acceptes que el teu ús de l'iCloud i d'aquestes funcions està subjecte a la versió més recent dels termes i condicions del servei iCloud, que pots obtenir i consultar a la pàgina web següent: https://www.apple.com/legal/internet-services/icloud/ww/.

(c) Contingut de l'aplicació News. L'ús que fas del contingut a què accedeixes a través de l'aplicació News està limitat exclusivament a ús personal i no comercial, no t'atorga cap tipus de propietat del contingut i s'exclou explícitament, sense límit, qualsevol dret comercial o de promoció en relació amb aquest contingut. A més, queda prohibit tornar a publicar, retransmetre i reproduir com a arxiu independent qualsevol imatge a la qual s'hagi accedit a través de News.

(d) Mapes. El servei de mapes i les funcions del programari iOS («Mapes»), inclosa la cobertura de les dades dels mapes, poden variar segons la regió. Quan utilitzis funcions de localització al Mapes, com ara la navegació per passos o les cerques locals i del trànsit, diverses dades de localització i d'ús poden ser enviades a Apple, inclosa la ubicació geogràfica en temps real del teu Dispositiu iOS, per tal de processar la teva sol·licitud i ajudar a millorar el Mapes. Apple recopila aquestes dades de localització i d'ús de manera que no t'identifica personalment. **En utilitzar el Mapes, s'entén que acceptes i consents que Apple i les seves filials i agents puguin transmetre, recopilar, mantenir, processar i utilitzar aquesta informació per tal de proporcionar i millorar les funcions i els serveis del Mapes i altres productes i serveis d'Apple.** Apple també pot traspassar aquesta informació, ja sigui de manera agregada o de manera que no t'identifiqui personalment als seus socis i llicenciadors amb la finalitat d'ajudar a millorar els seus mapes i els productes i serveis basats en la ubicació. Pots desactivar la funció del Mapes basada en la localització a la secció de configuració Serveis de Localització del teu Dispositiu iOS, desactivant l'opció individual de localització corresponent al Mapes. Tanmateix, determinades funcions del Mapes no estaran disponibles si desactives la configuració dels Serveis de Localització, com ara la navegació per passos.

(e) iBooks i Podcasts. Si decideixes utilitzar la funció de sincronització de les aplicacions iBooks i Podcasts per sincronitzar els marcadors, les notes, les col·leccions i les dades de subscripció dels

podcasts en tots els teus Dispositius iOS i ordinadors, reconeixes que aquestes dades s'enviaran a Apple i s'emmagatzemaran juntament amb l'ID d'Apple que utilitzes a l'iBooks Store o l'iTunes Store per tal de sincronitzar aquestes dades amb altres dispositius i ordinadors que estiguin autoritzats a accedir als continguts mitjançant aquest ID d'Apple. Pots desactivar la sincronització en qualsevol moment anant a Configuració i canviant les opcions de sincronització de les aplicacions iBooks i Podcasts, respectivament.

(f) Reconeixes que, en utilitzar qualsevol dels Serveis, és possible que accedeixis a continguts que poden ser considerats ofensius, indecents o censurables, els quals poden estar identificats o no com a llenguatge per a adults, i que els resultats de qualsevol cerca o de la introducció d'una determinada URL poden generar de manera automàtica i involuntària enllaços o referències a material censurable. No obstant això, acceptes que utilitzaràs els Serveis pel teu compte i risc i que Apple i els seus afiliats, agents, poderdants o llicenciadors no seran responsables davant teu per continguts que es puguin considerar ofensius, indecents o censurables.

(g) Determinats Serveis poden mostrar, incloure o fer disponibles continguts, dades, informació, aplicacions o materials de tercers («Materials de Tercers») o proporcionar enllaços a determinats llocs web de tercers. En utilitzar els Serveis, reconeixes i acceptes que Apple no és responsable d'examinar o avaluar el contingut, la precisió, la completesa, la puntualitat, la validesa, el compliment del copyright, la legalitat, la decència, la qualitat o qualsevol altre aspecte dels Materials de Tercers o dels llocs web esmentats. Apple i els seus representants, subsidiaris i filials no donen garantia ni suport i no seran responsables davant teu ni davant cap altra persona per cap Servei, Material de Tercers o lloc web d'una altra empresa, ni per cap altre material, producte o servei de tercers. Els Materials de Tercers i els enllaços a altres llocs web es proporcionen exclusivament per a la teva comoditat.

(h) Ni Apple ni cap dels seus proveïdors de contingut no garanteixen la disponibilitat, la precisió, la completesa, la fiabilitat ni la puntualitat de la informació borsària, de les dades de localització o de qualsevol altre tipus de dades que mostri qualsevol dels Serveis. Les dades financeres que mostri qualsevol dels Serveis només tenen un propòsit informatiu general i no s'han de considerar fiables per decidir inversions. Abans d'efectuar qualsevol tipus de transacció de valors basada en la informació obtinguda a través dels Serveis, és recomanable que consultis un assessor financer professional que estigui legalment capacitat per oferir assessorament financer al teu país o regió. Les dades de localització facilitades per qualsevol dels Serveis, incloent el servei Mapes d'Apple, es proporcionen únicament amb finalitats de planificació i/o navegació bàsica i no s'han de considerar una font d'informació fiable en situacions en què calgui informació de localització precisa o en què una informació de localització errònia, inexacta, diferida o incompleta pugui ocasionar la mort, lesions personals o danys en la propietat o el medi natural. Acceptes que els resultats que reps del servei Mapes poden variar respecte de les condicions actuals del terreny o la carretera, a causa de factors que poden afectar la precisió de les dades del Mapes, com ara (sense caràcter limitador) la situació meteorològica, viària o del trànsit i els esdeveniments geopolítics. Per a la teva seguretat quan utilitzis la funció de navegació, presta atenció sempre als senyals de trànsit i a l'estat actual de la carretera. Segueix les pràctiques de conducció segura i les normes de trànsit i tingues en compte que les instruccions de les rutes a peu poden no incloure voreres o carrers de vianants.

(i) En la mesura que carreguis contingut mitjançant la utilització dels Serveis, declares que ets el propietari de tots els drets relatius a aquest contingut (o que tens autorització o un altre permís legal per carregar-lo) i que el contingut no vulnera cap dels termes i condicions de servei aplicables als Serveis. Acceptes que els Serveis inclouen continguts registrats, informació i material que són propietat d'Apple, del propietari del lloc o dels seus llicenciadors i que estan protegits per les lleis de propietat intel·lectual aplicables i per altres lleis, incloses, sense caràcter limitador, les lleis de copyright. Acceptes que no faràs servir aquests continguts registrats, informació i materials propietat d'Apple per a cap finalitat que no sigui l'ús permès dels Serveis, ni de cap altra manera que sigui incoherent amb els termes i

condicions d'aquesta Llicència o infringeixi qualsevol dret de propietat intel·lectual d'un tercer o d'Apple. No estàs autoritzat a reproduir cap part dels Serveis, en cap forma ni per cap mitjà. Acceptes no modificar, llogar, arrendar, prestar, vendre, distribuir ni crear treballs derivats basats en els Serveis, per cap mitjà, i acceptes no explotar els Serveis de cap manera no autoritzada, incloent, sense caràcter limitador, l'ús dels Serveis per transmetre virus, cucs o troians informàtics ni cap altre programari maliciós o per sobrepassar o sobrecarregar la capacitat de la xarxa. A més, acceptes no utilitzar els Serveis de cap manera que pugui assetjar, utilitzar abusivament, espiar, amenaçar, difamar o vulnerar o infringir de qualsevol altra manera els drets de cap tercer, i també acceptes que Apple no serà responsable de cap manera de qualsevol ús d'aquesta naturalesa, ni dels missatges o transmissions assetjadors, amenaçadors, difamatoris, ofensius, infractors o il·legals que puguis rebre com a resultat de l'ús de qualsevol dels Serveis.

(j) Així mateix, els Serveis i els Materials de Tercers als quals puguis accedir o que es puguin mostrar o enllaçar a través del Dispositiu iOS no estan disponibles en tots els idiomes ni a tots els països. Apple no declara que els Serveis o Materials de Tercers esmentats siguin adequats o estiguin disponibles per a utilitzar-los en cap regió determinada. En la mesura en què decideixis utilitzar o accedir als Serveis o Materials de Tercers esmentats, s'entén que ho fas per iniciativa pròpia i que assumeixes la responsabilitat del compliment de totes les lleis aplicables, incloses, sense caràcter limitador, les lleis locals aplicables i les lleis sobre privadesa i recollida de dades. Compartir o sincronitzar fotos a través del teu Dispositiu iOS pot provocar que, juntament amb les fotos, es transmetin metadades, inclosos el lloc i la data on es van fer la foto i informació sobre la profunditat. L'ús dels serveis d'Apple (com ara la fototeca de l'iCloud) per compartir o sincronitzar aquestes fotografies suposarà que Apple rebi i emmagatzemi aquestes metadades. Apple i els seus llicenciadors es reserven el dret a modificar, suspendre, eliminar o desactivar l'accés a qualsevol dels Serveis en qualsevol moment i sense previ avís. Apple no serà en cap cas responsable de l'eliminació o desactivació de l'accés a qualsevol dels Serveis. Així mateix, Apple pot imposar límits a l'ús o accés a determinats Serveis, en qualsevol cas i sense previ avís ni subjecció a responsabilitat.

**6. Expiració de la Llicència.** Aquesta Llicència és vigent fins que expiri. Els drets que et concedeix aquesta Llicència expiraran automàticament o seran revocats sense previ avís d'Apple si incompleixes qualsevol dels termes i condicions que conté. En expirar la Llicència, has de deixar d'utilitzar el Programari iOS. Els apartats 4, 5, 6, 7, 8, 9, 12 i 13 d'aquesta Llicència continuaran sent vigents després de l'expiració de la Llicència.

**7. Exclusió de garanties.**
7.1   Si ets un usuari consumidor (és a dir, si fas servir el Programari iOS fora del teu negoci, empresa o entorn professional), és possible que tinguis drets legals en el teu país de residència que prohibeixin que se t'apliquin les limitacions següents, per la qual cosa en aquests països no et seran aplicables. Per obtenir més informació sobre aquests drets, posa't en contacte amb una organització d'assessorament a consumidors del teu país.

7.2   RECONEIXES I ACCEPTES EXPRESSAMENT QUE, DINS ELS LÍMITS PERMESOS PER LA LLEI APLICABLE, L'ÚS DEL PROGRAMARI iOS I DE QUALSEVOL SERVEI QUE S'EXECUTI O AL QUAL S'ACCEDEIXI A TRAVÉS DEL PROGRAMARI iOS S'EFECTUA EXCLUSIVAMENT PEL TEU COMPTE I RISC, I QUE ASSUMEIXES TOT EL RISC RELATIU A QUALITAT SATISFACTÒRIA, FUNCIONAMENT, PRECISIÓ I APTITUD.

7.3   DINS ELS LÍMITS PERMESOS PER LA LLEI APLICABLE, EL PROGRAMARI iOS I ELS SERVEIS ES PROPORCIONEN «TAL COM SÓN» I «TAL COM ESTAN DISPONIBLES», AMB TOTS ELS SEUS POSSIBLES DEFECTES I SENSE GARANTIA DE CAP TIPUS, I APPLE I ELS LLICENCIADORS D'APPLE (ANOMENATS CONJUNTAMENT «APPLE» ALS EFECTES DELS APARTATS 7 I 8) EXCLOUEN PER MITJÀ D'AQUESTA LLICÈNCIA TOTES LES GARANTIES I CONDICIONS RELATIVES AL PROGRAMARI

iOS I ALS SERVEIS, JA SIGUIN EXPRESSES, IMPLÍCITES O LEGALS, INCLOSES, SENSE CARÀCTER LIMITADOR, LES GARANTIES I/O CONDICIONS DE COMERCIABILITAT, QUALITAT SATISFACTÒRIA, IDONEÏTAT PER A UN FI DETERMINAT, PRECISIÓ, GAUDI PACÍFIC I NO-INFRACCIÓ DE DRETS DE TERCERS.

7.4     APPLE NO GARANTEIX, SENS PERJUDICI DEL TEU GAUDI DEL PROGRAMARI iOS I DELS SERVEIS, QUE LES FUNCIONS CONTINGUDES EN EL PROGRAMARI iOS O EN ELS SERVEIS EFECTUATS O PROPORCIONATS PER AQUEST PROGRAMARI SATISFACIN LES TEVES NECESSITATS, QUE EL FUNCIONAMENT DEL PROGRAMARI iOS I DELS SERVEIS ESTIGUI LLIURE D'INTERRUPCIONS O ERRORS, QUE TOTS ELS SERVEIS CONTINUÏN ESTANT DISPONIBLES, QUE ELS DEFECTES DEL PROGRAMARI iOS O DELS SERVEIS SIGUIN CORREGITS, NI QUE EL PROGRAMARI iOS SIGUI COMPATIBLE O FUNCIONI AMB QUALSEVOL PROGRAMARI, APLICACIÓ O SERVEI DE TERCERS. LA INSTAL·LACIÓ D'AQUEST PROGRAMARI iOS POT AFECTAR LA DISPONIBILITAT I USABILITAT DE PROGRAMARI, APLICACIONS O SERVEIS DE TERCERS, AIXÍ COM DELS PRODUCTES I SERVEIS D'APPLE.

7.5     RECONEIXES, A MÉS, QUE EL PROGRAMARI iOS I ELS SERVEIS NO ES DESTINEN NI SÓN ADEQUATS A UN ÚS EN SITUACIONS O ENTORNS EN QUÈ UNA FALLIDA O RETARD O UN ERROR O IMPRECISIÓ DEL CONTINGUT, DE LES DADES O DE LA INFORMACIÓ QUE PROPORCIONEN EL PROGRAMARI iOS O ELS SERVEIS POGUESSIN OCASIONAR LA MORT, DANYS PERSONALS O GREUS DANYS FÍSICS O MEDIAMBIENTALS, INCLOENT, SENSE CARÀCTER LIMITADOR, L'OPERACIÓ D'INSTAL·LACIONS NUCLEARS, SISTEMES DE NAVEGACIÓ AÈRIA O COMUNICACIÓ, SISTEMES DE CONTROL DEL TRÀNSIT AERI, APARELLS DE SUPORT VITAL O EQUIPS ARMAMENTÍSTICS.

7.6     CAP INFORMACIÓ O ASSESSORAMENT ESCRIT O VERBAL FACILITAT PER APPLE O PER UN REPRESENTANT AUTORITZAT D'APPLE GENERARAN CAP GARANTIA. SI EL PROGRAMARI iOS O ELS SERVEIS RESULTESSIN SER DEFECTUOSOS, ASSUMIRÀS EL COST ÍNTEGRE DE TOTS ELS SERVEIS TÈCNICS, REPARACIONS I CORRECCIONS NECESSARIS. ATÈS QUE LES JURISDICCIONS D'ALGUNS PAÏSOS NO PERMETEN L'EXCLUSIÓ DE GARANTIES IMPLÍCITES O LA LIMITACIÓ DE DRETS LEGALS APLICABLES D'UN CONSUMIDOR, ÉS POSSIBLE QUE L'EXCLUSIÓ I LES LIMITACIONS ANTERIORS NO ET SIGUIN APLICABLES.

**8. Limitació de la responsabilitat.** DINS ELS LÍMITS PERMESOS PER LA LLEI APLICABLE, APPLE I ELS SEUS AFILIATS, AGENTS O PODERDANTS NO SERAN RESPONSABLES EN CAP CAS DELS DANYS PERSONALS NI DE CAP DANY ACCESSORI, ESPECIAL, INDIRECTE O EMERGENT, INCLOENT, SENSE CARÀCTER LIMITADOR, ELS DANYS PER LUCRE CESSANT, CORRUPCIÓ O PÈRDUA DE DADES, IMPOSSIBILITAT DE TRANSMETRE O REBRE DADES (INCLOENT, SENSE CARÀCTER LIMITADOR, LES INSTRUCCIONS, LES TASQUES I ELS MATERIALS DELS CURSOS), INTERRUPCIÓ DE L'ACTIVITAT EMPRESARIAL O QUALSEVOL ALTRE TIPUS DE DANY O PÈRDUA COMERCIAL DERIVAT O RELACIONAT AMB EL TEU ÚS O MAL ÚS DEL PROGRAMARI iOS I DELS SERVEIS O DE QUALSEVOL PROGRAMARI O APLICACIÓ DE TERCERS QUE S'UTILITZI JUNT AMB EL PROGRAMARI iOS O ELS SERVEIS, SIGUI QUINA EN SIGUI LA CAUSA I AMB INDEPENDÈNCIA DE LA TEORIA DE LA RESPONSABILITAT CIVIL (RESPONSABILITAT CONTRACTUAL O EXTRACONTRACTUAL, O ALTRES), FINS I TOT SI APPLE HA ESTAT INFORMAT DE LA POSSIBILITAT QUE ES PRODUEIXIN ELS DANYS ESMENTATS. ATÈS QUE LES JURISDICCIONS D'ALGUNS PAÏSOS NO PERMETEN L'EXCLUSIÓ O LA LIMITACIÓ DE RESPONSABILITAT PER DANYS PERSONALS O PER DANYS ACCESSORIS O EMERGENTS, ÉS POSSIBLE QUE AQUESTA LIMITACIÓ NO ET SIGUI APLICABLE. La responsabilitat total d'Apple per danys i perjudicis (diferents dels exigits per la llei vigent en els casos en què hi hagi danys personals) no superarà en cap cas la quantitat de dos-cents cinquanta dòlars dels EUA (250 USD). Les limitacions anteriors seran aplicables fins i tot si la reparació esmentada no aconsegueix el seu objectiu fonamental.

**9. Certificats digitals.** El Programari iOS conté funcions que li permeten acceptar certificats digitals emesos tant per Apple com per tercers. TU ETS L'ÚNIC RESPONSABLE DE LA DECISIÓ DE CONFIAR O NO EN UN CERTIFICAT, TANT SI HA ESTAT EMÈS PER APPLE COM PER UN TERCER. L'ÚS QUE FACIS DELS CERTIFICATS DIGITALS ÉS PEL TEU COMPTE I RISC. DINS ELS LÍMITS PERMESOS PER LA LLEI APLICABLE, APPLE NO OFEREIX CAP GARANTIA NI DECLARACIÓ, EXPLÍCITA O IMPLÍCITA, SOBRE LA COMERCIABILITAT O IDONEÏTAT PER A UN FI DETERMINAT, LA PRECISIÓ, LA SEGURETAT O LA NO-INFRACCIÓ DE DRETS DE TERCERS RESPECTE ALS CERTIFICATS DIGITALS.

**10. Control de les exportacions.** No estàs autoritzat a utilitzar ni, sota cap altra circumstància, exportar o reexportar el Programari iOS, excepte en els casos autoritzats expressament per la legislació dels Estats Units i per les lleis del país o països en què has obtingut el Programari iOS. En concret, però sense caràcter limitador, el Programari iOS no es pot exportar ni reexportar a: (a) cap país sotmès a embargament pels Estats Units, o (b) cap persona que figuri en la Llista de Ciutadans Especialment Designats del Departament del Tresor dels Estats Units, en les llistes de Persones Denegades o Entitats Denegades del Departament de Comerç dels Estats Units o en qualsevol altra llista de persones o entitats restringides. En utilitzar el Programari iOS, s'entén que declares i garanteixes que no ets en cap d'aquests països i que no figures en cap de les llistes esmentades. Així mateix, acceptes no utilitzar el Programari iOS amb finalitats prohibides per la legislació dels Estats Units, inclosos, sense caràcter limitador, el desenvolupament, el disseny, la fabricació o la producció de míssils o armes nuclears, químiques o biològiques.

**11. L'Administració com a usuari final.** El Programari iOS i la documentació relacionada es consideren «Articles Comercials», segons la definició que fa d'aquest terme l'apartat 48, paràgraf 2.101, del Codi de Normes Federals (CFR) dels Estats Units, i consten de «Programari Informàtic d'Ús Comercial» i «Documentació de Programari Informàtic d'Ús Comercial», d'acord amb l'ús que fan d'aquests termes els apartats 48, paràgraf 12.212, o 48, paràgraf 227.7202, del CFR, segons el que escaigui. En virtut dels apartats 48, paràgraf 12.212, i 48, paràgrafs del 227.7202-1 al 227.7202-4, del CFR, segons el que escaigui, el Programari Informàtic d'Ús Comercial i la Documentació de Programari Informàtic d'Ús Comercial es distribueixen i es concedeixen sota llicència a usuaris finals de l'Administració dels Estats Units: (a) únicament com a Articles Comercials i (b) només amb els drets concedits a tots els altres usuaris finals per mitjà dels termes i condicions d'aquesta Llicència. Queden reservats els drets no publicats, d'acord amb les lleis de copyright dels Estats Units.

**12. Llei aplicable i independència de les estipulacions.** Aquesta Llicència es regirà i s'interpretarà segons les lleis de l'Estat de Califòrnia, excloent-ne els principis de conflicte de dret. Aquesta Llicència no estarà regida per la Convenció de les Nacions Unides sobre Contractes de Compravenda Internacional de Mercaderies, l'aplicació de la qual s'exclou expressament. Si ets un consumidor resident al Regne Unit, aquesta Llicència es regirà per les lleis corresponents a la jurisdicció on resideixes. Si, per qualsevol raó, un tribunal competent declarés no vàlida alguna disposició o un fragment d'alguna disposició d'aquesta Llicència, la resta de la Llicència continuarà sent plenament vigent i efectiva.

**13. Contracte íntegre; idioma aplicable.** Aquesta Llicència constitueix l'acord complet entre tu i Apple respecte al Programari iOS i substitueix tots els acords anteriors o actuals relatius a aquest assumpte. Cap modificació o esmena d'aquesta Llicència no serà vàlida si no s'efectua per escrit i du la signatura d'Apple. Tota traducció d'aquesta Llicència s'efectua per satisfer les necessitats dels usuaris dels diferents països, i si sorgís cap conflicte entre la versió anglesa i qualsevol versió en una altra llengua, prevaldrà la versió anglesa d'aquesta Llicència, dins els límits permesos per les lleis de cada jurisdicció nacional.

**14. Reconeixements de tercers.** És possible que algunes parts del Programari iOS utilitzin o incloguin

programari de tercers i altres materials amb copyright. Els reconeixements, els termes i condicions de llicència i les limitacions de responsabilitat corresponents als materials esmentats estan inclosos en la documentació electrònica del Programari iOS, i l'ús que facis d'aquests materials està subjecte als respectius termes i condicions. L'ús del servei Google Safe Browsing està subjecte a les Condicions del Servei de Google (https://www.google.com/intl/ca/policies/terms/) i a la Política de Privadesa de Google (https://www.google.com/intl/ca/policies/privacy/).

**15. Ús d'MPEG-4; avís sobre l'H.264/AVC.**
(a) El Programari iOS es concedeix sota llicència d'acord amb l'MPEG-4 System Patent Portfolio License (Llicència de la Cartera de Patents de Sistemes MPEG-4) per a la codificació d'acord amb l'Estàndard de Sistemes MPEG-4, llevat que calgui disposar d'un llicència addicional i abonar regalies per a la codificació en relació amb (i) les dades emmagatzemades o duplicades en un suport físic per a les quals es faci un pagament títol per títol i/o (ii) les dades per a les quals es faci un pagament títol per títol i que es transmetin a un usuari final per a un ús o emmagatzemament permanent. Aquest tipus de llicència addicional es pot obtenir d'MPEG LA, LLC. Visita http://www.mpegla.com per obtenir informació addicional.

(b) El Programari iOS conté funcions de codificació i/o descodificació de vídeo MPEG-4. El Programari iOS es concedeix sota llicència d'acord amb l'MPEG-4 Visual Patent Portfolio License (Llicència de la Cartera de Patents de l'Estàndard Visual MPEG-4) per a l'ús personal i no comercial d'un consumidor per (i) codificar vídeo conforme a l'Estàndard Visual MPEG-4 («Vídeo MPEG-4») i/o per (ii) descodificar vídeo MPEG-4 que hagi estat codificat per un consumidor al llarg d'una activitat personal i no comercial i/o s'hagi obtingut d'un proveïdor de vídeo amb llicència d'MPEG LA per subministrar vídeo MPEG-4. No es concedeix ni s'entén que s'ha concedit tàcitament cap altra llicència per a cap altre ús. Pots obtenir més informació, inclosa la informació sobre usos promocionals, interns i comercials i la concessió de llicències, a MPEG LA, LLC. Visita http://www.mpegla.com.

(c) El Programari iOS conté funcions de codificació i/o descodificació d'AVC; l'ús comercial de l'H.264/AVC requereix una llicència addicional i s'hi aplica la disposició següent: LA FUNCIÓ AVC DEL PROGRAMARI iOS ES CONCEDEIX SOTA LLICÈNCIA PER MITJÀ D'AQUESTA LLICÈNCIA ÚNICAMENT PER A L'ÚS PERSONAL I NO COMERCIAL D'UN CONSUMIDOR PER (i) CODIFICAR VÍDEO SEGONS L'ESTÀNDARD AVC («VÍDEO AVC») I/O (ii) DESCODIFICAR VÍDEO AVC QUE HAGI ESTAT CODIFICAT PER UN CONSUMIDOR AL LLARG D'UNA ACTIVITAT PERSONAL I NO COMERCIAL I/O VÍDEO AVC QUE S'HAGI OBTINGUT D'UN PROVEÏDOR DE VÍDEO AMB LLICÈNCIA PER SUBMINISTRAR VÍDEO AVC. POTS OBTENIR INFORMACIÓ SOBRE ALTRES USOS I LLICÈNCIES A MPEG LA L.L.C. VISITA http://www.mpegla.com.

**16. Restriccions del servei Yahoo Search.** El servei Yahoo Search disponible per mitjà del Safari es concedeix sota llicència únicament per utilitzar-lo en els països i regions següents: Alemanya, Argentina, Aruba, Austràlia, Àustria, Bahames, Barbados, Bèlgica, Bermudes, Brasil, Bulgària, Canadà, Colòmbia, Corea del Sud, Dinamarca, El Salvador, Equador, Eslovàquia, Eslovènia, Espanya, Estats Units, Filipines, Finlàndia, França, Grenada, Grècia, Guatemala, Hong Kong, Hongria, Illes Caiman, Índia, Indonèsia, Irlanda, Islàndia, Itàlia, Jamaica, Japó, Letònia, Lituània, Luxemburg, Malàisia, Malta, Mèxic, Nicaragua, Noruega, Nova Zelanda, Països Baixos, Panamà, Perú, Polònia, Portugal, Puerto Rico, Regne Unit, República Txeca, República Dominicana, Romania, Saint Vincent, Santa Lucia, Singapur, Suècia, Suïssa, Tailàndia, Taiwan, Trinitat i Tobago, Turquia, Uruguai, Veneçuela, Xile, Xina i Xipre.

**17. Avís de Microsoft Exchange.** La configuració de correu de Microsoft Exchange del Programari iOS es concedeix sota llicència únicament per a la sincronització remota d'informació, com ara correu electrònic, contactes, calendaris i tasques, entre el teu iOS i el servidor de Microsoft Exchange o un altre programari de servidor amb llicència de Microsoft per implementar el protocol ActiveSync de Microsoft Exchange.

EA1520
22/09/2017

— — — — — — — — — — —
**Termes i condicions addicionals d'Apple Pay**

Aquests termes i condicions addicionals d'Apple Pay (aquests «Termes Addicionals») complementen el contracte de llicència del Programari iOS (la «Llicència»); tant els termes i condicions de llicència com els presents Termes Addicionals regeixen l'ús que fas de la funció Apple Pay, a la qual es pot fer referència com a «Servei» en relació amb aquesta Llicència. Els termes en majúscula que figuren en aquests Termes Addicionals tenen els significats que estableix la Llicència.

**1. Visió general i restriccions d'ús**

Apple Pay et permet:

- Emmagatzemar representacions virtuals de targetes de crèdit, de dèbit i de prepagament, incloses targetes de crèdit, dèbit, prepagament de comerços i la targeta d'Apple Pay Cash, que siguin compatibles amb la funció Apple Pay («Targetes de Pagament Compatibles»). També et permet utilitzar Dispositius iOS compatibles per efectuar pagaments sense contacte en determinades ubicacions o pagaments integrats en aplicacions o llocs web;
- utilitzar les targetes de punts i de regal desades al Wallet («Targetes Compatibles amb Apple Pay», juntament amb les Targetes de Pagament Compatibles, «Targetes Compatibles»), per fer transaccions sense contacte amb targetes de punts i de regal en determinades botigues com a part del pagament sense contacte amb Apple Pay i
- fer pagaments entre usuaris d'Apple Pay.

És possible que la funció Apple Pay del programari iOS només estigui disponible en algunes regions i amb determinats emissors de targetes, institucions financeres i venedors. Les funcions poden variar en funció de la regió, emissor i venedor.

Per utilitzar Apple Pay, has de tenir una Targeta Compatible. Les Targetes Compatibles poden canviar de tant en tant. A més, per fer o rebre pagaments entre usuaris, cal tenir una Targeta Apple Pay Cash.

Les Targetes de Pagament compatibles i els pagaments entre usuaris es vinculen amb l'ID d'Apple amb el qual has iniciat sessió a l'iCloud per utilitzar aquestes funcions. Les Targetes Compatibles només estan disponibles per als usuaris majors de 13 anys, i poden estar subjectes a restriccions per edat addicionals imposades per l'iCloud o la Targeta Compatible que intentes facilitar. La targeta Apple Pay Cash i la capacitat de fer i rebre pagaments entre usuaris només és disponible per a persones majors de 18 anys.

Apple Pay està destinat a un ús personal i és possible que només puguis facilitar les teves pròpies Targetes Compatibles. Si facilites una targeta corporativa compatible, declares que ho fas amb l'autorització de la teva empresa i que estàs autoritzat a sotmetre la teva empresa a aquests termes i condicions d'ús i a totes les transaccions efectuades mitjançant l'ús d'aquesta funció. Si estàs fent o rebent pagaments entre usuaris, afirmes que ho estàs fent per un ús personal i no comercial.

Acceptes no utilitzar Apple Pay per a finalitats il·legals o fraudulentes ni per a qualsevol altre propòsit que estigui prohibit per la Llicència i per aquests Termes Addicionals. A més, acceptes fer servir Apple Pay de conformitat amb les lleis i reglaments aplicables. Acceptes no interferir ni interrompre el servei Apple Pay (incloent l'accés al servei per qualsevol mitjà automatitzat) ni cap servidor o xarxa que estigui connectat al servei, així com tampoc cap política, requisit o reglament de les xarxes connectades al

servei (incloent qualsevol accés no autoritzat, ús o monitoratge de dades o trànsit de xarxa).

## 2. Relació d'Apple amb tu

Apple Pay et permet crear una representació virtual de les teves Targetes Compatibles al teu Dispositiu iOS compatible. No obstant això, Apple no processarà pagaments ni transaccions amb altres targetes que no siguin de pagament (com l'acumulació i el bescanvi de punts), rebrà, retindrà o transferirà els teus fons, ni tindrà cap altre control sobre pagaments, devolucions, reemborsaments, punts, valor, descomptes o altres activitats comercials que es puguin derivar de l'ús que facis d'aquesta funció.

Els termes i condicions dels contractes de titularitat de targetes que puguis haver subscrit amb l'emissor de la targeta continuaran regint l'ús que facis de les teves Targetes de Pagament Compatibles i l'ús que en facis en relació amb Apple Pay. De manera similar, la teva participació en qualsevol programa de punts o targetes de regal i l'ús que facis de les Targetes Compatibles amb Apple Pay en relació amb Apple Pay es regiran pels termes i les condicions del comerç.

La Targeta Apple Pay Cash i la capacitat de fer i rebre pagaments entre usuaris només està disponible als Estats Units, i és un servei proporcionat per Green Dot Bank, membre de l'FDIC. Quan actives aquestes funcions amb l'Apple Pay, estàs obrint un compte al Green Dot Bank, i quan fas o reps un pagament entre persones o ingresses o retires diners de la targeta Apple Pay Cash, el Green Dot Bank serà el responsable de rebre i enviar els teus diners al destinatari. La institució financera responsable d'oferir l'Apple Pay Cash i els pagaments entre persones fets mitjançant l'Apple Pay està subjecta A canvis, i l'ús que facis d'aquestes funcions està subjecte als seus termes i condicions.

Cap disposició de la Llicència o d'aquests Termes Addicionals modifica els termes i condicions de qualsevol contracte de titularitat de targetes, d'usuari o comercial que puguis haver subscrit, i aquests termes i condicions regiran l'ús que facis de la Targeta Compatible corresponent, de la funció de pagament entre usuaris d'Apple Pay i de la seva representació virtual existent al teu Dispositiu iOS. Acceptes que Apple no és part en els teus contractes de titularitat de targetes o comercials, ni responsable de: (a) el contingut, exactitud o manca de disponibilitat de qualsevol targeta de pagament, de punts, de regal, d'activitat comercial, de transacció o compra durant l'ús de la funció Apple Pay; (b) l'emissió de crèdit o de l'avaluació dels requisits per rebre crèdit; (c) l'acumulació i el bescanvi de punts o valor acumulat com a part del programa d'un comerç; (d) la provisió de fons o recàrrega de targetes de prepagament; (e) fer o rebre pagaments entre usuaris o (f) carregar, bescanviar o retirar diners de la teva targeta Apple Pay Cash.

Per a qualsevol disputa o dubte sobre targetes de pagament, de punts o de regal o l'activitat comercial associada, posa't en contacte amb l'emissor o el venedor corresponent. Si tens dubtes sobre la targeta Apple Pay Cash o els pagaments entre usuaris, posa't en contacte amb l'Apple Support.

## 3. Privadesa

Apple Pay sol·licita certa informació del teu Dispositiu iOS per oferir-te el millor servei. D'altra banda, quan utilitzes la targeta Apple Pay Cash o fas o reps pagaments entre usuaris, es recopila i es reté informació addicional sobre les teves transaccions per poder prestar el servei, per prevenir el frau i per a finalitats normatives. Per obtenir més informació sobre les dades que es recopilen, s'utilitzen o es compareixen en relació amb l'ús que fas d'Apple Pay, la targeta d'Apple Pay Cash o els pagaments entre usuaris mitjançant l'Apple Pay, llegeix l'article «Sobre l'Apple Pay i la privadesa» (accessible a l'apartat "Wallet i Apple Pay" de l'aplicació Watch d'un dispositiu iOS enllaçat) o vés a https://www.apple.com/privacy/. Fent servir aquestes funcions, acceptes i consents que Apple, les seves filials i els seus agents puguin transmetre, recopilar, mantenir, processar i utilitzar tota la informació anterior, per proporcionar-te la funcionalitat Apple Pay.

**4. Seguretat; dispositius perduts o desactivats**

Apple Pay emmagatzema representacions virtuals de les teves Targetes Compatibles i l'has de protegir tal com faries amb les targetes moneder, de crèdit, dèbit, de prepagament, de punts o de regal físiques. Si proporciones la contrasenya del teu dispositiu a un tercer o permets a un tercer afegir la seva empremta digital per utilitzar el Touch ID o activar el Face ID, aquest pot arribar a efectuar pagaments, fer, sol·licitar o rebre pagaments entre usuaris, retirar diners de la teva targeta Apple Pay Cash o rebre o reemborsar recompenses o crèdit utilitzant Apple Pay al teu dispositiu. Ets l'únic responsable de mantenir la seguretat del teu dispositiu i de la teva contrasenya. Acceptes que Apple queda exempt de responsabilitat si perds o comparteixes l'accés al teu dispositiu. Acceptes que Apple queda exempt de responsabilitat si fas modificacions no autoritzades a l'iOS (per exemple, mitjançant un «jailbreak»).

És possible que hagis d'activar mesures de seguretat addicionals a l'Apple ID, com ara l'autenticació de dos factors, per accedir a funcions particulars de l'Apple Pay, inclosa la targeta d'Apple Pay Cash i els pagaments entre usuaris amb l'Apple Pay. Si més endavant elimines aquestes mesures de seguretat, és possible que no puguis seguir accedint a determinades funcions de l'Apple Pay.

Si el teu dispositiu es perd o és robat i havies activat la funció «Buscar l'iPhone», pots utilitzar aquesta funció per intentar suspendre la funció de pagar amb les Targetes de Pagament Compatibles virtuals o fer pagaments entre usuaris mitjançant el dispositiu posant-lo en el «Mode Perdut». També pots esborrar el dispositiu, que intentarà suspendre la funció de pagar amb les Targetes de Pagament Compatibles virtuals o fer pagaments entre usuaris mitjançant el dispositiu i també intentarà eliminar les Targetes Compatibles amb Apple Pay. També t'has de posar en contacte amb l'emissor de les teves Targetes de Pagament Compatibles, amb qui va emetre les teves Targetes Compatibles amb Apple Pay i amb Apple si tens una targeta d'Apple Pay Cash per tal d'evitar un accés no autoritzat a les teves Targetes Compatibles.

Si comuniques una activitat fraudulenta o impròpia o Apple té sospita que s'ha produït una activitat d'aquesta mena, acceptes cooperar amb Apple en qualsevol investigació i aplicar les mesures de prevenció del frau que indiquem.

**5. Limitació de la responsabilitat**

A MÉS DE LES EXCLUSIONS DE GARANTIES I DE LA LIMITACIÓ DE LA RESPONSABILITAT QUE S'ESTABLEIXEN EN AQUESTA LLICÈNCIA, APPLE NO ASSUMEIX CAP RESPONSABILITAT PER LES COMPRES, PAGAMENTS, TRANSACCIONS O ALTRES ACTIVITATS COMERCIALS QUE ES DUGUIN A TERME UTILITZANT LA FUNCIÓ APPLE PAY; AIXÍ MATEIX, ACCEPTES RECÓRRER EXCLUSIVAMENT ALS CONTRACTES QUE PUGUIS HAVER SUBSCRIT AMB EL TEU EMISSOR DE TARGETES, LA XARXA DE PAGAMENT, INSTITUCIONS FINANCERES O EL VENEDOR PER RESOLDRE QUALSEVOL DUBTE O LITIGI RELATIU A LES TEVES TARGETES COMPATIBLES, ELS PAGAMENTS ENTRE USUARIS I A L'ACTIVITAT COMERCIAL ASSOCIADA.

— — — — — — — — — — — —
**NOTIFICACIONS D'APPLE**
Si Apple necessita contactar-te en relació amb el teu producte o compte, consents rebre les notificacions corresponents per correu electrònic. Acceptes que totes les notificacions d'aquest tipus que Apple t'enviï electrònicament satisfaran tots els requisits legals sobre comunicacions.

**HRVATSKI**

**VAŽNO: KORIŠTENJEM SVOJEG iPHONE, iPAD ili iPOD TOUCH ("iOS UREĐAJ") UREĐAJA, PRISTAJETE SE PRIDRŽAVATI SLJEDEĆIH ODREDBI:**

**A.    SPORAZUM O LICENCIRANJU APPLE iOS SOFTVERA**
**B.    APPLE PAY DODATNE ODREDBE**
**C.    OBAVIJESTI TVRTKE APPLE**

**APPLE INC.**
**SPORAZUM O LICENCIRANJU iOS SOFTVERA**
**Licenca za jednokratnu uporabu**

**MOLIMO, PAŽLJIVO PROČITAJTE OVAJ SPORAZUM O LICENCIRANJU SOFTVERA ("LICENCU") PRIJE KORIŠTENJA iOS UREĐAJA ILI PREUZIMANJA NADOGRADNJE SOFTVERA KOJI JE OBUHVAĆEN OVOM LICENCOM. KORIŠTENJEM SVOJEG iOS UREĐAJA ILI PREUZIMANJEM NADOGRADNJE SOFTVERA, KAKO JE NAVEDENO, PRISTAJETE OBVEZATI SE NA PRIDRŽAVANJE ODREDABA OVE LICENCE. AKO SE NE SLAŽETE S ODREDBAMA OVE LICENCE, NEMOJTE KORISTITI iOS UREĐAJ NI PREUZIMATI IKAKVE NADOGRADNJE SOFTVERA.**

**AKO STE NEDAVNO KUPILI iOS UREĐAJ I AKO SE NE SLAŽETE S ODREDBAMA LICENCE, MOŽETE VRATITI iOS UREĐAJ TIJEKOM PERIODA POVRATA U APPLE TRGOVINU ILI OVLAŠTENOM DISTRIBUTERU OD KOJEGA STE KUPILI UREĐAJ UZ POVRAT NOVCA, PODLOŽNO POLITICI VRAĆANJA PROIZVODA, KOJU MOŽETE PRONAĆI NA https:// www.apple.com/legal/sales_policies/.**

**1. Općenito.**
(a) Softver (uključujući Boot ROM kôd, ugrađeni softver i softver drugih proizvođača), dokumentacija, sučelja, sadržaj, fontovi i bilo koji podaci koji dolaze uz vaš iOS uređaj ("Originalni iOS softver"), koji mogu biti nadograđeni ili zamijenjeni poboljšanim značajkama, nadogradnjom softvera ili softverom za obnavljanje sustava koje osigurava društvo Apple ("iOS nadogradnje softvera"), bilo u memoriji samo za očitavanje, na bilo kojem drugom mediju ili u bilo kojem drugom obliku (Originalni iOS softver i iOS nadogradnje softvera zajedno se nazivaju "iOS softver"), nisu vam prodani, već ih vam je društvo Apple Inc. ("Apple") ustupilo na uporabu isključivo prema odredbama ove Licence. Apple i ovlaštenici društva Apple zadržavaju pravo vlasništva nad samim iOS softverom i zadržavaju sva prava koja vam izričito nisu odobrena. Suglasni ste s tim da će se odredbe ove Licence primjenjivati na svaku aplikaciju marke Apple koja je ugrađena u vaš iOS uređaj, osim ako je toj aplikaciji dodijeljena zasebna licenca te ste suglasni da u tom slučaju odredbe te licence reguliraju uporabu te aplikacije.

(b) Apple vam po vlastitom nahođenju može omogućiti buduće iOS nadogradnje softvera. iOS nadogradnje softvera, ako postoje, ne moraju nužno uključivati sve postojeće značajke softvera ili nove značajke koje Apple izdaje za novije ili druge modele iOS uređaja.  Odredbe ove licence vrijedit će za sve iOS nadogradnje softvera koje osigurava društvo Apple, osim ako je takvom ažuriranju iOS softvera dodijeljena zasebna licenca te ste suglasni da će u tom slučaju vrijediti odredbe te licence.

(c) Ako za podešavanje novog iOS uređaja koristite značajku ekspresnog podešavanja baziranog na postojećem iOS uređaju, slažete se da se odredbe ove Licence primjenjuju na uporabu iOS softvera na vašem novom iOS uređaju, osim ako nije popraćen zasebnom licencom, u kojem slučaju ste suglasni da uporabu tog iOS softvera regulirau odredbe te licence.

**2. Dozvoljene uporabe Licence i ograničenja.**
(a) Podložno odredbama i uvjetima ove Licence, omogućena vam je ograničena, neisključiva licenca za

uporabu iOS softvera na jednom iOS uređaju marke Apple. Osim kako je dozvoljeno u Odjeljku 2(b) ispod, te ako nije određeno drukčije zasebnim ugovorom između vas i društva Apple, ova Licenca ne dopušta istovremeno postojanje iOS softvera na više od jednog iOS uređaja marke Apple i ne smijete distribuirati ili omogućavati distribuciju iOS softvera putem mreže gdje bi se mogao koristiti na više uređaja u isto vrijeme. Ova Licenca vam ne dodjeljuje nikakva prava na uporabu Apple vlasničkih sučelja i drugog intelektualnog vlasništva za potrebe dizajna, razvoja, proizvodnje, odobravanja ili distribucije uređaja i pribora drugih proizvođača, ili softverskih aplikacija drugih proizvođača, koji su namijenjeni korištenju uz iOS uređaje. Neka od tih prava dostupna su prema zasebnim licencama društva Apple. Za dodatne informacije o razvoju uređaja i pribora drugih proizvođača za uporabu uz iOS uređaje, molimo posjetite https://developer.apple.com/programs/mfi/. Za dodatne informacije o razvoju softverskih aplikacija za iOS uređaje, molimo posjetite https://developer.apple.com.

(b) Podložno odredbama i uvjetima ove Licence, omogućena vam je ograničena, neisključiva licenca za preuzimanje iOS nadogradnji softvera koje društvo Apple može ustupiti za vaš model iOS uređaja, kako biste nadogradili ili obnovili softver na svakom takvom iOS uređaji koji posjedujete ili kojim upravljate. Ova vam Licenca ne dopušta nadogradnju ili obnavljanje iOS uređaja koji ne posjedujete ili kontrolirate i ne smijete distribuirati ni omogućavati distribuciju iOS nadogradnji softvera putem mreže gdje bi se mogao koristiti na više uređaja ili računala u isto vrijeme. Preuzmete li nadogradnju iOS softvera na svoje računalo, smijete izraditi jednu kopiju iOS nadogradnje softvera te je pohraniti na računalo u strojno čitljivom obliku isključivo iz sigurnosnih razloga, a sigurnosna kopija treba sadržavati sve obavijesti o autorskim i ostalim vlasničkim pravima koje se nalaze i na originalu.

(c) U onom opsegu u kojem je Apple unaprijed instalirao aplikacije marke Apple iz trgovine App Store na vaš iOS uređaj u trenutku kupnje ("Unaprijed instalirane aplikacije"), trebat ćete se prijaviti u trgovinu App Store i povezati te unaprijed instalirane aplikacije sa svojim App Store računom kako biste ih mogli upotrebljavati na svojemu iOS uređaju. Kad povežete unaprijed instaliranu aplikaciju sa svojim App Store računom, istovremeno ćete automatski povezati sve ostale unaprijed instalirane aplikacije na svojemu iOS uređaju. Kad odaberete povezati Unaprijed povezane aplikacije sa svojim App Store računom, suglasni ste s tim da društvo Apple može odašiljati, prikupljati, čuvati, obrađivati i upotrebljavati Apple ID kojim se koristi vaš App Store račun, ali i jedinstvene identifikatore hardvera koji su prikupljeni s vašeg iOS uređaja kao jedinstvene identifikatore računa za potrebe provjere podobnosti vašeg zahtjeva i osiguranja pristupa Unaprijed instaliranim aplikacijama putem trgovine App Store. Ako ne želite upotrebljavati unaprijed instaliranu aplikaciju, možete je obrisati sa svog iOS uređaja u bilo kojem trenutku.

(d) Ne smijete i suglasni ste da nećete umnožavati (osim kako je izričito dozvoljeno ovom Licencom), rastavljati, obavljati obrnuti inženjering, rasklapati, pokušati izvlačiti izvorni kôd, dešifrirati, preinačiti ili izrađivati inačice na temelju iOS softvera ili bilo kojih usluga koje nudi iOS softver ili bilo koji njegov dio (osim i samo do opsega do kojeg je unaprijed utvrđeno ograničenje zabranjeno primjenjivim zakonskim propisima ili propisima odobrenja kojima je utvrđena uporaba open-source dijelova uključenih u iOS softver) niti omogućavati drugima da čine isto.

(e)  OS softver smije se koristiti za reprodukciju materijala sve dok je ta uporaba ograničena na reprodukciju materijala koji nisu zaštićeni autorskim pravom, materijala čija autorska prava posjedujete ili materijala za čiju reprodukciju ste ovlašteni ili vam je zakonski dopuštena. Naslov i prava na intelektualno vlasništvo u i na bilo koji sadržaj koji se prikazuje, pohranjuje ili mu se pristupa pomoću iOS uređaja pripadaju vlasnicima sadržaja. Takav sadržaj može biti zaštićen autorskim pravima ili drugim zakonima i ugovorima o intelektualnom vlasništvu te može biti podložan uvjetima upotrebe drugih osoba koje nude takav sadržaj. Osim ako nije drugačije propisano u ovom dokumentu, ova Licenca ne dodjeljuje vam pravo na uporabu tih sadržaja niti vam jamči daljnju dostupnost tih sadržaja.

(f) Slažete se da ćete koristiti iOS softver i usluge (kako je definirano u odjeljku 5 u nastavku) u skladu sa

svim primjenjivim zakonima, uključujući i lokalne zakone zemlje ili regije u kojoj prebivate ili u kojoj preuzimate ili koristite iOS softver i usluge. Značajke iOS softvera i usluga možda nisu dostupne na svim jezicima ili u svim regijama, neke značajke mogu biti različite ovisno o regiji, a neke mogu biti ograničene ili nedostupne s vašeg pružatelja usluga. Wi-Fi ili mobilna podatkovna mreža potrebni su za neke značajke iOS softvera i usluga.

(g) Uporaba trgovine App Store zahtijeva jedinstvenu kombinaciju korisničkog imena i lozinke, poznatu kao Apple ID. Apple ID također je potreban za pristup ažuriranjima aplikacija i određenim značajkama iOS softvera i usluga.

(h) Prihvaćate da mnoge značajke, ugrađene aplikacije i Usluge iOS softvera odašilju podatke te mogu utjecati na troškove vašeg podatkovnog prometa i da ste vi odgovorni za sve takve troškove. Možete pregledavati i kontrolirati koje aplikacije mogu koristiti mobilne podatke te u postavkama mobilnih podataka pregledati i procijeniti koliko su podataka takve aplikacije upotrijebile. Za više informacija pogledajte upute za uporabu svog iOS uređaja.

(i) Ako odaberete omogućiti automatsku nadogradnju aplikacija, vaš će iOS uređaj periodično putem društva Apple tražiti ažuriranje za aplikacije na vašem uređaju, a u slučaju da je dostupno, automatski će biti preuzeto i instalirano na vaš uređaj. Možete u potpunosti isključiti automatsko ažuriranje aplikacija u bilo kojem trenutku tako što ćete otvoriti Postavke, dodirnuti iTunes & App Store, te pod opcijom Automatska preuzimanja isključiti Ažuriranja.

(j) Uporaba vašeg iOS uređaja može vas ometati u nekim okolnostima i može uzrokovati opasne situacije (primjerice, izbjegavajte tipkanje poruka kad vozite automobil ili korištenje slušalica kad vozite bicikl). Uporabom vašeg iOS uređaja, slažete se da ste odgovorni za poštivanje pravila koja zabranjuju ili ograničavaju uporabu mobilnih telefona ili slušalica (primjerice, preporuka za uporabu hands-free opcija za uspostavljanje poziva prilikom vožnje).

**3. Prijenos.** Ne smijete unajmljivati, iznajmljivati, posuđivati, prodavati, distribuirati ili licencirati uporabu iOS softvera. Međutim, možete provesti jednokratni trajni prijenos svih svojih prava na iOS softver na drugu osobu povezanu s prijenosom vlasništva vašeg iOS uređaja, pod uvjetima: (a) prijenos treba uključivati vaš iOS uređaj i sav iOS softver, uključujući sve dijelove i ovu Licencu; (b) ne smijete zadržati nikakve kopije iOS softvera, cjelovite ili u dijelovima, uključujući kopije pohranjene na računalu ili drugom uređaju za pohranu; i (c) osoba koja prima iOS softver treba pročitati i složiti se oko prihvaćanja odredbi i uvjeta navedenih u ovoj Licenci.

**4. Pristanak na korištenje podataka.** Kad koristite vaš uređaj, vaš telefonski broj i određeni jedinstveni identifikatori vašeg iOS uređaja šalju se Appleu kako bi vas drugi korisnici mogli kontaktirati pomoću vašeg telefonskog broja prilikom uporabe raznih komunikacijskih značajki iOS softvera, kao što su iMessage i FaceTime. Kad koristite iMessage, Apple može zadržati vaše poruke u kriptiranom obliku na ograničeni vremenski period kako bi osigurao njihovu isporuku. Možete isključiti FaceTime ili iMessage u postavkama FaceTimea ili Poruka na vašem iOS uređaju.  Određene značajke poput Analize, Lokacijskih usluga, Siri i Diktata mogu zahtijevati informacije s vašeg iOS uređaja kako bi pružale svoje odgovarajuće funkcije. Kad uključiteili koristite neku od tih značajki, bit će pruženi detalji o tome koje se informacije šalju Appleu i kako se informacije mogu koristiti. Možete saznati više tako da posjetite https://www.apple.com/privacy/. Vašim informacijama će se u svakom trenutku baratati u skladu s Appleovim pravilima privatnosti, koja možete pročitati na https://www.apple.com/legal/privacy/.

**5. Usluge i materijali drugih tvrtki.**
(a) iOS softver može omogućiti pristup Appleovim aplikacijama iTunes Store, App Store, iBooks Store, Game Center, iCloud, Karte i ostalim uslugama i internetskim stranicama društva Apple i drugih društava (zajednički i pojedinačno "Usluge"). Takve Usluge možda neće biti dostupne na svim jezicima ili u svim

zemljama. Uporaba tih Usluga zahtijeva pristup internetu, a uporaba određenih Usluga može zahtijevati Apple ID, može zahtijevati od vas prihvaćanje dodatnih odredbi i može se dodatno naplaćivati. Upotrebom ovog softvera zajedno s Apple ID računom ili drugom uslugom društva Apple, pristajete na primjenjive uvjete korištenja te Usluge, poput npr. najnovijih odredbi i uvjeta za Appleove medijske usluge za zemlju u kojoj pristupate tim uslugama, koji su dostupni za pregled na https://www.apple.com/legal/internet-services/itunes/ww/.

(b) Prijavite li se za iCloud, nekim iCloud značajkama kao što su "iCloud medijateka fotografija", "Moj niz fotografija", "iCloud dijeljenje fotografija", "Sigurnosna kopija" i "Pronađi moj iPhone" možete pristupati izravno iz iOS softvera. Primate na znanje i slažete se s tim da je vaše korištenje iClouda i tih značajki podložno najnovijim odredbama i uvjetima usluge iCloud koji su dostupni za pregled na: https://www.apple.com/legal/internet-services/icloud/ww/.

(c) Sadržaj aplikacije News. Vaša uporaba sadržaja kojima pristupate putem aplikacije News ograničena je isključivo na osobnu, nekomercijalnu uporabu, ne prenosi vam nikakvi vlasnički udio nad sadržajem i izričito isključuje, bez ograničenja, pravo na bilo kakvu komercijalnu ili promotivnu uporabu takvog sadržaja. Osim toga, zabranjeno vam je ponovno objavljivanje, ponovno odašiljanje i reproduciranje bilo koje slike kojoj ste pristupili putem aplikacije News kao samostalne datoteke.

(d) Karte. Usluge i značajka karata iOS softvera ("Karte"), uključujući pokrivenost podataka o karti, može se razlikovati ovisno o regiji. Pri korištenju bilo kojih značajki koje se temelje na lokaciji unutar usluge Karte, npr. navigacija skretanje po skretanje, praćenje prometa ili pretraživanje lokacija, društvu Apple mogu se slati različite informacije, uključujući geografsku lokaciju vašeg iOS uređaja u stvarnom vremenu, kako bi se obradio vaš zahtjev i poboljšala usluga Karte. Apple prikuplja takve podatke o lokaciji i uporabi u obliku koji vas osobno ne identificira. **Korištenjem usluge Karte slažete se i pristajete na to da društvo Apple, njegove podružnice i agenti odašilju, prikupljaju, održavaju, obrađuju i upotrebljavaju ove informacije, kako bi omogućili i poboljšali značajke i usluge za Karte te druge proizvode i usluge društva Apple.** Apple također može takve informacije pružati ili u skupnom obliku ili obliku u kojem nije moguća osobna identifikacija svojim partnerima i korisnicima licence da bi se pomoglo poboljšati njihove proizvode i usluge koji se temelje na lokaciji. Možete isključiti funkcije usluge Karte koje se zasnivaju na lokaciji tako da otvorite postavku Lokacijske usluge na svojem iOS uređaju i isključite pojedinačne lokacijske postavke za Karte. Međutim, određene značajke usluge Karte bit će nedostupne ako isključite postavku Lokacijske usluge, primjerice navigaciju skretanje po skretanje.

(e) iBooks; Podcasts. Ako odaberete uporabu značajke sinkronizacije aplikacija iBooks i Podcasts za sinkronizaciju svojih knjižnih oznaka, bilješki, kolekcija i podataka o pretplati na podcast putem svojih iOS uređaja i računala, suglasni ste s tim da se ti podaci šalju Appleu i pohranjuju u kombinaciji s Apple ID računom koji upotrebljavate za trgovinu iBooks Store ili iTunes Store, radi sinkronizacije tih podataka na ostale uređaje i računala koji su ovlašteni za pristup sadržaju putem tog Apple ID računa. Možete isključiti sinkronizaciju u bilo kojem trenutku tako što ćete otvoriti Postavke i izmijeniti opcije sinkronizacije za aplikacije iBooks i Podcasts.

(f) Shvaćate da upotrebom bilo kojih Usluga možete naići na sadržaj koji je uvredljiv, nepristojan ili nepoželjan, čiji sadržaj može i ne mora uključivati eksplicitan jezik i da rezultati bilo koje pretrage ili unos određene URL adrese mogu automatski i nenamjerno učitati linkove ili reference na neprihvatljiv materijal. Usprkos navedenom, suglasni ste s tim da Usluge upotrebljavate na vlastiti rizik i da Apple, njegove podružnice, agenti, opunomoćitelji ili ovlaštenici ne snose odgovornost pred vama za sadržaj koji je možda uvredljiv, nepristojan ili neprihvatljiv.

(g) Određene Usluge mogu prikazivati, uključivati ili učiniti dostupnim sadržaje, podatke, informacije, aplikacije ili materijale drugih tvrtki ("Materijali drugih tvrtki") ili nuditi linkove na određene internetske stranice drugih tvrtki. Upotrebom tih usluga potvrđujete i slažete se da Apple nije odgovoran za pregled i

evaluaciju sadržaja, kao ni za točnost, potpunost, pravovremenost, valjanost, usklađenost s autorskim pravima, zakonitost, pristojnost, kvalitetu ili bilo koji drugi aspekt takvih materijala drugih tvrtki ili internetskih stranica. Društvo Apple, njegovi djelatnici, udruženja i podružnice ne jamče niti potvrđuju i ne prihvaćaju i neće snositi nikakve obveze ni odgovornosti prema vama ili bilo kojoj drugoj osobi za bilo kakve usluge, materijale ili internetske stranice trećih strana ili bilo koje druge materijale, proizvode ili usluge drugih tvrtki. Materijali drugih tvrtki i linkovi na druge internetske stranice pruženi su vam isključivo iz usluge.

(h) Ni društvo Apple ni bilo koji od njegovih pružatelja sadržaja ne jamče dostupnost, točnost, potpunost, čitljivost ili pravovremenost informacija o dionicama, lokacijskih podataka i bilo kojih drugih podataka koje prikazuje bilo koja Usluga. Financijske informacije pružaju bilo koja usluga služe samo za općenitu informiranost i na njih se ne treba oslanjati kao na savjet za ulaganje. Prije provođenja bilo kakvih sigurnosnih transakcija koje se temelje na informacijama pruženim putem usluga, trebali biste se konzultirati sa stručnjakom za financije ili sigurnost koji je kvalificiran za pružanje financijskih ili sigurnosnih savjeta u vašoj zemlji ili regiji. Podaci o lokaciji koje su pružile bilo koje usluge, uključujući uslugu Apple Karte, služe samo za osnovne svrhe navigacije i planiranja te se na njih ne treba oslanjati u situacijama u kojima su potrebne precizne informacije o lokaciji ili u kojima pogrešni, netočni, nepravovremeni ili nepotpuni podaci o lokaciji mogu dovesti do smrti, ozljeđivanja ljudi, materijalne štete ili zagađenja okoliša. Suglasni ste da se rezultati koje primite od usluge Karte mogu razlikovati od stvarnih uvjeta na cesti ili terenu zbog čimbenika koji mogu utjecati na točnost podataka usluge Karte, primjerice vremena, uvjeta na cesti i prometu, geopolitičkih događaja itd. Radi vlastite sigurnosti, pri korištenju navigacije uvijek pratite postavljene znakove na cesti i tekuće stanje u prometu. Pridržavajte se pravila sigurne vožnje i prometnih propisa te obratite pozornost da pješački pravci ne moraju uključivati pločnike ili pješačke prijelaze.

(i) U mjeri u kojoj šaljete sadržaje upotrebom Usluga, dajete do znanja da imate sva prava ili da imate odobrenje ili kakvo dugo zakonsko dopuštenje za postavljanje takvog sadržaja te da takav sadržaj ne krši uvjete pružanja usluge koji se primjenjuju na Usluge. Suglasni ste s tim da Usluge sadrže vlasnički sadržaj, informacije i materijale koji su u vlasništvu društva Apple, vlasnika stranice ili njihovih ovlaštenika, te da su zaštićeni primjenjivim zakonskim propisima o intelektualnom vlasništvu i ostalim zakonima, uključujući između ostalog autorsko pravo. Suglasni ste s tim da ne smijete koristiti takav vlasnički sadržaj, informacije ili materijale na bilo koji drugi način osim dozvoljene uporabe usluga ili na bilo koji način koji nije dosljedan s uvjetima ove Licence ili koji povređuje bilo koja prava na intelektualno vlasništvo treće strane ili društva Apple. Niti jedan dio Usluga ne smije se reproducirati u bilo kojem obliku i ni na koji način. Suglasni ste da nećete preinačiti, iznajmljivati, unajmljivati, posuđivati, prodavati, distribuirati ili izrađivati prerađevine bazirane na uslugama na bilo koji način i da nećete ni na koji neovlašteni način iskorištavati usluge, uključujući između ostalog uporabu usluga za prijenos bilo kakvih računalnih virusa, crva, trojanskih konja ili drugog zloćudnog softvera ili za prijestupe ili opterećenje kapaciteta mreže. Suglasni ste i da nećete upotrebljavati usluge na bilo koji način za uznemiravanje, zlostavljanje, uhođenje, prijetnju, klevetanje ili drugu povredu ili kršenje prava bilo koje osobe te da Apple nije ni na koji način odgovoran za bilo koju vašu takvu uporabu, ni za bilo kakve uznemiravajuće, prijeteće, klevetničke, uvredljive ili ilegalne poruke ili prijenose koje možete primiti uslijed upotrebe bilo koje usluge.

(j) Nadalje, usluge i materijali drugih tvrtki kojima se može pristupiti, te koji mogu biti prikazani ili povezani putem iOS uređaja nisu dostupni na svim jezicima ni u svim državama ili regijama. Apple ne tvrdi da su te usluge i materijali drugih tvrtki prikladni ili dostupni za upotrebu na bilo kojoj lokaciji. Do mjere do koje odaberete koristiti ili pristupati takvim uslugama i materijalima drugih tvrtki, to činite na vlastitu inicijativu i odgovorni ste za poštovanje svih primjenjivih zakona, uključujući između ostalog lokalne zakone te zakone o privatnosti i prikupljanju podataka. Dijeljenje ili sinkronizacija fotografija putem iOS uređaja može uzrokovati odašiljanje metapodataka, uključujući mjesto i vrijeme snimanja fotografije i informacije o dubini. Uporabom Appleovih usluga (kao što je iCloud fotoalbum) za dijeljenje ili

sinkroniziranje takvih fotografija Appleu se omogućava primanja i pohrana takvih metapodataka. Apple i njegovi ovlaštenici zadržavaju pravo na izmjenu, prekid, uklanjanje ili onemogućavanje pristupa bilo kojim uslugama u bilo koje vrijeme bez prethodne najave. Društvo Apple ni u kakvom slučaju neće biti odgovorno za uklanjanje ili onemogućavanje pristupa bilo kojim takvim uslugama. Apple također može nametnuti ograničenja na upotrebu ili pristup određenim uslugama, u bilo kojem slučaju i bez najave ili odgovornosti.

**6. Poništenje.** Ova Licenca je na snazi do poništenja. Vaša prava prema ovoj Licenci automatski će biti poništena bez najave društva Apple ako se ne pridržavate bilo koje/kojih odredbi ove Licence. Uslijed poništenja ove Licence prestajete s uporabom iOS softvera. Odjeljci 4, 5, 6, 7, 8, 9, 12 i 13 ove Licence ostaju na snazi i nakon takvog poništenja.

**7. Odricanje od jamstava.**
7.1    Ako ste korisnik koji je potrošač (netko tko koristi iOS softver izvan područja trgovine, poslovanja ili profesije), možda posjedujete zakonska prava u vašoj zemlji prebivališta koja sprječavaju da se sljedeća ograničenja primijene na vas i ondje gdje su zabranjena, ona se ne primjenjuju na vas. Za dodatne informacije o vašim pravima obratite se lokalnoj organizaciji za prava potrošača.

7.2    IZRIČITO POTVRĐUJETE I SUGLASNI STE DA, DO OPSEGA DOZVOLJENOG VAŽEĆIM ZAKONOM, UPOTREBLJAVATE NA VLASTITI RIZIK iOS SOFTVER I BILO KOJE USLUGE KOJE SE IZVODE ILI IM SE PRISTUPA PUTEM iOS SOFTVERA TE DA SNOSITE CJELOKUPNI RIZIK GLEDE ZADOVOLJAVAJUĆE KVALITETE, UČINKOVITOSTI, TOČNOSTI I NASTOJANJA.

7.3    DO NAJVEĆE MJERE KOJA JE DOPUŠTENA PRIMJENJIVIM ZAKONOM, iOS SOFTVER I USLUGE OMOGUĆENE SU "KAKVE JESU" I "KAO DOSTUPNE", SA SVIM NEDOSTACIMA I BEZ JAMSTAVA IKAKVE VRSTE TE SE APPLE I APPLEOVI OVLAŠTENICI (ZAJEDNIČKOG NAZIVA "APPLE" ZA POTREBE ODJELJAKA 7 I 8) OVIME ODRIČU SVIH JAMSTAVA I UVJETA U ODNOSU NA iOS SOFTVER I USLUGE, BILO IZRAŽENIH, IMPLICIRANIH ILI ZAKONSKIH, UKLJUČUJUĆI IZMEĐU OSTALOG IMPLICIRANA JAMSTVA I/ILI UVJETE PRODAJE, ZADOVOLJAVAJUĆU KVALITETU, PRIKLADNOST ZA ODREĐENU SVRHU, TOČNOST, TIHO UŽIVANJE I NEPOVREDIVOST PRAVA DRUGIH STRANA.

7.4    APPLE NE JAMČI ZA NEPOSTOJANJE OMETANJA VAŠEG UŽIVANJA U iOS SOFTVERU I USLUGAMA, NITI JAMČI DA ĆE SADRŽANE FUNKCIJE ILI USLUGE KOJE IZVODI ILI PRUŽA iOS SOFTVER BITI U SKLADU S VAŠIM ZAHTJEVIMA, DA ĆE RAD iOS SOFTVERA I USLUGA BITI NEOMETAN ILI BEZ POGREŠAKA, DA ĆE BILO KOJA USLUGA I DALJE BITI DOSTUPNA, DA ĆE GREŠKE U iOS SOFTVERU ILI USLUGAMA BITI ISPRAVLJENE, NITI DA ĆE iOS SOFTVER BITI KOMPATIBILAN ILI DA ĆE RADITI S BILO KOJIM SOFTVEROM, APLIKACIJAMA ILI USLUGAMA DRUGIH PROIZVOĐAČA. INSTALACIJA OVOG iOS SOFTVERA MOŽE UTJECATI NA DOSTUPNOST I UPOTREBLJIVOST SOFTVERA, APLIKACIJA ILI USLUGA DRUGIH PROIZVOĐAČA, KAO I APPLE PROIZVODA I USLUGA.

7.5    NADALJE, POTVRĐUJETE DA iOS SOFTVER I USLUGE NISU NAMIJENJENI ILI PRIKLADNI ZA UPORABU U SITUACIJAMA ILI OKRUŽENJIMA GDJE KVAR ILI NEPRAVOVREMENOST, POGREŠKE ILI NETOČNOSTI U SADRŽAJU, PODACIMA ILI INFORMACIJAMA KOJE OMOGUĆUJE iOS SOFTVER ILI USLUGE MOGU DOVESTI DO SMRTI, OZLJEĐIVANJA LJUDI, VELIKE MATERIJALNE ŠTETE ILI ONEČIŠĆENJA OKOLIŠA, UKLJUČUJUĆI IZMEĐU OSTALOG RAD NUKLEARNIH POSTROJENJA, NAVIGACIJU ZRAKOPLOVA ILI KOMUNIKACIJSKE SUSTAVE, KONTROLU ZRAČNOG PROMETA, ODRŽAVANJE ŽIVOTA ILI SUSTAVA NAORUŽANJA.

7.6    NIKAKVA USMENA ILI PISANA INFORMACIJA ILI SAVJET KOJI PRUŽI APPLE ILI APPLEOV OVLAŠTENI PREDSTAVNIK NE PREDSTAVLJA JAMSTVO. AKO SE POKAŽE DA SU iOS SOFTVER ILI

USLUGE NEISPRAVNE, PREUZIMATE CIJELI IZNOS CIJENE SVIH POTREBNIH SERVISIRANJA, POPRAVAKA ILI KOREKCIJA. ODREĐENI PRAVNI SUSTAVI NE DOPUŠTAJU IZUZIMANJE IMPLICIRANIH JAMSTAVA ILI OGRANIČENJE VAŽEĆIH USTAVNIH PRAVA POTROŠAČA, STOGA SE GORE NAVEDENA IZUZIMANJA I OGRANIČENJA MOŽDA NE ODNOSE NA VAS.

**8. Ograničenje odgovornosti.** DO MJERE DO KOJE NIJE ZABRANJENO ZAKONOM, DRUŠTVO APPLE, NJEGOVE PODRUŽNICE, AGENTI ILI OPUNOMOĆITELJI NI U KOJEM SLUČAJU NISU ODGOVORNI ZA OZLJEĐIVANJE LJUDI ILI ZA BILO KOJU NENAMJERNU, POSEBNU, NEIZRAVNU ILI POSLJEDIČNU ŠTETU, UKLJUČUJUĆI IZMEĐU OSTALOG ŠTETU USLIJED GUBITKA PROFITA, OŠTEĆIVANJA ILI GUBITKA PODATAKA, NEMOGUĆNOSTI PRENOŠENJA ILI PRIMANJA BILO KAKVIH PODATAKA (UKLJUČUJUĆI IZMEĐU OSTALOG UPUTE, ZADATKE I MATERIJALE ZA OBUKU) USLIJED PREKIDA U POSLOVANJU ILI ZA BILO KOJU DRUGU KOMERCIJALNU ŠTETU ILI GUBITKE, KOJI MOGU NASTATI USLIJED ILI BITI U VEZI S VAŠOM UPORABOM ILI NEMOGUĆNOŠĆU UPORABE iOS SOFTVERA I USLUGA ILI BILO KOJIH SOFTVERA ILI APLIKACIJA DRUGIH PROIZVOĐAČA U KOMBINACIJI S iOS SOFTVEROM ILI USLUGAMA, BEZ OBZIRA NA UZROK I BEZ OBZIRA NA OSNOVU ODGOVORNOSTI (UGOVOR, DELIKT ILI NEŠTO DRUGO), ČAK I AKO JE APPLE OBAVIJEŠTEN O MOGUĆNOSTI NASTANKA TAKVE ŠTETE. ODREĐENI PRAVNI SUSTAVI NE DOPUŠTAJU ISKLJUČENJE ILI OGRANIČENJE ODGOVORNOSTI ZA OZLJEĐIVANJE LJUDI ILI ZA NENAMJERNE ILI POSLJEDIČNE ŠTETE, STOGA SE OVO OGRANIČENJE MOŽDA NE ODNOSI NA VAS. Ukupna obveza društva Apple prema vama, za sve nastale štete (osim onih koje može zahtijevati primjenjiv zakon u slučajevima koji se tiču ozljeđivanja ljudi) ni u kojem slučaju nije veća od dvjesto i pedeset dolara ($250.00). Prethodno spomenuta ograničenja bit će primjenjiva čak i ako gore navedena pravna sredstva ne ispune svoju osnovnu svrhu.

**9. Digitalni certifikati.** iOS softver sadrži funkcionalnost koja mu omogućuje prihvaćanje digitalnih certifikata koje je izdalo društvo Apple ili druga društva. ISKLJUČIVO STE SAMI ODGOVORNI ZA ODLUKU O OSLANJANJU NA CERTIFIKATE KOJE SU IZDALE BILO DRUŠTVO APPLE, BILO NEKO DRUGO DRUŠTVO. DIGITALNE CERTIFIKATE UPOTREBLJAVATE NA VLASTITI RIZIK. DO MAKSIMALNE RAZINE KOJU DOZVOLJAVA PRIMJENJENI ZAKON, APPLE NE JAMČI NITI NE PREDSTAVLJA, IZRIČITO ILI IMPLICITNO, PRODAJU ILI PRIKLADNOST ZA BILO KOJU ODREĐENU SVRHU, TOČNOST, SIGURNOST ILI IZOSTANAK KRŠENJA PRAVA DRUGE STRANE U POGLEDU DIGITALNIH CERTIFIKATA.

**10. Kontrola izvoza.** Ne smijete koristiti ili na bilo koji drugi način izvoziti ili ponovno izvoziti iOS softver osim kako je određeno zakonom SAD-a i zakonima pravnih sustava u kojima je iOS softver nabavljen. Posebno, ali bez ograničenja, iOS softver se ne smije izvoziti ili ponovno izvoziti u (a) zemlje koje su pod embargom SAD-a ili (b) bilo kome tko je na popisu Posebno određenih državljana Ministarstva financija SAD-a ili na popisu Zabranjenih osoba ili entiteta Ministarstva trgovine SAD-a ili bilo kojem drugom popisu zabranjenih strana. Upotrebom iOS softvera pokazujete i jamčite da se ne nalazite ni u jednoj takvoj zemlji ili ni na kojem takvom popisu. Također se slažete da nećete koristiti iOS softver ni u koje svrhe koje su zabranjene zakonom SAD-a, uključujući između ostalog razvoj, dizajn, izradu ili proizvodnju projektila, nuklearnog, kemijskog ili biološkog oružja.

**11. Vladini krajnji korisnici.** iOS softver i povezana dokumentacija su "komercijalne stavke", prema definiciji tog pojma u 48 C.F.R. §2.101, koji se sastoje od "Komercijalnog računalnog softvera" i "Komercijalne računalne softverske dokumentacije", kako se ti nazivi koriste u 48 C.F.R. §12.212 ili 48 C.F.R. §227.7202, kako je primjenjivo. U skladu s 48 C.F.R. §12.212 ili 48 C.F.R. §227.7202-1 do 227.7202-4, kako je primjenjivo, Komercijalni računalni softver i Komercijalna računalna softverska dokumentacija odobrene su američkim Vladinim krajnjim korisnicima (a) samo kao Komercijalni predmeti i (b) sa samo onim pravima koja su omogućena svim ostalim krajnjim korisnicima prema ovdje navedenim propisima i uvjetima. Neobjavljena prava pridržana su u skladu sa zakonima o autorskom pravu SAD-a.

**12. Nadležnost i djelomična ništavost.** Na ovu Licencu će se primjenjivati zakoni države Kalifornije, isključujući konflikte zakonskih principa. Na ovu Licencu ne primjenjuje se Konvencija Ujedinjenih Naroda o sporazumima za međunarodnu prodaju dobara, čija je primjena izričito isključena. Ako ste potrošač iz Ujedinjenog Kraljevstva, na ovu Licencu će se primjenjivati zakoni jurisdikcije u kojoj boravite. Ako iz bilo kojeg razloga sud ili mjerodavno zakonodavstvo zaključi da je bilo koja odredba ili dio sadržaja ništavan, preostali dio ove Licence nastavlja djelovati u punoj snazi.

**13. Cjelokupni sporazum; mjerodavni jezik.** Ova Licenca predstavlja cjelokupni sporazum između vas i društva Apple u pogledu uporabe iOS softvera i zamjenjuje sve prijašnje ili sadašnje sporazume u vezi s predmetom ovog sporazuma. Nikakve izmjene i preinake ove Licence neće biti obvezujuće osim ako ih je napisalo i potpisalo društvo Apple. Svaki prijevod ove Licence izrađen je za lokalne potrebe te u slučaju neslaganja između inačice na engleskom i inačice na nekom drugom jeziku, inačica ove Licence na engleskom jeziku smatra se mjerodavnom, do mjere koja je dozvoljena lokalnim zakonima u vašem pravnom sustavu.

**14. Priznanje neovisnim proizvođačima.** Dijelovi iOS softvera mogu koristiti ili sadržavati softver neovisnih proizvođača i ostale materijale zaštićene autorskim pravom. Priznanja, uvjeti licence i odricanja od odgovornosti za takve materijale sadržani su u elektroničkoj dokumentaciji za iOS softver i vaša uporaba tog materijala podložna je njihovim propisima. Uporaba usluge Google Safe Browsing podložna je uvjetima društva Google (https://www.google.com/intl/hr/policies/terms/) i pravilima o privatnosti društva Google (https://www.google.com/intl/hr/policies/privacy/).

**15. Uporaba MPEG-4 standarda; H.264/AVC obavijest.**
(a) iOS softver licenciran je prema licenci MPEG-Systems Patent Portfolio License za kodiranje u skladu s normom MPEG-4 Systems, osim što je potrebna dodatna licenca i plaćanje tantijema za kodiranje povezana s (i) podacima pohranjenim ili repliciranim na fizičkim medijima, što se plaća na temelju svakog naslova i/ili (ii) podacima, što se plaća na temelju svakog naslova te se prenosi krajnjem korisniku na trajno pohranjivanje i/ili upotrebu. Takva dodatna licenca može se dobiti od društva MPEG LA, LLC. Dodatne pojedinosti potražite na http://www.mpegla.com.

(b) iOS softver sadržava MPEG-4 funkciju kodiranja i/ili dekodiranja videosadržaja. iOS softver licenciran je prema MPEG-4 Visual Patent Portfolio licenci za osobnu i nekomercijalnu uporabu korisnika za (i) kodiranje videosadržaja u skladu s normom MPEG-4 Visual ("MPEG-4 Video") i/ili (ii) dekodiranje MPEG-4 videosadržaja koje je kodirao korisnik tijekom osobne i nekomercijalne aktivnosti i/ili je nabavio od dobavljača videosadržaja koji je licencirao MPEG LA za pružanje MPEG-4 videosadržaja. Nikakva licenca nije dodijeljena niti se podrazumijeva za bilo koju drugu uporabu. Dodatne informacije, uključujući informacije o promotivnim, unutarnjim i komercijalnim uporabama i licenciranju mogu se nabaviti od društva MPEG LA, LLC. Pogledajte http://www.mpegla.com.

(b) iOS softver sadržava značajku za AVC kodiranje i/ili dekodiranje, komercijalna uporaba H.264/AVC zahtijeva dodatne licence i primjenjuje se sljedeći propis: AVC ZNAČAJKA U iOS SOFTVERU JE OVDJE LICENCIRANA SAMO ZA OSOBNU I NEKOMERCIJALNU UPORABU POTROŠAČA ZA (i) KODIRANJE VIDEOSADRŽAJA U SKLADU S AVC NORMOM ("AVC VIDEO") I/ILI (ii) DEKODIRANJE AVC VIDEOSADRŽAJA KOJI JE KODIRAO KORISNIK TIJEKOM OSOBNE I NEKOMERCIJALNE AKTIVNOSTI I/ILI AVC VIDEO KOJI JE NABAVLJEN OD DOBAVLJAČA VIDEO SADRŽAJA KOJI POSJEDUJE LICENCU ZA PRUŽANJE AVC VIDEOSADRŽAJA. INFORMACIJE VEZANE UZ OSTALE UPORABE I LICENCE MOGU SE DOBITI OD DRUŠTVA MPEG LA L.L.C. POGLEDAJTE http://www.mpegla.com.

**16. Ograničenja Yahoo usluge pretraživanja.** Yahoo usluga pretraživanja koja je dostupna kroz aplikaciju Safari licencirana je samo za uporabu u sljedećim zemljama i regijama: Argentina, Aruba, Australija, Austrija, Barbados, Belgija, Bermuda, Brazil, Bugarska, Kanada, Kajmanski otoci, Čile, Kina,

Kolumbija, Cipar, Češka, Danska, Dominikanska Republika, Ekvador, El Salvador, Finska, Francuska, Njemačka, Grčka, Grenada, Gvatemala, Hong Kong, Mađarska, Island, Indija, Indonezija, Irska, Italija, Jamajka, Japan, Latvija, Litva, Luksemburg, Malezija, Malta, Meksiko, Nizozemska, Novi Zeland, Nikaragva, Norveška, Panama, Peru, Filipini, Poljska, Portugal, Portoriko, Rumunjska, Singapur, Slovačka, Slovenija, Južna Koreja, Španjolska, Sv. Lucija, Sv. Vincent, Švedska, Švicarska, Tajvan, Tajland, Bahami, Trinidad i Tobago, Turska, UK, Urugvaj, SAD i Venezuela.

**17. Obavijest o Microsoft Exchange računu.** Postavke Microsoft Exchange računa unutar iOS softvera licencirane su samo za bežičnu sinkronizaciju informacija, primjerice e-mail poruka, kontakata, kalendara i zadataka, između vašeg iOS uređaja i Microsoft Exchange poslužitelja ili drugog softvera poslužitelja za implementiranje Microsoft Exchange ActiveSync protokola, koji je licenciralo društvo Microsoft.

EA1520
22.09.2017.


— — — — — — — — — — —
**Dodatne odredbe i uvjeti za ApplePay**

Ove Apple Pay dodatne odredbe i uvjeti (ove "Dodatne odredbe") predstavljaju dodatak Sporazumu o licenciranju Apple iOS softvera ("Licenci"); i odredbe Licence i ove dodatne odredbe mjerodavne su za vašu uporabu značajke Apple Pay, koja se prema Licenci smatra „Uslugom". Pojmovi napisani s velikim početnim slovom spomenuti u ovim Dodatnim odredbama imaju značenja definirana u Licenci.

**1.    Pregled i ograničenja uporabe**

Apple Pay vam omogućuje:

- pohranu virtualnih prikaza kreditnih, debitnih i unaprijed plaćenih kartica, uključujući kreditne, debitne, unaprijed plaćene kartice trgovina i Apple Pay Cash karticu koje podržava značajka Apple Pay ("Podržane kartice za plaćanje") i upotrebu iOS uređaja podržanih za beskontaktno plaćanje na odabranim lokacijama ili unutar aplikacija ili web stranica;
- uporabu nagradnih i darovnih kartica koje su spremljene u Walletu ("Kartice koje podržavaju Apple Pay", zajedno s podržanim karticama za plaćanje, "Podržane kartice") za beskontaktne transakcije pomoću nagradnih i darovnih kartica u odabranim trgovinama kao dio beskontaktnog plaćanja putem Apple Paya i
- slanje plaćanja "osoba osobi" drugim korisnicima Apple Paya.

Značajke Apple Pay iOS softvera možda su dostupne samo u određenim regijama, s odabranim izdavateljima kartica, financijskim institucijama i trgovcima. Značajke se mogu razlikovati ovisno o regiji, izdavatelju i trgovcu.

Kako biste upotrebljavali Apple Pay morate posjedovati Podržanu karticu, a popis Podržanih kartica može se povremeno mijenjati. Uz to, za slanje ili primanje plaćanja "osoba osobi" morate imati Apple Pay Cash karticu.

Podržane kartice za plaćanje i plaćanja "osoba osobi" povezane su s Apple ID računom s kojim ste se prijavili u iCloud za potrebe uporabe ovih značajki. Podržane kartice dostupne su samo osobama u dobi od 13 ili više godina i mogu biti podložne dodatnim ograničenjima temeljenima na dobi koja određuje iCloud ili Podržana kartica koju želite upotrijebiti. Apple Pay Cash kartica i mogućnost slanja i primanja plaćanja "osoba osobi" dostupni su samo osobama u dobi od 18 godina ili starijima.

Apple Pay je namijenjena osobnoj upotrebi i smijete upotrebljavati samo svoje Podržane kartice. Ako upotrebljavate podržanu korporativnu karticu, smatra se da to činite uz odobrenje poslodavca i ovlašteni

ste za to da obvezujete svog poslodavca na ove uvjete upotrebe i sve transakcije na koje utječe uporaba ove značajke. Ako šaljete ili primate plaćanje "osoba osobi", izjavljujete da to činite za svoju osobnu, nekomercijalnu uporabu.

Suglasni ste s tim da ne upotrebljavate Apple Pay za potrebe nezakonitih aktivnosti ili prijevare koje Licenca i ove Dodatne odredbe zabranjuju. Nadalje, suglasni ste s upotrebom Apple Paya u skladu s primjenjivim zakonima i propisima. Suglasni ste s tim da nećete ometati ili prekidati Apple Pay uslugu (uključujući pristupanje usluzi putem bilo kojeg automatiziranog sredstva), ili bilo koji poslužitelj ili mrežu povezanu s uslugom, ili bilo koja pravila, uvjete ili propise mreža povezanih s uslugom (uključujući bilo kakav neovlašteni pristup, upotrebu ili nadzor podataka ili prometa).

## 2.    Appleov odnos s vama

Apple Pay vam omogućuje izradu virtualnog prikaza svojih Podržanih kartica na podržanom iOS uređaju. Međutim, Apple ne obrađuje uplate ili transakcije ostalih neplatnih kartica (kao što je prikupljanje ili trošenje bodova), prima, zadržava ili prenosi vaša sredstva, niti ima ikakvu kontrolu nad uplatama, prihodima, povratima, nagradama, vrijednostima, popustima i ostalim komercijalnim aktivnostima koje možda proizlaze iz vaše uporabe ove značajke.

Odredbe ugovora o korištenju kartice koji ste sklopili s izdavateljem kartice i dalje reguliraju vašu uporabu Podržanih kartica i njihovu uporabu u vezi s uslugom Apple Pay. Slično tome, vaše sudjelovanje u bilo kojem programu nagrada ili darovnih kartica trgovca i vaša uporaba kartica koje podržavaju Apple Pay zajedno sa značajkom Apple Pay bit će podložna odredbama i uvjetima tog trgovca.

Apple Pay Cash kartica i mogućnost slanja i primanja plaćanja "osoba osobi" značajke su dostupne samo u Sjedinjenim Državama, a pruža ih Green Dot Bank, član Američke agencije za osiguranje depozita (FDIC). Kad omogućite ove značajke u usluzi Apple Pay, otvarate račun u banci Green Dot Bank, a kad šaljete ili primate plaćanje "osoba osobi" ili uplaćujete ili povlačite sredstva sa svoje Apple Pay Cash kartice, banka Green Dot Bank odgovorna je za primanje i slanje vašeg novca namijenjenom primatelju. Financijska institucija odgovorna za nuđenje usluge Apple Pay Cash i plaćanja "osoba osobi" unutar usluge Apple Pay podliježe promjeni, a vaša uporaba tih značajki podliježe njihovim odredbama i uvjetima.

Ništa navedeno u Odredbama i uvjetima licence ili ovim Dodatnim odredbama i uvjetima ne izmjenjuje uvjete bilo kojeg ugovora o korištenju kartice, ugovora o korištenju ili trgovini, a takvi uvjeti reguliraju vašu uporabu važećih Podržanih kartica ili značajke plaćanja "osoba osobi" usluge Apple Pay i njihovog virtualnog prikaza na vašem iOS uređaju. Suglasni ste s tim da Apple ne predstavlja stranu u vašim ugovorima s izdavateljem kartice ili trgovcem, niti je Apple odgovoran za: (a) sadržaj, točnost ili nedostupnost bilo koje platne kartice, nagradne kartice, darovne kartice, komercijalnih aktivnosti, transakcija ili kupnji prilikom korištenja usluge Apple Pay, (b) odobrenje kredita ili procjenu kreditne sposobnosti, (c) prikupljanje ili preuzimanje nagrada ili pohranjene vrijednosti u programu trgovca, (d) financiranje ili ponovno punjenje unaprijed plaćenih kartica, (e) slanje ili primanje plaćanja "osoba osobi" ili (f) uplatu, povrat ili povlačenje novca s vaše Apple Pay Cash kartice.

U slučaju bilo kakvog spora ili pitanja vezanog uz platne kartice, nagradne kartice, darovne kartice ili povezanu komercijalnu aktivnost, obratite se izdavatelju kartice ili trgovcu. Za pitanja vezana uz Apple Pay Cash karticu ili plaćanja "osoba osobi" obratite se Apple Podršci za korisnike.

## 3.    Privatnost

Kako bi pružio cjelovito iskustvo, Apple Pay zahtijeva neke informacije s vašeg iOS uređaja. Nadalje, kad koristite svoju Apple Pay Cash karticu ili šaljete ili primate plaćanja "osoba osobi", prikupljaju se dodatne

informacije o vašim transakcijama i zadržavaju radi servisiranja vašeg računa, sprječavanja prijevare i za regulatorne svrhe. Dodatne informacije o vrsti prikupljanih podataka, korištenih i dijeljenih kao dio vaše uporabe usluge Apple Pay, Apple Pay Cash kartice ili plaćanja "osoba osobi" kod usluge Apple Pay, možete pročitati u odjeljku Više o Apple Payu i privatnosti (kojima se može pristupiti ako odete na Wallet i Apple Pay na vašem iOS uređaju ili u aplikaciji Watch na uparenom iOS uređaju) ili ako posjetite https://www.apple.com/privacy/. Korištenjem tih značajki, pristajete i suglasni ste da Apple i njegove podružnice i zastupnici mogu prenositi, prikupljati, održavati, obrađivati i upotrebljavati sve navedene informacije kako bi omogućili funkcionalnost aplikacije Apple Pay.

### 4.  Sigurnost; izgubljeni ili oštećeni uređaji

Apple Pay pohranjuje virtualne prikaze vaših Podržanih kartica i trebali biste ih zaštititi kao što biste zaštitili gotovinu ili svoje kreditne, debitne, unaprijed plaćene ili darovne kartice u fizičkom obliku. Prosljeđivanje lozinke uređaja drugoj osobi ili davanje dopuštenja drugoj osobi za unošenje otiska prsta radi uporabe značajke Touch ID ili omogućavanja značajke Face ID može rezultirati time da će druga osoba moći vršiti plaćanja, slati, tražiti ili primati plaćanja "osoba osobi", povlačiti novac s vaše Apple Pay Cash kartice ili primati ili preuzimati nagrade ili kredit pomoću Apple Paya na vašem uređaju. Isključivo ste sami odgovorni za održavanje sigurnosti svojeg uređaja i lozinke. Suglasni ste s tim da Apple ne snosi odgovornost ako izgubite ili podijelite pristup vašem uređaju. Suglasni ste s tim da Apple ne snosi odgovornost ako izvršite neovlaštene izmjene na iOS softveru (npr. probijanjem zaštite).

Možda ćete morati uključiti dodatne sigurnosne mjere, kao što je autorizacija s dva faktora za svoj Apple ID, kako biste pristupali određenim značajkama usluge Apple Pay, uključujući Apple Pay Cash karticu i plaćanja "osoba osobi" s uslugom Apple Pay. Ako naknadno uklonite te sigurnosne značajke, možda nećete moći nastaviti pristupati određenim značajkama usluge Apple Pay.

Ako se vaš uređaj izgubi ili ga ukradu i omogućena je opcija Pronađi moj iPhone, možete upotrijebiti opciju Pronađi moj iPhone kako biste pokušali spriječiti mogućnost plaćanja virtualnim Podržanim platnim karticama ili slanja plaćanja "osoba osobi" na tom uređaju tako da podesite Mod izgubljenog uređaja. Također možete obrisati svoj uređaj, čime će se pokušati spriječiti mogućnost plaćanja virtualnim Podržanim platnim karticama ili slanja plaćanja "osoba osobi" na uređaju te će se također pokušati ukloniti kartice koje podržavaju Apple Pay. Također biste se trebali izdavatelju Podržane platne kartice, prodavatelju Podržane platne kartice, prodavatelju koji je izdao Apple kartice s mogućnošću plaćanja i Apple u slučaju vaše Apple Pay Cash kartice kako biste spriječili neovlašteni pristup svojim Podržanim karticama.

Ako prijavite aktivnost prijevare ili zlouporabe ili Apple pretpostavlja da se takva aktivnost dogodila, pristajete surađivati s društvom Apple pri bilo kojoj istrazi te primjenjivati bilo koje mjere sprječavanja prijevare koje propišemo.

### 5.  Ograničenje odgovornosti.

UZ ODRICANJE OD JAMSTVA I OGRANIČENJE ODGOVORNOSTI NAVEDENA U LICENCI, APPLE NE PREUZIMA ODGOVORNOST ZA KUPNJE, UPLATE, TRANSAKCIJE I OSTALE KOMERCIJALNE AKTIVNOSTI IZVRŠENE UPOTREBOM ZNAČAJKE APPLE PAY, I PRISTAJETE RJEŠAVATI SVE PROBLEME ILI SPOROVE POVEZANE SA SVOJIM PODRŽANIM KARTICAMA, PLAĆANJIMA „OSOBA OSOBI" I POVEZANOM KOMERCIJALNOM AKTIVNOSTI ISKLJUČIVO U SKLOPU UGOVORA KOJE STE SKLOPILI S IZDAVATELJEM KARTICA, PLATNOM MREŽOM, FINANCIJSKIM INSTITUCIJAMA ILI TRGOVCEM.

— — — — — — — — — — — —

**OBAVIJESTI TVRTKE APPLE**
Ako vas društvo Apple treba kontaktirati u vezi proizvoda ili računa, pristajete na to da obavijesti primate

putem elektroničke pošte. Suglasni ste da će sve takve obavijesti koje vam pošaljemo elektroničkim putem, zadovoljiti sve pravne komunikacijske zahtjeve.

**ČESKY**

**DŮLEŽITÉ: POUŽITÍM SVÉHO iPHONU, iPADU NEBO iPODU TOUCH („ZAŘÍZENÍ S iOS")
VYJADŘUJETE SVŮJ SOUHLAS S TÍM, ŽE JSTE VÁZÁNI NÁSLEDUJÍCÍMI PODMÍNKAMI:**

**A.   LICENČNÍ UJEDNÁNÍ APPLE PRO SOFTWARE iOS**
**B.    DOPLŇUJÍCÍ PODMÍNKY PRO SLUŽBU APPLE PAY**
**C.   UPOZORNĚNÍ SPOLEČNOSTI APPLE**

**APPLE INC.**
**LICENČNÍ UJEDNÁNÍ SPOLEČNOSTI APPLE PRO SOFTWARE iOS**
Licence pro jedno použití

**PŘED POUŽITÍM ZAŘÍZENÍ S iOS NEBO STAŽENÍM AKTUALIZACE SOFTWARU DOPROVÁZEJÍCÍ
TUTO LICENCI SI PEČLIVĚ PŘEČTĚTE TOTO LICENČNÍ UJEDNÁNÍ O SOFTWARU („LICENCE").
POUŽITÍM ZAŘÍZENÍ S iOS NEBO STAŽENÍM AKTUALIZACE SOFTWARU VYJADŘUJETE SVŮJ
SOUHLAS S TÍM, ŽE JSTE VÁZÁNI PODMÍNKAMI TÉTO LICENCE. POKUD S PODMÍNKAMI TÉTO
LICENCE NESOUHLASÍTE, ZAŘÍZENÍ S iOS NEPOUŽÍVEJTE A AKTUALIZACI SOFTWARU
NESTAHUJTE.**

**POKUD JSTE V POSLEDNÍ DOBĚ ZAKOUPILI ZAŘÍZENÍ S iOS A NESOUHLASÍTE S PODMÍNKAMI
LICENCE, MŮŽETE ZAŘÍZENÍ S iOS VRÁTIT V OBDOBÍ POSKYTNUTÉM K VRÁCENÍ ZBOŽÍ DO
AUTORIZOVANÉHO OBCHODU APPLE STORE NEBO AUTORIZOVANÉMU DISTRIBUTOROVI, OD
KTERÉHO JSTE ZAŘÍZENÍ S iOS OBDRŽELI. REFUNDACE SE PROVÁDÍ PODLE PRAVIDEL
REFUNDACE A VRÁCENÍ ZBOŽÍ SPOLEČNOSTI APPLE, KTERÁ JSOU K DISPOZICI NA ADRESE
https://www.apple.com/legal/sales_policies/.**

**1. Obecné**
(a) Tento software (zahrnující kód Boot ROM, zapouzdřený software a software třetích stran),
dokumentaci, rozhraní, obsah, písma a jakákoli data, jež byla součástí dodávky zařízení s iOS („původní
software iOS"), které mohou být aktualizovány nebo nahrazeny vylepšeními funkcí, aktualizacemi
softwaru nebo softwarem z obnovy systému, poskytnutými společností Apple („aktualizace softwaru
iOS"), ať už v paměti pouze ke čtení, na libovolném jiném médiu nebo v libovolné jiné podobě (původní
software iOS a aktualizace softwaru iOS jsou souhrnně označovány jako „software iOS") jsou vám
licencovány, ne prodány, společností Apple Inc. („Apple") pro použití výhradně v souladu s podmínkami
této licence. Společnost Apple a její licenční partneři si zachovávají vlastnictví softwaru iOS a vyhrazují si
všechna práva, která vám nebyla výslovně poskytnuta. Souhlasíte s tím, že se podmínky této licence
budou vztahovat na jakoukoli aplikaci značky Apple, která může být případně předinstalována ve vašem
zařízení s iOS, pokud k takové aplikaci není přiložena samostatná licence – v takovém případě souhlasíte
s tím, že vaše používání takové aplikace bude podléhat podmínkám přiložené licence.

(b) Společnost Apple vám dle uvážení může poskytnout budoucí aktualizace softwaru iOS. Aktualizace
softwaru iOS, pokud jsou k dispozici, nemusí obsahovat všechny softwarové funkce vydané společností
Apple pro nové nebo jiné modely zařízení s iOS. Pro veškeré aktualizace softwaru iOS poskytnuté
společností Apple platí podmínky a ustanovení této licence, není-li k takové aktualizaci softwaru iOS
přiložena samostatná licence; v takovém případě souhlasíte, že budou pro aktualizaci platit podmínky
této nové licence.

(c) Když k nastavení nového zařízení s iOS použijete funkci rychlého nastavení založenou na vašem
existujícím zařízení s iOS, vyjadřujete svůj souhlas s tím, že pro vaše používání softwaru iOS na vašem
novém zařízení s iOS budou platit podmínky této nové licence, vyjma případu, že byla k zařízení
přiložena samostatná licence. V takovém případě souhlasíte, že vaše používání softwaru iOS se bude

řídit podmínkami přiložené licence.

**2. Povolené použití licence a omezení**
(a) V souladu s podmínkami a ustanoveními této licence je vám udělena omezená nevýhradní licence pro použití softwaru iOS v jednom zařízení s iOS značky Apple. Vyjma případu uvedeného v odstavci 2(b) níže a nestanoví-li zvláštní smlouva mezi vámi a společností Apple jinak, nedovoluje tato licence existenci softwaru iOS ve více než jednom zařízení s iOS značky Apple a neuděluje vám oprávnění k šíření ani poskytování softwaru iOS prostřednictvím sítě, kde by mohl být používán ve více zařízeních současně. Tato licence vám neposkytuje žádná práva k použití autorizovaných rozhraní společnosti Apple a dalšího duševního vlastnictví pro navrhování, vývoj, výrobu, licencování ani šíření zařízení a příslušenství třetích stran nebo softwarových aplikací třetích stran, určených pro použití se zařízeními s iOS. Některá z těchto práv jsou dostupná v rámci samostatných licencí poskytovaných společností Apple. Další informace o vývoji zařízení a příslušenství třetích stran pro zařízení s iOS najdete na adrese https://developer.apple.com/programs/mfi/. Další informace o vývoji aplikačního softwaru pro zařízení s iOS najdete na adrese https://developer.apple.com/.

(b) V souladu s podmínkami a ustanoveními této licence je vám udělena omezená nevýhradní licence pro stažení aktualizací softwaru iOS, které může společnost Apple poskytnout ke stažení pro váš model zařízení s iOS za účelem aktualizace nebo obnovy softwaru v jakémkoli takovém zařízení s iOS, které vlastníte nebo užíváte. Tato licence vám nedovoluje aktualizovat ani obnovit žádná zařízení s iOS, která neužíváte a nevlastníte, a nemáte oprávnění k šíření ani poskytování aktualizací softwaru zařízení s iOS prostřednictvím sítě, kde by mohly být používány ve více zařízeních nebo počítačích současně. Stáhnete-li si aktualizaci softwaru iOS do svého počítače, můžete vytvořit jednu kopii aktualizace softwaru iOS uloženou v počítači ve strojově čitelné podobě, a to pouze pro záložní účely a za předpokladu, že záložní kopie bude zahrnovat veškerá oznámení o vlastnictví a autorských právech obsažená v originálu.

(c) V rozsahu, ve kterém společnost Apple do vašeho zařízení s iOS před zakoupením předinstalovala aplikace značky Apple z App Storu („předinstalované aplikace"), budete moci tyto předinstalované aplikace ve svém zařízení s iOS používat až poté, co se k App Storu přihlásíte a přidružíte předinstalované aplikace ke svému účtu na App Storu. Přidružením předinstalované aplikace k vašemu účtu na App Storu zároveň automaticky přidružujete všechny ostatní předinstalované aplikace ve vašem zařízení s iOS. Rozhodnutím přidružit předinstalované aplikace k vašemu účtu na App Storu vyjadřujete svůj souhlas s tím, aby společnost Apple přenášela, shromažďovala, uchovávala, zpracovávala a využívala Apple ID, pod kterým je veden váš účet na App Storu, a jedinečné hardwarové identifikátory, které byly získány z vašeho zařízení s iOS, pro účely ověření oprávněnosti vašeho požadavku a k tomu, aby vám poskytla přístup k předinstalovaným aplikacím prostřednictvím App Storu. Pokud si předinstalované aplikace nepřejete používat, můžete je ze svého zařízení s iOS kdykoli odstranit.

(d) Není vám dovoleno a souhlasíte s tím, že se takové činnosti zdržíte ani ji neumožníte jiným: kopírovat software iOS ani jakékoli služby poskytované softwarem iOS nebo jejich části (pokud to není výslovně povoleno v této licenci), dekompilovat je, provádět jejich zpětnou analýzu, pokoušet se odvozovat jejich zdrojový kód, dešifrovat je, měnit nebo z nich vytvářet odvozená díla (s výjimkami nepřekračujícími rozsah, ve kterém jsou taková omezení zakázána platnými právními předpisy nebo licenčními podmínkami, jimiž se řídí použití open-source komponent, které mohou být v softwaru iOS zahrnuty).

(e) Software iOS lze použít k reprodukci materiálů, pokud je takovéto použití omezeno na reprodukci materiálů nepodléhajících autorskému právu, materiálů, k nimž vlastníte autorská práva, nebo materiálů, k jejichž reprodukci vám bylo uděleno svolení nebo na ni máte nárok ze zákona. Vlastnická práva a práva k duševnímu vlastnictví pro obsah, který je pomocí vašeho zařízení s iOS zobrazován či ukládán nebo k němuž software Apple přistupuje, patří příslušným vlastníkům obsahu. Takový obsah může být chráněn autorským právem nebo jinými zákony a úmluvami o duševním vlastnictví a mohou se na něj vztahovat

užívací podmínky třetí strany, která jej poskytuje. S výjimkami, které jsou uvedeny v této smlouvě, vám tato licence neposkytuje žádná práva k použití takového obsahu ani nezaručuje, že takový obsah budete mít k dispozici trvale.

(f) Souhlasíte, že použití softwaru iOS a služeb (dle definice v oddílu 5 níže) je v souladu se všemi platnými právními předpisy včetně místních zákonů země nebo oblasti, ve které sídlíte nebo stahujete a používáte software iOS a služby. Funkce softwaru iOS a služeb nemusí být dostupné ve všech zemích a oblastech, některé funkce se mohou v určitých oblastech lišit a k některým vám může omezit nebo znemožnit přístup váš operátor. Některé funkce softwaru iOS a služeb vyžadují Wi-Fi nebo mobilní datové připojení.

(g) Použití App Storu vyžaduje kombinaci jedinečného uživatelského jména a hesla, nazývanou Apple ID. Apple ID je vyžadováno také pro přístup k aktualizacím aplikací a k některým funkcím softwaru a služeb iOS.

(h) Berete na vědomí, že mnohé funkce, integrované aplikace a služby softwaru iOS přenášejí data, což může mít dopad na poplatky, které vám bude účtovat váš poskytovatel datových služeb, a že odpovídáte za uhrazení všech takových poplatků. Výběr aplikací, kterým povolíte použití mobilních dat, můžete zobrazit a změnit v nastavení mobilních dat, kde jsou rovněž k dispozici odhady datového objemu spotřebovaného těmito aplikacemi. Další informace najdete v uživatelské příručce k vašemu zařízení s iOS.

(i) Rozhodnete-li se povolit automatické aktualizace aplikací, bude vaše zařízení s iOS pravidelně vyhledávat u společnosti Apple aktualizace aplikací ve vašem zařízení a pokud nalezne dostupnou aktualizaci, automaticky ji stáhne a nainstaluje. Automatické aktualizace aplikací můžete kdykoli zcela vypnout tím, že přejděte do Nastavení, klepnete na iTunes a App Store a v části Automatická stahování vypnete volbu Aktualizace.

(j) Používání iOS zařízení vás může za určitých okolností rozptylovat a způsobit vznik nebezpečné situace (proto například nepište textové zprávy při řízení auta a nepoužívejte sluchátka při jízdě na kole). Používáním iOS zařízení vyjadřujete svůj souhlas s tím, že odpovídáte za dodržování pravidel zakazujících nebo omezujících používání mobilních telefonů a sluchátek (například povinné použití hands-free sady při telefonování během řízení).

**3. Převod.** Nemáte oprávnění k pronajímání, půjčování, prodeji, redistribuci ani sublicencování softwaru iOS. Můžete však provést jednorázový trvalý převod všech vašich licenčních práv k softwaru iOS na třetí stranu v souvislosti s převodem vlastnictví zařízení s iOS pod podmínkou, že: (a) převod obsahuje vaše zařízení s iOS a veškerý software iOS včetně všech jeho součástí, a tuto licenci; (b) si neponecháte v držení žádné kopie softwaru iOS, úplné ani dílčí, včetně kopií uložených v počítači nebo jiném záznamovém zařízení; a (c) strana přijímající software iOS si přečte a bude souhlasit se smluvními podmínkami této licence.

**4. Souhlas s použitím dat.** Když své zařízení použijete, je společnosti Apple zasláno vaše telefonní číslo spolu s některými jedinečnými identifikátory vašeho iOS zařízení. Cílem tohoto postupu je umožnit jiným uživatelům spojit se s vámi na vašem telefonním čísle v rámci používání různých komunikačních funkcí softwaru iOS, jako je iMessage a FaceTime. Pokud používáte iMessage, může společnost Apple po omezenou dobu vaše zprávy v zašifrované podobě uchovávat za účelem zajištění jejich doručení. FaceTime a iMessage můžete vypnout v nastavení FaceTimu nebo zpráv na vašem iOS zařízení. Některé funkce softwaru iOS, například analýza, polohové služby, Siri a diktování, mohou pro svoji činnost vyžadovat údaje z vašeho iOS zařízení. Když tyto funkce zapnete nebo využijete, budou vám poskytnuty informace o tom, jaká data jsou společnosti Apple odesílána a jak mohou být využita. Další informace najdete na https://www.apple.com/privacy/. S vašimi údaji bude vždy nakládáno v souladu se zásadami

ochrany soukromí společnosti Apple, které jsou k dispozici pro prostudování na adrese https://www.apple.com/legal/privacy/.

**5. Služby a materiály třetích stran**

(a) Software iOS může umožňovat přístup k Apple iTunes Storu, App Storu, iBooks Storu, službě Game Center, iCloudu, Mapám a k dalším službám společnosti Apple a třetích stran a k webovým stránkám (společně a jednotlivě „služby"). V některých jazycích a zemích nemusí být tyto služby k dispozici. Použití těchto služeb vyžaduje přístup k internetu. Použití některých služeb může dále vyžadovat Apple ID, může být podmíněno tím, že přijmete další podmínky, a zpoplatněno doplňujícími poplatky. Použitím tohoto softwaru spolu s Apple ID nebo jinou službou společnosti Apple vyjadřujete svůj souhlas s příslušnými podmínkami služby platnými pro danou službu, jako například s nejnovějšími podmínkami a ustanoveními pro mediální služby společnosti Apple platnými v zemi, v níž k těmto službám přistupujete a které jsou dostupné na adrese https://www.apple.com/legal/internet-services/itunes/ww/.

(b) Pokud se zaregistrujete ve službě iCloud, může software iOS přímo přistupovat k některým funkcím iCloudu, například ke knihovně fotografií na iCloudu, k funkci Můj fotostream, Sdílení fotografií na iCloudu, Zálohovat nebo Hledat iPhone. Berete na vědomí a souhlasíte s tím, že vaše užívání iCloudu a těchto funkcí podléhá nejnovějším podmínkám a ustanovením služby iCloud, které jsou dostupné k nahlédnutí na adrese https://www.apple.com/legal/internet-services/icloud/ww/.

(c) Obsah aplikace News. Vaše užívání obsahu, k němuž přistupujete prostřednictvím aplikace News, je omezeno výhradně na osobní nekomerční použití, v rámci tohoto užívání na vás nepřechází žádný vlastnický podíl na obsahu a jsou z něj výslovně vyloučena práva na jakékoli komerční a propagační využití takového obsahu. Kromě toho nesmíte dále publikovat, přenášet ani reprodukovat žádný obrazový materiál, k němuž přistupujete prostřednictvím aplikace News, v podobě samostatných souborů.

(d) Mapy. Mapová služba a funkce softwaru iOS („Mapy") včetně pokrytí kartografickými daty se mohou v různých oblastech lišit. Pokud v Mapách používáte jakékoli služby závislé na poloze, například podrobnou navigaci, informace o provozu a místní vyhledávání, společnosti Apple mohou být za účelem zpracování vašich požadavků a zlepšování služby Mapy zasílány různé informace související s vaší polohou a využitím služby včetně zeměpisné polohy vašeho zařízení s iOS v reálném čase. Tyto informace o poloze a využití jsou společností Apple shromažďovány ve formátu, který neumožňuje vaši osobní identifikaci. **Používáním služby Mapy vyjadřujete svůj souhlas a svolení k tomu, aby společnost Apple a její pobočky a zástupci tyto informace přenášeli, shromažďovali, spravovali, zpracovávali a používali za účelem zlepšování funkcí a služeb Map a dalších produktů a služeb společnosti Apple.** Společnost Apple také může tyto informace v agregovaném nebo osobně neidentifikovatelném formátu poskytnout svým partnerům a držitelům licence na pomoc s vylepšováním jejich mapových a na poloze závislých produktů a služeb. Polohové závislé funkce v Mapách můžete vypnout tak, že na svém zařízení s iOS otevřete nastavení Polohové služby a vypnete individuální nastavení polohových služeb pro Mapy. Některé funkce Map, například podrobná navigace, však budou při vypnutém nastavení Polohové služby nedostupné.

(e) iBooks; podcasty. Rozhodnete-li se využívat funkci synchronizace aplikací iBooks a Podcasty k synchronizaci dat vašich záložek, poznámek, sbírek a odebíraných podcastů mezi vašimi zařízeními s iOS a počítači, berete na vědomí, že tato data budou zasílána společnosti Apple a ukládána pod Apple ID, které používáte pro přístup k iBooks Storu nebo iTunes Storu, aby mohla být zajištěna synchronizace těchto dat s vašimi dalšími zařízeními a počítači autorizovanými pro přístup k obsahu prostřednictvím stejného Apple ID. Synchronizaci můžete kdykoli vypnout tím, že přejdete do Nastavení a změníte volby synchronizace pro aplikace iBooks a Podcasts.

(f) Jste srozuměni s tím, že při používání kterékoli ze služeb se můžete setkat s obsahem, který může být

považován za urážlivý, neslušný nebo sporný, s obsahem, ve kterém může a nemusí být zjištěn výskyt explicitních výrazů, a že výsledkem libovolného hledání nebo zadání určitého URL mohou být automaticky a nezáměrně vygenerované odkazy či reference na sporný materiál. Souhlasíte však s tím, že služby používáte výhradně na vlastní nebezpečí a že společnost Apple, její afilace, zástupci, vedoucí pracovníci ani licenční partneři neponesou vůči vám žádné právní závazky za obsah, který může být shledán urážlivým, neslušným nebo sporným.

(g) Některé služby mohou zobrazovat, zahrnovat nebo zpřístupňovat obsah, data, informace, aplikace a materiály třetích stran („materiály třetích stran") nebo poskytovat odkazy na určité webové stránky třetích stran. Použitím služeb vyjadřujete své srozumění a souhlas s tím, že společnost Apple není odpovědná za zkoumání a vyhodnocování obsahu, přesnosti, úplnosti, aktuálnosti, platnosti, dodržování autorských práv, legálnosti, patřičnosti, kvality ani jakékoli jiné vlastnosti takovýchto materiálů a webových stránek třetích stran. Společnost Apple, její pracovníci, afilace a pobočky se nezaručují za služby třetích stran, materiály třetích stran ani webové stránky a jakékoli jiné materiály, produkty a služby třetích stran, nedoporučují je a nepřejímají za ně nyní ani do budoucna žádné závazky ani odpovědnost vůči vám ani jakékoli jiné osobě. Materiály třetích stran a odkazy na jiné webové stránky jsou poskytovány výhradně pro vaše pohodlí.

(h) Společnost Apple ani žádný z jejích dodavatelů obsahu negarantuje dostupnost, přesnost, úplnost, spolehlivost ani aktuálnost informací o akciích, polohových dat ani jakýchkoli jiných dat zobrazených kteroukoli ze služeb. Finanční informace zobrazené libovolnými službami slouží pouze k obecným informačním účelům a nelze se na ně spoléhat jako na formu investičního poradenství. Před provedením jakékoli transakce s cennými papíry na základě informací získaných prostřednictvím těchto služeb se poraďte s finančním nebo pojišťovacím odborníkem, který má licenci pro poskytování finančního nebo pojišťovacího poradenství ve vaší zemi nebo oblasti. Polohová data poskytovaná kteroukoli ze služeb včetně služby Mapy od společnosti Apple jsou poskytována pouze pro základní navigační a plánovací účely a nelze se na ně spoléhat v případech, kdy je potřebné přesné určení polohy nebo kdy chybná, nepřesná, zpožděná nebo neúplná polohová data mohou vést k úmrtí, zranění nebo poškození majetku či životního prostředí. Souhlasíte s tím, že výsledky, které obdržíte ze služby Mapy, se mohou lišit od skutečného stavu komunikací či terénu s ohledem na faktory, jež mohou ovlivnit přesnost dat v Mapách, mimo jiné počasí, stav silnic, dopravní situace a geopolitické události. V zájmu vlastního bezpečí při používání navigace vždy věnujte pozornost ukazatelům a aktuálním podmínkám na silnicích. Dodržujte zásady bezpečného řízení, respektujte dopravní omezení a pamatujte na to, že trasy pro pěší nemusí počítat s chodníky a cestami pro chodce.

(i) V rozsahu, ve kterém prostřednictvím služeb odesíláte jakýkoli materiál, prohlašujete, že k němu vlastníte veškerá práva nebo že k jeho odesílání máte povolení či jiné zákonné oprávnění a že tento obsah nenarušuje žádné podmínky služby vztahující se ke službám. Souhlasíte s tím, že služby obsahují chráněný obsah, informace a materiál vlastněné vlastníky společností Apple, vlastníkem webových stránek nebo jejich licenčními partnery a jsou chráněny příslušnými zákony o duševním vlastnictví a dalšími právními předpisy včetně autorského práva. Souhlasíte s tím, že takovýto chráněný obsah, informace a materiály nebudete používat jinak, než k povoleným účelům v rámci použití služeb, a žádným jiným způsobem, který se neslučuje s podmínkami této licence nebo narušuje duševní vlastnictví třetích stran nebo společnosti Apple. Žádná část služeb nesmí být v žádné podobě a žádnými prostředky reprodukována. Souhlasíte s tím, že služby nebudete žádným způsobem měnit, pronajímat, půjčovat, poskytovat na leasing, prodávat, šířit ani na jejich základě vytvářet odvozená díla, a že je nebudete využívat žádným neautorizovaným způsobem, mimo jiné používáním služeb k přenosu jakýchkoli počítačových virů, červů, trojských koní ani jiného škodlivého softwaru nebo překračováním či přetěžováním kapacity sítě. Dále souhlasíte s tím, že nebudete služby žádným způsobem používat k obtěžování, zneužívání, pronásledování, vyhrožování, poškozování dobrého jména ani jinému porušování nebo ohrožování práv žádné strany, a že společnost Apple není žádným způsobem odpovědna za jakékoli takovéto vaše používání služeb ani za jakékoli obtěžování, vyhrůžky, pomluvy, urážlivé, neoprávněné či protiprávní

zprávy nebo sdělení, které můžete obdržet jako důsledek používání kterékoli ze služeb.

(j) Služby a materiály třetích stran, ke kterým lze přistupovat ze zařízení s iOS, odkazovat na ně z tohoto zařízení nebo je na tomto zařízení zobrazovat, nemusí být k dispozici ve všech jazycích a ve všech zemích a regionech. Společnost Apple se nijak závazně nevyjadřuje k vhodnosti ani dostupnosti použití takovýchto služeb a materiálů třetích stran na jakémkoli konkrétním místě. Přístup k takovýmto službám a materiálům třetích stran ve vámi zvoleném rozsahu je vaší iniciativou a odpovídáte při něm za dodržení všech platných právních předpisů včetně platných místních právních předpisů a zákonů upravujících ochranu soukromí a sběr dat. Při sdílení a synchronizaci fotografií prostřednictvím vašeho zařízení s iOS mohou být současně s fotografiemi přenášena metadata včetně údajů o místě a čase pořízení fotografií a použité hloubce ostrosti. Využívání služeb společnosti Apple (například knihovny fotografií na iCloudu) ke sdílení nebo synchronizaci fotografií bude zahrnovat příjem a uchovávání těchto metadat. Společnost Apple a její licenční partneři si vyhrazují právo kdykoli bez upozornění změnit, pozastavit, odstranit nebo vypnout přístup ke kterékoli ze služeb. Společnost Apple nebude v žádném případě odpovědná za odstranění ani vypnutí přístupu ke kterékoli z těchto služeb. Společnost Apple též může stanovit omezení pro používání určitých služeb nebo přístup k nim, a to v jakémkoli případě, bez upozornění a bez jakékoli odpovědnosti.

**6. Ukončení.** Tato licence zůstává v účinnosti, dokud nebude ukončena. Vaše práva v rámci této licence budou automaticky ukončena nebo jiným způsobem pozbudou účinnosti bez upozornění od společnosti Apple, pokud nedodržíte kteroukoli podmínku této licence. Při ukončení této licence přestanete používat veškerý software iOS. Oddíly 4, 5, 6, 7, 8, 9, 12 a 13 této licence zůstávají při ukončení nedotčeny.

**7. Odmítnutí záruk**
7.1    Pokud se jako zákazník řadíte mezi spotřebitele (subjekty používající software iOS mimo svůj obchod, podnikání nebo profesi), můžete mít ve své zemi pobytu zákonná práva, která vylučují, aby se na vás vztahovala následující omezení. V takovém případě se na vás tato omezení nevztahují. Chcete-li se o svých právech dozvědět více, obraťte se na místní sdružení ochrany spotřebitelů.

7.2    VÝSLOVNĚ BERETE NA VĚDOMÍ A SOUHLASÍTE S TÍM, ŽE POUŽÍVÁNÍ SOFTWARU iOS A JAKÝCHKOLI SLUŽEB, KTERÉ SOFTWARE iOS POSKYTUJE NEBO K NIM ZPROSTŘEDKOVÁVÁ PŘÍSTUP, PROBÍHÁ V ROZSAHU POVOLENÉM PLATNÝMI PRÁVNÍMI PŘEDPISY VÝHRADNĚ NA VAŠE VLASTNÍ NEBEZPEČÍ A ŽE NESETE VEŠKERÁ RIZIKA SPOJENÁ S USPOKOJIVOU KVALITOU, VÝKONEM, PŘESNOSTÍ A VLOŽENÝM ÚSILÍM.

7.3    V MAXIMÁLNÍM ROZSAHU POVOLENÉM PRÁVNÍMI PŘEDPISY JSOU SOFTWARE iOS A SLUŽBY POSKYTOVÁNY „TAK, JAK JSOU" A „TAK, JAK JSOU K DISPOZICI", SE VŠEMI CHYBAMI A BEZ ZÁRUKY JAKÉHOKOLI DRUHU, A SPOLEČNOST APPLE A JEJÍ LICENČNÍ PARTNEŘI (PRO POTŘEBY ČLÁNKU 7 A 8 SPOLEČNĚ OZNAČOVÁNI JAKO „APPLE") TÍMTO VE VZTAHU K SOFTWARU iOS A SLUŽBÁM ODMÍTAJÍ VŠECHNY ZÁRUKY A PODMÍNKY, AŤ UŽ VÝSLOVNÉ, ODVOZENÉ NEBO STATUTÁRNÍ, VČETNĚ ODVOZENÝCH ZÁRUK A PODMÍNEK PRODEJNOSTI, USPOKOJIVÉ KVALITY, VHODNOSTI PRO KONKRÉTNÍ ÚČEL, PŘESNOSTI, NERUŠENÉ DRŽBY A NEPORUŠENÍ PRÁV TŘETÍCH STRAN.

7.4    SPOLEČNOST APPLE NEPOSKYTUJE ZÁRUKU PROTI ZÁSAHU DO DRŽBY SOFTWARU iOS A SLUŽEB ANI ZÁRUKU ZA TO, ŽE FUNKCE OBSAŽENÉ VE SLUŽBÁCH POSKYTOVANÝCH NEBO ZPROSTŘEDKOVANÝCH SOFTWAREM iOS BUDOU SPLŇOVAT VAŠE POŽADAVKY, ŽE PROVOZ SOFTWARU iOS A SLUŽEB BUDE NEPŘERUŠOVANÝ A BEZCHYBNÝ, ŽE KTERÁKOLI SLUŽBA BUDE K DISPOZICI TRVALE, ŽE VADY SOFTWARU iOS A SLUŽEB BUDOU OPRAVENY, ANI ŽE SOFTWARE iOS BUDE KOMPATIBILNÍ NEBO BUDE SPOLUPRACOVAT S LIBOVOLNÝM SOFTWAREM TŘETÍCH STRAN, APLIKACEMI ČI SLUŽBAMI TŘETÍCH STRAN. INSTALACE TOHOTO SOFTWARU iOS MŮŽE OVLIVNIT DOSTUPNOST A POUŽITELNOST SOFTWARU, APLIKACÍ A SLUŽEB TŘETÍCH STRAN

A TAKÉ PRODUKTŮ A SLUŽEB SPOLEČNOSTI APPLE.

7.5    DÁLE BERETE NA VĚDOMÍ, ŽE SOFTWARE iOS A SLUŽBY NEJSOU URČENÉ ANI VHODNÉ K POUŽITÍ V SITUACÍCH A PROSTŘEDÍCH, VE KTERÝCH MŮŽE SELHÁNÍ, ZPOŽDĚNÍ, CHYBY NEBO NEPŘESNOSTI V OBSAHU, DATECH NEBO INFORMACÍCH POSKYTOVANÝCH SOFTWAREM iOS NEBO SLUŽBAMI VÉST K ÚMRTÍ, ZRANĚNÍ NEBO VÁŽNÉMU POŠKOZENÍ ZDRAVÍ NEBO ŽIVOTNÍHO PROSTŘEDÍ, MIMO JINÉ PŘI PROVOZOVÁNÍ JADERNÝCH ZAŘÍZENÍ, V LETECKÉ NAVIGACI A KOMUNIKAČNÍCH SYSTÉMECH, PŘI ŘÍZENÍ LETOVÉHO PROVOZU, V SYSTÉMECH PODPORY ŽIVOTNÍCH FUNKCÍ A ZBRAŇOVÝCH SYSTÉMECH.

7.6    Z ŽÁDNÉ ÚSTNÍ ANI PÍSEMNÉ INFORMACE ČI RADY POSKYTNUTÉ SPOLEČNOSTÍ APPLE NEBO AUTORIZOVANÝM PRODEJCEM APPLE NEMŮŽE VZNIKNOUT ZÁRUKA. POKUD SE SOFTWARE iOS NEBO SLUŽBY PROJEVÍ JAKO VADNÉ, PŘEJÍMÁTE VEŠKERÉ NÁKLADY NEZBYTNÉHO SERVISU, OPRAV A NÁPRAV. NĚKTERÉ JURISDIKCE NEUMOŽŇUJÍ VYLOUČENÍ ODVOZENÝCH ZÁRUK NEBO OMEZENÍ PŘÍSLUŠNÝCH STATUTÁRNÍCH PRÁV SPOTŘEBITELE, TAKŽE JE MOŽNÉ, ŽE SE VÁS VÝŠE UVEDENÁ VYLOUČENÍ A OMEZENÍ NETÝKAJÍ.

**8. Omezení odpovědnosti.** V MAXIMÁLNÍ MOŽNÉ MÍŘE, KTEROU UMOŽŇUJE ZÁKON, NEBUDOU SPOLEČNOST APPLE, JEJÍ AFILACE, ZÁSTUPCI ANI VEDOUCÍ PRACOVNÍCI V ŽÁDNÉM PŘÍPADĚ ODPOVÍDAT ZA OSOBNÍ ZRANĚNÍ ANI ZA JAKÉKOLI NÁHODNÉ, ZVLÁŠTNÍ, NEPŘÍMÉ ČI NÁSLEDNÉ ŠKODY JAKÉHOKOLI DRUHU VČETNĚ ODŠKODNÉHO ZA ZTRÁTU ZISKU, POŠKOZENÍ NEBO ZTRÁTU DAT, SELHÁNÍ PŘI PŘENOSU NEBO PŘÍJMU JAKÝCHKOLI DAT (MIMO JINÉ POKYNŮ, ÚKOLŮ A MATERIÁLŮ V RÁMCI KURZŮ), PŘERUŠENÍ PODNIKÁNÍ ANI JAKÉKOLI OBCHODNÍ ŠKODY NEBO ZTRÁTY VZNIKLÉ V DŮSLEDKU NEBO SOUVISLOSTI S POUŽITÍM NEBO NEMOŽNOSTÍ POUŽITÍ SOFTWARU iOS A SLUŽEB NEBO JAKÉHOKOLI SOFTWARU NEBO APLIKACÍ TŘETÍCH STRAN VE SPOJENÍ SE SOFTWAREM iOS NEBO SLUŽBAMI, JAKKOLI ZPŮSOBENÉ, BEZ OHLEDU NA TEORII ODPOVĚDNOSTI (SMLUVNÍ, OBČANSKOPRÁVNÍ, ČI JINOU) A DOKONCE ANI V PŘÍPADĚ, ŽE SPOLEČNOST APPLE BYLA NA MOŽNOST VZNIKU TAKOVÝCH ŠKOD UPOZORNĚNA. NĚKTERÉ JURISDIKCE NEUMOŽŇUJÍ VYLOUČENÍ NEBO OMEZENÍ ODPOVĚDNOSTI ZA OSOBNÍ ZRANĚNÍ NEBO SOUVISEJÍCÍ ČI NÁSLEDNÉ ŠKODY, PROTO JE MOŽNÉ, ŽE SE VÁS TOTO OMEZENÍ NETÝKÁ. Celková odpovědnost společnosti Apple vůči vám za všechny škody (kromě případů zahrnujících osobní zranění, které mohou být platnými právními předpisy upraveny jinak) v žádném případě nepřekročí částku dvě stě padesát dolarů (250,00 USD). Výše uvedená omezení budou platit i v případech, kdy výše uvedené odškodnění nesplní svůj základní účel.

**9. Digitální certifikáty.** Software iOS obsahuje funkce, které umožňují přijímat digitální certifikáty vydané společností Apple nebo třetími stranami. ZA ROZHODNUTÍ, ZDA SPOLÉHAT, NEBO NESPOLÉHAT NA URČITÝ CERTIFIKÁT, BEZ OHLEDU NA TO, ZDA BYL VYSTAVEN SPOLEČNOSTÍ APPLE NEBO TŘETÍ STRANOU, NESETE VÝHRADNÍ ODPOVĚDNOST VY. POUŽÍVÁNÍ DIGITÁLNÍCH CERTIFIKÁTŮ JE VÝHRADNĚ NA VAŠE VLASTNÍ NEBEZPEČÍ. V MAXIMÁLNÍM ROZSAHU POVOLENÉM PRÁVNÍMI PŘEDPISY SPOLEČNOST APPLE NEPOSKYTUJE VE VZTAHU K DIGITÁLNÍM CERTIFIKÁTŮM ŽÁDNÉ VÝSLOVNÉ ANI ODVOZENÉ ZÁRUKY ANI ZÁVAZNÉ VYJÁDŘENÍ VE VĚCI PRODEJNOSTI A VHODNOSTI K JAKÉMUKOLI KONKRÉTNÍMU POUŽITÍ, PŘESNOSTI, BEZPEČNOSTI A NEPORUŠENÍ PRÁV TŘETÍCH STRAN.

**10. Omezení vývozu.** Software iOS nesmíte používat ani jinak exportovat či reexportovat jiným způsobem, než stanovují právní předpisy USA nebo právní předpisy jurisdikce, ve které byl software iOS získán. Zejména není dovoleno exportovat ani reexportovat software iOS (a) do žádných zemí pod embargem USA a (b) do rukou žádného subjektu uvedeného v seznamu speciálně určených státních příslušníků Ministerstva financí USA, v seznamu zakázaných osob a subjektů Ministerstva obchodu USA nebo v jakémkoli jiném seznamu stran podléhajících omezení. Použitím softwaru iOS vyjadřujete své závazné prohlášení a záruku, že se nenacházíte v žádné takové zemi ani na žádném takovém seznamu.

Dále souhlasíte s tím, že software iOS nebudete používat k žádným účelům, které jsou zakázány právními předpisy Spojených států, mimo jiné k vývoji, navrhování, výrobě či produkci střel a nukleárních, chemických nebo biologických zbraní.

**11. Koncoví uživatelé ve státní správě.** Software iOS a příslušná dokumentace jsou „obchodními položkami" v souladu s definicí tohoto pojmu v 48 C.F.R. §2.101, sestávající z „komerčního počítačového softwaru" a „dokumentace komerčního počítačového softwaru" v souladu s definicí těchto pojmů v 48 C.F.R. §12.212 nebo 48 C.F.R. §227.7202. V souladu s ustanoveními 48 C.F.R. §12.212 a 48 C.F.R. §227.7202-1 až 227.7202-4 jsou komerční počítačový software a dokumentace komerčního počítačového softwaru licencovány uživatelům ve státní správě USA (a) pouze jako obchodní položky a (b) pouze s právy, která jsou udělena všem ostatním koncovým uživatelům v rámci smluvních podmínek uvedených v tomto dokumentu. Autorská práva k nezveřejněnému dílu vyhrazena v rámci autorskoprávních zákonů USA.

**12. Rozhodující právo a oddělitelnost.** Tato licence se řídí a je vytvořena v souladu s právními předpisy státu Kalifornie s vyloučením jejích principů konfliktu právních předpisů. Tato licence se neřídí Konvencí Spojených Národů nebo Úmluvami pro smlouvy o mezinárodním prodeji zboží, jejichž použití je výslovně vyloučeno. Jste-li uživatelem se sídlem ve Spojeném království, bude tato licence řízena právem jurisdikce v místě vašeho pobytu. Pokud z jakéhokoli důvodu shledá soudní dvůr směrodatných jurisdikcí kteroukoli klauzuli nebo její část právně neúčinnou, ostatní části této licence si zachovávají plnou platnost a účinnost.

**13. Úplná smlouva; rozhodný jazyk.** Tato licence tvoří úplnou dohodu mezi vámi a společností Apple ve vztahu k softwaru iOS a nahrazuje všechna předchozí i současná ujednání ohledně předmětu této smlouvy. Žádný dodatek ani úprava této licence nebudou závazné, pokud nebudou uzavřeny písemnou formou a podepsány společností Apple. V rozsahu, ve kterém takové ustanovení nezakazují místní právní předpisy vaší jurisdikce, jsou všechny překlady této licence zhotoveny pouze pro místní účely a v případě neshody mezi anglickou verzí a neanglickými verzemi je rozhodující anglická verze licence.

**14. Uznání třetích stran.** Části softwaru iOS mohou využívat nebo obsahovat software třetích stran a další materiál chráněný autorským právem. Uznání, licenční podmínky a odmítnutí záruk pro takovéto materiály jsou obsaženy v elektronické dokumentaci pro software iOS a používání takovýchto materiálů se řídí příslušnými podmínkami těchto materiálů. Použití služby Google Safe Browsing Service podléhá podmínkám služby Google (https://www.google.com/intl/cs/policies/terms/) a zásadám ochrany soukromí společnosti Google (https://www.google.com/intl/cs/policies/privacy/).

**15. Použití standardu MPEG-4; upozornění pro standard H.264/AVC**
(a) Software iOS je licencován v rámci licence na portfolio systémových patentů MPEG-4 pro kódování videa v souladu s normou MPEG-4 Systems Standard, nicméně kódování ve spojení s (i) daty uloženými nebo replikovanými na fyzických médiích, která jsou placena od titulu, a (ii) daty, která jsou placena od titulu a jsou přenášena ke koncovému uživateli za účelem trvalého uložení anebo používání, podléhá dalším licenčním poplatkům a podmínkám. Tuto dodatkovou licenci lze získat od společnosti MPEG LA, LLC. Další podrobnosti najdete na webové stránce http://www.mpegla.com.

(b) Software iOS obsahuje funkce pro kódování a dekódování videa MPEG-4. Software iOS je licencován v rámci licence MPEG-4 Visual Patent Portfolio License pro osobní a nekomerční použití spotřebitelem pro (i) kódování videa v souladu s normou MPEG-4 Visual Standard („MPEG-4 Video") a (ii) dekódování MPEG-4 videa, které bylo zakódováno v rámci osobní a nekomerční aktivity nebo získáno od poskytovatele videa, který je držitelem licence společnosti MPEG LA pro poskytování videa MPEG-4s. Pro žádné jiné použití se licence neuděluje a nelze ji ani odvozovat. Další informace včetně informací souvisejících s propagačním, interním a komerčním použitím lze získat od společnosti MPEG LA, LLC. Viz http://www.mpegla.com.

(c) Software iOS obsahuje funkce kódování a dekódování formátu AVC. Komerční použití standardu H. 264/AVC vyžaduje dodatečné licencování a platí následující doložka: FUNKCE AVC V SOFTWARU iOS JE ZDE LICENCOVÁNA POUZE PRO OSOBNÍ A NEKOMERČNÍ POUŽITÍ SPOTŘEBITELEM PRO (i) KÓDOVÁNÍ VIDEA V SOULADU SE STANDARDEM AVC („AVC VIDEO") A (ii) DEKÓDOVÁNÍ VIDEA AVC, KTERÉ BYLO ZAKÓDOVÁNO SPOTŘEBITELEM V RÁMCI OSOBNÍ A NEKOMERČNÍ AKTIVITY NEBO VIDEA AVC ZÍSKANÉHO OD POSKYTOVATELE VIDEA, KTERÝ JE DRŽITELEM LICENCE PRO POSKYTOVÁNÍ VIDEA AVC. INFORMACE O JINÉM POUŽITÍ A LICENCÍCH LZE ZÍSKAT OD SPOLEČNOSTI MPEG LA L.L.C. VIZ http://www.mpegla.com.

**16. Omezení vyhledávací služby Yahoo.** Vyhledávací služba Yahoo, která je k dispozici v prohlížeči Safari, je licencována pouze pro použití v těchto zemích a oblastech: Argentina, Aruba, Austrálie, Bahamy, Barbados, Belgie, Bermudy, Brazílie, Bulharsko, Česká republika, Čína, Kypr, Dánsko, Dominikánská republika, Ekvádor, El Salvador, Filipíny, Finsko, Francie, Grenada, Guatemala, Hongkong, Chile, Island, Indie, Indonésie, Irsko, Itálie, Jamajka, Japonsko, Jižní Korea, Kajmanské ostrovy, Kanada, Kolumbie, Litva, Lotyšsko, Lucembursko, Maďarsko, Malajsie, Malta, Mexiko, Německo, Nikaragua, Nizozemsko, Norsko, Nový Zéland, Panama, Peru, Polsko, Portugalsko, Portoriko, Rakousko, Rumunsko, Řecko, Singapur, Slovensko, Slovinsko, Spojené Království, Spojené Státy, Svatá Lucie, Svatý Vincent, Španělsko, Švédsko, Švýcarsko, Thajsko, Tchaj-wan, Trinidad a Tobago, Turecko, Uruguay a Venezuela.

**17. Upozornění pro Microsoft Exchange.** Nastavení pošty Microsoft Exchange v softwaru iOS je licencováno pouze pro bezdrátovou synchronizaci dat, jako jsou e-maily, kontakty, kalendáře a úlohy, mezi zařízením s iOS a Microsoft Exchange Serverem nebo jiným serverovým softwarem licencovaným společností Microsoft pro implementaci protokolu Microsoft Exchange ActiveSync.

EA1520
22.09.2017

— — — — — — — — — — — —
**Doplňující podmínky a ustanovení pro službu Apple Pay**

Tyto doplňující podmínky a ustanovení pro službu Apple Pay („doplňující podmínky") doplňují licenční ujednání pro software iOS („licence"); vaše používání služby Apple Pay (v rámci této licence dále jen „služba") se řídí jak podmínkami licence, tak i těmito doplňujícími podmínkami. Pojmy definované v textu licence a používané v těchto doplňujících podmínkách mají význam uvedený v licenci.

**1. Přehled a omezení použití**

Služba Apple Pay vám umožňuje:

- uložit virtuální ekvivalent vašich kreditních, debetních a předplatních karet (včetně kreditních, debetních a předplatních karet jednotlivých obchodů a karet Apple Pay Cash), které služba Apple Pay podporuje („podporované platební karty"), a využívat podporovaná iOS zařízení pro bezkontaktní platby na vybraných místech nebo v aplikacích či na webových stránkách;
- používat ve vybraných obchodech odměnové karty a dárkové poukázky uložené ve Walletu („karty s podporou Apple Pay" a souhrnně s podporovanými platebními kartami „podporované karty"), k provádění transakcí s bezkontaktními odměnovými kartami a dárkovými poukázkami v rámci bezkontaktních plateb přes Apple Pay;
- zasílat osobní platby jiným uživatelům Apple Pay.

Funkce Apple Pay softwaru iOS mohou být dostupné jen ve vybraných oblastech, pro vybrané

vydavatele karet, finanční instituce a obchodníky. Dostupnost funkcí může záviset na oblasti, vydavateli a obchodníkovi.

K použití služby Apple Pay potřebujete podporovanou kartu. Seznam podporovaných karet se může čas od času měnit. Pro odesílání a příjem osobních plateb potřebujete navíc kartu Apple Pay Cash.

Podporované platební karty a osobní platby jsou sdruženy s Apple ID, pod kterým jste se za účelem využívání těchto služeb přihlásili k iCloudu. Podporované karty jsou k dispozici pouze osobám starším 13 let a jejich použití může podléhat dalším věkovým omezením platným pro službu iCloud nebo pro podporovanou kartu, kterou chcete zřídit. Karta Apple Pay Cash a možnost odesílat a přijímat osobní platby jsou k dispozici jen pro osoby starší 18 let.

Služba Apple Pay je určena jen pro osobní potřebu a smíte ji využívat pouze k zřizování svých vlastních podporovaných karet. Pokud zřizujete podporovanou firemní kartu, prohlašujete, že tak činíte se svolením svého zaměstnavatele a že jste oprávněni jeho jménem závazně přijmout tyto podmínky použití a provádět všechny transakce, které při vašem používání této funkce vzniknou. Pokud odešlete nebo přijmete osobní platbu, prohlašujete, že tak činíte pro svou osobní, nekomerční potřebu.

Souhlasíte s tím, že nebudete službu Apple Pay zneužívat k protiprávním a podvodným účelům ani k žádnému jinému jednání, které je zakázáno v textu licence a těchto doplňujících podmínek. Dále souhlasíte s tím, že budete službu Apple Pay využívat v souladu s platnými právními normami a předpisy. Souhlasíte s tím, že nebudete narušovat ani poškozovat službu Apple Pay (týká se i přístupu ke službě prostřednictvím jakýchkoli automatizovaných prostředků), jakékoli servery a sítě propojené s touto službou ani zásady, požadavky a omezení sítí, které jsou s touto službou propojeny (týká se i neautorizovaného přístupu k nim a využívání či monitorování jejich dat a datového provozu).

## 2. Vztah mezi vámi a společností Apple

Služba Apple Pay vám umožňuje vytvořit ve vašem podporovaném iOS zařízení virtuální ekvivalent vašich podporovaných karet. Společnost Apple však nezpracovává platby ani transakce s neplatebními kartami (například udělování, připisování a uplatňování odměn), nepřijímá, neuchovává ani nepřevádí vaše prostředky a nemá žádný vliv na platby, vratky, náhrady, odměny, zhodnocování, slevy ani jiné obchodní transakce, které mohou při vašem používání této funkce probíhat.

Používání vašich podporovaných karet samostatně i v kombinaci se službou Apple Pay se nadále řídí podmínkami smlouvy s držitelem platební karty, kterou jste při vystavení platební karty uzavřeli s vydavatelem karty. Podobně vaše účast v jakýchkoli obchodnických odměňových či poukázkových programech a vaše používání karet s aktivovaných pro Apple Pay v kombinaci se službou Apple Pay podléhá podmínkám a ustanovením příslušného obchodníka.

Karta Apple Pay Cash a možnost odesílat a přijímat osobní platby jsou k dispozici jen v USA; tyto služby zajišťuje Green Dot Bank, člen FDIC. Povolením těchto služeb v rámci Apple Pay si u společnosti Green Dot Bank zřizujete účet a společnost Green Dot Bank také odpovídá za přijetí peněz od správného plátce a předání peněz zamýšlenému příjemci při odesílání a přijímání osobních plateb a vkládání a vybírání vašich finančních prostředků na kartě Apple Pay Cash. Finanční instituce zodpovědná za nabídku služby Apple Pay Cash a za osobní platby v rámci Apple Pay se může změnit a vaše používání těchto služeb podléhá podmínkám této instituce.

Žádná část licence ani těchto doplňujících podmínek nemění podmínky žádné smlouvy s držitelem platební karty, uživatelem ani obchodníkem a vaše používání příslušné podporované karty a služby osobních plateb v rámci Apple Pay i jejich virtuálních ekvivalentů ve vašem iOS zařízení se řídí podmínkami této smlouvy. Souhlasíte s tím, že společnost Apple není účastníkem vašich smluv držitele

platební karty ani smluv s obchodníky, ani neodpovídá za: (a) obsah, přesnost či nedostupnost jakýchkoli platebních karet, odměnových karet, dárkových poukázek, obchodních aktivit, transakcí a nákupů uskutečněných s použitím funkcí služby Apple Pay; (b) přidělování kreditu či posuzování nároku na něj; (c) připisování a uplatňování odměn či uložené hodnoty v rámci programů obchodníků; (d) financování či dobíjení předplatních karet; (e) odesílání a příjem osobních plateb; ani (f) vkládání, uplatňování a vybírání finančních prostředků na vaší kartě Apple Pay Cash.

Se všemi námitkami a dotazy, které se týkají vašich platebních karet, odměnových karet, dárkových poukázek nebo souvisejících obchodních aktivit, se obracejte na vydavatele karty nebo příslušného obchodníka. S dotazy ke kartám Apple Pay Cash a osobním platbám se obracejte na podporu Apple.

### 3. Soukromí

Aby vám služba Apple Pay mohla nabídnout všechny své funkce a možnosti, potřebuje některé údaje z vašeho iOS zařízení. Pokud používáte také kartu Apple Pay Cash nebo odesíláte či přijímáte osobní platby, dochází navíc ke shromažďování dalších informací o vašich transakcích a k uchovávání těchto informací za účelem obsluhy vašeho účtu a prevence podvodů a pro potřeby naplnění regulatorních požadavků. Další informace o datech, která služba Apple Pay shromažďuje, využívá a sdílí v rámci vašeho využívání služby Apple Pay, karty Apple Pay Cash nebo osobních plateb, jsou k dispozici v dokumentu „Apple Pay a soukromí" (který najdete na panelu Wallet a Apple Pay na vašem iOS zařízení nebo v aplikaci Watch na spárovaném iOS zařízení) nebo na adrese https://www.apple.com/privacy/. Používáním těchto služeb vyjadřujete svůj výslovný souhlas s tím, že společnost Apple, její pobočky a zástupci mohou za účelem poskytování funkcí Apple Pay přenášet, shromažďovat, spravovat, zpracovávat a využívat všechna výše uvedená data.

### 4. Zabezpečení; ztracená a zablokovaná zařízení

Ve službě Apple Pay se ukládají virtuální ekvivalenty vašich podporovaných karet, které je třeba chránit stejně, jako chráníte svou hotovost a své fyzické kreditní, debetní a odměnové karty a dárkové poukázky. Poskytnete-li přístupový kód ke svému zařízení jiné osobě nebo umožníte-li jí přidat její otisk prstu nebo tváře do databáze Touch ID nebo Face ID na vašem zařízení, tato osoba tím může získat možnost provádět z vašeho zařízení platby prostřednictvím služby Apple Pay, odesílat, požádat a přijímat osobní platby, vybírat peníze z vaší karty Apple Pay Cash a přijímat či uplatňovat odměny a kredity. Za zachování bezpečnosti vašeho zařízení a přístupového kódu odpovídáte výhradně vy. Souhlasíte s tím, že společnost Apple neponese žádnou zodpovědnost, pokud své zařízení ztratíte nebo k nim umožníte přístup třetí osobě. Souhlasíte s tím, že společnost Apple neponese žádnou odpovědnost, pokud v systému iOS provedete jakékoli neautorizované úpravy (například prostřednictvím tzv. „jailbreaku").

Pro získání přístupu k některým funkcím služby Apple Pay, mimo jiné ke kartě Apple Pay Cash a k osobním platbám prostřednictvím Apple Pay, může být nezbytné, abyste si aktivovali posílená bezpečnostní opatření, například dvoufaktorové ověřování vašeho Apple ID. Pokud tyto bezpečnostní funkce následně deaktivujete, můžete tím přístup k některým funkcím služby Apple Pay ztratit.

Dojde-li ke ztrátě nebo krádeži vašeho zařízení a máte-li aktivovanou funkci Hledat iPhone, můžete se jejím prostřednictvím pokusit v daném zařízení pozastavit možnost placení pomocí podporovaných virtuálních platebních karet a zasílání osobních plateb tím, že zařízení přepnete do režimu Ztraceno. Další možností je zařízení vymazat, přičemž dojde k pokusu pozastavit v zařízení možnost placení pomocí podporovaných virtuálních platebních karet a zasílání osobních plateb a také k pokusu o odebrání karet aktivovaných pro Apple Pay. Současně byste se však v zájmu zabránění neoprávněnému přístupu k vašim podporovaným kartám měli obrátit na vydavatele vašich podporovaných platebních karet, na obchodníky, kteří vám poskytli vaše karty aktivované pro Apple Pay, a v případě karty Apple Pay Cash také na společnost Apple.

Souhlasíte s tím, že pokud ohlásíte podvod nebo zneužití nebo bude-li mít společnost Apple na takové jednání podezření, poskytnete jí při vyšetřování spolupráci a přijmete jí doporučená opatření.

**5. Omezení odpovědnosti**

KROMĚ ODMÍTNUTÍ ZÁRUK A OMEZENÍ ZODPOVĚDNOSTI, JAK JSOU UVEDENY V TEXTU LICENCE, SPOLEČNOST APPLE DÁLE NEPŘIJÍMÁ ŽÁDNOU ODPOVĚDNOST ZA NÁKUPY, PLATBY, TRANSAKCE A DALŠÍ OBCHODNÍ AKTIVITY USKUTEČNĚNÉ PROSTŘEDNICTVÍM SLUŽBY APPLE PAY. SOUHLASÍTE S TÍM, ŽE PŘI ŘEŠENÍ JAKÝCHKOLI OTÁZEK ČI SPORŮ, KTERÉ SE TÝKAJÍ VAŠICH PODPOROVANÝCH KARET, OSOBNÍCH PLATEB A SOUVISEJÍCÍ OBCHODNÍ AKTIVITY, SE BUDETE OPÍRAT VÝHRADNĚ O SMLOUVY UZAVŘENÉ S PŘÍSLUŠNÝM VYDAVATELEM KARTY, PLATEBNÍ SÍTÍ, FINANČNÍ INSTITUCÍ NEBO OBCHODNÍKEM.

— — — — — — — — — — —
**UPOZORNĚNÍ SPOLEČNOSTI APPLE**
Souhlasíte s tím, že pokud se na vás společnost Apple bude potřebovat obrátit v souvislosti s vaším produktem nebo účtem, budou vám příslušná upozornění zaslána e-mailem. Souhlasíte s tím, že veškerá taková upozornění, která vám budou zaslána elektronicky, budou splňovat veškeré právní požadavky na komunikaci.

ΕΛΛΗΝΙΚΑ

ΣΗΜΑΝΤΙΚΟ: Η ΑΠΟ ΜΕΡΟΥΣ ΣΑΣ ΧΡΗΣΗ ΤΟΥ iPHONE, iPAD Ή iPOD TOUCH («ΣΥΣΚΕΥΗ iOS») ΣΥΝΕΠΑΓΕΤΑΙ ΤΗΝ ΑΠΟΔΟΧΗ ΤΩΝ ΠΑΡΑΚΑΤΩ ΟΡΩΝ:

A.   ΑΔΕΙΑ ΧΡΗΣΗΣ ΛΟΓΙΣΜΙΚΟΥ iOS ΤΗΣ APPLE
B.    ΠΡΟΣΘΕΤΟΙ ΟΡΟΙ ΓΙΑ ΤΟ APPLE PAY
Γ.   ΕΙΔΟΠΟΙΗΣΕΙΣ ΑΠΟ ΤΗΝ APPLE

APPLE INC.
ΑΔΕΙΑ ΧΡΗΣΗΣ ΛΟΓΙΣΜΙΚΟΥ iOS ΤΗΣ APPLE
Άδεια χρήσης σε μεμονωμένη συσκευή

ΔΙΑΒΑΣΤΕ ΠΡΟΣΕΚΤΙΚΑ ΤΗΝ ΠΑΡΟΥΣΑ ΣΥΜΒΑΣΗ ΑΔΕΙΑΣ ΧΡΗΣΗΣ ΛΟΓΙΣΜΙΚΟΥ («ΑΔΕΙΑ ΧΡΗΣΗΣ») ΠΡΙΝ ΧΡΗΣΙΜΟΠΟΙΗΣΕΤΕ ΤΗ ΣΥΣΚΕΥΗ iOS ΣΑΣ Ή ΠΡΑΓΜΑΤΟΠΟΙΗΣΕΤΕ ΛΗΨΗ ΤΗΣ ΕΝΗΜΕΡΩΣΗΣ ΛΟΓΙΣΜΙΚΟΥ ΠΟΥ ΣΥΝΟΔΕΥΕΙ ΤΗΝ ΠΑΡΟΥΣΑ ΑΔΕΙΑ ΧΡΗΣΗΣ. Η ΧΡΗΣΗ ΤΗΣ ΣΥΣΚΕΥΗΣ iOS ΚΑΘΩΣ ΚΑΙ Η ΛΗΨΗ ΤΗΣ ΕΝΗΜΕΡΩΣΗΣ ΛΟΓΙΣΜΙΚΟΥ, ΚΑΤΑ ΠΕΡΙΠΤΩΣΗ, ΣΥΝΕΠΑΓΟΝΤΑΙ ΤΗΝ ΑΠΟΔΟΧΗ ΤΩΝ ΟΡΩΝ ΤΗΣ ΠΑΡΟΥΣΑΣ ΑΔΕΙΑΣ ΧΡΗΣΗΣ. ΑΝ ΔΕΝ ΣΥΜΦΩΝΕΙΤΕ ΜΕ ΤΟΥΣ ΟΡΟΥΣ ΤΗΣ ΠΑΡΟΥΣΑΣ ΑΔΕΙΑΣ ΧΡΗΣΗΣ, ΜΗ ΧΡΗΣΙΜΟΠΟΙΗΣΕΤΕ ΤΗ ΣΥΣΚΕΥΗ iOS ΚΑΙ ΜΗΝ ΠΡΑΓΜΑΤΟΠΟΙΗΣΕΤΕ ΛΗΨΗ ΤΗΣ ΕΝΗΜΕΡΩΣΗΣ ΛΟΓΙΣΜΙΚΟΥ.

ΑΝ ΑΓΟΡΑΣΑΤΕ ΠΡΟΣΦΑΤΑ ΜΙΑ ΣΥΣΚΕΥΗ iOS ΚΑΙ ΔΕΝ ΣΥΜΦΩΝΕΙΤΕ ΜΕ ΤΟΥΣ ΟΡΟΥΣ ΤΗΣ ΑΔΕΙΑΣ ΧΡΗΣΗΣ, ΜΠΟΡΕΙΤΕ ΝΑ ΕΠΙΣΤΡΕΨΕΤΕ ΤΗ ΣΥΣΚΕΥΗ iOS ΕΝΤΟΣ ΤΗΣ ΠΡΟΘΕΣΜΙΑΣ ΕΠΙΣΤΡΟΦΗΣ ΣΤΟ APPLE STORE Ή ΣΤΟΝ ΕΞΟΥΣΙΟΔΟΤΗΜΕΝΟ ΔΙΑΝΟΜΕΑ ΑΠΟ ΟΠΟΥ ΤΗΝ ΠΡΟΜΗΘΕΥΤΗΚΑΤΕ ΚΑΙ ΝΑ ΛΑΒΕΤΕ ΕΠΙΣΤΡΟΦΗ ΧΡΗΜΑΤΩΝ, ΣΥΜΦΩΝΑ ΜΕ ΤΗΝ ΠΟΛΙΤΙΚΗ ΕΠΙΣΤΡΟΦΩΝ ΤΗΣ APPLE, ΠΟΥ ΠΑΡΑΤΙΘΕΤΑΙ ΣΤΗ ΔΙΕΥΘΥΝΣΗ https://www.apple.com/legal/sales_policies/.

**1. Γενικά.**
(α) Το λογισμικό (συμπεριλαμβανομένων του κώδικα Boot ROM, ενσωματωμένου λογισμικού και λογισμικού τρίτων), τα έγγραφα τεκμηρίωσης, οι διεπαφές, το περιεχόμενο, οι γραμματοσειρές και οποιαδήποτε δεδομένα που παρέχονται μαζί με τη Συσκευή iOS σας («Γνήσιο λογισμικό iOS»), όπως ενδέχεται να ενημερωθούν ή να αντικατασταθούν μέσω βελτιώσεων δυνατοτήτων, ενημερώσεων του λογισμικού ή λογισμικού επαναφοράς του συστήματος που παρέχεται από την Apple («Ενημερώσεις λογισμικού iOS»), είτε σε μνήμη μόνο για ανάγνωση (μνήμη ROM) είτε σε οποιοδήποτε άλλο μέσο είτε σε οποιαδήποτε άλλη μορφή (το Γνήσιο λογισμικό iOS και οι Ενημερώσεις λογισμικού iOS αναφέρονται από κοινού ως το «Λογισμικό iOS»), δεν πωλούνται σε εσάς από την Apple Inc. (η «Apple») αλλά σας παρέχονται για χρήση μόνο σύμφωνα με τους όρους της παρούσας Άδειας χρήσης. Η Apple και οι δικαιοπάροχοί της διατηρούν την κυριότητα του ίδιου του λογισμικού iOS και επιφυλάσσονται όλων των δικαιωμάτων που δεν σας παραχωρούνται ρητώς. Συμφωνείτε ότι οι όροι της παρούσας Άδειας χρήσης θα ισχύουν για οποιαδήποτε εφαρμογή της Apple που μπορεί να είναι ενσωματωμένη στη Συσκευή iOS σας, εκτός κι αν τυχόν τέτοια εφαρμογή συνοδεύεται από ξεχωριστή άδεια χρήσης. Σε τέτοια περίπτωση, συμφωνείτε ότι οι όροι της ξεχωριστής άδειας χρήσης θα διέπουν τη χρήση της εν λόγω εφαρμογής.

(β) Η Apple, σύμφωνα με τη διακριτική της ευχέρεια, μπορεί να καταστήσει διαθέσιμες μελλοντικές Ενημερώσεις λογισμικού iOS. Οι Ενημερώσεις λογισμικού iOS, αν υπάρχουν, δεν είναι απαραίτητο να περιλαμβάνουν όλα τα υπάρχοντα χαρακτηριστικά λογισμικού ή νέα χαρακτηριστικά που διαθέτει η Apple για νεότερα ή άλλα μοντέλα των Συσκευών iOS. Οι όροι της παρούσας Άδειας χρήσης θα διέπουν οποιεσδήποτε Ενημερώσεις iOS που παρέχει η Apple, εκτός αν μια τέτοια Ενημέρωση λογισμικού iOS συνοδεύεται από ξεχωριστή άδεια, στην οποία περίπτωση συμφωνείτε ότι θα ισχύουν οι όροι της συγκεκριμένης άδειας.

(γ) Αν χρησιμοποιήσετε τη δυνατότητα γρήγορης διαμόρφωσης για τη διαμόρφωση μιας νέας Συσκευής iOS με βάση την υπάρχουσα Συσκευή iOS σας, συμφωνείτε ότι οι όροι της παρούσας Άδειας χρήσης θα διέπουν την από μέρους σας χρήση του Λογισμικού iOS στη νέα Συσκευή iOS σας, εκτός κι συνοδεύεται από ξεχωριστή άδεια, στην οποία περίπτωση συμφωνείτε ότι οι όροι της συγκεκριμένης άδειας θα διέπουν την από μέρους σας χρήση του εν λόγω Λογισμικού iOS.

**2. Επιτρεπόμενες χρήσεις και περιορισμοί της Άδειας χρήσης.**
(α) Σύμφωνα με τους όρους και τις προϋποθέσεις της παρούσας Άδειας χρήσης, σας παραχωρείται περιορισμένη, μη αποκλειστική άδεια να χρησιμοποιείτε το Λογισμικό iOS σε μία μόνο Συσκευή iOS της Apple. Εκτός όπως επιτρέπεται στην Ενότητα 2 (β) κατωτέρω, και εκτός αν παρέχεται σε ξεχωριστή σύμβαση μεταξύ ημών και της Apple, η παρούσα Άδεια χρήσης δεν επιτρέπει το Λογισμικό iOS να υπάρχει ταυτόχρονα σε περισσότερες από μία Συσκευές iOS της Apple, και δεν μπορείτε να διανείμετε ή να καταστήσετε διαθέσιμο το Λογισμικό iOS μέσω ενός δικτύου όπου θα μπορούσε να χρησιμοποιηθεί από περισσότερες συσκευές ταυτόχρονα. Η παρούσα Άδεια χρήσης δεν σας παρέχει οποιοδήποτε δικαίωμα να χρησιμοποιείτε τις ιδιόκτητες διεπαφές της Apple ή άλλη πνευματική ιδιοκτησία που ανήκει αποκλειστικά στην Apple, για τον σχεδιασμό, την ανάπτυξη, την κατασκευή, την παραχώρηση άδειας χρήσης ή τη διανομή συσκευών ή παρελκόμενων τρίτων και παρελκόμενων ή εφαρμογών λογισμικού τρίτων για χρήση με Συσκευές iOS. Ορισμένα από αυτά τα δικαιώματα παραχωρούνται από την Apple βάσει ξεχωριστών αδειών χρήσης. Περισσότερες πληροφορίες σχετικά με την ανάπτυξη συσκευών και παρελκόμενων τρίτων για Συσκευές iOS, επισκεφθείτε τη διεύθυνση https://developer.apple.com/programs/mfi/. Για περισσότερες πληροφορίες σχετικά με την ανάπτυξη εφαρμογών λογισμικού για Συσκευές iOS, επισκεφθείτε τη διεύθυνση https://developer.apple.com.

(β) Σύμφωνα με τους όρους και τις προϋποθέσεις της παρούσας Άδειας χρήσης, σας παραχωρείται περιορισμένη, μη αποκλειστική άδεια λήψης των Ενημερώσεων λογισμικού iOS που μπορεί να διατίθενται από την Apple για το δικό σας μοντέλο της Συσκευής iOS για ενημέρωση ή επαναφορά λογισμικού σε οποιαδήποτε τέτοια Συσκευή iOS που βρίσκεται υπό την κυριότητα ή τον έλεγχό σας. Η παρούσα Άδεια χρήσης δεν σας επιτρέπει να πραγματοποιείτε ενημέρωση ή επαναφορά σε Συσκευές iOS που δεν βρίσκονται υπό την κυριότητα ή τον έλεγχό σας, και δεν μπορείτε να διανείμετε ή να διαθέσετε Ενημερώσεις λογισμικού iOS μέσω ενός δικτύου όπου θα μπορούσαν να χρησιμοποιηθούν από περισσότερες συσκευές ή περισσότερους ηλεκτρονικούς υπολογιστές ταυτόχρονα. Εάν πραγματοποιήσετε λήψη της Ενημέρωσης λογισμικού iOS στον υπολογιστή σας, μπορείτε να δημιουργήσετε ένα αντίγραφο των Ενημερώσεων λογισμικού iOS που είναι αποθηκευμένες στον υπολογιστή σας σε μορφή αναγνώσιμη από τον υπολογιστή, μόνο για σκοπούς δημιουργίας εφεδρικών αντιγράφων, υπό την προϋπόθεση ότι το εφεδρικό αντίγραφο θα περιλαμβάνει όλες τις δηλώσεις πνευματικών δικαιωμάτων ή άλλων αποκλειστικών δικαιωμάτων που περιλαμβάνονται στο πρωτότυπο.

(γ) Στον βαθμό που η Apple έχει προεγκαταστήσει εφαρμογές Apple από το App Store στη Συσκευή iOS σας κατά την αγορά («Προεγκατεστημένες εφαρμογές»), θα χρειαστεί να πραγματοποιήσετε είσοδο στο App Store και να συσχετίσετε αυτές τις Προεγκατεστημένες εφαρμογές με τον λογαριασμό σας στο App Store για να μπορείτε να τις χρησιμοποιείτε στη Συσκευή iOS σας. Όταν συσχετίσετε μια Προεγκατεστημένη εφαρμογή με τον λογαριασμό σας στο App Store, παράλληλα θα συσχετιστούν αυτόματα και όλες οι άλλες Προεγκατεστημένες εφαρμογές στη Συσκευή iOS σας. Αν επιλέξετε να συσχετίσετε τις Προεγκατεστημένες εφαρμογές με τον λογαριασμό σας στο App Store, συμφωνείτε ότι η Apple θα μπορεί να μεταδίδει, να συλλέγει, να διατηρεί, να επεξεργάζεται και να χρησιμοποιεί και το Apple ID που χρησιμοποιείται στον λογαριασμό σας στο App Store και ένα μοναδικό αναγνωριστικό υλισμικού που θα συλλεχθεί από τη Συσκευή iOS σας, ως μοναδικά αναγνωριστικά λογαριασμού για να επαληθεύσει την καταλληλότητα του αιτήματός σας και για να σας παρέχει πρόσβαση στις Προεγκατεστημένες εφαρμογές μέσω του App Store. Αν δεν επιθυμείτε να χρησιμοποιήσετε μια Προεγκατεστημένη εφαρμογή, μπορείτε να τη διαγράψετε από τη Συσκευή iOS σας ανά πάσα στιγμή.

(δ) Δεν σας επιτρέπεται και συμφωνείτε να μην προβείτε σε καμία από τις παρακάτω ενέργειες ούτε να

παράσχετε σε άλλους τη δυνατότητα να προβούν σε αυτές: αντιγραφή (εκτός αν επιτρέπεται ρητώς από την παρούσα Άδεια χρήσης), αποσυμπίληση (decompilation), ανάστροφη μηχανίκευση (reverse engineering), αποσυναρμολόγηση επανάκτηση του πηγαίου κώδικα, αποκρυπτογράφηση, τροποποίηση ή δημιουργία παραγώγων έργων του Λογισμικού iOS ή οποιωνδήποτε υπηρεσιών που παρέχονται από το Λογισμικό iOS, ή οποιουδήποτε μέρους αυτού (εκτός αν και στον βαθμό που οποιοσδήποτε από τους ανωτέρω περιορισμούς απαγορεύεται από το εφαρμοστέο δίκαιο ή τους όρους αδειοδότησης που διέπουν τη χρήση των στοιχείων ανοικτού κώδικα που μπορεί να περιλαμβάνονται στο Λογισμικό iOS).

(ε) Το Λογισμικό iOS μπορεί να χρησιμοποιηθεί για την αναπαραγωγή υλικού εφόσον αυτή η χρήση περιορίζεται στην αναπαραγωγή υλικού που δεν προστατεύεται από πνευματικά δικαιώματα, υλικού για το οποίο κατέχετε πνευματικά δικαιώματα ή υλικού που είστε εξουσιοδοτημένος ή έχετε εκ του νόμου την άδεια να αναπαραγάγετε. Τα δικαιώματα πνευματικής ιδιοκτησίας και τίτλων κάθε περιεχομένου που εμφανίζεται από, αποθηκεύεται σε ή στο οποίο γίνεται πρόσβαση μέσω της Συσκευής iOS σας ανήκουν στον αντίστοιχο κάτοχο περιεχομένου. Το εν λόγω περιεχόμενο μπορεί να προστατεύεται από πνευματικά δικαιώματα ή άλλους νόμους και συνθήκες περί πνευματικής ιδιοκτησίας, και μπορεί να υπόκειται στους όρους χρήσης του τρίτου μέρους που παρέχει το εν λόγω περιεχόμενο. Εκτός αν προβλέπεται άλλως στο παρόν, η παρούσα Άδεια χρήσης δεν σας παραχωρεί δικαιώματα χρήσης τέτοιου περιεχομένου ούτε σας εγγυάται ότι το εν λόγω περιεχόμενο θα συνεχίσει να είναι διαθέσιμο σε εσάς.

(στ) Συμφωνείτε να χρησιμοποιείτε το Λογισμικό και τις Υπηρεσίες iOS (όπως ορίζονται στην Ενότητα 5 παρακάτω) σύμφωνα με όλες τις ισχύουσες νομοθεσίες, περιλαμβάνοντας τις τοπικές νομοθεσίες της χώρας ή της περιοχής στην οποία κατοικείτε ή στην οποία πραγματοποιήσατε λήψη ή χρησιμοποιείτε το Λογισμικό και τις Υπηρεσίες iOS. Οι δυνατότητες του Λογισμικού και των Υπηρεσιών iOS μπορεί να μην είναι διαθέσιμες σε όλες τις γλώσσες ή περιοχές. Κάποιες δυνατότητες μπορεί να διαφέρουν ανά περιοχή και κάποιες μπορεί να έχουν περιοριστεί ή να έχουν καταστεί μη διαθέσιμες από τον πάροχο υπηρεσιών σας. Απαιτείται σύνδεση μέσω Wi-Fi ή κινητού δικτύου δεδομένων για κάποιες δυνατότητες του Λογισμικού και των Υπηρεσιών iOS.

(ζ) Η χρήση του App Store απαιτεί έναν μοναδικό συνδυασμό ονόματος χρήστη και συνθηματικού, γνωστό ως Apple ID. Το Apple ID απαιτείται επίσης για την πρόσβαση σε ενημερώσεις εφαρμογών και ορισμένες δυνατότητες του Λογισμικού και των Υπηρεσιών iOS.

(η) Αναγνωρίζετε ότι πολλές δυνατότητες, ενσωματωμένες εφαρμογές και Υπηρεσίες του Λογισμικού iOS μεταδίδουν δεδομένα και μπορούν να επιφέρουν χρεώσεις στο πρόγραμμα δεδομένων σας, και εσείς είστε ο υπεύθυνος για οποιεσδήποτε τέτοιες χρεώσεις. Μπορείτε να προβάλλετε και να ελέγχετε τις εφαρμογές στις οποίες θα επιτρέπεται η χρήση δεδομένων κινητού δικτύου και να εμφανίζετε μια εκτίμηση της κατανάλωσης δεδομένων αυτών των εφαρμογών στις ρυθμίσεις Δεδομένων. Για περισσότερες πληροφορίες, συμβουλευτείτε τον Οδηγό χρήσης για τη Συσκευή iOS σας.

(θ) Αν επιλέξετε να επιτρέψετε τις αυτόματες ενημερώσεις εφαρμογών, η Συσκευή iOS σας θα ελέγχει περιοδικά τους διακομιστές της Apple για ενημερώσεις των εφαρμογών που βρίσκονται στη συσκευή σας και, αν διατίθεται ενημέρωση, θα πραγματοποιείται αυτόματη λήψη και εγκατάσταση της ενημέρωσης στη συσκευή σας. Μπορείτε να απενεργοποιήσετε τις αυτόματες ενημερώσεις εφαρμογών εντελώς ανά πάσα στιγμή. Για να το κάνετε αυτό, μεταβείτε στις «Ρυθμίσεις», αγγίξτε «iTunes και App Store», και μετά στις «Αυτόματες λήψεις» απενεργοποιήστε τις «Ενημερώσεις».

(ι) Σε κάποιες περιπτώσεις, η χρήση της Συσκευής iOS σας μπορεί να σας αποσπάσει την προσοχή και να προκαλέσει επικίνδυνες καταστάσεις (για παράδειγμα, να αποφεύγετε την πληκτρολόγηση μηνυμάτων κειμένου όταν οδηγείτε αυτοκίνητο ή τη χρήση ακουστικών όταν κάνετε ποδήλατο). Χρησιμοποιώντας της Συσκευή iOS σας, αποδέχεστε ότι είστε υπεύθυνοι για την τήρηση κανόνων που απαγορεύουν ή περιορίζουν τη χρήση κινητών τηλεφώνων ή ακουστικών [όπως, για παράδειγμα, η απαίτηση χρήσης επιλογών συνομιλίας σε ανοιχτή ακρόαση (hands-free) για πραγματοποίηση κλήσεων κατά την οδήγηση].

**3. Μεταβίβαση.** Δεν επιτρέπονται η εκμίσθωση, η χρονομίσθωση, ο δανεισμός, η αναδιανομή ή η υποαδειοδότηση του Λογισμικού iOS. Μπορείτε, ωστόσο, να προβείτε σε μία μοναδική, μόνιμη μεταβίβαση όλων των δικαιωμάτων χρήσης σας επί του Λογισμικού iOS σε τρίτο πρόσωπο, σε περίπτωση μεταβίβασης κυριότητας της Συσκευής iOS σας, υπό την προϋπόθεση ότι: (α) Η μεταβίβαση θα περιλαμβάνει οπωσδήποτε τη Συσκευή iOS σας και το σύνολο του Λογισμικού iOS, συμπεριλαμβανομένων όλων των συστατικών μερών του και της παρούσας Άδειας χρήσης, (β) δεν θα διατηρήσετε οποιαδήποτε πλήρη ή μερικά αντίγραφα του Λογισμικού iOS, συμπεριλαμβανομένων των αντιγράφων που είναι αποθηκευμένα σε ηλεκτρονικό υπολογιστή ή άλλη συσκευή αποθήκευσης, και (γ) το πρόσωπο που θα λάβει το Λογισμικό iOS θα διαβάσει και θα συμφωνήσει ότι αποδέχεται τους όρους της παρούσας Άδειας χρήσης.

**4. Συναίνεση για τη χρήση δεδομένων.** Όταν χρησιμοποιείτε τη συσκευή σας, ο αριθμός τηλεφώνου σας και συγκεκριμένα μοναδικά αναγνωριστικά της Συσκευής iOS σας στέλνονται στην Apple ώστε να επιτρέπεται σε άλλους να επικοινωνούν μαζί σας με τον αριθμό τηλεφώνου σας όταν χρησιμοποιείτε διάφορες δυνατότητες επικοινωνίας του Λογισμικού iOS, όπως το iMessage και το FaceTime. Όταν χρησιμοποιείτε το iMessage, η Apple μπορεί να διατηρεί τα μηνύματά σας σε κρυπτογραφημένη μορφή για περιορισμένη χρονική περίοδο για διασφάλιση της παράδοσής τους. Μπορείτε να απενεργοποιήσετε το FaceTime ή το iMessage μεταβαίνοντας στις ρυθμίσεις του FaceTime ή των Μηνυμάτων στη Συσκευή iOS σας. Ορισμένες δυνατότητες, όπως η Ανάλυση, οι Υπηρεσίες τοποθεσίας, το Siri και η Υπαγόρευση μπορεί να απαιτούν πληροφορίες από τη Συσκευή iOS για σκοπούς παροχής των αντίστοιχων λειτουργιών τους. Όταν ενεργοποιείτε ή χρησιμοποιείτε αυτές τις δυνατότητες, θα παρέχονται λεπτομέρειες σχετικά με τις πληροφορίες που αποστέλλονται στην Apple και τον πιθανό τρόπο χρήσης αυτών των πληροφοριών. Μπορείτε να μάθετε περισσότερες λεπτομέρειες μεταβαίνοντας στη διεύθυνση https://www.apple.com/privacy/. Οι πληροφορίες σας θα αντιμετωπίζονται πάντα σύμφωνα με τα όσα ορίζονται στην Πολιτική απορρήτου της Apple, την οποία μπορείτε να διαβάσετε στη διεύθυνση: https://www.apple.com/legal/privacy/.

**5. Υπηρεσίες και υλικό τρίτων.**
(α) Το Λογισμικό iOS μπορεί να επιτρέπει την πρόσβαση στα iTunes Store, App Store, iBooks Store, Game Center, iCloud και τους Χάρτες της Apple καθώς και σε άλλες υπηρεσίες και ιστότοπους της Apple και τρίτων (από κοινού και χωριστά «οι Υπηρεσίες»). Τέτοιες Υπηρεσίες ενδέχεται να μη διατίθενται σε όλες τις γλώσσες ή σε όλες τις χώρες. Η χρήση αυτών των Υπηρεσιών προϋποθέτει πρόσβαση στο Διαδίκτυο και η χρήση ορισμένων Υπηρεσιών ενδέχεται να απαιτεί Apple ID, να προϋποθέτει την από μέρους σας αποδοχή πρόσθετων όρων και να υπόκειται σε πρόσθετες χρεώσεις. Η χρήση αυτού του λογισμικού σε σχέση με ένα Apple ID ή άλλη Υπηρεσία Apple, συνεπάγεται την από μέρους σας αποδοχή των ισχυόντων όρων υπηρεσίας για τη συγκεκριμένη Υπηρεσία, όπως π.χ. οι πιο πρόσφατοι Όροι και προϋποθέσεις των Υπηρεσιών πολυμέσων Apple για τη χώρα όπου προσπελάζετε τέτοιες Υπηρεσίες, τους οποίους μπορείτε να βρείτε και να διαβάσετε στη διεύθυνση https://www.apple.com/legal/internet-services/itunes/ww/.

(β) Αν εγγραφείτε για το iCloud, μπορείτε να αποκτήσετε πρόσβαση σε ορισμένες δυνατότητες, όπως οι «Βιβλιοθήκη φωτογραφιών iCloud», «Η ροή φωτό μου», «Κοινή χρήση φωτογραφιών iCloud», «Δημιουργία εφεδρικού αντιγράφου» και «Εύρεση iPhone», απευθείας από το Λογισμικό iOS. Αναγνωρίζετε και συμφωνείτε ότι η χρήση σας του iCloud και αυτών των δυνατοτήτων υπόκειται στους πιο πρόσφατους όρους και προϋποθέσεις της υπηρεσίας iCloud, τους οποίους μπορείτε να προσπελάσετε και να διαβάσετε στη διεύθυνση: https://www.apple.com/legal/internet-services/icloud/ww/.

(γ) <u>Περιεχόμενο στην εφαρμογή News</u>. Η από μέρους σας χρήση περιεχομένου που προσπελάζετε μέσω της εφαρμογής News περιορίζεται αποκλειστικά σε προσωπική, μη εμπορική χρήση, δεν μεταφέρει κανένα δικαίωμα ιδιοκτησίας σε εσάς ως προς το περιεχόμενο, και συγκεκριμένα εξαιρεί, χωρίς

περιορισμό, τυχόν δικαιώματα για εμπορική ή προωθητική χρήση του εν λόγω περιεχομένου. Επιπλέον, απαγορεύεται η αναδημοσίευση, η αναμετάδοση και η αναπαραγωγή τυχόν εικόνων τις οποίες προσπελάζετε ως μεμονωμένα αρχεία μέσω του News.

(δ) <u>Χάρτες</u>. Η υπηρεσία και οι δυνατότητες χαρτών του Λογισμικού iOS («Χάρτες»), συμπεριλαμβανομένης της κάλυψης δεδομένων χαρτών, μπορεί να διαφέρει ανά περιοχή. Όταν χρησιμοποιείτε οποιεσδήποτε δυνατότητες βάσει τοποθεσίας στους Χάρτες, όπως π.χ. η λεπτομερής πλοήγηση, η οδική κίνηση και η τοπική αναζήτηση, μπορεί να αποστέλλονται στην Apple ποικίλες πληροφορίες σχετικές με την τοποθεσία και τη χρήση, συμπεριλαμβανομένης της γεωγραφικής τοποθεσίας σε πραγματικό χρόνο της Συσκευής iOS σας, για την επεξεργασία του αιτήματός σας και τη βελτίωση των Χαρτών. Αυτές οι πληροφορίες τοποθεσίας και χρήσης συλλέγονται από την Apple σε μορφή που δεν αποκαλύπτει την ταυτότητά σας. **Με τη χρήση των Χαρτών από μέρους σας, αποδέχεστε και συναινείτε ως προς τη μετάδοση, συλλογή, διατήρηση, επεξεργασία και χρήση αυτών των πληροφοριών από την Apple, τους συνεργάτες και τους αντιπροσώπους της, για την παροχή και τη βελτίωση των δυνατοτήτων και της υπηρεσίας Χαρτών, καθώς και άλλων προϊόντων και υπηρεσιών της Apple.** Η Apple μπορεί επίσης να παρέχει αυτές τις πληροφορίες, είτε σε συγκεντρωτική ή μη ταυτοποιήσιμη μορφή, στους συνεργάτες και δικαιοπαρόχους της με σκοπό τη βελτίωση των προϊόντων και υπηρεσιών χαρτών και τοποθεσίας τους. Μπορείτε να απενεργοποιήσετε τη λειτουργικότητα βάσει τοποθεσίας των Χαρτών μεταβαίνοντας στη ρύθμιση «Υπηρεσίες τοποθεσίας» στη Συσκευή iOS και απενεργοποιώντας τη μεμονωμένη ρύθμιση τοποθεσίας για τους Χάρτες. Ορισμένες λειτουργίες των Χαρτών δεν θα είναι διαθέσιμες εάν απενεργοποιήσετε τη ρύθμιση «Υπηρεσίες τοποθεσίας», όπως η λεπτομερής πλοήγηση.

(ε) <u>iBooks, Podcast</u>. Αν επιλέξετε να χρησιμοποιείτε τη δυνατότητα συγχρονισμού των εφαρμογών iBooks και Podcast για να συγχρονίζετε τους σελιδοδείκτες, τις σημειώσεις, τις συλλογές και τα δεδομένα συνδρομών σας σε podcast στις Συσκευές iOS και τους υπολογιστές σας, αναγνωρίζετε ότι τα εν λόγω δεδομένα θα αποστέλλονται στην Apple και θα αποθηκεύονται σε συνδυασμό με το Apple ID που χρησιμοποιείτε για το iBooks Store ή το iTunes Store, με σκοπό τον συγχρονισμό αυτών των δεδομένων στις άλλες συσκευές και υπολογιστές σας, τα οποία έχετε εξουσιοδοτήσει για πρόσβαση σε περιεχόμενο μέσω του συγκεκριμένου Apple ID. Μπορείτε να απενεργοποιήσετε τον συγχρονισμό ανά πάσα στιγμή μεταβαίνοντας στις «Ρυθμίσεις» και αλλάζοντας τις επιλογές συγχρονισμού για τις εφαρμογές iBooks και Podcast αντίστοιχα.

(στ) Αντιλαμβάνεστε ότι κατά τη χρήση των Υπηρεσιών, ενδέχεται να συναντήσετε υλικό που θα μπορούσε να κριθεί προσβλητικό, άσεμνο ή ανάρμοστο, το οποίο υλικό ενδέχεται να έχει ή να μην έχει επισημανθεί ότι περιέχει άσεμνο λεξιλόγιο, και ότι τα αποτελέσματα οποιασδήποτε αναζήτησης ή η εισαγωγή μιας συγκεκριμένης διεύθυνσης URL ενδέχεται να παραγάγει αυτόματα και ακουσίως συνδέσμους ή αναφορές προς ανάρμοστο υλικό. Ωστόσο, αποδέχεστε να χρησιμοποιείτε τις Υπηρεσίες με αποκλειστικά δική σας ευθύνη και ότι η Apple, οι θυγατρικές, αντιπρόσωποι, εντολοδότες ή δικαιοπάροχοί της δεν φέρουν καμία ευθύνη απέναντί σας για περιεχόμενο που τυχόν κριθεί προσβλητικό, άσεμνο ή ανάρμοστο.

(ζ) Ορισμένες Υπηρεσίες ενδέχεται να παρουσιάζουν, να περιλαμβάνουν ή να καθιστούν διαθέσιμο περιεχόμενο, δεδομένα, πληροφορίες, εφαρμογές και υλικό από τρίτους («Υλικό τρίτων») ή να παρέχουν συνδέσμους προς ορισμένους ιστότοπους τρίτων. Χρησιμοποιώντας τις Υπηρεσίες, αναγνωρίζετε και αποδέχεστε ότι η Apple δεν έχει την ευθύνη να εξετάζει ή να αξιολογεί το περιεχόμενο, την ακρίβεια, την πληρότητα, την επικαιρότητα, την εγκυρότητα, τη συμμόρφωση με τους κανόνες πνευματικής ιδιοκτησίας, τη νομιμότητα, τη σεμνότητα, την ποιότητα ή οποιαδήποτε άλλη πλευρά αυτού του Υλικού τρίτων ή των ιστότοπων τρίτων. Η Apple, τα στελέχη της, οι συνδεδεμένες επιχειρήσεις και οι θυγατρικές της δεν εγγυώνται ούτε εγκρίνουν απαραιτήτως και δεν αναλαμβάνουν ούτε έχουν οποιαδήποτε ευθύνη απέναντι σε σας ή άλλα πρόσωπα για οποιεσδήποτε Υπηρεσίες τρίτων, Υλικό τρίτων ή ιστότοπους τρίτων, ή για οποιοδήποτε άλλο υλικό, προϊόντα ή υπηρεσίες τρίτων. Το Υλικό τρίτων και οι σύνδεσμοι

προς άλλους ιστότοπους παρέχονται αποκλειστικά ως διευκόλυνση προς εσάς.

(η) Ούτε η Apple ούτε οποιοσδήποτε από τους παρόχους περιεχομένου της εγγυώνται τη διαθεσιμότητα, την ακρίβεια, την πληρότητα, την αξιοπιστία ή την επικαιρότητα χρηματιστηριακών πληροφοριών, δεδομένων τοποθεσίας ή άλλων δεδομένων που εμφανίζονται από οποιεσδήποτε Υπηρεσίες. Οι οικονομικές πληροφορίες που παρουσιάζονται από οποιεσδήποτε Υπηρεσίες παρέχονται για σκοπούς γενικής πληροφόρησης μόνο και δεν πρέπει θεωρηθούν ως αξιόπιστες επενδυτικές συμβουλές. Πριν από την εκτέλεση οποιασδήποτε συναλλαγής κινητών αξιών με βάση πληροφορίες που αντλήθηκαν από τις Υπηρεσίες, συνιστάται να απευθύνεστε σε χρηματοοικονομικό σύμβουλο ή επαγγελματία χρεογράφων, ο οποίος είναι νομικά εξουσιοδοτημένος να παρέχει οικονομικές συμβουλές ή συμβουλές για χρεόγραφα στη χώρα ή στην περιοχή σας. Τα δεδομένα τοποθεσίας που παρέχονται από οποιεσδήποτε Υπηρεσίες, συμπεριλαμβανομένης της υπηρεσίας Χαρτών της Apple, παρέχονται μόνο για σκοπούς στοιχειώδους πλοήγησης και προγραμματισμού και δεν διατίθενται με σκοπό να αποτελέσουν αξιόπιστη πληροφόρηση σε περιπτώσεις όπου απαιτούνται ακριβείς πληροφορίες για τη θέση ή σε περιπτώσεις όπου τα εσφαλμένα, ανακριβή, καθυστερημένα ή ελλιπή δεδομένα τοποθεσίας ενδέχεται να οδηγήσουν σε θάνατο, σωματική βλάβη, περιουσιακή ζημία ή βλάβη στο περιβάλλον. Αποδέχεστε ότι τα αποτελέσματα που λαμβάνετε από την υπηρεσία Χαρτών μπορεί να ποικίλλουν από τις πραγματικές συνθήκες του δρόμου ή του εδάφους λόγω παραγόντων που μπορεί να επηρεάσουν την ακρίβεια των δεδομένων Χαρτών, όπως για παράδειγμα, χωρίς περιορισμό, ο καιρός, συνθήκες του δρόμου ή του εδάφους και γεωπολιτικά γεγονότα. Για την ασφάλειά σας κατά τη χρήση της δυνατότητας λεπτομερούς πλοήγησης, να προσέχετε πάντοτε τις οδικές πινακίδες και τις τρέχουσες οδικές συνθήκες. Να τηρείτε πρακτικές ασφαλούς οδήγησης και τον κώδικα οδικής κυκλοφορίας και να έχετε υπόψη σας ότι οι οδηγίες βαδίσματος μπορεί να μην περιλαμβάνουν πεζοδρόμια ή πεζόδρομους.

(θ) Στον βαθμό που αποστέλλετε τυχόν περιεχόμενο μέσω της χρήσης των Υπηρεσιών, δηλώνετε ότι κατέχετε όλα τα δικαιώματα αυτού του περιεχομένου, έχετε εξουσιοδότηση ή σας επιτρέπεται νομίμως με άλλο τρόπο η αποστολή του περιεχομένου και ότι το περιεχόμενο δεν παραβιάζει τυχόν όρους υπηρεσίας που ισχύουν για τις Υπηρεσίες. Αποδέχεστε ότι οι Υπηρεσίες περιλαμβάνουν περιεχόμενο, πληροφορίες και υλικό που ανήκει κατ' αποκλειστικότητα στην Apple, στον κάτοχο ιστότοπου ή στους δικαιοπαρόχους τους, και ότι προστατεύονται από την εφαρμοστέα νομοθεσία περί πνευματικής ιδιοκτησίας ή άλλη νομοθεσία, που περιλαμβάνει, μεταξύ άλλων, και τα πνευματικά δικαιώματα. Συμφωνείτε ότι δεν θα χρησιμοποιήσετε αυτό το περιεχόμενο, τις πληροφορίες και το υλικό που καλύπτεται από αποκλειστικά δικαιώματα με τρόπο πέραν της επιτρεπόμενης χρήσης των Υπηρεσιών ή με οποιονδήποτε τρόπο ο οποίος δεν συμφωνεί με τους όρους της παρούσας Άδειας ή ο οποίος παραβιάζει οποιαδήποτε πνευματικά δικαιώματα τρίτων μερών ή της Apple. Κανένα μέρος των Υπηρεσιών δεν επιτρέπεται να αναπαραχθεί με οποιαδήποτε μορφή ή οποιονδήποτε τρόπο. Συμφωνείτε να μην προβείτε σε τροποποίηση, εκμίσθωση, χρονομίσθωση, δανεισμό, πώληση, διανομή ή δημιουργία παράγωγων έργων, με βάση τις Υπηρεσίες με οποιονδήποτε τρόπο ή σε εκμετάλλευση των Υπηρεσιών με οποιονδήποτε τρόπο για τον οποίο δεν έχει χορηγηθεί άδεια, περιλαμβανομένης, ενδεικτικά, της χρήσης των Υπηρεσιών για τη μετάβιβαση ιών υπολογιστών, λογισμικών σκωλήκων, δούρειων ίππων ή άλλου κακόβουλου λογισμικού, ή της κατάχρησης ή επιβάρυνσης της χωρητικότητας του δικτύου. Επιπλέον, συμφωνείτε ότι δεν θα χρησιμοποιήσετε τις Υπηρεσίες με οποιονδήποτε τρόπο με σκοπό την παρενόχληση, την εξύβριση, την καταδίωξη, τη διατύπωση απειλών, την δυσφήμηση ή την με οποιονδήποτε άλλον τρόπο παραβίαση ή καταπάτηση των δικαιωμάτων οποιουδήποτε τρίτου, και ότι η Apple δεν ευθύνεται κατά κανένα τρόπο για τέτοια χρήση από μέρους σας, ούτε για οποιαδήποτε παρενοχλητικά, απειλητικά, δυσφημιστικά, προσβλητικά, παραβατικά ή παράνομα μηνύματα ή εκπομπές που τυχόν λάβετε ως αποτέλεσμα της χρήσης οποιασδήποτε από τις Υπηρεσίες.

(ι) Επιπροσθέτως, οι Υπηρεσίες και το Υλικό τρίτων που τυχόν είναι προσπελάσιμα, προς τα οποία υπάρχει σύνδεσμος ή εμφανίζονται στην οθόνη της Συσκευής iOS, δεν διατίθενται σε όλες τις γλώσσες ούτε σε όλες τις χώρες και περιοχές. Η Apple δεν προβαίνει σε καμία προσυμβατική δήλωση ότι αυτές οι Υπηρεσίες και το Υλικό τρίτων είναι κατάλληλα ή διαθέσιμα για χρήση σε οποιαδήποτε τοποθεσία. Εάν

επιλέξετε να χρησιμοποιήσετε ή να προσπελάσετε αυτές τις Υπηρεσίες και το Υλικό τρίτων, ενεργείτε με δική σας πρωτοβουλία και φέρετε την ευθύνη για τη συμμόρφωση με οποιουσδήποτε εφαρμοστέους νόμους, συμπεριλαμβανομένων, μεταξύ άλλων, της ισχύουσας τοπικής νομοθεσίας και των νόμων περί απορρήτου και συλλογής δεδομένων. Η κοινοποίηση ή ο συγχρονισμός φωτογραφιών μέσω της Συσκευής iOS σας μπορεί να οδηγήσει σε μετάδοση μεταδεδομένων, συμπεριλαμβανομένων της τοποθεσίας και της ημερομηνίας λήψης φωτογραφιών και στοιχείων βάθους, μαζί με τις φωτογραφίες. Η χρήση υπηρεσιών Apple (όπως η Βιβλιοθήκη φωτογραφιών iCloud) για κοινοποίηση ή συγχρονισμό τέτοιων φωτογραφιών θα συνεπάγεται τη λήψη και την αποθήκευση των εν λόγω μεταδεδομένων από την Apple. Η Apple και οι δικαιοπάροχοί της διατηρούν το δικαίωμα τροποποίησης, αναστολής, κατάργησης ή απενεργοποίησης της πρόσβασης σε οποιεσδήποτε Υπηρεσίες οποτεδήποτε και χωρίς προειδοποίηση. Η Apple σε καμία περίπτωση δεν φέρει ευθύνη για τυχόν κατάργηση ή απενεργοποίηση της πρόσβασης σε οποιεσδήποτε από τις Υπηρεσίες αυτές. Η Apple δύναται επίσης να επιβάλει όρια στη χρήση ορισμένων Υπηρεσιών ή στην πρόσβαση σε αυτές σε οποιαδήποτε περίπτωση και χωρίς προειδοποίηση ή ευθύνη.

**6**. Λύση της σύμβασης. Η παρούσα Άδεια χρήσης ισχύει μέχρι τη λύση της. Τα δικαιώματά σας δυνάμει της παρούσας Άδειας χρήσης αίρονται αυτόματα ή ειδάλλως παύουν να ισχύουν χωρίς προειδοποίηση από την Apple σε περίπτωση μη συμμόρφωσής σας με οποιονδήποτε όρο ή όρους της παρούσας Άδειας χρήσης. Μετά τη λύση της άδειας χρήσης οφείλετε να διακόψετε κάθε χρήση του Λογισμικού iOS. Οι ενότητες 4, 5, 6, 7, 8, 9, 12 και 13 της παρούσας Άδειας χρήσης εξακολουθούν να ισχύουν σε περίπτωση οποιουδήποτε εν λόγω τερματισμού.

**7. Αποποίηση εγγυήσεων.**
7.1    Αν είστε πελάτης που είναι καταναλωτής (κάποιος που χρησιμοποιεί το λογισμικό iOS εκτός της εργασίας, της επιχείρησης ή του επαγγέλματός του), μπορεί να έχετε νομικά δικαιώματα στη χώρα κατοικίας σας σύμφωνα με τα οποία απαγορεύεται η εφαρμογή των παρακάτω περιορισμών σε εσάς, και όπου ισχύει αυτή η απαγόρευση οι περιορισμοί αυτοί δεν θα ισχύουν για εσάς. Για να μάθετε περισσότερα σχετικά με τα δικαιώματα, επικοινωνήστε με έναν τοπικό οργανισμό ενημέρωσης πελατών.

7.2    ΡΗΤΩΣ ΔΗΛΩΝΕΤΕ ΚΑΙ ΑΠΟΔΕΧΕΣΤΕ ΟΤΙ, ΣΤΟΝ ΒΑΘΜΟ ΠΟΥ ΕΠΙΤΡΕΠΕΤΑΙ ΑΠΟ ΤΗΝ ΙΣΧΥΟΥΣΑ ΝΟΜΟΘΕΣΙΑ, Η ΧΡΗΣΗ ΤΟΥ ΛΟΓΙΣΜΙΚΟΥ ΚΑΙ ΤΥΧΟΝ ΥΠΗΡΕΣΙΩΝ ΠΟΥ ΕΚΤΕΛΟΥΝΤΑΙ Ή ΕΙΝΑΙ ΠΡΟΣΠΕΛΑΣΙΜΑ ΜΕΣΩ ΤΟΥ ΛΟΓΙΣΜΙΚΟΥ iOS, ΓΙΝΕΤΑΙ ΑΠΟΚΛΕΙΣΤΙΚΑ ΜΕ ΔΙΚΗ ΣΑΣ ΕΥΘΥΝΗ ΚΑΙ ΟΤΙ Η ΣΥΝΟΛΙΚΗ ΕΥΘΥΝΗ ΑΝΑΦΟΡΙΚΑ ΜΕ ΤΗΝ ΙΚΑΝΟΠΟΙΗΤΙΚΗ ΠΟΙΟΤΗΤΑ, ΑΠΟΔΟΣΗ, ΑΚΡΙΒΕΙΑ ΚΑΙ ΠΡΟΣΠΑΘΕΙΑ ΒΑΡΥΝΕΙ ΕΣΑΣ.

7.3    ΚΑΤΑ ΤΟΝ ΜΕΓΙΣΤΟ ΒΑΘΜΟ ΠΟΥ ΕΠΙΤΡΕΠΕΤΑΙ ΑΠΟ ΤΟ ΕΦΑΡΜΟΣΤΕΟ ΔΙΚΑΙΟ, ΤΟ ΛΟΓΙΣΜΙΚΟ iOS ΚΑΙ ΟΙ ΥΠΗΡΕΣΙΕΣ ΠΑΡΕΧΟΝΤΑΙ «ΩΣ ΕΧΟΥΝ» ΚΑΙ «ΕΦΟΣΟΝ ΔΙΑΤΙΘΕΝΤΑΙ», ΜΕ ΟΛΑ ΤΑ ΕΛΑΤΤΩΜΑΤΑ ΚΑΙ ΧΩΡΙΣ ΕΓΓΥΗΣΗ ΟΠΟΙΑΣΔΗΠΟΤΕ ΜΟΡΦΗΣ ΚΑΙ Η APPLE ΚΑΙ ΟΙ ΔΙΚΑΙΟΠΑΡΟΧΟΙ ΤΗΣ APPLE (ΚΑΛΟΥΜΕΝΟΙ ΑΠΟ ΚΟΙΝΟΥ «Η APPLE» ΓΙΑ ΤΟΥΣ ΣΚΟΠΟΥΣ ΤΩΝ ΠΑΡΑΓΡΑΦΩΝ 7 ΚΑΙ 8) ΔΙΑ ΤΟΥ ΠΑΡΟΝΤΟΣ ΑΠΟΠΟΙΟΥΝΤΑΙ ΟΠΟΙΕΣΔΗΠΟΤΕ ΕΓΓΥΗΣΕΙΣ ΚΑΙ ΠΡΟΫΠΟΘΕΣΕΙΣ ΑΝΑΦΟΡΙΚΑ ΜΕ ΤΟ ΛΟΓΙΣΜΙΚΟ ΚΑΙ ΤΙΣ ΥΠΗΡΕΣΙΕΣ iOS, ΕΙΤΕ ΕΙΝΑΙ ΡΗΤΕΣ, ΣΙΩΠΗΡΕΣ Ή ΕΚ ΤΟΥ ΝΟΜΟΥ, ΣΥΜΠΕΡΙΛΑΜΒΑΝΟΜΕΝΩΝ, ΕΝΔΕΙΚΤΙΚΑ, ΤΩΝ ΣΙΩΠΗΡΩΝ ΕΓΓΥΗΣΕΩΝ ΚΑΙ/Η ΠΡΟΫΠΟΘΕΣΕΩΝ ΕΜΠΟΡΕΥΣΙΜΟΤΗΤΑΣ, ΙΚΑΝΟΠΟΙΗΤΙΚΗΣ ΠΟΙΟΤΗΤΑΣ, ΚΑΤΑΛΛΗΛΟΤΗΤΑΣ ΓΙΑ ΣΥΓΚΕΚΡΙΜΕΝΟ ΣΚΟΠΟ, ΑΚΡΙΒΕΙΑΣ, ΑΔΙΑΤΑΡΑΚΤΗΣ ΚΑΤΟΧΗΣ ΚΑΙ ΧΡΗΣΗΣ ΚΑΙ ΜΗ ΠΑΡΑΒΙΑΣΗΣ ΤΩΝ ΔΙΚΑΙΩΜΑΤΩΝ ΤΡΙΤΩΝ.

7.4    Η APPLE ΔΕΝ ΕΓΓΥΑΤΑΙ ΟΤΙ ΔΕΝ ΘΑ ΥΠΑΡΞΕΙ ΔΙΑΤΑΡΑΞΗ ΤΗΣ ΧΡΗΣΗΣ ΤΟΥ ΛΟΓΙΣΜΙΚΟΥ ΚΑΙ ΤΩΝ ΥΠΗΡΕΣΙΩΝ iOS, ΟΤΙ ΟΙ ΛΕΙΤΟΥΡΓΙΕΣ ΠΟΥ ΠΕΡΙΛΑΜΒΑΝΟΝΤΑΙ ΣΤΟ ΛΟΓΙΣΜΙΚΟ iOS Ή ΟΙ ΥΠΗΡΕΣΙΕΣ ΠΟΥ ΕΚΤΕΛΟΥΝΤΑΙ Ή ΠΑΡΕΧΟΝΤΑΙ ΑΠΟ ΑΥΤΟ ΘΑ ΑΝΤΑΠΟΚΡΙΘΟΥΝ ΣΤΙΣ ΑΠΑΙΤΗΣΕΙΣ ΣΑΣ, ΟΤΙ Η ΛΕΙΤΟΥΡΓΙΑ ΤΟΥ ΛΟΓΙΣΜΙΚΟΥ ΚΑΙ ΤΩΝ ΥΠΗΡΕΣΙΩΝ iOS ΘΑ ΕΙΝΑΙ ΑΔΙΑΛΕΙΠΤΗ Ή ΧΩΡΙΣ ΣΦΑΛΜΑΤΑ, ΟΤΙ ΟΠΟΙΑΔΗΠΟΤΕ ΥΠΗΡΕΣΙΑ ΘΑ ΣΥΝΕΧΙΣΕΙ ΝΑ ΕΙΝΑΙ ΔΙΑΘΕΣΙΜΗ, ΟΤΙ ΤΥΧΟΝ ΕΛΑΤΤΩΜΑΤΑ ΣΤΟ ΛΟΓΙΣΜΙΚΟ Ή ΤΙΣ ΥΠΗΡΕΣΙΕΣ ΤΟΥ iOS ΘΑ ΔΙΟΡΘΩΘΟΥΝ Ή ΟΤΙ ΤΟ ΛΟΓΙΣΜΙΚΟ

iOS ΘΑ ΕΙΝΑΙ ΣΥΜΒΑΤΟ Ή ΘΑ ΣΥΝΕΡΓΑΖΕΤΑΙ ΜΕ ΟΠΟΙΟΔΗΠΟΤΕ ΛΟΓΙΣΜΙΚΟ Ή ΕΦΑΡΜΟΓΕΣ ΤΡΙΤΩΝ Ή ΥΠΗΡΕΣΙΕΣ ΤΡΙΤΩΝ. Η ΕΓΚΑΤΑΣΤΑΣΗ ΑΥΤΟΥ ΤΟΥ ΛΟΓΙΣΜΙΚΟΥ iOS ΕΝΔΕΧΕΤΑΙ ΝΑ ΕΠΗΡΕΑΣΕΙ ΤΗ ΔΙΑΘΕΣΙΜΟΤΗΤΑ ΚΑΙ ΤΗ ΧΡΗΣΤΙΚΟΤΗΤΑ ΛΟΓΙΣΜΙΚΟΥ, ΕΦΑΡΜΟΓΩΝ Ή ΥΠΗΡΕΣΙΩΝ ΤΡΙΤΩΝ, ΚΑΘΩΣ ΚΑΙ ΠΡΟΪΟΝΤΩΝ ΚΑΙ ΥΠΗΡΕΣΙΩΝ ΤΗΣ ΕΦΑΡΜΟΓΕΣ APPLE.

7.5    ΕΠΙΠΡΟΣΘΕΤΩΣ, ΑΝΑΓΝΩΡΙΖΕΤΕ ΟΤΙ ΤΟ ΛΟΓΙΣΜΙΚΟ ΚΑΙ ΟΙ ΥΠΗΡΕΣΙΕΣ iOS ΔΕΝ ΠΡΟΟΡΙΖΟΝΤΑΙ ΟΥΤΕ ΕΙΝΑΙ ΚΑΤΑΛΛΗΛΕΣ ΓΙΑ ΧΡΗΣΗ ΣΕ ΠΕΡΙΣΤΑΣΕΙΣ Ή ΠΕΡΙΒΑΛΛΟΝΤΑ ΟΠΟΥ Η ΑΝΕΠΑΡΚΕΙΑ Ή ΟΙ ΚΑΘΥΣΤΕΡΗΣΕΙΣ, ΤΑ ΣΦΑΛΜΑΤΑ Ή ΟΙ ΑΝΑΚΡΙΒΕΙΕΣ ΣΤΟ ΠΕΡΙΕΧΟΜΕΝΟ, ΤΑ ΔΕΔΟΜΕΝΑ Ή ΤΙΣ ΠΛΗΡΟΦΟΡΙΕΣ ΠΟΥ ΠΑΡΕΧΟΝΤΑΙ ΑΠΟ ΤΟ ΛΟΓΙΣΜΙΚΟ iOS ΕΝΔΕΧΕΤΑΙ ΝΑ ΕΧΟΥΝ ΩΣ ΣΥΝΕΠΕΙΑ ΤΟ ΘΑΝΑΤΟ, ΣΩΜΑΤΙΚΕΣ ΒΛΑΒΕΣ Ή ΣΟΒΑΡΕΣ ΥΛΙΚΕΣ ΖΗΜΙΕΣ Η ΒΛΑΒΗ ΣΤΟ ΠΕΡΙΒΑΛΛΟΝ, ΣΥΜΠΕΡΙΛΑΜΒΑΝΟΜΕΝΩΝ, ΜΕΤΑΞΥ ΑΛΛΩΝ, ΤΗΣ ΕΠΙΧΕΙΡΗΣΙΑΚΗΣ ΛΕΙΤΟΥΡΓΙΑΣ ΠΥΡΗΝΙΚΩΝ ΕΓΚΑΤΑΣΤΑΣΕΩΝ, ΣΥΣΤΗΜΑΤΩΝ ΠΛΟΗΓΗΣΗΣ Ή ΕΠΙΚΟΙΝΩΝΙΑΣ ΑΕΡΟΣΚΑΦΩΝ, ΕΛΕΓΧΟΥ ΕΝΑΕΡΙΑΣ ΚΥΚΛΟΦΟΡΙΑΣ, ΥΠΟΣΤΗΡΙΞΗΣ ΖΩΤΙΚΩΝ ΛΕΙΤΟΥΡΓΙΩΝ Ή ΟΠΛΙΚΩΝ ΣΥΣΤΗΜΑΤΩΝ.

7.6    ΚΑΜΙΑ ΠΡΟΦΟΡΙΚΗ Ή ΓΡΑΠΤΗ ΠΛΗΡΟΦΟΡΙΑ Ή ΣΥΜΒΟΥΛΗ ΠΟΥ ΤΥΧΟΝ ΠΑΡΑΣΧΕΘΕΙ ΑΠΟ ΤΗΝ APPLE Ή ΕΞΟΥΣΙΟΔΟΤΗΜΕΝΟ ΕΚΠΡΟΣΩΠΟ ΤΗΣ APPLE ΔΕΝ ΑΠΟΤΕΛΕΙ ΕΓΓΥΗΣΗ. ΣΕ ΠΕΡΙΠΤΩΣΗ ΠΟΥ ΤΟ ΛΟΓΙΣΜΙΚΟ Ή ΟΙ ΥΠΗΡΕΣΙΕΣ iOS ΑΠΟΔΕΙΧΘΟΥΝ ΕΛΑΤΤΩΜΑΤΙΚΕΣ, ΑΝΑΛΑΜΒΑΝΕΤΕ ΤΟ ΣΥΝΟΛΟ ΤΗΣ ΔΑΠΑΝΗΣ ΓΙΑ ΤΙΣ ΥΠΗΡΕΣΙΕΣ ΤΕΧΝΙΚΗΣ ΕΞΥΠΗΡΕΤΗΣΗΣ, ΕΠΙΣΚΕΥΗΣ Ή ΔΙΟΡΘΩΣΗΣ ΠΟΥ ΘΑ ΚΡΙΘΟΥΝ ΑΠΑΡΑΙΤΗΤΕΣ. ΟΡΙΣΜΕΝΕΣ ΔΙΚΑΙΟΔΟΣΙΕΣ ΔΕΝ ΕΠΙΤΡΕΠΟΥΝ ΤΟΝ ΑΠΟΚΛΕΙΣΜΟ ΣΙΩΠΗΡΩΝ ΕΓΓΥΗΣΕΩΝ Ή ΤΟΝ ΠΕΡΙΟΡΙΣΜΟ ΤΩΝ ΚΑΤΑΝΑΛΩΤΙΚΩΝ ΔΙΚΑΙΩΜΑΤΩΝ ΠΟΥ ΠΡΟΒΛΕΠΟΝΤΑΙ ΕΚ ΤΟΥ ΝΟΜΟΥ, ΟΠΟΤΕ ΟΙ ΠΑΡΑΠΑΝΩ ΑΠΟΚΛΕΙΣΜΟΙ ΚΑΙ ΠΕΡΙΟΡΙΣΜΟΙ ΕΝΔΕΧΕΤΑΙ ΝΑ ΜΗΝ ΙΣΧΥΟΥΝ ΓΙΑ ΕΣΑΣ.

**8. Περιορισμός ευθύνης.** ΚΑΤΑ ΤΟΝ ΒΑΘΜΟ ΠΟΥ Η ΙΣΧΥΟΥΣΑ ΝΟΜΟΘΕΣΙΑ ΔΕΝ ΤΟ ΑΠΑΓΟΡΕΥΕΙ, Η APPLE, ΟΙ ΣΥΝΕΡΓΑΤΕΣ, ΑΝΤΙΠΡΟΣΩΠΟΙ Ή ΕΝΤΟΛΟΔΟΤΕΣ ΤΗΣ, ΣΕ ΚΑΜΙΑ ΠΕΡΙΠΤΩΣΗ ΔΕΝ ΘΑ ΦΕΡΟΥΝ ΕΥΘΥΝΗ ΓΙΑ ΣΩΜΑΤΙΚΕΣ ΒΛΑΒΕΣ Ή ΓΙΑ ΟΠΟΙΑΔΗΠΟΤΕ ΑΠΟΘΕΤΙΚΗ, ΕΙΔΙΚΗ, ΕΜΜΕΣΗ Ή ΠΑΡΕΠΟΜΕΝΗ ΖΗΜΙΑ, ΣΥΜΠΕΡΙΛΑΜΒΑΝΟΜΕΝΗΣ, ΜΕΤΑΞΥ ΑΛΛΩΝ, ΤΗΣ ΖΗΜΙΑΣ ΑΠΟ ΔΙΑΦΥΓΟΝΤΑ ΚΕΡΔΗ, ΤΗΣ ΖΗΜΙΑΣ ΛΟΓΩ ΑΛΛΟΙΩΣΗΣ Ή ΑΠΩΛΕΙΑΣ ΔΕΔΟΜΕΝΩΝ, ΤΗΣ ΠΑΡΑΛΕΙΨΗΣ ΔΙΑΒΙΒΑΣΗΣ Ή ΛΗΨΗΣ ΟΠΟΙΩΝΔΗΠΟΤΕ ΔΕΔΟΜΕΝΩΝ (ΣΥΜΠΕΡΙΛΑΜΒΑΝΟΜΕΝΩΝ ΧΩΡΙΣ ΠΕΡΙΟΡΙΣΜΟ ΟΔΗΓΙΩΝ, ΕΡΓΑΣΙΕΣ ΚΑΙ ΥΛΙΚΑ ΜΑΘΗΜΑΤΩΝ), ΤΗΣ ΔΙΑΚΟΠΗΣ ΕΠΙΧΕΙΡΗΜΑΤΙΚΗΣ ΔΡΑΣΤΗΡΙΟΤΗΤΑΣ Ή ΟΠΟΙΑΣΔΗΠΟΤΕ ΑΛΛΗΣ ΖΗΜΙΑΣ Ή ΑΠΩΛΕΙΑΣ ΕΜΠΟΡΙΚΗΣ ΦΥΣΗΣ ΠΟΥ ΑΝΑΚΥΨΕΙ ΑΠΟ Ή ΣΧΕΤΙΖΕΤΑΙ ΜΕ ΤΗΝ ΑΠΟ ΜΕΡΟΥΣ ΣΑΣ ΧΡΗΣΗ Ή ΑΔΥΝΑΜΙΑ ΧΡΗΣΗΣ ΤΟΥ ΛΟΓΙΣΜΙΚΟΥ ΚΑΙ ΤΩΝ ΥΠΗΡΕΣΙΩΝ iOS Ή ΟΠΟΙΟΥΔΗΠΟΤΕ ΛΟΓΙΣΜΙΚΟΥ Ή ΕΦΑΡΜΟΓΩΝ ΤΡΙΤΩΝ ΣΕ ΣΥΝΔΥΑΣΜΟ ΜΕ ΤΟ ΛΟΓΙΣΜΙΚΟ Ή ΤΙΣ ΥΠΗΡΕΣΙΕΣ iOS, ΟΠΟΥ ΚΑΙ ΑΝ ΟΦΕΙΛΕΤΑΙ, ΑΝΕΞΑΡΤΗΤΑ ΑΠΟ ΤΟ ΠΕΔΙΟ ΤΗΣ ΕΥΘΥΝΗΣ (ΣΥΜΒΑΣΗ, ΑΔΙΚΟΠΡΑΞΙΑ Ή ΑΛΛΗ) ΚΑΙ ΑΚΟΜΑ ΚΑΙ ΑΝ Η APPLE ΕΧΕΙ ΛΑΒΕΙ ΠΡΟΕΙΔΟΠΟΙΗΣΗ ΣΧΕΤΙΚΑ ΜΕ ΤΗΝ ΠΙΘΑΝΟΤΗΤΑ ΑΥΤΗΣ ΤΗΣ ΖΗΜΙΑΣ. ΟΡΙΣΜΕΝΕΣ ΔΙΚΑΙΟΔΟΣΙΕΣ ΔΕΝ ΕΠΙΤΡΕΠΟΥΝ ΤΗΝ ΕΞΑΙΡΕΣΗ Ή ΤΟΝ ΠΕΡΙΟΡΙΣΜΟ ΤΗΣ ΕΥΘΥΝΗΣ ΓΙΑ ΣΩΜΑΤΙΚΕΣ ΒΛΑΒΕΣ Ή ΓΙΑ ΑΠΟΘΕΤΙΚΕΣ Ή ΠΑΡΕΠΟΜΕΝΕΣ ΖΗΜΙΕΣ, ΣΥΝΕΠΩΣ ΑΥΤΗ Η ΡΗΤΡΑ ΠΕΡΙΟΡΙΣΜΟΥ ΕΥΘΥΝΗΣ ΕΝΔΕΧΕΤΑΙ ΝΑ ΜΗΝ ΙΣΧΥΕΙ ΓΙΑ ΕΣΑΣ. Η συνολική ευθύνη της Apple απέναντί σας για όλες τις ζημίες (εκτός από αυτές που τυχόν προβλέπονται από το εφαρμοστέο δίκαιο για περιπτώσεις σωματικών βλαβών) σε καμία περίπτωση δεν θα υπερβαίνει το ποσό των διακοσίων πενήντα (250) δολαρίων ΗΠΑ. Οι ανωτέρω περιορισμοί της ευθύνης ισχύουν ακόμα και αν το προαναφερθέν μέσο αποκατάστασης δεν καλύπτει τον σκοπό για τον οποίο προορίζεται.

**9. Ψηφιακά πιστοποιητικά.** Το Λογισμικό iOS περιέχει λειτουργικές δυνατότητες οι οποίες του επιτρέπουν να αποδέχεται ψηφιακά πιστοποιητικά που έχουν εκδοθεί είτε από την Apple είτε από τρίτους. ΕΙΣΤΕ ΑΠΟΚΛΕΙΣΤΙΚΑ ΥΠΕΥΘΥΝΟΙ ΝΑ ΑΠΟΦΑΣΙΣΕΤΕ ΑΝ ΘΑ ΕΜΠΙΣΤΕΥΘΕΙΤΕ ΕΝΑ ΠΙΣΤΟΠΟΙΗΤΙΚΟ Ή ΟΧΙ, ΕΙΤΕ ΑΥΤΟ ΕΧΕΙ ΕΚΔΟΘΕΙ ΑΠΟ ΤΗΝ APPLE ΕΙΤΕ ΑΠΟ ΤΡΙΤΟ ΠΡΟΣΩΠΟ. Η ΑΠΟ ΜΕΡΟΥΣ ΣΑΣ ΧΡΗΣΗ ΨΗΦΙΑΚΩΝ ΠΙΣΤΟΠΟΙΗΤΙΚΩΝ ΓΙΝΕΤΑΙ ΜΕ ΔΙΚΗ ΣΑΣ ΕΥΘΥΝΗ ΑΠΟΚΛΕΙΣΤΙΚΑ. ΣΤΟΝ ΜΕΓΙΣΤΟ ΒΑΘΜΟ ΠΟΥ ΕΠΙΤΡΕΠΕΤΑΙ ΑΠΟ ΤΗΝ ΙΣΧΥΟΥΣΑ ΝΟΜΟΘΕΣΙΑ, Η APPLE ΔΕΝ ΠΡΟΒΑΙΝΕΙ ΣΕ ΚΑΜΙΑ ΕΓΓΥΗΣΗ Ή ΠΡΟΣΥΜΒΑΤΙΚΗ ΔΗΛΩΣΗ, ΡΗΤΗ Ή ΣΙΩΠΗΡΗ, ΟΣΟΝ

ΑΦΟΡΑ ΤΗΝ ΕΜΠΟΡΕΥΣΙΜΟΤΗΤΑ Ή ΚΑΤΑΛΛΗΛΟΤΗΤΑ ΓΙΑ ΟΠΟΙΟΝΔΗΠΟΤΕ ΣΥΓΚΕΚΡΙΜΕΝΟ ΣΚΟΠΟ Ή ΓΙΑ ΤΗΝ ΑΚΡΙΒΕΙΑ, ΑΣΦΑΛΕΙΑ Ή ΜΗ ΠΑΡΑΒΙΑΣΗ ΔΙΚΑΙΩΜΑΤΩΝ ΤΡΙΤΩΝ ΑΝΑΦΟΡΙΚΑ ΜΕ ΨΗΦΙΑΚΑ ΠΙΣΤΟΠΟΙΗΤΙΚΑ.

**10. Έλεγχος εξαγωγών.** Δεν επιτρέπεται να χρησιμοποιήσετε ή με άλλον τρόπο να εξαγάγετε ή να επανεξαγάγετε το Λογισμικό iOS εκτός από ό,τι επιτρέπεται από τη νομοθεσία των Ηνωμένων Πολιτειών και της νομοθεσίας της δικαιοδοσίας ή των δικαιοδοσιών όπου αποκτήθηκε το Λογισμικό iOS. Συγκεκριμένα, αλλά όχι περιοριστικά, το Λογισμικό iOS δεν μπορεί να εξαχθεί ή να επανεξαχθεί (α) σε κάποια χώρα στην οποία έχουν επιβάλει εμπορικό αποκλεισμό οι ΗΠΑ ή (β) σε οποιονδήποτε που περιλαμβάνεται στον κατάλογο Ειδικώς χαρακτηρισμένων αλλοδαπών προσώπων (Specially Designated Nationals List) του Υπουργείου Οικονομικών των ΗΠΑ ή στον κατάλογο Αποκλεισμένων φυσικών ή νομικών προσώπων του Υπουργείου Εμπορίου των ΗΠΑ ή οποιονδήποτε κατάλογο αποκλεισμένων τρίτων μερών. Η χρήση του Λογισμικού iOS, συνεπάγεται ότι δηλώνετε και εγγυάστε πως δεν βρίσκεστε σε κάποια από αυτές τις χώρες ή σε κάποιον από αυτούς τους καταλόγους. Αποδέχεστε επίσης ότι δεν θα χρησιμοποιήσετε το Λογισμικό iOS για σκοπούς που απαγορεύονται από το δίκαιο των Ηνωμένων Πολιτειών, όπως, μεταξύ άλλων, η ανάπτυξη, ο σχεδιασμός, η κατασκευή ή η παραγωγή πυραύλων, πυρηνικών, χημικών ή βιολογικών όπλων.

**11. Τελικοί χρήστες του Δημοσίου.** Το Λογισμικό iOS και η σχετική τεκμηρίωση αποτελούν «Εμπορικά είδη», όπως η έννοια αυτή ορίζεται στο άρθρο 48, παράγραφος 2.101 του Κώδικα ομοσπονδιακών κανονισμών (C.F.R.), και συνίστανται σε «Εμπορικό λογισμικό υπολογιστών» και «Πληροφοριακό υλικό εμπορικού λογισμικού υπολογιστών», όπως οι έννοιες αυτές ορίζονται, κατά περίπτωση, στο άρθρο 48, παράγραφος 12.212 ή στο άρθρο 48, παράγραφος 227.7202 του C.F.R. Σύμφωνα με το άρθρο 48, παράγραφος 12.212 ή το άρθρο 48, παράγραφοι 227.7202-1 έως 227.7202-4, κατά περίπτωση, το Εμπορικό λογισμικό υπολογιστών και το Πληροφοριακό υλικό εμπορικού λογισμικού υπολογιστών παρέχονται με άδεια χρήσης σε τελικούς χρήστες του αμερικανικού Δημοσίου (α) μόνο ως Εμπορικά είδη και (β) μόνο με εκείνα τα δικαιώματα που χορηγούνται σε όλους τους άλλους τελικούς χρήστες σύμφωνα με τους όρους που περιέχονται στην παρούσα. Με την επιφύλαξη όλων των μη δημοσιευμένων δικαιωμάτων σύμφωνα με το δίκαιο περί πνευματικής ιδιοκτησίας των Ηνωμένων Πολιτειών.

**12. Εφαρμοστέο δίκαιο και ακυρότητα επιμέρους όρων.** Η παρούσα Άδεια χρήσης διέπεται από και ερμηνεύεται σύμφωνα με το δίκαιο της Πολιτείας της Καλιφόρνιας, με εξαίρεση τη σύγκρουση των αρχών νόμου. Η παρούσα Άδεια χρήσης δεν διέπεται από τη Σύμβαση του Οργανισμού των Ηνωμένων Εθνών για τις διεθνείς πωλήσεις κινητών (Σύμβαση της Βιέννης), η εφαρμογή της οποίας αποκλείεται ρητώς. Αν είστε καταναλωτής με έδρα στο Ηνωμένο Βασίλειο, η παρούσα Άδεια χρήσης διέπεται από τους νόμους της δικαιοδοσίας της χώρας κατοικίας σας. Αν για οποιονδήποτε λόγο ένα δικαστήριο της αρμόδιας δικαιοδοσίας κρίνει ότι οποιοσδήποτε όρος ή μέρος αυτού είναι άκυρος, η υπόλοιπη Άδεια χρήσης παραμένει σε πλήρη ισχύ και εξακολουθεί να παράγει τα αποτελέσματά της.

**13. Πλήρης συμφωνία. Επίσημη γλώσσα.** Η Άδεια χρήσης αντιπροσωπεύει την πλήρη συμφωνία μεταξύ εσάς και της Apple αναφορικά με το Λογισμικό iOS, και υπερισχύει κάθε προηγούμενης ή ταυτόχρονης συμφωνίας αναφορικά με το ίδιο αντικείμενο. Καμία τροποποίηση ή μεταβολή της παρούσας Άδειας χρήσης δεν θα είναι δεσμευτική εκτός αν συνταχθεί εγγράφως και υπογραφεί από την Apple. Η τυχόν μετάφραση της παρούσας Άδειας χρήσης εξυπηρετεί τις τοπικές ανάγκες και σε περίπτωση διαφοράς μεταξύ του κειμένου στην αγγλική γλώσσα και του κειμένου σε άλλη γλώσσα, το κείμενο στην αγγλική γλώσσα θα υπερισχύει στον βαθμό που δεν απαγορεύεται από την τοπική νομοθεσία της δικαιοδοσίας σας.

**14. Αναγνώριση δικαιωμάτων τρίτων.** Μέρη του Λογισμικού iOS ενδέχεται να χρησιμοποιούν ή να περιλαμβάνουν λογισμικό τρίτων ή άλλο υλικό που προστατεύεται από πνευματικά δικαιώματα. Οι δηλώσεις αναγνώρισης δικαιωμάτων, οι όροι χορήγησης άδειας χρήσης και οι ρήτρες περιορισμού της ευθύνης περιέχονται στην ηλεκτρονική τεκμηρίωση για το Λογισμικό iOS και η από μέρους σας χρήση

αυτού του υλικού διέπεται από τους αντίστοιχους όρους. Η χρήση της υπηρεσίας «Ασφαλής Περιήγηση» της Google υπόκειται στους Όρους υπηρεσίας της Google (https://www.google.com/intl/el/policies/terms/) και στην Πολιτική απορρήτου της Google (https://www.google.com/intl/el/policies/privacy/).

**15. Χρήση MPEG-4. Δήλωση H.264/AVC.**
(α) Το Λογισμικό iOS διαθέτει άδεια χρήσης σύμφωνα με την Άδεια χαρτοφυλακίου διπλώματος ευρεσιτεχνίας οπτικού υλικού MPEG-4 για κωδικοποίηση σύμφωνα με το πρότυπο MPEG-4 Systems Standard, με τη διαφορά ότι απαιτείται επιπρόσθετη άδεια χρήσης και πληρωμή πνευματικών δικαιωμάτων για κωδικοποίηση που αφορά (i) δεδομένα αποθηκευμένα ή αντιγραμμένα σε φυσικό μέσο που πληρώνονται σε ατομική βάση και/ή (ii) δεδομένα που πληρώνονται σε ατομική βάση και μεταδίδονται σε τελικό χρήστη για μόνιμη αποθήκευση και/ή χρήση. Μπορείτε να λάβετε τέτοιου είδους επιπρόσθετη άδεια από την MPEG LA, LLC. Για περισσότερες λεπτομέρειες, ανατρέξτε στη διεύθυνση http://www.mpegla.com.

(β) Το Λογισμικό iOS περιλαμβάνει λειτουργία κωδικοποίησης και/ή αποκωδικοποίησης βίντεο MPEG-4. Το Λογισμικό iOS παρέχεται με άδεια χρήσης σύμφωνα με την Άδεια χρήσης MPEG-4 Visual Patent Porfolio License για την προσωπική και μη εμπορική χρήση από μέρους ενός καταναλωτή για (i) κωδικοποίηση βίντεο σύμφωνα με το Πρότυπο οπτικών μέσων MPEG-4 («MPEG-4 Video») και/ή (ii) αποκωδικοποίηση βίντεο MPEG-4 που κωδικοποιήθηκε από έναν καταναλωτή ενεργούντα στο πλαίσιο προσωπικής και μη εμπορικής δραστηριότητας και/ή παρασχέθηκε από πάροχο βίντεο στον οποίο χορηγήθηκε άδεια από την εταιρία MPEG LA για την παροχή βίντεο MPEG-4. Καμία άδεια δεν χορηγείται ούτε συνάγεται ότι χορηγείται για οποιαδήποτε άλλη χρήση. Για πρόσθετες πληροφορίες, συμπεριλαμβανομένων αυτών που σχετίζονται με προωθητικές, εσωτερικές και εμπορικές χρήσεις καθώς και με τη χορήγηση αδειών χρήσης, μπορείτε να απευθύνεστε στην εταιρία MPEG LA, LLC. Επισκεφτείτε τη διεύθυνση http://www.mpegla.com.

(γ) Το Λογισμικό iOS περιέχει λειτουργία κωδικοποίησης και/ή αποκωδικοποίησης AVC. Η εμπορική χρήση του H.264/AVC προϋποθέτει πρόσθετη άδεια και εφαρμόζεται η παρακάτω διάταξη: Η ΛΕΙΤΟΥΡΓΙΚΟΤΗΤΑ AVC ΣΤΟ ΛΟΓΙΣΜΙΚΟ iOS, ΔΙΑ ΤΗΣ ΠΑΡΟΥΣΗΣ, ΠΑΡΕΧΕΤΑΙ ΜΕ ΑΔΕΙΑ ΓΙΑ ΠΡΟΣΩΠΙΚΗ ΚΑΙ ΜΗ ΕΜΠΟΡΙΚΗ ΧΡΗΣΗ ΑΠΟ ΜΕΡΟΥΣ ΕΝΟΣ ΚΑΤΑΝΑΛΩΤΗ ΓΙΑ (i) ΚΩΔΙΚΟΠΟΙΗΣΗ ΒΙΝΤΕΟ ΣΥΜΦΩΝΑ ΜΕ ΤΟ ΠΡΟΤΥΠΟ ΟΠΤΙΚΩΝ ΜΕΣΩΝ AVC («AVC VIDEO») ΚΑΙ/Η (ii) ΑΠΟΚΩΔΙΚΟΠΟΙΗΣΗ ΒΙΝΤΕΟ AVC ΠΟΥ ΚΩΔΙΚΟΠΟΙΗΘΗΚΕ ΑΠΟ ΕΝΑΝ ΚΑΤΑΝΑΛΩΤΗ ΕΝΕΡΓΟΥΝΤΑ ΣΤΟ ΠΛΑΙΣΙΟ ΠΡΟΣΩΠΙΚΗΣ ΚΑΙ ΜΗ ΕΜΠΟΡΙΚΗΣ ΔΡΑΣΤΗΡΙΟΤΗΤΑΣ ΚΑΙ/Η ΠΑΡΑΣΧΕΘΗΚΕ ΑΠΟ ΠΑΡΟΧΟ ΒΙΝΤΕΟ ΣΤΟΝ ΟΠΟΙΟ ΧΟΡΗΓΗΘΗΚΕ ΑΔΕΙΑ ΒΙΝΤΕΟ ΓΙΑ ΤΗΝ ΠΑΡΟΧΗ ΒΙΝΤΕΟ AVC. ΓΙΑ ΠΛΗΡΟΦΟΡΙΕΣ ΓΙΑ ΑΛΛΕΣ ΧΡΗΣΕΙΣ ΚΑΙ ΑΔΕΙΕΣ, ΜΠΟΡΕΙΤΕ ΝΑ ΑΠΕΥΘΥΝΕΣΤΕ ΣΤΗΝ ΕΤΑΙΡΕΙΑ MPEG LA L.L.C. ΕΠΙΣΚΕΦΘΕΙΤΕ ΤΗ ΔΙΕΎΘΥΝΣΗ http://www.mpegla.com.

**16. Περιορισμοί της υπηρεσίας αναζήτησης Yahoo Search Service.** Η άδεια για την υπηρεσία αναζήτησης Yahoo Search Service που διατίθεται μέσω της εφαρμογής Safari χορηγείται για χρήση στις παρακάτω χώρες και περιοχές μόνο: Αγία Λουκία, Άγιος Βικέντιος, Αργεντινή, Αρούμπα, Αυστραλία, Αυστρία, Βέλγιο, Βενεζουέλα, Βερμούδα, Βουλγαρία, Βραζιλία, Γαλλία, Γερμανία, Γουατεμάλα, Γρενάδα, Δανία, Δομινικανή Δημοκρατία, Ελ Σαλβαδόρ, Ελβετία, Ελλάδα, ΗΠΑ, Ηνωμένο Βασίλειο, Ιαπωνία, Ινδία, Ινδονησία, Ιρλανδία, Ισημερινός, Ισλανδία, Ισπανία, Ιταλία, Καναδάς, Κίνα, Κολομβία, Κύπρος, Λετονία, Λιθουανία, Λουξεμβούργο, Μαλαισία, Μάλτα, Μεξικό, Μπαρμπέιντος, Μπαχάμες, Νέα Ζηλανδία, Νήσοι Κέιμαν, Νικαράγουα, Νορβηγία, Νότια Κορέα, Ολλανδία, Ουγγαρία, Ουρουγουάη, Παναμάς, Περού, Πολωνία, Πορτογαλία, Πουέρτο Ρίκο, Ρουμανία, Σιγκαπούρη, Σλοβακία, Σλοβενία, Σουηδία, Ταϊβάν, Ταϊλάνδη, Τζαμάικα, Τρινιντάντ και Τομπάγκο, Τουρκία, Τσεχία, Φιλιππίνες, Φινλανδία, Χιλή και Χονγκ Κονγκ.

**17. Ειδοποίηση για το Microsoft Exchange.** Παρέχεται άδεια για τη ρύθμιση αλληλογραφίας Microsoft Exchange στο Λογισμικό iOS μόνο για ασύρματο συγχρονισμό πληροφοριών, όπως email, επαφές, ημερολόγιο και εργασίες, μεταξύ του iOS και του Microsoft Exchange Server ή άλλου λογισμικού

διακομιστή που παρέχεται κατόπιν άδειας της Microsoft για εφαρμογή του πρωτοκόλλου Microsoft Exchange ActiveSync.

EA1520
22/09/2017

— — — — — — — — — —
**Πρόσθετοι όροι και προϋποθέσεις για το Apple Pay**

Οι παρόντες Όροι και προϋποθέσεις για το Apple Pay (οι παρόντες «Πρόσθετοι όροι») συμπληρώνουν τη Σύμβαση άδειας χρήσης του Λογισμικού iOS (η «Άδεια χρήσης»). Οι όροι της Άδειας χρήσης και οι παρόντες Πρόσθετοι όροι διέπουν τη χρήση από μέρους σας της δυνατότητας Apple Pay, η οποία θα αποκαλείται «Υπηρεσία» εφεξής στην παρούσα άδεια χρήσης. Οι λέξεις-όροι με το πρώτο γράμμα κεφαλαίο που χρησιμοποιούνται στους παρόντες Πρόσθετους όρους έχουν τις έννοιες που ορίζονται στην Άδεια χρήσης.

1.    **Επισκόπηση και περιορισμοί χρήσης**

Το Apple Pay επιτρέπει:

- • την αποθήκευση εικονικών απεικονίσεων πιστωτικών, χρεωστικών και προπληρωμένων καρτών, συμπεριλαμβανομένων πιστωτικών, χρεωστικών και προπληρωμένων καρτών καταστημάτων καθώς και τη κάρτας μετρητών Apple Pay, που υποστηρίζονται από τη δυνατότητα Apple Pay («Υποστηριζόμενες κάρτες πληρωμής») και χρησιμοποιούν υποστηριζόμενες Συσκευές iOS για πραγματοποίηση ανέπαφων πληρωμών σε συγκεκριμένα καταστήματα ή μέσα από εφαρμογές ή ιστότοπους.
- • τη χρήση καρτών επιβραβεύσεων και δωροκαρτών που είναι αποθηκευμένες στο Wallet («Κάρτες με δυνατότητα Apple Pay», και μαζί με τις Υποστηριζόμενες κάρτες πληρωμής, «Υποστηριζόμενες κάρτες»), για πραγματοποίηση ανέπαφων συναλλαγών μέσω καρτών επιβραβεύσεων και δωροκαρτών σε συγκεκριμένα καταστήματα ως μέρος ανέπαφης πληρωμής με χρήση του Apple Pay, και
- • την αποστολή ατομικών πληρωμών σε άλλους χρήστες του Apple Pay.

Οι δυνατότητες Apple Pay του Λογισμικού iOS μπορεί να είναι διαθέσιμες μόνο σε συγκεκριμένες περιοχές, για συγκεκριμένους εκδότες καρτών, συγκεκριμένα χρηματοπιστωτικά ιδρύματα και συγκεκριμένους εμπόρους. Οι δυνατότητες μπορεί να διαφέρουν κατά περιοχή, εκδότη και έμπορο.

Για να χρησιμοποιήσετε το Apple Pay, πρέπει να διαθέτετε Υποστηριζόμενη κάρτα. Οι Υποστηριζόμενες κάρτες μπορεί να αλλάζουν κατά καιρούς. Επιπλέον, για να στέλνετε ή να λαμβάνετε ατομικές πληρωμές, πρέπει να διαθέτετε την κάρτα μετρητών Apple Pay.

Οι Υποστηριζόμενες κάρτες πληρωμής και οι ατομικές πληρωμές σχετίζονται με το Apple ID το οποίο έχετε χρησιμοποιήσει για σύνδεση στο iCloud για χρήση αυτών των δυνατοτήτων. Οι Υποστηριζόμενες κάρτες πληρωμής είναι διαθέσιμες μόνο σε άτομα ηλικίας 13 ετών ή άνω, ενδέχεται να υπόκειται σε πρόσθετους περιορισμούς ηλικίας που επιβάλλονται από το iCloud ή την Υποστηριζόμενη κάρτα που προσπαθείτε να χρησιμοποιήσετε. Η κάρτα μετρητών Apple Pay και η δυνατότητα αποστολής και λήψης ατομικών πληρωμών διατίθεται μόνο σε άτομα ηλικίας 18 ετών και άνω.

Το Apple Pay προορίζεται για την προσωπική χρήση σας και μπορείτε να παρέχετε αποκλειστικά και μόνο δικές σας Υποστηριζόμενες κάρτες. Αν χρησιμοποιείτε υποστηριζόμενη εταιρική κάρτα, δηλώνετε ότι το κάνετε κατόπιν άδειας από τον εργοδότη σας και ότι έχετε εξουσιοδοτηθεί για τη συμμόρφωση του εργοδότη σας με τους παρόντες όρους χρήσης και την τήρηση όλων των συναλλαγών που

επηρεάζουν τη χρήση της δυνατότητας. Αν στέλνετε ή λαμβάνετε ατομικές πληρωμές, δηλώνετε ότι το κάνετε για προσωπική, μη εμπορική χρήση.

Συμφωνείτε να μη χρησιμοποιείτε το Apple Pay για παράνομους ή δόλιους σκοπούς ή άλλους σκοπούς που απαγορεύονται από την Άδεια χρήσης και τους παρόντες Πρόσθετους όρους. Επιπλέον, συμφωνείτε να χρησιμοποιείτε το Apple Pay σύμφωνα με τους ισχύοντες νόμους και κανονισμούς. Συμφωνείτε να μη δημιουργήσετε παρεμβολές ή να διακόψετε την υπηρεσία Apple Pay (συμπεριλαμβανομένης της πρόσβασης στην υπηρεσία μέσω αυτοματοποιημένων τρόπων) ή τυχόν διακομιστές ή δίκτυα που είναι συνδεδεμένα με την υπηρεσία ή τυχόν πολιτικές, απαιτήσεις ή κανονισμούς δικτύων που είναι συνδεδεμένα με την υπηρεσία (συμπεριλαμβανομένων της μη εξουσιοδοτημένης πρόσβασης, της χρήσης ή παρακολούθησης δεδομένων ή κίνησης που την σχετίζονται με αυτήν).

## 2.    Η σχέση της Apple με εσάς

Το Apple Pay σάς επιτρέπει να δημιουργήσετε μια εικονική απεικόνιση των Υποστηριζόμενων καρτών σας στην υποστηριζόμενη Συσκευή iOS σας. Ωστόσο έχετε υπόψη σας ότι η Apple δεν επεξεργάζεται πληρωμές ή άλλες συναλλαγές μη πληρωμής από κάρτες (όπως π.χ. συσσώρευση και εξαργύρωση επιβραβεύσεων), ούτε λαμβάνει, παρακρατά ή μεταφέρει τα κεφάλαιά σας ή έχει οποιονδήποτε έλεγχο ως προς πληρωμές, επιστροφές προϊόντων/υπηρεσιών ή χρημάτων, επιβραβεύσεις, αξίες, εκπτώσεις ή άλλη εμπορική δραστηριότητα που μπορεί να προκύψει από τη χρήση της παρούσας δυνατότητας από μέρους σας.

Οι όροι συμβάσεων κατόχου κάρτας που έχετε συνάψει με τον εκδότη κάρτας σας θα συνεχίσουν να διέπουν τη χρήση των Υποστηριζόμενων καρτών από μέρους σας καθώς και τη χρήση των καρτών από μέρους σας σε σχέση με τπ Apple Pay. Παρομοίως, η συμμετοχή σας σε οποιαδήποτε εμπορικά προγράμματα επιβραβεύσεων ή δωροκαρτών και η χρήση Καρτών με το Apple Pay από μέρους σας σε συνδυασμό με το Apple Pay θα υπόκεινται στους αντίστοιχους όρους και προϋποθέσεις των εν λόγω προγραμμάτων.

Η κάρτα μετρητών Apple Pay και η δυνατότητα αποστολής και λήψης ατομικών πληρωμών διατίθεται μόνο στις ΗΠΑ, και οι υπηρεσίες παρέχονται από την τράπεζα Green Dot Bank, μέλος της FDIC. Όταν ενεργοποιείτε αυτές τις δυνατότητες εντός του Apple Pay, ανοίγετε έναν λογαριασμό στην Green Dot Bank, και όταν στέλνετε ή λαμβάνετε ατομικές πληρωμές ή κατά τη χρηματοδότηση ή την ανάληψη χρημάτων από την κάρτα μετρητών Apple Pay, η Green Dot Bank θα είναι υπεύθυνη για τη λήψη και την αποστολή των χρημάτων σας στον προοριζόμενο παραλήπτη. Το χρηματοπιστωτικό ίδρυμα που είναι υπεύθυνο για την παροχή Μετρητών Apple Pay και ατομικών πληρωμών εντός του Apple Pay υπόκειται σε αλλαγή και η χρήση τέτοιων δυνατοτήτων από μέρους σας υπόκειται στους όρους και τις προϋποθέσεις του.

Τίποτα στην Άδεια χρήσης ή τους παρόντες Πρόσθετους όρους δεν τροποποιεί τους όρους σύμβασης κατόχου κάρτας, χρήστη ή εμπόρου και οι εν λόγω όροι θα διέπουν τη χρήση της συγκεκριμένης Υποστηριζόμενης κάρτας από μέρους σας ή τη δυνατότητα ατομικών πληρωμών του Apple Pay και την εικονική απεικόνισή τους στη Συσκευή iOS σας. Συμφωνείτε ότι η Apple δεν αποτελεί συμβαλλόμενο μέρος των συμβάσεων κατόχου κάρτας σας ή των συμβάσεων εμπορικών φορέων, ότι η Apple δεν είναι υπεύθυνη για: (α) το περιεχόμενο, την ακρίβεια ή τη διαθεσιμότητα καρτών πληρωμής, καρτών επιβραβεύσεων, δωροκαρτών, εμπορικών δραστηριοτήτων, συναλλαγών ή αγορών που πραγματοποιούνται κατά τη χρήση της λειτουργίας Apple Pay, (β) την έκδοση πίστωσης ή την εκτίμηση καταλληλότητας για πίστωση, (γ) τη συσσώρευση ή εξαργύρωση επιβραβεύσεων ή αξίας αγοράς στο πλαίσιο εμπορικών προγραμμάτων, (δ) τη χρηματοδότηση ή προσθήκη κεφαλαίων προπληρωμένων καρτών, (ε) την αποστολή ή λήψη ατομικών πληρωμών, ή (στ) τη φόρτωση εξαργύρωση ή ανάληψη χρημάτων από την κάρτα μετρητών Apple Pay σας.

Για όλες τις διαφορές ή ερωτήσεις που αφορούν κάρτες πληρωμής, κάρτες επιβραβεύσεων, δωροκαρτών σε καταστήματα ή σχετιζόμενη εμπορική δραστηριότητα, επικοινωνήστε με τον αντίστοιχο εκδότη της κάρτας ή τον έμπορο. Για ερωτήσεις σχετικά με την κάρτα μετρητών Apple Pay ή τις ατομικές πληρωμές, επικοινωνήστε με την Υποστήριξη της Apple.

**3.    Απόρρητο**

Το Apple Pay απαιτεί κάποιες πληροφορίες σχετικά με τη Συσκευή iOS σας ώστε να παρέχει την πλήρη εμπειρία χρήσης. Επιπλέον, όταν χρησιμοποιείτε υην κάρτα μετρητών Apple Pay ή στέλνετε ατομικές πληρωμές, συλλέγονται κια διατηρούνται επιπρόσθετα στοιχεία για εξυπηρέτηση του λογαριασμού σας και για σκοπούς αποτροπής απατών, καθώς και για ρυθμιστικούς σκοπούς. Μπορείτε να βρείτε λεπτομέρειες σχετικά με τα δεδομένα που συλλέγονται, χρησιμοποιούνται ή κοινοποιούνται ως μέρος της χρήσης του Apple Pay, της κάρτας μετρητών Apple Pay ή των ατομικών πληρωμών από μέρους σας μεταβαίνοντας στην ενότητα «Πληροφορίες για το Apple Pay και το Απόρρητο» (ενότητα «Wallet και Apple Pay» σε Συσκευή iOS ή στην εφαρμογή Watch σε ζευγοποιημένη Συσκευή iOS) ή στη διεύθυνση https://www.apple.com/privacy.  Με τη χρήση αυτών των δυνατοτήτων από μέρους σας, αποδέχεστε και συναινείτε ως προς τη μετάδοση, συλλογή, διατήρηση, επεξεργασία και χρήση όλων των προαναφερόμενων πληροφοριών από την Apple, τις θυγατρικές και τους εκπροσώπους της, με σκοπό την παροχή της λειτουργικότητας του Apple Pay.

**4.    Ασφάλεια. Απώλεια συσκευής ή απενεργοποιημένες συσκευές**

Το Apple Pay αποθηκεύει εικονικές απεικονίσεις των Υποστηριζόμενων καρτών σας και πρέπει να βρίσκεται υπό την ίδια προστασία όπως προστατεύετε τα μετρητά ή τις φυσικές πιστωτικές, χρεωστικές και προπληρωμένες κάρτες σας, καθώς και τις κάρτες επιβραβεύσεων και τις δωροκάρτες. Αν δώσετε το συνθηματικό συσκευής σας σε τρίτο άτομο ή επιτρέψετε σε τρίτο άτομο να προσθέσει το δαχτυλικό του αποτύπωμα για να χρησιμοποιεί το Touch ID ή να ενεργοποιεί το Face ID, του δίνετε τη δυνατότητα να πραγματοποιεί πληρωμές, αποστολή, υποβολή αιτήματος, λήψη ατομικών πληρωμών, ανάληψη χρημάτων από την κάρτα μετρητών Apple Pay ή να λαμβάνει ή να εξαργυρώνει επιβραβεύσεις ή πίστωση χρησιμοποιώντας το Apple Pay στη συσκευή σας. Είστε αποκλειστικά υπεύθυνοι για τη διατήρηση της ασφάλειας της συσκευής και του συνθηματικού σας. Συμφωνείτε ότι η Apple δεν φέρει καμία ευθύνη αν χάσετε τη συσκευή ή μοιραστείτε με κάποιον τρίτο την πρόσβαση στη συσκευή. Συμφωνείτε ότι η Apple δεν φέρει καμία ευθύνη αν πραγματοποιήσετε μη εξουσιοδοτημένες τροποποιήσεις στο iOS (όπως π.χ. το jailbreak).

Ενδέχεται να χρειαστεί να ενεργοποιήσετε επιπρόσθετα μέτρα προστασίας, όπως έλεγχος ταυτότητας δύο παραγόντων για το Apple ID σας, προκειμένου να έχετε πρόσβαση σε συγκεκριμένες δυνατότητες του Apple Pay, συμπεριλαμβανομένης της κάρτας μετρητών Apple Pay και των ατομικών πληρωμών μέσω Apple Pay. Αν μελλοντικά αφαιρέσετε αυτές τις δυνατότητες ασφαλείας, ενδέχεται να μην μπορείτε να συνεχίσετε να έχετε πρόσβαση σε συγκεκριμένες δυνατότητες του Apple Pay.

Αν η συσκευή σας χαθεί ή κλαπεί και έχετε ενεργοποιημένη τη δυνατότητα «Εύρεση iPhone», μπορείτε να χρησιμοποιήσετε τη δυνατότητα «Εύρεση iPhone» για να προσπαθήσετε να αναστείλετε τη δυνατότητα πληρωμών με τις εικονικές Υποστηριζόμενες κάρτες πληρωμής ή την αποστολή ατομικών πληρωμών στη συσκευή, θέτοντας τη συσκευή σε Λειτουργία απώλειας. Μπορείτε επίσης να σβήσετε τη συσκευή σας ώστε να γίνει απόπειρα αναστολής της δυνατότητας πληρωμών με τις Υποστηριζόμενες κάρτες πληρωμής ή της αποστολής ατομικών πληρωμών στη συσκευή, καθώς και προσπάθεια αφαίρεσης των Καρτών με δυνατότητα Apple Pay. Θα πρέπει επίσης να επικοινωνήσετε με τον εκδότη των Υποστηριζόμενων καρτών πληρωμής, με τον έμπορο που εξέδωσε τις Κάρτες σας με δυνατότητα Apple Pay και με την Apple σε περίπτωση που διαθέτετε την κάρτα μετρητών Apple Pay προκειμένου να αποτραπεί η μη εξουσιοδοτημένη πρόσβαση στις εικονικές Υποστηριζόμενες κάρτες σας.

Αν αναφέρετε δόλια ή καταχρηστική δραστηριότητα ή η Apple έχει σχετικές υποψίες, συμφωνείτε να συνεργαστείτε με την Apple σε οποιαδήποτε έρευνα και να χρησιμοποιήσετε τα μέτρα αποτροπής απάτης που θα σας παρέχει.

5.    **Περιορισμός ευθύνης**

ΕΚΤΟΣ ΑΠΟ ΤΙΣ ΑΠΟΠΟΙΗΣΕΙΣ ΕΓΓΥΗΣΕΩΝ ΚΑΙ ΤΟΝ ΠΕΡΙΟΡΙΣΜΟ ΕΥΘΥΝΗΣ ΠΟΥ ΟΡΙΖΟΝΤΑΙ ΣΤΗΝ ΑΔΕΙΑ ΧΡΗΣΗΣ, Η APPLE ΔΕΝ ΦΕΡΕΙ ΚΑΜΙΑ ΕΥΘΥΝΗ ΓΙΑ ΑΓΟΡΕΣ, ΠΛΗΡΩΜΕΣ, ΣΥΝΑΛΛΑΓΕΣ Ή ΟΠΟΙΑΔΗΠΟΤΕ ΑΛΛΗ ΕΜΠΟΡΙΚΗ ΔΡΑΣΤΗΡΙΟΤΗΤΑ ΠΟΥ ΕΧΕΙ ΠΡΑΓΜΑΤΟΠΟΙΗΘΕΙ ΜΕΣΩ ΤΗΣ ΔΥΝΑΤΟΤΗΤΑΣ APPLE PAY ΚΑΙ ΣΥΜΦΩΝΕΙΤΕ ΝΑ ΑΝΑΤΡΕΞΕΤΕ ΜΟΝΟ ΣΤΙΣ ΣΥΜΒΑΣΕΙΣ ΠΟΥ ΕΧΕΤΕ ΣΥΝΑΨΕΙ ΜΕ ΤΟΝ ΕΚΔΟΤΗ, ΤΟ ΔΙΚΤΥΟ ΠΛΗΡΩΜΩΝ , ΤΑ ΧΡΗΜΑΤΟΠΙΣΤΩΤΙΚΑ ΙΔΡΥΜΑΤΑ Ή ΤΟΝ ΕΜΠΟΡΟ ΓΙΑ ΤΗΝ ΕΠΙΛΥΣΗ ΠΡΟΒΛΗΜΑΤΩΝ Ή ΔΙΑΦΟΡΩΝ ΠΟΥ ΣΧΕΤΙΖΟΝΤΑΙ ΜΕ ΤΙΣ ΥΠΟΣΤΗΡΙΖΟΜΕΝΕΣ ΚΑΡΤΕΣ ΣΑΣ, ΤΙΣ ΑΤΟΜΙΚΕΣ ΠΛΗΡΩΜΕΣ ΚΑΙ ΤΗ ΣΧΕΤΙΖΟΜΕΝΗ ΕΜΠΟΡΙΚΗ ΔΡΑΣΤΗΡΙΟΤΗΤΑ.

— — — — — — — — — —
**ΕΙΔΟΠΟΙΗΣΕΙΣ ΑΠΟ ΤΗΝ APPLE**
Αν η Apple χρειαστεί να επικοινωνήσει μαζί σας σχετικά με το προϊόν ή τον λογαριασμό σας, συναινείτε να λαμβάνετε τις ειδοποιήσεις μέσω email. Αποδέχεστε ότι οι ειδοποιήσεις που σας αποστέλλουμε ηλεκτρονικά πληρούν τις νομικές προϋποθέσεις επικοινωνίας.

עברית

חשוב: על-ידי השימוש ב-iPhone, ב-iPad או ב-iPod touch ("מכשיר iOS"), הינך מביע/ה את הסכמתך להיות כפוף/ה לתנאי השימוש כדלקמן:

א.   הסכם רישיון התוכנה של Apple iOS
ב.   תנאים משלימים ל-APPLE PAY
ג.   הודעות מ-Apple

**Apple בע"מ**
**הסכם רישיון תוכנה ל-iOS**
**רישיון לשימוש יחיד**

נא לקרוא הסכם רישיון תוכנה זה ("הרישיון") בקפידה בטרם שימוש במכשיר ה-iOS שברשותך ולפני הורדת עדכון התוכנה הנלווה לרישיון. על-ידי השימוש במכשיר ה-iOS שלך או הורדת עדכון תוכנה, לפי העניין, הינך מביע/ה את הסכמתך להיות כפוף/ה לתנאי רישיון זה. אם אינך מסכים/ה לתנאי הרישיון, אל תשתמש/י במכשיר ה-iOS ואל תוריד/י את עדכון התוכנה.

אם רכשת לאחרונה מכשיר iOS ואינך מסכים/ה לתנאי הרישיון, הינך רשאי/ת להחזיר את מכשיר ה-iOS במשך תקופת ההחזרה ל-Apple Store או למפיץ המורשה שממנו רכשת אותו, תמורת החזר, בכפוף למדיניות ההחזרות של Apple, הנמצאת בכתובת https://www.apple.com/legal/sales_policies.

### 1. כללי.

(א) התוכנה (לרבות קוד Boot ROM, תוכנות מוטמעות ותוכנות צד ג'), מסמכי התיעוד, הממשקים, התוכן, הגופנים וכל הנתונים שהגיעו ביחד עם מכשיר ה-iOS שלך ("תוכנת ה-iOS המקורית"), כפי שייתכן שיעודכנו או יוחלפו בעקבות שיפורי תכונות, עדכוני תוכנה או תוכנה לאחזור המערכת המסופקים על-ידי Apple ("עדכוני תוכנה ל-iOS"), בין אם בזיכרון לקריאה בלבד, על-גבי כל מדיה אחרת או בכל מתכונת אחרת (תוכנת ה-iOS המקורית ועדכוני תוכנת ה-iOS יכונו ביחד "תוכנת ה-iOS") ניתנים לך ברישיון, ולא נמכרים לך, על-ידי Apple בע"מ ("Apple"), לשימוש בהתאם להוראות של רישיון זה בלבד. Apple ובעלי הרישיון שלה ממשיכים להיות הבעלים של תוכנת ה-iOS עצמה ושומרים לעצמם את כל הזכויות שאינן ניתנות לך במפורש. הינך מסכים/ה לכך שתנאי רישיון זה יחולו על כל יישום ממותג Apple שעשוי להיות מובנה במכשיר iOS שלך, אלא אם יישום כזה מלווה ברישיון נפרד. במקרה כזה, הינך מסכים/ה לכך שתנאי רישיון זה יפקחו על השימוש שלך ביישום זה.

(ב) Apple, על-פי ראות עיניה, עשויה להפיץ עדכונים עתידיים לתוכנת ה-iOS. עדכונים לתוכנת ה-iOS, אם יהיו כאלה, עשויים שלא לכלול את כל מאפייני התוכנה הקיימים או החדשים ש-Apple תפיץ עבור דגמים אחרים או חדשים יותר של מכשירי iOS. תנאי רישיון זה יחולו על כל עדכוני תוכנת של iOS ש-Apple תספק, להוציא מקרים בהם עדכון התוכנה ל-iOS יהיה מלווה ברישיון נפרד. במקרים אלו, הינך מסכים/ה כי אותו רישיון יגבר.

(ג) אם תשתמש/י במאפייני ההגדרה המהירה להגדרת מכשיר iOS חדש בהתבסס על מכשיר ה-iOS הקיים שלך, הינך מסכים/ה כי תנאי רישיון זה יפקחו על השימוש שלך בתוכנת ה-iOS במכשיר ה-iOS החדש שלך, אלא אם היא מלווה ברישיון נפרד. במקרה כזה, הינך מסכים/ה לכך שתנאי אותו רישיון זה יפקחו על השימוש שלך בתוכנת iOS זו.

### 2. שימושים מותרים ברישיון והגבלות.

(א) בכפוף לתנאים ולמגבלות של רישיון זה, מוענק לך רישיון מוגבל ולא-בלעדי להשתמש בתוכנת ה-iOS על-גבי מכשיר iOS יחיד ממותג Apple. להוציא את ההיתר המוזכר בסעיף 2 (ב) להלן, וכן להוציא מקרים בהם קיים בינך לבין Apple הסכם נפרד, רישיון זה אינו מתיר את קיומה של תוכנת ה-iOS ביותר מאשר מכשיר iOS יחיד ממותג Apple בכל עת נתונה ואינך רשאי/ת להפיץ או להעביר את תוכנת ה-iOS לזמינות ברשת שבה ניתן לעשות בה שימוש באמצעות מספר מכשירים בעת ובעונה אחת. רישיון זה אינו מעניק לך זכויות לשהנון במשקים המהוונים את קנייניה של Apple ובקניין רוחני אחר של Apple לעיצוב, פיתוח, ייצור, רישוי או הפצה של אפליקציות ואביזרי היקפי של צדדים שלישיים, לשימוש יחד עם מכשירי iOS. חלק מאותן זכויות זמינות בהתאם לרישיונות נפרדים מ-Apple. למידע נוסף בנושא פיתוח מכשירים ואביזרי היקפי של צדדים שלישיים עבור מכשירי iOS, היכנס/י לכתובת https://developer.apple.com/programs/mfi. למידע נוסף בנושא פיתוח יישומי תוכנה עבור מכשירי iOS, היכנס/י לכתובת https://developer.apple.com.

(ב) בכפוף לתנאים ולמגבלות של רישיון זה, מוענק לך רישיון מוגבל ולא-בלעדי להוריד את עדכוני התוכנה למכשיר ה-iOS שיופצו על-ידי Apple עבור דגם מכשיר ה-iOS שברשותך שברשותך על-מנת לעדכן או לשחזר את התוכנה בכל מכשיר iOS מסוג זה הנמצא בבעלותך או בשליטתך. רישיון זה אינו מתיר לך לעדכן או לאחזר מכשירי iOS שאינם בשליטתך או בבעלותך, ואינך

רשאי/ת להפיך או להפוך את עדכוני תוכנת ה-iOS לזמינים ברשת שבה ניתן לעשות בהם שימוש באמצעות מספר מכשירים או מספר מחשבים בעת ובעונה אחת. הינך רשאי/ת להכין עותק אחד של עדכוני תוכנת ה-iOS, אשר ייושמו במחשב שלך במתכונות הניתנת לקריאה על-ידי מחשב למטרות גיבוי בלבד, בתנאי שעותק הגיבוי יכלול את כל הודעות זכויות היוצרים וההודעות האחרות בדבר זכות קניין, הכלולות בתוכנת המקור.

(ג) במידה ש-Apple התקינה במכשיר ה-iOS שברשותך בקדם-התקנה יישומים ממותג Apple מה-App Store במועד הרכישה ("יישומים בקדם-התקנה"), תצטרך/י להיכנס ל-App Store ולשייך יישומים בקדם-התקנה אלה לחשבון שלך ב-App Store כדי להשתמש בהם במכשיר ה-iOS שלך. בעת שיוך יישום בקדם-התקנה לחשבון ה-App Store שלך, תשייך/י אוטומטית באותה פעולה גם את כל היישומים האחרים הממותגים במכשיר ה-iOS שלך בקדם-התקנה. על-ידי הבחירה לשייך יישומים בקדם-התקנה לחשבון ה-App Store שלך, הינך מסכים/ה לכך ש-Apple רשאית לשדר, לאסוף, לשמור, לעבד ולהשתמש הן ב-Apple ID המשמש את חשבון ה-App Store שלך והן במזהה חומרה "חומרה ייחודי שנאסף ממכשיר ה-iOS שלך, כמזהי חשבון ייחודיים למטרת אימות החותמת של בקשותך ומתן גישה ליישומים בקדם-התקנה ב-App Store. אם אינך מעוניין/ת להשתמש ביישומים בקדם-התקנה, תוכל/י למחוק אותו ממכשיר ה-iOS בכל עת.

(ד) אינך רשאי/ת, ולא תאפשר/י לאחרים, להעתיק (למעט כפי שמותר באופן מפורש לפי רישיון זה), לבצע דה-קומפילציה, לבצע הנדסה חוזרת, לפרק, לנסות לפצח את קוד המקור, לפענח, לשנות או לייצר עבודות נגזרות של תוכנת ה-iOS או של שירותים המסופקים לך על ידי תוכנת ה-iOS, או של כל חלק מהם (למעט כפי ובמידה שהמגבלה כאמור אסורה לפי החוק הרלוונטי, או לפי תנאי רישיון המסדירים שימוש ברכיבים בעלי קוד מקור פתוח העשויים להיות כלולים בתוכנת ה-iOS), והינך מביע/ה את הסכמתך שלא לעשות כן.

(ה) ניתן להשתמש בתוכנת ה-iOS כדי לשכפל חומרים, כל עוד שימוש כאמור מוגבל לשכפול של חומרים שאינם מוגנים בזכויות יוצרים, חומרים שהינך בעל/ת זכויות היוצרים שלהם, או חומרים אשר הינך מוסמך/ת או מורשה/ית מבחינה חוקית לשכפל אותם. זכויות הכותרת וכל זכויות הקניין הרוחני הרחבני בכל ועבור כל תוכן המצוע על-ידי מכשיר ה-iOS שברשותך, מאוחסנ בו או שהגישה אליו מתאפשרת על-ידי המכשיר שייכות לבעלי התוכן המתאימים. תוכן זה עשוי להיות מוגן בזכויות יוצרים או חוקים או חוזים של קניין רוחני אחרים ועשוי להיות נתון לתנאי שימוש של הצד השלישי המספק תוכן זה. למעט כפי שצוין אחרת במסמך זה, רישיון זה אינו מעניק לך כל זכות שימוש בתוכן מסוג זה או אינו מבטיח שתוכן כזה ימשיך להיות זמין עבורך.

(ו) הינך מסכים/ה להשתמש בתוכנת ה-iOS ובשירותים (המפורטים בחלק 5 להלן) בהתאם לכל החוקים הרלוונטיים, לרבות חוקי המדינה או האזור שבו הינך מתגורר/ת, או שבו הינך מוריד/ה או משתמש/ת בתוכנת ה-iOS ובשירותים. ייתכן שתכונות של תוכנת ה-iOS והשירותים לא יהיו זמינות בכל השפות או האזורים. חלק מהתכונות עשויות להשתנות לפי אזור וחלק מהן עשויות להיות מוגבלות או לא זמינות בהחלטת ספק השירות שלך. תכונות מסוימות של תוכנת ה-iOS והשירותים מחייבות חיבור Wi-Fi או חיבור נתונים סלולריים.

(ז) השימוש ב-App Store מחייב הזנת שילוב ייחודי של שם משתמש וסיסמה, המכונה Apple ID. Apple ID נדרש גם לצורך גישה לעדכוני יישומים ותכונות מסוימות של תוכנת ה-iOS והשירותים שלה.

(ח) הינך מכיר/ה בכך שמאפיינים, יישומים מוכללים ושירותים רבים של תוכנת ה-iOS שולחים נתונים, ועשויים לגרום לחיובים בתכנית הנתונים שלך, שלהם תהיה/תהיי חייב/ת. יש לך אפשרות להציג ולקבוע אילו יישומים ירשו להשתמש בנתונים סלולריים ולהציג ולהערוך את כמות הנתונים שיישומים אלה צרכו תחת 'הגדרות נתונים סלולריים'. למידע נוסף, נא לעיין במדריך למשתמש/ת עבור מכשיר ה-iOS שברשותך.

(ט) אם תבחר/י לאפשר עדכוני יישום אוטומטיים, מכשיר ה-iOS שלך יבדוק מעת לעת אם ישנם עדכונים עבור היישומים המותקנים במכשיר, ובמקרה שישנם עדכון, המכשיר יוריד אותו ויתקין אותו באופן אוטומטית. ניתן לבטל את התכונה של עדכוני יישום אוטומטיים. לשם כך, עבור/י אל "הגדרות", הקש/י על iTunes & App Store ואז, תחת "הורדות אוטומטיות", בטל/י את הסימון ליד "עדכונים".

(י) השימוש במכשיר ה-iOS, במקרים מסוימים, עלול להסיח את דעתך וליצור מצב מסוכן (לדוגמא, יש להימנע משליחת הודעות מלל במהלך נהיגה ברכב, או משימוש באזניות בזמן רכיבה על אופניים). על-ידי שימוש במכשיר ה-iOS, הינך מסכים/ה לכך שהינך אחראי/ת לשמירה על חוקים אשר אוסרים או מגבילים את השימוש במכשירים סלולריים או אזניות (לדוגמא, חוק אשר מחייב שימוש באמצעים שאינם דורשים אחיזה של המכשיר בהנהיגה).

**3. העברה.** אינך רשאי/ת להשכיר, להשכיר, למכור, להפיץ מחדש, או להעניק רישיונות משנה עבור תוכנת ה-iOS. עם זאת, הינך רשאי/ת לבצע העברה קבועה וחד-פעמית של כל זכויותיך לפי הרישיון בתוכנת ה-iOS לצד אחר בקשר להעברת הבעלות במכשיר ה-iOS שלך, בתנאי ש: (א) ההעברה תכלול את מכשיר ה-iOS שלך ואת כל תוכנת ה-iOS, על כל מרכיביה ורישומיה זה; (ב) לא תשמור/י כל עותק של תוכנת ה-iOS, כולה או חלקה, לרבות עותקים המאוחסנים במחשב או על-גבי אמצעי אחסון אחר; ו(ג) הצד המקבל את תוכנת ה-iOS יקרא ויסכים לקבל את התנאים והמגבלות של רישיון זה.

**4. הסכמה לשימוש בנתונים.** כאשר הינך משתמש/ת במכשיר, מספר הטלפון שלך ומזהים ייחודיים מסוימים של מכשיר ה-iOS נשלחים אל Apple על-מנת לאפשר לאחרים להשיג אותך באמצעות מספר הטלפון שלך במהלך שימוש במאפייני תקשורת שונים של תוכנת ה-iOS, כגון iMessage ו-FaceTime. כאשר הינך משתמש ב-iMessage או FaceTime, יתכן ש-Apple תשמור את ההודעות שלך בצורה מוצפנת למשך זמן מוגבל על למנת להבטיח את שליחתן. ניתן לבטל את FaceTime או iMessage על-ידי מעבר אל הגדרות FaceTime או ״הודעות״ במכשיר ה-iOS. מאפיינים מסוימים כגון ״אבחון״, ״שירותי מיקום״, Siri ו״הכתבה״ עשויים לדרוש מידע ממכשיר ה-iOS שלך על מנת לספק את הפונקציות שלהם. בעת ההפעלה את השימוש במאפיינים אלה, יסופקו לך פרטים לגבי סוג המידע הנשלח ל-Apple ולמה משמש מידע זה. לפרטים נוספים, בקר/י בכתובת https://www.apple.com/privacy. בכל מקרה, המידע שלך יטופל בכפוף למדיניות הפרטיות של Apple, הזמינה בכתובת https://www.apple.com/legal/privacy.

**5. שירותים וחומרים של צדדים שלישיים.**

(א) תוכנת ה-iOS עשויה לאפשר גישה ל-iTunes Store, ל-App Store, ל-iBooks Store, ל-Game Center, ל-iCloud ול״מפות״ של Apple, ולשירותים ולאתרי אינטרנט אחרים של Apple ושל צדדים שלישיים (ביחד ולחוד, ״שירותים״). שירותים כגון אלו עשויים שלא להיות זמינים בכל השפות או בכל המדינות. השימוש בשירותים אלו מחייב גישה לאינטרנט. שירותים מסוימים עשויים לחייב שימוש ב-Apple ID וכן לחייב אותך להסכים לתנאים נוספים ולהיות כרוכים בעלויות נוספות. השימוש שלך בתכנום זו בשילוב עם Apple ID, או שירות אחר של Apple, מהווה את הסכמתך לתנאי השירות החלים עבור שירות זה, כגון התנאים וההגבלות העדכניים של שירות המדיה של Apple במדינה שבה הינך ניגש/ת לשירותים כאלה, אותם ניתן לסקור בכתובת https://www.apple.com/legal/internet-services/itunes/ww.

(ב) אם תירשם/י ל-iCloud, תוכל/י לגשת לתכונות מסוימות של iCloud כגון ״ספריית התמונות ב-iCloud״, ״זרם התמונות שלי״, ״שיתוף תמונות ב-iCloud״, ״גיבוי״ ו״מצא את ה-iPhone שלי״ ישירות מתוכנת ה-iOS. הינך מכיר/ה בכך ומסכים/ה כי השימוש שלך ב-iCloud ובתכונות אלה כפוף לתנאים ולמגבלות העדכניים ביותר של שירות iCloud, אותם ניתן לסקור בכתובת https://www.apple.com/legal/internet-services/icloud/ww.

(ג) <u>תוכן היישום News</u>. שימושך בתוכן הנגיש דרך היישום News מוגבל אך ורק לשימוש אישי שאינו מסחרי ולא תשתמע ממנו הענקת זכויות בעלות או התוכן אליך. באופן ספציפי, אינך רשאי/ת לעשות כל שימוש מסחרי או שימוש לצורך קידום מכירות בתוכן. בנוסף, אינך רשאי/ת לפרסם מחדש, לשדר מחדש ולהפיץ מחדש כל תמונה הנגישה דרך News כקובץ עצמאי.

(ד) מפות. השירות והתכונות של ״מפות״ בתוכנת iOS (״מפות״), לרבות כיסוי הנתונים של מפות, עשויים להשתנות בין אזור לאזור. בעת שימוש במאפיינים מבוססי מיקום מסוימים ב״מפות״, כגון הוראות ניווט פניי-אחר-פנייה, דיווחי תנועה וחיפוש מקומי, נתוני מיקום ושימוש מסוימים עשויים להישלח אל Apple, לרבות המיקום הגאוגרפי של מכשיר ה-iOS שלך בזמן אמת, על-מנת לעבד את הבקשה שלך ולסייע בשיפור היישום ״מפות״. נתוני מיקום ושימוש כאלה נאספים על-ידי Apple באופן שאינו מזהה אותך באופן אישי. **השימוש שלך ב״מפות״ מהווה את הסכמתך לשידור, איסוף, החזקה, עיבוד ושימוש במידע זה על-ידי Apple, חברות הבת שלה וסוכניה בתמיכה בכדי לספק ולשפר את השירות והמאפיינים של היישום ״מפות״, וכן מוצרים ושירותים אחרים של Apple.** עשויים גם להיצבר מידע זה, בין אם במצטבר או בצורה שאינה מאפשרת זיהוי אישי, לשותפים ולבעלי הרישיונות שלה על מנת לשפר את דיוק המפה ואת המוצרים והשירותים מבוססי המיקום שלהם. ניתן לבטל את הפונקציונליות של שירותים מבוססי מיקום עבור היישום ״מפות״ על-ידי מעבר אל ההגדרה ״שירותי מיקום״ במכשיר ה-iOS. וביטול הגדרת המיקום הספציפית עבור ״מפות״. עם זאת, מאפיינים מסוימים של ״מפות״ לא יהיו זמינים אם תבטל/י את ההגדרה של ״שירותי מיקום״, כגון ניווט פניי-אחר-פנייה.

(ה) <u>iBooks; Podcasts</u>. אם תבחר/י להשתמש בתכונת הסנכרון של היישומים iBooks ו-Podcasts לסנכרון הסימניות, הפתקים, האוספים ונתוני המנויים שלך על פוד מחשבים בין במחשבים ומכשירי iOS שלך, הינך מכיר/ה בכך שנתונים כאלה יישלחו אל Apple ויאוחסנו יחד עם ה-Apple ID המשמש אותך עבור ה-iBooks Store או ה-iTunes Store, כדי לסנכרן נתונים אלה עם המחשבים והמכשירים האחרים שלך המורשים לגשת לתוכן עם Apple ID זה. ניתן לבטל את תכונת הסנכרון בכל עת על-ידי מעבר אל ״הגדרות״ ושינוי אפשרויות הסנכרון עבור היישומים iBooks ו-Podcasts, בהתאמה.

(ו) הינך מבין/ה כי בעת השימוש באותם שירותים, הינך עלול/ה לבוא במגע עם תוכן שעשוי להיחשב לפוגעני, בלתי-צנוע או בלתי-הולם, כאשר תוכן כאמור עלול להכיל, או שלא להכיל, שפה בוטה, וכי התוצאות של כל חיפוש או הקלדת כתובת URL מסוימת, עשויות, באופן אוטומטי וללא כוונה תחילה, להפיק קישורים או הפניות לחומר בלתי-הולם. על אף האמור, הינך מסכים/ה שהשימוש באותם שירותים הינו באחריותך הבלעדית, וכי ל-Apple, לחברות הבנות שלה, לסוכניה, למנהליה או לבעלי הרישיוני שלה לא תהא חבות כלפיך בגין תוכן שעשוי להיחשב לפוגעני, בלתי-צנוע או בלתי-הולם.

(ז) שירותים מסוימים עשויים שיהיו להציג, לכלול או להעמיד תוכן, נתונים, מידע, יישומים או חומרים מצדדים שלישיים (״חומרים של צדדים שלישיים״), או לספק קישורים לאתרי אינטרנט מסוימים של צדדים שלישיים. על-ידי השימוש בשירותים, הינך מכיר/ה בכך ומסכים/ה, כי Apple אינה אחראית לבחינה או להערכה של התוכן, רמת הדיוק, השלמות, העדכניות, התקינות,

קיום זכויות היוצרים, החוקיות, ההגינות, האיכות או כל היבט אחר של חומרים או אתרי אינטרנט של צדדים שלישיים כאמור. Apple, נושאי משרה בה, גופים הקשורים אליה וחברות בנות שלה, אינם מצהירים או מקדמים, ולא נוטלים ולא תהא להם חבות או אחריות כלפיך או כלפי כל אדם אחר, בגין שירותים של צדדים שלישיים, חומרים של צדדים שלישיים, אתרי אינטרנט של צדדים שלישיים, או בגין כל חומרים, מוצרים או שירותים אחרים של צדדים שלישיים. חומרים של צדדים שלישיים וקישורים לאתרי אינטרנט אחרים מסופקים אך ורק לנוחיותך.

(ח) הן Apple והן ספקי התוכן שלה אינם ערבים לזמינות, למידת הדיוק, למידת הדיוק, לשלמות, למהימנות או לדייקנות בזמנים של מידע אודות מניות, נתוני מיקום או כל מידע אחר המוצג על-ידי שירותים כלשהם. מידע פיננסי המוצע על-ידי שירותים הינו למטרות מידע כלליות, ואין להתמתך עליו כייעוץ להשקעות. לפני ביצוע כל עסקה בניירות ערך המתבססת על מידע שהושם דרך שירותים אלו, עליך להתייעץ עם איש מקצוע בנושאים פיננסיים ובנושא ניירות-ערך. המוסמך להעניק ייעוץ פיננסי וייעוץ בנושא ניירות-ערך על-פי חוק במדינה או באזור שבו הינך גר/ה. נתונים בנושא מיקום, המושגים באמצעות השירותים הללו, לרבות השירות "מפות" של Apple, ניתנים למטרות ניווט כללי ותכנון בלבד, ואינם מיועדים לכך שתסתמך/י עליהם במקרים בהם נדרש מידע מדויק בנושא מיקום, או כאשר נתונים מוטעים, בלתי-מדויקים, מעוכבים בזמן או בלתי-שלמים בנושא מיקום עלולים להוביל למוות, פגיעה בגוף, ברכוש או לנזק סביבתי. הינך מסכים/ה לכך שהתוצאות שתקבל/י מהיישום "מפות" עשויות להיות שונות מתצאי השטח את הכביש בפועל עקב גורמים העשויים להשפיע על מידת הדיוק בייישום "מפות", כגון, אך ללא הגבלה למזג-אוויר, תנאי הדרך והתנועה גאו-פוליטיים. למען בטיחותך בעת שימוש במפעיר הניווט, שים/י תמיד לב לשילוט ולתנאי הדרך בפועל. נהג/י בזהירות ועל-פי תקנות התנועה, ושים/י לב שהוראות להולך רגל לא כוללות לפעמים מדרכות או מעברים להולך רגל.

(ט) במדה שהינך מעלה תוכן באמצעות השירותים, הינך מכריר/ה שבבעלותך הזכויות לחומר זה, או הרשאה לגביו או שהינך מורשה משפטית באופן אחר להעלות תוכן זה וכן שתוכן זה אינו מפר את תנאי השימוש החלים על השירותים. הינך מסכים/ה כי השירותים כוללים תוכן, מידע וחומר קנייניים שהינם בבעלות Apple, בעלי האתר או נותני הרישיון שלהם, והינם מוגנים לפי חוקי קניין רוחני וחוקים רלוונטיים אחרים, לרבות, אך לא רק, זכויות יוצרים. הינך מסכים/ה שלא להשתמש בתוכן, במידע ובחומר קנייניים כאמור, למעט עבור שימוש מותר בשירותים הללו, או בכל צורה שאינה עולה בקנה אחד עם התנאים של רישיון זה, או שמפרה את זכויות הקניין הרוחני של אחר או של Apple. אף חלק של השירותים הללו לא ישוכפל בכל צורה או בכל אמצעי. הינך מסכים/ה שלא לשנות, לשכור, להשכיר, להלוות, למכור, להפיץ או ליצור עבודות נגזרות המבוססות על השירותים הללו, בכל צורה שהיא, ושלא לנצל את השירותים הללו בכל צורה שלא הותרה לך, לרבות, אך לא רק, על-ידי שימוש בשירותים להפצת וירוסים, תולעים, סוסים טרויאניים או כל תוכנה זדונית אחרת, או על-ידי השגת גבול או העמסה על קיבולת רשת. כמו כן, הינך מסכים/ה שלא להשתמש בשירותים בכל אופן על-מנת על-מנת להטריד כל צד אחר, להתעלל בו, לארוב לו, לאיים עליו, להשמיץ אותו, לפגוע בו או להפר באופן אחר את זכויותיו, וכי Apple אינה אחראית, בכל צורה שהיא, בגין שימוש על-ידך כאמור, וגם לא תהא אחראית בגין הודעות או תשדורות מטרידות, מאיימות, משמיצות, פוגעניות, מפרות זכויות-יוצרים או בלתי חוקיות שתקבל/י כתוצאה משימוש בשירותים אלו.

(י) בנוסף, שירותים וחומרים של צדדים שלישיים אשר ניתן לקבל אליהם גישה, לקשר אליהם או להציג אותם במכשיר ה-iOS, אינם זמינים בכל השפות או בכל המדינות או האזורים. Apple אינה מצהירה כי שירותים וחומרים של צדדים שלישיים שכאלה הינם ראויים או זמינים לשימוש בכל מקום נתון. במידה שתחליט/י להשתמש בשירותים ובחומרים של צדדים שלישיים שכאלה או לגשת אליהם, הינך עושה זאת מתוך יוזמתך שלך, והינך אחראית/ת לקיום כל חוק רלוונטי, לרבות, אך לא רק, החוקים המקומיים הרלוונטיים וחוקים הנוגעים לפרטיות ואיסוף נתונים. השיתוף או הסנכרון של תמונות דרך מכשיר ה-iOS עשויים לגרום לשידור של מטה-נתונים יחד עם התמונות, לרבות המיקום והזמן שבו התמונה צולמה (כן פרטי עומק. השימוש בשירותים של Apple (כגון "ספריית התמונות ב-iCloud") לשיתוף או סנכרון של תמונות כאלה ירגום לכך ש-Apple תקבל ותאחסן מטה-נתונים מסוג זה. Apple ונותני הרישיון שלה, שומרים על הזכות לשנות, להשעות, להסיר או לחסום את הגישה לשירותים כאמור בכל עת, ללא הודעה מראש. בכל מקרה, Apple לא תהא אחראית בגין הסרה או חסימה של הגישה לשירותים כאמור. Apple רשאית גם להטיל מגבלות על השימוש או הגישה לשירותים מסוימים, בכל מצב וללא הודעה מראש או חבות מצידה.

**6. סיום.** רישיון זה הינו בתוקף עד לסיומו. זכויותיך לפי רישיון זה יסתיימו באופן אוטומטי, ללא הודעה מ-Apple, אם לא תקיים/י תנאי כלשהו מתנאי רישיון זה. עם סיומו של רישיון זה, תחדל/י משימוש בתוכנת ה-iOS. סעיפים 4, 5, 6, 7, 8, 9, 12 ו-13 של רישיון זה ימשיכו להיות תקפים גם לאחר סיום הרישיון.

**7. העדר אחריות**

7.1 **אם הינך לקוח/ה שהינו/ה צרכן/ית (מישהו שמשתמש בתוכנת ה-iOS מחוץ לתחום העיסוק, העסק או המקצוע שלו), ייתכן שיש לך זכויות משפטיות במדינת מגורך הפוטנטית אותך מההגבלים הבאים. במקרה כזה, הינך שהגבלים אלה אסורים, הם לא יחולו עליך. לפרטים נוספים על זכויות אלה, עליך לפנות את ארגון ייעוץ צרכני במקום מגוריך.**

7.2 **הינך מכיר/ה בכך ומסכים/ה באופן מפורש, כי השימוש בתוכנת ה-iOS ובשירותים כלשהם המבוצע באמצעות תוכנת ה-iOS או דרכה, הוא באחריותך בלבד, וכי כל הסיכון באשר לאיכות, לביצוע, לדיוק ולמאמץ משביעי-הרצון, מוטל עליך.**

7.3    במידת האפשר על-פי חוק, תוכנת ה-iOS והשירותים מסופקים "כפי שהם" ו"כפי שזמינים", עם כל הפגמים וללא אחריות מכל סוג, ו-Apple ונותני הרישיון שלה (ביחד "Apple", למטרות סעיפים 7 ו-8), פוטרים עצמם בזאת מכל אחריות ותנאים בנוגע לתוכנת ה-iOS ולשירותים, בין אם מפורשים, משתמעים או סטטוטוריים, לרבות, אך לא רק, האחריות ו/או התנאים המשתמעים בנושא סחירות, איכות מספקת, התאמה למטרה מסוימת, דיוק, הנאה שקטה ואי-הפרת הזכויות של צדדים שלישיים.

7.4    Apple אינה אחראית לעניין הפרעה להנאתך מתוכנת ה-iOS ומהשירותים, אינה אחראית לכך שהפונקציות הכלולות או השירותים המבוצעים או ניתנים על-ידי תוכנת ה-iOS יתאימו לדרישותיך, לכך שפעולת התוכנה והשירותים יהיו ללא הפרעה או ללא טעויות, לכך ששירות כלשהו ימשיך להיות זמין, לכך שפגמים בתוכנת ה-iOS או בשירותים יתוקנו, או לכך שתוכנת ה-iOS תהא תואמת או תפעל עם כל תוכנה, יישום או שירות של צדדים שלישיים. ההתקנה של תוכנת iOS זו עשויה להשפיע על הזמינות והשימושיות של תוכנות, יישומים או שירותים של צדדים שלישיים כמו גם על של מוצרים ושירותים של APPLE.

7.5    כמו כן, הינך מכיר/ה בכך כי תוכנת ה-iOS והשירותים אינם מיועדים או מתאימים לשימוש במצבים או בסביבות בהם כשל, עיכוב זמני, טעויות או אי-דיוקים בתוכן, בנתונים או במידע המסופקים על-ידי תוכנת ה-iOS או השירותים, עלולים להוביל למוות, נזק גוף או לנזק פיזי או סביבתי חמור, לרבות, אך לא רק, הפעלת מתקנים גרעיניים, ניווט של כלי טיס או מערכות תקשורת, בקרת תנועה אווירית, מערכות תומכות-חיים או נשק.

7.6    אף מידע בעל-פה או בכתב, או ייעוץ הניתן על-ידי Apple או נציג מורשה של Apple, לא יהווה אחריות. אם תוכנת ה-iOS או השירותים יהיו פגומים, הינך נוטל/ת על עצמך את כל העלות של קבלת שירות או תיקון כנדרש. ישנן מדינות אשר אינן מתירות שלילת אחריות משתמעת או מגבלות על זכויות סטטוטוריות רלוונטיות של צרכן, ולכן ייתכן כי השלילה והמגבלות דלעיל לא יחולו עליך.

8.    הגבלת חבות. במידה בה הדבר אינו אסור על-פי חוקים רלוונטיים, בכל מקרה Apple, החברות הבנות שלה, סוכניה או מנהליה לא יחובו בגין נזק גופני או בגין נזקים נלווים, מיוחדים, עקיפים או תוצאתיים, לרבות, אך לא רק, נזקים בגין אובדן רווחים, נזק לנתונים או אובדן נתונים, כשל בשליחה או בקבלה של נתונים (כולל, ללא הגבלה, הנחיות, מסלות וחומרים של שיעורים), הפרעה עסקית או כל נזק או אובדן מסחרי אחר, הנובעים או הנגרמים משימושך או אי-יכולתך להשתמש בתוכנת ה-iOS ובשירותים, או בכל תוכנה או יישומים של צדדים שלישיים ביחד עם תוכנת ה-iOS או השירותים, אשר ייגרמו ככל שייגרמו, בהתעלם מתיאוריית החבות (חוזית, נזיקית או אחרת), ואף אם Apple ידעה על האפשרות לנזקים כאמור. ישנן מדינות אשר אינן מתירות הוצאת האחריות או הגבלה של חבות בגין נזקי גוף, או בגין נזקים נלווים או תוצאתיים, כך שייתכן שמנגנה זאת אינה חלה עליך. בכל מקרה, חבותה הכוללת של Apple כלפיך בגין כל הנזקים (למעט כפי שיידרש לפי החוק הרלוונטי במקרים בהם מעורב נזק גוף), לא תעלה על מאתיים וחמישים דולר ארה"ב (U.S.\$250.00). המגבלות דלעיל יחולו, אף אם הסעד כאמור אינו מקיים את מטרתו המהותית.

9.    אישורים דיגיטליים. תוכנת ה-iOS כוללת מאפיין המאפשר לה לקבל אישורים דיגיטליים, בין אם הונפקו על-ידי Apple או על-ידי צדדים שלישיים. הינך אחראי/ת באופן בלעדי להחלטה אם להסתמך על אישור, בין אם הונפק על-ידי Apple ובין אם על-ידי צד שלישי. שימושך באישורים דיגיטליים הינו באחריותך בלבד. עד כמה שהדבר מותר על-ידי החוק החל, Apple אינה אחראית או מצהירה, באופן מפורש או משתמע, בעניין סחירות או התאמה למטרה מסוימת, דיוק, אבטחה או אי-הפרת זכויות של צדדים שלישיים.

10.    בקרת ייצוא. אינך רשאי/ת להשתמש בתוכנת ה-iOS, לייצא או לייצא מחדש, למעט לפי המותר בהתאם לדיני ארה"ב ודיני המדינה(ות) שבה(ן) הושגה תוכנת ה-iOS. ביחוד, אך לא רק, תוכנת ה-iOS לא תיוצא או תיוצא מחדש (א) למדינות עליהן הוטל חרם על ידי ארה"ב; (ב) לאדם כלשהו ברשימת מערכת האוצר האמריקאי בדבר נתינים שהוגדרו מפורשות או ברשימת האנשים הבלתי מורשים/רשימת הישויות של משרד המסחר האמריקאי או כל רשימה אחרת של גופים מוגבלים. על-ידי שימוש בתוכנת ה-iOS, הינך טוען/ת ומצהיר/ה כי אינך נמצא/ת בכל מדינה כאמור או בכל רשימה כאמור. כמו כן, הינך מסכים/ה כי לא תשתמש/י בתוכנת ה-iOS לשם מטרות האסורות לפי דיני ארה"ב, לרבות, אך לא רק, פיתוח, עיצוב, הפקה או ייצור של טילים, אמצעי-לחימה גרעיניים, כימיים או ביולוגיים.

11.    משתמשי-קצה ממשלתיים. תוכנת ה-iOS ומסמכיי תיעוד הקשורים לה הינם "פריטים מסחריים", כפי שמונח זה מוגדר בסעיף 48ỳ C.F.R. §2.101, הכולל "תוכנת מחשב מסחרית" ו"תיעוד תוכנת מחשב מסחרית", כפי שמונחים אלה משמשים בסעיף 48ỳ C.F.R. §12.212 או בסעיף 48ỳ C.F.R. §227.7202, לפי העניין. בהתאם לסעיף 48ỳ C.F.R. §12.212 או לסעיפים 227.7202-1 עד 4-227.7202, לפי העניין, "תוכנת מחשב מסחרית" ו"תיעוד תוכנת מחשב מסחרית" ניתנים ברישיון למשתמשי קצה בארה"ב (א) כפריטים מסחריים בלבד ו(ב) רק עם אותן זכויות שניתנות לכל שאר משתמשי הקצה לפי התנאים והמגבלות במסמך זה. זכויות שלא פורסמו שמורות במסגרת זכויות יוצרים בארה"ב.

12.    הדין החל ונתיקות. על רישיון זה יחולו דיני מדינת קליפורניה, להוציא עקרונותיה באשר לסתירה בין חוקים, והוא יפורש

לפיהם. רישיון זה לא יהא כפוף לאמנת האו"ם בדבר חוזים למכירה בינלאומית של טובין, והיישום שלה נשלל באופן מפורש. אם הינך צרכן/ית היושב/ת בבריטניה, על רישיון זה יחולו חוקי תחום השיפוט של מקום מגוריך. אם, מכל סיבה, בית משפט מוסמך יקבע כי כל הוראה, או חלק ממנה, אינם ניתנים לאכיפה, יתר הרישיון ייוותר בתוקפו המלא.

**13. הסכם שלם; השפה הקובעת.** רישיון זה מהווה את כלל ההסכם בינך לבין Apple בקשר לתוכנת ה-iOS, וגובר על כל הבנות קודמות או נוכחיות בנושאו זה. אף תיקון או שינוי ברישיון זה לא יהיו מחייבים, אלא אם נעשו בכתב ונחתמו על-ידי Apple. כל תרגום של רישיון זה נעשה לשם דרישות מקומיות, ובמקרה של אי-התאמה בין הגרסה האנגלית לגרסאות שאינן באנגלית, תגבר הגרסה האנגלית של הרישיון, עד כמה שהדבר מותר לפי חוקן המקומי באזור מגוריך.

**14. הכרה בצדדים שלישיים.** חלקים מתוכנת ה-iOS עשויים להשתמש או לכלול תוכנה של צדדים שלישיים וחומר אחר המוגן בזכויות יוצרים. הכרה בצדדים שלישיים, תנאי רישוי וויתורים בנוגע לחומר כאמור, כלולים במסמכים האלקטרוניים של תוכנת ה-iOS, ושימושך בחומר כאמור כפוף להוראותיהם לפי העניין. השימוש ב-Google Safe Browsing Service כפוף לתנאי השירות של Google (([https://www.google.com/intl/iw/policies/terms](https://www.google.com/intl/iw/policies/terms))) ולמדיניות הפרטיות של Google ([https://www.google.com/intl/iw/policies/privacy](https://www.google.com/intl/iw/policies/privacy)).

**15. שימוש ב-MPEG-4; הודעת H.264/AVC.**
(א) תוכנת ה-iOS ניתנת ברישיון במסגרת רישיון MPEG-4 Systems Patent Portfolio License לקידוד בהתאם לתקן MPEG-4 Systems Standard, למעט העובדה שרישיון נוסף ותשלום תמלוגים נדרשים לקידוד כאשר מדובר ב(1) קידוד של נתונים המאוחסנים או משוכפלים במדיה פיזית שהתשלום עבורם מתבצע על בסיס כל פריט לחוד, ו/או (2) קידוד נתונים שהתשלום עבורם מתבצע על בסיס כל פריט לחוד והמשודרים למשתמש בסיס לאחסון ו/או שימוש קבועים. רישיון נוסף כגון זה ניתן להשיג דרך http://www.mpegla.com. ראה/י MPEG LA, LLC לפרטים נוספים.

(ב) תוכנת ה-iOS כוללת פונקציית קידוד ו/או פענוח וידאו MPEG-4. תוכנת ה-iOS ניתנת ברישיון במסגרת הרישיון MPEG-4 Visual Patent Portfolio License לשימוש אישי ובלתי-מסחרי על ידי צרכנים למטרת (א) קידוד וידאו בהתאם לתקן החזותי MPEG-4 ("וידאו MPEG-4") ו/או (ב) פענוח וידאו MPEG-4 אשר קודד על-ידי צרכן העוסק בפעילות אישית ובלתי-מסחרית ו/או וידאו שהושג מספק וידאו המורשה על-ידי MPEG LA לספק וידאו MPEG-4. אף רישיון אינו ניתן או משתמע לכל שימוש אחר. מידע נוסף, לרבות מידע בנוגע לשימוש וירישוי פרסומי, פנימי ומסחרי, ניתן להשיג מ-MPEG LA, LLC. ראה/י http://www.mpegla.com.

(ג) תוכנת ה-iOS כוללת פונקציית קידוד ו/או פענוח וידאו AVC. שימוש מסחרי ב-H.264/AVC מחייב רישיון נוסף ויחול התנאי הבא: **ניתן בזאת רישיון לפונקציית ה-AVC בתוכנת ה-iOS, אך ורק לשימוש אישי ובלתי-מסחרי על-ידי צרכנים לשם (א) קידוד וידאו בהתאם לתקן AVC ("וידאו AVC") ו/או (ב) פענוח וידאו AVC שקודד על-ידי צרכן שעוסק בפעילות אישית ובלתי-מסחרית ו/או וידאו AVC שהושג מספק וידאו AVC מורשה. מידע בנוגע לשימושים אחרים ורישיונות ניתן להשיג מ-MPEG LA L.L.C. ראה/י http://www.mpegla.com.**

**16. מגבלות על שירות החיפוש של Yahoo.** שירות החיפוש של Yahoo הזמין ב-Safari מורשה לשימוש במדינות ובאזורים הבאים בלבד: אוסטריה, אוסטרליה, אורוגוואי, איטליה, איי בהאמה, איי קיימן, אינדונזיה, איסלנד, אירלנד, אל סלוודור, אקוודור, ארגנטינה, ארובה, ארצות-הברית, בולגריה, בלגיה, ברבדוס, ברזיל, בריטניה, ברמודה, גואטמלה, ג'מייקה, גרמניה, גרנדה, דנמרק, דרום קוריאה, הודו, הולנד, הונג קונג, הונגריה, ונצואלה, טורקיה, טיוואן, טרינידד וטובגו, יוון, יפן, לוקסמבורג, לטביה, ליטא, מלזיה, מלטה, מקסיקו, נורבגיה, ניו זילנד, ניקרגואה, סין, סינגפור, סלובניה, סלובקיה, סנט וינסנט, סנט לוציה, ספרד, פורטו ריקו, פולין, פורטוגל, הפיליפינים, פינלנד, פנמה, פרו, צ'ילה, צ'כיה, צרפת, קולומביה, קנדה, קפריסין, רומניה, הרפובליקה הדומיניקנית, שבדיה, שווייץ ותאילנד.

**17. הודעה בנושא Microsoft Exchange.** הרישיון להגדרת הדואר של Microsoft Exchange בתוכנת ה-iOS ניתן אך ורק לסנכרון דרך האוויר (דרך הרשת הסלולרית) של מידע כונן דוא"ל, אנשי קשר, לוח שנה ומשימות בין מכשיר ה-iOS לשרת Microsoft Exchange, או לתוכנת שרת אחרת המורשית על-ידי Microsoft ליישום את פרוטוקול Microsoft ActiveSync.

EA1520
22.9.2017

---

**תנאים ומגבלות משלימים ל-Apple Pay**

תנאים ומגבלות משלימים אלה ל-Apple Pay ("תנאים משלימים" אלה) משלימים את הסכם הרישיון עבור תוכנת ה-iOS (ה"רישיון"); הן תנאי הרישיון והן תנאים משלימים אלה מקפחים על השימוש שלך באפליקציית Apple Pay, אשר ייקרא "השירות" במסגרת רישיון זה. מונחים מודגשים בתנאים משלימים אלה נושאים את המשמעויות שצוינו ברישיון.

## 1. סקירה והגבלות שימוש

המאפיין Apple Pay מאפשר לך:

- לאחסן ייצוגים וירטואליים של כרטיסי אשראי, כרטיסי חיוב, כרטיסים ששולמו מראש וכרטיסי Apple Pay Cash, כולל אשראי בחנויות, כרטיסי חיוב וכרטיסים ששולמו מראש, שנתמכים על-ידי המאפיין Apple Pay ("<u>כרטיסי תשלום נתמכים</u>") ועושים שימוש במכשירי iOS נתמכים לביצוע תשלומים ללא מגע במיקומים נבחרים, או תשלומים מתוך יישומים או אתרים.
- להשתמש בשוברי שי וכרטיסי מתנה השמורים ב-Wallet, ("<u>כרטיסים הנתמכים על ידי Apple Pay</u>", ביחד עם "כרטיסי תשלום נתמכים", "<u>כרטיסים נתמכים</u>") על מנת לבצע עסקאות באמצעות שוברי שי וכרטיסי מתנה ללא מגע בחנויות נבחרות, כחלק מתשלום ללא מגע באמצעות Apple Pay. ייתכן שתכונות Apple Pay של תוכנת ה-iOS יהיו זמינות באזורים נבחרים בלבד, אצל מנפיקי כרטיסים נבחרים ומול סוחרים נבחרים. התכונות עשויות להשתנות לפי אזור, מנפיק וסוחר; וגם
- לשלוח תשלומים מאדם לאדם אל משתמשי Apple Pay אחרים.

ייתכן שמאפייני Apple Pay של תוכנת ה-iOS יהיו זמינים באזורים נבחרים בלבד ואצל מנפיקי כרטיסים, מוסדות פיננסיים וסוחרים נבחרים בלבד. המאפיינים עשויים להשתנות בין האזורים, המנפיקים והסוחרים.

על-מנת להשתמש ב-Apple Pay, דרוש כרטיס נתמך. הכרטיסים הנתמכים עשויים להשתנות מעת לעת. בנוסף, כדי לשלוח או לקבל תשלומים מאדם לאדם, דרוש כרטיס Apple Pay Cash.

כדי להשתמש במאפיינים אלו, כרטיסי התשלום הנתמכים ותשלומים מאדם לאדם מחייבים ל-Apple ID איתו התחברת ל-iCloud. כרטיסים נתמכים זמינים עבור בני 13 ומעלה (ושימוש להיות כפופים למגבלות גיל נוספות האכפות על-ידי iCloud). ייתכן שתכונות Apple Pay של תוכנת ה-iOS יהיו זמינות באזורים נבחרים בלבד, אצל מנפיקי כרטיסים נבחרים. כרטיסי Apple Pay Cash והיכולת לשלוח ולקבל תשלומים מאדם לאדם זמינים למשתמשים בני 18 ומעלה בלבד.

Apple Pay מיועד לשימושך האישי והינך רשאי להקצות את הכרטיסים נתמכים ששייכים לך. אם הינך מקבל כרטיס נתמך ששייך לארגון, הינך מאשר/ת בכך כי הדבר נעשה בהרשאת המעסיק וכי קיבלת הרשאה לאגד את מעסיקך לתנאי שימוש אלה ולכל העסקאות שינבעו מהשימוש במאפיין זה. במקרה של שליחה או קבלה של תשלום מאדם לאדם, הינך מאשר/ת כי הפעולה מיועדת לשימושך האישי בלבד ולמטרה שאינה מסחרית.

הינך מסכים/ה שלא להשתמש ב-Apple Pay למטרות בלתי חוקיות או למטרות הונאה, או לכל מטרה אחרת האסורה לפי הרישיון ו/או תנאים משלימים אלה. בנוסף, הינך מסכים/ה להשתמש ב-Apple Pay בהתאם לחוקים ולתקנות הרלוונטיים. הינך מסכים/ה שלא להתערב ולא להפריע לשירותים של Apple Pay (לרבות גישה לשירות באמצעים אוטומטיים) או לשרתים או רשתות המחוברים לשירות, או לקיים מדיניות, דרישות או תקנות של רשתות המחוברות לשירות (לרבות גישה בלתי מורשית לנתונים או תעבורה בהן, שימוש בנתונים כאלה או ניטור שלהם).

## 2. הקשר של Apple אתך

Apple Pay מאפשר לך ליצור ייצוג וירטואלי של הכרטיסים הנתמכים שלך במכשיר ה-iOS הנתמך שלך. עם זאת, Apple אינה מעבדת עסקאות של תשלומים או עסקאות או בכרטיסים אחרים שאינם מיועדים לתשלומים (כגון צבירת נקודות או זיכויים) ואינה מקבלת, מעבירה או מחזיקה בכספים שלך, וכן אין לה כל פיקוח אחר על תשלומים, החזרים, החזרות, נקודות, צבירות, הנחות או כל פעילות מסחרית אחרת שעשויה לנבוע משימושך במאפיין זה.

תנאי ההסכם של מחזיקי כרטיס שנקבעו עבורך על ידי מנפיק הכרטיס ימשיכו לפקח על שימושם בכרטיסים הנתמכים ועל השימוש בהם בהקשר של Apple Pay. באופן דומה, השתתפותך בתכניות הטבות או צבירת נקודות ושימושך בכרטיסים תומכי Apple Pay במסגרת Apple Pay יהיה כפוף לתקנון של הסוחרים הרלוונטיים.

כרטיסי Apple Pay Card והיכולת לשלוח ולקבל תשלומים מאדם לאדם זמינים בארצות הברית בלבד, ושירותים אלה ניתנים על-ידי Green Dot Bank, החברה ב-FDIC. כאשר תפעיל/י מאפיינים אלה בתוך Apple Pay, ייפתח עבורך חשבון ב-Green Dot Bank, וכאשר תשלח/י או תקבל/י תשלום מאדם לאדם או תטען/י או תשוב/י כסף מחשבון Apple Pay Cash, Green Dot Bank תהיה אחראית לקבלת הכסף ושליחתו אל הנמען. המוסד הפיננסי האחראי לשירותי Apple Pay Cash ולשירות העברת תשלומים מאדם לאדם בתוך Apple Pay כפוף לשינוי, וכל שימוש שתעשה/י במאפיינים אלה יהיה כפוף לתקנון של אותו מוסד.

אף תנאי מתנאי הרישיון או התנאים המשלימים שמופיעים כאן אינו משנה את תנאי ההסכם של בעל כרטיס, משתמש או

סוחר כלשהו, ורק תנאי אותו הסכם יגדירו את השימוש שתעשה/י בכרטיס הנתמך או במאפייני התשלומים מאוד לאדם של Apple Pay ושל הייצוג הוויזואלי של Apple Pay במכשיר ה-iOS שלך. הינך מסכים/ה כי Apple אינה צד בהסכמי מחזיקי הכרטיסים או הסוחרים שלך וכן אינה אחראית (א) לתוכן, לדיוק או לאי הזמינות של כרטיסי תשלום, כרטיסי הטבות, כרטיסי מתנה, פעילויות מסחריות, עסקאות או רכישות בעת השימוש בפונקציונליות של Apple Pay; (ב) להנפקה של כרטיסים או להערכת הזכאות לכרטיסים; (ג) לצבירת נקודות או הטבות או למימושם במסגרת תכנית של סוחר זה או אחר; (ד) למימון או טעינה מחדש של כרטיסים ששולמו מראש. בכל מחלוקת או שאלה באשר לכרטיסי תשלום, כרטיסי הטבות או כרטיסי מתנה, או פעילויות מסחריות קשורות, יש לפנות למנפיק או לסוחר הרלוונטי; (ה) לשליחה או קבלה של תשלומים מאוד לאדם; או (ו) לטעינה, מימוש או משיכה של כספים מכרטיס Apple Pay Cash שלך.

בכל מקרה של מחלוקת או שאלה לגבי כרטיסי תשלום, כרטיסי נקודות, כרטיסי שי או פעילות מסחרית משויכת, יש לפנות אל המנפיק או אל הסוחר הרלוונטי. לשאלות בנושא כרטיס Apple Pay Cash או תשלומים מאוד לאדם, יש לפנות אל תמיכת Apple.

### 3. פרטיות

על מנת להציע לך חוויית שימוש מלאה, Apple Pay דורש מידע מסוים ממכשיר ה-iOS שלך. בנוסף, במהלך השימוש בכרטיס Apple Pay Cash או בהתלך שליחה או קבלה של תשלומים מאוד לאדם, מידע נוסף לגבי העסקאות שלך נאסף ונשמר לצורך תחזוקת החשבון שלך, וכן למניעת הונאות ולמטרות רגולטוריות. ניתן למצוא מידע נוסף לגבי האיסוף, השימוש והשיתוף של נתונים כחלק מהשימוש שלך ב-Apple Pay, בכרטיס Apple Pay Cash או בתשלומים מאוד לאדם ב"אודות Apple Pay ופרטיות" (שניתן לגשת אליו על ידי מעבר אל "Apple Pay"-ו "Wallet" במכשיר ה-iOS, או בתוך היישום Watch במכשיר iOS מקושר) או מעבר לכתובת: https://www.apple.com/privacy. השימוש שלך במאפיינים אלה מהווה את הסכמתך לשידור, איסוף, החזקה, עיבוד ושימוש במידע זה על-ידי Apple, חברות הבת שלה וסוכניה במטרה לספק ולשפר את השירות והמאפיינים של Apple Pay.

### 4. אבטחה; מכשיר שאבד או הושבת

המאפיין Apple Pay מאחסן ייצוגים וירטואליים של הכרטיסים הנתמכים שלך ויש לאבטח אותו כפי שהיית מאבטח את הכסף המזומן, כרטיסי האשראי וחיוב, כרטיסי המתנה והכרטיסים המשולמים מראש הפיזיים שלך. מתן קוד הגישה למכשיר שלך לצד שלישי או מתן הרשאה לצד שלישי להוסיף את טביעת האצבע שלו/ה כדי להשתמש ב-Touch ID או כדי להפעיל את Face ID עשויים לאפשר להם לבצע תשלומים ולשלוח, לבקש או לקבל תשלומים מאוד לאדם, למשוך כסף מכרטיס Apple Pay Cash שלך, או לקבל ולממש הטבות או אשראי באמצעות Apple Pay המהמכשיר שלך. הינך אחראי/ת באופן בלעדי לשמירה על אבטחת המכשיר וקוד הגישה שלך. הינך מסכים/ה כי אין ל-Apple כל אחריות בתמקרה שתאבד/י את תשתף/י את הגישה למכשיר. הינך מסכים/ה כי אין ל-Apple כל אחריות בתמקרה שתבצע/י ב-iOS שינויים ללא רשות (למשל פריצה של המכשיר).

יתכן שתידרש/י להפעיל אמצעי אבטחה נוספים כגון אימות דו-גורמי עבור ה-Apple ID שלך כדי לגשת למאפיינים מסוימים של Apple Pay, כולל כרטיס Apple Pay Cash ותשלומים מאוד לאדם ב-Apple Pay. אם תסיר/י בשלב מאוחר יותר מאפייני בטיחות אלה, יתכן שלא תוכל/י להמשיך לגשת למאפיינים מסוימים של Apple Pay.

אם המכשיר אבד או נגנב והמאפיין "מצא את ה-iPhone" שלי" הופעל, תוכל/י להשתמש בו כדי לנסות להשבית את היכולת לשלם באמצעות הכרטיסים הנתמכים או לשלוח תשלומים מאוד לאדם במכשיר על-ידי העברתו ל"מצב אבדן". ניתן גם למחוק את המכשיר, פעולה אשר תנסה להשבית את היכולת לשלם באמצעות כרטיסי התשלום הנתמכים הווירטואליים או לשלוח תשלומים מאוד לאדם במכשיר, וגם תנסה להסיר את הכרטיסים שתומכים ב-Apple Pay. עליך להתקשר למנפיק של הכרטיסים הנתמכים, אל הסוחר שהנפיק את הכרטיס שתומך ב-Apple Pay וגם אל Apple במקרה של כרטיס Apple Pay Cash כדי למנוע גישה בלתי מורשית לכרטיסים הנתמכים שלך.

אם תדווח/י על חשד להונאה, או במקרה ש-Apple תחזיק בחשד כזה, הינך מסכים/ה לשתף פעולה עם Apple בכל חקירה שתהיה ולנקוט כל אמצעי למניעת הונאה שאנו נציין.

### 5. הגבלת חבות

בנוסף לכתבי העדר אחריות והגבלת אחריות המפורטים ברישיון זה, APPLE אינה נוטלת כל אחריות לרכישות, תשלומים, עסקאות או פעילויות מסחר אחרות שיבוצעו באמצעות APPLE PAY, והינך מסכים/ה להסתמך או ורק על הסכמים שייתכן ויש לך עם מנפיק הכרטיס, עם רשת התשלום, עם המוסדות הפיננסיים או עם הסוחר לפתרון שאלות או מחלוקות הקשורות לכרטיסים הנתמכים, לתשלומים מאוד לאדם ולפעילויות מסחריות קשורות.

**הודעות מ-Apple**

אם Apple תצטרך ליצור עמך קשר בנוגע למוצר או לחשבון שלך, הינך מסכים לקבל את ההודעות בדוא"ל. הינך מסכים/ה כי
הודעות כאמור אשר יישלחו אליך באופן אלקטרוני, יקיימו את דרישות התקשורת על-פי חוק.

MAGYAR

**FONTOS: AZ iPHONE, iPAD VAGY iPOD TOUCH („iOS-ESZKÖZ") HASZNÁLATÁVAL ELFOGADJA, HOGY AZ ALÁBBI FELTÉTELEK ÖNRE NÉZVE KÖTELEZŐ ÉRVÉNYŰEK:**

A.    **APPLE iOS SZOFTVERLICENC-SZERZŐDÉS**
B.    **APPLE PAY – KIEGÉSZÍTŐ FELTÉTELEK**
C.    **ÉRTESÍTÉSEK AZ APPLE RÉSZÉRŐL**

**APPLE INC.**
**iOS SZOFTVERLICENC-SZERZŐDÉS**
**Egyszeres felhasználási licenc**

**AZ iOS-ESZKÖZ HASZNÁLATA VAGY A JELEN LICENCHEZ KAPCSOLÓDÓ SZOFTVERFRISSÍTÉS LETÖLTÉSE ELŐTT FIGYELMESEN OLVASSA EL A SZOFTVERLICENC-SZERZŐDÉST („LICENC"). AZ iOS-ESZKÖZ ÉS A LETÖLTÉSEK HASZNÁLATÁVAL VAGY A SZOFTVERFRISSÍTÉSEK LETÖLTÉSÉVEL ELFOGADJA, HOGY A JELEN LICENC FELTÉTELEI ÖNRE NÉZVE KÖTELEZŐ ÉRVÉNYŰEK. HA NEM FOGADJA EL A JELEN LICENC FELTÉTELEIT, NE HASZNÁLJA AZ iOS-ESZKÖZT, ILLETVE NE TÖLTSE LE EZT A SZOFTVERFRISSÍTÉST.**

**HA NEMRÉG VÁSÁROLT iOS-ESZKÖZT, ÉS NEM FOGADJA EL A LICENC FELTÉTELEIT, A https://www.apple.com/legal/sales_policies/ CÍMEN ELÉRHETŐ APPLE VISSZATÉRÍTÉSI IRÁNYELVEKNEK MEGFELELŐEN A VISSZATÉRÍTÉSI IDŐTARTAMON BELÜL JÓVÁÍRÁS ELLENÉBEN VISSZAJUTTATHATJA iOS-ESZKÖZÉT AZ APPLE STORE ÁRUHÁZBA VAGY AHHOZ A HIVATALOS VISZONTELADÓHOZ, AHOL VÁSÁROLTA AZT.**

**1. Általános rendelkezések**

(a) Az iOS-eszközhöz olvasható memórián, bármely más adathordozón vagy más formátumban mellékelt szoftvernek (beleértve a rendszerindítási ROM-kódot, a beágyazott szoftvereket és a külső féltől származó szoftvereket), a dokumentációnak, a felületeknek, a tartalomnak, a betűkészleteknek és egyéb adatoknak („Eredeti iOS-szoftver"), amelyek frissülhetnek, valamint az Apple új szolgáltatásokkal, szoftverfrissítésekkel vagy rendszer-helyreállítási szoftverekkel helyettesítheti azokat („iOS-szoftverfrissítések") (az Eredeti iOS-szoftver és az iOS-szoftverfrissítések együttes megnevezése „iOS-szoftver"), kizárólag a licencét, nem pedig tulajdonjogát szerezte meg az Apple Inc. vállalattól („Apple") a Licenc feltételeinek megfelelő felhasználásra. Az Apple és licenctulajdonosai maradnak az iOS-szoftver tulajdonosai, és minden olyan jogot fenntartanak, amelyekre Ön nem kifejezetten jogosult. Elfogadja, hogy a jelen Licenc feltételei érvényesek az iOS-eszközön beépített bármely Apple márkájú alkalmazás esetén, kivéve, ha az alkalmazáshoz külön licenc tartozik, amely esetben elfogadja, hogy az adott licenc feltételei az irányadók az adott alkalmazásra vonatkozóan.

(b) Az Apple saját belátása szerint elérhetővé tehet jövőbeni iOS-szoftverfrissítéseket. Az iOS-szoftverfrissítések – ha vannak ilyenek – nem feltétlenül tartalmazzák az összes létező szoftverfunkciót vagy az olyan új funkciókat, amelyeket az Apple az iOS-eszközök újabb vagy más modelljeihez ad ki.  Az Apple iOS-szoftverfrissítések esetében a jelen Licenc feltételei az irányadók, ha azokat Ön elfogadja, kivéve, ha az iOS-szoftverfrissítéshez külön licenc tartozik, amely esetben az adott licenc rendelkezései az irányadók.

(c) Ha expressz beállítási funkciót használ egy új iOS-eszköznek a régi iOS-eszközén alapuló beállításához, akkor elfogadja, hogy ennek a Licencnek a feltételei vonatkoznak az új iOS-eszközön lévő iOS szoftver használatára, kivéve, ha ahhoz külön licenc tartozik, mert ebben az esetben Ön elfogadja, hogy annak a licencnek a feltételei fognak vonatkozni az iOS szoftver használatára.

**2. Engedélyezett licencfelhasználások és -korlátozások**

(a) A jelen Licenc feltételeinek megfelelően Ön egy korlátozott, nem kizárólagos licencre jogosult, amellyel az iOS-szoftvert egyetlen Apple márkájú iOS-eszközön használhatja. Az alábbi 2(b) szakaszban vagy egy esetleges különálló, az Apple és Ön közötti szerződésben engedélyezett esetek kivételével a jelen Licenc nem engedélyezi, hogy az iOS-szoftver egyidejűleg egynél több Apple márkájú iOS-eszközön telepítve legyen, továbbá az iOS-szoftvert nem terjesztheti vagy teheti elérhetővé olyan hálózaton keresztül, ahol azt több eszköz is futtathatja vagy használhatja egyszerre. A jelen Licenc nem jogosítja fel az Apple védett felületeinek és egyéb szellemi tulajdonának használatára külső fél eszközeinek, kiegészítőinek, illetve külső fél szoftveralkalmazásainak az iOS-eszközökön való használathoz történő tervezéséhez, fejlesztéséhez, gyártásához, licenceléséhez vagy terjesztéséhez. Ezen jogok némelyikét az Apple különálló licencek alapján biztosítja. Külső fél eszközeinek és kiegészítőinek az iOS-eszközökhöz történő fejlesztésével kapcsolatos további tudnivalókért látogasson el a https://developer.apple.com/programs/mfi/ weboldalra. Szoftveralkalmazások az iOS-eszközhöz való fejlesztésével kapcsolatos további tudnivalókért keresse fel a https://developer.apple.com weboldalat.

(b) A jelen Licenc feltételeinek megfelelően Ön egy korlátozott, nem kizárólagos licencre jogosult, amellyel letöltheti az Apple által az iOS-eszköz modelljéhez esetlegesen elérhetővé tett iOS-szoftverfrissítéseket az Ön tulajdonát képező vagy Ön által használt ilyen iOS-eszközön található szoftver frissítése vagy visszaállítása érdekében. A jelen Licenc nem engedélyezi, hogy olyan iOS-eszközöket frissítsen vagy állítson vissza, amelyek nem képezik az Ön tulajdonát, vagy amelyeket nem Ön használ, továbbá az iOS-szoftverfrissítéseket nem terjesztheti vagy teheti elérhetővé olyan hálózaton keresztül, ahol azt több eszköz vagy számítógép használhatja egyszerre. Ha letölt egy iOS-szoftverfrissítést a számítógépére, az iOS-szoftverfrissítésről csak egyetlen, géppel olvasható formátumú másolatot készíthet biztonsági tartalékmásolat céljából, azzal a feltétellel, hogy a biztonsági tartalékmásolat tartalmazza az eredeti példányban meglévő összes szerzői jogi és egyéb tulajdonjogi információt.

(c) Ha az iOS-eszközre az Apple előre telepített Apple márkájú alkalmazásokat („Előre telepített alkalmazások"), azok az iOS-eszközön történő használatához először be kell jelentkeznie az App Store áruházba, és hozzá kell rendelnie ezen Előre telepített alkalmazásokat az App Store-fiókjához. Ha egy Előre telepített alkalmazást az App Store-fiókjához rendel, azzal az iOS-eszközön található összes Előre telepített alkalmazás hozzárendelése is automatikusan megtörténik. Azzal, hogy az Előre telepített alkalmazásokat az App Store-fiókjához rendeli, Ön elfogadja, hogy az Apple az App Store-fiókjához használt Apple ID azonosítót és az iOS-eszközről beszerzett egyedi hardverazonosítót továbbíthatja, gyűjtheti, megtarthatja, feldolgozhatja és felhasználhatja egyedi fiókazonosítóként annak érdekében, hogy az Ön kérelmének jogosultságát ellenőrizze, és hogy az Ön számára hozzáférést biztosítson az Előre telepített alkalmazásokhoz az App Store áruházon keresztül. Ha nem kíván használni egy Előre telepített alkalmazást, bármikor törölheti azt iOS-eszközről.

(d) Az iOS-szoftver felhasználható olyan anyagok másolására, amelyeket nem véd szerzői jog, amelyek szerzői jogával Ön rendelkezik, illetve amelyek másolása jogszabályilag engedélyezett. Ön vállalja, hogy nem gyakorolja, és másoknak sem teszi lehetővé az iOS-szoftver vagy az iOS-szoftver által biztosított szolgáltatások vagy azok bizonyos részeinek másolását (kivéve, ha ezt a jelen Licenc kifejezetten megengedi), belső felépítésének elemzését, visszafejtését, alkotóelemekre bontását, forráskódjának kinyerését, titkosításának visszafejtését, módosítását vagy azokból származtatott munkák létrehozását (kivéve, ha a fenti korlátozások tiltottak a vonatkozó jogszabályok vagy az esetlegesen az iOS-szoftverben megtalálható nyílt forráskódú összetevők használatát szabályozó licenc feltételei szerint).

(e) Az iOS-eszköz használatával közzétett, tárolt vagy elérhetővé tett bármilyen tartalom jogcíme és szellemi tulajdonhoz fűződő jogai a vonatkozó tartalom tulajdonosát illetik. Az ilyen tartalmat szerzői jogok vagy egyéb, szellemi tulajdonjogokra vonatkozó jogszabályok és egyezmények védhetik, és a tartalmat szolgáltató külső fél használati feltételei vonatkozhatnak rá. A jelen Licenc nem jogosítja fel az

ilyen jellegű tartalom használatára, és nem szavatolja, hogy ez a tartalom továbbra is elérhető lesz az Ön számára, kivéve, ha az a jelen dokumentumban másként van meghatározva.

(f) Elfogadja, hogy az iOS-szoftvert és a Szolgáltatásokat (az alábbi 5. szakaszban meghatározottak szerint) a vonatkozó jogszabályoknak megfelelően használja, Ebbe beleértendők a lakhelyéül szolgáló ország vagy régió helyi jogszabályai, illetve annak az országnak vagy régiónak a jogszabályai, ahol letölti vagy használja az iOS-szoftvert és a Szolgáltatásokat. Az iOS-szoftver funkciói és a Szolgáltatások nem minden nyelven és régióban érhetők el, egyes funkciók régiónként eltérhetnek, és előfordulhat, hogy a szolgáltatója bizonyos funkciókat korlátoz vagy nem tesz elérhetővé. Az iOS-szoftver funkcióihoz és a Szolgáltatásokhoz Wi-Fi vagy mobilhálózati adatkapcsolat szükséges.

(g) Az App Store használatához egyedi felhasználónév és jelszó kombináció, más néven Apple ID azonosító szükséges. Az Apple ID azonosító az alkalmazásfrissítések, valamint az iOS-szoftver funkciói és a Szolgáltatások eléréséhez is szükséges.

(h) Emellett tudomásul veszi, hogy az iOS-szoftver egyes funkciói, beépített alkalmazásai és Szolgáltatásai adatokat továbbítanak, és ez hatással lehet az adatforgalmi előfizetésének díjaira, valamint hogy ezen díjak megfizetéséért Ön a felelős. Megtekintheti és szabályozhatja, mely alkalmazások használhatják a mobilhálózatot, és a mobil adatforgalmi beállításokban megtekintheti, hogy ezen alkalmazások körülbelül mennyi adatot használnak. További információkért tekintse meg az iOS-eszköz felhasználói útmutatóját.

(i) Ha engedélyezi az automatikus alkalmazásfrissítéseket, az iOS-eszköz rendszeres időközönként ellenőrzi az Apple webhelyén, hogy az eszközön található alkalmazásokhoz elérhetők-e frissítések, és ha rendelkezésre áll frissítés, automatikusan megtörténik annak letöltése és telepítése az eszközön. Bármikor kikapcsolhatja az összes automatikus alkalmazásfrissítést. Ehhez a Beállítások menü iTunes és App Store, majd Automatikus letöltések lehetőségén belül kapcsolja ki a frissítéseket.

(j) Az iOS-eszköz használata bizonyos körülmények között elvonhatja a figyelmét, és veszélyhelyzetet teremthet (pl. vezetés közben ne írjon SMS-üzenetet, vagy kerékpározás közben ne használjon fejhallgatót). Az iOS-eszköz használatával Ön elfogadja, hogy a mobiltelefonok és fejhallgatók használatára vonatkozó tiltások és korlátozások betartása az Ön felelőssége (ilyen korlátozás például, hogy vezetés közben csak kihangosítva lehet telefonhívásokat lebonyolítani).

**3. Átruházás** Az iOS-szoftvert nem kölcsönözheti, lízingelheti, adhatja kölcsön, értékesítheti, terjesztheti, és nem adhatja tovább annak licencét. Azonban egyszeri alkalommal, véglegesen átruházhatja az iOS-szoftver vonatkozó összes licencjogát egy másik félre az iOS-eszköz tulajdonjogának átruházásához kapcsolódóan, a következő feltételekkel: (a) az átruházás az iOS-eszközt és az iOS-szoftver egészét tartalmazza, beleértve mindegyik összetevőt és a jelen Licencet, (b) Ön nem tartja meg az iOS-szoftver semmilyen másolatát, legyen az teljes vagy részleges, beleértve a számítógépén vagy más tárolóeszközön tárolt másolatokat is, és (c) az iOS-szoftvert fogadó fél elolvassa és elfogadja a jelen Licenc feltételeit és kikötéseit.

**4. Hozzájárulás az adatok felhasználásához** Amikor az eszközt használja, a telefonszámát és az iOS-eszköz bizonyos egyedi azonosítóit elküldi a rendszer az Apple számára, hogy mások el tudják Önt érni a telefonszámán az iOS-szoftver által biztosított különféle kommunikációs funkciók (pl. az iMessage és a FaceTime) használatakor. Az iMessage használata esetén az Apple a sikeres kézbesítés érdekében titkosított formában eltárolhatja bizonyos időre az üzeneteit. A FaceTime vagy az iMessage kikapcsolásához nyissa meg az iOS-eszközén a FaceTime vagy az Üzenetek alkalmazás beállításait. Elképzelhető, hogy az iOS-szoftver bizonyos funkciói, mint például az Elemzés, a Helymeghatározás, Siri és a Diktálás információkat igényelnek az iOS-eszközéről az általuk biztosított funkciók működéséhez. Ha bekapcsolja és elkezdi használni ezeket a funkciókat, tájékoztatást kap arról, hogy milyen adatok

lesznek elküldve az Apple-nek, valamint hogyan lesznek azok felhasználva, További információkért látogasson el a https://www.apple.com/privacy/ weboldalra. Az adatok kezelése minden esetben az Apple adatvédelmi szabályzatával összhangban történik, amelyet a https://www.apple.com/legal/ privacy/ weboldalon tekinthet meg.

**5. Szolgáltatások és külső felek anyagai.**
(a) Az iOS-szoftver hozzáférést biztosíthat az Apple iTunes Store, App Store és iBooks Store áruházához, a Game Center, az iCloud, a Térképek és más, az Apple vállalattól vagy külső féltől származó szolgáltatásokhoz és webhelyekhez (összefoglalóan és külön: „Szolgáltatások"). Előfordulhat, hogy ezek a Szolgáltatások nem érhetők el minden országban vagy nyelven. A Szolgáltatások használata internet-hozzáférést igényel, és bizonyos Szolgáltatások használatához Apple ID-ra lehet szüksége, továbbá esetenként további feltételeket kell elfogadnia és további díjakra számíthat. A szoftver és az Apple ID vagy más Apple Szolgáltatás együttes használatával Ön elfogadja az adott Szolgáltatás vonatkozó szolgáltatási feltételeit, így például az Apple-médiaszolgáltatások azon országban érvényes legújabb Használati feltételeit, ahol használja ezeket a Szolgáltatásokat (ezeket a https://www.apple.com/legal/ internet-services/itunes/ww/ webhelyen érheti el és tekintheti át).

(b) Ha aktiválja az iCloud szolgáltatást, akkor az iCloud olyan funkciói, mint az „iCloud-fotókönyvtár", a „Saját fotóadatfolyam", az „iCloud-fotómegosztás", a „Biztonsági mentés" és az „iPhone keresése" közvetlenül hozzáférhetővé válnak az iOS-szoftveren keresztül. Ön tudomásul veszi és elfogadja, hogy az iCloud az ilyen funkciók használatára az iCloud szolgáltatás aktuális Használati feltételei vonatkoznak, amelyeket a következő helyen tekinthet meg: https://www.apple.com/legal/internet-services/icloud/ww/.

(c) <u>A News alkalmazás tartalma</u>. A News alkalmazáson keresztül elért tartalom felhasználása kizárólag személyes, nem kereskedelmi célú lehet, nem ruházza Önre tartalom tulajdonjogait; valamint korlátozás nélkül kizárja a tartalom kereskedelmi vagy reklámcélú felhasználását. Ezenfelül Ön nem teheti közzé, nem adhatja át és nem sokszorosíthatja a News alkalmazáson keresztül elért képeket önálló fájlokként

(d) <u>Térképek</u>. Az iOS-szoftver térképszolgáltatása és térképfunkciói (a továbbiakban „Térképek"), a térképadatok lefedettségét is beleértve, területenként változhatnak. Ha a Térképek alkalmazásban helymeghatározáson alapuló szolgáltatást használ, például a részletes navigációt, a fogalommal kapcsolatos információkat és a helyi keresést, akkor elképzelhető, hogy a rendszer hellyel és használattal kapcsolatos különféle információkat küld az Apple-nek (pl. az iOS-eszköz valós idejű földrajzi helyzetét), hogy az Ön kérését fel tudja dolgozni, és tovább tudja fejleszteni a Térképek alkalmazást. Az ilyen jellegű, hellyel kapcsolatos adatokat az Apple olyan formában gyűjti, amelyek nem azonosítják az Ön személyét. **A Térképek használatával Ön elfogadja és hozzájárul ahhoz, hogy az Apple és a leányvállalatai, illetve ügynökei továbbíthatják, gyűjthetik, karbantarthatják, feldolgozhatják és felhasználhatják ezeket az információkat, hogy biztosítani és fejleszteni tudják a Térképek alkalmazás funkcióit és szolgáltatásait, továbbá az Apple egyéb termékeit és szolgáltatásait.** Az Apple összesített vagy személyes azonosításra nem alkalmas formában ezeket az adatokat továbbíthatja partnereinek és licencengedményeseinek is a térkép- és helyalapú termékeik és szolgáltatásaik továbbfejlesztése érdekében. A Térképek alkalmazás helymeghatározáson alapuló funkcióit igény szerint kikapcsolhatja, ha az iOS-eszközén megnyitja a Helymeghatározás beállítást, és kikapcsolja a Térképekhez kapcsolódó egyes helybeállításokat. A Térképek bizonyos funkciói azonban a helymeghatározás beállításának kikapcsolása esetén nem állnak rendelkezésre (ilyen például a részletes navigáció).

(e) <u>iBooks, Podcastok</u>. Ha úgy dönt, hogy használja az iBooks és a Podcastok alkalmazás szinkronizálási funkcióját a könyvjelzőkkel, jegyzetekkel, gyűjteményekkel és podcast-feliratkozásokkal kapcsolatos adatok iOS-eszközök és számítógépek közötti szinkronizálására, akkor Ön tudomásul veszi, hogy az ilyen jellegű adatokat elküldi a rendszer az Apple-nek, ahol az iBooks Store és az iTunes Store áruházhoz

használt Apple ID-jával együtt tárolják el ezeket az adatokat, hogy szinkronizálni lehessen őket az összes többi olyan eszközével és számítógépével, amelyeken engedélyezett a tartalmakhoz való hozzáférés az adott Apple ID-val. A szinkronizálást bármikor igény szerint kikapcsolhatja, ha megnyitja a Beállítások menüt, és módosítja az iBooks és a Podcastok alkalmazás szinkronizálási beállításait.

(f) Ön tudomásul veszi, hogy bármely Szolgáltatás használatakor előfordulhatnak támadónak, illetlennek vagy kifogásolhatónak minősíthető tartalmak, amely tartalmak nem biztos, hogy szókimondó nyelvezetük alapján besorolhatók, és hogy bármely keresés vagy egy adott URL-cím beírása automatikusan és akaratlanul is kifogásolható tartalmú hivatkozásokhoz vezethet. Mindazonáltal Ön beleegyezik abba, hogy a Szolgáltatások használata kizárólag a saját felelősségére történik, és hogy az Apple, illetve annak társvállalatai, ügynökei, igazgatói vagy licenctulajdonosai nem felelősek a sértő, illetlen vagy kifogásolható tartalomért.

(g) Bizonyos Szolgáltatások megjeleníthetnek, tartalmazhatnak vagy elérhetővé tehetnek külső felek által rendelkezésre bocsátott tartalmat, adatokat, információkat, alkalmazásokat vagy anyagokat („Külső felek anyagai"), vagy hivatkozhatnak külső felek webhelyeire. A Szolgáltatások igénybevételével Ön tudomásul veszi és elfogadja, hogy az Apple nem felelős az ilyen külső felek nyújtotta anyagok és webhelyek tartalmának, pontosságának, teljességének, időszerűségének, érvényességének, szerzői jogi megfelelőségének, jogszerűségének, illendőségének, minőségének vagy a Külső felek anyagaira vagy webhelyeire vonatkozó egyéb tulajdonságok vizsgálatáért és értékeléséért. Az Apple, annak tisztviselői, társvállalatai és leányvállalatai nem szavatolnak, vagy vállalnak garanciát, továbbá nem vállalnak felelősséget, és nem terheli őket felelősség Önnel vagy másokkal szemben külső felek nyújtotta Szolgáltatásokért, Külső felek anyagaiért vagy webhelyeiért, vagy más, külső felek által nyújtott anyagokért, termékekért vagy szolgáltatásokért. A Külső felek anyagai és a más webhelyekre mutató hivatkozások közzététele kizárólag az Ön kényelme érdekében történik.

(h) Sem az Apple, sem annak tartalomszolgáltatói nem garantálják a Szolgáltatásokon keresztül megjelentetett tőzsdei vagy hely-, illetve egyéb adatok elérhetőségét, pontosságát, teljességét, megbízhatóságát vagy időszerűségét. Bármely Szolgáltatás által megjelenített pénzügyi információ kizárólag általános tájékoztatásra szolgál és nem arra, hogy arra befektetési tanácsként lehessen támaszkodni. Mielőtt a Szolgáltatásokon keresztül megszerzett információra támaszkodva bármilyen értékpapír-tranzakcióba kezdene, vegye fel a kapcsolatot egy pénzügyi vagy értékpapír-szakértővel (aki az Ön országában vagy régiójában végzett pénzügyi vagy értékpapír-tanácsadáshoz hivatalosan is elfogadott képzettséggel rendelkezik). A Szolgáltatásokon keresztül elérhetővé tett helyadatok – így az Apple Térképek szolgáltatása is – kizárólag alapvető tájékozódási és tervezési célokra szolgálnak, és nem arra, hogy azokat olyan helyzetben használják, amelyben pontos földrajzi információra van szükség, vagy amelyben a hibás, pontatlan, időkéslettetéses vagy hiányos földrajzi adatok halálhoz, személyi sérüléshez, illetve anyagi vagy környezeti károkhoz vezethetnek. Ön beleegyezik abba, hogy a Térképek szolgáltatásból nyert találatok a Térképek adatainak pontosságát befolyásoló tényezők, többek között az időjárás, az út- és forgalmi állapotok, illetve a geopolitikai események miatt eltérhetnek a tényleges út- vagy terepkörülményektől. A biztonsága érdekében a navigáció használata közben mindig figyeljen az útjelző táblákra és az aktuális útviszonyokra. Tartsa be a biztonságos közlekedés szabályait és gyakorlatait, és vegye figyelembe, hogy a gyalogos útvonalak nem kizárólag járdákat és gyalogutakat tartalmaznak.

(i) Kijelenti az Ön által a Szolgáltatások használatával feltöltött tartalommal kapcsolatban, hogy rendelkezik azok tulajdonjogával, illetve jogosult vagy jogilag egyéb módon meghatalmazott azok feltöltésére, valamint ezek a tartalmak nem sértik a Szolgáltatásokra vonatkozó szolgáltatási feltételeket. Ön elfogadja, hogy a Szolgáltatások védett tartalmakat, információkat és anyagokat tartalmaznak, amelyek tulajdonosa az Apple, a webhely tulajdonosa vagy a licenctulajdonosok, és amelyek a vonatkozó szellemi tulajdoni és más törvények (korlátozás nélkül ideértve a szerzői jogi törvényeket) oltalma alatt állnak. Elfogadja, hogy semmilyen módon nem használja fel az ilyen védett tartalmakat,

információkat és anyagokat – a Szolgáltatások engedélyezett felhasználását kivéve –, ha az nincs összhangban a Licenc feltételeivel, vagy sérti a külső fél vagy az Apple szellemi tulajdonhoz való jogát. Tilos a Szolgáltatások bármely részét, bármilyen formában, bármilyen módon reprodukálni. Ön tudomásul veszi, hogy nem módosíthat, adhat bérbe, kölcsönbe, értékesíthet, forgalmazhat, vagy nem készíthet olyan származtatott művet, amely a Szolgáltatásokon alapul, továbbá nem élhet vissza nem engedélyezett módokon a Szolgáltatások használatával, nem kizárólagosan ideértve a számítógépes vírusok, férgek, trójaiak vagy egyéb kártevők a Szolgáltatások használatával történő továbbítását, illetve a hálózati kapacitással való visszaélést vagy annak leterhelését. Továbbá Ön beleegyezik abba, hogy a Szolgáltatásokat nem használja fel bármely egyéb fél jogait sértő módon zaklatás, becsületsértés, megfigyelés, megfélemlítés, rágalmazás vagy egyéb jogsértés céljára, és hogy az Apple nem felelős azért, ha Ön ilyen célra használja a Szolgáltatásokat, vagy azért, ha Ön a Szolgáltatásokon keresztül zaklató, fenyegető, rágalmazó, sértő vagy illegális üzeneteket vagy közvetítéseket kap.

(j) Emellett azon Szolgáltatások és Külső felek anyagai, amelyek elérhetők, hivatkozottak vagy megjelennek az iOS-eszközön keresztül, nem minden nyelven és országban vagy régióban érhetők el. Az Apple nem vállal felelősséget az ilyen Szolgáltatások és Külső felek anyagai bármely adott helyen való megfelelőségéért vagy elérhetőségéért. Amennyiben úgy dönt, hogy eléri vagy használja az ilyen Szolgáltatásokat vagy Külső felek anyagait, azt saját kezdeményezésből teszi, és felelős az alkalmazandó törvényeknek való megfelelésért, korlátozás nélkül beleértve az alkalmazandó helyi törvényeket, valamint az adatvédelmi és adatgyűjtési törvényeket. Ha a fotóit a Fotók alkalmazással és az Apple vagy külső fél szolgáltatásaival szinkronizálja, az adatai elveszhetnek. A fotók iOS-eszközzel történő megosztása vagy szinkronizálása metaadatokat (többek között a fotók készítésének ideje és hely, valamint a színmélység) a fotókkal együtt történő továbbítását eredményezheti. Ha az Apple szolgáltatásaival (például iCloud-fotókönyvtár) osztja meg vagy szinkronizálja az ilyen fotókat, akkor az Apple megkapja és tárolja ezeket a metaadatokat. Az Apple és licenctulajdonosai fenntartják a jogot, hogy előzetes figyelmeztetés nélkül bármikor módosíthatnak, felfüggeszthetnek, eltávolíthatnak bármely Szolgáltatást, vagy megvonhatják a hozzáférést ahhoz. Az Apple semmilyen esetben sem tehető felelőssé az ilyen Szolgáltatások eltávolításáért, vagy a hozzáférés megvonásáért. Az Apple továbbá jogosult arra, hogy bármikor értesítés és felelősségvállalás nélkül korlátozza bizonyos Szolgáltatások használatát, vagy az azokhoz való hozzáférését.

**6. Megszűnés.** A jelen Licenc a megszűnéséig van érvényben. Amennyiben Ön a Licenc bármely pontját megszegi, az automatikusan vagy egyéb módon, az Apple részéről történő értesítés nélkül azonnali hatállyal megszűnik. A felhasználási jogosultság megszűnésekor Ön köteles felhagyni az iOS-szoftver használatával. A Licenc 4., 5., 6., 7., 8., 9., 12. és 13. bekezdése minden ilyen megszűnést követően is érvényben marad.

**7. Jótállási nyilatkozat.**
7.1    Ha Ön olyan ügyfél, aki fogyasztónak számít (olyan személy, aki az iOS-szoftvert nem kereskedelmi, üzleti vagy szakmai célra használja), a tartózkodási országának megfelelően további törvényi jogokkal rendelkezhet, amelyek meggátolhatják az alábbi korlátozások érvényességét, és törvényi tiltás esetén nem vonatkoznak Önre. A jogokat illetően további információt a helyi fogyasztói tanácsadó szervezettől kaphat.

7.2    ÖN KIFEJEZETT MÓDON TUDOMÁSUL VESZI ÉS EGYETÉRT AZZAL, HOGY AZ ALKALMAZANDÓ TÖRVÉNYEK ÁLTAL MEGENGEDETT MAXIMÁLIS MÉRTÉKIG AZ iOS-SZOFTVER HASZNÁLATA ÉS AZ iOS-SZOFTVER ÁLTAL VAGY ANNAK HOZZÁFÉRÉSÉN KERESZTÜL NYÚJTOTT SZOLGÁLTATÁSOK IGÉNYBEVÉTELE SAJÁT FELELŐSSÉGÉRE TÖRTÉNIK, ÉS ÖN VÁLLALJA A TELJES KOCKÁZATOT A MEGFELELŐ MINŐSÉG, TELJESÍTMÉNY, PONTOSSÁG ÉS MUNKA TEKINTETÉBEN.

7.3    AZ ALKALMAZANDÓ TÖRVÉNYEK ÁLTAL MEGENGEDETT MAXIMÁLIS MÉRTÉKIG AZ iOS-

SZOFTVER ÉS A SZOLGÁLTATÁSOK KÖZREBOCSÁTÁSA „JELEN ÁLLAPOTUKBAN" TÖRTÉNIK, AZ ESETLEGES HIBÁKKAL EGYÜTT, MINDENFÉLE JÓTÁLLÁS NÉLKÜL, ÉS AZ APPLE, VALAMINT AZ APPLE LICENCTULAJDONOSAI (ÖSSZEFOGLALÓAN A 7. ÉS A 8. BEKEZDÉSBEN AZ „APPLE") ELHÁRÍT MINDEN KIFEJEZETT, VÉLELMEZETT ÉS TÖRVÉNYI JÓTÁLLÁST ÉS KÖRÜLMÉNYT AZ iOS-SZOFTVERRE ÉS A SZOLGÁLTATÁSOKRA VONATKOZÓAN, NEM KIZÁRÓLAGOSAN BELEÉRTVE A KERESKEDELMI HASZNOSÍTHATÓSÁGRA, MEGFELELŐ MINŐSÉGRE, ADOTT CÉLNAK VALÓ MEGFELELŐSÉGRE, PONTOSSÁGRA, ZAVARTALAN HASZNÁLATRA ÉS A KÜLSŐ FELEK JOGAINAK TISZTELETBEN TARTÁSÁRA VONATKOZÓ JÓTÁLLÁST.

7.4    AZ APPLE NEM VÁLLAL JÓTÁLLÁST AZ iOS-SZOFTVER ÉS A SZOLGÁLTATÁSOK HASZNÁLATÁNAK ZAVARTALANSÁGÁÉRT, NEM GARANTÁLJA, HOGY AZ ÁLTALUK NYÚJTOTT FUNKCIÓK ÉS SZOLGÁLTATÁSOK AZ ÖN KÖVETELMÉNYEINEK MEGFELELNEK, AZ iOS-SZOFTVER ÉS A SZOLGÁLTATÁSOK MŰKÖDÉSE ZAVARTALAN ÉS HIBAMENTES LESZ, MINDEN SZOLGÁLTATÁS FOLYAMATOSAN RENDELKEZÉSRE FOG ÁLLNI, AZ iOS-SZOFTVER ÉS A SZOLGÁLTATÁSOK HIBÁIT KIJAVÍTJA, ÉS AZ iOS-SZOFTVEREK ÉS A SZOLGÁLTATÁSOK KOMPATIBILISEK ÉS EGYÜTTMŰKÖDNEK A KÜLSŐ FELEKTŐL SZÁRMAZÓ SZOFTVEREKKEL, ALKALMAZÁSOKKAL ÉS SZOLGÁLTATÁSOKKAL. AZ iOS-SZOFTVER TELEPÍTÉSE HATÁSSAL LEHET A KÜLSŐ FELEK SZOFTVEREINEK, ALKALMAZÁSAINAK VAGY SZOLGÁLTATÁSAINAK, TOVÁBBÁ AZ APPLE-TERMÉKEK ÉS -SZOLGÁLTATÁSOK ELÉRHETŐSÉGÉRE ÉS HASZNÁLHATÓSÁGRA.

7.5    EZENKÍVÜL TUDOMÁSUL VESZI, HOGY AZ iOS-SZOFTVER ÉS A SZOLGÁLTATÁSOK NEM HASZNÁLHATÓK OLYAN HELYZETBEN ÉS KÖRNYEZETBEN, AHOL AZ iOS-SZOFTVER ÉS A SZOLGÁLTATÁSOK MEGHIBÁSODÁSA, KÉSÉSEI, TARTALMAINAK HIBÁI ÉS PONTATLANSÁGA HALÁLT, SZEMÉLYI SÉRÜLÉST, KOMOLY FIZIKAI VAGY KÖRNYEZETI KÁROKAT OKOZHAT, NEM KIZÁRÓLAGOSAN BELEÉRTVE A NUKLEÁRIS LÉTESÍTMÉNYEK, LÉGIFORGALOM-IRÁNYÍTÁSI ÉS -KOMMUNIKÁCIÓS RENDSZEREK, ÉLETMENTÉSI ÉS FEGYVERRENDSZEREK ÜZEMELTETÉSÉT.

7.6    AZ APPLE VAGY APPLE ÁLTAL MEGHATALMAZOTT KÉPVISELŐTŐL SZÁRMAZÓ SZÓBELI VAGY ÍRÁSBELI INFORMÁCIÓ NEM MINŐSÜL JÓTÁLLÁSNAK. AMENNYIBEN AZ iOS-SZOFTVER VAGY A SZOLGÁLTATÁSOK HIBÁSNAK BIZONYULNAK, A SZÜKSÉGES JAVÍTÁS TELJES KÖLTSÉGÉT ÖNNEK KELL VÁLLALNIA. EGYES JOGI SZABÁLYOZÁSOK NEM ENGEDÉLYEZIK A VÉLELMEZETT JÓTÁLLÁSOK KIZÁRÁSÁT VAGY AZ ÜGYFÉL TÖRVÉNYI JOGAINAK KORLÁTOZÁSÁT, EZÉRT ELŐFORDULHAT, HOGY A FENTI KIZÁRÁS ÉS KORLÁTOZÁSOK ÖNRE NEM VONATKOZNAK.

**8. Felelősségkorlátozás.** AZ ALKALMAZANDÓ TÖRVÉNYEK ÁLTAL ENGEDÉLYEZETT MAXIMÁLIS MÉRTÉKIG AZ APPLE, ANNAK TÁRSVÁLLALATAI, ÜGYNÖKEI ÉS IGAZGATÓI NEM FELELŐSEK AZ iOS-SZOFTVER ÉS A SZOLGÁLTATÁSOK, VALAMINT AZ iOS-SZOFTVERHEZ VAGY A SZOLGÁLTATÁSOKHOZ KAPCSOLÓDÓ, KÜLSŐ FÉLTŐL SZÁRMAZÓ SZOFTVEREK ÉS ALKALMAZÁSOK HASZNÁLATÁBÓL VAGY HASZNÁLHATATLANSÁGÁBÓL EREDŐ SZEMÉLYI SÉRÜLÉSEKÉRT ÉS SEMMILYEN ESETLEGES, KÜLÖNLEGES, KÖZVETETT VAGY KÖVETKEZMÉNYKÉNT JELENTKEZŐ KÁRÉRT, KORLÁTOZÁS NÉLKÜL BELEÉRTVE AZ ELMARADÓ HASZNOT, AZ ADATOK SÉRÜLÉSÉT VAGY ELVESZTÉSÉT (KORLÁTOZÁS NÉLKÜL BELEÉRTVE AZ OKTATÁSI CÉLÚ ÚTMUTATÁSOKAT, FELADATOKAT ÉS TANANYAGOKAT), AZ ADATOK SIKERTELEN TOVÁBBÍTÁSÁT VAGY FOGADÁSÁT, AZ ÜZEMKIMARADÁST ÉS MINDEN EGYÉB KERESKEDELMI KÁRT ÉS VESZTESÉGET, FÜGGETLENÜL AZOK KELETKEZÉSÉTŐL, A FELELŐSSÉGI JELLEGÉTŐL (SZERZŐDÉS, JOGSÉRTÉS VAGY EGYÉB), MÉG ABBAN AZ ESETBEN SEM, HA AZ APPLE VÁLLALATOT ELŐZŐLEG ÉRTESÍTETTÉK AZ ILYEN KÁROK BEKÖVETKEZÉSÉNEK LEHETŐSÉGÉRŐL. EGYES JOGI SZABÁLYOZÁSOK NEM ENGEDÉLYEZIK A SZEMÉLYI SÉRÜLÉSEKRE, AZ ESETLEGES VAGY KÖVETKEZMÉNYKÉNT JELENTKEZŐ KÁROKRA VONATKOZÓ FELELŐSSÉG KORLÁTOZÁSÁT, EZÉRT ELŐFORDULHAT, HOGY EZ A KORLÁTOZÁS ÖNRE NEM VONATKOZIK. Az Apple teljes anyagi felelőssége – az összes keletkezett kár tekintetében – semmilyen esetben sem haladhatja meg a kétszázötven dollárt (250 USD), kivéve, ha azt az alkalmazandó jogszabályok a személyi sérülések

esetében előírják. Az előző korlátozások akkor is érvényben maradnak, ha a fent említett jogorvoslat nem éri el a célját.

**9. Digitális tanúsítványok.** Az iOS-szoftver olyan funkciókat tartalmaz, amelyek képessé teszik akár az Apple, akár külső felek által kiadott digitális tanúsítványok fogadására. AZ ÖN KIZÁRÓLAGOS FELELŐSSÉGE ELDÖNTENI, HOGY MEGBÍZIK-E AZ APPLE VAGY EGY KÜLSŐ FÉL ÁLTAL KIADOTT TANÚSÍTVÁNYBAN. CSAK SAJÁT FELELŐSSÉGÉRE HASZNÁLJA A DIGITÁLIS TANÚSÍTVÁNYOKAT. AZ APPLE AZ ALKALMAZANDÓ JOGSZABÁLYOK ÁLTAL MEGENGEDETT MAXIMÁLIS MÉRTÉKIG NEM VÁLLAL SEM KIFEJEZETT, SEM VÉLELMEZETT JÓTÁLLÁST A DIGITÁLIS TANÚSÍTVÁNYOK KERESKEDELMI HASZNOSÍTHATÓSÁGÁRA, ADOTT CÉLRA VALÓ ALKALMAZHATÓSÁGÁRA, PONTOSSÁGÁRA, BIZTONSÁGÁRA, ILLETVE A KÜLSŐ FELEK JOGAINAK TISZTELETBEN TARTÁSÁRA VONATKOZÓAN.

**10. Exportszabályozás.** Az iOS-szoftvert csak az Amerikai Egyesült Államok törvényei és az iOS-szoftver beszerzési országának törvényei által nem tiltott módon használhatja, exportálhatja és exportálhatja újra. Korlátozás nélküli különös tekintettel az iOS-szoftver nem exportálható vagy exportálható újra (a) az Egyesült Államok által embargó alá helyezett országba, vagy (b) bárkinek, aki szerepel az Egyesült Államok Pénzügyminisztériumának „Specially Designated Nationals" (külön megjelölt állampolgárok) elnevezésű listáján, illetve az Egyesült Államok Kereskedelmi Minisztériumának „Denied Persons List" (tiltólistán szereplő személyek) vagy „Entity List" (tiltólistán szereplő jogi személyek) elnevezésű listáján vagy bármilyen más korlátozási listán. Az iOS-szoftver használatával kinyilvánítja és szavatolja, hogy nem tartózkodik az említett országokban vagy olyan országban, amely valamely említett listán szerepel. Vállalja, hogy nem használja az iOS-szoftvert az Amerikai Egyesült Államok törvényei által tiltott célokra, korlátozás nélkül beleértve a rakéták, atom-, vegyi és biológiai fegyverek fejlesztését, tervezését, gyártását és előállítását.

**11. Kormányzati végfelhasználók.** Az iOS-szoftver és a kapcsolódó dokumentáció a 48 C.F.R. §2.101 definíciójának megfelelően „Kereskedelmi termékek", és a 48 C.F.R. §12.212 illetve a 48 C.F.R. §227.7202 definíciójának megfelelően „Kereskedelmi számítógépes szoftverből" valamint „Kereskedelmi számítógépes szoftverdokumentációból" állnak. Összhangban a 48 C.F.R. §12.212 vagy a 48 C.F.R. §227.7202-1 és 227.7202-4 közötti bekezdésekkel, a Kereskedelmi számítógépes szoftver és a Kereskedelmi számítógépes szoftverdokumentáció az Amerikai Egyesült Államok kormányzatának végfelhasználói számára (a) csak kereskedelmi termékként, valamint (b) csak ugyanazokkal a végfelhasználói jogokkal licencelhető, mint a jelen szerződésben foglaltak szerint minden más végfelhasználó számára. A nyilvánosságra nem hozott jogok az Amerikai Egyesült Államok szerzői jogi törvényei alapján fenntartva.

**12. Alkalmazandó jogszabályok és elválaszthatóság.** A jelen licencre és annak értelmezésére Kaliforniai állam törvényei az irányadók, eltekintve annak jogütközéseitől. A jelen Licencre nem érvényes az ENSZ által elfogadott „Nemzetközi árukereskedelmi szerződésekről szóló egyezmény", amelynek alkalmazását kifejezetten kizárjuk. Ha Ön az Egyesült Királyságban rendelkezik bejegyzett lakcímmel, a Licencre a tartózkodási helyének megfelelő illetékes bíróság törvényei az irányadóak. Ha valamely illetékes bíróság a Licenc bármely rendelkezését, vagy annak egy részét érvényesíthetetlennek ítéli, a Licenc egyéb részei továbbra is teljes mértékben érvényben és hatályban maradnak.

**13. Teljes megállapodás, irányadó nyelv.** Ez a Licenc alkotja a teljes megállapodást Ön és az Apple vállalat között az iOS-szoftverre vonatkozóan, és hatályon kívül helyez minden korábbi vagy egyidejű megállapodást a jelen ügy tárgyában. A Licenc kiegészítései vagy módosításai kizárólag akkor válnak kötelező érvényűvé, ha azokat az Apple aláírással ellátott, írásos formában közli. A Licenc fordításai a helyi követelményeknek megfelelően készülnek, és amennyiben eltérés mutatkozik a Licenc angol és valamely nem angol változata között, a helyi törvények által megengedett mértékig a Licenc angol változata az irányadó.

**14. Külső felek feltüntetése.** Az iOS-szoftver egyes részei külső féltől származó szoftvereket vagy egyéb, szerzői jog által védett anyagokat használhatnak vagy tartalmazhatnak. Az ilyen anyagok feltüntetése, licencfeltételei és kizárásai az iOS-szoftver elektronikus dokumentációjában találhatók, és az anyagok használatát a megadott feltételek szabályozzák. A Google Biztonságos böngészési szolgáltatására a Google Szolgáltatási feltételei (https://www.google.com/intl/hu/policies/terms/) és a Google Adatvédelmi nyilatkozata (https://www.google.com/intl/hu/policies/privacy/) vonatkozik.

**15. Az MPEG-4 használata, H.264/AVC-értesítés.**
(a) Az iOS-szoftverben végzett kódolásra az MPEG-4 Systems Standard szabvány értelmében az MPEG-4 Systems Patent Portfolio License vonatkozik, ami alól kivételt képez, hogy kiegészítő licenc és jogdíjfizetés szükséges a kódoláshoz, amennyiben (i) az adatok tárolása vagy sokszorosítása fizikai adathordozón történik, és az adatokért címenként kell fizetni, és/vagy (ii) az adatokért címenként kell fizetni, és az adatokat végfelhasználóknak továbbítják végleges tárolás és/vagy használat céljából. Ilyen jellegű licenc az MPEG LA, LLC vállalattól szerezhető be. További részleteket a következő webhelyen olvashat: http://www.mpegla.com.

(b) Az iOS-szoftver MPEG-4 videókódoló és/vagy -dekódoló funkciót tartalmaz. Az iOS-szoftverre az MPEG-4 Visual Patent Portfolio License vonatkozik, amelynek értelmében a felhasználók személyes és nem kereskedelmi célú használat mellett (i) az MPEG-4 Visual Standard („MPEG-4 videó") szabvány szerint videókat kódolhatnak és/vagy (ii) olyan MPEG-4 videókat dekódolhatnak, amelyeket egy felhasználó személyes és nem kereskedelmi tevékenység során kódolt és/vagy amelyeket MPEG-4 videoszolgáltatás keretében az MPEG LA vállalattól származó licenccel rendelkező videoszolgáltatótól szerzett be. Más jellegű használatra a licenc nem jogosít fel, és a más jellegű használat nem vélelmezhető. A promóciós, a belső és a kereskedelmi célú felhasználásról, valamint a licencekről további információ az MPEG LA, LLC vállalattól szerezhető be.  További információ: http://www.mpegla.com.

(c) Az iOS-szoftver AVC-kódolási és/vagy -dekódolási funkcióján alapuló, a H.264/AVC kereskedelmi célú, további licencet igénylő használatára a következő rendelkezés vonatkozik: A JELEN LICENCBEN MEGHATÁROZOTT iOS-SZOFTVER AVC FUNKCIÓJÁT AZ ÜGYFÉL CSAK SZEMÉLYES ÉS NEM KERESKEDELMI CÉLOKRA HASZNÁLHATJA, (i) VIDEÓK KÓDOLÁSÁRA AZ AVC SZABVÁNYNAK („AVC-VIDEÓ") MEGFELELŐEN ÉS/VAGY (ii) OLYAN AVC-VIDEÓK DEKÓDOLÁSÁRA, AMELYEKET EGY FELHASZNÁLÓ SZEMÉLYES ÉS NEM KERESKEDELMI TEVÉKENYSÉG SORÁN KÓDOLT ÉS/VAGY AMELYEKET AVC-VIDEOSZOLGÁLTATÁS KERETÉBEN LICENCCEL RENDELKEZŐ VIDEOSZOLGÁLTATÓTÓL SZERZETT BE. AZ EGYÉB JELLEGŰ FELHASZNÁLÁSRÓL ÉS MÁS LICENCEKRŐL AZ MPEG LA L.L.C. VÁLLALATTÓL SZEREZHETŐ BE TOVÁBBI INFORMÁCIÓ. TOVÁBBI INFORMÁCIÓ: http://www.mpegla.com.

**16. A Yahoo keresési szolgáltatás korlátozásai.** A Safari böngészőből elérhető Yahoo keresési szolgáltatás a rá vonatkozó licenc értelmében csak a következő országokban használható: Argentína, Aruba, Ausztrália, Ausztria, Bahamák, Barbados, Belgium, Bermuda, Brazília, Bulgária, Chile, Ciprus, Cseh Köztársaság, Dánia, Dominikai Köztársaság, Ecuador, Egyesült Államok, Finnország, Franciaország, Fülöp-szigetek, Görögország, Grenada, Guatemala, Hollandia, Hongkong, India, Indonézia, Írország, Izland, Jamaica, Japán, Kajmán-szigetek, Kanada, Kína, Kolumbia, Koreai Köztársaság, Lengyelország, Lettország, Litvánia, Luxemburg, Magyarország, Malajzia, Málta, Mexikó, Nagy-Britannia, Németország, Nicaragua, Norvégia, Olaszország, Panama, Peru, Portugália, Puerto Rico, Románia, Salvador, Spanyolország, St. Lucia, St. Vincent, Svájc, Svédország, Szingapúr, Szlovákia, Szlovénia, Tajvan, Thaiföld, Törökország, Trinidad és Tobago, Uruguay, Új-Zéland és Venezuela.

**17.  Microsoft Exchange-értesítés.** Az iOS-szoftverben található Microsoft Exchange levelezőbeállítás

csak az információk, mint például az e-mailek, kontaktok, naptárak és teendők az iOS-eszköz és a Microsoft Exchange Server vagy egyéb, a Microsoft által a Microsoft Exchange ActiveSync protokoll megvalósítása érdekében licencelt kiszolgálószoftver közötti, vezeték nélküli szinkronizálására rendelkezik licencengedéllyel.

EA1520
2017. 09. 22.

——————————

**Apple Pay – kiegészítő használati feltételek**

Az Apple Pay kiegészítő használati feltételei (a jelen „Kiegészítő feltételek") kiegészítik az iOS-szoftver licencszerződését (a „Licencet"). A Licenc feltételei és a jelen Kiegészítő feltételek együttesen szabályozzák az Apple Pay használatát, amely a Licenc értelmében „Szolgáltatásként" értelmezendő. A jelen Kiegészítő feltételekben használt nagybetűs kifejezések a Licencben meghatározott jelentéssel bírnak.

**1. Áttekintés és a használatra vonatkozó korlátozások**

Az Apple Pay a következőket teszi lehetővé:

- az Apple Pay szolgáltatás által támogatott hitel- és bankkártyák, valamint feltöltőkártyák, többek között vásárlásokhoz használt hitel- és bankkártyák, feltöltőkártyák és az Apple Pay Cash kártya („Támogatott fizetőkártyák") virtuális tárolását, valamint a támogatott iOS-eszközök használatát érintésmentes fizetésekhez a kijelölt helyeken, webhelyeken vagy az alkalmazásokon belül;
- a Wallet alkalmazásban mentett pontgyűjtő és ajándékkártyák („Apple Pay-kompatibilis kártyák" vagy a Támogatott fizetőkártyákkal együtt „Támogatott kártyák) használatát, hogy érintésmentes tranzakciókat lehessen lebonyolítani a pontgyűjtő és ajándékkártyákkal bizonyos áruházakban az érintésmentes fizetés részeként az Apple Pay használatával;
- a személyek közötti pénzküldést más Apple Pay-felhasználók számára.

Az iOS-szoftver Apple Pay szolgáltatása csak a kijelölt régiókban érhető el, a megnevezett kártyakibocsátóknál, pénzintézeteknél és kereskedőknél. Az elérhető funkciók régiótól, kibocsátótól és kereskedőtől függően eltérhetnek.

Az Apple Pay használatához Támogatott kártyával kell rendelkeznie. A Támogatott kártyák köre időről időre változhat. Ezenkívül a személyek közötti pénzküldéshez és pénzfogadáshoz Apple Pay Cash kártya szükséges.

A Támogatott fizetőkártyák és a személyek közötti fizetések azzal az Apple ID-val vannak társítva, amellyel bejelentkezett az iCloudba, hogy használja ezeket a szolgáltatásokat. A Támogatott kártyák kizárólag a 13. életévüket betöltött személyek által használhatók, továbbá szükség lehet az iCloud vagy a Támogatott kártya által meghatározott, életkoron alapuló követelmények teljesülésére. Az Apple Pay Cash kártya, illetve a személyek közötti pénzküldés és pénzfogadás kizárólag azok számára érhető el, akik már betöltötték 18. életévüket.

Az Apple Pay személyes használatra készült, és csak a saját Támogatott kártyái fölött rendelkezhet a segítségével. Ha egy támogatott vállalati kártya fölött szeretne rendelkezni, kijelenti, hogy azt a munkaadója engedélyével teszi, és jogosult arra, hogy a munkaadót kötelezze a jelen használati feltételek és a jelen szolgáltatás használata által érintett összes tranzakció teljesítésére. Ha a személyek közötti fizetési szolgáltatással pénzt küld vagy pénzt fogad, akkor Ön kijelenti, hogy ezt saját személyes, nem kereskedelmi célra teszi.

Beleegyezik abba, hogy nem használja az Apple Pay szolgáltatást törvényellenes vagy tisztességtelen célokra, illetve bármely más, a Licenc vagy a Kiegészítő feltételek által tiltott célokra. Továbbá elfogadja, hogy az Apple Pay szolgáltatást a vonatkozó törvényeknek és szabályozásoknak megfelelően veszi igénybe. Beleegyezik abba, hogy nem zavarja meg és nem szakítja meg az Apple Pay szolgáltatás működését (beleértve a szolgáltatás bármilyen automatizált módon történő elérését), vagy a szolgáltatáshoz csatlakozó bármely kiszolgálót vagy hálózatot, illetve a szolgáltatáshoz csatlakozó hálózatok bármely házirendjét, követelményét vagy szabályozását (beleértve az azon lévő adatok vagy forgalom bármely jogosulatlan elérését, használatát vagy megfigyelését).

## 2. Az Apple és a felhasználó közötti jogviszony

Az Apple Pay lehetővé teszi a Támogatott kártyák virtuális tárolását a támogatott iOS-eszközön. Az Apple azonban nem dolgozza fel a fizetéseket és a kártyákkal végrehajtott egyéb tranzakciókat (pl. a pontok kifizetését vagy visszaváltását), nem fogad, nem tárol, illetve nem utal át pénzt, ezenkívül semmilyen egyéb módon nincs befolyása a szolgáltatás használatából eredő kifizetésekre, visszatérítésekre, jóváírásokra, pontokra, értékekre, engedményekre vagy egyéb kereskedelmi tevékenységekre.

Továbbra is a kártyakibocsátóval kötött kártyatulajdonosi szerződések feltételei szabályozzák a Támogatott kártyák használatát, illetve az Apple Pay szolgáltatásban történő használatukat. Ehhez hasonlóan a kereskedelmi pontgyűjtő vagy ajándékkártyákkal kapcsolatos programokban való részvételre és az Apple Pay szolgáltatáshoz kapcsolódó Apple Pay-kompatibilis kártyák használatára az adott kereskedő általános használati feltételei vonatkoznak.

Az Apple Pay Cash kártya, illetve a személyek közötti pénzküldés és pénzfogadás kizárólag az Egyesült Államokban érhető el, és ezek olyan szolgáltatások, amelyeket a Green Dot Bank, az FDIC tagintézete biztosít. Amikor engedélyezi ezeket a szolgáltatásokat az Apple Payben, akkor Ön számlát nyit a Green Dot Bankban, és amikor személyek közötti fizetéssel pénzt küld másoknak vagy pénzt fogad másoktól, illetve amikor feltölti vagy használja az Apple Pay Cash kártyáját, akkor a Green Dot Bank gondoskodik arról, hogy a küldött pénz megérkezzen Önhöz vagy az Ön pénze eljusson a címzetthez. Az Apple Pay Cash- és a személyek közötti fizetések biztosításáért felelős pénzintézet módosulhat, és a szolgáltatások használatára az adott pénzintézet általános feltételei érvényesek.

A Licenc vagy a Kiegészítő feltételek egyetlen rendelkezése sem módosítja a kártyatulajdonosi, felhasználói vagy kereskedői megállapodást, és az ilyen feltételek fogják szabályozni az adott Támogatott kártya vagy az Apple Pay fizetési szolgáltatása és azok iOS-eszközön lévő virtuális másolatának használatát. Beleegyezik abba, hogy az Apple nem minősül szerződő félnek a kártyatulajdonosi vagy kereskedői szerződés tekintetében, illetve az Apple nem felelős (a) a fizetéshez használt kártyák, pontgyűjtő kártyák, ajándékkártyák tartalmáért, pontosságáért vagy elérhetőségéért, az Apple Pay funkcióinak használata során folytatott kereskedelmi tevékenységekért, tranzakciókért vagy vásárlásokért; (b) hitelkihelyezésért vagy a hitel-, kifizetés- és visszatérítési jogosultság elbírálásáért; (c) a kereskedői program keretében szerzett jutalompontok vagy pontegyenleg gyűjtéséért vagy beváltásáért; (d) a feltöltőkártyák feltöltéséért vagy fedezetéért; (e) a személyek közötti fizetések küldéséért vagy fogadásáért; illetve (f) az Apple Pay Cash kártya feltöltéséért, beváltásáért és a kártyán lévő pénz használatáért.

A fizetéshez használt kártyákkal, pontgyűjtő kártyákkal, ajándékkártyákkal vagy a kapcsolódó kereskedelmi tevékenységekkel kapcsolatos minden vitás esetben vagy kérdésben a kibocsátó vagy az adott kereskedő az illetékes. Ha az Apple Pay Cash kártyát vagy a személyek közötti fizetési szolgáltatást illetően kérdései vannak, vegye fel a kapcsolatot az Apple-támogatással.

## 3. Adatvédelem

Az Apple Pay bizonyos adatokat igényel az iOS-eszközéről ahhoz, hogy teljes körű élményt tudjon Önnek nyújtani. Ezenkívül az Apple Pay Cash kártya használatakor, illetve személyek közötti pénzküldéskor és pénzfogadáskor a rendszer további adatokat is gyűjt a tranzakciókról, és megőrzi azokat a számla kezelése, a csalások megelőzése és az előírások betartása céljából. Ha további információkat szeretne megtudni az Apple Pay, az Apple Pay Cash kártya és a személyek közötti fizetések Apple Payjel történő használatának részeként begyűjtött, felhasznált és megosztott adatokról, olvassa el az Apple Pay adatvédelmi szabályzatát, amely elérhető a Wallet és Apple Pay iOS-eszközön történő megnyitásával, vagy a párosított iOS-eszközök Watch alkalmazásából, illetve a https://www.apple.com/privacy/ weboldalon. Ezen szolgáltatások használatával Ön beleegyezik abba, hogy az Apple, annak leányvállalatai és a nevében eljáró ügynökei továbbítsák, összegyűjtsék, kezeljék, feldolgozzák és felhasználják az előbbiekben említett összes, az Apple Pay működéséhez szükséges adatot.

**4. Biztonság, elveszett vagy letiltott eszközök**

Az Apple Pay a Támogatott kártyákat virtuális módon tárolja, és ezeket ugyanolyan védelemmel szükséges ellátni, mint a készpénzt és a hitel- vagy betéti, pontgyűjtő, ajándék- vagy feltöltőkártyák fizikai példányait. Ha az eszköz hozzáférési kódját külső felek számára átadja, vagy a Touch ID használatához rögzíti az ujjlenyomatukat, vagy engedélyezi a Face ID-t, azzal számukra lehetőséget biztosít arra, hogy fizetéseket kezdeményezzenek, a személyek közötti fizetési szolgáltatással pénzt küldjenek, kérvényezzenek vagy fogadjanak, pénzt költsenek az Apple Pay Cash kártyáról, illetve pontokat vagy krediteket kapjanak vagy váltsanak be az eszközön az Apple Pay használatával. Kizárólag az Ön felelőssége az eszköz és a hozzáférési kód biztonságának fenntartása. Beleegyezik abba, hogy az Apple semmilyen felelősséget sem vállal arra az esetre, ha elveszti az eszközt, vagy hozzáférést biztosít ahhoz valakinek. Elfogadja, hogy az Apple semmilyen felelősséget sem vállal arra az esetre, ha jogosulatlan módosításokat hajt végre az iOS rendszeren (például „jailbreak" útján).

Elképzelhető, hogy további biztonsági funkciókat, például a kétlépéses hitelesítést kell engedélyeznie az Apple ID-jához, hogy az Apple Pay bizonyos funkcióihoz hozzáférjen, többek között az Apple Pay Cash kártyához és a személyek között Apple Payjel lebonyolítható fizetésekhez. Ha az adott biztonsági funkciókat a későbbiekben eltávolítja, akkor elképzelhető, hogy az Apple Pay bizonyos funkcióihoz nem fog tudni többé hozzáférni.

Ha az eszközt elveszti vagy ellopják, és az iPhone keresése funkció engedélyezve van, az iPhone keresése segítségével megpróbálhatja felfüggeszteni az eszközön a Támogatott virtuális fizetőkártyákkal történő fizetési lehetőséget és a személyek közötti pénzküldési szolgáltatást az Elveszve mód bekapcsolásával. Igény szerint az eszköz tartalmát is törölheti, amellyel az eszköz megkísérli felfüggeszteni a Támogatott virtuális fizetőkártyákkal történő fizetést vagy a személyek közötti pénzküldést, és az Apple Pay-kompatibilis kártyák eltávolítását is megkísérli. Fel kell vennie a kapcsolatot a Támogatott fizetőkártyák kártyakibocsátójával, az Apple Pay-kompatibilis kártyát kibocsátó kereskedővel és az Apple Pay Cash kártya esetében az Apple-lel a Támogatott kártyák jogosulatlan használatának megelőzése érdekében.

Ha az Apple tisztességtelen tevékenységet vagy visszaélést feltételez, vagy ezt a felhasználó jelenti, Ön beleegyezik abba, hogy együttműködik az Apple vállalattal bármely vizsgálat során, és teljesíti az Apple által előírt, a csalást megelőző intézkedéseket.

**5. Felelősségkorlátozás**

A LICENCBEN MEGHATÁROZOTT JÓTÁLLÁSI KÖTELEZETTSÉGEK KORLÁTOZÁSAI ÉS FELELŐSSÉGKORLÁTOZÁS MELLETT AZ APPLE NEM VÁLLAL SEMMILYEN FELELŐSSÉGET AZ

APPLE PAY SZOLGÁLTATÁS HASZNÁLATÁVAL VÉGREHAJTOTT VÁSÁRLÁSOKÉRT, FIZETÉSEKÉRT, TRANZAKCIÓKÉRT VAGY EGYÉB KERESKEDELMI TEVÉKENYSÉGÉRT, ÉS ÖN BELEEGYEZIK ABBA, HOGY KIZÁRÓLAG A KÁRTYAKIBOCSÁTÓVAL, A FIZETÉSI HÁLÓZATTAL, A PÉNZINTÉZETTEL VAGY A KERESKEDŐVEL KÖTÖTT MEGÁLLAPODÁSOKRA HAGYATKOZIK BÁRMELY, A TÁMOGATOTT KÁRTYÁKRA, SZEMÉLYEK KÖZÖTTI FIZETÉSEKRE VAGY KAPCSOLÓDÓ KERESKEDELMI TEVÉKENYSÉGRE VONATKOZÓ KÉRDÉS VAGY VITA MEGOLDÁSA ÉRDEKÉBEN.

— — — — — — — — — — —

**ÉRTESÍTÉSEK AZ APPLE RÉSZÉRŐL**

Amennyiben szükségessé válik, hogy az Apple a termékével vagy a fiókjával kapcsolatban felvegye Önnel a kapcsolatot, Ön hozzájárul ahhoz, hogy az értesítéseket e-mail útján fogadja. Ön beleegyezik abba, hogy bármely ilyen, elektronikus formában Önnek küldött értesítés eleget tesz a törvényes kommunikációs követelményeknek.

**BAHASA INDONESIA**

**PENTING: DENGAN MENGGUNAKAN iPHONE, iPAD ATAU iPOD TOUCH ANDA ("PERANGKAT iOS"), ANDA SETUJU UNTUK TERIKAT OLEH KETENTUAN-KETENTUAN SEBAGAI BERIKUT:**

**A.   PERJANJIAN LISENSI PERANGKAT LUNAK APPLE iOS**
**B.   KETENTUAN-KETENTUAN TAMBAHAN APPLE PAY**
**C.   PEMBERITAHUAN-PEMBERITAHUAN DARI APPLE**

**APPLE INC.**
**PERJANJIAN LISENSI PERANGKAT LUNAK iOS**
Lisensi Penggunaan Tunggal

**BACALAH PERJANJIAN LISENSI PERANGKAT LUNAK INI ("LISENSI") DENGAN TELITI SEBELUM MENGGUNAKAN PERANGKAT iOS ANDA ATAU MENGUNDUH PEMUTAKHIRAN PERANGKAT LUNAK TERSEBUT YANG MENYERTAI LISENSI INI. DENGAN MENGGUNAKAN PERANGKAT iOS ANDA ATAU MENGUNDUH SUATU PEMUTAKHIRAN PERANGKAT LUNAK, SEBAGAIMANA RELEVAN, BERARTI ANDA SETUJU UNTUK TERIKAT OLEH KETENTUAN-KETENTUAN LISENSI INI. APABILA ANDA TIDAK MENYETUJUI KETENTUAN-KETENTUAN LISENSI INI, JANGAN MENGGUNAKAN PERANGKAT iOS ATAU MENGUNDUH PEMUTAKHIRAN PERANGKAT LUNAK TERSEBUT.**

**APABILA ANDA BARU-BARU INI MEMBELI SUATU PERANGKAT iOS DAN ANDA TIDAK MENYETUJUI KETENTUAN-KETENTUAN LISENSI INI, ANDA DAPAT MENGEMBALIKAN PERANGKAT iOS TERSEBUT DALAM KURUN WAKTU PENGEMBALIAN KE TOKO APPLE ATAU DISTRIBUTOR RESMI APPLE DI MANA ANDA MEMPEROLEHNYA UNTUK MENERIMA PENGEMBALIAN UANG ANDA, DENGAN TUNDUK PADA KEBIJAKAN PENGEMBALIAN YANG DITETAPKAN OLEH APPLE SEBAGAIMANA TERTERA DI https://www.apple.com/legal/sales_policies/.**

**1. Umum.**
(a) Perangkat lunak (berikut kode Boot ROM, perangkat lunak dan perangkat lunak pihak ketiga yang termasuk di dalamnya), dokumentasi, antarmuka-antarmuka, konten, huruf-huruf dan data apapun yang telah ada pada Perangkat iOS anda ("Perangkat Lunak iOS yang Asli"), sebagaimana dapat dimutakhirkan atau diganti oleh peningkatan fitur, pemutakhiran perangkat lunak atau perangkat lunak untuk memperbaiki sistem yang disediakan oleh Apple ("Pemutakhiran Perangkat Lunak iOS"), baik dalam memori baca-saja (read-only memory), dalam media apapun lainnya atau dalam bentuk apapun lainnya (Perangkat Lunak iOS yang Asli dan Pemutakhiran Perangkat Lunak iOS secara bersama-sama disebut sebagai "Perangkat Lunak iOS") dilisensikan, namun tidak dijual, kepada anda oleh Apple Inc. ("Apple") hanya untuk penggunaan yang berdasarkan ketentuan-ketentuan Lisensi ini. Apple dan para pemberi lisensinya tetap mempertahankan kepemilikan atas Perangkat Lunak iOS itu sendiri dan tetap memiliki semua hak yang tidak secara tegas diberikan kepada anda. Anda menyetujui bahwa ketentuan-ketentuan Lisensi ini akan berlaku terhadap aplikasi apapun bermerek Apple yang mungkin telah menyatu di dalam Perangkat iOS anda, kecuali aplikasi tersebut disertai dengan suatu lisensi terpisah, yang dalam hal apapun anda menyetujui bahwa ketentuan-ketentuan dari lisensi tersebut akan mengatur penggunaan anda atas aplikasi tersebut.

(b) Apple, atas diskresinya, dapat menyediakan Pemutakhiran Perangkat Lunak iOS lebih lanjut. Pemutakhiran Perangkat Lunak iOS, apabila ada, tidak harus mencakup seluruh fitur-fitur perangkat lunak yang sudah ada atau fitur-fitur baru yang dikeluarkan oleh Apple untuk model-model terbaru atau model-model lainnya dari Perangkat iOS. Ketentuan-ketentuan Lisensi ini akan mengatur setiap Pemutakhiran Perangkat Lunak iOS yang disediakan oleh Apple, kecuali Pemutakhiran Perangkat Lunak

iOS tersebut dilengkapi dengan suatu lisensi terpisah, yang dalam hal apapun anda menyetujui bahwa ketentuan-ketentuan dari lisensi tersebut akan mengatur mengenai pemutakhiran tersebut.

(c) Jika anda menggunakan fitur pengaturan cepat untuk mempersiapkan suatu Perangkat iOS baru berdasarkan Perangkat iOS milik anda yang sudah ada, anda menyetujui bahwa ketentuan-ketentuan Lisensi ini akan mengatur penggunaan Perangkat Lunak iOS oleh anda pada Perangkat iOS milik anda yang baru, kecuali penggunaan Perangkat Lunak iOS tersebut dilengkapi dengan suatu lisensi terpisah, yang dalam hal apapun anda menyetujui bahwa ketentuan-ketentuan dari lisensi tersebut akan mengatur penggunaan Perangkat Lunak iOS tersebut oleh anda.

**2. Penggunaan-Penggunaan dan Pembatasan-Pembatasan Lisensi Yang Diizinkan.**
(a) Dengan tunduk pada ketentuan-ketentuan dan syarat-syarat Lisensi ini, anda diberikan suatu lisensi non-eksklusif yang terbatas untuk menggunakan Perangkat Lunak iOS pada satu Perangkat iOS bermerek Apple. Kecuali sebagaimana diperbolehkan dalam Bagian 2(b) di bawah ini, dan kecuali sebagaimana diatur dalam suatu perjanjian terpisah antara anda dan Apple, Lisensi ini tidak memperbolehkan Perangkat Lunak iOS untuk berada pada lebih dari satu Perangkat iOS bermerek Apple pada satu waktu, dan anda tidak boleh mendistribusikan atau menyediakan Perangkat Lunak iOS melalui suatu jaringan yang memungkinkan untuk dapat dipergunakan oleh beberapa perangkat pada waktu yang sama. Lisensi ini tidak memberikan kepada anda hak-hak apapun untuk menggunakan antarmuka-antarmuka milik Apple dan kekayaan intelektual Apple yang lain mengenai desain, pengembangan, pembuatan, pemberian lisensi atau distribusi dari peralatan-peralatan dan aksesoris-aksesoris pihak ketiga, atau aplikasi-aplikasi perangkat lunak pihak ketiga, untuk dipergunakan dengan Perangkat iOS. Beberapa hak tersebut tersedia melalui perjanjian-perjanjian lisensi tersendiri dari Apple. Untuk informasi lebih lanjut mengenai pengembangan peralatan-peralatan dan aksesoris-aksesoris pihak ketiga untuk Perangkat iOS, silakan kunjungi https://developer.apple.com/programs/mfi/. Untuk informasi lebih lanjut tentang pengembangan aplikasi-aplikasi perangkat lunak untuk Perangkat iOS, silakan kunjungi https://developer.apple.com.

(b) Dengan tunduk pada ketentuan-ketentuan dan syarat-syarat Lisensi ini, anda diberikan suatu lisensi non-eksklusif yang terbatas untuk mengunduh Pemutakhiran Perangkat Lunak iOS yang mungkin disediakan oleh Apple untuk model Perangkat iOS milik anda untuk memutakhirkan atau memperbaiki perangkat lunak pada setiap Perangkat iOS yang anda miliki atau kuasai tersebut. Lisensi ini tidak mengizinkan anda untuk memutakhirkan atau memperbaiki setiap Perangkat iOS yang tidak anda kuasai atau miliki, dan anda tidak boleh mendistribusikan atau menyediakan Pemutakhiran Perangkat Lunak iOS melalui suatu jaringan yang memungkinkan untuk dapat dipergunakan dengan beberapa perangkat atau beberapa komputer pada saat yang sama. Jika anda mengunduh suatu Pemutakhiran Perangkat Lunak iOS ke dalam komputer anda, anda boleh membuat satu salinan dari Pemutakhiran Perangkat Lunak iOS yang disimpan dalam komputer anda dalam bentuk yang-dapat-dibaca-oleh-mesin khusus untuk keperluan cadangan (backup) saja, dengan ketentuan bahwa salinan cadangan tersebut harus memuat semua pemberitahuan mengenai hak cipta atau hak-hak kepemilikan lain yang terkandung pada aslinya.

(c) Sepanjang Apple telah memasang terlebih dahulu aplikasi-aplikasi bermerek Apple dari Toko App pada Perangkat iOS anda pada saat pembelian ("Aplikasi Yang-Telah-Terpasang-Terlebih-Dahulu"), anda akan perlu login ke Toko App dan menghubungkan Aplikasi Yang-Telah-Terpasang-Terlebih-Dahulu ini dengan akun Toko App anda untuk menggunakannya pada Perangkat iOS anda. Ketika anda menghubungkan Aplikasi Yang-Telah-Terpasang-Terlebih-Dahulu dengan akun Toko App anda, pada saat yang sama anda akan secara otomatis menghubungkan semua Aplikasi Yang-Telah-Terpasang-Terlebih-Dahulu lainnya pada Perangkat iOS anda. Dengan memilih untuk menghubungkan Aplikasi Yang-Telah-Terpasang-Terlebih-Dahulu dengan akun Toko App anda, anda menyetujui bahwa Apple dapat mentransmisikan, mengumpulkan, menyimpan, memproses dan menggunakan baik Apple ID yang digunakan oleh akun Toko App anda maupun pengenal perangkat keras yang unik yang

dikumpulkan dari Perangkat iOS anda, sebagai pengenal akun yang unik untuk memeriksa kelayakan permintaan anda dan memberikan anda akses ke Aplikasi Yang-Telah-Terpasang-Terlebih-Dahulu melalui Toko App. Jika anda tidak menghendaki untuk menggunakan Aplikasi Yang-Telah-Terpasang-Terlebih-Dahulu, anda dapat menghapusnya kapan saja dari Perangkat iOS anda.

(d) Anda tidak boleh, dan anda setuju untuk tidak atau memperbolehkan orang lain untuk, menyalin (kecuali sebagaimana secara tegas diizinkan oleh Lisensi ini), merombak, merekayasa balik, membongkar, mencoba untuk menemukan kode sumber dari, mengurai sandi, mengubah, atau menciptakan karya-karya turunan dari Perangkat Lunak iOS atau layanan-layanan apapun yang disediakan oleh Perangkat Lunak iOS atau setiap bagian daripadanya (kecuali sebagaimana dan hanya sepanjang pembatasan apapun tersebut di atas dilarang oleh hukum yang berlaku atau oleh ketentuan-ketentuan pemberian lisensi yang mengatur penggunaan komponen-komponen sumber terbuka yang mungkin disertakan dengan Perangkat Lunak iOS).

(e) Perangkat Lunak iOS boleh digunakan untuk memperbanyak materi-materi, sepanjang penggunaan tersebut terbatas untuk memperbanyak materi-materi yang tidak dilindungi oleh hak cipta, materi-materi yang hak ciptanya anda miliki, atau materi-materi yang mana anda berwenang atau secara sah diizinkan untuk memperbanyaknya. Alas hak dan hak-hak kekayaan intelektual dalam dan terhadap setiap konten yang ditampilkan oleh, disimpan pada atau diakses melalui Perangkat iOS anda merupakan milik dari pemilik konten yang bersangkutan. Konten tersebut mungkin dilindungi oleh hak cipta atau hukum dan perjanjian kekayaan intelektual lainnya, dan mungkin tunduk pada ketentuan-ketentuan penggunaan pihak ketiga yang menyediakan konten tersebut. Kecuali ditentukan lain dalam Lisensi ini, Lisensi ini tidak memberikan hak-hak apapun kepada anda untuk menggunakan konten tersebut maupun menjamin bahwa konten tersebut akan terus tersedia bagi anda.

(f) Anda setuju untuk menggunakan Perangkat Lunak iOS dan Layanan-Layanan (sebagaimana didefinisikan pada Bagian 5 di bawah ini) dengan mematuhi semua hukum yang berlaku, termasuk hukum setempat dari negara atau wilayah di mana anda tinggal atau di mana anda mengunduh atau menggunakan Perangkat Lunak iOS dan Layanan-Layanan. Fitur-fitur Perangkat Lunak iOS dan Layanan-Layanan mungkin tidak tersedia dalam semua bahasa atau di semua wilayah, beberapa fitur dapat berbeda menurut wilayah, dan beberapa mungkin dibatasi atau tidak tersedia dari penyedia jasa anda. Koneksi data Wi-Fi atau seluler diperlukan untuk beberapa fitur Perangkat Lunak iOS dan Layanan-Layanan.

(g) Penggunaan Toko App memerlukan suatu nama pengguna yang unik dan kombinasi kata sandi, yang dikenal sebagai Apple ID. Apple ID juga diperlukan untuk mengakses pemutakhiran aplikasi dan fitur-fitur tertentu dari Perangkat Lunak iOS dan Layanan-Layanan.

(h) Anda mengakui bahwa beberapa fitur, aplikasi-aplikasi yang menyatu, dan Layanan-Layanan Perangkat Lunak iOS mengirimkan data dan dapat memengaruhi biaya-biaya pada rencana data anda, dan bahwa anda bertanggung jawab atas setiap biaya tersebut. Anda dapat melihat dan mengatur aplikasi-aplikasi mana yang diizinkan untuk menggunakan data seluler dan melihat perkiraan berapa banyak data yang telah dipakai oleh aplikasi-aplikasi tersebut berdasarkan Pengaturan Data Seluler. Untuk informasi lebih lanjut, harap membaca Panduan Pengguna untuk Perangkat iOS anda.

(i) Jika anda memilih untuk memperbolehkan pemutakhiran aplikasi otomatis, Perangkat iOS anda akan secara berkala mengecek dengan Apple untuk pemutakhiran-pemutakhiran terhadap aplikasi-aplikasi pada perangkat anda dan, jika pemutakhiran tersedia, pemutakhiran tersebut secara otomatis akan terunduh dan terpasang pada perangkat anda. Anda dapat menonaktifkan pemutakhiran aplikasi otomatis semuanya sewaktu-waktu dengan mengakses Pengaturan, tekan iTunes & Toko App, dan di bawah Unduh Otomatis, nonaktifkan Pemutakhiran.

(j) Penggunaan Perangkat iOS anda dalam beberapa keadaan dapat mengalihkan perhatian anda dan dapat menyebabkan situasi yang berbahaya (contohnya, hindari mengetik pesan teks ketika mengendarai mobil atau menggunakan headphone ketika mengendarai sepeda). Dengan menggunakan Perangkat iOS anda, anda menyetujui bahwa anda bertanggung jawab untuk menaati aturan-aturan yang melarang atau membatasi penggunaan telepon genggam atau headphone (contohnya, persyaratan untuk menggunakan pilihan tanpa-tangan untuk melakukan panggilan ketika mengemudi).

**3. Pengalihan.** Anda tidak boleh menyewa, menyewakan, meminjamkan, menjual, mendistribusikan kembali, atau memberikan lisensi kembali Perangkat Lunak iOS. Akan tetapi, anda boleh melakukan satu-kali pengalihan secara permanen atas semua hak lisensi anda terhadap Perangkat Lunak iOS kepada pihak lain berkaitan dengan pengalihan kepemilikan atas Perangkat iOS anda, dengan ketentuan bahwa: (a) pengalihan tersebut harus mencakup Perangkat iOS anda dan semua Perangkat Lunak iOS-nya, berikut semua suku cadang komponennya dan Lisensi ini; (b) anda tidak menyimpan salinan apapun dari Perangkat Lunak iOS, baik seluruhnya maupun sebagian, termasuk salinan yang disimpan dalam komputer atau peralatan penyimpanan lainnya; dan (c) pihak yang menerima Perangkat Lunak iOS membaca dan menyetujui untuk menerima ketentuan-ketentuan dan syarat-syarat Lisensi ini.

**4. Persetujuan terhadap Penggunaan Data.** Ketika anda menggunakan perangkat anda, nomor telepon anda dan pengenal-pengenal tertentu yang unik milik anda untuk Perangkat iOS anda dikirimkan kepada Apple dalam rangka untuk memperbolehkan orang lain menghubungi anda melalui nomor telepon anda ketika menggunakan berbagai fitur komunikasi dari Perangkat Lunak iOS, seperti iMessage dan FaceTime. Ketika anda menggunakan iMessage, Apple dapat menyimpan pesan-pesan anda dalam bentuk yang terenkripsi untuk suatu jangka waktu yang terbatas untuk memastikan pengirimannya. Anda dapat menonaktifkan FaceTime atau iMessage dengan mengakses pengaturan FaceTime atau Pesan pada Perangkat iOS anda. Fitur-fitur tertentu seperti Analisis, Layanan-Layanan Lokasi, Siri, dan Dikte dapat meminta informasi dari Perangkat iOS anda untuk memberikan fungsi mereka masing-masing. Ketika anda mengaktifkan atau menggunakan fitur-fitur ini, rincian akan diberikan mengenai informasi apa yang dikirimkan kepada Apple dan bagaimana informasi tersebut dapat dipergunakan. Anda dapat mempelajari lebih lanjut dengan mengunjungi https://www.apple.com/idprivacy/. Dari waktu ke waktu informasi anda akan diperlakukan sesuai dengan Kebijakan Privasi Apple, yang dapat dilihat di: https://www.apple.com/legal/privacy/.

**5. Layanan-Layanan dan Materi-Materi Pihak Ketiga.**
(a) Perangkat Lunak iOS dapat memungkinkan akses ke Toko iTunes, Toko App, Toko iBooks, Pusat Permainan, iCloud, Maps milik Apple dan layanan-layanan dan situs-situs web lainnya milik Apple dan pihak ketiga (secara bersama-sama dan masing-masing, "Layanan-Layanan"). Layanan-Layanan tersebut dapat tidak tersedia dalam semua bahasa atau di semua negara. Penggunaan Layanan-Layanan ini memerlukan akses Internet dan penggunaan Layanan-Layanan tertentu mungkin memerlukan suatu Apple ID, mungkin mengharuskan anda untuk menerima ketentuan-ketentuan tambahan dan mungkin dikenakan biaya-biaya tambahan. Dengan menggunakan perangkat lunak ini dalam kaitannya dengan Apple ID, atau Layanan Apple lainnya, anda menyetujui ketentuan-ketentuan layanan yang berlaku terhadap Layanan tersebut, seperti Ketentuan-Ketentuan dan Syarat-Syarat Layanan Media Apple yang terkini untuk negara tempat anda mengakses Layanan-Layanan tersebut, yang dapat anda akses dan simak di https://www.apple.com/legal/internet-services/itunes/ww/.

(b) Jika anda mendaftar untuk iCloud, fitur-fitur iCloud tertentu seperti "iCloud Photo Library", "My Photo Stream", "iCloud Photo Sharing", "Back Up" dan "Find My iPhone" dapat diakses secara langsung dari Perangkat Lunak iOS. Anda mengakui dan menyetujui bahwa penggunaan iCloud dan fitur-fitur ini oleh anda tunduk pada ketentuan-ketentuan dan syarat-syarat layanan iCloud yang terkini, yang dapat anda akses dan simak di: https://www.apple.com/legal/internet-services/icloud/ww/.

(c) <u>Konten Aplikasi Berita</u>. Penggunaan anda terhadap konten yang diakses melalui aplikasi Berita

adalah semata-mata terbatas pada penggunaan secara pribadi dan non-komersial, tidak menyerahkan kepentingan hak milik apapun atas konten kepada anda, dan secara khusus mengecualikan, tanpa pembatasan, hak-hak penggunaan komersial atau promosi apapun atas konten tersebut. Selanjutnya, anda dilarang menerbitkan kembali, mentransmisikan kembali dan memperbanyak gambar-gambar apapun yang diakses melalui Berita sebagai suatu arsip yang berdiri sendiri.

(d) <u>Maps</u>. Layanan dan fitur-fitur maps dari Perangkat Lunak iOS ("Maps"), termasuk cakupan data peta, dapat berbeda-beda menurut wilayah. Saat anda menggunakan fitur-fitur berbasis lokasi dalam Maps, seperti navigasi arah, pencarian lalu lintas dan lokal, beragam informasi yang-berkaitan-dengan-lokasi dan penggunaan informasi dapat dikirimkan kepada Apple, termasuk lokasi geografis real-time Perangkat iOS anda, untuk memproses permintaan anda dan membantu meningkatkan Maps. Lokasi dan penggunaan data tersebut dikumpulkan oleh Apple dalam suatu bentuk yang tidak mengidentifikasikan anda secara pribadi. **Dengan menggunakan Maps, anda menyetujui dan mengizinkan transmisi, pengumpulan, penyimpanan, pemrosesan, dan penggunaan informasi ini oleh Apple dan anak-anak perusahaannya serta para agennya, untuk menyediakan dan meningkatkan fitur-fitur dan layanan-layanan Maps, dan produk-produk dan layanan-layanan Apple lainnya.** Apple dapat juga memberikan informasi tersebut, baik dalam suatu bentuk yang digabungkan atau tidak dapat dikenali sendiri-sendiri, kepada para mitra dan para penerima lisensinya untuk membantu memperbaiki peta dan produk-produk dan layanan-layanan berbasis lokasi milik mereka. Anda dapat menonaktifkan fungsi Maps yang berbasis lokasi dengan cara mengakses pengaturan Layanan-Layanan Lokasi yang dipasang pada Perangkat iOS anda dan dengan menonaktifkan pengaturan lokasi individu untuk Maps. Namun fitur-fitur Maps tertentu akan tidak tersedia apabila anda menonaktifkan pengaturan Layanan-Layanan Lokasi, seperti navigasi arah.

(e) <u>iBooks; Podcasts</u>. Jika anda memilih untuk menggunakan fitur sinkronisasi dari aplikasi iBooks dan Podcasts untuk menyinkronisasikan penunjuk halaman buku (bookmarks), catatan-catatan, koleksi-koleksi dan data langganan podcast milik anda yang terdapat pada Perangkat iOS dan komputer anda, anda mengakui bahwa data tersebut akan dikirimkan kepada Apple dan disimpan bersama-sama dengan Apple ID yang anda gunakan untuk Toko iBooks atau Toko iTunes, dalam rangka untuk menyinkronisasikan data tersebut dengan perangkat dan komputer lainnya milik anda yang diizinkan untuk mengakses konten melalui Apple ID tersebut. Anda dapat menonaktifkan sinkronisasi kapan saja dengan mengakses Pengaturan dan mengganti opsi sinkronisasi untuk masing-masing aplikasi iBooks dan Podcasts.

(f) Anda memahami bahwa dengan menggunakan suatu Layanan, anda dapat menemukan konten yang dapat dianggap sebagai ofensif, tidak layak, atau tidak dapat diterima, di mana konten tersebut dapat atau tidak dapat diidentifikasikan sebagai mengandung bahasa yang eksplisit, dan bahwa hasil dari pencarian atau masuknya dalam suatu Pelokasi Sumber Daya Seragam (URL) tertentu dapat secara otomatis dan dengan tidak sengaja berakibat pada penghubung-penghubung atau acuan-acuan pada materi yang tidak dapat diterima. Namun demikian, anda setuju untuk menggunakan Layanan-Layanan atas risiko anda sendiri dan bahwa Apple, para afiliasi, para agen, para prinsipal, atau para pemberi lisensinya tidak bertanggung jawab kepada anda atas konten-konten yang dianggap sebagai ofensif, tidak layak, atau tidak dapat diterima.

(g) Layanan-Layanan tertentu dapat menyajikan, mencakup atau menyediakan konten, data, informasi, aplikasi-aplikasi atau materi-materi dari pihak-pihak ketiga ("Materi-Materi Pihak Ketiga") atau menyediakan penghubung-penghubung ke situs-situs web tertentu milik pihak ketiga. Dengan menggunakan Layanan-Layanan, anda mengakui dan menyetujui bahwa Apple tidak bertanggung jawab untuk memeriksa atau mengevaluasi konten, ketepatan, kelengkapan, ketepatan-waktu, keabsahan, dipatuhinya hak cipta, legalitas, kesopanan, kualitas atau aspek lain dari Materi-Materi Pihak Ketiga atau situs-situs web pihak ketiga tersebut. Apple, para pengurus, para afiliasi dan anak-anak perusahaannya tidak menjamin atau mendukung dan tidak menanggung dan tidak akan memikul kewajiban atau

tanggung jawab apapun kepada anda atau kepada orang lain manapun atas setiap Layanan-Layanan pihak ketiga, Materi-Materi Pihak Ketiga atau situs-situs web pihak ketiga, atau atas materi-materi, produk-produk, atau layanan-layanan lainnya dari pihak-pihak ketiga. Materi-Materi Pihak Ketiga dan penghubung-penghubung ke situs-situs web yang lain disediakan semata-mata untuk kemudahan anda.

(h) Baik Apple maupun para penyedia kontennya tidak menjamin tersedianya, ketepatan, kelengkapan, dapat diandalkannya, atau ketepatan waktu dari informasi saham, data lokasi atau data apapun lainnya yang ditampilkan oleh Layanan-Layanan apapun. Informasi keuangan yang ditampilkan oleh Layanan-Layanan manapun bertujuan untuk memberikan informasi umum semata dan tidak dapat diandalkan sebagai nasihat investasi. Sebelum melakukan suatu transaksi sekuritas berdasarkan suatu informasi yang diperoleh melalui Layanan-Layanan, sebaiknya anda berkonsultasi dengan seorang ahli keuangan atau ahli sekuritas profesional yang memiliki kualifikasi yang sah untuk memberikan nasihat keuangan atau sekuritas di negara atau wilayah anda. Data lokasi yang disediakan oleh Layanan-Layanan apapun, termasuk layanan Maps Apple, diberikan hanya sebagai petunjuk navigasi dasar dan rencana dan tidak dimaksudkan untuk diandalkan dalam situasi-situasi yang memerlukan informasi lokasi yang tepat atau di mana data lokasi yang salah, tidak tepat, terlambat atau tidak lengkap dapat menyebabkan kematian, cedera diri, kerugian harta benda atau kerusakan lingkungan. Anda setuju bahwa, hasil-hasil yang anda terima dari layanan Maps dapat berbeda-beda dari kondisi aktual jalan atau kondisi medan karena faktor-faktor yang dapat memengaruhi keakuratan data Maps, seperti, namun tidak terbatas pada, cuaca, kondisi jalan dan lalu lintas, dan kejadian-kejadian geopolitik. Untuk keamanan anda pada saat menggunakan fitur navigasi, selalu perhatikan rambu-rambu jalan yang terpasang dan kondisi jalan saat ini. Taati praktik-praktik mengemudi yang aman dan peraturan lalu lintas, dan harap diketahui bahwa arah berjalan mungkin tidak termasuk trotoar atau jalur pejalan kaki.

(i) Sepanjang anda mengunggah konten apapun melalui penggunaan Layanan-Layanan, anda menyatakan bahwa anda memiliki semua hak atas, atau mempunyai kewenangan atau dengan kata lain diizinkan secara hukum untuk mengunggah, konten tersebut dan bahwa konten tersebut tidak melanggar ketentuan-ketentuan layanan yang berlaku terhadap Layanan-Layanan. Anda setuju bahwa Layanan-Layanan memuat konten, informasi dan materi hak kepemilikan yang dimiliki oleh Apple, pemilik situs atau para pemberi lisensi mereka, dan yang dilindungi oleh hukum-hukum kekayaan intelektual dan hukum-hukum lain yang berlaku, termasuk namun tidak terbatas pada hak cipta. Anda setuju bahwa anda tidak akan menggunakan konten, informasi dan materi hak kepemilikan tersebut selain untuk penggunaan Layanan-Layanan yang diizinkan atau dengan cara apapun yang tidak sesuai dengan ketentuan-ketentuan Lisensi ini atau yang melanggar hak-hak kekayaan intelektual pihak ketiga atau Apple. Tidak ada bagian dari Layanan-Layanan yang boleh diperbanyak dalam bentuk apapun atau dengan cara apapun. Anda setuju untuk tidak memodifikasi, menyewa, menyewakan, meminjamkan, menjual, mendistribusikan, atau menciptakan karya-karya turunan berdasarkan Layanan-Layanan, dengan cara apapun, dan anda tidak boleh menggunakan Layanan-Layanan dengan cara apapun yang tidak diizinkan, termasuk namun tidak terbatas pada, penggunaan Layanan-Layanan untuk mentransmisikan virus komputer, worms, kuda trojan, atau perangkat perusak lainnya, atau dengan melanggar atau membebani kapasitas jaringan. Anda lebih lanjut setuju untuk tidak menggunakan Layanan-Layanan dengan cara apapun untuk mengganggu, melecehkan, menguntit, mengancam, mencemarkan nama baik atau dengan cara lain mengganggu atau melanggar hak-hak pihak lain, dan bahwa Apple sama sekali tidak bertanggung jawab atas penggunaan sedemikian rupa oleh anda, atau atas pesan-pesan atau transmisi-transmisi yang bersifat pelecehan, ancaman, pencemaran nama baik, penghinaan, gangguan atau pelanggaran hukum yang mungkin anda terima sebagai akibat dari penggunaan Layanan-Layanan manapun.

(j) Selain itu, Layanan-Layanan dan Materi-Materi Pihak Ketiga yang dapat diakses, dihubungkan atau ditampilkan pada Perangkat iOS tidak tersedia dalam semua bahasa atau di semua negara atau wilayah. Apple tidak membuat pernyataan bahwa Layanan-Layanan atau Materi-Materi Pihak Ketiga tersebut cukup memadai atau tersedia untuk digunakan di suatu lokasi khusus. Sepanjang anda memilih untuk

menggunakan atau mengakses Layanan-Layanan dan Materi-Materi Pihak Ketiga tersebut, anda melakukannya atas inisiatif anda sendiri dan bertanggung jawab atas kepatuhan terhadap hukum-hukum yang berlaku, termasuk akan tetapi tidak terbatas pada hukum-hukum setempat dan hukum-hukum tentang privasi dan pengumpulan data yang berlaku. Berbagi atau menyinkronisasikan foto melalui Perangkat iOS anda dapat menyebabkan metadata, termasuk di mana dan kapan foto diambil, dan informasi kedalaman, terkirimkan dengan foto. Penggunaan layanan-layanan Apple (seperti iCloud Photo Library) untuk berbagi atau menyinkronisasikan foto-foto tersebut akan melibatkan Apple dalam menerima dan menyimpan metadata tersebut. Apple dan para pemberi lisensinya berhak untuk mengubah, menangguhkan, menghilangkan, atau memutuskan akses ke Layanan-Layanan apapun setiap saat tanpa pemberitahuan. Dalam keadaan bagaimanapun Apple tidak bertanggung jawab atas dihilangkannya atau diputuskannya akses ke Layanan-Layanan tersebut. Apple juga dapat menetapkan pembatasan atas pemakaian dari atau akses ke Layanan-Layanan tertentu, dalam setiap hal dan tanpa pemberitahuan atau tanggung jawab.

**6. Pemutusan.** Lisensi ini berlaku hingga diakhiri. Hak-hak anda berdasarkan Lisensi ini akan berakhir secara otomatis atau dengan cara lain menjadi tidak berlaku tanpa pemberitahuan dari Apple apabila anda gagal mematuhi suatu ketentuan (ketentuan-ketentuan) dari Lisensi ini. Setelah pemutusan Lisensi ini, anda harus menghentikan semua penggunaan Perangkat Lunak iOS. Bagian-bagian 4, 5, 6, 7, 8, 9, 12 dan 13 dari Lisensi ini akan tetap berlaku setelah Lisensi ini berakhir.

**7. Pernyataan Tidak Berlakunya Jaminan-Jaminan.**
7.1  Jika anda seorang pelanggan yang merupakan seorang konsumen (seseorang yang menggunakan Perangkat Lunak iOS di luar usaha, bisnis atau profesi anda), anda mungkin mempunyai hak-hak hukum yang sah di negara domisili anda yang mungkin melarang diberlakukannya pembatasan-pembatasan berikut ini terhadap anda, dan sepanjang pembatasan-pembatasan tersebut dilarang, mereka tidak akan berlaku terhadap anda. Untuk mengetahui lebih banyak tentang hak-hak, sebaiknya anda menghubungi organisasi saran konsumen lokal.

7.2  ANDA SECARA TEGAS MENGAKUI DAN MENYETUJUI BAHWA, SEPANJANG DIPERKENANKAN OLEH HUKUM YANG BERLAKU, PENGGUNAAN PERANGKAT LUNAK iOS DAN LAYANAN-LAYANAN APAPUN YANG DILAKUKAN OLEH ATAU DIAKSES MELALUI PERANGKAT LUNAK iOS ADALAH ATAS RISIKO ANDA SENDIRI DAN BAHWA SELURUH RISIKO SEHUBUNGAN DENGAN KUALITAS, KINERJA, KETEPATAN DAN UPAYA YANG MEMUASKAN ADA PADA ANDA.

7.3  SEPANJANG YANG SECARA MAKSIMUM DIIZINKAN OLEH HUKUM YANG BERLAKU, PERANGKAT LUNAK iOS DAN LAYANAN-LAYANAN DISEDIAKAN "SEBAGAIMANA ADANYA" DAN "SEBAGAIMANA TERSEDIA", DENGAN SEMUA KEKURANGAN DAN TANPA JAMINAN APAPUN, DAN APPLE DAN PARA PEMBERI LISENSI APPLE (SECARA BERSAMA-SAMA DISEBUT SEBAGAI "APPLE" UNTUK MAKSUD-MAKSUD DARI BAGIAN-BAGIAN 7 DAN 8) DENGAN INI MENYATAKAN TIDAK BERLAKUNYA SEMUA JAMINAN DAN PERSYARATAN SEHUBUNGAN DENGAN PERANGKAT LUNAK iOS DAN LAYANAN-LAYANAN, BAIK SECARA TEGAS, TERSIRAT ATAU MENURUT UNDANG-UNDANG, TERMASUK AKAN TETAPI TIDAK TERBATAS PADA, JAMINAN-JAMINAN YANG BERSIFAT TERSIRAT DAN/ATAU PERSYARATAN-PERSYARATAN TENTANG KELAYAKAN USAHA, KEPUASAN KUALITAS, KETEPATAN UNTUK TUJUAN KHUSUS, KEAKURATAN, KETENANGAN UNTUK MENIKMATI, DAN TIDAK DILANGGARNYA HAK-HAK PIHAK KETIGA.

7.4  APPLE TIDAK MENJAMIN BAHWA ANDA TIDAK AKAN MENGALAMI GANGGUAN DALAM MENIKMATI PERANGKAT LUNAK iOS DAN LAYANAN-LAYANAN, BAHWA FUNGSI-FUNGSI YANG MELEKAT DI DALAM, ATAU LAYANAN-LAYANAN YANG DILAKUKAN ATAU DIBERIKAN OLEH, PERANGKAT LUNAK iOS AKAN MEMENUHI KEBUTUHAN ANDA, BAHWA OPERASI PERANGKAT LUNAK iOS DAN LAYANAN-LAYANAN TIDAK AKAN PERNAH TERGANGGU ATAU BEBAS DARI KESALAHAN, BAHWA SETIAP LAYANAN AKAN SECARA BERKALA TETAP TERSEDIA, BAHWA CACAT-

CACAT PADA PERANGKAT LUNAK iOS ATAU LAYANAN-LAYANAN AKAN DIPERBAIKI, ATAU BAHWA PERANGKAT LUNAK iOS AKAN KOMPATIBEL ATAU BEKERJA DENGAN SETIAP PERANGKAT LUNAK PIHAK KETIGA, APLIKASI-APLIKASI PIHAK KETIGA ATAU LAYANAN-LAYANAN PIHAK KETIGA. PEMASANGAN PERANGKAT LUNAK iOS INI DAPAT MEMENGARUHI KETERSEDIAAN DAN KEGUNAAN PERANGKAT LUNAK PIHAK KETIGA, APLIKASI-APLIKASI PIHAK KETIGA ATAU LAYANAN-LAYANAN PIHAK KETIGA, SERTA PRODUK-PRODUK DAN LAYANAN-LAYANAN APPLE.

7.5  ANDA SELANJUTNYA MENGAKUI BAHWA PERANGKAT LUNAK iOS DAN LAYANAN-LAYANAN TIDAK DIMAKSUDKAN ATAU COCOK UNTUK DIPAKAI DALAM SITUASI-SITUASI ATAU KEADAAN-KEADAAN DI MANA KEGAGALAN ATAU KETERLAMBATAN WAKTU DARI, ATAU KESALAHAN ATAU KETIDAK-TEPATAN DALAM KONTEN, DATA ATAU INFORMASI YANG DIBERIKAN OLEH PERANGKAT LUNAK iOS ATAU LAYANAN-LAYANAN DAPAT MENGAKIBATKAN KEMATIAN, CEDERA PRIBADI, ATAU KERUSAKAN FISIK ATAU KERUSAKAN LINGKUNGAN YANG PARAH, TERMASUK TANPA PEMBATASAN PENGOPERASIAN FASILITAS NUKLIR, NAVIGASI ATAU SISTEM KOMUNIKASI PESAWAT UDARA, KONTROL LALU LINTAS UDARA, SISTEM PENDUKUNG KEHIDUPAN ATAU PERSENJATAAN.

7.6  TIDAK SATU PUN INFORMASI ATAU NASIHAT TERTULIS ATAU LISAN YANG DIBERIKAN OLEH APPLE ATAU PERWAKILAN APPLE YANG BERWENANG DAPAT MENCIPTAKAN SUATU JAMINAN. APABILA PERANGKAT LUNAK iOS ATAU LAYANAN-LAYANAN TERNYATA CACAT, ANDA MENANGGUNG SELURUH BIAYA PERAWATAN, PERBAIKAN, ATAU KOREKSI YANG DIPERLUKAN. BEBERAPA YURISDIKSI TIDAK MENGIZINKAN PENYANGGAHAN ATAS JAMINAN YANG BERSIFAT TERSIRAT ATAU PEMBATASAN-PEMBATASAN HAK-HAK KONSUMEN YANG DIBERIKAN OLEH UNDANG-UNDANG YANG BERLAKU, DENGAN DEMIKIAN PENYANGGAHAN DAN PEMBATASAN DI ATAS MUNGKIN TIDAK BERLAKU TERHADAP ANDA.

**8. Pembatasan Tanggung Jawab.** SEPANJANG TIDAK DILARANG OLEH HUKUM YANG BERLAKU, DALAM KEADAAN APAPUN APPLE, PARA AFILIASI, PARA AGEN ATAU PARA PRINSIPALNYA TIDAK BERTANGGUNG JAWAB ATAS CEDERA PRIBADI, ATAU KERUGIAN APAPUN YANG SIFATNYA INSIDENTAL, KHUSUS, TIDAK LANGSUNG ATAU KONSEKUENSIAL, TERMASUK TANPA PEMBATASAN, KERUGIAN KARENA KEHILANGAN KEUNTUNGAN, KURANGNYA ATAU HILANGNYA DATA, KEGAGALAN UNTUK MENGIRIMKAN ATAU MENERIMA DATA (TERMASUK TANPA PEMBATASAN INSTRUKSI-INSTRUKSI, TUGAS-TUGAS DAN MATERI-MATERI KURSUS), INTERUPSI USAHA ATAU KEHILANGAN ATAU KERUGIAN NIAGA YANG LAIN, YANG TIMBUL DARI ATAU BERKAITAN DENGAN PENGGUNAAN OLEH ANDA ATAU KETIDAKMAMPUAN ANDA MENGGUNAKAN PERANGKAT LUNAK iOS DAN LAYANAN-LAYANAN ATAU PERANGKAT LUNAK ATAU APLIKASI-APLIKASI PIHAK KETIGA BERSAMA DENGAN PERANGKAT LUNAK iOS ATAU LAYANAN-LAYANAN, BAGAIMANAPUN HAL TERSEBUT TERJADI, TANPA DIPENGARUHI OLEH TEORI PERTANGGUNGJAWABAN (KONTRAK, PERBUATAN MELAWAN HUKUM ATAU LAINNYA) DAN WALAUPUN APPLE TELAH DIBERITAHU TENTANG KEMUNGKINAN KERUGIAN TERSEBUT. BEBERAPA YURISDIKSI TIDAK MENGIZINKAN PENGECUALIAN ATAU PEMBATASAN TANGGUNG JAWAB ATAS CEDERA PRIBADI, ATAU KERUGIAN INSIDENTAL ATAU KONSEKUENSIAL, DENGAN DEMIKIAN PEMBATASAN INI MUNGKIN TIDAK BERLAKU BAGI ANDA. Dalam keadaan bagaimanapun, jumlah pertanggungjawaban Apple kepada anda untuk semua penggantian kerugian (selain dari yang mungkin disyaratkan oleh hukum yang berlaku sehubungan dengan cedera pribadi) tidak melebihi dua ratus lima puluh dolar (US$ 250,00). Pembatasan-pembatasan di atas akan berlaku walaupun upaya yang dinyatakan di atas gagal mencapai maksud utamanya.

**9. Sertifikat Digital.** Perangkat Lunak iOS mengandung suatu fungsi yang memungkinkannya menerima sertifikat-sertifikat digital baik yang dikeluarkan oleh Apple atau oleh pihak ketiga. ANDA BERTANGGUNG JAWAB SENDIRI UNTUK MEMUTUSKAN APAKAH MEMPERCAYAI ATAU TIDAK SUATU SERTIFIKAT YANG DIKELUARKAN OLEH APPLE ATAU OLEH SUATU PIHAK KETIGA.

PENGGUNAAN SERTIFIKAT-SERTIFIKAT DIGITAL OLEH ANDA ADALAH ATAS RISIKO ANDA SENDIRI. SEPANJANG DIPERBOLEHKAN OLEH HUKUM YANG BERLAKU, APPLE TIDAK MENJAMIN ATAU MEMBUAT PERNYATAAN, SECARA TEGAS ATAU YANG BERSIFAT TERSIRAT, SEHUBUNGAN DENGAN KELAYAKAN NIAGA ATAU KETEPATAN UNTUK TUJUAN KHUSUS, KEAKURATAN, KEAMANAN, ATAU TIDAK DILANGGARNYA HAK-HAK PIHAK KETIGA DALAM KAITANNYA DENGAN SERTIFIKAT-SERTIFIKAT DIGITAL.

**10. Kontrol Ekspor.** Anda tidak boleh menggunakan atau dengan cara lain mengekspor atau mengekspor kembali Perangkat Lunak iOS kecuali sebagaimana diizinkan oleh hukum Amerika Serikat dan hukum dari yurisdiksi(-yurisdiksi) di mana Perangkat Lunak iOS diperoleh. Secara khusus, akan tetapi tanpa pembatasan, Perangkat Lunak iOS tidak boleh diekspor atau diekspor kembali (a) ke negara-negara yang diembargo oleh Amerika Serikat atau (b) ke seseorang dalam daftar Warganegara-Warganegara Yang Ditunjuk secara Khusus pada Departemen Keuangan Amerika Serikat atau dalam Daftar Orang atau Daftar Badan Yang Ditolak pada Departemen Perdagangan Amerika Serikat atau daftar-daftar pihak yang terlarang lainnya. Dengan menggunakan Perangkat Lunak iOS, anda menyatakan dan menjamin bahwa anda tidak berada di dalam negara-negara atau dalam daftar tersebut. Anda juga setuju bahwa anda tidak akan menggunakan Perangkat Lunak iOS untuk maksud apapun yang dilarang oleh hukum Amerika Serikat, termasuk, tanpa pembatasan, pengembangan, perancangan, pembuatan atau produksi rudal, senjata nuklir, kimia atau biologis.

**11. Pengguna Akhir Pemerintah.** Perangkat Lunak iOS berikut dokumentasi yang berkaitan dengannya merupakan "Barang-Barang Komersial", sebagaimana istilah itu didefinisikan dalam 48 C.F.R. §2.101, yang terdiri dari "Perangkat Lunak Komputer Komersial" dan "Dokumentasi Perangkat Lunak Komputer Komersial", sebagaimana istilah-istilah tersebut digunakan dalam 48 C.F.R. §12.212 atau 48 C.F.R. §227.7202, sebagaimana diberlakukan. Sesuai dengan 48 C.F.R. §12.212 atau 48 C.F.R. §227.7202-1 sampai dengan 48 C.F.R. §227.7202-4, sebagaimana diberlakukan, Perangkat Lunak Komputer Komersial dan Dokumentasi Perangkat Lunak Komputer Komersial dilisensikan kepada pengguna-pengguna akhir Pemerintah Amerika Serikat (a) hanya sebagai Barang-Barang Komersial dan (b) hanya dengan hak-hak sama yang juga diberikan kepada semua pengguna akhir yang lain sesuai dengan syarat-syarat dan ketentuan-ketentuan dari Lisensi ini. Hak-hak yang tidak diumumkan dilindungi berdasarkan undang-undang hak cipta Amerika Serikat.

**12. Hukum yang Mengatur dan Keterpisahan.** Lisensi ini diatur dengan dan ditafsirkan berdasarkan hukum Negara Bagian California, dengan mengecualikan prinsip-prinsip hukum perselisihannya. Lisensi ini tidak tunduk pada Konvensi Perserikatan Bangsa-Bangsa tentang Kontrak-Kontrak untuk Penjualan Barang-Barang secara Internasional, yang keberlakuannya dengan ini secara tegas dikecualikan. Jika anda seorang konsumen yang berdomisili di Inggris, Lisensi ini akan diatur berdasarkan hukum dari yurisdiksi domisili anda. Apabila, dengan alasan apapun suatu pengadilan yang berwenang mendapatkan bahwa suatu ketentuan, atau bagian daripadanya, tidak dapat diberlakukan, semua ketentuan selebihnya dari Lisensi ini akan tetap berkekuatan dan berlaku sepenuhnya.

**13. Perjanjian Yang Lengkap; Bahasa Yang Mengatur.** Lisensi ini merupakan keseluruhan perjanjian antara anda dan Apple tentang Perangkat Lunak iOS dan menggantikan semua pemahaman sebelumnya atau yang bersamaan mengenai hal tersebut. Setiap perubahan atau modifikasi atas Lisensi ini tidak akan mengikat kecuali dibuat secara tertulis dan ditandatangani oleh Apple. Terjemahan apapun dari Lisensi ini dibuat untuk memenuhi persyaratan setempat dan jika terjadi perselisihan antara naskah bahasa Inggris dan non-Inggrisnya, naskah bahasa Inggris Lisensi ini yang akan berlaku, sepanjang tidak dilarang oleh ketentuan hukum setempat di yurisdiksi anda.

**14. Pengakuan-Pengakuan Pihak Ketiga.** Bagian-bagian dari Perangkat Lunak iOS dapat menggunakan atau meliputi perangkat lunak pihak ketiga dan materi berhak cipta lainnya. Pengakuan-pengakuan, ketentuan-ketentuan pemberian lisensi dan pernyataan-pernyataan tidak berlakunya

jaminan-jaminan atas materi-materi tersebut tercantum dalam dokumentasi elektronik Perangkat Lunak iOS, dan penggunaan anda atas materi-materi tersebut diatur berdasarkan ketentuan masing-masing materi-materi tersebut. Penggunaan Layanan Penjelajahan Google Safe tunduk pada Ketentuan-Ketentuan Layanan Google (https://www.google.com/intl/id/policies/terms/) dan pada Kebijakan Privasi Google (https://www.google.com/intl/id/policies/privacy).

**15. Penggunaan Pemberitahuan MPEG-4; H.264/AVC.**
(a) Perangkat Lunak iOS dilisensikan berdasarkan Lisensi Portofolio Paten Sistem MPEG-4 untuk penyandian sesuai dengan Standar Sistem MPEG-4, kecuali bahwa suatu lisensi tambahan dan pembayaran royalti diperlukan untuk penyandian berkenaan dengan (i) data yang disimpan atau digandakan dalam media fisik yang dibayarkan berdasarkan judul-judul dan/atau (ii) data yang dibayarkan berdasarkan judul-judul dan dikirimkan ke seorang pengguna untuk penyimpanan dan/atau pemakaian permanen. Lisensi tambahan tersebut dapat diperoleh dari MPEG LA, LLC. Silakan kunjungi http://www.mpegla.com untuk rincian tambahan.

(b) Perangkat Lunak iOS mengandung fungsi penyandian (encoding) dan/atau penguraian isi sandi (decoding) video MPEG-4. Perangkat Lunak iOS dilisensikan berdasarkan Lisensi Portofolio Paten Visual MPEG-4 untuk penggunaan secara pribadi dan non-komersial oleh seorang konsumen untuk (i) penyandian video sesuai dengan Standar Visual MPEG-4 ("Video MPEG-4") dan/atau (ii) penguraian isi sandi video MPEG-4 yang telah disandikan oleh seorang konsumen dalam aktivitas pribadi dan non-komersial dan/atau yang diperoleh dari suatu penyedia video yang memegang lisensi dari MPEG LA untuk menyediakan video MPEG-4. Lisensi tidak diberikan atau dianggap sebagai diberikan untuk penggunaan lain. Informasi tambahan termasuk mengenai penggunaan untuk keperluan promosi, internal dan komersial dan pemberian lisensi dapat diperoleh di MPEG LA, LLC. Silakan kunjungi http://www.mpegla.com.

(c) Perangkat Lunak iOS mengandung fungsi penyandian dan/atau penguraian isi sandi AVC, penggunaan komersial H.264/AVC memerlukan lisensi tambahan dan ketentuan berikut ini berlaku: FUNGSI AVC DALAM PERANGKAT LUNAK iOS DILISENSIKAN DISINI HANYA UNTUK PEMAKAIAN PRIBADI DAN NON-KOMERSIAL OLEH SEORANG KONSUMEN UNTUK (i) PENYANDIAN VIDEO SESUAI DENGAN STANDAR AVC ("VIDEO AVC") DAN/ATAU (ii) PENGURAIAN ISI SANDI VIDEO AVC YANG TELAH DISANDIKAN OLEH SEORANG KONSUMEN DALAM SUATU KEGIATAN PRIBADI DAN NON-KOMERSIAL DAN/ATAU VIDEO AVC YANG DIPEROLEH DARI SUATU PENYEDIA VIDEO YANG BERLISENSI UNTUK MENYEDIAKAN VIDEO AVC. INFORMASI MENGENAI PENGGUNAAN DAN LISENSI-LISENSI LAIN DAPAT DIPEROLEH DI MPEG LA L.L.C. SILAKAN KUNJUNGI http://www.mpegla.com.

**16. Pembatasan-Pembatasan Layanan Yahoo Search.** Layanan Yahoo Search yang tersedia melalui Safari dilisensikan untuk digunakan hanya di negara-negara dan daerah-daerah sebagai berikut: Argentina, Aruba, Australia, Austria, Barbados, Belgia, Bermuda, Brasil, Bulgaria, Kanada, Kepulauan Cayman, Cile, Cina, Kolombia, Siprus, Republik Ceko, Denmark, Republik Dominika, Ekuador, El Salvador, Finlandia, Perancis, Jerman, Yunani, Grenada, Guatemala, Hong Kong, Hongaria, Islandia, India, Indonesia, Irlandia, Italia, Jamaika, Jepang, Latvia, Lithuania, Luxemburg, Malaysia, Malta, Meksiko, Belanda, Selandia Baru, Nicaragua, Norwegia, Panama, Peru, Filipina, Polandia, Portugal, Puerto Rico, Rumania, Singapura, Slovakia, Slovania, Korea Selatan, Spanyol, St. Lucia, St. Vincent, Swedia, Swiss, Taiwan, Thailand, Kepulauan Bahama, Trinidad dan Tobago, Turki, Inggris, Uruguay, Amerika Serikat dan Venezuela.

**17. PEMBERITAHUAN MICROSOFT EXCHANGE (Microsoft Exchange Notice).** Pengaturan surat Microsoft Exchange di dalam Perangkat Lunak iOS dilisensikan hanya untuk sinkronisasi informasi secara maya, seperti surat elektronik, alamat kontak, kalender dan tugas-tugas, antara iOS anda dan Microsoft Exchange Server atau perangkat lunak server lain yang dilisensikan oleh Microsoft untuk

mengimplementasikan protokol Microsoft Exchange ActiveSync.

EA1520
22/09/2017

————————————
**Ketentuan-Ketentuan dan Syarat-Syarat Tambahan Apple Pay**

Ketentuan-Ketentuan dan Syarat-Syarat Tambahan Apple Pay ini ("Ketentuan-Ketentuan Tambahan" ini) melengkapi Perjanjian Lisensi Perangkat Lunak iOS ("Lisensi"); ketentuan-ketentuan Lisensi maupun Ketentuan-Ketentuan Tambahan ini, keduanya mengatur penggunaan anda atas fitur Apple Pay, yang akan dianggap sebagai "Layanan" berdasarkan Lisensi. Istilah-istilah dalam huruf kapital yang digunakan dalam Ketentuan-Ketentuan Tambahan ini mempunyai arti sebagaimana diatur dalam Lisensi.

**1.    Ikhtisar dan Pembatasan-Pembatasan Penggunaan**

Apple Pay memperbolehkan anda untuk:

- menyimpan representasi virtual dari kartu kredit, kartu debet, dan kartu prabayar, termasuk menyimpan kartu kredit, kartu debet, kartu prabayar, dan kartu Tunai Apple Pay, yang didukung oleh fitur Apple Pay ("Kartu-Kartu Pembayaran Pendukung") dan menggunakan Perangkat iOS pendukung untuk melakukan pembayaran tanpa kontak di lokasi-lokasi pilihan, atau dalam aplikasi-aplikasi atau situs-situs web;
- menggunakan kartu-kartu penghargaan dan hadiah yang disimpan dalam Wallet ("Kartu-Kartu Yang-Memungkinkan Apple Pay", dan bersama-sama dengan Kartu-Kartu Pembayaran Pendukung, "Kartu-Kartu Pendukung") untuk melakukan transaksi-transaksi kartu penghargaan dan hadiah tanpa kontak di toko-toko pilihan sebagai bagian dari suatu pembayaran tanpa kontak menggunakan Apple Pay; dan
- mengirimkan pembayaran-pembayaran orang-ke-orang kepada para pengguna Apple Pay lainnya.

Fitur-fitur Apple Pay Perangkat Lunak iOS hanya tersedia di wilayah-wilayah pilihan, dengan penerbit-penerbit kartu, institusi-institusi keuangan, dan pedagang-pedagang terpilih. Fitur-fitur dapat berbeda-beda menurut wilayah, penerbit, dan pedagang.

Untuk menggunakan Apple Pay, anda harus mempunyai Kartu Pendukung. Kartu-Kartu Pendukung dapat berubah dari waktu ke waktu. Selain itu, dalam rangka untuk mengirimkan atau menerima pembayaran-pembayaran orang-ke-orang, anda harus mempunyai suatu kartu Tunai Apple Pay.

Kartu-Kartu Pembayaran Pendukung dan pembayaran-pembayaran orang-ke-orang terkait dengan ID Apple yang telah anda masukkan ke dalam iCloud untuk menggunakan fitur-fitur ini. Kartu-Kartu Pendukung hanya tersedia untuk individu-individu dengan usia 13 tahun ke atas, dan dapat tunduk pada pembatasan-pembatasan berbasis usia tambahan yang dikenakan oleh iCloud atau Kartu Pendukung di mana anda mencoba untuk menyediakannya. Kartu Tunai Apple Pay dan kemampuan untuk mengirimkan atau menerima pembayaran-pembayaran orang-ke-orang hanya tersedia untuk individu-individu dengan usia 18 tahun ke atas.

Apple Pay ditujukan untuk penggunaan pribadi oleh anda dan anda hanya dapat menyediakan Kartu-Kartu Pendukung anda sendiri. Jika anda menyediakan suatu kartu korporasi pendukung, anda menyatakan bahwa anda melakukan hal tersebut dengan izin dari pemberi kerja anda dan anda diizinkan untuk mengikat pemberi kerja anda pada ketentuan-ketentuan penggunaan ini dan semua transaksi yang dilakukan oleh penggunaan fitur ini. Jika anda mengirimkan atau menerima suatu pembayaran

orang-ke-orang, anda menyatakan bahwa anda melakukan hal tersebut untuk penggunaan pribadi dan non-komersial oleh anda sendiri.

Anda menyetujui untuk tidak menggunakan Apple Pay untuk tujuan yang ilegal atau bersifat penipuan, atau untuk tujuan-tujuan apapun lainnya yang dilarang oleh Lisensi dan Ketentuan-Ketentuan Tambahan ini. Anda selanjutnya menyetujui untuk menggunakan Apple Pay sesuai dengan hukum-hukum dan peraturan-peraturan yang berlaku. Anda menyetujui untuk tidak mengganggu atau mengacaukan layanan Apple Pay (termasuk mengakses layanan melalui sarana otomatis apapun), atau server-server atau jaringan-jaringan apapun yang dikoneksikan ke layanan, atau kebijakan-kebijakan, persyaratan-persyaratan, atau regulasi-regulasi apapun mengenai jaringan-jaringan yang dikoneksikan ke layanan (termasuk setiap akses secara tidak sah ke, penggunaan, atau pengawasan data atau lalu lintas data).

**2.    Hubungan Apple dengan Anda**

Apple Pay memungkinkan anda untuk menciptakan suatu representasi virtual dari Kartu-Kartu Pendukung anda pada Perangkat iOS pendukung milik anda. Akan tetapi Apple tidak memproses pembayaran-pembayaran atau transaksi-transaksi kartu bukan pembayaran lainnya (seperti hadiah yang bertambah dan penebusan), menerima, menyimpan, atau mentransfer dana-dana anda, atau mempunyai kontrol lain apapun atas pembayaran, keuntungan, pengembalian uang, hadiah, harga, diskon, atau aktivitas perdagangan lainnya yang mungkin timbul dari penggunaan fitur ini oleh anda.

Ketentuan-ketentuan perjanjian pemegang kartu yang mungkin anda miliki sebelumnya dengan penerbit kartu anda akan terus mengatur penggunaan Kartu-Kartu Pendukung oleh anda dan penggunaan kartu-kartu pendukung tersebut dalam hubungannya dengan Apple Pay. Demikian pula, partisipasi anda dalam program hadiah pedagang atau program kartu hadiah dan penggunaan Kartu-Kartu Yang-Memungkinkan Apple Pay oleh anda dalam hubungannya dengan Apple Pay akan tunduk pada ketentuan-ketentuan dan syarat-syarat dari pedagang tersebut.

Kartu Tunai Apple Pay dan kemampuan untuk mengirimkan atau menerima pembayaran-pembayaran orang-ke-orang hanya tersedia di Amerika Serikat, dan merupakan layanan-layanan yang disediakan oleh Green Dot Bank, anggota FDIC. Ketika anda mengaktifkan fitur-fitur ini di dalam Apple Pay, anda membuka suatu akun dengan Green Dot Bank, dan ketika anda mengirimkan atau menerima suatu pembayaran orang-ke-orang atau mengisi atau menarik uang dari kartu Tunai Apple Pay anda, Green Dot Bank akan bertanggung jawab untuk menerima dan mengirimkan uang anda kepada penerima yang dituju. Institusi keuangan yang bertanggung jawab untuk menawarkan Tunai Apple Pay dan pembayaran-pembayaran orang-ke-orang di dalam Apple Pay dapat berubah sewaktu-waktu dan penggunaan fitur-fitur tersebut oleh anda tunduk pada ketentuan-ketentuan dan syarat-syarat fitur-fitur tersebut.

Tidak ada dalam Lisensi dan Ketentuan-Ketentuan Tambahan ini yang mengubah ketentuan-ketentuan dari perjanjian pemegang kartu, pengguna, atau pedagang, dan ketentuan-ketentuan tersebut akan mengatur penggunaan anda atas Kartu Pendukung yang berlaku atau fitur pembayaran orang-ke-orang dari Apple Pay dan representasi virtual mereka pada Perangkat iOS anda. Anda menyetujui bahwa Apple bukan merupakan pihak dalam perjanjian pemegang kartu atau pedagang anda, dan Apple tidak bertanggung jawab atas: (a) konten, keakuratan atau ketidaktersediaan dari setiap kartu pembayaran, kartu penghargaan, kartu hadiah, aktivitas perdagangan, transaksi, atau pembelian selagi menggunakan fungsi Apple Pay; (b) penerbitan kredit atau penilaian kelayakan kredit; (c) penambahan atau penebusan hadiah atau nilai yang tersimpan berdasarkan program pedagang; (d) pembiayaan atau pengisian kembali kartu-kartu prabayar; (e) pengiriman atau penerimaan pembayaran-pembayaran orang-ke-orang; atau (f) pengisian, penebusan, atau penarikan uang dari kartu Tunai Apple Pay anda.

Mengenai semua sengketa atau pertanyaan tentang kartu pembayaran, kartu penghargaan, kartu

hadiah, atau kegiatan perdagangan yang terkait, silakan hubungi penerbit anda atau pedagang yang bersangkutan. Untuk pertanyaan-pertanyaan mengenai kartu Tunai Apple Pay atau pembayaran-pembayaran orang-ke-orang, silakan hubungi Bantuan Apple.

**3.    Privasi**

Apple Pay memerlukan beberapa informasi dari Perangkat iOS anda untuk menawarkan pengalaman penuh. Selain itu, ketika anda menggunakan kartu Tunai Apple Pay anda atau mengirimkan atau menerima pembayaran-pembayaran orang-ke-orang, informasi tambahan tentang transaksi-transaksi anda dikumpulkan dan disimpan untuk melayani akun anda dan mencegah penipuan serta mematuhi regulasi. Anda dapat menemukan informasi lebih lanjut mengenai data yang dikumpulkan, digunakan, atau dibagi sebagai bagian dari penggunaan Apple Pay, kartu Tunai Apple Pay, atau pembayaran-pembayaran orang-ke-orang dengan Apple Pay oleh anda dengan membaca Tentang Apple Pay dan Privasi (yang dapat diakses dengan mengunjungi Wallet & Apple Pay pada Perangkat iOS anda, atau di dalam aplikasi Watch pada suatu Perangkat iOS yang dipasangkan) atau dengan mengunjungi https://www.apple.com/id/privacy/. Dengan menggunakan fitur-fitur ini, anda setuju dan sepakat atas transmisi, pengumpulan, penyimpanan, pemrosesan, dan penggunaan semua informasi tersebut di atas oleh Apple dan para anak perusahaannya serta para agennya, untuk menyediakan fungsi Apple Pay.

**4.    Keamanan; Perangkat yang Hilang atau Cacat**

Apple Pay menyimpan representasi virtual dari Kartu-Kartu Pendukung milik anda dan harus dilindungi sebagaimana anda akan melindungi uang tunai atau kartu kredit, kartu debet, kartu prabayar, kartu penghargaan, atau kartu hadiah fisik anda. Memberikan kode sandi (passcode) perangkat anda kepada pihak ketiga atau mengizinkan suatu pihak ketiga untuk menambahkan sidik jari mereka untuk menggunakan Touch ID atau mengaktifkan Face ID dapat mengakibatkan kemampuan kartu-kartu anda melakukan pembayaran, mengirimkan, meminta, atau menerima pembayaran-pembayaran orang-ke-orang, menarik uang dari kartu Tunai Apple Pay anda, atau menerima atau menebus hadiah atau kredit dengan menggunakan Apple Pay pada perangkat anda. Anda sendiri bertanggung jawab atas pemeliharaan keamanan dari perangkat anda dan dari kode sandi anda. Anda menyetujui bahwa Apple tidak mempunyai tanggung jawab apapun jika anda kehilangan atau berbagi akses pada perangkat anda. Anda menyetujui bahwa Apple tidak mempunyai tanggung jawab apapun jika anda membuat modifikasi yang tidak sah pada iOS (seperti dengan cara "jailbreak").

Anda mungkin perlu mengaktifkan langkah-langkah keamanan tambahan, seperti autentikasi dua faktor untuk ID Apple anda, dalam rangka untuk mengakses fitur-fitur tertentu dari Apple Pay, termasuk kartu Tunai Apple Pay dan pembayaran-pembayaran orang-ke-orang dengan Apple Pay. Jika anda kemudian menghapus fitur-fitur keamanan tersebut, anda mungkin tidak dapat terus mengakses fitur-fitur tertentu dari Apple Pay.

Jika perangkat anda hilang atau dicuri dan anda mengaktifkan Cari iPhone Saya, anda dapat menggunakan Cari iPhone Saya untuk mencoba menangguhkan kemampuan untuk membayar dengan Kartu-Kartu Pembayaran Pendukung virtual atau mengirimkan pembayaran-pembayaran orang-ke-orang pada perangkat tersebut dengan meletakkannya ke dalam Mode Hilang. Anda juga dapat menghapus perangkat anda, yang akan mencoba untuk menangguhkan kemampuan untuk membayar dengan Kartu-Kartu Pembayaran Pendukung virtual atau mengirimkan pembayaran-pembayaran orang-ke-orang pada perangkat tersebut dan juga akan mencoba untuk menghapus Kartu-Kartu Yang-Memungkinkan Apple Pay. Anda sebaiknya menghubungi penerbit Kartu-Kartu Pembayaran Pendukung milik anda, pedagang yang menerbitkan Kartu-Kartu Yang-Memungkinkan Apple Pay milik anda, dan Apple dalam hal kartu Tunai Apple Pay anda untuk mencegah akses yang tidak sah pada Kartu-Kartu Pendukung anda.

Jika anda melaporkan atau Apple mencurigai penipuan atau tindakan yang sewenang-wenang, anda menyetujui untuk bekerja sama dengan Apple dalam setiap investigasi dan menggunakan tindakan pencegahan penipuan apapun yang kami tetapkan.

**5.    Pembatasan Tanggung Jawab**

SELAIN PENYANGKALAN JAMINAN-JAMINAN DAN PEMBATASAN TANGGUNG JAWAB YANG DITETAPKAN DALAM LISENSI, APPLE TIDAK MENANGGUNG KEWAJIBAN APAPUN ATAS PEMBELIAN, PEMBAYARAN, TRANSAKSI, ATAU KEGIATAN PERDAGANGAN LAINNYA YANG DILAKUKAN DENGAN MENGGUNAKAN FITUR APPLE PAY, DAN ANDA MENYETUJUI UNTUK MENCARI SENDIRI DALAM PERJANJIAN-PERJANJIAN YANG MUNGKIN ANDA MILIKI DENGAN PENERBIT KARTU, JARINGAN PEMBAYARAN, INSTITUSI-INSTITUSI KEUANGAN, ATAU PEDAGANG ANDA UNTUK MENYELESAIKAN SEMUA PERTANYAAN ATAU SENGKETA BERKENAAN DENGAN KARTU-KARTU PENDUKUNG, PEMBAYARAN-PEMBAYARAN ORANG-KE-ORANG, DAN KEGIATAN PERDAGANGAN YANG TERKAIT MILIK ANDA.

— — — — — — — — — —

**PEMBERITAHUAN-PEMBERITAHUAN DARI APPLE**
Jika Apple perlu menghubungi anda mengenai produk atau akun anda, anda setuju untuk menerima pemberitahuan-pemberitahuan tersebut melalui surat elektronik. Anda setuju bahwa pemberitahuan-pemberitahuan tersebut yang kami kirimkan kepada anda secara elektronik akan memenuhi setiap persyaratan komunikasi secara sah.

**BAHASA MALAYSIA**

**PERHATIAN: DENGAN MENGGUNAKAN iPHONE, iPAD, ATAU iPOD TOUCH ANDA ("PERANTI iOS"), ANDA BERSETUJU ANDA TERIKAT KEPADA TERMA-TERMA YANG BERIKUT:**

**A. PERJANJIAN LESEN PERISIAN APPLE iOS**
**B. TERMA-TERMA TAMBAHAN APPLE PAY**
**C. NOTIS-NOTIS DARIPADA APPLE**

**APPLE INC.**
**PERJANJIAN LESEN PERISIAN iOS**
**Lesen Penggunaan Tunggal**

**SILA BACA PERJANJIAN LESEN PERISIAN INI ("LESEN") DENGAN TELITI SEBELUM MENGGUNAKAN PERANTI iOS ANDA ATAU MEMUAT TURUNKAN KEMAS KINI PERISIAN TERSEBUT YANG MENGIRINGI LESEN INI. DENGAN MENGGUNAKAN PERANTI iOS ANDA ATAU MEMUAT TURUNKAN SEBARANG KEMAS KINI PERISIAN, YANG MANA TERPAKAI, ANDA BERSETUJU ANDA TERIKAT KEPADA TERMA-TERMA LESEN INI. SEKIRANYA ANDA TIDAK BERSETUJU DENGAN TERMA-TERMA LESEN INI, JANGAN GUNAKAN PERANTI iOS TERSEBUT ATAU MUAT TURUNKAN KEMAS KINI PERISIAN TERSEBUT.**

**SEKIRANYA ANDA TELAH MEMBELI SEBUAH PERANTI iOS BARU-BARU INI DAN ANDA TIDAK BERSETUJU DENGAN TERMA-TERMA LESEN TERSEBUT, ANDA BOLEH MEMULANGKAN PERANTI iOS TERSEBUT DALAM TEMPOH PEMULANGAN KEPADA APPLE STORE ATAU PENGEDAR SAH DI MANA ANDA MEMPEROLEHNYA UNTUK BAYARAN BALIK, TERTAKLUK KEPADA POLISI PEMULANGAN APPLE YANG BOLEH DIDAPATI DI https://www.apple.com/legal/sales_policies/.**

**1. Am.**
(a) Perisian tersebut (termasuk kod Boot ROM, perisian terbenam, dan perisian pihak ketiga), dokumentasi, antara muka, kandungan, fon dan sebarang data yang mengiringi Peranti iOS anda ("Perisian iOS Asal"), sepertimana yang mungkin dikemaskinikan dengan atau digantikan oleh penambahan-penambahan ciri, pengemaskinian-pengemaskinian perisian, atau perisian pemulihan sistem yang disediakan oleh Apple ("Kemas Kini Perisian iOS"), sama ada dalam ingatan baca sahaja, sebarang media lain atau sebarang bentuk lain (Perisian iOS Asal dan Kemas Kini Perisian iOS tersebut adalah secara kolektif dirujuk sebagai "Perisian iOS") adalah dilesenkan, bukan dijualkan, kepada anda oleh Apple Inc. ("Apple") hanya untuk penggunaan menurut terma-terma Lesen ini. Apple dan pemberi-pemberi lesennya mengekalkan hak milik Perisian iOS tersebut dan menyimpan semua hak yang tidak diberikan secara nyata kepada anda. Anda bersetuju bahawa terma-terma Lesen ini akan mengawal sebarang aplikasi berjenama Apple yang mungkin telah dimasukkan dalam Peranti iOS anda, melainkan jika aplikasi sedemikian diiringi oleh suatu lesen yang berasingan, dan dalam kes tersebut anda bersetuju bahawa terma-terma lesen tersebut akan mengawal penggunaan aplikasi tersebut oleh anda.

(b) Apple, menurut budi bicaranya, mungkin menyediakan Kemas Kini Perisian iOS masa depan untuk Peranti iOS anda. Kemas Kini Perisian iOS tersebut, jika ada, tidak semestinya merangkumi kesemua ciri perisian tersedia ada atau ciri baru yang dikeluarkan oleh Apple untuk model-model Peranti iOS baru atau lain. Terma-terma Lesen ini akan mengawal sebarang Kemas Kini Perisian iOS yang disediakan oleh Apple, melainkan Kemas Kini Perisian iOS sedemikian diiringi oleh suatu lesen berasingan, dan dalam kes tersebut, anda bersetuju bahawa terma-terma lesen tersebut akan mengawal.

(c) Sekiranya anda menggunakan ciri persediaan ekspres untuk menyediakan sesebuah Peranti iOS baru berdasarkan Peranti iOS anda yang sedia ada, anda bersetuju bahawa syarat-syarat Lesen ini akan mengawal penggunaan Perisian iOS tersebut oleh anda dalam Peranti iOS baru anda, melainkan jika ia disertai suatu Lesen berasingan, dan dalam kes sedemikian, anda bersetuju bahawa terma lesen itu akan mengawal penggunaan Perisian iOS tersebut oleh anda.

**2. Penggunaan-penggunaan Lesen yang Dibenarkan dan Pembatasan-pembatasan.**
(a) Tertakluk kepada terma-terma dan syarat-syarat Lesen ini, anda diberikan satu lesen terhad dan tidak eksklusif untuk menggunakan Perisian iOS tersebut hanya pada sebuah Peranti iOS berjenama Apple. Melainkan sepertimana yang dibenarkan dalam Seksyen 2(b) di bawah, dan melainkan sepertimana yang diperuntukkan dalam suatu perjanjian berasingan di antara anda dan Apple, Lesen ini tidak membenarkan Perisian iOS tersebut wujud dalam lebih daripada satu Peranti iOS berjenama Apple pada satu-satu masa, dan anda tidak boleh mengedarkan Perisian iOS tersebut atau menyebabkan Perisian iOS tersebut menjadi tersedia melalui rangkaian di mana ia boleh dijalankan oleh berbilang peranti pada masa yang sama. Lesen ini tidak memberi anda sebarang hak untuk mengguna antara muka-antara muka proprietari Apple dan harta intelek lain dalam perekaan, pembangunan, penghasilan, pelesenan atau pengedaran peranti-peranti pihak ketiga dan aksesori-aksesori, atau aplikasi-aplikasi perisian pihak ketiga, untuk digunakan bersama Peranti-peranti iOS. Sebahagian hak-hak tersebut boleh didapati di bawah lesen-lesen berasingan daripada Apple. Untuk maklumat lanjutan berkenaan pembangunan peranti-peranti pihak ketiga dan aksesori-aksesori untuk Peranti-peranti iOS, sila layari https://developer.apple.com/programs/mfi/. Untuk maklumat lanjutan berkenaan pembangunan aplikasi-aplikasi perisian untuk Peranti-peranti iOS, sila layari https://developer.apple.com.

(b) Tertakluk kepada terma-terma dan syarat-syarat Lesen ini, anda diberikan satu lesen terhad dan tidak eksklusif untuk memuat turunkan Kemas Kini Perisian iOS yang mungkin akan disediakan oleh Apple untuk model Peranti iOS anda untuk mengemaskini atau memulih perisian tersebut dalam sebarang Peranti iOS sedemikian yang anda memiliki atau mengawal. Lesen ini tidak membenarkan anda untuk mengemaskinikan atau memulihkan sebarang Peranti iOS yang anda tidak mengawal atau memiliki, dan anda tidak boleh mengedarkan Kemas Kini Perisian iOS tersebut atau menyebabkan Kemas Kini Perisian iOS tersebut menjadi tersedia melalui rangkaian di mana ia boleh dijalankan oleh berbilang peranti atau berbilang komputer pada masa yang sama. Sekiranya anda memuat turun suatu Kemas Kini Perisian iOS ke dalam komputer anda, anda boleh membuat satu salinan Kemas Kini Perisian iOS tersebut yang disimpan dalam komputer anda dalam bentuk yang boleh dibaca mesin untuk tujuan sandaran sahaja, dengan syarat bahawa salinan salinan sandaran tersebut mesti termasuk semua hak cipta atau notis proprietari lain yang terkandung dalam salinan asal.

(c) Setakat mana Apple telah sedia pasangkan aplikasi-aplikasi berjenama Apple dari App Store dalam Peranti iOS anda pada masa pembelian ("Aplikasi Prapasang"), anda perlu log masuk ke App Store dan mengaitkan Aplikasi Prapasang ini dengan akaun App Store anda untuk menggunakannya dalam Peranti iOS anda. Apabila anda mengaitkan mana-mana App Prapasang dengan akaun App Store anda, pada masa yang sama anda akan secara automatik mengaitkan semua Aplikasi Prapasang yang lain dalam Peranti iOS anda. Dengan memilih untuk mengaitkan Aplikasi Prapasang tersebut dengan akaun App Store anda, anda bersetuju bahawa Apple boleh menghantar, mengumpul, menyimpan, memproses dan menggunakan kedua-dua Apple ID yang digunakan oleh akaun App Store anda dan pengenalpasti perkakasan unik yang dikumpulkan dari Peranti iOS anda, sebagai pengenalpasti-pengenalpasti akaun unik untuk tujuan mengesahkan kelayakan permintaan anda dan menyediakan untuk anda akses kepada Aplikasi Prapasang melalui App Store. Sekiranya anda tidak mahu menggunakan mana-mana Aplikasi Prapasang, anda boleh memadamkannya dari Peranti iOS anda pada bila-bila masa.

(d) Anda tidak boleh, dan anda bersetuju untuk tidak atau untuk tidak membolehkan orang lain untuk, menyalin (melainkan sepertimana yang dibenarkan secara nyata oleh Lesen ini), menyahsusun, melakukan kejuruteraan undur (reverse engineer), menyahhimpun, mencuba memperoleh kod sumber, menyahsulitkan, mengubah, atau menghasilkan karya-karya terbitan daripada Perisian iOS tersebut atau sebarang perkhidmatan yang disediakan oleh Perisian iOS tersebut, atau mana-mana bahagian daripadanya (melainkan sebagaimana dan hanya setakat mana-mana syarat pembatasan terdahulu dilarang oleh undang-undang terpakai atau oleh terma-terma lesen yang mengawal penggunaan komponen-komponen sumber terbuka yang mungkin termasuk bersama Perisian iOS tersebut).

(e) Perisian iOS tersebut boleh digunakan untuk mengeluarkan semula bahan-bahan dengan syarat penggunaan sedemikian terhad kepada pengeluaran semula bahan-bahan yang tidak dilindungi hak cipta, bahan-bahan yang anda memiliki hak ciptanya, atau bahan-bahan yang anda diberi kuasa atau kebenaran di sisi undang-undang untuk mengeluarkan semula. Hak milik dan hak-hak harta intelek dalam dan kepada sebarang kandungan yang dipaparkan oleh, disimpan dalam, atau diakses melalui Peranti iOS anda adalah kepunyaan pemilik kandungan masing-masing. Kandungan sedemikian mungkin dilindungi oleh hak cipta atau undang-undang harta intelek dan triti-triti lain, dan mungkin tertakluk kepada terma-terma penggunaan pihak ketiga yang menyediakan kandungan sedemikian. Melainkan sepertimana yang diperuntukkan di sini, Lesen ini tidak memberi anda sebarang hak untuk mengguna kandungan sedemikian, serta tidak memberi sebarang jaminan bahawa kandungan tersebut akan terus tersedia untuk anda.

(f) Anda bersetuju untuk mengguna Perisian iOS dan Perkhidmatan tersebut (seperti yang didefinisikan dalam Seksyen 5 di bawah) dengan cara yang mematuhi semua undang-undang terpakai, termasuk undang-undang tempatan negara atau rantau di mana anda menetap atau di mana anda memuat turun atau mengguna Perisian iOS dan Perkhidmatan tersebut. Ciri-ciri Perisian iOS dan Perkhidmatan tersebut mungkin tidak tersedia dalam semua bahasa atau semua rantau, sesetengah ciri mungkin berbeza mengikut rantau, dan sesetengah ciri mungkin terlarang atau tidak tersedia ada daripada pembekal perkhidmatan anda. Sambungan Wi-Fi atau data selular diperlukan untuk sesetengah ciri Perisian iOS dan Perkhidmatan.

(g) Penggunaan App Store memerlukan suatu kombinasi nama pengguna dan kata laluan unik, yang dikenali sebagai Apple ID. Suatu Apple ID juga diperlukan untuk mengakses kemas kini-kemas kini aplikasi dan sesetengah ciri Perisian iOS dan Perkhidmatan tersebut.

(h) Anda mengaku bahawa kebanyakan ciri, aplikasi yang telah dimasukkan, dan Perkhidmatan Perisian iOS tersebut menghantar data dan boleh memberi kesan kepada caj-caj pelan data anda, dan bahawa anda bertanggungjawab untuk sebarang caj sedemikian. Anda boleh merujuk dan mengawal aplikasi-aplikasi yang mana yang dibenarkan untuk mengguna data selular dan mendapatkan suatu anggaran jumlah data yang telah digunakan oleh aplikasi-aplikasi sebegitu di bawah Tetapan Data Selular. Untuk maklumat lanjutan, sila rujuk kepada Panduan Pengguna Peranti iOS anda.

(i) Sekiranya anda memilih untuk membenarkan pengemaskinian aplikasi automatik, Peranti iOS anda akan secara berkala memeriksa dengan Apple untuk kemas kini-kemas kini bagi aplikasi-aplikasi dalam peranti anda dan, jika ada apa-apa kemas kini, kemas kini tersebut akan secara automatik dimuat turunkan ke dalam dan dipasangkan dalam peranti anda. Anda boleh mematikan pengemaskinian aplikasi automatik sama sekali pada bila-bila masa dengan menuju ke Tetapan, memilih iTunes & App Store, dan di bawah Pemuatan Turun Automatik, mematikan Pengemaskinian.

(j) Penggunaan Peranti iOS anda dalam sesetengah keadaan boleh mengalih perhatian anda dan boleh menyebabkan keadaan yang berbahaya (sebagai contoh, elakkan menaip mesej teks semasa

memandu kereta atau elakkan mengguna fon kepala semasa menunggang basikal). Dengan menggunakan Peranti iOS anda, anda bersetuju bahawa anda bertanggungjawab untuk mematuhi peraturan-peraturan yang melarang atau menghadkan penggunaan telefon-telefon bimbit atau fon-fon kepala (sebagai contoh, keperluan untuk menggunakan pilihan bebas tangan untuk membuat panggilan semasa memandu).

**3. Pemindahan.** Anda tidak boleh menyewa, memajak, meminjam, menjual, mengedar semula, atau memberi sublesen kepada Perisian iOS tersebut. Walau bagaimanapun, anda boleh memindahkan secara kekal kepada pihak lain segala hak lesen anda kepada Perisian iOS tersebut berhubungan dengan pemindahaan hak milik Peranti iOS anda, untuk sekali sahaja, dengan syarat: (a) pemindahan hak milik tersebut mesti termasuk Peranti iOS anda dan keseluruhan Perisian iOS tersebut, termasuk kesemua bahagian komponennya dan Lesen ini; (b) anda tidak menyimpan sebarang salinan Perisian iOS tersebut, sama ada salinan penuh atau separa, termasuk salinan-salinan yang disimpan dalam komputer atau peranti storan lain; dan (c) pihak yang menerima Perisian iOS tersebut membaca dan bersetuju untuk menerima terma-terma dan syarat-syarat Lesen ini.

**4. Kebenaran untuk Menggunakan Data.** Apabila anda menggunakan peranti anda, nombor telefon anda dan pengenalpasti-pengenalpasti unik tertentu untuk Peranti iOS anda akan dihantar kepada Apple untuk membolehkan orang lain menghubungi anda melalui nombor telefon anda apabila menggunakan pelbagai ciri komunikasi Perisian iOS tersebut, seperti iMessage dan FaceTime. Apabila anda menggunakan iMessage, Apple boleh menyimpan mesej anda dalam bentuk yang telah disulitkan untuk tempoh masa yang terhad untuk memastikan penghantarannya. Anda boleh mematikan FaceTime atau iMessage dengan menuju ke tetapan FaceTime atau Mesej dalam Peranti iOS anda. Ciri-ciri tertentu seperti Analitis, Perkhidmatan Lokasi, Siri, dan Pengimlakan mungkin memerlukan maklumat dari Peranti iOS anda untuk menyediakan fungsi-fungsi masing-masing. Apabila anda memasangkan atau menggunakan ciri-ciri sedemikian, butir-butir akan diberikan mengenai jenis maklumat yang dihantar kepada Apple dan bagaimana maklumat tersebut mungkin digunakan. Anda boleh mengetahui lebih lanjut dengan melayari https://www.apple.com/my/privacy/. Pada sepanjang masa maklumat anda akan dikendali mengikut Dasar Privasi Apple, yang boleh dilihat di: https://www.apple.com/legal/privacy/.

**5. Perkhidmatan-perkhidmatan dan Bahan-Bahan Pihak Ketiga.**
(a) Perisian iOS tersebut mungkin membolehkan akses kepada iTunes Store Apple, App Store, iBooks Store, Game Center, iCloud, Maps, dan perkhidmatan-perkhidmatan dan laman-laman web Apple dan pihak-pihak ketiga lain (secara kolektif dan individu, "Perkhidmatan"). Perkhidmatan sedemikian mungkin tidak tersedia dalam semua bahasa atau semua negara. Penggunaan Perkhidmatan ini memerlukan akses Internet dan penggunaan Perkhidmatan tertentu mungkin memerlukan Apple ID, dan mungkin memerlukan anda menerima terma-terma tambahan dan mungkin tertakluk kepada yuran-yuran tambahan. Dengan menggunakan perisian ini berhubungan dengan suatu Apple ID, atau Perkhidmatan Apple lain, anda bersetuju dengan terma-terma perkhidmatan yang terpakai untuk Perkhidmatan tersebut, seperti Terma-terma dan Syarat-syarat Perkhidmatan Apple Media terkini untuk negara di mana anda mengakses Perkhidmatan sedemikian, yang anda boleh mengakses dan merujuk di https://www.apple.com/legal/internet-services/itunes/ww/.

(b) Sekiranya anda mendaftar untuk iCloud, ciri-ciri iCloud tertentu seperti "iCloud Photo Library", "My Photo Stream", "iCloud Photo Sharing", "Back Up" and "Find My iPhone" boleh diakses secara langsung dari Perisian iOS tersebut. Anda mengaku dan bersetuju bahawa penggunaan iCloud dan ciri-ciri ini adalah tertakluk kepada terma-terma dan syarat-syarat perkhidmatan iCloud terkini, yang anda boleh mengakses dan merujuk di: https://www.apple.com/legal/internet-services/icloud/ww/.

(c) <u>Kandungan Aplikasi News</u>. Penggunaan kandungan yang diakses melalui aplikasi Newsoleh anda adalah semata-mata terhad kepada penggunaan peribadi dan bukan komersial, tidak memindahkan sebarang kepentingan pemilikan kepada anda dalam kandungan tersebut, dan secara khususnya tidak termasuk, tanpa had, sebarang hak penggunaan komersial atau promosi dalam kandungan sedemikian. Selain itu, anda dilarang daripada menerbitkan semula, menghantar semula dan mengeluarkan semula sebarang imej yang diakses melalui News sebagai fail kendiri.

(d) <u>Maps</u>. Perkhidmatan peta dan ciri-ciri Perisian iOS ("Maps"), termasuk liputan data peta, mungkin berbeza mengikut rantau. Apabila anda mengguna sebarang ciri berdasarkan lokasi dalam Maps, seperti navigasi belokan demi belokan (turn-by-turn navigation), pencarian trafik dan setempat, pelbagai maklumat berkenaan lokasi dan penggunaan mungkin dihantar kepada Apple, termasuk lokasi geografi masa nyata Peranti iOS anda, untuk memproses permintaan anda dan membantu memperbaiki Maps. Data lokasi dan penggunaan sedemikian dikumpulkan oleh Apple dalam bentuk yang tidak mengenalpastikan anda secara peribadi. **Dengan menggunakan Maps, anda bersetuju dan membenarkan Apple dan anak-anak syarikatnya dan ejen-ejennya untuk menyampai, mengumpul, mengekal, memproses, dan mengguna maklumat ini, untuk menyediakan dan memperbaiki ciri-ciri dan perkhidmatan Maps, dan produk-produk dan perkhidmatan-perkhidmatan Apple lain.** Apple juga boleh memberikan maklumat sedemikian, sama ada dalam bentuk agregat atau bentuk yang tidak mengenalpastikan orang secara peribadi, kepada rakan-rakan kongsinya dan pemegang-pemegang lesennya untuk membantu memperbaiki produk-produk dan perkhidmatan-perkhidmatan mereka yang berdasarkan peta dan lokasi. Anda boleh mematikan kefungsian berdasarkan lokasi Maps dengan mengakses tetapan Perkhidmatan Lokasi dalam Peranti iOS anda dan mematikan tetapan lokasi individu untuk Maps. Walau bagaimanapun, sesetengah ciri-ciri Maps tidak tersedia jika anda mematikan tetapan Perkhidmatan Lokasi, seperti navigasi belokan demi belokan.

(e) <u>iBooks; Podcasts</u>. Sekiranya anda memilih untuk menggunakan ciri penyegerakan aplikasi-aplikasi iBooks dan Podcast untuk menyegerakkan penanda-penanda buku, nota-nota, koleksi-koleksi dan data langganan 'podcast' anda dalam Peranti-peranti iOS dan komputer-komputer anda, anda mengaku bahawa data sedemikian akan dihantar kepada Apple dan disimpan bersama dengan Apple ID yang anda gunakan untuk iBooks Store atau iTunes Store, untuk menyegerakkan data tersebut ke peranti-peranti dan komputer-komputer anda yang lain yang diberi kebenaran untuk mengakses kandungan melalui Apple ID tersebut. Anda boleh mematikan penyegerakan pada bila-bila masa dengan menuju ke Tetapan dan mengubah pilihan penyegerakan untuk aplikasi-aplikasi iBooks dan Podcasts.

(f) Anda memahami bahawa dengan menggunakan mana-mana Perkhidmatan tersebut, anda mungkin akan berhadapan dengan kandungan yang mungkin dianggap menjelikkan, tidak senonoh, atau tidak menyenangkan, yang kandungannya mungkin atau tidak mungkin dikenalpasti mengandungi bahasa kasar yang tidak menyenangkan, dan bahawa hasil-hasil sebarang carian atau kemasukan URL tertentu boleh secara automatik dan dengan tidak sengaja menjana pautan-pautan atau rujukan-rujukan kepada bahan-bahan yang tidak menyenangkan. Walaubagaimanapun, anda bersetuju untuk menanggung segala risiko berkenaan penggunaan Perkhidmatan tersebut dan bahawa Apple, pihak-pihak berkaitannya, ejen-ejennya, prinsipal-prinsipalnya, atau pemberi-pemberi lesennya tidak akan bertanggungjawab terhadap anda untuk kandungan yang mungkin didapati menjelikkan, tidak senonoh, atau tidak menyenangkan.

(g) Perkhidmatan tertentu mungkin memaparkan, termasuk atau menyediakan kandungan, data, maklumat, aplikasi-aplikasi atau bahan-bahan daripada pihak ketiga ("Bahan Pihak Ketiga") atau menyediakan pautan-pautan kepada laman-laman web pihak ketiga tertentu. Dengan menggunakan Perkhidmatan tersebut, anda mengaku dan bersetuju bahawa Apple tidak bertanggungjawab untuk memeriksa atau menilai kandungan, ketepatan, kelengkapan, kekinian, kesahihan, pematuhan hak

cipta, kesahan, kesopanan, kualiti atau mana-mana aspek lain Bahan Pihak Ketiga atau laman-laman web sedemikian. Apple, kakitangannya, pihak-pihak berkaitannya dan anak-anak syarikatnya tidak menjamin atau menyokong dan tidak menerima dan tidak akan mempunyai sebarang liabiliti atau tanggungjawab terhadap anda atau sesiapa orang lain untuk, sebarang Perkhidmatan pihak ketiga, Bahan Pihak Ketiga, atau laman-laman web, atau untuk sebarang bahan, produk, atau perkhidmatan lain pihak-pihak ketiga. Bahan Pihak Ketiga dan pautan-pautan kepada laman-laman web lain disediakan hanya untuk kesenangan anda.

(h) Apple dan pembekal-pembekal kandungannya tidak menjamin ketersediaan, ketepatan, kelengkapan, kebolehpercayaan, atau kekinian maklumat saham, data lokasi atau sebarang data lain yang dipaparkan oleh sebarang Perkhidmatan. Maklumat kewangan yang dipaparkan oleh mana-mana Perkhidmatan adalah untuk tujuan maklumat am sahaja dan tidak harus digunakan sebagai nasihat pelaburan. Sebelum melaksanakan sebarang transaksi sekuriti berdasarkan maklumat yang diperoleh melalui Perkhidmatan tersebut, anda harus berunding dengan profesional kewangan atau sekuriti yang berkelayakan secara sah di sisi undang-undang untuk memberi nasihat kewangan atau sekuriti di negara atau rantau anda. Data lokasi yang disediakan oleh sebarang Perkhidmatan, termasuk perkhidmatan Apple Maps, adalah untuk tujuan panduan arah asas dan tujuan perancangan sahaja dan tidak bertujuan untuk digunapakai dalam situasi-situasi di mana maklumat lokasi tepat diperlukan atau data lokasi yang salah, tidak tepat, kelewatan masa atau tidak lengkap mungkin akan menyebabkan maut, kecederaan diri, kerosakan harta atau alam sekitar. Anda bersetuju bahawa, hasil-hasil yang anda menerima daripada perkhidmatan Maps mungkin berbeza daripada jalan raya atau rupa bumi sebenar oleh sebab faktor-faktor yang boleh menjejaskan ketepatan data Maps, seperti, tetapi tidak terhad kepada, cuaca, keadaan jalan raya dan trafik, dan peristiwa-peristiwa geopolitik. Untuk keselamatan anda semasa menggunakan ciri navigasi tersebut, anda mesti sentiasa berikan perhatian kepada papan tanda-papan tanda jalan raya dan keadaan jalan raya semasa. Ikutlah amalan pandu cermat dan peraturan-peraturan lalu lintas, dan sila ambil perhatian bahawa arahan untuk pejalan kaki mungkin tidak termasuk laluan atau lorong pejalan kaki.

(i) Setakat mana yang anda memuat naik sebarang kandungan dengan menggunakan Perkhidmatan tersebut, anda mewakili bahawa anda memiliki kesemua hak dalam, atau mempunyai kebenaran atau selainnya dibenarkan di sisi undang-undang untuk memuat naik, kandungan sedemikian dan bahawa kandungan sedemikian tidak melanggar sebarang terma perkhidmatan yang terpakai kepada Perkhidmatan tersebut. Anda bersetuju bahawa Perkhidmatan tersebut mengandungi kandungan, maklumat dan bahan proprietari yang dimiliki oleh Apple, pemilik laman dan/atau pemberi-pemberi lesen mereka, dan dilindungi oleh undang-undang harta intelek dan undang-undang lain yang terpakai, termasuk tetapi tidak terhad kepada hak cipta. Anda bersetuju bahawa anda tidak akan mengguna kandungan, maklumat, atau bahan-bahan proprietari sedemikian selain daripada penggunaan Perkhidmatan tersebut yang dibenarkan, atau dalam sebarang cara yang bercanggah dengan terma-terma Lesen ini atau yang melanggar sebarang hak harta intelek pihak ketiga atau Apple. Kesemua bahagian Perkhidmatan tersebut tidak boleh dihasilkan semula dalam sebarang bentuk atau dalam sebarang cara. Anda bersetuju untuk tidak mengubahsuai, menyewa, memajak, meminjam, menjual, mengedar, atau menghasilkan karya-karya terbitan berdasarkan Perkhidmatan tersebut, dalam sebarang cara, dan anda tidak boleh mengeksploit Perkhidmatan tersebut dalam sebarang cara yang tidak dibenarkan, termasuk tetapi tidak terhad kepada, menggunakan Perkhidmatan tersebut untuk menghantar sebarang virus komputer, cecacing, kuda-kuda Troy atau perisian hasad lain, atau dengan menceroboh atau membebani kapasiti rangkaian. Anda bersetuju selanjutnya untuk tidak menggunakan Perkhidmatan tersebut dalam sebarang cara yang mengganggu, menyalahguna, menghendap, mengancam, memfitnah atau selainnya melanggar atau mencabul hak-hak mana-mana pihak lain, dan bahawa Apple tidak bertanggungjawab dalam sebarang cara untuk sebarang penggunaan sebegitu oleh anda, atau untuk sebarang mesej atau penyampaian yang mengganggu, mengancam, memfitnah, menjelikkan, atau mesej-mesej atau

penyampaian-penyampaian yang melanggar atau menyalahi undang-undang yang anda mungkin terima sebagai akibat mengguna mana-mana Perkhidmatan tersebut.

(j) Selanjutnya, Perkhidmatan dan Bahan Pihak Ketiga yang mungkin diakses, dipautkan kepada atau dipaparkan melalui Peranti iOS tersebut tidak tersedia dalam semua bahasa atau semua negara atau rantau. Apple tidak membuat sebarang representasi bahawa Perkhidmatan dan Bahan Pihak Ketiga sedemikian adalah bersesuaian atau tersedia ada untuk digunakan di mana-mana lokasi tertentu. Setakat mana anda memilih untuk menggunakan atau mengakses Perkhidmatan dan Bahan Pihak Ketiga sedemikian, anda berbuat demikian di atas inisiatif anda sendiri dan bertanggungjawab untuk pematuhan dengan undang-undang terpakai, termasuk tetapi tidak terhad kepada undang-undang tempatan dan undang-undang privasi dan pengumpulan data. Perkongsian atau penyelarasan gambar-gambar melalui Peranti iOS anda mungkin menyebabkan metadata, termasuk bila dan di mana gambar tersebut diambil, dan maklumat mengenai kedalaman, disampaikan bersama gambar-gambar tersebut. Penggunaan perkhidmatan-perkhidmatan Apple (seperti iCloud Photo Library) untuk mengongsi atau menyegerakkan gambar-gambar sedemikian akan melibatkan penerimaan dan penyimpanan metadata sebegitu oleh Apple. Apple dan pemberi-pemberi lesennya menyimpan hak untuk mengubahsuai, menggantungkan, melucutkan, atau melumpuhkan akses kepada mana-mana Perkhidmatan pada bila-bila masa tanpa notis. Dalam apa jua keadaan, Apple tidak akan bertanggungjawab untuk pelucutan atau pelumpuhan akses kepada mana-mana Perkhidmatan sedemikian. Apple juga boleh mengehadkan penggunaan atau akses kepada Perkhidmatan tertentu, dalam sebarang kes dan tanpa notis atau liabiliti.

**6. Penamatan.** Lesen ini adalah efektif sehingga ditamatkan. Hak-hak anda di bawah Lesen ini akan ditamatkan secara automatik atau selainnya tidak lagi efektif tanpa notis daripada Apple sekiranya anda gagal untuk mematuhi mana-mana terma(-terma) Lesen ini. Sebaik sahaja Lesen ini tamat, anda mesti hentikan semua penggunaan Perisian iOS tersebut. Seksyen-seksyen 4, 5, 6, 7, 8, 9, 12, dan 13 Lesen ini akan terus berkuatkuasa selepas sebarang penamatan sedemikian.

**7. Penolakan Tuntutan Waranti-waranti.**
7.1    Jika anda adalah seorang pelanggan yang merupakan seorang pengguna (seseorang yang menggunakan Perisian iOS tersebut di luar bidang perdagangan, perniagaan, atau profesion anda), anda mungkin mempunyai hak-hak dari segi undang-undang dalam negara di mana anda menetap yang melarang had-had berikut daripada terpakai kepada anda, dan di mana ia dilarang, ia tidak akan terpakai kepada anda. Untuk mengetahui lebih lanjut tentang hak-hak, anda seharusnya menghubungi suatu organisasi penasihat pengguna tempatan.

7.2    ANDA MENGAKU DAN BERSETUJU SECARA NYATA BAHAWA, SETAKAT YANG DIBENARKAN OLEH UNDANG-UNDANG TERPAKAI, RISIKO MENGGUNAKAN PERISIAN iOS TERSEBUT DAN SEBARANG PERKHIDMATAN YANG DIJALANKAN OLEH ATAU DIAKSES MELALUI PERISIAN iOS TERSEBUT, DITANGGUNG ANDA SENDIRI DAN BAHAWA SEGALA RISIKO BERKENAAN KEPUASAN KUALITI, PRESTASI, KETEPATAN, DAN USAHA DITANGGUNG OLEH ANDA.

7.3    SETAKAT MAKSIMUM YANG DIBENARKAN OLEH UNDANG-UNDANG TERPAKAI, PERISIAN iOS DAN PERKHIDMATAN-PERKHIDMATAN TERSEBUT ADALAH DISEDIAKAN "SEPERTI DIDAPATI" (AS IS) DAN "SEPERTI TERSEDIA" (AS AVAILABLE), DENGAN SEGALA KEROSAKAN DAN TANPA WARANTI WALAU APA JENIS SEKALIPUN, DAN APPLE SERTA PEMBERI-PEMBERI LESEN APPLE (SECARA KOLEKTIF SEBAGAI "APPLE" UNTUK TUJUAN SEKSYEN-SEKSYEN 7 DAN 8) DENGAN INI MENOLAK TUNTUT SEMUA WARANTI DAN SYARAT BERKENAAN DENGAN PERISIAN iOS DAN PERKHIDMATAN-PERKHIDMATAN TERSEBUT, SAMA ADA SECARA NYATA, TERSIRAT ATAU STATUTORI, TERMASUK, TETAPI TIDAK TERHAD KEPADA, WARANTI-WARANTI TERSIRAT DAN/ATAU SYARAT-SYARAT MENGENAI KEBOLEHDAGANGAN, KEPUASAN KUALITI,

KESESUAIAN UNTUK SEBARANG TUJUAN TERTENTU, KETEPATAN, KEPUASAN HAK PENGGUNAAN SECARA AMAN, DAN KETIADAAN PERLANGGARAN HAK-HAK PIHAK KETIGA.

7.4    APPLE TIDAK MENJAMIN BAHAWA TIDAK AKAN ADA SEBARANG GANGGUAN TERHADAP PENGGUNAAN PERISIAN iOS DAN PERKHIDMATAN-PERKHIDMATAN TERSEBUT OLEH ANDA, BAHAWA KEFUNGSIAN-KEFUNGSIAN YANG TERKANDUNG DALAM, ATAU PERKHIDMATAN-PERKHIDMATAN YANG DILAKSANAKAN ATAU DISEDIAKAN OLEH, PERISIAN iOS TERSEBUT AKAN MEMENUHI KEPERLUAN-KEPERLUAN ANDA, BAHAWA PENGOPERASIAN PERISIAN iOS DAN PERKHIDMATAN-PERKHIDMATAN TERSEBUT TIDAK AKAN DIGANGGU ATAU BEBAS DARIPADA RALAT, BAHAWA SEBARANG PERKHIDMATAN AKAN TERUS TERSEDIA, BAHAWA KEROSAKAN DALAM PERISIAN iOS ATAU PERKHIDMATAN-PERKHIDMATAN TERSEBUT AKAN DIPERBETULKAN, ATAU BAHAWA PERISIAN iOS TERSEBUT AKAN SERASI ATAU BERFUNGSI DENGAN MANA-MANA PERISIAN PIHAK KETIGA, APLIKASI-APLIKASI ATAU PERKHIDMATAN-PERKHIDMATAN PIHAK KETIGA. PEMASANGAN PERISIAN iOS INI MUNGKIN MENJEJASKAN KETERSEDIAAN DAN KEBOLEHGUNAAN PERISIAN PIHAK KETIGA, APLIKASI-APLIKASI ATAU PERKHIDMATAN-PERKHIDMATAN PIHAK KETIGA, SERTA PRODUK-PRODUK DAN PERKHIDMATAN-PERKHIDMATAN APPLE.

7.5.    ANDA SELANJUTNYA MENGAKU BAHAWA PERISIAN iOS DAN PERKHIDMATAN-PERKHIDMATAN TERSEBUT TIDAK DINIATKAN ATAU SESUAI UNTUK DIGUNAKAN DALAM SITUASI-SITUASI ATAU PERSEKITARAN-PERSEKITARAN DI MANA KEGAGALAN ATAU KELEWATAN MASA, ATAU RALAT-RALAT ATAU KETIDAKTEPATAN DALAM KANDUNGAN, DATA ATAU MAKLUMAT YANG DISEDIAKAN OLEH, PERISIAN iOS ATAU PERKHIDMATAN-PERKHIDMATAN TERSEBUT BOLEH MENYEBABKAN MAUT, KECEDERAAN DIRI, ATAU KEROSAKAN FIZIKAL ATAU ALAM SEKITAR YANG TERUK, TERMASUK TANPA HAD, PENGOPERASIAN KEMUDAHAN NUKLEAR, SISTEM-SISTEM PANDU ARAH ATAU KOMUNIKASI PESAWAT UDARA, KAWALAN LALU LINTAS UDARA, SISTEM-SISTEM SOKONGAN HIDUP ATAU SISTEM-SISTEM SENJATA.

7.6.    TIADA MAKLUMAT LISAN ATAU BERTULIS ATAU MAKLUMAN YANG DIBERIKAN OLEH APPLE ATAU MANA-MANA WAKIL APPLE YANG SAH AKAN MEWUJUDKAN SEBARANG WARANTI. SEKIRANYA PERISIAN iOS ATAU PERKHIDMATAN-PERKHIDMATAN TERSEBUT TERBUKTI ROSAK, ANDA AKAN MENANGGUNG SEGALA KOS PERKHIDMATAN, PEMBAIKAN ATAU PEMBETULAN YANG DIPERLUKAN. SESETENGAH BIDANG KUASA TIDAK MEMBENARKAN PENGECUALIAN WARANTI-WARANTI TERSIRAT ATAU PENGEHADAN HAK-HAK STATUTORI TERPAKAI SESEORANG PENGGUNA, OLEH ITU, PENGECUALIAN DAN HAD-HAD TERSEBUT MUNGKIN TIDAK TERPAKAI KEPADA ANDA.

**8. Pembatasan Liabiliti.** SETAKAT MANA IANYA TIDAK DILARANG OLEH UNDANG-UNDANG TERPAKAI, APPLE, PIHAK-PIHAK BERKAITANNYA, EJEN-EJENNYA, ATAU PRINSIPAL-PRINSIPALNYA DALAM APA JUA KEADAAN TIDAK AKAN MENANGGUNG LIABILITI UNTUK KECEDERAAN DIRI, ATAU APA JUA GANTI RUGI SAMPINGAN, KHAS, TIDAK LANGSUNG ATAU BERBANGKIT, TERMASUK, TANPA HAD, GANTI RUGI UNTUK KEHILANGAN KEUNTUNGAN, KEROSAKAN ATAU KEHILANGAN DATA, KEGAGALAN UNTUK MENYAMPAIKAN ATAU MENERIMA SEBARANG DATA (TERMASUK, TANPA HAD ARAHAN-ARAHAN TINDAKAN, TUGASAN-TUGASAN DAN BAHAN-BAHAN), GANGGUAN PERNIAGAAN ATAU SEBARANG GANTI RUGI ATAU KERUGIAN KOMERSIAL LAIN, YANG TIMBUL DARIPADA ATAU BERKENAAN DENGAN PENGGUNAAN PERISIAN iOS DAN PERKHIDMATAN-PERKHIDMATAN TERSEBUT ATAU SEBARANG PERISIAN PIHAK KETIGA ATAU APLIKASI BERHUBUNGAN DENGAN PERISIAN iOS ATAU PERKHIDMATAN-PERKHIDMATAN TERSEBUT OLEH ANDA ATAU KETIDAKUPAYAAN ANDA UNTUK MENGGUNAKANNYA, WALAU APA SEBABNYA, TANPA MENGHIRAUKAN TEORI LIABILITI (KONTRAK, TORT ATAU SELAINNYA) DAN WALAUPUN JIKA APPLE TELAH DIMAKLUMKAN

TENTANG KEMUNGKINAN GANTI RUGI TERSEBUT. SESETENGAH BIDANG KUASA TIDAK MEMBENARKAN PENGECUALIAN ATAU PEMBATASAN LIABILITI UNTUK KECEDERAAN DIRI, ATAU GANTI RUGI SAMPINGAN ATAU BERBANGKIT, OLEH YANG DEMIKIAN, PEMBATASAN INI MUNGKIN TIDAK TERPAKAI KEPADA ANDA. Dalam apa jua keadaan, jumlah liabiliti Apple kepada anda secara keseluruhannya untuk semua ganti rugi (melainkan sepertimana yang diperuntukkan dalam undang-undang berkenaan kes-kes yang melibatkan kecederaan diri) tidak akan melebihi amaun dua ratus lima puluh dollar (U.S.$250.00). Had-had yang tersebut di atas akan terpakai walaupun sekiranya remedi yang dinyatakan di atas gagal akan tujuan utamanya.

**9. Sijil-sijil Digital.** Perisian iOS tersebut mengandungi kefungsian yang membolehkannya menerima sijil-sijil digital sama ada yang dikeluarkan oleh Apple atau oleh pihak-pihak ketiga. ANDA SEPENUHNYA BERTANGGUNGJAWAB UNTUK MENENTUKAN SAMA ADA ANDA AKAN BERGANTUNG KEPADA MANA-MANA SIJIL ATAU TIDAK , SAMA ADA IA DIKELUARKAN OLEH APPLE ATAU PIHAK KETIGA. ANDA SEPENUHNYA MENANGGUNG RISIKO UNTUK PENGGUNAAN SIJIL-SIJIL DIGITAL. SETAKAT MAKSIMUM YANG DIBENARKAN OLEH UNDANG-UNDANG YANG TERPAKAI, APPLE TIDAK MEMBERI SEBARANG JAMINAN ATAU REPRESENTASI, SAMA ADA NYATA ATAU TERSIRAT, MENGENAI KEBOLEHDAGANGAN ATAU KESESUAIAN UNTUK SEBARANG TUJUAN TERTENTU, KETEPATAN, KESELAMATAN, ATAU KETIADAAN PELANGGARAN HAK-HAK PIHAK KETIGA BERKENAAN SIJIL-SIJIL DIGITAL.

**10. Pengawalan Ekspot.** Anda tidak boleh mengguna atau selainnya mengekspot atau ekspot semula Perisian iOS tersebut kecuali sebagaimana yang dibenarkan oleh undang-undang Amerika Syarikat dan undang-undang dalam bidang kuasa(-bidang kuasa) di mana Perisian iOS tersebut diperoleh. Khususnya, tetapi tanpa had, Perisian iOS tersebut tidak boleh diekspot atau diekspotkan semula (a) ke dalam mana-mana negara yang dilarang untuk berdagang dengan Amerika Syarikat atau (b) kepada sesiapa yang tersenarai dalam Senarai Warganegara Ditentukan Khas (Specially Designated Nationals) Jabatan Perbendaharaan Amerika Syarikat atau Senarai Orang Terhalang atau Senarai Entiti Terhalang (Denied Person's List or Entity List) Jabatan Perdagangan Amerika Syarikat atau mana-mana senarai pihak terlarang lain. Dengan menggunakan Perisian iOS tersebut, anda mewakilkan dan menjamin bahawa anda tidak berada dalam mana-mana negara sedemikian atau mana-mana senarai sebegitu. Anda juga bersetuju bahawa anda tidak mengguna Perisian iOS tersebut untuk sebarang tujuan yang dilarang oleh undang-undang Amerika Syarikat, termasuk, tanpa had, pembangunan, perekaan, penghasilan atau pengeluaran senjata-senjata peluru berpandu, nuklear, kimia atau biologi.

**11. Pengguna-pengguna Akhir Kerajaan.** Perisian iOS tersebut dan dokumentasi berkaitan adalah "Item Komersial", sepertimana terma tersebut didefinisikan dalam 48 C.F.R. §2.101, yang mengandungi "Perisian Komputer Komersial" dan "Dokumentasi Perisian Komputer Komersial", sepertimana terma-terma tersebut digunakan di dalam 48 C.F.R. §12.212 atau 48 C.F.R. §227.7202, yang mana terpakai. Selaras dengan 48 C.F.R. §12.212 atau 48 C.F.R. §227.7202-1 hingga 227.7202-4, yang mana terpakai, Perisian Komputer Komersial dan Dokumentasi Perisian Komputer Komersial adalah dilesenkan kepada pengguna-pengguna akhir Kerajaan Amerika Syarikat (a) hanya sebagai Item Komersial dan (b) hanya dengan hak-hak tersebut seperti yang diberikan kepada semua pengguna akhir lain menurut terma-terma dan syarat-syarat yang dinyatakan di sini. Hak-hak yang tidak diterbitkan disimpan di bawah undang-undang hak cipta Amerika Syarikat.

**12. Undang-undang yang Mengawal dan Kebolehasingan.** Lesen ini akan dikuasai dan ditafsirkan mengikut undang-undang Negeri California, tidak termasuk prinsip-prinsip konflik undang-undangnya. Lesen ini tidak akan dikuasai oleh Konvensyen Pertubuhan Bangsa-bangsa Bersatu berkenaan Kontrak-kontrak untuk Jualan Barangan Antarabangsa, yang pemakaiannya dikecualikan secara nyata. Sekiranya anda adalah seorang pengguna yang menetap di United Kingdom, Lesen ini akan dikuasai oleh undang-undang dalam bidang kuasa tempat kediaman anda. Sekiranya

mahkamah yang mempunyai bidang kuasa kompeten mendapati mana-mana peruntukan Lesen ini, atau sebahagian daripadanya, tidak boleh dikuatkuasakan untuk sebarang alasan, selebihnya akan terus berkuatkuasa dan berkesan penuh.

**13. Perjanjian Lengkap; Bahasa yang Mengawal.** Lesen ini membentuk perjanjian keseluruhan di antara anda dan Apple berkenaan dengan Perisian iOS tersebut dan menggantikan segala persefahaman sebelum ini atau persefahaman serentak berkenaan perkara sedemikian. Tiada pindaan atau perubahan kepada Lesen ini akan mengikat melainkan ia dibuat secara bertulis dan ditandatangani oleh Apple. Sebarang terjemahan Lesen ini dibuat untuk keperluan tempatan dan dalam keadaan berlakunya suatu pertikaian antara versi Bahasa Inggeris dengan versi-versi bukan Bahasa Inggeris, versi Bahasa Inggeris Lesen ini akan menguasai, setakat mana tidak dilarangkan oleh undang-undang tempatan di bidang kuasa anda.

**14. Perakuan-Perakuan Pihak Ketiga.** Sebahagian daripada Perisian iOS tersebut mungkin menggunakan atau termasuk perisian pihak ketiga dan bahan lain yang dilindungi hak cipta. Pengakuan-pengakuan, terma-terma pelesenan dan penolakan-penolakan tuntutan untuk bahan sedemikian adalah terkandung di dalam dokumentasi elektronik untuk Perisian iOS tersebut, dan penggunaan bahan sedemikian oleh anda adalah dikuasai mengikut terma-terma masing-masing. Penggunaan Perkhidmatan Google Safe Browsing adalah tertakluk kepada Terma-Terma Perkhidmatan Google (https://www.google.com/intl/ms/policies/terms/) dan kepada Dasar Privasi Google (https://www.google.com/intl/ms/policies/privacy/).

**15. Penggunaan MPEG-4; Notis H.264/AVC.**
(a) Perisian iOS tersebut dilesenkan di bawah Lesen Portfolio Paten Sistem MPEG-4 (MPEG-4 Systems Patent Portfolio License) untuk pengekodan menurut Standard Sistem MPEG-4, kecuali bahawa suatu lesen tambahan dan pembayaran royalti diperlukan bagi penggunaan berkaitan dengan (i) data yang disimpan atau direplika semula dalam media fizikal yang dibayar atas dasar tajuk demi tajuk dan/atau (ii) data yang dibayar atas dasar tajuk demi tajuk dan dihantar kepada pengguna akhir untuk penyimpanan dan/atau penggunaan kekal. Lesen tambahan sebegitu boleh diperoleh daripada MPEG LA, L.LC. Sila rujuk http://www.mpegla.com untuk maklumat tambahan.

(b) Perisian iOS tersebut mengandungi kefungsian pengekodan dan/atau penyahkodan video MPEG-4. Perisian iOS tersebut dilesenkan di bawah Lesen Portfolio Paten Visual MPEG-4 untuk penggunaan peribadi dan bukan komersial seseorang pengguna untuk (i) pengekodan video menurut Standard Visual MPEG-4 ("Video MPEG-4") dan/atau (ii) penyahkodan video MPEG-4 yang telah dikodkan oleh seseorang pengguna yang terlibat dalam aktiviti peribadi dan bukan komersial dan/atau yang telah diperoleh daripada pembekal video yang dilesenkan oleh MPEG LA untuk menyediakan video MPEG-4. Tiada lesen diberikan atau yang akan tersirat untuk sebarang penggunaan lain. Maklumat tambahan termasuk yang berkaitan dengan penggunaan-penggunaan promosi, dalaman dan komersial dan pelesenan boleh diperoleh daripada MPEG LA, L.LC. Sila rujuk http://www.mpegla.com.

(c) Perisian iOS tersebut mengandungi kefungsian pengekodan dan/atau penyahkodan AVC, penggunaan komersial H.264/AVC memerlukan pelesenan tambahan dan peruntukan berikut adalah terpakai: KEFUNGSIAN AVC DALAM PERISIAN iOS TERSEBUT ADALAH DILESENKAN DI SINI HANYA UNTUK PENGGUNAAN PERIBADI DAN BUKAN KOMERSIAL SESEORANG PENGGUNA UNTUK (i) PENGEKODAN VIDEO MENURUT STANDARD AVC ("VIDEO AVC") DAN/ATAU (ii) PENYAHKODAN VIDEO AVC YANG TELAH DIKODKAN OLEH PENGGUNA YANG TERLIBAT DALAM AKTIVITI PERIBADI DAN BUKAN KOMERSIAL DAN/ATAU AVC VIDEO YANG TELAH DIPEROLEH DARIPADA PEMBEKAL VIDEO YANG DILESENKAN UNTUK MENYEDIAKAN VIDEO AVC. MAKLUMAT MENGENAI PENGGUNAAN LAIN DAN LESEN-LESEN BOLEH DIDAPATI DARIPADA MPEG LA L.LC. SILA RUJUK http://www.mpegla.com.

**16. Pembatasan-pembatasan Perkhidmatan Carian Yahoo.** Perkhidmatan Carian Yahoo yang tersedia melalui Safari hanya dilesenkan untuk penggunaan di negara-negara dan rantau-rantau berikut sahaja: Argentina, Aruba, Australia, Austria, Barbados, Belgium, Bermuda, Brazil, Bulgaria, Canada, Cayman Islands, Chile, China, Colombia, Cyprus, Czech Republic, Denmark, Dominican Republic, Ecuador, El Salvador, Finland, France, Germany, Greece, Grenada, Guatemala, Hong Kong, Hungary, Iceland, India, Indonesia, Ireland, Italy, Jamaica, Japan, Latvia, Lithuania, Luxembourg, Malaysia, Malta, Mexico, Netherlands, New Zealand, Nicaragua, Norway, Panama, Peru, Philippines, Poland, Portugal, Puerto Rico, Romania, Singapore, Slovakia, Slovenia, South Korea, Spain, St. Lucia, St. Vincent, Sweden, Switzerland, Taiwan, Thailand, The Bahamas, Trinidad and Tobago, Turkey, UK, Uruguay, US and Venezuela.

**17. Notis Microsoft Exchange.** Tetapan mel Microsoft Exchange dalam Perisian iOS tersebut adlaah dilesenkan hanya untuk penyegerakan maklumat wayarles, seperti e-mel, kenalan-kenalan, kalendar dan tugas-tugas, antara iOS anda dan Pelayan Microsoft Exchange atau perisian pelayan lain yang dilesenkan oleh Microsoft untuk melaksanakan Protokol Microsoft Exchange ActiveSync.

EA1520
22/09/2017

————————————————————————————————
**Terma-terma dan Syarat-syarat Tambahan Apple Pay**

Terma-terma dan Syarat-syarat Tambahan Apple Pay ini ("Terma Tambahan" ini) menambah kepada Perjanjian Lesen Perisian iOS tersebut ("Lesen" tersebut); kedua-dua terma-terma Lesen tersebut dan Terma Tambahan ini menguasai penggunaan ciri Apple Pay tersebut oleh anda, yang akan dianggap sebagai suatu "Perkhidmatan" di bawah Lesen tersebut. Terma-terma yang dinyatakan dengan huruf besar dalam Terma-terma Tambahan ini mempunyai maksud-maksud yang dinyatakan dalam Lesen tersebut.

**1.    Gambaran Keseluruhan dan Pembatasan-Pembatasan Penggunaan**

Apple Pay mengupayakan anda untuk:

- menyimpan representasi-representasi maya kad-kad kredit, debit, dan pra-bayar, termasuk kad-kad kredit, debit, pra-bayar kedai, serta kad Apple Pay Cash, yang disokong oleh ciri Apple Pay ("Kad Bayaran yang Disokong") dan menggunakan Peranti iOS yang disokong untuk membuat bayaran-bayaran tanpa sentuhan (contactless) di lokasi-lokasi terpilih, atau dalam aplikasi-aplikasi atau laman-laman web;
- menggunakan kad-kad ganjaran dan hadiah yang disimpan dalam Wallet ("Kad Boleh Guna Apple Pay", dan bersama dengan Kad Bayaran Yang Disokong, "Kad yang Disokong") untuk membuat transaksi-transaksi kad ganjaran dan hadiah tanpa sentuhan di kedai-kedai terpilih sebagai sebahagian daripada pembayaran tanpa sentuhan yang menggunakan Apple Pay; dan
- menghantar bayaran seorang kepada seorang (person to person) kepada pengguna-pengguna Apple Pay lain.

Ciri-ciri Apple Pay dalam Perisian iOS tersebut mungkin hanya tersedia di rantau-rantau terpilih, dengan pengeluar-pengeluar kad terpilih, institusi-institusi kewangan, dan pedagang-pedagang. Ciri-ciri mungkin berbeza mengikut rantau, pengeluar, dan pedagang.

Untuk menggunakan Apple Pay, anda mesti mempunyai satu Kad yang Disokong. Kad yang

Disokong mungkin berubah dari semasa ke semasa. Selanjutnya, untuk menghantar atau menerima bayaran seorang kepada seorang, anda mesti mempunyai kad Apple Pay Cash.

Kad Bayaran yang Disokong dan bayaran-bayaran seorang kepada seorang adalah dikaitkan dengan Apple ID yang anda gunakan untuk log masuk ke dalam iCloud untuk menggunakan ciri-ciri ini. Kad yang Disokong hanya tersedia ada untuk individu-individu yang berumur 13 tahun ke atas sahaja, dan mungkin tertakluk kepada had-had tambahan berdasarkan umur yang dikenakan oleh iCloud atau Kad yang Disokong yang anda ingin memperuntukkan. Kad Apple Pay Cash dan keupayaan untuk menghantar dan menerima bayaran-bayaran seorang kepada seorang hanya tersedia ada untuk individu-individu yang berumur 18 tahun ke atas sahaja.

Apple Pay adalah bertujuan untuk penggunaan peribadi anda sahaja dan anda hanya boleh memperuntukkan Kad yang Disokong yang dimiliki anda sendiri. Sekiranya anda memperuntukkan satu kad korporat yang disokong, anda memberi representasi bahawa anda berbuat demikian dengan kebenaran majikan anda dan anda diberi kuasa untuk mengikat majikan anda kepada terma-terma penggunaan ini dan semua transaksi yang telah dilaksanakan melalui penggunaan ciri ini. Sekiranya anda menghantar atau menerima suatu bayaran seorang kepada seorang, anda memberi representasi bahawa anda berbuat demikian untuk penggunaan peribadi anda sahaja, dan bukan untuk penggunaan komersial.

Anda bersetuju untuk tidak menggunakan Apple Pay untuk sebarang tujuan yang menyalahi undang-undang atau bersifat penipuan, atau untuk sebarang tujuan lain yang dilarang oleh Lesen tersebut dan Terma-terma Tambahan ini. Selanjutnya anda bersetuju untuk menggunakan Apple Pay mengikut undang-undang dan peraturan-peraturan yang terpakai. Anda bersetuju untuk tidak mengusik atau mengganggu perkhidmatan Apple Pay (termasuk mengakses perkhidmatan tersebut melalui sebarang cara bersifat automatik), atau sebarang pelayan atau rangkaian yang disambung kepada perkhidmatan tersebut, atau sebarang polisi, keperluan, atau peraturan rangkaian-rangkaian yang tersambung kepada perkhidmatan tersebut (termasuk sebarang akses kepada, penggunaan, atau pemantauan data atau trafiknya yang tidak dibenarkan).

## 2.    Hubungan Apple Dengan Anda

Apple Pay mengupayakan anda mewujudkan representasi maya Kad yang Disokong anda pada Peranti iOS anda yang disokong. Walaubagaimanapun, Apple tidak memproses sebarang bayaran atau transaksi kad bukan bayaran lain (seperti pengakruan dan penebusan ganjaran), menerima, mengekalkan, atau memindahkan wang anda, atau mempunyai sebarang kawalan lain ke atas sebarang bayaran, pemulangan, bayaran balik, ganjaran, nilai, diskaun, atau aktiviti perniagaan lain yang mungkin timbul daripada penggunaan ciri ini oleh anda.

Terma-terma perjanjian-perjanjian pemegang kad yang anda mungkin ada dengan pengeluar kad anda akan terus menguasai penggunaan Kad yang Disokong anda dan penggunaannya berhubung dengan Apple Pay. Serupanya, penyertaan anda dalam sebarang program-program ganjaran pedagang atau kad hadiah dan penggunaan Kad Boleh Guna Apple Pay anda berhubung dengan Apple Pay juga adalah tertakluk kepada terma-terma dan syarat-syarat pedagang sedemikian.

Kad Bayaran Apple Pay Cash dan keupayaan untuk menghantar dan menerima bayaran-bayaran seorang kepada seorang hanya tersedia di Amerika Syarikat, dan adalah perkhidmatan-perkhidmatan yang disediakan oleh Green Dot Bank, ahli FDIC. Apabila anda mengupayakan ciri-ciri ini dalam Apple Pay, ia bermakna anda membuka sebuah akaun dengan Green Dot Bank, dan apabila anda menghantar atau menerima bayaran seorang kepada seorang atau memuatkan atau mengeluarkan wang daripada kad Apple Pay Cash anda, Green Dot Bank akan bertanggungjawab untuk menerima dan menghantar wang anda kepada penerima yang ditujukan. Institusi kewangan

yang bertanggungjawab untuk menawarkan Apple Pay Cash dan bayaran-bayaran seorang kepada seorang dalam Apple Pay adalah tertakluk kepada perubahan, dan penggunaan ciri-ciri tersebut oleh anda adalah tertakluk kepada terma-terma dan syarat-syarat mereka.

Tiada apa-apa dalam Lesen atau Terma-terma Tambahan ini mengubah suai terma-terma perjanjian pemegang kad, pengguna, atau pedagang, dan terma-terma sebegitu akan menguasai penggunaan Kad yang Disokong berkenaan atau ciri bayaran seorang kepada seorang Apple Pay dan representasi mayanya pada Peranti iOS anda oleh anda. Anda bersetuju bahawa Apple bukan suatu pihak kepada perjanjian-perjanjian pemegang kad atau pedagang anda, dan juga bahawa Apple tidak bertanggungjawab untuk (a) kandungan, ketepatan, atau ketiadaan sebarang kad bayaran, kad ganjaran, kad hadiah, aktiviti perniagaan, transaksi, atau pembelian semasa menggunakan kefungsian Apple Pay; (b) pengeluaran kredit atau penilaian kelayakan untuk kredit; (c) pengakruan atau penebusan ganjaran atau nilai tersimpan di bawah suatu program pedagang; (d) pembiayaan atau penambahan nilai kepada kad-kad pra-bayar; (e) menghantar atau menerima bayaran-bayaran seorang kepada seorang; atau (f) pemuatan, penebusan, atau pengeluaran wang daripada kad Apple Pay Cash anda.

Untuk semua pertikaian atau soalan mengenai kad-kad bayaran, kad-kad ganjaran, kad-kad hadiah, atau aktiviti perniagaan yang berkaitan, sila hubungi pengeluar atau pedagang anda yang terpakai. Untuk soalan-soalan berkenaan kad Apple Pay Cash atau bayaran seorang kepada seorang, sila hubungi Apple Support.

3.    Privasi

Apple Pay memerlukan sesetengah maklumat dari Peranti iOS anda untuk menawarkan pengalaman penuh. Selanjutnya, apabila anda menggunakan kad Apple Pay Cash anda atau menghantar atau menerima bayaran seorang kepada seorang, maklumat tambahan mengenai transaksi-transaksi anda adalah dikumpulkan dan disimpan untuk memberi perkhidmatan kepada akaun anda dan untuk tujuan pencegahan penipuan dan pengawalseliaan. Anda boleh mendapatkan maklumat lanjutan mengenai data yang dikumpulkan, digunakan, atau dikongsikan sebagai sebahagian penggunaan Apple Pay, kad Apple Pay Cash tersebut, atau bayaran-bayaran seorang kepada seorang dengan Apple Pay oleh anda dengan membaca Tentang Apple Pay dan Privasi (yang boleh diakses melalui Wallet & Apple Pay dalam Peranti iOS anda, atau dalam aplikasi Watch dalam mana-mana peranti iOS tersambung) atau dengan melayari https://www.apple.com/my/privacy/. Dengan menggunakan ciri-ciri ini, anda bersetuju dan membenarkan Apple serta anak-anak syarikatnya dan ejen-ejennya untuk menyampai, mengumpul, mengekal, memproses, dan mengguna kesemua maklumat yang dinyatakan di atas, untuk menyediakan kefungsian Apple Pay.

4.    Keselamatan; Peranti-Peranti Terhilang atau Terlumpuh

Apple Pay menyimpan representasi-representasi maya Kad yang Disokong anda dan seharusnya dilindungi sebagaimana anda akan melindungi wang tunai atau kad-kad kredit, debit, pra-bayar, ganjaran, atau hadiah fizikal anda. Pemberian kata laluan peranti anda kepada pihak ketiga, atau pemberian kebenaran kepada pihak ketiga untuk membenarkan cap jari mereka mengguna Touch ID atau membolehkan Face ID, mungkin akan mengupayakan mereka untuk membuat bayaran-bayaran menghantar, meminta, atau menerima bayaran-bayaran seorang kepada seorang, mengeluarkan wang daripada kad Apple Pay Cash anda, atau menerima atau menebus ganjaran atau kredit dengan menggunakan Apple Pay dalam peranti anda. Anda bertanggungjawab sepenuhnya untuk mengekalkan keselamatan Peranti iOS anda dan kata laluan anda. Anda bersetuju bahawa Apple tidak bertanggungjawab sekiranya anda menghilangkan atau mengongsikan akses kepada peranti anda. Anda bersetuju bahawa Apple tidak bertanggungjawab sekiranya anda membuat modifikasi-modifikasi yang tidak dibenarkan kepada iOS (seperti melalui 'jailbreak').

Anda mungkin perlu mengupayakan langkah-langkah keselamatan tambahan, seperti pengesahan dua-faktor bagi Apple ID anda, untuk mengakses ciri-ciri tertentu Apple Pay, termasuk kad Apple Pay Cash dan bayaran seorang kepada seorang dengan Apple Pay. Sekiranya anda kemudiannya melumpuhkan ciri-ciri sekuriti ini, anda mungkin tidak dapat meneruskan akses anda kepada ciri-ciri tertentu Apple Pay.

Sekiranya peranti anda terhilang atau dicuri dan anda telah mengupayakan Find My iPhone, anda boleh menggunakan Find My iPhone untuk cuba menggantungkan keupayaan untuk membayar dengan Kad Bayaran yang Disokong maya pada peranti tersebut atau menghantar bayaran-bayaran seorang kepada seorang pada peranti tersebut dengan mengaktifkan Lost Mode. Anda juga boleh memadamkan peranti anda, yang akan cuba menggantungkan keupayaan untuk membayar dengan Kad Bayaran yang Disokong maya atau bayaran-bayaran seorang kepada seorang pada peranti tersebut dan juga akan cuba melumpuhkan Kad Boleh Guna Apple Pay. Anda juga harus menghubungi pengeluar Kad Bayaran yang Disokong anda, pedagang yang mengeluarkan Kad Boleh Guna Apple Pay anda, dan Apple jika kes tersebut terlibat kad Apple Pay Cash anda untuk menghalang akses yang tidak dibenarkan kepada Kad yang Disokong anda.

Sekiranya anda melaporkan atau Apple mengesyaki aktiviti yang bersifat penipuan atau penyalahgunaan, anda bersetuju untuk bekerjasama dengan Apple dalam sebarang penyiasatan dan untuk menggunakan langkah-langkah pencegahan penipuan yang kami tetapkan.

## 5    Pembatasan Liabiliti

SELAIN DARIPADA PENOLAKAN-PENOLAKAN TUNTUTAN WARANTI-WARANTI DAN PEMBATASAN LIABILITI YANG DINYATAKAN DALAM LESEN TERSEBUT, APPLE TIDAK MENANGGUNG SEBARANG LIABILITI UNTUK SEBARANG PEMBELIAN, PEMBAYARAN, TRANSAKSI, ATAU AKTIVITI PERNIAGAAN LAIN YANG DILAKSANAKAN DENGAN MENGGUNAKAN CIRI APPLE PAY, DAN ANDA BERSETUJU UNTUK MERUJUK SEPENUHNYA KEPADA PERJANJIAN-PERJANJIAN YANG ANDA MUNGKIN ADA DENGAN PENGELUAR KAD, RANGKAIAN BAYARAN, INSTITUSI-INSTITUSI KEWANGAN, ATAU PEDAGANG ANDA UNTUK MENYELESAIKAN SEBARANG PERTANYAAN ATAU PERTIKAIAN BERKENAAN DENGAN KAD YANG DISOKONG, BAYARAN-BAYARAN SEORANG KEPADA SEORANG, DAN AKTIVITI PERNIAGAAN YANG BERKAITAN ANDA.

————————————
**NOTIS-NOTIS DARIPADA APPLE**
Sekiranya Apple perlu menghubungi anda berkenaan produk atau akaun anda, anda bersetuju untuk menerima notis-notis tersebut melalui e-mel. Anda bersetuju bahawa notis-notis sedemikian yang kami hantar secara elektronik akan memenuhi sebarang keperluan komunikasi di sisi undang-undang.

**ROMÂNĂ**

**IMPORTANT: PRIN UTILIZAREA iPHONE-ULUI, iPAD-ULUI sau iPOD TOUCH-ULUI DVS. ("DISPOZITIV iOS"), SUNTEȚI DE ACORD CU OBLIGAȚIA DE A RESPECTA CONDIȚIILE URMĂTOARE:**

**A.    CONTRACT DE LICENȚĂ SOFTWARE PENTRU APPLE iOS**
**B.    TERMENE SUPLIMENTARE PENTRU APPLE PAY**
**C.    ÎNȘTIINȚĂRI DIN PARTEA APPLE**

**APPLE INC.**
**CONTRACT DE LICENȚĂ SOFTWARE PENTRU iOS**
**Licență individuală**

**VĂ RUGĂM SĂ CITIȚI CU ATENȚIE ACEST CONTRACT DE LICENȚĂ SOFTWARE ("LICENȚĂ") ÎNAINTE DE A UTILIZA DISPOZITIVUL DVS. iOS SAU DE A DESCĂRCA ACTUALIZAREA SOFTWARE CARE ÎNSOȚEȘTE ACEASTĂ LICENȚĂ. PRIN UTILIZAREA DISPOZITIVULUI DVS. iOS SAU DESCĂRCAREA UNEI ACTUALIZĂRI SOFTWARE, DUPĂ CAZ, SUNTEȚI DE ACORD CU OBLIGAȚIA DE A RESPECTA CLAUZELE ACESTEI LICENȚE. DACĂ NU SUNTEȚI DE ACORD CU CLAUZELE ACESTEI LICENȚE, NU UTILIZAȚI DISPOZITIVUL iOS SAU NU DESCĂRCAȚI ACTUALIZAREA SOFTWARE.**

**DACĂ AȚI CUMPĂRAT RECENT UN DISPOZITIV iOS ȘI NU SUNTEȚI DE ACORD CU CONDIȚIILE LICENȚEI, PUTEȚI RETURNA DISPOZITIVUL iOS ÎN CADRUL PERIOADEI DE RETURNARE LA MAGAZINUL APPLE STORE SAU LA DISTRIBUITORUL AUTORIZAT DE LA CARE L-AȚI OBȚINUT PENTRU A OBȚINE O RAMBURSARE, ÎN CONFORMITATE CU POLITICA DE RETURNARE APPLE DE LA https://www.apple.com/legal/sales_policies/.**

**1. Generalități.**
(a) Software-ul (inclusiv codul Boot ROM, software-ul încapsulat și software-ul de la terțe părți), documentația, interfețele, conținutul, fonturile și orice alte date care însoțesc Dispozitivul dvs. iOS („Software iOS original"), care pot fi actualizate sau înlocuite prin îmbunătățiri ale funcționalităților, actualizări software sau software-uri de restaurare a sistemului furnizate de Apple („Actualizări software iOS"), fie că se află în memorie doar pentru citire, pe orice alt suport sau în orice altă formă (Software-ul iOS original și Actualizările software iOS sunt denumite în ansamblu „Software iOS") vă este licențiat și nu vândut de către Apple Inc. („Apple") pentru a fi utilizat doar în conformitate cu condițiile acestei Licențe. Apple și licențiatorii săi își păstrează proprietatea asupra Software-ului iOS în sine și își rezervă toate drepturile care nu vă sunt acordate în mod expres. Sunteți de acord că termenele acestei Licențe se vor aplica oricărei aplicații marca Apple care poate fi integrată pe dispozitivul dvs. iOS, în afara cazului în care aplicația respectivă are o licență separată, caz în care sunteți de acord că termenele licenței respective vor guverna modul în care utilizați aplicația.

(b) Apple, la discreția sa, poate pune la dispoziție Actualizări software iOS ulterioare. Este posibil ca Actualizările software iOS, dacă vor exista, să nu includă în mod necesar toate funcționalitățile software existente sau funcționalitățile noi pe care Apple le lansează pentru modele mai noi sau diferite de Dispozitive iOS. Clauzele acestei Licențe vor guverna orice Actualizări software iOS furnizate de Apple, cu excepția cazului în care asemenea Actualizări software iOS sunt însoțite de o licență separată, caz în care sunteți de acord că vor guverna clauzele licenței respective.

(c) Dacă utilizați funcționalitatea de configurare expres pentru a configura un Dispozitiv iOS nou pe baza Dispozitivului dvs. iOS existent, sunteți de acord că utilizarea Software-ului iOS de pe noul dvs. Dispozitiv iOS va fi guvernată de clauzele acestei Licențe, cu excepția cazului în care acesta este însoțit

de o licență separată, caz în care sunteți de acord că utilizarea acelui Sofware iOS va fi guvernată de clauzele licenței respective.

**2. Utilizările permise de licență și restricțiile.**
(a) Sub incidența termenelor și condițiilor acestei Licențe, vă este acordată o licență neexclusivă limitată de a utiliza Software-ul iOS pe un singur Dispozitiv iOS purtând marca Apple. Cu excepția derogărilor prevăzute în Secțiunea 2(b) de mai jos și în afara cazului existenței unor alte prevederi într-un contract separat în dvs. și Apple, această Licență nu permite ca Software-ul iOS să existe la un moment dat pe mai mult de un Dispozitiv iOS purtând marca Apple și vă este interzis să distribuiți sau să puneți la dispoziție Software-ul iOS printr-o rețea unde ar putea fi utilizat de mai multe dispozitive simultan. Această Licență nu vă acordă nici un drept de a utiliza interfețele proprietare Apple și alte proprietăți intelectuale în vederea conceperii, dezvoltării, fabricării, licențierii sau distribuirii unor terțe dispozitive și accesorii sau unor terțe aplicații software, destinate utilizării cu Dispozitive iOS. Unele dintre aceste drepturi sunt disponibile sub licențe distincte de la Apple. Pentru informații suplimentare despre dezvoltarea dispozitivelor și accesoriilor pentru dispozitive iOS de către terți, vizitați https://developer.apple.com/programs/mfi/. Pentru informații suplimentare despre dezvoltarea de aplicații pentru dispozitive iOS, vizitați https://developer.apple.com.

(b) Sub incidența termenelor și condițiilor acestei Licențe, vă este acordată o licență neexclusivă limitată pentru a descărca Actualizările Software iOS ce pot fi puse la dispoziție de Apple pentru modelul dvs. de dispozitiv iOS pentru a actualiza sau pentru a restaura software-ul de pe orice astfel de dispozitiv iOS pe care îl dețineți sau pe care îl controlați. Această Licență nu vă permite să actualizați sau să restaurați niciun Dispozitiv iOS pe care nu îl dețineți sau pe care nu îl aveți sub control, și vă interzice să distribuiți sau să puneți la dispoziție Actualizări software iOS într-o rețea unde ar putea fi utilizate de mai multe dispozitive sau computere simultan. Dacă descărcați o Actualizare software iOS pe computerul dvs., aveți dreptul să realizați o singură copie a Actualizării software iOS, stocată pe computerul dvs. într-o formă citibilă de către mașină doar cu rol de copie de siguranță, cu condiția imperativă ca această copie de siguranță să includă toate înștiințările despre drepturile de autor și alte drepturi de proprietate conținute în original.

(c) În măsura în care Apple a preinstalat aplicații marca Apple din App Store pe dispozitivul dvs. iOS la momentul achiziției („Aplicații preinstalate"), trebuie să vă autentificați în App Store și să asociați aceste Aplicații preinstalate contului dvs. App Store pentru a le putea utiliza pe dispozitivul dvs. iOS. Când asociați o aplicație preinstalată, cu contul dvs. App Store, veți asocia în același timp în mod automat toate celelalte aplicații preinstalate de pe dispozitivul dvs. iOS. Alegând să asociați aplicațiile preinstalate contului dvs. App Store, acceptați faptul că Apple poate să transmită, să colecteze, să întrețină, să prelucreze și să utilizeze atât ID-ul Apple utilizat de contul dvs. App Store, cât și un identificator unic de hardware colectat de pe dispozitivul dvs. iOS, ca identificatori unici de cont cu scopul de a verifica eligibilitatea cererii dvs. și de a vă oferi acces la Aplicațiile preinstalate prin intermediul App Store. Dacă nu doriți să utilizați o aplicație preinstalată, o puteți șterge de pe dispozitivul dvs. iOS oricând.

(d) Nu vă sunt permise și sunteți de acord să nu întreprindeți sau să permiteți altora să întreprindă copierea (cu excepția celei permise în mod expres de prezenta Licență), decompilarea, procedee de reverse-engineering, dezasamblarea, încercarea de a deriva codul sursă, decriptarea, modificarea sau crearea de lucrări derivate ale software-ului iOS sau ale oricăror servicii furnizate de software-ul iOS ori ale oricărei părți a acestora (cu excepția cazului și doar în măsura în care oricare dintre restricțiile menționate anterior este interzisă prin dispoziții legale sau prin condițiile de licențiere ce guvernează utilizarea componentelor open-source care pot fi incluse în software-ul iOS).

(e) Software-ul iOS poate fi utilizat pentru a reproduce materiale atâta timp cât această utilizare se limitează la reproducerea materialelor neprotejate prin drepturi de autor, materialelor pentru care dețineți dreptul de autor, sau materialelor pe care sunteți autorizat sau pentru care dispuneți de o permisiune

legală pentru a le reproduce. Drepturile de proprietate intelectuală și de titlu din și pentru orice conținut afișat, stocat sau accesat prin intermediul dispozitivului iOS aparțin proprietarului conținutului respectiv. Este posibil ca asemenea conținut să fie protejat prin legi și tratate privind dreptul de autor sau de proprietate intelectuală și poate face obiectul condițiilor de utilizare ale terței părți care furnizează asemenea conținut. În afara cazurilor reglementate în prezenta, această Licență nu vă acordă drepturi de a utiliza conținutul respectiv și nici nu vă garantează că acel conținut vă va fi disponibil în continuare.

(f) Sunteți de acord să utilizați software-ul și serviciile iOS (așa cum sunt definite în Secțiunea 5 de mai jos) în conformitate cu toate legile în vigoare, inclusiv legile locale ale țării sau regiunii în care aveți domiciliul sau în care descărcați sau utilizați software-ul și serviciile iOS. Este posibil ca funcționalitățile software-ului și serviciilor iOS să nu fie disponibile în toate limbile și în toate regiunile; anumite funcționalități variază în funcție de regiune, iar altele pot fi restricționate sau indisponibile de la furnizorul dvs. de servicii. O conexiune de date Wi-Fi sau celulară este necesară pentru anumite funcționalități ale software-ului și serviciilor iOS.

(g) Utilizarea App Store necesită o combinație unică între numele de utilizator și parolă, cunoscută sub numele de ID Apple. De asemenea, un ID Apple este necesar pentru accesarea actualizărilor pentru aplicație și pentru accesarea anumitor funcționalități ale software-ului și serviciilor iOS.

(h) Luați la cunoștință că numeroase funcționalități, aplicații integrate și Servicii ale Software-ului iOS transmit date și pot avea impact asupra costurilor asociate abonamentului dvs. de date și că sunteți responsabil pentru asemenea costuri. Puteți vedea și controla aplicațiile cărora le este permisă utilizarea datelor celulare și să vedeți o estimare a cantității de date consumate de aceste aplicații în secțiunea Date celulare din Configurări. Pentru mai multe informații, consultați Manualul de utilizare al Dispozitivului dvs. iOS.

(i) Dacă alegeți să permiteți actualizări automate ale aplicațiilor, dispozitiv dvs. iOS va căuta periodic în baza de date Apple actualizări la aplicațiile de pe dispozitivul dvs. și, dacă este disponibilă, actualizarea va fi descărcată automat și va fi instalată pe dispozitiv. Puteți dezactiva complet actualizările automate ale aplicațiilor oricând, accesând Configurări, apoi apăsați iTunes & App Store și, sub Descărcări automate, dezactivați Actualizări.

(j) Utilizarea Dispozitivului dvs. iOS în anumite condiții vă poate distrage atenția și poate conduce la situații periculoase (de exemplu, evitați scrierea mesajelor în timp ce conduceți un vehicul sau folosirea căștilor în timp ce mergeți cu bicicleta). Prin utilizarea Dispozitivului dvs. iOS, sunteți de acord că aveți responsabilitatea de a respecta normele ce interzic sau limitează folosirea telefoanelor mobile sau a căștilor (de exemplu, cerința de a folosi opțiunile „hands-free" pentru efectuarea apelurilor în timpul conducerii).

**3. Transferarea.** Sunt interzise închirierea, darea în leasing, împrumutul, redistribuirea sau sublicențierea Software-ului iOS. Cu toate acestea, puteți realiza o transferare unică și permanentă a tuturor drepturilor dvs. de licență asupra Software-ului iOS către o altă parte, asociată cu transferarea proprietății Dispozitivului dvs. iOS, în următoarele condiții: (a) transferul trebuie să includă Dispozitivul dvs. iOS și Software-ul iOS în integralitatea sa, inclusiv toate părțile componente și această Licență; (b) nu veți păstra nici o copie a Software-ului iOS, integrală sau parțială, inclusiv copiile stocate pe un computer sau pe un alt dispozitiv de stocare; și (c) partea care va primi Software-ul iOS va lua la cunoștință și va accepta termenele și condițiile din prezenta Licență.

**4. Consimțământul referitor la utilizarea datelor.** Când utilizați dispozitivul, numărul dvs. de telefon și anumiți identificatori unici ai dispozitivului dvs. iOS sunt trimiși la Apple pentru a le permite celorlalți să vă contacteze folosind numărul dvs. de telefon atunci când utilizați diverse funcționalități de comunicare ale Software-ului iOS, cum ar fi iMessage și FaceTime. Când utilizați iMessage, Apple poate stoca

mesajele dvs. într-o formă criptată pentru o perioadă limitată de timp pentru a asigura trimiterea acestora. Puteți dezactiva FaceTime sau iMessage accesând configurările FaceTime sau Mesaje pe Dispozitivul dvs. iOS. Anumite funcționalități, precum Analiză, Servicii de localizare, Siri și Dictare pot avea nevoie de informații de pe Dispozitivul dvs. iOS pentru a asigura funcționarea acestora. Atunci când activați sau utilizați aceste funcționalități, vor fi furnizate detalii referitoare la informațiile care sunt trimise la Apple și modul în care pot fi folosite acestea. Puteți afla mai multe detalii accesând https:// www.apple.com/privacy/  Informațiile dvs. vor fi tratate întotdeauna în conformitate cu politica Apple privind confidențialitate, disponibilă la: https://www.apple.com/legal/privacy/.

**5. Serviciile și Materialele terțelor părți.**
(a) Software-ul iOS poate permite accesul la Apple iTunes Store, App Store, iBooks Store, Game Center, iCloud, Hărți și alte servicii și site-uri web aparținând companiei Apple și unor terțe părți (denumite colectiv și individual „Servicii"). Este posibil ca aceste Servicii să nu fie disponibile în toate limbile sau în toate țările. Utilizarea acestor Servicii necesită acces la Internet și utilizarea anumitor Servicii poate necesita un ID Apple, poate necesita din partea dvs. acceptarea unor termene suplimentare și poate face obiectul unor costuri suplimentare. Prin utilizarea acestui software în asociere cu un ID Apple sau cu un alt serviciu Apple, acceptați condițiile de utilizare în vigoare pentru serviciul respectiv, precum ultima versiune a Termenelor și condițiilor Serviciilor multimedia Apple aplicabile în țara din care ați accesat aceste Servicii, pe care le puteți accesa și consulta la https://www.apple.com/legal/internet-services/ itunes/ww/.

(b) Dacă vă abonați la iCloud, anumite funcționalități iCloud precum „iCloud Photo Library", „My Photo Stream", „iCloud Photo Sharing", „Back Up" și „Find My iPhone" pot fi accesate direct din Software-ul iOS.  Luați la cunoștință și acceptați că utilizarea iCloud și a acestor funcționalități face obiectul celor mai recente termene și condiții ale serviciului iCloud, pe care îi puteți accesa și examina la: https:// www.apple.com/legal/internet-services/icloud/ww/.

(c) Conținutul aplicației News. Utilizarea conținutului accesat prin intermediul aplicației News este limitată exclusiv la utilizarea personală, necomercială, nu transferă către dvs. nicio cotă-parte de proprietate asupra conținutului și exclude în mod expres, fără limitare la acestea, orice drepturi de utilizare comercială sau promoțională din acest conținut. Mai mult, vă este interzisă republicarea, retransmiterea și reproducerea oricăror imagini accesate prin intermediul News ca fișiere de sine stătătoare.

(d) Hărți. Serviciul Hărți și funcționalitățile software-ului iOS („Hărți"), inclusiv acoperirea datelor geografice, pot varia în funcție de regiune. Atunci când utilizați orice funcționalități bazate pe localizarea geografică din Hărți, precum navigația pas cu pas, traficul și căutările locale, diverse informații legate de localizare și de utilizare pot fi trimise la Apple, inclusiv localizarea geografică în timp real a Dispozitivului dvs. iOS, pentru a vă procesa solicitările și pentru a ajuta la îmbunătățirea serviciului Hărți. Asemenea date de localizare și de utilizare sunt colectate de Apple într-o formă care nu vă identifică personal. **Prin utilizarea serviciului Hărți, sunteți de acord și consimțiți ca Apple și subsidiarele și agenții Apple săi să poată transmite, colecta, întreține, procesa și utiliza aceste informații pentru furnizarea și îmbunătățirea funcționalităților și serviciului Hărți și a altor produse și servicii Apple.** De asemenea, Apple poate furniza aceste informații, fie într-o formă agregată, fie sub o formă care nu vă identifică personal, partenerilor și licențiatorilor săi, pentru a ajuta la îmbunătățirea hărților și produselor și serviciilor acestora bazate pe localizare. Puteți dezactiva funcționalitatea bazată pe localizare geografică din Hărți accesând configurarea Servicii de localizare de pe Dispozitivul dvs. iOS și dezactivând configurarea individuală de localizare pentru Hărți. Anumite funcționalități Hărți vor fi însă indisponibile dacă dezactivați configurarea Servicii de localizare, precum navigația pas cu pas.

(e) iBooks; Podcasturi. Dacă alegeți să utilizați funcționalitatea de sincronizare pentru aplicațiile iBooks și Podcasturi pentru a vă sincroniza favoritele, notele, colecțiile și datele de abonare la podcasturi pe toate dispozitivele și computerele dvs. iOS, acceptați faptul că aceste date vor fi trimise companiei Apple și

stocate conform ID-ului Apple pe care îl utilizați pentru iBooks Store sau iTunes Store, pentru a sincroniza aceste date cu celelalte dispozitive și computere ale dvs. care sunt autorizate să acceseze conținut prin intermediul acelui ID Apple. Puteți opri sincronizarea în orice moment accesând Configurări și modificând opțiunile de sincronizare pentru aplicațiile iBooks și Podcasturi.

(f) Înțelegeți că prin utilizarea oricăruia dintre Servicii este posibil să întâlniți conținut ce poate fi considerat ofensator, indecent sau discutabil, conținut ce poate sau nu să fi fost identificat ca având limbaj explicit, și că rezultatele oricărei căutări sau oricărei adrese URL pot  genera automat și neintenționat linkuri sau referințe către materiale discutabile. Cu toate acestea, sunteți de acord să utilizați serviciile pe propriul risc și compania Apple, asociații, agenții, directorii sau licențiatorii acesteia nu vor fi considerați răspunzători pentru conținutul ce poate fi privit drept ofensator, indecent sau discutabil.

(g) Unele Servicii pot afișa, include sau pune la dispoziție conținut, date, informații, aplicații sau materiale de la terțe părți ("Materialele unor terțe părți") sau pot furniza linkuri către anumite site-uri web ale unor terțe părți. Prin utilizarea acestor Servicii, recunoașteți și sunteți de acord că Apple nu poate fi considerat răspunzător pentru examinarea sau evaluarea conținutului, acurateței, integralității, actualității, validității, respectării drepturilor de autor, legalității, decenței, calității sau oricărui alt aspect al unor asemenea Materiale sau site-uri web ale unor terțe părți. Apple, reprezentanții săi și societățile sale afiliate sau subsidiare nu garantează, nu aprobă, nu susțin și nu își asumă răspunderea față de dvs. sau orice altă persoană pentru orice Servicii, Materiale sau site-uri web ale unor terțe părți, sau pentru orice alte materiale, produse sau servicii ale unor terțe părți. Materialele unor terțe părți și linkurile către alte site-uri web sunt furnizate strict pentru propria dvs. comoditate.

(h) Nici Apple și nici unul dintre furnizorii de conținut Apple nu garantează disponibilitatea, acuratețea, integralitatea, fiabilitatea sau actualitatea informațiilor bursiere, a datelor de localizare geografică sau a oricăror alte date afișate de oricare dintre Servicii.  Informațiile financiare afișate de către orice Servicii sunt doar cu titlu informativ și nu trebuie să vă bazați pe ele drept recomandări pentru investiții. Înainte de a executa orice tranzacție bursieră bazată pe informațiile obținute prin intermediul Serviciilor, este recomandat să consultați un specialist financiar sau în investiții, care este calificat din punct de vedere legal pentru a furniza consultanță financiară sau de investiții în țara sau în regiunea dvs. Datele de localizare geografică furnizate de către orice Servicii, inclusiv serviciul Hărți Apple, sunt furnizate doar pentru navigație sau planificare elementară și nu trebuie să vă bazați pe ele în situații care necesită informații precise de localizare sau în care datele de localizare eronate, imprecise, întârziate sau incomplete pot duce la moarte, vătămare personală sau daune materiale sau de mediu. Acceptați faptul că rezultatele pe care le primiți de la serviciul Hărți pot diferi față de condițiile rutiere și de teren reale din cauza unor factori care pot afecta precizia datelor Hărți, precum, fără limitare, condițiile meteo, rutiere și de trafic și evenimentele geopolitice. Pentru siguranța dvs. în timpul utilizării funcționalității de navigație, acordați întotdeauna atenție indicatoarelor rutiere și condițiilor rutiere curente. Respectați practicile conducerii preventive și reglementările privind traficul și rețineți că este posibil ca itinerarele pietonale să nu includă trotuarele sau căile pietonale.

(i) În măsura în care încărcați orice conținut prin intermediul utilizării Serviciilor, declarați că dețineți toate drepturile pentru conținutul respectiv sau că dispuneți de o autorizație sau de un alt tip de permisiune legală pentru a-l încărca și că respectivul conținut nu încalcă niciuna dintre condițiile de utilizare aplicabile Serviciilor. Sunteți de acord că Serviciile includ conținut, informații și materiale protejate prin drepturi de proprietate care sunt deținute de către Apple, de proprietarul site-ului sau concesionarii acestora și sunt protejate prin legile referitoare la proprietatea intelectuală și alte legi, incluzând dar fără a se limita la legea dreptului de autor. Sunteți de acord că nu veți utiliza asemenea conținut, informații și protejate prin drepturi de proprietate în nici un alt mod decât cel permis de Servicii și în nici o altă modalitate inconsistentă cu clauzele acestei Licențe sau care încalcă orice drepturi de proprietate ale unei terțe părți sau ale Apple. Nici o porțiune a Serviciilor nu poate fi reprodusă sub nici o formă și prin

nici un mijloc. Sunteți de acord să nu modificați, închiriați, dați în leasing, împrumutați, vindeți, distribuiți sau să creați lucrări derivate pe baza Serviciilor, de nici o manieră, și nu veți exploata Serviciile în nici un mod neautorizat, incluzând dar fără a se limita la utilizarea Serviciilor pentru transmiterea de viruși, viermi, troieni sau alte tipuri de malware pentru computer sau pentru violarea sau supra-încărcarea capacității rețelei. De asemenea, sunteți de acord să nu utilizați Serviciile în nici o manieră pentru a hărțui, abuza, spiona, amenința, defăima sau pentru a încălca sau viola în orice fel drepturile oricărei alte părți, și că Apple nu face în nici un fel responsabil pentru asemenea utilizări din partea dvs., nici pentru orice mesaje sau transmisii hărțuitoare, amenințătoare, defăimătoare, ofensatoare, ilicite sau ilegale pe care le-ați putea recepționa ca rezultat al utilizării oricăruia dintre Servicii.

(j) În plus, Serviciile și Materialele terțelor părți care pot fi accesate, asociate prin linkuri sau afișate pe Dispozitivul iOS nu sunt disponibile în toate limbile sau în toate țările sau regiunile. Apple nu face nicio reprezentare că asemenea Servicii și Materiale de la terțe părți sunt adecvate sau disponibile pentru utilizare în indiferent ce localizare geografică particulară. În măsura în care optați să utilizați sau să accesați asemenea Servicii și Materiale de la terțe părți, o faceți prin propria dvs. inițiativă și sunteți responsabil pentru conformitatea cu orice legi în vigoare, inclusiv dar fără a se limita la legile locale și la legile privind intimitatea și colectarea datelor aplicabile. Partajarea sau sincronizarea pozelor prin intermediul dispozitivului dvs. iOS poate determina transmiterea unor metadate odată cu pozele, inclusiv locul și momentul în care a fost făcută poza și informații despre adâncime. Utilizarea serviciilor Apple (precum Biblioteca foto iCloud) pentru partajarea sau sincronizarea acestor poze va implica recepționarea și stocarea acestor metadate de Apple. Apple și licențiatorii săi își rezervă dreptul de a modifica, suspenda, elimina sau dezactiva accesul la orice Servicii în orice moment și fără înștiințare prealabilă. Apple nu va fi în nici un caz răspunzător pentru eliminarea sau dezactivarea accesului la oricare asemenea Servicii. Apple poate impune de asemenea limite asupra utilizării sau accesării unor anumite Servicii, în orice caz și fără înștiințare prealabilă sau asumare a răspunderii.

**6. Încetarea.** Această Licență este în vigoare până la încetarea sa. Drepturile dvs. decurgând din această Licență vor înceta automat sau nu vor continua să mai fie în vigoare fără înștiințare din partea Apple dacă nu vă conformați oricărei condiții din această Licență. După încetarea acestei Licențe, trebuie să încetați orice utilizare a Software-ului iOS. Prevederile secțiunilor 4, 5, 6, 7, 8, 9, 12 și 13 ale prezentei Licențe vor fi aplicabile și după orice asemenea încetare.

**7. Exonerarea de garanții.**

7.1     Dacă sunteți un client care este un consumator (cineva care utilizează Software-ul iOS în afara activităților comerciale sau profesionale), este posibil să aveți drepturi legale în țara dvs. de reședință care să interzică aplicarea următoarelor limitări în cazul dvs., și, acolo unde sunt interzise, acestea nu se vor aplica în cazul dvs. Pentru a afla informații suplimentare despre drepturi, ar trebui să contactați o organizație locală în domeniul consultanței pentru consumatori.

7.2     RECUNOAȘTEȚI ȘI ACCEPTAȚI ÎN MOD EXPRES CĂ, ÎN LIMITELE PERMISE PRIN LEGILE ÎN VIGOARE, UTILIZAREA SOFTWARE-ULUI iOS ȘI A ORICĂROR SERVICII EXECUTATE SAU ACCESATE PRIN INTERMEDIUL SOFTWARE-ULUI iOS SE FACE PE PROPRIUL DVS. RISC ȘI CĂ VĂ ASUMAȚI INTEGRAL RISCURILE RELATIVE LA CALITATE SATISFĂCĂTOARE, PERFORMANȚĂ, ACURATEȚE ȘI EFORT.

7.3     ÎN LIMITELE MAXIME PERMISE PRIN LEGILE ÎN VIGOARE, SOFTWARE-UL ȘI SERVICIILE iOS SUNT FURNIZATE "CA ATARE" ȘI "ÎN FUNCȚIE DE DISPONIBILITATE", CU TOATE DEFECTELE ȘI FĂRĂ NICI UN FEL DE GARANȚIE, IAR APPLE ȘI LICENȚIATORII APPLE (REFERIȚI COLECTIV PRIN DENUMIREA "APPLE" ÎN CADRUL SECȚIUNILOR 7 ȘI 8) SE EXONEREAZĂ DE ORICE GARANȚII ȘI CONDIȚII RELATIVE LA SOFTWARE-UL ȘI SERVICIILE iOS, FIE ELE EXPLICITE, IMPLICITE SAU LEGALE, INCLUZÂND, DAR FĂRĂ A SE LIMITA LA, GARANȚIILE ȘI/SAU CONDIȚIILE IMPLICITE DE VANDABILITATE, CALITATE SATISFĂCĂTOARE, ADECVARE PENTRU UN ANUMIT SCOP, ACURATEȚE,

FOLOSINȚĂ LINIȘTITĂ ȘI NEÎNCĂLCARE A DREPTURILOR TERȚELOR PĂRȚI.

7.4    APPLE NU GARANTEAZĂ CĂ UTILIZAREA SOFTWARE-ULUI ȘI SERVICIILOR iOS VA FI LIPSITĂ DE PROBLEME, CĂ FUNCȚIILE CONȚINUTE ÎN SAU SERVICIILE EXECUTATE DE SAU FURNIZATE PRIN SOFTWARE-UL iOS VOR CORESPUNDE CERINȚELOR DVS., CĂ OPERAREA SOFTWARE-ULUI ȘI SERVICIILOR iOS VA FI NEÎNTRERUPTĂ SAU LIPSITĂ DE ERORI, CĂ ORICE SERVICIU VA CONTINUA SĂ FIE PUS LA DISPOZIȚIE, CĂ DEFECTELE DIN SOFTWARE-UL SAU SERVICIILE iOS VOR FI CORECTATE, SAU CĂ SOFTWARE-UL iOS VA FI COMPATIBIL SAU VA FUNCȚIONA CU ORICE SOFTWARE, APLICAȚII SAU SERVICII ALE UNOR TERȚE PĂRȚI. INSTALAREA ACESTUI SOFTWARE iOS POATE AFECTA DISPONIBILITATEA ȘI UZABILITATEA SOFTWARE-ULUI PĂRȚII TERȚE, APLICAȚIILOR SAU SERVICIILOR UNOR PĂRȚI TERȚE, PRECUM ȘI ALE PRODUSELOR ȘI SERVICIILOR APPLE.

7.5    ÎN PLUS, RECUNOAȘTEȚI CĂ SOFTWARE-UL ȘI SERVICIILE iOS NU SUNT DESTINATE SAU ADECVATE PENTRU UTILIZAREA ÎN SITUAȚII SAU MEDII ÎN CARE DEFECTAREA SAU ÎNTÂRZIERILE SOFTWARE-ULUI SAU SERVICIILOR iOS, SAU ERORILE SAU INEXACTITĂȚILE DIN CONȚINUTUL, DATELE SAU INFORMAȚIILE FURNIZATE DE ACESTEA, AR PUTEA DUCE LA MOARTE, VĂTĂMARE PERSONALĂ SAU DAUNE IMPORTANTE FIZICE SAU DE MEDIU, INCLUZÂND FĂRĂ LIMITARE OPERAREA INSTALAȚIILOR NUCLEARE, SISTEMELOR DE NAVIGARE SAU DE COMUNICAȚII AERIENE, SISTEMELOR DE CONTROL AL TRAFICULUI AERIAN, APARATELOR DE MENȚINERE ARTIFICIALĂ A VIEȚII SAU A SISTEMELOR DE ARMAMENT.

7.6    NICIO INFORMAȚIE SAU RECOMANDARE COMUNICATĂ VERBAL SAU ÎN SCRIS DE CĂTRE APPLE SAU UN REPREZENTANT AUTORIZAT APPLE NU VA CONSTITUI O GARANȚIE. ÎN CAZUL ÎN CARE SOFTWARE-UL SAU SERVICIILE iOS SE VOR DOVEDI DEFECTUOASE, VĂ VEȚI ASUMA INTEGRAL SUPORTAREA COSTURILOR PENTRU TOATE DEPANĂRILE, REPARAȚIILE SAU CORECTURILE NECESARE. UNELE JURISDICȚII NU PERMIT EXCLUDEREA GARANȚIILOR IMPLICITE SAU LIMITĂRILE DREPTURILOR LEGALE APLICABILE ALE CONSUMATORULUI, AȘA ÎNCÂT ESTE POSIBIL CA EXCLUDERILE ȘI LIMITĂRILE DE MAI SUS SĂ NU SE APLICE ÎN CAZUL DVS.

**8. Limitarea răspunderi.** ÎN LIMITELE PERMISE DE LEGILE ÎN VIGOARE, APPLE, ASOCIAȚII, AGENȚII SAU DIRECTORII COMPANIEI NU VOR RĂSPUNDE ÎN NICIUN CAZ PENTRU VĂTĂMĂRI PERSONALE ȘI NICI PENTRU DAUNE INCIDENTALE, SPECIALE, INDIRECTE SAU SECUNDARE DE NICIUN FEL, INCLUSIV, DAR FĂRĂ A SE LIMITA LA, DAUNELE REZULTATE DIN PIERDERI DE PROFIT, CORUPEREA SAU PIERDEREA DATELOR, EȘECUL DE A TRANSMITE SAU DE A RECEPȚIONA ORICE DATE (INCLUSIV, DAR FĂRĂ A SE LIMITA LA, INSTRUCȚIUNI PENTRU CURSURI, SARCINI ȘI MATERIALE), ÎNTRERUPEREA ACTIVITĂȚII SAU ORICE ALTE DAUNE SAU PIERDERI COMERCIALE, REZULTATE DIN SAU AVÂND LEGĂTURĂ CU UTILIZAREA SAU INABILITATEA DE A UTILIZA SOFTWARE-UL ȘI SERVICIILE iOS SAU ORICE SOFTWARE ORI APLICAȚIE A UNOR TERȚE PĂRȚI ÎN LEGĂTURĂ CU SOFTWARE-UL SAU SERVICIILE iOS, INDIFERENT CARE AR FI CAUZA, FĂRĂ A ȚINE CONT DE TEORIA RĂSPUNDERII CIVILE (RĂSPUNDERE CONTRACTUALĂ, EXTRACONTRACTUALĂ SAU DE ALT FEL) ȘI CHIAR DACĂ APPLE A FOST PREVENITĂ ASUPRA POSIBILITĂȚII UNOR ASTFEL DE DAUNE. UNELE JURISDICȚII NU PERMIT EXCLUDEREA SAU LIMITAREA RĂSPUNDERII PENTRU VĂTĂMĂRI PERSONALE, SAU PENTRU DAUNE INCIDENTALE SAU CONSECUTIVE, AȘA ÎNCÂT ESTE POSIBIL CA ACESTE LIMITĂRI SĂ NU SE APLICE ÎN CAZUL DVS. Răspunderea totală din partea Apple pentru toate daunele dvs. (în afara celei pe care legislația în vigoare ar putea-o cere în cazurile implicând vătămarea personală) nu va depăși în nici o eventualitate suma de două sute cincizeci de dolari americani (250,00$). Limitările de mai sus se vor aplica inclusiv în cazul în care compensația menționată mai sus nu reușește să își realizeze scopul esențial.

**9. Certificatele digitale.** Software-ul iOS conține funcționalități care îi permit să accepte certificate digitale emise fie de către Apple, fie de către terțe părți. DVS. SUNTEȚI SINGURUL RESPONSABIL ÎN

PRIVINȚA DECIZIEI DE A AVEA SAU NU ÎNCREDERE ÎNTR-UN CERTIFICAT EMIS FIE DE CĂTRE APPLE, FIE DE CĂTRE O TERȚĂ PARTE. UTILIZAREA CERTIFICATELOR DIGITALE DE CĂTRE DVS. SE FACE PE PROPRIUL DVS. RISC. ÎN LIMITELE MAXIME PERMISE DE LEGILE ÎN VIGOARE, APPLE NU OFERĂ NICI UN FEL DE GARANȚII SAU DECLARAȚII, EXPLICITE SAU IMPLICITE, ASUPRA VANDABILITĂȚII SAU ADECVĂRII PENTRU UN ANUMIT SCOP, ACURATEȚEI, SECURITĂȚII SAU NEÎNCĂLCĂRII DREPTURILOR TERȚELOR PĂRȚI CU PRIVIRE LA CERTIFICATELE DIGITALE.

**10. Controlul exporturilor.** Nu puteți utiliza, exporta sau reexporta Software-ul iOS decât în conformitate cu legislația Statelor Unite ale Americii și cu legislația din jurisdicțiile de unde a fost obținut Software-ul iOS. În particular, dar fără limitare, Software-ul iOS nu poate fi exportat sau reexportat (a) în orice țări supuse unui embargo de către Statele Unite ale Americii (b) oricărei persoane aflate pe lista "Specially Designated Nationals" a Ministerului de Finanțe din Statele Unite ale Americii sau pe listele "Denied Person" sau "Denied Entity" ale Ministerului Comerțului din Statele Unite ale Americii sau pe orice alte liste de restricții. Prin utilizarea Software-ului iOS, dvs. declarați și garantați că nu vă aflați în nici una dintre aceste țări și pe nici una dintre aceste liste. De asemenea, sunteți de acord că nu veți utiliza Software-ul iOS în nici un scop interzis de legislația Statelor Unite ale Americii, incluzând, fără limitare, dezvoltarea, proiectarea, fabricarea sau producția de rachete, arme nucleare, chimice sau biologice.

**11. Utilizatorii finali din Guvernul Statelor Unite.** (Code of Federal Rules) §2.101, constând în "Commercial Computer Software" (software comercial) și "Commercial Computer Software Documentation" (documentație pentru software comercial), așa cum sunt definiți acești termeni în clauzele 48 C.F.R. §12.212 sau 48 C.F.R. §227.7202, după caz. În conformitate cu clauza 48 C.F.R. §12.212 sau 48 C.F.R. între §227.7202-1 și 227.7202-4, după caz, elementele "Commercial Computer Software" și "Commercial Computer Software Documentation" sunt licențiate utilizatorilor finali din Guvernul Statelor Unite (a) doar ca și "Commercial Items" și (b) doar acompaniate de aceleași drepturi garantate tuturor celorlalți utilizatori în conformitate cu condițiile generale aici incluse. Drepturile nepublicate sunt rezervate în virtutea legilor drepturilor de autor în vigoare în Statele unite ale Americii.

**12. Legea guvernantă și independența clauzelor.** Această Licență va fi guvernată și interpretată în conformitate cu legislația Statului California, cu excluderea principiilor sale privind conflictul de legi. Această Licență nu va fi guvernată de Convenția Națiunilor Unite asupra contractelor de vânzare internațională de mărfuri, a cărei aplicare este exclusă în mod expres. Dacă sunteți un consumator din Regatul Unit, această Licență va fi guvernată de legile corespunzătoare jurisdicției reședinței dvs.  Dacă, din orice motiv, o instanță a unei jurisdicții competente găsește orice prevedere a Licenței ca fiind inaplicabilă, în totalitate sau în parte, celelalte prevederi rămân în continuare aplicabile integral.

**13. Integralitatea acordului; Limba prevalentă.** Această Licență constituie integralitatea acordului între dumneavoastră și Apple cu privire la utilizarea Software-ului iOS și înlocuiește toate înțelegerile anterioare sau actuale asupra acestui subiect. Nici un amendament și nici o modificare pentru această Licență nu vor căpăta efect în afara cazului în care sunt scrise și semnate de către Apple. Orice traducere a acestei Licențe este realizată pentru necesități locale și, în eventualitatea unei contradicții între versiunea în limba engleză și versiunea într-o altă limbă, versiunea în limba engleză va prevala în măsura în care nu este interzis de către legislația locală din jurisdicția dvs.

**14. Recunoașterea terțelor părți.** Unele părți ale Software-ului iOS pot utiliza sau include software de la terțe părți și alte materiale protejate prin drepturi de autor. Recunoașterea, condițiile de licențiere și limitările răspunderii pentru asemenea materiale sunt conținute în documentația electronică pentru Software-ul iOS, și utilizarea acestor materiale este guvernată de condițiile de utilizare respective. Utilizarea Google Safe Browsing Service este sub incidența condițiilor de utilizare Google (https://www.google.com/intl/ro/policies/terms/) și a politicii de confidențialitate Google (https://www.google.com/intl/ro/policies/privacy/).

**15. Utilizarea MPEG-4; Mențiunea H.264/AVC.**
(a) Software-ul iOS este licențiat sub licența portofoliului de brevete MPEG-4 Systems pentru codare în conformitate cu standardul MPEG-4 Systems, cu excepția faptului că o licență suplimentară și plata de drepturi de autor sunt necesare pentru codarea în legătură cu (i) datele stocate sau reproduse pe suporturi fizice care sunt plătite individual pentru fiecare titlu și/sau (ii) datele care sunt plătite individual pentru fiecare titlu și sunt transmise către un utilizator final pentru stocare permanentă și/sau utilizare. O astfel de licență suplimentară poate fi obținută de la MPEG LA, LLC. Vizitați http://www.mpegla.com pentru detalii suplimentare.

(b) Software-ul iOS conține funcționalități de codificare și/sau decodificare video MPEG-4. Software-ul iOS este licențiat sub licența portofoliului de brevete MPEG-4 Visual pentru utilizare personală și necomercială din partea unui consumator pentru (i) codificarea de video în conformitate cu standardul MPEG-4 Visual ("video MPEG-4") și/sau (ii) decodificarea de video MPEG-4 care a fost codificat de un consumator angajat într-o activitate personală și necomercială și/sau a fost obținut de la un furnizor de video licențiat de MPEG LA pentru a furniza video MPEG-4. Nici o licență nu este acordată și nu trebuie considerată implicită pentru orice alt fel de utilizare. Informații suplimentare, inclusiv referitoare la utilizarea și licențierea în scopuri promoționale, interne și comerciale pot fi obținute de la MPEG LA, LLC. Consultați http://www.mpegla.com.

(c) Software-ul iOS conține funcționalitate de codificare și/sau decodificare AVC, utilizarea comercială a H.264/AVC necesită licențiere suplimentară și se aplică următoarele prevederi: FUNCȚIONALITATEA AVC DIN SOFTWARE-UL iOS ESTE LICENȚIATĂ AICI DOAR PENTRU UTILIZARE PERSONALĂ ȘI NECOMERCIALĂ DIN PARTEA UNUI CONSUMATOR PENTRU (i) CODIFICAREA DE VIDEO ÎN CONFORMITATE CU STANDARDUL AVC ("VIDEO AVC") ȘI/SAU (ii) DECODIFICAREA DE VIDEO AVC CARE A FOST CODIFICAT DE UN CONSUMATOR ANGAJAT ÎNTR-O ACTIVITATE PERSONALĂ ȘI NECOMERCIALĂ ȘI/SAU VIDEO AVC CARE A FOST OBȚINUT DE LA UN FURNIZOR DE VIDEO LICENȚIAT PENTRU A FURNIZA VIDEO. INFORMAȚII REFERITOARE LA ALTE UTILIZĂRI ȘI LICENȚIERI POT FI OBȚINUTE DE LA MPEG LA L.L.C. CONSULTAȚI http://www.mpegla.com.

**16. Restricțiile serviciului Yahoo Search.** Serviciul Yahoo Search disponibil prin intermediul Safari este licențiat pentru utilizare doar în următoarele țări și regiuni: Argentina, Aruba, Australia, Austria, Barbados, Belgia, Bermude, Brazilia, Bulgaria, Canada, Insulele Cayman, Chile, China, Columbia, Cipru, Republica Cehă, Danemarca, Republica Dominicană, Ecuador, El Salvador, Finlanda, Franța, Germania, Grecia, Grenada, Guatemala, Hong Kong, Ungaria, Islanda, India, Indonezia, Irlanda, Italia, Jamaica, Japonia, Letonia, Lituania, Luxemburg, Malaezia, Malta, Mexic, Olanda, Noua Zeelandă, Nicaragua, Norvegia, Panama, Peru, Filipine, Polonia, Portugalia, Puerto Rico, România, Singapore, Slovacia, Slovenia, Coreea de Sud, Spania, St. Lucia, St. Vincent, Suedia, Elveția, Taiwan, Thailanda, Bahamas, Trinidad și Tobago, Turcia, Marea Britanie, Uruguay, Statele Unite ale Americii și Venezuela.

**17.  Mențiunea Microsoft Exchange.** Configurarea de e-mail Microsoft Exchange din Software-ul iOS este licențiată doar pentru sincronizare "over the air" a informațiilor, precum e-mailuri, contacte, calendare și activități, între iOS-ul dvs. și Microsoft Exchange Server sau alt software tip server licențiat de Microsoft pentru a implementa protocolul Microsoft Exchange ActiveSync.

EA1520
22.09.2017

————————————

**Termene și condiții suplimentare pentru Apple Pay**

Termenele și condițiile suplimentare de față pentru Apple Pay (prezentele „Termene suplimentare") suplimentează Acordul de licență software iOS („Licența"); atât condițiile Licenței, cât și Termenele

suplimentare prezente care guvernează utilizarea funcționalității Apple Pay, care va fi considerată drept „Serviciu" în baza Licenței. Termenii scriși cu majuscule utilizați în aceste Termene suplimentare au sensul enunțat în Licență.

**1. Prezentare generală și restricții de utilizare**

Apple Pay vă permite:

- să stocați reprezentări virtuale ale unor carduri de credit, de debit și preplătite, inclusiv carduri de credit, de debit și preplătite ale magazinului și cardul Apple Pay Cash, care sunt compatibile cu funcționalitatea Apple Pay („Carduri de plată compatibile") și utilizează dispozitive iOS compatibile pentru a face plăți de la distanță în anumite locuri, în cadrul aplicațiilor sau pe site-uri web;
- să folosiți cardurile de fidelitate și cardurile cadou salvate în Wallet ("Carduri activate pentru Apple Pay" și, împreună cu Cardurile de plată compatibile, "Carduri compatibile"), să efectuați tranzacții la distanță cu carduri de fidelitate și carduri cadou în anumite magazine, ca parte a unei plăți la distanță cu ajutorul Apple Pay; și
- să trimiteți plăți directe între persoane altor utilizatori Apple Pay.

Este posibil ca funcționalitățile Apple Pay aparținând software-ului iOS să nu fie disponibile decât în anumite regiuni, cu anumiți emițători de carduri, cu anumite instituții financiare și cu anumiți comercianți. Este posibil ca funcționalitățile să varieze în funcție de regiune, emițător și comerciant.

Pentru a putea utiliza Apple Pay, trebuie să aveți un Card compatibil. Cardurile compatibile se pot modifica la anumite perioade. În plus, pentru a trimite sau primi plăți directe între persoane, trebuie să aveți un card Apple Pay Cash.

Cardurile de plată compatibile și plățile directe între persoane sunt asociate cu ID-ul Apple cu care v-ați autentificat la iCloud pentru a utiliza aceste funcționalități. Cardurile compatibile sunt disponibile numai persoanelor fizice având vârsta minimă de 13 ani și pot fi supuse unor restricții suplimentare de vârstă impuse de iCloud sau de Cardul compatibil pe care încercați să îl puneți la dispoziție. Cardul Apple Pay Cash și capacitatea de a trimite și primi plăți directe între persoane sunt disponibile doar persoanelor fizice cu vârsta de cel puțin 18 ani.

Apple Pay este concepută pentru a fi utilizată de dvs. și puteți furniza doar propriile carduri compatibile. Dacă puneți la dispoziție un card corporativ compatibil, se presupune că faceți acest lucru cu permisiunea angajatorului și sunteți împuternicit să acceptați aceste condiții de utilizare în numele angajatorului și toate tranzacțiile implicate de utilizarea acestei funcționalități. Dacă trimiteți sau primiți o plată directă între persoane, garantați că faceți acest lucru în scop personal, necomercial.

Sunteți de acord să nu utilizați Apple Pay în scopuri ilegale sau frauduloase ori alte scopuri interzise de Licență și de Termenele suplimentare de față. În plus, sunteți de acord să utilizați Apple Pay în conformitate cu legile și reglementările aplicabile. Sunteți de acord să nu vă implicați și să nu perturbați serviciul Apple Pay (inclusiv accesarea serviciului prin mijloace automatizate) sau a serverelor ori rețelelor conectate la serviciu sau orice politică, cerință sau reglementare privind rețelele conectate la serviciu (inclusiv orice acces, utilizare sau monitorizare neautorizată a datelor sau a traficului de date).

**2. Relația companiei Apple cu dvs.**

Apple Pay vă permite să creați o reprezentare virtuală a Cardurilor compatibile pe dispozitivul iOS compatibil. Cu toate acestea, Apple nu procesează plăți sau alte tranzacții cu carduri, altele decât carduri de plată (cum ar fi acumularea și valorificarea sumelor de fidelizare), nu primește, păstrează sau

transferă fondurile dvs. și nu are control asupra plăților, retururilor, rambursărilor, premilor, valorilor, reducerilor sau a altor activități comerciale care au legătură cu utilizarea acestei funcționalități.

Termenele posibilelor acorduri încheiate între posesorul cardului și emitentul cardului vor continua să guverneze modul în care utilizați Cardurile dvs. compatibile și modul în care le utilizează banca în legătură cu Apple Pay. În mod similar, participarea dvs. la orice programe comerciale de fidelizare sau de carduri cadou ale unui comerciant și utilizarea de către dvs. a Cardurilor activate pentru Apple Pay în legătură cu Apple Pay vor face obiectul termenelor și condițiilor comercianților în cauză.

Cardul Apple Pay Cash și capacitatea de a trimite și primi plăți directe între persoane sunt disponibile doar în Statele Unite, fiind servicii furnizate de Green Dot Bank, membră FDIC. Atunci când activați aceste funcționalități în Apple Pay, deschideți un cont la Green Dot Bank, iar atunci când trimiteți sau primiți o plată directă între persoane sau încărcați ori retrageți bani de pe cardul dvs. Apple Pay Cash, Green Dot Bank va fi responsabilă pentru primirea și trimiterea banilor către destinatarul vizat. Instituția financiară responsabilă pentru furnizarea Apple Pay Cash și a plăților directe între persoane în cadrul Apple Pay se poate schimba, iar utilizarea de către dvs. a acestor funcționalități face obiectul termenelor și condițiilor acesteia.

Nimic din Licență sau din aceste Termene suplimentare nu modifică termenele contractului cu orice deținător de card, utilizator sau comerciant, iar aceste termene vor continua să guverneze modul în care utilizați Cardul compatibil aplicabil sau funcționalitatea Apple Pay de plată directă între persoane și reprezentarea virtuală a acestora pe dispozitivul dvs. iOS. Sunteți de acord că Apple nu este parte contractuală în contractele dvs. de emitere a cardurilor încheiate cu comercianții și nu este responsabilă pentru: (a) conținutul, acuratețea sau indisponibilitatea cardurilor de plată, cardurilor de fidelitate, cardurilor cadou, activităților comerciale, tranzacțiilor sau achizițiilor la utilizarea funcționalității Apple Pay; (b) asigurarea creditului sau evaluarea eligibilității pentru credit; (c) acumularea sau valorificarea premiilor sau a valorii stocate din cadrul unui program de fidelizare al unui comerciant; (d) alimentarea sau reîncărcarea cardurilor preplătite; (e) trimiterea sau primirea de plăți directe între persoane; sau (f) încărcarea, valorificarea sau retragerea banilor de pe cardul dvs. Apple Pay Cash.

Contactați emitentul cardului sau comerciantul în cauză în legătură cu orice litigiu sau întrebare legată de cardurile de plată, cardurile de fidelitate, cardurile cadou sau activitățile comerciale asociate acestora. Pentru întrebări privind cardul Apple Pay Cash sau plățile directe între persoane, contactați Asistența Apple.

## 3. Confidențialitatea

Apple Pay necesită unele informații de pe dispozitivul dvs. iOS pentru a vă oferi toate funcțiile sale. În plus, atunci când utilizați cardul Apple Pay Cash sau trimiteți ori primiți plăți directe între persoane, sunt colectate și păstrate informații suplimentare despre tranzacțiile dvs. pentru furnizarea de servicii pentru contul dvs. și în scopuri de prevenire a fraudelor și de reglementare. Puteți obține mai multe informații despre datele colectate, utilizate sau partajate în cadrul utilizării de către dvs. a funcționalității Apple Pay, a cardului Apple Pay Cash sau a plăților directe între persoane cu Apple Pay consultând secțiunea Despre Apple Pay și confidențialitate (accesând Wallet și Apple Pay pe dispozitivul dvs. iOS sau în aplicația Watch de pe un dispozitiv iOS asociat) sau vizitând pagina https://www.apple.com/ privacy. Prin utilizarea acestor funcționalități, sunteți de acord și vă exprimați consimțământul asupra transmiterii, colectării, întreținerii, procesării și utilizării informațiilor susmenționate de către Apple, filialele și agenții Apple, pentru a furniza funcționalitatea Apple Pay.

## 4. Securitate; dispozitive pierdute sau defecte

Apple Pay stochează reprezentări virtuale ale Cardurilor dvs. compatibile și trebuie protejate la fel cum

vă protejaţi banii sau cardurile fizice de credit, de debit, preplătite, de fidelitate sau cadou. Dacă îi daţi codul de acces al dispozitivului dvs. unei părţi terţe sau permiteţi unei părţi terţe să-şi adauge amprenta pentru a utiliza Touch ID sau să activeze Face ID, aceasta poate să facă plăţi, să trimită, să solicite sau să primească plăţi directe între persoane, să retragă bani de pe cardul dvs. Apple Pay Cash sau să primească ori să valorifice premii sau credit folosind Apple Pay pe dispozitivul dvs. Sunteţi singurul responsabil pentru menţinerea securităţii dispozitivului dvs. şi a codului de acces. Sunteţi de acord că Apple nu este responsabilă dacă pierdeţi sau partajaţi accesul la dispozitivul dvs. Sunteţi de acord că Apple nu are nicio responsabilitate dacă faceţi modificări neautorizate iOS-ului (de exemplu, prin intermediul unui „jailbreak").

Poate fi necesar să activaţi măsuri de securitate suplimentare, cum ar fi autentificarea cu doi factori pentru ID-ul dvs. Apple, pentru a accesa anumite funcţionalităţi ale Apple Pay, inclusiv cardul Apple Pay Cash şi plăţile directe între persoane cu Apple Pay. Dacă eliminaţi ulterior funcţionalităţile de securitate respective, este posibil să nu mai aveţi acces la anumite funcţionalităţi ale Apple Pay.

Dacă dispozitivul dvs. este pierdut sau furat şi aveţi funcţionalitatea Găsire iPhone activată, o puteţi utiliza pentru a încerca să suspendaţi capacitatea de a plăti cu Carduri de plată compatibile virtuale sau de a trimite plăţi directe între persoane de pe dispozitivul respectiv trecându-l în modul Pierdut. De asemenea, puteţi să ştergeţi conţinutul dispozitivului, ceea ce ar suspenda capacitatea de a plăti cu Carduri de plată compatibile virtuale sau de a trimite plăţi directe între persoane de pe dispozitiv şi ar încerca să elimine cardurile activate pentru Apple Pay. În plus, ar trebui să contactaţi emitentul Cardurilor de plată compatibile, comerciantul care a emis cardurile activate pentru Apple Pay şi Apple în cazul cardului Apple Pay Cash pentru a împiedica accesul neautorizat la cardurile dvs. compatibile.

Dacă raportaţi sau Apple bănuieşte o activitate abuzivă sau frauduloasă, sunteţi de acord să cooperaţi cu Apple în orice investigaţie şi să utilizaţi măsurile de prevenire a fraudei pe care vi le recomandăm.

**5. Limitarea răspunderii**

PE LÂNGĂ LIMITĂRILE GARANŢIILOR ŞI ALE RĂSPUNDERII ENUNŢATE ÎN LICENŢĂ, APPLE NU ÎŞI ASUMĂ RĂSPUNDEREA PENTRU ACHIZIŢII, PLĂŢI, TRANZACŢII SAU ALTE ACTIVITĂŢI COMERCIALE FĂCUTE CU AJUTORUL FUNCŢIONALITĂŢII APPLE PAY ŞI SUNTEŢI DE ACORD SĂ UTILIZAŢI DOAR CONTRACTELE ŞI ACORDURILE CU EMITENTUL CARDULUI, REŢEAUA DE PLATĂ, INSTITUŢIILE FINANCIARE SAU COMERCIANTUL PENTRU A REZOLVA PROBLEMELE SAU LITIGIILE LEGATE DE CARDURILE DVS. COMPATIBILE, PLĂŢILE DIRECTE ÎNTRE PERSOANE ŞI ACTIVITĂŢILE COMERCIALE ASOCIATE ACESTORA.

— — — — — — — — — — —
**ÎNŞTIINŢĂRI DIN PARTEA APPLE**
În cazul în care Apple trebuie să vă contacteze în legătură cu produsul sau contul dvs., consimţiţi să recepţionaţi înştiinţările prin e-mail. Sunteţi de acord că orice asemenea înştiinţări pe care vi le trimitem electronic vor satisface orice cerinţe legale în privinţa comunicaţiilor.

**SLOVENSKY**

**UPOZORNENIE: POUŽÍVANÍM VÁŠHO iPADU, iPHONU ALEBO iPODU TOUCH („iOS ZARIADENIE")
SA ZAVÄZUJETE DODRŽIAVAŤ NASLEDOVNÉ ZMLUVNÉ PODMIENKY:**

**A.  APPLE iOS SOFTVÉROVÁ LICENČNÁ ZMLUVA**
**B.  DODATOČNÉ ZMLUVNÉ PODMIENKY PRE FUNKCIU APPLE PAY**
**C.  OZNAMY SPOLOČNOSTI APPLE**

**APPLE INC.**
**APPLE iOS SOFTVÉROVÁ LICENČNÁ ZMLUVA**
**Licenčná zmluva koncového používateľa**

**PROSÍM POZORNE SI PREČÍTAJTE TÚTO SOFTVÉROVÚ LICENČNÚ ZMLUVU („LICENCIU")
PREDTÝM, AKO ZAČNETE POUŽÍVAŤ VAŠE iOS ZARIADENIE, ALEBO NAŇ STAHOVAŤ
SOFTVÉROVÉ AKTUALIZÁCIE, NA KTORÉ SA TÁTO LICENCIA TIEŽ VZŤAHUJE. POUŽÍVANÍM iOS
ZARIADENIA ALEBO STAHOVANÍM SOFTVÉROVÝCH AKTUALIZÁCIÍ VYJADRUJETE SÚHLAS S
PODMIENKAMI UVEDENÝMI V TEJTO LICENCII. POKIAĽ NESÚHLASÍTE S PODMIENKAMI
UVEDENÝMI V TEJTO LICENCII, NEPOUŽÍVAJTE iOS ZARIADENIE ANI NESŤAHUJTE
SOFTVÉROVÉ AKTUALIZÁCIE.**

**AK STE SI NEDÁVNO ZAKÚPILI iOS ZARIADENIE A NESÚHLASÍTE S PODMIENKAMI UVEDENÝMI
V TEJTO LICENCII, MALI BY STE iOS ZARIADENIE VRÁTIŤ DO NAJBLIŽŠIEHO APPLE STORU
ALEBO AUTORIZOVANÉMU DISTRIBÚTOROVI, U KTORÉHO STE iOS ZARIADENIE KÚPILI, KDE
VÁM BUDÚ VRÁTENÉ PENIAZE V SÚLADE S PRAVIDLAMI APPLE TÝKAJÚCIMI SA VRÁTENIA
VÝROBKOV. TIETO PRAVIDLÁ NÁJDETE NA ADRESE https://www.apple.com/legal/
sales_policies/.**

**1. Všeobecné podmienky.**
(a) Softvér (vrátane kódu Boot ROM, vstavaného softvéru a softvéru tretích strán), dokumentácia,
rozhrania, obsah, písma a akékoľvek dáta dodávané s iOS zariadením („Pôvodný iOS softvér") vrátane
vylepšení jednotlivých funkcií, softvérových aktualizácií alebo softvéru na obnovenie systému
poskytovaného spoločnosťou Apple („Softvérové aktualizácie iOS"), či už v ROM pamäti alebo na iných
nosičoch v akejkoľvek podobe (Pôvodný iOS softvér a Softvérové aktualizácie iOS sa súhrnne označujú
ako „iOS softvér"), sú vám licencované, nie predané spoločnosťou Apple Inc. („Apple") len na použitie v
súlade s podmienkami uvedenými v tejto Licencii. Apple a jeho udeľovatelia licencií si ponechávajú
vlastníctvo samotného iOS softvéru a vyhradzujú si všetky práva, ktoré vám výslovne neboli udelené.
Súhlasíte s tým, že podmienky tejto Licencie sa budú vzťahovať na akúkoľvek aplikáciu od spoločnosti
Apple, ktorá môže byť vstavaná vo vašom iOS zariadení, okrem prípadov, keď má daná aplikácia vlastnú
licenciu. V týchto prípadoch súhlasíte s licenčnými podmienkami danej aplikácie.

(b) Spoločnosť Apple môže vydať ďalšie softvérové aktualizácie iOS. Softvérové aktualizácie iOS, ak
budú vydané, nemusia nevyhnutne obsahovať všetky existujúce softvérové funkcie, prípadne nové
funkcie, ktoré Apple vydá pre novšie alebo iné modely iOS zariadení. Podmienky uvedené v tejto licencii
sa vzťahujú na akékoľvek softvérové aktualizácie iOS poskytnuté spoločnosťou Apple, pokiaľ nie je k
softvérovej aktualizácii iOS priložená osobitná licencia. V takom prípade súhlasíte s tým, že používanie
iOS softvéru podlieha tejto priloženej licencii.

(c) Ak na nastavenie nového iOS zariadenia použijete svoje existujúce iOS zariadenie prostredníctvom
funkcie expresné nastavenie, súhlasíte s tým, že používanie iOS softvéru na vašom novom iOS zariadení
bude podliehať podmienkam uvedeným v tejto licencii, pokiaľ nie je k iOS softvéru priložená osobitná
licencia. V takom prípade súhlasíte s tým, že používanie daného iOS softvéru bude podliehať

podmienkam uvedeným v tejto osobitnej licencii.

**2. Práva a obmedzenia vyplývajúce z tejto licencie.**
(a) Podľa pravidiel a podmienok uvedených v tejto Licencii vám bola udelená obmedzená neexkluzívna licencia na používanie iOS softvéru na jednom iOS zariadení vyrobenom firmou Apple. S výnimkou prípadov uvedených v časti 2(b) a ak tak nie je uvedené osobitnú zmluve medzi vami a spoločnosťou Apple, neumožňuje táto licencia používanie iOS softvéru na viac ako jednom iOS zariadení značky Apple a šírenie alebo poskytovanie iOS softvéru prostredníctvom siete, na ktorej by mohol byť používaný viacerými zariadeniami naraz, je zakázané. Táto Licencia vás neoprávňuje využívať rozhrania patentované spoločnosťou Apple a iné intelektuálne duševné vlastníctvo pri navrhovaní, vývoji, výrobe, udeľovaní licencie alebo distribúcii zariadení a príslušenstva tretích strán alebo softvérových aplikácií tretích strán určených na používanie s iOS zariadeniami. Na niektoré tieto činnosti vás oprávňujú samostatné licencie poskytované spoločnosťou Apple. Pre viac informácií týkajúcich sa vývoja zariadení a príslušenstva tretích strán pre iOS zariadenia navštívte stránku https://developer.apple.com/programs/mfi/. Pre viac informácií týkajúcich sa vývoja softvérových aplikácií pre iOS zariadenia navštívte stránku https://developer.apple.com.

(b) Podľa pravidiel a podmienok uvedených v tejto Licencii vám bola udelená obmedzená neexkluzívna licencia na sťahovanie Softvérových aktualizácií iOS, ktoré Apple poskytne pre váš model iOS zariadenia na aktualizáciu alebo obnovenie softvéru na akomkoľvek iOS zariadení, ktoré vlastníte, alebo je pod vašou správou. Táto Licencia vám neumožňuje aktualizovať alebo obnovovať iOS zariadenie, ktoré nevlastníte alebo nespravujete, a zakazuje šírenie a poskytovanie Softvérových aktualizácií iOS prostredníctvom siete, na ktorej by mohli byť používané naraz viacerými zariadeniami alebo počítačmi. Ak si do svojho počítača stiahnete Softvérovú aktualizáciu iOS, môžete si pre potreby zálohovania vytvoriť jednu kópiu Softvérovej aktualizácie iOS uloženú vo vašom počítači v čitateľnom formáte pod podmienkou, že táto kópia bude obsahovať všetky autorské práva alebo iné upozornenia týkajúce sa vlastníckych práv, ktoré obsahuje aj originál.

(c) V rozsahu, v akom sú na vašom iOS zariadení v čase jeho zakúpenia predinštalované aplikácie od spoločnosti Apple z predajne App Store ("Predinštalované aplikácie"), sa budete musieť prihlásiť do predajne App Store a prepojiť tieto Predinštalované aplikácie so svojím účtom v predajni App Store, ak chcete tieto aplikácie používať na svojom iOS zariadení. Pri prepájaní jednej Predinštalovanej aplikácie so svojím účtom v predajni App Store súčasne automaticky prepojíte s účtom aj všetky ostatné Predinštalované aplikácie na svojom iOS zariadení. Ak sa rozhodnete prepojiť Predinštalované aplikácie so svojím účtom App Store, súhlasíte s tým, že spoločnosť Apple môže prenášať, zhromažďovať, udržiavať, spracovávať a používať Apple ID používané vaším účtom App Store a jedinečný hardvérový identifikátor získaný z vášho iOS zariadenia ako jedinečné identifikátory účtu za účelom overovania oprávnenosti vašich požiadaviek a poskytovania prístupu k Predinštalovaným aplikáciám prostredníctvom predajne App Store. Ak nechcete používať Predinštalované aplikácie, môžete ich zo svojho iOS zariadenia kedykoľvek vymazať.

(d) Nesmiete a súhlasíte s tým, že nebudete a rovnako, že neumožníte iným osobám kopírovať (s výnimkou prípadov jednoznačne uvedených v tejto Licencii), dekompilovať, aplikovať reverzné inžinierstvo, rozoberať, pokúšať sa získať zdrojový kód, dekódovať, upravovať ani vytvárať diela odvodené z iOS softvéru alebo akýchkoľvek služieb poskytovaných iOS softvérom ani z akejkoľvek ich časti (s výnimkou a len v rozsahu, v akom je ľubovoľné vyššie uvedené obmedzenie zakázané príslušným právom alebo licenčnými podmienkami vzťahujúcimi sa na používanie open-source súčastí, ktoré môžu byť súčasťou iOS softvéru).

(e) iOS softvér môže byť použitý na reprodukciu materiálov v prípade, že bude obmedzený na reprodukciu materiálov, ktoré nie sú chránené autorskými právami, materiálov, ktorých autorské práva vlastníte vy, alebo materiálov, ktoré ste oprávnený reprodukovať podľa zákona. Vlastnícke práva a práva

na duševné vlastníctvo vzťahujúce sa na ľubovoľný obsah zobrazený, uložený alebo získaný prostredníctvom vášho iOS zariadenia sú majetkom príslušného vlastníka daného obsahu. Takýto obsah môže byť chránený autorským právom alebo ďalšími zákonmi a dohodami na ochranu duševného vlastníctva a jeho používanie môže podliehať podmienkam používania tretej strany, ktorá obsah poskytuje. Pokiaľ sa tu neuvádza inak, táto Licencia vám neudeľuje žiadne práva na používanie takého obsahu, ani nezaručuje, že vám takýto obsah bude naďalej dostupný.

(f) Súhlasíte s tým, že budete používať iOS softvér a Služby (tak, ako sú definované v časti 5) v súlade so všetkými príslušnými zákonmi vrátane miestnych zákonov krajiny alebo oblasti, v ktorej bývate, alebo v ktorej sťahujete alebo používate iOS softvér a Služby. Funkcie iOS Softvéru a Služieb nemusia byť dostupné vo všetkých jazykoch alebo oblastiach, niektoré funkcie sa môžu líšiť podľa oblasti a niektoré môžu byť obmedzené alebo nedostupné u vášho poskytovateľa služby. Pre niektoré funkcie iOS Softvéru a Služieb sa vyžaduje pripojenie Wi-Fi alebo mobilné dátové pripojenie.

(g) Na používanie predajne App Store sa vyžaduje jedinečná kombinácia užívateľského mena a hesla nazývaná Apple ID. Apple ID sa vyžaduje aj na prístup k aktualizáciám aplikácií a určitým funkciám iOS Softvéru a Služieb.

(h) Beriete na vedomie, že množstvo funkcií, vstavaných aplikácií a Služieb iOS softvéru prenáša dáta, čo môže mať za následok zvýšenie poplatkov za prenos dát v mobilnej sieti, a že za takéto poplatky nesiete plnú zodpovednosť. Môžete si prezerať aplikácie a určiť, ktoré z nich majú povolenie používať mobilné dáta a v nastaveniach Mobilných dát si môžete zobraziť odhadované množstvo dát, ktoré spotrebovali dané aplikácie. Viac informácií nájdete v užívateľskej príručke vášho iOS zariadenia.

(i) Ak sa rozhodnete povoliť automatické aktualizácie aplikácií, vaše iOS zariadenie bude u spoločnosti Apple pravidelne zisťovať dostupnosť aktualizácií aplikácií na vašom zariadení. V prípade, že sa zistí dostupná aktualizácia, automaticky sa stiahne do vášho zariadenia a nainštaluje sa. Automatické aktualizácie aplikácií môžete kedykoľvek úplne vypnúť tak, že prejdete na Nastavenia, klepnete na položku iTunes a App Store a v časti Automatické sťahovanie vypnete aktualizácie.

(j) Používanie iOS zariadení môže za určitých okolností odvádzať vašu pozornosť a viesť k vzniku nebezpečných situácií (vyhýbajte sa napríklad písaniu textových správ počas vedenia vozidla alebo používaniu slúchadiel počas jazdy na bicykli). Používaním vášho iOS zariadenia súhlasíte s tým, že nesiete zodpovednosť za dodržiavanie pravidiel, ktoré zakazujú alebo obmedzujú používanie mobilných telefónov alebo slúchadiel (napríklad povinnosti používať hands-free sadu pri telefonovaní počas vedenia vozidla).

**3. Presun práv.** Je zakázané prenajímať, požičiavať, predávať, nanovo distribuovať alebo licencovať iOS softvér. Môžete však raz a natrvalo presunúť všetky vaše licenčné práva na iOS softvér ďalšej strane v spojitosti s prevodom vlastníctva vášho iOS zariadenia za nasledujúcich podmienok: (a) prevod musí zahŕňať vaše iOS zariadenie a všetok iOS softvér, vrátane všetkých jeho častí a tejto Licencie; (b) neponecháte si žiadnu kópiu iOS softvéru, celkovú ani čiastočnú, vrátane kópií uložených na počítači alebo inom pamäťovom zariadení; (c) druhá strana, ktorá od vás získa iOS softvér, si prečíta a vyjadrí súhlas s podmienkami uvedenými v tejto Licencii.

**4. Súhlas s použitím údajov.** Počas používania vášho iOS zariadenia je vaše telefónne číslo a určité jedinečné identifikátory vášho iOS zariadenia odosielané do Apple kvôli tomu, aby vás na vašom telefónnom čísle vedeli kontaktovať ostatní užívatelia prostredníctvom rôznych komunikačných funkcií iOS softvéru, ako je napríklad iMessage a FaceTime. Počas používania služby iMessage môže Apple na obmedzený čas uchovať vaše správy v zašifrovanej podobe s cieľom zabezpečenia ich doručenia. FaceTime alebo iMessage môžete vypnúť v nastaveniach FaceTime alebo Správ na svojom iOS zariadení. Niektoré funkcie, napríklad Analytika, Lokalizačné služby, Siri a Diktovanie, môžu na svoje

fungovanie vyžadovať informácie z vášho iOS zariadenia. Keď tieto funkcie zapnete alebo budete používať, budú poskytnuté podrobné informácie o údajoch odosielaných spoločnosti Apple a spôsobe ich používania. Ďalšie informácie nájdete na adrese https://www.apple.com/privacy/. S vašimi osobnými údajmi sa po celý čas bude zaobchádzať v súlade so Zásadami ochrany osobných údajov spoločnosti Apple, na ktoré odkazuje táto Licencia, a ktoré sú dostupné na adrese: https://www.apple.com/legal/privacy/.

**5. Služby a materiály tretích strán.**
(a) iOS softvér môže umožniť prístup do iTunes Store spoločnosti Apple, do App Store, iBooks Store, Game Center, iCloudu, služby Mapy a ďalších služieb a webových stránok spoločnosti Apple a tretích strán (súhrnne označované ako „Služby"). Tieto služby nemusia byť dostupné vo všetkých jazykoch alebo krajinách. Na používanie služieb je nutný prístup na internet a využívanie určitých Služieb vyžaduje Apple ID a niektoré Služby vyžadujú súhlas s dodatočnými podmienkami, prípadne môžu byť dodatočne spoplatnené. Používaním tohto softvéru v spojení s Apple ID alebo inou službou Apple súhlasíte s podmienkami príslušnej Služby, ako sú napríklad aktuálne podmienky a pravidlá používania mediálnych služieb spoločnosti Apple pre krajinu, v ktorej pristupujete k týmto Službám, ktoré sú dostupné na https://www.apple.com/legal/internet-services/itunes/ww/.

(b) Ak sa prihlásite do služby iCloud, niektoré funkcie iCloudu, ako napríklad iCloud Photo Library, My Photo Stream, iCloud Photo Sharing, Back Up alebo Find My iPhone, môžu byť dostupné priamo z iOS softvéru. Beriete na vedomie a súhlasíte s tým, že používanie iCloudu a týchto funkcií podlieha najnovším zmluvným podmienkam služby iCloud, ktoré sú dostupné na adrese: https://www.apple.com/legal/internet-services/icloud/ww/.

(c) <u>Obsah aplikácie News</u>. Používanie obsahu, ku ktorému pristupujete prostredníctvom aplikácie News, je obmedzené výlučne na osobné, nekomerčné použitie, neprenáša na vás žiadny vlastnícky podiel obsahu a výslovne a bez obmedzenia vylučuje všetky práva na komerčné alebo propagačné využívanie tohto obsahu. Navyše je opätovné zverejňovanie, prenášanie a reprodukovanie všetkých obrázkov dostupných prostredníctvom News ako samostatných súborov zakázané.

(d) <u>Mapy</u>. Mapové služby a funkcie iOS softvéru („Mapy") vrátane pokrytia mapovými dátami sa v jednotlivých oblastiach môžu líšiť. Pri použití ľubovoľných funkcií založených na polohe v Mapách, ako je napríklad podrobná navigácia, premávka alebo lokálne vyhľadávanie, môžu byť do Apple za účelom spracovania vašej žiadosti a pomoci s vylepšovaním Máp odoslané rôzne informácie týkajúce sa polohy a používania vrátane okamžitej geografickej polohy vášho iOS zariadenia. Tieto dáta týkajúce sa polohy a používania sú spoločnosťou Apple zhromažďované spôsobom, ktorý neumožňuje vašu osobnú identifikáciu. **Používaním Máp súhlasíte s tým, že spoločnosť Apple a jej dcérske spoločnosti a agenti môžu prenášať, zhromažďovať, spravovať, spracovávať a používať tieto informácie za účelom poskytovania a vylepšovania služby Mapy a jej funkcií a ďalších produktov a služieb spoločnosti Apple.** Spoločnosť Apple môže tiež tieto informácie poskytovať buď v agregovanom formáte, alebo vo formáte, ktorý neumožňuje identifikáciu konkrétnej osoby, svojim partnerom a držiteľom licencií s cieľom vylepšovania ich mapových a od pohlo závislých produktov a služieb. Funkcie Máp založené na polohe môžete zakázať tak, že prejdete do nastavenia lokalizačných služieb na svojom iOS zariadení a vypnete individuálne nastavenie polohy pre Mapy. Niektoré funkcie Máp, ako napríklad podrobná navigácia, však budú po zakázaní lokalizačných služieb nedostupné.

(e) <u>iBooks; Podcasty</u>. Ak sa rozhodnete používať funkciu synchronizácie aplikácií iBooks a Podcasty na synchronizáciu svojich záložiek, poznámok, zbierok a dát týkajúcich sa odoberaní podcastov medzi svojimi iOS zariadeniami a počítačmi, beriete na vedomie, že tieto dáta budú odosielané do Apple a uchovávané v spojení s Apple ID, ktoré používate pre iBooks Store alebo iTunes Store, za účelom synchronizácie týchto dát na vaše ostatné zariadenia a počítače, ktoré sú autorizované na pristupovanie k obsahu prostredníctvom daného Apple ID. Synchronizáciu môžete kedykoľvek vypnúť v Nastaveniach,

kde zmeníte možnosti synchronizácie pre aplikácie iBooks a Podcasty.

(f) Beriete na vedomie, že pri používaní Služieb sa môžete stretnúť s materiálmi, ktoré je možné považovať za urážlivé, nemravné alebo nevhodné, a ktoré môžu, ale nemusia obsahovať neformálny jazyk a že výsledky akéhokoľvek vyhľadávania alebo zadania URL môžu automaticky a neúmyselne odkázať na takéto nevhodné materiály. Napriek tomu súhlasíte s používaním Služieb na vašu vlastnú zodpovednosť a s tým, že spoločnosť Apple, jej dcérske spoločnosti, agenti, riadiaci pracovníci ani licencori nenesú zodpovednosť za obsah, ktorý je možné označiť ako urážlivý, nemravný alebo nevhodný.

(g) Niektoré Služby môžu zobrazovať, zahŕňať alebo sprístupňovať obsah, dáta, informácie, aplikácie alebo materiály tretích strán („Materiály tretích strán") alebo odkazovať na webové stránky tretích strán. Používaním Služieb beriete na vedomie a súhlasíte s tým, že spoločnosť Apple nie je zodpovedná za skúmanie a vyhodnocovanie obsahu, správnosti, úplnosti, aktuálnosti, platnosti, dodržiavania autorských práv, legálnosti, slušnosti, kvality a akýchkoľvek ďalších aspektov takýchto Materiálov tretích strán alebo webových stránok. Spoločnosť Apple, jej zamestnanci a dcérske spoločnosti nenesú voči vám žiadnu komukoľvek inému žiadnu zodpovednosť, nesúhlasia, ani nebudú súhlasiť s nesením zodpovednosti za Služby a Materiály tretích strán, webové stránky alebo akékoľvek ďalšie materiály, produkty alebo služby tretích strán. Materiály tretích strán a odkazy na iné webové stránky sú vám poskytované výhradne pre vaše vlastné pohodlie.

(h) Spoločnosť Apple ani žiaden z jej poskytovateľov obsahu nezaručujú dostupnosť, presnosť, úplnosť, spoľahlivosť alebo časovú aktuálnosť informácií týkajúcich sa cenných papierov, údajov o polohe alebo iných údajov zobrazených ktoroukoľvek Službou. Finančné informácie zobrazené akoukoľvek Službou je možné považovať len za všeobecné informácie a nie sú to odporúčania ako investovať. Predtým, ako uskutočníte akékoľvek transakcie s cennými papiermi na základe informácií získaných prostredníctvom Služieb, by ste sa mali poradiť s takým odborníkom na financie a cenné papiere, ktorý môže podľa zákona poskytovať tento druh informácií vo vašej krajine alebo oblasti. Údaje týkajúce sa polohy, získané prostredníctvom ktorejkoľvek Služby, vrátane služby Mapy spoločnosti Apple, sú určené len pre bežnú navigáciu a plánovanie a nie je možné spoliehať sa na ne v situáciách, ktoré vyžadujú presné určenie polohy a kde chybové, nepresné, časovo neaktuálne alebo neúplné informácie môžu viesť k smrti, zraneniu osôb alebo poškodeniu majetku a životného prostredia. Súhlasíte s tým, že výsledky prijaté v službe Mapy sa môžu odlišovať od aktuálnych podmienok na cestách alebo v teréne kvôli faktorom, ktoré môžu ovplyvniť presnosť dát služby Mapy, vrátane no nevynímajúc počasie, premávku a geopolitické udalosti. Pri používaní navigácie z dôvodu vlastnej bezpečnosti vždy venujte pozornosť dopravnému značeniu a aktuálnym podmienkam na ceste. Dodržiavajte zásady bezpečného šoférovania a dopravné predpisy a vezmite na vedomie, že na navigačných trasách pre peších sa nemusia vždy nachádzať chodníky alebo iné komunikácie pre chodcov.

(i) Ak sa rozhodnete odosielať obsah prostredníctvom Služieb, prehlasujete, že vlastníte všetky práva alebo ste autorizovaný alebo máte právo na jeho odosielanie takéhoto obsahu a že takýto obsah neporušuje žiadne zmluvné podmienky vzťahujúce sa na Služby. Súhlasíte s tým, že Služby obsahujú zákonom chránený obsah, informácie a materiály, ktoré vlastní spoločnosť Apple, vlastníci stránok a ich držitelia licencií, a že sú chránené príslušnými zákonmi na ochranu intelektuálneho duševného vlastníctva a ďalšími zákonmi vrátane (okrem iného) autorských práv. Súhlasíte s tým, že nebudete používať tento zákonom chránený obsah, informácie ani materiály žiadnym spôsobom s výnimkou toho, ktorý pripúšťa používanie Služieb, ani akýmkoľvek iným spôsobom, ktorý odporuje podmienkam uvedeným v tejto Licencii alebo ktorý narúša práva súvisiace s duševným vlastníctvom tretej strany alebo spoločnosti Apple. Žiadna časť Služieb nesmie byť reprodukovaná akýmkoľvek spôsobom v akejkoľvek podobe. Súhlasíte s tým, že nebudete upravovať, prenajímať, požičiavať, predávať, distribuovať ani vytvárať odvodené diela založené na Službách akýmkoľvek spôsobom a nebudete zneužívať Služby akýmkoľvek neoprávneným spôsobom vrátane prenosu vírusov, červov, trójskych koní

a podobného škodlivého softvéru a tiež vrátane neoprávneného prieniku alebo preťažovania kapacity siete. Ďalej súhlasíte s tým, že nebudete využívať Služby akýmkoľvek spôsobom na obťažovanie, urážanie, sledovanie, zastrašovanie, hanobenie ani na akékoľvek iné zasahovanie do práv inej strany a že spoločnosť Apple v žiadnom prípade nenesie zodpovednosť za takéto vaše používanie Služieb, ani za akékoľvek správy alebo prenosy, ktoré vám budú doručené pri používaní Služieb a ktorých obsah vás obťažuje, zastrašuje, hanobí, je pohoršujúci alebo nelegálny.

(j) Navyše Služby a Materiály tretích strán, ku ktorým môžete pristupovať alebo na ne odkazovať z iOS zariadenia, prípadne ich zobrazovať na iOS zariadení, nie sú dostupné vo všetkých krajinách, oblastiach alebo jazykoch. Spoločnosť Apple netvrdí, že takéto Služby a Materiály tretích strán sú vhodné alebo dostupné na používanie na akomkoľvek konkrétnom mieste. V rozsahu, v akom sa rozhodnete využívať a pristupovať k takýmto Službám a Materiálom tretích strán, tak robíte z vlastnej vôle a nesiete zodpovednosť v súlade s akýmikoľvek platnými zákonmi, vrátane (ale nielen) miestnych zákonov a zákonov týkajúcich sa súkromia a zhromažďovania dát. Pri zdieľaní alebo synchronizácii fotiek prostredníctvom vášho iOS zariadenia sa s vašimi fotkami môžu preniesť aj metadáta vrátane informácií o mieste a čase fotografovania a informácií o hĺbke fotografie. Prijímanie a uchovávanie takýchto metadát spoločnosťou Apple je súčasťou používania Služieb Apple (ako je iCloud Fotoknižnica) na zdieľanie alebo synchronizáciu fotiek. Spoločnosť Apple a držitelia licencií Apple si vyhradzujú právo zmeniť, pozastaviť, odstrániť alebo zablokovať prístup ku ktorejkoľvek Službe kedykoľvek a bez predchádzajúceho upozornenia. Spoločnosť Apple nebude za žiadnych okolností zodpovedná za odstránenie alebo zablokovanie prístupu k akýmkoľvek Službám. Spoločnosť Apple môže tiež kedykoľvek a bez predchádzajúceho upozornenia zaviesť obmedzenia vzťahujúce sa na používanie alebo pristupovanie k určitým Službám.

**6. Ukončenie.** Táto licencia je platná až do jej ukončenia. Práva, ktoré sú vám vyhradené touto licenciou, automaticky a bez upozornenia od spoločnosti Apple zanikajú, alebo inak prestávajú byť účinné v prípade, že porušíte ktorúkoľvek z podmienok uvedených v tejto Licencii. Po skončení platnosti tejto Licencie by ste mali zastaviť akékoľvek používanie iOS softvéru. Časti 4, 5, 6, 7, 8, 9, 12 a 13 pretrvávajú aj po akejkoľvek uvedenej forme zrušenia tejto Licencie.

**7. Zrieknutie sa záruk.**
7.1  Ak ste zákazník - spotrebiteľ (niekto, kto používa iOS softvér pre súkromné účely), je možné, že na základe práv a zákonov krajiny pobytu sa na vás nebudú vzťahovať nasledovné obmedzenia. Ak sa chcete dozvedieť viac o vašich právach, kontaktujte miestnu organizáciu, ktorá má na starosti poradenstvo pre spotrebiteľov.

7.2  TÝMTO VYJADRUJETE SVOJ VEDOMÝ SÚHLAS S TÝM, ŽE V ROZSAHU POVOLENOM PRÍSLUŠNÝMI ZÁKONMI JE POUŽÍVANIE iOS SOFTVÉRU A AKÝCHKOĽVEK SLUŽIEB, KTORÉ SÚ VYKONÁVANÉ iOS SOFTVÉROM ALEBO KU KTORÝM PROSTREDNÍCTVOM iOS SOFTVÉRU PRISTUPUJETE, NA VAŠE VLASTNÉ RIZIKO A ZODPOVEDNOSŤ ZA TIETO RIZIKÁ TÝKAJÚCE SA USPOKOJIVEJ KVALITY, VÝKONNOSTI, PRESNOSTI A VÝKONU JE NA VÁS.

7.3  iOS SOFTVÉR A SLUŽBY SÚ DO MAXIMÁLNEJ MIERY POVOLENEJ ZÁKONOM POSKYTOVANÉ „TAK AKO SÚ" A „AKO SÚ DOSTUPNÉ" SO VŠETKÝMI NEDOSTATKAMI A BEZ AKEJKOĽVEK ZÁRUKY. APPLE A JEJ POSKYTOVATELIA LICENCIÍ (PRE ÚČELY ČASTÍ 7 A 8 SÚHRNNE NAZÝVANÍ „APPLE") SA TÝMTO ZRIEKAJÚ VŠETKÝCH ZÁRUK A PODMIENOK TÝKAJÚCICH SA iOS SOFTVÉRU A JEHO SLUŽIEB, ČI UŽ PRIAMO VYJADRENÝCH, IMPLICITNÝCH ALEBO ZÁKONNÝCH, VRÁTANE, ALE NIELEN IMPLICITNÝCH ZÁRUK A/ALEBO PODMIENKY PREDAJNOSTI, USPOKOJIVOSTI KVALITY, VHODNOSTI PRE KONKRÉTNY ÚČEL POUŽITIA, PRESNOSTI, NERUŠENÉHO POUŽÍVANIA A NEPORUŠOVANIA PRÁV TRETÍCH STRÁN.

7.4  APPLE NERUČÍ ZA PRERUŠENIE VÁŠHO PÔŽITKU Z iOS SOFTVÉRU A JEHO SLUŽIEB, ANI ZA

TO, ŽE FUNKCIE, KTORÉ ZAHŔŇA, ALEBO SLUŽBY, KTORÉ VYKONÁVA ALEBO POSKYTUJE, BUDÚ SPĹŇAŤ VAŠE POŽIADAVKY. APPLE TIEŽ NERUČÍ ZA TO, ŽE CHOD iOS SOFTVÉRU A JEHO SLUŽIEB BUDE NIČÍM NEPRERUŠENÝ ALEBO BEZCHYBNÝ, ŽE AKÁKOĽVEK SLUŽBA BUDE POSKYTOVANÁ NEUSTÁLE, ŽE CHYBY V TOMTO iOS SOFTVÉRI ALEBO JEHO SLUŽBÁCH BUDÚ OPRAVENÉ, ANI ZA TO, ČI BUDE TENTO iOS SOFTVÉR KOMPATIBILNÝ ALEBO SPOLUPRACUJÚCI SO SOFTVÉROM, APLIKÁCIAMI ALEBO SLUŽBAMI TRETÍCH STRÁN. INŠTALÁCIA TOHTO iOS SOFTVÉRU MÔŽE OVPLYVNIŤ DOSTUPNOSŤ A POUŽITEĽNOSŤ SOFTVÉRU, APLIKÁCIÍ ALEBO SLUŽIEB TRETÍCH STRÁN, AKO AJ PRODUKTOV A SLUŽIEB SPOLOČNOSTI APPLE.

7.5    ĎALEJ SÚHLASÍTE S TÝM, ŽE iOS SOFTVÉR A JEHO SLUŽBY NIE SÚ URČENÉ ALEBO VHODNÉ NA POUŽITIE V SITUÁCIACH ALEBO PROSTREDÍ, V KTOROM ZLYHANIE, ČASOVÉ PRESTOJE, CHYBY ALEBO NEZROVNALOSTI V OBSAHU, DÁTACH ALEBO INFORMÁCIACH ČERPANÝCH Z iOS SOFTVÉRU ALEBO JEHO SLUŽIEB MÔŽU VIESŤ K SMRTI, OSOBNÉMU ZRANENIU ALEBO ŤAŽKÉMU FYZICKÉMU POŠKODENIU, ČI POŠKODENIU ŽIVOTNÉHO PROSTREDIA, BEZMEDZNE ZAHŔŇAJÚC OBSLUHOVANIE NUKLEÁRNYCH ZARIADENÍ, VZDUŠNEJ NAVIGÁCIE ALEBO KOMUNIKAČNÝCH SYSTÉMOV, RIADENIE VZDUŠNEJ PREVÁDZKY, SYSTÉMY PRE PODPORU ŽIVOTNÝCH FUNKCIÍ A SYSTÉMY RIADENIA ZBRANÍ.

7.6    ŽIADNA ÚSTNA ALEBO PÍSOMNÁ INFORMÁCIA, KTORÚ POSKYTNE SPOLOČNOSŤ APPLE ALEBO JEJ AUTORIZOVANÝ ZÁSTUPCA, NESLÚŽI AKO ZÁRUKA. AK SA UKÁŽE, ŽE SÚ iOS SOFTVÉR ALEBO JEHO SLUŽBY CHYBNÉ, CELKOVÉ NÁKLADY NA VŠETKU POTREBNÚ ÚDRŽBU, OPRAVY ALEBO NÁPRAVY SÚ VO VAŠEJ VLASTNEJ RÉŽII. VZHĽADOM NA TO, ŽE NIEKTORÉ PRÁVNE SYSTÉMY NEPOVOĽUJÚ VYŇATIE IMPLICITNÝCH ZÁRUK ALEBO OBMEDZENÍ NA UPLATNITEĽNÉ ZÁKONOM URČENÉ SPOTREBITEĽSKÉ PRÁVA, JE MOŽNÉ, ŽE SA NA VÁS VYŠŠIE UVEDENÉ VÝNIMKY A OBMEDZENIA NEVZŤAHUJÚ.

**8. Obmedzenie zodpovednosti.** AŽ DO ROZSAHU NEZAKÁZANÉHO PRÍSLUŠNÝM ZÁKONOM SPOLOČNOSŤ APPLE, JEJ DCÉRSKE SPOLOČNOSTI, AGENTI ANI RIADIACI PRACOVNÍCI NEZODPOVEDAJÚ ZA OSOBNÉ ZRANENIA ALEBO AKÉKOĽVEK NÁHODNÉ, ZVLÁŠTNE, NEPRIAME ALEBO AKÉKOĽVEK SÚVISIACE POŠKODENIA, BEZMEDZNE ZAHŔŇAJÚC POŠKODENIA KVÔLI STRATE ZISKOV, POŠKODENIE ALEBO STRATU DÁT, CHYBU PRI POSIELANÍ ALEBO PRIJÍMANÍ DÁT (VRÁTANE, OKREM INÉHO, INŠTRUKCIÍ PRE KURZY, ÚLOH A MATERIÁLOV), PRERUŠENIE OBCHODU ALEBO AKÉKOĽVEK ĎALŠIE OBCHODNÉ UJMY ALEBO STRATY VZNIKNUTÉ Z ALEBO VZŤAHUJÚCE SA NA VAŠE POUŽÍVANIE ALEBO VAŠU NESCHOPNOSŤ POUŽÍVAŤ iOS SOFTVÉR A JEHO SLUŽBY ALEBO AKÝKOĽVEK SOFTVÉR ALEBO APLIKÁCIE TRETÍCH STRÁN SPOJENÉ S iOS SOFTVÉROM ALEBO SLUŽBAMI SPÔSOBENÉ AKÝMKOĽVEK SPÔSOBOM A BEZ OHĽADU NA TEÓRIU O ZODPOVEDNOSTI (PROSTREDNÍCTVOM ZMLUVY, SPORU ALEBO INAK) A AJ V PRÍPADE, ŽE BOLA SPOLOČNOSŤ APPLE O TÝCHTO MOŽNÝCH UJMÁCH UPOVEDOMENÁ. VZHĽADOM NA TO, ŽE NIEKTORÉ PRÁVNE SYSTÉMY NEPOVOĽUJÚ VYLÚČENIE ALEBO OBMEDZENIE ZODPOVEDNOSTI ZA OSOBNÉ ZRANENIE ALEBO NÁHODNÉ ČI SÚVISIACE UJMY, JE MOŽNÉ, ŽE SA NA VÁS VYŠŠIE UVEDENÉ VÝNIMKY A OBMEDZENIA NEVZŤAHUJÚ. Výška odškodného v rámci zodpovednosti spoločnosti Apple voči vašim stratám (iná, než vyžadovaná uplatniteľným zákonom v prípadoch osobného zranenia) nemôže v žiadnom prípade presiahnuť dvestopäťdesiat dolárov (250,00 USD). Predchádzajúce obmedzenia platia aj v prípade, že vyššie uvedená náprava nesplní svoj pôvodný účel.

**9. Digitálne certifikáty.** iOS softvér zahŕňa funkcie, ktoré mu umožňujú prijímať digitálne certifikáty vydané či už spoločnosťou Apple, alebo tretími stranami. ZA ROZHODOVANIE O SPOĽAHLIVOSTI CERTIFIKÁTU, VYDANÉHO SPOLOČNOSŤOU APPLE ALEBO TREŤOU STRANOU, STE PLNE ZODPOVEDNÍ VY. DIGITÁLNE CERTIFIKÁTY POUŽÍVATE NA VLASTNÚ ZODPOVEDNOSŤ. SPOLOČNOSŤ APPLE NEPOSKYTUJE ŽIADNE ZÁRUKY, VYSLOVENÉ ANI IMPLICITNÉ, NA PREDAJNOSŤ ALEBO VHODNOSŤ PRODUKTU PRE KONKRÉTNE POUŽITIE, PRESNOSŤ,

BEZPEČNOSŤ A NEPORUŠOVANIE PRÁV TRETEJ STRANY VZHĽADOM NA DIGITÁLNE CERTIFIKÁTY.

**10. Kontrola exportu.** iOS Softvér nesmiete používať ani inak exportovať či reexportovať iným spôsobom, ako povoľuje zákon USA a zákony jurisdikcií, v ktorých bol iOS Softvér zaobstaraný. iOS Software sa, okrem iného, osobitne nesmie exportovať ani reexportovať (a) do ktorýchkoľvek krajín, na ktoré USA uvalili embargo, ani (b) žiadnej osobe uvedenej na zozname Specially Designated Nationals ministerstva financií USA alebo na zozname Denied Persons List alebo Entity List ministerstva obchodu USA, prípadne na akomkoľvek inom zozname zakázaných strán. Používaním iOS softvéru vyjadrujete a zaručujete sa, že sa nenachádzate v žiadnej z týchto krajín ani na žiadnom takomto zozname. Tiež sa zaväzujete, že nebudete iOS softvér používať na žiaden účel, ktorý by bol zakázaný zákonmi Spojených štátov amerických, čo zahŕňa predovšetkým, ale nielen vyvíjanie, navrhovanie, výrobu alebo produkciu riadených striel a nukleárnych, chemických alebo biologických zbraní.

**11. Koncoví užívatelia v štátnej správe.** iOS softvér a súvisiaca dokumentácia sú „komerčnými položkami", pričom tento pojem je definovaný v americkej Zbierke federálnych predpisov 48 C.F.R. §2.101 a pozostáva z „komerčného počítačového softvéru" a „dokumentácie ku komerčnému počítačovému softvéru", pričom tieto pojmy sa spomínajú v uvedenej Zbierke 48 C.F.R. §12.212 alebo 48 C.F.R. §227.7202, podľa príslušnosti. V súlade so Zbierkou federálnych predpisov 48 C.F.R. §12.212 alebo 48 C.F.R. §227.7202-1 až 227.7202-4, podľa príslušnosti, komerčný počítačový softvér a dokumentácia ku komerčnému počítačovému softvéru sú licencované americkým vládnym užívateľom (a) len ako komerčné položky a (b) len s tými právami, ktoré boli udelené všetkým ostatným bežným koncovým užívateľom v súlade s tu uvedenými zmluvnými podmienkami. Ešte nepublikované práva sú vyhradené podľa autorského práva Spojených štátov amerických.

**12. Kontrolné zákony a oddeliteľnosť.** Táto licencia bude spravovaná a vykladaná v súlade so zákonmi štátu Kalifornia s výnimkou konfliktu právnych princípov. Táto licencia by nemala byť riadená Dohodou Spojených národov o zmluvách o medzinárodnom predaji tovarov, ktorých aplikácia je jasne vylúčená. Ak ste spotrebiteľ s pobytom v Spojenom kráľovstve, bude táto licencia podliehať miestnym zákonom a jurisdikcii miesta vášho pobytu. Ak z akýchkoľvek príčin vznesie súd kompetentného právneho systému námietku neuplatniteľnosti akejkoľvek klauzuly, alebo prehlási jej časť za právne neúčinnú, zvyšok tejto Licencie zostáva v plnej platnosti a moci.

**13. Kompletná dohoda; úradný jazyk.** Táto licencia utvára celú dohodu medzi vami a spoločnosťou Apple vzťahujúcu sa na používanie iOS softvéru a nahrádza všetky predošlé a súčasné dohody, týkajúce sa tejto veci. Žiadne dodatky ani modifikácie tejto Licencie nebudú záväzné, pokiaľ nebudú v písomnej forme a podpísané spoločnosťou Apple. Preklad tejto licencie do akéhokoľvek jazyka vznikol na základe lokálnych požiadaviek a v prípade nezhody medzi anglickou a neanglickou verziou platí pôvodná anglická verzia v rozsahu, aký povoľujú miestne právne normy.

**14. Informácie o tretích stranách.** Časti iOS softvéru môžu používať alebo zahŕňať softvér tretích strán a iný materiál chránený autorskými právami. Informácie, licenčné podmienky a vzdanie sa nároku na takéto materiály sú obsiahnuté v elektronickej dokumentácii k iOS softvéru a vaše použitie takýchto materiálov podlieha ich vlastným zmluvným podmienkam. Použitie služby Google Safe Browsing Service podlieha servisným podmienkam Google (https://www.google.com/intl/sk/policies/terms/) a ochrane súkromia Google (https://www.google.com/intl/sk/policies/privacy/).

**15. Používanie formátu MPEG-4; poznámka o štandarde H.264/AVC.**
(a) iOS Softvér spadá pod licenciu MPEG-4 Systems Patent Portfolio Licence na kódovanie v súlade so štandardami systému MPEG-4 s výnimkou tých prípadov, keď je na kódovanie potrebná ďalšia licencia a platba za licenčné poplatky v súvislosti s (i) dátami uloženými alebo replikovanými na fyzických médiách, za ktoré sa platí na základe jednotlivých titulov alebo (ii) dátami, za ktoré sa platí na základe jednotlivých titulov a ktoré sa koncovému užívateľovi posielajú na trvalé uloženie alebo používanie.

Takúto dodatočnú licenciu je možné získať od spoločnosti MPEG LA, LLC. Ďalšie podrobnosti nájdete na webovej stránke http://www.mpegla.com.

(b) iOS Softvér obsahuje funkcie kódovania a/alebo dekódovania videa vo formáte MPEG-4. iOS softvér spadá pod licenciu MPEG-4 Visual Patent Portfolio Licence pre zákaznícke osobné a nekomerčné používanie (i) kódovania videa v súlade so štandardom MPEG-4 Visual Standard ("MPEG-4 Video") a/alebo (ii) dekódovania MPEG-4 videa, ktoré bolo zakódované užívateľom vykonávajúcim osobnú a nekomerčnú aktivitu a/alebo takého videa, ktoré bolo získané od poskytovateľa video obsahu viazaného licenciou MPEG LA na poskytovanie MPEG-4 videí. Pre žiadne iné použitie sa licencia nevydáva alebo nepovoľuje. Ďalšie informácie vrátane informácií, ktoré súvisia s propagačným, interným alebo komerčným použitím a s licencovaním, je možné získať od MPEG LA, LLC. Pozri http://www.mpegla.com.

(c) iOS softvér obsahuje funkcionalitu pre kódovanie a/alebo dekódovanie formátu AVC, komerčné používanie H.264/AVC vyžaduje ďalšie licencovanie a zároveň platí nasledujúce ustanovenie: FUNKČNOSŤ AVC V RÁMCI iOS SOFTVÉRU JE TU LICENCOVANÁ LEN PRE OSOBNÉ A NEKOMERČNÉ POUŽITIE ZÁKAZNÍKOM NA (i) KÓDOVANIE VIDEA V SÚLADE SO ŠTANDARDOM AVC („AVC VIDEO") A/ALEBO (ii) DEKÓDOVANIE VIDEA, KTORÉ BOLO ZAKÓDOVANÉ ZÁKAZNÍKOM VYKONÁVAJÚCIM OSOBNÉ A NEKOMERČNÉ AKTIVITY, A/ALEBO AVC VIDEA, KTORÉ BOLO ZÍSKANÉ OD LICENCOVANÉHO POSKYTOVATEĽA AVC VIDEÍ. INFORMÁCIE TÝKAJÚCE SA OSTATNÝCH POUŽITÍ A LICENCIÍ JE MOŽNÉ ZÍSKAŤ OD MPEG LA L.L.C. POZRI http://www.mpegla.com.

**16. Obmedzenia vyhľadávacej služby Yahoo.** Použitie vyhľadávacej služby Yahoo dostupnej cez program Safari je viazané licenciou len v nasledovných krajinách a regiónoch: Argentína, Aruba, Austrália, Rakúsko, Barbados, Belgicko, Bermudy, Brazília, Bulharsko, Kanada, Kajmanské ostrovy, Čile, Čína, Kolumbia, Cyprus, Česká republika, Dánsko, Dominikánska republika, Ekvádor, El Salvádor, Fínsko, Francúzsko, Nemecko, Grécko, Grenada, Guatemala, Hongkong, Maďarsko, Island, India, Indonézia, Írsko, Taliansko, Jamajka, Japonsko, Litva, Lotyšsko, Luxembursko, Malajzia, Malta, Mexiko, Holandsko, Nový Zéland, Nikaragua, Nórsko, Panama, Peru, Filipíny, Poľsko, Portugalsko, Portoriko, Rumunsko, Singapur, Slovenská republika, Slovinsko, Južná Kórea, Španielsko, Sv. Lucia, Sv. Vincent, Švédsko, Švajčiarsko, Taiwan, Thajsko, Bahamy, Trinidad a Tobago, Turecko, Spojené kráľovstvo, Uruguaj, Spojené štáty americké a Venezuela.

**17. Upozornenie ohľadom Microsoft Exchange.** Licencia Microsoft Exchange mailu v iOS softvéri je poskytovaná len na bezdrôtovú synchronizáciu dát, akými sú emaily, kontakty, kalendáre a úlohy, medzi vaším iOS a serverom Microsoft Exchange alebo iným serverovým softvérom licencovaným firmou Microsoft za účelom implementácie protokolu Microsoft Exchange ActiveSync.

EA1520
22.09.2017

— — — — — — — — — — — —
**Dodatočné podmienky a ustanovenia pre funkciu Apple Pay**

Tieto Dodatočné podmienky a ustanovenia pre funkciu Apple Pay (tieto „Dodatočné zmluvné podmienky") doplňajú iOS softvérovú licenčnú zmluvu („Licencia"). Vaše používanie funkcie Apple Pay (v rámci tejto licencie ďalej len „Funkcia") sa riadi podmienkami Licencie aj týmto Dodatočnými zmluvnými podmienkami. Pojmy uvedené v týchto Dodatočných zmluvných podmienkach so začiatočným veľkým písmenom majú významy stanovené v Licencii.

**1. Prehľad a obmedzenia používania**

Apple Pay vám umožňuje:

- ukladať virtuálne formy kreditných, debetných a predplatených kariet vrátane kreditných, debetných, predplatených kariet a hotovostných kariet Apple Pay, ktoré sú podporované funkciou Apple Pay („Podporované platobné karty") a používať podporované iOS zariadenia na uskutočňovanie bezkontaktných platieb na vybraných miestach alebo v rámci aplikácií či na webových stránkach.
- využívať vernostné karty a darčekové poukazy uložené v aplikácii Wallet („Karty podporované funkciou Apple Pay" a spoločne s Podporovanými platobnými kartami „Podporované karty") na uskutočňovanie bezkontaktných transakcií s vernostnými kartami a darčekovými poukazmi vo vybraných obchodoch v rámci bezkontaktnej platby prostredníctvom funkcie Apple Pay.
- odosielať platby osobné platby iným užívateľom služby Apple Pay.

Funkcie Apple Pay softvéru iOS môžu byť dostupné iba vo vybraných oblastiach, iba pre vybraných vydavateľov kariet, finančné inštitúcie a obchodníkov. Funkcie sa môžu líšiť v závislosti od oblasti, vydavateľa a predajcu.

Na používanie funkcie Apple Pay musíte mať podporovanú kartu. Podporované karty sa môžu z času na čas meniť. Okrem toho, ak chcete používať platby medzi osobami, musíte mať hotovostnú kartu Apple Pay.

Podporované platobné karty a platby medzi osobami sú za účelom využívania týchto funkcií spojené s účtom Apple ID prihláseným do iCloudu. Podporované karty sú k dispozícii len pre osoby vo veku 13 rokov a viac a na túto funkciu sa môžu vzťahovať ďalšie vekové obmedzenia zo strany iCloudu alebo Podporovanej karty, ktorú sa pokúsate použiť. Hotovostná karta Apple Pay a možnosť odosielať a prijímať platby medzi osobami sú k dispozícii iba pre užívateľov, ktorí majú minimálne 18 rokov.

Funkcia Apple Pay je určená pre vašu osobnú potrebu, pričom používať môžete iba svoje vlastné Podporované karty. Ak používate podporovanú firemnú kartu, vyhlasujete, že to robíte na základe povolenia svojho zamestnávateľa, a že máte oprávnenie zaviazať svojho zamestnávateľa k týmto podmienkam používania a k všetkým transakciám, na ktoré sa vzťahuje používanie tejto funkcie. Ak odosielate alebo prijímate platbu medzi osobami, vyhlasujete, že to robíte pre svoje osobné a nekomerčné použitie.

Súhlasíte s tým, že funkciu Apple Pay nebudete používať na nelegálne ani podvodné účely ani na žiadne iné účely, ktoré zakazuje Licencia a tieto Dodatočné zmluvné podmienky. Súhlasíte ďalej s tým, že funkciu Apple Pay budete používať v súlade s platnými zákonmi a predpismi. Súhlasíte s tým, že nebudete zasahovať ani narušať službu funkcie Apple Pay (vrátane prístupu k službe prostredníctvom akýchkoľvek automatizovaných prostriedkov), ani žiadne servery či siete pripojené k službe, ani žiadne zásady, požiadavky alebo smernice pre siete pripojené k službe (vrátane akéhokoľvek neoprávneného prístupu, používania alebo monitorovania dát alebo prenosov v týchto sieťach).

## 2. Vzťah spoločnosti Apple s vami

Funkcia Apple Pay vám umožňuje vytvárať virtuálne formy vašich Podporovaných kariet na vašom podporovanom iOS zariadení. Spoločnosť Apple však platby ani transakcie s neplatobnými kartami (ako je pripísanie alebo čerpanie kreditu), nespracúva ani neprijíma, nedrží ani netransferuje vaše finančné prostriedky a nemá ani žiadnu inú kontrolu nad platbami, vráteniami, refundáciami, odmenami, oceneniami, zľavami ani inými obchodnými aktivitami, ktoré súvisia s používaním tejto funkcie.

Používanie Podporovaných kariet a ich používanie v spojení s funkciou Apple Pay bude podliehať

zmluvným podmienkam, ktoré ste zrejme uzavreli s vydavateľom karty. Podobne bude aj účasť v ľubovoľnom vernostnom programe alebo programe darčekových poukazov a používanie Kariet podporujúcich Apple Pay v spojení s Apple Pay podliehať zmluvným podmienkam daného obchodníka.

Hotovostná karta Apple Pay a možnosť odosielať a prijímať platby medzi osobami sú k dispozícii iba v Spojených štátoch a sú to služby poskytované spoločnosťou Green Dot Bank, ktorá je členom FDIC. Keď zapnete tieto funkcie v rámci Apple Pay, otvárate si účet v banke Green Dot Bank a pri odosielaní a prijímaní platieb medzi osobami, alebo keď vkladáte alebo vyberáte peniaze zo svojej hotovostnej karty Apple Pay, Green Dot Bank bude zodpovedná za prijímanie alebo odosielanie peňažných prostriedkov danej osobe. Finančná inštitúcia zodpovedná za ponuku hotovostných platieb Apple Pay a platieb medzi osobami sa môže meniť a vaše používanie týchto funkcií podlieha príslušným zodpovedajúcim pravidlám a podmienkam.

Nič, čo je uvedené v Licencii alebo týchto Dodatočných zmluvných podmienkach, nemení podmienky akýchkoľvek zmlúv držiteľa karty, užívateľa alebo obchodníka, pričom takými podmienkami sa bude naďalej riadiť používanie príslušnej Podporovanej karty alebo platby medzi osobami a ich virtuálna forma na vašom iOS zariadení.  Súhlasíte s tým, že spoločnosť Apple nie je zmluvnou stranou vašich zmlúv držiteľa karty alebo obchodníka a že spoločnosť Apple nie je zodpovedná za (a) obsah, presnosť ani nedostupnosť akýchkoľvek platobných kariet, vernostných kariet, darčekových poukazov, komerčných aktivít, transakcií ani nákupov pri využívaní funkčnosti funkcie Apple Pay, (b) proces poskytovania kreditu či posudzovanie nároku naň, (c) pripisovanie alebo uplatňovanie odmien či uložené hodnoty v rámci programov obchodníkov, (d) financovanie či dobíjanie predplatených kariet, (e) odosielanie alebo prijímanie platieb medzi osobami ani (f) vkladanie, uplatňovanie alebo vyberanie peňažných prostriedkov z hotovostnej karty Apple Pay.

Vo veci akýchkoľvek sporov alebo otázok týkajúcich sa platobných kariet, vernostných kariet, darčekových poukazov alebo súvisiacich komerčných aktivít kontaktujte vydavateľa karty alebo príslušného obchodníka. Ohľadne otázok týkajúcich sa hotovostnej karty Apple Pay alebo platieb medzi osobami sa obráťte na Podporu spoločnosti Apple.

## 3. Ochrana osobných údajov

Funkcia Apple Pay vyžaduje pre správne fungovanie informácie z vášho iOS zariadenia. Okrem toho, keď používate svoju hotovostnú kartu Apple Pay, alebo keď odosielate alebo prijímate platby medzi osobami, zhromažďujú sa dodatočné informácie o vašich transakciách a tieto sa uchovávajú pre účely správy vášho účtu, prevencie pred podvodnými praktikami z dôvodu štátnej regulácie. Viac informácií o dátach, ktoré sú zhromažďované, používané alebo zdieľané počas používania Apple Pay, hotovostnej karty Apple Pay alebo platieb medzi osobami v službe Apple Pay nájdete v informáciách O Apple Pay a súkromí (ktoré nájdete v časti Wallet a Apple Pay na iOS zariadení alebo v aplikácii Watch na spárovanom iOS zariadení) alebo na stránke https://www.apple.com/privacy/. Používaním týchto funkcií vyjadrujete svoj súhlas s tým, že spoločnosť Apple, jej pobočky a zástupcovia môžu s cieľom poskytovania funkcií Apple Pay prenášať, zhromažďovať, spravovať, spracovávať a využívať všetky vyššie uvedené informácie.

## 4. Zabezpečenie; Stratené alebo deaktivované zariadenia

Funkcia Apple Pay uchováva virtuálne formy vašich Podporovaných kariet a je potrebné, aby bola chránená rovnako, ako chránite svoju hotovosť alebo svoje fyzické kreditné, debetné, predplatené, vernostné karty alebo darčekové poukazy. Poskytnutím hesla z vášho zariadenia tretej strane alebo umožnením tretej strane pridávať odtlačky prstov na používanie Touch ID alebo zapnutím Face ID môžete danej tretej strane umožniť vykonávanie platieb, posielanie, vyžiadanie alebo prijímanie platieb medzi osobami, vyberanie finančných prostriedkov z vašej hotovostnej karty Apple Pay alebo

pripisovanie a čerpanie odmien alebo kreditu prostredníctvom Apple Pay na vašom zariadení. Za zabezpečenie svojho zariadenia a hesla zodpovedáte výlučne vy. Súhlasíte s tým, že spoločnosť Apple nenesie žiadnu zodpovednosť za stratu vášho zariadenia ani za stratu prístupu k vášmu zariadeniu. Súhlasíte s tým, že spoločnosť Apple nenesie žiadnu zodpovednosť v prípade, že vykonáte nepovolené úpravy systému iOS (napríklad formou nazývanou „jailbreak").

Možno bude potrebné, aby ste zapli ďalšie bezpečnostné opatrenia, ako je napríklad dvojfaktorová autentifikácia pre vaše Apple ID, za účelom prístupu ku konkrétnym funkciám Apple Pay, vrátane hotovostných kariet Apple Pay a platbám medzi osobami pomocou Apple Pay. Ak následne tieto bezpečnostné funkcie odstránite, môže sa stať, že ku konkrétnym funkciám Apple Pay už nebudete mať prístup.

Ak svoje zariadenie stratíte alebo vám boli odcudzené, pričom máte zapnutú funkciu Nájsť môj iPhone, môžete sa pomocou nej pokúsiť pozastaviť možnosť platieb pomocou virtuálnych Podporovaných platobných kariet alebo možnosť odosielať platby medzi osobami na danom zariadení tým, že prepnete zariadenie do režimu Stratené. Svoje zariadenie môžete aj vymazať, pričom dôjde k pokusu o pozastavenie možnosti vykonávania platieb pomocou virtuálnych Podporovaných platobných kariet a platieb medzi osobami na vašom zariadení a pokusu o odstránenie Kariet podporovaných funkciou Apple Pay. Zároveň by ste mali kontaktovať vydavateľa vašich Podporovaných platobných kariet a obchodníka, ktorý vydal vaše Karty podporované funkciou Apple Pay, ako aj spoločnosť Apple v prípade, že ide o hotovostnú kartu Apple Pay a zamedzili tak neoprávnenému prístupu k vašim Podporovaným kartám.

Ak spoločnosti Apple nahlásite podvodnú alebo nepovolenú aktivitu, alebo ak má spoločnosť Apple podozrenie na takúto aktivitu, súhlasíte s tým, že budete so spoločnosťou Apple spolupracovať na akomkoľvek vyšetrovaní a že použijete všetky nami stanovené opatrenia na zamedzenie podvodom.

## 5. Obmedzenie zodpovednosti

S VÝNIMKOU ZRIEKNUTÍ SA ZÁRUK A OBMEDZENIA ZODPOVEDNOSTI UVEDENÉHO V LICENCII SPOLOČNOSŤ APPLE NENESIE ŽIADNU ZODPOVEDNOSŤ ZA NÁKUPY, PLATBY, TRANSAKCIE ANI INÉ KOMERČNÉ AKTIVITY REALIZOVANÉ POUŽITÍM FUNKCIE APPLE PAY, PRIČOM SÚHLASÍTE S TÝM, ŽE PRI RIEŠENÍ AKÝCHKOĽVEK OTÁZOK ALEBO SPOROV V SÚVISLOSTI SO SVOJIMI PODPOROVANÝMI KARTAMI, PLATBAMI MEDZI OSOBAMI A SÚVISIACIMI KOMERČNÝMI AKTIVITAMI SA BUDETE RIADIŤ VÝLUČNE ZMLUVAMI, KTORÉ MÔŽETE MAŤ UZATVORENÉ S VYDAVATEĽOM KARTY, S PLATBNOU SIEŤOU, FINANČNÝMI INŠTITÚCIAMI ALEBO S PREDAJCOM.

— — — — — — — — — —
## OZNAMY SPOLOČNOSTI APPLE
Ak vás spoločnosť Apple potrebuje kontaktovať ohľadom vášho produktu alebo účtu, budete oboznámení emailom. Týmto dávate svoj súhlas s tým, že akékoľvek z týchto oznamov, ktoré vám zašleme, budú v súlade s nárokmi na právoplatnú oprávnenú komunikáciu.

**УКРАЇНСЬКА**

**УВАГА: ВИКОРИСТОВУЮЧИ iPHONE, iPAD АБО iPOD TOUCH (ПРИСТРІЙ iOS), ВИ ПОГОДЖУЄТЕСЯ З НАСТУПНИМИ УМОВАМИ:**

**A.   ЛІЦЕНЗІЙНА УГОДА ПРО ВИКОРИСТАННЯ ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ APPLE iOS**
**B.   ДОДАТКОВІ ПОЛОЖЕННЯ ЩОДО ВИКОРИСТАННЯ ФУНКЦІЇ APPLE PAY**
**C.   ПОВІДОМЛЕННЯ КОМПАНІЇ APPLE**

**APPLE INC.**
**ЛІЦЕНЗІЙНА УГОДА ПРО ВИКОРИСТАННЯ ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ iOS**
**Ліцензія на одного користувача**

**БУДЬ ЛАСКА, УВАЖНО ОЗНАЙОМТЕСЯ З ЦІЄЮ ЛІЦЕНЗІЙНОЮ УГОДОЮ ("ЛІЦЕНЗІЯ") ПЕРЕД ВИКОРИСТАННЯМ ПРИСТРОЮ iOS АБО ЗАВАНТАЖЕННЯМ ОНОВЛЕННЯ ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ, ДО ЯКОГО ДОДАЄТЬСЯ ЦЯ УГОДА. ВИКОРИСТОВУЮЧИ ПРИСТРІЙ iOS АБО, ЗАЛЕЖНО ВІД СИТУАЦІЇ, ЗАВАНТАЖУЮЧИ ОНОВЛЕННЯ ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ, ВИ ПОГОДЖУЄТЕСЯ ДОТРИМУВАТИСЯ УМОВ ЦІЄЇ ЛІЦЕНЗІЇ. ЯКЩО ВИ НЕ ПОГОДЖУЄТЕСЯ З УМОВАМИ ЦІЄЇ ЛІЦЕНЗІЇ, НЕ ВИКОРИСТОВУЙТЕ ПРИСТРІЙ iOS ТА НЕ ЗАВАНТАЖУЙТЕ ПРОГРАМНЕ ЗАБЕЗПЕЧЕННЯ.**

**ЯКЩО ВИ НЕЩОДАВНО ПРИДБАЛИ ПРИСТРІЙ iOS, АЛЕ ВИ НЕ ПОГОДЖУЄТЕСЯ З УМОВАМИ ЦІЄЇ ЛІЦЕНЗІЇ, ВИ МОЖЕТЕ ПОВЕРНУТИ ПРИСТРІЙ iOS ПРОТЯГОМ ПЕРІОДУ ПОВЕРНЕННЯ В APPLE STORE АБО АВТОРИЗОВАНОМУ ДИСТРИБ'ЮТОРУ ЗА МІСЦЕМ ПРИДБАННЯ З ПОВЕРНЕННЯМ СПЛАЧЕНОЇ ВАМИ СУМИ ЗГІДНО ІЗ ПОЛІТИКОЮ КОМПАНІЇ APPLE З ПОВЕРНЕННЯ ПРОДУКЦІЇ, ЩО МІСТИТЬСЯ НА ВЕБ-САЙТІ https://www.apple.com/legal/sales_policies/.**

**1. Загальні положення.**
(a) Це програмне забезпечення (у тому числі, код завантажувального Boot ROM, вбудоване програмне забезпечення та програмне забезпечення сторонніх виробників), документація, інтерфейси, контент, шрифти та будь-які дані, що поставляються в комплекті з Пристроєм iOS ("Первісна Конфігурація Програмного Забезпечення iOS"), які можуть оновлюватися або замінюватися удосконаленими програмними можливостями, оновленнями програмного забезпечення або програмним забезпеченням для відновлення системи, що надаються компанією Apple ("Оновлення Програмного Забезпечення iOS"), які містяться у постійно-запам'ятовуючому пристрої, на будь-якому іншому носії інформації чи в будь-якій іншій формі (Первісна Конфігурація Програмного Забезпечення iOS і Оновлення Програмного Забезпечення iOS далі разом іменуватимуться "Програмне Забезпечення iOS") не продаються, а передаються Вам компанією Apple Inc. ("Apple") для використання виключно на умовах даної Ліцензії. Компанія Apple та ліцензіари компанії Apple зберігають за собою право власності на саме Програмне Забезпечення iOS та на всі прямо не надані Вам права. Ви погоджуєтеся з тим, що умови Ліцензії будуть застосовуватися до всіх програм марки Apple, які можуть бути вбудовані на Вашому Пристрої iOS, якщо тільки така програма не супроводжується окремою ліцензією, тоді ви погоджуєтеся, що її використання регулюється своєю ліцензією.

(b) Apple, на власний розсуд, може надавати доступ до майбутніх Оновлень Програмного Забезпечення iOS. Оновлення Програмного Забезпечення iOS, якщо такі є, необов'язково можуть містити всі існуючі функції програмного забезпечення або нові функції, які Apple випускає для новіших або інших моделей Пристроїв iOS. Умови цієї Ліцензії розповсюджуються на будь-які Оновлення Програмного Забезпечення iOS, які постачаються Apple, крім випадків, коли таке Оновлення Програмного Забезпечення iOS супроводжується окремою ліцензією, і ви

погоджуєтеся, що положення цієї ліцензії мають переважну силу.

(c) Якщо Ви використовуєте функцію швидкого налаштування, щоб налаштувати новий Пристрій iOS на основі Вашого наявного Пристрою iOS, Ви погоджуєтеся, що положення цієї Ліцензії регулюватимуть Ваше використання Програмного Забезпечення iOS на новому Пристрої iOS, якщо тільки це не супроводжується окремою ліцензією, у такому випадку Ви погоджуєтеся, що положення тієї ліцензії матиме переважну силу для Вашого використання цього Програмного забезпечення iOS.

**2. Дозволені Ліцензією види використання та обмеження.**
(a) Відповідно до положень та умов цієї Ліцензії, Вам надається обмежена неексклюзивна ліцензія на використання Програмного забезпечення iOS на одному Пристрої iOS марки Apple. Окрім випадків, дозволених нижче в пункті (b) розділу 2, і якщо це дозволено в окремій угоді між Вами та Apple, ця Ліцензія забороняє одночасне використання Програмного забезпечення iOS на більш ніж одному Пристрої iOS марки Apple, і Вам не дозволено розповсюджувати або надавати мережевий доступ до Програмного забезпечення iOS для одночасного його використання на кількох пристроях. Ця Ліцензія не надає Вам жодних прав на використання запатентованих інтерфейсів та іншої інтелектуальної власності компанії Apple у дизайні, при розробці, виготовленні, ліцензуванні або розповсюдженні пристроїв або аксесуарів третіх осіб, або програмного забезпечення третіх осіб, для використання з Пристроями iOS. Деякі із зазначених прав можуть надаватися за окремими ліцензіями компанії Apple. Більш детально інформацію про розробку пристроїв і аксесуарів третіх сторін, призначених для Пристроїв iOS, можна отримати на веб-сайті https://developer.apple.com/programs/mfi/. Більш детальну інформацію про розробку програмного забезпечення для Пристроїв iOS можна отримати на веб-сайті https://developer.apple.com.

(b) Відповідно до положень та умов цієї Ліцензії, Вам надається обмежена неексклюзивна ліцензія на завантаження Програмного забезпечення iOS, що може надаватися компанією Apple для Вашої моделі Пристрою iOS, з метою оновлення або відновлення програмного забезпечення на такому Пристрої iOS, яким Ви володієте або з яким працюєте. Ця Ліцензія не дозволяє Вам оновлювати або відновлювати будь-які Пристрої iOS, якими Ви не володієте або які не контролюються Вами, а також Ви не вправі розповсюджувати або надавати мережевий доступ до Оновлень Програмного Забезпечення iOS для одночасного їхнього використання кількома пристроями або кількома комп'ютерами. Якщо ви завантажуєте Оновлення Програмного Забезпечення iOS на свій комп'ютер, Ви можете виготовити лише одну резервну копію Оновлень Програмного Забезпечення iOS у формі, придатній для машинного зчитування, за умови, що у такій резервній копії будуть збережені повідомлення про авторські права та інші примітки правовласників, що містяться в оригіналі.

(c) У межах, в яких Apple попередньо встановила програми марки Apple з App Store на Вашому Пристрої iOS на момент його придбання («Попередньо встановлені програми»), Вам знадобиться увійти до App Store і пов'язати ці Попередньо встановлені програми з Вашим обліковим записом App Store, щоб ним можна було користуватися на Вашому Пристрої iOS. Коли ви пов'язуєте Попередньо встановлену програму зі своїм обліковим записом App Store, Ви одночасно автоматично пов'язуєте всі інші Попередньо встановлені програми на Вашому Пристрої iOS. Коли Ви вибираєте пов'язати Попередньо встановлені програми зі своїм обліковим записом App Store, Ви погоджуєтеся, що Apple може передавати, збирати, зберігати, обробляти й використовувати Apple ID, який використовується Вашим обліковим записом App Store, і унікальний ідентифікатор апаратного забезпечення, отриманий з Вашого Пристрою iOS, які є унікальними ідентифікаторами облікового запису для перевірки відповідності Вашого запиту та надання Вам доступу до Попередньо встановлених програм через App Store. Якщо Ви не хочете користуватися Попередньо встановленою програмою, Ви можете видалити її зі свого Пристрою iOS у будь-який

момент.

(d) Ви не маєте права копіювати (крім випадків, чітко передбачених цією Ліцензією), декомпілювати, здійснювати втручання в програме забезпечення для його розшифрування, розпаковувати, намагатися розкрити початковий код, декодувати, змінювати або створювати похідні твори на основі Програмного Забезпечення iOS чи будь-яких сервісів, що надаються Програмним забезпеченням iOS, чи будь-якої їхньої частини (крім випадків, коли будь-яке з наведених вище обмежень забороняється чинним законодавством, а також крім випадків, коли такі дії дозволені ліцензійними умовами, які регулюють використання компонентів з відкритим кодом, що може бути включено в Програмне Забезпечення iOS), а також погоджуєтеся з даними умовами і зобов'язуєтеся не допускати здійснення вказаних дій іншими особами.

(e) Програмне забезпечення iOS може використовуватися лише для відтворення матеріалів, не захищених авторським правом, матеріалів, на які Ви маєте авторське право, або тих матеріалів, на відтворення яких Ви отримали право або маєте законний дозвіл. Права власності й інтелектуальної власності на будь-який вміст, відображений за допомогою Пристрою iOS, збережений на ньому, або до якого отримано доступ через нього, належать відповідним власникам цього вмісту. Такий вміст може бути захищений законом про авторське право чи іншими законами та угодами щодо інтелектуальної власності, і на нього можуть розповсюджуватися умови щодо використання, які встановлені стороннім розробником, що надає цей вміст. Окрім випадків, що можуть бути чітко передбачені цим документом, ця Ліцензія не надає Вам жодних прав на використання такого вмісту й не гарантує, що Ви й надалі будете мати доступ до цього вмісту.

(f) Ви погоджуєтеся використовувати Програмне забезпечення iOS та Послуги (як це передбачено в розділі 5) відповідно до всіх чинних законів включно з місцевими законами країни або регіону, в якому Ви мешкаєте або в якому Ви завантажуєте чи використовуєте Програмне забезпечення iOS та Послуги. Функції Програмного Забезпечення iOS та Послуг можуть бути доступні не для всіх мов та регіонів, деякі функції можуть різнитися залежно від регіону, а деякі можуть бути обмежені або недоступні залежно від постачальника послуг. Для деяких функцій Програмного забезпечення iOS та Послуг, потрібно підключення до мережі Wi-Fi або стільникової мережі передавання даних.

(g) Використання App Store вимагає унікальну комбінацію імені користувача та пароля, яка називається Apple ID. Apple ID також потрібен для доступу до оновлень програм та певних функцій Програмного забезпечення iOS та Послуг.

(h) Ви визнаєте, що багато функцій, вбудованих програм і Послуг Програмного забезпечення iOS передають дані, за що можуть стягуватися платежі згідно з Вашим тарифним планом передавання даних, та що Ви несете відповідальність за такі платежі. Ви можете переглядати і надавати дозвіл програмам на підключення до стільникової мережі передавання даних або переглядати приблизний об'єм даних, переданий програмами, у налаштуваннях стільникової мережі передавання даних. Для отримання додаткових відомостей див. Посібник користувача для свого Пристрою iOS.

(i) Якщо функцію автоматичного оновлення програм увімкнено, Ваш Пристрій iOS буде періодично перевіряти на ресурсах Apple наявність оновлень програм на пристрої, і за наявності оновлення воно автоматично завантажується та встановлюється на Ваш пристрій. У будь-який момент Ви можете вимкнути всі автоматичні оновлення програм. Для цього треба перейти в «Параметри», торкнути «iTunes & App Store» і вимкнути «Оновлення» в розділі «Автоматичні завантаження».

(j) Використання Пристрою iOS за певних обставин може відволікти Вас та призвести до

небезпечної ситуації (наприклад, не друкуйте текстові повідомлення під час керування автомобілем або не використовуйте навушники під час поїздки на велосипеді). Використовуючи Пристрій iOS, Ви погоджуєтеся, що несете відповідальність за дотримання правил, що забороняють або обмежують використання мобільних телефонів або навушників (наприклад, вимога використовувати приладдя для режиму «вільні руки» для здійснення дзвінків під час керування автомобілем).

**3. Передача прав.** Ви не маєте права брати або передавати в оренду, передавати в тимчасове користування, продавати, здійснювати редистрибуцію або надавати субліцензію на Програмне Забезпечення iOS. Проте, Ви вправі здійснити одноразову незворотну передачу всіх належних Вам ліцензійних прав на Програмне забезпечення iOS іншій особі у зв'язку із передачею права власності на Ваш Пристрій iOS, за умови, що (a) передача прав повинна включати передачу Вашого Пристрою iOS та все Програмне Забезпечення iOS, у тому числі, всі складові та цю Ліцензію; (b) у Вас не залишатиметься жодних повних або часткових копій Програмного Забезпечення iOS, у тому числі, копій, які зберігаються на комп'ютері або в іншому пристрої для зберігання даних; та (c) особа, яка одержує Програмне Забезпечення iOS, ознайомиться і погодиться дотримуватися умов цієї Ліцензії.

**4. Згода на використання даних.** Під час використання пристрою Ваш номер телефону і певні унікальні ідентифікатори Вашого Пристрою iOS надсилаються компанії Apple, щоб дозволити іншим користувачам зв'язатися з Вами за Вашим номером телефону під час використання різних функцій зв'язку Програмного забезпечення iOS, таких як iMessage і FaceTime. Під час використання iMessage компанія Apple може зберігати Ваші повідомлення у шифрованій формі протягом обмеженого періоду часу для забезпечення їх доставки. Ви можете вимкнути послугу FaceTime або iMessage, відкривши FaceTime або Повідомлення на Вашому Пристрої iOS. Певні функції, такі як «Аналітика», «Служби локації», «Siri» та «Диктування», можуть вимагати відомості з Вашого Пристрою iOS для надання відповідних функцій. Якщо увімкнути ці функції або скористатися ними, Вам буде надано опис того, які відомості надсилаються компанії Apple і як вони можуть використовуватися. Щоб дізнатися більше, відвідайте веб-сайт https://www.apple.com/privacy/. Ваша інформація завжди оброблятиметься відповідно до Політики конфіденційності Apple, яку включено за допомогою посилання в цю Ліцензію та яку можна переглянути за адресою: https://www.apple.com/legal/privacy/.

**5. Послуги та матеріали сторонніх виробників**
(a) Програмне Забезпечення iOS може надавати можливість отримати доступ до Інтернет-магазину iTunes Store компанії Apple, App Store, iBooks Store, Game Center, iCloud, Карт та інших сервісів і веб-сайтів, що надаються компанією Apple і третіми особами (які далі разом і окремо іменуватимуться "Послуги"). Такі Послуги можуть бути недоступними на всіх мовах або в усіх регіонах. Користування Послугами потребує наявності доступу до мережі Інтернет, а для користування певними Послугами може знадобитися Apple ID та Ваша згода на додаткові умови надання послуг, а також може передбачати додаткові платежі. Використовуючи це програмне забезпечення у зв'язку з Apple ID або іншою Послугою Apple, Ви погоджуєтеся з відповідними умовами та положеннями такої Послуги, наприклад, останньою версією Умов та положень надання послуг iTunes Store, останньою версією Умов та положень надання послуг Медійних сервісів Apple у країні, де здійснюється доступ до таких Послуг, з якими можна ознайомитися на веб-сторінці https://www.apple.com/legal/internet-services/itunes/ww/.

(b) Якщо ви зареєструвалися в iCloud, до певних функцій iCloud, наприклад «iCloud Photo Library», «My Photo Stream», «iCloud Photo Sharing», «Back Up» і «Find My iPhone», можна отримати доступ безпосередньо з Пристрою iOS. Ви визнаєте та погоджуєтесь, що Ваше користування iCloud і цими функціями регулюються останньою версією умов та положень послуги iCloud, яку можна переглянути за адресою: https://www.apple.com/legal/internet-services/icloud/ww/.

(c) <u>Вміст програми News</u>. Ваше користування вмістом, доступ до якого здійснюється через програму News, обмежене особистим некомерційним користуванням і не передає вам жодних прав володіння щодо вмісту, а також виключає будь-які комерційні або рекламні права використання для такого вмісту без жодних обмежень. Крім того, вам заборонена повторна публікація, передача та відтворення будь-яких зображень, доступ до яких здійснюється через програму News, як окремих файлів.

(d) <u>Карти</u>. Послуга карт та функції Програмного забезпечення iOS («Карти»), у тому числі покриття даних карт, можуть відрізнятися залежно від регіону. Під час використання функцій визначення місцезнаходження в Картах, наприклад навігації із зазначенням зворотів, дорожнього руху та локального пошуку, різна інформація про послуги на основі місцезнаходження та використання (включно з даними про географічне місцезнаходження Вашого пристрою iOS в режимі реального часу) може надсилатися у компанію Apple для обробки Вашого запиту та вдосконалення Карт. Такі дані про місцезнаходження та використання збираються компанією Apple у формі, що не ідентифікує Вашу особу. **Використовуючи Карти, Ви погоджуєтеся на передавання, збирання, обслуговування, опрацювання та використання компанією Apple, її дочірніми підприємствами та агентами цієї інформації для надання та вдосконалення функцій Карт та інших продуктів і послуг Apple.** Компанія Apple також може надавати цю інформацію або у зведеній формі, або у формі, за якою не можна визначити особу, своїм партнерам та ліцензіарам з метою покращення карт та продуктів і послуг, що залежать від розташування. Ви можете вимкнути функцію використання даних про місцезнаходження в службі Карти; для цього відкрийте на своєму Пристрої iOS Службу локації та вимкніть функцію визначення місцезнаходження користувача для Карт. Якщо Ви вимкнете параметр Служби локації, певні функції Карт будуть недоступні, наприклад навігація з зазначенням зворотів.

(e) <u>iBooks; Подкасти</u>. У разі вибору функції синхронізації програм iBooks та Подкасти для синхронізації закладок, нотаток, колекцій та даних підписки на подкасти між усіма Пристроями iOS та комп'ютерами Ви визначаєте, що такі дані надсилатимуться компанії Apple і зберігатимуться зі збереженням зв'язку з Apple ID, який використовується для доступу до iBooks Store або iTunes Store, з метою синхронізації даних з іншими пристроями та комп'ютерами, які налаштовано для здійснення доступу до вмісту через Ваш Apple ID. Ви можете в будь-який момент вимкнути синхронізацію, відкривши «Параметри» і змінивши опції синхронізації для програм iBooks і Подкасти відповідно.

(f) Ви усвідомлюєте, що в процесі користування будь-якими Послугами Вам можуть зустрітися матеріали, які вважаються образливими, непристойними або неприйнятними, в яких, як це можна або не можна визначити, зустрічається нецензурна мова, та що будь-який пошук або введення певної URL-адреси може призвести до автоматичного і ненавмисного генерування посилань на матеріали неприйнятного змісту. Однак, Ви погоджуєтеся, що користування Послугами здійснюватиметься Вами на свій власний ризик, і що компанія Apple, її філії, агенти, керівники або ліцензіари не нестимуть перед Вами відповідальності за матеріали, які можуть бути розцінені як образливі, непристойні або неприйнятні.

(g) Певні Послуги передбачають показ, включають або забезпечують можливість доступу до контенту, даних, інформації, програмних продуктів або матеріалів третіх осіб ("Матеріали Третіх Осіб") або генерування посилань на веб-сторінки певних третіх осіб. Користуючись цими Послугами, Ви визнаєте і погоджуєтеся з тим, що компанія Apple не приймає на себе зобов'язань з вивчення або оцінки змісту, точності, повноти, актуальності, правомірності, дотримання авторських прав, законності, пристойності, якості чи будь-яких інших аспектів таких Матеріалів Третіх Осіб або веб-сайтів. Компанія Apple, її працівники, афілійовані особи та дочірні підприємства не гарантують і не рекомендують, а також не приймають на себе і не нестимуть

перед Вами чи будь-якою іншою особою жодної відповідальності за будь-які Послуги третіх осіб, Матеріали Третіх Осіб або їхні веб-сайти, а також за будь-які інші матеріали, продукти або послуги третіх осіб. Матеріали третіх осіб та посилання на інші веб-сайти надаються виключно для Вашої зручності.

(h) Ані Apple, ані її постачальники вмісту не гарантують доступності, точності, повноти, надійності або актуальності інформації про цінні папери, даних про розташування або будь-якої іншої інформації, представленої за допомогою будь-яких Послуг. Фінансова інформація, яка відображається за допомогою використання будь-яких Послуг, надається винятково для ознайомлення і не має розцінюватися як рекомендація з інвестування. Перед здійсненням будь-якої операції з цінними паперами на основі інформації, одержаної за допомогою Послуг, Вам слід проконсультуватися з фахівцем у фінансовій сфері або по роботі з цінними паперами, який має законні права надавати консультації з фінансових питань або щодо цінних паперів. Дані про місцезнаходження, що надаються при користуванні будь-якими Послугами, включаючи послуги служби Карти Apple, надаються лише для приблизного визначення місцезнаходження та планування, а не для ситуацій, коли існує необхідність у точних даних про місцезнаходження, або ситуацій, коли помилкова, неточна, сповільнена або неповна інформація про місцезнаходження може призвести до летальних наслідків, заподіяння травм, шкоди майну або навколишньому середовищу. Ви погоджуєтесь з тим, що результати, отримані від служби Карти, можуть відрізнятися в залежно від обраної дороги або рельєфу місцевості через фактори, що впливають на точність даних служби Карти, зокрема погодних умов, стану доріг та дорожнього руху або геополітичних подій. Задля Вашої безпеки при використанні функції навігації завжди звертайте увагу на встановлені дорожні знаки та поточний стан дороги. Дотримуйтесь правил дорожнього руху та рекомендацій щодо безпечного управління автомобілем, а також майте на увазі, що у пішохідному маршруті можуть не вказуватися тротуари або пішохідні доріжки.

(i) Коли Ви передаєте будь-які матеріали за допомогою Послуг, Ви визнаєте, що володієте всіма правами, отримали доручення або маєте будь-який інший законний дозвіл на передавання такого матеріалу і цей матеріал не порушує будь-які умови надання послуг, що застосовуються для цих Послуг. Ви погоджуєтеся, що Послуги містять контент, інформацію та матеріали, що є власністю компанії Apple, власника сайту або їх ліцензіарів, і які захищені законами про права інтелектуальної власності та іншими законами, у тому числі, зокрема, законом про авторське право. Ви погоджуєтеся, що Ви жодним чином не використовуватимете такий контент, інформацію та матеріали, окрім як в рамках дозволеного користування Послугами або у спосіб, що не відповідає умовам цієї Ліцензії або порушує будь-які права на інтелектуальну власність третіх осіб чи компанії Apple Забороняється у будь-якій формі чи в будь-який спосіб відтворювати будь-яку частину Послуг. Ви погоджуєтеся не змінювати, не передавати і не брати в оренду, не продавати, не розповсюджувати та жодним чином не створювати похідні продукти на основі Послуг, а також Ви не маєте права використовувати Послуги у будь-який недозволений спосіб, у тому числі, зокрема, використовувати Послуги для передавання будь-яких комп'ютерних вірусів, хробаків, троянських коней або іншого шкідливого програмного забезпечення, чи у спосіб, що призводить до зниження пропускної здатності мережі або її перевантаження. Ви також погоджуєтеся жодними чином не використовувати Послуги для домагання, образ, переслідування, погроз, наклепу або вчинення інших порушень прав будь-якої іншої особи, а також з тим, що компанія Apple не несе жодної відповідальності за будь-яке таке використання з Вашого боку, а також за можливе отримання Вами внаслідок користування будь-якими Послугами будь-яких повідомлень, які мають надокучливий характер, містять погрози, наклепи, або є образливими, неправомірними чи незаконними.

(j) Крім цього, Послуги і Матеріали Третіх Осіб, до яких можна отримати доступ, надати посилання або які можна показати за допомогою Пристрою iOS, доступні не всіма мовами й не у всіх країнах і регіонах. Компанія Apple не надає жодних запевнень, що такі Послуги і Матеріали сторонніх

розробників є можливими або доступними для використання в будь-якому конкретному регіоні. Якщо Ви вирішили скористатися такими Послугами та Матеріалами сторонніх розробників або отримати доступ до них, Ви дієте на свій власний розсуд та несете відповідальність за дотримання будь-яких норм чинного законодавства, зокрема, норм місцевого законодавства, а також законів про конфіденційність і збір даних. При надсиланні або виконанні синхронізації фотографій через Пристрій iOS метадані, зокрема інформація про місце і час зйомки фотографії і докладні дані, можуть надсилатися разом із фотографіями. До використання послуг Apple (наприклад таких як Фототека iCloud) для надсилання або виконання синхронізації цих фотографій відноситься отримання та зберігання компанією Apple цих метаданих. Компанія Apple та її ліцензіари зберігають за собою право у будь-який час без надання відповідного повідомлення змінювати, призупиняти, вилучати будь-які Послуги або блокувати доступ до них. Компанія Apple у жодному випадку не нестиме відповідальності за вилучення або блокування доступу до будь-яких таких Послуг. Компанія Apple може також за будь-яких обставин і без надання відповідного повідомлення встановлювати обмеження на користування певними Послугами або надання доступу до них і не нестиме за це жодної відповідальності.

**6. Припинення.** Ця Ліцензія діє до моменту її припинення. У разі недотримання Вами будь-якої умови цієї Ліцензії Ви автоматично позбавляєтеся прав за цією Ліцензією або вона перестане бути чинною без надання компанією Apple відповідного повідомлення. Після припинення цієї Ліцензії Ви зобов'язані повністю припинити користуватися Програмним забезпеченням iOS. У такому випадку розділи 4, 5, 6, 7, 8, 9, 12 та 13 цієї Ліцензії залишаються чинними після припинення її дії.

**7. Обмеження обсягу гарантій.**
7.1    Якщо Ви — користувач, який є споживачем (будь-яка особа, яка використовує Програмне забезпечення iOS поза межами комерційної діяльності, бізнесу або професійної діяльності), Ви можете мати законні права на території Вашої країни перебування, які можуть перешкоджати застосуванню до Вас наведених нижче обмежень, і на території, де такі обмеження заборонені, вони не застосовуватимуться до Вас. Для отримання докладнішої інформації про такі права слід звернутися до місцевої організації з надання споживачам консультаційних послуг.

7.2    ВИ ПОВНОЮ МІРОЮ ВИЗНАЄТЕ І ПОГОДЖУЄТЕСЯ З ТИМ, ЩО В МЕЖАХ, ДОЗВОЛЕНИХ ЧИННИМ ЗАКОНОДАВСТВОМ, ВИКОРИСТАННЯ ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ iOS І БУДЬ-ЯКИХ ПОСЛУГ, НАДАЮТЬСЯ ПРОГРАМНИМ ЗАБЕЗПЕЧЕННЯМ iOS АБО ЗА ДОПОМОГОЮ ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ iOS, ЗДІЙСНЮЄТЬСЯ ВАМИ ВИКЛЮЧНО НА ВАШ ВЛАСНИЙ РИЗИК, І ЩО НА ВАС ЛЕЖИТЬ ВСЯ ВІДПОВІДАЛЬНІСТЬ ЗА ЇХНЮ НАЛЕЖНУ ЯКІСТЬ, ФУНКЦІОНУВАННЯ, ТОЧНІСТЬ І РЕЗУЛЬТАТ ВИКОРИСТАННЯ.

7.3    У МАКСИМАЛЬНО ДОЗВОЛЕНОМУ ЧИННИМ ЗАКОНОДАВСТВОМ ОБСЯЗІ ПРОГРАМНЕ ЗАБЕЗПЕЧЕННЯ ТА ПОСЛУГИ iOS ПОСТАВЛЯЮТЬСЯ НА УМОВАХ "ЯК Є" ТА "ЗА НАЯВНОСТІ", З УСІМА ДЕФЕКТАМИ ТА БЕЗ ЖОДНИХ ГАРАНТІЙ, А КОМПАНІЯ APPLE ТА ЇЇ ЛІЦЕНЗІАРИ (ЯКІ, ДЛЯ ЦІЛЕЙ РОЗДІЛІВ 7 І 8, ДАЛІ ІМЕНУВАТИМУТЬСЯ "КОМПАНІЯ APPLE") ЦИМ ВІДМОВЛЯЮТЬСЯ ВІД НАДАННЯ БУДЬ-ЯКИХ ЯВНИХ, ТАКИХ, ЩО МАЮТЬСЯ НА УВАЗІ, АБО ПЕРЕДБАЧЕНИХ ЗАКОНОДАВСТВОМ ГАРАНТІЙНИХ ЗОБОВ'ЯЗАНЬ ВІДНОСНО ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ iOS І ПОСЛУГ, У ТОМУ ЧИСЛІ, ЗОКРЕМА, ПЕРЕДБАЧЕНИХ ГАРАНТІЙ ТА/АБО УМОВ ЩОДО ПРИДАТНОСТІ ДЛЯ ПРОДАЖУ, ЗАДОВІЛЬНОЇ ЯКОСТІ, ПРИДАТНОСТІ ДЛЯ ВИКОРИСТАННЯ ДЛЯ КОНКРЕТНИХ ЦІЛЕЙ, ТОЧНОСТІ, СПОКІЙНОГО КОРИСТУВАННЯ ТА НЕПОРУШЕННЯ ПРАВ ТРЕТІХ ОСІБ.

7.4    КОМПАНІЯ APPLE НЕ НАДАЄ ГАРАНТІЙ ВІДНОСНО ЗАХИСТУ ВІД ОБСТАВИН, ЯКІ ПЕРЕШКОДЖАЮТЬ ВАШІЙ РОБОТІ З ПРОГРАМНИМ ЗАБЕЗПЕЧЕННЯМ ТА ПОСЛУГАМИ iOS, СТОСОВНО ВІДПОВІДНОСТІ ФУНКЦІЙ І СЛУЖБ, ЯКІ НАДАЮТЬСЯ ПРОГРАМНИМ ЗАБЕЗПЕЧЕННЯМ iOS АБО ВИКОНУЮТЬСЯ ЗА ДОПОМОГОЮ ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ

iOS, ВАШИМ ВИМОГАМ, СТОСОВНО БЕЗПЕРЕБІЙНОГО І БЕЗПОМИЛКОВОГО ФУНКЦІОНУВАННЯ ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ І ПОСЛУГ iOS, СТОСОВНО ДОСТУПНОСТІ БУДЬ-ЯКИХ СЛУЖБ, СТОСОВНО УСУНЕННЯ ДЕФЕКТІВ ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ АБО ПОСЛУГ iOS, А ТАКОЖ СТОСОВНО СУМІСНОСТІ І РОБОТИ ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ iOS З БУДЬ-ЯКИМ ПРОГРАМНИМ ЗАБЕЗПЕЧЕННЯМ, ПРОГРАМАМИ АБО ПОСЛУГАМИ ТРЕТІХ ОСІБ. ВСТАНОВЛЕННЯ ЦЬОГО ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ iOS МОЖЕ ВПЛИНУТИ НА ДОСТУПНІСТЬ ТА ЕФЕКТИВНІСТЬ ВИКОРИСТАННЯ ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ, ПРОГРАМ АБО ПОСЛУГ СТОРОННІХ ВИРОБНИКІВ, А ТАКОЖ ПРОДУКТІВ І ПОСЛУГ APPLE.

7.5    ВИ ТАКОЖ ВИЗНАЄТЕ, ЩО ПРОГРАМНЕ ЗАБЕЗПЕЧЕННЯ І ПОСЛУГИ iOS НЕ ПРИЗНАЧЕНІ І НЕ ПРИДАТНІ ДЛЯ ВИКОРИСТАННЯ У СИТУАЦІЯХ ЧИ В СЕРЕДОВИЩАХ, КОЛИ ЗБОЇ В РОБОТІ, ЗАТРИМКИ, ПОМИЛКИ АБО НЕТОЧНОСТІ В КОНТЕНТІ, ДАНИХ АБО ІНФОРМАЦІЇ, ЯКІ НАДАЮТЬСЯ ПРОГРАМНИМ ЗАБЕЗПЕЧЕННЯМ АБО ПОСЛУГАМИ iOS, МОЖУТЬ ПРИЗВЕСТИ ДО ЛЕТАЛЬНИХ НАСЛІДКІВ, ТРАВМ, ВАЖКИХ ТІЛЕСНИХ УШКОДЖЕНЬ ЧИ ЗНАЧНОЇ ШКОДИ ДЛЯ НАВКОЛИШНЬОГО СЕРЕДОВИЩА, У ТОМУ ЧИСЛІ, БЕЗ ОБМЕЖЕНЬ, ПРИ ВИКОРИСТАННІ В ЯДЕРНИХ УСТАНОВКАХ, ПРИ КЕРУВАННІ ПОВІТРЯНИМИ СУДНАМИ АБО У РАЗІ ВИКОРИСТАННЯ В СИСТЕМАХ ЗВ'ЯЗКУ, СИСТЕМАХ КОНТРОЛЮ РУХУ ПОВІТРЯНОГО ТРАНСПОРТУ, АПАРАТАХ ШТУЧНОГО ПІДТРИМАННЯ ЖИТТЄДІЯЛЬНОСТІ АБО УПРАВЛІННЯ СИСТЕМАМИ ОЗБРОЄНЬ.

7.6    ЖОДНА УСНА АБО ПИСЬМОВА ІНФОРМАЦІЯ ЧИ РЕКОМЕНДАЦІЯ, НАДАНА КОМПАНІЄЮ APPLE АБО ЇЇ УПОВНОВАЖЕНИМ ПРЕДСТАВНИКОМ, НЕ МОЖУТЬ ВВАЖАТИСЯ ГАРАНТІЙНИМИ ЗОБОВ'ЯЗАННЯМИ. У РАЗІ ВИЯВЛЕННЯ В ПРОГРАМНОМУ ЗАБЕЗПЕЧЕННІ АБО ПОСЛУГАХ iOS БУДЬ-ЯКИХ НЕДОЛІКІВ, ЇХНЄ УСУНЕННЯ АБО ВСЕ НЕОБХІДНЕ ОБСЛУГОВУВАННЯ І РЕМОНТ ЗДІЙСНЮЄТЬСЯ ЗА ВАШ РАХУНОК. У ДЕЯКИХ ЮРИСДИКЦІЯХ ІСНУЄ ЗАБОРОНА НА ВІДМОВУ ВІД ПЕРЕДБАЧЕНИХ ГАРАНТІЙНИХ ЗОБОВ'ЯЗАНЬ АБО ОБМЕЖЕНЬ НА ВСТАНОВЛЕНІ ЗАКОНОДАВСТВОМ ПРАВА СПОЖИВАЧА, ТОМУ ВИЩЕЗАЗНАЧЕНА ВІДМОВА ТА ОБМЕЖЕННЯ МОЖУТЬ ДО ВАС НЕ ЗАСТОСОВУВАТИСЯ.

**8. Обмеження відповідальності.** У МЕЖАХ, НЕ ЗАБОРОНЕНИХ ЧИННИМ ЗАКОНОДАВСТВОМ, КОМПАНІЯ APPLE, ЇЇ ФІЛІЇ, АГЕНТИ АБО КЕРІВНИКИ В ЖОДНОМУ ВИПАДКУ НЕ НЕСУТЬ ВІДПОВІДАЛЬНОСТІ ЗА ТРАВМУВАННЯ ЧИ БУДЬ-ЯКІ ВИПАДКОВІ, ОСОБЛИВІ, НЕПРЯМІ АБО ОПОСЕРЕДКОВАНІ ЗБИТКИ БУДЬ-ЯКОГО ВИДУ, У ТОМУ ЧИСЛІ, БЕЗ ОБМЕЖЕННЯ, ЗА УПУЩЕНУ ВИГОДУ, ПОШКОДЖЕННЯ АБО ВТРАТУ ДАНИХ, НЕСПРАВНІСТЬ ПРИ ПЕРЕДАЧІ АБО ОТРИМАННІ БУДЬ-ЯКИХ ДАНИХ (У ТОМУ ЧИСЛІ, БЕЗ ОБМЕЖЕННЯ, ІНСТРУКЦІЙ КУРСІВ, ПРИЗНАЧЕНЬ АБО МАТЕРІАЛІВ), ПЕРЕРВИ В ГОСПОДАРСЬКІЙ ДІЯЛЬНОСТІ ЧИ БУДЬ-ЯКІ ІНШІ КОМЕРЦІЙНІ ЗБИТКИ АБО ШКОДУ, ЩО ПОВ'ЯЗАНІ АБО ВИНИКАЮТЬ В РЕЗУЛЬТАТІ КОРИСТУВАННЯ АБО НЕМОЖЛИВОСТІ ВИКОРИСТАННЯ ВАМИ ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ ТА ПОСЛУГ iOS ЧИ БУДЬ-ЯКОГО ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ АБО ПРОГРАМНИХ ПРОДУКТІВ ТРЕТІХ ОСІБ У ЗВ'ЯЗКУ ІЗ ПРОГРАМНИМ ЗАБЕЗПЕЧЕННЯМ АБО ПОСЛУГАМИ iOS, І НЕЗАЛЕЖНО ВІД ПРИЧИН ЇХНЬОГО ВИНИКНЕННЯ, НЕЗВАЖАЮЧИ НА ТЕОРІЮ ВІДПОВІДАЛЬНОСТІ (З ДОГОВОРУ, З ДЕЛІКТУ АБО НА ІНШИХ ПІДСТАВАХ), І НАВІТЬ У ТИХ ВИПАДКАХ, КОЛИ КОМПАНІЇ APPLE БУЛО ВІДОМО ПРО МОЖЛИВІСТЬ ВИНИКНЕННЯ ТАКИХ ЗБИТКІВ. У ДЕЯКИХ ЮРИСДИКЦІЯХ ІСНУЄ ЗАБОРОНА НА ВИКЛЮЧЕННЯ АБО ОБМЕЖЕННЯ ВІДПОВІДАЛЬНОСТІ ЗА ШКОДУ ФІЗИЧНИМ ОСОБАМ АБО ЗА ВИПАДКОВІ АБО ОПОСЕРЕДКОВАНІ ЗБИТКИ, ТАКИМ ЧИНОМ, ЦЕ ОБМЕЖЕННЯ МОЖЕ ДО ВАС НЕ ЗАСТОСОВУВАТИСЯ. У жодному випадку загальний обсяг відповідальності компанії Apple перед Вами за всіма збитками (крім випадків, коли нормами чинного законодавства може передбачатися відповідальність за нанесення травм фізичній особі) не повинен перевищувати 250,00 (двісті п'ятдесят) доларів США. Зазначені вище обмеження застосовуватимуться навіть у тому випадку, коли застосування вищевказаного засобу правового захисту не відповідає його основній меті.

**9. Цифрові сертифікати.** Функціональні можливості Програмного Забезпечення iOS дозволяють приймати цифрові сертифікати, видані компанією Apple або третіми особами. ВИ НЕСЕТЕ ВИКЛЮЧНУ ВІДПОВІДАЛЬНІСТЬ ЗА РІШЕННЯ ПРИЙНЯТИ АБО ВІДХИЛИТИ СЕРТИФІКАТ, ВИДАНИЙ КОМПАНІЄЮ APPLE АБО ТРЕТЬОЮ ОСОБОЮ. ВИКОРИСТАННЯ ВАМИ ЦИФРОВИХ СЕРТИФІКАТІВ ЗДІЙСНЮЄТЬСЯ НА ВАШ ВЛАСНИЙ РИЗИК. У МЕЖАХ, ДОЗВОЛЕНИХ ЧИННИМ ЗАКОНОДАВСТВОМ, КОМПАНІЯ APPLE НЕ НАДАЄ ЖОДНИХ ЧІТКО ВИРАЖЕНИХ АБО ПЕРЕДБАЧЕНИХ ГАРАНТІЙ ЧИ ЗАПЕВНЕНЬ ЩОДО ПРИДАТНОСТІ ДЛЯ ПРОДАЖУ АБО ПРИДАТНОСТІ ДЛЯ ВИКОРИСТАННІ ДЛЯ БУДЬ-ЯКИХ КОНКРЕТНИХ ЦІЛЕЙ, ТОЧНОСТІ, БЕЗПЕКИ ЧИ ВІДСУТНОСТІ ПОРУШЕННЯ ПРАВ ТРЕТІХ ОСІБ ПО ВІДНОШЕННЮ ДО ЦИФРОВИХ СЕРТИФІКАТІВ.

**10. Експортний контроль.** Ви не маєте права використовувати або іншим чином здійснювати експорт чи реекспорт Програмного Забезпечення iOS, крім тих випадків, коли це дозволено законодавством США та законодавством юрисдикції (юрисдикцій), в якій (-их) було придбано Програмне Забезпечення iOS. Зокрема (але не обмежуючись цим), забороняється експортувати або реекспортувати Програмне Забезпечення iOS (a) у будь-яку країну, по відношенню до якої діє введене США ембарго, або (b) особам, яких Департамент фінансів США відніс до Переліку громадян особливих категорій, або особам, яких Департамент торгівлі США включив до Переліку небажаних фізичних та юридичних осіб або до будь-якого іншого списку заборонених осіб. Користуючись Програмним Забезпеченням iOS, Ви заявляєте і гарантуєте, що Ви не перебуваєте у жодній із таких країн та не входите до жодного із вказаних переліків. Ви також погоджуєтеся, що Ви не використовуватимете Програмне Забезпечення iOS для будь-яких цілей, заборонених законодавством США, у тому числі, зокрема, для розробки, проектування, виготовлення або виробництва ракет, ядерної, хімічної або біологічної зброї.

**11. Уряд як кінцевий споживач.** Програмне забезпечення iOS та супутня документація є "Комерційними продуктами" згідно із визначенням цього терміну в §2.101 глави 48 Зводу федеральних постанов (C.F.R.), що складається з "Комерційного комп'ютерного програмного забезпечення" та "Документації до комерційного комп'ютерного програмного забезпечення", згідно із визначенням цих термінів у §12.212 глави 48 C.F.R. або, залежно від обставин, у §227.7202 глави 48 C.F.R. Як зазначено в §12.212 48 C.F.R. або, залежно від ситуації, у §227.7202-1 – 227.7202-448 глави 48 C.F.R., Комерційне комп'ютерне програмне забезпечення та Документація до комерційного комп'ютерного програмного забезпечення ліцензується по відношенню до кінцевого споживача – Уряду США (a) лише як Комерційні продукти, та (b) лише в обсязі тих прав, які надаються всім іншим кінцевим споживачам відповідно до умов цієї Ліцензії. Неопубліковані права застерігаються згідно із нормами законодавства США про авторські права.

**12. Право, що застосовується; подільність.** Положення цієї Ліцензії регулюються і тлумачаться відповідно до законодавства штату Каліфорнія, не допускаючи відхилень від положень закону. Ця Ліцензія не підлягає регулюванню Конвенцією ООН про договори міжнародної торгівлі товарами, застосування якої чітко виключено. Якщо Ви — споживач зі Сполученого Королівства, ця Ліцензія регламентуватиметься законами адміністративно-територіальної одиниці Вашого перебування. Якщо з будь-якої причини компетентна судова установа визнає будь-яке положення або його частину таким, що не може бути виконано у примусовому порядку, решта положень цієї Ліцензії залишаються чинними і дійсними в повному обсязі.

**13. Цілісність угоди; основна мова Угоди.** Ця Ліцензія являє собою цілісну угоду між Вами та компанією Apple стосовно використання Програмного Забезпечення iOS, і замінює собою всі попередні або тимчасові домовленості стосовно предмету даної Ліцензії. Будь-які зміни і доповнення до цієї Ліцензії вважатимуться дійсними тільки у тому випадку, якщо вони будуть оформлені письмово і підписані компанією Apple. Будь-який переклад цієї Ліцензії здійснюється

для місцевих потреб, і за наявності розбіжностей між версіями англійською та будь-якою іншою мовою, у межах, не заборонених законодавством Вашої країни, пріоритет має англомовна версія цієї Ліцензії.

**14. Визнання прав третіх осіб.** Деякі частини Програмного Забезпечення iOS можуть використовувати або включати програмне забезпечення третіх осіб та інші матеріали, які охороняються авторським правом. Визнання прав третіх осіб, умови ліцензування та відмова від надання гарантій по відношенню до таких матеріалів містяться в електронній документації до Програмного Забезпечення iOS, а використання Вами таких матеріалів регулюється їхніми відповідними умовами. Використання послуги безпечного перегляду веб-сторінок Google підлягає Умовам використання служби Google https://www.google.com/intl/uk/policies/terms/) та Політиці дотримання конфіденційності Google (https://www.google.com/intl/uk/policies/privacy/).

**15. Використання MPEG-4; примітка щодо H.264/AVC.**
(a) Ліцензія на Програмне забезпечення iOS надається у складі пакета ліцензій для кодування MPEG-4 Systems Patent Portfolio License згідно стандартів MPEG-4, за винятком того, що для кодування необхідні додаткова ліцензія та ліцензійний платіж у зв'язку з (i) даними, що зберігаються або скопійовані у фізичному середовищі, за які здійснюють оплату на основі назв та/або (ii) даними, за які платять на основі назв та які надсилають кінцевому споживачу для постійного зберігання та/або використання. Таку додаткову ліцензію можна отримати від MPEG LA, LLC. Докладнішу інформацію можна знайти на сторінці http://www.mpegla.com.

(b) Функціональні можливості Програмного Забезпечення iOS передбачають можливість кодування та/або декодування файлів у форматі MPEG-4 Video. Програмне Забезпечення iOS надається на умовах ліцензування згідно із ліцензією MPEG-4 Visual Patent Portfolio License для особистого і некомерційного використання користувачем для (i) кодування відео файлів відповідно до стандартів MPEG-4 Visual Standard ("MPEG-4 Video") та/або (ii) декодування відео файлів у форматі MPEG-4, закодованих користувачем для персонального і некомерційного використання та/або отриманих від постачальника відеопродукції, який має ліцензію MPEG LA на постачання відеопродукції у форматі MPEG-4. Ліцензія не надається і не розповсюджується на використання в інших цілях. Див. http://www.mpegla.com.

(c) Програмне Забезпечення iOS містить функціональні засоби кодування та/або декодування формату AVC. Комерційне використання декодера H.264/AVC вимагає додаткового ліцензування, при цьому, застосовується наступне положення: ЛІЦЕНЗІЯ НА ФУНКЦІОНАЛЬНІ ЗАСОБИ AVC У ПРОГРАМНОМУ ЗАБЕЗПЕЧЕННІ iOS НАДАЄТЬСЯ ВИКЛЮЧНО ДЛЯ ОСОБИСТОГО І НЕКОМЕРЦІЙНОГО ВИКОРИСТАННЯ СПОЖИВАЧЕМ ДЛЯ (I) КОДУВАННЯ ВІДЕО ЗГІДНО ІЗ СТАНДАРТАМИ ("AVC ВІДЕО") ТА/АБО (ii) ДЕКОДУВАННЯ AVC ВІДЕО, ЗАКОДОВАНОГО СПОЖИВАЧЕМ ДЛЯ ОСОБИСТИХ І НЕКОМЕРЦІЙНИХ ЦІЛЕЙ ТА/АБО ВІДЕО AVC, ЯКЕ БУЛО ОТРИМАНО ВІД ПОСТАЧАЛЬНИКА ВІДЕО, ЯКИЙ МАЄ ЛІЦЕНЗІЮ НА ПОСТАЧАННЯ ВІДЕО AVC. БІЛЬШ ДЕТАЛЬНУ ІНФОРМАЦІЮ З ПИТАНЬ ВИКОРИСТАННЯ І ЛІЦЕНЗУВАННЯ ВИ МОЖЕТЕ ОТРИМАТИ ВІД КОМПАНІЇ MPEG LA L.L.C., ВІДВІДАВШИ САЙТ http://www.mpegla.com.

**16. Обмеження служби пошуку Yahoo.** Служба пошуку Yahoo, доступна через Safari, ліцензована для використання лише в наступних країнах і регіонах: Аргентина, Аруба, Австралія, Австрія, Барбадос, Бельгія, Бермуди, Бразілія, Болгарія, Канада, Кайманові Острови, Чилі, Китай, Колумбія, Кіпр, Чеська Республіка, Данія, Домініканська Республіка, Еквадор, Сальвадор, Фінляндія, Франція, Німеччина, Греція, Гренада, Гватемала, Гонконг, Угорщина, Ісландія, Індія, Індонезія, Ірландія, Італія, Ямайка, Японія, Латвія, Литва, Люксембург, Малайзія, Мальта, Мексика, Нідерланди, Нова Зеландія, Нікарагуа, Норвегія, Панама, Перу, Філіппіни, Польща, Португалія, Пуерто-Ріко, Румунія, Сінгапур, Словаків, Словенія, Південна Корея, Іспанія, Сент-Люсія, Сент-Вінсент, Швеція, Швейцарія, Тайвань, Таїланд, Багамські Острови, Тринідад і Тобаго,

Терція, Великобританія, Уругвай, США та Венесуела.

**17. Примітка про Microsoft Exchange.** Параметри електронної пошти Microsoft Exchange у програмному забезпеченні iOS ліцензовано лише для безпроводової синхронізації таких даних, як повідомлення електронної пошти, контакти, календар і завдання, між вашим пристроєм iOS та сервером Microsoft Exchange Server, або іншим програмним забезпеченням сервера, на яке компанія Microsoft надала ліцензію, що дозволяє використовувати протокол Microsoft Exchange ActiveSync.

EA1520
22.09.2017 р.

——————————————
**Додаткові положення та умови щодо використання функції Apple Pay**

Ці Додаткові положення та умови щодо використання функції Apple Pay (ці «Додаткові положення») доповнюють Ліцензійну угоду про використання програмного забезпечення iOS («Ліцензія»); використання функції Apple Pay, що вважається «Послугою» за цією Ліцензією, регулюється одночасно умовами Ліцензії та цими Додатковими положеннями.  Значення термінів, написаних з великої букви, що використовуються в цих Додаткових положеннях, визначені в Ліцензії.

**1.     Огляд і обмеження використання**

Функція Apple Pay дає змогу:

- зберігати віртуальні подання кредитних, дебетових та передплачених карток, включно з кредитними, дебетовими, передплаченими картками та картками Apple Pay Cash, що підтримуються функцією Apple Pay («Підтримувані платіжні картки»), та використовувати підтримувані Пристрої iOS для здійснення безконтактних платежів у певних місцях або для покупок у межах програм або веб-сайтів.
- користуватися дисконтними та подарунковими картками, що зберігаються у Wallet («Картки, підтримувані Apple Pay», а також Підтримувані платіжні картки, «Підтримувані картки»), щоб виконувати безконтактні транзакції із дисконтними та подарунковими картками у визначених магазинах, як частину безконтактних платежів за допомогою Apple Pay.
- надсилати особисті платежі іншим користувачам Apple Pay.

Функції Apple Pay Програмного забезпечення iOS можуть бути доступні лише в певних регіонах, для карток певних емітентів, фінансових організацій та торгових точок. Функції можуть різнитися залежно від регіону, емітента та торгової точки.

Для використання функції Apple Pay потрібно мати Підтримувану картку. Підтримувані картки час від часу можуть змінюватися. Крім того, щоб надіслати або отримати особистий платіж вам потрібно мати картку Apple Pay Cash.

Підтримувані платіжні картки та особисті платежі зв'язуються з Apple ID, з яким ви ввійшли в iCloud, щоб скористатися цими функціями. Функція Підтримувані картки доступні лише для осіб віком від 13 років і може підпадати під додаткові вікові обмеження, передбачені службою iCloud або Підтримуваною карткою, яку Ви намагаєтеся ввести в дію. Картка Apple Pay Cash і можливість надсилати та отримувати особисті платежі доступні лише для осіб, яким виповнилося 18 років.

Функція Apple Pay призначена лише для особистого використання; Ви можете ввести в дію лише власні Підтримувані картки. У разі введення в дію підтримуваної корпоративної картки Ви підтверджуєте, що робите це з дозволу свого роботодавця, при цьому роботодавець також пов'язується із цими умовами використання та всіма операціями, що проводяться з використанням цієї функції. Якщо ви надсилаєте або отримуєте особистий платіж, ви відповідаєте за те, що робите це в своїх особистих некомерційних цілях.

Ви погоджуєтеся не використовувати функцію Apple Pay для незаконних або шахрайських цілей, або будь-яких інших цілей, заборонених Ліцензією або цими Додатковими положеннями. Ви також погоджуєтеся використовувати функцію Apple Pay у відповідності із застосовним законодавством та нормами. Ви погоджуєтеся не втручатися в роботу та не порушувати функціонування послуги Apple Pay (включаючи здійснення доступу до послуги через будь-які автоматичні засоби), будь-яких серверів чи мереж, підключених до послуги, а також не порушувати будь-які політики, вимоги або норми мереж, підключених до послуги (включаючи будь-яке несанкціоноване використання або моніторинг даних чи трафіку та доступ до них).

## 2.    Домовленість Apple із Вами

Функція Apple Pay дає змогу створювати віртуальні подання Підтримуваних карток на підтримуваному Пристрої iOS. Однак, компанія Apple не обробляє платежі та не обробляє транзакції з іншими неплатіжними картками (наприклад накопичення та виплати дисконтних коштів), отримання, утримання або переказ Ваших коштів, а також не контролює платежі, повернення, відшкодування, дисконтні транзакції, вартості, знижки або іншу комерційну діяльність, що може виникати в результаті використання Вами цієї функції.

Положення угод, що можуть існувати між власником картки та емітентом картки, продовжуватимуть регулювати використання Вами Підтримуваних карток та їх використання у зв'язку з функцією Apple Pay. Таким же чином, Ваша участь у будь-яких програмах із подарунками або подарунковими картками в торговельних точках, а також Ваше користування Картками, підтримуваними Apple Pay, у зв'язку з функцією Apple Pay, буде підпадати під умови та правила такої торговельної точки.

Картка Apple Pay Cash і можливість надсилати та отримувати особисті платежі доступні лише в США, та є послугами, які надає Green Dot Bank, член FDIC. Якщо Ви ввімкнете ці функції в Apple Pay, ви відкриєте рахунок у Green Dot Bank, та коли Ви надсилатимете або отримуватимете особистий платіж або будете вкладати або знімати кошти з Вашої картки Apple Pay Cash, Green Dot Bank буде відповідальним за надсилання та отримання коштів відповідним приймачем чи одержувачем. Фінансова організація відповідальна за надання Apple Pay Cash та особистих платежів у рамках Apple Pay може бути змінена, та Ваше користування такими послугами підпадає під дію їхніх умов та положень.

Жодні положення Ліцензії або цих Додаткових положень не змінюють жодних угод тримача картки, користувача або торговельної точки, і такі положення будуть керівними для використання застосовної Підтримуваної картки або функції особистих платежів Apple Pay та їх віртуального представлення на Вашому пристрої iOS. Ви погоджуєтеся, що компанія Apple не є учасником Ваших торговельних угод або угод як власника картки, і що Apple не несе відповідальність за (а) вміст, точність або недоступність будь-яких платіжних карток, дисконтних карток, подарункових карток, карток зі збереженою вартістю, комерційної діяльності, операцій чи покупок за використання функцій Apple Pay; (б) видачу кредиту або оцінку відповідності вимогам для отримання кредиту; (в) накопичення та виплати дисконтних коштів або збереженої вартості за програмою торговельної точки; (г) накопичення або повторне нарахування бонусів на передплачені картки; (д) надсилання або отримання особистих платежів; або (е) вкладання,

повертання або зняття коштів з Вашої картки Apple Pay Cash.

З усіма суперечками та питаннями щодо платіжних карток, дисконтних карток, подарункових карток, карток зі збереженою вартістю або пов'язаної комерційної діяльності звертайтеся до емітента або до відповідної торговельної точки. З питаннями щодо картки Apple Pay Cash та особистих платежів звертайтеся до Служби підтримки Apple.

**3.   Конфіденційність**

Apple Pay потрібна деяка інформація з Вашого пристрою iOS, щоб надавати повноцінні послуги. Крім того, при використанні картки Apple Pay Cash, або надсиланні чи отриманні особистих платежів додаткову інформацію про Ваші транзакції буде зібрано та збережено для обслуговування Вашого рахунку, запобігання шахрайству та для управління. Більше інформації про дані, що збираються, використовуються та обмінюються, як частина Вашого використання функції Apple Pay, картки Apple Pay Cash або особистих платежів Apple Pay можна знайти в розділах «Про Apple Pay» і «Конфіденційність» (доступ до яких можна отримати у розділі «Wallet і Apple Pay» у програмі «Годинник» на спареному пристрої iOS), або на веб-сторінці https:// www.apple.com/privacy/. Використовуючи ці функції, Ви погоджуєтеся на передавання, збирання, обслуговування, опрацювання та використання компанією Apple, її дочірніми підприємствами та агентами всієї вищезазначеної інформації для надання функцій Apple Pay.

**4.   Безпека; загублені або несправні пристрої**

Функція Apple Pay зберігає віртуальні подання Ваших Підтримуваних карток, які захищаються так само, як і кошти, фізичні кредитні, дебетові, передплачені, дисконтні або подарункові картки. Якщо надати пароль пристрою стороннім особам або дозволити стороннім особам додати свій відбиток пальця для використання Touch ID або дозволити використання Face ID, вони зможуть здійснювати платежі, надсилати, запитувати або отримувати особисті платежі, знімати кошти з картки Apple Pay Cash, а також отримувати та використовувати дисконтні транзакції або кредит з Вашого пристрою. Ви несете повну відповідальність за підтримання безпеки пристрою та пароля. Ви погоджуєтеся, що компанія Apple не несе відповідальність за втрату або надання доступу до пристрою іншим особам. Ви погоджуєтеся, що компанія Apple не несе відповідальність у разі внесення неавторизованих модифікацій у програмне забезпечення iOS (наприклад, шляхом здійснення «джейлбрейк»).

Можливо, Вам доведеться ввімкнути додаткові засоби безпеки, такі як двофакторна автентифікація Вашого Apple ID для того, щоб мати доступ до певних функцій Apple Pay, включаючи картку Apple Pay Cash і особисті платежі Apple Pay. Якщо Ви пізніше видалите ці функції безпеки, Ви не зможете продовжувати мати доступ до певних функцій Apple Pay.

У разі втрати або крадіжки пристрою та за ввімкненої функції Find My iPhone можна скористатися функцією Find My iPhone та спробувати призупинити можливості виконувати платежі за допомогою віртуальних Підтримуваних платіжних карток і особистих платежів на цьому пристрої, установивши його в режим втрати. Можна також видалити свій пристрій, що призведе до спроби призупинення можливості виконувати платежі за допомогою віртуальних Підтримуваних платіжних карток і надсилати особисті платежі на пристрої, а також призведе до спроби видалення Карток, підтримуваних Apple Pay. Слід також звернутися до емітента Ваших Підтримуваних платіжних карток, торговельної організації-емітента Ваших Карток, підтримуваних Apple Pay, та Apple (для випадку з карткою Apple Pay Cash) для попередження несанкціонованого доступу до Підтримуваних карток.

Якщо Ви повідомляєте, або компанія Apple підозрює про шахрайську або несанкціоновану

діяльність із карткою, Ви погоджуєтеся співпрацювати з компанією Apple у будь-якому розслідуванні та вживати заходів попередження шахрайства, що передбачаються.

**5.    Обмеження відповідальності**

КРІМ ВІДМОВ ВІД НАДАННЯ ГАРАНТІЙ ТА ОБМЕЖЕННЯ ВІДПОВІДАЛЬНОСТІ, ЗАЗНАЧЕНОГО В ЛІЦЕНЗІЇ, КОМПАНІЯ APPLE НЕ НЕСЕ ВІДПОВІДАЛЬНІСТЬ ЗА ПОКУПКИ, ПЛАТЕЖІ, ТРАНЗАКЦІЇ ЧИ ІНШУ КОМЕРЦІЙНУ ДІЯЛЬНІСТЬ, ЩО ЗДІЙСНЮЄТЬСЯ ЗА ДОПОМОГОЮ ФУНКЦІЇ APPLE PAY, І ВИ ПОГОДЖУЄТЕСЯ СЛІДУВАТИ ВИКЛЮЧНО УГОДАМ, ЯКІ МАЄТЕ З ЕМІТЕНТОМ КАРТКИ, ПЛАТІЖНОЮ МЕРЕЖЕЮ, ФІНАНСОВИМИ ОРГАНІЗАЦІЯМИ АБО ТОРГОВОЮ ТОЧКОЮ ДЛЯ ВИРІШЕННЯ ПИТАНЬ АБО СУПЕРЕЧОК, ПОВ'ЯЗАНИХ ІЗ ПІДТРИМУВАНИМИ КАРТКАМИ, ОСОБИСТИМИ ПЛАТЕЖАМИ ТА ПОВ'ЯЗАНОЮ КОМЕРЦІЙНОЮ ДІЯЛЬНІСТЮ.

————————————
**ПОВІДОМЛЕННЯ КОМПАНІЇ APPLE**
Якщо компанії Apple знадобиться зв'язатися з Вами з питань, які стосуються Вашого продукту або облікового запису, Ви надаєте згоду на отримання повідомлень електронною поштою. Ви погоджуєтеся, що будь-які такі повідомлення, які надаються нами за допомогою електронних засобів зв'язку, відповідають будь-яким законним вимогам у сфері обміну інформаційними повідомленнями.

BẢN TIẾNG VIỆT

**QUAN TRỌNG:  BẰNG VIỆC SỬ DỤNG iPHONE, iPAD, hoặc iPOD TOUCH ("THIẾT BỊ DÙNG HỆ ĐIỀU HÀNH iOS") BẠN CHẤP THUẬN CHỊU RÀNG BUỘC BỞI CÁC ĐIỀU KHOẢN DƯỚI ĐÂY:**

**A.   HỢP ĐỒNG CẤP QUYỀN SỬ DỤNG PHẦN MỀM iOS APPLE**
**B.   CÁC ĐIỀU KHOẢN BỔ SUNG APPLE PAY**
**C.   CÁC THÔNG BÁO CỦA APPLE**

**APPLE INC.**
**HỢP ĐỒNG CẤP QUYỀN SỬ DỤNG PHẦN MỀM iOS**
**Cấp Quyền Sử Dụng Riêng Lẻ**

**XIN VUI LÒNG ĐỌC KỸ HỢP ĐỒNG CẤP QUYỀN SỬ DỤNG PHẦN MỀM ("HỢP ĐỒNG CẤP QUYỀN SỬ DỤNG") NÀY TRƯỚC KHI SỬ DỤNG THIẾT BỊ DÙNG HỆ ĐIỀU HÀNH iOS CỦA BẠN HOẶC TẢI VỀ CẬP NHẬT PHẦN MỀM KÈM THEO HỢP ĐỒNG CẤP QUYỀN SỬ DỤNG NÀY. VỚI VIỆC SỬ DỤNG THIẾT BỊ DÙNG HỆ ĐIỀU HÀNH iOS CỦA BẠN HOẶC TẢI VỀ MỘT CẬP NHẬT PHẦN MỀM, TÙY TỪNG TRƯỜNG HỢP, BẠN ĐỒNG Ý CHỊU RÀNG BUỘC BỞI CÁC ĐIỀU KHOẢN CỦA HỢP ĐỒNG CẤP QUYỀN SỬ DỤNG NÀY. NẾU BẠN KHÔNG ĐỒNG Ý VỚI CÁC ĐIỀU KHOẢN CỦA HỢP ĐỒNG CẤP QUYỀN SỬ DỤNG NÀY, ĐỀ NGHỊ KHÔNG SỬ DỤNG THIẾT BỊ DÙNG HỆ ĐIỀU HÀNH iOS VÀ KHÔNG TẢI VỀ CẬP NHẬT PHẦN MỀM NÀY.**

**NẾU BẠN VỪA MUA MỘT THIẾT BỊ DÙNG HỆ ĐIỀU HÀNH iOS VÀ BẠN KHÔNG ĐỒNG Ý VỚI CÁC ĐIỀU KHOẢN CỦA HỢP ĐỒNG CẤP QUYỀN SỬ DỤNG NÀY, BẠN CÓ THỂ TRẢ LẠI THIẾT BỊ DÙNG HỆ ĐIỀU HÀNH iOS CHO CỬA HÀNG CỦA APPLE HOẶC NHÀ PHÂN PHỐI ĐƯỢC ỦY QUYỀN NƠI MÀ BẠN ĐÃ MUA THIẾT BỊ DÙNG HỆ ĐIỀU HÀNH iOS, TRONG THỜI HẠN ĐƯỢC PHÉP TRẢ LẠI, ĐỂ ĐƯỢC NHẬN LẠI TIỀN THEO QUY ĐỊNH CHÍNH SÁCH TRẢ LẠI HÀNG CỦA APPLE MÀ BẠN CÓ THỂ XEM TẠI https://www.apple.com/legal/sales_policies/.**

**1. Qui Định Chung.**
(a) Phần mềm (bao gồm Mã Khởi Động Từ Xa (Boot ROM code) và phần mềm nhúng và phần mềm của bên thứ ba), tài liệu, các giao diện, nội dung, các phông chữ và bất kỳ dữ liệu nào kèm theo Thiết Bị dùng hệ điều hành iOS của bạn ("Phần Mềm iOS Nguyên Bản"), có thể được cập nhật hoặc thay thế bởi các nâng cấp tính năng, các cập nhật phần mềm hoặc phần mềm phục hồi hệ thống do Apple cung cấp ("Cập Nhật Phần Mềm iOS"), dù ở dạng bộ nhớ chỉ cho phép đọc, trên các phương tiện truyền thông khác hoặc ở dạng khác (Phần Mềm iOS Nguyên Bản và Cập Nhật Phần Mềm iOS được gọi chung là "Phần Mềm iOS") được Apple Inc. ("Apple") cho phép bạn sử dụng, mà không bán cho bạn, chỉ cho mục đích sử dụng theo các điều khoản của Hợp Đồng Cấp Quyền Sử Dụng này. Apple và các bên cấp quyền sử dụng cho Apple giữ quyền sở hữu đối với chính Phần Mềm iOS và bảo lưu tất cả các quyền không được cấp cho bạn một cách rõ ràng. Bạn đồng ý rằng các điều khoản của Hợp Đồng Cấp Quyền Sử Dụng này sẽ áp dụng cho bất kỳ ứng dụng hiệu Apple nào có thể được tích hợp sẵn trên Thiết Bị dùng hệ điều hành iOS của bạn, trừ khi ứng dụng đó được cấp kèm theo một hợp đồng cấp quyền sử dụng riêng lẻ, trong trường hợp này bạn đồng ý rằng các điều khoản của hợp đồng cấp quyền sử dụng riêng lẻ đó sẽ điều chỉnh việc bạn sử dụng ứng dụng đó.

(b) Theo sự định đoạt của Apple, Apple có thể cung cấp các Cập Nhật Phần Mềm iOS có thể có trong tương lai. Các Cập Nhật Phần Mềm iOS này, nếu có, có thể không nhất thiết phải bao gồm tất cả các tính năng phần mềm hiện tại, hoặc các tính năng mới mà Apple phát hành cho các mẫu mới hơn hoặc các mẫu khác của Thiết Bị dùng hệ điều hành iOS. Các điều khoản của Hợp Đồng Cấp Quyền Sử Dụng này sẽ điều chỉnh bất kỳ Cập Nhật Phần Mềm iOS nào do Apple cung cấp, trừ khi bản Cập Nhật Phần Mềm iOS đó được cung cấp kèm theo một hợp đồng cấp quyền sử dụng riêng lẻ, thì trong trường hợp này bạn đồng ý rằng các điều khoản của hợp đồng cấp quyền sử dụng đó sẽ điều chỉnh cập nhật này.

(c) Nếu bạn sử dụng tính năng cài đặt nhanh để cài đặt một Thiết Bị dùng hệ điều hành iOS mới dựa trên Thiết Bị dùng hệ điều hành iOS hiện tại của bạn, bạn đồng ý rằng các điều khoản của Hợp Đồng Cấp Quyền Sử Dụng này sẽ điều chỉnh việc bạn sử dụng Phần Mềm iOS trên Thiết Bị dùng hệ điều hành iOS mới của bạn, trừ khi thiết bị đó được cung cấp kèm theo một hợp đồng cấp quyền sử dụng riêng lẻ, thì trong trường hợp này bạn đồng ý rằng các điều khoản của hợp đồng cấp quyền sử dụng đó sẽ điều chỉnh việc bạn sử dụng Phần Mềm iOS đó.

**2. Phạm Vi Sử Dụng Được Phép và Các Hạn Chế.**
(a) Phụ thuộc vào các điều khoản và điều kiện của Hợp Đồng Cấp Quyền Sử Dụng này, bạn được cấp quyền sử dụng không độc quyền và hạn chế Phần Mềm iOS trên duy nhất một Thiết Bị hiệu Apple dùng hệ điều hành iOS. Trừ khi được cho phép theo quy định tại Phần 2(b) dưới đây, và trừ khi được quy định tại một hợp đồng riêng lẻ giữa bạn và Apple, Hợp Đồng Cấp Quyền Sử Dụng này không cho phép Phần Mềm iOS được tồn tại cùng lúc trên nhiều hơn một Thiết Bị hiệu Apple dùng hệ điều hành iOS, và bạn không được phân phối hoặc cung cấp Phần Mềm iOS qua một môi trường mạng nơi mà Phần Mềm iOS có thể bị sử dụng bởi nhiều thiết bị cùng một lúc. Hợp Đồng Cấp Quyền Sử Dụng này không cấp cho bạn quyền sử dụng các giao dịch và quyền sở hữu trí tuệ riêng của Apple vào việc thiết kế, phát triển, sản xuất, cấp quyền sử dụng hoặc phân phối các thiết bị và phụ kiện của bên thứ ba, hoặc các ứng dụng phần mềm của bên thứ ba, để sử dụng với Thiết Bị dùng hệ điều hành iOS. Một số quyền trong các quyền trên có thể được cung cấp theo các hợp đồng cấp quyền sử dụng riêng lẻ của Apple. Để có thêm thông tin về việc phát triển các thiết bị và phụ kiện của bên thứ ba cho Thiết Bị dùng hệ điều hành iOS, xin hãy xem trang: https://developer.apple.com/programs/mfi/. Để có thêm thông tin về việc phát triển các ứng dụng phần mềm cho Thiết Bị dùng hệ điều hành iOS, xin xem trang: https://developer.apple.com.

(b) Phụ thuộc vào các điều khoản và điều kiện của Hợp Đồng Cấp Quyền Sử Dụng này, bạn được cấp quyền sử dụng không độc quyền và hạn chế để tải các Cập Nhật Phần Mềm iOS do Apple cung cấp cho kiểu Thiết Bị dùng hệ điều hành iOS của bạn để cập nhật hoặc khôi phục phần mềm trong chính Thiết Bị dùng hệ điều hành iOS mà bạn quản lý hoặc sở hữu. Hợp Đồng Cấp Quyền Sử Dụng này không cho phép cập nhật hoặc khôi phục bất kỳ Thiết Bị dùng hệ điều hành iOS nào mà bạn không quản lý hoặc sở hữu, và bạn không được phân phối hoặc cung cấp các Cập Nhật Phần Mềm iOS qua một môi trường mạng nơi mà các Cập Nhật Phần Mềm iOS này có thể bị sử dụng cùng một lúc bởi nhiều thiết bị hoặc máy tính. Nếu bạn tải về máy tính của bạn một Cập Nhật Phần Mềm iOS, bạn có thể tạo một bản sao của các Cập Nhật Phần Mềm iOS dưới dạng máy có thể đọc được để lưu trữ trong máy tính của bạn chỉ dùng cho mục đích dự phòng, với điều kiện là bản sao dự phòng phải bao gồm tất cả các thông báo về bản quyền và quyền sở hữu khác như được bao gồm trong bản gốc.

(c) Nếu Apple đã cài đặt sẵn các ứng dụng hiệu Apple từ App Store trên Thiết Bị dùng hệ điều hành iOS của bạn vào thời điểm mua thiết bị ("Các Ứng Dụng Cài Đặt Sẵn"), bạn sẽ cần phải truy cập vào App Store và liên kết Các Ứng Dụng Cài Đặt Sẵn này với tài khoản App Store của bạn để sử dụng Các Ứng Dụng Cài Đặt Sẵn trên Thiết Bị dùng hệ điều hành iOS của bạn. Khi bạn liên kết một Ứng Dụng Cài Đặt Sẵn với tài khoản App Store của bạn thì vào cùng thời điểm bạn sẽ tự động liên kết với tất cả Các Ứng Dụng Cài Đặt Sẵn khác trên Thiết Bị dùng hệ điều hành iOS của bạn. Bằng cách lựa chọn để liên kết Các Ứng Dụng Cài Đặt Sẵn với tài khoản App Store của bạn, bạn đồng ý rằng Apple có thể chuyển, thu thập, lưu giữ, xử lý và xử dụng cả ID Apple mà tài khoản App Store của bạn sử dụng một nhận dạng phần cứng duy nhất được thu thập từ Thiết Bị dùng hệ điều hành iOS của bạn, như là các nhận dạng tài khoản duy nhất cho mục đích xác minh tính hợp lệ của yêu cầu của bạn và cho phép bạn tiếp cận Các Ứng Dụng Cài Đặt Sẵn thông qua App Store. Nếu bạn không muốn sử dụng một Ứng Dụng Cài Đặt Sẵn, bạn có thể xóa ứng dụng này khỏi Thiết Bị dùng hệ điều hành iOS của bạn vào bất kỳ thời điểm nào.

(d) Bạn không được và đồng ý không, cũng như không cho phép người khác, sao chép (trừ khi Hợp

Đồng Cấp Quyền Sử Dụng này cho phép một cách rõ ràng), phá biên dịch, thiết kế đối chiếu, tách rời, cố gắng để tìm được mã nguồn, giải mã, thay đổi, hoặc tạo ra các tác phẩm phái sinh của Phần Mềm iOS hoặc của các dịch vụ do Phần Mềm iOS cung cấp, hoặc bất kỳ phần nào của Phần Mềm iOS hoặc của dịch vụ do Phần Mềm iOS cung cấp (trừ khi và chỉ trong chừng mực các hạn chế nêu trên bị luật áp dụng cấm hoặc trong chừng mực các điều khoản cấp quyền sử dụng điều chỉnh việc sử dụng các thành phần nguồn mở có thể có trong Phần Mềm iOS cho phép bạn thực hiện các hành vi đó).

(e) Phần Mềm iOS có thể được dùng để tạo bản sao các tài liệu với điều kiện là việc sử dụng này chỉ giới hạn trong việc tạo bản sao các tài liệu không có bản quyền, các tài liệu mà bạn sở hữu bản quyền, hoặc các tài liệu mà bạn được cho phép hoặc theo quy định pháp luật bạn được phép tạo bản sao. Quyền sở hữu và các quyền sở hữu trí tuệ trong và đối với kỳ nội dung nào được hiển thị, lưu trữ trên hoặc được truy cập thông qua Thiết Bị dùng hệ điều hành iOS của bạn thuộc về chủ sở hữu nội dung tương ứng. Nội dung này có thể được bảo vệ bởi các quy định pháp luật và các điều ước về bản quyền và quyền sở hữu trí tuệ khác, và có thể phụ thuộc vào các điều khoản sử dụng của bên thứ ba cung cấp nội dung đó. Trừ khi Hợp Đồng Cấp Quyền Sử Dụng này có quy định khác, Hợp Đồng Cấp Quyền Sử Dụng này không cấp cho bạn bất kỳ quyền nào để sử dụng nội dung đó và cũng không bảo đảm rằng nội dung đó sẽ tiếp tục được cung cấp cho bạn.

(f) Bạn đồng ý sử dụng Phần Mềm iOS và các Dịch Vụ (như được định nghĩa tại Phần 5 dưới đây) phù hợp với tất cả các luật áp dụng, bao gồm luật của nước hoặc khu vực mà tại đó bạn cư trú hoặc tại đó bạn tải về hoặc sử dụng Phần Mềm iOS và các Dịch Vụ. Các tính năng của Phần Mềm iOS và các Dịch Vụ có thể không được cung cấp bằng tất cả các ngôn ngữ hoặc tại tất cả các khu vực, một số tính năng có thể thay đổi phụ thuộc vào khu vực, và một số tính năng có thể bị hạn chế hoặc không được nhà cung cấp dịch vụ của bạn cung cấp. Việc kết nối Wi-Fi hoặc dữ liệu di động là cần thiết cho một số tính năng của Phần Mềm iOS và các Dịch Vụ.

(g) Bạn cần phải có tổ hợp một mật khẩu và tên người dùng duy nhất, được gọi là ID Apple (Nhận Dạng Apple) để sử dụng App Store. Bạn cũng cần phải có ID Apple để truy cập các cập nhật của ứng dụng và một số tính năng của Phần Mềm iOS và các Dịch Vụ.

(h) Bạn thừa nhận rằng có nhiều tính năng, các ứng dụng được tích hợp sẵn, và các Dịch Vụ của Phần Mềm iOS truyền dữ liệu và có thể làm phát sinh phí đối với định mức dữ liệu (data plan) của bạn, và bạn sẽ chịu mọi khoản phí đó. Bạn có thể xem và quản lý các ứng dụng được phép sử dụng dữ liệu di động và xem ước tính lượng dữ liệu mà các ứng dụng đó đã tiêu thụ trong phần Cài Đặt Dữ Liệu Di Động. Để biết thêm thông tin, đề nghị tham khảo Hướng Dẫn Sử Dụng đối với Thiết Bị dùng hệ điều hành iOS của bạn.

(i) Nếu bạn lựa chọn cho phép các cập nhật ứng dụng tự động, Thiết Bị dùng hệ điều hành iOS của bạn sẽ định kỳ kiểm tra với Apple về các cập nhật cho các ứng dụng trên thiết bị của bạn và, nếu có một bản cập nhật, thì bản cập nhật đó sẽ tự động được tải về và cài đặt trên thiết bị của bạn. Bạn có thể tắt tất cả các cập nhật ứng dụng tự động vào bất kỳ thời điểm nào bằng cách vào phần Cài Đặt, ấn vào biểu tượng iTunes & App Store, và dưới mục Tải Về Tự Động, tắt mục Cập Nhật.

(j) Việc sử dụng Thiết Bị dùng hệ điều hành iOS trong một số trường hợp có thể làm bạn không tập trung và có thể gây ra một tình huống nguy hiểm (ví dụ, tránh nhắn tin trong khi lái xe hoặc sử dụng tai nghe trong khi đạp xe). Bằng việc bạn sử dụng Thiết Bị dùng hệ điều hành iOS, bạn đồng ý rằng bạn có trách nhiệm tuân thủ các nguyên tắc nghiêm cấm hoặc hạn chế sử dụng điện thoại di động hoặc tai nghe (ví dụ, yêu cầu sử dụng thoại rảnh tay để gọi điện khi đang lái xe).

**3. Chuyển Giao.** Bạn không được cho thuê, cho mượn, bán, phân phối lại, hoặc cấp lại quyền sử dụng Phần Mềm iOS. Tuy nhiên, bạn có thể chuyển giao một lần vĩnh viễn tất cả các quyền sử dụng của bạn đối với Phần Mềm iOS cho người khác cùng với việc chuyển giao quyền sở hữu Thiết Bị dùng hệ điều

hành iOS của bạn, với điều kiện là: (a) việc chuyển giao này phải bao gồm Thiết Bị dùng hệ điều hành iOS của bạn và toàn bộ Phần Mềm iOS, bao gồm mọi thành phần cấu thành và Hợp Đồng Cấp Quyền Sử Dụng này; (b) bạn sẽ không giữ lại bất kỳ bản sao nào của Phần Mềm iOS, dù là toàn bộ hay một phần, kể cả những bản sao được lưu giữ tại một máy tính hoặc thiết bị lưu trữ khác; và (c) bên nhận Phần Mềm iOS đọc và đồng ý chấp thuận các điều khoản và điều kiện của Hợp Đồng Cấp Quyền Sử Dụng này.

**4. Chấp Thuận Cho Việc Sử Dụng Dữ Liệu.** Khi bạn sử dụng thiết bị của bạn, số điện thoại của bạn và một số ký hiệu nhận dạng duy nhất cho Thiết Bị dùng hệ điều hành iOS của bạn được gửi cho Apple để cho phép những người khác tiếp cận bạn qua số điện thoại của bạn khi sử dụng các tính năng liên lạc khác nhau của Phần Mềm iOS, ví dụ iMessage và FaceTime. Khi bạn sử dụng iMessage, Apple có thể giữ các tin nhắn của bạn ở dạng thức mã đã mã hóa trong một khoảng thời gian nhất định để đảm bảo việc chuyển dữ liệu. Bạn có thể tắt FaceTime hoặc iMessage bằng cách vào cài đặt FaceTime hoặc Messages trên Thiết Bị dùng hệ điều hành iOS của bạn. Với số tính năng như Phân Tích, các Dịch Vụ Định Vị, Siri, và Nhắc Chính Tả có thể yêu cầu thông tin từ Thiết Bị dùng hệ điều hành iOS của bạn để cung cấp các chức năng tương ứng của các tính năng này. Khi bạn bật hoặc sử dụng các tính năng này, bạn sẽ được cung cấp chi tiết về thông tin nào mà các tính năng này gửi tới Apple và thông tin được sử dụng như thế nào. Bạn có thể tìm hiểu thêm thông tin bằng cách vào trang web https://www.apple.com/vn/privacy/. Vào mọi thời điểm, thông tin của bạn sẽ được xử lý phù hợp với Chính Sách Quyền Riêng Tư của Apple, và có thể xem tại trang: https://www.apple.com/legal/privacy/.

**5. Các Dịch Vụ và Các Tài Liệu Của Bên Thứ Ba.**
(a) Phần Mềm iOS có thể cho phép bạn truy cập vào iTunes Store, App Store của Apple, iBooks Store, Game Center, iCloud, Bản Đồ và các dịch vụ và trang web khác của Apple và của bên thứ ba (sau đây được gọi chung và gọi riêng là "Dịch Vụ"). Các Dịch Vụ này có thể không được cung cấp bằng tất cả các thứ tiếng hoặc tại mọi quốc gia. Để sử dụng các Dịch Vụ này, bạn cần phải truy cập vào Internet và để sử dụng một số Dịch Vụ có thể cần phải có ID Apple, bạn có thể phải chấp nhận các điều khoản bổ sung và có thể phải trả các khoản phí bổ sung. Bằng cách sử dụng phần mềm có liên quan đến một ID Apple hoặc Dịch Vụ Apple khác, bạn đồng ý chấp thuận các điều khoản dịch vụ áp dụng cho Dịch Vụ đó, ví dụ như các Điều Khoản và Điều Kiện Dịch Vụ Apple Media mới nhất áp dụng cho nước mà tại đó bạn truy cập vào các Dịch Vụ này, mà bạn có thể truy cập và xem tại địa chỉ https://www.apple.com/legal/internet-services/itunes/ww/.

(b) Nếu bạn truy cập vào iCloud, một số tính năng iCloud như "Thư Viện Ảnh iCloud", "Kho Ảnh Của Tôi", "Chia Sẻ Ảnh iCloud", "Back Up" (Lưu Trữ) và "Find My iPhone" (Tìm iPhone Của Tôi) có thể được truy cập trực tiếp từ Phần Mềm iOS. Bạn thừa nhận và đồng ý rằng việc bạn sử dụng iCloud và các tính năng này tuân theo các điều khoản và điều kiện mới nhất của dịch vụ iCloud mà bạn có thể truy cập và xem tại: https://www.apple.com/legal/internet-services/icloud/ww/.

(c) Nội Dung Ứng Dụng Tin Tức. Việc bạn sử dụng nội dung được truy cập thông qua ứng dụng Tin Tức chỉ giới hạn cho mục đích sử dụng cá nhân và không mang tính thương mại, không được chuyển giao bất kỳ quyền sở hữu nào trong nội dung đó cho bạn, và đặc biệt loại trừ, nhưng không giới hạn, bất kỳ quyền sử dụng mang tính thương mại hoặc khuyến mại trong nội dung đó. Ngoài ra, bạn không được phép tái bản, phát tán lại và tạo bản sao bất kỳ hình ảnh nào được truy cập thông qua Tin Tức như là một tập tin độc lập.

(d) Bản Đồ. Dịch vụ bản đồ và các tính năng của Phần Mềm iOS ("Bản Đồ"), bao gồm phạm vi dữ liệu bản đồ, có thể thay đổi theo vùng. Khi bạn sử dụng bất kỳ tính năng nào dựa trên sự định vị của ứng dụng Bản Đồ, ví dụ như tính năng chỉ đường chi tiết, giao thông và tìm kiếm vùng, các thông tin sử dụng và liên quan đến định vị có thể được gửi cho Apple, bao gồm vị trí địa lý vào thời điểm đó của Thiết Bị dùng hệ điều hành iOS của bạn, để xử lý yêu cầu của bạn và để nâng cao chất lượng Bản Đồ. Vị trí định vị và dữ liệu sử dụng được Apple thu thập dưới dạng không xác định đích danh bạn. **Bằng**

**cách sử dụng Bản Đồ, bạn đồng ý và chấp thuận cho Apple, các công ty con và đại lý của Apple chuyển, thu thập, lưu giữ, xử lý, và sử dụng các thông tin này để cung cấp và cải thiện các tính năng và dịch vụ Bản Đồ và các sản phẩm và dịch vụ khác của Apple.** Apple có thể cung cấp thông tin này, ở dạng tổng hợp hoặc không gây xác định rõ cá nhân bạn, cho các đối tác và bên được cấp quyền sử dụng của Apple để nâng cao các sản phẩm và dịch vụ dựa trên sự định vị và bản đồ. Bạn có thể tắt tính năng dựa trên sự định vị của Bản Đồ bằng cách vào phần cài đặt các Dịch Vụ Định Vị trên Thiết Bị dùng hệ điều hành iOS của bạn và tắt cài đặt riêng cho Bản Đồ. Tuy nhiên, một số tính năng Bản Đồ có thể không được cung cấp nếu bạn tắt phần cài đặt Dịch Vụ Định Vị, ví dụ như tính năng chỉ đường chi tiết.

(e) iBooks (Sách điện tử); Podcasts (Ghi âm kỹ thuật số của chương trình phát trên Internet để tải xuống máy nghe nhạc cá nhân). Nếu bạn lựa chọn tính năng đồng bộ hóa của các ứng dụng iBooks và Podcasts để đồng bộ hóa các đánh dấu trang sách, ghi chú, bộ sưu tập, và dữ liệu đăng ký podcast của bạn trên các máy tính và các Thiết Bị dùng hệ điều hành iOS của bạn, bạn thừa nhận rằng dữ liệu này sẽ được gửi cho Apple và lưu giữ phối hợp với ID Apple mà bạn sử dụng cho iBooks Store hoặc iTunes Store, để đồng bộ hóa dữ liệu này vào các thiết bị và máy tính khác của bạn mà các thiết bị và máy tính này cho phép truy cập nội dung thông qua ID Apple đó. Bạn có thể tắt chức năng đồng bộ hóa vào bất kỳ thời điểm nào bằng cách vào mục Cài Đặt và thay đổi các lựa chọn đồng bộ hóa đối với các ứng dụng iBooks và Podcasts tương ứng.

(f) Bạn hiểu rằng khi sử dụng bất kỳ Dịch Vụ nào, bạn có thể gặp phải nội dung có thể có tính công kích, khiếm nhã, hoặc không mong muốn, nội dung này có thể bị coi hoặc không bị coi là có tính mô tả tình dục, và các kết quả của bất kỳ việc tìm kiếm hoặc truy cập vào một Đường Dẫn (URL) đặc biệt có thể tự động và vô tình tạo ra các đường dẫn liên kết hoặc tham chiếu tới các tài liệu không mong muốn. Tuy nhiên, bạn đồng ý chịu toàn bộ các rủi ro khi sử dụng các Dịch Vụ và Apple, các công ty liên kết, đại lý, bên ủy nhiệm, hoặc các bên cấp quyền sử dụng của Apple sẽ không có bất kỳ nghĩa vụ nào với bạn đối với nội dung có thể bị coi là có tính công kích, khiếm nhã, hoặc không mong muốn.

(g) Một số Dịch Vụ có thể thể hiện, chứa đựng hoặc cung cấp nội dung, dữ liệu, thông tin, các ứng dụng hoặc tài liệu từ bên thứ ba ("Tài Liệu Của Bên Thứ Ba") hoặc tạo ra đường dẫn liên kết tới trang web của các bên thứ ba. Bằng việc sử dụng các Dịch Vụ, bạn thừa nhận và đồng ý rằng Apple sẽ không có trách nhiệm kiểm tra hoặc đánh giá nội dung, tính chính xác, tính hoàn thiện, tính hợp thời, hiệu lực, tuân thủ quy định về bản quyền, tính hợp pháp, tuân thủ các quy tắc, chất lượng hoặc các khía cạnh khác của các Tài liệu Của Bên Thứ Ba hoặc các trang web. Apple, các nhân viên, công ty liên kết, công ty con của Apple không bảo đảm hoặc xác nhận và không gánh chịu và sẽ không có bất kỳ trách nhiệm hoặc nghĩa vụ nào với bạn hoặc bất kỳ người nào về các Dịch Vụ của bất kỳ bên thứ ba nào, Tài Liệu Của Bên Thứ Ba hoặc các trang web, hoặc các tài liệu, sản phẩm, hoặc dịch vụ khác của các bên thứ ba. Các Tài Liệu Của Bên Thứ Ba và các đường dẫn liên kết tới các trang web khác được cung cấp với mục đích duy nhất là nhằm tạo thuận lợi cho bạn.

(h) Cả Apple và các bên cung cấp nội dung cho Apple đều không bảo đảm về khả năng cung cấp, độ chính xác, hoàn chỉnh, có thể tin cậy được, hoặc kịp thời của thông tin lưu trữ, dữ liệu định vị hoặc bất kỳ dữ liệu khác được hiển thị bởi bất kỳ Dịch Vụ nào. Các thông tin tài chính do bất kỳ Dịch Vụ nào thể hiện chỉ nhằm mục đích thông tin chung và bạn không nên dựa vào các thông tin tài chính đó như là tư vấn đầu tư. Trước khi tiến hành bất kỳ giao dịch chứng khoán nào dựa trên các thông tin thu nhận được nhờ vào các Dịch Vụ, bạn nên tham vấn chuyên gia tài chính hoặc chứng khoán có trình độ chuyên môn theo quy định pháp luật để đưa ra các tư vấn về tài chính hoặc chứng khoán tại nước hoặc khu vực của bạn. Dữ liệu định vị do các Dịch Vụ, bao gồm dịch vụ Bản Đồ Apple, chỉ được cung cấp cho mục đích định hướng và lên kế hoạch cơ bản và không nhằm để sử dụng trong các trường hợp cần phải có các thông tin định vị chính xác hoặc dữ liệu định vị bị lỗi, không chính xác, bị chậm trễ hoặc không đầy đủ có thể gây tử vong, thương tật, hay thiệt hại về tài sản hoặc môi trường. Bạn đồng ý rằng, các kết quả mà bạn nhận được từ dịch vụ Bản Đồ có thể thay đổi theo các điều kiện đường xá

và mặt bằng cụ thể do các yếu tố có thể ảnh hưởng đến độ chính xác của dữ liệu Bản Đồ, ví dụ nhưng không hạn chế bởi các yếu tố như thời tiết, điều kiện đường xá và giao thông, các sự kiện địa chính trị. Để bảo đảm an toàn cho bạn khi sử dụng tính năng chỉ đường, bạn nên luôn luôn chú ý đến các biển chỉ đường và các điều kiện đường xá hiện tại. Tuân theo luật giao thông và thông lệ lái xe, và lưu ý rằng các hướng dẫn cho người đi bộ có thể không chứa thông tin về các vỉa hè hoặc các đường cho người đi bộ.

(i) Trong phạm vi mà bạn đăng tải bất kỳ nội dung nào thông qua việc sử dụng Dịch Vụ, bạn cam kết rằng bạn sở hữu tất cả các quyền đối với nội dung đó, hoặc có thẩm quyền hoặc theo cách khác được cho phép một cách hợp pháp để đăng tải nội dung đó và nội dung đó không vi phạm bất kỳ điều khoản dịch vụ nào áp dụng cho các Dịch Vụ. Bạn đồng ý rằng các Dịch Vụ bao gồm nội dung, thông tin và tài liệu thuộc sở hữu riêng của Apple, chủ sở hữu trang web, hoặc các bên cấp quyền sử dụng cho Apple và chủ sở hữu trang web, và được bảo vệ bởi các quy định về sở hữu trí tuệ và các luật khác, bao gồm nhưng không giới hạn bởi bản quyền. Bạn đồng ý sẽ không sử dụng các nội dung, thông tin và tài liệu đó trừ các trường hợp việc sử dụng các Dịch Vụ được phép và không sử dụng các nội dung, thông tin và tài liệu theo cách thức trái với các điều khoản của Hợp Đồng Cấp Quyền Sử Dụng này và không vi phạm bất kỳ quyền sở hữu trí tuệ nào của một bên thứ ba hoặc của Apple. Không phần nào của các Dịch Vụ có thể được sao chép dưới bất kỳ hình thức nào bằng bất kỳ phương tiện nào. Bạn đồng ý không sửa đổi, cho thuê, cho mượn, bán, phân phối, hoặc tạo ra các tác phẩm phái sinh dựa trên các Dịch Vụ, theo bất kỳ cách nào, và bạn sẽ không khai thác Dịch Vụ theo bất kỳ cách nào không được phép, bao gồm và không giới hạn bởi việc sử dụng Dịch Vụ để phát tán bất kỳ virus, sâu máy tính, ngựa thành Troy hoặc phần mềm gây hại khác, hoặc việc xâm phạm hoặc làm cho mạng bị quá tải. Bạn đồng ý thêm rằng sẽ không sử dụng các Dịch Vụ theo bất kỳ hình thức nào để gây rối, lạm dụng, lén lút, đe dọa, gây tổn hại danh dự hoặc bằng cách nào khác xâm phạm hoặc vi phạm các quyền của bất kỳ bên nào khác, và rằng Apple hoàn toàn không có trách nhiệm đối với bất kỳ việc sử dụng nào của bạn hoặc đối với bất kỳ tin nhắn hay thông điệp gây rối, đe dọa, gây tổn hại danh dự, công kích, vi phạm hoặc bất hợp pháp nào mà bạn có thể nhận được khi sử dụng Dịch Vụ.

(j) Hơn nữa, các Dịch Vụ và Các Tài Liệu Của Bên Thứ Ba có thể được truy nhập, kết nối tới liên kết, hoặc hiển thị trên Thiết Bị dùng hệ điều hành iOS có thể không được cung cấp bằng tất cả các thứ tiếng hoặc tại mọi quốc gia hoặc khu vực. Apple không cam kết rằng các Dịch vụ và Các Tài Liệu Của Bên Thứ Ba được cung cấp và phù hợp cho việc sử dụng tại bất kỳ địa điểm cụ thể nào. Trong chừng mực mà bạn chọn sử dụng hoặc tiếp cận các Dịch Vụ và Các Tài Liệu Của Bên Thứ Ba này, bạn tự mình làm việc này và tự chịu trách nhiệm về việc tuân thủ luật áp dụng, bao gồm nhưng không chỉ giới hạn bởi luật áp dụng của nước sở tại và các luật về quyền riêng tư và thu thập dữ liệu. Chia sẻ hoặc đồng bộ hóa các bức ảnh thông qua Thiết Bị dùng hệ điều hành iOS của bạn có thể làm cho siêu dữ liệu, bao gồm địa điểm và thời gian mà ảnh được chụp, và thông tin chiều sâu, bị chuyển đi cùng với các bức ảnh. Việc sử dụng các dịch vụ Apple (như là Thư Viện Ảnh iCloud) để chia sẻ hoặc đồng bộ hóa những ảnh này sẽ liên quan đến việc Apple nhận được và lưu trữ các siêu dữ liệu đó, Apple và các bên cấp quyền sử dụng cho Apple bảo lưu quyền thay đổi, đình chỉ, hủy bỏ, hoặc vô hiệu hóa việc tiếp cận bất kỳ Dịch Vụ nào vào bất kỳ thời điểm nào mà không cần thông báo. Trong bất kỳ trường hợp nào, Apple không chịu trách nhiệm đối với sự hủy bỏ hoặc vô hiệu hóa việc tiếp cận bất kỳ Dịch Vụ nào. Apple cũng có thể áp đặt các hạn chế đối với việc sử dụng hoặc tiếp cận một số Dịch Vụ trong bất kỳ trường hợp nào mà không cần thông báo cũng như không phải chịu bất kỳ trách nhiệm nào.

**6. Chấm Dứt.** Hợp Đồng Cấp Quyền Sử Dụng này sẽ có hiệu lực cho đến khi chấm dứt. Quyền của bạn theo quy định tại Hợp Đồng Cấp Quyền Sử Dụng này sẽ tự động chấm dứt hoặc chấm dứt hiệu lực theo cách khác mà Apple không cần phải thông báo nếu bạn không tuân thủ bất kỳ điều khoản nào của Hợp Đồng Cấp Quyền Sử Dụng này. Khi Hợp Đồng Cấp Quyền Sử Dụng này chấm dứt, bạn sẽ phải chấm dứt hoàn toàn việc sử dụng Phần Mềm iOS. Các Phần 4, 5, 6, 7, 8, 9, 12, và 13 của Hợp Đồng Cấp Quyền Sử Dụng này tiếp tục có hiệu lực sau khi xảy ra bất kỳ trường hợp chấm dứt nào như vậy.

**7. Từ Bỏ Các Bảo Đảm.**

7.1    Nếu bạn là một khách hàng tiêu dùng (tức là bạn sử dụng Phần Mềm iOS không cho mục đích kinh doanh, thương mại, hoặc chuyên môn của bạn), bạn có thể có các quyền hợp pháp tại nước bạn cư trú mà ở nước đó có thể cấm áp dụng các hạn chế sau đây đối với bạn, và trong trường hợp đó thì các hạn chế sau đây sẽ không áp dụng đối với bạn. Để biết thêm về các quyền của người tiêu dùng, bạn nên liên hệ với tổ chức tư vấn cho người tiêu dùng tại địa phương.

7.2    TRONG PHẠM VI LUẬT ÁP DỤNG CHO PHÉP, BẠN CÔNG KHAI THỪA NHẬN VÀ ĐỒNG Ý CHỊU MỌI RỦI RO TRONG VIỆC SỬ DỤNG PHẦN MỀM iOS VÀ BẤT KỲ DỊCH VỤ NÀO ĐƯỢC THỰC HIỆN BỞI HOẶC ĐƯỢC TRUY CẬP THÔNG QUA PHẦN MỀM iOS VÀ BẠN HOÀN TOÀN CHỊU MỌI RỦI RO VỀ CHẤT LƯỢNG, KHẢ NĂNG HOẠT ĐỘNG, ĐỘ CHÍNH XÁC, VÀ KẾT QUẢ CÓ THỎA MÃN YÊU CẦU CỦA BẠN HAY KHÔNG.

7.3    TRONG PHẠM VI TỐI ĐA MÀ LUẬT ÁP DỤNG CHO PHÉP, PHẦN MỀM iOS VÀ CÁC DỊCH VỤ ĐƯỢC CUNG CẤP "THEO NGUYÊN TRẠNG" VÀ "NHƯ HIỆN CÓ", VỚI TẤT CẢ CÁC LỖI VÀ KHÔNG CÓ BẤT KỲ SỰ BẢO ĐẢM NÀO, VÀ APPLE VÀ CÁC BÊN CẤP QUYỀN SỬ DỤNG CHO APPLE (ĐƯỢC GỌI CHUNG LÀ "APPLE" CHO CÁC MỤC ĐÍCH CỦA PHẦN 7 & 8 NÀY) THEO ĐÂY TỪ BỎ MỌI BẢO ĐẢM VÀ ĐIỀU KIỆN LIÊN QUAN TỚI PHẦN MỀM iOS VÀ CÁC DỊCH VỤ, DÙ LÀ DƯỚI HÌNH THỨC CÔNG KHAI, NGẦM ĐỊNH HOẶC THEO QUY ĐỊNH, BAO GỒM VÀ KHÔNG CHỈ GIỚI HẠN BỞI CÁC BẢO ĐẢM VÀ/HOẶC ĐIỀU KIỆN NGẦM ĐỊNH VỀ KHẢ NĂNG TIÊU THỤ, CHẤT LƯỢNG ĐẢM BẢO, PHÙ HỢP CHO MỘT MỤC ĐÍCH SỬ DỤNG CỤ THỂ, ĐỘ CHÍNH XÁC, ĐỘ HÀI LÒNG KHI SỬ DỤNG, VÀ KHÔNG VI PHẠM QUYỀN CỦA BÊN THỨ BA.

7.4    APPLE KHÔNG BẢO ĐẢM RẰNG VIỆC SỬ DỤNG PHẦN MỀM iOS VÀ CÁC DỊCH VỤ CỦA BẠN KHÔNG BỊ GIÁN ĐOẠN, KHÔNG BẢO ĐẢM RẰNG CÁC CHỨC NĂNG TRONG PHẦN MỀM iOS HOẶC CÁC DỊCH VỤ ĐƯỢC THỰC HIỆN HOẶC ĐƯỢC CUNG CẤP BỞI PHẦN MỀM iOS THỎA MÃN CÁC YÊU CẦU CỦA BẠN, RẰNG HOẠT ĐỘNG CỦA PHẦN MỀM iOS VÀ CÁC DỊCH VỤ KHÔNG BỊ GIÁN ĐOẠN HOẶC KHÔNG CÓ LỖI, RẰNG BẤT KỲ DỊCH VỤ NÀO SẼ TIẾP TỤC ĐƯỢC CUNG CẤP, RẰNG CÁC LỖI TRONG PHẦN MỀM iOS VÀ CÁC DỊCH VỤ SẼ ĐƯỢC KHẮC PHỤC, HOẶC RẰNG PHẦN MỀM iOS SẼ TƯƠNG THÍCH HOẶC HOẠT ĐỘNG ĐƯỢC VỚI BẤT KỲ PHẦN MỀM, ỨNG DỤNG HOẶC DỊCH VỤ CỦA BÊN THỨ BA NÀO. VIỆC CÀI ĐẶT CỦA PHẦN MỀM iOS NÀY CÓ THỂ ẢNH HƯỞNG TỚI VIỆC CUNG CẤP VÀ KHẢ NĂNG SỬ DỤNG PHẦN MỀM, CÁC ỨNG DỤNG HOẶC DỊCH VỤ CỦA BÊN THỨ BA, CŨNG NHƯ CÁC SẢN PHẨM VÀ DỊCH VỤ APPLE.

7.5    BẠN THỪA NHẬN THÊM RẰNG PHẦN MỀM iOS VÀ CÁC DỊCH VỤ KHÔNG ĐƯỢC TẠO RA ĐỂ HOẶC PHÙ HỢP CHO VIỆC SỬ DỤNG TRONG CÁC ĐIỀU KIỆN HOẶC MÔI TRƯỜNG MÀ VIỆC NỘI DUNG, DỮ LIỆU HOẶC THÔNG TIN DO PHẦN MỀM iOS HOẶC CÁC DỊCH VỤ CUNG CẤP BỊ SAI SÓT, BỊ CHẬM TRỄ, CÓ LỖI HAY KHÔNG CHÍNH XÁC CÓ THỂ GÂY TỬ VONG, THƯƠNG TẬT, HOẶC THIỆT HẠI NGHIÊM TRỌNG VỀ VẬT CHẤT HOẶC MÔI TRƯỜNG, BAO GỒM NHƯNG KHÔNG GIỚI HẠN BỞI HOẠT ĐỘNG CỦA CÁC THIẾT BỊ HẠT NHÂN, ĐIỀU KHIỂN MÁY BAY HOẶC CÁC HỆ THỐNG THÔNG TIN LIÊN LẠC, ĐIỀU KHIỂN HÀNG KHÔNG, CỨU HỘ HOẶC HỆ THỐNG VŨ KHÍ.

7.6    KHÔNG CÓ BẤT KỲ THÔNG TIN HOẶC TƯ VẤN NÀO BẰNG VĂN BẢN HOẶC BẰNG LỜI NÓI CỦA APPLE HOẶC MỘT ĐẠI DIỆN CÓ THẨM QUYỀN CỦA APPLE CÓ THỂ TẠO RA MỘT BẢO ĐẢM. NẾU PHẦN MỀM iOS VÀ CÁC DỊCH VỤ CÓ LỖI, BẠN SẼ CHỊU TOÀN BỘ CHI PHÍ CHO CÁC DỊCH VỤ, SỬA CHỮA HOẶC KHÔI PHỤC CẦN THIẾT. LUẬT MỘT SỐ NƯỚC KHÔNG CHO PHÉP VIỆC LOẠI TRỪ CÁC BẢO ĐẢM NGẦM ĐỊNH HOẶC HẠN CHẾ CÁC QUYỀN CỦA NGƯỜI TIÊU DÙNG THEO QUY ĐỊNH ÁP DỤNG, TRONG TRƯỜNG HỢP ĐÓ CÁC LOẠI TRỪ VÀ HẠN CHẾ TRÊN CÓ THỂ KHÔNG ÁP DỤNG ĐỐI VỚI BẠN.

**8. Giới Hạn Trách Nhiệm.** TRONG PHẠM VI MÀ LUẬT ÁP DỤNG KHÔNG CẤM, APPLE, CÁC CÔNG

TY LIÊN KẾT, CÁC ĐẠI LÝ HOẶC BÊN ỦY NHIỆM CỦA APPLE SẼ KHÔNG CÓ TRÁCH NHIỆM TRONG BẤT KỲ TRƯỜNG HỢP NÀO ĐỐI VỚI THƯƠNG TẬT, HOẶC BẤT KỲ THIỆT HẠI NGẪU NHIÊN, ĐẶC BIỆT, GIÁN TIẾP HOẶC CÓ TÍNH NHÂN QUẢ, BAO GỒM MÀ KHÔNG CHỈ GIỚI HẠN BỞI CÁC THIỆT HẠI DO TỔN THẤT VỀ LỢI NHUẬN, HỎNG HOẶC MẤT DỮ LIỆU, KHÔNG TRUYỀN HOẶC KHÔNG NHẬN ĐƯỢC BẤT KỲ DỮ LIỆU NÀO (BAO GỒM VÀ KHÔNG HẠN CHẾ BỞI CÁC CHỈ DẪN VỀ KHÓA HỌC, BÀI TẬP, VÀ TÀI LIỆU KHÓA HỌC), GIÁN ĐOẠN KINH DOANH HOẶC BẤT KỲ THIỆT HẠI HOẶC TỔN THẤT THƯƠNG MẠI KHÁC, PHÁT SINH TỪ HOẶC LIÊN QUAN ĐẾN VIỆC BẠN SỬ DỤNG HOẶC KHÔNG THỂ SỬ DỤNG PHẦN MỀM iOS VÀ CÁC DỊCH VỤ HOẶC PHẦN MỀM HOẶC ỨNG DỤNG CỦA BÊN THỨ BA LIÊN QUAN TỚI PHẦN MỀM iOS HOẶC CÁC DỊCH VỤ, CHO DÙ THIỆT HẠI HAY TỔN THẤT ĐÓ BỊ GÂY RA NHƯ THẾ NÀO, BẤT KỂ TRÁCH NHIỆM PHÁT SINH THEO HÌNH THỨC NÀO (THEO HỢP ĐỒNG, NGOÀI HỢP ĐỒNG HOẶC THEO NGUYÊN TẮC NÀO KHÁC) VÀ NGAY CẢ KHI APPLE ĐÃ ĐƯỢC KHUYẾN CÁO VỀ KHẢ NĂNG XẢY RA CÁC THIỆT HẠI ĐÓ. LUẬT CỦA MỘT SỐ NƯỚC KHÔNG CHO PHÉP LOẠI TRỪ HOẶC HẠN CHẾ TRÁCH NHIỆM ĐỐI VỚI THƯƠNG TẬT, THIỆT HẠI NGẪU NHIÊN HAY CÓ TÍNH NHÂN QUẢ, TRONG TRƯỜNG HỢP ĐÓ HẠN CHẾ NÀY CÓ THỂ KHÔNG ÁP DỤNG ĐỐI VỚI BẠN. Trong mọi trường hợp tổng trách nhiệm của Apple đối với các thiệt hại xảy ra với bạn (trừ trường hợp luật áp dụng yêu cầu trong các trường hợp liên quan tới thương tật) không vượt quá hai trăm năm mươi đô la (250 USD). Các hạn chế trên sẽ áp dụng ngay cả khi biện pháp khắc phục được nêu ở trên không đạt được mục tiêu chính của biện pháp khắc phục đó.

**9. Các Chứng Chỉ Số.** Phần Mềm iOS bao gồm các tính năng sử dụng cho phép chấp nhận các chứng chỉ số do Apple hay các bên thứ ba phát hành. BẠN HOÀN TOÀN CHỊU TRÁCH NHIỆM QUYẾT ĐỊNH DỰA VÀO HAY KHÔNG DỰA VÀO MỘT CHỨNG CHỈ DO APPLE HAY BÊN THỨ BA PHÁT HÀNH. BẠN LÀ NGƯỜI DUY NHẤT CHỊU RỦI RO ĐỐI VỚI VIỆC SỬ DỤNG CHỨNG CHỈ SỐ CỦA MÌNH. TRONG PHẠM VI TỐI ĐA MÀ LUẬT ÁP DỤNG CHO PHÉP, APPLE KHÔNG CAM KẾT VÀ BẢO ĐẢM, DÙ LÀ CÔNG KHAI HAY NGẦM ĐỊNH, VỀ KHẢ NĂNG TIÊU THỤ HOẶC TÍNH PHÙ HỢP CHO BẤT KỲ MỤC ĐÍCH CỤ THỂ NÀO, TÍNH CHÍNH XÁC, ĐỘ AN TOÀN, HOẶC KHÔNG VI PHẠM QUYỀN CỦA BÊN THỨ BA LIÊN QUAN ĐẾN CÁC CHỨNG CHỈ SỐ.

**10. Quản Lý Xuất Khẩu.** Bạn không được sử dụng hoặc bằng cách nào đó xuất khẩu hoặc tái xuất khẩu Phần Mềm iOS trừ khi được cho phép bởi luật của Hoa Kỳ và luật của (các) quốc gia mà tại đó Phần Mềm iOS được mua. Cụ thể là, nhưng không hạn chế bởi, Phần Mềm iOS không thể được xuất khẩu hoặc tái xuất khẩu vào (a) bất kỳ nước nào bị Hoa Kỳ cấm vận hoặc (b) bất kỳ nước nào trong danh sách Các Quốc Gia Bị Đối Xử Đặc Biệt của Cục Kho Bạc Hoa Kỳ hoặc Danh Sách Những Tổ Chức hoặc Cá Nhân Bị Khước Từ của Bộ Thương Mại Hoa Kỳ hoặc bất kỳ danh sách đối tượng bị hạn chế nào khác. Bằng cách sử dụng Phần Mềm iOS, bạn cam kết và bảo đảm rằng bạn không ở tại bất kỳ nước nào trong các nước nêu trên hoặc nằm trong bất kỳ danh sách nào nêu trên. Bạn cũng đồng ý rằng bạn sẽ không sử dụng Phần Mềm iOS cho bất kỳ mục đích nào bị luật Hoa Kỳ cấm, bao gồm, và không giới hạn bởi phát triển, thiết kế, chế tạo hoặc sản xuất tên lửa, vũ khí hạt nhân, hóa học hoặc sinh học.

**11. Người Sử Dụng Cuối Cùng là Chính Phủ.** Phần Mềm iOS và tài liệu liên quan là "Các Hạng Mục Thương Mại", như thuật ngữ này được định nghĩa tại mục 48 C.F.R. §2.101, bao gồm "Phần Mềm Máy Tính Thương Mại" và "Tài Liệu Phần Mềm Máy Tính Thương Mại", như thuật ngữ này được định nghĩa tại mục 48 C.F.R. §12.212 hoặc mục 48 C.F.R. §227.7202, khi được áp dụng. Phù hợp với quy định tại mục 48 C.F.R. §12.212 hoặc mục 48 C.F.R. §227.7202-1 đến mục 227.7202-4, khi được áp dụng, Phần Mềm Máy Tính Thương Mại và Tài Liệu Phần Mềm Máy Tính Thương Mại được cấp cho những người sử dụng cuối cùng là Chính Phủ Mỹ (a) chỉ như Các Hạng Mục Thương Mại và (b) chỉ với các quyền như được cấp cho tất cả những người sử dụng cuối cùng khác theo các điều khoản và điều kiện được nêu trong Hợp Đồng Cấp Quyền Sử Dụng này. Các quyền không được công bố được bảo lưu theo luật bản quyền của Hoa Kỳ.

**12. Luật Điều Chỉnh và Vô Hiệu Từng Phần.** Hợp Đồng Cấp Quyền Sử Dụng này được điều chỉnh và

giải thích theo luật của Bang California, trừ các nguyên tắc xung đột pháp luật. Hợp Đồng Cấp Quyền Sử Dụng này sẽ không được điều chỉnh bởi Công Ước Liên Hợp Quốc về Hợp Đồng Mua Bán Hàng Hóa Quốc Tế, việc áp dụng của Công Ước này bị loại trừ rõ ràng. Nếu bạn là người tiêu dùng tại Vương Quốc Anh, Hợp Đồng Cấp Quyền Sử Dụng này sẽ được điều chỉnh bởi luật tại vùng cư trú của bạn. Nếu vì một lý do nào đó mà tòa án có thẩm quyền thấy rằng bất kỳ qui định, hoặc phần nào đó trong Hợp Đồng Cấp Quyền Sử Dụng này không thể được thực thi, phần còn lại của Hợp Đồng Cấp Quyền Sử Dụng này vẫn tiếp tục có hiệu lực đầy đủ.

**13. Toàn Bộ Hợp Đồng; Ngôn Ngữ Điều Chỉnh.** Hợp Đồng Cấp Quyền Sử Dụng tạo thành toàn bộ thỏa thuận giữa bạn và Apple liên quan đến Phần Mềm iOS và thay thế toàn bộ các thỏa thuận về vấn đề này trước đó hoặc tại cùng thời điểm. Bất kỳ sửa chữa hoặc thay đổi nào của Hợp Đồng Cấp Quyền Sử Dụng này sẽ không có giá trị ràng buộc trừ khi sửa chữa hoặc thay đổi đó được lập thành văn bản và được Apple ký. Trong phạm vi mà pháp luật của nước bạn không cấm, việc dịch Hợp Đồng Cấp Quyền Sử Dụng này được thực hiện để đáp ứng yêu cầu của nước sở tại và trong trường hợp có mâu thuẫn giữa bản tiếng Anh và bản không phải bằng tiếng Anh, bản tiếng Anh của Hợp Đồng Cấp Quyền Sử Dụng này sẽ được ưu tiên.

**14. Các Xác Nhận Của Bên Thứ Ba.** Các phần của Phần Mềm iOS có thể sử dụng hoặc có chứa phần mềm của bên thứ ba và tài liệu có bản quyền khác. Các thừa nhận, các điều khoản cấp quyền sử dụng và các khước từ đối với các tài liệu đó được nêu trong các văn bản điện tử về Phần Mềm iOS, và việc bạn sử dụng tài liệu đó được điều chỉnh bởi các điều khoản tương ứng. Việc sử dụng Dịch Vụ Truy Duyệt An Toàn Google phải tuân thủ theo các Điều Khoản Dịch Vụ Google (https://www.google.com/intl/vi/policies/terms/) và theo Chính Sách Quyền Riêng Tư của Google (https://www.google.com/intl/vi/policies/privacy/).

**15. Sử Dụng MPEG-4; Thông Báo H.264/AVC.**
(a) Phần Mềm iOS được cấp quyền sử dụng theo Hợp Đồng Cấp Quyền Sử Dụng Danh Mục Các Sáng Chế Hệ Thống MPEG-4 để mã hóa phù hợp với Tiêu Chuẩn Hệ Thống MPEG-4, ngoại trừ cần phải có một hợp đồng cấp quyền sử dụng và thanh toán bổ sung phí bản quyền để mã hóa liên quan đến (i) dữ liệu được lưu trữ hoặc sao chép trong các phương tiện ghi vật lý các dữ liệu này được thanh toán trên cơ sở từng tiêu đề và/hoặc (ii) dữ liệu được thanh toán trên cơ sở từng tiêu đề và được chuyển cho người sử dụng cuối cùng để lưu trữ và/hoặc sử dụng vĩnh viễn. Hợp đồng cấp quyền sử dụng bổ sung này có thể có được từ MPEG LA, LLC. Để biết thêm thông tin chi tiết, xem tại http://www.mpegla.com.

(b) Phần Mềm iOS chứa đựng chức năng mã hóa và/hoặc giải mã video MPEG-4. Phần Mềm iOS được cấp quyền sử dụng theo Hợp Đồng Cấp Quyền Sử Dụng Danh Mục Các Sáng Chế Hệ Thống MPEG-4 cho các mục đích sử dụng cá nhân và không nhằm mục đích thương mại để (i) mã hóa video phù hợp với Tiêu Chuẩn Hình Ảnh MPEG-4 ("Video MPEG-4") và/hoặc (ii) giải mã video MPEG-4 đã được người tiêu dùng mã hóa cho hoạt động cá nhân không nhằm không mang tính thương mại và/hoặc được cung cấp bởi một nhà cung cấp video được MPEG LA cấp quyền để cung cấp video MPEG-4. Không có hợp đồng cấp quyền sử dụng nào được cấp hoặc được ngụ ý là cấp cho mục đích sử dụng khác. Các thông tin bổ sung liên quan đến việc sử dụng và cấp quyền sử dụng cho các mục đích tiếp thị, nội bộ và thương mại có thể được từ MPEG LA, LLC cung cấp. Xin xem tại http://www.mpegla.com.

(c) Phần Mềm iOS bao gồm chức năng mã hóa và/hoặc giải mã AVC, việc sử dụng cho mục đích thương mại của H.264/AVC cần phải có hợp đồng cấp quyền sử dụng bổ sung và các quy định sau đây sẽ áp dụng: CHỨC NĂNG AVC TRONG PHẦN MỀM iOS ĐƯỢC CẤP QUYỀN SỬ DỤNG CHỈ CHO MỤC ĐÍCH SỬ DỤNG CÁ NHÂN VÀ KHÔNG CÓMANG TÍNH THƯƠNG MẠI CỦA NGƯỜI TIÊU DÙNG ĐỂ (I) MÃ HÓA VIDEO PHÙ HỢP VỚI TIÊU CHUẨN AVC ("AVC VIDEO") VÀ/HOẶC (II) GIẢI MÃ VIDEO AVC ĐÃ ĐƯỢC NGƯỜI TIÊU DÙNG MÃ HÓA CHO HOẠT ĐỘNG CÁ NHÂN KHÔNG CÓMANG TÍNH THƯƠNG MẠI VÀ/HOẶC VIDEO AVC CÓ ĐƯỢC TỪ MỘT NHÀ CUNG CẤP VIDEO ĐƯỢC CẤP QUYỀN CUNG CẤP VIDEO AVC. THÔNG TIN LIÊN QUAN ĐẾN VIỆC SỬ DỤNG VÀ CẤP QUYỀN SỬ

DỤNG KHÁC CÓ THỂ ĐƯỢC MPEG LA L.L.C CUNG CẤP, XIN XEM TẠI http://www.mpegla.com.

**16. Các Hạn Chế Đối Với Dịch Vụ Tìm Kiếm Yahoo.** Dịch Vụ Tìm Kiếm Yahoo được cung cấp qua Safari được cấp quyền sử dụng tại các nước và khu vực sau đây: Ác-hen-ti-na, Aruba, Ô-xtơ-rây-li-a, Áo, Bác-ba-đốt, Bỉ, Bermuda, Bra-xin, Bun-ga-ry, Ca-na-đa, Quần đảo Cayman, Chi lê, Trung Quốc, Cô-lôm-bi-a, Cyprus, Cộng hòa Séc, Đan Mạch, Cộng hòa Đô-mi-ni-ca, Ê-cu-a-đo, El Salvador, Phần Lan, Pháp, Đức, Hy Lạp, Grê-na-đa, Goa-tê-ma-la, Hồng Kông, Hung-ga-ry, Ai-xơ-len, Ấn Độ, In-đô-nê-xi-a, Ai-len, I-ta-li-a, Gia-mai-ca, Nhật Bản, Lát-vi-a, Lithuania, Lúc-xăm-bua, Ma-lay-xi-a, Man-ta, Mê-hi-cô, Hà Lan, Niu Di-lân, Ni-ca-ra-goa, Na Uy, Pa-na-ma, Pê-ru, Phi-líp-pin, Ba Lan, Bồ Đào Nha, Puerto Rico, Ru-ma-ni, Xin-ga-po, Xlô-va-kia, Xlô-ven-ni-a, Đại Hàn Dân Quốc, Tây Ban Nha, St. Lucia, St. Vincent, Thụy Điển, Thụy Sỹ, Đài Loan, Thái Lan, Bahamas, Trinidad và Tobago, Thổ Nhĩ Kỳ, Anh, U-ru-goay, Hoa Kỳ và Vê-nê-zu-ê-la.

**17. Thông Báo Microsoft Exchange.** Việc cài đặt thư tín Microsoft Exchange trong Phần Mềm iOS chỉ được phép sử dụng nhằm mục đích đồng bộ hóa thông tin được truyền như thư điện tử, danh sách địa chỉ, lịch và lịch làm việc, giữa Thiết Bị dùng hệ điều hành iOS của bạn và Máy Chủ Microsoft Exchange hoặc phần mềm máy chủ khác được Microsoft cấp quyền sử dụng để thực hiện giao thức Microsoft Exchange ActiveSync.

EA1520
22/09/2017

— — — — — — — — — — —

**Các Điều Khoản và Điều Kiện Bổ Sung Apple Pay**

Các Điều Khoản và Điều Kiện Bổ Sung Apple Pay này ("Các Điều Khoản Bổ Sung" này) bổ sung cho Hợp Đồng Cấp Quyền Sử Dụng Phần Mềm iOS ("Hợp Đồng Cấp Quyền Sử Dụng"); cả các điều khoản của Hợp Đồng Cấp Quyền Sử Dụng và Các Điều Khoản Bổ Sung này sẽ điều chỉnh việc sử dụng tính năng Apple Pay của bạn, mà được coi là một "Dịch Vụ" theo Hợp Đồng Cấp Quyền Sử Dụng. Các thuật ngữ viết hoa được sử dụng trong Các Điều Khoản Bổ Sung này có nghĩa như được quy định trong Hợp Đồng Cấp Quyền Sử Dụng.

**1.    Tổng Quan và Các Hạn Chế Sử Dụng**

Apple Pay cho phép bạn:

- lưu giữ bản ảo của các thẻ tín dụng, ghi nợ và trả trước, bao gồm thẻ tín dụng, thẻ ghi nợ, thẻ trả trước để thanh toán tại cửa hàng, và thẻ Apple Pay Cash, mà tính năng Apple Pay hỗ trợ ("Các Thẻ Thanh Toán Được Hỗ Trợ") và sử dụng các Thiết Bị dùng hệ điều hành iOS được hỗ trợ để thực hiện các khoản thanh toán không cần tiếp xúc tại các địa điểm lựa chọn, hoặc trong các ứng dụng, hoặc trang web;
- sử dụng các thẻ tích điểm và thẻ quà tặng được lưu trong Ví (Wallet) ("Các Thẻ Có Khả Năng Thanh Toán Apple Pay", và Các Thẻ Thanh Toán Được Hỗ Trợ, được gọi chung là "Các Thẻ Được Hỗ Trợ"), để thực hiện các giao dịch thẻ tích điểm và thẻ quà tặng không cần tiếp xúc tại các cửa hàng lựa chọn như là một phần của khoản thanh toán không cần tiếp xúc sử dụng Apple Pay; và
- gửi các khoản chuyển tiền cá nhân đến những người sử dụng Apple Pay khác.

Tính năng Apple Pay của Phần Mềm iOS có thể chỉ được cung cấp tại các vùng chọn lọc, với các bên phát hành thẻ chọn lọc, tổ chức tài chính và với các đơn vị chấp nhận thẻ. Các tính năng có thể thay đổi theo vùng, bên phát hành thẻ, và đơn vị chấp nhận thẻ.

Để sử dụng Apple Pay bạn phải có một Thẻ Được Hỗ Trợ. Các Thẻ Được Hỗ Trợ có thể thay đổi tùy vào từng thời điểm. Ngoài ra, để nhận hoặc gửi các khoản chuyển tiền cá nhân, bạn phải có một thẻ Apple Pay Cash.

Các Thẻ Thanh Toán Được Hỗ Trợ và các khoản chuyển tiền cá nhân được liên kết với một ID Apple mà bạn đã đăng nhập vào iCloud để sử dụng các tính năng này. Các Thẻ Được Hỗ Trợ chỉ được cung cấp cho những người từ 13 tuổi trở lên, và có thể phụ thuộc vào các hạn chế bổ sung dựa trên độ tuổi được ấn định bởi iCloud hoặc bởi Thẻ Được Hỗ Trợ mà bạn đang muốn lưu giữ. Thẻ Apple Pay Cash và khả năng gửi và nhận các khoản chuyển tiền cá nhân chỉ được cung cấp cho những người từ 18 tuổi trở lên.

Mục đích của Apple Pay là để phục vụ cá nhân bạn và bạn chỉ có thể sử dụng các Thẻ Được Hỗ Trợ của chính bạn. Nếu bạn đang sử dụng một thẻ công ty được hỗ trợ, bạn cam kết rằng việc bạn sử dụng thẻ công ty được hỗ trợ đó đã được người sử dụng lao động của bạn cho phép và bạn được phép ràng buộc người sử dụng lao động của bạn với các điều khoản sử dụng này và tất cả các giao dịch được thực hiện bằng cách sử dụng tính năng này. Nếu bạn gửi hoặc nhận một khoản chuyển tiền cá nhân, bạn cam kết rằng bạn thực hiện việc này cho mục đích cá nhân, phi thương mại của bạn.

Bạn đồng ý không sử dụng Apple Pay cho các mục đích bất hợp pháp hoặc gian lận, hoặc bất kỳ mục đích nào khác bị cấm bởi Hợp Đồng Cấp Quyền Sử Dụng và Các Điều Khoản Bổ Sung này. Hơn nữa, bạn đồng ý sử dụng Apple Pay tuân theo pháp luật và các quy định áp dụng. Bạn đồng ý không can thiệp hoặc làm gián đoạn dịch vụ Apple Pay (bao gồm cả truy cập vào dịch vụ thông qua bất kỳ phương tiện tự động nào), hoặc bất kỳ máy chủ hoặc mạng kết nối với dịch vụ, hoặc bất kỳ chính sách, các yêu cầu hoặc quy định của mạng kết nối với dịch vụ nào (bao gồm bất kỳ việc truy cập vào, sử dụng hoặc theo dõi dữ liệu hoặc lưu lượng truy cập trên mạng không được phép).

**2.    Mối Quan Hệ Của Apple Với Bạn**

Apple Pay cho phép bạn tạo ra một bản ảo của Các Thẻ Được Hỗ Trợ của bạn trên Thiết Bị dùng hệ điều hành iOS được hỗ trợ của bạn. Tuy nhiên Apple không thực hiện các khoản thanh toán hoặc các giao dịch thẻ không thanh toán (ví dụ cộng dồn và mua lại điểm thưởng), nhận, nắm giữ hoặc chuyển tiền của bạn, hoặc có bất kỳ sự quản lý nào khác đối với các khoản thanh toán, trả lại, hoàn lại tiền, tích điểm, giá trị, giảm giá, hoặc hành vi thương mại khác có thể phát sinh khi bạn sử dụng tính năng này.

Các điều khoản của các hợp đồng chủ thẻ mà bạn có thể có với bên phát hành thẻ của bạn sẽ tiếp tục điều chỉnh việc bạn sử dụng Các Thẻ Được Hỗ Trợ của bạn và việc sử dụng chúng liên quan đến Apple Pay. Tương tự, việc bạn tham gia vào bất kỳ chương trình tích điểm thưởng đơn vị chấp nhận thẻhoặc chương trình thẻ quà tặng của đơn vị chấp nhận thẻ và việc bạn sử dụng Các Thẻ Có Khả Năng Thanh Toán Apple Pay liên quan đến Apple Pay sẽ tuân theo các điều khoản và điều kiện của đơn vị chấp nhận thẻ đó.

Thẻ Apple Pay Cash và khả năng gửi và nhận các khoản chuyển tiền cá nhân chỉ được cung cấp tại Hoa Kỳ, và là các dịch vụ được cung cấp bởi Ngân Hàng Green Dot, thành viên của FDIC. Khi bạn bật các tính năng này trong Apple Pay, bạn đang mở một tài khoản với Ngân Hàng Green Dot, và khi bạn gửi hoặc nhận một khoản chuyển tiền cá nhân hoặc nạp hoặc rút tiền từ thẻ Apple Pay Cash của bạn, Ngân Hàng Green Dot sẽ chịu trách nhiệm nhận và gửi tiền của bạn đến người nhận mà bạn muốn. Tổ chức tài chính chịu trách nhiệm cung cấp Apple Pay Cash và các khoản chuyển tiền cá nhân có thể thay đổi và việc bạn sử dụng các tính năng đó phải tuân thủ các điều khoản và điều kiện của họ.

Hợp Đồng Cấp Quyền Sử Dụng hoặc các Điều Khoản Bổ Sung sửa đổi các điều khoản của bất kỳ hợp đồng chủ thẻ, hợp đồng người sử dụng hoặc hợp đồng với bên chấp nhận thẻ nào, và các điều khoản này không điều chỉnh việc bạn sử dụng Thẻ Được Hỗ Trợ áp dụng và tính năng chuyển tiền cá nhân và

bản ảo của thẻ này trên Thiết Bị dùng hệ điều hành iOS của bạn. Bạn đồng ý rằng Apple không phải là một bên trong các hợp đồng chủ thẻ hoặc hợp đồng với đơn vị chấp nhận thẻ của bạn, Apple cũng không chịu trách nhiệm về: (a) nội dung, tính chính xác hoặc việc không cung cấp được bất kỳ thẻ thanh toán, thẻ tích điểm, thẻ quà tặng, hành vi thương mại, giao dịch hoặc các giao dịch mua nào khi sử dụng tính năng Apple Pay; (b) việc phát hành tín dụng hoặc đánh giá tính hợp lệ của tín dụng; (c) việc cộng dồn hoặc mua lại điểm thưởng hoặc giá trị được lưu trữ theo quy định của một chương trình của đơn vị chấp nhận thẻ; (d) cấp tiền hoặc nạp tiền của thẻ trả trước; (e) gửi hoặc nhận các khoản chuyển tiền cá nhân; hoặc (f) nạp, thu lại hoặc rút tiền từ thẻ Apple Pay Cash.

Xin vui lòng liên hệ với bên phát hành thẻ của bạn hoặc đơn vị chấp nhận thẻ hiện tại đối với bất kỳ tranh chấp hoặc câu hỏi nào về các thẻ thanh toán, thẻ tích điểm, thẻ quà tặng, hoặc hành vi thương mại liên quan. Xin vui lòng liên hệ Apple Support đối với các câu hỏi liên quan đến Apple Pay Cash.

**3.     Quyền Riêng Tư**

Apple Pay yêu cầu một số thông tin từ Thiết Bị dùng hệ điều hành iOS của bạn để cung cấp đầy đủ tính năng Apple Pay. Ngoài ra, khi bạn sử dụng thẻ Apple Pay Cash của bạn hoặc gửi hoặc nhận các khoản chuyển tiền cá nhân, các thông tin bổ sung về giao dịch của bạn sẽ được thu thập và lưu giữ để phục vụ tài khoản của bạn và phòng chống gian lận và cho các mục đích quản lý. Bạn có thể tìm thêm thông tin về dữ liệu được cung cấp, sử dụng hoặc chia sẻ như là việc bạn sử dụng Apple Pay, thẻ Apple Pay Cash, hoặc các khoản chuyển tiền cá nhân bằng Apple Pay bằng cách đọc About Apple Pay và Quyền Riêng Tư (có thể truy cập bằng cách vào Wallet & Apple Pay trên Thiết Bị dùng hệ điều hành iOS của bạn, hoặc trong ứng dụng Watch trên một Thiết Bị dùng hệ điều hành iOS đã được kết nối) hoặc bằng cách vào trang web https://www.apple.com/vn/privacy/. Bằng việc sử dụng các tính năng này, bạn đồng ý và chấp thuận cho Apple và các công ty con và các đại lý của Apple chuyển, thu thập, lưu trữ, xử lý, và sử dụng tất cả các thông tin nêu trên, để cung cấp tính năng Apple Pay.

**4.     Bảo Mật; Các Thiết Bị Bị Vô Hiệu Hóa hoặc Bị Mất**

Apple Pay lưu giữ các bản ảo của Các Thẻ Được Hỗ Trợ của bạn và cần được bảo vệ như thể chính bạn bảo vệ tiền mặt hoặc các thẻ tín dụng, thẻ ghi nợ, thẻ trả trước, thẻ tích điểm, hoặc thẻ quà tặng thực của bạn. Việc cung cấp mã truy nhập thiết bị của bạn cho một bên thứ ba hoặc cho phép bên thứ ba thêm dấu vân tay của họ vào để sử dụng Touch ID hoặc bật Face ID có thể dẫn tới việc bên thứ ba đó có khả năng thực hiện các khoản thanh toán, gửi, yêu cầu, hoặc nhận các khoản chuyển tiền cá nhân, rút tiền từ thẻ Apple Pay Cash, hoặc nhận hoặc mua lại điểm thưởng hoặc tín dụng bằng cách sử dụng Apple Pay trên thiết bị của bạn. Bạn là người duy nhất phải chịu trách nhiệm duy trì an ninh đối với thiết bị của bạn và mã truy nhập của bạn. Bạn đồng ý rằng Apple không phải chịu bất kỳ trách nhiệm nào khi bạn làm mất hoặc chia sẻ quyền truy cập vào thiết bị của bạn. Bạn đồng ý rằng Apple không chịu bất kỳ trách nhiệm nào nếu bạn thực hiện các điều chỉnh không được phép đối với iOS (chẳng hạn như bằng cách "vượt ngục" (jailbreak)).

Bạn có thể cần phải bật các biện pháp bảo mật bổ sung, ví dụ như xác nhận bằng hai yếu tố đối với ID Apple của bạn, để có thể truy cập vào một số tính năng cụ thể của Apple Pay, bao gồm Apple Pay Cash và các khoản chuyển tiền cá nhân bằng Apple Pay. Nếu bạn gỡ bỏ các tính năng bảo mật đó, bạn có thể sẽ không còn khả năng truy cập vào một số tính năng cụ thể của Apple Pay.

Nếu thiết bị của bạn bị mất hoặc bị lấy trộm và bạn đã bật tính năng Tìm iPhone Của Tôi (Find My iPhone), bạn có thể sử dụng tính năng Tìm iPhone Của Tôi để cố gắng đình chỉ khả năng thanh toán bằng các Thẻ Thanh Toán Được Hỗ Trợ ảo hoặc gửi các khoản chuyển tiền cá nhân trên thiết bị đó bằng cách đặt nó vào Chế Độ Bị Mất (Lost Mode). Bạn cũng có thể xóa trên thiết bị của bạn, để cố gắng đình chỉ khả năng thanh toán bằng các Thẻ Thanh Toán Được Hỗ Trợ ảo hoặc gửi các khoản chuyển tiền cá nhân trên thiết bị và sẽ cố gắng hủy bỏ Các Thẻ Có Khả Năng Thanh Toán Apple Pay.

Bạn cũng nên liên hệ với bên phát hành các Thẻ Thanh Toán Được Hỗ Trợ của bạn, đơn vị chấp nhận thẻ đã phát hành các Thẻ Có Khả Năng Thanh Toán Apple Pay của bạn, và Apple trong trường hợp của thẻ Apple Pay Cash của bạn để ngăn chặn việc truy cập không được phép vào Các Thẻ Được Hỗ Trợ của bạn.

Nếu bạn thông báo hoặc Apple nghi ngờ có hành vi lạm dụng hoặc gian lận, bạn đồng ý hợp tác với Apple trong bất kỳ cuộc điều tra nào và sử dụng các biện pháp ngăn chặn gian lận mà chúng tôi yêu cầu.

**5.    Giới Hạn Trách Nhiệm**

NGOÀI CÁC KHƯỚC TỪ BẢO ĐẢM VÀ GIỚI HẠN TRÁCH NHIỆM QUY ĐỊNH TRONG HỢP ĐỒNG CẤP QUYỀN SỬ DỤNG NÀY, APPLE KHÔNG CHỊU BẤT KỲ TRÁCH NHIỆM NÀO ĐỐI VỚI VIỆC MUA, THANH TOÁN, GIAO DỊCH HOẶC HÀNH VI THƯƠNG MẠI KHÁC ĐƯỢC THỰC HIỆN SỬ DỤNG TÍNH NĂNG APPLE PAY, VÀ BẠN ĐỒNG Ý CHỈ DỰA VÀO CÁC THỎA THUẬN MÀ BẠN CÓ THỂ CÓ VỚI BÊN PHÁT HÀNH THẺ CỦA BẠN, HỆ THỐNG THANH TOÁN, CÁC TỔ CHỨC TÀI CHÍNH HOẶC ĐƠN VỊ CHẤP NHẬN THẺ MÀ BẠN MUA HÀNG TẠI ĐÓ ĐỂ GIẢI QUYẾT BẤT KỲ CÂU HỎI HOẶC TRANH CHẤP NÀO LIÊN QUAN ĐẾN CÁC THẺ ĐƯỢC HỖ TRỢ CỦA BẠN, CÁC KHOẢN CHUYỂN TIỀN CÁ NHÂN, VÀ HÀNH VI THƯƠNG MẠI LIÊN QUAN.

— — — — — — — — — — — —
**CÁC THÔNG BÁO CỦA APPLE**
Nếu Apple cần liên hệ với bạn về sản phẩm hoặc tài khoản của bạn, bạn chấp thuận nhận các thông báo bằng thư điện tử. Bạn đồng ý rằng bất kỳ thông báo nào được gửi cho bạn qua thư điện tử sẽ thỏa mãn các yêu cầu pháp luật về thông tin liên lạc.

**FRANÇAIS, CANADA**

**IMPORTANT : L'UTILISATION DE VOTRE iPHONE, iPAD OU IPOD TOUCH (« APPAREIL iOS »)
IMPLIQUE QUE VOUS ACCEPTEZ D'ÊTRE LIÉ PAR LES CONDITIONS SUIVANTES :**

**A.    CONTRAT DE LICENCE DU LOGICIEL APPLE iOS**
**B.    CONDITIONS SUPPLÉMENTAIRES POUR APPLE PAY**
**C.    NOTIFICATIONS DE LA PART D'APPLE**

**APPLE INC.**
**CONTRAT DE LICENCE DU LOGICIEL iOS**
**Licence individuelle**

**LISEZ ATTENTIVEMENT CE CONTRAT DE LICENCE DU LOGICIEL (« LICENCE ») AVANT
D'UTILISER VOTRE APPAREIL iOS OU DE TÉLÉCHARGER LA MISE À JOUR DU LOGICIEL
FOURNIE AVEC LA PRÉSENTE LICENCE. L'UTILISATION DE VOTRE APPAREIL iOS OU LE
TÉLÉCHARGEMENT D'UNE MISE À JOUR, LE CAS ÉCHÉANT, IMPLIQUE QUE VOUS ACCEPTEZ
LES CONDITIONS DE LA PRÉSENTE LICENCE. SI VOUS ÊTES EN DÉSACCORD AVEC LES
CONDITIONS DE CETTE LICENCE, N'UTILISEZ PAS L'APPAREIL iOS ET NE TÉLÉCHARGEZ PAS
LA MISE À JOUR.**

**SI VOUS AVEZ RÉCEMMENT ACHETÉ UN APPAREIL iOS ET QUE VOUS N'ÊTES PAS D'ACCORD
AVEC LES CONDITIONS DE LA LICENCE, VOUS POUVEZ RENVOYER L'APPAREIL iOS, DANS LES
DÉLAIS DE RETOUR PRÉVUS, AU MAGASIN OU AU DISTRIBUTEUR AGRÉÉ APPLE AUPRÈS
DUQUEL VOUS L'AVEZ ACHETÉ, AFIN D'EN OBTENIR LE REMBOURSEMENT SOUS RÉSERVE DE
LA POLITIQUE SUR LES RETOURS ET REMBOURSEMENTS DE APPLE, DISPONIBLES À
L'ADRESSE https://www.apple.com/legal/sales_policies/.**

**1. Généralités.**
(a) Apple Inc. (« Apple ») vous concède une licence, et en aucun cas ne vous cède des droits, sur le
logiciel (y compris le code ROM de démarrage, le logiciel intégré et tout logiciel tierce partie), la
documentation, les interfaces, le contenu, les polices de caractères et toutes les données
accompagnant votre appareil iOS (« Logiciel original iOS »), pouvant être mis à jour ou remplacés par
des mises à jour de logiciels ou des logiciels de restauration du système fournis par Apple (« Mises à
jour du Logiciel iOS »), qu'ils soient sur mémoire morte (ROM), sur tout autre support ou sous toute autre
forme (le Logiciel original iOS et les Mises à jour du Logiciel iOS sont référencés dans leur ensemble
sous le terme de « Logiciel iOS »), uniquement en vue d'une utilisation conforme aux conditions de la
Licence. Apple et ses concédants de licence conservent la propriété du Logiciel iOS et se réservent tous
les droits ne vous étant pas expressément accordés. Vous acceptez que les conditions de la présente
licence s'appliquent à toute app de marque Apple intégrée sur votre appareil iOS, sauf si une app est
accompagnée d'une licence séparée, auquel cas vous acceptez que cette dernière régisse votre
utilisation de l'app en question

(b) Apple pourrait rendre disponibles des mises à jour futures du logiciel iOS. Le cas échéant, ces mises
à jour peuvent ne pas nécessairement inclure l'ensemble des fonctions du logiciel existantes ou de
nouvelles fonctions publiées par Apple dans le cas des modèles d'iOS plus récents.  Les conditions de
la présente licence régissent les mises à jour du logiciel iOS fournies par Apple, sauf si ces mises à jour
sont accompagnées d'une licence distincte; auquel cas vous acceptez que les conditions de cette
licence s'appliquent.

(c) Si vous utilisez la fonctionnalité de configuration rapide pour configurer un nouvel appareil iOS à
l'aide de votre appareil iOS existant, vous acceptez que les conditions stipulées dans la présente licence

régissent votre utilisation du logiciel iOS sur votre nouvel appareil iOS, à moins que celui-ci ne soit accompagné d'une licence distincte, auquel cas vous acceptez que les conditions de cette licence s'appliquent quant à votre usage dudit logiciel iOS.

**2. Utilisations permises de la licence et restrictions.**

(a) Sujet aux conditions générales de cette Licence, vous vous voyez accordé une licence de non-exclusivité limitée pour utiliser le Logiciel iOS sur un seul appareil iOS de marque Apple. À l'exception de ce qui est permis dans la section 2(b) ci-dessous, et à moins que cela ne soit prévu dans le cadre d'un contrat distinct passé entre Apple et vous-même, cette Licence n'autorise ni le fonctionnement du Logiciel iOS sur plus d'un appareil iOS de marque Apple à la fois, ni la distribution ou la mise à disposition du Logiciel iOS sur un réseau où il pourrait être utilisé par plusieurs appareils. Cette licence ne vous accorde aucun droit d'utilisation des interfaces propriétaires Apple ou d'autres propriétés intellectuelles touchant à la conception, le développement, la fabrication, la concession de licence ou la distribution d'appareils et d'accessoires, ou à des applications logicielles de tierce partie, utilisables avec un appareil iOS. Certains de ces droits sont disponibles sous des licences distinctes de celles d'Apple. Pour obtenir plus de renseignements sur le développement, d'appareils et d'accessoires de tierce partie adaptés à un appareil iOS, visitez https://developer.apple.com/programs/mfi/. Pour en savoir plus sur le développement d'applications logicielles adaptées à un appareil iOS, visitez https://developer.apple.com.

(b) Sujet aux conditions générales de cette Licence, vous vous voyez accordé une licence de non-exclusivité limitée pour télécharger les Mises à jour du Logiciel iOS qu'Apple peut mettre à disposition pour le modèle de votre appareil iOS afin de mettre à jour ou de restaurer le logiciel de n'importe quel appareil iOS en votre possession ou sous votre contrôle. La présente licence n'autorise pas la mise à jour ou la restauration d'iOS n'étant pas sous votre contrôle ou que vous ne possédez pas, et vous interdit la distribution et la mise à disposition des Mises à jour du Logiciel iOS sur un réseau où elles pourraient être utilisées par plusieurs appareils ou ordinateurs. Si vous téléchargez une mise à jour du logiciel iOS sur votre ordinateur, vous ne pouvez réaliser qu'une seule copie des Mises à jour du Logiciel iOS, stockées sur votre ordinateur, sous une forme compréhensible par des machines et aux fins exclusives de sauvegarde, à condition que cette copie de sauvegarde reproduise impérativement les renseignements relatifs aux droits d'auteur ou autres droits de propriété figurant sur l'original.

(c) Dans la mesure où Apple a préinstallé des apps de marque Apple de l'App Store sur l'appareil iOS que vous achetez (« App préinstallées »), vous devez vous connecter à l'App Store et associer lesdites apps avec votre compte afin de les utiliser sur votre appareil iOS. Lorsque vous associez une app préinstallée à votre compte de l'App Store, toutes les autres apps préinstallées de votre appareil iOS sont automatiquement associées à ce compte. En choisissant d'associer les apps préinstallées à votre compte de l'App Store, vous acceptez qu'Apple puisse transmettre, rassembler, conserver, traiter et utiliser l'identifiant Apple correspondant à votre compte de l'App Store et un identifiant matériel unique transmis par votre appareil iOS comme identifiants uniques de votre compte afin de vérifier l'éligibilité de votre requête et de fournir l'accès aux apps préinstallées via l'App Store. Vous pouvez à tout moment supprimer de votre appareil iOS les apps préinstallées que vous ne souhaitez pas utiliser.

(d) Vous ne pouvez pas et vous acceptez de ne pas, que ce soit pour votre compte ou le compte d'autrui, copier (sauf et exclusivement dans les limites permises par la présente Licence), décompiler, procéder à l'ingénierie inverse, désassembler, tenter de dériver le code source du, déchiffrer, modifier ou créer des produits dérivés du, Logiciel iOS ou tout autre service proposé par le Logiciel iOS, ou de toute partie de ceux-ci (dans toute la mesure permise par les restrictions précédemment mentionnées applicables par disposition légale ou par les conditions générales régissant l'utilisation de composants source libre pouvant être inclus dans le Logiciel iOS).

(e) Le Logiciel iOS peut être utilisé pour la reproduction de contenu pour autant que cette utilisation se

limite à la reproduction de contenu non protégé par des droits d'auteur, dont vous avez la propriété, pouvant être reproduit ou pour la reproduction duquel vous disposez d'une autorisation légale. Le titre et les droits de propriété intellectuelle associés aux contenus conservés sur ou accessibles via l'appareil iOS sont la propriété de leur détenteur. Ces contenus peuvent être protégés par des droits d'auteur ou d'autres lois et traités sur la propriété intellectuelle et peuvent être soumis à des conditions d'utilisation énoncées par la tierce partie fournissant lesdits contenus. Sauf mention contraire dans la présente Licence, celle-ci ne vous concède aucun droit d'utilisation de tels contenus et ne garantit pas la disponibilité permanente de ceux-ci.

(f) Vous acceptez d'utiliser le Logiciel iOS et les Services (tel que défini dans la section 5 ci-dessous) dans le respect de la réglementation applicable, y compris de toutes les lois locales du pays ou de la région dans laquelle vous résidez ou dans laquelle vous téléchargez ou utilisez le Logiciel iOS et les Services. Il se peut que les fonctionnalités du Logiciel iOS et des Services ne soient pas disponibles dans toutes les langues ou toutes les régions. Certaines fonctionnalités peuvent varier selon les régions, limitées ou indisponibles en fonction de votre fournisseur de services. Une connexion Wi-Fi ou de données cellulaires est requise pour certaines fonctionnalités du Logiciel iOS et certains Services.

(g) L'utilisation de l'App Store requiert une combinaison unique d'un nom d'utilisateur et d'un mot de passe, appelée identifiant Apple. Un identifiant Apple est également nécessaire pour avoir accès aux mises à jour des apps et à certaines fonctionnalités du Logiciel iOS et des Services.

(h) Vous reconnaissez que de nombreuses fonctionnalités, des apps intégrées et de nombreux Services du Logiciel iOS transmettent des données et peuvent entraîner des frais sur votre plan de données, frais dont vous êtes responsable. Vous pouvez voir et contrôler quelles applications sont autorisées à utiliser des données cellulaires et afficher une estimation de la quantité de données que ces applications ont consommées dans les Réglages Données cellulaires. Pour plus d'informations, veuillez consulter le Guide d'utilisateur de votre appareil iOS.

(i) Si vous choisissez d'autoriser les mises à jour automatiques des apps, votre appareil iOS vérifiera régulièrement auprès d'Apple si des mises à jour des apps installées sur votre appareil sont disponibles pour, le cas échéant, les télécharger et les installer automatiquement. Vous pouvez désactiver les mises à jour automatiques des apps à tout moment en allant dans Réglages, iTunes et App Store, Téléchargements automatiques et en désactivant Mises à jour.

(j) L'utilisation de votre appareil iOS dans certaines circonstances peut causer une distraction et mener à une situation dangereuse (évitez, par exemple, de texter au volant ou d'utiliser des écouteurs lorsque vous êtes à vélo). De par l'utilisation de votre appareil iOS, vous acceptez d'être responsable du respect des règles qui interdisent ou restreignent l'utilisation de téléphones portables ou d'écouteurs (par exemple, l'obligation d'utiliser des options mains libres lorsque vous effectuez des appels en conduisant).

**3. Transfert.** Vous ne pouvez ni louer, ni louer en crédit bail, ni prêter, ni vendre, ni redistribuer, ni concéder de sous-licences du Logiciel iOS. Vous pouvez toutefois effectuer le transfert unique et permanent de tous vos droits sur le Logiciel iOS à une autre partie dans le cadre du transfert de propriété de votre appareil iOS, à condition : (a) que ce transfert comprenne votre appareil iOS et la totalité du Logiciel iOS, y compris l'intégralité de ses composants, ainsi que cette Licence; (b) que vous ne conserviez aucune copie du Logiciel iOS, complète ou partielle, y compris toute copie stockée sur ordinateur ou toute autre unité de stockage; et (c) que la partie bénéficiaire recevant le Logiciel iOS prenne connaissance et accepte les conditions générales de la présente Licence.

**4. Accord relatif à l'utilisation des données.** Lorsque vous utilisez votre appareil, votre numéro de téléphone et certains identifiants uniques à votre appareil iOS sont envoyés à Apple afin de permettre à

d'autres personnes de vous joindre par votre numéro de téléphone lors de l'utilisation de diverses fonctionnalités de communication du Logiciel iOS, telles qu'iMessage et Facetime. Lorsque vous utilisez iMessage, Apple peut conserver vos messages sous forme encodée pendant une période limitée dans le but d'assurer leur livraison. Vous pouvez désactiver Facetime ou iMessage en vous rendant dans les réglages FaceTime ou Messages de votre appareil iOS. Certaines fonctionnalités comme Analyse, Services de localisation, Siri et Dictée peuvent nécessiter des informations de la part de votre appareil iOS afin d'exécuter leurs fonctions respectives. Lorsque vous activez ou utilisez ces fonctionnalités, des détails seront fournis au sujet des informations envoyées à Apple et de la façon dont elles peuvent être utilisées. Vous pouvez en savoir plus en visitant https://www.apple.com/ca/fr/privacy/. En tout temps, vos informations sont traitées conformément à l'Engagement de confidentialité d'Apple disponible à l'adresse : https://www.apple.com/legal/privacy/.

**5. Services et Éléments de tierce partie.**
(a) Le Logiciel iOS peut activer l'accès à l'iTunes Store, à l'App Store, à l'iBooks Store, au Game Center, à iCloud, à Plans et à d'autres services et sites web proposés par Apple et par des tiers (lesquels services et sites sont dénommés sous l'appellation collective ou individuelle de « Services »). Il se peut que ces Services ne soient pas disponibles dans toutes les langues, ni dans tous les pays. L'utilisation de ces Services requiert un accès à Internet et certains Services nécessitent un identifiant Apple, l'acceptation de conditions de service complémentaires et peuvent être soumis à des frais supplémentaires. Par l'utilisation de ce logiciel en lien avec un identifiant Apple ou avec d'autres services Apple, vous acceptez les conditions de service applicables pour ce service telles que les toutes dernières conditions des Services multimédia d'Apple applicables au pays depuis lequel vous accédez auxdits services, disponibles à l'adresse https://www.apple.com/legal/internet-services/itunes/ww/.

(b) Si vous vous inscrivez à iCloud, vous pouvez accéder directement à certaines fonctionnalités d'iCloud telles que « Bibliothèque de photos iCloud », « Mon flux de photos », « Partage de photos iCloud », « Sauvegarde » et « Localiser mon iPhone » à partir du Logiciel iOS. Vous reconnaissez et acceptez que l'utilisation d'iCloud et de ces fonctionnalités sont soumises aux toutes dernières conditions de service d'iCloud, disponibles à l'adresse : https://www.apple.com/legal/internet-services/icloud/ww/.

(c) Contenu de l'app News. L'utilisation que vous faites du contenu auquel vous avez accès au moyen de l'application News se limite à une utilisation exclusivement personnelle et non commerciale, n'implique aucun transfert de propriété envers vous et exclut expressément et sans limitation tout droit d'utilisation promotionnelle ou commerciale dudit contenu. De plus, il vous est interdit de republier, retransmettre et reproduire les images auxquelles vous avez accès au moyen de l'application News sous forme de fichiers autonomes.

(d) Plans. Le service et les fonctionnalités de cartographie du Logiciel iOS (« Plans »), y compris le réseau de données lié à ceux-ci, peuvent varier selon les régions. Lorsque vous utilisez des fonctionnalités de Plans reposant sur la géolocalisation, telles que la navigation, les recherches relatives au trafic et aux établissements, différentes informations relatives à votre localisation et à votre utilisation du service peuvent être transmises à Apple, y compris la localisation géographique en temps réel de votre appareil iOS, afin de répondre à votre requête et de participer à l'amélioration de Plans. Lesdites données de localisation et d'utilisation sont collectées par Apple sous une forme ne permettant pas de vous identifier. **En utilisant Plans, vous reconnaissez et acceptez qu'Apple, ses filiales et ses agents transmettent, collectent, conservent, traitent et utilisent ces informations afin de fournir et d'améliorer les fonctionnalités et le service de Plans et d'autres produits et services Apple.** Apple peut aussi fournir lesdites informations, sous une forme soit aggrégée ou non personnellement identifiable, à ses partenaires et titulaires de licence pour contribuer à améliorer leurs produits et services liés à la localisation et à la circulation routière.Vous pouvez désactiver les fonctionnalités de Plans reposant sur la localisation en modifiant le réglage en question sur votre appareil iOS et en

désactivant le réglage de localisation dans Plans. Certaines fonctionnalités de Plans, telles que la navigation, ne sont pas disponibles si les services de localisation sont désactivés.

(e) iBooks; Balados. Si vous choisissez d'utiliser la fonctionnalité de synchronisation des apps iBooks et Balados pour synchroniser vos favoris, vos notes, vos collections et vos abonnements de balados sur vos différents appareils iOS et ordinateurs, vous acceptez que de telles données soient transmises à Apple et conservées avec l'identifiant Apple que vous utilisez pour l'iBooks Store ou l'iTunes Store, afin de synchroniser lesdites données avec vos autres appareils et ordinateurs autorisés à accéder à du contenu au moyen de l'identifiant Apple en question. Vous pouvez désactiver la synchronisation à tout moment dans Réglages en modifiant les options de synchronisation pour les apps iBooks et Balados.

(f) Vous acceptez qu'en utilisant ces Services vous pouvez rencontrer du contenu à caractère considéré injurieux, indécent ou choquant, n'étant pas nécessairement identifié comme tel et que les résultats de toute recherche ou toute saisie d'adresse URL peuvent automatiquement et involontairement créer des liens ou des références vers du contenu choquant. Vous acceptez toutefois d'utiliser les Services à vos propres risques et dégagez Apple, ses affiliés et ses concédants de licence de toute responsabilité envers vous quant au contenu pouvant être considéré comme injurieux, indécent ou choquant.

(g) Certains Services peuvent afficher, contenir ou mettre à disposition du contenu, des données, des informations, des applications ou des documents de tierce partie, (« Éléments de tierce partie ») ou fournir des liens vers des sites web de tierce partie. Par l'utilisation des Services, vous reconnaissez et acceptez qu'Apple ne peut être responsable quant à l'examen ou l'évaluation du contenu, de son exactitude, de son intégrité, de son actualité, de sa validité, du respect des droits d'auteur, de sa légalité, de sa décence, de sa qualité ou de tout autre aspect de ces éléments ou sites web de tierce partie. Apple, ses dirigeants, ses affiliés et ses filiales ne peuvent ni garantir, ni assumer la responsabilité ou l'engagement, envers vous ou toute autre personne, pour tout Service, Élément ou site web de tierce partie, ou tout autre élément, produit ou service externe à ces tiers. Les Éléments de tierce partie et les liens vers d'autres sites web ne vous sont fournis qu'à des fins de commodité.

(h) Ni Apple, ni ses fournisseurs de contenu ne garantissent la disponibilité, l'exactitude, l'intégrité, la fiabilité ou le degré d'actualité des informations boursières, des données de localisation ou de toute autre donnée affichée par les Services. Les renseignements financiers affichés par les Services sont donnés à titre informatif seulement et ne devraient pas être conçus pour avoir valeur de conseils en placement. Avant de réaliser toute opération boursière basée sur les renseignements obtenus par le biais des Services, il vous est recommandé de consulter un spécialiste financier ou boursier qualifié juridiquement pour donner des conseils financiers ou boursiers dans votre pays ou région. Les données de localisation sont fournies par les Services, y compris par le service Plans d'Apple, à des fins de navigation et de planification uniquement et ne sauraient être utilisées dans des situations dans lesquelles des données d'emplacement précises sont requises ni dans lesquelles des données d'emplacement erronées, imprécises, différées dans le temps ou incomplètes risqueraient d'entraîner la mort, des blessures ou des dégâts matériels ou écologiques. Vous acceptez que les résultats offerts par le service Plans peuvent ne pas correspondre aux routes ou aux conditions du terrain actuelles à cause de facteurs pouvant affecter l'exactitude des données de Plans, notamment, mais sans s'y limiter, le temps, les conditions routières et de trafic et les événements géopolitiques. Pour votre sécurité, lors de l'utilisation de la navigation, soyez toujours attentif à la signalisation routière et aux conditions de la route. Suivez les pratiques garantissant une conduite sûre ainsi que le code de la route et gardez en tête que les itinéraires à pied peuvent ne pas tenir compte des trottoirs et des voies piétonnes.

(i) Dans la mesure où vous téléchargez du contenu via l'utilisation des Services, vous déclarez posséder les droits sur ledit contenu ou l'autorisation ou la permission juridique de télécharger ledit contenu et que celui-ci n'enfreint aucune condition générale régissant les Services. Vous reconnaissez que les Services reprennent du contenu, des informations et des éléments protégés appartenant à Apple, au propriétaire

du site ou leurs concédants, et protégés par les lois relatives à la propriété intellectuelle et lois connexes, notamment, mais sans s'y limiter, les droits d'auteur. Vous acceptez d'utiliser ce contenu, ces informations ou ces éléments propriétaire que dans le cadre de l'utilisation autorisée des Services et non dans le cadre de pratiques allant à l'encontre des conditions générales de cette Licence ou enfreignant tout droit de propriété intellectuelle d'une tierce partie ou d'Apple. Aucune partie des Services ne peut être reproduite sous quelque forme ou par quelque moyen que ce soit. Vous vous engagez à ne pas modifier, louer, louer à bail, prêter, vendre, distribuer ou créer de produit dérivé des Services, de quelque façon que ce soit, et à ne pas exploiter les Services de façon non autorisée, notamment, mais sans s'y limiter, en utilisant les Services pour transmettre n'importe quel virus, ver, cheval de Troie ou tout autre logiciel malveillant ou en entraînant une surcharge des capacités réseau. Vous acceptez également de ne pas utiliser les Services de quelque façon que ce soit pour harceler, insulter, abuser, traquer, menacer, diffamer ou encore enfreindre ou violer les droits de toute autre partie, et qu'Apple n'est en aucun cas responsable de tels agissements de votre part, ni de toute transmission ou message de harcèlement, de menace, d'action diffamatoire, offensant, non-respectueux ou illégal dont vous pouvez faire l'objet après l'usage de n'importe lequel desdits Services.

(j) De plus, les Services et les Éléments de tierce partie, accessibles depuis, affichés sur ou faisant l'objet de liens accessibles depuis l'appareil iOS, ne sont pas proposés dans toutes les langues ou dans tous les pays ou zones géographiques. Apple n'apporte aucune garantie que lesdits Services et Éléments de tierce partie sont adéquats à, et disponibles dans, n'importe quelle localisation géographique. Dans la mesure où vous choisissez d'utiliser ou d'accéder à ces Services et Éléments de tierce partie, vous agissez de votre propre chef et êtes de fait responsable du respect de la réglementation applicable, notamment, mais sans s'y limiter, des dispositions légales applicables localement ainsi que des réglementations relatives à la collecte de données et à la confidentialité. Le partage ou la synchronisation de photos via votre appareil iOS peut entraîner la transmission de métadonnées avec les photos, y compris l'endroit et le moment où la photo a été prise ainsi que des informations de profondeur. L'utilisation des Services Apple (tels que la photothèque iCloud) pour partager ou synchroniser ces photos implique qu'Apple reçoive et stocke ces métadonnées. Apple et ses concédants de licence se réservent le droit de modifier, suspendre, supprimer ou désactiver l'accès aux Services à tout moment et sans préavis. Apple et ses concédants de licence se réservent le droit de modifier, suspendre, supprimer ou désactiver l'accès aux Services à tout moment et sans préavis. Apple n'est en aucun cas responsable de la suppression ou de la désactivation de l'accès à ces Services. Apple peut également limiter l'utilisation ou l'accès à certains Services, de quelque façon que ce soit et sans donner de préavis ni en assumer la responsabilité.

**6. Résiliation.** La présente Licence demeure valide jusqu'à résiliation. Vos droits découlant de la Licence prendront automatiquement fin ou cesseront d'être effectifs sans notification de la part d'Apple si vous ne vous conformez pas à l'une des conditions de la présente Licence. Après résiliation de cette Licence, vous devez cesser toute utilisation du Logiciel iOS. Les sections 4, 5, 6, 7, 8, 9, 12 et 13 de cette Licence restent applicables après la résiliation.

**7. Exclusion de garanties.**
7.1.    Si vous êtes un client à titre privé (vous utilisez le Logiciel iOS en dehors de votre entreprise, commerce ou profession), il se peut que vous disposiez dans votre pays de résidence de droits en vertu desquels les limitations ci-après ne s'appliqueraient pas, si tel est le cas, elles ne s'appliquent pas pour vous. Pour en savoir plus sur vos droits, prenez contact avec un organisme local de conseil aux consommateurs.

7.2.    VOUS RECONNAISSEZ ET ACCEPTEZ EXPRESSÉMENT QUE, DANS LES LIMITES AUTORISÉES PAR LA LÉGISLATION EN VIGUEUR, L'UTILISATION DU LOGICIEL iOS ET DES SERVICES EXÉCUTÉS OU ACCESSIBLES VIA LE LOGICIEL iOS RESTE À VOS RISQUES ET PÉRILS ET QUE VOUS ASSUMEZ L'INTÉGRALITÉ DU RISQUE, DE MANIÈRE RAISONNABLE, RELATIF À LA

QUALITÉ, AUX PERFORMANCES, À L'EXACTITUDE ET AU MANIEMENT DU LOGICIEL.

7.3    DANS LES LIMITES MAXIMALES AUTORISÉES PAR LA LÉGISLATION EN VIGUEUR, LE LOGICIEL iOS AINSI QUE LES SERVICES SONT FOURNIS « TELS QUELS » ET « SELON DISPONIBILITÉ » AVEC TOUS LEURS DÉFAUTS ET SANS GARANTIE D'AUCUNE SORTE. APPLE ET SES CONCÉDANTS DE LICENCE (COLLECTIVEMENT DÉSIGNÉS PAR L'EXPRESSION « APPLE » DANS LE CADRE DES ARTICLES 7 ET 8 DE LA PRÉSENTE LICENCE) EXCLUENT PAR LA PRÉSENTE LICENCE TOUTE GARANTIE ET CONDITION RELATIVE AU LOGICIEL iOS ET AUX SERVICES, EXPLICITE, TACITE OU LÉGALE, Y COMPRIS, MAIS DE FAÇON NON LIMITATIVE, LES GARANTIES IMPLICITES OU LES CONDITIONS DE QUALITÉ MARCHANDE, DE QUALITÉ SATISFAISANTE, D'ADÉQUATION À UN USAGE PARTICULIER, D'EXACTITUDE, DE JOUISSANCE PAISIBLE ET DE NON-VIOLATION DES DROITS DES TIERS.

7.4    APPLE NE GARANTIT NULLEMENT L'ABSENCE DE PROBLÈMES LORS DE L'UTILISATION DU LOGICIEL iOS ET DES SERVICES, L'ADÉQUATION À VOS BESOINS DES FONCTIONS OU DES SERVICES CONTENUS DANS OU FOURNIS PAR LEDIT LOGICIEL, LA NON-INTERRUPTION OU L'ABSENCE D'ERREURS DANS LE FONCTIONNEMENT DUDIT LOGICIEL ET DESDITS SERVICES, LA MISE À DISPOSITION CONTINUE DES SERVICES, LA CORRECTION DE TOUT DÉFAUT DU LOGICIEL iOS OU DES SERVICES, LA COMPATIBILITÉ DU LOGICIEL iOS, OU SON BON FONCTIONNEMENT AVEC UN LOGICIEL, UNE APPLICATION OU UN SERVICE DE TIERCE PARTIE. L'INSTALLATION DE CE LOGICIEL iOS PEUT AFFECTER LA DISPONIBILITÉ ET L'UTILISATION DE LOGICIELS, D'APPLICATIONS OU DE SERVICES DE TIERCE PARTIE ET D'AUTRES PRODUITS OU SERVICES APPLE.

7.5    DE PLUS, VOUS RECONNAISSEZ QUE LE LOGICIEL iOS ET SES SERVICES NE SONT PAS DESTINÉS OU ADAPTÉS À UN USAGE DANS DES SITUATIONS OU DANS DES ENVIRONNEMENTS OÙ UNE DÉFAILLANCE, DES RETARDS, DES ERREURS OU DES INEXACTITUDES DANS LE CONTENU DES DONNÉES OU DES INFORMATIONS FOURNIES, LE LOGICIEL iOS OU SES SERVICES POURRAIT PROVOQUER LA MORT, DES BLESSURES OU DE GRAVES DOMMAGES CORPORELS OU ÉCOLOGIQUES, NOTAMMENT, MAIS SANS S'Y LIMITER, LE FONCTIONNEMENT D'INSTALLATIONS NUCLÉAIRES, DE SYSTÈMES DE NAVIGATION OU DE COMMUNICATION AÉRIENNES, DE SYSTÈMES DE CONTRÔLE DU TRAFIC AÉRIEN, D'APPAREILS DE MAINTIEN ARTIFICIEL EN VIE OU DE DISPOSITIFS D'ARMEMENT.

7.6    AUCUNE INFORMATION OU AUCUN CONSEIL COMMUNIQUÉ VERBALEMENT OU PAR ÉCRIT PAR APPLE OU L'UN DE SES REPRÉSENTANTS AUTORISÉS NE POURRA CONSTITUER UNE GARANTIE. SI LE LOGICIEL iOS OU LES SERVICES S'AVÉRAIENT DÉFECTUEUX, VOUS ASSUMERIEZ SEUL L'INTÉGRALITÉ DU COÛT DE TOUT DÉPANNAGE, TOUTE RÉPARATION OU RECTIFICATION NÉCESSAIRE. CERTAINES LÉGISLATIONS NE PERMETTANT NI L'EXCLUSION DE GARANTIES IMPLICITES, NI LES RESTRICTIONS AUX DROITS DES CONSOMMATEURS EN VIGUEUR, IL EST POSSIBLE QUE L'EXCLUSION ET LES LIMITES MENTIONNÉES CI-DESSUS NE VOUS CONCERNENT PAS.

**8. Limitation de responsabilité.** DANS TOUTE LA MESURE PERMISE PAR LA LOI EN APPLICATION, APPLE, SES AFFILIÉS OU SES AGENTS NE SERONT EN AUCUN CAS RESPONSABLE NI DE BLESSURES, NI DE TOUT DOMMAGE ACCIDENTEL, SPÉCIAL, INDIRECT OU CONSÉCUTIF, Y COMPRIS, MAIS DE FAÇON NON LIMITATIVE, LES DOMMAGES RÉSULTANTS DE MANQUES À GAGNER, DE CORRUPTION OU DE PERTES DE DONNÉES, D'ÉCHEC DE TRANSMISSION OU DE RÉCEPTION DE DONNÉES (Y COMPRIS, MAIS SANS S'Y LIMITER, LE MATÉRIEL, LES INSTRUCTIONS ET LES TRAVAUX DE COURS), D'INTERRUPTION DES ACTIVITÉS OU TOUT AUTRE DOMMAGE COMMERCIAL OU PERTE COMMERCIALE RÉSULTANT DE OU RELATIFS À VOTRE UTILISATION OU VOTRE INAPTITUDE À UTILISER LE LOGICIEL iOS ET LES SERVICES OU TOUT

AUTRE LOGICIEL OU APPLICATION DE TIERCE PARTIE UTILISÉ AVEC LE LOGICIEL iOS OU LES SERVICES, QUELLE QU'EN SOIT LA CAUSE, SANS TENIR COMPTE DE LA THÉORIE DE LA RESPONSABILITÉ (QUE CE SOIT POUR RUPTURE DE CONTRAT, EN RESPONSABILITÉ CIVILE OU AUTRE) ET CE, MÊME SI APPLE A ÉTÉ INFORMÉ DE LA POSSIBILITÉ DE TELS DOMMAGES. CERTAINES JURIDICTIONS NE PERMETTANT PAS LA LIMITATION OU L'EXCLUSION DE LA RESPONSABILITÉ POUR DOMMAGES CORPORELS, INDIRECTS OU ACCESSOIRES, IL EST POSSIBLE QUE CETTE LIMITATION NE VOUS CONCERNE PAS. La responsabilité totale d'Apple envers vous au titre de tout dommage (en dehors de ce que la législation pourrait exiger dans les cas impliquant une blessure) n'excédera en aucun cas la somme de deux cent cinquante dollars (250 $). Les limitations susdites s'appliqueront même si le recours indiqué ci-dessus fait défaut à sa vocation essentielle.

**9. Certificats numériques.** Le Logiciel iOS inclut des fonctionnalités permettant d'accepter des certificats numériques émis soit par Apple, soit par des tiers. VOUS ÊTES PAR CONSÉQUENT RESPONSABLE DÈS LORS QUE VOUS DÉCIDEZ DE FAIRE CONFIANCE À UN CERTIFICAT, QU'IL PROVIENNE D'APPLE OU D'UN TIERS. L'UTILISATION DE CERTIFICATS NUMÉRIQUES RESTE À VOS RISQUES ET PÉRILS. DANS TOUTE LA MESURE PERMISE PAR LA LOI EN APPLICATION, APPLE NE DONNE AUCUNE GARANTIE OU REPRÉSENTATION, EXPRESSE OU IMPLICITE, QUANT À LA QUALITÉ MARCHANDE OU L'ADÉQUATION À UN USAGE PARTICULIER, LA PRÉCISION, LA SÉCURITÉ OU LA NON-VIOLATION DES DROITS DE TIERS CONCERNANT LES CERTIFICATS NUMÉRIQUES.

**10. Contrôle des exportations.** Vous ne pouvez utiliser, exporter ou réexporter le Logiciel iOS que conformément à la législation des États-Unis et à la législation du pays ou des pays dans lesquels vous avez acquis le Logiciel iOS. En particulier, mais sans limitation, le Logiciel iOS ne peut être exporté ou réexporté (a) vers tout pays soumis à embargo par les États-Unis ou (b) à toute personne figurant sur la liste « Specially Designated Nationals » du Ministère des Finances des États-Unis ou sur les listes « Denied Persons », « Denied Entity » ou toute autre liste de personnes assujetties à des restrictions du Ministère du Commerce des États-Unis. En utilisant le Logiciel iOS, vous déclarez et garantissez que vous n'êtes pas situé dans un pays appartenant aux cas mentionnés ci-dessus ou inscrit sur une des listes précitées. Vous acceptez également de ne pas utiliser le Logiciel iOS à des fins interdites par la législation des États-Unis, y compris, mais sans aucune limitation, le développement, la conception, la fabrication ou la production d'éléments nucléaires, de missiles ou d'armes chimiques ou biologiques.

**11. Utilisateurs du gouvernement des États-Unis.** Le Logiciel iOS et la documentation qui s'y rapporte constituent des « Commercial Items » (éléments commerciaux), tel que ce terme est défini dans la clause 48 C.F.R.(Code of Federal Rules) §2.101, consistant en « Commercial Computer Software » (logiciel commercial) et « Commercial Computer Software Documentation » (documentation de logiciel commercial), tels que ces termes sont utilisés dans les clauses 48 C.F.R. §12.212 ou 48 C.F.R. §227.7202. Conformément à la clause 48 C.F.R. §12.212 ou 48 C.F.R. de §227.7202-1 à 227.7202-4, les éléments « Commercial Computer Software » et « Commercial Computer Software Documentation » sont fournis sous licence aux utilisateurs finaux rattachés au gouvernement des États-Unis (a) uniquement comme « Commercial Items » et (b) uniquement accompagnés des droits octroyés à tous les autres utilisateurs finaux conformément aux conditions générales ci-inclus. Les droits non publiés sont réservés en vertu de la législation des droits d'auteur en vigueur aux États-Unis.

**12. Loi applicable et divisibilité du contrat.** Cette licence est régie et interprétée en conformité avec la législation de l'État de Californie, mis à part les conflits en matière de principes légaux. Cette licence n'est pas régie par la convention des Nations Unies sur les contrats de vente internationale de biens, dont l'application est expressément exclue. Si vous êtes un client basé dans au Royaume-Uni, la présente Licence est régie par la législation de votre juridiction. Si pour une raison quelconque un tribunal ayant juridiction juge qu'une stipulation de la Licence est inapplicable, en totalité ou en partie, les autres stipulations de la Licence restent entièrement applicables.

**13. Intégralité de l'accord; Langue prévalente.** Cette Licence constitue l'intégralité de l'accord entre vous et Apple concernant le Logiciel iOS et remplace toutes les propositions ou tous les accords antérieurs ou actuels à ce sujet. Aucun amendement ou aucune modification de cette Licence ne prendra effet à moins d'être stipulé par écrit et signé par Apple. Toute traduction de la présente licence est effectuée pour les besoins locaux. En cas de contradiction entre la version anglaise et toute autre version, la version anglaise prévaut dans les limites non prohibées par les lois locales de votre juridiction.

**14. Bénéficiaire de tierce partie.** Certaines parties du Logiciel iOS peuvent utiliser ou comporter des logiciels de tierces parties et d'autres contenus protégés par des droits d'auteurs. Les remerciements, les conditions des licences et les exclusions de garanties desdits éléments figurent dans la documentation électronique du Logiciel iOS, et l'utilisation de ces données est dictée par leurs conditions respectives. L'utilisation du service de navigation sécurisée de Google est sujet aux Conditions d'utilisation (https://www.google.com/intl/fr-ca/policies/terms/) et aux Règles de confidentialité de Google (https://www.google.com/intl/fr-ca/policies/privacy/).

**15. Utilisation de MPEG-4; H.264/Notice AVC.**
(a) La licence du Logiciel iOS est concédée d'après les termes de la licence du portefeuille de brevets de MPEG-4 Systems pour l'encodage. Une licence additionnelle et le paiement d'une redevance sont toutefois nécessaires pour l'encodage (i) de données stockées ou dupliquées sur un support physique payé titre par titre ou (ii) de données payées titre par titre et transmises à un utilisateur final pour un stockage ou une utilisation permanent(e)s. De telles licences additionnelles peuvent être obtenues auprès de MPEG LA, LLC. Voir http://www.mpegla.com pour plus de détails.

(b) Le Logiciel iOS prévoit des fonctionnalités d'encodage ou de décodage MPEG-4. La Licence de ce produit vous est par conséquent concédée d'après les termes de la licence du portefeuille de brevets de MPEG-4 Visual dans le cadre d'une utilisation privée à but non commercial par un consommateur pour (i) l'encodage de vidéo en conformité avec la norme MPEG-4 Visual (« Vidéo au format MPEG-4 ») ou (ii) le décodage de vidéo MPEG-4 encodée par un consommateur engagé dans une activité privée à but non commercial ou obtenue d'un fournisseur vidéo sous licence de MPEG LA pour distribuer de la vidéo au format MPEG-4. Aucune licence ne saurait être accordée ou être considérée comme implicite pour toute autre utilisation. Des informations complémentaires sur l'utilisation à des fins promotionnelles, interne ou commerciale sont disponibles auprès de MPEG LA, LLC. Voir http://www.mpegla.com.

(c) Dans la mesure où le Logiciel iOS inclut la fonctionnalité de décodage et/ou d'encodage AVC, l'usage commercial de H.264/AVC requiert une concession de licence complémentaire et la disposition suivante s'applique : LA PRÉSENTE LICENCE POUR LA FONCTIONNALITÉ AVC DU LOGICIEL iOS N'EST ACCORDÉE QUE DANS LE CADRE D'UN USAGE PERSONNEL ET NON COMMERCIAL D'UN CONSOMMATEUR POUR (i) ENCODER DE LA VIDÉO SELON LA NORME AVC (« AVC VIDÉO ») OU (ii) DÉCODER DE LA VIDÉO AVC ENCODÉE PAR UN CONSOMMATEUR DANS LE CADRE D'UNE ACTIVITÉ PERSONNELLE ET NON COMMERCIALE OU DE LA VIDÉO AVC PROVENANT D'UN FOURNISSEUR VIDÉO AUTORISÉ À PROPOSER DE LA VIDÉO AVC. LES INFORMATIONS RELATIVES AUX AUTRES USAGES ET LICENCES SONT DISPONIBLES AUPRÈS DE MPEG LA L.L.C. VOIR http://www.mpegla.com.

**16. Restrictions du service Yahoo Search.** Le service Yahoo Search disponible via Safari n'est octroyé en licence d'utilisation que dans les pays et régions suivants : Allemagne, Argentine, Aruba, Australie, Autriche, Bahamas, Barbade, Belgique, Bermudes, Brésil, Bulgarie, Canada, Chili, Chine, Colombie, Corée du Sud, Chypre, Danemark, Espagne, Équateur, États-Unis, Finlande, France, Grèce, Grenade, Guatemala, Hong Kong, Hongrie, Îles Caïmans, Islande, Inde, Indonésie, Irlande, Italie, Jamaïque, Japon, Lettonie, Lituanie, Luxembourg, Malaisie, Malte, Mexique, Nouvelle-Zélande, Nicaragua, Norvège, Panama, Pays-Bas, Pérou, Philippines, Pologne, Portugal, Porto Rico, République Dominicaine,

République Tchèque, Roumanie, Royaume-Uni, Sainte-Lucie, Saint-Vincent, Salvador, Singapour, Slovaquie, Slovénie, Suède, Suisse, Taïwan, Thaïlande, Trinité-et-Tobago, Turquie, Uruguay et Venezuela.

**17. Avis sur Microsoft Exchange.** Le paramètre de messagerie Microsoft Exchange tiré du Logiciel iOS vous est uniquement concédé sous licence pour bénéficier de la synchronisation sans fil de données, telles que vos courriers électroniques, vos contacts, votre calendrier et vos tâches, entre votre iOS et Microsoft Exchange Server ou un autre serveur concédé sous licence par Microsoft pour mettre en application le protocole Microsoft Exchange ActiveSync.

EA1520
2017-09-22

— — — — — — — — — — — — — —
**Conditions générales supplémentaires relatives à Apple Pay**

Les présentes conditions générales supplémentaires relatives à Apple Pay (« Conditions générales supplémentaires ») complètent la licence d'utilisation du Logiciel iOS d'Apple (« Licence »). Les dispositions de la Licence et des présentes conditions générales supplémentaires régissent votre utilisation de la fonctionnalité Apple Pay qui doit être considérée de façon implicite comme un « Service » en vertu de la Licence. Les modalités en majuscules utilisées dans les présentes Conditions générales supplémentaires possèdent la définition indiquée dans la Licence.

**1. Vue d'ensemble et restrictions d'utilisation**

Apple Pay vous permet :

- de conserver des représentations virtuelles de cartes de crédit et de débit ainsi que de cartes prépayées et Apple Pay Cash, y compris le crédit de magasin et les cartes de débit et prépayées, prises en charge par la fonctionnalité Apple Pay (« Cartes de paiement compatibles ») et d'utiliser les appareils iOS pris en charge pour réaliser des paiements sans contact dans certains points de vente ou au sein d'applications ou sites Web;
- d'utiliser des cartes cadeaux ou de récompenses qui sont sauvegardées dans Wallet (« Cartes compatibles avec Apple Pay », et avec les Cartes de paiement compatibles, « Cartes compatibles »), pour réaliser des transactions sans contact avec des cartes cadeaux et de récompenses dans certains commerces dans le cadre d'un paiement sans contact en utilisant Apple Pay; et
- d'envoyer des paiements de personne à personne à d'autres utilisateurs d'Apple Pay.

Il est possible que la fonctionnalité Apple Pay du Logiciel iOS d'Apple soit disponible uniquement dans certaines régions, auprès de certains émetteurs de carte, certaines institutions financières et certains commerces. Les fonctionnalités peuvent varier selon les régions, les émetteurs de carte et les commerces.

Afin d'utiliser Apple Pay, vous devez posséder une Carte compatible. Les Cartes compatibles peuvent parfois varier. En outre, une carte Apple Pay Cash est nécessaire pour envoyer et recevoir des paiements de personne à personne.

Les cartes de paiement compatibles et les paiements de personne à personne sont associés à l'identifiant Apple avec lequel vous êtes connecté à iCloud pour utiliser ces fonctionnalités. Les Cartes compatibles ne sont disponibles qu'auprès des personnes âgées d'au moins 13 ans, et leur utilisation peut être limitée par des restrictions supplémentaires relatives à l'âge imposées par iCloud ou par la Carte compatible que vous souhaitez approvisionner. La carte Apple Pay Cash et la fonction d'envoi et

de réception de paiements de personne à personne ne sont disponibles qu'auprès des utilisateurs âgés d'au moins 18 ans.

La fonctionnalité Apple Pay est prévue pour un usage personnel et vous ne pouvez provisionner que vos propres Cartes compatibles. Si vous provisionnez une carte d'entreprise compatible, vous déclarez le faire avec l'autorisation de votre employeur et avoir la permission de lier ce dernier par les conditions d'utilisation et les transactions réalisées en utilisant cette fonctionnalité. À chaque fois que vous envoyez ou recevez un paiement de personne à personne, vous affirmez le faire à des fins personnelles et non commerciales.

Vous acceptez de ne pas utiliser Apple Pay à des fins illégales ou frauduleuses ou à toute autre fin interdite par la Licence et par ces Conditions générales supplémentaires. Vous acceptez également d'utiliser Apple Pay conformément aux lois et réglementations applicables. Vous acceptez de ne pas interférer avec ou interrompre le fonctionnement du service Apple Pay (y compris de ne pas accéder au service par un moyen automatisé quelconque) ou de tout serveur ou réseau connecté audit service, ou de toute politique, exigence ou réglementation de réseaux connectés audit service (y compris tout accès non autorisé, utilisation ou contrôle des données ou du trafic sur ceux-ci).

**2. Relation avec Apple**

Apple Pay vous permet de créer une représentation virtuelle de vos Cartes compatibles sur votre appareil iOS pris en charge. Toutefois, Apple ne traite ni les paiements ni les transactions hors paiement (comme l'accumulation et l'utilisation de points de fidélité). Apple ne reçoit, ne retient ou ne transfère pas vos fonds, et ne possède aucun contrôle sur les paiements, les retours, les remboursements, les récompenses, les valeurs, les rabais, ou toute activité commerciale pouvant être liée à votre utilisation de cette fonctionnalité.

Les éventuelles conditions relatives à l'utilisation de carte établies par l'émetteur de la carte régissent l'utilisation de vos Cartes compatibles et leur utilisation au moyen de la fonctionnalité Apple Pay. De même, votre participation à tout programme de récompenses ou de carte cadeau d'un commerçant et votre utilisation des Cartes compatibles avec Apple Pay en lien avec Apple Pay seront assujetties aux conditions d'utilisation du commerçant.

La carte Apple Pay Cash et la fonction d'envoi et de réception de paiements de personne à personne ne sont disponibles qu'aux États-Unis et constituent des services fournis par Green Dot Bank, membre de la FDIC. Lorsque vous activez ces fonctionnalités dans Apple Pay, vous ouvrez un compte auprès de Green Dot Bank, et lorsque vous envoyez ou recevez un paiement de personne à personne, ou créditez ou débitez votre carte Apple Pay Cash, Green Dot Bank est responsable de la réception et de l'envoi des fonds vers le bénéficiaire souhaité. L'institution financière chargée d'offrir Apple Pay Cash et les paiements de personne à personne au moyen d'Apple Pay est susceptible de changer, et l'utilisation que vous faites de ces fonctionnalités est soumise à ses modalités.

Les dispositions de la Licence ou des présentes Conditions générales supplémentaires ne modifient en rien les possibles accords marchands, de détenteur de carte ou d'utilisation. Les modalités de tels accords régiront votre utilisation de la carte compatible applicable ou de la fonction d'envoi et de réception de paiements de personne à personne d'Apple Pay ainsi que leur représentation virtuelle sur votre appareil iOS. Vous acceptez qu'Apple ne soit pas partie à votre accord de détenteur de carte ou de commerçant ni responsable (a) du contenu, de l'exactitude ou de l'indisponibilité de cartes de paiement, des cartes de récompenses, des cartes cadeaux, des activités commerciales, des transactions ou des achats dans le cadre de l'utilisation de la fonctionnalité Apple Pay; (b) de l'accord de crédit ou l'étude d'éligibilité au crédit; (c) de l'accumulation ou de l'échange de récompenses ou de valeur enregistrée dans le cadre d'un programme de commerçant; (d) du remboursement ou de la recharge de cartes

prépayées; (e) de l'envoi ou de la réception de paiements de personne à personne; ou (f) de l'ajout ou du retrait des fonds de votre carte Apple Pay Cash.

Pour tout différend ou toute question relative aux cartes de paiement, aux cartes de récompenses, aux cartes cadeaux ou à des activités commerciales associées à des cartes de paiement, veuillez prendre contact avec l'émetteur de carte ou le commerçant en question. Si vous avez des questions au sujet de la carte Apple Pay Cash ou des paiements de personne à personne, veuillez contacter l'assistance Apple.

## 3. Confidentialité

Apple Pay requiert certains renseignements de votre appareil iOS afin d'offrir une expérience complète. En outre, lorsque vous utilisez la carte Apple Pay Cash ou que vous envoyez ou recevez des paiements de personne à personne, des informations supplémentaires relatives à vos transactions sont recueillies et conservées pour gérer votre compte, pour prévenir la fraude et pour des raisons réglementaires. Vous pouvez en apprendre davantage sur les données recueillies, utilisées ou partagées dans le cadre de votre utilisation d'Apple Pay, de la carte Apple Pay Cash et des paiements de personne à personne avec Apple Pay en lisant À propos d'Apple Pay et de la confidentialité (accessible à partir de Wallet et d'Apple Pay sur votre appareil iOS ou dans l'app Watch d'un appareil iOS jumelé) ou en vous rendant sur https://www.apple.com/ca/fr/privacy. En utilisant ces fonctionnalités, vous acceptez qu'Apple, ses filiales et ses représentants transmettent, recueillent, conservent, traitent et utilisent ces données comme décrit ci-dessus pour assurer le bon fonctionnement d'Apple Pay.

## 4. Sécurité; Appareils perdus ou désactivés

Apple Pay conserve des représentations virtuelles de vos Cartes compatibles et doit par conséquent être protégé comme vous le feriez avec vos espèces ou la version physique de vos cartes (débit, crédit, prépayées, de récompenses ou cadeaux). En communiquant le code de votre appareil à un tiers, en lui permettant d'ajouter son empreinte pour utiliser Touch ID ou son visage pour utiliser Face ID, vous lui donnez la possibilité de réaliser des paiements, d'envoyer, de recevoir ou de demander des paiements de personne à personne, de retirer de l'argent de votre carte Apple Pay Cash ou de recevoir ou de solliciter des récompenses ou du crédit en utilisant Apple Pay avec votre appareil. Vous êtes l'unique responsable de la sécurité de votre appareil et de votre mot de passe. Vous acceptez qu'Apple n'assume aucune responsabilité si vous perdez votre appareil ou partagez les informations permettant d'y accéder. Vous acceptez également qu'Apple n'assume aucune responsabilité si vous réalisez des modifications non autorisées d'iOS (telles qu'un débridage).

Vous serez peut-être amené à activer des mesures de sécurité supplémentaires, telles que l'identification à deux facteurs pour votre identifiant Apple, afin de pouvoir utiliser certaines fonctionnalités d'Apple Pay comme la carte Apple Pay Cash et les paiements de personne à personne avec Apple Pay. Si par la suite vous désactivez ces fonctions de sécurité, il est possible que vous ne puissiez plus accéder à certaines fonctionnalités d'Apple Pay.

Si votre appareil est perdu ou volé et que la fonctionnalité Localiser mon iPhone est activée, vous pouvez l'utiliser pour essayer de désactiver la fonction de l'appareil qui permet d'effectuer des paiements avec les Cartes de paiement virtuelles compatibles ou d'envoyer des paiements de personne à personne en activant le mode Perdu. Vous pouvez aussi effacer le contenu de l'appareil, celui-ci tentera alors de suspendre la fonction de l'appareil qui permet d'effectuer des paiements à l'aide des Cartes de paiement virtuelles compatibles et d'envoyer des paiements de personne à personne. Il tentera aussi de supprimer les Cartes compatibles avec Apple Pay. Vous devriez également prendre contact avec l'émetteur de vos Cartes de paiement compatible, avec le commerçant qui a émis vos Cartes compatibles avec Apple Pay et avec Apple pour ce qui a trait à votre carte Apple Pay Cash afin

d'empêcher tout accès non autorisé à vos Cartes compatibles.

Si vous signalez, ou qu'Apple suspecte, des activités frauduleuses ou abusives, vous acceptez de collaborer avec Apple dans toute enquête et de prendre toute mesure de prévention contre la fraude nécessaire recommandée par Apple.

**5. Limitation de responsabilité.**

OUTRE LES EXCLUSIONS DE GARANTIES ET LES LIMITATIONS DE RESPONSABILITÉ CONTENUES DANS LA LICENCE, APPLE N'ASSUME AUCUNE RESPONSABILITÉ POUR LES ACHATS, LES PAIEMENTS, LES TRANSACTIONS OU TOUTE AUTRE ACTIVITÉ COMMERCIALE RÉALISÉS À L'AIDE DE LA FONCTIONNALITÉ APPLE PAY. DE PLUS, VOUS ACCEPTEZ DE VOUS RAPPORTEZ UNIQUEMENT AUX ACCORDS PASSÉS AVEC L'ÉMETTEUR DE VOTRE CARTE, VOTRE RÉSEAU DE PAIEMENT, LES INSTITUTIONS FINANCIÈRES OU LES COMMERÇANTS AUPRÈS DESQUELS VOUS RÉALISEZ DES ACHATS POUR RÉSOUDRE TOUTE QUESTION OU TOUT DIFFÉREND RELATIF À VOS CARTES DE PAIEMENT COMPATIBLES, AUX PAIEMENTS DE PERSONNE À PERSONNE ET AUX ACTIVITÉS COMMERCIALES ASSOCIÉES.

— — — — — — — — — — —
**NOTIFICATIONS DE LA PART D'APPLE**
Si Apple a besoin de vous contacter au sujet de votre produit ou de votre compte, vous acceptez de recevoir des notifications par courrier électronique. Vous acceptez que de telles notifications, qui vous parviennent électroniquement d'Apple, satisfassent toute disposition légale en matière de communication.

香港繁體中文

重要事項：通過使用 iPHONE、iPAD或iPOD TOUCH( 「iOS裝置」 )，閣下已同意接受以下條款的約束：

A.     APPLE iOS軟件許可協議
B.     APPLE PAY 補充條款
C.     來自APPLE的通知


Apple Inc.
iOS軟件許可協議
單一使用許可證

請先仔細閱讀本軟件許可協議(「許可證」)，然後才使用閣下的iOS裝置或下載附隨本許可證的軟件更新。閣下一使用iOS裝置或下載本軟件更新(視適用而定)，即表示同意接受本許可證的條款約束。如閣下不同意本許可證的條款，請勿使用iOS裝置或下載該軟件更新。

如閣下最近購買iOS裝置並且如閣下不同意許可證條款，可將iOS裝置交還購取iOS裝置的APPLE STORE商店或授權分銷商以取得退款，但須符合APPLE的退貨政策規定，該政策載於 https://www.apple.com/legal/sales_policies/。

1.     一般規定
(a) 連同閣下的iOS裝置提供並可以Apple提供的功能增強軟件、軟件更新或系統還原軟件( 「iOS軟件更新」)予以更新或取代的軟件(包括Boot ROM代碼、嵌入式軟件和第三方軟件)、文檔、界面、內容、字體及任何數據( 「原iOS軟件」)，不論是儲存於唯讀記憶體、任何其他媒體或屬任何其他形式(原iOS軟件和iOS軟件更新統稱「iOS軟件」)，是由Apple Inc.(「Apple」)許可閣下使用而非售予閣下。閣下只可根據本許可證的條款加以使用，Apple及其許可人保留對iOS軟件本身的所有權，並保留一切並未明確授予閣下的權利。閣下同意本許可證條款將適用於任何可能已內置在閣下的iOS裝置上的Apple品牌app，除非該app另外附有單獨的許可證，在這種情況下，閣下同意該許可證的條款將規限閣下對該app的使用。

(b) Apple可酌情提供未來的iOS軟件更新，這些更新（如有的話）未必包含Apple就較新或其他型號iOS裝置發行的所有現有軟件功能或新的功能。本許可證條款監管由Apple提供的任何iOS軟件更新，除非該iOS軟件更新另外載有獨立許可證，在此情況下，閣下同意以該許可證的條款監管。

(c) 如閣下使用快速設置功能以閣下現有的iOS裝置為基礎設置新的iOS裝置，閣下同意，本許可證的條款將監管閣下在閣下新的iOS裝置上使用iOS軟件，除非其它另外附有單獨的許可證，在這種情況下，閣下同意該許可證的條款將監管閣下對該iOS軟件的使用。

2.     允許的許可證用途和限制
(a) 在必須遵守本許可證條款及細則的情況下，閣下獲授予在單一台Apple品牌iOS裝置上使用iOS軟件的有限的、非獨家的許可證。除以下第2(b) 條允許外，以及除非閣下與Apple另行簽立協議規定外，本許可證並不允許iOS軟件在任何一個時候存在於一台以上Apple品牌iOS裝置上，而且閣下不得在網絡上分發或提供iOS軟件，以致iOS軟件在同一時間可供多台裝置使用。本許可證並不授予閣下使用Apple擁有專有權的界面及其它知識產權，以設計、開發、製造、授予許可或分發第三方裝置與配件或第三方應用軟件連同iOS裝置使用的任何權利。在獲得Apple的另行許可下，可使用其中某些權利。有關為iOS裝置開發第三方裝置與配件的詳情，請訪問https://developer.apple.com/programs/mfi/。有關為iOS裝置開發應用軟件的詳情，請訪問https://developer.apple.com。

(b) 在必須遵守本許可證條款及細則的情況下，閣下獲授予下載Apple可能提供給閣下iOS裝置型號的iOS軟件更新的有限的、非獨家許可證，以更新或恢復由閣下擁有或控制的任何iOS裝置上的軟件。本許可證並不允許閣下更新或恢復受不受閣下控制的或並非閣下擁有的iOS裝置，而且閣下不得在網絡上分發或提供iOS軟件，以致iOS軟件在同一時間可供多台裝置或多台電腦使用。如閣下下載iOS軟件更新到閣下的電腦上，閣下只可為備份目的而以機器可讀形式，複製一份儲存於閣下的電腦的iOS軟件更新；但該備份副本必須帶有原件上所載的一切版權或其他專有權的提示。

(c) 在閣下購買時Apple已在閣下的iOS裝置上預安裝Apple品牌app（「預安裝app」）的範圍內，閣下需要登錄到App Store並將這些預安裝app關聯到閣下的App Store帳戶，才能在閣下的iOS裝置上使用它們。當閣下將預安裝app關聯到閣下的App Store帳戶時，閣下的iOS裝置上所有其他預安裝app將會同時自動關聯起來。閣下選擇將預安裝app與閣下的App Store帳戶關聯，即表示閣下同意 Apple可傳輸、收集、維護、處理和使用閣下的App Store帳戶所使用的Apple ID和收集自閣下的iOS裝置的唯一硬件識別碼，作為驗證閣下所提出請求的資格的唯一帳戶識別碼，以及向閣下提供通過App Store存取預安裝app的途徑。如閣下不希望使用預安裝app，閣下可隨時將其從閣下的iOS裝置中刪除。

(d) 閣下不得且閣下同意不會或促使他人複製(本許可證明示允許除外)、反彙編、倒序製造、拆裝、企圖導出其源代碼、解碼、修改iOS軟件或製造其衍生作品、或iOS軟件提供的任何服務或其任何部分（適用法律或可能包含在iOS軟件內的開放原始程式碼組件使用許可證條款禁止除外）。

(e) iOS軟件可用於複製材料，只要該等使用限於複製沒有版權的材料、閣下享有版權的材料或授權閣下或合法允許閣下複製的材料。通過閣下的iOS裝置軟件顯示、儲存或存取的任何內容，其所有權和知識產權屬於相關的內容所有權人。此等內容可能受版權或其他知識產權法律和條約保護，及可能須遵守提供該等內容的第三方使用條款。除在此另有規定外，本許可證並不授予閣下使用該等內容的任何權利，亦不保證該等內容將繼續提供給閣下。

(f) 閣下同意依照所有適用法律使用iOS軟件以及服務（定義見以下第5條），此等法律包括閣下所居住或者下載或使用iOS軟件以及服務的國家或地區的當地法律。iOS軟件和服務的功能未必以所有語言或在所有地區提供，某些功能可能因地區而異，有的可能會受到限制，或閣下的服務供應商沒有提供。iOS軟件和服務一些功能需要Wi–Fi或蜂窩移動數據連接。

(g) 使用App Store需要一個名為Apple ID的獨有用戶名稱和密碼組合。要存取app的更新版本及iOS軟件和服務的某些功能，同樣需要一個Apple ID。

(h) 閣下承認iOS軟件許多功能、內置app和服務會傳輸數據，可能影響閣下數據計劃的收費，以及閣下須負責該等收費。閣下可在蜂窩移動數據設定頁下查看和控制哪些應用程式獲准使用蜂窩移動數據，並查看該等應用程式已消耗了多少數據的估計。欲瞭解更多資料，請查閱閣下iOS裝置的用戶指南。

(i) 如閣下選擇允許自動更新app，閣下的iOS裝置會向Apple定期查詢有關更新閣下裝置上的app的問題。如有提供的話，更新版本會自動下載和安裝到閣下的裝置上。閣下可隨時完全關閉app的自動更新，只需前往設定，點選iTunes & App Store，然後在Automatic Downloads項下關閉Updates。

(j) 在某些情況下使用iOS裝置可能分散閣下的注意力，並可能導致危險情況（例如，應避免在開車時輸入文字訊息，或在騎自行車時使用頭戴式耳機）。閣下使用iOS裝置，即表示閣下同意負責遵守禁止或限制使用手機或頭戴式耳機的規則（例如在開車時撥打電話須使用免提選項的規定）。

3.    轉讓  閣下不得出租、租賃、出借、出售、再分發或再許可iOS軟件。但閣下可就iOS所有權之轉讓，而將閣下對iOS軟件的一切許可使用權一次性地永久轉讓予另一方，條件是：(a) 轉讓內容必須包括閣下的iOS裝置和全部iOS軟件，包括其所有組成部分及本許可證；(b) 閣下不得保留iOS軟件的全部或部分複製本，包括儲存於電腦或其他儲存裝置的複製本；以及(c) 接受iOS軟件的一方已閱讀並同意接受本許可證的條款及細則。

4.    同意使用數據  當閣下使用裝置時，閣下的電話號碼和閣下的iOS裝置之某些獨有的識別碼會被發送給Apple，以讓其他人通過iOS軟件諸如iMessage和FaceTime等各種通訊功能聯繫到閣下的電話號碼。當閣下使用iMessage時，Apple可在有限時間內以加密形式持有閣下的訊息，以確保其傳送。閣下可前往閣下iOS裝置上的FaceTime或Messages設定項，關閉FaceTime 或 iMessage。某些功能例如分析、定位服務、Siri和聽寫可能需要來自閣下的iOS裝置的資料，才能提供其各自的功能。在閣下打開或使用這些功能時，有關哪些資料會發送給Apple以及可能如何使用這些資料的具體詳情將會提供給閣下，此外閣下亦可訪問https://www.apple.com/hk/privacy/ 深入瞭解。 在任何時候，閣下的資料均依照Apple的私隱政策處理，該政策可在https://www.apple.com/legal/privacy/ 瀏覽。

5.    服務和第三方材料。
(a) iOS軟件能使閣下訪問Apple的iTunes Store、AppStore、iBooks Store、遊戲中心、iCloud、地圖以及其他Apple和第三方服務及網址（統稱為個別稱為「服務」）。這些服務未必以各種語言或在各個國家提供。使用這些服務需要接入互聯網，而且使用某些服務可能要求Apple ID和要求閣下接受附加的服務條款，並且可能需要支付額外費用。閣下就Apple ID或其他Apple服務戶口使用本軟件，即表示同意接受該服務的適用服務條款，例如閣下存取該等服務所在國家的Apple媒體服務最新的條款及細則。閣下可訪問https://www.apple.com/legal/internet-services/itunes/ww/ 查閱該等條款及細則。

(b) 如閣下登記使用iCloud，可直接從iOS軟件存取iCloud某些功能，例如 「iCloud Photo Library」、「My Photo Stream」、「iCloud Photo Sharing」、「Back Up」和「Find My iPhone」。閣下承認並同意，閣下使用iCloud和這些功能須接受iCloud服務的最新條款及細則。閣下可訪問https://www.apple.com/legal/internet-services/icloud/ww/ 查閱該等條款及細則。

(c) News App的內容。閣下通過News應用程式存取的內容僅限於個人非商業用途，內容的任何所有權利益不會因此而轉讓給閣下，並明確排除但不限於這些內容的任何商業或促銷使用權。此外，閣下通過News存取的任何圖像，一律禁止作為獨立檔案重新發佈、再傳輸和複製。

(d) 地圖。iOS軟件的地圖服務和功能 （「地圖」） （包括地圖數據覆蓋），可能會因地區而異。當閣下使用地圖內任何基於位置的功能，例如逐向導航、交通和本地搜索功能，與位置和使用相關的多項資料可能會被發送到Apple，包括閣下iOS裝置的即時地理位置，以便處理閣下的請求和協助改善地圖。Apple收集該等位置和使用數據的形式，不會將閣下本人識別出來。閣下使用地圖，即表示同意和允許Apple及其附屬公司和代理傳輸、收集、維護、處理和使用這些資料，以提供和改善地圖的功能和服務，以及Apple其他產品和服務。Apple還可採取匯總或不會將個人識別出來者中的任一形式，將此類資料提供給其合作夥伴和被許可人，以幫助改善他們的地圖和基於位置的產品和服務。閣下可以禁用地圖基於位置的功能，只需前往閣下iOS裝置上的位置服務設定，並關閉地圖的個別位置設定。然而，如閣下禁用位置服務的設定，即不可使用某些地圖功能例如逐向導航。

(e) iBooks；Podcast。如閣下選擇使用iBooks和Podcastapp的同步功能來在閣下的iOS裝置和電腦之間同步閣下的書簽、筆記、收藏和podcast訂閱數據，閣下承認這些數據將被發送給Apple，並與閣下用於iBooks Store或iTunes Store的Apple ID結合儲存，以將該等數據同步到被授權通過Apple ID存取內容的閣下的其他裝置和電腦。閣下可隨時關閉同步功能，只需前往設定並分別改變iBooks和Podcastapp的同步

選項。

(f) 閣下明白,使用任何服務意味閣下或會遇到可能被視為冒犯性、猥褻或討厭的內容,這些內容可能使用或不使用直白的語言,以及任何檢索得到的結果或進入某特定網址 (URL) 時,可能會自動和非故意地生成與不宜資料的鏈結或對不宜資料的提述。儘管如此,閣下同意使用服務並自擔風險,對於可能被發現屬冒犯性、猥褻或討厭的內容,Apple、其關聯公司、代理人、高層管理人員或許可人不對閣下承擔任何法律責任。

(g) 某些服務可能顯示、包括或提供來自第三方的內容、數據、資料、應用軟件或材料(「第三方材料」),或至某些第三方網站的鏈結。閣下一使用服務,即表示閣下承認並同意,Apple不負責檢查或評估此等第三方材料或網站的內容、準確性、完整性、時間性、有效性、符合版權規定、合法性、適當性或質量,或任何其他方面。對任何第三方服務、第三方材料或網站,或者第三方的任何其他材料、產品或服務,Apple及其管理人員、關聯公司和子公司不作任何保證或認可,亦不對閣下或任何其他人或承擔和負有任何法律責任或負責。第三方材料和至其他網站的鏈結僅為方便閣下而提供。

(h) Apple 及其任何內容提供者不保證任何服務顯示的股票資料、位置數據或任何其他數據的<u>可獲得性</u>、準確性、完整性、可靠性或及時性。任何服務顯示的金融資料僅供一般參考之用,不應用作可供依賴之投資建議。在基於通過 服務獲得的資料進行任何證券交易之前,閣下應向在法律上有資格在閣下的國家或地區提供財務或證券建議的專業財務或證券人員諮詢。任何服務提供的位置數據(包括Apple 地圖服務)僅作為基本導航和計劃用途而提供,其目的並非作為依賴以用於需要精確的位置資料的情況,或若位置數據錯誤、不準確、出現時間延誤或不完整可能會導致人身傷亡或財產或環境損害的情況。閣下同意,由於例如但不僅限於天氣、道路和交通情況以及地緣政治事件等足以影響地圖數據準確性的種種因素,閣下從地圖服務收到的結果可能與實際道路或地形情況有所不同。為了閣下的安全,使用導航功能時,任何時候都要注意展示的路牌和當時的道路情況,奉行安全駕駛習慣和遵照交通法規,並注意行走的方向可能不包括行人路或行人通道。

(i) 在閣下使用服務上傳任何內容的範圍內,閣下聲明閣下擁有所有權利或得到授權或以其他方式獲法律允許上傳該等內容,以及該等內容不違反適用於服務的任何服務條款。閣下同意服務含有屬Apple、網站所有人或其許可人擁有的專有內容、資料和材料,受適用的知識產權和其他法律保護,包括但不限於版權。閣下同意意除 服務的允許用途外,閣下不會使用此等專有內容、資料或材料,也不以任何與本許可證的條款不一致或侵犯第三方或Apple的任何知識產權的方式使用此等專有內容、資料或材料。服務的任何部分,均不得以任何形式或以任何方式複製。閣下同意不以任何方式修改、出租、租賃、借出、銷售或分發服務,亦不以任何方式以服務為基礎創作任何衍生作品。閣下不得以任何未經授權的方式(包括但不限於通過服務來傳輸電腦病毒、蠕蟲、特洛伊木馬或其他惡意軟件,或者通過侵入網絡或加重網絡容量負擔)利用服務。閣下進一步同意不以任何方式使用服務騷擾、辱罵、追蹤、威脅或誹謗任何其他方,或以侵犯或違反任何其他方權利的方式使用服務,以及對於閣下的任何此等使用或由於使用服務致使閣下可能收到的任何騷擾性、威脅性、誹謗性、冒犯性、侵權或非法信息或傳輸,Apple不在任何方面對閣下承擔任何責任。

(j) 此外,可通過iOS裝置存取、鏈結或顯示的服務和第三方材料,不會以所有語言或在所有國家或地區提供。Apple不聲明此等服務和第三方材料為適當的及可在任何特定地點提供。在閣下選擇使用或存取此等服務和第三方材料的範圍內,閣下是自主決定這樣做的,並負責遵守任何適用法律,包括但不限於適用的地方法律,以及私隱權和數據收集法律。通過閣下的iOS裝置共享或同步照片,可能會導致連同照片傳輸元數據,包括拍攝照片的地點和時間及景深資料。使用Apple服務(例如iCloud 照片圖庫)共享或同步這些照片,將牽涉到Apple收取和儲存該等元數據。Apple 及其許可人保留在不通知的情況下,隨時更改、暫停、取消或禁止存取任何此等服務的權利。在任何情況下,Apple 均不對取消或禁止存取任何此等服務負有法律責任。Apple 還可在任何情況下,不通知和不承擔法律責任地限制使用或存取某些服務。

6.     終止  本許可證在其終止之前有效。如閣下未能遵守本許可證中的任何條款，本許可證下閣下的權利將自動終止或以其他方式終止生效，而無需Apple另行通知。在本許可證終止時，閣下應停止對iOS軟件的任何使用行為。本許可證第4、5、6、7、8、9、12和13條在如此終止後繼續有效。

7.     不作出擔保
7.1     如閣下是消費者客戶(指在閣下的行業、業務或專業以外使用iOS軟件的人)，閣下在居住國可能享有法定權利，禁止以下限制適用於閣下。這些限制若被禁止即不適用於閣下。要進一步瞭解相關的權利，閣下應聯絡當地的消費者諮詢組織。

7.2     閣下明確承認並同意，在適用法律允許的範圍內，閣下使用iOS軟件和通過iOS軟件執行或取用任何服務須自擔風險，而有關質量滿意度、性能、準確性及努力等方面的全部風險均由閣下承擔。

7.3     在適用法律允許的最大範圍內，iOS軟件和服務都是「按現狀」和「可提供情況」提供的，附有一切瑕疵而不帶有任何種類的保證，Apple和Apple的許可人(在第7、8條中合稱為「Apple」)特此否認就iOS軟件和服務作出任何明示、默示或法定保證及細則，包括但不限於有關適銷性、質量滿意度、適合作某特定用途、準確性、不受干擾地享用及不侵害第三方權利的默示保證和/或條件。

7.4     Apple並不擔保閣下可不受干擾地享用iOS軟件和服務，iOS套裝軟件含的功能或所執行或提供的服務會符合閣下的要求，iOS軟件和服務將不受干擾地操作而且毫無錯誤、任何服務將持續提供、任何iOS軟件或服務的瑕疵將被糾正，或iOS軟件將相容或可與任何第三方軟件、應用軟件或第三方服務共同運作。安裝本iOS軟件可能影響第三方軟件、應用程式或第三方服務以及Apple產品和服務的可獲得性及可用性。

7.5     閣下進一步承認iOS軟件和服務並非專為用於若iOS軟件和服務出現故障或時間延誤、或所提供的內容、數據或資料出現錯誤或不準確之處時，可能會導致人身傷亡或嚴重的有形或環境損害的情況或環境，包括但不限於操作核子設施、飛機導航或通訊系統、空中交通管制系統、生命維持機器或武器系統。

7.6     Apple或Apple授權代表給予的口頭或書面的資料或意見均不構成任何擔保。如發現iOS軟件或服務存有瑕疵，閣下須承擔所有必要的維修、修理或紀正的全部費用。有些國家地區不允許排除默示擔保或對消費者的適用法定權利加以限制的做法，因此上述排除和限制可能並不適用於閣下。

8.     法律責任限制  在適用法律不禁止的範圍內，在任何情況下，對由於閣下使用或無法使用iOS軟件和服務、或連同iOS軟件或服務使用任何第三方軟件或應用軟件所引起或與此有關的任何人身傷害或任何附帶的、特別的、間接的或後果性的損害賠償，包括但不限於利潤損失、數據混亂或損失、不能傳播或接收任何數據（包括但不限於課程說明、分派工作和材料）、業務中斷的損害賠償或任何其他商業損害賠償或損失，無論其成因及基於何種法律責任理論（合同、侵權或其他），Apple、其關聯公司、代理人或高層管理人員一概無須負責，即使Apple已知悉可能發生上述損害賠償的話。有些國家地區不允許對人身傷害，或附帶或後果性損害賠償排除或附加法律責任限制，因此此項限制可能並不適用於閣下。在任何情況下，Apple就所有損害賠償對閣下承擔的全部法律責任(除在涉及人身傷害的情況中根據適用法律規定的損害賠償外)不應超過二百五十美元(U.S.$250.00)。即使前述濟助失去其基本作用，上述責任限制仍將適用。

9.     數碼證書。iOS軟件具有接受 Apple 或第三方發放之數碼證書的功能。決定是否信賴 APPLE 或第三方發放的證書是閣下獨自的責任，閣下須獨自承擔使用數碼證書的風險。在適用法律允許的最大範圍內，APPLE 對於數碼證書的適銷性或用於任何特定用途的適用性、準確性、安全性或不侵犯第三方權利，不作任何明示或默示的擔保或陳述。

10.　　出口管制　除美國法律及獲得iOS軟件的所在國家地區的法律授權外，閣下不得使用或以任何方式出口或轉口iOS軟件。特別是(但不以此為限)iOS軟件不得出口或轉口(a) 到任何遭美國禁運的國家，或(b) 給美國財政部的特別指定國民名單或美國商務部的被禁人士或機構名單或任何其他受限制方名單上任何人士。閣下使用iOS軟件，即表示閣下聲明和保證閣下並非位於上述任何國家，或列入上述任何名單。閣下並同意不會使用iOS軟件於美國法律禁止使用的任何目的，包括但不限於開發、設計、製造或生產導彈、核子、化學或生化武器。

11.　　政府最終用戶　iOS軟件和相關文檔均屬「商業項目」，該詞定義見48 C.F.R. §2.101，包含「商用電腦軟件」和「商用電腦軟件文檔」，定義見48 C.F.R. §12.212或48 C.F.R. §227.7202，以適用者為準。在符合48 C.F.R. §12.212或48 C.F.R. §227.7202–1至227.7202–4(以適用者為準)的規定下，商用電腦軟件和商用電腦軟件文檔(a) 只作為商業項目特許美國政府的最終用戶使用，及(b) 只附有根據本許可證條款及細則授予所有其他最終用戶的權利。Apple根據美國的版權法律保留任何未經發佈的權利。

12.　　管轄法律和可分割性　本許可證受美國加利福尼亞州法律管轄並按該等法律解釋，但加利福尼亞州的法律衝突原則除外。本許可證不受《聯合國國際貨物銷售合同公約》管轄，其對本許可證的適用在此明確排除。如閣下是英國消費者,本許可證將受對閣下居住國家地區具司法管轄權的法律管轄。如果基於任何原因,具有合法管轄權的法院裁定本許可證的任何條款或其任何部分不可被強制執行,本許可證的其餘規定應繼續充分有效。

13.　　全部協議：管轄語言　本許可證構成閣下與Apple有關iOS軟件的全部協議，並取代與該標的事項有關的以前或現在的所有理解。未經Apple簽署書面文件，對本許可證的任何修訂或修改不具約束力。本許可證的任何譯本僅僅為了滿足當地需要。如果英文本與任何非英文譯本有任何抵觸之處，在閣下所在國家地區當地法律不禁止的範圍內，應以本許可證的英文本為準。

14.　　第三方確認　iOS軟件的若干部分使用或包含第三方的軟件及其他享有版權的材料。這些材料的確認、許可證條款和免責聲明包含在iOS軟件的電子文檔中，閣下對這些材料的使用受它們的相應條款的約束。使用Google Safe Browsing服務須遵守Google的服務條款(https://www.google.com/intl/zh–hk/policies/terms/)和Google的私隱政策(https://www.google.com/intl/zh–hk/policies/privacy/)。

15.　　MPEG–4的使用；H.264/AVC通知。
(a) iOS軟件是依據MPEG–4系統專利組合許可證特許使用，以按照MPEG–4系統標準進行編碼，但與 (i) 以實質媒體貯存或複製且按照所有權基礎逐項支付之數據、和/或 (ii) 按照所有權基礎逐項支付並傳送給最終用戶以永久貯存和/或使用之數據編碼有關、以及須就相關編碼持有額外許可證和支付特許權使用費者除外。該額外許可證可通過MPEG LA, LLC. 取得，請參閱http://www.mpegla.com 瞭解進一步細節。

(b) iOS套裝軟件含MPEG–4影片編碼和/或解碼功能，iOS軟件是依據MPEG–4視像專利組合許可證特許予消費者個人和非商業性使用，以(i) 按照MPEG–4視像標準進行影片編碼（「MPEG–4影片」），和/或(ii) 對從事個人和非商業活動的消費者所編碼、和/或從獲MPEG LA許可證提供MPEG–4影片的影片提供者取得的MPEG–4影片進行解碼。沒有就任何其他用途發出許可證或默示作任何其他用途。與宣傳推廣、內部和商業性使用及許可證賦予有關的進一步資料，可通過MPEG LA, LLC取得。請參閱http://www.mpegla.com。

(c) iOS軟件包含AVC編碼和/或解碼功能，H.264/AVC的商業性使用需要額外的許可及以下規定適用：本許可證許可iOS軟件的AVC功能僅供消費者的個人和非商業性使用，以(i) 按照AVC標準（「AVC影片」）進行影片編碼，和/或(ii) 對從事個人和非商業性活動的消費者所編碼的AVC影片、和/或獲取自特許提供AVC影片的影片提供者的AVC影片進行解碼。與其他使用及許可證有關的資料，可通過MPEG LA L.L.C.取得。請

參閱http://www.mpegla.com。

16.　　雅虎搜尋服務限制　　通過Safari提供的雅虎搜尋服務只被授權在以下國家和地區使用：阿根廷、阿魯巴、澳大利亞、奧地利、巴巴多斯、比利時、百慕達、巴西、保加利亞、加拿大、開曼群島、智利、中國、哥倫比亞、賽普勒斯、捷克共和國、丹麥、多明尼加共和國、厄瓜多爾、薩爾亞多、芬蘭、法國、德國、希臘、格林伍德、瓜地馬拉、香港、匈牙利、冰島、印度、印尼、愛爾蘭、義大利、牙買加、日本、拉脫維亞、立陶宛、盧森堡、馬來西亞、馬爾他、墨西哥、荷蘭、新西蘭、尼瓜拉瓜、挪威、巴拿馬、秘魯、菲律賓、波蘭、葡萄牙、波多黎各、羅馬尼亞、新加岩伐克、斯洛文尼亞、南韓、西班牙、聖盧西亞、聖文孫特、瑞典、瑞士、臺灣、泰國、巴哈馬、特立尼達和多巴哥、土耳其、英國、烏拉圭、美國和委內瑞拉。

17.　　Microsoft Exchange通知。iOS軟件內的Microsoft Exchange郵件設定，僅許可用於空中同步處理閣下的iOS與Microsoft Exchange伺服器或Microsoft許可的其他伺服器軟件之間的資料，例如電子郵件、聯絡人、行事曆和工作等，以實施Microsoft Exchange ActiveSync規程。

EA1520
2017年9月22日

_____

Apple Pay補充條款及細則

這些Apple Pay補充條款及細則（這些「補充條款」）補充了iOS軟件許可協議（「許可證」）;許可證條款及這些補充條款同時規管閣下對被視為許可證下其中一項「服務」之Apple Pay功能的使用。這些補充條款中以大寫字母表示的詞匯，具有許可證內規定的含義。

1.　　概述和使用限制

Apple Pay可讓閣下：

- ・　儲存哪些獲Apple Pay功能支援的信用卡、借記卡和預付卡（包括商店信用卡、借記卡、預付卡和Apple Pay Cash卡）（「獲支援付款卡」）的信貸虛擬表示，並使用獲支援的iOS裝置在選定地點或在app或網站內進行非接觸式支付；
- ・　使用在Wallet內存放的獎勵卡和禮物卡（簡稱「支援Apple Pay的卡」，與獲支援付款卡統稱「獲支援卡」），以在選定商店進行作為使用Apple Pay進行非接觸式支付一部分的非接觸式獎勵卡和禮物卡交易；
- ・　向Apple Pay其他用戶進行個人對個人付款。

iOS軟件的Apple Pay功能可能僅在選定地區提供，以及僅適用於選定發卡行、金融機構和商戶。功能可能因地區、發卡行及商戶而異。

要使用Apple Pay，閣下必須有一張獲支援卡。獲支援卡可能會不時有變。此外，閣下必須有一張Apple Pay Cash卡，方可進行個人對個人付款或收款。

獲支援付款卡和個人對個人付款與閣下登入iCloud之Apple ID關聯，以便使用這些功能。獲支援卡僅提供給13歲或以上人士，並可能會受到iCloud或閣下嘗試配置的獲支援卡所額外施加的年齡限制。Apple Pay Cash卡和個人對個人付款和收款的能力，僅提供給18歲或以上人士。

Apple Pay僅供閣下個人使用，閣下只能配置自己的獲支援卡。如閣下要配置獲支援的公司卡，閣下聲明閣下已得到閣下的雇主授權這樣做，以及閣下獲授權使閣下的雇主受到這些使用條款和通過使用此功能進行的所有交易的約束。如閣下正在進行個人對個人付款或收款，閣下聲明閣下這樣做是用於閣下自己個人的非商業用途。

閣下同意不使用Apple Pay於非法或欺詐的目的，或本許可證和這些補充條款禁止的任何其他目的。閣下進一步同意按照適用法律及法規使用Apple Pay。閣下同意不干擾或擾亂Apple Pay的服務（包括以任何自動方式存取服務）、或連接到服務的任何伺服器或網絡、或連接到服務的任何網絡政策、規定或法規（包括任何對數據或數據流量未經授權的存取、使用或監測）。

2.    Apple與閣下的關係

Apple Pay能讓閣下在閣下獲支援的iOS裝置上，創建閣下獲支援卡的虛擬表示。然而，Apple不會處理付款或其他非付款卡交易（例如累積或兌換獎勵）、收取、持有或轉帳閣下的資金，或對因閣下使用該功能而可能產生的付款、退貨、退款、獎勵、價值、折扣或其他商業活動具有任何其他控制權。

閣下與閣下的發卡機構之間可能存在的持卡人協議條款，將繼續規限閣下對閣下的獲支援卡的使用，以及它們與Apple Pay的相關使用。同樣，閣下在任何商戶獎勵或禮物卡計劃的參與以及閣下就Apple Pay對支援Apple Pay的卡之使用，均須遵守該商戶的條款及細則規限。

Apple Pay Cash卡和個人對個人付款和收款的能力僅在美國提供，是聯邦存款保險公司成員Green Dot Bank提供的服務。當閣下在Apple Pay中啟動這些功能時，閣下即在Green Dot Bank開立帳戶，而當閣下進行個人對個人付款或收款、或從閣下的Apple Pay Cash卡加載或提取金錢時，Green Dot Bank將負責收取和將閣下的金錢發送給預期的收款人。在Apple Pay中負責提供Apple Pay Cash和個人對個人付款的金融機構可能有變，閣下使用該等功能須遵守其條款及細則。

許可證或這些補充條款並無任何規定修改任何持卡人、使用者或商戶協議條款，該等條款將規限閣下對適用的獲支援卡的使用或Apple Pay的個人對個人付款功能，以及它們在閣下的iOS裝置上的虛擬表示。閣下同意Apple並非閣下的持卡人或商戶協議其中一方，而Apple亦無須就以下事項負責：(a)於使用Apple Pay功能期間，任何付款卡、獎勵卡、禮物卡、商業活動、交易或購買之內容、準確性或無法獲得；(b)信貸的發放或對信貸資格的評估；(c)個別商戶計劃下的獎勵或儲值之累積或兌換；(d)預付卡資金的提供或重新加載；(e)個人對個人付款或收款；或(f)從閣下的Apple Pay Cash卡加載、兌換或提取款項。

有關付款卡、獎勵卡、禮物卡或相關商業活動的所有糾紛或問題，請聯絡閣下的發卡行或適用的商戶。有關Apple Pay Cash卡或個人對個人付款的問題，請聯絡Apple支援。

3,    私隱

Apple Pay需要從閣下的iOS裝置獲取一些資料，以便提供全面的體驗。此外，當閣下使用Apple Pay Cash卡或進行個人對個人付款或收款時，基於為閣下的帳戶提供服務和防止欺詐及監管目的，有關閣下交易的附加資料會被收集和保留。通過閱讀關於Apple Pay和私隱（閣下可在iOS裝置上的Wallet & Apple Pay或配對的iOS裝置上的Watch app內查閱）或訪問https://www.apple.com/hk/privacy/，閣下可以找到關於作為閣下使用Apple Pay、Apple Pay Cash卡或以Apple Pay進行個人對個人付款一部分而收集、使用或共享的數據之詳細資料。閣下使用這些功能，即表示同意和允許Apple及其附屬公司和代理人傳輸、收集、維護、處理和使用所有上述資料，以提供Apple Pay功能。

4.    安全性; 遺失或禁用裝置

Apple Pay會儲存閣下的獲支援卡之虛擬表示，因此應予以保護，就如同閣下會保護現金或閣下的實體信用卡、借記卡、預付卡、獎勵卡或禮物卡一樣。如閣下向第三方提供裝置的密碼或允許第三方添加其指紋以使用Touch ID或啟動Face ID，他們即可在閣下的裝置上使用Apple Pay付款、進行、要求或收取個人對個人付款、從閣下的Apple Pay Cash卡提取款項、或獲取或兌換獎勵或信貸。閣下須自行負責維護閣下的裝置以及閣下的密碼之安全性。閣下同意，如閣下遺失或與他人共享對閣下裝置的存取，Apple不負任何責任。閣下同意，如閣下對iOS作出未經授權的修改（例如以「越獄」方式），Apple不負任何責任。

閣下或需啟動額外的安全性措施（例如對閣下的Apple ID實施雙因素身份認證）方可存取Apple Pay的特定功能，包括Apple Pay Cash卡和在Apple Pay中進行個人對個人付款。如閣下其後刪除該等<u>安全性</u>功能，閣下未必能繼續存取Apple Pay的特定功能。

如閣下的裝置丟失或被盜，而閣下已啟動Find My iPhone的話，閣下可使用Find My iPhone功能將其置於Lost Mode，嘗試暫停在該裝置上以虛擬獲支援付款卡付款或進行個人對個人付款的能力。閣下也可以擦除閣下的裝置，此舉將嘗試暫停在裝置上以虛擬獲支援付款卡付款或進行個人對個人付款的能力，並且會嘗試移除支援Apple Pay的卡。閣下亦應聯絡發行閣下獲支援付款卡之<u>發</u>卡機構、發行閣下支援Apple Pay的卡之商戶及Apple（如屬閣下的Apple Pay Cash卡之情況），以防止他人未經授權存取閣下的獲支援卡。

如閣下報告或Apple懷疑有欺詐或詐騙活動，閣下同意在任何調查中與Apple合作，並使用我們規定的任何防欺詐措施。

5.    責任限制

<u>除許可證載明的不作出擔保和責任限制外，APPLE亦不對使用APPLE PAY功能進行的購買、支付、交易、或其他商業活動承擔任何責任。閣下並同意在尋求解決與閣下的獲支援卡、個人對個人付款和相關商業活動有關的任何問題或爭議時，只檢視閣下與發卡機構、支付網絡、金融機構或商戶之間可能訂立的協議。</u>

―――――――――――――――

<u>來自APPLE的通知</u>
如果Apple需要就閣下的產品或帳戶聯絡閣下，閣下同意通過電子郵件接收這些通知。閣下同意我們發送給閣下的任何這些通知，將符合任何法定通訊要求。

**हिंदी**

**महत्वपूर्ण : अपने iPHONE, iPAD या iPOD TOUCH ("iOS उपकरण") का उपयोग करके आप इस बात की सहमति देते हैं कि आप निम्नलिखित शर्तों के अधीन हैं :**

**क.    APPLE iOS सॉफ़्टवेयर लाइसेंस अनुबंध**
**ख.    APPLE PAY अनुपूरक शर्तें**
**ग.    APPLE की ओर से सूचनाएँ**


**APPLE INC.**
**iOS सॉफ़्टवेयर लाइसेंस अनुबंध**
**एकल उपयोग लाइसेंस**


**इस लाइसेंस के साथ संलग्न अपने iOS उपकरण का उपयोग करने से पहले या सॉफ़्टवेयर अपडेट डाउनलोड करने से पहले कृपया सावधानीपूर्वक इस सॉफ़्टवेयर लाइसेंस अनुबंध ("लाइसेंस") को पढ़ें। अपने iOS उपकरण का उपयोग करने पर या आवश्यक सॉफ़्टवेयर अपडेट डाउनलोड करने पर आप लाइसेंस की शर्तों के अधीन रहने के लिए सहमत होते हैं। यदि आप लाइसेंस की शर्तों से सहमत नहीं हैं, तो iOS उपकरण का उपयोग न करें या सॉफ़्टवेयर अपडेट डाउनलोड न करें।**


**यदि आपने हाल ही में iOS उपकरण खरीदा है और आप लाइसेंस की शर्तों से सहमत नहीं है, तो आप वापसी अवधि के दौरान iOS उपकरण को APPLE स्टोर या जहां से आपने उसे प्राप्त किया था उस प्राधिकृत वितरक के पास धन वापसी के लिए, जो APPLE की वापसी पॉलिसी https://www.apple.com/legal/sales_policies/ पर मिलती है, वापस कर सकते है।**

**१. सामान्य।**

(क) Apple ("iOS सॉफ़्टवेयर अपडेट") द्वारा चाहे वह केवल पठन योग्य स्मृति में हो, या , किसी भी अन्य मीडिया मे प्रदान, जो आपके iOS उपकरण ("मूल iOS सॉफ़्टवेयर") के साथ आए (Boot ROM कोड, एम्बेड किए गए सॉफ़्टवेयर और अन्य तीसरे पक्ष के सॉफ़्टवेयर के समेत) दस्तावेज, इंटरफ़ेस, सामग्री, फ़ॉन्ट, और अन्य कोई भी डेटा जो संभव है, विशेषता एन्हांसमेंट, सॉफ़्टवेयर अपडेट्स, Apple द्वारा प्रदान सिस्टम रिस्टोर सॉफ़्टवेयर से अपडेट या प्रतिस्थापित किए गए हो, (मूल iOS सॉफ़्टवेयर और iOS सॉफ़्टवेयर अपडेट को एकत्रित रूप से "iOS सॉफ़्टवेयर" के रूप में पहचाना जाएगा), यह केवल मात्र लाइसेंस है, इसकी आप को Apple Inc. ("Apple") द्वारा बिक्री नहीं की गई है इसे केवल इस लाइसेंस की शर्तों के तहत उपयोग करना है। Apple ओर उसके लाइसेंस धारक iOS सॉफ़्टवेयर का स्वामित्व अपने पास रखते है और स्पष्ट रूप से आपको प्रदान न किए गए अधिकारों को सुरक्षित रखते हैं। आप इस बात की सहति देते है कि इस लाइसेंस की शर्तें आपके iOS उपकरण पर पहले से बिल्ट-इन किसी भी Apple-ब्रांड वाले ऐप पर लागू होंगी, बशर्तें इस प्रकार का ऐप एक अलग लाइसेंस के साथ न आता हो। अगर ऐप किसी अलग लाइसेंस के साथ आता है, तो ऐसी स्थिति में आप इस बात की सहमति देते हैं कि उस लाइसेंस की शर्तें आपके उस ऐप का उपयोग नियंत्रित करेंगी।


(ख) Apple अपने विवेकानुसार भावी iOS सॉफ़्टवेयर अपडेट उपलब्ध कर सकता है। हो सकता है कि किसी भी iOS सॉफ़्टवेयर अपडेट में, आवश्यक रूप से मौजूदा सॉफ़्टवेयर सुविधाएं या नई सुविधाएं जो Apple ने नए या अन्य iOS उपकरण के मॉडल के लिए रिलीज की हैं शामिल न हो।  इस लाइसेंस की शर्तें Apple द्वारा प्रदान किए गए किसी भी iOS सॉफ़्टवेयर अपडेट को नियंत्रित करेंगी, बशर्तें ऐसा iOS सॉफ़्टवेयर अपडेट एक अलग लाइसेंस के साथ न आता है। अगर iOS सॉफ़्टवेयर अपडेट अलग लाइसेंस के साथ आता है, तो आप सहमति देते हैं कि उस लाइसेंस की शर्तें इसे नियंत्रित करेंगी।

(ग) अगर आप अपने मौजूदा iOS उपकरण के आधार पर नए iOS उपकरण को सेट अप करने के लिए एक्सप्रेस सेट अप का उपयोग करते हैं, तो आप इस बात की सहमति देते हैं कि इस लाइसेंस की शर्तें आपके नए iOS डिवाइस पर आपके iOS सॉफ़्टवेयर उपयोग को नियंत्रित करेंगी, बशर्ते वह एक अलग लाइसेंस के साथ न आता हो। अलग लाइसेंस के साथ आने की स्थिति में, आप इस बात की सहमति देते हैं कि इस अलग लाइसेंस की शर्तें iOS सॉफ़्टवेयर के आपके उपयोग को नियंत्रित करेंगी।

### २. अनुमति प्राप्त लाइसेंस के उपयोग और प्रतिबंध।

(क) इस लाइसेंस के नियम और शर्तों के अनुसार, iOS सॉफ़्टवेयर का एक Apple ब्रैंडेड iOS उपकरण पर उपयोग करने के लिए आपको सीमित गैर-अन्य लाइसेंस प्राप्त है। नीचे दिए गए अनुभाग २ (ख) में प्राप्त अनुमति के अलावा, आपके और Apple के बीच एक अलग एग्रीमेंट में प्रदान न किया गया हो तो, यह लाइसेंस iOS सॉफ़्टवेयर को एक ही समय पर एक से अधिक Apple ब्रैंडेड iOS उपकरण पर मौजूद रहने की अनुमति नहीं देता है और आप iOS सॉफ़्टवेयर को अनेक उपकरणों द्वारा उपयोग हो सके ऐसे किसी भी ऐसे नेटवर्क पर उपलब्ध नहीं करा सकते। यह लाइसेंस आपको Apple के स्वामित्ववाले इंटरफेस और डिजाइन, विकास, निर्माण, लाइसेंस या iOS उपकरण के साथ उपयोग किए जानेवाले तीसरे पक्ष के उपकरण और एक्सेसरीज या तीसरे पक्ष के सॉफ़्टवेयर ऐप्स का वितरण करने के अधिकार नहीं देता है। इनमें से कुछ अधिकार Apple की ओर से दिए जानेवाले अलग लाइसेंस के अंतर्गत उपलब्ध हैं। iOS उपकरण के लिए तीसरे पक्ष के उपकरण और एक्सेसरीज को विकसित करने की अधिक जानकारी के लिए कृपया https:// developer.apple.com/programs/mfi/ पर जाएँ। iOS उपकरण के लिए सॉफ़्टवेयर ऐप्लीकेशन विकसित करने की अधिक जानकारी के लिए कृपया https://developer.apple.com पर जाएँ।

(ख) इस लाइसेंस के नियम और शर्तों के अनुसार, iOS सॉफ़्टवेयर अपडेट डाउनलोड करने के लिए आपको सीमित गैर-अन्य लाइसेंस प्राप्त है जो Apple द्वारा आपके iOS उपकरण के मॉडेल के लिए अपडेट करने या आपके स्वामित्व वाले या नियंत्रित किए जानेवाले ऐसे किसी भी iOS उपकरण पर सॉफ़्टवेयर पुनर्संग्रहित करने के लिए उपयोग कराया जा सकता है। यह लाइसेंस ऐसे किसी भी iOS उपकरण को अपडेट या पुनर्संग्रहित करने की अनुमति नहीं देता है जिसका स्वामित्व आपके पास नहीं है या आप जिसे नियंत्रित नहीं करते हैं और आप ऐसे किसी भी नेटवर्क पर iOS सॉफ़्टवेयर अपडेट को उपलब्ध नहीं करा सकते जिसका उपयोग एक ही समय पर अनेक उपकरणों या कंप्यूटरों द्वारा हो सके। यदि आप अपने कंप्यूटर पर iOS सॉफ़्टवेयर अपडेट डाउनलोड करते हैं, तो आप अपने कंप्यूटर पर संग्रहित किए गए iOS सॉफ़्टवेयर अपडेट की मशीन के पठन-योग्य स्वरूप में केवल बैकअप के हेतु एक प्रति बना सकते हैं, परंतु उस बैकअप प्रति में वह सभी कॉपीराइट या अन्य स्वामित्ववाली सूचनाएँ शामिल होनी चाहिए जो मूल प्रति में शामिल हैं।

(ग) यहां तक कि, यदि Apple के पास App Store से आपके iOS उपकरण पर खरीदते समय पहले से Apple-ब्रैंडेड ऐप ("पूर्वस्थापित ऐप्स") स्थापित किए हुए है तो आपको आपके iOS उपकरण से पहले से स्थापित किए हुए ऐप्स का उपयोग करने के लिए आपको App Store में लॉगिन करके इन ऐप्स को आपके App Store खाते से जोड़ने की आवश्यकता हो सकती है। जब आप अपने App Store खाते से पूर्वस्थापित ऐप्स को जोड़ते है तब उसी समय आप आपके iOS उपकरण के अन्य पूर्वस्थापित ऐप्स के साथ स्वचालित रूप से जुड़ जाते है। पूर्वस्थापित ऐप्स को आपके App Store खाते से जोड़ने का चयन करने पर आप इस बात से सहमत होते है कि Apple आपके App Store खाते से उपयोग किए गए दोनों Apple ID का संचारण, संचयन, प्रोसेस और उपयोग तथा आपके iOS उपकरण से संचयन किए गए विशिष्ट हार्डवेयर आइडेंटिफायर का आपके अनुरोधों की योग्यता सत्यापित करने हेतु और App Store के माध्यम से पूर्वस्थापित ऐप्स पर आपको एक्सेस प्रदान करने हेतु उपयोग कर सकता है। यदि आप पूर्वस्थापित ऐप्स का उपयोग नहीं करना चाहते है, तो आप उसे आपके iOS उपकरण से किसी भी समय हटा सकते हैं।

(घ) आप या दूसरों को इसकी प्रति बनाना (इस लाइसेंस द्वारा स्पष्ट रूप से अनुमति प्राप्त के अलावा), डिकंपाइल करना, कार्य बिगाड़ना, खोलना, सोर्स कोड प्राप्त करना, डिक्रिप्ट करना, संशोधित करना या iOS सॉफ़्टवेयर या iOS सॉफ़्टवेयर या (केवल लागू होनेवाले नियम या मुक्त स्रोत घटकों की लाइसेंस की शर्तें जो iOS सॉफ़्टवेयर के साथ शामिल की जा सकती है, के द्वारा प्रतिबंधित किसी भी पूर्ववर्ती प्रतिबंध के सीमा के अलावा) उसके किसी भी भाग द्वारा प्रदान की गई सेवाओं के यौगिक कार्यों को बनाना, न करने

या सक्षम न करने के लिए सहमत हैं।

(ङ) iOS सॉफ़्टवेयर का उपयोग सामग्री के पुनरुत्पादन के लिए किया जा सकता है यदि इस प्रकार का उपयोग बिना कॉपीराइटवाले सामग्री के उत्पादन, जिस सामग्री में आपका स्वयं का कॉपीराइट हो या ऐसी सामग्री जिसके पुनरुत्पादन के लिए आप प्राधिकृत हो या नियम के अनुसार अनुमति प्राप्त हो, के लिए सीमित रहता है। आपके iOS उपकरण से शीर्षक और बौद्धिक संपदा तथा उसके द्वारा प्रदर्शित कोई भी सामग्री, उस पर या उसके माध्यम से एक्सेस की गई सामग्री संबंधित सामग्री के स्वामी की होगी। ऐसी सामग्री कॉपीराइट या अन्य बौद्धिक संपदा क़ानून तथा अनुबंधों द्वारा संरक्षित हो सकती है, और इस तरह की सामग्री प्रदान करने वाले तृतीय पक्ष के उपयोग की शर्तों का विषय हो सकती हैं। इसके अतिरिक्त यहां पर प्रदान किए गए के अलावा यह लाइसेंस आपको इस प्रकार की सामग्री का उपयोग करने का अधिकार नहीं देता है और ना ही इस प्रकार की सामग्री आपको निरंतर उपलब्ध कराए जाने की गारंटी देता है।

(च) आप iOS सॉफ़्टवेयर और सेवाओं का (जैसा कि नीचे के अनुभाग ५ में परिभाषित किया है) लागू होनेवाले नियम या जिस देश या प्रदेश में आप रहते है या जहां से आप डाउनलोड करते है या iOS सॉफ़्टवेयर और सेवाओं का उपयोग करते है उसके अनुसार उपयोग करने के लिए सहमत हैं। iOS सॉफ़्टवेयर और सेवाओं की सुविधाएं सभी भाषाओं और प्रदेशों में उपलब्ध नहीं हो सकती, कुछ सुविधाओं में प्रदेशों के अनुसार फर्क हो सकता है तथा कुछ आपके सेवा प्रदाता द्वारा प्रतिबंधित या अनुपलब्ध हो सकती है। iOS सॉफ़्टवेयर और सेवाओं की कुछ सुविधाओं के लिए वाई-फ़ाई या सेल्युलर डेटा कनेक्शन की आवश्यकता होती है।

(छ) App Store के उपयोग के लिए Apple ID के नाम से पहचाने जानेवाला एक विशिष्ट उपयोगकर्ता का नाम और पासवर्ड इनके संयोजन की आवश्यकता होती है। ऐप अपडेट और iOS सॉफ़्टवेयर सेवाओं की विशिष्ट सुविधाएं एक्सेस करने के लिए Apple आईडी की आवश्यकता होती है।

(ज) आपने यह भी स्वीकार किया है कि डेटा का संचारण करने वाली iOS सॉफ़्टवेयर की अनेक सुविधाएं, अंतर्निहित ऐप्स और सेवाएं आपके डेटा प्लान के शुल्क को प्रभावित कर सकती है और ऐसे किसी भी शुल्क के लिए आप उत्तरदायी होगें। किस ऐप को सेल्युलर डेटा का उपयोग करने की अनुमति देनी है इसे आप देख सकते और नियंत्रण कर सकते है और इस प्रकार के ऐप सेल्युलर डेटा सेटिंग के अंतर्गत कितने डेटा का उपयोग करते है इसका अनुमान भी आप देख सकते है। अधिक जानकारी के लिए आपके iOS उपकरण के उपयोगकर्ता मार्गदर्शिका पर ध्यान दें।

(झ) यदि आप स्वचालित ऐप अपडेट को अनुमति देकर उसका चयन करते हैं, तो आपका iOS उपकरण समय-समय पर अपडेट के लिए आपके उपकरण पर स्थापित ऐप्स के लिए Apple पर जांच करेगा और यदि कुछ उपलब्ध है, तो अपडेट स्वचालित रूप से उसे डाउनलोड करके आपके उपकरण पर स्थापित करेगा। आप किसी भी समय सेटिंग में जाकर iTunes और App Store टैप करके स्वचालित डाउनलोड के अंतर्गत अपडेट बंद करके संपूर्ण स्वचालित ऐप अपडेट बंद कर सकते हैं।

(ञ) कुछ परिस्थितियों में आपके iOS उपकरण के उपयोग से आपका ध्यान भंग हो सकता है और उसकी वजह से ख़तरनाक परिस्थितियाँ (उदाहरण के लिए कार ड्राइव करते समय SMS टाइप न करें या साइकिल चलाते समय हेडफोन का उपयोग न करें) निर्मित हो सकती हैं। आपके iOS उपकरण का उपयोग करके आप सहमत होते हैं कि आप उन नियमों का पालन करने के लिए ज़िम्मेदार हैं जिनके द्वारा मोबाइल फ़ोन या हेडफोन (उदाहरण के लिए ड्राइविंग करते समय कॉल करने के लिए हैंड्स फ़्री के विकल्पों का उपयोग करने की आवश्यकता) का उपयोग प्रतिबंधित किया जाता हो।

**३. हस्तांतरण करना।** आप iOS सॉफ़्टवेयर को किराए पर देना, लीज पर देना, उधार देना, बिक्री करना, पुन: वितरण करना या उसका सब लाइसेंस देना नहीं कर सकते। लेकिन फिर भी आप आपके iOS सॉफ़्टवेयर के सभी लाइसेंस के अधिकार एक ही बार स्थायी

स्वरुप में अन्य पक्ष को आपके iOS उपकरण के स्वामित्व के हस्तांतरण के साथ हस्तांतरित कर सकते हैं जिसमें प्रदान किया जाता है :
(क) हस्तांतरण में आपका iOS उपकरण और सभी iOS सॉफ़्टवेयर के साथ उसके पुर्जे और यह लाइसेंस शामिल होना चाहिए; (ख) आप iOS सॉफ़्टवेयर की कंप्यूटर या अन्य स्टोरेज उपकरण पर संग्रहित की गई प्रतियों के साथ आंशिक या पूर्ण रूप में प्रतियों को नहीं रख सकते; और (ग) iOS सॉफ़्टवेयर को प्राप्त करने वाला पक्ष इस लाइसेंस की नियम और शर्तों को पढ़कर उनसे सहमत होता है।

**४. डेटा के उपयोग की अनुमति।** जब आप अपने उपकरण का उपयोग करते हैं, तो आपका फ़ोन नंबर और आपके iOS उपकरण के कुछ विशिष्ट पहचानकर्ता Apple को भेजे जाते हैं ताकि अन्य लोग iOS सॉफ़्टवेयर की विभिन्न संचार सुविधाओं, जैसे iMessage और FaceTime का उपयोग करने पर आपके फ़ोन नंबर के द्वारा आप तक पहुँच सकें।  जब आप iMessage का उपयोग करते हैं, तो Apple आपके संदेशों की डिलीवरी सुनिश्चित करने के लिए उन्हें कूटलिखित रूप से कुछ समय के लिए बनाए रख सकता है।  आप अपने iOS उपकरण पर FaceTime या संदेश सेटिंग्स में जाकर FaceTime या iMessage को बंद कर सकते हैं। Analytics, स्थान सेवाएँ, Siri और श्रुतलेखन जैसी कुछ सुविधाओं के लिए आपके iOS उपकरण से जानकारी की आवश्यकता हो सकती है, ताकि वे अपना-अपना काम कर सकें। जब आप इन सुविधाओं को चालू या उनका उपयोग करते हैं, तो Apple को भेजी जाने वाली जानकारी और उसका उपयोग किए जाने के संबंध में विवरण प्रदान किया जाएगा।  आप https://www.apple.com/privacy/ पर जाकर अधिक जान सकते हैं।  आपकी जानकारी को हर समय Apple की गोपनीयता नीति के अनुसार व्यवहार में लाया जाएगा, जिसे यहाँ देखा जा सकता है : https://www.apple.com/legal/privacy/ ।

**५. सेवाएं और तृतीय पक्ष सामग्रियां।**
(क) Apple के iTunes Store, App Store, iBooks Store, Game Center, iCloud, नक्शे और Apple के अन्य तथा तीसरे पक्ष की सेवाओं और वेब साईट (एकत्रित और व्यक्तिगत रूप से "सेवाएं") पर iOS सॉफ़्टवेयर एक्सेस दे सकता है। इस प्रकार की सेवाएं सभी भाषाओं और देशों में उपलब्ध नहीं हो सकती। इन सेवाओं के उपयोग के लिए इंटरनेट और कुछ निश्चित सेवाओं के उपयोग के लिए Apple ID की आवश्यकता हो सकती है, आपको सेवा की शर्तों को स्वीकार करने की आवश्यकता हो सकती है और यह अतिरिक्त शुल्क का विषय हो सकता है। इस सॉफ़्टवेयर का उपयोग Apple ID या अन्य Apple सेवा के साथ करके, आप उस सेवा हेतु लागू सेवा की शर्तों, जैसे कि एक ऐसे देश के लिए Apple मीडिया सेवा के नवीनतम नियम व शर्तों के प्रति सहमति देते हैं, जहाँ पर आप सेवा को एक्सेस कर रहे हैं तथा आप https://www.apple.com/legal/internet-services/itunes/ww/ पर इन नियमों और शर्तों को एक्सेस कर व देख सकते हैं।

(ख) यदि आप iCloud के लिए साइन अप करते है, तो "iCloud Photo Library", "मेरी फ़ोटो स्ट्रीम", "iCloud तस्वीर साझाकरण", "बैकअप" और "मेरा iPhone ढूँढें" जैसी कुछ विशिष्ट iCloud सुविधाएं सीधे iOS सॉफ़्टवेयर से एक्सेस की जा सकती है।  आप iCloud के उपयोग और यह सुविधाएं नवीनतम iCloud सेवा के नियम और शर्तों का विषय है इससे सहमत है और उसे स्वीकृत कर रहे है, जिसका आप यहां पर एक्सेस कर सकते है और अवलोकन कर सकते है : https://www.apple.com/legal/internet-services/icloud/ww/.

(ग) News ऐप सामग्री। आपके द्वारा ऐसी सामग्री का उपयोग जिस पर आप News ऐप्लिकेशन के माध्यम से पहुँचते हैं, केवल व्यक्तिगत, गैर वाणिज्यिक उपयोग तक सीमित है, इससे आपको सामग्री का स्वामित्व प्राप्त नहीं होता है तथा विशिष्ट रूप से इस प्रकार की सामग्री में सभी वाणिज्यिक या प्रचारात्मक उपयोग सीमारहित तरीके से बहिष्कृत हैं।  साथ ही, आप News के माध्यम से जो छवियाँ प्राप्त करते हैं, उन्हें स्टैंड-अलोन फ़ाइल के रूप में पुनः प्रकाशित करना, पुनः प्रसारित करना और उनका पुनः उत्पादन करना आपके लिए प्रतिबंधित है।

(घ) नक्शे। iOS सॉफ़्टवेयर ("नक्शे") की मैप्स सेवाओं और सुविधाओं में शामिल मैप डेटा कवरेज में प्रदेशों के अनुसार फर्क हो सकता है। जब आप नक्शे के अंतर्गत किसी स्थान-आधारित सुविधाओं का जैसे कि टर्न-बाई-टर्न नेविगेशन, यातायात और स्थानिक खोज

उपयोग करते है, तो विभिन्न स्थान-संबंधी और उपयोग संबंधी जानकारी को आपके iOS उपकरण के वास्तविक भौगोलिक स्थान के साथ, आपके अनुरोधों पर प्रोसेस करने तथा नक्शे को सुधारने में मदद करने हेतु Apple को प्रेषित किया जा सकता है। इस प्रकार के स्थान और उपयोग डेटा को Apple द्वारा आपकी व्यक्तिगत पहचान न हो ऐसे स्वरूप में संग्रहित किया जाता है। **नक्शे का उपयोग करके आप Apple को और उसकी सहायक कंपनियों और एजेंटों को नक्शे की सुविधाओं और सेवाओं तथा Apple के अन्य उत्पाद और सेवाओं को प्रदान करने एवंम सुधारने हेतु इस जानकारी को हस्तांतरित करने, संचयन करने, रखरखाव करने, प्रोसेस करने और उपयोग करने की स्वीकृति देते हैं।** Apple द्वारा ऐसी जानकारी अपने साझेदारों और लाइसेंसधारियों को भी या तो संग्रहित या व्यक्तिगत रूप से पहचान नहीं होने वाले रूप में प्रदान की जा सकती है ताकि उन्हें अपना नक्शा और स्थान आधारित उत्पादों तथा सेवाओं को बेहतर बनाने में सहायता मिल सके। आप नक्शे की स्थान-आधारित कार्यात्मकता को आपके iOS उपकरण के स्थान सेवाएँ की सेटिंग में जाकर नक्शे के लिए व्यक्तिगत स्थान सेटिंग बंद करके अक्षम कर सकते है। यदि आप टर्न-बाई-टर्न नेविगेशन जैसे स्थान सेवाएँ की सेटिंग को अक्षम करते है तो नक्शे कुछ निश्चित सुविधाएं अनुपलब्ध हो सकती है।

(ङ) iBooks; पॉडकास्ट। यदि आप iBooks और पॉडकास्ट अनुप्रयोगों का आपके iOS उपकरण और कम्प्यूटर्स के संपूर्ण बुकमार्क्स, नोट्स, संचयन तथा पॉडकास्ट सदस्यता डेटा के संकलन हेतु उपयोग करने के लिए चयन करते है, तो आप स्वीकृत करते है कि इस प्रकार का डेटा Apple को प्रेषित किया जाएगा और iBooks Store या iTunes Store के लिए उपयोग किए जानेवाले Apple आईडी के संयोजन में Apple आईडी के माध्यम से सामग्री एक्सेस करने के लिए आपके प्राधिकृत डिवाइस और कम्प्यूटर के इस प्रकार के डेटा का संकालन करने हेतु संग्रहित किया जाएगा। आप किसी भी समय सेटिंग में जाकर iBooks और पॉडकास्ट अनुप्रयोगों के लिए क्रमश: संकालन विकल्प बदलकर संकालन किसी भी समय बंद कर सकते है।

(च) आपने यह भी समझ लिया है कि किसी भी सेवा का उपयोग करते समय आपके सामने अपमानजनक, अश्लील या आपत्तिजनक लगनेवाली सामग्री आ सकती है जिसकी भाषा स्पष्ट रूप से पहचानी जा सकती है या पहचानी नहीं भी जा सकती है तथा किसी भी खोज या विशिष्ट URL को दर्ज करने के परिणामस्वरूप स्वचालित रूप से और अनजाने में आपत्तिजनक सामग्री के लिंक या संदर्भ प्राप्त हो सकते हैं। फिर भी, आप अपनी स्वयं की जोखिम पर इस सेवा का उपयोग करने से सहमत हो रहे है और जिस आपकी सामग्री में बीभत्स, अशोभनीय या आपत्तिजनक ऐसा कुछ मिलता है तो उसके लिए Apple, उससे संबंधित, एजेंट, प्रमुख व्यक्ति, लाइसेंसधारक व्यक्ति जिम्मेदार नहीं रहेंगे।

(छ) कुछ सेवाएं तृतीय पक्षों की सामग्री, डेटा, जानकारी, ऐप्लिकेशन या सामग्री ("तृतीय पक्ष सामग्री") प्रदर्शित, शामिल अथवा उपलब्ध करा सकती हैं या कुछ विशिष्ट तृतीय पक्ष वेब साइट के लिंक प्रदान कर सकती हैं। सेवाओं का उपयोग करके आप स्वीकार करते हैं और सहमति देते हैं कि सामग्री के परीक्षण या मूल्यांकन, शुद्धता, पूर्णता, सामयिकता, मान्यता, कॉपीराइट अनुपालन, वैधता, औचित्य, गुणवत्ता या ऐसे किसी भी तृतीय पक्ष सामग्रियों या वेब साइटों की स्थिति के लिए Apple उत्तरदायी नहीं होगा। Apple, इसके अधिकारी, सहयोगी और अनुषंगी किसी भी तृतीय पक्ष सेवाओं का आश्वासन या उसका समर्थन नहीं करते हैं, और न ही ऐसा दावा करते हैं तथा तृतीय पक्ष सामग्रियां या वेब साइटें, या कोई अन्य सामग्री, उत्पाद, या तृतीय पक्ष की सेवाओं के लिए वे आपके या किसी अन्य व्यक्ति के प्रति उत्तरदायी नहीं हैं। तृतीय पक्ष सामग्री और अन्य वेबसाइटों की लिंक को केवल आपकी सुविधा के लिए प्रदान किया गया है।

(ज) न ही Apple और न ही उसके सामग्री प्रदाता किसी भी सेवा द्वारा प्रदर्शित की जाने वाली स्टॉक जानकारी, स्थान डेटा या अन्य किसी डेटा की उपलब्धता, सटीकता, पूर्णता, विश्वनीयता या सामयिकता के बारे में गारंटी देते हैं।  अन्य किसी भी सेवा के द्वारा प्रदर्शित की जानेवाली आर्थिक जानकारी केवल सामान्य जानकारी हेतु है और निवेश सलाह के रूप में उस पर निर्भर नहीं रहना चाहिए। इन सेवाओं के माध्यम से प्राप्त जानकारी के आधार पर किसी भी प्रकार का प्रतिभूति व्यवहार करने से पहले, आपको वित्तीय या प्रतिभूति व्यवसायियों से जो आपके देश या प्रदेश में वित्तीय या प्रतिभूति की सलाह देनेवाले कानूनी तौर पर पात्र व्यवसायी है उनसे सलाह लेनी चाहिए। Apple नक्शे सेवा के साथ किसी भी सेवाओं द्वारा प्रदान किया जाने वाला स्थान डेटा प्राथमिक नेविगेशनल और नियोजन

उद्देशों के लिए प्रदान किया गया है और जहां शुद्ध स्थान की जानकारी आवश्यक हो ऐसी स्थिति में उस पर निर्भर रहने के उद्देश्य से या जहां अशुद्ध, गलत, पुराने या अपूर्ण स्थान डेटा के कारण मृत्यु, व्यक्तिगत क्षति संपत्ति या पर्यावरणिक नुकसान हो जाए इस हेतु से तैयार नहीं की गई है। आप इससे भी सहमत है कि आपको नक्शे सेवा से लागू सेवा की किसी शर्त का उल्लंघन नहीं होता है। आप इस बात से भी सहमत है कि जिन सेवाओं में स्वामित्व से संबंधित सामग्री, जानकारी और Apple के स्वामित्व वाली सामग्री होती है ऐसे साइट के स्वामी या उनके लाइसेंसधारक लागू हो सकने वाले बौद्धिक संपदा और कानूनों से जो कॉपीराइट तक सीमित नहीं है, संरक्षित है। आप इस बात से भी सहमत है कि आप ऐसे किसी भी स्वामित्ववाली सामग्री, जानकारी या सेवाओं के उपयोग से अनुमति प्राप्त सामग्री के अलावा ऐसी सामग्री, या इस लाइसेंस के शर्तों के असंगत स्वरूप की अथवा जो तीसरे पक्ष या Apple के बौद्धिक संपदा अधिकारों का उल्लंघन करनेवाली हो ऐसे सामग्री का उपयोग नहीं करेंगे। सेवाओं का कोई भी भाग किसी भी स्वरूप में या किसी भी साधन द्वारा दोबारा नहीं बनाया जाएगा। आप संशोधन, किराए, पट्टे पर, ऋण के रूप में, बिक्री करने, वितरित करने या सेवाओं पर आधारित व्युत्पन्न कार्यों को किसी भी तरह बनाने की सहमति नहीं देते हैं, और आपको जरा भी अनधिकृत तरीके से सेवाएं नहीं लेनी चाहिए, जिनमें कोई भी कंप्यूटर वाइरस, वर्म्स, ट्रोजन हॉर्स या अन्य मालवेयर, या उल्लंघन द्वारा या नेटवर्क क्षमता पर बोझ डालना शामिल हैं, लेकिन सीमित नहीं। इसके अलावा आप इस बात से भी सहमत है कि आप सेवाओं का किसी भी स्वरूप में परेशान करने, अपशब्द प्रयोग करने, चोरी से प्रवेश करने, धमकी देने, कलंक लगाने या फिर किसी अन्य पक्ष के अधिकारों का उल्लंघन करने के लिए नहीं करेंगे और Apple किसी भी तरह से आपके द्वारा ऐसा उपयोग किए जाने पर जिम्मेदार नहीं रहेगा और ना ही किसी परेशानी, धमकी, मानहानिकारक, बीभत्स, उल्लंघन करनेवाले या गैरकानूनी संदेशों या संचारण के लिए, जो आप किसी भी सेवाओं के उपयोग के परिणाम स्वरूप प्राप्त करते है, के लिए जिम्मेदार नहीं रहेगा।

(ञ) इसके अलावा, ऐसी सेवाएं और तृतीय पक्ष सामग्रियां जिन पर iOS उपकरण द्वारा पहुंच-प्राप्ति की जाती है या उस पर प्रदर्शित किया जाता है, वे सभी भाषाओं या सभी देशों या क्षेत्रों में उपलब्ध नहीं हैं। Apple इस तरह के कोई प्रतिनिधित्व नहीं करता है कि ऐसी सेवाएं और तृतीय पक्ष सामग्रियां उचित हैं या किसी भी विशेष स्थान में उपयोग के लिए उपलब्ध हैं। आप जिस हद तक ऐसी सेवाएं और तृतीय पक्ष सामग्रियों के उपयोग या उसकी पहुंच-प्राप्ति को चुनते हैं, तो आप स्वयं की पहल पर ऐसा करते हैं और ऐसी भी प्रयोज्य कानून के अनुपालन के लिए आप ही उतरदायी हैं, शामिल लेकिन प्रयोज्य स्थानीय कानून एवं गोपनीयता व डेटा संग्रहण कानून विधि तक सीमित नहीं। अपने iOS उपकरण के द्वारा तस्वीरों को साझा या सिंक करने के कारण तस्वीरों के साथ मेटाडेटा संचारित हो जाएगा, जिसमें फोटो को लेने का स्थान और समय तथा अधिक विस्तृत जानकारी शामिल है। Apple सेवाओं का उपयोग (iCloud फोटो लाइब्रेरी) का उपयोग ऐसी फोटो को साझा या सिंक करने के लिए करने पर Apple के पास भी उस डेटा को प्रेषित और संग्रहित किया जाएगा। Apple और उसके लाइसेंसधारक किसी भी सेवाओं पर किसी भी समय बिना सूचना के एक्सेस के अधिकार बदलना, रद्द करना, हटाना या अक्षम करना कर सकते है। यदि कोई कार्यक्रम नहीं हुआ तो ऐसे किसी भी सेवाओं के एक्सेस को निकालने या अक्षम करने के लिए Apple उत्तरदायी रहेगा। Apple कुछ सेवाओं के उपयोग को सीमित कर सकता है या कुछ सेवाओं की पहुंच-प्राप्ति कर सकता है, किसी भी स्थिति में और बिना सूचना या देयता के।

**६. समाप्ति।** यह लाइसेंस समाप्त किए जाने तक प्रभावी रहेगा। यदि आप इस लाइसेंस के किसी भी शर्तों का अनुपालन करने में असफल हुए तो इस लाइसेंस के अंतर्गत आपके अधिकारों को Apple की ओर से बिना किसी सूचना के समाप्त या स्थगित किया

जाएगा। इस लाइसेंस के समापन पर आप iOS सॉफ़्टवेयर के सभी उपयोग को स्थगित करेंगे।  इस लाइसेंस के ४, ५, ६, ७, ८, ९, १२ और १३ अनुभाग ऐसे किसी भी समापन के दौरान अस्तित्व में रहेंगे।

**७. वारंटियों का अस्वीकरण।**

७.१ यदि आप एक ग्राहक हैं जो कि एक उपभोक्ता है (वह व्यक्ति जो अपने व्यापार, व्यवसाय या पेशे से बाहर iOS सॉफ़्टवेयर का उपयोग करता है), आप जिस देश में रहते हैं आपके पास वहां के क़ानूनी अधिकार होंगे जो कि निम्नलिखित सीमाओं को आप पर लागू होने से प्रतिबंधित करेंगे, और जहां ये प्रतिबंधित होंगे वे आप पर लागू नहीं होंगे। अधिकारों के बारे में अधिक जानकारी के लिए आपको स्थानीय उपभोक्ता सलाह संस्था से संपर्क करना चाहिए।

**७.२ आप स्पष्ट रूप से यह स्वीकार करते हैं और इस बात की सहमति देते हैं कि प्रयोज्य क़ानून द्वारा अनुमत सीमा तक, iOS सॉफ़्टवेयर के उपयोग द्वारा निष्पादित सेवाएं और उस iOS सॉफ़्टवेयर द्वारा पहुंच-प्राप्ति का जोखिम पूर्ण रूप से आप पर है और संतोषजनक गुणवत्ता, निष्पादन, शुद्धता और प्रयास का पूरा जोखिम भी आप पर है।**

**७.३ लागू हो सकनेवाले क़ानून से प्राप्त अनुमति के अनुसार अधिकतम उपयोग के लिए iOS सॉफ़्टवेयर और सेवाओं को "जैसे है वैसे" और "जैसे उपलब्ध है वैसे" के अनुसार सभी दोष और किसी भी प्रकार के वारंटी के बिना प्रदान किया गया है, और APPLE तथा APPLE के लाइसेंसधारक (अनुभाग ७ और ८ के हेतु एकत्रित रूप से उन्हें "APPLE" के रूप संदर्भित किया जाएगा) इसके अनुसार जो व्यक्त होती है, ध्वनित या वैधानिक होती है ऐसी सभी वारंटियों और शर्तों को iOS सॉफ़्टवेयर और सेवाओं के संदर्भ में अस्वीकृत करते हैं जो ध्वनित वारंटियां और/या बाजार में लाने योग्य स्थितियों, संतोषजनक गुणवत्ता, विशिष्ट हेतु के लिए अनुकूल, शुद्धता, आनंद तथा तीसरे पक्ष के अधिकारों का उल्लंघन यहां तक सीमित नहीं हैं।**

**७.४ APPLE अपने iOS सॉफ़्टवेयर और सेवाओं का आपके द्वारा उपयोग किए जाने पर यह वारंटी नहीं देता है कि iOS सॉफ़्टवेयर में निहित प्रकार्य, या उसके द्वारा प्रदान या निष्पादित की जाने वाली सेवाएँ आपकी आवश्यकता के अनुरूप होंगी या यह कि iOS सॉफ़्टवेयर या सेवा का प्रचालन बाधा रहित या त्रुटि मुक्त होगा या यह कि कोई भी सेवा जारी रहेगी या उपलब्ध करवाई जाएगी या यह कि iOS सॉफ़्टवेयर या सेवा में दोष सुधारे जाएंगे या यह कि iOS सॉफ़्टवेयर तृतीय पक्ष के किसी अन्य सॉफ़्टवेयर, एप्लिकेशन या तृतीय पक्ष की सेवाओं के साथ संगत होगा या कार्य करेगा। इस iOS सॉफ़्टवेयर को इंस्टॉल करने पर तृतीय पक्ष के सॉफ़्टवेयर, एप्लिकेशन या तृतीय पक्ष की सेवाओं साथ ही APPLE उत्पादों और सेवाओं की उपलब्धता और उपयोगिता प्रभावित हो सकती है।**

**७.५ आप यह भी स्वीकार करते हैं कि iOS सॉफ़्टवेयर और सेवाओं को ऐसी परिस्थितियों या पर्यावरण के उद्देश्य से नहीं बनाया गया है जहां विफलता या समय में विलंब या त्रुटियां या पुनरावृत्तियों में iOS सॉफ़्टवेयर द्वारा प्रदान की जाने वाली सामग्री या सेवाएं मृत्यु, व्यक्तिगत क्षति, या गंभीर शारीरिक या पर्यावरणीय क्षति का कारण बन सकते हैं, जिसमें बिना प्रतिबंध के नाभिकीय सुविधाएं, विमान नेविगेशन या संचार व्यवस्था, हवाई यातायात नियंत्रण, जीवन समर्थन या आयुध प्रणालियां भी शामिल हैं।**

**७.६ APPLE या APPLE अधिकृत प्रतिनिधि द्वारा कोई भी मौखिक या लिखित जानकारी या सलाह नहीं दी जाती है जिससे कोई वारंटी निर्मित होती है। iOS सॉफ़्टवेयर या सेवाओं के त्रुटिपूर्ण होने पर, आपको आवश्यक सेवाओं, मरम्मत या सुधार या पूर्ण लागत का वहन करना होगा। कुछ न्यायाधिकार अन्तर्निहित वारंटी या प्रयोज्य संवैधानिक सीमाओं या ग्राहकों के लिए लागू होने वाले संवैधानिक अधिकारों का अपवर्जन नहीं करते हैं, इसलिए उपरोक्त अपवर्जन और सीमाएं आप पर लागू नहीं हो सकती हैं।**

**८. उत्तरदायित्व की सीमाएं।** उस सीमा तक जहां प्रयोज्य क़ानून द्वारा निषिद्ध न हो, किसी भी स्थिति में APPLE, उसके सहयोगी, एजेंट या प्रिंसिपल व्यक्तिगत क्षति, या किसी प्रासंगिक, विशेष, अप्रत्यक्ष या परिणामी क्षतियों, जो भी, बिना प्रतिबंध के, हानि या

लाभ के लिए क्षति, ख़राबी या डेटा की हानि, कोई भी डेटा प्राप्त करने में विफलता (इसके साथ कोर्स की सूचनाएं, असाइनमेंट और सामग्रियों मर्यादों के बिना) व्यवसाय में व्यवधान या किसी भी तरह की व्यवसायिक क्षतियों, या सेवाओं के उपयोग या आपकी अयोग्यता से उत्पन्न कारणों या संबंधित स्थितियों या किसी भी तृतीय पक्ष सॉफ्टवेयर द्वारा या iOS सॉफ्टवेयर और सेवाओं के संयोजन के संबंध में, जैसे भी कारण हो, दायित्व के सिद्धांत के बावजूद (अनुबंध, हानि या अन्यथा) और भले ही iOS सॉफ्टवेयर या सेवाओं, उससे संबंधित व्यक्ति, एजेंट या प्रमुख व्यक्ति को इन संभावित क्षतियों की सलाह दी हो, इन सबके लिए किसी तरह उत्तरदायी नहीं होगा। कुछ न्यायाधिकार क्षेत्र व्यक्तिगत क्षति, या आकस्मिक या परिणामी क्षतियों के दायित्व की सीमा या छूट को अनुमति नहीं देते हैं, इसलिए यह सीमा आप पर लागू नहीं होगी। किसी भी स्थिति में सभी (व्यक्तिगत क्षति की स्थितियों में प्रयोज्य क़ानून के अतिरिक्त) क्षतियों के लिए Apple का कुल दायित्व दो सौ पचास डॉलर ($250.00) की राशि से अधिक नहीं होगा। यदि उपरोक्त घोषित उपाय अपने आवश्यक प्रयोजन में विफल होते हैं, तब भी यह पूर्वगामी प्रतिबंध लागू होंगे।

**९. डिजिटल प्रमाणपत्र।** iOS सॉफ्टवेयर में ऐसी कार्यात्मकता शामिल है जो Apple या तीसरे पक्ष से डिजिटल प्रमाणपत्रों को स्वीकार करने की अनुमति देती है। **APPLE या तीसरे पक्ष से जारी किए जानेवाले प्रमाणपत्र पर निर्भर रहना है या नहीं इसके निर्णय के लिए आप पूर्ण रूप से स्वयं जिम्मेदार रहते हैं। डिजिटल प्रमाणपत्रों का उपयोग यह पूर्ण रूप से आपकी जिम्मेदारी है। लागू होनेवाले नियम से अधिकतम बार बाजार के अनुसार तथा किसी विशिष्ट हेतु, शुद्धता, सुरक्षा या डिजिटल प्रमाणपत्रों के बारे में तीसरे पक्ष के अधिकारों के लिए कोई उल्लंघन न करना इसके संदर्भ में APPLE की कोई वारंटी या प्रतिनिधित्व, रुचि तथा आग्रह नहीं है।**

**१०. निर्यात नियंत्रण।** संयुक्त राज्य अमेरिका के क़ानून द्वारा अधिकृत और क़ानून का क्षेत्राधिकार जिसके अंतर्गत iOS सॉफ्टवेयर प्राप्त किया गया था, इसके सिवाय आप iOS सॉफ्टवेयर का उपयोग या इसका निर्यात या पुनः निर्यात नहीं कर सकते हैं। विशेष रूप से, लेकिन बिना बंधन के, iOS सॉफ्टवेयर को (क) संयुक्त राज्य अमेरिका द्वारा प्रतिबंधित देश में या (ख) विशेष रूप से नामित राष्ट्रों के अमेरिकी ट्रेज़री विभाग की सूची या अमेरिकी वाणिज्य विभाग के ख़ारिज व्यक्तियों की सूची या निकाय सूची या अन्य प्रतिबंधित पक्ष की सूची में निहित किसी व्यक्ति को निर्यात या पुनःनिर्यात नहीं किया जा सकता है। iOS सॉफ्टवेयर का उपयोग करके, आप दर्शाते और आश्वासित करते हैं कि आप ऐसे किसी भी देश में स्थित नहीं हैं या सूची में उपस्थित नहीं हैं। आप इस से भी सहमत हैं कि आप संयुक्त राज्य अमेरिका के क़ानून द्वारा निषिद्ध किसी भी उद्देश्य के लिए iOS सॉफ्टवेयर का उपयोग नहीं करेंगे, जिसमें बिना प्रतिबंध के विकास, डिजाइन, विनिर्माण या मिसाइल या परमाणु, रासायनिक या जैविक हथियारों का उत्पादन शामिल हैं।

**११. सरकार अंतिम उपयोगकर्ता।** iOS सॉफ्टवेयर और संबंधित प्रलेखन "वाणिज्यिक आइटम" हैं, जैसे कि यह शब्द 48 C.F.R. §2.101 में परिभाषित है जिसमें "वाणिज्यिक कंप्यूटर सॉफ्टवेयर" और "वाणिज्यिक कंप्यूटर सॉफ्टवेयर प्रलेखन" के अनुसार, ऐसे शब्दों का उपयोग 48 C.F.R. §12.212 या 48 C.F.R. §227.7202 में किया जाता है, इनके अनुसार प्रयोज्य है। 48 C.F.R. §12.212 या 48 C.F.R. §227.7202-1 के अनुरूप 227.7202-4 के द्वारा, जैसा प्रयोज्य है, वाणिज्यिक कंप्यूटर सॉफ्टवेयर और व्यावसायिक कंप्यूटर सॉफ्टवेयर प्रलेखन अमेरिका सरकार लक्ष्य प्रयोक्ता द्वारा लाइसेंस प्राप्त है (क) केवल वाणिज्यिक वस्तुओं के रूप में और (ख) केवल वे अधिकार जो सभी लक्षित प्रयोक्ताओं के लिए नियमों और शर्तों के अनुसार इसमें स्वीकृत हैं। अप्रकाशित-अधिकार संयुक्त अमेरिका के कॉपीराइट क़ानून के द्वारा सुरक्षित हैं।

**१२. नियंत्रण कानून और विच्छेदनीयता।** यह लाइसेंस कैलिफ़ोर्निया राज्य के क़ानून के अनुसार शासित और अनुमानित होगा, इसके निजी अंतर्राष्ट्रीय कानून के सिवाय। वस्तुओं की अंतर्राष्ट्रीय बिक्री के अनुबंध में यह लाइसेंस संयुक्त राष्ट्र संधिपत्र द्वारा शासित नहीं होगा, जिसका प्रयोग स्पष्ट रूप से अपवर्जित है। यदि आप यूनाइटेड किंगडम में आधारित उपभोक्ता हैं, तो यह लाइसेंस आपके निवास के क्षेत्राधिकार में आने वाले क़ानून द्वारा शासित होगा।  यदि किसी कारण से सक्षम अधिकारिता वाला न्यायालय किसी प्रावधान, या इसका अंश, अप्रवर्तनीय पाता है, तो इस लाइसेंस का शेष पूर्ण रूप से बाध्य और प्रभावी होगा।

**१३. पूर्ण अनुबंध; शासित भाषा।** यह लाइसेंस आपके और Apple के बीच iOS सॉफ्टवेयर से संबंधित संपूर्ण अनुबंध का गठन करता

है और इस तरह की विषय वस्तु के बारे में सभी पूर्व या समकालीन सहमतियों को प्रतिस्थापित करता है। इस लाइसेंस में किसी भी तरह का सुधार या संशोधन बाध्यकारी नहीं होगा जब तक कि यह Apple द्वारा लिखित और हस्ताक्षरित न हो। इस लाइसेंस का कोई भी अनुवाद स्थानीय आवश्यकताओं और अंग्रेजी तथा गैर-अंग्रेजी संस्करणों बीच होने वाले विवाद की स्थिति किया जाता है, इस लाइसेंस का अंग्रेजी संस्करण शासित होगा, जो आपके क्षेत्राधिकार की सीमा में स्थानीय कानून द्वारा निषिद्ध नहीं होगा।

**१४. तृतीय पक्ष अभिस्वीकृतियां।** iOS सॉफ्टवेयर के कुछ अंश उपयोग या तृतीय पक्ष सॉफ्टवेयर और अन्य कॉपीराइट की गई सामग्री को शामिल कर सकते हैं। iOS सॉफ्टवेयर के लिए इस तरह की सामग्री के हेतु अभिस्वीकृतियां, लाइसेंसीकरण की शर्तें और अस्वीकरण इलेक्ट्रॉनिक दस्तावेजों के रूप में हैं, और इस तरह की सामग्री अपने सबंधित शर्तों द्वारा नियमित है। Google सेफ ब्राउज़िंग सर्विस का उपयोग Google की सेवा शर्तें (https://www.google.com/intl/hi/policies/terms/) Google की गोपनीयता नीति (https://www.google.com/intl/hi/policies/privacy/)का विषय है।

**१५. MPEG-4; H.264/AVC नोटिस का उपयोग**

(क) MPEG-4 Systems Standard के अनुसार एन्कोडिंग के लिए MPEG-4 Systems Patent Portfolio License के अंतर्गत iOS सॉफ्टवेयर लाइसेंस प्राप्त है, इसके अलावा एन्कोडिंग के लिए (i) भौतिक मीडिया में संग्रहित या दोहराया गया डेटा जिसका शीर्षक दर शीर्षक के आधार पर भुगतान किया है और/या (ii) शीर्षक दर शीर्षक के आधार पर भुगतान किया हुआ डेटा अंतिम उपयोगकर्ता को स्थायी संग्रहण और/या उपयोग के लिए संचारित किया है, तो राजस्व का अतिरिक्त लाइसेंस और भुगतान आवश्यक है। इस प्रकार के अतिरिक्त लाइसेंस MPEG LA, LLC से प्राप्त किए जा सकते हैं। अधिक विवरण के लिए http://www.mpegla.com देखें।

(ख) iOS सॉफ्टवेयर में MPEG-4 वीडियो एनकोडिंग और/या डिकोडिंग कार्यात्मकता शामिल है। iOS सॉफ्टवेयर उपभोक्ता के व्यक्तिगत और गैर-वाणिज्यिक उपयोग के लिए MPEG-4 विजुअल पेटेंट पोर्टफोलियो लाइसेंस के अंतर्गत इन कार्यों हेतु लाइसेंसीकृत है (i) MPEG-4 विजुअल पेटेंट पोर्टफोलियो ("MPEG-4 वीडियो") के अनुसार वीडियो एनकोडिंग करना और/या (ii) MPEG-4 वीडियो डिकोड करना जिसे व्यक्तिगत या गैर-वाणिज्यिक गतिविधि में संलग्न उपभोक्ता द्वारा इनकोड किया गया था और/या MPEG LA द्वारा लाइसेंसीकृत वीडियो प्रदाता द्वारा MPEG-4 वीडियो प्रदान करने के लिए प्राप्त किया गया था। कोई लाइसेंस अनुमत या किसी अन्य उपयोग के लिए लक्षित नहीं है। अतिरिक्त जानकारी सहित प्रचार, आंतरिक और वाणिज्यिक उपयोग तथा लाइसेंसिंग से संबंधित जानकारी MPEG LA, LLC से प्राप्त की जा सकती है।   देखें http://www.mpegla.com।

(ग) iOS सॉफ्टवेयर में AVC एनकोडिंग और/या डिकोडिंग कार्यात्मकता शामिल है, H.264/AVC के वाणिज्यिक उपयोग हेतु अतिरिक्त लाइसेंसिंग की आवश्यकता है और निम्नलिखित प्रावधान लागू होंगे : **iOS सॉफ्टवेयर में AVC कार्यात्मकता इनमें लाइसेंसकृत है केवल उपभोक्ता के व्यक्तिगत और गैर-वाणिज्यिक उपयोग के लिए इन कार्यों के हेतु (i) AVC मानक ("AVC वीडियो") के अनुसार वीडियो इनकोड करना और/या (ii) AVC वीडियो डिकोड करना जिसे उपभोक्ता द्वारा व्यक्तिगत और गैर वाणिज्यिक गतिविधि में इनकोड किया गया था और या AVC वीडियो जिसे वीडियो प्रदाता द्वारा लाइसेंसीकृत AVC वीडियो प्राप्त किया गया था। अन्य उपयोगों और लाइसेंस के बारे में जानकारी MPEG LA L.L.C द्वारा ली जा सकती है। देखें http://www.mpegla.com।**

**१६. Yahoo खोज सेवा प्रतिबंध।** सफारी द्वारा उपलब्ध Yahoo खोज सेवा केवल निम्नलिखित देशों और क्षेत्रों के लिए लाइसेंसीकृत है : अर्जेंटीना, अरुबा, ऑस्ट्रेलिया, ऑस्ट्रिया, बारबाडोस, बेल्जियम, बरमूडा, ब्राजील, बुलगारिया, कनाडा, केमैन द्वीप, चिली, चीन, कोलंबिया, साइप्रस, चेक गणराज्य, डेनमार्क, डोमिनिकन गणराज्य, इक्वाडोर, अल साल्वाडोर, फिनलैंड, फ्रांस, जर्मनी, ग्रीस, ग्रेनाडा, ग्वाटेमाला, हाँग काँग, हंगरी, आइसलैंड, भारत, इंडोनेशिया, आयरलैंड, इटली, जमैका, जापान, लातविया, लिथुआनिया, लक्ज़मबर्ग, मलेशिया, माल्टा, मेक्सिको, नीदरलैंड्स, न्यूज़ीलैंड, निकारागुआ, नॉर्वे, पनामा, पेरू, फिलिपींस, पोलैंड, पुर्तगाल, प्यूर्टो रिको, रोमानिया,

सिंगापुर, स्लोवाकिया, स्लोवेनिया, दक्षिण कोरिया, स्पेन, सेंट लूसिया, सेंट विंसेंट, स्वीडन, स्विट्ज़रलैंड, ताइवान, थाईलैंड, बहामा, त्रिनिदाद और टोबैगो, तुर्की, ब्रिटेन, उरुग्वे , अमेरिका और वेनेजुएला।

**१७. Microsoft एक्सचेंज नोटिस।** Microsoft एक्सचेंज ActiveSync प्रोटोकॉल को कार्यान्वित करने के लिए iOS सॉफ़्टवेयर में Microsoft एक्सचेंज मेल सेटिंग केवल आपके iOS और Microsoft एक्सचेंज या Microsoft द्वारा लाइसेंसकृत अन्य सर्वर सॉफ़्टवेयर के बीच ईमेल, संपर्क, कैलेंडर और टास्क जैसी जानकारी के एयर सिंक्रनाइजेशन के लिए ही लाइसेंसीकृत है।

EA1520
२२/०९/२०१७

_____

**Apple Pay पूरक नियम और शर्तें**

ये Apple Pay पूरक नियम और शर्तें ("पूरक शर्तें") iOS सॉफ़्टवेयर लाइसेंस अनुबंध ("लाइसेंस") को पूर्ण करती हैं; लाइसेंस की शर्तें और ये पूरक शर्तें, दोनों से आपके द्वारा Apple Pay सुविधाओं का वह उपयोग नियंत्रित होगा जिसे लाइसेंस के अंतर्गत एक "सेवा" माना जाएगा। इन पूरक शर्तों में उपयोग किए गए बोल्ड अक्षर वाले पारिभाषिक शब्दों का अर्थ लाइसेंस में बताया है।

**१.    अवलोकन और उपयोग पर लागू प्रतिबंध**

Apple Pay आपको अनुमति देता है:

- Apple Pay सुविधा ("समर्थित भुगतान कार्ड") द्वारा समर्थित क्रेडिट, डेबिट और प्रीपेड कार्ड और स्टोर क्रेडिट, डेबिट, प्रीपेड कार्ड का कृत्रिम रूपान्तरण संग्रहित करने देता है और चयनित स्थानों या ऐप या वेबसाइट में संपर्क रहित भुगतान करने के लिए समर्थित iOS उपकरण का उपयोग करने की अनुमति देता है;
- Apple Pay द्वारा संपर्क रहित भुगतान के हिस्से के तौर पर चयनित स्टोरों में संपर्क रहित रिवार्ड व उपहार कार्ड लेनदेन ("Apple Pay सक्षम कार्ड" और समर्थित भुगतान कार्ड "समर्थित कार्ड" सहित) करने के लिए Wallet में सहेजे गए रिवार्ड और उपहार कार्ड का उपयोग करने की अनुमति भी देता है।
- अन्य Apple Pay प्रयोगकर्ताओं को पर्सन टू पर्सन (पी2पी) भुगतान भेजने की सुविधा देता है।

संभव है कि iOS सॉफ़्टवेयर की Apple Pay सुविधा केवल चुने हुए क्षेत्रों में, चुने हुए कार्ड जारीकर्ताओं, वित्तीय संस्थाओं और व्यापारियों के यहाँ ही उपलब्ध हो। क्षेत्र, जारीकर्ता और व्यापारी के अनुसार सुविधाएं भिन्न-भिन्न हो सकती हैं।

Apple Pay उपयोग करने के लिए, आपके पास समर्थित कार्ड होना चाहिए। समर्थित कार्ड समय-समय पर बदल सकते हैं। इसके अतिरिक्त, पर्सन टू पर्सन (पी2पी) भुगतान भेजने या प्राप्त करने के लिए, आपके पास Apple Pay कैश कार्ड होना चाहिए।

समर्थित भुगतान कार्ड और पर्सन टू पर्सन (पी2पी) भुगतान उस Apple ID से जुड़े होते हैं जिससे आपने ये सुविधाएँ प्राप्त करने के लिए iCloud में साइन-इन किया है। Apple Pay केवल १३ वर्ष या उससे अधिक आयु के व्यक्तियों के लिए ही उपलब्ध है और iCloud या जिस समर्थित कार्ड के लिए आप प्रबंध कर रहे है उसके द्वारा लगाए गए उम्र-आधारित प्रतिबंधों का विषय हो सकता है। Apple Pay कैश कार्ड और पर्सन टू पर्सन (पी2पी) भुगतान भेजने या प्राप्त करने की क्षमता केवल 18 वर्ष या इससे अधिक आयु के व्यक्तियों के लिए उपलब्ध होती है।

आपके व्यक्तिगत उपयोग के लिए Apple Pay बनाया है और आप केवल आपके समर्थित कार्ड के लिए प्रबंध कर सकते हैं। यदि आप समर्थित कॉर्पोरेट कार्ड के लिए प्रबंध कर रहें हैं तो आप यह दर्शाति हैं कि ऐसा आप आपके नियोक्ता प्राधिकार में कर रहे हैं और आप इस उपयोग की शर्तों के लिए तथा इस सुविधा के उपयोग के परिणाम स्वरूप होनेवाले सभी लेनदेन के लिए आपके नियोक्ता के साथ प्राधिकृत रूप से प्रतिबद्ध है। यदि आप पर्सन टू पर्सन (पी2पी) भुगतान भेज रहे हैं या प्राप्त कर रहे हैं तो आप यह दर्शाति हैं कि आप ऐसा अपने व्यक्तिगत, गैर-व्यावसायिक उपयोग के लिए कर रहे हैं।

आप इस बात से भी सहमत है कि आप इस Apple Pay का गैरकानूनी या कपटपूर्ण हेतुओं के लिए तथा लाइसेंस और इन पूरक शर्तों द्वारा प्रतिबंधित किसी भी अन्य हेतुओं के लिए उपयोग नहीं करेंगे। इसके अतिरिक्त आप लागू होने वाले कानून और नियमनों के अनुसार Apple Pay का उपयोग करने के लिए भी सहमत होते हैं। आप इस बात से भी सहमत होते हैं कि आप Apple Pay सेवा (किसी भी स्वचालित साधन से सेवा एक्सेस करने समेत) या सेवा से जुड़े किसी भी सर्वर या नेटवर्क अथवा सेवा से जुड़ी किसी भी नीति, आवश्यकताओं या नियमनों (उस पर किसी भी अनधिकृत एक्सेस, उपयोग या डेटा तथा ट्रैफिक के मॉनिटरिंग के उपयोग समेत) में हस्तक्षेप नहीं करेंगे या उनके सुचारु पालन को भंग नहीं करेंगे।

## २.    Apple का आपके साथ संबंध

Apple Pay आपको आपके समर्थित iOS उपकरण पर समर्थित कार्डों का कृत्रिम रूपांतरण निर्मित करने में सक्षम बनाता है।  यद्यपि Apple द्वारा भुगतानों या अन्य गैर-भुगतान कार्ड लेनदेनों (जैसे रिवार्ड संचित करने या रिवार्ड रिडीम करने) पर कार्रवाई नहीं की जाती है, आपके फंड को प्राप्त, धारित या हस्तांतरित नहीं किया जाता है अथवा भुगतानों, प्रतिफलों, रिफंड, रिवार्ड, वैल्यू, डिस्काउंट या अन्य वाणिज्यिक गतिविधि को नियंत्रित नहीं किया जाता है जो आपके द्वारा इस सुविधा के उपयोग से उत्पन्न हो सकती हैं।

आपको जिस जारीकर्ता ने कार्ड जारी किया है, उसके कार्डधारक अनुबंध की शर्तों द्वारा आपके समर्थित कार्ड और Apple Pay के संबंध में होने वाले इसके उपयोग को नियंत्रित करना जारी रहेगा। इसी तरह से किसी भी व्यापारी रिवार्ड या उपहार कार्ड कार्यक्रम में आपकी सहभागिता और Apple Pay से जुड़े Apple Pay सक्षम कार्ड का आपके द्वारा किया जाने वाला उपयोग व्यापारी के नियमों व शर्तों के अधीन रहेगा।

Apple Pay कैश कार्ड और पर्सन टू पर्सन (पी2पी) भुगतान भेजने या प्राप्त करने की क्षमता केवल संयुक्त राज्य अमेरिका में उपलब्ध है और ये ऐसी सेवाएँ हैं जिन्हें एफडीआईसी के सदस्य, ग्रीन डॉट बैंक द्वारा उपलब्ध कराया जाता है। जब आप Apple Pay के भीतर ये सेवाएँ सक्षम करते हैं तो आप ग्रीन डॉट बैंक में एक खाता खोलते हैं और जब आप पर्सन टू पर्सन भुगतान भेजते या प्राप्त करते हैं या अपने Apple Pay कैश कार्ड में धन राशि डालते हैं या निकालते हैं तो आपके धन को प्राप्त करने या वांछित प्राप्तकर्ता तक भेजने के लिए ग्रीन डॉट बैंक जिम्मेदार होगा। Apple Pay कैश और Apple Pay के भीतर पर्सन टू पर्सन (पी2पी) भुगतान सुविधा प्रस्तुत करने के लिए जिम्मेदार वित्तीय संस्था को परिवर्तित किया जा सकता है और उक्त सुविधाओं का आपका उपयोग उनके नियम व शर्तों के अंतर्गत आता है।

किसी भी कार्डधारक, प्रयोगकर्ता या व्यापारी अनुबंधों में इस लाइसेंस या इन पूरक शर्तों द्वारा किसी भी प्रकार का संशोधन नहीं किया जाता है और ऐसी शर्तें प्रयोज्य समर्थित कार्ड या Apple Pay की पर्सन टू पर्सन सुविधा और आपके iOS उपकरण पर उनके कृत्रिम रूपांतरण के आपके उपयोग पर लागू होंगी। आप सहमत हैं कि Apple आपके कार्डधारक या व्यापार अनुबंधों का पक्ष नहीं है और न ही Apple निम्न के लिए उत्तरदायी है: (क) Apple Pay कार्यात्मकता का उपयोग करते हुए किसी भुगतान कार्ड, रिवार्ड कार्ड, उपहार कार्ड, वाणिज्यिक गतिविधियों, लेनदेनों या खरीदारियों की विषयवस्तु, सटीकता या अनुपलब्धता के लिए; (ख) क्रेडिट जारी करने या क्रेडिट की पात्रता तक पहुंच हासिल करने के लिए; (ग) किसी व्यापारी के कार्यक्रम के अंतर्गत रिवार्ड या सहेजे गए वैल्यू को जमा करने

या उन्हें रिडीम करने के लिए; (घ) प्रीपेड कार्ड की फंडिंग या रिलोडिंग के लिए; (ङ) पर्सन टू पर्सन भुगतान भेजने या प्राप्त करने के लिए; या (च) आपके Apple Pay कैश कार्ड में धन राशि डालने (लोड करने), रिडीम करने या निकालने के लिए।

भुगतान कार्ड, रिवार्ड कार्ड, उपहार कार्ड या इससे जुड़ी वाणिज्यिक गतिविधि से संबंधित सभी विवादों के लिए कृपया अपने जारीकर्ता या प्रयोज्य व्यापारी से संपर्क करें। Apple Pay कैश कार्ड या पर्सन टू पर्सन भुगतान से संबंधित प्रश्नों के लिए, कृपया Apple सहायता से संपर्क करें।

### ३.    गोपनीयता

पूर्ण अनुभव उपलब्ध कराने के लिए Apple Pay को आपके iOS उपकरण की कुछ जानकारियों की आवश्यकता होती है। इसके अतिरिक्त, जब आप Apple Pay कैश कार्ड का उपयोग करते हैं या पर्सन टू पर्सन भुगतान भेजते या प्राप्त करते हैं तो आपके खाते के लिए सेवा प्रदान करने हेतु और धोखाधड़ी रोकथाम और नियामक उद्देश्यों के लिए आपके लेनदेनों से संबंधित अतिरिक्त जानकारी एकत्र की जाती है और रखी जाती है। आप Apple Pay, Apple Pay कैश कार्ड या Apple Pay के साथ पर्सन टू पर्सन भुगतानों के आपके उपयोग के भाग के रूप में एकत्र किए जाने वाले, उपयोग में लाये जाने वाले या साझा किए जाने वाले डेटा के बारे में "Apple Pay और गोपनीयता (जिसे आपके iOS उपकरण पर Wallet और Apple Pay पर जाकर या युग्मित iOS उपकरण पर Watch ऐप में एक्सेस किया जा सकता है) का परिचय" पढ़कर या https://www.apple.com/privacy पर जाकर अधिक जानकारी प्राप्त कर सकते हैं। इन सुविधाओं का उपयोग करके आप Apple को और उसकी सहायक कंपनियों और अभिकर्ताओं को Apple Pay की कार्यात्मकताओं को प्रदान करने के उद्देश्य से, समस्त पूर्ववर्ती जानकारी को हस्तांतरित करने, संचयन करने, रखरखाव करने, संसाधित करने और उपयोग करने की स्वीकृति देते हैं और सहमत होते हैं।

### ४.    सुरक्षा; गुम हुए या अक्षम उपकरण

Apple Pay आपके समर्थित कार्ड के कृत्रिम रूपांतरण को संग्रहीत करता है और उसी तरह से इसका संरक्षण किया जाना चाहिए जैसे आप अपनी नकद राशि या अपने प्रत्यक्ष क्रेडिट, डेबिट, प्रीपेड, रिवार्ड या उपहार कार्ड का संरक्षण करेंगे। तीसरे पक्ष को अपना उपकरण पासकोड देकर या Touch ID का उपयोग अथवा Face ID से सक्षम करने के लिए तीसरे पक्ष के उँगली के निशान जोड़ने की अनुमति देने का परिणाम, आपके उपकरण पर Apple Pay का उपयोग करके भुगतान करने, भेजने, अनुरोध करने या पर्सन टू पर्सन भुगतान प्राप्त करने, अपने Apple Pay कैश कार्ड से धन निकालने अथवा रिवार्ड या क्रेडिट प्राप्त करने और भुनाने की क्षमता तीसरे पक्ष को प्रदान करने में आ सकता है। आप पूर्ण रूप से अपने उपकरण और अपने पासकोड की सुरक्षा बनाए रखने के लिए जिम्मेदार हैं। आप इस बात से सहमत हैं कि यदि आपका उपकरण गुम होता है या उस पर आप एक्सेस शेयर करते हैं तो Apple की इसमें कोई जिम्मेदारी नहीं है। आप इस बात से सहमत हैं कि यदि आप iOS पर कोई अनधिकृत सुधार (जैसे कि "jailbreak") करते हैं तो Apple की कोई जिम्मेदारी नहीं रहेगी।

आपको सुरक्षा के अतिरिक्त उपाय जैसे अपने Apple ID के लिए टू-फैक्टर ऑथेंटिकेशन को सक्षम करना पड़ सकता है ताकि Apple Pay कैश कार्ड और Apple Pay से पर्सन टू पर्सन भुगतान करने सहित, Apple Pay की विशेष सुविधाओं को एक्सेस किया जा सके। यदि आप बाद में इन सुरक्षा सुविधाओं को हटा देते हैं तो आप Apple Pay की विशेष सुविधाओं को लगातार एक्सेस नहीं कर पाएंगे।

यदि आपका उपकरण गुम या चोरी हो गया है और आपने "मेरा iPhone ढूँढें" सक्षम किया हुआ है तो आप "मेरा iPhone ढूँढें" का उपयोग करके उपकरण को "खोया हुआ मोड" में रखकर उस पर मौजूद कृत्रिम समर्थित भुगतान कार्डों द्वारा भुगतान करने या पर्सन टू पर्सन भुगतान भेजने की क्षमता को निलंबित करने का प्रयास कर सकते हैं। आप अपने उपकरण से डेटा भी मिटा सकते हैं जिससे कि उपकरण पर मौजूद कृत्रिम समर्थित भुगतान कार्ड द्वारा भुगतान करने या पर्सन टू पर्सन भुगतान भेजने की क्षमता निलंबित करने का

प्रयास किया जाएगा और साथ ही Apple Pay सक्षम कार्ड हटाने का प्रयास भी किया जाएगा। आपको उस जारीकर्ता से भी संपर्क करना चाहिए जिसने आपको समर्थित भुगतान कार्ड जारी किया है और साथ ही उस व्यापारी से भी संपर्क करना चाहिए जिन्होंने आपको Apple Pay सक्षम कार्ड दिया है तथा Apple Pay कैश कार्ड की स्थिति में Apple से संपर्क करना चाहिए ताकि आपके समर्थित कार्ड के अनधिकृत उपयोग को रोका जा सके।

यदि आप रिपोर्ट करते है या Apple को कपटयुक्त तथा अनुचित गतिविधि का संदेह होता है, तो किसी भी जांच पडताल में Apple को सहायता करने से और हमारे द्वारा बताए गए किसी भी कपट प्रतिबंध उपायों का उपयोग करने के लिए आप सहमत है।

**५.    उत्तरदायित्व की सीमाएं**

**इस लाइसेंस में बताई गई वारंटी के अस्वीकरण और उत्तरदायित्व की सीमाओं के अलावा, APPLE PAY सुविधा का उपयोग करके की गई खरीद, भुगतान, लेनदेन या अन्य वाणिज्यिक गतिविधि के लिए किसी दायित्व को APPLE स्वीकार नहीं करता है और आप इस बात से सहमत है कि आप अपने समर्थित कार्ड, पर्सन टू पर्सन भुगतान और संबंधित वाणिज्यिक गतिविधि से संबंधित किसी भी प्रश्न या विवादों के समाधान के लिए एकमात्र रूप से अपने कार्ड जारीकर्ता, भुगतान नेटवर्क, वित्तीय संस्था या व्यापारी के साथ हुए अनुबंध को देखेंगे।**

_____

**APPLE की ओर से सूचनाएं**
यदि Apple को आपके उत्पाद या खाते के संबध में आपसे संपर्क करने की आवश्यकता होती है, तो आप ईमेल द्वारा सूचनाएं प्राप्त करने की सहमति देते हैं। आप सहमति देते हैं कि हमारे द्वारा इलेक्ट्रॉनिक रूप से भेजी गई किसी भी तरह की सूचनाएं कोई भी विधिक संचार आवश्यकताओं को पूरा करेंगी।

**ESPAÑOL (LATINOAMÉRICA)**

**IMPORTANTE: UTILIZAR TU iPHONE, iPAD O iPOD TOUCH ("DISPOSITIVO iOS") IMPLICA QUE ACEPTAS LAS SIGUIENTES CONDICIONES:**

**A.   CONTRATO DE LICENCIA DE SOFTWARE iOS DE APPLE**
**B.   CONDICIONES COMPLEMENTARIAS DE APPLE PAY**
**C.   AVISOS DE APPLE**

**APPLE INC.**
**CONTRATO DE LICENCIA DE SOFTWARE iOS**
**Licencia de un solo uso**

**POR FAVOR, LEE DETENIDAMENTE ESTE CONTRATO DE LICENCIA DE SOFTWARE ("LICENCIA") ANTES DE UTILIZAR EL DISPOSITIVO iOS O DESCARGAR LA ACTUALIZACIÓN DE SOFTWARE QUE ACOMPAÑA A ESTA LICENCIA. UTILIZARLO O DESCARGAR UNA ACTUALIZACIÓN DE SOFTWARE, SEGÚN SEA EL CASO, SE INTERPRETARÁ COMO UN HECHO INEQUÍVOCO DE QUE ACEPTAS LAS CLÁUSULAS DE ESTA LICENCIA. SI NO LAS ACEPTAS, NO USES EL DISPOSITIVO iOS NI DESCARGUES LA ACTUALIZACIÓN DE SOFTWARE.**

**SI COMPRASTE RECIENTEMENTE UN DISPOSITIVO iOS Y NO ACEPTAS ESTA LICENCIA, PUEDES DEVOLVER EL DISPOSITIVO iOS DURANTE EL PERIODO DE DEVOLUCIÓN ESTABLECIDO EN LA TIENDA APPLE O AL ESTABLECIMIENTO AUTORIZADO DONDE LO ADQUIRISTE Y SOLICITAR TU REEMBOLSO DE CONFORMIDAD CON LA POLÍTICA DE DEVOLUCIONES DE APPLE, QUE ESTÁ DISPONIBLE EN: https://www.apple.com/legal/sales_policies/.**

**1. General.**
(a) Apple Inc. ("Apple") te concede (no vende) una licencia para el uso de este software (incluidos el código ROM de arranque, el software incluido y el software de terceros), la documentación, las interfaces, los contenidos, las tipografías y cualquier tipo de datos que acompañen al Dispositivo iOS (en adelante, el "Software iOS original"), que pueden ser actualizados o reemplazados por funciones mejoradas, actualizaciones de software o programas de restauración del sistema de Apple (las "Actualizaciones del Software iOS"), ya sea en memoria de sólo lectura o en cualquier otro soporte o de cualquier otra forma (el Software iOS original y las Actualizaciones del Software iOS se denominan conjuntamente el "Software iOS"), para su uso únicamente bajo las condiciones de esta Licencia. Apple y sus licenciantes conservan la propiedad del Software iOS y se reservan todos los derechos no concedidos a ti de forma expresa. Tú aceptas que las condiciones de esta Licencia se aplicarán a todas las aplicaciones de marca Apple integradas en tu Dispositivo iOS, a menos que una aplicación incluya una licencia separada, en cuyo caso aceptas que dicha aplicación se regirá por las condiciones de la licencia correspondiente.

(b) Apple puede, a su entera discreción, desarrollar en el futuro Actualizaciones del Software iOS. En caso de que las haya, puede que dichas Actualizaciones del Software iOS no incluyan necesariamente todas las funciones de software ya existentes ni funciones nuevas que Apple destine a modelos más recientes o diferentes de Dispositivos iOS. Las condiciones de esta Licencia regirán cualquier Actualización del Software iOS proporcionada por Apple, excepto que dicha Actualización del Software iOS original se acompañe de una licencia propia, en cuyo caso aceptas que se aplicarán las condiciones de la misma.

(c) Si usas la función de configuración exprés para configurar un Dispositivo iOS nuevo basado en tu Dispositivo iOS anterior, aceptas que las condiciones de esta licencia regirán el uso que hagas del

Software iOS en tu nuevo Dispositivo iOS, a menos que el dispositivo incluya una licencia separada, en cuyo caso aceptas que el uso de dicho Software iOS se regirá por las condiciones de la licencia correspondiente.

**2. Usos permitidos y restricciones de la Licencia.**

(a) De acuerdo con las condiciones de esta Licencia, se te concede una licencia limitada no exclusiva para utilizar el Software iOS en un único Dispositivo iOS de marca Apple. Excepto lo expresamente permitido en la sección 2(b) siguiente, y salvo que medie un acuerdo separado entre Apple y tú, esta Licencia no permite que el Software iOS esté instalado en más de un Dispositivo iOS de marca Apple al mismo tiempo, y no podrás distribuir ni colocar el Software iOS en una red donde pueda ser utilizado por varios dispositivos al mismo tiempo. La presente Licencia no te concede ningún derecho para el uso de las interfaces propiedad de Apple, así como ningún derecho de propiedad intelectual con respecto al diseño, desarrollo, fabricación, concesión de licencias o distribución de dispositivos y accesorios de otros fabricantes o de aplicaciones de software de terceros que se usen con el Dispositivo iOS. Algunos de estos derechos se recogen en otras licencias de Apple. Para obtener más información acerca del desarrollo de dispositivos y accesorios de otros fabricantes para Dispositivos iOS, visita el sitio web https://developer.apple.com/programs/mfi/. Para más información sobre el desarrollo de aplicaciones de software de otros fabricantes para Dispositivos iOS, visita https://developer.apple.com.

(b) De acuerdo con las condiciones de esta Licencia, se te concede una licencia limitada no exclusiva para descargar las Actualizaciones del Software iOS que Apple lance para tu modelo de Dispositivo iOS con el fin de actualizar o restaurar el software de cualquier Dispositivo iOS que poseas. Esta Licencia no permite actualizar o restaurar ningún Dispositivo iOS que no sea de tu propiedad, ni distribuir o colocar las Actualizaciones del Software iOS en una red donde puedan ser utilizadas por varios periféricos o computadoras al mismo tiempo. Si descargas una Actualización del Software iOS en tu computadora, podrás realizar una copia de las Actualizaciones del Software iOS almacenadas en tu computadora en un formato legible únicamente a efectos de respaldo, siempre y cuando esta contenga toda la información relativa a derechos de autor y copyright, u otros datos relativos a la propiedad, contenida en el original.

(c) Si Apple preinstaló aplicaciones de marca Apple desde App Store en tu Dispositivo iOS en el momento de la compra ("Aplicaciones preinstaladas"), tendrás que iniciar sesión en App Store y asociar a tu cuenta de App Store estas Aplicaciones preinstaladas para poder utilizarlas en el Dispositivo iOS. Cuando asocies una Aplicación preinstalada a tu cuenta de App Store, se asociarán automáticamente todas las demás Aplicaciones preinstaladas de tu Dispositivo iOS. Al asociar las Aplicaciones preinstaladas a tu cuenta de App Store, aceptas que Apple pueda transmitir, recopilar, mantener, procesar y usar tanto el Apple ID que utilizas en tu cuenta de App Store como el identificador de hardware único de tu Dispositivo iOS como identificadores únicos de la cuenta con el fin de verificar si tu solicitud es apta y proporcionarte acceso a las Aplicaciones preinstaladas a través de App Store. Si no quieres utilizar una Aplicación preinstalada, puedes eliminarla del Dispositivo iOS en cualquier momento.

(d) No podrás —y aceptas no hacerlo ni permitir a otras personas que lo hagan— copiar (excepto en los casos expresamente permitidos en la presente Licencia), descompilar, desensamblar o intentar obtener el código fuente, como tampoco descifrar, modificar o crear trabajos derivados del Software iOS o de cualquier servicio proporcionado por el Software iOS ni de ninguna de sus partes (excepto en la medida en la que la legislación aplicable o las condiciones de licencia que rigen el uso de componentes de código abierto o de código de muestra que puedan estar incluidos en el Software iOS prohíban cualquiera de las restricciones anteriores).

(e) El Software iOS puede utilizarse para reproducir materiales siempre que dicho uso se limite a la reproducción de materiales sin copyright, materiales de los que poseas el copyright o materiales que

puedas reproducir porque cuentas con la autorización o el permiso legal correspondientes. Los derechos de titularidad y de propiedad intelectual de cualquiera de los contenidos que se muestran o almacenan en el Dispositivo iOS, o a los que se accede a través de este, pertenecen a los propietarios del contenido correspondiente. Dicho contenido puede estar protegido por las leyes y los tratados vigentes en materia de propiedad intelectual y de derechos de autor, y quedan sujetos a las condiciones de uso de la tercera parte suministradora del contenido. A menos que se establezca lo contrario en el presente documento, esta Licencia no te concede ningún derecho para el uso de dicho contenido ni garantiza que el contenido siga estando disponible para su uso.

(f) Te comprometes a utilizar el Software iOS y los Servicios (tal como se definen en el apartado 5 de este documento) de conformidad con todas las leyes aplicables, incluidas las leyes locales del país o la región donde residas o donde se descargue y utilice el Software iOS y los Servicios. Es posible que las funciones del Software iOS y los Servicios no estén disponibles en todos los idiomas o regiones, que algunas funciones varíen según la región y que tu proveedor de servicios restrinja algunas funciones o no las ofrezca. Algunas de funciones del Software iOS y Servicios, requieren una conexión de datos celulares o Wi-Fi.

(g) Necesitas una combinación única de nombre de usuario y contraseña —conocida como Apple ID— para poder utilizar App Store. El Apple ID también es necesario para acceder a actualizaciones de aplicaciones y determinadas funciones del Software iOS y los Servicios.

(h) Reconoces que muchas funciones, apps integradas y Servicios del Software iOS transmiten datos y podrían conllevar cargos para tu plan de datos, y que tú te harás cargo de dichas cargos. Puedes ver y controlar qué aplicaciones tienen autorización para utilizar datos celulares y ver una estimación de la cantidad de datos que consumen en la sección "Datos celulares" de Configuración. Para obtener más información, consulta el Manual del usuario de tu Dispositivo iOS.

(i) Si seleccionas la opción para permitir la actualización automática de aplicaciones, el Dispositivo iOS buscará periódicamente actualizaciones para las aplicaciones de tu dispositivo y, si las hay, las descargará e instalará automáticamente. Las actualizaciones automáticas se pueden desactivar en cualquier momento desde Configuración > iTunes Store y App Store > "Descargas automáticas" desactivando la opción "Actualizaciones".

(j) El uso del Dispositivo iOS en ciertas circunstancias puede distraerte y provocar situaciones peligrosas (por ejemplo, evita escribir mensajes mientras manejas un automóvil o usar audífonos mientras andas en bicicleta). Al usar tu Dispositivo iOS aceptas que eres responsable de seguir las normas que prohíben o restringen el uso de teléfonos celulares o audífonos (por ejemplo, el requisito de usar accesorios de manos libres para realizar llamadas mientras se maneja).

**3. Transmisión.** No puedes rentar, arrendar, prestar, vender, redistribuir ni sublicenciar el Software iOS. No obstante, puedes transferir tus derechos contenidos en esta Licencia de forma permanente y una sola vez siempre y cuando: (a) transmitas el Dispositivo iOS y la totalidad del Software iOS, incluidos todos los componentes y esta Licencia; (b) no conserves ninguna copia, total o parcial, del Software iOS, incluidas las copias almacenadas en un computadora o en cualquier otro dispositivo de almacenamiento; y (c) la otra parte lea y acepte las condiciones de esta Licencia.

**4. Consentimiento para el uso de datos.** Al usar el dispositivo, tu número de teléfono y ciertos identificadores únicos del Dispositivo iOS se envían a Apple para que otros puedan ponerse en contacto contigo mediante el número de teléfono al usar varias funciones de comunicación del Software iOS, como iMessage y FaceTime. Al usar iMessage, Apple podría conservar tus mensajes, en forma encriptada y por un tiempo limitado para asegurar su entrega. Puedes desactivar FaceTime o iMessage desde la configuración de FaceTime o iMessage en el Dispositivo iOS. Algunas funciones como Análisis,

Localización, Siri y Dictado podrían solicitar información de tu Dispositivo iOS para proporcionar sus respectivas funcionalidades. Al activar estas funciones, se proporcionará información sobre qué información se envía a Apple y cómo se puede usar. Para obtener más información al respecto, visita https://www.apple.com/la/privacy/. Toda información que Apple recibe se trata de acuerdo con la Política de Privacidad de Apple, que se puede consultar en https://www.apple.com/legal/privacy/.

**5. Servicios y materiales de terceros.**
(a) El Software iOS podría permitir el acceso a iTunes Store, App Store, iBooks Store, Game Center, iCloud y Mapas, así como a otros servicios y sitios web de Apple y de otras empresas (colectiva e individualmente, los "Servicios"). Es posible que dichos Servicios no estén disponibles en todos los idiomas ni en todos los países. El uso de estos Servicios requiere acceso a Internet y puede requerir un Apple ID y que tú aceptes condiciones adicionales, además puede estar sujeto a otros cargos. El uso de este software junto con un Apple ID u otro Servicio de Apple se interpretará como un hecho inequívoco de que aceptas las condiciones aplicables a dicho Servicio, como las condiciones más recientes de los Términos y Condiciones de los Servicios multimedia de Apple del país desde el que accedes a dichos Servicios, que puedes consultar desde https://www.apple.com/legal/internet-services/itunes/ww/.

(b) Al inscribirse en iCloud, es posible acceder directamente desde el Software iOS a determinadas funciones de iCloud, como "Fototeca de iCloud", "Secuencia de fotos", "Compartir fotos de iCloud", "Guardar respaldo" o "Buscar mi iPhone". Tú comprendes y aceptas que el uso de iCloud y de estas funciones está sujeto a las condiciones más recientes del servicio iCloud, a las que puedes acceder desde: https://www.apple.com/legal/internet-services/icloud/ww/.

(c) Contenido de la apps News. Estás autorizado a utilizar el contenido accesible a través de la app News única y exclusivamente con fines de uso personal y no comercial. No se te concede ningún tipo de derecho sobre la propiedad del contenido y se excluye específicamente, sin ninguna limitación, cualquier derecho de uso comercial o de promoción sobre dicho contenido. Además, queda prohibido publicar, transmitir y reproducir cualquier imagen a la que se tenga acceso mediante News como archivo independiente.

(d) Mapas. El servicio de mapas y las funciones del Software iOS ("Mapas"), incluyendo la cobertura de datos del mapa, puede variar de una región a otra. Al usar cualquier función basada en la localización dentro de Mapas, como la navegación detallada, se podrían enviar a Apple algunos datos de tráfico y búsqueda, e información relacionada con la localización y el uso, incluyendo ubicaciones geográficas en tiempo real del Dispositivo iOS, con la finalidad de procesar tu solicitud y para ayudar a mejorar Mapas. Apple recopila los datos de localización y uso en una forma en la que no se te identifica personalmente. **Al usar Mapas, aceptas y autorizas la transmisión, recopilación, mantenimiento, procesamiento y uso de toda la información saliente por parte de Apple y sus subsidiarios y agentes con la finalidad de mejorar las funciones y el servicio de Mapas, y de otros productos y servicios de Apple.** Apple también puede proporcionar dicha información, ya sea de forma global o que no permita identificarte, a sus socios y licenciantes para ayudar a mejorar sus productos y servicios basados en mapas y ubicaciones. Puedes desactivar las funciones basadas en la localización de Mapas al desactivar la configuración de localización para Mapas desde la configuración Localización del Dispositivo iOS. Sin embargo, algunas funciones de Mapas, como la navegación detallada, no estarán disponibles si desactivas Localización.

(e) iBooks: Podcasts. Si eliges usar la función de sincronización de las apps iBooks y Podcasts para sincronizar tus marcadores, notas, colecciones, suscripciones a podcasts y datos a través de tu Dispositivo iOS y computadoras, aceptas que dichos datos serán enviados a Apple y almacenados en conjunto con el Apple ID que usaste para iBooks Store o iTunes Store con la finalidad de sincronizar dichos datos con tus otros dispositivos y computadoras que tengan autorización para acceder al contenido a través de ese Apple ID. Puedes desactivar la sincronización en cualquier momento desde

Configuración, al cambiar las opciones de sincronización para las apps iBooks y Podcasts, respectivamente.

(f) Reconoces que, al utilizar cualquiera de los Servicios, podrás encontrar contenido que podría ser considerado ofensivo, indecente o censurable y en el que podría identificarse la presencia de lenguaje explícito, y que los resultados de las búsquedas o la visualización de una URL concreta pueden generar automática e involuntariamente enlaces o referencias a material censurable. No obstante lo anterior, tú consientes en utilizar los Servicios bajo tu propia cuenta y riesgo, y aceptas que Apple, sus filiales, agentes, directores o licenciantes no serán responsables frente a ti del contenido que pueda considerarse ofensivo, indecente o censurable.

(g) Es posible que determinados Servicios muestren, incluyan o pongan a tu disposición contenidos, datos, información, aplicaciones o materiales de terceros (en adelante, "Materiales de terceros") o proporcionen enlaces a sitios web de terceros. Al utilizar los Servicios, reconoces y aceptas que Apple no es responsable de examinar o evaluar el contenido, la exactitud, la integridad, la vigencia, la validez, el cumplimiento de los derechos de autor, la legalidad, la decencia, la calidad o cualquier otro aspecto de dichos sitios web o Materiales de terceros. Apple, sus representantes, subsidiarios y filiales no garantizan, respaldan, asumen ni se responsabilizan, ni ante ti ni ante ninguna otra persona, de ninguno de los Servicios de terceros, Materiales de terceros o sitios web de terceros, ni de ningún otro material, producto o servicio de terceros. Los Materiales de terceros y los enlaces a otros sitios web se proporcionan exclusivamente para tu comodidad.

(h) Ni Apple ni ninguno de sus proveedores de contenido garantizan la disponibilidad, la exactitud, la integridad, la fiabilidad o la puntualidad de la información bursátil, de los datos de ubicación o de cualquier otro tipo de datos que muestren los Servicios.  Los datos financieros que se muestran en cualquiera de los Servicios están destinados a fines exclusivamente informativos, por lo que no deben considerarse una base fiable para realizar inversiones. Antes de realizar cualquier tipo de transacción de valores basada en la información obtenida a través de los Servicios, se te recomienda consultar a un asesor financiero profesional que esté legalmente capacitado para ofrecer asesoramiento financiero en tu país o región. Los datos de ubicación facilitados por cualquiera de los Servicios, incluido el servicio Mapas de Apple, se proporcionan únicamente con fines básicos de navegación y planificación, por lo que no deben considerarse como una fuente de información fiable en aquellas situaciones en las que se requiera información de ubicación precisa o en las que la obtención de información errónea, inexacta, diferida o incompleta pueda ocasionar muertes, lesiones personales graves o serios daños a la propiedad o al medio ambiente. Tú aceptas que los resultados que recibas del servicio Mapas podrían diferir de las condiciones actuales de la carretera o el terreno debido a factores que podrían afectar a la precisión de los datos de Mapas, como, sin limitarse a ellos, las condiciones meteorológicas, de la carretera y del tráfico, así como acontecimientos geopolíticos. Por tu seguridad, mientras hagas uso de la función de navegación, presta siempre atención a las señales de la carretera y a las condiciones actuales de la misma. Sigue prácticas de conducción seguras, cumple las normativas de tráfico y toma en cuenta que las indicaciones de las rutas a pie pueden no incluir aceras o pasos para peatones.

(i) El hecho de que cargues contenido mediante el uso de los Servicios se considerará un hecho inequívoco de tu manifestación de que cuentas con todos los derechos, o tienes autorización o cualquier otro permiso legal, para cargar dicho contenido, y que este no infringe ninguna condición aplicable a los Servicios. Reconoces que los Servicios incluyen contenido, información y material de carácter privado que son propiedad de Apple, del propietario del sitio o sus licenciantes, y están protegidos por la legislación aplicable sobre propiedad intelectual y por otras leyes, incluidas a título enunciativo y no limitativo, las leyes sobre derechos de autor. Te comprometes a usar dicho contenido, información o material de carácter privado exclusivamente según lo dispuesto en las condiciones de la presente Licencia de los Servicios, y nunca de un modo contrario a las condiciones de esta Licencia o de manera que se infrinja cualquier derecho de propiedad intelectual de terceros o de Apple. Ninguna

parte de los Servicios podrá ser reproducida en forma o modo alguno. Estás obligado a no modificar, ceder en renta, arrendamiento o préstamo, vender, distribuir o crear trabajos derivados de los Servicios en modo alguno, y no explotarás los Servicios de ningún modo no autorizado (por ejemplo, a título enunciativo y no limitativo, utilizando los Servicios para transmitir virus informáticos, gusanos, troyanos u otro software malicioso, o bien sobrepasando o sobrecargando la capacidad de la red). Además, te comprometes a no utilizar los Servicios en forma alguna que pueda hostigar, abusar, acechar, amenazar, difamar o bien infringir o vulnerar de otro modo los derechos de cualquier otra parte, y que Apple no será responsable de ningún modo de tal uso por tu parte ni del hostigamiento, abuso, acecho, amenaza o difamación, así como tampoco de los mensajes o transmisiones ofensivos, indebidos o ilegales que puedas recibir como resultado del uso de cualquiera de los Servicios.

(j) Por otro lado, los Servicios y los Materiales de terceros a los cuales pueda accederse o que puedan mostrarse o enlazarse a través del Dispositivo iOS no están disponibles en todos los idiomas ni en todos los países o regiones. Apple no formula declaración alguna relativa a la adecuación o disponibilidad de dichos Servicios o Materiales de terceros en una zona en particular. En la medida en la que decidas utilizar o acceder a dichos Servicios y Materiales de terceros, lo harás por tu propia iniciativa y asumirás la responsabilidad del cumplimiento de todas las leyes aplicables, incluidas a título enunciativo y no limitativo, las leyes locales aplicables y la legislación relativa a la privacidad y la recopilación de datos. Al compartir o sincronizar fotos mediante el Dispositivo iOS, podrían transmitirse metadatos (que incluyen el lugar y la fecha en la que se tomó la foto, así como información sobre la profundidad) junto con las fotos. El uso de los Servicios de Apple (tales como la fototeca de iCloud) para compartir o sincronizar tales fotos supone que Apple reciba y almacene dichos metadatos. Apple y sus licenciantes se reservan el derecho a modificar, suspender, retirar o bloquear el acceso a cualquiera de los Servicios en cualquier momento y sin previo aviso. Apple no será en ningún caso responsable de la eliminación o desactivación del acceso a tales Servicios. Asimismo, Apple puede imponer límites al uso o acceso a determinados Servicios, en cualquier caso y sin previo aviso ni responsabilidad.

**6. Expiración de la Licencia.** Esta Licencia permanecerá en vigor hasta que sea revocada o resuelta. Los derechos que te confiere esta Licencia expirarán o perderán su vigencia de forma automática sin el previo aviso de Apple si incumples cualquiera de las condiciones de la presente Licencia. Cuando ésta deje de estar en vigor, deberás dejar de utilizar el Software iOS.  Los apartados 4, 5, 6, 7, 8, 9, 12 y 13 de la presente Licencia sobrevivirán a la expiración de la Licencia.

**7. Exclusión de garantías.**
7.1. Si eres un consumidor particular (una persona que utiliza el Software iOS fuera de su oficio, negocio o profesión), es posible que dispongas de derechos legales en tu país de residencia que puedan impedir que las siguientes limitaciones te sean aplicables, en cuyo caso no serán de aplicación para ti. Para obtener más información acerca de tus derechos, no dudes en ponerte en contacto con el organismo de atención al consumidor de tu zona.

7.2. RECONOCES Y ACEPTAS DE FORMA EXPRESA QUE, EN LA MEDIDA EN QUE LO PERMITA LA LEY VIGENTE, EL USO DEL SOFTWARE iOS Y DE LOS SERVICIOS REALIZADOS POR EL SOFTWARE O A LOS QUE SE ACCEDA A TRAVÉS DEL SOFTWARE iOS SE REALIZA A TU ENTERO RIESGO, Y QUE ASUMES TOTALMENTE EL RIESGO RELATIVO A LA CALIDAD SATISFACTORIA, EL RENDIMIENTO, LA EXACTITUD Y EL ESFUERZO.

7.3. DENTRO DE LOS LÍMITES PERMITIDOS POR LA LEY VIGENTE, EL SOFTWARE iOS Y LOS SERVICIOS SE SUMINISTRAN "TAL Y COMO SE PRESENTAN" Y "SEGÚN DISPONIBILIDAD", CON TODOS SUS POSIBLES DEFECTOS Y SIN GARANTÍAS DE NINGÚN TIPO, Y APPLE Y LOS LICENCIANTES DE APPLE (DENOMINADOS DE FORMA CONJUNTA "APPLE" A LOS EFECTOS DE LAS SECCIONES 7 Y 8) EXCLUYEN TODAS LAS GARANTÍAS Y CONDICIONES RELATIVAS AL SOFTWARE iOS Y A LOS SERVICIOS, YA SEAN EXPRESAS, IMPLÍCITAS O LEGALES, INCLUIDAS,

CON CARÁCTER MERAMENTE ENUNCIATIVO Y NO LIMITATIVO, LAS GARANTÍAS Y/O CONDICIONES DE COMERCIABILIDAD, DE CALIDAD SATISFACTORIA, DE IDONEIDAD PARA UN FIN DETERMINADO, DE EXACTITUD, DE DISFRUTE Y DE NO INFRACCIÓN DE DERECHOS DE TERCEROS.

7.4. APPLE NO GARANTIZA, SIN PERJUICIO DEL USO Y DISFRUTE QUE HAGAS DEL SOFTWARE iOS Y DE LOS SERVICIOS, QUE LAS FUNCIONES CONTENIDAS EN EL SOFTWARE iOS Y EN LOS SERVICIOS REALIZADOS O PROPORCIONADOS POR DICHO SOFTWARE SATISFAGAN TUS NECESIDADES, QUE EL SOFTWARE iOS Y LOS SERVICIOS FUNCIONEN ININTERRUMPIDAMENTE O SIN ERRORES, QUE TODOS LOS SERVICIOS SIGAN ESTANDO DISPONIBLES, QUE LOS DEFECTOS DEL SOFTWARE iOS O DE LOS SERVICIOS SERÁN CORREGIDOS, NI QUE EL SOFTWARE iOS SEA COMPATIBLE O FUNCIONE CON CUALQUIER SOFTWARE, APLICACIÓN O SERVICIO DE TERCEROS. LA INSTALACIÓN DE ESTE SOFTWARE iOS PUEDE AFECTAR A LA DISPONIBILIDAD Y FUNCIONALIDAD DEL SOFTWARE, LAS APLICACIONES O LOS SERVICIOS DE TERCEROS, ASÍ COMO A LOS PRODUCTOS Y SERVICIOS DE APPLE.

7.5. RECONOCES ADEMÁS QUE EL SOFTWARE iOS Y LOS SERVICIOS NO ESTÁN DESTINADOS NI SON ADECUADOS PARA SER UTILIZADOS EN SITUACIONES O ENTORNOS EN LOS QUE FALLOS, RETRASOS, ERRORES O IMPRECISIONES EN EL CONTENIDO, LOS DATOS O LA INFORMACIÓN PROPORCIONADOS POR EL SOFTWARE iOS O LOS SERVICIOS PUDIERAN CONLLEVAR MUERTE, DAÑOS PERSONALES, LESIONES FÍSICAS GRAVES, O DAÑOS IMPORTANTES AL MEDIO AMBIENTE, INCLUIDOS, A TÍTULO ENUNCIATIVO Y NO LIMITATIVO, ACTIVIDADES DE PLANTAS NUCLEARES, NAVEGACIÓN AÉREA, SISTEMAS DE COMUNICACIÓN, MÁQUINAS PARA EL CONTROL DEL TRÁFICO AÉREO, INSTALACIONES HOSPITALARIAS O EQUIPOS ARMAMENTÍSTICOS.

7.6. NINGUNA INFORMACIÓN O ASESORAMIENTO ESCRITO O VERBAL FACILITADOS POR APPLE O POR UN REPRESENTANTE AUTORIZADO DE APPLE CONSTITUIRÁN GARANTÍA ALGUNA. EN EL SUPUESTO DE QUE EL SOFTWARE iOS O LOS SERVICIOS RESULTARAN SER DEFECTUOSOS, ASUMIRÁS EL COSTO ÍNTEGRO DE TODOS LOS SERVICIOS, REPARACIONES Y CORRECCIONES NECESARIOS. HABIDA CUENTA DE QUE LA NORMATIVA VIGENTE NO PERMITE EN ALGUNOS PAÍSES LA EXCLUSIÓN DE GARANTÍAS IMPLÍCITAS O LIMITACIONES A LOS DERECHOS LEGALMENTE PREVISTOS DEL CONSUMIDOR, LA EXCLUSIÓN Y LAS LIMITACIONES ANTERIORES PUEDEN NO SER DE APLICACIÓN EN TU CASO.

**8. Límite de responsabilidad.** APPLE, SUS FILIARES, AGENTES O DIRECTORES NO SERÁN RESPONSABLES EN NINGÚN CASO, DENTRO DE LOS LÍMITES LEGALES APLICABLES, DE LOS DAÑOS PERSONALES O DEL LUCRO CESANTE O DAÑO EMERGENTE, NI DE LOS DAÑOS ESPECIALES, DIRECTOS O INDIRECTOS, INCLUIDOS, A TÍTULO ENUNCIATIVO Y NO LIMITATIVO, LOS DAÑOS POR LUCRO CESANTE, POR EL DAÑO O LA PÉRDIDA DE DATOS, POR LA IMPOSIBILIDAD DE TRANSMITIR O RECIBIR DATOS (INCLUIDOS, A TÍTULO ENUNCIATIVO Y NO LIMITATIVO, LOS MATERIALES, TAREAS E INSTRUCCIONES DE CURSOS), O POR LA INTERRUPCIÓN DE LA ACTIVIDAD EMPRESARIAL, O BIEN DE CUALQUIER OTRO TIPO DE DAÑOS O PÉRDIDAS COMERCIALES, RESULTANTES O RELACIONADOS CON EL USO O EL MAL USO DEL SOFTWARE iOS Y DE LOS SERVICIOS, ASÍ COMO DE CUALQUIER SOFTWARE O APLICACIÓN DE TERCEROS QUE SE UTILICEN JUNTO CON EL SOFTWARE iOS O LOS SERVICIOS, COMO QUIERA QUE HAYA SIDO CAUSADO E INDEPENDIENTEMENTE DE LA TEORÍA DE LA RESPONSABILIDAD CIVIL (RESPONSABILIDAD CONTRACTUAL O EXTRACONTRACTUAL, U OTROS) E INCLUSO SI SE INFORMÓ A APPLE DE LA POSIBILIDAD DE TALES DAÑOS. ALGUNOS PAÍSES NO PERMITEN LA EXCLUSIÓN O LIMITACIÓN DE LA RESPONSABILIDAD POR DAÑOS PERSONALES, DEL LUCRO CESANTE O DAÑO EMERGENTE, DIRECTO O INDIRECTO, POR LO CUAL PUEDE QUE ESTA LIMITACIÓN NO SEA DE APLICACIÓN EN TU CASO. La responsabilidad total de Apple por daños y perjuicios (distintos de los exigidos por la ley vigente en los casos en los que los daños personales estén

relacionados) no excederá, en ningún caso, de la cantidad de doscientos cincuenta dólares estadounidenses (250 USD). Las limitaciones anteriormente mencionadas serán vigentes incluso si la citada reparación incumple su objetivo esencial.

**9. Certificados digitales.** El Software iOS incorpora funciones que te permiten aceptar certificados digitales emitidos tanto por Apple como por terceros. TÚ ERES EL ÚNICO RESPONSABLE DE LA DECISIÓN DE CONFIAR O NO EN UN CERTIFICADO TANTO SI HA SIDO EMITIDO POR APPLE COMO POR UN TERCERO. EL USO QUE HAGAS DE LOS CERTIFICADOS DIGITALES SERÁ BAJO TU PROPIA CUENTA Y RIESGO. DENTRO DE LOS LÍMITES PERMITIDOS POR LA LEY VIGENTE, APPLE NO OFRECE NINGUNA GARANTÍA NI DECLARACIÓN, EXPLÍCITA O IMPLÍCITA, RELATIVA A LA COMERCIABILIDAD O IDONEIDAD PARA UN FIN CONCRETO, LA EXACTITUD, LA SEGURIDAD O EL NO INCUMPLIMIENTO DE LOS DERECHOS DE TERCEROS CON RESPECTO A LOS CERTIFICADOS DIGITALES.

**10. Control de las exportaciones.** No podrás utilizar, ni tampoco exportar o reexportar, el Software iOS excepto en la forma permitida por la legislación de Estados Unidos y del país en el cual se obtuvo el Software iOS. En particular, a título enunciativo y no limitativo, el Software iOS no podrá ser exportado o reexportado a: (a) ningún país que esté siendo objeto de embargo por parte de Estados Unidos, o (b) nadie que figure en la lista de ciudadanos especialmente designados del Departamento del Tesoro de Estados Unidos o en la tabla de personas o entidades denegadas del Departamento de Comercio de Estados Unidos, o cualquier otra lista de partes restringidas. El uso por tu parte del Software iOS se considerará un hecho inequívoco de tu manifestación y garantía de no residir en ninguno de estos países ni de figurar en ninguna de las listas mencionadas. Asimismo, te comprometes a no usar el Software iOS con ninguna finalidad prohibida por la legislación estadounidense, incluidos, a título enunciativo y no limitativo, el desarrollo, el diseño, la fabricación o la producción de misiles o armas nucleares, químicas o biológicas.

**11. La Administración como usuario final.** El Software iOS y la documentación relacionada se consideran "artículos comerciales" según la definición del término en la sección 48 C.F.R. §2.101 del Código de Normas Federales de Estados Unidos, y constituyen "software informático para uso comercial" y "documentación de software informático para uso comercial", conforme a la definición de estos términos en las secciones 48 C.F.R. §12.212 y 48 C.F.R. §227.7202, según proceda. En virtud de las secciones 48 C.F.R. §12.212 y 48 C.F.R. §227.7202-1 a 227.7202-4 del mencionado Código, según proceda, el software informático para uso comercial y la documentación del software informático para uso comercial se distribuyen y conceden bajo licencia a los usuarios finales de la Administración de Estados Unidos únicamente a los efectos de: (a) artículos comerciales y (b) con los derechos concedidos a todos los demás usuarios de acuerdo con las condiciones estipuladas en el presente contrato. Se hace reserva de los derechos no publicados de conformidad con las leyes de copyright de Estados Unidos.

**12. Ley aplicable e independencia de las estipulaciones.** Esta Licencia se regirá e interpretará según las leyes del estado de California, con la exclusión de sus principios de conflicto de derecho. La presente Licencia no estará regida por la convención de las Naciones Unidas sobre contratos para la venta internacional de mercancías, cuya aplicación se excluye expresamente. Si eres un consumidor afincado en la Reino Unido, esta Licencia se regirá por las leyes de la jurisdicción de tu lugar de residencia.  Si, por cualquier razón, un tribunal competente declarara no exigible o ineficaz cualquier disposición de la presente Licencia o de parte de la misma, el resto de la presente Licencia conservará plena vigencia y efecto.

**13. Contrato íntegro; idioma aplicable.** La presente Licencia constituye el acuerdo completo entre tú y Apple con respecto al Software iOS y sustituye a todos los acuerdos anteriores o actuales relativos a su objeto. La presente Licencia únicamente podrá ser modificada mediante acuerdo escrito firmado por

Apple. Las traducciones de esta Licencia se otorgan con el fin de satisfacer las demandas de los usuarios locales y, en el caso de que surgiera algún conflicto entre la versión en lengua inglesa y cualquiera de las versiones en el resto de idiomas, prevalecerá siempre la primera, en la medida en la que no se oponga a la legislación local de tu jurisdicción.

**14. Reconocimientos de terceros.** Puede que algunas partes del Software iOS utilicen o incluyan software de terceros y otros materiales sujetos a derechos de autor. Los reconocimientos, condiciones de licencia y limitaciones de responsabilidad correspondientes a dicho material están contenidos en la documentación electrónica del Software iOS, y el uso que hagas de dichos materiales está sujeto a sus correspondientes condiciones. El uso del servicio Google Safe Browsing está supeditado al cumplimiento de las condiciones de uso de Google (https://www.google.com/intl/es-419/policies/terms/) y a la política de privacidad de Google (https://www.google.com/intl/es-419/policies/privacy/).

**15. Uso de MPEG-4; aviso sobre H.264/AVC.**
(a) El Software iOS fue concedido bajo licencia de acuerdo con el contrato de licencia MPEG-4 Systems Patent Portfolio License (Licencia de cartera de patentes en sistemas MPEG-4) para la codificación de conformidad con el estándar MPEG-4 Systems, excepto en el caso de que para la codificación sea necesaria una licencia adicional y el pago de los derechos correspondientes relacionados con: (i) los datos almacenados o duplicados en un soporte físico por los cuales se realiza un pago título a título, o (ii) los datos por los cuales se realiza un pago título a título y que son transmitidos a un usuario final para su almacenamiento o uso permanente. Dicha licencia adicional puede obtenerse de MPEG LA, LLC. Consulta la página web http://www.mpegla.com para obtener más información.

(b) El Software iOS contiene funciones de codificación y decodificación de video MPEG-4. El Software iOS se licencia en virtud del contrato de licencia MPEG-4 Visual Patent Portfolio License (Licencia de cartera de patentes MPEG-4 Visual) para el uso personal con fines no comerciales por parte de un consumidor para (i) la codificación de video de conformidad con el estándar MPEG-4 Visual ("Video MPEG-4"), y/o (ii) la decodificación de video MPEG-4 que haya sido codificado por un consumidor que realice una actividad personal con fines no comerciales y/o se haya obtenido de un proveedor de video al cual se le haya concedido una licencia de MPEG LA para suministrar video MPEG-4. No se concederá licencia alguna para ningún otro uso, ni se interpretará de forma tácita ningún otro fin. Para obtener más información, incluida la relacionada con la concesión de licencias y los usos promocionales, internos y comerciales, consulta la página web de MPEG LA, LLC  en la dirección http://www.mpegla.com.

(c) El Software iOS contiene funciones de codificación y decodificación AVC. El uso comercial de la tecnología H.264/AVC requerirá la concesión de una licencia adicional y se aplicará la siguiente disposición: POR LA PRESENTE SE CONCEDE A LOS CONSUMIDORES UNA LICENCIA DE USO DE LA FUNCIONALIDAD AVC DEL SOFTWARE iOS ÚNICAMENTE CON FINES PERSONALES Y NO COMERCIALES, PARA: (i) CODIFICAR VIDEO DE CONFORMIDAD CON EL FORMATO ESTÁNDAR AVC ("VIDEO AVC"), Y/O (ii) DECODIFICAR VIDEO AVC QUE HAYA SIDO CODIFICADO POR UN CONSUMIDOR QUE REALICE UNA ACTIVIDAD PERSONAL CON FINES NO COMERCIALES Y/O VIDEO AVC QUE HAYA SIDO OBTENIDO DE UN PROVEEDOR DE VIDEO AL QUE SE LE HAYA CONCEDIDO UNA LICENCIA PARA SUMINISTRAR VIDEO AVC. PARA OBTENER INFORMACIÓN RELACIONADA CON OTROS USOS Y CON LA CONCESIÓN DE LICENCIAS, CONSULTA LA PÁGINA WEB DE MPEG LA L.L.C. EN LA DIRECCIÓN: http://www.mpegla.com.

**16. Restricciones del servicio de búsqueda Yahoo.** Se concede una licencia de uso del servicio de búsqueda Yahoo disponible a través de Safari únicamente en los siguientes países y regiones: Alemania, Argentina, Aruba, Australia, Austria, Bahamas, Barbados, Bélgica, Bermudas, Brasil, Bulgaria, Canadá, Chile, China, Chipre, Colombia, Corea del Sur, Dinamarca, Ecuador, El Salvador, Eslovaquia, Eslovenia, España, Estados Unidos, Filipinas, Finlandia, Francia, Granada, Grecia, Guatemala, Hong Kong, Hungría, India, Indonesia, Irlanda, Islandia, Islas Caimán, Italia, Jamaica, Japón, Letonia, Lituania,

Luxemburgo, Malasia, Malta, México, Nicaragua, Noruega, Nueva Zelanda, Países Bajos, Panamá, Perú, Polonia, Portugal, Puerto Rico, Reino Unido, República Checa, República Dominicana, Rumanía, Santa Lucía, San Vicente, Singapur, Suecia, Suiza, Tailandia, Taiwán, Trinidad y Tobago, Turquía, Uruguay y Venezuela.

**17. Aviso de Microsoft Exchange.** La configuración de correo de Microsoft Exchange del Software iOS se concede bajo licencia únicamente para la sincronización remota de información, como correo electrónico, contactos, calendario y tareas, entre tu Dispositivo iOS y Microsoft Exchange Server u otro software de servidor licenciado por Microsoft para implementar el protocolo ActiveSync de Microsoft Exchange.

EA1520
22/09/2017

— — — — — — — — — — —
**Condiciones complementarias de Apple Pay**

Estas condiciones complementarias de Apple Pay (estas "Condiciones complementarias") son un complemento del Contrato de licencia del Software iOS (la "Licencia"); el uso de la función Apple Pay, el cual se considerará como un "Servicio" para efectos de esta Licencia, se rige tanto por las condiciones de la Licencia como por estas Condiciones complementarias. Los términos con mayúscula inicial que se utilizan en estas Condiciones complementarias tienen el significado establecido en la Licencia.

**1.     Visión general y Restricciones de uso**

Apple Pay te permite:

- almacenar representaciones virtuales de las tarjetas de crédito, débito y prepago, incluidas tarjetas de crédito, débito y prepago de tiendas y la tarjeta Apple Pay Cash que admitan la función Apple Pay ("Tarjetas de pago admitidas") y utilizar los Dispositivos iOS compatibles para realizar pagos sin contacto en lugares seleccionados o en aplicaciones o sitios web;
- usar tarjetas de recompensa y tarjetas de regalo que tengas guardadas en Wallet, ("Tarjetas compatibles con Apple Pay", y en conjunto con las Tarjetas de pago admitidas, "Tarjetas admitidas"), para realizar transacciones con una tarjeta de recompensa y de regalo sin contacto en tiendas selectas como parte del tipo de pago sin contacto de Apple Pay; y
- enviar pagos privados (de persona a persona) a otros usuarios de Apple Pay.

Puede que las funciones de Apple Pay del Software iOS sólo estén disponibles en determinadas regiones, con determinados emisores de tarjetas, instituciones financieras y comercios. Las funciones pueden variar según la región, el emisor y el comercio.

Para usar Apple Pay, debes contar con Tarjetas admitidas, las cuales pueden variar en cualquier momento. Asimismo, para poder enviar y recibir pagos privados (de persona a persona), debes contar con una tarjeta Apple Pay Cash.

Las Tarjetas de pago admitidas y pagos privados están asociados al Apple ID con el cual iniciaste sesión en iCloud para utilizar estas funciones. Las Tarjetas admitidas están disponibles sólo para personas mayores de 13 años y pueden estar sujetas a restricciones de edad adicionales impuestas por iCloud o la Tarjeta admitida que se intenta agregar. La tarjeta Apple Pay Card y la funcionalidad para enviar y recibir pagos privados están disponibles sólo para personas con al menos 18 años de edad.

Apple Pay se ha diseñado exclusivamente para el uso personal y sólo te permite agregar tus propias Tarjetas admitidas. Si te dispones a agregar una tarjeta corporativa admitida, se asumirá que lo haces

con la autorización de tu empresa y que estás autorizado para vincular a la empresa a estas condiciones de uso y a todas las transacciones que se vean afectadas por el uso de esta función. Al enviar un pago privado, de persona a persona, significa que lo haces con fines personales y no comerciales.

Aceptas no utilizar Apple Pay con fines ilegales o fraudulentos, ni con otros fines prohibidos por la Licencia y estas Condiciones complementarias. También te comprometes a utilizar Apple Pay de conformidad con las legislaciones y normativas aplicables. Aceptas no interrumpir ni interferir en el servicio de Apple Pay (incluido el acceso al servicio a través de cualquier medio automatizado), cualquiera de los servidores o redes conectados al servicio, o cualquiera de las políticas, requisitos o normativas de las redes conectadas al servicio (incluido el acceso no autorizado a datos o tráfico de estas, su uso o supervisión).

## 2.  Relación de Apple contigo

Apple Pay te permite crear una representación virtual de tus Tarjetas admitidas en el Dispositivo iOS compatible. No obstante, Apple no procesa los pagos ni otras transacciones de tarjetas que no son de pago (como reembolsos o acumulación de recompensas), recibe, mantiene o transfiere tus fondos, ni tiene ningún otro tipo de control sobre los pagos, devoluciones, reembolsos, recompensas, valores de prepago, descuentos u otra actividad comercial que pueda derivar del uso de esta función.

Las condiciones del contrato de la tarjeta de crédito que hayas firmado con el emisor de la tarjeta seguirán siendo aplicables a las Tarjetas admitidas y a su uso en relación con Apple Pay. De igual manera, tu participación en cualquier programa de recompensas comerciales o de tarjetas de regalo, y el uso que hagas de las Tarjetas de recompensa compatibles con Apple Pay en conjunto con Apple Pay estará sujeto a dichos términos y condiciones de comercio.

La tarjeta de Apple Pay Cash y la habilidad de enviar y recibir pagos privados están disponibles sólo en EE. UU. Dichos servicios son proporcionados por Green Dot Bank, institución miembro de la FDIC. Al activar estas funciones dentro de Apple Pay, estas abriendo una cuenta con Green Dot Bank. Al enviar y recibir un pago privado o cargar o retirar dinero de tu tarjeta Apple Pay Cash, Green Dot Bank será responsable de recibir y enviar tu dinero al destinatario deseado. La institución financiera responsable responsable de ofrecer Apple Pay Cash y pagos privados en Apple Pay puede cambiar, y tu uso de dichas funciones está sujeto a sus términos y condiciones.

Ninguna de las disposiciones de la Licencia o estas Condiciones complementarias modifica las condiciones de cualquier contrato de tarjeta de crédito o comercio. Además, dichos términos seguirán rigiendo el uso de la Tarjeta admitida y la representación virtual disponible en tu Dispositivo iOS. Aceptas que Apple no es una parte de tus contratos con el emisor de la tarjeta ni el comercio, ni es el responsable del (a) contenido, la precisión o la no disponibilidad de cualquier tarjeta de pago, tarjetas de recompensa, tarjetas de regalo, actividad comercial, transacción o compra que tengan lugar durante el uso de la función Apple Pay; (b) la emisión de crédito o la evaluación de la idoneidad para recibir crédito; (c) la acumulación o reembolso de recompensas o prepago bajo el programa del comercio; (d) el depósito de fondos o recarga de tarjetas de prepago; (e) el envío o recepción de pagos privados; o (f) la carga, canjeo o retiro de dinero de tu tarjeta Apple Pay Card.

En el caso de que surgiese algún conflicto o duda relacionado con las tarjetas de pago, tarjetas de recompensa, tarjetas de regalo o la actividad comercial asociada, ponte en contacto con el emisor o el comercio correspondiente. Para obtener información sobre la tarjeta Apple Pay Card o pagos privados, ponte en contacto con Soporte de Apple.

## 3.  Privacidad

Apple Pay requiere cierta información sobre tu dispositivo iOS para poder ofrecerte todas las características. Además, al usar tu tarjeta Apple Pay Cash o al enviar o recibir pagos privados, se puede recopilar y almacenar información adicional sobre tus transacciones para manejar tu cuenta, para evitar el fraude y cumplir con otros requisitos. Puedes encontrar más información sobre los datos recopilados, usados o compartidos como parte de tu uso de Apple Pay, Apple Pay Card o pagos privados con Apple Pay leyendo la sección Acerca de Apple Pay y la privacidad (a la cual puedes acceder desde Wallet y Apple Pay en tu dispositivo iOS, o en la app Watch en un Dispositivo iOS enlazado) o visitando https://www.apple.com/la/privacy/. Al usar estas funciones, aceptas y autorizas la transmisión, recopilación, mantenimiento, procesamiento y uso de toda la información anterior por parte de Apple y sus subsidiarios y agentes con la finalidad de proporcionar las funciones de Apple Pay.

**4.    Seguridad; Dispositivos perdidos o desactivados**

Apple Pay almacena representaciones virtuales de tus Tarjetas admitidas que deberían protegerse del mismo modo que el efectivo y las tarjetas de crédito, débito, prepago recompensas o de regalo físicas. Si proporcionas el código de tu dispositivo a un tercero o si permites que un tercero agregue su huella digital para utilizar Touch ID o active Face ID, este podría realizar, solicitar o recibir pagos privados, retirar dinero de tu tarjeta Apple Pay Cash, o recibir o canjear recompensas o crédito usando Apple Pay en tu dispositivo. Tú eres el único responsable de garantizar la seguridad de tu dispositivo y tu código. Aceptas que Apple no tiene ninguna responsabilidad si pierdes el dispositivo o compartes el acceso a éste. Aceptas que Apple no tiene ninguna responsabilidad si realizas modificaciones no autorizadas en iOS (por ejemplo, si liberas el dispositivo).

Es probable que sea necesario activar medidas de seguridad adicionales, como la autenticación de dos factores de tu Apple ID, a fin de poder acceder a funciones determinadas de Apple Pay, incluyendo la tarjeta Apple Pay Cash y pagos privados con Apple Pay. Si posteriormente desactivas dichas funciones de seguridad, es probable que no puedas seguir accediendo a tales funciones de Apple Pay.

Si pierdes tu dispositivo o te lo roban y tienes activada la función "Buscar mi iPhone", puedes utilizarla para intentar suspender la función de pagar con Tarjetas de pago admitidas virtuales en el dispositivo al poner el dispositivo en modo perdido. También puedes borrar el dispositivo, lo que intentaría suspender la función de pagar con las Tarjetas de pago admitidas virtuales que hay en el dispositivo y también intentará eliminar las Tarjetas compatibles con Apple Pay. También deberías ponerte en contacto con el emisor de tus Tarjetas de pago admitidas, o el comercio que emitió las Tarjetas compatibles con Apple Pay, y a Apple en caso de tu tarjeta Apple Pay Cash, para evitar el acceso no autorizado a tus Tarjetas admitidas.

Si reportas alguna actividad fraudulenta o abusiva, o Apple sospecha de su existencia, aceptas colaborar con Apple durante la investigación y poner en marcha las medidas de prevención del fraude que se te indiquen.

**5.    Límite de responsabilidad**

ADEMÁS DE LAS EXCLUSIONES DE GARANTÍA Y EL LÍMITE DE RESPONSABILIDAD ESTABLECIDOS EN LA LICENCIA, APPLE NO ASUME NINGÚN TIPO DE RESPONSABILIDAD CON RESPECTO A LAS COMPRAS, PAGOS, TRANSACCIONES U OTRA ACTIVIDAD COMERCIAL REALIZADAS CON LA FUNCIÓN APPLE PAY, Y ACEPTAS RECURRIR EXCLUSIVAMENTE A LOS CONTRATOS QUE PUEDAS TENER CON EL EMISOR DE LA TARJETA, LA RED DE PAGOS, INSTITUCIONES FINANCIERAS O COMERCIANTES PARA RESOLVER LAS POSIBLES DUDAS O CONFLICTOS RELATIVOS A LAS TARJETAS ADMITIDAS, PAGOS PRIVADOS Y LA ACTIVIDAD COMERCIAL ASOCIADA.

— — — — — — — — — — —

**AVISOS DE APPLE**
Si Apple necesita ponerse en contacto contigo en relación a tu producto o cuenta, accedes a recibir los avisos pertinentes por correo electrónico. Convienes en que todos los avisos de este tipo que te enviemos electrónicamente satisfarán cualquier requisito de comunicación legal.