# Exhibit G

**ENGLISH**

**IMPORTANT: BY USING YOUR iPHONE, iPAD OR iPOD TOUCH ("DEVICE"), YOU ARE AGREEING TO BE BOUND BY THE FOLLOWING TERMS:**

**A.    APPLE iOS AND iPadOS SOFTWARE LICENSE AGREEMENT**
**B.    APPLE PAY SUPPLEMENTAL TERMS**
**C.    NOTICES FROM APPLE**

**APPLE INC**
**iOS AND iPadOS SOFTWARE LICENSE AGREEMENT**
**Single Use License**

**PLEASE READ THIS SOFTWARE LICENSE AGREEMENT ("LICENSE") CAREFULLY BEFORE USING YOUR DEVICE OR DOWNLOADING THE SOFTWARE UPDATE ACCOMPANYING THIS LICENSE. BY USING YOUR DEVICE OR DOWNLOADING A SOFTWARE UPDATE, AS APPLICABLE, YOU ARE AGREEING TO BE BOUND BY THE TERMS OF THIS LICENSE. IF YOU DO NOT AGREE TO THE TERMS OF THIS LICENSE, DO NOT USE THE DEVICE OR DOWNLOAD THE SOFTWARE UPDATE**

**IF YOU HAVE RECENTLY PURCHASED A DEVICE AND YOU DO NOT AGREE TO THE TERMS OF THE LICENSE, YOU MAY RETURN THE DEVICE WITHIN THE RETURN PERIOD TO THE APPLE STORE OR AUTHORIZED DISTRIBUTOR WHERE YOU OBTAINED IT FOR A REFUND, SUBJECT TO APPLE'S RETURN POLICY FOUND AT https://www.apple.com/legal/sales-support/.**

**1. General**
(a) The software (including Boot ROM code, embedded software and third party software), documentation, interfaces, content, fonts and any data that came with your Device ("Original Apple Software"), as may be updated or replaced by feature enhancements, software updates, security responses, system files, or system restore software provided by Apple for your Device or supported peripheral device ("Apple Software Changes"), whether in read only memory, on any other media or in any other form (the Original Apple Software and Apple Software Changes are collectively referred to as the "Apple Software") are licensed, not sold, to you by Apple Inc. ("Apple") for use only under the terms of this License. Apple and its licensors retain ownership of the Apple Software itself and reserve all rights not expressly granted to you. You agree that the terms of this License will apply to any Apple-branded app that may be built-in on your Device, unless such app is accompanied by a separate license, in which case you agree that the terms of that license will govern your use of that app.

(b) Apple, at its discretion, may make available future Apple Software Changes. The Apple Software Changes, if any, may not necessarily include all existing software features or new features that Apple releases for newer or other models of Devices. The terms of this License will govern any Apple Software Changes provided by Apple, unless such Apple Software Change is accompanied by a separate license, in which case you agree that the terms of that license will govern.

(c) If you use the express setup feature to set up a new Device based on your existing Device, you agree that the terms of this License will govern your use of the Apple Software on your new Device, unless it is accompanied by a separate license, in which case you agree that the terms of that license will govern your use of that Apple Software. Your Device will periodically check with Apple for Apple Software Changes. If a change is available, the change may automatically download and install onto your Device and, if applicable, your peripheral devices. **By using the Apple Software, you agree that Apple may download and install automatic Apple Software Changes onto your Device and your peripheral devices.** You can turn off automatic installation of operating system updates and Rapid Security Responses at any time by adjusting the Automatic Updates settings found within Settings > General >

Software Update. Some system files (including, without limitation, updated fonts, language models, voice assets, and firmware for peripherals) may continue to be automatically installed such as when you turn on or use certain features and peripherals, or to address legal, regulatory, public safety, or technical considerations.

**2. Permitted License Uses and Restrictions.**
(a) Subject to the terms and conditions of this License, you are granted a limited non-exclusive license to use the Apple Software on a single Apple-branded Device. Except as permitted in Section 2(b) below, and unless as provided in a separate agreement between you and Apple, this License does not allow the Apple Software to exist on more than one Apple-branded Device at a time, and you may not distribute or make the Apple Software available over a network where it could be used by multiple Devices at the same time. This License does not grant you any rights to use Apple proprietary interfaces and other intellectual property in the design, development, manufacture, licensing or distribution of third party devices and accessories, or third party software applications, for use with Devices. Some of those rights are available under separate licenses from Apple. For more information on developing third party devices and accessories for Devices, please visit https://developer.apple.com/programs/mfi/. For more information on developing software applications for Devices, please visit https://developer.apple.com.

(b) Subject to the terms and conditions of this License, you are granted a limited non-exclusive license to download Apple Software Changes that may be made available by Apple for your model of the Device to update or restore the software on any such Device that you own or control. This License does not allow you to update or restore any Device that you do not control or own, and you may not distribute or make the Apple Software Changes available over a network where they could be used by multiple Devices or multiple computers at the same time. If you download an Apple Software Update to your computer, you may make one copy of the Apple Software Changes stored on your computer in machine-readable form for backup purposes only, provided that the backup copy must include all copyright or other proprietary notices contained on the original.

(c) To the extent that Apple has preinstalled Apple-branded apps from the App Store on your Device at the time of purchase ("Preinstalled Apps"), you will need to log into the App Store and associate these Preinstalled Apps with your App Store account in order to use them on your Device. When you associate a Preinstalled App with your App Store account, you will at the same time be automatically associating all other Preinstalled Apps on your Device. By choosing to associate the Preinstalled Apps with your App Store account, you agree that Apple may transmit, collect, maintain, process and use both the Apple ID used by your App Store account and a unique hardware identifier collected from your Device, as unique account identifiers for the purpose of verifying the eligibility of your request and providing you access to the Preinstalled Apps through the App Store. If you do not wish to use a Preinstalled App, you can delete it from your Device at any time.

(d) You may not, and you agree not to or enable others to, copy (except as expressly permitted by this License), decompile, reverse engineer, disassemble, attempt to derive the source code of, decrypt, modify, or create derivative works of the Apple Software or any services provided by the Apple Software or any part thereof (except as and only to the extent any foregoing restriction is prohibited by applicable law or by licensing terms governing use of open-source components that may be included with the Apple Software). You agree not to remove, obscure, or alter any proprietary notices (including trademark and copyright notices) that may be affixed to or contained within the Apple Software.

(e) The Apple Software may be used to reproduce materials so long as such use is limited to reproduction of non-copyrighted materials, materials in which you own the copyright, or materials you are authorized or legally permitted to reproduce. Notwithstanding the foregoing, you are prohibited from republishing, retransmitting or reproducing any images accessed through News or Maps as a stand-alone file. Title and intellectual property rights in and to any content displayed by, stored on or accessed

through your Device belong to the respective content owner. Such content may be protected by copyright or other intellectual property laws and treaties, and may be subject to terms of use of the third party providing such content. Except as otherwise provided herein, this License does not grant you any rights to use such content nor does it guarantee that such content will continue to be available to you.

(f) Subject to the terms and conditions of this License, you may: (i) use the Memoji characters included in or created with the Apple Software ("System Characters") (1) while running the Apple Software and (2) to create your own original content and projects for your personal, non-commercial use; and (ii) use the Live Captions automatically generated on-device in real time by the Apple Software ("Live Captions"), whether generated during a FaceTime call or otherwise, only for your personal, non-commercial use. No other use of the System Characters or Live Captions is permitted by this License, including but not limited to the use, reproduction, display, performance, recording, publishing or redistribution of any of the System Characters or Live Captions in a profit, non-profit, public sharing or commercial context.

(g) In order to complete certain app and/or website action shortcuts, the Apple Software may need to access certain third party software applications, services or websites on your Device. You expressly consent to such use to the extent necessary to complete the Shortcut with the Apple Software.

(h) You agree to use the Apple Software and the Services (as defined in Section 5 below) in compliance with all applicable laws, including local laws of the country or region in which you reside or in which you download or use the Apple Software and Services. Features of the Apple Software and the Services may not be available in all languages or regions, some features may vary by region, and some may be restricted or unavailable from your service provider. A Wi-Fi or cellular data connection is required for some features of the Apple Software and Services.

(i) Use of the App Store requires a unique user name and password combination, known as an Apple ID. An Apple ID is also required to access app updates and certain features of the Apple Software and Services.

(j) You acknowledge that many features, built-in apps, and Services of the Apple Software transmit data and could impact charges to your data plan, and that you are responsible for any such charges. You can view and control which applications are permitted to use cellular data and view an estimate of how much data such applications have consumed under Cellular Data Settings. In addition, Wi-Fi Assist will automatically switch to cellular when you have a poor Wi-Fi connection, which might result in more cellular data use and impact charges to your data plan.  Wi-Fi Assist is on by default, but can be disabled under Settings. For more information, please consult the User Guide for your Device.

(k) If you choose to allow automatic app updates, your Device will periodically check with Apple for updates to the apps on your Device and, if one is available, the update will automatically download and install onto your Device. You can turn off the automatic app updates altogether at any time by going to Settings, tap iTunes & App Store, and under Automatic Downloads, turn off Updates.

(l) Using your Device in some circumstances can distract you and may cause a dangerous situation (for example, avoid typing a text message while driving a car or using headphones while riding a bicycle). By using your Device you agree that you are responsible for observing rules that prohibit or restrict the use of mobile phones or headphones (for example, the requirement to use hands-free options for making calls when driving).

(m) Certain features of the Apple Software may attempt to provide assistance in safety-related situations, such as any safety-related detection feature and connecting you to emergency services (as available). Apple does not guarantee the availability, accuracy, completeness, reliability, or timeliness of such features. These features are not intended to be solely relied upon in situations where more

immediate or effective help is available and may be obtained. You agree to use these features at your sole risk and exercise independent judgment, and that Apple, its affiliates, agents, or principals shall have no liability to you for your use of these features and any resulting consequences to the maximum extent permitted by law.

(n) Your Device is not a medical device and should not be used as a substitute for professional medical judgment. It is not designed or intended for use in the diagnosis of disease or other conditions, or in the cure, mitigation, treatment, or prevention of any condition or disease. Please consult your healthcare provider prior to making any decisions related to your health.

**3. Transfer.** You may not rent, lease, lend, sell, redistribute, or sublicense the Apple Software. You may, however, make a one-time permanent transfer of all of your license rights to the Apple Software to another party in connection with the transfer of ownership of your Device, provided that: (a) the transfer must include your Device and all of the Apple Software, including all its component parts and this License; (b) you do not retain any copies of the Apple Software, full or partial, including copies stored on a computer or other storage device; and (c) the party receiving the Apple Software reads and agrees to accept the terms and conditions of this License.

**4. Consent to Use of Data.** When you use your Device, your phone number and certain unique identifiers for your Device are sent to Apple in order to allow others to reach you by your phone number when using various communication features of the Apple Software, such as iMessage and FaceTime. When you use iMessage, Apple may hold your messages in encrypted form for a limited period of time in order to ensure their delivery. You may turn off FaceTime or iMessage by going to the FaceTime or Messages settings on your Device. Certain features like Analytics, Location Services, Siri, and Dictation may require information from your Device to provide their respective functions. When you turn on or use these features, details will be provided regarding what information is sent to Apple and how the information may be used.  You can learn more by visiting https://www.apple.com/privacy/. At all times your information will be treated in accordance with Apple's Privacy Policy, which can be viewed at: https://www.apple.com/legal/privacy/.

**5. Services and Third Party Materials.**
(a) The Apple Software may enable access to Apple's iTunes Store, App Store, Apple Books, Game Center, iCloud, Maps, News, Fitness+ and other Apple and third party services and web sites (collectively and individually, "Services"). Use of these Services requires Internet access and use of certain Services may require an Apple ID, may require you to accept additional terms and may be subject to additional fees. By using this software in connection with an Apple ID, or other Apple Services, you agree to the applicable terms of service, such as the latest Apple Media Services Terms and Conditions for the country or region in which you access such Services, which you may access and review at https://www.apple.com/legal/internet-services/itunes/.

(b) If you sign up for iCloud, certain iCloud features like "iCloud Drive", "My Photo Stream", "Shared Albums" and "Find My" may be accessed directly from the Apple Software.  You acknowledge and agree that your use of iCloud and these features is subject to the latest terms and conditions of the iCloud service, which you may access and review at: https://www.apple.com/legal/internet-services/icloud/.

(c) News App Content. Your use of content accessed through the News application is limited solely to personal, noncommercial use, does not transfer any ownership interest to you in the content, and specifically excludes, without limitation, any commercial or promotional use rights in such content.

(d) Maps. The maps service and features of the Apple Software ("Maps"), including map data coverage, may vary by region. When you turn on or use Maps, details will be provided regarding what information is sent to Apple and how the information may be used. You acknowledge and agree that your use of

Maps is subject to the latest terms and conditions of the Maps service, which you may access and review on the Maps home card.

(e) You understand that by using any of the Services, you may encounter content that may be deemed offensive, indecent, or objectionable, which content may or may not be identified as having explicit language, and that the results of any search or entering of a particular URL may automatically and unintentionally generate links or references to objectionable material. Nevertheless, you agree to use the Services at your sole risk and that Apple, its affiliates, agents, principals, or licensors shall have no liability to you for content that may be found to be offensive, indecent, or objectionable.

(f) Certain Services may display, include or make available content, data, information, applications or materials from third parties ("Third Party Materials") or provide links to certain third party web sites. By using the Services, you acknowledge and agree that Apple is not responsible for examining or evaluating the content, accuracy, completeness, timeliness, validity, copyright compliance, legality, decency, quality or any other aspect of such Third Party Materials or web sites. Apple, its officers, affiliates and subsidiaries do not warrant or endorse and do not assume and will not have any liability or responsibility to you or any other person for any third-party Services, Third Party Materials or web sites, or for any other materials, products, or services of third parties. Third Party Materials and links to other web sites are provided solely as a convenience to you.

(g) Neither Apple nor any of its content providers guarantees the availability, accuracy, completeness, reliability, or timeliness of stock information, location data or any other data displayed by any Services. Financial information displayed by any Services is for general informational purposes only and should not be relied upon as investment advice. Before executing any securities transaction based upon information obtained through the Services, you should consult with a financial or securities professional who is legally qualified to give financial or securities advice in your country or region. Location data provided by any Services, including the Apple Maps service, is provided for basic navigational and planning purposes only and is not intended to be relied upon in situations where precise location information is needed or where erroneous, inaccurate, time-delayed or incomplete location data may lead to death, personal injury, or property or environmental damage. You agree that the results you receive from the Maps service may vary from actual road or terrain conditions due to factors that can affect the accuracy of the Maps data, such as, but not limited to, weather, road and traffic conditions, and geopolitical events. For your safety when using the navigation feature, always pay attention to posted road signs and current road conditions. Follow safe driving practices and traffic regulations, and note that cycling and walking directions may not include designated pathways.

(h) To the extent that you upload any content through the use of the Services, you represent that you own all rights in, or have authorization or are otherwise legally permitted to upload, such content and that such content does not violate any terms of service applicable to the Services. You agree that the Services contain proprietary content, information and material that is owned by Apple, the site owner or their licensors, and is protected by applicable intellectual property and other laws, including but not limited to copyright. You agree that you will not use such proprietary content, information or materials other than for permitted use of the Services or in any manner that is inconsistent with the terms of this License or that infringes any intellectual property rights of a third party or Apple. No portion of the Services may be reproduced in any form or by any means. You agree not to modify, rent, lease, loan, sell, distribute, or create derivative works based on the Services, in any manner, and you shall not exploit the Services in any unauthorized way whatsoever, including but not limited to, using the Services to transmit any computer viruses, worms, trojan horses or other malware, or by trespass or burdening network capacity. You further agree not to use the Services in any manner to harass, abuse, stalk, threaten, defame or otherwise infringe or violate the rights of any other party, and that Apple is not in any way responsible for any such use by you, nor for any harassing, threatening, defamatory, offensive, infringing or illegal messages or transmissions that you may receive as a result of using any of the

Services.

(i) In addition, such Services and Third Party Materials may not be available in all languages or in all countries or regions. Apple makes no representation that such Services and Third Party Materials are appropriate or available for use in any particular location. To the extent you choose to use or access such Services or Third Party Materials, you do so at your own initiative and are responsible for compliance with any applicable laws, including but not limited to applicable local laws and privacy and data collection laws. Sharing or syncing photos through your Device may cause metadata, including where and when the photo was taken, and depth information, to be transmitted with the photos. Use of Apple services (such as iCloud Photo Library) to share or sync such photos will involve Apple receiving and storing such metadata. Apple and its licensors reserve the right to change, suspend, remove, or disable access to any Services at any time without notice. In no event will Apple be liable for the removal of or disabling of access to any such Services. Apple may also impose limits on the use of or access to certain Services, in any case and without notice or liability.

**6. Termination.** This License is effective until terminated. Your rights under this License will terminate automatically or otherwise cease to be effective without notice from Apple if you fail to comply with any term(s) of this License. Upon the termination of this License, you shall cease all use of the Apple Software.  Sections 4, 5, 6, 7, 8, 9, 10, 12 and 13 of this License shall survive any such termination.

**7. Disclaimer of Warranties**
7.1    If you are a customer who is a consumer (someone who uses the Apple Software outside of your trade, business or profession), you may have legal rights in your country of residence which would prohibit the following limitations from applying to you, and where prohibited they will not apply to you. To find out more about rights, you should contact a local consumer advice organization.

7.2    YOU EXPRESSLY ACKNOWLEDGE AND AGREE THAT, TO THE EXTENT PERMITTED BY APPLICABLE LAW, USE OF THE APPLE SOFTWARE AND ANY SERVICES PERFORMED BY OR ACCESSED THROUGH THE APPLE SOFTWARE IS AT YOUR SOLE RISK AND THAT THE ENTIRE RISK AS TO SATISFACTORY QUALITY, PERFORMANCE, ACCURACY AND EFFORT IS WITH YOU.

7.3    TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE APPLE SOFTWARE AND SERVICES ARE PROVIDED "AS IS" AND "AS AVAILABLE", WITH ALL FAULTS AND WITHOUT WARRANTY OF ANY KIND, AND APPLE AND APPLE'S LICENSORS (COLLECTIVELY REFERRED TO AS "APPLE" FOR THE PURPOSES OF SECTIONS 7 AND 8) HEREBY DISCLAIM ALL WARRANTIES AND CONDITIONS WITH RESPECT TO THE APPLE SOFTWARE AND SERVICES, EITHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES AND/OR CONDITIONS OF MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, QUIET ENJOYMENT, AND NON-INFRINGEMENT OF THIRD PARTY RIGHTS.

7.4    APPLE DOES NOT WARRANT AGAINST INTERFERENCE WITH YOUR ENJOYMENT OF THE APPLE SOFTWARE AND SERVICES, THAT THE FUNCTIONS CONTAINED IN, OR SERVICES PERFORMED OR PROVIDED BY, THE APPLE SOFTWARE WILL MEET YOUR REQUIREMENTS, THAT THE OPERATION OF THE APPLE SOFTWARE AND SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE, THAT ANY SERVICES WILL CONTINUE TO BE MADE AVAILABLE, THAT DEFECTS IN THE APPLE SOFTWARE OR SERVICES WILL BE CORRECTED, OR THAT THE APPLE SOFTWARE WILL BE COMPATIBLE OR WORK WITH ANY THIRD PARTY SOFTWARE, APPLICATIONS OR THIRD PARTY SERVICES. INSTALLATION OF THIS APPLE SOFTWARE MAY AFFECT THE AVAILABILITY AND USABILITY OF THIRD PARTY SOFTWARE, APPLICATIONS OR THIRD PARTY SERVICES, AS WELL AS APPLE PRODUCTS AND SERVICES.

7.5    YOU FURTHER ACKNOWLEDGE THAT THE APPLE SOFTWARE AND SERVICES ARE NOT

INTENDED OR SUITABLE FOR USE IN SITUATIONS OR ENVIRONMENTS WHERE THE FAILURE OR
TIME DELAYS OF, OR ERRORS OR INACCURACIES IN THE CONTENT, DATA OR INFORMATION
PROVIDED BY THE APPLE SOFTWARE OR SERVICES COULD LEAD TO DEATH, PERSONAL INJURY,
OR SEVERE PHYSICAL OR ENVIRONMENTAL DAMAGE, INCLUDING WITHOUT LIMITATION THE
OPERATION OF NUCLEAR FACILITIES, AIRCRAFT NAVIGATION OR COMMUNICATION SYSTEMS, AIR
TRAFFIC CONTROL, LIFE SUPPORT OR WEAPONS SYSTEMS.

7.6    NO ORAL OR WRITTEN INFORMATION OR ADVICE GIVEN BY APPLE OR AN APPLE
AUTHORIZED REPRESENTATIVE SHALL CREATE A WARRANTY. SHOULD THE APPLE SOFTWARE OR
SERVICES PROVE DEFECTIVE, YOU ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING,
REPAIR OR CORRECTION. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED
WARRANTIES OR LIMITATIONS ON APPLICABLE STATUTORY RIGHTS OF A CONSUMER, SO THE
ABOVE EXCLUSION AND LIMITATIONS MAY NOT APPLY TO YOU.

**8. Limitation of Liability.** TO THE EXTENT NOT PROHIBITED BY APPLICABLE LAW, IN NO EVENT
SHALL APPLE, ITS AFFILIATES, AGENTS OR PRINCIPALS BE LIABLE FOR PERSONAL INJURY, OR
ANY INCIDENTAL, SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING,
WITHOUT LIMITATION, DAMAGES FOR LOSS OF PROFITS, CORRUPTION OR LOSS OF DATA,
FAILURE TO TRANSMIT OR RECEIVE ANY DATA (INCLUDING WITHOUT LIMITATION COURSE
INSTRUCTIONS, ASSIGNMENTS AND MATERIALS), BUSINESS INTERRUPTION OR ANY OTHER
COMMERCIAL DAMAGES OR LOSSES, ARISING OUT OF OR RELATED TO YOUR USE OR INABILITY
TO USE THE APPLE SOFTWARE AND SERVICES OR ANY THIRD PARTY SOFTWARE, APPLICATIONS
OR SERVICES IN CONJUNCTION WITH THE APPLE SOFTWARE OR SERVICES, HOWEVER CAUSED,
REGARDLESS OF THE THEORY OF LIABILITY (CONTRACT, TORT OR OTHERWISE) AND EVEN IF
APPLE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. SOME JURISDICTIONS DO
NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR PERSONAL INJURY, OR OF
INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THIS LIMITATION MAY NOT APPLY TO YOU. In no
event shall Apple's total liability to you for all damages (other than as may be required by applicable law
in cases involving personal injury) exceed the amount of two hundred and fifty dollars (U.S.$250.00). The
foregoing limitations will apply even if the above stated remedy fails of its essential purpose.
NOTWITHSTANDING ANY OTHER TERMS IN THIS LICENSE, IF THE CONSUMER CONTRACT ACT OF
JAPAN APPLIES, TERMS WHICH LIMIT APPLE'S LIABILITY FOR DAMAGES ARISING FROM BREACH
OF THE CONTRACT OR TORT COMMITTED BY APPLE SHALL NOT APPLY IF SUCH DAMAGE IS DUE
TO APPLE'S INTENTIONAL MISCONDUCT OR GROSS NEGLIGENCE.

**9. Digital Certificates.** The Apple Software contains functionality that allows it to accept digital
certificates either issued from Apple or from third parties. YOU ARE SOLELY RESPONSIBLE FOR
DECIDING WHETHER OR NOT TO RELY ON A CERTIFICATE WHETHER ISSUED BY APPLE OR A
THIRD PARTY. YOUR USE OF DIGITAL CERTIFICATES IS AT YOUR SOLE RISK. TO THE MAXIMUM
EXTENT PERMITTED BY APPLICABLE LAW, APPLE MAKES NO WARRANTIES OR
REPRESENTATIONS, EXPRESS OR IMPLIED, AS TO MERCHANTABILITY OR FITNESS FOR ANY
PARTICULAR PURPOSE, ACCURACY, SECURITY, OR NON-INFRINGEMENT OF THIRD PARTY RIGHTS
WITH RESPECT TO DIGITAL CERTIFICATES.

**10. Export Control.** You may not use or otherwise export or re-export the Apple Software except as
authorized by United States law and the laws of the jurisdiction(s) in which the Apple Software was
obtained. In particular, but without limitation, the Apple Software may not be exported or re-exported (a)
into any U.S. embargoed countries or (b) to anyone on the U.S. Treasury Department's list of Specially
Designated Nationals or the U.S. Department of Commerce Denied Person's List or Entity List or any
other restricted party lists. By using the Apple Software, you represent and warrant that you are not
located in any such country or on any such list. You also agree that you will not use the Apple Software
for any purposes prohibited by United States law, including, without limitation, the development, design,

manufacture or production of missiles, nuclear, chemical or biological weapons.

**11. Government End Users.** The Apple Software and related documentation are "Commercial Items", as that term is defined at 48 C.F.R. §2.101, consisting of "Commercial Computer Software" and "Commercial Computer Software Documentation", as such terms are used in 48 C.F.R. §12.212 or 48 C.F.R. §227.7202, as applicable. Consistent with 48 C.F.R. §12.212 or 48 C.F.R. §227.7202-1 through 227.7202-4, as applicable, the Commercial Computer Software and Commercial Computer Software Documentation are being licensed to U.S. Government end users (a) only as Commercial Items and (b) with only those rights as are granted to all other end users pursuant to the terms and conditions herein. Unpublished-rights reserved under the copyright laws of the United States.

**12. Controlling Law and Severability.** This License will be governed by and construed in accordance with the laws of the State of California, excluding its conflict of law principles. This License shall not be governed by the United Nations Convention on Contracts for the International Sale of Goods, the application of which is expressly excluded. If you are a consumer based in the United Kingdom, this License will be governed by the laws of the jurisdiction of your residence.  If for any reason a court of competent jurisdiction finds any provision, or portion thereof, to be unenforceable, the remainder of this License shall continue in full force and effect.

**13. Complete Agreement; Governing Language.** This License constitutes the entire agreement between you and Apple relating to the Apple Software and supersedes all prior or contemporaneous understandings regarding such subject matter. No amendment to or modification of this License will be binding unless in writing and signed by Apple. Any translation of this License is done for local requirements and in the event of a dispute between the English and any non-English versions, the English version of this License shall govern, to the extent not prohibited by local law in your jurisdiction.

**14. Third Party Acknowledgements.** Portions of the Apple Software may utilize or include third party software and other copyrighted material. Acknowledgements, licensing terms and disclaimers for such material are contained in the electronic documentation for the Apple Software, and your use of such material is governed by their respective terms. Use of the Google Safe Browsing Service is subject to the Google Terms of Service (https://www.google.com/intl/en/policies/terms/) and to Google's Privacy Policy (https://www.google.com/intl/en/policies/privacy/).

**15. Use of MPEG-4; H.264/AVC Notice**
(a) The Apple Software is licensed under the MPEG-4 Systems Patent Portfolio License for encoding in compliance with the MPEG-4 Systems Standard, except that an additional license and payment of royalties are necessary for encoding in connection with (i) data stored or replicated in physical media which is paid for on a title by title basis and/or (ii) data which is paid for on a title by title basis and is transmitted to an end user for permanent storage and/or use. Such additional license may be obtained from MPEG LA, LLC. See https://www.mpegla.com for additional details.

(b) The Apple Software contains MPEG-4 video encoding and/or decoding functionality. The Apple Software is licensed under the MPEG-4 Visual Patent Portfolio License for the personal and non-commercial use of a consumer for (i) encoding video in compliance with the MPEG-4 Visual Standard ("MPEG-4 Video") and/or (ii) decoding MPEG-4 video that was encoded by a consumer engaged in a personal and non-commercial activity and/or was obtained from a video provider licensed by MPEG LA to provide MPEG-4 video. No license is granted or shall be implied for any other use. Additional information including that relating to promotional, internal and commercial uses and licensing may be obtained from MPEG LA, LLC.  See https://www.mpegla.com.

(c) The Apple Software contains AVC encoding and/or decoding functionality, commercial use of H.264/AVC requires additional licensing and the following provision applies: THE AVC FUNCTIONALITY IN THE

APPLE SOFTWARE IS LICENSED HEREIN ONLY FOR THE PERSONAL AND NON-COMMERCIAL USE OF A CONSUMER TO (i) ENCODE VIDEO IN COMPLIANCE WITH THE AVC STANDARD ("AVC VIDEO") AND/OR (ii) DECODE AVC VIDEO THAT WAS ENCODED BY A CONSUMER ENGAGED IN A PERSONAL AND NON-COMMERCIAL ACTIVITY AND/OR AVC VIDEO THAT WAS OBTAINED FROM A VIDEO PROVIDER LICENSED TO PROVIDE AVC VIDEO. INFORMATION REGARDING OTHER USES AND LICENSES MAY BE OBTAINED FROM MPEG LA L.L.C. SEE https://www.mpegla.com.

**16. Yahoo Search Service Restrictions.** The Yahoo Search Service available through Safari is licensed for use only in the following countries and regions: Argentina, Aruba, Australia, Austria, Barbados, Belgium, Bermuda, Brazil, Bulgaria, Canada, Cayman Islands, Chile, China mainland, Hong Kong, Taiwan, Colombia, Cyprus, Czech Republic, Denmark, Dominican Republic, Ecuador, El Salvador, Finland, France, Germany, Greece, Grenada, Guatemala, Hungary, Iceland, India, Indonesia, Ireland, Italy, Jamaica, Japan, Latvia, Lithuania, Luxembourg, Malaysia, Malta, Mexico, Netherlands, New Zealand, Nicaragua, Norway, Panama, Peru, Philippines, Poland, Portugal, Puerto Rico, Romania, Singapore, Slovakia, Slovenia, South Korea, Spain, St. Lucia, St. Vincent, Sweden, Switzerland, Thailand, The Bahamas, Trinidad and Tobago, Turkey, UK, Uruguay, US and Venezuela.

**17. Microsoft Exchange Notice.** The Microsoft Exchange mail setting in the Apple Software is licensed only for over-the-air synchronization of information, such as email, contacts, calendar and tasks, between your Device and Microsoft Exchange Server or other server software licensed by Microsoft to implement the Microsoft Exchange ActiveSync protocol.

EA1806
7/8/2022

— — — — — — — — — —

**Apple Pay & Wallet Supplemental Terms and Conditions**

These Apple Pay & Wallet Supplemental Terms and Conditions (these "Supplemental Terms") supplement the Apple Software License Agreement (the "License"); both the terms of the License and these Supplemental Terms govern your use of the Apple Pay feature ("Apple Pay") and Apple Wallet application ("Wallet"), which shall be deemed a "Service" under the License. Capitalized terms used in these Supplemental Terms have the meanings set forth in the License.

**1. Overview**

**Apple Pay**

Apple Pay allows you to:

• make contactless payments using credit, debit, and prepaid cards, including Apple Card and the Apple Cash card, in select locations, or within select apps or websites; and
• send person to person payments to other Apple Cash users; and
• track orders and view detailed receipts.

Apple Pay and certain features of Apple Pay may only be available in select regions, with select card issuers, payment networks, merchants, and other third parties.

**Wallet**

Apple Wallet allows you to store virtual representations of credit, debit, and prepaid cards to be used with Apple Pay (collectively, "Apple Pay Cards"), as well as other types of cards, passes, and keys, including without limitation the following (collectively, "Wallet Passes", and together with Apple Pay

Cards, the "Supported Cards"):

- rewards cards;
- transit cards;
- tickets;
- membership passes;
- car keys;
- home keys;
- hospitality keys;
- corporate badges;
- student ID cards; and
- driver's license and state or government-issued identification cards ("ID Cards").

Wallet Passes may only be available in select regions and with select partners. ID Cards may only be available for residents of participating states and presentment may vary by state or location.

Supported Cards may change from time to time.

**2. Eligibility**

To use Apple Pay and Wallet, you must have (i) a supported Device running a version of operating software that supports the Services (latest version recommended and sometimes required), (ii) an Apple ID associated with an iCloud account that is in good standing with Apple, and (iii) Internet access (fees may apply). With the exception of Apple Cash Family and select e-money cards, Apple Pay Cards are only available to individuals aged 13 years or older, and may be subject to additional age-based restrictions imposed by iCloud or the relevant issuer, merchant, or other third party. Transit cards, e-money cards, ID Cards, corporate badges, and keys are only available on iOS Devices.

If you are a parent or legal guardian of an iCloud Family (an "Organizer"), you may invite Family members, including those under age 13 (or the equivalent minimum age in the applicable country), to provision and use eligible transit cards in Wallet. As the Organizer, you will be responsible for all payments, purchases, and transactions made using the transit card that has been enabled for Family members, including those initiated by the Family member. Eligibility for, and use of, transit cards in Wallet are subject to the terms and conditions of the relevant transit agency. Organizers are responsible for complying with such terms and conditions and assume all risk related to enabling transit passes with other Family members. When a Family member leaves or is removed from the Family, the Family member will no longer be able to reload the transit card and will only be able to transact on the card until such time as the card account balance is zero.

If you are the owner of a car key, you can share your car key with others aged 13 years or older so they can unlock, access, and/or drive your car.

Home keys can only be added or removed from Wallet by adding or removing locks in the Home app or adding or removing yourself from a home in the Home app. If you are the administrator of a home in the Home app, any existing home keys will automatically be shared with people whom you have invited and who join your Home.

Apple Card is only available in the United States and is issued by Goldman Sachs Bank USA, Salt Lake City Branch ("Apple Card Issuer"). With the exception of Apple Card Family, Apple Card is only available to individuals aged 18 years or older (or older depending on your state of residence).

The Apple Cash card and the ability to send and receive person to person payments are only available in the United States, and are services provided by Green Dot Bank, member FDIC. In order to send or

receive person to person payments in Apple Pay, you must have an Apple Cash card. With the exception of Apple Cash Family, the Apple Cash card and the ability to send and receive person to person payments are only available to individuals aged 18 years or older.

## 3. Use of the Services

Supported Cards and person to person payments are associated with the Apple ID that you have signed into iCloud to use these features. When you add or remove keys, corporate badges, rewards cards, tickets, and membership passes in Wallet, the change may appear on your other Apple devices where you are signed in with your Apple ID. You will only be able to associate one ID Card for each state issuing authority with each Apple ID.

Apple Pay and Wallet are intended for your personal use and you may only provision your own Supported Cards or those transit cards or car and home keys that you have been invited to provision from an Organizer or owner. If you are provisioning a supported corporate card, you represent that you are doing so with the authorization of your employer and you are authorized to bind your employer to these terms of use and all transactions effected by use of this feature. If you are sending or receiving a person to person payment, you represent that you are doing so for your own personal, non-commercial use. If you are provisioning an ID Card, you represent that you are doing so using your own personal information that accurately and truthfully represents you.

You agree not to use Apple Pay or Wallet for illegal or fraudulent purposes, or any other purposes which are prohibited by the License and these Supplemental Terms. You further agree to use Apple Pay and Wallet in accordance with applicable laws and regulations. You acknowledge that any false information submitted in connection with an ID Card may be a criminal offense under federal or state law. You agree not to interfere with or disrupt the Apple Pay or Wallet service (including accessing the service through any automated means), or any servers or networks connected to the service, or any policies, requirements, or regulations of networks connected to the service (including any unauthorized access to, use, or monitoring of data or traffic thereon).

If your access to or use of Apple Pay or Wallet is prohibited by applicable law, you are not authorized to access or use these Services. We are not responsible if you access or use the Services in any manner that violates applicable law.

## 4. Apple's Relationship With You

Your use of Apple Pay will be governed by these Supplemental Terms, as well as by the terms of the cardholder agreement you have in place with the relevant issuer, merchant, or other third party responsible for your Apple Pay Card.

Similarly, your use of Wallet Passes in Wallet will be governed by these Supplemental Terms, as well as by the terms of your agreement with the relevant merchant, transit agency, car and lock manufacturer, university, hotel, resort, cruise line, corporation, state issuing authority, or other third party.

With the exception of certain features of Apple Pay provided by Apple Payments Inc. ("Apple Payments") described below, Apple does not process payments or other non-payment transactions made on your Apple Pay Cards. Apple has no control over, and is not responsible for, any payments, chargebacks, returns, refunds, funds transfers, rewards, value, discounts, access, identity verification, orders, order fulfilment, or other activity that may arise out of your use of Apple Pay or Wallet.

If there is any conflict between the terms of these Supplemental Terms and your agreement with the relevant issuer, merchant, state issuing authority, or other third party (each, a "**Third Party Agreement**"), the terms of these Supplemental Terms will govern your relationship with Apple, and the terms of the

relevant Third Party Agreement will govern your relationship with such third party.

You agree that Apple is not a party to any of your Third Party Agreements, nor is Apple responsible for: (a) the content, accuracy or availability of any Supported Cards, purchases, transactions, funds transfers, orders, order fulfilment, receipts, or other activities while using Apple Pay or Wallet, including without limitation those made by Family members or others with whom you have shared your Supported Cards or have access to your Device; (b) the issuance of credit or accessing eligibility for credit; (c) the issuance, suspension, or revocation of a driver's license or state identification card; (d) activities of issuers, merchants, app developers, or other third parties related to your use of Apple Pay or Wallet; (e) decisions made by an issuer, merchant, or other third party in connection with adding your Supported Card to Wallet; (f) your membership or participation in any merchant or partner program; (g) any accrual or redemption of rewards or stored value in connection with your Supported Cards; (h) funding or reloading of prepaid Supported Cards; (i) sending or receiving of person to person payments or funds transfers; or (j) loading, redeeming, or withdrawing money from your Apple Cash card.

When you apply for Apple Card, you are applying to open an account with the Apple Card Issuer. The financial institution responsible for offering Apple Card is subject to change, and your use of Apple Card is subject to their terms and conditions.

When you enable the Apple Cash features within Apple Pay, you are opening an account with Green Dot Bank. With the exception of the features of Apple Pay provided by Apple Payments, when you send or receive a person to person payment or load or withdraw money from your Apple Cash card, Green Dot Bank will be responsible for receiving and sending your money to the intended recipient. The financial institution responsible for offering Apple Cash and person to person payments within Apple Pay is subject to change, and your use of such features are subject to their terms and conditions.

The ability to use funds in your Apple Cash card to make payments to certain eligible businesses that you authorized (the "Direct Payments Service") is a service provided by Apple Payments. Your use of the Direct Payments Service is subject to Apple Payments' Direct Payments Terms and Conditions. Additionally, certain eligible businesses may allow you to authorize them to disburse funds to your Apple Cash card (each, a "Disbursement"). While Disbursements may be processed by Apple Payments, they are offered by the participating businesses that provide such funds and may be subject to certain additional terms and conditions of the disbursing businesses. For all disputes or questions about Supported Cards or associated commerce activity, please contact your issuer or the applicable merchant, state issuing authority, app developer, or other third party. For questions regarding Apple Pay, Wallet, Apple Card or the Apple Cash card or person to person payments, please contact Apple Support.

**5. Privacy**

Apple's collection and use of personal information is governed by the Apple Privacy Policy, available at https://www.apple.com/legal/privacy/. You can find detailed information on the personal information collected, used, or shared as part of your use of Apple Pay and Wallet by reading the relevant service specific privacy notices, including About Apple Pay and Privacy, which can be accessed on your Device, or within the Watch app on a paired Device, or by visiting https://www.apple.com/legal/privacy/. By using Apple Pay and Wallet, you agree and consent to Apple's and its subsidiaries' and agents' transmission, collection, maintenance, processing, and use of all of the foregoing information, to provide these Services.

**6. Security; Lost or Disabled Devices**

PROTECTING YOUR SUPPORTED DEVICES AND CREDENTIALS LIKE YOU WOULD PROTECT YOUR

PHYSICAL WALLET AND CARDS

Apple Pay and Wallet store virtual representations of your Supported Cards and should be protected as you would protect your physical wallet, keys, or credit, debit, prepaid, identity and other cards. You are solely responsible for maintaining the security of your Devices and your Apple ID, your Touch ID and Face ID information, the passcode to your supported Device(s), and any other authentication credentials used in connection with the Services (collectively, your "Credentials"). If you authorize or allow anyone else to use your supported Device (*e.g.*, by providing your Device passcode to a third party or allowing a third party to add their fingerprint to use Touch ID or enable Face ID, or otherwise providing any of your Credentials to a third party), the person may be able to make payments, send, request, or receive person to person payments, withdraw money from your Apple Cash card, receive or redeem rewards, use value, unlock or otherwise access your car, room, office or home, impersonate your identity, or make other transactions with your Supported Cards in Wallet. In such event, you will be responsible for all payments, access, and transactions made by that person.

JAILBROKEN DEVICES

If you make unauthorized modifications to your Device, such as by disabling hardware or software controls (sometimes referred to as "jailbreaking"), your Device may no longer be eligible to access or use the Services. You acknowledge that the use of a modified Device in connection with the Services is expressly prohibited, constitutes a violation of these Supplemental Terms, and is grounds for us to deny or limit your access to the Services.

ADDITIONAL SECURITY MEASURES

You may need to enable additional security measures, such as two-factor authentication for your Apple ID, in order to access particular features of Apple Pay, including Apple Card, the Apple Cash card, and person to person payments with Apple Pay. If you subsequently remove those security features, you may not be able to continue to access particular features of Apple Pay. Deleting the Face ID or Touch ID that is associated with your ID Card for presentment will require you to complete the entire ID Card provisioning process.

LOST OR STOLEN DEVICES

If your Device is lost or stolen and you have Find My enabled, you can use Find My to attempt to suspend the ability to transact with the virtual Supported Cards or sending person to person payments on that Device by putting it into Lost Mode. If your Device is in Lost Mode, your car key may be disabled in Wallet and you will no longer be able to access or start your car once you have left the vehicle or turned off the engine. Lost Mode only affects keys on the lost Device. If you are the owner, you will no longer be able to share your car key or home key with others, but keys that have already been shared with others will not be impacted from their devices.

You can also erase your Device, which will attempt to suspend the ability to transact with the virtual Supported Cards or send person to person payments on the Device. You should also contact the issuer, merchant, or other responsible third party of your Supported Cards, or Apple in the case of your Apple Card or Apple Cash card, in order to prevent unauthorized access to your Supported Cards on Apple Pay and in Wallet.

If you report or Apple suspects fraudulent or abusive activity, you agree to cooperate with Apple in any investigation and to use any fraud prevention measures we prescribe.

**7. Limitation of Liability**

IN ADDITION TO THE DISCLAIMERS OF WARRANTIES AND LIMITATION OF LIABILITY SET FORTH IN THE LICENSE, APPLE DOES NOT ASSUME ANY LIABILITY FOR PURCHASES, PAYMENTS, FUNDS TRANSFERS, ORDERS, ORDER FULFILMENT, RECEIPT INFORMATION, ACCESS, IDENTITY VERIFICATION, TRANSACTIONS, OR OTHER ACTIVITY MADE USING APPLE PAY OR WALLET, AND YOU AGREE TO LOOK SOLELY TO AGREEMENTS YOU MAY HAVE WITH YOUR CARD ISSUER, PAYMENT NETWORK, FINANCIAL INSTITUTIONS, MERCHANT, APP DEVELOPER, STATE ISSUING AUTHORITY, OR OTHER APPLICABLE THIRD PARTY TO RESOLVE ANY QUESTIONS OR DISPUTES RELATING TO YOUR SUPPORTED CARDS, PERSON TO PERSON PAYMENTS, AND ASSOCIATED ACTIVITIES.

————————————

**NOTICES FROM APPLE**

If Apple needs to contact you about your product or account, you consent to receive the notices by email. You agree that any such notices that we send you electronically will satisfy any legal communication requirements.

**FRANÇAIS**

**IMPORTANT : L'UTILISATION DE VOTRE iPHONE, iPAD OU iPOD TOUCH (« APPAREIL »)
IMPLIQUE QUE VOUS ACCEPTEZ D'ÊTRE LIÉ PAR LES CONDITIONS SUIVANTES :**

**A.    CONTRAT DE LICENCE DU LOGICIEL APPLE iOS et iPadOS
B.    CONDITIONS SUPPLÉMENTAIRES POUR APPLE PAY
C.    NOTIFICATIONS DE LA PART D'APPLE**

**APPLE INC
CONTRAT DE LICENCE DU LOGICIEL iOS et iPadOS
Licence individuelle**

**LISEZ ATTENTIVEMENT CE CONTRAT DE LICENCE DE LOGICIEL (« LICENCE ») AVANT
D'UTILISER VOTRE APPAREIL OU DE TÉLÉCHARGER LA MISE À JOUR DU LOGICIEL FOURNIE
AVEC LA PRÉSENTE LICENCE. L'UTILISATION DE VOTRE APPAREIL OU LE TÉLÉCHARGEMENT
D'UNE MISE À JOUR, LE CAS ÉCHÉANT, IMPLIQUE QUE VOUS ACCEPTEZ LES CONDITIONS DE
LA PRÉSENTE LICENCE. SI VOUS ÊTES EN DÉSACCORD AVEC LES CONDITIONS DE CETTE
LICENCE, N'UTILISEZ PAS L'APPAREIL ET NE TÉLÉCHARGEZ PAS LA MISE À JOUR**

**SI VOUS AVEZ RÉCEMMENT ACHETÉ UN APPAREIL ET QUE VOUS N'ÊTES PAS D'ACCORD AVEC
LES CONDITIONS DE LA LICENCE, VOUS POUVEZ RENVOYER L'APPAREIL, DANS LES DÉLAIS
DE RETOUR PRÉVUS, À L'APPLE STORE OU AU DISTRIBUTEUR AGRÉÉ AUPRÈS DUQUEL VOUS
L'AVEZ ACHETÉ, AFIN D'EN OBTENIR LE REMBOURSEMENT SOUS RÉSERVE DES RÈGLES
APPLE CONCERNANT LE RETOUR DES PRODUITS, DISPONIBLES À L'ADRESSE https://
www.apple.com/legal/sales-support/.**

**1. Généralités**
(a) Apple Inc. (« Apple ») vous concède une licence, et en aucun cas ne vous cède des droits, sur le
logiciel (y compris le code ROM de démarrage, le logiciel intégré et tout logiciel de tierce partie), la
documentation, les interfaces, le contenu, les polices de caractères et toutes les données
accompagnant votre Appareil (« Logiciel original Apple »), pouvant être mis à jour ou remplacés par des
améliorations des fonctionnalités, des mises à jour de logiciels, des correctifs de sécurité, des fichiers
système ou des logiciels de restauration du système fournis par Apple pour votre Appareil ou votre
périphérique pris en charge (« Modifications du Logiciel Apple »), qu'ils soient sur mémoire morte (ROM),
sur tout autre support ou sous toute autre forme (le Logiciel original Apple et les Modifications du
Logiciel Apple sont désignés dans leur ensemble sous le terme « Logiciel Apple »), uniquement en vue
d'une utilisation conforme aux conditions de la Licence. Apple et ses concédants de licence conservent
la propriété du Logiciel Apple et se réservent tous les droits ne vous étant pas expressément accordés.
Vous acceptez que les conditions de la présente licence s'appliquent à toute app de marque Apple
intégrée à votre Appareil, sauf si une app est accompagnée d'une licence séparée, auquel cas vous
acceptez que cette dernière régisse votre utilisation de l'app en question

(b) Apple pourrait rendre disponibles des modifications futures du Logiciel Apple. Le cas échéant, ces
modifications peuvent ne pas inclure nécessairement l'ensemble des fonctionnalités du logiciel
existantes ou de nouvelles fonctionnalités publiées par Apple dans le cas des Appareils plus récents ou
d'autres modèles. Les conditions de la présente Licence régissent les Modifications du Logiciel Apple
fournies par Apple, sauf si ces modifications sont accompagnées d'une licence distincte ; auquel cas
vous acceptez que les conditions de cette licence s'appliquent.

(c) Si vous faites appel à la fonctionnalité de configuration express pour configurer un nouvel Appareil à
l'aide de votre Appareil existant, vous acceptez que les conditions stipulées dans la présente Licence

régissent votre utilisation du Logiciel Apple sur votre nouvel Appareil, à moins qu'il ne soit accompagné d'un contrat de licence séparé, auquel cas vous acceptez que les conditions de ce dernier fassent foi quant à votre usage dudit Logiciel Apple. Votre Appareil recherchera périodiquement des Modifications du Logiciel Apple auprès d'Apple. Toute modification disponible pourra être automatiquement téléchargée et installée sur votre Appareil et, le cas échéant, sur vos périphériques. **En utilisant le Logiciel Apple, vous autorisez Apple à télécharger et à installer automatiquement des Modifications du Logiciel Apple sur votre Appareil et vos périphériques.** Vous pouvez désactiver les mises à jour automatiques du système d'exploitation et les Correctifs de sécurité à tout moment en ajustant les réglages des Mises à jour automatiques disponibles dans Réglages > Général > Mise à jour logicielle. Certains fichiers système (y compris, sans s'y limiter, les polices mises à jour, les modèles de langue, les ressources vocales et le programme interne des périphériques) peuvent continuer à être installés automatiquement, par exemple lorsque vous activez ou utilisez certaines fonctionnalités et certains périphériques, ou pour répondre aux exigences légales, réglementaires, de sécurité publique ou aux considérations techniques.

**2. Utilisations permises de la licence et restrictions.**
(a) Sous réserve des conditions générales de cette Licence, une licence de non-exclusivité limitée vous est accordée pour utiliser le Logiciel Apple sur un seul Appareil de marque Apple. À l'exception de ce qui est permis dans la section 2(b) ci-dessous, et à moins que cela ne soit prévu dans le cadre d'un contrat distinct passé entre Apple et vous-même, cette Licence n'autorise ni le fonctionnement du Logiciel Apple sur plus d'un Appareil de marque Apple à la fois, ni la distribution ou la mise à disposition du Logiciel Apple sur un réseau où le Logiciel pourrait être utilisé par plusieurs Appareils. Cette licence ne vous accorde aucun droit d'utilisation des interfaces propriétaires Apple ou d'autres propriétés intellectuelles touchant à la conception, le développement, la fabrication, la concession de licence ou la distribution d'Appareils et d'accessoires, ou à des applications logicielles de tierce partie, utilisables avec un Appareil. Certains de ces droits sont disponibles sous des licences distinctes de celles d'Apple. Pour obtenir plus de renseignements sur le développement d'appareils et d'accessoires de tierce partie adaptés à un Appareil, consultez la page web https://developer.apple.com/programs/mfi/. Pour en savoir plus sur le développement d'applications logicielles adaptées à un Appareil, consultez la page web https://developer.apple.com.

(b) Sous réserve des conditions générales de cette Licence, une licence de non-exclusivité limitée vous est accordée pour télécharger les Modifications du Logiciel Apple qu'Apple peut mettre à disposition pour le modèle de votre Appareil afin de mettre à jour ou de restaurer le logiciel de n'importe quel Appareil en votre possession ou sous votre contrôle. La présente licence n'autorise pas la mise à jour ou la restauration d'un Appareil n'étant pas sous votre contrôle ou que vous ne possédez pas, et vous interdit la distribution et la mise à disposition des Modifications du Logiciel Apple sur un réseau où elles pourraient être utilisées par plusieurs Appareils ou ordinateurs. Si vous téléchargez une Mise à jour du Logiciel Apple sur votre ordinateur, vous ne pouvez réaliser qu'une seule copie des Modifications du Logiciel Apple, stockées sur votre ordinateur, sous une forme compréhensible par des machines et aux fins exclusives de sauvegarde, à condition que cette copie de sauvegarde reproduise impérativement les renseignements relatifs aux droits d'auteur ou autres droits de propriété figurant sur l'original.

(c) Dans la mesure où Apple a préinstallé des apps de marque Apple de l'App Store sur l'Appareil que vous achetez (« Apps préinstallées »), vous devez vous connecter à l'App Store et associer lesdites apps avec votre compte afin de les utiliser sur votre Appareil. Lorsque vous associez une app préinstallée à votre compte de l'App Store, toutes les autres apps préinstallées de votre Appareil sont automatiquement associées à ce compte. En choisissant d'associer les apps préinstallées à votre compte de l'App Store, vous acceptez qu'Apple puisse transmettre, rassembler, conserver, traiter et utiliser l'identifiant Apple correspondant à votre compte de l'App Store et un identifiant matériel unique transmis par votre Appareil comme identifiants uniques de votre compte afin de vérifier l'éligibilité de votre requête et de fournir l'accès aux apps préinstallées via l'App Store. Vous pouvez à tout moment

supprimer de votre Appareil les apps préinstallées que vous ne souhaitez pas utiliser.

(d) Vous ne pouvez pas et vous acceptez de ne pas, que ce soit pour votre compte ou le compte d'autrui, copier (sauf et exclusivement dans les limites permises par la présente Licence), décompiler, procéder à l'ingénierie inverse, désassembler, déchiffrer, modifier, tenter de dériver le code source ou créer des produits dérivés du Logiciel Apple ou de tout autre service proposé par le Logiciel Apple, ou de toute partie de ceux-ci (dans toute la mesure permise par les restrictions précédemment mentionnées applicables par disposition légale ou par les conditions générales régissant l'utilisation de composants open source pouvant être inclus dans le Logiciel Apple). Vous acceptez de ne pas retirer, dissimuler ou altérer un quelconque avis de propriété (y compris les avis sur les marques et sur les droits d'auteur) susceptible d'être apposé sur ou contenu dans le Logiciel Apple.

(e) Le Logiciel Apple peut être utilisé pour la reproduction de contenu pour autant que cette utilisation se limite à la reproduction de contenu non protégé par des droits d'auteur, dont vous avez la propriété, pouvant être reproduit ou pour la reproduction duquel vous disposez d'une autorisation légale. En dépit de ce qui précède, il vous est interdit de republier, de retransmettre et de reproduire des images accédées à travers News ou Plans sous forme de fichier autonome. Le titre et les droits de propriété intellectuelle associés aux contenus conservés sur ou accessibles via l'Appareil sont la propriété de leur détenteur. Ces contenus sont susceptibles d'être protégés par des droits d'auteur ou autres traités sur la propriété intellectuelle et peuvent être soumis à des conditions d'utilisation énoncées par la tierce partie les fournissant. Hormis mention contraire dans le présent document, la présente Licence ne vous confère aucun droit d'utilisation pour ces contenus ni n'en garantit la disponibilité.

(f) Sous réserve des conditions générales de cette Licence, vous pouvez : (I) utiliser les caractères Memoji intégrés au Logiciel Apple (les « Caractères système ») (1) au cours de l'exécution du Logiciel Apple et (2) pour créer vos compositions et projets personnels à des fins privées non lucratives ; et (ii) utiliser les Sous-titres en direct générés automatiquement sur l'appareil en temps réel par le Logiciel Apple (« Sous-titres en direct »), qu'ils soient générés lors d'un appel FaceTime ou autrement, uniquement à des fins privées non lucratives. Aucun autre usage des Caractères système ou des Sous-titres en direct n'est autorisé par la présente Licence, y compris, sans aucune limitation, l'utilisation, la reproduction, l'affichage, la représentation, l'enregistrement, la publication ou la redistribution d'un Caractère système ou des Sous-titres en direct quels qu'ils soient dans un contexte lucratif, non lucratif, commercial ou de partage public.

(g) Afin de pouvoir compléter certains raccourcis d'action d'app et/ou de site web, le Logiciel Apple peut avoir besoin d'accéder à certaines applications logicielles de tierce partie, ou certains services ou sites web tiers sur votre Appareil. Vous consentez expressément à une telle utilisation dans la mesure nécessaire à la finalisation du Raccourci par le biais du Logiciel Apple.

(h) Vous acceptez d'utiliser le Logiciel et les Services Apple (tel que défini dans la section 5 ci-dessous) dans le respect de la réglementation applicable, y compris de toutes les lois locales du pays ou de la région dans laquelle vous résidez ou dans laquelle vous téléchargez ou utilisez le Logiciel et les Services Apple. Il se peut que les fonctionnalités du Logiciel et des Services Apple ne soient pas disponibles dans toutes les langues ou toutes les régions. Certaines fonctionnalités peuvent varier selon les régions, limitées ou indisponibles en fonction de votre fournisseur de services. Une connexion Wi-Fi ou de données mobiles est requise pour certaines fonctionnalités du Logiciel et certains Services Apple.

(i) L'utilisation de l'App Store requiert une combinaison unique d'un nom d'utilisateur et d'un mot de passe, appelée identifiant Apple. Un identifiant Apple est également nécessaire pour avoir accès aux mises à jour de l'app et à certaines fonctionnalités du Logiciel et des Services Apple.

(j) Vous reconnaissez que de nombreuses fonctionnalités, apps intégrées et de nombreux Services du

Logiciel Apple transmettent des données et peuvent entraîner des frais sur votre plan de données, frais dont vous êtes responsable. Vous pouvez voir et contrôler quelles applications sont autorisées à utiliser des données mobiles et afficher une estimation de la quantité de données que ces applications ont consommées dans Réglages Données mobiles. De plus, l'option Assistance Wi-Fi peut activer automatiquement les données mobiles en cas de mauvaise connexion Wi-Fi, ou risque d'augmenter votre consommation de données et d'avoir une incidence sur votre facture mensuelle. L'option Assistance Wi-Fi est activée par défaut, mais il est possible de la désactiver dans Réglages. Pour plus d'informations, veuillez consulter le Guide d'utilisation de votre Appareil.

(k) Si vous choisissez d'autoriser les mises à jour automatiques des apps, votre Appareil vérifiera régulièrement auprès d'Apple si des mises à jour des apps installées sur votre Appareil sont disponibles pour, le cas échéant, les télécharger et les installer automatiquement. Vous pouvez désactiver les mises à jour automatiques des apps à tout moment en allant dans Réglages, iTunes et App Store, Téléchargements automatiques et en désactivant Mises à jour.

(l) Dans certaines circonstances, l'utilisation de votre Appareil peut être une source de distraction et provoquer des situations dangereuses (par exemple, évitez d'écrire des messages lorsque vous êtes au volant d'une voiture ou d'utiliser un casque lorsque vous êtes à vélo). En utilisant l'Appareil, vous endossez la responsabilité d'observer les règles interdisant ou limitant l'utilisation de téléphones mobiles ou de casques (par exemple l'obligation d'utiliser un dispositif mains libres pour passer des appels en conduisant).

(m) Certaines fonctionnalités du Logiciel Apple peuvent tenter de fournir une assistance dans des situations liées à la sécurité, telles que toute fonctionnalité de détection liée à la sécurité, et vous mettre en contact avec les services d'urgence (le cas échéant). Apple ne garantit pas la disponibilité, l'exactitude, l'exhaustivité, la fiabilité ni l'opportunité de ces fonctionnalités. Ces fonctionnalités ne sauraient constituer une aide unique dans des situations où une assistance plus immédiate ou efficace est disponible et peut être obtenue. Vous acceptez d'utiliser ces fonctionnalités à vos risques et périls et d'exercer un jugement indépendant, et qu'Apple, ses filiales, ses agentes et agents, et ses représentantes et représentants ne peuvent en aucun cas être tenus pour responsables de votre utilisation de ces fonctionnalités et des conséquences qui en résultent dans les limites maximales autorisées par la loi.

(n) Votre Appareil n'est pas un appareil médical et ne peut pas être utilisé comme substitut à un diagnostic médical émis par un professionnel. Il n'est pas conçu ni prévu pour réaliser des diagnostics ni pour guérir, traiter, prévenir ou lutter contre une condition ou maladie. Consultez votre prestataire de santé avant de prendre une quelconque décision relative à votre santé.

**3. Transfert.** Vous ne pouvez pas louer, céder en crédit-bail, prêter, vendre ni redistribuer le Logiciel Apple, ni concéder de sous-licences à son égard. Vous pouvez toutefois effectuer le transfert unique et permanent de tous vos droits sur le Logiciel Apple à une autre partie dans le cadre du transfert de propriété de votre Appareil, à condition : (a) que ce transfert comprenne votre Appareil et la totalité du Logiciel Apple, y compris l'intégralité de ses composants, ainsi que cette Licence ; (b) que vous ne conserviez aucune copie du Logiciel Apple, complète ou partielle, y compris toute copie stockée sur ordinateur ou toute autre unité de stockage ; et (c) que la partie bénéficiaire recevant le Logiciel Apple prenne connaissance et accepte les conditions générales de la présente Licence.

**4. Accord relatif à l'utilisation des données.** Lorsque vous utilisez votre Appareil, votre numéro de téléphone et certains identifiants uniques pour votre Appareil sont transmis à Apple afin de permettre à d'autres personnes de vous atteindre à l'aide de votre numéro de téléphone en utilisant différentes fonctionnalités de communication du Logiciel Apple, telles que iMessage et FaceTime. Lorsque vous utilisez iMessage, Apple peut conserver vos messages, sous une forme chiffrée, pour une période de

temps limitée afin de garantir leur transmission. Vous avez la possibilité de désactiver FaceTime et iMessage depuis les réglages FaceTime ou iMessage de votre Appareil. Certaines fonctionnalités, comme Analyse, Service de localisation, Siri et Dictée, peuvent nécessiter des informations concernant votre Appareil pour améliorer leurs fonctions respectives. Lorsque vous activez ou utilisez ces fonctionnalités, des détails sont alors fournis concernant les informations envoyées à Apple et l'usage qui peut en être fait. Vous pouvez en savoir plus en visitant l'adresse https://www.apple.com/privacy/. Les informations vous concernant sont toujours traitées conformément à l'Engagement de confidentialité d'Apple, disponible à l'adresse : https://www.apple.com/legal/privacy/.

**5. Services et Éléments de tierce partie.**
(a) Le Logiciel Apple peut activer l'accès à l'iTunes Store d'Apple, à l'App Store, à Apple Books, au Game Center, à iCloud, à Plans, à News, à Fitness+ et à d'autres services et sites web proposés par Apple et par des tiers (lesquels services et sites sont dénommés sous l'appellation collective ou individuelle de « Services »). L'utilisation de ces Services nécessite un accès à Internet, et l'usage de certains Services peut nécessiter un identifiant Apple, peut vous obliger à accepter des termes de licence supplémentaires et est sujette à des frais supplémentaires. Par l'utilisation de ce logiciel en lien avec un identifiant Apple ou tout autre service Apple, vous acceptez les conditions de service applicables telles que les toutes dernières conditions générales des Services Apple Media applicables au pays ou à la région depuis lesquels vous accédez à l'un de ces Services, disponibles à l'adresse https://www.apple.com/legal/internet-services/itunes/.

(b) Si vous vous inscrivez à iCloud, vous pouvez accéder directement à certaines fonctionnalités d'iCloud telles que « iCloud Drive », « Mon flux de photos », « Albums partagés » et « Localiser » à partir du Logiciel Apple. Vous reconnaissez et acceptez que l'utilisation d'iCloud et de ces fonctionnalités est soumise aux toutes dernières conditions de service d'iCloud, disponibles à l'adresse : https://www.apple.com/legal/internet-services/icloud/.

(c) Contenu de l'application News. L'utilisation du contenu auquel vous accédez par le biais de l'application News est limitée à des fins personnelles et non commerciales et n'implique aucun transfert de propriété en votre faveur en ce qui concerne ledit contenu. Cela exclut spécifiquement, sans aucune limitation, toute utilisation commerciale ou promotionnelle des droits liés au contenu.

(d) Plans. Le service et les fonctionnalités de cartographie du Logiciel Apple (« Plans »), y compris le réseau de données liées à ceux-ci, peuvent varier selon les régions. Lorsque vous activez ou utilisez Plans, des informations relatives aux données envoyées à Apple et à leur utilisation vous sont présentées. Vous reconnaissez et acceptez que l'utilisation de Plans est soumise aux toutes dernières conditions de service de Plans, disponibles sur la carte d'accueil de Plans.

(e) Vous acceptez qu'en utilisant ces Services vous pouvez rencontrer du contenu à caractère considéré injurieux, indécent ou choquant, n'étant pas nécessairement identifié comme tel et que les résultats de toute recherche ou toute saisie d'adresse URL peuvent automatiquement et involontairement créer des liens ou des références vers du contenu choquant. Néanmoins, vous acceptez d'utiliser les Services à vos risques et périls, et qu'Apple, ses filiales, ses agentes et agents, ses représentantes et représentants légaux et ses concédantes et concédants de licence ne peuvent en aucun cas être tenus pour responsables du contenu que vous pouvez trouver offensant, indécent ou choquant.

(f) Certains Services peuvent afficher, contenir ou mettre à disposition du contenu, des données, des informations, des applications ou des éléments de tiers (« Éléments de tiers ») ou fournir des liens vers des sites web de tierce partie. Par l'utilisation des Services, vous reconnaissez et acceptez qu'Apple ne peut être responsable quant à l'examen ou l'évaluation du contenu, de son exactitude, de son intégrité, de son actualité, de sa validité, du respect des droits d'auteur, de sa légalité, de sa décence, de sa qualité ou de tout autre aspect de ces Éléments de tiers ou sites web tiers. Apple, ses dirigeants, ses

affiliés et ses filiales ne peuvent ni garantir, ni assumer la responsabilité ou l'engagement, envers vous ou toute autre personne, pour tout Service, Élément de tiers ou site web tiers, ou tout autre élément, produit ou service externe à ces tiers. Les Éléments de tierce partie et liens vers d'autres sites web ne sont fournis que pour votre facilité.

(g) Ni Apple, ni ses fournisseurs de contenu ne garantissent la disponibilité, l'exactitude, l'intégrité, la fiabilité ou le degré d'actualité des informations boursières, des données de localisation ou de toute autre donnée affichée par les Services. Les renseignements financiers affichés par les Services sont donnés à titre informatif seulement et ne devraient pas être conçus pour avoir valeur de conseils en placement. Avant de réaliser toute opération boursière basée sur les renseignements obtenus par le biais des Services, il vous est recommandé de consulter un spécialiste financier habilité à fournir des conseils en matière financière ou boursière dans votre pays ou région. Les informations de localisation fournies par les services, y compris le service Plans d'Apple, sont fournies à des fins de navigation et de planification de base uniquement et ne sauraient être utilisées dans des situations où des informations de localisation précises sont nécessaires ou dans des situations où des informations de localisation erronées, inexactes ou incomplètes risqueraient d'entraîner la mort, des blessures ou des dégâts matériels ou environnementaux. Vous acceptez que les résultats offerts par le service Plans puissent ne pas correspondre aux routes ou aux conditions du terrain réelles à cause de facteurs pouvant affecter l'exactitude des données de Plans, notamment, mais sans s'y limiter, le temps, les conditions routières et de trafic et les évènements géopolitiques. Pour votre sécurité, lors de l'utilisation de la navigation, soyez toujours attentif à la signalisation routière et aux conditions de la route. Suivez les pratiques garantissant une conduite sûre ainsi que le Code de la route et gardez en tête que les itinéraires à pied ou à vélo peuvent ne pas tenir compte des voies de circulation réservées aux piétons et aux cyclistes.

(h) Dans la mesure où vous transférez du contenu via l'utilisation des Services, vous déclarez posséder les droits sur ledit contenu ou l'autorisation ou la permission juridique de télécharger ledit contenu et que celui-ci n'enfreint aucune condition générale régissant les Services. Vous reconnaissez que les Services reprennent du contenu, des informations et des données protégés appartenant à Apple, au propriétaire du site ou à leurs concédants, et protégés par les lois relatives à la propriété intellectuelle et lois connexes, notamment, mais sans s'y limiter, les droits d'auteur. Vous acceptez de ne pas utiliser ce contenu, ces informations ou ces données propriétaires dans un cadre autre que l'utilisation autorisée des services, et non dans le cadre de pratiques étant en contradiction avec les conditions générales de cette licence ou enfreignant tout droit de propriété intellectuelle d'une tierce partie ou d'Apple. Aucune partie des Services ne peut être reproduite sous quelque forme ou par quelque moyen que ce soit. Vous vous engagez à ne pas modifier, louer, louer à bail, prêter, vendre, distribuer ni créer de produit dérivé des Services, de quelque façon que ce soit, et à ne pas exploiter les Services de façon non autorisée, notamment, mais sans s'y limiter, en utilisant les Services pour transmettre n'importe quel virus, ver, cheval de Troie ou tout autre logiciel malveillant ou en entraînant une surcharge des capacités réseau. Vous acceptez également de ne pas utiliser les Services de quelque façon que ce soit pour harceler, insulter, abuser, traquer, menacer, diffamer ou encore enfreindre ou violer les droits de toute autre partie, et qu'Apple n'est en aucun cas responsable de tels agissements de votre part, ni de toute transmission ou tout message de harcèlement, de menace, d'action diffamatoire, offensant, non respectueux ou illégal dont vous pouvez faire l'objet suite à l'usage de n'importe lequel desdits Services.

(i) Il se peut en outre que ces Services et Éléments de tiers ne soient pas proposés dans toutes les langues ou dans tous les pays ou zones géographiques. Apple ne garantit en aucun cas que ces Services et Éléments de tiers seront adaptés ou disponibles en tout lieu. Dans la mesure où vous choisissez d'utiliser ou d'accéder à ces Services ou Éléments de tiers, vous l'acceptez sur votre propre initiative et vous êtes responsable de la conformité à toute législation en vigueur, y compris, mais sans s'y limiter, les législations locales et celles en matière de confidentialité et de collecte de données. Le partage ou la synchronisation de photos via votre Appareil peut entraîner la transmission de métadonnées avec les photos, y compris l'endroit et le moment où la photo est prise ainsi que des

informations de profondeur. L'utilisation des Services Apple (tels que Photothèque iCloud) pour partager ou synchroniser ces photos suppose qu'Apple reçoive et stocke lesdites métadonnées. Apple et ses concédants de licence se réservent le droit de modifier, suspendre, supprimer ou désactiver l'accès aux Services à tout moment sans préavis. En aucun cas Apple ne saurait être tenu responsable du retrait ou de la désactivation de l'accès à n'importe lequel de ces Services. Apple peut également imposer des limites à l'utilisation ou à l'accès à certains Services, sans préavis et sans garantie pour vous.

**6. Résiliation.** Cette licence est effective jusqu'à son terme. Vos droits découlant de cette Licence prendront fin ou cesseront de s'appliquer automatiquement et sans notification de la part d'Apple si vous ne vous conformez pas à l'une des stipulations de la présente Licence. Après résiliation de cette Licence, vous devez cesser toute utilisation du Logiciel Apple. Les sections 4, 5, 6, 7, 8, 9, 10, 12 et 13 de cette Licence restent applicables après la résiliation.

**7. Exclusion de garanties**

7.1    Si vous êtes un client à titre privé (vous utilisez le Logiciel Apple en dehors de votre entreprise, commerce ou profession), il se peut que vous disposiez dans votre pays de résidence de droits en vertu desquels les limitations ci-après ne s'appliqueraient pas, si tel est le cas, elles ne s'appliquent pas pour vous. Pour en savoir plus sur vos droits, prenez contact avec un organisme local de conseil aux consommateurs.

7.2    VOUS RECONNAISSEZ ET ACCEPTEZ EXPRESSÉMENT QUE, DANS LES LIMITES AUTORISÉES PAR LA LÉGISLATION EN VIGUEUR, L'UTILISATION DU LOGICIEL ET DES SERVICES APPLE EXÉCUTÉS OU ACCESSIBLES VIA LE LOGICIEL APPLE RESTE À VOS RISQUES ET PÉRILS ET QUE VOUS ASSUMEZ L'INTÉGRALITÉ DU RISQUE, DE MANIÈRE RAISONNABLE, RELATIF À LA QUALITÉ, AUX PERFORMANCES, À L'EXACTITUDE ET AU MANIEMENT DU LOGICIEL.

7.3    DANS LES LIMITES MAXIMALES AUTORISÉES PAR LA LÉGISLATION EN VIGUEUR, LE LOGICIEL APPLE AINSI QUE LES SERVICES SONT FOURNIS « TELS QUELS » ET « SELON DISPONIBILITÉ » AVEC TOUS LEURS DÉFAUTS ET SANS GARANTIE D'AUCUNE SORTE. APPLE ET SES CONCÉDANTS DE LICENCE (COLLECTIVEMENT DÉSIGNÉS PAR L'EXPRESSION « APPLE » DANS LE CADRE DES ARTICLES 7 ET 8 DE LA PRÉSENTE LICENCE) EXCLUENT PAR LA PRÉSENTE LICENCE TOUTE GARANTIE ET CONDITION RELATIVE AU LOGICIEL ET AUX SERVICES APPLE, EXPLICITE, TACITE OU LÉGALE, Y COMPRIS, MAIS DE FAÇON NON LIMITATIVE, LES GARANTIES IMPLICITES ET/OU LES CONDITIONS DE QUALITÉ MARCHANDE, DE QUALITÉ SATISFAISANTE, D'ADÉQUATION À UN USAGE PARTICULIER, D'EXACTITUDE, DE JOUISSANCE PAISIBLE ET DE NON-VIOLATION DES DROITS DES TIERS.

7.4    APPLE NE GARANTIT NULLEMENT L'ABSENCE DE PROBLÈMES LORS DE L'UTILISATION DU LOGICIEL ET DES SERVICES APPLE, L'ADÉQUATION À VOS BESOINS DES FONCTIONS OU DES SERVICES CONTENUS DANS OU FOURNIS PAR LEDIT LOGICIEL, LA NON-INTERRUPTION OU L'ABSENCE D'ERREURS DANS LE FONCTIONNEMENT DUDIT LOGICIEL ET DESDITS SERVICES, LA MISE À DISPOSITION CONTINUE DES SERVICES, LA CORRECTION DE TOUT DÉFAUT DU LOGICIEL OU DES SERVICES APPLE, LA COMPATIBILITÉ DU LOGICIEL APPLE, OU SON BON FONCTIONNEMENT AVEC UN LOGICIEL, UNE APPLICATION OU UN SERVICE DE TIERCE PARTIE. L'INSTALLATION DE CE LOGICIEL APPLE PEUT AFFECTER LA DISPONIBILITÉ ET L'UTILISATION DE LOGICIELS, D'APPLICATIONS OU DE SERVICES DE TIERCE PARTIE ET D'AUTRES PRODUITS OU SERVICES APPLE.

7.5    DE PLUS, VOUS RECONNAISSEZ QUE LE LOGICIEL ET LES SERVICES APPLE NE SONT PAS DESTINÉS OU ADAPTÉS À UN USAGE DANS DES SITUATIONS OU DANS DES ENVIRONNEMENTS OÙ UNE DÉFAILLANCE, DES RETARDS, DES ERREURS OU DES INEXACTITUDES DANS LE CONTENU DES DONNÉES OU DES INFORMATIONS FOURNIES, LE LOGICIEL OU LES

SERVICES APPLE POURRAIENT PROVOQUER LA MORT, DES BLESSURES OU DE GRAVES DOMMAGES CORPORELS OU ÉCOLOGIQUES, NOTAMMENT, MAIS SANS S'Y LIMITER, LE FONCTIONNEMENT D'INSTALLATIONS NUCLÉAIRES, DE SYSTÈMES DE NAVIGATION OU DE COMMUNICATION AÉRIENNES, DE SYSTÈMES DE CONTRÔLE DU TRAFIC AÉRIEN, D'APPAREILS DE MAINTIEN ARTIFICIEL EN VIE OU DE DISPOSITIFS D'ARMEMENT.

7.6     AUCUNE INFORMATION OU AUCUN CONSEIL COMMUNIQUÉ VERBALEMENT OU PAR ÉCRIT PAR APPLE OU L'UN DE SES REPRÉSENTANTS AUTORISÉS NE POURRA CONSTITUER UNE GARANTIE. SI LE LOGICIEL APPLE OU SES SERVICES S'AVÉRAIENT DÉFECTUEUX, VOUS ASSUMERIEZ SEUL LE COÛT TOTAL DE TOUTE RÉVISION, RÉPARATION OU RECTIFICATION NÉCESSAIRE. CERTAINES LÉGISLATIONS NE PERMETTANT NI L'EXCLUSION DE GARANTIES IMPLICITES, NI LES RESTRICTIONS AUX DROITS DES CONSOMMATEURS EN VIGUEUR, IL EST POSSIBLE QUE L'EXCLUSION ET LES LIMITES MENTIONNÉES CI-DESSUS NE VOUS CONCERNENT PAS.

**8. Limitation de responsabilité.** DANS TOUTE LA MESURE PERMISE PAR LA LOI EN APPLICATION, APPLE, SES AFFILIÉS OU SES AGENTS NE SERONT EN AUCUN CAS RESPONSABLES NI DE BLESSURES, NI DE TOUT DOMMAGE ACCIDENTEL, SPÉCIAL, INDIRECT OU CONSÉCUTIF, Y COMPRIS, MAIS DE FAÇON NON LIMITATIVE, LES DOMMAGES RÉSULTANTS DE MANQUES À GAGNER, DE CORRUPTION OU DE PERTES DE DONNÉES, D'ÉCHEC DE TRANSMISSION OU DE RÉCEPTION DE DONNÉES (Y COMPRIS, MAIS SANS S'Y LIMITER, LE MATÉRIEL, LES INSTRUCTIONS ET LES TRAVAUX DE COURS), D'INTERRUPTION DES ACTIVITÉS OU TOUT AUTRE DOMMAGE COMMERCIAL OU PERTE COMMERCIALE RÉSULTANT DE OU RELATIFS À VOTRE UTILISATION OU VOTRE INAPTITUDE À UTILISER LE LOGICIEL ET LES SERVICES APPLE OU TOUT AUTRE LOGICIEL OU APPLICATION DE TIERCE PARTIE UTILISÉ AVEC LE LOGICIEL OU LES SERVICES APPLE, QUELLE QU'EN SOIT LA CAUSE, SANS TENIR COMPTE DE LA THÉORIE DE LA RESPONSABILITÉ (QUE CE SOIT POUR RUPTURE DE CONTRAT, EN RESPONSABILITÉ CIVILE OU AUTRE) ET CE, MÊME SI APPLE A ÉTÉ INFORMÉ DE LA POSSIBILITÉ DE TELS DOMMAGES. CERTAINES JURIDICTIONS NE PERMETTANT PAS L'EXCLUSION OU LA LIMITATION DE RESPONSABILITÉ POUR DOMMAGES PERSONNELS, INDIRECTS OU ACCESSOIRES, IL EST POSSIBLE QUE CETTE LIMITATION NE VOUS CONCERNE PAS. La responsabilité totale d'Apple envers vous au titre de tout dommage (en dehors de ce que la législation pourrait exiger dans les cas impliquant une blessure) n'excédera en aucun cas la somme de deux cent cinquante dollars (250 $). Les limitations susdites s'appliqueront même si le recours indiqué ci-dessus fait défaut à sa vocation essentielle. NONOBSTANT LES AUTRES DISPOSITIONS DE LA PRÉSENTE LICENCE, SI LA LOI JAPONAISE SUR LE CONTRAT DE CONSOMMATION S'APPLIQUE, LES CONDITIONS LIMITANT LA RESPONSABILITÉ D'APPLE POUR LES DOMMAGES RÉSULTANT D'UNE VIOLATION DU CONTRAT OU D'UN DÉLIT COMMIS PAR APPLE NE S'APPLIQUENT PAS SI LESDITS DOMMAGES SONT DUS À UNE FAUTE INTENTIONNELLE OU À UNE NÉGLIGENCE GRAVE D'APPLE.

**9. Certificats numériques.** Le Logiciel Apple inclut des fonctions permettant d'accepter des certificats numériques émis soit par Apple, soit par des tiers. VOUS ÊTES PAR CONSÉQUENT RESPONSABLE DÈS LORS QUE VOUS DÉCIDEZ DE FAIRE CONFIANCE À UN CERTIFICAT, QU'IL PROVIENNE D'APPLE OU D'UN TIERS. L'UTILISATION DE CERTIFICATS NUMÉRIQUES RESTE À VOS RISQUES ET PÉRILS. DANS TOUTE LA MESURE PERMISE PAR LA LOI EN APPLICATION, APPLE NE DONNE AUCUNE GARANTIE OU REPRÉSENTATION, EXPRESSE OU IMPLICITE, QUANT À LA QUALITÉ MARCHANDE OU L'ADÉQUATION À UN USAGE PARTICULIER, LA PRÉCISION, LA SÉCURITÉ OU LA NON-VIOLATION DES DROITS DE TIERS CONCERNANT LES CERTIFICATS NUMÉRIQUES.

**10. Contrôle des exportations.** Vous ne pouvez utiliser, exporter ou réexporter le Logiciel Apple que conformément à la législation des États-Unis et à la législation de la ou des juridictions dans lesquelles vous avez acquis le Logiciel Apple. En particulier, mais sans limitation, le Logiciel Apple ne peut être

exporté ni réexporté (a) vers tout pays soumis à embargo des États-Unis ou (b) à toute personne figurant sur la liste « Specially Designated Nationals » du ministère des Finances des États-Unis ou sur les listes « Denied Persons » ou « Denied Entity » du ministère du Commerce des États-Unis ou sur toute autre liste de partie non autorisée. En utilisant le Logiciel Apple, vous déclarez et garantissez ne pas vous trouver dans un de ces pays ou figurer sur les listes mentionnées ci-dessus. Vous acceptez également de ne pas utiliser le Logiciel Apple à des fins non autorisées par la législation des États-Unis, ce qui inclut, sans limitation, le développement, la conception, la fabrication ou la production de missiles et d'armes nucléaires, chimiques ou biologiques.

**11. Gouvernement des États-Unis.** Le Logiciel Apple et la documentation qui s'y rapporte constituent des « Commercial Items » (éléments commerciaux), tel que ce terme est défini dans la clause 48 C.F.R. (Code of Federal Rules) §2.101, consistant en « Commercial Computer Software » (logiciel commercial) et « Commercial Computer Software Documentation » (documentation de logiciel commercial), tels que ces termes sont utilisés dans les clauses 48 C.F.R. §12.212 ou 48 C.F.R. §227.7202. Conformément à la clause 48 C.F.R. §12.212 ou 48 C.F.R. §227.7202-1 à 227.7202-4, le « Commercial Computer Software » et le « Commercial Computer Software Documentation » sont fournis sous licence au gouvernement des États-Unis (a) uniquement comme « Commercial Items » et (b) uniquement accompagnés des droits octroyés à tous les autres utilisateurs conformément aux termes et conditions ci-inclus. Les droits non publiés sont réservés en vertu de la législation des droits d'auteur en vigueur aux États-Unis.

**12. Loi applicable et divisibilité du contrat.** Cette Licence sera régie et interprétée en conformité avec la législation de l'État de Californie, telle qu'elle s'applique aux accords conclus et réalisés entièrement en Californie entre résidents californiens. Cette Licence ne sera pas régie par la convention des Nations Unies sur les contrats de vente internationale de biens, dont l'application est expressément exclue. Si vous êtes un consommateur résidant au Royaume-Uni, la présente Licence sera régie par les lois de la juridiction dans laquelle vous résidez. Si pour une raison quelconque un tribunal ayant juridiction juge qu'une disposition de la présente Licence est inapplicable, en totalité ou en partie, les autres dispositions de la présente Licence resteront entièrement applicables.

**13. Intégralité de l'accord ; langue prévalente.** Cette Licence constitue l'intégralité de l'accord entre vous et Apple quant au Logiciel Apple et remplace tous les accords ou propositions antérieurs ou actuels, écrits ou verbaux, à ce sujet. Aucun amendement ni aucune modification de cette Licence ne prendra effet à moins d'être stipulé par écrit et signé par Apple. Toute traduction de la présente Licence est effectuée pour des besoins locaux. En cas de litige entre la version anglaise et toute autre version, seule la version anglaise sera d'application.

**14. Mentions concernant les tierces parties.** Certaines portions du Logiciel Apple peuvent utiliser ou inclure des logiciels de tierce partie et des mentions concernant les droits d'auteur. Les remerciements, les conditions de licence et les exclusions de garanties desdits éléments figurent dans la documentation électronique du Logiciel Apple, et votre utilisation desdits éléments est régie par leurs conditions respectives. L'utilisation du service de navigation sécurisée de Google est régie par les Conditions d'utilisation (https://www.google.com/intl/en/policies/terms/) et les Règles de confidentialité (https://www.google.com/intl/en/policies/privacy/).

**15. Utilisation de MPEG-4 ; H.264/Notice AVC**
(a) La licence du Logiciel Apple est concédée d'après les termes de la licence du portefeuille de brevets de MPEG-4 Systems pour l'encodage. Une licence additionnelle et le paiement d'une redevance sont toutefois nécessaires pour l'encodage (i) de données stockées ou dupliquées sur un support physique payé titre par titre et/ou (ii) de données payées titre par titre et transmises à un utilisateur final pour un stockage et/ou une utilisation permanent(e)s. Une telle licence supplémentaire peut être obtenue auprès de MPEG LA, LLC. Pour en savoir plus, consulter : https://www.mpegla.com

(b) Le Logiciel Apple prévoit des fonctionnalités d'encodage et/ou de décodage MPEG-4. La Licence de ce produit vous est par conséquent concédée d'après les conditions de la licence du portefeuille de brevets de MPEG-4 Visual dans le cadre d'une utilisation privée à but non commercial par un consommateur pour (i) l'encodage de vidéo en conformité avec la norme MPEG-4 Visual (« Vidéo au format MPEG-4 ») et/ou (ii) le décodage de vidéo MPEG-4 encodée par un consommateur engagé dans une activité privée à but non commercial et/ou obtenue d'un fournisseur vidéo sous licence de MPEG LA pour distribuer de la vidéo au format MPEG-4. Aucune licence ne saurait être accordée ou être considérée comme implicite pour toute autre utilisation. Des informations complémentaires sur l'utilisation à des fins promotionnelles, internes et commerciales et sur l'attribution de licence dans de tels cas sont disponibles auprès de MPEG LA, LLC. Voir https://www.mpegla.com.

(c) Dans la mesure où le Logiciel Apple inclut la fonctionnalité de décodage et/ou d'encodage AVC, l'usage commercial de H.264/AVC requiert une concession de licence complémentaire et la disposition suivante s'applique : LA PRÉSENTE LICENCE POUR LA FONCTIONNALITÉ AVC DU LOGICIEL APPLE N'EST ACCORDÉE QUE DANS LE CADRE D'UN USAGE PERSONNEL ET NON COMMERCIAL D'UN CONSOMMATEUR POUR (I) ENCODER DE LA VIDÉO SELON LA NORME AVC (« VIDÉO AVC ») ET/OU (II) DÉCODER DE LA VIDÉO AVC ENCODÉE PAR UN CONSOMMATEUR DANS LE CADRE D'UNE ACTIVITÉ PERSONNELLE ET NON COMMERCIALE ET/OU DE LA VIDÉO AVC PROVENANT D'UN FOURNISSEUR VIDÉO AUTORISÉ À PROPOSER DE LA VIDÉO AVC. LES INFORMATIONS RELATIVES AUX AUTRES USAGES ET LICENCES SONT DISPONIBLES AUPRÈS DE MPEG L.L.C. VOIR https://www.mpegla.com.

**16. Restrictions du service Yahoo Search.** Le service Yahoo Search disponible via Safari n'est octroyé en licence d'utilisation que dans les pays et régions suivants : Allemagne, Argentine, Aruba, Australie, Autriche, Bahamas, Barbade, Belgique, Bermudes, Brésil, Bulgarie, Canada, Chili, Chine continentale, Hong Kong, Taïwan, Colombie, Corée du Sud, Chypre, Danemark, Espagne, Équateur, États-Unis, Finlande, France, Grèce, Grenade, Guatemala, Hongrie, Îles Caïmans, Islande, Inde, Indonésie, Irlande, Italie, Jamaïque, Japon, Lettonie, Lituanie, Luxembourg, Malaisie, Malte, Mexique, Nouvelle-Zélande, Nicaragua, Norvège, Panama, Pays-Bas, Pérou, Philippines, Pologne, Portugal, Porto Rico, République Dominicaine, République Tchèque, Roumanie, Royaume-Uni, Sainte-Lucie, Saint-Vincent, Salvador, Singapour, Slovaquie, Slovénie, Suède, Suisse, Thaïlande, Trinité-et-Tobago, Turquie, Uruguay et Venezuela.

**17. Avis sur Microsoft Exchange.** Le paramètre de messagerie Microsoft Exchange tiré du Logiciel Apple vous est uniquement concédé sous licence pour bénéficier de la synchronisation sans fil de données, telles que vos courriers électroniques, vos contacts, votre calendrier et vos tâches, entre votre Appareil et Microsoft Exchange Server ou un autre serveur concédé sous licence par Microsoft pour mettre en application le protocole Microsoft Exchange ActiveSync.

EA1806
08/07/2022

— — — — — — — — — —
**Conditions générales supplémentaires relatives à Apple Pay et Cartes**

Les présentes conditions générales supplémentaires relatives à Apple Pay et Cartes (ces « Conditions générales supplémentaires ») complètent la licence d'utilisation du Logiciel Apple (« Licence »). Les dispositions de la Licence et des présentes conditions générales supplémentaires régissent votre utilisation de la fonctionnalité Apple Pay (« Apple Pay ») et de l'application Apple Cartes (« Cartes »), qui doit être considérée de façon implicite comme un « Service » en vertu de la Licence. Les termes en majuscule utilisés dans les présentes Conditions générales supplémentaires possèdent la définition indiquée dans la Licence.

**1. Aperçu**

**Apple Pay**

Apple Pay vous permet de :

- réaliser des paiements sans contact avec des cartes de crédit, de débit et prépayées, y compris des cartes Apple Card et Apple Cash dans certains points de vente spécifiques ou au sein de certaines apps ou certains sites web ;
- envoyer des paiements entre personnes à des utilisateurs d'Apple Cash ; et
- suivre des commandes en ligne et afficher des reçus.

Il est possible qu'Apple Pay et certaines fonctionnalités d'Apple Pay soient disponibles uniquement dans certaines régions, avec des émetteurs de cartes, des réseaux de paiement, des commerçants et autres tierces parties spécifiques.

**Cartes**

Apple Cartes vous permet de stocker des représentations virtuelles de cartes de crédit, de débit et prépayées à employer avec Apple Pay (dans leur ensemble, « Cartes Apple Pay »), ainsi que d'autres types de cartes, cartes d'embarquement et clés, y compris, sans limitation, les cartes suivantes (dans leur ensemble, « cartes Cartes » et, désignées avec les Cartes Apple Pay, les « Cartes prises en charge ») :

- cartes de fidélité ;
- cartes de transport ;
- billets ;
- cartes d'abonnement ;
- clés de voiture ;
- clés de maison ;
- clés d'hébergement ;
- badges d'accès à l'entreprise ;
- cartes d'étudiant ; et
- permis de conduire ou cartes d'identité officielles (« Cartes d'identité »).

Les cartes Cartes peuvent n'être disponibles que dans certaines régions et avec des partenaires désignés. Les Cartes d'identité peuvent n'être disponibles que pour les résidents d'États participants et leur présentation peut varier selon l'État ou le lieu.

Les Cartes prises en charge sont susceptibles de changer de temps à autre.

**2. Éligibilité**

Pour utiliser Apple Pay et Cartes, vous devez posséder (i) un Appareil pris en charge exécutant une version du système d'exploitation qui prend en charge les Services (la dernière version est conseillée et parfois obligatoire), (ii) un identifiant Apple associé à un compte iCloud dûment validé auprès d'Apple, et (iii) un accès Internet (des frais peuvent s'appliquer). À l'exception d'Apple Cash familial et de certaines cartes monétaires électroniques, les Cartes Apple Pay sont uniquement destinées aux personnes âgées de 13 ans ou plus et des restrictions supplémentaires relatives à l'âge peuvent être imposées par iCloud ou par l'émetteur, le commerçant ou autre tierce partie afférente. Les cartes de transport, les cartes monétaires électroniques, les Cartes d'identité, les badges d'accès à l'entreprise et les clés ne sont disponibles que sur les Appareils iOS.

Si vous êtes parent ou tuteur légal pour un compte iCloud Family (« Personne organisatrice »), vous pouvez inviter des membres de la famille, y compris ceux de moins de 13 ans (ou âge minimal équivalent dans le pays en question), pour approvisionner et utiliser des cartes de transport admissibles dans Cartes. En tant que Personne organisatrice, vous êtes responsable de tous les paiements, achats et transactions réalisés en utilisant la carte de transport ayant été activée pour les membres de la famille, notamment ceux engagés par le membre de la famille. L'admissibilité pour, et l'utilisation de, cartes de transport dans Cartes sont soumises aux conditions générales de l'agence de transport applicable. Les Personnes organisatrices sont chargées du respect desdites conditions générales et assument tous les risques relatifs à l'activation des cartes de transport avec les autres membres de la famille. Lorsqu'un membre de la famille sort ou est retiré de la famille, celui-ci n'est alors plus en mesure de recharger la carte de transport et peut effectuer des transactions sur la carte jusqu'au moment où le solde du compte du titre arrive à zéro.

Si vous êtes propriétaire d'une clé de voiture, vous pouvez partager la clé de votre voiture avec d'autres personnes de 13 ans ou plus pour déverrouiller, accéder à et/ou conduire votre voiture.

Les clés de maison ne peuvent être ajoutées ou supprimées de Cartes qu'en ajoutant ou en supprimant les verrouillages dans l'app Maison ou qu'en vous ajoutant ou supprimant d'une maison dans l'app Maison. Si vous êtes l'administrateur d'une maison dans l'app Maison, toute clé de maison existante est automatiquement partagée avec les personnes que vous avez invitées et qui ont accepté de se joindre à votre Maison.

La carte Apple Card n'est disponible qu'aux États-Unis et est émise par Goldman Sachs Bank USA, Salt Lake City Branch (« Émetteur de carte Apple Card »). À l'exception de la carte Apple Card familiale, la carte Apple Card n'est disponible que pour les personnes âgées d'au moins 18 ans (ou plus en fonction de l'État où vous résidez).

La carte Apple Cash et la possibilité d'envoyer et de recevoir des paiements entre personnes ne sont disponibles qu'aux États-Unis et constituent des services fournis par Green Dot Bank, membre de la FDIC. Afin d'envoyer ou de recevoir des paiements entre personnes dans Apple Pay, vous devez posséder une carte Apple Cash. À l'exception de la carte Apple Card familiale, la carte Apple Cash et la possibilité d'envoyer et de recevoir des paiements entre personnes ne sont disponibles que pour les individus âgés d'au moins 18 ans.

### 3. Utilisation des Services

L'utilisation des Cartes prises en charge et des paiements entre personnes requiert un identifiant Apple servant à ouvrir une session sur iCloud. Lorsque vous ajoutez ou supprimez des clés, des badges d'entreprise, des cartes de fidélité, des tickets et des cartes d'abonnement dans Cartes, la modification peut apparaître sur vos autres appareils Apple où votre session est active par le biais de votre identifiant Apple. Vous ne pourrez associer qu'une Carte d'identité pour chaque autorité d'émission officielle à chaque identifiant Apple.

Apple Pay et Cartes sont prévus pour un usage personnel et vous ne pouvez provisionner que vos propres Cartes prises en charge ou lesdites cartes de transport ou clés de voiture et de maison que vous avez été invité à provisionner par une Personne organisatrice ou propriétaire. Si vous provisionnez une carte d'entreprise prise en charge, vous déclarez le faire avec l'autorisation de la personne qui vous emploie et avoir la permission de lier cette dernière par les conditions d'utilisation et les transactions réalisées en utilisant cette fonctionnalité. Si vous envoyez ou recevez un paiement d'une personne, vous déclarez le faire pour votre usage propre à titre personnel et non commercial. Si vous provisionnez une Carte d'identité, vous déclarez le faire avec vos propres informations personnelles qui vous représentent

réellement et avec précision.

Vous acceptez de ne pas utiliser Apple Pay ou Cartes à des fins illégales ou frauduleuses ou à toute autre fin interdite par la Licence et par ces Conditions générales supplémentaires. Vous acceptez également d'utiliser Apple Pay et Cartes conformément aux lois et réglementations applicables. Vous reconnaissez que toute information fausse envoyée dans le cadre d'une Carte d'identité peut constituer une infraction pénale en vertu des lois régionales ou nationales. Vous acceptez de ne pas interrompre ni d'interférer avec le fonctionnement du service Apple Pay ou Cartes (y compris de ne pas accéder au service par un moyen automatisé quelconque) ou de tout serveur ou réseau connecté audit service, ou de toute politique, exigence ou réglementation de réseaux connectés audit service (y compris tout accès non autorisé, utilisation ou contrôle des données ou du trafic sur ceux-ci).

Si votre accès ou utilisation d'Apple Pay ou de Cartes est interdit par la législation en vigueur, vous n'avez pas l'autorisation d'accéder ou d'utiliser ces Services. Nous ne sommes pas responsables si vous accédez ou utilisez les Services d'une façon susceptible de violer la législation en vigueur.

**4. Relation avec Apple**

Votre usage d'Apple Pay est régi par ces Conditions supplémentaires, ainsi que par les conditions stipulées dans le contrat du détenteur de la carte en place avec l'émetteur, le commerçant ou autre tierce partie appropriée responsable de votre Carte Apple Pay.

De même, votre usage de cartes Cartes est régi par ces Conditions supplémentaires, ainsi que par les conditions stipulées dans votre Contrat établi avec le commerçant, l'agence de transport, le constructeur du véhicule et du verrouillage, l'université, l'hôtel, le centre de vacances, le croisiériste, la société, l'autorité d'émission officielle ou toute autre tierce partie appropriée.

Hormis certaines fonctionnalités d'Apple Pay fournies par Apple Payments Inc. (« Apple Payments ») et décrites ci-dessous, Apple ne traite pas de paiements ou autres transactions hors paiement réalisés par le biais de vos Cartes Apple Pay. En aucun cas Apple ne contrôle ni n'est responsable des paiements, rétrofacturations, retours, remboursements, transferts de fonds, récompenses, offres, rabais, accès, vérifications d'identité, commandes ou leur exécution ou de toute activité pouvant être liée à votre utilisation d'Apple Pay ou de Cartes.

Si un quelconque conflit existe entre les conditions stipulées dans ces Conditions supplémentaires et votre Contrat établi avec l'émetteur, le commerçant, l'autorité d'émission officielle ou toute autre tierce partie appropriée (chacun constituant un « Contrat avec des Tierces parties »), les conditions stipulées dans ces Conditions supplémentaires font alors foi de votre relation avec Apple, et les conditions stipulées dans le Contrat de tierce partie approprié régissent votre relation avec ladite tierce partie.

Vous acceptez qu'Apple n'est partie dans aucun de vos Contrats avec des Tierces parties, et qu'Apple n'est pas responsable : (a) du contenu, de l'exactitude ou de la disponibilité de toute Carte prise en charge, des achats, des transactions, des transferts de fonds, des commandes ou leur exécution, des reçus ou autres activités dans le cadre de l'utilisation d'Apple Pay ou Cartes, y compris, sans limitation, celles effectuées par des Membres de la famille ou autrui avec qui vous auriez partagé vos Cartes prises en charge ou ayant accès à votre Appareil ; (b) de l'accord de crédit ou l'étude d'admissibilité au crédit ; (c) de l'émission, la suspension ou la révocation d'un permis de conduire ou d'une carte d'identification officielle ; (d) des activités des sociétés émettrices, des commerçants, des développeurs d'apps ou d'autres parties liées à votre utilisation d'Apple Pay ou de Cartes ; (e) des décisions prises par une société émettrice, un commerçant ou toute autre tierce partie liée à l'ajout de votre Carte prise en charge dans Cartes ; (f) de votre abonnement ou participation à un programme quelconque d'un commerçant ou partenaire ; (g) de l'accumulation ou de l'échange de récompenses ou de bons de valeur accumulée

en relation avec vos Cartes prises en charge ; (h) du remboursement ou de la recharge de Cartes prises en charge prépayées ; (i) de l'envoi ou de la réception de paiements entre personnes ; ou (j) de l'approvisionnement, de la récupération ou du retrait d'argent depuis votre carte Apple Cash.

Lorsque vous faites la demande d'une carte Apple Card, vous demandez d'ouvrir un compte auprès de l'Émetteur de carte Apple Card. L'établissement financier chargé de fournir la carte Apple Card peut changer et l'utilisation de la carte Apple Card est soumise à ses conditions générales.

Lorsque vous activez les fonctionnalités Apple Cash au sein d'Apple Pay, vous ouvrez un compte auprès de Green Dot Bank. À l'exception des fonctionnalités d'Apple Pay fournies par Apple Payments, lorsque vous envoyez ou recevez un paiement d'une personne ou provisionnez ou retirez de l'argent de votre carte Apple Cash, Green Dot Bank est alors responsable de la réception et de l'envoi de votre argent au destinataire voulu. L'établissement financier, responsable de l'offre de paiements Apple Cash et entre personnes au sein de Apple Pay, est sujet à changement, et votre usage desdites fonctionnalités est soumis à ses conditions générales.

La capacité d'utiliser les fonds de votre carte Apple Cash pour effectuer des paiements à certaines entreprises admissibles que vous avez autorisées (le « Service de paiements directs ») est un service fourni par Apple Payments. L'utilisation du Service de paiements directs est soumise aux conditions générales des paiements directs d'Apple Payments. De plus, certaines entreprises admissibles vous offrent la possibilité de les autoriser à verser des fonds sur votre carte Apple Cash (chacune de ces opérations constituant un « Versement »). Bien que les Versements puissent être traités par Apple Payments, ils sont proposés par les entreprises participantes qui fournissent ces fonds et peuvent être soumis à certaines conditions générales supplémentaires imposées par les entreprises à l'origine des versements. Pour tout différend ou toute question en lien avec les Cartes prises en charge ou des activités commerciales associées à des cartes, veuillez prendre contact avec votre émetteur ou le commerçant, l'autorité d'émission officielle, le développeur de l'app ou autre tierce partie applicable. Pour toute question concernant Apple Pay, Cartes, Apple Card ou la carte Apple Cash ou les paiements entre personnes, veuillez contacter l'assistance Apple.

## 5. Confidentialité

La collecte de données personnelles et leur utilisation par Apple sont régies par l'Engagement de confidentialité Apple disponible sur https://www.apple.com/fr/legal/privacy/. Vous trouverez des informations plus détaillées sur les données collectées, utilisées ou partagées dans le cadre de votre utilisation d'Apple Pay et Cartes en lisant les avis de confidentialité spécifiques de chaque service, notamment À propos d'Apple Pay et Confidentialité, accessibles sur votre Appareil, depuis l'app Watch sur un Appareil jumelé, ou en consultant la page web https://www.apple.com/fr/legal/privacy/. En utilisant Apple Pay et Cartes, vous acceptez qu'Apple, ainsi que ses filiales et ses représentants, transmettent, recueillent, conservent, traitent et utilisent ces données comme décrit ci-dessus pour assurer le bon fonctionnement de ces Services.

## 6. Sécurité ; appareils perdus ou désactivés

PROTÉGEZ VOS APPAREILS PRIS EN CHARGE ET LES INFORMATIONS D'IDENTIFICATION COMME VOUS LE FERIEZ AVEC VOTRE PORTEFEUILLE ET VOS CARTES PHYSIQUES

Apple Pay et Cartes conservent des représentations virtuelles de vos Cartes prises en charge et doivent par conséquent être protégés comme vous le feriez avec votre argent liquide, vos clés ou vos cartes de débit, de crédit, prépayées, d'identité et autres cartes. Vous êtes l'unique responsable du maintien de la sécurité de vos Appareils et de votre identifiant Apple, de vos informations Touch ID et Face ID, du code d'accès de votre ou vos Appareils pris en charge et de toute autre information d'identification utilisée

dans le cadre des Services (dans leur ensemble, vos « Informations d'identification »). Si vous autorisez ou laissez quiconque utiliser votre Appareil pris en charge (*par exemple*, en fournissant le code d'accès de votre Appareil à une tierce partie, en autorisant une tierce partie à ajouter son empreinte digitale de sorte à pouvoir utiliser Touch ID ou activer Face ID, ou en fournissant de toute autre façon une quelconque de vos Informations d'identification à une tierce partie), la personne peut être en mesure d'effectuer des paiements, d'envoyer, de demander ou de recevoir des paiements entre personnes, de retirer de l'argent de votre carte Apple Cash, de recevoir ou de retirer des bons d'achat, d'utiliser des bons de valeur, de déverrouiller ou d'accéder de toute autre façon à votre voiture, chambre, bureau ou domicile, d'emprunter votre identité ou d'effectuer d'autres transactions avec vos Cartes prises en charge dans Cartes. Dans un tel cas, vous êtes responsable de tous les paiements, accès et transactions réalisées par cette personne.

APPAREILS DÉBLOQUÉS

Si vous effectuez des modifications non autorisées sur votre Appareil, par exemple en désactivant les contrôles matériels ou logiciels en place (pratique parfois appelée « déblocage » ou « jailbreak »), votre Appareil risque de ne plus être admissible pour accéder ou utiliser les Services. Vous reconnaissez que l'utilisation d'un Appareil modifié dans le cadre des Services est expressément interdite, constitue une violation des présentes Conditions supplémentaires et une preuve pour nous de refuser ou limiter votre accès aux Services.

MESURES COMPLÉMENTAIRES DE SÉCURITÉ

Il se peut que vous soyez amené à activer des mesures de sécurité complémentaires, telles que l'identification à deux facteurs pour votre identifiant Apple, afin d'accéder à des fonctionnalités particulières d'Apple Pay, notamment la carte Apple Card, la carte Apple Cash et les paiements entre personnes avec Apple Pay. Si vous retirez par la suite ces fonctionnalités de sécurité, il se peut que vous ne puissiez plus accéder aux fonctionnalités particulières d'Apple Pay. La suppression de Face ID ou de Touch ID associé à votre carte d'identité à présenter vous oblige à effectuer dans son intégralité le processus d'approvisionnement de la carte d'identité.

APPAREILS PERDUS OU VOLÉS

Si votre Appareil est perdu ou volé et que la fonctionnalité Localiser est activée, vous pouvez l'utiliser pour essayer de désactiver la possibilité d'effectuer des transactions avec les cartes virtuelles prises en charge ou d'envoyer des paiements entre personnes sur l'Appareil en question en activant le mode Perdu sur celui-ci. Si votre Appareil est en mode Perdu, la clé de votre voiture peut être désactivée dans Cartes et vous ne pouvez plus accéder ou démarrer votre voiture après avoir laissé le véhicule ou éteint le moteur. Le mode Perdu n'affecte que les clés sur l'Appareil perdu. Si vous êtes le ou la propriétaire, vous ne pouvez plus partager la clé de votre voiture ou de votre maison avec autrui, mais les clés ayant déjà été partagées avec d'autres ne seront pas impactées sur leurs appareils.

Vous pouvez également effacer le contenu de votre Appareil, dans le but de désactiver la possibilité d'effectuer des transactions avec les cartes virtuelles prises en charge ou d'envoyer des paiements entre personnes sur l'Appareil. Cependant, vous devriez également prendre contact avec l'émetteur, le commerçant ou autre tierce partie responsable de vos Cartes prises en charge, ou Apple dans le cas de votre carte Apple Card ou Apple Cash, afin d'empêcher tout accès non autorisé à vos Cartes prises en charge sur Apple Pay et dans Cartes.

Si vous signalez, ou qu'Apple suspecte, des activités frauduleuses ou abusives, vous acceptez de collaborer avec Apple dans toute enquête et de prendre toute mesure de prévention contre la fraude nécessaire recommandée par Apple.

**7. Limitation de responsabilité**

OUTRE LES EXCLUSIONS DE GARANTIES ET LES LIMITATIONS DE RESPONSABILITÉ CONTENUES DANS LA LICENCE, APPLE N'ASSUME AUCUNE RESPONSABILITÉ POUR LES ACHATS, LES PAIEMENTS, LES TRANSFERTS DE FONDS, LES COMMANDES OU LEUR EXÉCUTION, LES INFORMATIONS SUR LES REÇUS, L'ACCÈS, LA VÉRIFICATION D'IDENTITÉ, LES TRANSACTIONS OU TOUTE AUTRE ACTIVITÉ RÉALISÉS À L'AIDE D'APPLE PAY OU CARTES. DE PLUS, VOUS ACCEPTEZ DE VOUS RAPPORTER UNIQUEMENT AUX ACCORDS PASSÉS AVEC L'ÉMETTEUR DE VOTRE CARTE, VOTRE RÉSEAU DE PAIEMENT, LES ÉTABLISSEMENTS FINANCIERS, LE COMMERÇANT, LE DÉVELOPPEUR DE L'APP, L'AUTORITÉ D'ÉMISSION OFFICIELLE OU AUTRE TIERCE PARTIE APPLICABLE AUPRÈS DESQUELS VOUS RÉALISEZ DES ACHATS POUR RÉSOUDRE TOUTE QUESTION OU TOUT DIFFÉREND RELATIF À VOS CARTES PRISES EN CHARGE, VOS PAIEMENTS ENTRE PERSONNES ET LES ACTIVITÉS QUI Y SONT ASSOCIÉES.

———————————

**NOTIFICATIONS DE LA PART D'APPLE**

Si Apple a besoin de vous joindre au sujet de votre produit ou de votre compte, vous acceptez de recevoir des notifications par courrier électronique. Vous acceptez que de telles notifications, qui vous parviennent électroniquement d'Apple, satisfont toute disposition légale en matière de communication.

**DEUTSCH**

**WICHTIGER HINWEIS: INDEM DU DEIN iPHONE, DEIN iPAD ODER DEINEN iPOD TOUCH („GERÄT") VERWENDEST, ERKLÄRST DU DEIN EINVERSTÄNDNIS MIT DEN FOLGENDEN BESTIMMUNGEN:**

**A.     APPLE iOS UND iPadOS SOFTWARELIZENZVERTRAG**
**B.     ERGÄNZENDE BESTIMMUNGEN ZU APPLE PAY**
**C.     BENACHRICHTIGUNGEN VON APPLE**

**APPLE INC.**
**iOS UND iPadOS SOFTWARELIZENZVERTRAG**
**Einzelbenutzerlizenz**

**BITTE LIES DIESEN SOFTWARELIZENZVERTRAG („LIZENZ") SORGFÄLTIG DURCH, BEVOR DU DEIN GERÄT IN BETRIEB NIMMST ODER DIE ZU DIESER LIZENZ GEHÖRIGE SOFTWAREAKTUALISIERUNG LÄDST. INDEM DU DEIN GERÄT VERWENDEST ODER EINE SOFTWAREAKTUALISIERUNG LÄDST, SOFERN ZUTREFFEND, ERKLÄRST DU DEIN EINVERSTÄNDNIS MIT DEN BESTIMMUNGEN DIESES LIZENZVERTRAGS. WENN DU MIT DEN BESTIMMUNGEN DIESES LIZENZVERTRAGS NICHT EINVERSTANDEN BIST, VERWENDE DAS GERÄT NICHT BZW. LADE DIE SOFTWAREAKTUALISIERUNG NICHT.**

**WENN DU KÜRZLICH EIN GERÄT GEKAUFT HAST UND MIT DEN BESTIMMUNGEN DIESES LIZENZVERTRAGS NICHT EINVERSTANDEN BIST, KANNST DU DAS GERÄT GEMÄSS DEN APPLE RÜCKGABERICHTLINIEN UNTER https://www.apple.com/legal/sales-support/ INNERHALB DES RÜCKGABEZEITRAUMS GEGEN RÜCKERSTATTUNG DES KAUFPREISES AN DEN APPLE STORE ODER DEN AUTORISIERTEN HÄNDLER ZURÜCKGEBEN, BEI DEM DU ES ERWORBEN HAST.**

**1. Allgemein**
(a) Die Software (einschließlich Boot-ROM-Code, eingebetteter Software und Software von Drittanbietern), Dokumentation, Benutzeroberflächen, Inhalte, Schriftarten und sonstige Daten, die du mit deinem Gerät erhalten hast („Original Apple Software"), die ggf. durch von Apple bereitgestellte Funktionserweiterungen, Softwareaktualisierungen, Sicherheitsantworten, Systemdateien oder Systemwiederherstellungssoftware aktualisiert oder ersetzt werden („Apple Softwareänderungen"), unabhängig davon, ob diese auf einem ROM, einem anderen Speichermedium oder in anderer Form gespeichert sind (die Original Apple Software und die Apple Softwareänderungen werden im Folgenden gemeinsam als „Apple Software" bezeichnet), werden dir von Apple Inc. („Apple") für die Nutzung im Rahmen dieser Lizenz lizenziert, nicht verkauft. Apple und seine Lizenzgeber bleiben Eigentümer der Apple Software und behalten sich alle Rechte vor, die dir nicht ausdrücklich erteilt werden. Du erklärst dich damit einverstanden, dass die Bestimmungen dieser Lizenz für jegliche Apple Apps gelten, die möglicherweise in deinem Gerät integriert sind, es sei denn, eine solche App wird von einer separaten Lizenz begleitet; in diesem Fall erklärst du dich damit einverstanden, dass die Bestimmungen dieser Lizenz für deine Nutzung dieser App gelten werden.

(b) Apple kann nach eigenem Ermessen künftige Apple Softwareänderungen bereitstellen. Die Apple Softwareänderungen, sofern vorhanden, enthalten unter Umständen nicht alle vorhandenen Softwarefunktionen oder neuen Funktionen, die Apple für neuere oder andere Gerätemodelle freigibt. Die Bestimmungen dieser Lizenz gelten für jegliche von Apple bereitgestellten Apple Softwareänderungen, es sei denn, eine solche Apple Softwareänderung umfasst eine separate Lizenz. In diesem Fall stimmst du zu, dass die Bestimmungen dieser Lizenz für die Aktualisierung Gültigkeit haben.

(c) Wenn du die Funktion für die Express-Konfiguration verwendest, um ein neues Gerät basierend auf deinem vorhandenen Gerät zu konfigurieren, erklärst du dich damit einverstanden, dass die Bestimmungen dieser Lizenz für deine Nutzung der Apple Software auf deinem neuen Gerät maßgeblich sind, es sei denn, dieses umfasst eine separate Lizenz. In dem Fall stimmst du zu, dass diese Lizenz für deine Nutzung dieser Apple Software Gültigkeit hat. Dein Gerät prüft in regelmäßigen Abständen bei Apple, ob Änderungen für die Apple Software vorhanden sind. Wenn eine Änderung verfügbar ist, wird diese möglicherweise automatisch geladen und auf deinem Gerät und, sofern zutreffend, auf deinen Peripheriegeräten installiert. **Indem du die Apple Software verwendest, erklärst du dein Einverständnis damit, dass Apple automatische Apple Softwareänderungen auf deinem Gerät und deinen Peripheriegeräten laden und installieren darf.** Du kannst die automatische Installation von Betriebssystemupdates und Rapid Security Responses jederzeit deaktivieren, indem du die Einstellungen für „Automatische Updates" unter „Einstellungen" > „Allgemein" > „Softwareupdate" anpasst. Einige Systemdateien (einschließlich, aber nicht beschränkt auf aktualisierte Schriftarten, Sprachmodelle, Sprachressourcen und Firmware für Peripheriegeräte) werden möglicherweise weiterhin automatisch installiert, z. B. wenn du bestimmte Funktionen und Peripheriegeräte einschaltest oder verwendest, oder um rechtlichen, regulatorischen oder Belangen der öffentlichen Sicherheit sowie technischen Gesichtspunkten zu genügen.

**2. Nutzung und Beschränkungen.**
(a) Gemäß den Bestimmungen dieses Lizenzvertrags erteilt dir Apple hiermit eine eingeschränkte, einfache Lizenz zur Nutzung der Apple Software auf einem einzigen Apple Gerät. Ausgenommen wie in Absatz 2(b) unten gestattet und vorbehaltlich separater Lizenzvereinbarungen zwischen dir und Apple ist im Rahmen dieses Lizenzvertrags die Existenz der Apple Software auf mehr als einem Apple Gerät gleichzeitig nicht gestattet. Ferner ist es untersagt, die Apple Software zu verteilen oder über ein Netzwerk bereitzustellen, in dem sie von mehr als einem Gerät gleichzeitig verwendet werden kann. Diese Lizenz gewährt dir keinerlei Rechte zur Nutzung von Apple-eigenen Benutzeroberflächen und anderem geistigem Eigentum an Design, Entwicklung, Fertigung, Lizenzierung oder Verteilung von Drittanbietergeräten und -zubehör oder Drittanbietersoftware für die Verwendung mit Geräten. Einige dieser Rechte stehen unter separaten Lizenzen von Apple zur Verfügung. Wenn du weitere Informationen zur Entwicklung von Drittanbietergeräten und -zubehör für Geräte wünschst, besuche bitte die Website https://developer.apple.com/programs/mfi/. Wenn du weitere Informationen zur Entwicklung von Software für Geräte wünschst, besuche bitte die Website https://developer.apple.com.

(b) Mit diesem Lizenzvertrag erhältst du eine eingeschränkte, einfache Lizenz zum Laden von Apple Softwareänderungen, die möglicherweise von Apple für das Modell deines Geräts zur Verfügung gestellt werden, um die Software auf jedem Gerät, dessen Eigentümer:in du bist oder das deiner Kontrolle unterliegt, zu aktualisieren oder wiederherzustellen. Im Rahmen dieses Lizenzvertrags ist es nicht gestattet, Geräte zu aktualisieren oder wiederherzustellen, deren Eigentümer:in du nicht bist oder die nicht deiner Kontrolle unterliegen. Ferner ist es untersagt, die Apple Softwareänderungen zu verteilen oder über ein Netzwerk bereitzustellen, in dem sie von mehr als einem Gerät oder mehr als einem Computer gleichzeitig verwendet werden können. Wenn du eine Apple Softwareaktualisierung auf deinen Computer lädst, bist du berechtigt, eine maschinenlesbare Kopie der auf deinem Computer gespeicherten Apple Softwareänderungen für Sicherungszwecke zu erstellen. Du bist verpflichtet, auf jeder Kopie der Apple Softwareaktualisierungen die Urheber- und sonstigen Schutzrechtshinweise aufzunehmen, die auf dem Original enthalten waren.

(c) Sofern Apple auf deinem Gerät zum Zeitpunkt des Kaufs Apple Apps aus dem App Store vorinstalliert hat („vorinstallierte Apps"), musst du dich beim App Store anmelden und diese vorinstallierten Apps deinem App Store Account zuordnen, um sie auf deinem Gerät verwenden zu können. Wenn du deinem App Store Account eine vorinstallierte App zuordnest, ordnest du gleichzeitig automatisch alle anderen vorinstallierten Apps auf deinem Gerät zu. Indem du dich für die Zuordnung der vorinstallierten Apps zu deinem App Store Account entscheidest, erklärst du dein Einverständnis damit, dass Apple sowohl die

Apple ID, die von deinem App Store Account verwendet wird, als auch eine eindeutige Hardwarekennung, die von deinem Gerät gesammelt wird, als eindeutige Account IDs zwecks Prüfung der Berechtigung deiner Anfrage und Bereitstellung des Zugriffs auf die vorinstallierten Apps via App Store für dich übertragen, sammeln, verwalten, verarbeiten und nutzen darf. Wenn du eine vorinstallierte App nicht verwenden möchtest, kannst du sie jederzeit von deinem Gerät löschen.

(d) Es ist dir nicht gestattet und du verpflichtest dich, es zu unterlassen und Dritten nicht zu gestatten, die Apple Software oder jegliche Dienste, die von der Apple Software bereitgestellt werden, oder Teile davon zu kopieren (sofern dies nicht ausdrücklich im Rahmen dieses Lizenzvertrags gestattet ist), zu dekompilieren, zurückzuentwickeln, zu disassemblieren, Versuche zur Ableitung des Quellcodes zu unternehmen, den Quellcode zu entschlüsseln, zu modifizieren oder abgeleitete Werke der Apple Software oder jeglicher von der Apple Software bereitgestellter Dienste oder Teile davon zu erstellen (sofern dies nicht und nur in dem Ausmaß, in dem jegliche vorgenannte Beschränkung durch gesetzliche Vorschriften oder durch die Lizenzbestimmungen, die die Nutzung von möglicherweise in der Apple Software enthaltenen Open-Source-Komponenten regeln, untersagt ist). Du verpflichtest dich, es zu unterlassen, jegliche Schutzrechtshinweise (einschließlich Marken- und Urheberrechtshinweisen), die möglicherweise innerhalb der Apple Software hinzugefügt oder enthalten sind, zu entfernen, zu verdecken oder zu ändern.

(e) Die Apple Software darf zur Reproduktion von Materialien verwendet werden, sofern sich diese Verwendung auf die Reproduktion von Materialien beschränkt, (i) die nicht durch Urheberrechte geschützt sind, (ii) für die du das Urheberrecht besitzt oder (iii) zu deren Reproduktion du bevollmächtigt oder durch Gesetze autorisiert bist. Unbeschadet der Vorhergehenden ist es dir untersagt, jegliche Bilder, auf die über die App „News" oder „Karten" zugegriffen wird, als eigenständige Datei weiter zu veröffentlichen, zu übertragen oder zu reproduzieren. Das Eigentums- und Urheberrecht an den Inhalten, die über dein Gerät angezeigt oder darauf gespeichert werden bzw. auf die über dein Gerät zugegriffen wird, liegt bei den jeweiligen Eigentümer:innen dieser Inhalte. Solche Inhalte sind möglicherweise durch Urheberrechte oder andere Rechte und Verträge hinsichtlich des geistigen Eigentums geschützt und können den Nutzungsbestimmungen des Dritten unterliegen, der diese Inhalte bereitstellt. Soweit hierin nicht anderweitig festgelegt, gewährt dir diese Lizenz keinerlei Rechte zum Verwenden solcher Inhalte, noch garantiert sie, dass diese Inhalte weiterhin für dich verfügbar sein werden.

(f) Gemäß den Bedingungen dieser Lizenz bist du befugt: (i) die in der Apple Software enthaltenen oder mit ihr erstellten Memoji-Zeichen („Systemzeichen") zu verwenden, (1) während die Apple Software ausgeführt wird und (2) um deine eigenen Originalinhalte und -projekte für deinen persönlichen, nicht gewerblichen Gebrauch zu erstellen; und (ii) die von der Apple Software automatisch in Echtzeit auf dem Gerät generierten Live Captions („Live-Untertitel"), unabhängig davon, ob sie während eines FaceTime Anrufs oder anderweitig generiert wurden, nur für deinen persönlichen, nicht gewerblichen Gebrauch zu verwenden. Eine andere Nutzung der Systemzeichen oder Live Captions ist im Rahmen dieser Lizenz nicht zulässig, einschließlich, aber nicht beschränkt auf die Nutzung, Reproduktion, Anzeige, Aufführung, Aufnahme, Veröffentlichung oder Verteilung jeglicher Systemzeichen oder Live Captions in einem gewinnorientierten, gemeinnützigen, öffentlichen oder kommerziellen Kontext.

(g) Die Apple Software muss möglicherweise auf bestimmte Softwareprogramme, Dienste oder Websites von Drittanbietern auf deinem Gerät zugreifen, um bestimmte Kurzbefehle für App- und/oder Website-Aktionen vollständig ausführen zu können. Du stimmst ausdrücklich einer solchen Nutzung soweit erforderlich zu, um den Kurzbefehl mit der Apple Software vollständig auszuführen.

(h) Du erklärst dich damit einverstanden, die Apple Software und Dienste (wie in Absatz 5 unten definiert) in Übereinstimmung mit allen anwendbaren Gesetzen zu verwenden, einschließlich lokaler Gesetze des Landes oder der Region, in dem bzw. der du wohnhaft bist oder in dem bzw. der du die Apple Software und Dienste lädst oder verwendest. Funktionen der Apple Software und Dienste sind möglicherweise

nicht in allen Sprachen oder Regionen verfügbar; einige Funktionen können je nach Region variieren und einige sind möglicherweise eingeschränkt oder werden von deinem Dienstanbieter nicht bereitgestellt. Für einige Funktionen der Apple Software und Dienste ist eine WLAN-Verbindung oder drahtlose Datenverbindung erforderlich.

(i) Die Nutzung des App Store erfordert eine eindeutige Kombination aus Benutzernamen und Passwort, die als Apple ID bezeichnet wird. Eine Apple ID ist auch für den Zugriff auf App-Aktualisierungen und bestimmte Funktionen der Apple Software und Dienste erforderlich.

(j) Dir ist bewusst, dass viele Funktionen, integrierte Apps und Dienste der Apple Software Daten übertragen und Auswirkungen auf deinen Datentarif haben könnten und dass du für solche Gebühren verantwortlich bist. Du kannst anzeigen und steuern, welche Programme Mobilfunkdaten nutzen dürfen, und kannst in den Einstellungen unter „Mobile Daten" nachsehen, wie viele Daten solche Programme schätzungsweise verbraucht haben. Darüber hinaus wechselt die Funktion „Wi-Fi Assist" bei einer schlechten WLAN-Verbindung automatisch zur Mobilfunkverbindung. Dies kann zu einer stärkeren Nutzung mobiler Daten führen und sich auf deinen Datentarif auswirken. „Wi-Fi Assist" ist standardmäßig aktiviert, kann aber unter „Einstellungen" deaktiviert werden. Weitere Informationen dazu kannst du dem Benutzerhandbuch für dein Gerät entnehmen.

(k) Wenn du dich entscheidest, automatische App-Aktualisierungen zuzulassen, prüft dein Gerät in regelmäßigen Abständen bei Apple, ob Aktualisierungen für die Apps auf deinem Gerät vorhanden sind. Wenn eine Aktualisierung verfügbar ist, wird diese automatisch geladen und auf deinem Gerät installiert. Du kannst die automatische App-Aktualisierung jederzeit deaktivieren, indem du zu „Einstellungen" navigierst, auf „iTunes & App Store" tippst und unter „Automatische Downloads" die Option „Updates" deaktivierst.

(l) Die Nutzung deines Geräts kann dich in bestimmten Situationen ablenken und möglicherweise zu gefährlichen Situationen führen (so solltest du es beispielsweise vermeiden, beim Autofahren SMS-Nachrichten zu schreiben oder beim Fahrradfahren Kopfhörer zu tragen). Indem du den Gerät verwendest, erklärst du dich damit einverstanden, dass es in deiner Verantwortung liegt, Regeln einzuhalten, die die Nutzung von Mobiltelefonen verbieten oder einschränken (beispielsweise die Vorschrift, beim Telefonieren im Auto eine Freisprecheinrichtung zu verwenden).

(m) Gewisse Funktionen der Apple Software können versuchen, in sicherheitsrelevanten Situationen Hilfe zu leisten, z. B. sicherheitsrelevante Erkennungsfunktionen und die Verbindung mit Rettungsdiensten (wo verfügbar). Apple garantiert nicht die Verfügbarkeit, Genauigkeit, Vollständigkeit, Zuverlässigkeit oder Aktualität solcher Funktionen. Diese Funktionen sind nicht für Situationen gedacht, in denen schnellere oder effektivere Hilfe verfügbar ist und erhalten werden kann. Du erklärst dich damit einverstanden, diese Funktionen auf dein alleiniges Risiko zu verwenden und ein unabhängiges Urteilsvermögen auszuüben, und dass Apple, seine verbundenen Unternehmen, Vertreter oder Auftraggeber dir gegenüber nicht für deine Verwendung dieser Funktionen und die daraus resultierenden Folgen im gesetzlich zulässigen Umfang haftbar sind.

(n) Dein Gerät ist kein medizinisches Gerät und sollte nicht als Ersatz für professionelle medizinische Diagnosen verwendet werden. Es ist nicht dafür konzipiert oder vorgesehen, bei der Diagnose von Krankheiten oder anderen Beschwerden bzw. bei der Heilung, Linderung, Behandlung oder Prävention von Beschwerden oder Krankheiten verwendet zu werden. Bitte konsultiere deinen medizinischen Betreuer, bevor du Entscheidungen in Bezug auf deine Gesundheit triffst.

**3. Übertragung.** Es ist dir nicht gestattet, die Apple Software zu vermieten, zu verleasen, zu verleihen, zu verkaufen, neu zu verteilen oder Unterlizenzen für die Apple Software zu vergeben. Du bist jedoch berechtigt, eine einmalige, permanente Übertragung all deiner Lizenzrechte an der Apple Software an

einen Dritten in Verbindung mit der Übertragung des Eigentums an deinem Gerät vorzunehmen, vorausgesetzt: (a) die Übertragung umfasst dein Gerät und die komplette Apple Software, einschließlich aller Komponenten und dieses Lizenzvertrags; (b) du behältst keine Kopie der Apple Software oder von Teilen der Apple Software, einschließlich der Kopien, die sich auf einem Computer oder einem anderen Massenspeichergerät befinden; und (c) die Partei, die die Apple Software erhält, liest und akzeptiert die Bestimmungen dieses Lizenzvertrags.

**4. Einwilligung zur Verwendung von Daten.** Wenn du dein Gerät verwendest, werden deine Telefonnummer und bestimmte eindeutige Kennungen für dein Gerät an Apple gesendet, damit andere dich unter deiner Telefonnummer erreichen können, wenn sie verschiedene Kommunikationsfunktionen der Apple Software verwenden, etwa iMessage und FaceTime. Wenn du iMessage verwendest, kann Apple deine Nachrichten in verschlüsselter Form für einen befristeten Zeitraum aufbewahren, um deren Zustellung sicherzustellen. Du kannst FaceTime oder iMessage deaktivieren, indem du auf deinem Gerät zu den Einstellungen von FaceTime oder iMessage navigierst. Bestimmte Features, z. B. die App „Analyse", die Ortungsdienste, Siri und die Diktierfunktion, erfordern möglicherweise Informationen von deinem Gerät, um ihre jeweiligen Funktionen bereitstellen zu können. Wenn du diese Features aktivierst oder verwendest, werden Details dazu bereitgestellt, welche Informationen an Apple gesendet werden und wie diese Informationen verwendet werden können. Weitere Informationen erhältst du auf der Website https://www.apple.com/privacy/. Deine Informationen werden jederzeit gemäß der Apple Datenschutzrichtlinie behandelt, die unter folgender Adresse verfügbar ist: https://www.apple.com/legal/privacy/.

**5. Dienste und Materialien von Drittanbietern.**
(a) Die Apple Software gewährt möglicherweise Zugang zu bzw. zum iTunes Store, App Store, Apple Books, Game Center, iCloud, Karten, News, Fitness+ von Apple und zu anderen Diensten und Websites von Apple und Drittanbietern (gemeinsam und einzeln als „Dienste" bezeichnet). Die Nutzung dieser Dienste erfordert Internetzugriff und die Nutzung bestimmter Dienste erfordert möglicherweise eine Apple ID, setzt möglicherweise dein Einverständnis mit zusätzlichen Servicebedingungen voraus und unterliegt unter Umständen zusätzlichen Gebühren. Indem du diese Software zusammen mit einer Apple ID oder anderen Apple Diensten verwendest, erklärst du dein Einverständnis mit den anwendbaren Servicebedingungen, z. B. den neuesten Apple Media Services Bedingungen für das Land oder die Region, in dem bzw. der du auf diese Services zugreifst, die du über die Webseite https://www.apple.com/de/legal/internet-services/itunes/ anzeigen und nachlesen kannst.

(b) Wenn du dich für iCloud anmeldest, ist es möglich, direkt mit der Apple Software auf bestimmte iCloud Funktionen wie „iCloud Drive", „Mein Fotostream", „Geteilte Alben" und „Wo ist?" zuzugreifen. Du erklärst dein Einverständnis damit, dass deine Nutzung von iCloud und diesen Funktionen den neuesten Bedingungen des iCloud-Diensts unterliegt, die du hier nachlesen kannst: https://www.apple.com/legal/internet-services/icloud/.

(c) Inhalte der App „News". Die Nutzung der Inhalte, zu denen die App „News" Zugang gewährt, ist ausschließlich auf die persönliche, nicht kommerzielle Nutzung beschränkt, überträgt keine Eigentumsrechte an den Inhalten auf dich und schließt insbesondere ohne Einschränkung jegliche kommerziellen oder werberelevanten Nutzungsrechte an solchen Inhalten aus.

(d) Karten. Der Kartendienst und die Kartenfunktionen der Apple Software („Karten"), einschließlich der Kartendatenabdeckung, können je nach Region variieren. Wenn du die App „Karten" aktivierst oder verwendest, werden Details dazu bereitgestellt, welche Informationen an Apple gesendet werden und wie diese Informationen verwendet werden können. Du erklärst dein Einverständnis damit, dass deine Nutzung der App „Karten" den neuesten Bedingungen des Karten- Diensts unterliegt, die du auf der Startkarte von „Karten" auf dem iPhone anzeigen und nachlesen kannst.

(e) Dir ist bekannt, dass du bei der Nutzung der einzelnen Dienste möglicherweise mit Inhalten konfrontiert wirst, die als beleidigend, vulgär oder unmoralisch angesehen werden können, wobei gegebenenfalls darauf hingewiesen werden kann, dass die Inhalte anstößige Sprache enthalten. Es ist dir ferner bekannt, dass durch die Eingabe von Suchbegriffen oder einer bestimmten URL-Adresse automatisch und unabsichtlich Verknüpfungen (Links) zu oder Verweise auf diese zu beanstandenden Materialien hergestellt werden können. Du erklärst dich damit einverstanden, diese Dienste auf eigene Verantwortung zu nutzen und dass Apple, seine Partner, Vertreter, leitenden Angestellten oder Lizenzgeber dir gegenüber nicht für Inhalte haften, die als beleidigend, vulgär oder unmoralisch angesehen werden können.

(f) Bestimmte Dienste können Inhalte, Daten, Informationen, Programme oder Materialien von Drittanbietern („Drittanbietermaterialien") anzeigen, enthalten oder zur Verfügung stellen oder Links zu bestimmten Websites von Drittanbietern bereitstellen. Indem du diese Dienste verwendest, bestätigst du und erklärst dich ausdrücklich damit einverstanden, dass Apple nicht verantwortlich ist für die Prüfung oder Bewertung der Inhalte, Genauigkeit, Vollständigkeit, Aktualität, Gültigkeit, Urheberrechtskonformität, Legalität, Integrität, Qualität oder sonstiger Aspekte solcher Materialien oder Websites von Drittanbietern. Apple, seine Mitarbeiter, Partner- oder Tochtergesellschaften gewähren oder bestätigen und übernehmen und tragen keinerlei Haftung oder Verantwortung dir oder Dritten gegenüber für jegliche Drittanbieterdienste, Drittanbietermaterialien oder -websites oder für sonstige Materialien, Produkte oder Dienste von Drittanbietern. Drittanbietermaterialien und Links zu anderen Websites werden dir nur aus Gefälligkeit bereitgestellt.

(g) Weder Apple noch seine Anbieter von Inhalten übernehmen eine Gewähr für die Verfügbarkeit, Genauigkeit, Vollständigkeit, Zuverlässigkeit oder Aktualität von Aktieninformationen, Ortungsdaten oder anderen Daten oder Informationen, die mit jeglichen Diensten angezeigt werden. Finanzspezifische Informationen, die mit jeglichen Diensten angezeigt werden, dienen lediglich allgemeinen Informationszwecken und sollten nicht als verlässliche Grundlage für Investitionen genutzt werden. Vor dem Abschluss von Wertpapiergeschäften, die auf mit den Diensten angezeigten Informationen basieren, solltest du einen Finanzberater oder Experten für Wertpapiere konsultieren, der in deinem Land oder deiner Region rechtmäßig zur Finanz- oder Wertpapierberatung qualifiziert ist. Ortungsdaten, die von jeglichen Diensten bereitgestellt werden, einschließlich vom Apple Dienst „Karten", werden ausschließlich zu einfachen Navigations- und Planungszwecken bereitgestellt und sind nicht dafür vorgesehen, in Situationen, in denen präzise Ortungsinformationen benötigt werden oder in denen falsche, ungenaue, zeitverzögerte oder unvollständige Ortsdaten zu Todesfällen, Körperverletzungen oder Sach- und Umweltschäden führen können, als verlässliche Angaben genutzt zu werden. Du akzeptierst, dass die Ergebnisse, die du vom Dienst „Karten" empfängst, möglicherweise von den tatsächlichen Straßen- oder Geländeverhältnissen abweichen aufgrund von Faktoren, die die Genauigkeit der Kartendaten beeinträchtigen können, einschließlich ohne Einschränkung Wetter-, Straßen- und Verkehrsverhältnissen sowie geopolitischer Ereignisse. Aus Sicherheitsgründen solltest du bei Verwendung der Navigationsfunktion immer die aufgestellten Verkehrszeichen und die aktuellen Straßenverhältnisse beachten. Halte die Praktiken für sicheres Fahren und die Straßenverkehrsordnung ein und beachte, dass Fahrrad- und Gehwege bei den ausgewiesenen Strecken möglicherweise nicht berücksichtigt werden.

(h) Soweit du durch Nutzung der Dienste Inhalte hochlädst, erklärst du, dass du Inhaber aller Rechte an solchen Inhalten bist oder dass du über die Berechtigung verfügst oder anderweitig durch Gesetze autorisiert bist, diese Inhalte hochzuladen, und dass diese Inhalte nicht gegen Servicebedingungen verstoßen, die für die Dienste anwendbar sind. Du erkennst hiermit an, dass die Dienste proprietäre Inhalte, Informationen und Materialien enthalten, deren Eigentümer Apple, der Inhaber der Website oder dessen/deren Lizenzgeber ist/sind, und die durch anwendbare Gesetze zum Schutz des geistigen Eigentums oder durch sonstige Gesetze, einschließlich, aber nicht beschränkt auf das Urheberrecht, geschützt sind. Du verpflichtest dich, diese proprietären Inhalte, Informationen oder Materialien nicht zu

anderen Zwecken als zur zulässigen Nutzung der Dienste oder nicht auf eine Weise zu verwenden, die die Bestimmungen dieser Lizenz verletzt oder die gegen die Urheberrechte von Drittanbietern oder von Apple verstößt. Die Dienste oder Teile davon dürfen, gleich in welcher Form oder Weise, nicht vervielfältigt werden. Du verpflichtest dich, es zu unterlassen, die Dienste in jeglicher Weise zu modifizieren, zu vermieten, zu verleasen, zu verleihen, zu verkaufen, zu verteilen oder abgeleitete Werke der Dienste zu erstellen. Ferner verpflichtest du dich, diese Dienste nicht zu missbrauchen, einschließlich insbesondere durch Nutzung der Dienste für die Übertragung von Computerviren, Würmern, Trojanern oder anderer Malware oder durch das Eindringen in Netzwerke oder die Belastung von Netzwerkkapazität. Du erklärst dich damit einverstanden, die Dienste nicht zu verwenden, um die Rechte Dritter zu beeinträchtigen, zu missbrauchen, zu stören, zu bedrohen, zu diffamieren oder anderweitig zu verletzen oder gegen sie zu verstoßen. Apple übernimmt die Verantwortung weder für eine solche Nutzung deinerseits noch für jegliche beeinträchtigenden, bedrohenden, diffamierenden, verletzenden, verstoßenden oder widerrechtlichen Nachrichten oder Übertragungen, die du möglicherweise infolge der Nutzung der Dienste erhältst.

(i) Darüber hinaus sind solche Dienste und Materialien von Drittanbietern möglicherweise nicht in allen Sprachen bzw. allen Ländern oder Regionen verfügbar. Apple übernimmt keine Gewähr dafür, dass solche Dienste und Drittanbietermaterialien geeignet oder verfügbar sind für die Nutzung an einem bestimmten Ort. Für den Fall, dass du dich entscheidest, solche Dienste oder Drittanbietermaterialien zu verwenden oder darauf zuzugreifen, erfolgt dies auf deine eigene Initiative und du trägst die Verantwortung für die Einhaltung jeglicher anwendbarer Gesetze, einschließlich, aber nicht beschränkt auf anwendbare lokale Gesetze und Gesetze zu Datenschutz und Datensammlung. Das Bereitstellen oder Synchronisieren von Fotos über dein Gerät kann dazu führen, dass Metadaten, einschließlich wo und wann das Foto aufgenommen wurde, und Tiefeninformationen, zusammen mit diesen Fotos übertragen werden. Die Nutzung der Apple Dienste (z. B. iCloud-Foto-Mediathek) zum Teilen oder Synchronisieren solcher Fotos schließt ein, dass Apple solche Metadaten empfängt und archiviert. Apple und seine Lizenzgeber behalten sich das Recht vor, sämtliche Dienste jederzeit ohne Vorankündigung zu ändern, vorübergehend einzustellen, zu entfernen oder den Zugang zu bestimmten Diensten zu deaktivieren. Apple übernimmt in keinem Fall die Haftung für das Einstellen jeglicher Dienste oder die Deaktivierung des Zugangs zu solchen Diensten. Apple ist berechtigt, jederzeit ohne vorherige Mitteilung sowie unter Ausschluss der Haftung die Nutzung von oder den Zugang zu bestimmten Diensten zu beschränken.

**6. Laufzeit.** Dieser Lizenzvertrag hat bis zu seiner Beendigung Gültigkeit. Deine Rechte im Rahmen dieses Lizenzvertrags enden automatisch ohne Mitteilung seitens Apple oder verlieren ihre Gültigkeit, wenn du gegen eine oder mehrere Bestimmungen dieses Lizenzvertrags verstößt. Bei Beendigung dieses Lizenzvertrags bist du verpflichtet, die Nutzung der Apple Software einzustellen. Die Absätze 4, 5, 6, 7, 8, 9, 10, 12 und 13 dieser Lizenz behalten über die Beendigung dieses Vertrags hinaus Gültigkeit.

**7. Gewährleistungsverzicht.**
7.1     Wenn du ein Privatkunde bist (d. h. die Apple Software außerhalb deines Gewerbes, Geschäftsbereichs oder Berufs verwendest), gelten für dich in deinem Wohnsitzland möglicherweise Gesetze, durch die eine Anwendung der folgenden Einschränkungen auf dich untersagt ist. Wo dies der Fall ist, treffen diese Einschränkungen für dich nicht zu. Wenn du mehr über deine Rechte erfahren möchtest, wende dich bitte an eine lokale Beratungsstelle für Verbraucher:innen.

7.2     DU BESTÄTIGST UND ERKLÄRST DICH AUSDRÜCKLICH DAMIT EINVERSTANDEN, DASS BIS ZU DEM DURCH GELTENDE GESETZE ZULÄSSIGEN AUSMASS DIE VERWENDUNG DER APPLE SOFTWARE UND JEGLICHER DIENSTE, DIE VON DER APPLE SOFTWARE AUSGEFÜHRT WERDEN ODER AUF DIE MIT DER APPLE SOFTWARE ZUGEGRIFFEN WIRD, AUF DEIN EIGENES RISIKO ERFOLGT UND DASS DU DAS GESAMTE RISIKO IM HINBLICK AUF ZUFRIEDENSTELLENDE QUALITÄT, LEISTUNG, GENAUIGKEIT UND AUFWAND TRÄGST.

7.3    VORBEHALTLICH DES DURCH DAS ANWENDBARE RECHT MAXIMAL ZULÄSSIGEN UMFANGS WERDEN DIE APPLE SOFTWARE UND DIENSTE OHNE MÄNGELGEWÄHR UND NACH VERFÜGBARKEIT MIT ALLEN FEHLERN UND OHNE GEWÄHRLEISTUNG JEGLICHER ART AUSGELIEFERT. APPLE UND DIE APPLE LIZENZGEBER (ZUM ZWECKE DER ABSÄTZE 7 UND 8 GEMEINSAM ALS „APPLE" BEZEICHNET) LEHNEN HIERMIT ALLE GEWÄHRLEISTUNGEN UND BEDINGUNGEN HINSICHTLICH DER APPLE SOFTWARE UND DIENSTE AB, UND ZWAR SOWOHL AUSDRÜCKLICHE, IMPLIZITE ALS AUCH GESETZLICH FESTGELEGTE GEWÄHRLEISTUNGEN, EINSCHLIESSLICH INSBESONDERE DER IMPLIZITEN GEWÄHRLEISTUNGEN UND/ODER BEDINGUNGEN DER MARKTFÄHIGKEIT, ZUFRIEDENSTELLENDEN QUALITÄT, EIGNUNG FÜR EINEN BESTIMMTEN ZWECK, GENAUIGKEIT, DES UNGESTÖRTEN BESITZES UND DER NICHTVERLETZUNG DER RECHTE DRITTER.

7.4    APPLE ÜBERNIMMT KEINE GEWÄHRLEISTUNG DAFÜR, DASS DER UNGESTÖRTE BESITZ DER APPLE SOFTWARE UND DIENSTE NICHT BEEINTRÄCHTIGT WIRD, DASS DIE FUNKTIONEN IN DER APPLE SOFTWARE ODER DURCH DIE APPLE SOFTWARE AUSGEFÜHRTE ODER BEREITGESTELLTE DIENSTE DEINE ANFORDERUNGEN ERFÜLLEN, DASS DER BETRIEB DER APPLE SOFTWARE UND DIENSTE STÖRUNGS- ODER FEHLERFREI ERFOLGT, DASS SÄMTLICHE DIENSTE AUCH WEITERHIN ANGEBOTEN WERDEN, DASS FEHLER IN DER APPLE SOFTWARE ODER IN DEN APPLE DIENSTEN KORRIGIERT WERDEN ODER DASS DIE APPLE SOFTWARE MIT SOFTWARE, PROGRAMMEN ODER DIENSTEN VON DRITTANBIETERN KOMPATIBEL SEIN WIRD ODER MIT DIESEN FUNKTIONIERT. DIE INSTALLATION DIESER APPLE SOFTWARE KANN UNTER UMSTÄNDEN DIE VERFÜGBARKEIT UND VERWENDBARKEIT VON SOFTWARE, PROGRAMMEN ODER DIENSTEN VON DRITTANBIETERN SOWIE VON APPLE PRODUKTEN UND DIENSTEN BEEINTRÄCHTIGEN.

7.5    DU BESTÄTIGST FERNER, DASS DIE APPLE SOFTWARE UND DIENSTE NICHT FÜR DIE NUTZUNG IN SITUATIONEN ODER UMGEBUNGEN VORGESEHEN ODER GEEIGNET SIND, IN DENEN DER AUSFALL, FEHLER, ZEITVERZÖGERUNGEN ODER UNGENAUIGKEITEN IN DEN DURCH DIE APPLE SOFTWARE ODER DIENSTE BEREITGESTELLTEN INHALTEN, DATEN ODER INFORMATIONEN ZU TODESFÄLLEN, KÖRPERVERLETZUNG ODER SCHWERWIEGENDEN SACH- ODER UMWELTSCHÄDEN FÜHREN KÖNNTEN, EINSCHLIESSLICH, JEDOCH NICHT BESCHRÄNKT AUF BEIM BETRIEB VON KERNKRAFTANLAGEN, FLUGZEUGEN, KOMMUNIKATIONSSYSTEMEN, BEI DER FLUGÜBERWACHUNG, MIT LEBENSERHALTENDEN GERÄTEN ODER WAFFENSYSTEMEN.

7.6    DIE MÜNDLICHEN ODER SCHRIFTLICHEN INFORMATIONEN ODER AUSSAGEN SEITENS APPLE ODER EINES AUTORISIERTEN APPLE VERTRETERS BEGRÜNDEN KEINE GEWÄHRLEISTUNG. SOLLTEN SICH DIE APPLE SOFTWARE ODER DIENSTE ALS DEFEKT ERWEISEN, ÜBERNIMMST DU DIE GESAMTEN KOSTEN FÜR ALLE NOTWENDIGEN SERVICELEISTUNGEN, REPARATURARBEITEN ODER KORREKTUREN. EINIGE RECHTSORDNUNGEN LASSEN DEN AUSSCHLUSS IMPLIZITER GEWÄHRLEISTUNGEN ODER EINSCHRÄNKUNGEN DER ANWENDBAREN, GESETZMÄSSIGEN RECHTE EINES:EINER KUND:IN NICHT ZU, SODASS DIE OBEN GENANNTEN AUSSCHLÜSSE UND EINSCHRÄNKUNGEN FÜR DICH MÖGLICHERWEISE NICHT ZUTREFFEN.

**8. Haftungsbeschränkung.** IN DEM NICHT DURCH ANWENDBARE GESETZE UNTERSAGTEN AUSMASS SIND APPLE, SEINE PARTNER, VERTRETER ODER LEITENDEN ANGESTELLTEN IN KEINEM FALL HAFTBAR FÜR PERSONENSCHÄDEN ODER BEILÄUFIG ENTSTANDENE, SPEZIELLE, INDIREKTE SCHÄDEN ODER FOLGESCHÄDEN JEGLICHER ART, EINSCHLIESSLICH INSBESONDERE ENTGANGENEN GEWINNS, DER BESCHÄDIGUNG ODER DES VERLUSTS VON DATEN, DER NICHTÜBERTRAGUNG ODER DES NICHTEMPFANGS VON DATEN, DER GESCHÄFTSUNTERBRECHUNG ODER ANDERER KOMMERZIELLER SCHÄDEN ODER VERLUSTE (EINSCHLIESSLICH, JEDOCH NIHT BESCHRÄNKT AUF KURSANLEITUNGEN, AUFGABEN UND MATERIALIEN), DIE DURCH DIE VERWENDUNG DER APPLE SOFTWARE UND DIENSTE ODER DIE

UNMÖGLICHKEIT DER VERWENDUNG DER APPLE SOFTWARE UND DIENSTE ODER JEGLICHER SOFTWARE, PROGRAMME ODER DIENSTE VON DRITTANBIETERN IN VERBINDUNG MIT DER APPLE SOFTWARE ODER DEN DIENSTEN ENTSTEHEN ODER DAMIT ZUSAMMENHÄNGEN, UND ZWAR UNABHÄNGIG VON DER RECHTSGRUNDLAGE DER HAFTUNG (VERTRAG, UNERLAUBTE HANDLUNG ODER SONSTIGE) UND AUCH DANN, WENN APPLE AUF DIE MÖGLICHKEIT SOLCHER SCHÄDEN HINGEWIESEN WURDE. EINIGE RECHTSORDNUNGEN LASSEN DEN AUSSCHLUSS ODER DIE BESCHRÄNKUNG DER HAFTUNG FÜR PERSONENSCHÄDEN, BEILÄUFIG ENTSTANDENE SCHÄDEN ODER FOLGESCHÄDEN NICHT ZU, SODASS DIESE BESCHRÄNKUNG FÜR DICH MÖGLICHERWEISE NICHT ZUTRIFFT. In keinem Fall übersteigt die gesamte Haftung von Apple für alle Schäden (ausgenommen die zwingende gesetzliche Haftung im Falle von Personenschäden) dir gegenüber die Summe von zweihundertfünfzig US-Dollar (250,00 $). Die vorgenannten Beschränkungen gelten auch dann, wenn das oben genannte Rechtsmittel seinen eigentlichen Zweck nicht erfüllt. UNGEACHTET ALLER ANDEREN BESTIMMUNGEN IN DIESER LIZENZ SIND, WENN DAS VERBRAUCHERVERTRAGSGESETZ VON JAPAN ANWENDUNG FINDET, BESTIMMUNGEN, DIE DIE HAFTUNG VON APPLE FÜR SCHÄDEN BESCHRÄNKEN, DIE SICH AUS EINER VERTRAGSVERLETZUNG VON APPLE ODER EINER VON APPLE ZU VERANTWORTENDEN UNERLAUBTEN HANDLUNG ERGEBEN NICHT GÜLTIG, WENN EIN SOLCHER SCHADEN AUF EINE VORSÄTZLICHE ODER GROBE FAHRLÄSSIGKEIT VON APPLE ZURÜCKZUFÜHREN IST.

**9. Digitale Zertifikate.** Die Apple Software umfasst Funktionen, die es dir ermöglichen, digitale Zertifikate zu akzeptieren, die von Apple oder anderen Anbietern ausgestellt werden. DIE ENTSCHEIDUNG, OB DU EINEM VON APPLE ODER EINEM ANDEREN ANBIETER AUSGESTELLTEN ZERTIFIKAT VERTRAUST, LIEGT ALLEIN IN DEINER EIGENEN VERANTWORTUNG. DIE VERWENDUNG DIGITALER ZERTIFIKATE ERFOLGT AUSSCHLIESSLICH AUF EIGENES RISIKO. APPLE GIBT IM HINBLICK AUF DIGITALE ZERTIFIKATE BIS ZUM HÖCHSTEN DURCH ANWENDBARE GESETZE ERLAUBTEN AUSMASS KEINERLEI GEWÄHRLEISTUNG ODER ZUSICHERUNGEN AB (WEDER AUSDRÜCKLICH NOCH KONKLUDENT) BEZÜGLICH DER MARKTFÄHIGKEIT ODER DER EIGNUNG FÜR EINEN BESTIMMTEN ZWECK, DER GENAUIGKEIT, DER SICHERHEIT ODER DER FREIHEIT VON RECHTEN DRITTER.

**10. Exportkontrolle.** Du erkennst an, dass die Apple Software nur unter Beachtung aller anwendbaren Exportbestimmungen der USA und des Landes bzw. der Länder, in dem bzw. denen du die Apple Software erhalten hast, verwendet, exportiert oder reexportiert wird. Insbesondere, aber ohne Einschränkung darf die Apple Software nicht (a) in ein Land exportiert oder reexportiert werden, über das die Vereinigten Staaten ein Embargo verhängt haben, oder (b) einer Person überlassen werden, die auf der Liste der Specially Designated Nationals des U.S. Treasury Department oder der Denied Person's List oder Entity List des U.S. Department of Commerce oder einer anderen Liste mit eingeschränkten Parteien verzeichnet ist. Indem du die Apple Software benutzt, erklärst du, dass du weder in einem dieser Länder wohnhaft bist noch auf einer der vorstehend erwähnten Listen genannt wirst. Des Weiteren erklärst du, dass du die Apple Software nicht für Zwecke jeglicher Art verwenden wirst, die nach US-amerikanischen Gesetzen verboten sind, einschließlich insbesondere Entwicklung, Planung, Fertigung und Produktion von Raketen, nuklearen, chemischen oder biologischen Waffen.

**11. US-Behörden.** Die Apple Software und die zugehörige Dokumentation gelten als „Commercial Items" gemäß Definition in 48 C.F.R. § 2.101, bestehend aus „Commercial Computer Software" und „Commercial Computer Software Documentation" in dem Sinne, in dem diese Begriffe im 48 C.F.R. § 12.212 oder 48 C.F.R. § 227.7202 verwendet werden, sofern anwendbar. In Übereinstimmung mit 48 C.F.R. § 12.212 oder 48 C.F.R. § 227.7202-1 bis 227.7202-4, sofern anwendbar, werden die „Commercial Computer Software" und die „Commercial Computer Software Documentation" an US-Behörden wie folgt lizenziert: (a) nur als „Commercial Items" und (b) nur mit den Rechten, die allen Endbenutzern gemäß den Bestimmungen in diesem Lizenzvertrag gewährt werden. Die Rechte an unveröffentlichten Werken unterliegen den Urheberrechten der Vereinigten Staaten.

**12. Anwendbares Recht und Teilnichtigkeit.** Dieser Lizenzvertrag unterliegt den Gesetzen des Staates Kalifornien, unter Ausschluss der Bestimmungen zur Gesetzeskollision, und ist gemäß diesen auszulegen. Dieser Lizenzvertrag unterliegt nicht der United Nations Convention on Contracts for the International Sale of Goods, deren Anwendung hiermit ausdrücklich ausgeschlossen wird. Wenn du Verbraucher:in mit Wohnsitz in Großbritannien bist, unterliegt dieser Lizenzvertrag den Gesetzen deines Wohnorts. Die Unwirksamkeit einzelner Bestimmungen dieses Lizenzvertrags berührt die Wirksamkeit des Vertrags im Übrigen nicht.

**13. Vollständigkeit; Vertragssprache.** Dieser Lizenzvertrag enthält die gesamte Vereinbarung zwischen dir und Apple in Bezug auf die Apple Software und tritt an die Stelle aller diesbezüglichen früheren Vereinbarungen. Änderungen und Ergänzungen dieses Vertrags sind schriftlich niederzulegen und von Apple zu unterzeichnen. Jegliche Übersetzung dieses Lizenzvertrags wird für lokale Zwecke angefertigt. Im Falle von Unstimmigkeiten zwischen der englischen und der nicht englischen Version hat die englische Version dieses Lizenzvertrags bis zu dem nicht durch deine lokale Gesetzsprechung untersagten Ausmaß Gültigkeit.

**14. Anerkennung der Rechte Dritter.** Teile der Apple Software nutzen oder enthalten möglicherweise Software sowie andere urheberrechtlich geschützte Materialien von Dritten. Die Anerkennung, Lizenzbestimmungen und Schadensersatzregelungen für diese Materialien sind in der elektronischen Dokumentation der Apple Software enthalten und die Verwendung dieser Materialien unterliegt deren jeweiligen Bestimmungen. Die Nutzung des Google-Dienstes für sicheres Surfen (Safe Browsing Service) unterliegt den Google-Nutzungsbedingungen (https://www.google.com/intl/en/policies/terms/) und der Google-Datenschutzerklärung (https://www.google.com/intl/en/policies/privacy/).

**15. Nutzung von MPEG-4; Hinweis zu H.264/AVC.**
(a) Die Apple Software wird im Rahmen der MPEG-4 Systems Patent Portfolio-Lizenz für das Codieren gemäß dem MPEG-4-Systems-Standard lizenziert mit der Ausnahme, dass eine zusätzliche Lizenz sowie die Zahlung von Lizenzgebühren erforderlich ist für das Codieren in Verbindung mit (i) Daten, die auf einem physischen Speichermedium archiviert oder repliziert werden, für das titelweise gezahlt wird, und/oder (ii) Daten, für die titelweise gezahlt wird und die für die permanente Archivierung und/oder Nutzung an einen Endbenutzer übertragen werden. Eine solche zusätzliche Lizenz ist bei MPEG LA, LLC. erhältlich. Weitere Informationen findest du unter https://www.mpegla.com.

(b) Die Apple Software enthält die Funktionalität zur MPEG-4-Videocodierung und/oder -decodierung. Die Apple Software wird im Rahmen der MPEG-4 Visual Patent Portfolio-Lizenz für die persönliche und nicht kommerzielle Nutzung durch eine Privatperson lizenziert zum Zwecke (i) der Codierung von Videomaterial in Übereinstimmung mit dem MPEG-4-Visual-Standard („MPEG-4-Video") und/oder (ii) der Decodierung von MPEG-4-Videomaterial, das von einer Privatperson im Rahmen einer persönlichen und nicht kommerziellen Aktivität codiert wurde, und/oder das von einem Videoanbieter stammt, der über eine Lizenz der MPEG LA zum Bereitstellen von MPEG-4-Videos verfügt. Für andere Zwecke wird keine Lizenz erteilt bzw. ist keine Lizenz impliziert. Weitere Informationen, einschließlich solcher, die mit der Nutzung und Lizenzierung im Falle von werberelevanten, internen und kommerziellen Zwecken zusammenhängen, sind bei MPEG LA, LLC. erhältlich. Die URL-Adresse lautet https://www.mpegla.com.

(c) Die Apple Software umfasst die Funktionalität zur AVC-Codierung- und/oder -Decodierung. Die kommerzielle Nutzung von H.264/AVC erfordert eine zusätzliche Lizenzierung und es gilt die folgende Klausel: DIE AVC-FUNKTIONALITÄT IN DER APPLE SOFTWARE WIRD HIERIN NUR FÜR PERSÖNLICHE UND NICHT KOMMERZIELLE ZWECKE EINES ENDVERBRAUCHERS LIZENZIERT ZUR (i) CODIERUNG VON VIDEOMATERIAL IN ÜBEREINSTIMMUNG MIT DEM AVC-STANDARD („AVC-VIDEO") UND/ODER (ii) ZUR DECODIERUNG VON AVC-VIDEOMATERIAL, DAS VON EINER PRIVATPERSON IM RAHMEN EINER PERSÖNLICHEN UND NICHT KOMMERZIELLEN AKTIVITÄT

CODIERT WURDE, UND/ODER FÜR AVC-VIDEOMATERIAL, DAS VON EINEM VIDEOANBIETER STAMMT, DER ÜBER EINE LIZENZ ZUM BEREITSTELLEN VON AVC-VIDEOMATERIAL VERFÜGT. INFORMATIONEN ZU ANDEREN VERWENDUNGSZWECKEN UND LIZENZEN SIND BEI MPEG LA L.L.C ERHÄLTLICH. DIE URL-ADRESSE LAUTET https://www.mpegla.com.

**16. Beschränkungen des Yahoo- Suchdienstes.** Der Yahoo-Suchdienst, der über Safari verfügbar ist, wird nur für die Nutzung in folgenden Ländern und Regionen lizenziert: Argentinien, Aruba, Australien, Österreich, Barbados, Belgien, Bermuda, Brasilien, Bulgarien, Kanada, Cayman-Inseln, Chile, Festlandchina, Hongkong, Taiwan, Kolumbien, Zypern, Tschechische Republik, Dänemark, Dominikanische Republik, Ecuador, El Salvador, Finnland, Frankreich, Deutschland, Griechenland, Grenada, Guatemala, Ungarn, Island, Indien, Indonesien, Irland, Italien, Jamaika, Japan, Lettland, Litauen, Luxemburg, Malaysia, Malta, Mexiko, Niederlande, Neuseeland, Nicaragua, Norwegen, Panama, Peru, Philippinen, Polen, Portugal, Puerto Rico, Rumänien, Singapur, Slowakei, Slowenien, Südkorea, Spanien, St. Lucia, St. Vincent, Schweden, Schweiz, Thailand, Bahamas, Trinidad und Tobago, Türkei, Großbritannien, Uruguay, USA und Venezuela.

**17. Hinweis zu Microsoft Exchange.** Die Einstellung für Microsoft Exchange-Mails in der Apple Software wird nur für die drahtlose Synchronisierung von Daten und Informationen wie E-Mails, Kontaktdaten, Kalenderdaten und Aufgaben zwischen deinem Gerät und einem Microsoft Exchange-Server oder einer anderen von Microsoft lizenzierten Serversoftware für die Implementierung des Microsoft Exchange ActiveSync-Protokolls lizenziert.

EA1806
08.07.2022

— — — — — — — — — —

**Ergänzende Bestimmungen für Apple Pay & Wallet**

Diese ergänzenden Bestimmungen für Apple Pay & Wallet („Ergänzende Bestimmungen") ergänzen den Apple Softwarelizenzvertrag („Lizenzvertrag"); die Bestimmungen dieser Lizenz und diese ergänzenden Bestimmungen sind für deine Nutzung der Apple Pay Funktion („Apple Pay") und der Apple App „Wallet" („Wallet") maßgeblich, die im Rahmen dieser Lizenz als „Dienst" angesehen wird. Hervorgehobene Begriffe in diesen ergänzenden Bestimmungen haben die im Lizenzvertrag festgelegte Bedeutung.

**1. Übersicht**

**Apple Pay**

Apple Pay ermöglicht dir:

   • das Tätigen von kontaktlosen Zahlungen mit Kredit-, Debit- und Prepaid-Karten, einschließlich der Apple Card und der Apple Cash Karte an ausgewählten Orten oder innerhalb von ausgewählten Apps oder Websites;
   • das Senden von „Person-to-Person"-Zahlungen an andere Apple Cash-Benutzer; und
   • das Nachverfolgen von Bestellungen und das Anzeigen detaillierter Belege.

Apple Pay und bestimmte Funktionen von Apple Pay sind möglicherweise nur in ausgewählten Regionen, bei bestimmten Kartenausstellern, Zahlungsnetzwerken, Händlern und anderen Drittanbietern verfügbar.

**Wallet**

Apple Wallet gestattet dir das Speichern virtueller Darstellungen von Kredit-, Debit- und Prepaid-Karten für die Verwendung mit Apple Pay (gemeinsam „Apple Pay-Karten") sowie von anderen Arten von Karten, Pässen und Schlüsseln, einschließlich ohne Einschränkung der folgenden (gemeinsam „Wallet-Karten" und zusammen mit Apple Pay-Karten, die „unterstützten Karten"):

- Kundenkarten;
- ÖPNV-Karten;
- Tickets;
- Mitgliedsausweise;
- Autoschlüssel;
- Hausschlüssel;
- Gästeschlüssel;
- Unternehmensbadges;
- Studierendenausweise
- Führerschein und vom Staat oder von Behörden ausgestellte Ausweisdokumente („Personalausweise").

Wallet Karten sind möglicherweise nur in ausgewählten Regionen und bei ausgewählten Partnern verfügbar. Personalausweise sind möglicherweise nur für Bewohner teilnehmender Staaten verfügbar und die Darstellung kann je nach Staat oder Ort variieren.

Änderungen an unterstützten Karten sind vorbehalten.

## 2. Berechtigung

Für die Nutzung von Apple Pay und Wallet musst du über Folgendes verfügen: (i) ein unterstütztes Apple Gerät, auf dem eine Version der Betriebssystemsoftware läuft, die die Dienste unterstützt (die neueste Version wird empfohlen und ist in manchen Fällen erforderlich), (ii) eine Apple ID, die einem iCloud Account zugeordnet ist, der von Apple anerkannt ist, und (iii) Internetzugang (hierfür können Gebühren anfallen). Mit Ausnahme von Apple Cash für Familien und ausgewählten E-Geld-Karten sind Apple Pay Karten nur für Personen ab 13 Jahren verfügbar und unterliegen möglicherweise zusätzlichen Altersbeschränkungen, die iCloud oder der jeweilige Aussteller, Händler oder andere Drittanbieter auferlegt. ÖPNV-Karten, E-Geld-Karten, Personalausweise, Unternehmensbadges und Schlüssel sind nur auf iOS Geräten verfügbar.

Wenn du ein Elternteil oder Vormund einer iCloud-Familie (ein Organisator) bist, darfst du Familienmitglieder, einschließlich Personen unter 13 Jahren (oder dem im jeweiligen Land geltenden Mindestalter), einladen, qualifizierte ÖPNV-Karten in Wallet bereitzustellen und zu nutzen. Als Organisator:in trägst du die Verantwortung für sämtliche Zahlungen, Käufe und Transaktionen, die über die für Familienmitglieder aktivierte ÖPNV-Karte getätigt wurden, einschließlich derjenigen, die durch das Familienmitglied initiiert wurden. Die Berechtigung für und die Nutzung von ÖPNV-Karten in Wallet unterliegt den Bestimmungen des jeweiligen Verkehrsbetriebs. Organisator:innen sind verantwortlich für die Einhaltung dieser Bestimmungen und tragen das gesamte Risiko hinsichtlich der Aktivierung von ÖPNV-Karten für andere Familienmitglieder. Wenn ein Familienmitglied die Familie verlässt oder aus der Familie entfernt wird, ist es dem Familienmitglied nicht mehr möglich, die ÖPNV-Karte erneut zu laden, und es kann nur so lange Transaktionen mit der Karte ausführen, bis der Kartenaccount einen Nullsaldo aufweist.

Wenn du der:die Eigentümer:in eines Autoschlüssels bist, kannst du deinen Autoschlüssel mit anderen Personen über 13 Jahren teilen, sodass diese dein Auto öffnen, einsteigen und/oder damit fahren können.

Hausschlüssel können in Wallet nur hinzugefügt oder entfernt werden, indem Schlösser in der App „Home" hinzugefügt oder entfernt werden oder indem du dich selbst in einem Zuhause in der App „Home" hinzufügst oder daraus entfernst. Wenn du der:die Admin eines Zuhauses in der App „Home" bist, werden vorhandene Hausschlüssel automatisch mit Personen geteilt, die du eingeladen hast und die deinem Zuhause beitreten.

Die Apple Card ist nur in den USA verfügbar und wird von der Goldman Sachs Bank USA, Salt Lake City Branch („Apple Card-Aussteller") ausgestellt. Mit Ausnahme der Apple Card für Familien ist die Apple Card nur für Personen ab 18 Jahren (oder älter, je nach Wohnsitzstaat) verfügbar.

Die Apple Cash Karte und die Fähigkeit, „Person-to-Person"-Zahlungen zu senden und zu empfangen, sind nur in den USA verfügbar und sind Dienstleistungen, die von der Green Dot Bank, einem Mitglied der FDIC, bereitgestellt werden. Damit du „Person-to-Person"-Zahlungen in Apple Pay senden oder empfangen kannst, benötigst du eine Apple Cash Karte. Mit Ausnahme von Apple Cash für Familien sind die Apple Cash Karte und die Fähigkeit, „Person-to-Person"-Zahlungen zu senden und zu empfangen, nur für Personen verfügbar, die mindestens 18 Jahre alt sind.

## 3. Nutzung der Dienste

Unterstützte Karten und „Person-to-Person"-Zahlungen sind der Apple ID zugeordnet, mit der du dich bei iCloud angemeldet hast, um diese Funktionen zu nutzen. Wenn du Schlüssel, Unternehmensbadges, Kundenkarten, Tickets und Mitgliedsausweise in Wallet hinzufügst oder entfernst, erscheint die Änderung möglicherweise auf deinen anderen Apple Geräten, auf denen du mit deiner Apple ID angemeldet bist. Du kannst nur einen Personalausweis für jede staatliche ausstellende Behörde mit jeder Apple ID zuordnen.

Apple Pay und Wallet sind für deine persönliche Nutzung vorgesehen und du darfst nur deine eigenen unterstützten Karten oder die ÖPNV-Karten oder Auto- und Hausschlüssel bereitstellen, für die du von einem:einer Organisator:in oder Eigentümer:in eine Einladung zum Bereitstellen erhalten hast. Wenn du eine unterstützte Firmenkarte bereitstellst, erklärst du damit, dass du die Bevollmächtigung deines Arbeitgebers hast und befugt bist, deinen Arbeitgeber an diese Nutzungsbestimmungen und alle durch Nutzung dieser Funktion durchgeführten Transaktionen zu binden. Wenn du eine „Person-to-Person"-Zahlung sendest oder empfängst, erklärst du, dass dies zu deinen persönlichen, nicht kommerziellen Zwecken geschieht. Wenn du einen Personalausweis bereitstellst, erklärst du, dass du dies mit deinen eigenen personenbezogenen Informationen tust, die korrekt sind und dich wahrheitsgetreu repräsentieren.

Du verpflichtest dich, es zu unterlassen, Apple Pay oder Wallet für illegale oder betrügerische Zwecke oder jegliche andere Zwecke zu verwenden, die durch den Lizenzvertrag oder diese ergänzenden Bestimmungen untersagt sind. Ferner erklärst du dich damit einverstanden, Apple Pay und Wallet in Übereinstimmung mit geltenden Gesetzen und Rechtsvorschriften zu verwenden. Du erkennst an, dass jegliche Falschinformationen, die in Verbindung mit einem Personalausweis eingereicht werden, nach Bundes- oder Landesgesetz einen Straftatbestand darstellen können. Du erklärst dich damit einverstanden, den Apple Pay oder Wallet Dienst (einschließlich des Zugriffs auf den Dienst durch automatisierte Mittel jeglicher Art) oder jegliche Server oder Netzwerke, die mit dem Dienst verbunden sind, oder jegliche Strategien, Vorgaben oder Regelungen von Netzwerken, die mit dem Dienst verbunden sind (einschließlich unbefugten Zugriffs darauf, Nutzung oder Überwachung von Daten oder Verkehr dieser Netzwerke) nicht zu beeinträchtigen oder zu stören.

Wenn dein Zugriff auf Apple Pay oder Wallet durch anwendbare Gesetze verboten ist, bist du nicht berechtigt, auf diese Dienste zuzugreifen oder diese Dienste zu verwenden. Wir sind nicht verantwortlich, wenn du die Dienste auf eine Art und Weise nutzt, die gegen geltendes Recht verstößt.

**4. Beziehung von Apple zu Ihnen**

Deine Nutzung von Apple Pay unterliegt diesen ergänzenden Bestimmungen sowie den Bestimmungen der Karteninhabervereinbarung, die du mit dem jeweiligen Aussteller, Händler oder einem anderen für deine Karte verantwortlichen Dritten getroffen hast.

Ebenso unterliegt deine Nutzung von Wallet Karten in Wallet diesen ergänzenden Bestimmungen sowie den Bestimmungen deiner Vereinbarung mit dem jeweiligen Händler, dem Verkehrsbetrieb, dem Auto- und Schlosshersteller, der Universität, dem Hotel, dem Resort, der Kreuzfahrtgesellschaft, dem Unternehmen, der staatlichen ausstellenden Behörde oder einem anderen Dritten.

Mit Ausnahme bestimmter Funktionen von Apple Pay, die von Apple Payments Inc. („Apple Payments") wie unten beschrieben bereitgestellt werden, verarbeitet Apple keine Zahlungen oder Nicht-Zahlungstransaktionen, die mit deinen Apple Pay-Karten getätigt werden. Apple hat keine Kontrolle über und ist nicht verantwortlich für Zahlungen, Rückbuchungen, Rückgaben, Rückerstattungen, Geldüberweisungen, Prämien, Werte, Rabatte, Zugriffe, Identitätsprüfungen, Bestellungen sowie deren Erfüllung oder andere Aktivitäten, die sich aus deiner Nutzung von Apple Pay oder Wallet ergeben können.

Im Falle eines Konflikts zwischen den Bestimmungen dieser ergänzenden Bestimmungen und deiner Vereinbarung mit dem jeweiligen Aussteller, Händler, der staatlichen ausstellenden Behörde oder einem anderen Dritten (jeweils eine „**Drittanbietervereinbarung**") regeln die Bestimmungen dieser ergänzenden Bestimmungen deine Beziehung zu Apple und die Bestimmungen der entsprechenden Drittanbietervereinbarung regeln deine Beziehung zu diesem Dritten.

Du stimmst zu, dass Apple weder Partei deiner Drittanbietervereinbarungen ist, noch dass Apple verantwortlich ist für: (a) den Inhalt, die Richtigkeit oder die Verfügbarkeit von unterstützten Karten, Käufen, Transaktionen, Geldüberweisungen, Bestellungen sowie deren Erfüllung, Belegen oder anderen Aktivitäten während der Nutzung von Apple Pay oder Wallet, einschließlich, aber nicht beschränkt auf solche, die von Familienmitgliedern oder anderen Personen getätigt werden, mit denen du deine unterstützten Karten geteilt hast; (b) die Vergabe von Krediten oder den Zugang zu Krediten; (c) die Ausstellung, Aussetzung oder den Entzug eines Führerscheins oder eines staatlichen Personalausweises; (d) Aktivitäten von Ausstellern, Händlern, App-Entwickler:innen oder anderen Dritten in Bezug auf deine Nutzung von Apple Pay oder Wallet; (e) Entscheidungen, die von einem Aussteller, Händler oder einem anderen Dritten im Zusammenhang mit dem Hinzufügen deiner unterstützten Karte zu Wallet getroffen werden; (f) deine Mitgliedschaft oder Teilnahme an einem Händler- oder Partnerprogramm; (g) jegliche Ansammlung oder Einlösung von Prämien oder gespeicherten Werten in Verbindung mit deinen unterstützten Karten; (h) die Finanzierung oder das Nachladen von vorab bezahlten unterstützten Karten; (i) das Senden oder Empfangen von „Person-to-Person"-Zahlungen; oder (j) das Laden, Einlösen oder Abheben von Geld von deiner Apple Cash Karte.

Beim Beantragen einer Apple Card beantragst du die Eröffnung eines Kontos beim Apple Card Aussteller. Änderungen des Finanzinstituts, das für das Angebot der Apple Card verantwortlich ist, sind vorbehalten, und deine Nutzung der Apple Card unterliegt dessen jeweiligen Bestimmungen.

Wenn du die Apple Cash Funktionen innerhalb von Apple Pay aktivierst, eröffnest du ein Konto bei der Green Dot Bank. Wenn du eine „Person-to-Person"-Zahlung sendest oder empfängst oder Geld von deiner Apple Cash Karte lädst oder abhebst, trägt die Green Dot Bank die Verantwortung dafür, dass dein Geld empfangen und an den beabsichtigten Empfänger gesendet wird; hiervon ausgenommen sind die Funktionen von Apple Pay, die von Apple Payments bereitgestellt werden. Änderungen des

Finanzinstituts, das für das Angebot von Apple Cash und „Person-to-Person"-Zahlungen verantwortlich ist, sind vorbehalten, und deine Nutzung solcher Funktionen unterliegt dessen jeweiligen Bestimmungen.

Die Möglichkeit, Gelder auf deiner Apple Cash-Karte zu verwenden, um Zahlungen an bestimmte berechtigte Unternehmen zu tätigen, die du autorisiert hast (der „Direct Payment Service"), ist eine Dienstleistung von Apple Payments. Deine Nutzung des Direct Payments Service unterliegt den Bedingungen für Direktzahlungen von Apple Payments (Direct Payments Terms and Conditions). Darüber hinaus können bestimmte berechtigte Unternehmen dir erlauben, sie zur Auszahlung von Geldern auf deine Apple Cash-Karte zu ermächtigen (jeweils eine „Auszahlung"). Wenn Auszahlungen von Apple Payments abgewickelt werden, werden sie von den teilnehmenden Unternehmen angeboten, die solche Mittel bereitstellen, und können bestimmten zusätzlichen Bestimmungen der auszahlenden Unternehmen unterliegen. Bei allen Streitigkeiten oder Fragen in Bezug auf unterstützte Karten oder zugehörige Geschäftsaktivitäten wendest du dich bitte an deinen Kartenaussteller, den betreffenden Händler, die staatliche ausstellende Behörde, den:die App-Entwickler:in oder den anderen Drittanbieter. Bei Fragen bezüglich Apple Pay, Wallet, Apple Card oder Apple Cash Karte oder „Person-to-Person"-Zahlungen wende dich bitte an den Apple Support.

**5. Datenschutz**

Die Erfassung und Nutzung personenbezogener Daten durch Apple unterliegt der Apple Datenschutzrichtlinie, die unter https://www.apple.com/de/legal/privacy/ verfügbar ist. Detaillierte Informationen zu den personenbezogenen Daten, die im Rahmen deiner Nutzung von Apple Pay und Wallet erfasst, verwendet oder geteilt werden, findest du in der für den jeweiligen Dienst relevanten Datenschutzerklärung, einschließlich „Apple Pay & Datenschutz", die auf deinem Gerät oder in der App „Watch" auf einem verbundenen Gerät oder auf der Website https://www.apple.com/de/legal/privacy/ verfügbar sind. Indem du Apple Pay und Wallet verwendest, erklärst du dich damit einverstanden, dass Apple, seine Tochtergesellschaften und Vertreter all die vorhergehenden Informationen übertragen, sammeln, verwalten, verarbeiten und nutzen, um diese Dienste bereitzustellen.

**6. Sicherheit; verlorene oder deaktivierte Geräte**

SCHUTZ FÜR DEINE UNTERSTÜTZTEN GERÄTE UND ANMELDEDATEN SO WIE DU DEINE PHYSISCHE(N) BRIEFTASCHE UND KARTEN SCHÜTZEN WÜRDEST

Apple Pay und Wallet speichern virtuelle Darstellungen deiner unterstützten Karten und sollten so geschützt werden, wie du deine physische(n) Brieftasche, Schlüssel oder Kredit-, Debit-, Prepaid-Karten, Personalausweise und andere Karten schützt. Du trägst die alleinige Verantwortung für die Aufrechterhaltung der Sicherheit deiner Geräte und deiner Apple ID, deiner Touch ID und Face ID Informationen, des Codes für dein unterstütztes Gerät bzw. deine unterstützten Geräte und alle anderen Authentifizierungsanmeldedaten, die in Verbindung mit den Diensten verwendet werden (zusammen deine „Anmeldedaten"). Wenn du eine andere Person autorisierst oder es einer anderen Person gestattest, dein unterstütztes Gerät zu verwenden (*z. B.* indem du deinen Gerätecode an Dritte weitergibst oder indem du es Dritten erlaubst, ihren Fingerabdruck für die Nutzung von Touch ID hinzuzufügen oder Face ID zu aktivieren oder anderweitig jegliche deiner Anmeldedaten für einen Dritten bereitstellst), kann die Person möglicherweise Zahlungen tätigen, „Person-to-Person"-Zahlungen senden, anfordern oder empfangen, Geld von deiner Apple Cash-Karte abheben, Prämien erhalten oder einlösen, Wert verwenden, dein Auto, Zimmer, Büro oder Haus aufsperren oder anderweitig darauf zugreifen, sich als deine Identität ausgeben oder andere Transaktionen mit deinen unterstützten Karten in Wallet durchführen. In einem solchen Fall trägst du die Verantwortung für sämtliche Zahlungen, Zugriffe und Transaktionen, die von dieser Person ausgeführt werden.

VON JAILBREAKING BETROFFENE GERÄTE

Wenn du unbefugte Änderungen an deinem Gerät vornimmst, z. B. durch Deaktivieren von Hardware- oder Softwaresteuerungen (manchmal auch als „Jailbreaking" bezeichnet), ist dein Gerät möglicherweise nicht mehr für den Zugriff auf oder die Nutzung der Dienste berechtigt. Du erkennst an, dass die Nutzung eines modifizierten Geräts in Verbindung mit den Diensten ausdrücklich untersagt ist, einen Verstoß gegen diese ergänzenden Bestimmungen darstellt und Grund für uns ist, deinen Zugriff auf die Dienste zu verweigern oder einzuschränken.

ZUSÄTZLICHE SICHERHEITSVORKEHRUNGEN

Du musst möglicherweise zusätzliche Sicherheitsmaßnahmen aktivieren, etwa die Zwei-Faktor-Authentifizierung für deine Apple ID, um auf bestimmte Funktionen von Apple Pay zugreifen zu können, darunter die Apple Card, die Apple Cash Karte und „Person-to-Person"-Zahlungen mit Apple Pay. Wenn du diese Sicherheitsfunktionen nachträglich entfernst, kannst du auf bestimmte Funktionen von Apple Pay unter Umständen nicht mehr zugreifen. Das Löschen der Face ID oder Touch ID, die deinem Personalausweis zur Darstellung zugeordnet ist, setzt voraus, dass du den gesamten Bereitstellungsvorgang für den Ausweis abschließt.

VERLORENE ODER GESTOHLENE GERÄTE

Wenn dein Gerät verloren geht oder gestohlen wird und du die Funktion „Mein suchen" aktiviert hast, kannst du „Mein suchen" verwenden, um die Fähigkeit, mit den virtuellen unterstützten Karten auf dem Gerät Transaktionen auszuführen oder „Person-to-Person"-Zahlungen zu senden, zu sperren, indem du das Gerät in den Modus „Verloren" versetzt. Wenn sich dein Gerät im Modus „Verloren" befindet, kann dein Autoschlüssel in Wallet deaktiviert werden, sodass du dein Auto nicht mehr öffnen oder starten kannst, wenn du das Fahrzeug verlassen oder den Motor ausgeschaltet hast. Der Modus „Verloren" betrifft nur Schlüssel auf dem verlorenen Gerät. Wenn du der:die Eigentümer:in bist, kannst du deinen Autoschlüssel oder Hausschlüssel nicht mehr mit anderen Personen teilen; allerdings werden Schlüssel, die bereits mit anderen Personen geteilt wurden, auf deren Geräten nicht beeinträchtigt. Du kannst dein Gerät auch löschen.

Dieser Vorgang wird versuchen, die Fähigkeit, mit den virtuellen unterstützen Karten Transaktionen auszuführen oder „Person-to-Person"-Zahlungen auf dem Gerät zu senden, zu sperren. Du solltest jedoch auch den Aussteller, Händler oder sonstige, für deine unterstützten Zahlungskarten verantwortliche Dritte oder im Falle deiner Apple Card oder Apple Cash Karte Apple verständigen, um unbefugte Zugriffe auf deine unterstützten Karten auf Apple Pay und in Wallet zu verhindern.

Wenn du betrügerische oder missbräuchliche Aktivitäten meldest oder Apple solche Aktivitäten vermutet, erklärst du dich damit einverstanden, bei jeglichen Untersuchungen mit Apple zu kooperieren und jegliche von uns vorgeschriebenen Maßnahmen zur Betrugsbekämpfung durchzuführen.

**7. Haftungsbeschränkung**

ZUSÄTZLICH ZU DEN IN DIESER LIZENZ FESTGELEGTEN HAFTUNGSAUSSCHLÜSSEN UND HAFTUNGSBESCHRÄNKUNGEN ÜBERNIMMT APPLE KEINERLEI HAFTUNG FÜR KÄUFE, ZAHLUNGEN, GELDÜBERWEISUNGEN, BESTELLUNGEN SOWIE DEREN ERFÜLLUNG, BELEGDATEN, ZUGRIFFE, IDENTITÄTSÜBERPRÜFUNGEN, TRANSAKTIONEN ODER ANDERE AKTIVITÄTEN, DIE UNTER VERWENDUNG VON APPLE PAY ODER WALLET GETÄTIGT WURDEN, UND DU ERKLÄRST DICH DAMIT EINVERSTANDEN, DASS DU AUSSCHLIESSLICH VEREINBARUNGEN ZU RATE ZIEHST, DIE DU MÖGLICHERWEISE MIT DEINEM KARTENAUSSTELLER, DEINEM ZAHLUNGSNETZWERK, DEINEN FINANZINSTITUTEN, DEINEM:DEINER APP-ENTWICKLER:IN, DEINEM HÄNDLER, STAATLICHEN AUSSTELLENDEN BEHÖRDEN ODER ANDEREN RELEVANTEN DRITTEN GETROFFEN

HAST, UM JEGLICHE FRAGEN UND STREITIGKEITEN IN BEZUG AUF DEINE UNTERSTÜTZTEN KARTEN, „PERSON-TO-PERSON"-ZAHLUNGEN UND ZUGEHÖRIGEN AKTIVITÄTEN ZU KLÄREN.

————————————

**BENACHRICHTIGUNGEN VON APPLE**

Für den Fall, dass Apple hinsichtlich deines Produkts oder Accounts mit dir Kontakt aufnehmen muss, erklärst du dich damit einverstanden, diese Benachrichtigungen per E-Mail zu erhalten. Du erklärst dein Einverständnis damit, dass Benachrichtigungen dieser Art, die wir dir auf elektronische Weise senden, die gesetzlichen Voraussetzungen für die Kommunikation erfüllen.

日本語

重要：iPhone、iPadまたはiPod touch（以下「本デバイス」といいます）をご使用になることで、お客様は、以下のAppleの定める各条項に基づく拘束を受けることに同意されたことになります。

A.　　Apple iOSおよびiPadOSソフトウェアライセンス契約
B.　　Apple Pay追加条項
C.　　Appleからの通知について

Apple Inc.
iOSおよびiPadOSソフトウェアライセンス契約
シングルユースライセンス

お客様の本デバイスをご使用になる前、または本ソフトウェアライセンス契約（以下「本契約」といいます）に関するソフトウェアアップデートをダウンロードする前に、本契約をよくお読みください。お客様は、本デバイスをご使用になること、またはソフトウェアアップデートをダウンロードすることによって、本契約の各条項の拘束を受けることに同意されたことになります。本契約の各条項に同意されない場合は、当該本デバイスのご使用またはソフトウェアアップデートのダウンロードを行わないでください。

お客様が最近本デバイスをご購入になり、本契約の各条項に同意しない場合は、当該本デバイスを、返却期間内にお客様が取得されたApple Storeまたは正規代理店に返却した上で、https://www.apple.com/jp/legal/sales-support/ に記載されたAppleの返却ポリシーに従うことを条件に、払い戻しを受けることができます。

1. 一般規定
(a) お客様の本デバイスに組み込まれている読み取り専用メモリ、その他の記録媒体もしくはその他あらゆる形態の媒体に存在する、ソフトウェア（ブートROMコード、内蔵されるソフトウェアおよび第三者のソフトウェアを含む）、文書、インターフェイス、コンテンツ、フォント、および一切のデータ（以下「オリジナルAppleソフトウェア」といいます）は、お客様の本デバイスもしくはサポート対象の周辺機器に対してAppleが提供する、機能改善、ソフトウェアアップデート、セキュリティ対策、システムファイル、またはシステム復元ソフトウェアによって更新されたもの、または置き換えられたもの（以下「Appleソフトウェアの変更」といいます）も含めて（オリジナルAppleソフトウェアおよびAppleソフトウェアの変更を、以下「Appleソフトウェア」と総称します）、Apple Inc.（以下「Apple」といいます）が、お客様に対して、本契約条件に従う場合に限り使用を許諾するものであり、販売するものではありません。また、Appleおよびそのライセンサーは、Appleソフトウェア自体の所有権を保持し、お客様に非明示的に付与した権利のすべてを留保します。お客様は、本契約がお客様の本デバイスに内蔵されたすべてのAppleブランドのアプリに適用されることに同意されるものとします。ただし、当該アプリが別個のライセンスを伴う場合には、お客様はその別のライセンスが当該アプリの使用に適用されることに同意されるものとします。

(b) Appleは、その独自の裁量により、Appleソフトウェアの変更を今後提供することがあります。Appleソフトウェアの変更が存在する場合、それらには、現行のソフトウェア機能のすべて、または

Appleが本デバイスの新規またはその他のモデルのためにリリースする新しい機能が必ず含まれるとは限りません。本契約の条件は、Appleが提供するAppleソフトウェアの変更に適用されます。ただし、かかるAppleソフトウェアの変更に別のライセンスが付される場合は、その別のライセンスが適用されます。

(c) お客様は、お客様の既存の本デバイスに基づいて、エクスプレス設定機能を使用して新規の本デバイスを設定する場合、お客様の新規の本デバイス上のAppleソフトウェアの使用には、本契約が適用されることに同意されるものとします。ただし、当該ソフトウェアが別個のライセンスを伴う場合には、お客様はその別個のライセンスが当該ソフトウェアの使用に適用されることに同意されるものとします。お客様の本デバイスは、Appleソフトウェアの変更がないかをAppleに定期的に確認します。変更が存在する場合、かかる変更は自動的にお客様の本デバイスおよびお客様の周辺機器（適用可能な場合）にダウンロードされ、インストールされます。**Appleソフトウェアを使用することにより、お客様は、Appleがお客様の本デバイスおよび周辺機器にAppleソフトウェアの変更を自動的にダウンロードおよびインストールすることができることに同意したものと見なされます。**お客様は、オペレーティングシステムのアップデートの自動インストールおよびRapid Security Responsesを、「設定」＞「一般」＞「ソフトウェア・アップデート」の「自動アップデート設定」で、いつでもオフにすることができます。一部のシステムファイル（アップデート版フォント、言語モデル、ボイスアセット、周辺機器のファームウェアを含むがそれらに限定されない）は、たとえば、特定の機能および周辺機器をオンにする、もしくはそれらを使用する場合、または法律上、規制上、公共の安全上、もしくは技術上の要件に対処するため、引き続き自動インストールされる場合があります。

## 2. 許諾された使用方法およびその制限

(a) 本契約条件に従い、お客様は、1台のAppleブランドの本デバイスでAppleソフトウェアを使用するための限定的な非独占的ライセンスを付与されます。以下に記載の2条(b)で許諾されるものを除き、またお客様とAppleとの間の個別契約に規定がある場合を除き、本契約は、Appleソフトウェアが同時に複数のAppleブランドの本デバイス上に存在することを許容するものではなく、また、お客様は頒布または ネットワーク上で複数の本デバイスが同時にAppleソフトウェアを使用できるようにすることはできません。本契約は、お客様に本デバイスとともに利用する第三者のデバイスやアクセサリまたは第三者のソフトウェアアプリのデザイン、開発、製造、ライセンスあるいは流通についてのApple独自のインターフェイスやほかの知的財産権を利用する権利を付与するものではありません。これらの権利のいくつかは、Appleからの別個のライセンスのもと、利用可能になる場合があります。本デバイス向けの第三者のデバイスおよびアクセサリの開発に関してご不明な点があれば、https://developer.apple.com/programs/mfi/ をご確認ください。また、本デバイス向けのソフトウェアアプリの開発に関してご不明な点があれば、https://developer.apple.com/jp/ をご確認ください。

(b) 本契約条件に従い、お客様は、お客様が所有または管理する本デバイス上のソフトウェアを更新、または復元するため、お客様の当該本デバイスのモデル用にAppleが提供するAppleソフトウェアの変更をダウンロードするための限定的な非独占的ライセンスを付与されます。本契約は、お客様が管理または所有しない本デバイスを更新もしくは復元することを許諾するものではなく、また、お客様は、Appleソフトウェアを頒布することはできず、またはネットワーク上で複数の機器あるいはコンピュータが同時にAppleソフトウェアの変更を使用できる状態にすることはできません。お客様がAppleソフトウェアの変更をご自身のコンピュータにダウンロードした場合、お客様は、バックアップの目的に限り、機械による読み取り可能な形態でお客様のコンピュータ上に保存されるAppleソフトウェアの変更のコピーを1部作成することができます。ただし、バックアップ用複製物は、Appleソフトウェアの変更の原本に含まれ

る著作権情報のすべてまたはほかの所有権表示を含まなければなりません。

(c) Appleが、購入時にお客様の本デバイスにApp StoreからAppleブランドのアプリをプリインストールしている限りにおいて（以下「プリインストールアプリ」といいます）、お客様はApp Storeにログインし、お客様の本デバイスにてそれらのプリインストールアプリを使用するために、お客様のApp Storeアカウントとプリインストールソフトウェアを関連付ける必要があります。お客様がプリインストールアプリとApp Storeアカウントとを関連付ける場合、お客様は同時に、お客様の本デバイス上のその他のすべてのプリインストールアプリも自動的に関連付けられることになります。お客様のApp Storeアカウントとプリインストールアプリとの関連付けを選択することによって、お客様は、Appleが、お客様のApp Storeアカウントにより使用されたApple IDおよびお客様の本デバイスから収集された固有のハードウェア識別子を、お客様のリクエストの適格性を判断し、かつApp Storeを通じてお客様のプリインストールアプリへのアクセスを提供する目的で、固有のハードウェア識別子として、送信、収集、保持、処理および使用する場合があることに同意されるものとします。お客様がプリインストールアプリの利用を希望されない場合、お客様はいつでも、お客様の本デバイスからプリインストールアプリを削除することができます。

(d) お客様は、Appleソフトウェアおよびこれにより提供されるサービスの全部または一部に対し、複製（本契約に基づき明示的に許可される場合を除きます）、逆コンパイル、リバースエンジニアリング、逆アセンブル、ソースコード導出の試行、暗号化、修正または二次的著作物の創作を行うことはできないものとし、これらの行為をしないこと、および他者によるこれらの行為を可能ならしめないことに同意するものとします（ただし、上記の制限が適用法またはAppleソフトウェアに含まれ得るオープンソースコンポーネントの使用に適用されるライセンス条件により禁止される場合を除くものとします）。お客様は、Appleソフトウェアに添付、または含まれ得る一切の所有権表示（商標権および著作権情報を含みます）を削除したり、不明瞭にしたり、または改変したりしないことに同意します。

(e) Appleソフトウェアは、著作権のないマテリアル、お客様が著作権を有するマテリアル、あるいはお客様が複製を許諾されるか法的に認められたマテリアルを複製する場合に限り、マテリアルの複製に使用することができます。上記にかかわらず、Newsまたはマップを通じてアクセスした画像の一切を、スタンドアロンファイルとして再版、再送、または複製することは禁じられています。お客様の本デバイスによって表示、保存またはアクセスされるコンテンツの一切の所有権および知的財産権は、それぞれのコンテンツ所有者に帰属します。当該コンテンツは、著作権またはその他の知的財産権に関する法律および条約によって保護されることがあり、当該コンテンツを提供する第三者の使用条件に従っていただくことがあります。本契約に別途定めのある場合を除き、本契約は、これらのコンテンツを使用するいかなる権利もお客様に付与するものでも、これらのコンテンツがお客様に提供され続けることを保証するものでもありません。

(f) 本契約の契約条件に従って、以下を行うことができます。(i) Appleソフトウェアの実行中に、(2) お客様独自のオリジナルコンテンツおよびプロジェクトをお客様の個人利用および非商用利用を目的として作成するために、Appleソフトウェアに含まれる、もしくはAppleソフトウェアで作成されたミー文字（以下「システムキャラクター」といいます）を使用すること、ならびに (ii) FaceTime通話の利用中かそれ以外でかは問わず、個人の非商用利用のためにのみ、デバイス上のAppleソフトウェアで自動的かつリアルタイムに生成されたライブキャプション（以下「ライブキャプション」といいます）を使用すること。本契約においては、以上の場合を除くシステムキャラクターもしくはライブキャプションの使用は許

諾されないものとし、これには、営利的、非営利的、公的な共有または商業的にシステムキャラクターもしくはライブキャプションを使用、複製、表示、実行、記録、出版または再頒布することを含みますが、これらに限られません。

(g) 特定のアプリまたはウェブサイトのアクションショートカットを完了するために、Appleソフトウェアは、お客様の本デバイス上の特定の第三者のソフトウェアアプリ、サービスまたはウェブサイトにアクセスする必要がある場合があります。お客様は、Appleソフトウェアのショートカットを完了させるために必要な範囲内において、その使用に明示的に同意するものとします。

(h) お客様は、Appleソフトウェアおよび本サービス（下記5条にて定義されます）を、お客様が居住する、またはAppleソフトウェアおよび本サービスをダウンロードもしくは使用する国や地域の法令を含む、すべての適用される法令を遵守して使用されることに同意したものとします。Appleソフトウェアおよび本サービスの機能は、すべての言語または地域で利用いただけるとは限らず、ある機能は地域によって異なり、またある機能は、お客様のサービスプロバイダにより利用が制限されたり、または利用不可であったりする場合があります。Appleソフトウェアまたは本サービスのいくつかの機能には、Wi-Fiまたは携帯電話通信のデータ接続が必要になります。

(i) App Storeの利用には、Apple IDの名称で知られる個別のユーザー名およびパスワードの組み合わせを取得する必要があります。Apple IDはまた、アプリのアップデートならびに、Appleソフトウェアおよび本サービスの特定の機能にアクセスするためにも必要となります。

(j) お客様は、Appleソフトウェアの多くの機能、内蔵アプリおよび本サービスがデータ送信によりお客様のデータプランに料金を発生させること、および当該料金をお客様がご負担することにつき、了承されたものとします。お客様は、どのアプリケーションに携帯電話のデータ使用を許可するか確認および管理することができ、また携帯電話のデータ設定のもと、当該アプリケーションがどのくらいのデータを消費するか、概算を確認することができます。さらに、お客様のWi-Fi接続が弱いとき、Wi-Fiアシストは自動的に携帯電話通信に切り替え、それにより携帯電話のデータ使用量が増加し、お客様のデータプランの料金に影響を及ぼす可能性があります。Wi-Fiアシストは初期設定にてオンになっていますが、「設定」から無効にすることができます。詳しくは、本デバイスのユーザーガイドをご参照ください。

(k) お客様がアプリの自動アップデートを許可された場合、お客様の本デバイスは定期的にAppleに対し、お客様の本デバイス上のアプリのアップデートの有無を確認し、アップデートが適用可能な場合は、お客様の本デバイスに自動的にダウンロードおよびインストールされます。お客様は、「設定」の「iTunes & App Store」をタップし、「自動ダウンロード」の「アップデート」をオフすることで、いつでも自動アプリアップデートを一括してオフにすることができます。

(l) 一定の状況下での本デバイスの使用は、お客様の注意をそらすものとなり、危険な状況を引き起こす原因となる場合があります（たとえば、車を運転中のテキスト入力、または自転車乗車中のヘッドフォンの使用は避けてください）。本デバイスを使用することにより、お客様は、携帯電話またはヘッドフォンの使用を禁止または制限するルール（たとえば、運転時の通話にはハンズフリー機能を使用するなどの要件）を守る責任が、お客様ご自身にあることに同意するものとします。

(m) Appleソフトウェアの特定の機能では、安全性の検出機能や緊急通報サービスへの通報（利用可能

な場合）など、安全に関連する状況に支援を提供することがあります。 Appleが、かかる機能の可用性、正確性、完成度、信頼性、適時性を保証することはありません。これらの機能は、より緊急の、またはより効果的なサポートを利用でき、手に入れられる状況で、当該機能にのみ依拠することができる前提で作成されているものではありません。お客様は、これらの機能の使用に伴う危険をお客様が単独で負担し、お客様自身が独立した判断を行うこと、ならびにApple、その関連会社、代理人または本人が、法律で認められる最大限の範囲において、お客様によるこれらの機能の使用、および使用によって生じるいかなる結果に対しても一切の責任を持たないことに同意するものとします。

(n) 本デバイスは、医療機器ではなく、専門的な医学的判断の代わりとして使用すべきものではありません。これらは病気またはその他の健康状態の診断、または治療、緩和、手当または何らかの健康状態もしくは疾病の予防に使用するために設計されたものでも、意図されたものでもありません。お客様の健康に関する決断をする前に、お客様の健康管理プロバイダにご相談ください。

**3. 譲渡**お客様は、Appleソフトウェアのレンタル、リース、貸与、販売、再頒布またはサブライセンスを行うことはできません。ただし、お客様は、Appleソフトウェアに関するお客様がライセンス付与された権利のすべてを、本デバイスの所有権の移転に伴って、第三者に対して一回限りの永久譲渡をすることができます。この場合、以下の条件をすべて満たさなければなりません。(a) 当該譲渡は、すべての構成要素、および本契約を含む本デバイスおよびAppleソフトウェアのすべてを含んでいなければならないこと、(b) お客様は、Appleソフトウェアの複製物を、その全部または一部を問わず、コンピュータまたはほかの記憶装置上に保存されているものを含め保持してはならないこと、(c) Appleソフトウェアの譲受人は、本契約を読み、かつ本契約条件の受諾に同意すること。

**4. データ使用に対する同意**お客様が、お客様の本デバイスを使用する際、iMessageおよびFaceTimeなど、Appleソフトウェアの様々なコミュニケーション機能を使用する際に、他者が電話番号によってお客様と連絡が取れるようにするために、お客様の電話番号および本デバイスの一定の固有の識別子がAppleに送られます。お客様がiMessageを使用する場合、その伝達を保証するため、Appleは一定期間に限り、お客様のメッセージを暗号化された形式でお預かりする場合があります。お客様は、お客様の本デバイス上の、FaceTimeまたはメッセージ設定からFaceTimeまたはiMessageをオフにすることができます。解析、位置情報サービス、Siriおよび音声入力のような特定の機能でも、それら各機能を提供するため、お客様の本デバイスからの情報を必要とする場合があります。お客様がそれらの機能をオンにするまたは使用する際、どのような情報がAppleに送られるのか、およびどのように使用されるのかについて、詳細が提供されることになります。さらに詳しくは、https://www.apple.com/jp/privacy/ でご確認いただけます。お客様の情報は、いかなる場合においてもAppleプライバシーポリシーに従って取り扱われます。プライバシーポリシーは、https://www.apple.com/jp/legal/privacy/ でご確認いただけます。

**5. サービスおよび第三者のマテリアル**
(a) Appleソフトウェアを使用することで、AppleのiTunes Store、App Store、Apple Books、Game Center、iCloud、マップ、News、Fitness+、およびその他Appleおよび第三者のサービスとウェブサイト（以下、総称して、または個別に「本サービス」といいます）を利用できるようになります。これら本サービスの利用にはインターネット接続が必要であり、一定の本サービスの利用には、Apple ID、追加の規約の承諾が必要となり、追加料金が発生することもあります。Apple ID、またはその他のAppleサービスと関連して本ソフトウェアを使用することによって、お客様は当該本サービスにアクセスしている国または地域の最新のAppleメディアサービス利用規約など、適用されるサービス条件に同意したこと

になります。最新のAppleメディアサービス規約は、https://www.apple.com/jp/legal/internet-services/itunes/ でご確認いただけます。

(b) iCloudにサインアップした場合、「iCloud Drive」、「自分のフォトストリーム」、「共有アルバム」、「探す」など特定のiCloud機能は、Appleソフトウェアから直接アクセスすることができます。iCloudおよびこれらの機能を使用することにより、お客様は最新のiCloudサービス規約を確認、同意されたことになります。最新のiCloudサービス規約は、https://www.apple.com/jp/legal/internet-services/icloud/jp/terms.html でご確認いただけます。

(c) Newsアプリのコンテンツお客様によるNewsアプリのコンテンツへのアクセスは、個人利用および非商用利用のみに限られ、コンテンツのいかなる所有権もお客様に譲渡するものではなく、当該コンテンツを商用または宣伝に利用する権利は、これらに限られませんが、特に除外されます。

(d) マップ地図の対象範囲を含む、Appleソフトウェアのマップサービスおよびその機能（以下「マップ」といいます）は、地域によって異なる場合があります。お客様がマップをオンにするかまたは使用する際、どのような情報がAppleに送られるのか、およびどのように使用されるのかについての詳細が提供されます。マップを使用することにより、お客様は最新のマップサービス規約を確認、同意されたことになります。最新のマップサービス規約については、マップのホームカードにアクセスしてご確認ください。

(e) お客様は、本サービスをご利用いただくことにより、露骨な表現を有することが明記されているかを問わず、不快、わいせつ、または問題があるとみなされる可能性のあるコンテンツに遭遇する可能性があり、特定のURLの検索結果に入ることが、自動的および意図せずに不適切な内容のものへリンクまたは関連することがあることを理解しているものとします。お客様はご自身の責任により本サービスをご利用いただくことに同意されたものであり、Apple、その関連会社、代理人、本人、またはライセンサーはお客様に対し不快、わいせつ、または問題があると見なされる可能性のあるコンテンツに関する責任を一切負いません。

(f) 本サービスの一部は、第三者のコンテンツ、データ、情報、アプリまたは第三者からのマテリアル（以下、総称して「第三者のマテリアル」といいます）を表示し、これらを備え、もしくはこれらを利用可能にすること、または第三者のウェブサイトにリンクされることがあります。本サービスをご利用いただくにあたり、お客様は、Appleがこのような第三者のマテリアルやウェブサイトの内容、正確性、完成度、適時性、有効性、著作権適合性、合法性、品質またはその他の疑問につき、調査および評価する責任を負うものではないことを承認し、同意していただきます。Appleとその役員、関連会社および子会社は、第三者のマテリアルやウェブサイト、その他一切の第三者のマテリアル、製品およびサービスに関し、お客様およびその他の方々に対して、一切の保証、確約、義務の引き受けをせず、かつ一切の義務または責任を負いません。第三者のマテリアルおよびその他のウェブサイトへのリンクはお客様への便宜のためだけに提供されているものです。

(g) Appleおよびそのコンテンツプロバイダのいずれも、本サービスによって表示される株式情報、位置データまたはその他のデータの利用可能性、正確性、完成度、信頼性または時宜性について保証いたしません。本サービスのいずれかによって示される財務情報は、一般情報提供のみを目的としており、投資アドバイスとして信用されるべきものではありません。本サービスを通して得られる情報に基づき有価

証券取引を行う前に、お客様は、お客様の国や地域で財務または証券にかかるアドバイスができる法律的に資格を与えられた財務または証券の専門家に相談することが適切です。Appleマップサービスを含むあらゆる本サービスを介して提供される位置データは、基本的なナビゲーションおよび計画の目的に限定して提供されるものであり、正確な位置情報が必要な状況で、または位置データが、誤りを含む、不正確である、データの反映が遅延している、もしくは不完全であることにより、死亡、人身傷害、もしくは財産や環境への損害を生じさせるようなことがある状況において、その正確性を担保するものではありません。お客様は、マップサービスから受信する結果は、天候、道路および交通状況、地政学的事象を含むがこれらに限定されないマップデータの正確性に影響を与え得る要因に基づく実際の道路、地域状況により異なり得ることに同意されたものとします。お客様の安全性のために、ナビゲーション機能をご利用になる場合は、つねに道路標識および実際の道路状況に注意してください。交通ルールを守り、安全運転をし、また自動車または徒歩での行き方は、自転車道または歩道を含んでいない場合がありますので、ご注意ください。

(h) お客様は、本サービスを利用していずれかのコンテンツをアップロードする限りにおいて、お客様が当該コンテンツにおける一切の権利を有しているか、または、当該コンテンツのアップロードを行う権限を付与されているか、もしくは法的に認められていること、および当該コンテンツが、本サービスに適用されるいかなるサービス条項にも違反していないことを表明するものとします。お客様は、本サービスが、Apple、サイトオーナーまたはそのライセンサーにより専有されるコンテンツ、情報およびマテリアルを含むこと、著作権を含みますがこれに限られない適用ある知的財産権やその他の関係法令により保護されることに同意されたものとします。お客様は、当該専有のコンテンツ、情報またはマテリアルを本サービスの許諾された利用以外のいかなる方法において、または本契約の条項に矛盾するか第三者やAppleの知的財産権の侵害となるいかなる仕方においても利用しないことに同意されたものとします。いかなる形態または方法によるものであっても、本サービスの部分についての複製は禁止されます。お客様は、方法のいかんにかかわらず、本サービスの修正、レンタル、リース、貸与、販売、頒布、または本サービスに基づく二次的著作物の創作を行わないことに同意されたものとします。お客様は、コンピュータウイルス、ワーム、トロイの木馬、その他のマルウェア、不法侵入やネットワーク容量に負荷をかけること等（これらを含みますが、これらに限定されません）、許可されていない方法により本サービスを不正利用してはなりません。さらに、お客様は、方法にかかわらず、本サービスを嫌がらせ、不正利用、ストーキング、脅迫、中傷その他の第三者の権利を侵害する方法により使用しないことに同意するとともに、お客様のそのような方法による使用や、お客様が本サービスを利用した結果として受領する可能性のある、いかなる嫌がらせ、脅迫、中傷、攻撃的，権利侵害的または違法なメッセージや放送に関し、Appleが一切責任を負うものではないことに同意します。

(i) 当該サービスおよび第三者のマテリアルはすべての言語または国、地域にて利用できるとは限りません。Appleは、当該本サービスおよび第三者のマテリアルがどこか特定の場所に適しており、または利用可能であることについて、いかなる表明もしません。お客様が当該サービスおよび第三者のマテリアルの使用またはアクセスを選択する限りにおいて、お客様は、ご自身の判断でこれらにアクセスされるものとし、適用される現地法ならびにプライバシーおよびデータ収集に関する法律を含むこれらに限らない一切の適用法令を遵守することは、お客様の責任です。お客様の本デバイスを通じて写真を共有または同期する場合、どこで、いつ写真が撮影されたか、および詳細情報を含むメタデータが、写真とともに送信される場合があります。Appleのサービス（iCloudフォトライブラリなど）を使用して当該写真を共有または同期すると、Appleは当該メタデータを受信または保存することになります。Appleおよびそのライセンサーは、本サービスについて、いつでも、お客様へ通知することなく、随時変更、一時停

止、削除またはアクセスを不能にする権利を留保しています。Appleは、いかなる場合であっても、本サービスを削除またはアクセス不能にすることに対し、一切の責任を負いません。Appleはまた、いかなる場合であっても、通知なしに、責任を負うことなく、一定の本サービスの利用またはアクセスを制限することもできます。

**6. 解除**本契約は、終了するまで有効です。本契約に基づくお客様の権利は、本契約条件のいずれかにお客様が違反した場合、Appleが通知をすることなく、自動的に終了、または効力を失います。本契約の終了に伴い、お客様は、Appleソフトウェアの使用をすべて中止しなければなりません。本契約の4条、5条、6条、7条、8条、9条、10条、12条および13条は、本契約終了後も存続するものとします。

## 7. 保証の否認

7.1　お客様が、消費者（Appleソフトウェアをご自分のお仕事、業務または職業以外でご使用の方）である場合、以下の制限がお客様に適用されることを禁止する居住国の法的権利を有する可能性があります。権利についての詳細は、お近くの消費者団体にお問い合わせください。

7.2　お客様は、適用法が許容する限りにおいて、AppleソフトウェアおよびAppleソフトウェアによって実行またはアクセスされる一切の本サービスを使用する上での危険はお客様のみが負担し、品質適合性、性能、正確性および努力に関する包括的危険は、お客様にあることを明確に認識し同意します。

7.3　適用法が最大限に許容する限りにおいて、Appleソフトウェアおよび本サービスは、すべての瑕疵を問わずかつ一切の保証を伴わない「現状渡し」および「提供可能な限度」で提供され、AppleおよびAppleのライセンサー（本契約7条および8条において「Apple」と総称します）は、Appleソフトウェアおよび本サービスに関するすべての明示、黙示または法令上の保証および条件を明確に否認します。当該保証および条件には、商品性、品質適合性、特定目的適合性、正確性、平穏享有権および第三者の権利非侵害性を含みますがこれらに限られません。

7.4　Appleは、Appleソフトウェアおよび本サービスの娯楽性の妨害がないこと、Appleソフトウェアに含まれる機能、またはAppleソフトウェアにより実行または提供される本サービスがお客様の要求を満足させるものであること、Appleソフトウェアおよび本サービスが支障なくもしくは誤りなく作動すること、本サービスが継続して提供されるものであること、Appleソフトウェアまたは本サービスの瑕疵が修正されること、Appleソフトウェアまたは本サービスが第三者のソフトウェア、アプリまたは第三者のサービスと互換性があることを保証しません。本Appleソフトウェアをインストールされることで、第三者のソフトウェア、アプリまたは第三者のサービス、ならびにApple製品およびサービスの可用性およびユーザビリティに影響を与える場合があります。

7.5　お客様は、Appleソフトウェアおよび本サービスによるコンテンツ、データまたは情報に関する不具合もしくは情報の遅延、またはエラーもしくは不正確性が死亡、人身傷害、または重大な人身傷害もしくは環境に対する損害を引き起こすような状況や環境（原子力施設、飛行機運航または通信システム、航空管制、生命救助または武器システムを含みますが、これらに限られません）においてAppleソフトウェアおよび本サービスを使用することが意図されるものでなく、また、使用に適さないことを了解するものとします。

7.6    AppleまたはAppleの権限ある代表者の、口頭もしくは書面による情報または助言の一切は、新たな保証を行うものではありません。Appleソフトウェアまたは本サービスに瑕疵があると判断した場合、お客様が、すべてのサービス、修理または修正に要する一切の費用を負担します。黙示の保証の免責または適用のある消費者法令上の権利の制限を認めない法域において、上記の免責および制限は、お客様に適用されない場合があります。

**8. 責任の制限** 適用法令により禁止されない限り、Apple、その関連会社、代理人または本人は、Appleソフトウェアもしくは本サービス、またはAppleソフトウェアおよび本サービスに関連する第三者のソフトウェア、アプリもしくはサービスの使用または使用不可に起因または関連する、逸失利益、データの損壊または消失、データの送受信の失敗（コースの指示、割当およびマテリアルを含みますが、これらに限られません）、仕事の中断またはその他の商業的損害もしくは損失等を含む、人身傷害または付随的損害、特別損害、間接損害または二次的損害等について、責任事由（契約、不法行為等）にかかわらず、いかように発生しようと、Appleが当該損害の可能性を示唆されていた場合においても、一切の責任を負いません。人身傷害、付随的または間接損害に対する免責または責任の制限を法的に認めない地域において、本制限は、お客様に適用されない場合があります。いかなる場合も（人身傷害を含む場合に適用法が要請する場合を除いて）、すべての損害に関するお客様に対するAppleの賠償責任総額は、250米ドルを上限とします。上記の救済がその本質的目的を達成できない場合でも、前述の制限が適用されます。本契約のその他の規定に関わらず、日本の消費者契約法の適用がある場合、Appleの債務不履行または不法行為により生じた損害を賠償する責任を制限する規定は、Appleの故意または重過失により生じた損害には適用しないものとします。

**9. デジタル証明書** Appleソフトウェアには、Appleまたは第三者のいずれかから発行されるデジタル証明書を受領できる機能が含まれています。お客様は、Appleまたは第三者のいずれかから発行される証明書を信頼するか否かの判断につき、単独で責任を負うものとします。デジタル証明書を使用する上での責任はお客様のみが負担します。適用法が最大限に許容する限りにおいて、Appleは、デジタル証明書に関する商品性、特定目的適合性、正確性、安全性または第三者の権利非侵害性につき、明示または黙示を問わず一切の保証または表明を行いません。

**10. 輸出管理** お客様は、米国の法律およびAppleソフトウェアが取得された法域の法律で認められている場合を除き、Appleソフトウェアを使用または輸出もしくは再輸出することはできません。特に、例外なく、Appleソフトウェアを、(a) 米国の通商禁止国または (b) 米国財務省の特別指定国リスト（list of Specially Designated Nationals）または米国商務省の拒否人名リスト（Denied Person's List or Entity List）またはその他の制限者リスト上の一切の者に対し、輸出または再輸出を行うことはできません。Appleソフトウェアを使用することにより、お客様は、上記国家に住居を定めていないこと、または上記リストに該当するものではないことを表明および保証するものとします。また、お客様は、お客様が米国の法律で禁止されている目的でAppleソフトウェアを使用しないことに同意されたものとします。当該目的にはミサイル、核兵器、化学兵器または生物兵器の開発、設計、製造または生産を含みますが、これらに限定されません。

**11. エンドユーザーが政府である場合** 本サービス、Appleソフトウェア、および関連文書は、「商業コンピュータソフトウェア」（Commercial Computer Software）、「商業コンピュータソフトウェア文書」（Commercial Computer Software Documentation）から構成される48 C.F.R. 2.101で定義する「商業品目」（Commercial Items）であり、当該用語は、48 C.F.R. 12.212または48 C.F.R.

227.7202で使用されています。48 C.F.R. 12.212または48 C.F.R. 227.7202-1から227.7202-4に呼応して、商業コンピュータソフトウェアおよび商業コンピュータソフトウェア文書は、米国政府のエンドユーザーに対して、(a) 商業品目としてのみ、かつ (b) 本契約条件に従ってその他のエンドユーザーすべてに付与される権利のみを伴って、ライセンスが付与されるものです。非公開の権利は、米国の著作権法に基づき留保されています。

**12. 準拠法および契約の分離性**本契約は、法の抵触に関する法理を除いて、カリフォルニア州法に準拠し、同法に従って解釈されるものとします。本契約は、明示的に排除しているアプリ、国際売買契約に関する国連規約は適用されません。お客様が英国に住む消費者である場合、本契約はお客様の居住地の法域を管轄する法律に準拠します。何らかの理由により、管轄権を有する裁判所が本契約のいずれかの条項またはその一部について効力を有しないと判断した場合であっても、本契約のほかの条項または部分は、依然として完全な効力を有するものとします。

**13. 完全合意、適用言語**本契約は、Appleソフトウェアに関するお客様とAppleの間の合意事項のすべてを定めるものであり、本件に関して以前または同時期になされた一切の了解事項に優先します。本契約の改訂および変更は、当該改訂および変更が書面によりなされ、かつAppleが署名した場合を除き、拘束力を有しません。本契約書の翻訳は、地域の必要に応じて行われるものであり、英語版とそれ以外の言語版とで差異矛盾がある場合、お客様の法域における現地法が禁止しない範囲で、英語版の本契約書を適用するものとします。

**14. 第三者の製品に関する承認**Appleソフトウェアの一部には、第三者のソフトウェアおよびその他の著作物が利用されるかまたは含まれている場合があります。当該著作物に関する確認、ライセンス条項および責任制限に関する事項はAppleソフトウェアに関する電子的書面に記載されており、お客様の当該著作物の使用についてはそれらの各条項が適用されるものとします。Google Safe Browsing Serviceの使用には、Googleのサービス利用規約（https://www.google.com/intl/ja/policies/terms/）およびGoogleのプライバシーポリシー（https://www.google.com/intl/ja/policies/privacy/）が適用されます。

**15. MPEG-4の使用、H.264/AVCに関する通知**
(a) Appleソフトウェアは、MPEG-4 System Patent Portfolio Licenseに基づいてMPEG-4 Systems Standardに従ってエンコーディングするためにライセンスされるものです。ただし、以下のいずれか、または両方をエンコードする場合には、追加のライセンスとロイヤルティーの支払いが必要となります。(i) タイトルごとに支払う物理的なメディアに保存または複製されるデータ、(ii) タイトルごとに支払う永久保存または永久利用するエンドユーザーに送信されるデータ。当該追加ライセンスは、MPEG LA, LLC.より取得していただけます。詳しくは、https://www.mpegla.com をご確認ください。

(b) Appleソフトウェアには、MPEG-4ビデオエンコーディング機能またはデコーディング機能が含まれています。Appleソフトウェアは、MPEG-4 Visual Patent Portfolio Licenseに基づいて消費者による個人利用および非商用利用目的で以下のいずれか、または両方を行うためにライセンスされるものです。(i) MPEG-4 Visual Standardに従いビデオをエンコードすること（以下「MPEG-4ビデオ」といいます）、(ii) 個人的、非商業活動に従事する消費者によりエンコードされたか、MPEG-4ビデオを提供するためにMPEG LAよりライセンスを受けたビデオ提供者から取得したMPEG-4ビデオをデコードすること。その他の一切の使用に関しては、いかなるライセンスも付与されておらず、また黙示もされておりま

せん。販売促進用、社内用および商用の使用およびライセンスを含むさらなる情報については、MPEG LA, LLC.より取得することができます。https://www.mpegla.com をご確認ください。

(c) Appleソフトウェアには、AVCエンコーディング機能またはデコーディング機能が含まれています。H.264/AVCの商用利用には追加のライセンスが必要であり、以下の条件が適用されます。Appleソフトウェアにおける AVC機能は、消費者が以下のいずれか、または両方を行うための個人利用および非商用利用目的に限るものとします：(i) AVC Standardに従いビデオをエンコードすること（以下「AVCビデオ」といいます）、または、(ii) 個人的、非商業的行為に参加する消費者によりエンコードされたAVCビデオまたはAVCビデオを提供するためにライセンスを受けたビデオ提供者から取得したAVCビデオをデコードすること。その他の使用およびライセンスに関する情報については、MPEG LA L.L.C.より取得することができます。詳しくは、https://www.mpegla.com をご確認ください。

**16. Yahoo検索サービスの制限**Safariを通じて利用可能なYahoo検索サービスは、以下の国および地域においてのみ利用を許諾されます。アルゼンチン共和国、アルバ、オーストラリア連邦、オーストリア共和国、バルバドス、ベルギー王国、バミューダ諸島、ブラジル連邦共和国、ブルガリア共和国、カナダ、ケイマン諸島、チリ共和国、中華人民共和国、香港、台湾、コロンビア共和国、キプロス共和国、チェコ共和国、デンマーク王国、ドミニカ共和国、エクアドル共和国、エルサルバドル共和国、フィンランド共和国、フランス共和国、ドイツ連邦共和国、ギリシャ共和国、グレナダ、グアテマラ共和国、ハンガリー、アイスランド共和国、インド、インドネシア共和国、アイルランド、イタリア共和国、ジャマイカ、日本、ラトビア共和国、リトアニア共和国、ルクセンブルグ大公国、マレーシア、マルタ共和国、メキシコ合衆国、オランダ王国、ニュージーランド、ニカラグア共和国、ノルウェー王国、パナマ共和国、ペルー共和国、フィリピン共和国、ポーランド共和国、ポルトガル共和国、プエルトリコ、ルーマニア、シンガポール共和国、スロバキア共和国、スロベニア共和国、大韓民国、スペイン、セントルシア、セントビンセントおよびグレナディーン諸島、スウェーデン王国、スイス連邦、タイ王国、バハマ国、トリニダード・トバゴ共和国、トルコ共和国、グレートブリテンおよび北アイルランド連合王国、ウルグアイ東方共和国、米国、ベネズエラ・ボリバル共和国。

**17. Microsoft Exchangeに関する通知**AppleソフトウェアにおけるMicrosoft Exchangeメール設定は、お客様の本デバイスとMicrosoft Exchange ServerまたはMicrosoft Exchange ActiveSyncプロトコルを実行するためにMicrosoftによってライセンスされたその他のサーバソフトウェアとの間で電子メール、連絡先、カレンダーおよび仕事などの情報を無線同期するためにのみライセンス付与されます。

EA1806
2022年7月8日

————————————

**Apple Payおよびウォレットに関する追加条項**

Apple Payおよびウォレットに関する以下の追加条項（以下「追加条項」といいます）は、Appleソフトウェアライセンス契約（以下「本契約」といいます）を補完するものです。本契約および追加条項の双方が、本契約のもと、「本サービス」とみなされるお客様のApple Pay機能（以下「Apple Pay」といいます）およびAppleウォレットアプリ（以下「ウォレット」といいます）の使用に適用されます。これらの追加条項で使用される大文字表記の用語は、本契約に規定された意味を有します。

## 1. 概要

**Apple Pay**

Apple Payは、お客様に対して次のサービスを提供します。

- Apple CardおよびApple Cashカードを含むクレジットカード、デビットカード、プリペイドカードを使用して、所定の場所またはアプリもしくはウェブサイトで非接触型決済を行うこと
- ほかのApple Cashユーザーに個人間送金を行うこと
- 注文を追跡し、詳細な領収書を表示すること

Apple PayおよびApple Payの特定の機能は、限定された地域、カード発行者、支払いネットワーク、販売者およびその他の第三者との間でのみ利用できます。

**ウォレット**

Appleウォレットでは、Apple Payで使用するクレジットカード、デビットカードおよびプリペイドカード（以下、総称して「Apple Payカード」といいます）、ならびに以下を含みますがこれに限られないほかの種類のカード、パスおよびキー（以下、総称して「ウォレットパス」、またApple Payカードも含めた総称として「対応カード」といいます）の仮想表明を保存できます。

- ポイントカード
- 交通系ICカード
- チケット
- 会員証
- 車のキー
- ホームキー
- 宿泊／観光関連のキー
- 企業バッジ
- 学生証
- 運転免許証および州または政府発行の身分証カード（以下「IDカード」といいます）

ウォレットパスは、限定された地域で、かつ、限定されたパートナーとの間でのみ利用できます。IDカードは、対応している州の居住者のみが利用でき、提示方法は州または場所によって異なる場合があります。

対応カードは随時変更される場合があります。

## 2. 資格

Apple Payおよびウォレットを利用するには、(i) 本サービスに対応しているバージョンのオペレーティングシステム（最新バージョンが推奨され、必須の場合もあります）が搭載されている対応デバイス、

(ii) Appleの利用規約を遵守しているiCloudアカウントに関連付けられたApple ID、および (iii) インターネット接続（料金が発生する場合があります）が必要です。Apple Cashファミリーおよび限られた電子マネーカードを除き、Apple Payカードは13歳以上の個人の方のみご利用いただけます。また、iCloudまたは関連する発行者、販売者またはその他の第三者によって、追加の年齢制限が課される場合があります。交通系ICカード、電子マネーカード、IDカード、企業バッジおよびキーはiOSデバイスでのみ利用できます。

お客様がiCloudファミリーの親または法定後見人（以下「オーガナイザー」といいます）である場合、13歳（または該当する国でそれに相当する最低年齢）未満のファミリーメンバーを含め、ウォレットで対象の交通系ICカードをプロビジョニングおよび使用するようにファミリーメンバーに案内できます。お客様はオーガナイザーとして、ファミリーメンバーが使用できるようにした交通系ICカードで行われたすべての支払い、購入および取引に対して、ファミリーメンバーが開始したものも含めて責任を負うこととなります。ウォレットでの交通系ICカードの適格性および使用には、当該交通機関の条件が適用されます。オーガナイザーは当該条件を遵守する責任を負い、ほかのファミリーメンバーが交通系ICカードを使用できるようにすることに関連するすべてのリスクを引き受けるものとします。ファミリーメンバーがファミリーから抜けるか削除された場合、そのファミリーメンバーは当該交通系ICカードを再ロードできなくなり、カードアカウントの残高がゼロになるまでの間のみ当該カードで取引できます。

お客様が車のキーの所有者である場合、他者がお客様の車のロック解除、アクセスまたは運転を行えるように、13歳以上の他者と車のキーを共有することがです。

ホームキーは、「ホーム」アプリでロックを追加または削除するか、「ホーム」アプリでお客様自身をホームに追加または削除することによってのみ、ウォレットに追加または削除できます。お客様が「ホーム」アプリでホームの管理者になっている場合、お客様からホームに参加依頼されてホームに参加したすべての人に既存のホームキーが自動的に共有されます。

Apple Cardは米国内でのみ利用可能であり、米国のゴールドマン・サックス銀行ソルトレイク支店（以下「Apple Card発行者」といいます）が発行します。Apple Cardは、Apple Cardファミリーを除き、18歳以上（居住州によってはさらに上の年齢）の個人の方のみご利用いただけます。

Apple Cashカードおよび個人間送金の送受信機能は、米国においてのみ利用可能であり、連邦預金保険公社(FDIC)の加盟者であるGreen Dot Bankによって提供されるサービスです。Apple Payでの個人間送金の送受信のためには、お客様はApple Cashカードを保持する必要があります。Apple Cash Familyを除き、Apple Cashカードおよび個人間送金の送受信の機能は18歳以上の個人の方のみご利用いただけます。

## 3. サービスの利用

対応カードおよび個人間送金は、これらの機能を利用するためにお客様がiCloudにサインインしているApple IDと関連付けられます。ウォレットでキー、企業バッジ、ポイントカード、チケットおよび会員証を追加または削除すると、お客様のApple IDでサインインしているお客様のほかのAppleデバイスにその変更が反映される場合があります。各Apple IDに、州の発行当局ごとに1枚のIDカードのみを関連付けることができます。

Apple Payおよびウォレットはお客様の個人的な使用を意図としたものであり、お客様はご自身の対応カード、もしくはオーガナイザーまたは所有者からプロビジョニングするように案内された交通系ICカードまたは車のキーおよびホームキーのみをプロビジョニングできます。お客様が対応する法人カードを提示する場合、お客様は、お客様の雇用主の承認のもとそれを行い、お客様がこれらの利用条件および本機能の利用によって生じるすべての取引において、雇用主を拘束する権限を与えられていることを、表明するものとします。お客様が個人間送金の送受信を行う場合、お客様はお客様の個人利用かつ非商用的使用を目的として行っていることを表明するものとします。お客様がIDカードのプロビジョニングを行う場合、お客様を正確かつ真正に表すお客様自身の個人情報を使用して行っていることを表明するものとします。

お客様は、Apple Payまたはウォレットを違法もしくは詐欺的な目的、またはその他本契約または追加条項によって禁止された目的には使用しないことに、同意されるものとします。お客様は、さらに、適用法令に従い、Apple Payまたはウォレットを利用することに同意されるものとします。お客様は、IDカードに関連して虚偽の情報を提出した場合、その情報が米連邦法または州法に基づく犯罪行為となる可能性があることにつき、了承されたものとします。お客様は、Apple Payまたはウォレットサービス（何らかの自動化された手段を通じてサービスへアクセスすることを含みます）、またはサービスと接続されたすべてのサーバもしくはネットワーク、またはサービスと接続されたネットワークのポリシー、要件または規則（無許可のアクセス、データまたはトラフィックの使用またはモニタリングを含みます）を妨害または中断しないことに同意するものとします。

Apple Payまたはウォレットへのアクセスまたはそれらの使用が適用法によって禁止されている場合、お客様にはこれらのサービスへのアクセスまたはその使用が認められないものとします。お客様が適用法に違反する方法でサービスへのアクセスまたはサービスの利用を行った場合、Appleは責任を負わないものとします。

## 4. Appleのお客様との関係

お客様のApple Payの利用には、これらの追加条項、ならびにお客様のApple Payカードに対して責任を有する当該発行者、販売者またはその他の第三者と締結しているカード保有者契約の条件が適用されます。

同様に、ウォレットのウォレットパスの使用には、これらの追加条項、ならびに当該販売者、交通機関、車およびロックの製造元、大学、ホテル、リゾート、船旅会社、法人、州の発行当局またはその他の第三者との契約の条件が適用されます。

Apple Payments Inc.（以下「Apple Payments」といいます）によって提供されるApple Payの一部の機能（下記参照）を除き、Appleは、お客様のApple Payカードで行われる支払いまたはその他の支払いを伴わない取引を処理することはありません。Appleは、お客様のApple Payまたはウォレットの利用によって生じる、支払い、チャージバック、返金、払い戻し、資金の移動、ポイント、特典、割引、アクセス、身元確認、発注、受注処理、またはその他の活動をコントロールすることはなく、それらに対して責任を負いません。

これらの追加条項の条件と、お客様の当該発行者、販売者、州の発行当局またはその他の第三者との契約（以下、総称して**「第三者契約」**といいます）の間に矛盾が存在する場合は、お客様のAppleとの関係にはこれらの追加情報の条件が適用され、当該第三者との関係には当該第三者契約が適用されます。

お客様は、Appleがお客様のいかなる第三者契約の当事者でもないこと、およびAppleが次の事項に関して、責任を負わないことに同意するものとします。(a) Apple Payまたはウォレットを使用した、あらゆる対応カード、購入、取引、資金の移動、発注、受注処理、受信、またはその他の活動（お客様が対応カードを共有した、またはお客様の本デバイスにアクセスできるファミリーメンバーもしくは他者によってなされたものが含まれますが、これらに限定されません）の内容、正確性、もしくは可用性、(b) クレジットの発行もしくはクレジットの適格性の評価、(c) 運転免許または政府機関発行の身分証明書の発行、停止、失効、(d) Apple Payもしくはウォレットの使用に関連した、発行者、販売者、アプリデベロッパ、もしくはその他の第三者の活動、(e) 対応カードのウォレットへの追加に関連して発行者、販売者、もしくはその他の第三者によって行われた決定、(f) 販売者プログラムもしくはパートナープログラムへのメンバーシップもしくは参加、(g) 対応カードに関連するポイントもしくは保存される特典の発生もしくは引き換え、(h) プリペイド式の対応カードの入金もしくは再入金、(i) 個人間送金の送受信、もしくは資金の移動、または (j) Apple Cashカードからの入金、引き換え、出金。

お客様がApple Cardに申し込む場合、お客様はApple Card発行元での口座開設に申し込むことになります。Apple Cardを提供する責任を有する金融機関は変更されることがあり、また、お客様のApple Cardの使用には当該金融機関の条件が適用されます。

お客様がApple Pay内のApple Cashの機能を稼働する場合、お客様はGreen Dot Bankに口座を開設することとなります。Apple Paymentsによって提供されるApple Payの機能を除き、お客様が個人間送金の送受信をしまたはお客様のApple Cashカードにチャージしまたはここから出金する場合、Green Dot Bankがお客様の金銭の受領または指定された受取人に対する送金について責任を負うこととなります。Apple CashおよびApple Pay内の個人間送金を提供する責任を有する金融機関は変更されることがあり、また、お客様の当該機能の使用には当該金融機関の条件が適用されます。

お客様のApple Cashカードの資金を使ってお客様が承認した一部の対象企業への支払いを行う機能（以下「口座振替サービス」といいます）は、Apple Paymentsによって提供されるサービスです。お客様の口座振替サービスの使用にはApple Paymentsの口座振替の条件が適用されます。また、対象企業によっては、お客様が承認することにより当該企業からApple Cashカードに資金を入金することができる場合があります（それぞれを以下「直接入金」といいます）。直接入金はApple Paymentsによって処理される場合がありますが、当該資金の提供元参加企業によって提供され、入金を行う企業の追加条項および条件が適用される場合があります。対応カードまたは関連する商業的活動についてのすべての紛争およびご質問は、お客様のカードの発行者または該当する販売者、州の発行当局、アプリデベロッパまたはその他の第三者にご連絡ください。Apple Pay、ウォレット、Apple Card、Apple Cashカードまたは個人間送金についてのご質問は、Appleサポートにご連絡ください。

## 5. プライバシー

Appleによる個人情報の収集および利用には、Appleプライバシーポリシーが適用されます。プライバシーポリシーは、https://www.apple.com/jp/legal/privacy/でご確認いただけます。お客様は、関連

するサービス固有のプライバシー情報（お客様の本デバイス上、またはペアリングされているデバイス上のWatchアプリからアクセスできる「Apple Payおよびプライバシーについて」を含みます）をお読みになるか、https://www.apple.com/jp/legal/privacy/をご確認いただくことで、お客様のApple Payおよびウォレットの使用の一環として、個人情報がどのように収集され、使用され、または共有されるかに関する詳しい情報を確認していただけます。お客様は、Apple Payおよびウォレットを使用することにより、Appleならびにその子会社および代理人がこれらのサービスを提供するために前述のすべての情報を送信、収集、保持、処理および使用することに同意および承諾されるものとします。

## 6. セキュリティ、紛失または使用不能なデバイス

実際の財布およびカードの保護と同様の、対応デバイスおよび資格情報の保護

Apple Payおよびウォレットは、お客様の対応カードの仮想表明を保存しており、お客様が実際の財布、キー、クレジットカード、デビットカード、プリペイドカード、身分証カードまたはその他のカードを保護するように、保護されるべきものです。お客様は、お客様の本デバイスと、Apple ID、Touch IDおよびFace IDの情報、対応する本デバイスのパスコード、ならびに本サービスに関連して使用されるその他の認証資格情報（以下、総称してお客様の「資格情報」といいます）の安全性の保持に対して、全責任を負うものとします。お客様が、お客様の対応する本デバイスを他者が使用することを、例えばお客様の本デバイスのパスコードを第三者に提示する、Touch IDの使用のために第三者の指紋情報を追加することを許可する、第三者にFace IDを利用可能にすることを許可する、またはそれ以外にいずれかの資格情報を第三者に提供するなどの方法で、承認または許可した場合、他者がウォレットでお客様の対応カードを使用して支払いを行うこと、個人間送金の送受信やリクエストをすること、お客様のApple Cashカードから出金すること、ポイントを受領または還元すること、特典を利用すること、ロックを解除するかその他の方法でお客様の車、部屋、オフィス、または家に侵入すること、お客様になりすますこと、またはその他の取引を行うことを可能にする恐れがあります。この場合、その第三者が行ったすべての支払い、アクセスおよび取引に対してお客様が責任を負うものとします。

不正改造（ジェイルブレイク）されたデバイス

お客様がお客様の本デバイスにハードウェア制御またはソフトウェア制御を無効にするなどの不正な改造（「ジェイルブレイク」または「脱獄」と呼ばれることがあります）を加えた場合、お客様の本デバイスは本サービスへのアクセスまたは本サービスの利用の条件を満たさなくなる恐れがあります。お客様は、改造された本デバイスを本サービスに関連して使用することが明示的に禁止されており、これらの追加条項への違反となり、Appleがお客様の本サービスへのアクセスを拒否または制限する根拠となることにつき、了承されたものとします。

追加のセキュリティ対策

お客様は、Apple Card、Apple CashカードおよびApple Payの個人間送金を含むApple Payの特定の機能にアクセスするために、お客様のApple IDの2ファクタ認証などの追加のセキュリティ対策を稼働する必要がある場合があります。お客様がそれらのセキュリティ機能を取り除いた場合、お客様はApple Payの特定の機能にアクセスし続けることができなくなる場合があります。提示のためにIDカードに関連付けられているFace IDまたはTouch IDを削除するには、お客様がIDカードのプロビジョニングプロセ

ス全体を完了する必要があります。

紛失または盗難に遭ったデバイス

お客様の本デバイスが紛失または盗難に遭い、お客様が「を探す」を稼働していた場合、お客様は紛失モードにすることによって、「を探す」を使用して本デバイス上の仮想対応カードまたは個人間送金の送信による取引を停止することができます。お客様の本デバイスが紛失モードの場合、ウォレットでお客様の車のキーが無効になる恐れがあり、お客様は車を離れるかエンジンを切ったあと、車にアクセスしたり車を発進させたりできなくなります。紛失モードは、紛失した本デバイス上のキーにのみ影響を及ぼします。お客様が所有者である場合、お客様の車のキーまたはホームキーを他者と共有できなくなりますが、すでに他者と共有したキーは他者のデバイス上で影響を受けません。

お客様はまた、本デバイス上の仮想対応カードでの取引または個人間送金の送信の機能を停止するよう、本デバイス内を消去することもできます。お客様は、Apple Payまたはウォレットにあるお客様の対応カードへの無許可のアクセスを防ぐために、お客様の対応カードの発行者、販売者、または責任を有する第三者、またはお客様のApple CardあるいはApple Cashカードの場合はAppleへの連絡もしなければなりません。

詐欺的行為または悪用をお客様が報告、またはAppleがそれらの疑いを持った場合、お客様はすべての調査においてAppleに協力し、Appleが提供する詐欺防止手段を利用することに同意されるものとします。

## 7. 責任の制限

本契約に規定される保証の否認および責任の制限に加え、Appleは、Apple Payまたはウォレットの利用から生じる、購入、支払い、資金の移動、発注、受注処理、情報の受信、アクセス、身元確認、取引、またはその他の活動に対して一切の責任を負いません。お客様は、お客様の対応カード、個人間送金、および関連する活動に関する一切の疑問および紛争について、お客様のカード発行者、支払いネットワーク、金融機関、販売者、アプリデベロッパ、州の発行当局、または当該第三者との間に有するほかの合意のみを参照して解決することに同意します。

————————————————

## Appleからの通知

Appleよりお客様に対し、お客様の製品またはアカウントについてご通知をさせていただく必要がある場合について、お客様は、かかる通知を電子メールによって受け取られることに同意いただきます。またお客様は、かかる電子的方法によってAppleが行う通知が、法律上要求されるすべての通知要件を満たすことに同意するものとします。

简体中文

**重要提示：通过使用 iPHONE、iPAD 或 iPOD TOUCH（"设备"），阁下已同意接受以下条款的约束：**

A.    APPLE iOS 和 iPadOS 软件许可协议
B.    APPLE PAY 补充条款
C.    来自 APPLE 的通知

APPLE INC
iOS 和 iPadOS 软件许可协议
单一使用许可证

**请先仔细阅读本软件许可协议（"许可证"），然后才使用阁下的设备或下载附随本许可证的软件更新。阁下一使用设备或下载软件更新（视适用而定），即表示同意接受本许可证的条款约束。如阁下不同意本许可证的条款，请勿使用设备或下载该软件更新**

**如阁下最近购买设备并且如阁下不同意许可证条款，可将设备交还购取设备的 APPLE STORE 商店或授权分销商以取得退款，但须符合 APPLE 的退货政策规定，该政策载于 https://www.apple.com.cn/legal/sales–support/。**

**1. 通用**
(a) 连同阁下的设备提供并可以 Apple 针对阁下的设备或受支持外围设备提供的功能增强软件、软件更新、安全响应、系统文件或系统恢复软件（"Apple 软件变更"）予以更新或取代的软件（包括 Boot ROM 代码、嵌入式软件和第三方软件）、文档、界面、内容、字体及任何数据（"原 Apple 软件"），不论是储存于只读存储器、任何其他载体或属任何其他形式（原 Apple 软件和 Apple 软件变更统称"Apple 软件"），是由 Apple Inc.（"Apple"）许可阁下使用而非售予阁下。阁下只可根据本许可证的条款加以使用，Apple 及其许可人保留对 Apple 软件本身的所有权，并保留一切并未明确授予阁下的权利。阁下同意本许可证条款将适用于任何可能已内置在阁下的设备上的 Apple 品牌 app，除非该 app 另外附有单独的许可证，在这种情况下，阁下同意该许可证的条款将限阁下对该 app 的使用。

(b) Apple 可酌情提供未来的 Apple 软件变更。Apple 软件变更（如有的话）未必包含 Apple 就较新或其他型号设备发行的所有现有软件功能或新的功能。本许可证条款监管由 Apple 提供的任何 Apple 软件变更，除非该 Apple 软件变更另外附有单独的许可证，在这种情况下，阁下同意以该许可证的条款监管。

(c) 如阁下使用快速设置功能以阁下现有的设备为基础设置新的设备，阁下同意，本许可证的条款将监管阁下在阁下新的设备上使用 Apple 软件，除非它另外附有单独的许可证，在这种情况下，阁下同意该许可证的条款将监管阁下对该 Apple 软件的使用。阁下的设备会向 Apple 定期查询索取 Apple 软件变更。如有提供变更，该变更或会自动下载和安装到阁下的设备和阁下的外围设备（如适用）上。**阁下使用 Apple 软件，即表示同意 Apple 可下载和安装自动 Apple 软件变更到阁下的设备和阁下的外围设备上。**任何时候阁下均可关闭操作系统更新和快速安全响应自动安装，只需更改可在"设置"＞"通用"＞"软件更新"下找到的"自动更新"设置。某些系统文件（包括但不限于更新后的字体、语言模型、语音资产和用于外围设备的固件）可能会继续自动安装，例如当阁下打开或使用某些功能和外围设备时，或者为解决法律、法规、公共安全或技术考虑问题时。

**2. 允许的许可证用途和限制。**
(a) 在必须遵守本许可证条款和条件的情况下，阁下获授予在单一台 Apple 品牌设备上使用 Apple 软件的

有限的、非独家的许可证。除以下第 2(b) 条允许外，以及除非阁下与 Apple 另行签立协议规定外，本许可证不允许 Apple 软件在任何一个时候存在于每一台以上 Apple 品牌设备上，而且阁下不得在网络上分发或提供 Apple 软件，以致 Apple 软件在同一时间可供多台设备使用。本许可证并不授予阁下使用 Apple 拥有专有权的界面及其他知识产权，以设计、开发、制造、授予许可或分发第三方设备与配件或第三方软件应用程序连同设备使用的任何权利。在取得 Apple 的另行许可的情况下，可使用其中某些权利。有关为设备开发第三方设备与配件的详情，请访问 https://developer.apple.com/programs/mfi/。有关为设备开发软件应用程序的详情，请访问 https://developer.apple.com/cn。

(b) 在必须遵守本许可证条款和条件的情况下，阁下获授予下载 Apple 可能提供给阁下设备型号的 Apple 软件变更的有限的、非独家许可证，以更新或恢复由阁下拥有或控制的任何此类设备上的软件。本许可证并不允许阁下更新或恢复不受阁下控制的或非阁下拥有的设备，而且阁下不得在网络上分发或提供 Apple 软件变更，以致 Apple 软件变更在同一时间可供多台设备或多台计算机使用。如阁下下载 Apple 软件更新到阁下的计算机上，阁下只可为备份目的而以机器可读形式，复制一份存储于阁下计算机的 Apple 软件变更；但该备份副本必须带有原件上所载的一切著作权或其他专有权的提示。

(c) 在阁下购买时 Apple 已在阁下的设备上预安装 Apple 品牌 app ("预安装 app") 的范围内，阁下需要登录到 App Store 并将这些预安装 app 关联到阁下的 App Store 帐户，才能在阁下的设备上使用它们。当阁下将预安装 app 关联到阁下的 App Store 帐户时，阁下的设备上所有其他预安装 app 将会同时自动关联起来。阁下选择将预安装 app 与阁下的 App Store 帐户关联，即表示阁下同意 Apple 可传输、收集、维护、处理和使用阁下的 App Store 帐户所使用的 Apple ID 和收集自阁下的设备的唯一硬件标识符，作为验证阁下所提出请求的资格的唯一帐户标识符，以及向阁下提供通过 App Store 访问预安装 app 的途径。如阁下不希望使用预安装 app，阁下可随时将其从阁下的设备中删除。

(d) 阁下不得且阁下同意不会或促使他人复制 (本许可证明示允许除外)、反汇编、倒序制造、拆装、企图导出其源代码、解码、修改 Apple 软件或制造其衍生作品、或 Apple 软件提供的任何服务或其任何部分 (适用法律或可能包含在 Apple 软件内的开放源代码组件使用许可证条款禁止除外)。阁下同意不删除、遮蔽或更改可能附于或包含在 Apple 软件中的任何专有权通知 (包括商标和版权通知)。

(e) Apple 软件可用于复制材料，只要该等使用限于复制没有版权的材料、阁下享有著作权的材料或授权阁下或合法允许阁下复制的材料。虽有上述规定，禁止阁下将通过新闻或地图访问的任何图像，作为独立文件重新发布、重新传输或复制。通过阁下的设备显示、存储或访问的任何内容，其所有权和知识产权属于相关的内容所有权人。此等内容可能受著作权或其他知识产权法律和条约保护，且可能须遵守提供该等内容的第三方的使用条款。除在此另有规定外，本许可证并不授予阁下使用该等内容的任何权利，亦不保证向阁下持续提供该等内容。

(f) 在必须遵守本许可证条款和条件的情况下，阁下可：(i) (1) 在运行 Apple 软件时，使用 Apple 软件所包含或以此创建的拟我表情字符 ("系统字符")，以及 (2) 用以创建阁下自己的原始内容和项目，作为阁下个人的非商业用途；以及 (ii) 仅基于阁下个人的非商业用途，使用 Apple 软件在设备上实时自动生成的实时字幕 ("实时字幕")，无论是在 FaceTime 通话期间生成还是其他情况下生成。本许可证不允许将系统字符或实时字幕用于任何其他用途，包括但不限于在营利性、非营利性、公开分享的或商业背景下，使用、复制、展示、表演、录制、发布或重新分发任何系统字符或实时字幕。

(g) 为了完成某些 app 和/或网站的行动快捷指令，Apple 软件可能需要访问阁下设备上的某些第三方软件应用程序、服务或网站。在有必要藉此完成快捷指令到 Apple 软件的范围内，阁下明确同意此类用途。

(h) 阁下同意依照所有适用法律使用 Apple 软件以及服务 (定义见以下第 5 条)，此等法律包括阁下所居住

或者下载或使用 Apple 软件以及服务的国家或地区的当地法律。Apple 软件和服务的功能未必以所有语言或在所有地区提供，某些功能可能因地区而异，有的可能会受到限制，或阁下的服务提供商没有提供。Apple 软件和服务一些功能需要 Wi-Fi 或蜂窝数据连接。

(i) 使用 App Store 需要一个称为 Apple ID 的独有用户名称和密码组合。要访问 app 更新及 Apple 软件和服务的某些功能，同样需要一个 Apple ID。

(j) 阁下承认 Apple 软件许多功能、内置 app 和服务会传输数据，可能影响阁下数据计划的收费，以及阁下须负责该等收费。阁下可在蜂窝数据设置下查看和控制哪些应用程序获准使用蜂窝数据，并查看该等应用程序已消耗了多少数据的估计。此外，当阁下的 Wi-Fi 连接不良时，Wi-Fi 助理会自动切换到蜂窝数据模式，或会导致使用较多蜂窝数据及影响阁下的数据套餐收费。Wi-Fi 助理是默认启用的，但可在"设置"下予以停用。欲了解更多信息，请查阅阁下设备的用户指南。

(k) 如阁下选择允许自动更新 app，阁下的设备会向 Apple 定期查询有关更新阁下设备上的 app 的问题。如有提供的话，更新版本会自动下载和安装到阁下的设备上。阁下可随时完全关闭 app 的自动更新，只需前往"设置"，轻点"iTunes Store 与 App Store"，然后在"自动下载"项下关闭"更新"。

(l) 在某些情况下使用设备可能分散阁下的注意力，并可能导致危险情况（例如，应避免在开车时输入文字信息，或在骑自行车时使用头戴式耳机）。阁下使用设备，即表示阁下同意负责遵守禁止或限制使用手机或头戴式耳机的规则（例如在开车时拨打电话须使用免提选项的规定）。

(m) Apple 软件的某些功能可能会在安全相关情况下尝试提供协助，例如任何与安全相关的检测功能以及为阁下联系紧急救援服务（如可用）等。Apple 不保证此类功能的可用性、准确性、完整性、可靠性或及时性。在提供且可获得更及时或有效帮助的情况下，不可完全依赖于这些功能。阁下同意自行承担使用这些功能的风险并进行独立判断，并同意 Apple、其关联公司、代理人或高层管理人员在法律允许的最大范围内对阁下使用这些功能及由此产生的任何后果不承担任何责任。

(n) 阁下的设备不是医疗设备，不应用以取代专业医学判断，其设计并非用以或旨在用于诊断疾病或其他状况、或医治、舒缓、治疗或预防任何疾病状况等用途。在作出任何与阁下健康有关的决定之前，请咨询阁下的健康护理提供者。

**3. 转让。**阁下不得出租、租赁、出借、出售、再分发或再许可 Apple 软件。但阁下可就设备所有权之转让，而将阁下对 Apple 软件的一切许可使用权一次性地永久转让予另一方，条件是：(a) 转让内容必须包括阁下的设备和全部 Apple 软件，包括其所有组成部分及本许可证；(b) 阁下不得保留 Apple 软件的全部或部分副本，包括储存于计算机或其他存储设备的副本；以及 (c) 接受 Apple 软件的一方已阅读并同意接受本许可证的条款和条件。

**4. 同意使用数据。**当阁下使用设备时，阁下的电话号码和阁下的设备之某些唯一标识符会被发送给 Apple，以让其他人通过 Apple 软件诸如 iMessage 信息和 FaceTime 通话等各种通信功能联系到阁下的电话号码。当阁下使用 iMessage 信息时，Apple 可在有限时间内以加密形式持有阁下的信息，以确保其传送。阁下可前往阁下设备上的 FaceTime 通话或信息设置，关闭 FaceTime 通话或 iMessage 信息。某些功能例如分析、定位服务、Siri 和听写可能需要来自阁下的设备的信息，才能提供其各自的功能。在阁下打开或使用这些功能时，有关哪些信息会发送给 Apple 以及可能如何使用这些信息的具体详情将会提供给阁下，此外阁下亦可访问以下网址深入了解：https://www.apple.com.cn/privacy/。在任何时候，阁下的信息均依照 Apple 的隐私政策处理，该政策可在以下网址访问：https://www.apple.com.cn/legal/privacy/。

**5. 服务和第三方材料。**

(a) Apple 软件能使阁下访问 Apple 的 iTunes Store、App Store、Apple Books、Game Center、iCloud、地图、新闻、Fitness+ 以及其他 Apple 和第三方服务及网站 (统称及个别称为"服务")。使用这些服务需要接入互联网，而且使用某些服务可能需要 Apple ID 和要求阁下接受附加的条款，并且可能需支付额外费用。阁下在与 Apple ID 或其他 Apple 服务相关的情况下使用本软件，即表示同意接受适用的服务条款，例如阁下访问该等服务所在国家或地区的 Apple 媒体服务最新的条款和条件。阁下可访问以下网址查阅该等条款和条件：https://www.apple.com.cn/legal/internet-services/itunes/cn/terms.html。

(b) 如阁下注册使用 iCloud，可直接从 Apple 软件访问某些 iCloud 功能，例如"iCloud 云盘"、"我的照片流"、"共享相簿"和"查找"。阁下承认并同意，使用 iCloud 和这些功能须遵守 iCloud 服务的最新条款和条件，阁下在以下网址访问和查阅该等条款和条件：https://www.apple.com.cn/legal/internet-services/icloud/cn_si/gcbd-terms.html。

(c) 新闻 App 的内容。阁下使用通过新闻应用程序访问的内容，只可完全限于个人非商业用途，内容的任何所有权权益均不会转移给阁下，并特别排除 (但不限于) 此类内容的任何商业或促销使用权。

(d) 地图。包括地图数据覆盖在内的 Apple 软件的地图服务和功能 ("地图") 可能会因地区而异。在阁下打开或使用地图时，有关哪些信息会发送给 Apple 以及可能如何使用这些信息的具体详情将会提供给阁下。阁下承认并同意，阁下使用地图须受地图服务最新的条款和条件约束，阁下可以在"地图"主页卡上访问和查看这些条款和条件。

(e) 阁下明白，使用任何服务意味阁下或会遇到可能被视为冒犯性、猥亵或讨厌的内容，这些内容可能使用或不使用直白的语言，以及任何搜索得到的结果或进入某特定网址时，可能会自动和非故意地生成与不宜资料的链接或对不宜资料的提述。尽管如此，阁下同意使用服务并自担风险，对于可能被发现属冒犯性、猥亵或讨厌的内容，Apple、其关联公司、代理人、高层管理人员或许可人不对阁下承担任何责任。

(f) 某些服务可能显示、包括或提供来自第三方的内容、数据、信息、应用程序或材料 ("第三方材料")，或转至某些第三方网站的链接。阁下一使用服务，即表示阁下承认并同意，Apple 不负责检查或评估此等第三方材料或网站的内容、准确性、完整性、时间性、有效性、版权合规性、合法性、适当性或质量，或任何其他方面。对任何第三方服务、第三方材料或网站，或者第三方的任何其他材料、产品或服务，Apple 及其管理人员、关联公司和子公司不作任何保证或认可，亦不对阁下或任何其他人或承担和负有任何责任或负责。第三方材料和转至其他网站的链接仅为方便阁下而提供。

(g) Apple 及其任何内容提供商不保证任何服务显示的股票信息、位置数据或任何其他数据的可获得性、准确性、完整性、可靠性或及时性。任何服务显示的金融信息仅供一般参考之用，不应赖以作为投资建议。在基于通过服务获得的信息进行任何证券交易之前，阁下应向在法律上有资格在阁下的国家或地区提供财务或证券建议的专业财务或证券人员咨询。任何服务提供的位置数据 (包括 Apple 地图服务) 仅作为基本导航和计划用途而提供，其目的并非作为依赖以用于需要精确的位置信息的情况，或若位置数据错误、不准确、出现时间延误或不完整可能会导致人身伤亡或财产或环境损害的情况。阁下同意，由于例如但不仅限于天气、道路和交通情况以及地缘政治事件等可能影响地图数据准确性的种种因素，阁下从地图服务收到的结果可能与实际道路或地形情况有所不同。为了阁下的安全，使用导航功能时，任何时候都要注意展示的路牌和当时的道路情况，奉行安全驾驶习惯和遵照交通法规，并注意骑自行车和行走的方向指示未必包含特定途径。

(h) 在阁下使用服务上传任何内容的范围内，阁下声明阁下拥有所有权利或得到授权或以其他方式获法律允

许上传该等内容，以及该等内容不违反适用于服务的任何服务条款。阁下同意服务含有属 Apple、网站所有人或其许可人拥有的专有内容、信息和材料，受适用的知识产权和其他法律保护，包括但不限于版权。阁下同意除服务的允许用途外，阁下不会使用此等专有内容、信息或材料，也不以任何与本许可证的条款不一致或侵犯第三方或 Apple 的任何知识产权的方式使用此等专有内容、信息或材料。服务的任何部分均不得以任何形式或以任何方式复制。阁下同意不以任何方式修改、出租、租赁、借出、销售或分发服务，亦不以任何方式以服务为基础制作任何衍生作品，阁下不得以任何未获授权的方式（包括但不限于通过阁下服务来传输任何计算机病毒、蠕虫、特洛伊木马或其他恶意软件，或者通过侵入网络或加重网络容量负担的方式）利用服务。阁下进一步同意不以任何方式使用服务骚扰、辱骂、追踪、威胁或诽谤任何其他方，或以侵犯或违反任何其他方权利的方式使用服务，以及对于阁下的任何此等使用或由于使用服务致使阁下可能收到的任何骚扰性、威胁性、诽谤性、冒犯性、侵权或非法信息或传输，Apple 不在任何方面对阁下承担任何责任。

(i) 此外，该等服务和第三方材料未必以所有语言或在所有国家或地区提供。Apple 未声明此等服务和第三方材料为适当的或可在任何特定地点提供使用。在阁下选择使用或访问此等服务或第三方材料的范围内，阁下是自主决定这样做的，并负责遵守任何适用的法律，包括但不限于适用的地方法律，以及隐私和数据收集法律。通过阁下的设备共享或同步照片，可能会导致连同照片传输元数据，包括拍摄照片的地点和时间及景深信息。使用 Apple 服务（例如 iCloud 照片图库）共享或同步这些照片，将牵涉到 Apple 收取和存储该等元数据。Apple 及其许可人保留在不通知的情况下，随时更改、暂停、移除或停用阁下对任何服务的访问权限的权利。在任何情况下，Apple 均不对移除或停用阁下对任何此等服务的访问权限负有责任。Apple 还可在任何情况下，不通知和不承担责任地限制使用或访问某些服务。

**6. 终止。**本许可证在其终止之前有效。如阁下未能遵守本许可证中的任何条款，本许可证下阁下的权利将自动终止或以其他方式终止生效，而无需 Apple 另行通知。在本许可证终止时，阁下应停止对 Apple 软件的任何使用行为。本许可证第 4、5、6、7、8、9、10、12 和 13 条在如此终止后继续有效。

**7. 免责声明**

7.1　如阁下是消费者顾客（指在阁下的行业、业务或专业以外使用 Apple 软件的人），阁下在居住国家或地区可能享有法定权利，禁止以下限制适用于阁下。这些限制若被禁止即不适用于阁下。要进一步了解相关的权利，阁下应联系当地的消费者咨询组织。

7.2　阁下明确承认并同意，在适用法律允许的范围内，阁下使用 APPLE 软件和通过 APPLE 软件执行或取用任何服务须自担风险，而有关质量满意度、性能、准确性及努力等方面的全部风险均由阁下承担。

7.3　在适用法律允许的最大范围内，APPLE 软件和服务都是"按现状"和"可提供情况"提供的，附有一切瑕疵而不带有任何种类的保证，APPLE 和 APPLE 的许可人（在第 7 和 8 条中合称为"APPLE"）特此否认就 APPLE 软件和服务作出任何明示、默示或法定保证和条件，包括但不限于有关销路、质量满意度、适合作某特定用途、准确性、不受干扰地享用及不侵害第三方权利的默示保证和/或条件。

7.4　APPLE 并不担保阁下可不受干扰地享用 APPLE 软件和服务，APPLE 软件包含的功能或所执行或提供的服务会符合阁下的要求，APPLE 软件和服务将不受干扰地操作而且毫无错误、任何服务将持续提供、或 APPLE 软件或服务的瑕疵将被纠正，或 APPLE 软件将兼容或可与任何第三方软件、应用程序或第三方服务共同运作。安装本 APPLE 软件可能影响第三方软件、应用程序或第三方服务以及 APPLE 产品和服务的可获得性及可用性。

7.5　阁下进一步承认 APPLE 软件和服务并非专为用于若 APPLE 软件或服务出现故障或时间延误、或所提供的内容、数据或信息出现错误或不准确之处时，可能会导致人身伤亡或严重的有形或环境损害的情况

或环境，包括但不限于操作核子设施、飞机导航或通信系统、空中交通控制系统、生命维持机器或武器系统。

7.6　　APPLE 或 APPLE 授权代表给予的口头或书面的信息或意见均不构成任何担保。如证实 APPLE 软件或服务存在瑕疵，阁下须承担所有必要的服务、维修或纠正的全部费用。有些司法管辖区不允许排除默示担保或对消费者的适用法定权利加以限制的做法，因此上述排除和限制可能并不适用于阁下。

**8. 责任限制。**在适用法律不禁止的范围内，在任何情况下，对由于阁下使用或无法使用 APPLE 软件和服务、或连同 APPLE 软件或服务使用任何第三方软件、应用程序或服务所引起或与此有关的任何人身伤害或任何附带的、特别的、间接的或后果性的损害赔偿，包括但不限于利润损失、数据混乱或损失、不能传播或接收任何数据 (包括但不限于课程说明、分派工作和材料)、业务中断的损害赔偿或任何其他商业损害赔偿或损失，无论其成因及基于何种责任理论 (合同、侵权或其他)，APPLE、其关联公司、代理人或高层管理人员一概无须负责，即使 APPLE 已知悉可能发生上述损害赔偿的话。有些司法管辖区不允许对人身伤害、附带或后果性损害赔偿排除或附加责任限制，因此此项限制可能并不适用于阁下。在任何情况下，Apple 就所有损害赔偿对阁下承担的全部责任 (除在涉及人身伤害的情况中根据适用法律规定的损害赔偿外) 不应超过二百五十美元 (U.S.$250.00)。即使前述补救未能达到其基本目的，上述责任限制仍将适用。无论本许可中是否有任何其他条款，若日本消费者合同法适用，则限制 APPLE 对因 APPLE 违反合同或其侵权行为造成的损害承担责任的条款将不适用，前提是此类损害是由于 APPLE 的故意不当行为或重大疏忽所致。

**9. 数字证书。**Apple 软件具有接受 Apple 或第三方发放之数字证书的功能。决定是否信赖 APPLE 或第三方发放的证书是阁下独自的责任，阁下须独自承担使用数字证书的风险。在适用法律允许的最大范围内，APPLE 对于数字证书的销路或用于任何特定用途的适用性、准确性、安全性或不侵犯第三方权利，不作任何明示或默示的担保或陈述。

**10. 出口管制。**除美国法律及获得 Apple 软件的所在司法管辖区的法律授权外，阁下不得使用或以任何方式出口或转口 Apple 软件。特别是 (但不以此为限) Apple 软件不得出口或转口 (a) 到任何遭美国禁运的国家或地区，或 (b) 给美国财政部的特别指定国民名单或美国商务部的被禁人士或机构名单或任何其他受限制方名单上任何人士。阁下使用 Apple 软件，即表示阁下声明和保证阁下并非位于上述任何国家或地区，或列入上述任何名单。阁下还同意不会将 Apple 软件用于美国法律禁止的任何目的，包括但不限于开发、设计、制造或生产导弹、核子、化学或生物武器。

**11. 政府最终用户。**Apple 软件和相关文档均属"商业项目"(该词定义见 48 C.F.R. §2.101)，包含"商用计算机软件"和"商用计算机软件文档"(定义见 48 C.F.R. §12.212 或 48 C.F.R. §227.7202，以适用者为准)。在符合 48 C.F.R. §12.212 或 48 C.F.R. §227.7202–1 至 227.7202–4 (以适用者为准) 的规定下，商用计算机软件和商用计算机软件文档 (a) 只作为商业项目许可美国政府的最终用户使用，及 (b) 只附有根据本许可证条款和条件授予所有其他最终用户的权利。Apple 根据美国的著作权法律保留任何未经发布的权利。

**12. 管辖法律和可分割性。**本许可证受美国加利福尼亚州法律管辖并按该等法律解释，但加利福尼亚州的法律冲突原则除外。本许可证不受《联合国国际货物销售合同公约》管辖，其对本许可证的适用在此明确排除。如阁下是英国消费者，本许可证将受对阁下居住地具司法管辖权的法律管辖。如果基于任何原因，具有合法管辖权的法院裁定本许可证的任何条款或其任何部分不可被强制执行，本许可证的其余规定应继续充分有效。

**13. 完整协议；管辖语言。**本许可证构成阁下与 Apple 有关 Apple 软件的全部协议，并取代与该标的事项

有关的以前或现在的所有谅解。未经 Apple 签署书面文件，对本许可证的任何修订或修改不具约束力。本许可证的任何译本仅仅为了满足当地需要。如果英文本与任何非英文译本有任何争议，在阁下所在司法管辖区的当地法律不禁止的范围内，应以本许可证的英文本为准。

**14. 第三方确认。** Apple 软件的若干部分使用或包含第三方的软件及其他享有著作权的材料。这些材料的确认、许可证条款和免责声明包含在 Apple 软件的电子文档中，阁下对这些材料的使用受它们的相应条款管辖。使用 Google Safe Browsing 服务须遵守 Google 的服务条款 (https://policies.google.com/terms?hl=zh–CN) 和 Google 的隐私政策 (https://policies.google.com/privacy?hl=zh–CN)。

**15. MPEG–4 的使用；H.264/AVC 通知**

(a) Apple 软件是依据 MPEG–4 系统专利组合许可证特许使用，以按照 MPEG–4 系统标准进行编码，但与 (i) 以实质媒体贮存或复制且按照所有权基础逐项支付之数据、和/或 (ii) 按照所有权基础逐项支付并传送给最终用户以永久贮存和/或使用之数据编码有关、以及须相关编码持有额外许可证和支付特许权使用费者除外。该额外许可证可通过 MPEG LA, LLC. 取得，请参阅 https://www.mpegla.com 了解更多详细信息。

(b) Apple 软件包含 MPEG–4 视像编码和/或解码功能。Apple 软件是依据 MPEG–4 视像专利组合许可证特许予消费者个人和非商业性使用，以 (i) 按照 MPEG–4 视像标准进行视像编码（"MPEG–4 视像"），和/或 (ii) 对从事个人和非商业活动的消费者所编码的 MPEG–4 视像、和/或从获 MPEG LA 许可提供 MPEG–4 视像的视像提供者取得的 MPEG–4 视像进行解码。没有就任何其他用途发出许可证或默示作任何其他用途。与宣传推广、内部和商业性使用及许可证赋予有关的更多信息可通过 MPEG LA, LLC 获得。请参阅 https://www.mpegla.com。

(c) Apple 软件包含 AVC 编码和/或解码功能，H.264/AVC 的商业性使用需要额外的许可及以下规定适用：本许可证许可 APPLE 软件的 AVC 功能仅供消费者的个人和非商业性使用，以 (i) 按照 AVC 标准（"AVC 视像"）进行视像编码，和/或 (ii) 对从事个人和非商业性活动的消费者所编码的 AVC 视像、和/或获取自特许提供 AVC 视像的视像提供者的 AVC 视像进行解码。与其他使用及许可证有关的信息可通过 MPEG LA L.L.C. 获得。请参阅 https://www.mpegla.com。

**16. 雅虎搜索服务限制。** 通过 Safari 浏览器提供的雅虎搜索服务只被授权在以下国家和地区使用：阿根廷、阿鲁巴、澳大利亚、奥地利、巴巴多斯、比利时、百慕大、巴西、保加利亚、加拿大、开曼群岛、智利、中国大陆、香港、台湾、哥伦比亚、塞浦路斯、捷克共和国、丹麦、多米尼加共和国、厄瓜多尔、萨尔瓦多、芬兰、法国、德国、希腊、格林纳达、危地马拉、匈牙利、冰岛、印度、印度尼西亚、爱尔兰、意大利、牙买加、日本、拉脱维亚、立陶宛、卢森堡、马来西亚、马耳他、墨西哥、荷兰、新西兰、尼瓜拉瓜、挪威、巴拿马、秘鲁、菲律宾、波兰、葡萄牙、波多黎各、罗马尼亚、新加坡、斯洛伐克、斯洛文尼亚、南韩、西班牙、圣卢西亚、圣文森特、瑞典、瑞士、泰国、巴哈马、特立尼达和多巴哥、土耳其、英国、乌拉圭、美国和委内瑞拉。

**17. Microsoft Exchange 通知。** Apple 软件内的 Microsoft Exchange 邮件设置，仅许可用于空中同步处理阁下的设备与 Microsoft Exchange 服务器或 Microsoft 许可的其他服务器软件之间的信息，例如电子邮件、通讯录、日历和任务等，以实施 Microsoft Exchange ActiveSync 协定。

EA1806
2022 年 7 月 8 日

**Apple Pay 与钱包补充条款和条件**

这些 Apple Pay 与钱包补充条款和条件 (这些"补充条款") 补充了 Apple 软件许可协议 ("许可证");许可证条款及这些补充条款同时监管阁下对被视为许可证下其中一项"服务"之 Apple Pay 功能 ("Apple Pay") 和 Apple 钱包应用程序 ("钱包") 的使用。这些补充条款中以大写字母表示的词汇,具有许可证内规定的含义。

**1. 概览**

**Apple Pay**

Apple Pay 可让阁下:

- · 在选定地点或在选定 app 或网站内,使用信用卡、借记卡和预付卡 (包括 Apple Card 和 Apple Cash 卡) 进行非接触式支付;
- · 向 Apple Cash 其他用户进行个人对个人付款;以及
- · 跟踪订单和查看详细收据。

Apple Pay 和 Apple Pay 的某些功能可能仅在选定地区提供,以及仅适用于选定发卡行、付款网络、商户和其他第三方。

**钱包**

Apple 钱包可让阁下存储连同 Apple Pay 使用的信用卡、借记卡和预付卡 (统称为"Apple Pay 卡") 以及其他类别的卡、通证和钥匙的虚拟表示,包括但不限于以下各项 (统称为"钱包通行证",与 Apple Pay 卡一起称为"获支持卡"):

- · 奖赏卡;
- · 交通卡;
- · 门票;
- · 会员/成员通行证;
- · 汽车钥匙;
- · 家居钥匙;
- · 酒店钥匙;
- · 公司徽章;
- · 学生证;和
- · 驾驶执照及州或政府颁发的身份证 ("身份证")。

钱包通行证可能仅适用于选定地区和选定合作伙伴。身份证可能仅适用于参与州的居民,出示方式也可能因州或地点而异。

获支持卡或会不时变更。

**2. 资格**

要使用 Apple Pay 和钱包,阁下必须有 (i) 运行支持服务的操作软件某个版本 (建议采用最新版本,有时更

是必要) 的获支持设备，(ii) 与一个在 Apple 享有良好信誉的 iCloud 帐户关联的 Apple ID，和 (iii) 互联网访问 (可能需要付费)。除 Apple Cash Family 和选定电子货币卡外，Apple Pay 仅适用于 13 岁或以上人士，并且可能会受到 iCloud 或相关发卡行、商户或其他第三方额外施加的年龄限制。交通卡、电子货币卡、身份证、公司徽章和钥匙仅在 iOS 设备上可用。

如阁下是 iCloud Family 的父母或法定监护人 ("发起人")，阁下可以邀请 Family 成员，包括未满 13 岁 (或适用国家或地区的同等最低年龄) 的成员，在钱包中配置和使用符合资格的交通卡。作为发起人，阁下将负责所有使用已为 Family 成员启用的交通卡进行的付款、购物和交易，包括哪些由 Family 成员自行发起的。交通卡的资格及其在钱包中的使用，须受相关交通机构的条款和条件约束。发起人有责任遵守此类条款和条件，并承担启用其他 Family 成员的交通通行证之所有相关风险。当 Family 成员离开或被移除 Family 时，该 Family 成员将无法再后续充值交通卡，并且只能在该卡上进行交易，直到卡的帐户余额为零。

如果阁下是汽车钥匙的所有人，阁下可以与 13 岁或以上的其他人共享阁下的汽车钥匙，以便他们可以解锁、取用和/或驾驶阁下的汽车。

家居钥匙只能通过在家庭 app 中添加或移除锁来添加到钱包或从钱包中移除，或者在家庭 app 中添加自己或将自己从家庭中移除。如阁下是家庭 app 的家庭管理员，任何现有的家居钥匙，都会自动与获阁下邀请并已加入阁下的家庭之人共享。

Apple Card 仅在美国提供，由美国高盛银行盐湖城分行 ("Apple Card 发卡行") 发行。除 Apple Card Family 外，Apple Card 仅限于 18 岁或以上人士 (或更大年纪的人士，视阁下所居住的州而定)。

Apple Cash 卡和个人对个人付款和收款的能力仅在美国提供，是联邦存款保险公司成员 Green Dot Bank 提供的服务。要在 Apple Pay 中进行个人对个人付款或收款，阁下须拥有 Apple Cash 卡。除 Apple Cash Family 外，Apple Cash 卡和个人对个人付款和收款的能力仅限于 18 岁或以上人士。

## 3. 服务的使用

获支持卡和个人对个人付款与阁下登录 iCloud 以使用这些功能的 Apple ID 关联。当阁下在钱包中添加或移除钥匙、公司徽章、奖赏卡、门票和会员/成员通行证时，相关更改或会在阁下以阁下的 Apple ID 登录的其他 Apple 设备上显示。阁下只能将每个 Apple ID 与每个州发证机构的一张身份证关联。

Apple Pay 和钱包仅供阁下个人使用，阁下只能配置自己的获支持卡，或者那些阁下获邀请从发起人或所有人处加以配置的交通卡或汽车钥匙和家居钥匙。如阁下要配置获支持的公司卡，阁下声明阁下已得到阁下的雇主授权这样做，以及阁下获授权使阁下的雇主受到这些使用条款和通过使用此功能进行的所有交易的约束。如阁下正在进行个人对个人付款或收款，阁下声明阁下这样做是用于阁下自己个人的非商业用途。如阁下要配置身份证，阁下声明阁下这样做时所使用的是可准确真实地代表阁下的阁下自己的个人信息。

阁下同意不使用 Apple Pay 或钱包于非法或欺诈的目的，或本许可证和这些补充条款禁止的任何其他目的。阁下进一步同意按照适用法律及法规使用 Apple Pay 和钱包。阁下承认，根据联邦或州法律，提交任何与身份证有关的虚假信息加可能是刑事罪行。阁下同意不干扰或扰乱 Apple Pay 或钱包的服务 (包括以任何自动方式访问服务)、或连接到服务的任何服务器或网络、或连接到服务的任何网络政策、要求或法规 (包括任何对数据或数据流量未经授权的访问、使用或监测)。

如适用法律禁止阁下访问或使用 Apple Pay 或钱包，阁下即无权访问或使用这些服务。如阁下以违反适用法律的任何方式访问或使用服务，我们概不负责。

## 4. Apple 与你的关系

阁下使用 Apple Pay，须受这些补充条款以及阁下与相关发卡行、商户或负责阁下的 Apple Pay 卡的其他第三方达成的持卡人协议之条款规限。

同样，阁下在钱包中使用钱包通行证，须受这些补充条款以及阁下与相关商户、交通机构、汽车和锁具制造商、大学、酒店、度假村、邮轮公司、公司、州发证机构或其他第三方的协议条款规限。

除如下所述由 Apple Payments Inc. ("Apple Payments") 提供的 Apple Pay 的某些功能外，Apple 不会处理在阁下的 Apple Pay 卡上作出的付款或其他非付款交易。对于因阁下使用 Apple Pay 或钱包而引致的任何付款、退单、退货、退款、资金转移、奖赏、价值、折扣、访问、身份验证、订单、订单履行或其他活动，Apple 不具控制权，并且不负任何责任。

如果这些补充条款的条款和阁下与相关发卡行、商户、州发证机构或其他第三方订立的协议 (各自称为"**第三方协议**") 存在冲突，则这些补充条款的条款将监管阁下与 Apple 的关系，而相关的第三方协议的条款将监管阁下与该第三方的关系。

阁下同意 Apple 并非阁下任何第三方协议的其中一方，以及 Apple 无须就下事项负责：(a) 在使用 Apple Pay 或钱包期间，任何获支持卡、购买、交易、资金转移、订单、订单履行、收据或其他活动 (包括但不限于由家庭成员或与阁下共享阁下获支持卡或可使用阁下设备的其他人的前述活动) 的内容、准确性或可得性；(b) 信贷的发放或信贷的获取资格；(c) 驾驶执照或州身份证的签发、暂停或撤销；(d) 与阁下使用 Apple Pay 或钱包相关的发卡机构、商户、app 开发者或其他第三方的活动；(e) 发卡机构、商户或其他第三方对于添加阁下的获支持卡到钱包一事所作的决定；(f) 阁下在任何商户或合作伙伴计划的会员资格或参与；(g) 与阁下的获支持卡有关的奖赏或储值之累积或兑换；(h) 对预付获支持卡提供资金或后续充值；(i) 个人对个人付款或资金转移的发送或接收；或 (j) 阁下的 Apple Cash 卡充值、兑现或提现。

当阁下申请 Apple Card 时，阁下是申请在 Apple Card 发卡行开立帐户。负责提供 Apple Card 的金融机构可能有变，阁下使用 Apple Card 也将受其条款和条件约束。

当阁下在 Apple Pay 中启用 Apple Cash 功能时，阁下即在 Green Dot Bank 开立帐户。除由 Apple Payments 提供的 Apple Pay 功能外，当阁下进行个人对个人付款或收款、或从阁下的 Apple Cash 卡充值或提取金钱时，Green Dot Bank 将负责收取和将阁下的金钱发送给预期的收款人。在 Apple Pay 中负责提供 Apple Cash 和个人对个人付款的金融机构可能有变，阁下使用该等功能须遵守其条款和条件。

使用 Apple Cash 卡的资金向某些经阁下授权的合资格企业付款的能力 ("直接付款服务")，是 Apple Payments 提供的一项服务。阁下使用直接付款服务时须遵守 Apple Payments 的直接付款条款和条件。此外，某些合资格企业可能允许阁下授权他们向阁下的 Apple Cash 卡拨付资金 (每一此类行动均称为"拨款")。尽管拨款可能由 Apple Payments 处理，但款项是由提供此类资金的参与企业提供，可能须受拨款企业的某些附加条款和条件约束。有关获支持卡或相关商业活动的所有争议或问题，请联系阁下的发卡行或适用的商户、州发证机构、app 开发者或其他第三方。有关 Apple Pay、钱包、Apple Card 或 Apple Cash 卡或个人对个人付款的问题，请联系 Apple 支持。

## 5. 隐私

Apple 对个人信息的收集和使用受 Apple 的隐私政策监管，该政策位于以下网址：https://www.apple.com.cn/legal/privacy/。阁下可以找到关于作为阁下使用 Apple Pay 和钱包一部分而收集、使用或共享的个人信息之详细信息，方法为阅读可在阁下配对设备上的 Watch app 内查阅的与特定服务有关的隐私通知 (包括关于 Apple Pay 和隐私的通知)，或访问以下网址：https://www.apple.com.cn/legal/privacy/。阁下使用 Apple Pay 和钱包，即表示同意和允许 Apple 及其附属公司和代理人传输、收集、维护、处理和使用所有上述信息，以提供这些服务。

## 6. 安全性；遗失或已停用的设备

保护阁下的获支持设备和凭证，就如同保护阁下的实体钱包和卡一样

Apple Pay 和钱包会存储阁下的获支持卡之虚拟表示，因此应予以保护，就如同阁下会保护阁下的实体钱包、钥匙、或信用卡、借记卡、预付卡、身份证及其他卡一样。阁下须全权负责维护阁下的设备和阁下的 Apple ID、阁下的触控 ID 和面容 ID 信息、阁下的获支持设备密码以及用于与服务有关的任何其他身份验证凭证 (统称为阁下的"凭证") 之安全性。如阁下授权或允许任何他人使用阁下的获支持设备 (例如，将阁下的设备密码提供给第三方或允许第三方添加其指纹以使用触控 ID 或启用面容 ID，或以其他方式向第三方提供阁下任何凭证)，该人即可从阁下的 Apple Cash 卡中付款、发送、请求或收取个人对个人付款、提取金钱、收取或兑换奖赏、使用价值、解锁、或以其他方式取用阁下的汽车、房间、办公室或家居、冒充阁下的身份、或使用阁下钱包中的获支持卡进行其他交易。在这种情况下，阁下须对该人进行的所有付款、取用和交易负责。

### 已越狱的设备

如阁下对阁下的设备进行未经授权的修改，例如停用硬件或软件控制 (有时称为"越狱")，阁下的设备可能不再符合访问或使用服务的资格。阁下承认，明确禁止将修改后的设备用于与服务相关，此举构成对这些补充条款的违反，并且是我们拒绝或限制阁下访问服务的理由。

### 额外的安全性措施

阁下或需启动额外的安全性措施 (例如对阁下的 Apple ID 实施双重认证) 方可访问 Apple Pay 的特定功能，包括 Apple Card、Apple Cash 卡和在 Apple Pay 中进行个人对个人付款。如阁下其后删除该等安全性功能，阁下未必能继续访问 Apple Pay 的特定功能。若删除用以出示与阁下的身份证相关联的面容 ID 或触控 ID，阁下需要完成整个身份证配置过程。

### 设备丢失或被盗

如阁下的设备丢失或被盗，而阁下已启用"查找我的 "，阁下可使用"查找我的 "将其置于丢失模式，尝试暂停在该设备上以虚拟获支持卡进行交易或进行个人对个人付款的能力。如阁下的设备处于丢失模式，阁下电子钱包中的汽车钥匙可能会被停用，一旦阁下离开车辆或关闭发动机，阁下将无法再取用或启动阁下的汽车。丢失模式仅影响丢失设备上的钥匙。如阁下是所有人，阁下将无法再与他人共享阁下的汽车钥匙或家居钥匙，但已经与他人共享的钥匙，其设备不会受到影响。

阁下也可以擦除阁下的设备，此举将尝试暂停在设备上以虚拟获支持卡进行交易或进行个人对个人付款的能力。阁下亦应联系发行阁下获支持卡之发卡行、商户或其他须负责的第三方或者 Apple (如属阁下的 Apple Card 或 Apple Cash 卡之情况)，以防止他人在 Apple Pay 和钱包中未经授权访问阁下的获支持

卡。

如阁下报告或 Apple 怀疑有欺诈或诈骗活动，阁下同意在任何调查中与 Apple 合作，并使用我们规定的任何防欺诈措施。

**7. 责任限制**

除许可证载明的不作出担保和责任限制外，APPLE 亦不对使用 APPLE PAY 或钱包进行的购买、支付、资金转移、订单、订单履行、收据信息、取用、身份验证、交易或其他活动承担任何责任。阁下并同意在寻求解决与阁下的获支持卡、个人对个人付款和相关活动有关的任何问题或争议时，独自检视阁下与阁下的发卡机构、支付网络、金融机构、商户、app 开发者、州发证机构或其他适用的第三方之间可能订立的协议。

——————————————

**来自 APPLE 的通知**

如果 Apple 需要就阁下的产品或帐户联系阁下，阁下同意通过电子邮件接收这些通知。阁下同意，我们发送给阁下的任何这些通知将符合任何法定通信要求。

**NEDERLANDS**

**BELANGRIJK: DOOR JE iPHONE, iPAD OF iPOD TOUCH ('APPARAAT') IN GEBRUIK TE NEMEN, VERKLAAR JE JE AKKOORD MET DE VOLGENDE VOORWAARDEN:**

**A.    SOFTWARELICENTIEOVEREENKOMST VOOR APPLE iOS EN iPadOS**
**B.    AANVULLENDE VOORWAARDEN VOOR APPLE PAY**
**C.    MEDEDELINGEN VAN APPLE**

**APPLE INC**
**SOFTWARELICENTIEOVEREENKOMST VOOR iOS EN iPadOS**
**Licentie voor gebruik op één computer**

**LEES DEZE SOFTWARELICENTIEOVEREENKOMST ('LICENTIE') AANDACHTIG DOOR VOORDAT JE JE APPARAAT GEBRUIKT OF DE SOFTWARE-UPDATE DOWNLOADT DIE BIJ DEZE LICENTIE HOORT. DOOR JE APPARAAT IN GEBRUIK TE NEMEN OF EEN SOFTWARE-UPDATE TE DOWNLOADEN, AFHANKELIJK VAN WAT ER VAN TOEPASSING IS, VERKLAAR JE JE AKKOORD MET DE VOORWAARDEN VAN DEZE LICENTIE. INDIEN JE HET NIET EENS BENT MET DE VOORWAARDEN VAN DEZE LICENTIE, DIEN JE HET APPARAAT NIET TE GEBRUIKEN OF DEZE SOFTWARE-UPDATE NIET TE DOWNLOADEN**

**INDIEN JE ONLANGS EEN APPARAAT HEBT AANGESCHAFT EN HET NIET EENS BENT MET DE VOORWAARDEN VAN DEZE LICENTIE, KUN JE HET APPARAAT BINNEN DE DAARVOOR GELDENDE TERMIJN RETOURNEREN AAN DE APPLE STORE OF GEAUTORISEERDE DISTRIBUTEUR WAAR JE HET APPARAAT HEBT AANGESCHAFT, WAARBIJ JE ONDERWORPEN BENT AAN DE VOORWAARDEN VOOR RETOURNERING. JE VINDT DEZE VOORWAARDEN OP https://www.apple.com/nl/legal/sales-support/.**

**1. Algemeen**
(a) De software (inclusief de Boot ROM-code, ingebedde software en software van andere fabrikanten), de documentatie, de interfaces, het materiaal, de lettertypen en de gegevens bij je Apparaat ('Originele Apple software'), die kunnen worden bijgewerkt of vervangen door verbeterde functionaliteit, software-updates, beveiligingsmaatregelen, systeembestanden of systeemherstelsoftware van Apple voor je apparaat of ondersteunde randapparaat ('Apple softwarewijzigingen'), hetzij in 'read only'-geheugen, hetzij op enig ander medium of in enige andere vorm (de Originele Apple software en Apple softwarewijzigingen worden gezamenlijk de 'Apple software' genoemd), worden aan jou in licentie gegeven, niet verkocht, door Apple Inc. ('Apple'), uitsluitend voor gebruik onder de voorwaarden van deze Licentie. Apple en licentiegevers van Apple behouden het eigendomsrecht met betrekking tot de Apple software en behouden zich alle rechten voor die niet uitdrukkelijk aan jou zijn toegekend. Je stemt ermee in dat de voorwaarden van deze Licentie van toepassing zijn op elke app van Apple die mogelijk is ingebouwd op je Apparaat, tenzij een dergelijke app een afzonderlijke licentie bevat, in welk geval je ermee instemt dat de voorwaarden van deze afzonderlijke licentie van toepassing zijn op je gebruik van de app.

(b) Apple levert mogelijk, naar eigen goeddunken, toekomstige Apple softwarewijzigingen. De Apple softwarewijzigingen bevatten mogelijk niet alle functies van de bestaande softwareversie of mogelijk niet de nieuwe functies die Apple voor de nieuwere of andere modellen van Apparaten uitbrengt. De voorwaarden van deze Licentie gelden tevens voor alle Apple softwarewijzigingen van Apple, tenzij de betreffende Apple softwarewijziging een afzonderlijke licentie bevat, in welk geval je ermee instemt dat de voorwaarden van deze afzonderlijke licentie van toepassing zijn.

(c) Als je de voorziening voor versnelde configuratie gebruikt om een nieuw Apparaat op basis van je

bestaande Apparaat te configureren, ga je ermee akkoord dat de voorwaarden van deze Licentie van toepassing zijn op je gebruik van de Apple software op je nieuwe Apparaat, tenzij deze software een afzonderlijke licentie bevat, in welk geval je ermee instemt dat de voorwaarden van deze afzonderlijke licentie van toepassing zijn op je gebruik van die Apple software. Je Apparaat controleert op gezette tijden bij Apple of er Apple softwarewijzigingen beschikbaar zijn. Als er een wijziging beschikbaar is, wordt deze mogelijk automatisch op je Apparaat gedownload en geïnstalleerd en, indien van toepassing, op je randapparatuur. **Door de Apple software te gebruiken, stem je ermee in dat Apple automatische Apple softwarewijzigingen op je Apparaat en je randapparatuur mag downloaden en installeren.** Je kunt de automatische installatie van updates van het besturingssysteem en Snelle beveiligingsmaatregelen op elk gewenst moment uitschakelen door de instellingen voor Automatische updates aan te passen in 'Instellingen' > 'Algemeen' > 'Software-update'. Sommige systeembestanden (inclusief, maar niet beperkt tot, bijgewerkte lettertypen, taalmodellen, bronbestanden voor stem en firmware voor randapparatuur) kunnen nog steeds automatisch worden geïnstalleerd, bijvoorbeeld wanneer je bepaalde functies en randapparatuur inschakelt of gebruikt, of om wettelijke, regelgevende, openbare veiligheids- of technische overwegingen.

**2. Toegestaan gebruik en beperkingen.**
(a) Met inachtneming van de voorwaarden van deze Licentie wordt je hierbij een beperkte, niet-exclusieve licentie verleend om de Apple software op één enkel Apparaat van Apple te gebruiken. Tenzij uitdrukkelijk toegestaan in paragraaf 2(b) hieronder, en tenzij overeengekomen in een afzonderlijke overeenkomst tussen jou en Apple, is het je niet toegestaan de Apple software op meer dan één Apparaat van het merk Apple tegelijk te installeren en/of te gebruiken of de Apple software te distribueren of beschikbaar te stellen via een netwerk zodat deze op meerdere Apparaten kan worden gebruikt. Deze Licentie kent je op geen enkele manier het recht toe op het gebruik van de interfaces van Apple en ander intellectueel eigendom voor het ontwerp, de ontwikkeling, fabricage, licentiëring of verspreiding van apparatuur en accessoires van derden, of softwaretoepassingen van derden, voor gebruik met Apparaten. Enkele van deze rechten zijn beschikbaar onder afzonderlijke licenties van Apple. Voor meer informatie over de ontwikkeling van apparatuur en accessoires van derden voor Apparaten ga je naar https://developer.apple.com/programs/mfi/. Voor meer informatie over de ontwikkeling van softwaretoepassingen voor Apparaten ga je naar https://developer.apple.com.

(b) Met inachtneming van de voorwaarden van deze Licentie wordt je hierbij een beperkte, niet-exclusieve licentie verleend om Apple softwarewijzigingen die Apple eventueel beschikbaar stelt voor je Apparaat te downloaden voor het bijwerken of herstellen van de software op elk Apparaat dat in je eigendom of beheer is. Het is je niet toegestaan Apparaten die niet in je eigendom of beheer zijn, bij te werken of te herstellen, of de Apple softwarewijzigingen te distribueren of beschikbaar te stellen via een netwerk zodat deze op meerdere Apparaten of computers tegelijk kunnen worden gebruikt. Als je een Apple software-update downloadt op je computer, is het je toegestaan één kopie te maken van de Apple softwarewijzigingen die zijn opgeslagen op je computer in een voor machine leesbare vorm, uitsluitend voor back-updoeleinden, op voorwaarde dat je op deze kopie de volledige auteursrechtvermelding en alle andere mededelingen betreffende het eigendomsrecht welke op het origineel zijn vermeld, overneemt.

(c) Voor zover Apple apps van Apple uit de App Store vooraf heeft geïnstalleerd op je Apparaat op het moment van aanschaf ('Vooraf geïnstalleerde apps'), dien je in te loggen bij de App Store en deze Vooraf geïnstalleerde apps te koppelen aan je App Store-account om deze te kunnen gebruiken op je Apparaat. Wanneer je een vooraf geïnstalleerde app koppelt aan je App Store-account, koppel je tevens automatisch alle overige vooraf geïnstalleerde apps op je Apparaat. Als je ervoor kiest om de vooraf geïnstalleerde apps te koppelen aan je App Store-account, stem je ermee in dat Apple zowel de Apple ID die is gebruikt voor je App Store-account alsmede een unieke hardware-identificatie die is opgevraagd bij je Apparaat, mag overdragen, verzamelen, beheren, verwerken en gebruiken als unieke account-ID's om te bepalen of je verzoek rechtmatig is en om je toegang te verlenen tot de vooraf

geïnstalleerde apps via de App Store. Indien je geen gebruik wilt maken van een Vooraf geïnstalleerde app, kun je deze op elk gewenst moment verwijderen van je Apparaat.

(d) Je bent ermee bekend en stemt ermee in dat het je niet is toegestaan en dat je anderen niet in staat zult stellen om de Apple software, of enige dienst die door de Apple software wordt geboden of enig deel daarvan te kopiëren (behalve voor zover dit expliciet is toegestaan onder deze Licentie), te decompileren, te onderwerpen aan reverse engineering, te demonteren, te decoderen of aan te passen, of om te trachten de broncode ervan te herleiden of er afgeleide werken van te maken (behalve indien en uitsluitend voor zover enige van bovenstaande beperkingen is verboden op grond van de toepasselijke wetgeving of voor zover is toegestaan volgens de licentievoorwaarden met betrekking tot het gebruik van de opensourcecomponenten die mogelijk in de Apple software zijn opgenomen). Je verklaart dat je eventuele eigendomsaanduidingen (waaronder handelsmerken en auteursrechtvermeldingen) die mogelijk zijn opgenomen in of deel uitmaken van de Apple software, niet zult verwijderen, verbergen of wijzigen.

(e) Het is toegestaan de Apple software te gebruiken voor de reproductie van materiaal mits zulk gebruik wordt beperkt tot de reproductie van materiaal waarop geen auteursrechten berusten, materiaal waarvoor je het auteursrecht bezit, of materiaal waarvoor je beschikt over toestemming of het wettelijke recht om dit te reproduceren. Ongeacht het voorgaande is het je niet toegestaan om afbeeldingen waartoe je via News of Kaarten toegang hebt, als afzonderlijke bestanden te herpubliceren, over te dragen of te reproduceren. De intellectueeleigendomsrechten en andere eigendomsrechten op materiaal dat wordt weergegeven of bewaard op of benaderd via je Apparaat, berusten bij de betreffende eigenaar. Dergelijk materiaal wordt mogelijk beschermd door auteursrechtwetgeving of andere wettelijke bepalingen en verdragen met betrekking tot intellectueeleigendomsrechten en is mogelijk onderworpen aan de gebruiksvoorwaarden van de partij die het materiaal levert. Tenzij hier anderszins vermeld, verleent deze Licentie je geen enkel recht op het gebruik van dergelijk materiaal. Noch wordt gegarandeerd dat dergelijk materiaal tot je beschikking zal blijven.

(f) Krachtens de voorwaarden van deze Licentie mag je: (i) met Apple software meegeleverde of daarmee gemaakte Memoji-figuren ('Systeemfiguren') gebruiken (1) tijdens het gebruik van de Apple software en (2) bij het maken van je eigen, originele materiaal en projecten voor persoonlijke, niet-commerciële doeleinden; en (ii) de Live bijschriften die automatisch in real time op het apparaat worden gegenereerd door de Apple software ('Live bijschriften'), ongeacht of deze zijn gegenereerd tijdens een FaceTime-gesprek of anderszins, alleen voor persoonlijke, niet-commerciële doeleinden gebruiken. Enig ander gebruik is krachtens deze Licentie niet toegestaan, met inbegrip van, maar niet beperkt tot, het gebruik, de reproductie, weergave, opvoering, opname, publicatie of herdistributie van de Systeemfiguren of Live bijschriften in een profit-, non-profit-, openbaar toegankelijke of commerciële context.

(g) Voor het uitvoeren van bepaalde taakopdrachten voor apps en/of websites heeft de Apple software mogelijk toegang nodig tot bepaalde softwareprogramma's, diensten of websites van derden op je Apparaat. Je geeft uitdrukkelijk toestemming voor dergelijk gebruik voor zover dit vereist is om de opdracht met de Apple software te kunnen uitvoeren.

(h) Je verklaart dat je bij het gebruik van de Apple software en Diensten (zoals gedefinieerd in paragraaf 5 hieronder) de toepasselijke wetgeving zult naleven, met inbegrip van de wetgeving van het land of de regio waar je woonachtig bent of waar je de Apple software en Diensten downloadt of gebruikt. Functies van de Apple software en Diensten zijn mogelijk niet in alle talen of regio's beschikbaar. Sommige functies kunnen per regio variëren en sommige functies zijn mogelijk slechts beperkt toegankelijk of niet beschikbaar bij jouw aanbieder. Voor sommige functies van de Apple software en Diensten is een wifiverbinding of een verbinding met een mobiel netwerk vereist.

(i) Voor het gebruik van de App Store is een unieke combinatie van gebruikersnaam en wachtwoord

vereist, ook wel Apple ID genoemd. Een Apple ID is ook vereist om te kunnen beschikken over app-updates en bepaalde functies van de Apple software en Diensten.

(j) Je erkent dat door veel functies, ingebouwde apps en Diensten van de Apple software gegevens worden verzonden, hetgeen van invloed kan zijn op de kosten van je data-abonnement, en dat je verantwoordelijk bent voor deze eventuele kosten. Je kunt controleren en bepalen welke apps gebruik mogen maken van mobiele data; bij de instellingen voor mobiele data kun je zien hoeveel data deze apps naar schatting hebben verbruikt. Daarnaast zal Wifi-assistentie automatisch naar een mobiele verbinding overschakelen wanneer je een slechte wifiverbinding hebt, hetgeen kan resulteren in een hoger verbruik van mobiele data en zo van invloed kan zijn op de kosten van je data-abonnement. Wifi-assistentie is standaard ingeschakeld maar kan worden uitgeschakeld in Instellingen. Raadpleeg de gebruikershandleiding bij je Apparaat voor meer informatie.

(k) Als je hebt aangegeven dat apps automatisch mogen worden bijgewerkt, controleert je Apparaat op gezette tijden bij Apple of er updates beschikbaar zijn voor apps op je Apparaat. Als er een update beschikbaar is, wordt deze automatisch op je Apparaat gedownload en geïnstalleerd. Je kunt het automatisch bijwerken van apps op elk gewenst moment uitschakelen. Ga hiervoor naar Instellingen, tik op 'iTunes en App Store' en schakel onder 'Automatische downloads' de optie 'Updates' uit.

(l) In bepaalde omstandigheden kan het gebruik van je Apparaat je aandacht afleiden, waardoor gevaarlijke situaties kunnen ontstaan (bijvoorbeeld wanneer je tijdens het autorijden een sms-bericht typt of tijdens het fietsen een koptelefoon draagt). Door je Apparaat in gebruik te nemen, stem je ermee in dat je verantwoordelijk bent voor het in acht nemen van regels die het gebruik van een mobiele telefoon of een koptelefoon verbieden of beperken (bijvoorbeeld de vereiste om handsfree-opties te gebruiken als je tijdens het autorijden wilt bellen).

(m) Bepaalde functies van de Apple software kunnen proberen assistentie te bieden in situaties met betrekking tot de veiligheid, zoals veiligheidsgerelateerde detectiefuncties en je doorverbinden met hulpdiensten (indien beschikbaar). Apple geeft geen garantie voor de beschikbaarheid, nauwkeurigheid, volledigheid, betrouwbaarheid of tijdigheid van dergelijke functies. In situaties waarin directere of effectievere hulp beschikbaar is en kan worden verkregen, mag niet alleen op deze functies worden vertrouwd. Je zegt toe deze functies op eigen risico te gebruiken en je onafhankelijke oordeel te volgen, en dat Apple, aan Apple gelieerde ondernemingen, vertegenwoordigers en opdrachtgevers van Apple te zullen vrijwaren van elke aansprakelijkheid ten opzichte van jou voor je gebruik van deze functies en de daaruit voortvloeiende gevolgen voor zover maximaal is toegestaan door de wet.

(n) Je Apparaat is geen medisch apparaat en dient niet te worden gebruikt ter vervanging van professioneel medisch advies. De Watch is niet ontworpen of bedoeld voor gebruik bij het stellen van diagnoses van ziekten of aandoeningen, of voor het genezen, verlichten, behandelen of voorkomen van ziekten en aandoeningen. Raadpleeg je zorgverlener voordat je enigerlei beslissingen neemt met betrekking tot je gezondheid.

**3. Overdracht.** Het is je niet toegestaan de Apple software te verhuren, te leasen, in gebruik te geven, te verkopen, te herdistribueren of in sublicentie te geven. Het is je echter toegestaan eenmalig al je rechten met betrekking tot de Apple software ingevolge deze Licentie blijvend over te dragen aan een derde in verband met overdracht van eigendom van je Apparaat, op voorwaarde dat: (a) de overdracht betrekking heeft op je Apparaat en de gehele Apple software, inclusief alle onderdelen en deze Licentie; (b) je noch volledige noch gedeeltelijke kopieën van de Apple software behoudt, inclusief kopieën die zijn opgeslagen op een computer of opslagapparaat, en (c) de derde die de Apple software ontvangt, de voorwaarden van deze Licentie leest en zich ermee akkoord verklaart.

**4. Toestemming tot gebruik gegevens.** Wanneer je je Apparaat in gebruik neemt, worden je

telefoonnummer en bepaalde unieke identificatie-informatie voor je Apparaat naar Apple verstuurd. Dit stelt anderen in staat je op je telefoonnummer te bereiken via de verschillende communicatiefuncties van de Apple software, zoals iMessage en FaceTime. Wanneer je gebruikmaakt van iMessage, bewaart Apple mogelijk tijdelijk je berichten in gecodeerde vorm om ervoor te zorgen dat deze worden afgeleverd. Je kunt FaceTime of iMessage uitschakelen door naar de instelling 'FaceTime' of 'Berichten' op je Apparaat te gaan. Voor bepaalde voorzieningen (zoals Analyse, locatievoorzieningen, Siri en de dicteerfunctie) is mogelijk ook informatie van je Apparaat vereist voor het uitvoeren van hun respectievelijke functies. Wanneer je deze voorzieningen inschakelt of gebruikt, wordt er gespecificeerd welke gegevens er naar Apple worden verstuurd en hoe deze gegevens mogelijk worden gebruikt. Meer informatie hierover vind je op https://www.apple.com/nl/privacy/. Apple beschermt je gegevens te allen tijde in overeenstemming met de richtlijnen van het Privacybeleid van Apple. Je vindt deze richtlijnen op https://www.apple.com/nl/legal/privacy/.

**5. Diensten en materialen van derden.**

(a) De Apple software geeft mogelijk toegang tot de iTunes Store, App Store, Apple Books, Game Center, iCloud, Kaarten, News en Fitness+ van Apple en andere voorzieningen en websites van Apple en derden (collectief en individueel, 'Diensten'). Voor het gebruik van deze Diensten, waaraan mogelijk extra kosten zijn verbonden, dien je te beschikken over toegang tot het internet. Daarnaast dien je mogelijk te beschikken over een Apple ID en/of extra voorwaarden te accepteren. Door gebruik te maken van deze software in combinatie met een Apple ID of andere Apple diensten, stem je in met de toepasselijke voorwaarden, zoals de meest recente voorwaarden voor Apple mediadiensten voor het land of de regio waarin je toegang verkrijgt tot deze Diensten. Deze voorwaarden kun je bekijken op https://www.apple.com/nl/legal/internet-services/itunes/.

(b) Indien je je aanmeldt voor iCloud, kun je bepaalde iCloud-voorzieningen als iCloud Drive, Mijn fotostream, Gedeelde albums en Zoek mijn rechtstreeks vanuit de Apple software gebruiken. Je erkent en accepteert dat je gebruik van iCloud en van deze voorzieningen onderworpen is aan de meest recente voorwaarden van de iCloud-voorziening. Deze voorwaarden kun je bekijken op: https://www.apple.com/nl/legal/internet-services/icloud/nl/.

(c) Materiaal in de News-app. Je gebruik van materiaal dat via de News-app toegankelijk is, is uitsluitend bestemd voor persoonlijke, niet-commerciële doeleinden en geeft je geen enkel eigendomsbelang in het materiaal. Enige commerciële of promotionele gebruiksrechten op dergelijk materiaal worden specifiek en zonder enige beperking uitgesloten.

(d) Kaarten. De diensten en voorzieningen van kaarten in de Apple software ('Kaarten'), waaronder de beschikbare kaartgegevens, kunnen per regio variëren. Wanneer je Kaarten inschakelt of gebruikt, wordt er gespecificeerd welke informatie er naar Apple wordt verstuurd en hoe deze informatie mogelijk wordt gebruikt. Je erkent en aanvaardt dat je gebruik van Kaarten onderworpen is aan de meest recente voorwaarden van de Kaarten-voorziening. Deze voorwaarden kun je bekijken via de thuiskaart in Kaarten.

(e) Je begrijpt en erkent dat je tijdens het gebruik van de Diensten kunt worden geconfronteerd met materiaal dat mogelijk kan worden opgevat als onbetamelijk, kwetsend of aanstootgevend dan wel met taalgebruik dat kan worden omschreven als expliciet, en dat bepaalde zoekacties of het invoeren van een bepaalde URL automatisch en onopzettelijk koppelingen of verwijzingen naar aanstootgevend materiaal kunnen opleveren. Je zegt niettemin toe de Diensten op eigen risico te gebruiken en Apple, aan Apple gelieerde ondernemingen en vertegenwoordigers, opdrachtgevers en licentiegevers van Apple te zullen vrijwaren van elke aansprakelijkheid ten opzichte van jou voor enig materiaal dat mogelijk kan worden opgevat als onbetamelijk, kwetsend of aanstootgevend.

(f) Bepaalde Diensten tonen of omvatten mogelijk inhoud, gegevens, informatie, toepassingen of ander

materiaal van derden ('Materiaal van derden') of maken het eerder genoemde mogelijk beschikbaar, of bevatten mogelijk koppelingen naar bepaalde websites van derden. Door de Diensten te gebruiken, erken en accepteer je dat het niet tot de taak van Apple kan worden gerekend om de inhoud, de juistheid, de volledigheid, de tijdigheid, de geldigheid, de naleving van het auteursrecht, de wettigheid, de fatsoenlijkheid of de kwaliteit van enig ander aspect van dergelijk Materiaal van derden of dergelijke websites van derden te inspecteren en te evalueren. Apple en zijn medewerkers, aan Apple gelieerde ondernemingen of dochterondernemingen kunnen niet worden geacht de inhoud van enige Dienst, enig Materiaal of enige website van derden of van welk ander materiaal of product of welke andere Dienst van derden ook te onderschrijven, en verstrekken jou of enige andere persoon geen enkele garantie en accepteren geen enkele aansprakelijkheid of verantwoordelijkheid ten aanzien van dergelijk materiaal en dergelijke producten of diensten. Materiaal van derden en koppelingen naar andere websites worden uitsluitend ter beschikking gesteld voor jouw gemak.

(g) Noch Apple noch enige van haar leveranciers van materiaal kan of wil enige garantie afgeven betreffende de beschikbaarheid, nauwkeurigheid, volledigheid, betrouwbaarheid of tijdigheid van beursgegevens, locatiegegevens of enige andere gegevens die door enigerlei Diensten worden weergegeven. De financiële informatie die door enigerlei Diensten wordt weergegeven, is slechts bedoeld voor algemene informatieve doeleinden. Deze informatie kan niet worden geacht te dienen als investeringsadvies. Voordat je op basis van informatie die je via de Diensten hebt verkregen aandelentransacties gaat uitvoeren, raadt Apple je aan om een financieel deskundige of beleggingsexpert te raadplegen die wettelijk bevoegd is om beleggingsadvies te geven. Locatiegegevens die door Diensten worden verstrekt, inclusief de Kaarten-voorziening van Apple, worden uitsluitend geleverd voor primaire navigatiedoeleinden en planningsdoeleinden en zijn niet bedoeld om te worden gebruikt in situaties waarin exacte locatiegegevens zijn vereist, of waarin foutieve, onnauwkeurige, vertraagd vrijgegeven of onvolledige locatiegegevens kunnen leiden tot de dood, persoonlijk letsel of schade aan zaken of het milieu. Je aanvaardt dat de gegevens die de Kaarten-voorziening verstrekt mogelijk afwijken van de feitelijke situatie als gevolg van factoren die de nauwkeurigheid van Kaarten nadelig kunnen beïnvloeden, met inbegrip van maar niet beperkt tot weersomstandigheden, weg- en verkeersomstandigheden en lokale politieke omstandigheden. Als je gebruikmaakt van de navigatiefunctie, moet je altijd blijven letten op verkeersborden en de huidige situatie op de weg. Je bent zelf verantwoordelijk voor je veiligheid en voor naleving van de verkeersregels. De navigatieaanwijzingen voor een fiets- of looproute gaan mogelijk niet altijd over een fiets- of voetpad.

(h) Indien je materiaal via deze Diensten uploadt, verklaar je dat je over alle rechten beschikt in het materiaal of dat je geautoriseerd bent of anderszins over het wettelijke recht beschikt om het materiaal te uploaden, en dat het materiaal de servicevoorwaarden die van toepassing zijn op de Diensten op geen enkele manier schendt. Je stemt ermee in dat de Diensten inhoud, informatie en materiaal bevatten die eigendom zijn van Apple, de eigenaar van de site of zijn licentiegevers en onder de bescherming vallen van de toepasselijke eigendomsrechtelijke bepalingen en andere wetten, met inbegrip van maar niet beperkt tot het auteursrecht. Je stemt ermee in dat je dergelijke inhoud of informatie of dergelijk materiaal uitsluitend zult gebruiken in overeenstemming met het toegestane gebruik van genoemde Diensten, uitsluitend op een manier die verenigbaar is met de voorwaarden van deze Licentie en waarbij de intellectueeleigendomsrechten van andere fabrikanten of Apple niet worden geschonden. Geen enkel onderdeel van de Diensten mag worden gereproduceerd, in welke vorm of op welke wijze dan ook. Je stemt erin toe de Diensten niet te wijzigen, te verhuren, te leasen, in gebruik te geven, te verkopen of te distribueren of enige afgeleide werken te creëren op basis van de Diensten, op welke wijze dan ook, en je zult de Diensten niet aanwenden op enige niet-geautoriseerde wijze, met inbegrip van, maar niet beperkt tot, het gebruik van de Diensten voor de verspreiding van computervirussen, wormen, Trojaanse paarden of andere malware, overtreding van wet- en regelgeving of het overbelasten van netwerkcapaciteit. Je stemt er bovendien in toe dat je de Diensten niet op enigerlei wijze zult gebruiken om anderen lastig te vallen, te beledigen, hinderlijk te volgen, te bedreigen of in diskrediet te brengen of

de Diensten op enige andere wijze zult gebruiken die inbreuk maakt op de rechten van enige andere partij of dergelijke rechten op enigerlei wijze schendt, en dat Apple op geen enkele wijze verantwoordelijk is voor dergelijk gebruik door jou, en ook niet verantwoordelijk is voor enige kwellende, bedreigende, lasterlijke, beledigende, inbreuk makende of onwettige boodschap of overdraging die je ontvangt als gevolg van het gebruik van enige Dienst.

(i) Bovendien zijn dergelijke Diensten en dergelijk Materiaal van derden mogelijk niet in alle talen of in alle landen of regio's beschikbaar. Apple doet geen toezeggingen dat dergelijke Diensten of dergelijk Materiaal van derden geschikt of beschikbaar is voor gebruik op een bepaalde locatie. Voor zover je ervoor kiest om gebruik te maken van dergelijke Diensten of dergelijk Materiaal van derden, doe je dit op eigen initiatief en ben je zelf verantwoordelijk voor naleving van elke toepasselijke wet, met inbegrip van maar niet beperkt tot de toepasselijke lokale wetgeving en de wet- en regelgeving inzake privacy en het verzamelen van gegevens. Bij het delen of synchroniseren van foto's via je Apparaat worden mogelijk metagegevens, waaronder diepte-informatie en informatie over waar en wanneer de foto is genomen, met de foto's meegestuurd. Het gebruik van Apple diensten (zoals iCloud-fotobibliotheek) voor het delen of synchroniseren van dergelijke foto's houdt in dat Apple dergelijke metagegevens ontvangt en bewaart. Apple en haar licentiegevers behouden zich het recht voor om de toegang tot enige dienst op elk moment zonder voorafgaande aankondiging te wijzigen, op te schorten, te verwijderen of onmogelijk te maken. Onder geen enkele omstandigheid kan Apple aansprakelijk worden gesteld voor het verwijderen of onmogelijk maken van de toegang tot een of meer van de Diensten. Apple is bovendien gerechtigd om beperkingen op te leggen aan het gebruik van of de toegang tot bepaalde Diensten, in alle gevallen waarin Apple dat nodig acht, zonder voorafgaande kennisgeving en zonder enige aansprakelijkheid.

**6. Beëindiging.** Deze Licentie is van kracht totdat deze wordt beëindigd. Je rechten ingevolge deze Licentie vervallen automatisch of zijn anderszins niet meer van kracht, zonder aankondiging van Apple, als je niet voldoet aan een of meer van de voorwaarden van deze Licentie. Nadat deze Licentie is beëindigd, dien je elk gebruik van de Apple software te staken. De paragrafen 4, 5, 6, 7, 8, 9, 10, 12 en 13 van deze Licentie zullen na een dergelijke beëindiging van kracht blijven.

**7. Geen garantie**
7.1    Consumenten (klanten die de Apple software niet bedrijfs- of beroepsmatig gebruiken) hebben mogelijk wettelijke rechten in het land waar zij gevestigd zijn op basis waarvan de volgende beperkingen niet mogen worden opgelegd. In dat geval zijn deze beperkingen niet van toepassing op jou. Voor meer informatie over deze rechten kun je contact opnemen met de consumentenbond.

7.2    JE ERKENT EN AANVAARDT UITDRUKKELIJK, VOOR ZOVER TOEGESTAAN OP GROND VAN DE TOEPASSELIJKE WETGEVING, DAT GEBRUIK VAN DE APPLE SOFTWARE EN ALLE DIENSTEN DIE DOOR OF VIA DE APPLE SOFTWARE WORDEN UITGEVOERD OF WAARTOE JE VIA DE APPLE SOFTWARE TOEGANG HEBT, UITSLUITEND VOOR JE EIGEN RISICO IS EN DAT JE HET VOLLEDIGE RISICO DRAAGT VOOR VOLDOENDE KWALITEIT, PRESTATIES, NAUWKEURIGHEID EN WERKING.

7.3    VOOR ZOVER IS TOEGESTAAN DOOR DE TOEPASSELIJKE WETGEVING, WORDEN DE APPLE SOFTWARE EN DIENSTEN GELEVERD 'IN DE STAAT WAARIN DEZE OP HET MOMENT VAN AANKOOP VERKEREN' ('AS IS' OF 'AS AVAILABLE'), MET ALLE FOUTEN EN ZONDER ENIGE GARANTIE, EN APPLE EN LICENTIEGEVERS VAN APPLE (VOOR HET DOEL VAN DE PARAGRAFEN 7 EN 8 HIERNA GEZAMENLIJK TE NOEMEN 'APPLE') SLUITEN HIERBIJ UITDRUKKELIJK ALLE GARANTIES UIT, EXPLICIET EN IMPLICIET DAN WEL VOORTVLOEIEND UIT WETTELIJKE RECHTEN, MET BETREKKING TOT DE APPLE SOFTWARE EN DIENSTEN, MET INBEGRIP VAN, MAAR NIET BEPERKT TOT, ALLE IMPLICIETE GARANTIES VAN VERHANDELBAARHEID, VOLDOENDE KWALITEIT, GESCHIKTHEID VOOR EEN BEPAALD DOEL, NAUWKEURIGHEID, ONGESTOORD GEBRUIK EN NALEVING VAN AUTEURSRECHTEN VAN DERDEN.

7.4    APPLE GEEFT GEEN GARANTIE TEGEN VERSTORING VAN JE GEBRUIK VAN DE APPLE SOFTWARE EN DIENSTEN EN GARANDEERT NIET DAT DE FUNCTIES DIE ZIJN VERVAT IN, OF DIENSTEN DIE WORDEN UITGEVOERD OF GELEVERD DOOR DE APPLE SOFTWARE, AAN JE EISEN ZULLEN VOLDOEN OF DAT DE APPLE SOFTWARE EN DIENSTEN ONONDERBROKEN OF FOUTLOOS ZULLEN WERKEN, DAT ENIGE DIENST BLIJVEND BESCHIKBAAR ZAL WORDEN GESTELD, DAT GEBREKEN IN DE APPLE SOFTWARE OF DIENSTEN ZULLEN WORDEN GECORRIGEERD, OF DAT DE APPLE SOFTWARE COMPATIBEL IS MET OF WERKT MET SOFTWARE, TOEPASSINGEN OF DIENSTEN VAN DERDEN. DE INSTALLATIE VAN DEZE APPLE SOFTWARE KAN VAN INVLOED ZIJN OP DE BESCHIKBAARHEID EN BRUIKBAARHEID VAN SOFTWARE, PROGRAMMA'S OF DIENSTEN VAN DERDEN OF VAN APPLE PRODUCTEN EN DIENSTEN.

7.5    JE ERKENT BOVENDIEN DAT DE APPLE SOFTWARE EN DIENSTEN NIET ZIJN BEDOELD EN NIET GESCHIKT ZIJN VOOR GEBRUIK IN SITUATIES OF OMGEVINGEN WAARIN PROBLEMEN MET OF VERTRAAGDE VRIJGAVE VAN DE APPLE SOFTWARE OF DIENSTEN, OF FOUTEN OF ONNAUWKEURIGHEDEN IN DE INHOUD, GEGEVENS OF INFORMATIE AFKOMSTIG VAN DE APPLE SOFTWARE OF DIENSTEN, KUNNEN LEIDEN TOT DE DOOD, PERSOONLIJK LETSEL OF ERNSTIGE SCHADE AAN PERSONEN, ZAKEN OF HET MILIEU, MET INBEGRIP VAN, MAAR NIET BEPERKT TOT, DE BEDIENING EN BESTURING VAN NUCLEAIRE INSTALLATIES, LUCHTVAARTUIGEN, COMMUNICATIESYSTEMEN, LUCHTVERKEERSLEIDINGSSYSTEMEN, MACHINES VOOR DE INSTANDHOUDING VAN LEVENSFUNCTIES OF WAPENSYSTEMEN.

7.6    GEEN ENKELE MONDELINGE OF SCHRIFTELIJKE INFORMATIE OF KENNISGEVING VAN DE ZIJDE VAN APPLE OF EEN DOOR APPLE GEAUTORISEERDE VERTEGENWOORDIGER KAN EEN GARANTIE INHOUDEN. MOCHTEN DE APPLE SOFTWARE OF DIENSTEN GEBREKEN VERTONEN, DAN KOMEN ALLE KOSTEN VAN ALLE NOODZAKELIJKE REVISIE, HERSTEL OF CORRECTIE VOOR JOUW REKENING. IN BEPAALDE RECHTSGEBIEDEN IS UITSLUITING VAN IMPLICIETE GARANTIES OF BEPERKING VAN TOEPASSELIJKE WETTELIJKE RECHTEN VAN DE CONSUMENT NIET TOEGESTAAN, WAARDOOR DE BOVENSTAANDE UITSLUITING EN BEPERKINGEN VOOR JOU MOGELIJK NIET VAN TOEPASSING ZIJN.

**8. Beperking van aansprakelijkheid.** VOOR ZOVER ALS IS TOEGESTAAN DOOR DE TOEPASSELIJKE WETGEVING ZULLEN APPLE, AAN APPLE GELIEERDE ONDERNEMINGEN EN VERTEGENWOORDIGERS EN OPDRACHTGEVERS VAN APPLE IN GEEN ENKEL GEVAL AANSPRAKELIJK ZIJN VOOR PERSOONLIJK LETSEL, OF VOOR ENIGERLEI INCIDENTELE, BIJZONDERE, INDIRECTE OF GEVOLGSCHADE, MET INBEGRIP VAN, ZONDER ENIGE BEPERKING, SCHADE DOOR VERLIES VAN OMZET, BESCHADIGING OF VERLIES VAN GEGEVENS, HET NIET KUNNEN VERZENDEN OF ONTVANGEN VAN GEGEVENS OF INFORMATIE, ONDERBREKING VAN DE BEDRIJFSVOERING, OF VOOR ENIGE ANDERE COMMERCIËLE SCHADE OF ENIG ANDER COMMERCIEEL VERLIES DAT HET GEVOLG IS VAN OF VERBAND HOUDT MET JE GEBRUIK VAN OF ONVERMOGEN TOT GEBRUIK VAN DE APPLE SOFTWARE EN DIENSTEN, OF ENIGE SOFTWARE OF TOEPASSINGEN VAN DERDEN IN COMBINATIE MET DE APPLE SOFTWARE OF DIENSTEN, DOOR WELKE OORZAAK DAN OOK, ONGEACHT DE AANSPRAKELIJKHEIDSGROND DIE WORDT AANGEVOERD (NIET-NAKOMING, ONRECHTMATIGE DAAD OF ANDERSZINS), EN ZELFS ALS APPLE IS GEWEZEN OP DE MOGELIJKHEID VAN DERGELIJKE SCHADE. IN BEPAALDE RECHTSGEBIEDEN IS UITSLUITING OF BEPERKING VAN AANSPRAKELIJKHEID VOOR PERSOONLIJK LETSEL OF VOOR INCIDENTELE OF GEVOLGSCHADE NIET TOEGESTAAN, WAARDOOR DEZE BEPERKING VOOR JOU MOGELIJK NIET VAN TOEPASSING IS. In geen geval zal de totale aansprakelijkheid van Apple voor alle schade (uitgezonderd waar wettelijk vereist in gevallen die betrekking hebben op persoonlijk letsel) meer bedragen dan tweehonderdvijftig dollar (USD 250,00). De voornoemde beperkingen zijn ook van toepassing als de hierboven vermelde verhaalsaansprakelijkheid niet aan haar wezenlijke doel voldoet. NIETTEGENSTAANDE ENIGE ANDERE VOORWAARDEN IN DEZE LICENTIE ZIJN, INDIEN DE JAPANSE WET OP CONSUMENTENCONTRACTEN VAN TOEPASSING IS, VOORWAARDEN DIE DE

AANSPRAKELIJKHEID VAN APPLE BEPERKEN VOOR SCHADE DIE VOORTVLOEIT UIT NIET-NALEVING VAN HET CONTRACT OF ONRECHTMATIGE DAAD VAN APPLE NIET VAN TOEPASSING ALS DEZE SCHADE TE WIJTEN IS AAN OPZETTELIJK WANGEDRAG OF GROVE NALATIGHEID VAN APPLE.

**9. Digitale certificaten.** De Apple software bevat functionaliteit waarmee digitale certificaten kunnen worden geaccepteerd die door Apple of derden zijn uitgegeven. JIJ BENT ALS ENIGE VERANTWOORDELIJK VOOR DE BESLISSING OF JE EEN DOOR APPLE OF EEN DERDE UITGEGEVEN CERTIFICAAT VERTROUWT. JE GEBRUIK VAN DIGITALE CERTIFICATEN IS UITSLUITEND VOOR JE EIGEN RISICO. VOOR ZOVER ALS IS TOEGESTAAN DOOR DE TOEPASSELIJKE WETGEVING GEEFT APPLE GEEN ENKELE GARANTIE, EXPLICIET OF IMPLICIET, VOOR DE VERHANDELBAARHEID, GESCHIKTHEID VOOR EEN BEPAALD DOEL, NAUWKEURIGHEID, VEILIGHEID OF NAVOLGING VAN AUTEURSRECHTEN VAN DERDEN BETREFFENDE DIGITALE CERTIFICATEN.

**10. Exportbepalingen.** Het is je niet toegestaan de Apple software te gebruiken of anderszins te exporteren of te herexporteren, behalve voor zover toegestaan krachtens de wetten van de Verenigde Staten en van het rechtsgebied waarin je de Apple software hebt verkregen. In het bijzonder, maar zonder beperking, is het je niet toegestaan de Apple software te exporteren of te herexporteren (a) naar een land waarvoor door de Verenigde Staten een embargo is ingesteld of (b) naar enige persoon die voorkomt op de door het U.S. Treasury Department samengestelde lijst van 'Specially Designated Nationals' of op de door het U.S. Department of Commerce samengestelde 'Denied Person's List' of 'Entity List' of enige andere lijsten met uitgezonderde partijen. Door de Apple software te gebruiken, verklaar je dat je je niet bevindt in een dergelijk land of op een van de bovengenoemde lijsten voorkomt. Je gaat er ook mee akkoord dat je de Apple software niet zult gebruiken voor doeleinden die verboden zijn door de wetgeving van de Verenigde Staten, met inbegrip van, maar niet beperkt tot, de ontwikkeling, het ontwerp, de fabricage of de productie van raketten of nucleaire, chemische of biologische wapens.

**11. Eindgebruikers binnen de Amerikaanse overheid.** De Apple software en de bijbehorende documentatie zijn 'Commercial Items', zoals omschreven in 48 C.F.R. §2.101, en bestaan uit 'Commercial Computer Software' en 'Commercial Computer Software Documentation', zoals beschreven in 48 C.F.R. §12.212 of 48 C.F.R. §227.7202, afhankelijk van welke paragraaf van toepassing is. Overeenkomstig 48 C.F.R. §12.212 of 48 C.F.R. §227.7202-1 tot en met 227.7202-4, afhankelijk van welke paragraaf van toepassing is, worden de 'Commercial Computer Software' en 'Commercial Computer Software Documentation' aan eindgebruikers binnen de Amerikaanse overheid (a) alleen als 'Commercial Items' in licentie gegeven en (b) alleen met de rechten die worden verleend aan alle andere eindgebruikers conform de voorwaarden die hierin worden genoemd. Ongepubliceerde rechten voorbehouden krachtens de auteursrechtwetgeving van de Verenigde Staten.

**12. Toepasselijk recht en deelbaarheid.** Deze Licentie is opgesteld volgens en zal onderworpen zijn aan de wetten van de staat Californië, Verenigde Staten, met uitzondering van de bepalingen hierin ten aanzien van de strijdigheid van wettelijke bepalingen. Deze Licentie zal niet onderworpen zijn aan het verdrag van de Verenigde Naties inzake internationale verkoopovereenkomsten betreffende roerende zaken. De toepassing van dit verdrag wordt expliciet uitgesloten. Voor consumenten in het Verenigd Koninkrijk zal deze Licentie onderworpen zijn aan de wetten van het rechtsgebied waarin zij gevestigd zijn. In het geval dat enige bepaling van deze overeenkomst of een gedeelte daarvan door een bevoegde rechter nietig of anderszins niet-bindend geacht zal worden, zullen de overige bepalingen van deze Licentie onverkort van kracht blijven.

**13. Volledige overeenkomst; taalversie.** Deze Licentie vormt de volledige overeenkomst tussen jou en Apple met betrekking tot de Apple software en prevaleert boven alle voorgaande of gelijktijdige

overeenkomsten betreffende dit onderwerp. Aanpassingen of wijzigingen van deze Licentie zijn slechts geldig voor zover deze zijn opgesteld in schriftelijke vorm en zijn ondertekend door Apple. Vertalingen van deze Licentie zijn gemaakt ten behoeve van plaatselijke vereisten. In het geval van een verschil tussen de Engelse en de niet-Engelse versie geldt de Engelse versie van deze Licentie, voor zover dat niet door de plaatselijk geldende wetgeving in jouw rechtsgebied is verboden.

**14. Auteursrechten van derden.** Gedeelten van de Apple software omvatten mogelijk of maken mogelijk gebruik van software of ander materiaal waarvan het auteursrecht bij andere fabrikanten berust. Auteursrechtinformatie, licentievoorwaarden en beperkingen van aansprakelijkheid voor dergelijk materiaal zijn opgenomen in de elektronische documentatie bij de Apple software en het gebruik van dergelijk materiaal is onderworpen aan de daarop van toepassing zijnde voorwaarden. Op het gebruik van de Safe Browsing-dienst van Google zijn de servicevoorwaarden van Google (https://www.google.com/intl/nl/policies/terms/) en het Privacybeleid van Google (https://www.google.com/intl/nl/policies/privacy/) van toepassing.

**15. Gebruik van MPEG-4; H.264/AVC-bepaling**
(a) Voor de Apple software wordt een licentie verleend krachtens de MPEG-4 Systems Patent Portfolio License voor codering in overeenstemming met de MPEG-4 Systems Standard, met dien verstande dat een aanvullende licentie en de betaling van rechten zijn vereist voor codering van (i) op fysieke media opgeslagen of gekopieerde gegevens waarvoor betaling plaatsvindt per titel en/of (ii) gegevens waarvoor betaling plaatsvindt per titel en die worden verzonden naar een eindgebruiker voor permanente opslag en/of permanent gebruik. Een dergelijke aanvullende licentie kan worden aangevraagd bij MPEG LA, LLC. Raadpleeg https://www.mpegla.com voor meer informatie.

(b) De Apple software bevat MPEG-4-coderings- en/of MPEG-4-decoderingsfunctionaliteit. Voor de Apple software wordt een licentie verleend krachtens de MPEG-4 Visual Patent Portfolio License voor persoonlijk en niet-commercieel gebruik door een consument voor (i) de codering van video volgens de MPEG-4 Visual Standard ('MPEG-4 Video') en/of (ii) de decodering van MPEG-4-videomateriaal dat is gecodeerd door een consument voor persoonlijke en niet-commerciële doeleinden en/of is verkregen van een videoaanbieder die in het bezit is van een MPEG LA-licentie voor de levering van MPEG-4-videomateriaal. Er worden geen licenties verleend, expliciet noch impliciet, voor andere doeleinden. Aanvullende informatie, waaronder informatie die betrekking heeft op gebruik voor promotiedoeleinden of interne of commerciële doeleinden en de hiervoor vereiste licenties kan worden aangevraagd bij MPEG LA, LLC. Raadpleeg https://www.mpegla.com.

(c) De Apple software bevat AVC-coderings- en/of AVC-decoderingsfunctionaliteit, zodat voor commercieel gebruik van H.264/AVC extra licentievoorwaarden en de volgende bepaling gelden: VOOR DE AVC-FUNCTIONALITEIT IN DE APPLE SOFTWARE HEB JE UITSLUITEND EEN LICENTIE VOOR PERSOONLIJK EN NIET-COMMERCIEEL GEBRUIK DOOR EEN CONSUMENT MET DE VOLGENDE DOELEN: (i) VIDEOMATERIAAL CODEREN IN OVEREENSTEMMING MET DE AVC-STANDAARD ('AVC-VIDEOMATERIAAL') EN/OF (ii) AVC-VIDEOMATERIAAL DECODEREN DAT DOOR EEN CONSUMENT IS GECODEERD VOOR EEN PERSOONLIJKE EN NIET-COMMERCIËLE ACTIVITEIT EN/OF AVC-VIDEOMATERIAAL DECODEREN DAT IS VERKREGEN VAN EEN LEVERANCIER VAN VIDEOMATERIAAL DIE EEN LICENTIE HEEFT VOOR HET AANBIEDEN VAN AVC-VIDEOMATERIAAL. INFORMATIE BETREFFENDE ENIG ANDER GEBRUIK EN LICENTIES IS VERKRIJGBAAR BIJ MPEG LA L.L.C. RAADPLEEG https://www.mpegla.com.

**16. Beperkingen betreffende de Yahoo-zoekfunctie.** De Yahoo-zoekfunctie, die beschikbaar is via Safari, is uitsluitend gelicentieerd voor gebruik in de volgende landen en regio's: Argentinië, Aruba, Australië, Bahama's, Barbados, België, Bermuda, Brazilië, Bulgarije, Canada, Caymaneilanden, Chili, China, vasteland, Hongkong, Taiwan, Colombia, Cyprus, Denemarken, Dominicaanse Republiek, Duitsland, Ecuador, El Salvador, Filipijnen, Finland, Frankrijk, Grenada, Griekenland, Guatemala,

Hongarije, Ierland, IJsland, India, Indonesië, Italië, Jamaica, Japan, Letland, Litouwen, Luxemburg, Maleisië, Malta, Mexico, Nederland, Nicaragua, Nieuw-Zeeland, Noorwegen, Oostenrijk, Panama, Peru, Polen, Portugal, Puerto Rico, Roemenië, Saint Lucia, Saint Vincent, Singapore, Slovenië, Slowakije, Spanje, Thailand, Trinidad en Tobago, Tsjechië, Turkije, Uruguay, Venezuela, Verenigd Koninkrijk, Verenigde Staten, Zuid-Korea, Zweden en Zwitserland.

**17. Microsoft Exchange-bepaling.** De Microsoft Exchange-mailinstelling in de Apple software wordt je uitsluitend in licentie gegeven voor de draadloze synchronisatie van informatie, zoals e-mail, contactgegevens, agenda-informatie en taken, tussen je Apparaat en Microsoft Exchange Server of andere serversoftware die door Microsoft in licentie is gegeven om het Microsoft Exchange ActiveSync-protocol te implementeren.

EA1806
08-07-2022

— — — — — — — — — —
**Aanvullende voorwaarden voor Apple Pay en Wallet**

Deze Aanvullende voorwaarden voor Apple Pay en Wallet (deze 'Aanvullende voorwaarden') vormen een aanvulling op de Apple softwarelicentieovereenkomst (de 'Licentie'). Op je gebruik van de Apple Pay-voorziening ('Apple Pay') en de Apple Wallet-app ('Wallet'), die binnen de Licentie als een 'Dienst' worden beschouwd, zijn zowel de Licentie als deze Aanvullende voorwaarden van toepassing. De termen met hoofdletters in deze Aanvullende voorwaarden hebben de betekenis zoals gedefinieerd in de Licentie.

**1. Overzicht**

**Apple Pay**

Met Apple Pay kun je:

- op bepaalde locaties of vanuit bepaalde apps of websites contactloos betalen met bankpassen en (prepaid) creditcards, waaronder Apple Card en de Apple Cash-kaart;
- persoonlijke betalingen naar andere Apple Cash-gebruikers sturen; en
- bestellingen volgen en gedetailleerde ontvangstbewijzen bekijken.

Apple Pay en bepaalde voorzieningen ervan zijn mogelijk alleen beschikbaar in een beperkt aantal regio's, voor kaarten van een beperkt aantal uitgevende instanties en bij een beperkt aantal betalingsnetwerken, winkels en overige externe partijen.

**Wallet**

Met Apple Wallet kun je een virtuele weergave van bankpassen en (prepaid) creditcards bewaren voor gebruik met Apple Pay (gezamenlijk 'Apple Pay-kaarten'), naast andere soorten kaarten en (toegangs)passen, waaronder maar niet beperkt tot (gezamenlijk 'Wallet-kaarten', en samen met de Apple Pay-kaarten 'Ondersteunde kaarten'):

- spaarkaarten;
- ov-kaarten;
- kaartjes;
- lidmaatschapskaarten;
- autosleutels;
- huissleutels;

- hotelkamersleutels;
- bedrijfsbadges;
- collegekaarten
- rijbewijzen en officiële identiteitsbewijzen ('ID-kaarten').

Wallet-kaarten zijn mogelijk alleen in een bepaald aantal regio's en via bepaalde partners beschikbaar. ID-kaarten zijn mogelijk alleen beschikbaar in een bepaald aantal landen of staten en vormen mogelijk alleen een geldig identificatiemiddel in bepaalde landen, staten of plaatsen.

Welke kaarten worden ondersteund, is aan wijzigingen onderhevig.

## 2. Voorwaarden

Om Apple Pay en Wallet te kunnen gebruiken, heb je het volgende nodig: (i) een ondersteund Apparaat met een softwareversie die de Diensten ondersteunt (de meest recente versie wordt aanbevolen en is soms vereist), (ii) een Apple ID die aan een geldige iCloud-account is gekoppeld, en (iii) toegang tot het internet (waaraan mogelijk kosten zijn verbonden). Met uitzondering van Apple Cash-gezin en bepaalde elektronische betaalpassen zijn Apple Pay-kaarten alleen beschikbaar voor personen van 13 jaar en ouder. Ook zijn mogelijk aanvullende leeftijdsbeperkingen van toepassing die zijn verbonden aan iCloud of de betreffende uitgevende instantie, winkel of andere externe partij. Ov-kaarten, elektronische betaalpassen, ID-kaarten, bedrijfsbadges en sleutels zijn alleen beschikbaar op iOS-apparaten.

Als je de ouder of wettelijke voogd in een iCloud-gezin bent ('Gezinshoofd'), kun je gezinsleden uitnodigen, waaronder gezinsleden jonger dan 13 jaar (of een gelijkwaardige minimumleeftijd in het betreffende land), om in aanmerking komende ov-kaarten in Wallet in te stellen en te gebruiken. Als Gezinshoofd ben jij verantwoordelijk voor alle betalingen, aankopen en transacties die gedaan worden met de ov-kaart die gezinsleden kunnen gebruiken, ook als die door een gezinslid zijn ingevoerd. Of iemand in aanmerking komt voor ov-kaarten in Wallet en deze mag gebruiken, is afhankelijk van de voorwaarden van de betreffende vervoersmaatschappij. Gezinshoofden zijn er verantwoordelijk voor dat deze voorwaarden worden nageleefd en aanvaarden alle risico's die gepaard gaan met het gebruik van ov-kaarten door andere Gezinsleden. Als een gezinslid de gezinsgroep verlaat of daaruit wordt verwijderd, kan dat gezinslid de ov-kaart niet meer opladen en de kaart alleen nog gebruiken zolang er nog saldo op staat.

Als je de eigenaar bent van een autosleutel, kun je deze delen met personen van 13 jaar en ouder om de auto te ontgrendelen, te openen en/of te besturen.

In Wallet kun je alleen huissleutels toevoegen of verwijderen door in de Woning-app sloten toe te voegen of te verwijderen, of door jezelf aan een woning in de Woning-app toe te voegen of je daaruit te verwijderen. Als je de beheerder van een woning in de Woning-app bent, worden bestaande huissleutels automatisch gedeeld met de mensen die je uitnodiging voor de woning hebben geaccepteerd.

Apple Card is alleen beschikbaar in de Verenigde Staten en wordt uitgegeven door Goldman Sachs Bank USA, Salt Lake City Branch ('Uitgevende instantie van Apple Card'). Met uitzondering van Apple Card-gezin is Apple Card alleen beschikbaar voor personen van 18 jaar en ouder (of ouder afhankelijk van waar je woonachtig bent).

De Apple Cash-kaart en de mogelijkheid om persoonlijke betalingen te versturen en ontvangen zijn alleen beschikbaar in de Verenigde Staten en zijn diensten die worden verleend door Green Dot Bank, lid van de FDIC. Je hebt een Apple Cash-kaart nodig om persoonlijke betalingen via Apple Pay te kunnen versturen of ontvangen. Met uitzondering van Apple Cash-gezin zijn de Apple Cash-kaart en de mogelijkheid om persoonlijke betalingen te versturen en ontvangen alleen beschikbaar voor personen

vanaf 18 jaar.

**3. Gebruik van de Diensten**

Ondersteunde kaarten en persoonlijke betalingen zijn gekoppeld aan de Apple ID waarmee je bij iCloud bent ingelogd om deze voorzieningen te gebruiken. Als je sleutels, bedrijfsbadges, spaarkaarten, tickets en lidmaatschapskaarten in Wallet toevoegt of verwijdert, wordt die wijziging mogelijk ook doorgevoerd op de andere Apple apparaten waarop je met je Apple ID bent ingelogd. Je kunt aan elke Apple ID slechts één ID-kaart per uitgevende overheidsinstantie koppelen.

Apple Pay en Wallet zijn bedoeld voor persoonlijk gebruik en je mag alleen je eigen Ondersteunde kaarten instellen, of de ov-kaarten of auto- en huissleutels waarvoor een Gezinshoofd of eigenaar je heeft uitgenodigd om deze in te stellen. Als je een ondersteunde bedrijfsbetaalkaart instelt, bevestig je dat je hiervoor toestemming hebt van je werkgever en dat je zodanig bevoegd bent dat je werkgever gebonden is aan deze gebruiksvoorwaarden en alle transacties die met deze voorziening worden uitgevoerd. Als je een persoonlijke betaling verstuurt of ontvangt, bevestig je dat je dit doet voor persoonlijke, niet-commerciële doeleinden. Als je een ID-kaart instelt, verklaar je dat je dat doet met je eigen persoonsgegevens, die een juiste en accurate weergave van jou zijn.

Je stemt ermee in Apple Pay of Wallet niet te gebruiken voor illegale of frauduleuze doeleinden of enige andere doeleinden die niet zijn toegestaan volgens de Licentie en deze Aanvullende voorwaarden. Je stemt er verder mee in om Apple Pay en Wallet te gebruiken in overeenstemming met de toepasselijke wet- en regelgeving. Je erkent dat het indienen van enige onjuiste gegevens ten behoeve van een ID-kaart mogelijk een strafbare handeling is. Je stemt ermee in geen activiteiten te ondernemen die de normale werking beïnvloeden of verstoren van Apple Pay of Wallet (waaronder het benaderen van de dienst via geautomatiseerde middelen), of van de servers of netwerken die zijn verbonden met de dienst, of van het beleid, de vereisten of de regels van de netwerken die zijn verbonden met de dienst (waaronder ongeoorloofde toegang tot deze netwerken of het gebruik of de bewaking van gegevens of verkeer in deze netwerken).

Als je de toegang tot of het gebruik van Apple Pay of Wallet wettelijk is ontzegd, mag je deze Diensten niet benaderen of gebruiken. Als je de Diensten benadert of gebruikt op een manier die in strijd is met de toepasselijke wetgeving, zijn wij daarvoor niet verantwoordelijk.

**4. De relatie tussen u en Apple**

Op je gebruik van Apple Pay zijn deze Aanvullende voorwaarden van toepassing, naast de voorwaarden uiteengezet in de overeenkomst tussen jou en de betreffende uitgevende instantie, winkel of andere externe partij die verantwoordelijk is voor je Apple Pay-kaart.

Evenzo zijn op je gebruik van Wallet-kaarten in Wallet deze Aanvullende voorwaarden van toepassing, naast de voorwaarden uiteengezet in de overeenkomst tussen jou en de winkel, het vervoersbedrijf, de auto- en sleutelfabrikant, de universiteit, het hotel, de cruisemaatschappij, het resort, het bedrijf, de uitgevende overheidsinstantie of enige andere externe partij in kwestie.

Met uitzondering van bepaalde hieronder beschreven voorzieningen van Apple Pay die door Apple Payments Inc. ('Apple Payments') worden geleverd, verwerkt Apple geen betalingen of andere transacties die met je Apple Pay-kaarten worden gedaan. Apple heeft geen controle over en kan niet verantwoordelijk worden gehouden voor enige betalingen, terugboekingen, retouren, restituties, internationaal betalingsverkeer, spaarwaarden, tegoeden, kortingen, toegangsverschaffingen, identiteitsverificaties, bestellingen, orderverwerkingen of andere activiteiten die samenhangen met je gebruik van Apple Pay of Wallet.

Indien de bepalingen in deze Aanvullende voorwaarden in strijd zijn met je overeenkomst met de betreffende uitgevende instantie, winkel, uitgevende overheidsinstantie of andere externe partij (afzonderlijk een '**Overeenkomst met een externe partij**' genoemd), zijn de bepalingen in deze Aanvullende voorwaarden van toepassing op je relatie met Apple, en zijn de bepalingen van de betreffende Overeenkomst met een externe partij van toepassing op je relatie met die partij.

Je stemt ermee in dat Apple geen partij is in enige Overeenkomst met een externe partij die je hebt en dat Apple evenmin verantwoordelijk is voor: (a) de inhoud, correctheid of beschikbaarheid van Ondersteunde kaarten, aankopen, transacties, internationaal betalingsverkeer, bestellingen, orderverwerkingen of ontvangstbewijzen of andere activiteiten tijdens het gebruik van Apple Pay of Wallet, waaronder maar niet beperkt tot activiteiten die worden gedaan door gezinsleden of anderen met wie je je Ondersteunde kaarten hebt gedeeld of die toegang hebben tot uw apparaat; (b) het toekennen van een tegoed of het beoordelen van de geschiktheid voor het toekennen van een tegoed; (c) de afgifte, opschorting of intrekking van een rijbewijs of identiteitskaart; (d) activiteiten van uitgevende instanties, winkels, appontwikkelaars of andere derden met betrekking tot jouw gebruik van Apple Pay of Wallet; (e) beslissingen genomen door een uitgevende instantie, winkel of andere externe partij in relatie tot het toevoegen van je Ondersteunde kaart aan Wallet; (f) je lidmaatschap van of deelname aan een programma van een winkel of een partner; (g) enige opbouw of inwisseling van spaarwaarde of tegoed in relatie tot je Ondersteunde kaarten; (h) het financieren of opladen van prepaid Ondersteunde kaarten; (i) het versturen of ontvangen van persoonlijke betalingen of internationaal betalingsverkeer; of (j) het storten, inwisselen of opnemen van geld op je Apple Cash-kaart.

Wanneer je Apple Card aanvraagt, doe je een aanvraag om een rekening te openen bij de Uitgevende instantie van Apple Card. De financiële instelling die verantwoordelijk is voor het aanbieden van Apple Card kan worden gewijzigd en je gebruik van Apple Card is onderworpen aan de voorwaarden van die instelling.

Als je de Apple Cash-voorzieningen binnen Apple Pay hebt ingeschakeld, open je een rekening bij Green Dot Bank. Met uitzondering van de voorzieningen van Apple Pay die door Apple Payments worden geleverd, geldt dat wanneer je een persoonlijke betaling verstuurt of ontvangt of met je Apple Cash-kaart geld stort of opneemt, Green Dot Bank verantwoordelijk is voor de ontvangst van je geld en de verzending ervan naar de beoogde ontvanger. De financiële instelling die verantwoordelijk is voor het aanbieden van Apple Cash en persoonlijke betalingen binnen Apple Pay kan worden gewijzigd en je gebruik van dergelijke voorzieningen is onderworpen aan de voorwaarden van die instelling.

Apple Payments biedt je de mogelijkheid om geld dat op je Apple Cash-kaart staat, te gebruiken voor betalingen aan bepaalde in aanmerking komende en door jou geautoriseerde bedrijven (de 'Direct Payments Service'). Op je gebruik van de Direct Payments Service zijn de voorwaarden van Apple Payments voor Direct Payments van toepassing. Daarnaast kunnen bepaalde in aanmerking komende bedrijven jou toestaan om hen te autoriseren om geld over te maken naar je Apple Cash-kaart (afzonderlijk een 'Uitbetaling' genoemd). Uitbetalingen kunnen door Apple Payments worden verwerkt, maar worden aangeboden door de deelnemende bedrijven die het geld overmaken. Op deze Uitbetalingen zijn mogelijk aanvullende voorwaarden van de uitbetalende bedrijven van toepassing. Bij alle geschillen of vragen over Ondersteunde kaarten of hieraan gerelateerde commerciële activiteiten neem je contact op met de uitgevende instantie of de betreffende winkel, uitgevende overheidsinstantie, appontwikkelaar of externe partij. Voor vragen over Apple Pay, Wallet, Apple Card, de Apple Cash-kaart of persoonlijke betalingen kun je contact opnemen met Apple Support.

**5. Privacy**

Het verzamelen en gebruiken van persoonlijke gegevens door Apple is onderworpen aan het

Privacybeleid van Apple op https://www.apple.com/nl/legal/privacy/. Gedetailleerde informatie over welke persoonlijke gegevens worden verzameld, gebruikt of gedeeld als onderdeel van je gebruik van Apple Pay en Wallet vind je in de relevante dienstspecifieke privacyverklaringen, waaronder de informatie over Apple Pay en privacy, beschikbaar op je Apparaat, in de Watch-app op een gekoppeld Apparaat en op https://www.apple.com/nl/legal/privacy/. Wanneer je gebruikmaakt van Apple Pay en Wallet, stem je ermee in dat Apple en dochterondernemingen en vertegenwoordigers van Apple alle voornoemde informatie verzenden, verzamelen, beheren, verwerken en gebruiken om deze Diensten te leveren.

**6. Beveiliging; zoekgeraakte of gedeactiveerde apparaten**

JE ONDERSTEUNDE APPARATEN EN INLOGGEGEVENS NET ZO ZORGVULDIG BEHANDELEN ALS JE FYSIEKE PORTEMONNEE EN (BETAAL)KAARTEN

Apple Pay en Wallet bewaren een virtuele weergave van je Ondersteunde kaarten en moeten net zo zorgvuldig worden behandeld als je fysieke portemonnee, sleutels, (prepaid) creditcards, bankpassen, identiteitskaarten en andere kaarten. Jij bent als enige verantwoordelijk voor het waarborgen van de veiligheid van je Apparaten en Apple ID, de gegevens van je Touch ID en Face ID, de toegangscode van je ondersteunde Appara(a)t(en) en enige andere inloggegevens die je gebruikt in relatie tot de Diensten (gezamenlijk je 'Inloggegevens'). Als je iemand anders toestemming geeft of anderszins in staat stelt om je ondersteunde Apparaat te gebruiken (*bijvoorbeeld* door de toegangscode van je Apparaat aan een externe partij te verstrekken of toe te staan dat een externe partij een vingerafdruk aan Touch ID toevoegt of Face ID inschakelt, of door anderszins enige van je Inloggegevens aan een externe partij te verstrekken), kan diegene mogelijk betalingen verrichten, persoonlijke betalingen versturen, aanvragen of ontvangen, geld opnemen van je Apple Cash-kaart, spaarwaarde ontvangen of inwisselen, tegoeden gebruiken, je auto, kamer, kantoor of woning ontgrendelen of er anderszins toegang toe krijgen, je identiteit gebruiken of andere transacties verrichten met de Ondersteunde kaarten in Wallet. In een dergelijk geval ben jij verantwoordelijk voor alle betalingen, toegangsverschaffingen en transacties die diegene heeft verricht.

JAILBREAKS OP APPARATEN

Als je niet-geautoriseerde wijzigingen in je Apparaat aanbrengt, bijvoorbeeld door hardware- of softwareregelaars uit te schakelen (ook wel 'jailbreaking' genoemd), komt je Apparaat mogelijk niet langer in aanmerking voor toegang tot of gebruik van de Diensten. Je erkent dat het gebruik van een Apparaat dat op dergelijke wijze is gewijzigd, in combinatie met de Diensten uitdrukkelijk verboden is, een inbreuk vormt op deze Aanvullende voorwaarden en reden voor ons vormt om je de toegang tot de Diensten te ontzeggen of je toegang tot de Diensten te beperken.

AANVULLENDE VEILIGHEIDSMAATREGELEN

Om toegang te krijgen tot bepaalde voorzieningen van Apple Pay, waaronder Apple Card, de Apple Cash-kaart en persoonlijke betalingen met Apple Pay, moet je mogelijk aanvullende veiligheidsmaatregelen nemen, zoals het inschakelen van twee-factor-authenticatie voor je Apple ID. Als je deze beveiligingsfuncties vervolgens verwijdert, heb je mogelijk geen toegang meer tot bepaalde voorzieningen van Apple Pay. Als je de Face ID of Touch ID verwijdert die als identificatiemiddel aan je ID-kaart is gekoppeld, moet je de volledige instellingsprocedure voor de ID-kaart uitvoeren.

VERLOREN OF GESTOLEN APPARATEN

Als je Apparaat is zoekgeraakt of is gestolen en Zoek mijn is ingeschakeld, kun je Zoek mijn gebruiken om de mogelijkheid transacties te verrichten met de virtuele Ondersteunde kaarten of persoonlijke betalingen te versturen op dat Apparaat te blokkeren. Je kunt dit doen door de verloren-modus in te

schakelen. Met je Apparaat in de verloren-modus wordt de autosleutel in Wallet mogelijk uitgeschakeld en kun je je auto niet meer openen of starten als je het voertuig hebt verlaten of de motor hebt uitgezet. De verloren-modus heeft alleen gevolgen voor de sleutels op het verloren Apparaat. Als jij de eigenaar bent, kun je je auto- of huissleutels niet meer met anderen delen. Sleutels die je eerder al met anderen hebt gedeeld, kunnen op hun apparaten nog wel gewoon worden gebruikt.

Je kunt je Apparaat ook wissen, waarbij wordt geprobeerd de mogelijkheid te blokkeren om op het Apparaat transacties te verrichten met de virtuele Ondersteunde kaarten of persoonlijke betalingen te versturen. Je moet echter ook contact opnemen met de uitgevende instantie, winkel of andere externe partij die verantwoordelijk is voor je Ondersteunde kaarten, of, in geval van je Apple Card of Apple Cash-kaart, met Apple om te voorkomen dat onbevoegden gebruikmaken van je Ondersteunde kaarten in Apple Pay en Wallet.

Als je melding maakt van of als Apple vermoedens heeft van frauduleuze activiteiten of misbruik, stem je ermee in om bij een eventueel onderzoek met Apple samen te werken en desgevraagd fraudepreventiemaatregelen toe te passen.

**7. Beperking van aansprakelijkheid**

NAAST DE VAN DE HAND GEWEZEN GARANTIES EN BEPERKING VAN AANSPRAKELIJKHEID ZOALS UITEENGEZET IN DE LICENTIE, AANVAARDT APPLE GEEN ENKELE AANSPRAKELIJKHEID VOOR AANKOPEN, BETALINGEN, INTERNATIONAAL BETALINGSVERKEER, BESTELLINGEN, ORDERVERWERKINGEN, ONTVANGSTGEGEVENS, TOEGANGSVERSCHAFFINGEN, IDENTITEITSVERIFICATIES, TRANSACTIES OF ANDERE ACTIVITEITEN DIE ZIJN VERRICHT MET BEHULP VAN APPLE PAY OF WALLET. JE STEMT ER BOVENDIEN MEE IN OM JE IN GEVAL VAN VRAGEN OF GESCHILLEN MET BETREKKING TOT JE ONDERSTEUNDE KAARTEN, PERSOONLIJKE BETALINGEN EN AANVERWANTE ACTIVITEITEN UITSLUITEND TE BEROEPEN OP DE OVEREENKOMST MET DE UITGEVENDE INSTANTIE, HET BETALINGSNETWERK, DE FINANCIËLE INSTELLINGEN, DE WINKEL, DE APPONTWIKKELAAR, DE UITGEVENDE OVERHEIDSINSTANTIE OF ENIGE ANDERE EXTERNE PARTIJ.

— — — — — — — — — — —

**MEDEDELINGEN VAN APPLE**

Je stemt erin toe dat je mogelijk enige informatie van Apple betreffende je product of account via e-mail ontvangt. Bovendien stem je ermee in dat dergelijke mededelingen die je elektronisch ontvangt, voldoen aan de wettelijke communicatievereisten.

**ITALIANO**

**IMPORTANTE: UTILIZZANDO iPHONE, iPAD O iPOD TOUCH ("DISPOSITIVO"), ACCETTATE DI ESSERE VINCOLATI AI SEGUENTI TERMINI E CONDIZIONI:**

**A.    LICENZA SOFTWARE APPLE iOS E iPadOS**
**B.    TERMINI SUPPLEMENTARI DI APPLE PAY**
**C.    NOTIFICHE DA APPLE**

**APPLE INC**
**LICENZA SOFTWARE iOS E iPadOS**
**Licenza per utilizzo singolo**

**LEGGETE ATTENTAMENTE LA PRESENTE LICENZA SOFTWARE ("LICENZA") PRIMA DI UTILIZZARE IL DISPOSITIVO O DI SCARICARE L'AGGIORNAMENTO SOFTWARE CHE ACCOMPAGNA QUESTA LICENZA. UTILIZZANDO IL DISPOSITIVO O SCARICANDO UN AGGIORNAMENTO SOFTWARE, SECONDO IL CASO, ACCETTATE I TERMINI E LE CONDIZIONI DELLA PRESENTE LICENZA. QUALORA NON ACCETTIATE LE CONDIZIONI E I TERMINI DELLA LICENZA, NON UTILIZZATE IL DISPOSITIVO E NON SCARICATE L'AGGIORNAMENTO SOFTWARE**

**SE DI RECENTE AVETE ACQUISTATO UN DISPOSITIVO E NON ACCETTATI LE CONDIZIONI E I TERMINI, RESTITUITE IL DISPOSITIVO A APPLE STORE O A UN DISTRIBUTORE AUTORIZZATO ENTRO IL PERIODO DI RESTITUZIONE PER OTTENERE UN RIMBORSO, SECONDO I TERMINI DELLA POLITICA DI RESTITUZIONE CHE TROVERETE SU https://www.apple.com/it/legal/sales-support/.**

**1. Informazioni generali**
(a) Il software (incluso il codice Boot ROM, il software integrato e altro software di terze parti), le interfacce, i contenuti, i font, la documentazione e tutti i dati forniti con il Dispositivo ("Software Originale Apple"), così come quelli aggiornati o sostituiti da funzionalità aggiunte, aggiornamenti software, risposte di sicurezza, file di sistema o software per il ripristino del sistema forniti da Apple per il Dispositivo o le periferiche supportate ("Modifiche al Software Apple"), sia su memoria di sola lettura sia su altri supporti o in altra forma (il Software originale Apple e le Modifiche al Software Apple sono denominati collettivamente il "Software Apple"), vengono concessi in licenza, e non venduti, da Apple Inc. ("Apple") per essere usati unicamente nei termini di questa Licenza. Apple e i suoi licenziatari rimangono proprietari del Software Apple e si riservano tutti i diritti non espressamente accordati. Accettate che i termini della presente Licenza siano validi per qualsiasi app Apple inclusa nel Vostro Dispositivo, a meno che tali app non siano accompagnate da una licenza separata. In tal caso, accettate che i termini delle relative licenze regolino il Vostro utilizzo di tali app.

(b) Apple, a sua discrezione, può rendere disponibili future Modifiche al Software Apple. Qualora presenti, le Modifiche al Software Apple potrebbero non includere necessariamente tutte le funzionalità software esistenti o le nuove funzionalità fornite da Apple per altri modelli dei Dispositivi o per i modelli più recenti. I termini e le condizioni della presente Licenza disciplineranno tutte le Modifiche al Software Apple fornite da Apple, a meno che la Modifica al Software Apple non sia disciplinata da una licenza distinta; in tal caso, saranno applicabili i termini e le condizioni di tale licenza.

(c) Nel caso in cui utilizziate suddetta funzionalità di configurazione per configurare un nuovo Dispositivo in base a un Dispositivo esistente, accettate che i termini della presente Licenza regoli l'utilizzo del Software Apple sul Vostro Dispositivo, a meno che non sia regolato da una licenza separata; in tal caso accettate che i termini di tale Licenza regoli l'utilizzo di tale Software Apple. Il Vostro Dispositivo verificherà periodicamente con Apple la disponibilità di Modifiche al Software Apple. Nel caso sia

disponibile una modifica, questa può essere scaricata e installata automaticamente sul Vostro Dispositivo e, se applicabile, sulle Vostre periferiche. **Utilizzando il Software Apple, accettate che Apple possa scaricare e installare Modifiche al Software Apple automatiche sul Vostro Dispositivo e sulle Vostre periferiche.** Potete disattivare l'installazione automatica degli aggiornamenti del sistema operativo e le Rapid Security Response in qualunque momento modificando le impostazioni degli aggiornamenti automatici in Impostazioni > Generali > Aggiornamento Software. Alcuni file di sistema (inclusi, a titolo esemplificativo ma non esaustivo font, modelli di lingua, risorse vocali e firmware per periferiche aggiornati) possono continuare a essere installati automaticamente quando attivate o utilizzate alcune funzionalità o periferiche oppure per fare fronte a considerazioni di natura legale, normativa, di sicurezza pubblica o tecnica.

**2. Usi consentiti e restrizioni della Licenza.**
(a) Conformemente ai termini e alle condizioni stabiliti nella presente Licenza, Vi viene accordata una licenza limitata e non esclusiva per utilizzare il Software Apple su un singolo Dispositivo Apple. Salvo nella misura di quanto consentito dal paragrafo 2(b) a continuazione e salvo quanto stabilito in un contratto separato tra Voi e Apple, la presente Licenza non consente di utilizzare il Software Apple su più di un Dispositivo Apple alla volta e non consente di distribuire o di utilizzare il Software Apple su una rete dove potrebbe essere utilizzato da più dispositivi contemporaneamente. La presente licenza non concede alcun diritto relativamente all'utilizzo delle interfacce di proprietà di Apple né di altre proprietà intellettuali per il design, lo sviluppo, la fabbricazione, la concessione in licenza o la distribuzione di dispositivi e accessori di terze parti né di applicazioni di terze parti da utilizzare con i Dispositivi. Alcuni di tali diritti sono concessi in licenza separatamente da Apple. Per ulteriori informazioni relative allo sviluppo di dispositivi e accessori di terze parti per i Dispositivi, visitate https://developer.apple.com/programs/mfi/. Per ulteriori informazioni relative allo sviluppo di applicazioni per i Dispositivi, visitate https://developer.apple.com.

(b) Conformemente ai termini e condizioni stabiliti nella presente Licenza, Vi viene accordata una licenza limitata e non esclusiva per scaricare le Modifiche al Software Apple rese eventualmente disponibili da Apple per il modello del Dispositivo al fine di aggiornare o ripristinare il software di tutti i Dispositivi che possedete o controllate. Questa Licenza non Vi consente di aggiornare o ripristinare eventuali Dispositivi che non possiede o controlla personalmente. Inoltre, non potete distribuire o rendere disponibili le Modifiche al Software Apple su una rete dove potrebbero essere utilizzati da più Dispositivi o computer contemporaneamente. Se scaricate un Aggiornamento Software Apple sul computer, potete eseguire una copia delle Modifiche al Software Apple memorizzate sul Vostro computer in formato atto alla lettura automatica per soli scopi di backup, purché la copia di backup riporti tutte le informazioni relative ai diritti d'autore o altri diritti di proprietà contenute nell'originale.

(c) Nella misura in cui Apple ha preinstallato app Apple da App Store sul Vostro Dispositivo al momento dell'acquisto ("App Preinstallate"), dovrete accedere a App Store e associare tali App Preinstallate con il Vostro account App Store per poterle utilizzare sul Vostro Dispositivo. Quando associate un'App Preinstallata con il Vostro account App Store, al tempo stesso associate automaticamente tutte le altre App Preinstallate sul Vostro Dispositivo. Scegliendo di associare le App Preinstallate con il Vostro account App Store, accettate che Apple possa trasmettere, raccogliere, conservare, processare e utilizzare sia l'ID Apple utilizzato dal Vostro account App Store sia un identificatore hardware unico rilevato dal Vostro Dispositivo come identificatori unici dell'account allo scopo di verificare l'idoneità della Vostra richiesta e di fornirvi l'accesso alle App Preinstallate attraverso App Store. Se non desiderate utilizzare le App Preinstallate, potete eliminarle dal Vostro Dispositivo in qualsiasi momento.

(d) Non è consentito, e accettate quindi di non farlo e di non permettere ad altri di farlo, copiare (salvo nei limiti di quanto espressamente consentito dalla presente Licenza), decompilare, disassemblare, riassemblare, tentare di ricavare il codice sorgente, decodificare o modificare il Software Apple e qualunque servizio fornito dal Software Apple o parte di esso né ricavarne prodotti derivati (salvo nei

limiti di quanto consentito dalla legge applicabile o dai termini e le condizioni del contratto di licenza che regolano l'uso dei componenti open source inclusi con il Software Apple). Accettate di non rimuovere, oscurare o alterare gli avvisi di proprietà (tra cui gli avvisi di marchio registrato e di diritto d'autore) che potrebbero essere inclusi o contenuti all'interno del Software Apple.

(e) Il Software Apple può essere utilizzato per riprodurre materiale purché tale utilizzo sia limitato alla riproduzione di materiale non protetto da copyright, di materiale di cui detenete il copyright o di materiale per cui disponete dell'autorizzazione o del permesso legale per la riproduzione. Fatto salvo quanto precede, è proibita la ripubblicazione, la ritrasmissione o la riproduzione di qualsiasi tipo di immagine a cui si ha avuto accesso tramite News o Mappe come file indipendente. La titolarità e i diritti di proprietà intellettuale relativi a qualsiasi materiale visualizzato, archiviato o accessibile dal Vostro Dispositivo appartengono al rispettivo proprietario del contenuto. Tale contenuto potrebbe essere protetto da copyright o da altre leggi o trattati sulla proprietà intellettuale e potrebbe essere soggetto ai termini di utilizzo di terze parti che forniscono tale contenuto. Salvo quanto diversamente previsto nel presente documento, la presente Licenza non Vi concede alcun diritto di utilizzare tali contenuti né garantisce che tali contenuti continuino a essere a Vostra disposizione.

(f) Conformemente ai termini e condizioni della presente Licenza, potete: (i) utilizzare i personaggi Memoji inclusi o creati con il Software Apple ("Personaggi del Sistema") (1) quando il Software Apple è in esecuzione e (2) per creare contenuti e progetti per uso personale e non commerciale; e (ii) utilizzare le Didascalie in tempo reale generate automaticamente sul dispositivo in tempo reale dal Software Apple ("Didascalie in tempo reale"), generate durante una chiamata FaceTime o in altro modo, solo per l'uso personale e non commerciale. Questa Licenza non Vi consente nessun altro uso dei Personaggi del sistema o delle Didascalie in tempo reale, compresi, a titolo esemplificativo ma non esaustivo, l'uso, la riproduzione, l'esposizione, la realizzazione, la registrazione, la pubblicazione o la redistribuzione di qualunque Personaggio del sistema o Didascalia in tempo reale in contesti di condivisione pubblica, lucrativa o no, e in contesti commerciali.

(g) Al fine di completare determinati comandi per azioni su app e/o siti web, il Software Apple potrebbe dover accedere a determinate applicazioni software, servizi o siti web di terzi sul Dispositivo. Acconsentite espressamente e autorizzate tale uso nella misura necessaria per completare i comandi rapidi con il Software Apple.

(h) Accettate di utilizzare il Software Apple e i Servizi (così come stabilito nel Paragrafo 5 a continuazione) in conformità a tutte le leggi applicabili, comprese la legislazione locale del paese o della regione in cui risiedete o in cui scaricate o utilizzate il Software Apple e i Servizi. Le funzionalità del Software Apple e i Servizi potrebbero non essere disponibili in tutte le lingue o in tutte le regioni, alcune funzionalità potrebbero variare da regione a regione e alcune potrebbero essere limitate o rese non disponibili dal Vostro fornitore di servizi. Per alcune funzionalità del Software Apple e dei Servizi è necessaria una connessione Wi-Fi o una connessione dati cellulare.

(i) L'utilizzo di App Store richiede una combinazione unica di nome utente e password, conosciuta come ID Apple. Un ID Apple è richiesto anche per accedere agli aggiornamenti delle app e ad alcune funzionalità del Software Apple e dei Servizi.

(j) Riconoscete che molte funzionalità, app incluse e Servizi del Software Apple eseguono la trasmissione di dati che potrebbe ripercuotersi sul Vostro piano tariffario e che la responsabilità di tali costi ricade esclusivamente su di Voi. Potete visualizzare e controllare a quali applicazioni è consentito l'utilizzo dei dati cellulare e visualizzare una stima dei consumi di tali applicazioni nelle impostazioni "Dati cellulare". Inoltre, Assistenza Wi-Fi passerà automaticamente alla connessione cellulare quando il segnale Wi-Fi è scarso, e ciò potrebbe aumentare l'utilizzo dei dati cellulare e ripercuotersi sul Vostro piano tariffario. Assistenza Wi-Fi è attiva per impostazioni predefinita, ma può essere disabilitata nelle Impostazioni. Per

ulteriori informazioni, consultate il Manuale utente del Dispositivo.

(k) Se scegliete di consentire gli aggiornamenti automatici delle app, il Vostro Dispositivo verificherà periodicamente con Apple la presenza di aggiornamenti per le app sul Vostro Dispositivo e, qualora disponibili, gli aggiornamenti verranno scaricati e installati automaticamente. Potete disattivare completamente gli aggiornamenti automatici delle app in qualsiasi momento andando in Impostazioni, toccando "iTunes Store e App Store" e disattivando l'opzione Aggiornamenti sotto "Download automatici".

(l) In alcune circostanze, l'utilizzo del Vostro Dispositivo può causare distrazione e potrebbe portare a situazioni pericolose (ad esempio, si consiglia di evitare di digitare messaggi di testo durante la guida o di utilizzare gli auricolari andando in bicicletta). Utilizzando il Dispositivo, riconoscete la Vostra responsabilità nel rispettare le norme che vietano o limitano l'utilizzo di telefoni cellulari o cuffie e auricolari (ad esempio, l'obbligo di utilizzare opzioni vivavoce per effettuare chiamate durante la guida).

(m) Alcune funzionalità del Software Apple possono fornire assistenza in situazioni collegate alla sicurezza, ad esempio la funzionalità di rilevamento dei problemi di sicurezza e la connessione ai servizi di emergenza (se disponibile). Apple non garantisce la disponibilità, l'accuratezza, la completezza, l'affidabilità o la tempestività di tali funzionalità. Queste funzionalità non sono pensate per essere utilizzate in situazioni nelle quali è disponibile e accessibile un aiuto più immediato o efficace. Accettate di utilizzare queste funzionalità a Vostro rischio esclusivo e di esercitare il Vostro giudizio indipendente. Accettate altresì che Apple, le società ad essa affiliate, i propri agenti o dirigenti non abbiano alcuna responsabilità in relazione all'utilizzo delle funzionalità da parte Vostra e alle conseguenze di tale utilizzo, nella misura massima consentita dalla legge.

(n) Il Vostro dispositivo non è un dispositivo medico e non deve essere utilizzato in sostituzione di un parere medico professionale. Esso non è progettato o pensato per essere utilizzato nella diagnosi di malattie o altre condizioni mediche, né per curare, mitigare, trattare o prevenire alcun tipo di malattia o condizione medica. Vi invitiamo a consultare il medico curante prima di prendere qualsiasi decisione relativa alla salute.

**3. Trasferimento.** Non è consentito affittare, concedere in leasing, prestare, vendere, ridistribuire o concedere in sublicenza il Software Apple. Tuttavia è consentito trasferire in maniera permanente tutti i diritti relativi al Software Apple a terzi, in caso di trasferimento di proprietà del Dispositivo, a condizione che: (a) il trasferimento riguardi il Dispositivo e tutto il Software Apple, inclusi tutti i componenti e la presente Licenza; (b) non venga conservata nessuna copia totale o parziale del Software Apple, comprese eventuali copie memorizzate su computer o su altro dispositivo di archiviazione dati; e (c) la parte ricevente il Software Apple legga e accetti i termini e le condizioni della presente Licenza.

**4. Consenso all'utilizzo dei dati.** Quando utilizzate il Vostro telefono, il Vostro numero telefonico e alcuni identificatori unici del Vostro Dispositivo vengono inviati a Apple per consentire ad altri di raggiungervi tramite il Vostro numero telefonico durante l'utilizzo di varie funzionalità di comunicazione del Software Apple, come ad esempio iMessage e FaceTime. Quando utilizzate iMessage, Apple potrebbe conservare i Vostri messaggi in forma codificata per un periodo di tempo limitato per garantirne la consegna. Potete disattivare FaceTime o iMessage accedendo alle impostazioni di FaceTime o Messaggi sul Vostro Dispositivo. Alcune funzionalità, come Analisi, "Servizi di localizzazione", Siri e Dettatura, potrebbero richiedere informazioni dal Vostro Dispositivo per fornire le rispettive funzioni. Quando attivate o utilizzate tali funzionalità, Vi verranno forniti ulteriori dettagli sul tipo di dati inviati a Apple e su come possono essere utilizzati. Maggiori informazioni sono disponibili all'indirizzo: https://www.apple.com/it/privacy/. In qualsiasi momento le informazioni che Vi riguardano verranno trattate in accordo con la politica sulla privacy di Apple, consultabile all'indirizzo https://www.apple.com/it/legal/privacy/.

**5. Servizi e materiali di terze parti.**

(a) Il Software Apple potrebbe consentire l'accesso a iTunes Store, App Store, Apple Books, Game Center, iCloud, Mappe, News, Fitness+ ad altri siti e servizi di Apple e di terze parti (collettivamente e individualmente, "Servizi"). L'uso di tali Servizi richiede l'accesso a internet, mentre l'uso di taluni Servizi potrebbe richiedere un ID Apple, l'accettazione da parte Vostra di termini aggiuntivi e potrebbe essere soggetto a pagamenti aggiuntivi. L'utilizzo di questo software con un ID Apple o altri servizi Apple comporta l'accettazione dei termini e delle condizioni dei servizi, quali i termini e le condizioni dei Servizi multimediali Apple più recenti per il paese o regione da cui si accede a tali Servizi, che possono essere consultati e controllati su https://www.apple.com/legal/internet-services/itunes/.

(b) Se eseguite la registrazione a iCloud, alcune funzionalità iCloud, quali iCloud Drive, "Il mio streaming foto", "Album condivisi" e Dov'è potrebbero essere accessibili direttamente dal Software Apple. Riconoscete e accettate che il Vostro utilizzo di iCloud e di queste funzionalità è soggetto ai termini e condizioni più recenti del servizio iCloud, che possono essere consultati e controllati su: https://www.apple.com/legal/internet-services/icloud/.

(c) Contenuto dell'app News. L'utilizzo del contenuto accessibile mediante l'applicazione Novità è limitato esclusivamente a un uso personale, non commerciale e non trasferisce alcun diritto di proprietà relativo al contenuto; in particolare, esclude, senza limitazioni, qualsiasi diritto di utilizzo commerciale o promozionale relativo a tale contenuto. Inoltre, non è consentito ripubblicare, ritrasmettere e riprodurre qualsiasi immagine accessibile mediante Novità come file stand-alone.

(d) Mappe. Il servizio e le funzionalità delle mappe del Software Apple ("Mappe"), compresa la copertura dei dati della mappa, potrebbero variare a seconda delle regioni. Quando si attiva o si utilizza Mappe, vengono forniti dettagli relativi alle informazioni che vengono inviate ad Apple e al modo in cui tali dati possono essere utilizzati. Accettate e riconoscete che l'utilizzo di Mappe è soggetto ai termini e alle condizioni più recenti del servizio Mappe, a cui è possibile accedere sul pannello iniziale di Mappe su iPhone.

(e) Riconoscete che, utilizzando uno qualunque dei Servizi, esiste la possibilità che troviate contenuti che potreste considerare offensivi, indecenti o discutibili, che potrebbero o meno contenere linguaggio esplicito, e che i risultati di qualunque ricerca o l'inserimento di un URL specifico potrebbero generare automaticamente e involontariamente dei collegamenti o dei riferimenti a materiale discutibile. Accettate tuttavia di utilizzare i Servizi a vostro unico rischio e riconoscete che Apple, le società a essa affiliate e i suoi agenti, principali o licenziatari non saranno ritenuti responsabili per contenuti che potrebbero essere giudicati offensivi, indecenti o discutibili.

(f) Alcuni Servizi possono visualizzare, contenere o rendere disponibili contenuti, dati, informazioni o materiali di terze parti ("Materiali di terze parti") oppure facilitare collegamenti ad alcuni siti web di terze parti. Utilizzando i Servizi, riconoscete ed accettate che Apple non è responsabile della valutazione del contenuto né dell'esattezza, della completezza, della puntualità, della validità, del rispetto del copyright, della legalità, della decenza, della qualità o di qualsiasi altro aspetto di tali materiali o siti web di terze parti. Apple, i suoi dirigenti, le società ad essa affiliate e da essa controllate non si fanno garanti, non assumono responsabilità né saranno passibili di responsabilità alcuna rispetto a Voi né ad altri per i Servizi di terze parti, i Materiali di terze parti o i siti web di terze parti, né per qualunque altro materiale, prodotto o servizio di terzi. I materiali di terze parti e i collegamenti ad altri siti web sono forniti esclusivamente a titolo di cortesia.

(g) Né Apple né i suoi fornitori di contenuti garantiscono la disponibilità, precisione, completezza, affidabilità o puntualità delle informazioni relative alle azioni, all'ubicazione o di altre informazioni visualizzate mediante i Servizi. Le informazioni finanziarie visualizzate dai Servizi sono fornite unicamente

a scopo informativo e non devono essere ritenute affidabili come consigli per investimenti. Prima di realizzare qualsiasi transazione borsistica sulla base delle informazioni ottenute mediante i Servizi, dovreste consultare un professionista finanziario o un altro professionista del settore che sia legalmente qualificato per fornire consigli finanziari o borsistici nel Vostro paese o nella Vostra regione. I dati sull'ubicazione forniti da uno qualsiasi dei Servizi, incluso il servizio Mappe di Apple, vengono forniti esclusivamente per finalità di spostamento e pianificazione di base e su di esse non si deve fare affidamento in situazioni in cui sono necessarie informazioni precise rispetto all'ubicazione che, qualora si rivelassero errate, non precise, in ritardo o incomplete potrebbero provocare morte, lesioni personali o danni ambientali o alla proprietà. Accettate che i risultati ricevuti dal servizio Mappe potrebbero non corrispondere alla strada reale o alle effettive condizioni del terreno a causa di fattori che possono influenzare l'accuratezza dei dati di Mappe, quali, a titolo esemplificativo, condizioni meteo, condizioni delle strade e del traffico, ed eventi geopolitici. Per la Vostra sicurezza quando utilizzate la funzionalità di navigazione, fate sempre attenzione ai segnali stradali e alle condizioni attuali della strada. Seguite le pratiche di guida sicura e le norme di circolazione e tenete presente che le indicazioni per i tragitti a piedi o in bicicletta potrebbero non includere piste ciclabili o percorsi pedonali.

(h) Nella misura in cui si carica il contenuto attraverso l'utilizzo dei Servizi, dichiarate di possedere tutti i diritti o di avere l'autorizzazione o siete legalmente autorizzati a caricare tali contenuti e che tali contenuti non violano i termini di servizio applicabili ai Servizi. Accettate che i Servizi contengano materiali, informazioni e contenuti proprietari posseduti da Apple, dal proprietario del sito o dai loro licenziatari, e sono protetti dalle leggi sulle proprietà intellettuale e da altre leggi applicabili, compreso, a titolo esemplificativo ma non esaustivo, il copyright. Accettate che tali materiali, informazioni e contenuti proprietari non verranno da Voi utilizzati in nessun modo, escluso gli usi permessi dei Servizi o in nessuna maniera in contrasto con i termini di questa Licenza o che infrange i diritti sulla proprietà intellettuale di terze parti o di Apple. Non può essere riprodotta nessuna porzione dei Servizi, in nessun modo e per nessuno scopo. Accettate di non dare in locazione, in leasing, in prestito, vendere, modificare, distribuire i Servizi né di ricavarne prodotti derivati in alcun modo; dichiarate altresì che non utilizzerete i Servizi in alcun modo non consentito, compresi, a titolo esemplificativo ma non esaustivo, la trasmissione di virus informatici, worm, trojan o altro malware e la violazione o il sovraccarico della capacità del network. Accettate inoltre di non utilizzare i Servizi in nessuna maniera per molestare, abusare, effettuare stalking, minacciare, diffamare o altrimenti infrangere o violare i diritti di altre parti, e che Apple non è in nessun modo responsabile per tali usi da Voi eseguiti, né per qualsivoglia molestia, minaccia, diffamazione, offesa, trasmissione o messaggio illegale o che infrange la legge che Voi potreste ricevere durante l'utilizzo dei Servizi.

(i) Inoltre, tali Servizi e i materiali di terze parti potrebbero non essere disponibili in tutte le lingue o in tutti i paesi o le regioni. Apple non garantisce che tali Servizi o Materiali di Terze Parti siano appropriati per l'utilizzo in uno specifico paese o regione. Nella misura in cui Voi scegliete di utilizzare o accedere a tali Servizi o Materiali di Terze Parti, lo fate per vostra iniziativa e siete responsabili della conformità a qualsivoglia legge applicabile, comprese, a titolo esemplificativo ma non esaustivo, le leggi locali applicabili e le leggi sulla privacy e sulla raccolta delle informazioni applicabili. La condivisione o la sincronizzazione di foto tramite il Vostro Dispositivo potrebbero causare il trasferimento di metadati, che possono includere dati relativi al momento e al luogo in cui le foto sono state scattate e altre informazioni dettagliate, insieme alle stesse. L'utilizzo dei servizi Apple (quali Libreria foto di iCloud) per condividere o sincronizzare le foto implicherà la ricezione e l'archiviazione da parte di Apple di tali metadati. Apple e i suoi licenziatari si riservano il diritto di modificare, sospendere, rimuovere o disabilitare l'accesso a qualsiasi Servizio in qualsiasi momento senza preavviso. In nessun caso Apple sarà responsabile della rimozione o della disabilitazione dell'accesso a tali Servizi. Apple può inoltre imporre limiti sull'utilizzo o sull'accesso ad alcuni Servizi in qualsiasi caso e senza preavviso o responsabilità.

**6. Cessazione.** La presente Licenza resterà valida fino alla sua conclusione. Apple porrà termine

automaticamente e senza preavviso ai diritti garantiti da questa Licenza o essi cesseranno altrimenti di essere validi in caso di inadempienza di uno qualsiasi di tali termini. In seguito alla conclusione di questa Licenza è fatto obbligo di interrompere l'utilizzo del Software Apple. I paragrafi 4, 5, 6, 7, 8, 9, 10, 12 e 13 rimarranno validi anche dopo la cessazione della stessa.

**7. Clausola esonerativa di altre garanzie**

7.1     Se siete clienti consumatori (ossia, se utilizzate privatamente il Software Apple al di fuori del Vostro ambito commerciale, d'affari o professionale), nel Vostro paese di residenza potreste godere di diritti legali che vietano l'applicazione delle limitazioni seguenti, che, in tal caso, non Vi riguarderanno. Per ulteriori informazioni sui diritti, dovreste contattare un'organizzazione dei consumatori locale.

7.2     NELLA MISURA DI QUANTO CONSENTITO DALLA LEGGE APPLICABILE, RICONOSCETE E ACCETTATE ESPRESSAMENTE CHE L'USO DEL SOFTWARE APPLE E QUALSIASI SERVIZIO ESEGUITO O A CUI SI ACCEDE TRAMITE IL SOFTWARE APPLE AVVIENE A VOSTRO RISCHIO E PERICOLO, ACCETTANDONE ALTRESÌ IL RISCHIO RIGUARDANTE LA QUALITÀ, LE PRESTAZIONI, LA PRECISIONE E L'IMPIEGO SODDISFACENTI.

7.3     NEI LIMITI MASSIMI CONSENTITI DALLA LEGGE, IL SOFTWARE APPLE E I SERVIZI VENGONO FORNITI NELLO STATO IN CUI SI TROVANO E COSÌ COME DISPONIBILI, CON TUTTI I POSSIBILI ERRORI E SENZA GARANZIE DI SORTA, E APPLE E I LICENZIATARI DI APPLE (COLLETTIVAMENTE DENOMINATI "APPLE" AI FINI DEI PARAGRAFI 7 E 8) ESCLUDONO ESPRESSAMENTE, RELATIVAMENTE AL SOFTWARE APPLE E AI SERVIZI, OGNI GARANZIA E CONDIZIONE, ESPRESSA, IMPLICITA O STATUTARIA, INCLUSE, A TITOLO ESEMPLIFICATIVO MA NON ESAUSTIVO, LE GARANZIE IMPLICITE E/O LE CONDIZIONI DI COMMERCIABILITÀ, DI QUALITÀ SODDISFACENTE, DI IDONEITÀ DEL PRODOTTO A SODDISFARE UNO SCOPO SPECIFICO, DI PRECISIONE, DI GODIMENTO ESENTE DA TURBATIVE E DI NON VIOLAZIONE DEI DIRITTI DI TERZE PARTI.

7.4     APPLE NON GARANTISCE CHE L'UTILIZZO DEL SOFTWARE APPLE E DEI SERVIZI SIA ESENTE DA INTERFERENZE, CHE LE FUNZIONI DEL SOFTWARE APPLE E DEI SERVIZI SIANO IDONEE A SODDISFARE LE VOSTRE ESIGENZE, CHE IL FUNZIONAMENTO DEL SOFTWARE APPLE E DEI SERVIZI SIA ININTERROTTO O IMMUNE DA DIFETTI, CHE I SERVIZI CONTINUERANNO AD ESSERE DISPONIBILI, CHE I DIFETTI RISCONTRATI NEL SOFTWARE APPLE VENGANO CORRETTI NÉ CHE IL SOFTWARE APPLE SIA COMPATIBILE O CHE FUNZIONI CON APPLICAZIONI, SERVIZI O SOFTWARE DI TERZE PARTI. L'INSTALLAZIONE DI QUESTO SOFTWARE APPLE POTREBBE AVERE DEGLI EFFETTI SULLA DISPONIBILITÀ E SUL FUNZIONAMENTO DI SOFTWARE, APPLICAZIONI O SERVIZI DI TERZE PARTI, COSÌ COME DI PRODOTTI E DI SERVIZI DI APPLE.

7.5     RICONOSCETE ALTRESÌ CHE L'UTILIZZO DEL SOFTWARE APPLE E DEI SERVIZI NON È INTESO PER NÉ ADATTO A SITUAZIONI O AMBIENTI IN CUI IL MALFUNZIONAMENTO, EVENTUALI RITARDI, ERRORI O IMPRECISIONI DEL CONTENUTO, DEI DATI O DELLE INFORMAZIONI FORNITE DAL SOFTWARE APPLE E DAI SERVIZI POTREBBERO ESSERE CAUSA DI MORTE, DANNI FISICI O AMBIENTALI COMPRESI, A TITOLO ESEMPLIFICATIVO MA NON ESAUSTIVO, LE SITUAZIONI IN CUI VENGONO UTILIZZATE ATTREZZATURE NUCLEARI, STRUMENTAZIONI DI VOLO O DI COMUNICAZIONE CON AEROPLANI E SISTEMI RELATIVI AL CONTROLLO DEL TRAFFICO AEREO, DI SOCCORSO O AD ARMI.

7.6     EVENTUALI INFORMAZIONI O CONSIGLI ORALI O SCRITTI DA PARTE DI APPLE O RAPPRESENTANTI AUTORIZZATI DI APPLE NON POSSONO IN OGNI CASO COSTITUIRE UNA GARANZIA. NEL CASO DI DIFETTI DEL SOFTWARE APPLE O DEI SERVIZI, I COSTI GENERATI DA INTERVENTI, CORREZIONI E RIPRISTINI CHE DOVESSERO RENDERSI NECESSARI SARANNO TOTALMENTE A VOSTRO CARICO. POICHÉ ALCUNE GIURISDIZIONI NON AMMETTONO L'ESCLUSIONE DELLE GARANZIE IMPLICITE O LE LIMITAZIONI AI DIRITTI ATTRIBUITI DALLA LEGGE

AL CONSUMATORE, L'ESCLUSIONE E LE LIMITAZIONI DI CUI SOPRA POTREBBERO NON ESSERE APPLICABILI.

**8. Limitazioni della responsabilità.** PER QUANTO NON ESPRESSAMENTE PROIBITO DALLA LEGGE APPLICABILE, APPLE, LE SOCIETÀ A ESSA AFFILIATE, I SUOI AGENTI E PRINCIPALI SONO SOLLEVATI DA OGNI RESPONSABILITÀ PER QUALSIASI LESIONE PERSONALE O PER QUALSIASI DANNO, DIRETTO O INDIRETTO E DI OGNI GENERE E SPECIE, INCLUSI, A TITOLO ESEMPLIFICATIVO MA NON ESAUSTIVO, I DANNI PER MANCATO GUADAGNO, DANNEGGIAMENTO O PERDITA DI DATI, ERRORE NELLA TRASMISSIONE O RICEZIONE DEI DATI (INCLUSI, A TITOLO ESEMPLIFICATIVO MA NON ESAUSTIVO, ISTRUZIONI, COMPITI E MATERIALI RELATIVI A CORSI), INTERRUZIONE DELL'ATTIVITÀ O ALTRI DANNI O PERDITE COMMERCIALI, DERIVANTI O CORRELATI CON L'UTILIZZO O IL CATTIVO UTILIZZO DEL SOFTWARE APPLE, DEI SERVIZI O DI QUALUNQUE SOFTWARE, APPLICAZIONE O SERVIZIO DI TERZE PARTI CONGIUNTAMENTE AL SOFTWARE APPLE O AI SERVIZI, INDIPENDENTEMENTE DALLA LORO CAUSA E DALL'ORIGINE DELLA RESPONSABILITÀ (INTERRUZIONE DEL CONTRATTO, ATTO ILLECITO O ALTRI), ANCHE NEL CASO IN CUI APPLE SIA STATA AVVERTITA DELLA POSSIBILITÀ DI TALI DANNI. POICHÉ ALCUNE GIURISDIZIONI NON AMMETTONO L'ESCLUSIONE O LA LIMITAZIONE DELLA RESPONSABILITÀ PER LESIONI PERSONALI, O PER DANNI DIRETTI O INDIRETTI, LE ESCLUSIONI E LE LIMITAZIONI DI CUI SOPRA POTREBBERO NON ESSERE APPLICABILI. In nessun caso il limite di responsabilità nei Vostri confronti a carico di Apple per la globalità del danno (escluso quanto eventualmente previsto dalle leggi applicabili in materia di lesioni personali), potrà superare l'importo di duecentocinquanta dollari (US$ 250). Le limitazioni di cui sopra saranno applicabili anche qualora il risarcimento citato sia carente dello scopo sostanziale. IN DEROGA AGLI ALTRI TERMINI DELLA PRESENTE LICENZA, SE SI APPLICA IL CONSUMER CONTRACT ACT DEL GIAPPONE, I TERMINI CHE LIMITANO LA RESPONSABILITÀ DI APPLE PER DANNI DERIVANTI DA UNA VIOLAZIONE DEL CONTRATTO O DA UN ILLECITO COMMESSO DA APPLE NON SI APPLICHERANNO NEL CASO IN CUI TALI DANNI SIANO DOVUTI A UNA CONDOTTA ILLECITA INTENZIONALE O A UNA GRAVE NEGLIGENZA DA PARTE DI APPLE.

**9. Certificati Digitali.** Il software Apple è dotato di funzionalità che gli consentono di accettare certificati digitali emessi da Apple o da terze parti. VI ASSUMETE OGNI RESPONSABILITÀ CONNESSA ALLA DECISIONE DI FARE O MENO AFFIDAMENTO SU TALI CERTIFICATI, SIANO ESSI EMESSI DA APPLE O DA TERZE PARTI. L'USO DI TALI CERTIFICATI AVVIENE A VOSTRO RISCHIO ESCLUSIVO. NELLA MISURA DI QUANTO CONSENTITO DALLA LEGGE APPLICABILE, APPLE NON DICHIARA NÉ GARANTISCE IN ALCUN MODO, SIA ESSO ESPRESSO O IMPLICITO, LA COMMERCIABILITÀ, L'IDONEITÀ AD UNO SCOPO SPECIFICO, LA PRECISIONE O LA SICUREZZA DEI CERTIFICATI DIGITALI NÉ CHE ESSI NON VIOLINO DIRITTI DI TERZE PARTI.

**10. Controllo dell'esportazione.** Varrà la presente quale impegno da parte Vostra a non utilizzare, esportare o riesportare il Software Apple se non in conformità alle leggi degli Stati Uniti d'America o del paese o dei paesi in cui il Software Apple è stato acquisito. In particolare, ma senza limitazioni, il Software Apple non potrà essere esportato o riesportato (a) in nessun paese che si trovi sotto embargo statunitense o (b) a chiunque figuri nell'elenco del Dipartimento del Tesoro degli Stati Uniti denominato Specially Designated Nationals o negli elenchi del Dipartimento del Commercio degli Stati Uniti denominati Denied Person List o Entity List o in qualsiasi altro elenco di esclusione. Utilizzando il Software Apple, affermate espressamente e garantite di non trovarvi in uno di tali paesi, ovvero di non figurare negli elenchi di cui sopra. Accettate altresì di non utilizzare il Software Apple per alcuno scopo proibito dalla legge degli Stati Uniti, compresi, a titolo esemplificativo, ma non esaustivo, lo sviluppo, la progettazione, la fabbricazione o la produzione di missili, armi nucleari, chimiche o biologiche.

**11. Utenti finali governativi.** Il Software Apple e la relativa documentazione sono "Prodotti Commerciali", come in base alla definizione contenuta in 48 C.F.R. (Code of Federal Rules) §2.101, composti di "Software per Uso Commerciale" e di "Documentazione relativa a Software per Uso

Commerciale", come in base alle definizioni contenute in 48 C.F.R. §12.212 o in 48 C.F.R. §227.7202, in quanto applicabili. In conformità a 48 C.F.R. §12.212 o 48 C.F.R. §Da 227.7202-1 a 227.7202-4, dove applicabile, "Software per uso commerciale" e "Documentazione relativa a software per uso commerciale" sono fornite con licenza negli Stati Uniti d'America. Utenti finali governativi (a) solo come "Elementi commerciali" e (b) con i soli diritti garantiti a tutti gli altri utenti finali come previsto da termini e condizioni della licenza. I diritti non pubblicati sono protetti dalla legge degli Stati Uniti sul diritto d'autore.

**12. Legge regolatrice ed eventuale nullità di una o più clausole.** Questa Licenza sarà regolata ed interpretata in conformità alla legislazione dello Stato della California, salvo i conflitti legislativi. Questa Licenza non sarà regolata dalla Convenzione delle Nazioni Unite sui contratti di vendita internazionale di merci, la cui applicazione viene esclusa espressamente. Se siete dei consumatori residenti nel Regno Unito, la presente Licenza sarà regolata dalle leggi del Vostro paese di residenza. Se per qualsiasi ragione un tribunale competente dovesse ritenere inapplicabile una o più clausole o parti di clausole di questa Licenza, le altre clausole o parti di clausole rimarranno valide e applicabili.

**13. Integrità dell'accordo e lingua prevalente.** La presente Licenza costituisce l'accordo integrale tra Voi e Apple relativamente al Software Apple che ne costituisce l'oggetto e sostituisce ogni eventuale accordo precedente o contemporaneo avente il medesimo oggetto. Per essere effettivi, eventuali emendamenti o modifiche di questa Licenza dovranno essere effettuati in forma scritta e sottoscritti da un rappresentante autorizzato di Apple. La presente Licenza viene tradotta unicamente per esigenze locali e nel caso in cui la versione inglese della Licenza e la versione tradotta fossero discrepanti farà fede la versione inglese, nella misura di quanto consentito dalla legislazione locale della Vostra giurisdizione.

**14. Riconoscimenti a terzi.** Alcune parti del Software Apple potrebbero utilizzare o comprendere software di terze parti e altro materiale soggetto al diritto d'autore. I riconoscimenti, le condizioni di licenza e le esclusioni relativi a tali materiali si trovano nella documentazione elettronica del Software Apple e ogni uso di tale materiale è regolato dai rispettivi termini. L'uso del servizio Google Safe Browsing è soggetto alle condizioni del servizio di Google (https://www.google.com/intl/it/policies/terms/) e alla Politica sulla Privacy di Google (https://www.google.com/intl/it/policies/privacy/).

**15. Utilizzo di MPEG-4; avviso H.264/AVC**
(a) Il Software Apple è concesso in licenza secondo i termini della MPEG-4 Systems Patent Portfolio License per la codifica in conformità del MPEG-4 Systems Standard, ad eccezione del fatto che sono necessari una licenza aggiuntiva e il pagamento di royalty per la codifica con (i) dati, pagati singolarmente, archiviati o duplicati su supporti fisici e/o (ii) dati, pagati singolarmente, trasmessi a un utente finale per archiviazione permanente e/o utilizzo. Tale licenza aggiuntiva può essere ottenuta da MPEG LA, LLC. Per ulteriori informazioni, consultate l'indirizzo https://www.mpegla.com.

(b) Il Software Apple contiene funzionalità di codifica e/o decodifica video MPEG-4. Il Software Apple è concesso in licenza secondo i termini della MPEG-4 Visual Patent Portfolio License per l'utilizzo personale e non commerciale da parte di un utente per (i) la codifica di video conformi a MPEG-4 Visual Standard ("MPEG-4 Video") e/o (ii) la decodifica di video MPEG-4 codificati da utenti impegnati in attività personali e non commerciali e/o ottenuti da un distributore video autorizzato da MPEG LA per la fornitura di video MPEG-4. Nessuna licenza è concessa o è implicita per utilizzi di tipo diverso. Ulteriori informazioni, incluse quelle relative all'utilizzo promozionale, interno e commerciale, e relative licenze, sono fornite da MPEG LA, LLC. Consultate l'indirizzo https://www.mpegla.com.

(c) Poiché il Software Apple contiene funzionalità di codifica e/o decodifica AVC, l'uso commerciale di H.264/AVC richiederà la concessione di una licenza aggiuntiva e l'applicazione delle seguenti condizioni: LA FUNZIONALITÀ AVC DEL SOFTWARE APPLE È CONCESSA IN LICENZA UNICAMENTE PER USO

PERSONALE E NON-COMMERCIALE DI UN UTENTE PER (i) LA CODIFICA VIDEO IN CONFORMITÀ DEGLI STANDARD AVC ("VIDEO AVC") E/O (ii) LA DECODIFICA DI VIDEO AVC CODIFICATO DA UN UTENTE OCCUPATO IN ATTIVITÀ PERSONALE E NON-COMMERCIALE E/O VIDEO AVC OTTENUTO DA UN PROVIDER VIDEO IN POSSESSO DI LICENZE IDONEE PER LA FORNITURA DI VIDEO AVC. È POSSIBILE OTTENERE ULTERIORI INFORMAZIONI RIGUARDO ALTRI UTENTI E LICENZE DA MPEG LA L.L.C. CONSULTATE IL SITO https://www.mpegla.com.

**16. Restrizioni del servizio Yahoo Search.** Il servizio Yahoo Search disponibile mediante Safari è concesso in licenza per essere utilizzato solamente nei seguenti paesi o regioni: Argentina, Aruba, Australia, Austria, Bahamas, Barbados, Belgio, Bermuda, Brasile, Bulgaria, Canada, Cile, Cina continentale, Hong Kong, Taiwan, Cipro, Colombia, Corea del Sud, Danimarca, Ecuador, El Salvador, Filippine, Finlandia, Francia, Germania, Giamaica, Giappone, Grecia, Grenada, Guatemala, India, Indonesia, Irlanda, Islanda, Isole Cayman, Italia, Lettonia, Lituania, Lussemburgo, Malesia, Malta, Messico, Nicaragua, Norvegia, Nuova Zelanda, Paesi Bassi, Panama, Perù, Polonia, Portogallo, Porto Rico, Regno Unito, Repubblica Ceca, Repubblica Dominicana, Romania, Santa Lucia, Saint Vincent, Singapore, Slovacchia, Slovenia, Spagna, Svezia, Svizzera, Thailandia, Trinidad e Tobago, Turchia, Ungheria, Uruguay, Stati Uniti e Venezuela.

**17. Nota su Microsoft Exchange.** L'impostazione email Microsoft Exchange del Software Apple è concessa in licenza solamente per la sincronizzazione di informazioni come email, contatti, calendari e attività mediante trasmissione over-the-air tra il Dispositivo e Microsoft Exchange Server o altro software server concesso in licenza da Microsoft per migliorare il protocollo Microsoft Exchange ActiveSync.

EA1806
08/07/2022


— — — — — — — — — — —
**Termini e Condizioni Supplementari di Apple Pay e Wallet**

I presenti Termini e Condizioni Supplementari di Apple Pay e Wallet ("Termini Supplementari") integrano l'accordo di licenza per il software Apple ("Licenza"); sia i termini della licenza, sia i presenti termini supplementari regolano l'utilizzo della funzionalità Apple Pay ("Apple Pay") e l'utilizzo dell'applicazione Apple Wallet ("Wallet"), la quale è da intendersi come "Servizio" ai sensi della licenza. I termini con iniziale maiuscola utilizzati nei presenti Termini supplementari fanno riferimento agli elementi stabiliti nella Licenza.

**1. Panoramica**

**Apple Pay**

Apple Pay Vi consente di:

   •    eseguire pagamenti contactless utilizzando carte di credito, debito e prepagate, comprese le carte Apple Card e Apple Cash, in alcuni luoghi o tramite app o siti web abilitati;
   •    inviare pagamenti da persona a utenti Apple Cash; e
   •    monitorare gli ordini e visualizzare le ricevute dettagliate.

Apple Pay e alcune funzionalità di Apple Pay potrebbero essere disponibili solo in alcune aree geografiche, con determinati enti di emissione, reti di pagamento, esercenti e altre terze parti.

**Wallet**

Apple Wallet consente di salvare rappresentazioni virtuali di carte di credito, debito e prepagate

utilizzabili con Apple Pay (definite, nell'insieme, "Carte Apple Pay"), così come altri tipi di carte, biglietti e chiavi, incluso, in via non limitativa, le seguenti opzioni (definite, nell'insieme "Biglietti di Wallet" e, insieme alle carte Apple Pay, "Carte supportate"):

- carte fedeltà;
- carte trasporti;
- biglietti;
- carte di abbonamento;
- chiavi dell'auto;
- chiavi dell'abitazione;
- chiavi per il settore dell'ospitalità;
- badge aziendali;
- tessere identificative per studenti e
- patenti di guida o documenti di riconoscimento rilasciati da uno Stato o un governo ("Documenti di riconoscimento").

I biglietti di Wallet potrebbero essere disponibili solo in alcune aree e con alcuni partner selezionati. I documenti di riconoscimento sono disponibili solo per coloro che hanno la residenza negli Stati partecipanti, la relativa presentazione può variare in base allo Stato o alla posizione.

Le carte supportate possono cambiare di tanto in tanto.

**2. Idoneità**

Per utilizzare Apple Pay e Wallet, è necessario disporre di (i) un dispositivo supportato con una versione del software operativo che supporta i servizi (si consiglia di utilizzare l'ultima versione disponibile, tuttavia, talvolta tale versione è richiesta), (ii) un ID Apple associato a un account iCloud conforme ai requisiti Apple e (iii) accesso a internet (potrebbero essere addebitati costi aggiuntivi). A eccezione di "Apple Cash Family" e di alcune carte e-money, le carte Apple Pay sono disponibili unicamente per chi ha un'età superiore a 13 anni e possono essere soggette a ulteriori restrizioni di tipo anagrafico imposte da iCloud o dall'ente di rilascio, esercente o altre terze parti rilevanti. Le carte trasporti, le carte e-Money, i documenti di riconoscimento, i badge aziendali e le chiavi sono disponibili unicamente sui Dispositivi iOS.

In qualità di genitore o tutore legale di un account di famiglia iCloud ("Organizzatore"), è consentito invitare familiari, inclusi i minori di 13 anni (o i soggetti con età minima equivalente nello Stato di riferimento), per fornire e utilizzare carte trasporti idonee in Wallet. In quanto organizzatori, sarete responsabili per tutti i pagamenti, gli acquisti e le transazioni effettuate con la carta trasporti che è stata abilitata per i membri del gruppo di famiglia, incluse le operazioni effettuate dai familiari. L'eleggibilità e l'utilizzo delle carte trasporti in Wallet è soggetto ai termini e alle condizioni dell'agenzia di transito rilevante. Gli organizzatori sono responsabili del rispetto di tali termini e condizioni e si assumono tutti i rischi correlati all'abilitazione di carte trasporti per altri membri del gruppo di famiglia. Quando un familiare abbandona il gruppo di famiglia o viene rimosso, tale soggetto non sarà più in grado di ricaricare la carta trasporti e potrà unicamente eseguire transazioni fino a quando il saldo non risulterà esaurito.

Coloro che possiedono una chiave per auto, possono utilizzarla con altre persone con un'età minima di 13 anni per sbloccare, accedere e/o guidare l'auto.

Le chiavi dell'abitazione possono unicamente essere aggiunte o rimosse da Wallet aggiungendo o rimuovendo i blocchi sull'app Casa oppure aggiungendo o rimuovendo Voi stessi da un'abitazione sull'app Casa. In qualità di amministratori di un'abitazione sull'app Casa, qualsiasi chiave di casa

esistente verrà automaticamente condivisa con le persone che sono state invitate e con coloro che si uniscono alla Vostra abitazione.

Apple Card è unicamente disponibile negli Stati Uniti ed è rilasciata da Goldman Sachs Bank USA, presso Salt Lake City ("Ente di rilascio di Apple Card"). Ad eccezione di Apple Card Family, Apple Card è unicamente disponibile per chi ha compiuto più di 18 anni (o con età superiore, a seconda dello Stato di residenza).

La carta Apple Cash e la possibilità di inviare e ricevere pagamenti da persona a persona sono disponibili unicamente negli Stati Uniti. Tali servizi sono forniti da Green Dot Bank, membro dell'agenzia FDIC. Al fine di inviare o ricevere pagamenti da persona a persona su Apple Pay, è necessario avere una carta Apple Cash. A eccezione di "Apple Cash Family", la carta Apple Cash e la possibilità di inviare e ricevere pagamenti da persona a persona sono unicamente disponibili per chi ha più di 18 anni.

### 3. Utilizzo dei servizi

Le Carte supportate e i pagamenti da persona a persona sono associati all'ID Apple con cui è stato effettuato l'accesso ad iCloud per utilizzare tali funzionalità. Aggiungendo o rimuovendo chiavi, tesserini aziendali, carte fedeltà, biglietti e carte di abbonamento in Wallet, la modifica può riflettersi su tutti gli altri dispositivi Apple su cui è stato eseguito l'accesso con l'ID Apple. Non sarà possibile associare un documento di riconoscimento per ciascuna autorità statale di rilascio con ciascun ID Apple.

Apple Pay e Wallet sono destinati al Vostro uso personale e Vi è consentito utilizzare solo carte supportate di vostra proprietà, carte trasporti o chiavi dell'abitazione e dell'auto fornite che Vi è stato richiesto di fornire da un organizzatore o proprietario. Se adoperate una carta supportata aziendale, dichiarate di farlo sotto autorizzazione del Vostro datore di lavoro e di essere autorizzati a vincolare il Vostro datore di lavoro ai presenti termini d'uso e a tutte le transazioni legate all'utilizzo di questa funzionalità. Se inviate o ricevete pagamenti da persona a persona, dichiarate che tale operazione è a uso personale e non commerciale. Qualora forniate un documento di riconoscimento, garantite di farlo utilizzando informazioni personali che Vi rappresentano in modo esatto e veritiero.

Accettate di non utilizzare Apple Pay o Wallet per scopi illegali o fraudolenti o per qualsiasi altro scopo proibito dalla Licenza o dai presenti Termini Supplementari. Accettate inoltre di utilizzare Apple Pay o Wallet in conformità alle leggi e le norme applicabili. Riconoscete che qualsiasi informazione falsa fornita congiuntamente a un documento di riconoscimento può rappresentare reato, come previsto dalle leggi federali o statali. Accettate di non interferire con, o intralciare, il servizio di Apple Pay o Wallet (incluso accedere al servizio attraverso qualsiasi mezzo automatizzato) o qualsiasi server o rete connessi al servizio o qualsiasi politica, requisito o norma delle reti connesse al servizio (incluso qualsiasi accesso non autorizzato, utilizzo o monitoraggio dei relativi dati o traffico).

Qualora la legge applicabile non Vi consenta l'accesso o l'utilizzo di Apple Pay o Wallet, non siete autorizzati ad accedere o a utilizzare tali servizi. Apple non è responsabile per l'accesso o l'utilizzo da parte Vostra dei servizi in qualsiasi modo che possa violare le leggi applicabili.

### 4. Rapporti tra l'Utente e Apple

L'utilizzo di Apple Pay è regolato dai presenti Termini supplementari, così come dai termini di accordo previsti dall'ente di rilascio della carta stabiliti con l'ente di rilascio rilevante, l'esercente o altre terze parti responsabili della carta Apple Pay.

Analogamente, il Vostro utilizzo dei Biglietti di Wallet in Wallet è regolato dai presenti Termini aggiuntivi, così come dai termini di accordo previsti dall'esercente, dall'agenzia di transito, dalla casa produttrice dell'auto o del dispositivo di chiusura, dall'università, dall'hotel, dal resort, dalla compagnia di crociera,

dall'azienda, dall'autorità statale di emissione o da altre terze parti.

A eccezione di alcune funzionalità di Apple Pay fornite da Apple Payments Inc. ("Apple Payments") descritte di seguito, Apple non rielabora pagamenti o altre transazioni non relative a pagamenti effettuate sulle carte Apple Pay di Vostra proprietà. Apple non ha alcun controllo e non è responsabile per alcun pagamento, riaddebito, reso, rimborso, trasferimento di fondi, premio, valore, sconto, accesso, verifica dell'identità, ordine, evasione di ordini o altra attività che possa derivare dall'utilizzo di Apple Pay o Wallet.

In caso di discordanze tra i presenti Termini supplementari e l'accordo con l'ente di rilascio, esercente, autorità statale di rilascio o altre terze parti pertinenti (ciascuno, un "**Accordo con terze parti**"), i presenti Termini supplementari regoleranno la Vostra relazione con Apple e i termini dell'Accordo con terze parti pertinenti regoleranno la relazione con tale terza parte.

Accettate che Apple non sia considerata parte degli accordi con terze parti e dichiarate che Apple non è responsabile per: (a) il contenuto, l'accuratezza o la disponibilità di qualsiasi Carta supportata, acquisto, transazione, trasferimento di fondi, ordine, evasione di ordini, ricevuta o altra attività durante l'utilizzo di Apple Pay o Wallet, inclusi, senza limitazione, quelli effettuati da familiari o da altre persone con cui avete condiviso le Carte supportate o che hanno accesso al Vostro Dispositivo; (b) l'emissione di credito o la valutazione dell'idoneità al credito; (c) l'emissione, la sospensione o la revoca di una patente di guida o di una carta d'identità statale; (d) le attività di enti di emissione, esercenti, sviluppatori e sviluppatrici di app o altre terze parti collegate all'utilizzo di Apple Pay o Wallet; (e) le decisioni prese da un ente di emissione, un esercente o altre terze parti in relazione all'aggiunta della Carta supportata a Wallet; (f) l'adesione o partecipazione a qualsiasi programma per commercianti o partner; (g) qualsiasi accumulo o riscatto di premi o valore in relazione alle Carte supportate; (h) l'aggiunta di fondi o la ricarica di Carte supportate prepagate; (i) l'invio o la ricezione di pagamenti da persona a persona o il trasferimento di fondi; o (j) la ricarica, il riscatto o il prelievo di denaro dalla carta Apple Cash.

Richiedendo Apple Card, state facendo domanda di aprire un conto con l'ente di rilascio di Apple Card. L'istituto finanziario responsabile di offrire Apple Card può cambiare e l'utilizzo di Apple Card da parte Vostra è soggetto ai relativi termini e condizioni.

Abilitando le funzionalità di Apple Cash in Apple Pay, aprite un conto con Green Dot Bank. A eccezione delle funzionalità di Apple Pay fornite da Apple Payments, quando inviate o ricevete un pagamento da persona a persona, aggiungete saldo o prelevate denaro dalla carta Apple Cash, Green Dot Bank è responsabile della ricezione e dell'invio di denaro al destinatario previsto. L'istituto finanziario responsabile di offrire Apple Cash e i pagamenti tra Utenti nell'ambito di Apple Pay può cambiare e l'utilizzo da parte Vostra di tali funzionalità è soggetto ai relativi termini e condizioni.

L'abilità di utilizzare fondi sulla carta Apple Cash per effettuare pagamenti per alcune attività idonee che avete autorizzato (il "Servizio di pagamento diretto") è un servizio fornito da Apple Payments. Il Vostro utilizzo del servizio di pagamento diretto è soggetto ai termini e alle condizioni dei pagamenti diretti di Apple Payments. Inoltre, alcune attività idonee possono consentire di autorizzare l'ente a erogare fondi alla Vostra carta Apple Cash (essendo, ciascuno, una "Erogazione"). Nonostante le Erogazioni siano elaborate da Apple Payments, esse vengono offerte dalle attività partecipanti che forniscono tali fondi e possono essere soggette ad alcuni termini e condizioni aggiuntivi previsti dall'attività erogante. Per eventuali controversie, domande sulle Carte supportate o informazioni associate all'attività commerciale, è necessario contattare l'ente di emissione o il commerciante, l'autorità statale di emissione, la persona che ha sviluppato l'app o qualsiasi altra terza parte applicabile. Per eventuali domande su Apple Pay, Wallet, Apple Card, la carta Apple Cash o i pagamenti da persona a persona, è necessario contattare il supporto Apple.

### 5. Privacy

La raccolta e l'utilizzo dei dati personali da parte di Apple sono regolati dall'Informativa sulla Privacy di Apple, disponibile all'indirizzo disponibile alla pagina https://www.apple.com/it/legal/privacy/. Potete trovare informazioni dettagliate sui dati personali raccolti, utilizzati o condivisi come parte del Vostro utilizzo di Apple Pay e Wallet leggendo le informative sulla privacy relative al servizio specifico, incluse Informazioni su Apple Pay e Privacy, accessibili tramite Wallet o Apple Pay sul Vostro dispositivo o consultando la pagina https://www.apple.com/it/legal/privacy/. Utilizzando Apple Pay e Wallet, accettate e consentite a Apple, nonché alle sue società e ai suoi agenti, la trasmissione, la raccolta, la conservazione, l'elaborazione e l'uso di queste informazioni per fornire tali servizi.

### 6. Sicurezza, dispositivi smarriti o disabilitati

PROTEZIONE DEI DISPOSITIVI SUPPORTATI E DELLE CREDENZIALI ALLA STREGUA DI PORTAFOGLI E CARTE FISICHE

Apple Pay e Wallet salvano rappresentazioni virtuali delle carte supportate. Esse devono essere protette come portafogli, chiavi o carte di credito, debito, prepagate, di identità e altro di tipo fisico. Avete l'esclusiva responsabilità della sicurezza dei Dispositivi e dell'ID Apple, delle informazioni relative a Touch ID e Face ID, del codice dei Dispositivi supportati e di qualsiasi altra credenziale di autenticazione utilizzata unitamente ai Servizi (definiti, collettivamente, "Credenziali"). Se autorizzate o consentite a un'altra persona di utilizzare il dispositivo supportato (*ad esempio*, fornendo il codice del dispositivo a una terza parte, consentendo a terze parti di aggiungere la propria impronta digitale per utilizzare Touch ID o abilitare Face ID oppure fornendo in altro modo una qualsiasi delle Credenziali a una terza parte), tale persona potrebbe essere in grado di effettuare pagamenti, inviare, richiedere o ricevere pagamenti da persona a persona, prelevare denaro dalla carta Apple Cash, ricevere o riscattare premi, utilizzare il saldo, sbloccare o accedere in altro modo all'auto, alla stanza, all'ufficio o all'abitazione, assumere la Vostra identità o effettuare altre transazioni con le carte supportate in Wallet. In tal caso, sarete responsabili di tutti i pagamenti, le transazioni e gli accessi effettuati da tale persona.

DISPOSITIVI CON JAILBREAKING

Se si effettuano modifiche non autorizzate sul Dispositivo, come, per esempio, se si disabilitano i controlli hardware e software (attività a cui talvolta si fa riferimento con il termine "jailbreaking"), il Dispositivo non sarà più idoneo per accedere a tali Servizi o utilizzarli. Accettate che l'utilizzo dei Servizi con un Dispositivo modificato è espressamente proibito, costituisce una violazione dei presenti Termini supplementari e consente a Apple di negare o limitare l'accesso ai Servizi.

ULTERIORI MISURE DI SICUREZZA

Per poter accedere a particolari funzionalità di Apple Pay, tra cui Apple Card, la carta Apple Cash e i pagamenti da persona a persona con Apple Pay, potrebbe essere necessario abilitare misure di sicurezza aggiuntive, come l'autenticazione a due fattori per l'ID Apple. Se in futuro rimuoverete tali funzionalità di sicurezza, potreste non essere più in grado di continuare ad accedere a particolari funzionalità di Apple Pay. L'eliminazione di Face ID o Touch ID associati al documento di riconoscimento richiederà di completare l'intero processo di provisioning del documento di riconoscimento.

DISPOSITIVI SMARRITI O SOTTRATTI

Qualora il Vostro dispositivo venga smarrito o sottratto e la funzionalità "Trova il mio " risulti abilitata, è possibile usare "Trova il mio " per tentare di sospendere la possibilità di effettuare transazioni con le carte virtuali supportate o di inviare pagamenti da persona a persona su tale dispositivo mettendolo in modalità Smarrito. Se il dispositivo è in modalità Smarrito, la chiave dell'auto potrebbe essere

disabilitata in Wallet e non sarà più possibile accedere o avviare l'auto una volta abbandonato il veicolo o spento il motore. La modalità Smarrito ha effetto solo sulle chiavi del Dispositivo perso. In qualità di proprietario dell'auto, non sarete più in grado di condividere la chiave dell'auto o la chiave di casa con altre persone, tuttavia, le chiavi che sono già state condivise con altri non subiranno modifiche sui loro dispositivi.

L'azione tenterà di sospendere la capacità di effettuare transazioni con le carte virtuali supportate o di inviare pagamenti da persona a persona sul dispositivo. È necessario inoltre contattare l'ente di rilascio, l'esercente o altre terze parti responsabili delle carte supportate, o Apple, nel caso di Apple Card o della carta Apple Cash, al fine di prevenire l'accesso non autorizzato alle carte supportate su Apple Pay e in Wallet.

Se segnalate o Apple sospetta attività fraudolente o abusive, accettate di cooperare con Apple in qualsiasi indagine e di utilizzare qualsiasi misura di prevenzione delle frodi che indicheremo.

**7. Limitazioni di responsabilità**

IN AGGIUNTA ALLE CLAUSOLE ESONERATIVE DI GARANZIE E ALLE LIMITAZIONI DELLA RESPONSABILITÀ STABILITE NELLA LICENZA, APPLE NON SI ASSUME ALCUNA RESPONSABILITÀ PER ACQUISTI, PAGAMENTI, TRASFERIMENTI DI FONDI, ORDINI, EVASIONE DI ORDINI, INFORMAZIONI SULLE RICEVUTE, ACCESSI, VERIFICHE DELL'IDENTITÀ, TRANSAZIONI O ALTRE ATTIVITÀ EFFETTUATE UTILIZZANDO APPLE PAY O WALLET. ACCETTATE DI BASARVI ESCLUSIVAMENTE SUI CONTRATTI STIPULATI CON L'ENTE DI EMISSIONE DELLA CARTA, LA RETE DI PAGAMENTI, GLI ISTITUTI FINANZIARI, L'ESERCENTE, LO SVILUPPATORE O LA SVILUPPATRICE DI APP, LE AUTORITÀ STATALI DI EMISSIONE O ALTRE TERZE PARTI APPLICABILI PER RISOLVERE QUALSIASI QUESTIONE O DISPUTA RIGUARDANTE LE CARTE SUPPORTATE, I PAGAMENTI DA PERSONA A PERSONA E LE ATTIVITÀ CONNESSE.

———————————

**NOTIFICHE DA APPLE**

Qualora Apple dovesse volerVi contattare relativamente al Vostro prodotto o account, accettate di ricevere le notifiche via email. Riconoscete che tali notifiche inviate elettronicamente da Apple soddisfano ogni requisito di comunicazione legale.

한국어

**중요사항: iPHONE, iPAD 또는 iPOD TOUCH(이하 "기기")를 사용함으로써 귀하는 아래 약관에 구속된다는 점에 동의하는 것입니다.**

A.    **APPLE iOS 및 iPadOS 소프트웨어 사용권 계약**
B.    **APPLE PAY 부가 약관**
C.    **APPLE로부터의 통지**

**APPLE INC**
**iOS 및 iPadOS 소프트웨어 사용권 계약**
**단일 사용권**

귀하의 기기를 사용하기 전에 또는 본 사용권에 수반되는 소프트웨어 업데이트를 다운로드하기 전에 반드시 본 소프트웨어 사용권 약관(이하 "사용권")을 유의하여 읽어 주십시오. 귀하는 기기를 사용하거나 소프트웨어 업데이트를 다운로드함으로써 본 사용권 약관을 준수할 의무가 있음에 동의하는 것입니다. 만일 귀하가 본 사용권 약관에 동의하지 않으시면 기기를 사용하거나 소프트웨어 업데이트를 다운로드하지 마십시오

귀하가 최근에 기기를 구입했고 본 사용권 약관에 동의하지 않는 경우, 귀하는 https://www.apple.com/kr/legal/sales-support/ 에 명시된 APPLE의 환불 정책에 따라 반환 기간 내에 기기를 구입한 APPLE STORE나 공인 유통업자에 반환하여 환불을 받을 수 있습니다.

**1. 일반사항**
(a) 귀하의 기기에 수반된 소프트웨어(Boot ROM 코드, 내장형 소프트웨어 및 제3자 소프트웨어를 포함함), 사용 설명서, 인터페이스, 콘텐츠, 서체 및 기타 데이터("오리지널 Apple 소프트웨어")는 Apple이 귀하의 기기 또는 지원되는 주변 장치에 대해 제공하는 기능 향상, 소프트웨어 업데이트, 보안 대응, 시스템 파일 또는 시스템 복구 소프트웨어에 의하여 업데이트되거나 대체될 수 있기 때문에("Apple 소프트웨어 변경 사항") 읽기 전용 메모리에 있든, 다른 미디어에 있든, 다른 형태이든(이하 오리지널 Apple 소프트웨어와 Apple 소프트웨어 변경을 총칭하여 "Apple 소프트웨어"라고 함) 상관없이 본 사용권 약관에 따른 사용만을 위하여 Apple Inc.(이하 "Apple")가 귀하에게 사용 허가한 것이며 판매한 것이 아닙니다. Apple 및 그 사용권 부여자들은 Apple 소프트웨어 자체에 대한 소유권을 보유하며 귀하에게 명시적으로 부여되지 않은 모든 권리를 보유하고 있습니다. 귀하는 본 사용권 약관이 귀하의 기기에 내장된 Apple 브랜드 앱에 적용되는 것에 동의합니다. 다만 그 앱에 수반되는 별도의 사용권이 있고, 귀하가 그 별도의 사용권 약관이 그 앱의 사용에 적용되는 것에 동의하는 경우에는 본 사용권 약관이 적용되지 않습니다.

(b) Apple은 Apple의 재량으로 향후 Apple 소프트웨어에 변경 사항을 적용할 수 있습니다. Apple 소프트웨어 변경에는 Apple이 최신 기기 또는 기타의 기기 모델을 위해 출시하는 현존의 모든 소프트웨어 기능이나 새로운 기능을 포함하지 아니할 수도 있습니다. 본 사용권 약관은 Apple이 제공하는 Apple 소프트웨어 변경에 적용됩니다. 다만 Apple 소프트웨어 변경이 별도의 사용권을 수반하고, 귀하가 그 별도의 사용권 약관이 적용될 것에 동의하는 경우에는 본 사용권 약관이 적용되지 않습니다.

(c) 만일 귀하가 귀하의 기존 기기를 기반으로 새로운 기기를 설정하는 고속 설정 기능을 사용하신다면, 귀하는 본 사용권 약관이 귀하의 새로운 기기에서의 귀하의 Apple 소프트웨어 사용에 적용될 것에 동의합니다. 다만 별도의 사용권을 수반하고, 귀하가 그 별도의 사용권 약관이 귀하의 해당 Apple 소프트웨어 사용에 적용될 것에 동의하는 경우에는 본 사용권 약관이 적용되지 않습니다. 귀하의 기기는 Apple에 Apple 소프트웨어 변경 상태를 주기적으로 확인할 것입니다. 만약 변경 사항 적용이 가능한 경우, 해당 변경 사항이 귀하의 기기 또는 해당하는 경우 귀하의 주변기기에 자동으로 다운로드되고 설치될 것입니다. **귀하는 Apple 소프트웨어를 사용함으로써 귀하는 Apple이 귀하의 기기 및 주변 장치에 자동 Apple 소프트웨어 변경 사항을 다운로드 및 설치할 수 있다는데 동의합니다.** 설정> 일반> 소프트웨어 업데이트에 있는 자동 업데이트 설정을 조정하여 언제든지 운영 체제 업데이트 및 신속 보안 대응의 자동 설치를 해제할 수 있습니다. 일부 시스템 파일(업데이트된 서체, 언어 모델, 음성 자산 및 주변 장치용 펌웨어 등을 포함하되 이에 국한되지 않음)은 특정 기능 및 주변 장치를 켜거나 사용할 때처럼 계속 자동 설치되거나 법률, 규범, 공공 안전 또는 기술과 관련된 고려 사항을 처리할 수 있습니다.

**2. 허가된 사용권상의 이용 및 제한.**
(a) 귀하는 본 사용권의 이용 약관에 따라 Apple 소프트웨어를 한 대의 Apple 브랜드 기기에 사용을 제한적이고 비독점적인 사용권을 부여받습니다. 제2조 (b)항에 허용되는 경우를 제외하고 또한 귀하와 Apple 간의 별도의 계약에 규정되어 있

지 않는 한, 본 사용권상 Apple 소프트웨어는 동시에 한 대 이상의 Apple 브랜드 기기에 존재할 수 없고, 귀하는 동시에 다수의 기기에 의해 사용될 수 있는 네트워크상에서 Apple 소프트웨어를 사용하거나 배포할 수 없습니다. 본 사용권은 귀하에게 Apple 소유의 인터페이스를 사용할 수 있는 권리를 부여하지 않으며 또한, 기기에 사용하기 위한 제3자 장치와 액세서리 또는 제3자 소프트웨어 응용 프로그램의 디자인, 개발, 제조, 라이센싱 혹은 배포에 대한 기타 지적재산권을 부여하지 않습니다. 위 권리 중 일부는 Apple이 제공하는 별도의 사용권에서 볼 수 있습니다. 기기용 제3자 기기와 액세서리 개발에 대해 보다 많은 정보는 https://developer.apple.com/programs/mfi/ 에서 확인할 수 있습니다. 기기용 소프트웨어 응용 프로그램 개발에 대한 더 자세한 정보는 https://developer.apple.com/kr/ 에서 확인할 수 있습니다.

(b) 귀하는 본 사용권의 이용 약관에 따라 귀하가 소유하거나 관리하는 그러한 모든 기기에 소프트웨어를 업데이트하거나 복원하도록 Apple이 귀하의 기기 모델에 이용 가능하기 위 Apple 소프트웨어 변경 사항을 다운로드할 수 있는 제한적이고 비독점적인 사용권을 부여 받습니다. 본 사용권상 귀하는 귀하가 소유하지 않거나 관리하지 않는 기기의 업데이트 또는 복원을 할 수 없으며, 동시에 다수의 기기나 컴퓨터에 의해 사용될 수 있는 네트워크상에서는 Apple 소프트웨어 변경 사항을 사용하거나 배포할 수 없습니다. 만약 귀하가 귀하의 컴퓨터에 대한 Apple 소프트웨어 업데이트를 다운로드하였다면, 귀하는 오로지 복구용 목적을 위하여, 귀하의 컴퓨터에 저장된 Apple 소프트웨어 변경 사항의 사본 한 개를 컴퓨터에서 해독 가능한 형태로 만들 수 있습니다. 단, 그 복구용 사본은 원본이 가지고 있는 일체의 저작권이나 기타 재산권 등의 사항을 표시하고 있어야 합니다.

(c) 귀하가 기기를 구입한 시점에 Apple이 미리 설치해 놓은 Apple 브랜드 앱(이하 "미리 설치된 앱")의 범위에서, 귀하가 기기상에서 미리 설치된 앱을 사용하기 위하여 귀하는 App Store에 로그인하여 미리 설치된 앱과 귀하의 App Store 계정을 연결해야 합니다. 귀하가 미리 설치된 앱과 귀하의 App Store 계정을 연결하면, 귀하의 기기에 미리 설치된 다른 모든 앱이 자동으로 연결됩니다. 미리 설치된 앱과 귀하의 App Store 계정을 연결함으로써, 귀하는 Apple이 귀하의 미리 설치된 앱에 대한 접근 요청이 권한 있는 요청인지 검증하고 또한 귀하가 App Store를 통해 미리 설치된 앱에 접근할 수 있도록 하는 고유 계정 식별자로서 귀하의 App Store 계정의 Apple ID 및 귀하의 기기에서 수집한 고유 하드웨어 식별자를 전송, 수집, 유지, 처리 및 사용하는 것에 동의하는 것입니다. 만약 미리 설치된 앱을 사용하는 것을 원하지 않으신다면, 귀하는 언제든지 귀하의 기기에 미리 설치된 앱을 삭제할 수 있습니다.

(d) 귀하는 Apple 소프트웨어나 Apple 소프트웨어가 제공하는 서비스 혹은 그 일부의 복사(본 사용권이 명시적으로 허용한 경우는 제외), 역컴파일, 역공학, 역어셈블, 소스 코드를 도출하려는 시도, 암호 해독, 수정 또는 파생 작업들을 할 수 없습니다. 또한 귀하는 이를 행하는 데에 동의하지 않으며 타인으로 하여금 이를 행하도록 할 수도 없습니다(단, 본 Apple 소프트웨어에 포함된 오픈 소스 요소들을 규율하는 사용 허가 약관 혹은 관련 법률에 의해 허용되는 경우는 제외). 귀하는 Apple 소프트웨어에 부착되거나 Apple 소프트웨어 내에 포함되어 있을 수 있는 재산권 고지(상표 및 저작권 고지 포함)를 제거하거나, 보이지 않게 하거나, 변경하지 않을 것에 동의합니다.

(e) Apple 소프트웨어는 자료를 복제하기 위해 사용될 수 있으나, 그러한 복제를 위한 사용은 저작권이 없는 자료, 귀하가 저작권을 소유하고 있는 자료 또는 귀하에게 복제가 승인되거나 허가된 자료를 복제하는 경우로 제한됩니다. 상기의 내용에도 불구하고 귀하가 독립적 파일 형태로 News 앱 또는 지도 앱을 통해 제공받은 모든 이미지를 재발행, 재전송 또는 재생산하는 것을 금지합니다. 귀하의 기기에 게시 및 저장되거나 귀하의 기기에서 실시간으로 자동 생성된 Live Captions와 관련된 소유권 및 지적재산권은 각각의 콘텐츠 소유자의 것입니다. 이러한 콘텐츠는 저작권이나 기타 지적재산권 및 조약에 의해 보호될 수 있으며 그러한 콘텐츠를 제공하는 제3자 이용 약관에 적용될 수 있습니다. 본 문서에 달리 명시된 경우를 제외하고 본 사용권 계약은 귀하에게 이러한 콘텐츠를 사용할 수 있는 어떠한 권리도 부여하지 않으며, 해당 콘텐츠를 계속 사용할 수 있음을 보장하지도 않습니다.

(F) 본 사용권 이용 약관에 따라 귀하는 다음을 수행할 수 있습니다. (i) Apple 소프트웨어에 포함되거나 Apple 소프트웨어로 생성한 미모티콘 캐릭터(이하 "시스템 캐릭터")를 (1) Apple 소프트웨어를 실행하는 동안 (2) 개인적이고 비상업적인 사용을 목적으로 자신만의 독창적인 콘텐츠 및 프로젝트를 만들기 위해서 사용할 수 있습니다. (ii) FaceTime 통화 등에서 생성되었는지 여부와 관계없이 Apple 소프트웨어에 의해 기기에서 실시간으로 자동 생성된 Live Captions(이하 "Live Captions")를 개인적이고 비상업적인 용도로만 사용할 수 있습니다. 본 사용권은 시스템 캐릭터 또는 Live Captions를 기타 용도로 사용하는 것을 허용하지 않으며, 이는 영리적, 비영리적, 대중적 공유나 상업적 환경에서 모든 시스템 캐릭터 또는 는 Live Captions의 사용, 복제, 표시, 표현, 기록, 출판 또는 재배포를 포함하나 이에 한정되지 아니합니다.

(g) 특정 앱 및/또는 웹 사이트 행동 단축키를 실행하기 위해, Apple 소프트웨어는 귀하의 기기에서 특정 제3자 소프트웨어 응용 프로그램, 서비스 및 웹 사이트에 접속하여야 할 수 있습니다. 귀하는 Apple 소프트웨어에서 단축키를 실행하는 데에 필요한 범위 내에서 그러한 사용에 명시적으로 동의합니다.

(h) 귀하는 Apple 소프트웨어 및 서비스(아래 제5조에 정의된 바와 같이)를 모든 관련 법률에 따라 사용할 것에 동의하며, 이와 같은 법률에는 귀하가 거주하거나 Apple 소프트웨어 및 서비스를 다운로드하거나 사용하는 국가 또는 지역의 지역법률이 포함됩니다. Apple 소프트웨어의 기능과 서비스는 모든 언어로 또는 모든 지역에서 제공되지는 않을 수도 있으며, 일부 기능은 지역에 따라 상이할 수 있고, 일부 기능은 귀하의 서비스 제공자에 따라 제한되거나 사용이 불가능할 수도 있습니다. Apple 소프트웨어 및 서비스의 일부 기능은 와이파이(Wi-Fi) 또는 셀룰러 데이터 연결이 필요합니다.

(i) App Store 사용은 Apple ID로 알려진 고유한 사용자 이름과 암호를 요구합니다. Apple ID는 앱 업데이트 및 Apple 소프트웨어와 서비스의 특정 기능에 접근하는 경우에도 필요합니다.

(j) 귀하는 Apple 소프트웨어의 많은 기능, 내장 앱 및 서비스들이 데이터를 전송하고 귀하의 데이터 요금에 영향을 줄 수 있다는 점 및 귀하가 그러한 요금을 지불할 책임이 있다는 점을 인정합니다. 귀하는 어떤 응용 프로그램이 셀룰러 데이터를 사용하도록 허가를 받았는지를 보고 관리할 수 있고 그러한 응용 프로그램이 무선 데이터 설정하에서 얼마만큼의 데이터를 사용했는지에 대한 추정치를 볼 수 있습니다. 아울러 Wi-Fi 연결 상태가 좋지 않은 경우 Wi-Fi 지원(Wi-Fi Assist)은 셀룰러로 자동 전환하며, 이는 셀룰러 데이터 사용량을 증가시켜 귀하의 데이터 요금에 영향을 줄 수 있습니다. Wi-Fi 지원(Wi-Fi Assist)은 기본으로 켜져 있지만, 설정 메뉴에서 비활성화할 수 있습니다. 더 많은 정보는 귀하의 기기를 위한 사용설명서를 참조하시기 바랍니다.

(k) 귀하가 자동 앱 업데이트 기능을 사용하도록 설정하면, 귀하의 기기는 귀하의 기기에 설치된 앱 중에서 업데이트할 것이 있는지를 Apple에 주기적으로 확인할 것입니다. 만약 업데이트 가능한 앱이 있다면 그 업데이트가 귀하의 기기에 자동으로 다운로드되고 설치될 것입니다. 귀하는 언제든지 설정 > iTunes 및 App Store > 자동 다운로드 아래에 있는 업데이트 기능을 끔으로써 자동 업데이트를 사용하지 않도록 할 수 있습니다.

(l) 특정 환경 하에서는 기기를 사용함으로 인하여 귀하의 주의력이 분산되고 위험한 상황이 초래될 수도 있습니다(예를 들어 운전 중 문자 메시지 전송 또는 자전거 운행 중 헤드폰 착용 등). 기기를 사용함으로써 귀하는 휴대 전화 또는 헤드폰의 사용을 금지하거나 제한하는 규정을 준수할 책임이 있음에 동의하는 것입니다(예를 들어 운전 중에는 전화를 할 때 핸즈프리를 사용하도록 하는 규정).

(m) Apple 소프트웨어의 특정 기능은 안전 관련 상황에서 안전 관련 감지 기능 및 응급 서비스 연결(사용 가능한 경우)과 같은 지원을 제공하려는 시도를 할 수 있습니다. Apple은 그러한 기능의 가용성, 정확성, 완전성, 신뢰성 또는 적시성을 보장하지 않습니다. 이러한 기능은 보다 즉각적이거나 효과적인 도움을 받을 수 있고 얻을 수 있는 상황에서만 사용하도록 의도된 것이 아닙니다. 귀하는 자신의 위험 부담 하에 이러한 기능을 사용하고 독자적인 판단을 내린다는 데에 동의하며, Apple, 그 자회사, 대리인 또는 본인은 법률이 허용하는 최대 범위 내에서 이러한 기능의 사용 및 그로 인한 모든 결과에 관해 귀하에 대한 어떠한 책임도 지지 않습니다.

(n) 기기는 의료 기기가 아니므로, 전문가의 의료 판단을 대신하여 사용해서는 안 됩니다. Apple Watch는 질병 또는 기타 건강 상태의 진단, 또는 어떠한 건강 상태나 질병의 치료, 완화, 처치, 또는 예방을 목적으로 설계되거나 고안된 것이 아닙니다. 귀하의 건강과 관련한 결정을 하기 전에는 의료 전문가와 상의하시기 바랍니다.

**3. 양도.** 귀하는 Apple 소프트웨어를 임대, 대여, 리스, 판매, 재배포하거나 2차 사용권을 허가할 수 없습니다. 그러나 다음과 같은 모든 조건을 충족한 경우에는 귀하의 기기 소유권 양도와 관련하여 제3자에게 Apple 소프트웨어에 대한 귀하의 사용권 일체를 1회에 한하여 영구적으로 양도할 수 있습니다. (a) Apple 소프트웨어의 모든 구성요소와 본 사용권을 포함하여 귀하의 기기와 Apple 소프트웨어 일체를 양도하는 경우일 것, (b) 귀하는 컴퓨터나 다른 저장 도구에 저장된 복사본을 포함하여 전부이든 일부이든 Apple 소프트웨어의 어떠한 복사본도 보유하지 않을 것, (c) Apple 소프트웨어를 양도받은 당사자가 본 사용권의 이용 약관을 숙지하고 승낙하는 것에 동의할 것일 것.

**4. 데이터 사용에 대한 동의.** 귀하가 귀하의 기기를 사용할 때, 귀하의 전화번호 및 귀하의 기기의 특정 고유 식별자는 iMessage 및 FaceTime과 같은 Apple 소프트웨어의 다양한 커뮤니케이션 기능을 사용하는 동안 다른 사람이 귀하의 전화번호로 귀하에게 연락할 수 있게 하기 위하여 Apple에 전송됩니다. 귀하가 iMessage를 사용하는 경우, Apple은 제한된 기간 동안 귀하의 메시지를 암호화된 형태로 보유할 수도 있습니다. 귀하는 기기의 FaceTime 또는 메시지 설정에서 FaceTime 또는 iMessage를 종료할 수 있습니다. 분석 기법, 위치 서비스 기능, Siri 기능 및 받아쓰기 기능과 같은 특정 기능은 그 각각의 기능을 제공하기 위해 귀하의 기기에 정보를 요구할 수 있습니다. 귀하가 그러한 기능을 켜거나 사용할 때 어떠한 정보가 Apple에 보내지고, 그러한 정보가 어떻게 사용되는지에 관한 더 많은 정보가 제공될 것입니다. 이에 대한 상세한 내용은 https://www.apple.com/kr/privacy/ 에서 확인할 수 있습니다. 귀하의 정보는 언제나 https://www.apple.com/kr/legal/privacy/ 에서 보실 수 있는 Apple의 개인정보 처리방침에 따라 처리될 것입니다.

**5. 서비스와 제3자 자료.**

(a) Apple 소프트웨어는 Apple의 iTunes Store, App Store, Apple Books, Game Center, iCloud, 지도 앱, News 앱, Fitness+ 및 기타 Apple과 제3자의 서비스 및 웹 사이트(통칭하여 또는 개별적으로 "서비스"라고 함)에 접속할 수 있도록 지원합니다. 본 서비스를 이용하기 위해서는 인터넷에 접속해야 하며, 특정 서비스의 사용은 Apple ID를 요구할 수 있고, 귀하에게 추가적인 약관에 동의할 것을 요구할 수 있고 추가적인 비용이 발생할 수도 있습니다. Apple ID나 기타 Apple 서비스와 관련하여 본 소프트웨어를 사용함으로써, 귀하는 이러한 서비스를 이용하는 국가 또는 지역의 최신 Apple 미디어 서비스 이용 약관 등 본 서비스와 관련된 서비스 약관에 동의하게 됩니다. 해당 약관은 https://www.apple.com/kr/legal/internet-services/itunes/kr/terms.html 에 접속하여 확인할 수 있습니다.

(b) 귀하가 iCloud와 관련하여 등록(Sign Up)한 경우 Apple 소프트웨어에서 곧바로 'iCloud Drive', '나의 사진 스트림', '공유 앨범' 및 '나의 찾기'와 같은 특정 iCloud 기능에 접근할 수 있습니다. 귀하는 iCloud 및 이러한 기능의 사용이 iCloud 서비스의 최신 이용 약관에 따른다는 것에 동의합니다. 이러한 약관은 https://www.apple.com/kr/legal/internet-services/icloud/kr/terms.html 에 접속하여 볼 수 있습니다.

(c) News 앱 콘텐츠. 귀하가 News 응용 프로그램을 통해 제공받은 콘텐츠를 사용하는 것은 오로지 개인적, 비상업적 용도로만 제한되고, 그 콘텐츠의 소유지분은 귀하에게 양도되지 않으며, 특히 그러한 콘텐츠를 상업용 또는 프로모션용으로 사용할 권리를 제한없이 배제합니다.

(d) 지도(Maps). Apple 소프트웨어의 지도 서비스 및 기능(이하 "지도", 지도 데이터의 적용 범위를 포함)은 지역마다 다를 수 있습니다. 귀하가 지도 앱을 켜거나 사용할 때 Apple에 전송되는 정보와 이러한 정보가 사용되는 방법에 관한 더 많은 정보가 제공됩니다. 귀하는 귀하의 지도 앱 사용이 iPhone의 지도 앱 홈 카드에 접근하여 볼 수 있는 최신 지도 앱 서비스 이용 약관에 따른다는 점을 인정하고 이에 동의합니다.

(e) 귀하는 본 서비스를 사용함으로써 그 내용이 노골적인 언어로 표시되었다고 판단될 수도 있고 아닐 수도 있으며 공격적이거나 외설적이거나 무례한 것으로 간주될 수 있는 콘텐츠 및 특정 URL의 검색 또는 접속의 결과가 자동적으로, 우연하게 불쾌한 사이트로 연결되는 콘텐츠에 직면할 수도 있다는 것을 이해합니다. 그럼에도 불구하고, 귀하는 자신의 위험 부담하에 본 서비스를 사용한다는 데에 동의하며, Apple, 그 자회사, 대리인, 본인 또는 사용권 부여자들은 공격적이거나 외설적이거나 무례하다고 판단될 수 있는 그 콘텐츠에 관해 귀하에 대한 어떠한 책임도 지지 않습니다.

(f) 특정 서비스는 제3자로부터 콘텐츠, 데이터, 정보, 응용 프로그램 또는 자료("제3자 자료")를 게시, 포함 또는 이용할 수 있으며 특정 제3자의 웹 사이트에 연결될 수 있습니다. 귀하는 본 서비스를 이용함에 있어 Apple이 그 제3자 자료나 웹 사이트의 내용, 정확성, 완결성, 적시성, 유효성, 저작권 준수, 적법성, 적절성, 품질 또는 기타 측면을 검사하거나 평가하는 데 책임이 없다는 점에 동의합니다. Apple, 그 임직원, 계열회사, 자회사들은 제3자의 서비스, 제3자 자료 또는 웹 사이트 혹은 제3자의 다른 자료들, 제품들 또는 서비스에 대하여 어떠한 법적 책임을 귀하나 다른 누군가에게 부담하지 않으며, 이를 보장하거나 보증하지 않습니다. 제3자 자료 및 기타 웹 사이트에 대한 링크는 오직 귀하의 편의를 위해 제공된 것입니다.

(g) Apple이나 그 콘텐츠 제공자들은 모든 서비스에 의해 제공되는 증권정보, 위치정보 또는 기타 정보의 이용가능성, 정확성, 완결성, 신뢰성 또는 적시성에 관하여 보증하지 않습니다. 본 서비스에 의해 나타나는 재무 정보는 오로지 일반적인 정보 제공의 목적을 위한 것이며, 투자 정보로써 신뢰하여서는 아니됩니다. 귀하는 본 서비스를 통하여 획득된 정보에 기한 유가증권 거래를 하기 전에, 귀하의 국가 또는 지역에서의 재무 또는 유가증권 자문을 할 수 있는 법적인 자격이 있는 재정 전문가 또는 유가증권 전문가로부터 조언을 구해야 합니다. 모든 서비스(Apple 지도 서비스 포함)에 의해 제공되는 위치정보는 오로지 기본적인 탐색 및 계획설정의 목적을 위해서만 제공되며, 정확한 위치정보가 요구되거나 사망, 개인적 상해, 재산상 또는 환경적 손해를 야기할 수 있는 잘못되었거나 부정확하거나 시간이 지연되었거나 불완전한 위치정보가 제공되는 상황에 의존하도록 제작된 것이 아닙니다. 귀하는 지도 앱 서비스로부터 얻은 결과가 지도 앱 데이터 정확성에 영향을 줄 수 있는 요인들(날씨, 도로 및 교통상황 및 지정학적 사건을 포함하나 이에 한정되지 않음)로 인하여 실제의 도로 상황 또는 지형 상황과 다를 수 있다는 점에 동의합니다. 귀하의 안전을 위하여, 내비게이션 기능을 사용할 때는 도로 표지판 및 현재의 도로 상황에 항상 유의하시기 바랍니다. 안전 운전 수칙과 도로 규정을 준수하여 주시고, 자전거 주행 및 보행 방향은 지정된 도로를 포함하지 않을 수 있다는 점을 알아 두시기 바랍니다.

(h) 귀하가 서비스의 사용을 통해 여하한 콘텐츠를 업로드하는 경우, 귀하는 그러한 콘텐츠에 대한 모든 권리를 소유하고 있거나, 그러한 콘텐츠를 업로드할 수 있는 권한을 보유하거나나 또는 그렇게 할 수 있는 법적 허가를 받았으며, 그러한 콘텐츠는 본 서비스에 적용 가능한 어떠한 서비스 조건도 위배하지 않는다는 사실을 표시하는 것입니다. 귀하는 본 서비스가 Apple, 사이트 소유자 또는 그 허가자들이 소유하고, 저작권 등 관련 지적재산권법 및 기타 법령에 의해 보호되는 재산권

의 대상이 되는 콘텐츠, 정보 및 자료를 포함하고 있다는 점에 동의합니다. 귀하는 본 서비스의 허가된 사용 외에 본 사용권 약관에 일치되지 않거나 제3자나 Apple의 지적재산권을 침해하는 방식으로 위 재산권의 보호를 받는 콘텐츠, 정보 또는 자료들을 임의로 사용할 수 없다는 점에 동의합니다. 서비스의 어떠한 부분도 어떠한 형식이나 어떠한 방법으로도 재생산 될 수 없습니다. 귀하는 어떠한 형태로건 본 서비스에 기한 파생 상품을 변경, 임대, 리스, 대여, 판매, 배포 또는 창출할 수 없으며, 컴퓨터 바이러스, 컴퓨터 파괴 프로그램, 트로이의 목마 또는 기타 악성 코드를 전송하기 위해 서비스를 사용하거 나 네트워크 용량을 침해하거나 부담시키는 등 합법적이지 못한 방식으로 본 서비스를 활용해서는 안 됩니다. 나아가 귀하 는 다른 사람을 괴롭히거나, 학대하거나, 스토킹하거나, 협박하거나, 비방하거나 그 밖에 다른 사람의 권리를 침해하는 어 떠한 방식으로도 본 서비스를 사용할 수 없다는 것에 동의합니다. 그리고 Apple은 귀하의 위와 같은 사용에 대하여 어떠한 경우에도 책임이 없으며, 여하한 서비스의 이용으로 인해 귀하가 받을 수 있는 학대, 협박, 비방, 폭력, 침해적인 혹은 불법 적인 메시지 또는 전송 내용에 대해서도 책임이 없습니다.

(i) 또한 이러한 서비스 및 제3자 자료는 일부 언어 또는 일부 국가나 지역에서만 사용 가능할 수 있습니다. Apple은 그 서 비스 및 제3자 자료가 적절하다거나 혹은 어떠한 장소에서도 사용 가능하다는 점에 대하여 보증하지 않습니다. 귀하가 그 서비스 및 제3자 자료에 접속 또는 사용하는 것을 선택하는 한, 귀하는 자발적으로 위 행위를 하는 것이며 해당 지역법, 개 인 정보 보호법 및 데이터 수집법을 망라하여 모든 적용 법을 준수할 책임이 있습니다. 귀하의 기기를 통해 사진을 공유하 고 동기화하는 과정에서 메타데이터(사진이 찍힌 장소 및 시간, 깊이 정보 포함)가 사진과 함께 전송될 수 있습니다. 이러 한 사진을 공유 또는 동기화 하기 위해 Apple 서비스를 사용하는 것(예: iCloud Photo Library)은 Apple이 이러한 메타데 이터를 수신하고 저장하는 것을 수반할 것입니다. Apple 및 그 허가자들은 별도의 통지 없이 언제라도 본 서비스로의 접속 을 변경, 중지, 제거 또는 불가능하게 할 수 있는 권리를 유보합니다. 어떠한 경우에도 Apple은 그런 서비스들에 대한 제거 또는 접근 불가능하게 만듦에 대하여 책임을 지지 않습니다. Apple은 또한 통지나 책임 없이 어떠한 경우에도 특정 서비스 에 대한 접속이나 그 사용을 제한할 수 있습니다.

**6. 종료.** 본 사용권은 계약 종료 시까지 유효합니다. 귀하가 본 사용권 약관을 준수하지 않을 경우, 본 사용권에 근거한 귀 하의 권리는 자동으로 종료되거나 Apple로부터의 통지 없이 그 효력이 정지됩니다. 사용권의 종료와 동시에 귀하는 일체 의 Apple 소프트웨어 사용을 중지해야 합니다. 본 사용권의 제4조, 5조, 6조, 7조, 8조, 9조, 10조, 12조, 13조는 종료에도 불구하고 효력이 있습니다.

## 7. 보증의 배제

7.1    만약 귀하가 (귀하의 거래, 비즈니스 또는 직업의 범위 이외의 Apple 소프트웨어를 사용하는) 소비자인 고객이라면, 귀하가 거주하는 국가에서 아래와 같은 제한이 귀하에게 적용되는 것을 금지할 수 있는 법적 권리를 가질 수 있고, 또한 귀 하가 거주하는 국가에서 아래 제한의 적용이 금지되면 이러한 제한들은 귀하에게 적용되지 않을 것입니다. 권리에 관한 상 세한 정보는 지역 고객상담센터에서 확인할 수 있습니다.

7.2    귀하는 관련 법률이 허용하는 한도에서 귀하의 전적인 책임하에서 APPLE 소프트웨어와 이에 의하여 수행되거나 이를 통해 접속되는 모든 서비스를 사용하며 품질에 대한 만족도, 성능, 정확도 및 노력에 대한 전적인 책임 역시 귀하에게 있다는 것을 명시적으로 인정하고 이에 동의합니다.

7.3    준거법이 허용하는 최대의 범위 내에서, APPLE 소프트웨어와 서비스는 매수인의 책임으로 또한 기타 다른 종류의 보증 없이 "있는 그대로", "이용 가능한 대로"의 상태로 제공됩니다. 또한 APPLE과 APPLE이 사용권을 부여한 자(제7항과 제8항과의 관련상 총칭하여 "APPLE"이라고 함)는 이로써 명시적이든 묵시적이든 또는 법규상의 것이든, 상품으로서의 적 합성, 품질에 대한 만족도, 특정한 목적을 위한 적합성, 정확성, 문제없는 사용에 대한 묵시적 보증이나 조건 및 제3자의 권 리를 침해하지 아니할 것 등의 APPLE 소프트웨어와 본 서비스와 관련된 모든 보증이나 조건에 대하여 책임이 없습니다.

7.4    APPLE은 APPLE 소프트웨어와 이에 포함되어 있거나 APPLE 소프트웨어를 통해 수행 또는 제공되는 기능이 귀하 가 요구하는 사항을 충족시킨다거나, APPLE 소프트웨어 및 서비스의 동작이 중단되지 아니하고 오류가 없다거나, 모든 서 비스가 계속 이용 가능하리라거나, APPLE 소프트웨어 또는 본 서비스의 결함이 수정될 것이라거나, APPLE 소프트웨어가 제3자 소프트웨어, 응용 프로그램이나 제3자 서비스와 함께 작동될 수 있다는 등의 APPLE 소프트웨어와 본 서비스를 사 용하는 데에 대한 장애에 대하여 보증하지는 않습니다. 본 APPLE 소프트웨어의 설치는 APPLE 제품 및 서비스뿐만 아니 라 제3자 소프트웨어, 응용 프로그램 또는 제3자 서비스의 이용가능성 및 유용성에 영향을 미칠 수 있습니다.

7.5    또한, 귀하는 APPLE 소프트웨어와 본 서비스가 핵시설, 항공 관제나 통신 시스템, 항공 교통통제, 생명유지장치 또 는 무기 시스템의 작동 등 APPLE 소프트웨어나 서비스에 의하여 제공되는 콘텐츠, 데이터, 정보의 실패나 지연, 오류나 부 정확성이 사망, 상해, 심각한 물리적 또는 환경적 손상을 가져올 수 있는 상황이나 환경에서 사용되도록 의도되거나 그러한 사용에 적합하지 않다는 점을 인정합니다.

7.6    APPLE 또는 APPLE로부터 수권 받은 대표자가 어떠한 구두 혹은 서면의 정보나 자문을 제공하였다고 하여도 이것이 보증을 의미하는 것은 아닙니다. 만일 Apple 소프트웨어 또는 본 서비스에 결함이 있는 것으로 판명될 경우, 필요한 서비스, 수리 혹은 수정 비용 모두를 귀하가 부담하여야 합니다. 특정 관할 지역에서는 묵시적 보증의 배제나 소비자에게 적용되는 성문법상의 권리에 대한 제한을 허용하지 않고 있는바, 이 경우 위와 같은 보증의 배제 및 책임의 제한이 적용되지 않을 수 있습니다.

**8. 책임 제한.** 해당 법률로 금지되지 않는 범위 내에서, APPLE, 그 자회사, 대리인 또는 본인은 APPLE 소프트웨어와 본 서비스 및 APPLE 소프트웨어 또는 본 서비스와 관련된 제3자 소프트웨어, 응용 프로그램 및 서비스의 사용이나 사용불능으로 인하여 발생되거나 그와 관련이 있거나 상관없이, 나아가 어떠한 이유로 초래된 것인지와도 상관없이, 기대이익상실의 손해, 데이터의 변조나 분실, 데이터(강의지침, 과제 및 자료를 포함하나 이에 제한되지 않음)의 전송이나 수취실패, 영업의 중단 또는 기타 상업적 손해와 멸실 등을 포함하여 인사사고나 어떠한 형태의 우연적인, 특수한, 간접적이고 결과적인 손해이든 그 손해에 대하여 책임을 지지 아니합니다. 이는 또한 배상책임의 법리(계약, 불법행위 또는 기타) 여하와 상관없으며, 나아가 APPLE이 사전에 그러한 손해의 가능성에 대하여 통보받았다 하더라도 마찬가지입니다. 특정 관할 지역에서는 인적 사고나 우연적 혹은 결과적인 손해에 대한 책임의 배제 또는 제한을 허용하지 아니하므로, 이러한 책임 제한이 귀하에게 적용되지 않을 수 있습니다. 귀하의 모든 손해(인적 사고와 관련된 사건에서 적용되는 법률이 요구하는 경우를 제외함)에 대한 Apple의 총 책임 한도액은 어떠한 경우에도 미화 이백오십 달러($250.00)를 초과하지 않습니다. 위에서 언급한 구제 수단이 본질적 목적에 부합하지 않는다고 하더라도 상기의 책임 제한이 적용됩니다. 본 사용권의 다른 약관에도 불구하고 일본의 소비자 계약법이 적용되는 경우, 계약 위반 또는 Apple의 불법 행위로 인해 발생한 손해에 대한 Apple의 책임을 제한하는 약관은 Apple의 고의적 불법 행위 또는 중과실로 인한 손해인 경우 적용되지 않습니다.

**9. 디지털 인증.** Apple 소프트웨어는 Apple 또는 제3자가 발행한 디지털 인증을 허용하는 기능을 포함하고 있습니다. APPLE 또는 제3자가 발행한 디지털 인증을 신뢰할 것인지 여부를 결정하는 것은 전적으로 귀하의 책임입니다. 디지털 인증 사용에 대한 위험은 귀하가 전부 부담합니다. 준거법이 최대한 허용하는 범위에서, APPLE은 디지털 인증과 관련하여 상품으로서의 적합성, 특정 목적을 위한 적합성, 정확성, 보안성 또는 제3자 권리 침해 등에 관한 명시적이거나 묵시적인 보증이나 진술을 하지 않습니다.

**10. 수출 통제.** 귀하는 미합중국 법률 및 Apple 소프트웨어를 취득한 국가의 관할 지역(들)의 법률에 의해 승인받은 경우를 제외하고 Apple 소프트웨어를 사용하거나 수출 또는 재수출할 수 없습니다. 특히 Apple 소프트웨어는 다음과 같은 국가로 수출되거나 재수출될 수 없습니다. (a) 미합중국과 통상금지 조치가 처해진 국가, (b) 미합중국 재무성의 특별 선정국 목록상의 개인이나 미합중국 상무성의 기피인물 목록 또는 기피단체 목록상의 개인 또는 단체, 기타 모든 제한 대상 당사자 목록에 기재된 개인 또는 단체. Apple 소프트웨어를 사용할 경우 귀하는 귀하가 위에서 언급한 국가나 기타의 목록에 있지 않음을 입증하고 보증하여야 합니다. 또한 귀하는 핵무기, 미사일 혹은 생화학 무기 등의 개발, 기획, 제조 혹은 생산을 망라하여 미국법에 의하여 금지된 어떠한 목적을 위하여도 Apple 소프트웨어를 사용하지 않을 것을 동의합니다.

**11. 정부가 최종 사용자인 경우.** Apple 소프트웨어 및 관련 서류는 "상업적인 품목"이며, "상업적인 품목"이라는 용어는 48 C.F.R.(U.S. Code of Federal Regulations) §2.101에서 정의되어 있는바, 이는 "상업적 컴퓨터 소프트웨어" 및 "상업적 컴퓨터 소프트웨어 문서"로 구성되어 있고, 또한 이들 용어는 48 C.F.R. §12.212 또는 48 C.F.R. §227.7202에 해당되는 것으로 사용되고 있습니다. 48 C.F.R. §12.212 또는 48 C.F.R. §227.7202-1부터 §227.7202-4의 관련 조항과 일치시켜 볼 때, 상업적 컴퓨터 소프트웨어와 상업적 컴퓨터 소프트웨어 문서들은 (a) 상업적 품목으로서만 그리고 (b) 본 이용 약관에 따른 기타의 최종 사용자에게 부여된 권리와 동일한 권리로서만 미합중국 정부에게 최종 사용자가 될 권리를 부여하고 있습니다. 공개되지 않은 권리는 미합중국의 저작권법하에서 유보되어 있습니다.

**12. 준거법과 분리조항.** 본 사용권은 법리가 상충될 경우를 제외하고 캘리포니아주 법에 따라 규율되고 해석됩니다. 본 사용권은 국제상품매매계약에 관한 유엔 협약에 의해 규율되지 않으며 동 협약의 적용은 명시적으로 배제됩니다. 만약 귀하가 영국에 기반을 둔 고객일 경우에는 본 약관은 귀하의 주거 지역의 관할 법률의 적용을 받을 것입니다. 만약 어떠한 이유로 당해 관할법원이 어떠한 조항이나 그 일부분이 집행 불가능함을 발견한 경우에도, 본 사용권의 나머지 조항들은 계속적으로 유효하며 완전한 효력이 있습니다.

**13. 완전한 합의 및 규율 언어.** 본 사용권은 Apple 소프트웨어와 관련하여 귀하와 Apple 사이에 완전한 합의를 구성하고, 관련 사안에 대한 모든 사전적, 동시적 합의를 대체합니다. 이 사용권 계약에 대한 수정이나 정정은 문서로 작성되고 Apple이 서명한 경우에만 구속력을 갖습니다. 본 사용권 계약서의 번역문은 해당 지역의 필요에 의해서 작성되고, 영문판과 번역판 사이에 불일치가 있을 경우에는 귀하의 관할 법률에 의해 금지되지 않는 한 본 사용권의 영문판이 우선합니다.

**14. 제3자 승인.** Apple 소프트웨어의 일부분들은 제3자의 소프트웨어 및 저작권이 있는 자료들을 이용하고 있거나 이를 포함할 수 있습니다. 그와 같은 자료들에 대한 승인이나 사용권 약관 및 책임의 배제 등에 관한 사항은 Apple 소프트웨어에 대한 전자 문서상에 포함되어 있습니다. 귀하가 그러한 자료들을 사용할 경우 그 사용에 대해서는 각각의 약관에 따라 규율됩니다. Google 세이프 브라우징 서비스를 사용하는 경우에는 Google 서비스 약관(https://www.google.com/intl/ko/policies/terms/)과 Google의 개인정보 처리방침(https://www.google.com/intl/ko/policies/privacy/)을 준수하여야 합니다.

**15. MPEG-4 사용 및 H.264/AVC 통지**

(a) Apple 소프트웨어는 MPEG-4 시스템 표준에 따른 인코딩을 하기 위하여 MPEG-4 시스템 특허 포트폴리오 사용허가권에 따라 사용 허가되었습니다. 단, (i) 제목 기준으로 지급하는 물리적 미디어에 저장 혹은 복사된 데이터 및/또는 (ii) 제목 기준으로 지급되고 영구 저장 및/또는 사용을 위하여 최종 사용자에게 전송된 데이터와 관련된 인코딩을 위해서는 추가 사용권과 로열티 지급이 요구됩니다. 추가 사용허가권은 MPEG LA, LLC로부터 구하실 수 있습니다. 추가적인 자세한 사항은 https://www.mpegla.com 을 참조하시기 바랍니다.

(b) 본 Apple 소프트웨어는 MPEG-4 비디오 인코딩 그리고/또는 디코딩 기능을 포함합니다. 본 Apple 소프트웨어는 (i) MPEG-4 비주얼 표준("MPEG-4 비디오")을 준수하는 비디오 인코딩 및/또는 (ii)개인적이고 비상업적인 활동에 참여한 소비자가 인코드한 MPEG-4 비디오 및/또는 MPEG-4 비디오를 공급하기 위하여 MPEG LA로부터 사용 허가받은 비디오 제공자로부터 구입한 MPEG-4 비디오를 디코딩하기 위한 소비자의 개인적이고 비상업적인 사용을 위하여 MPEG-4 비주얼 특허 포트폴리오에 따라 사용 허가되었습니다. 기타의 사용에 대해서는 그 어떤 사용 허가도 부여되지 않았으며 암시되지도 않았습니다. 홍보용, 내부용 및 상업적 사용과 관련된 추가적인 정보와 사용 허가에 대한 정보는 MPEG LA, LLC.에서 확인하실 수 있습니다. 자세한 정보는 https://www.mpegla.com 을 참조하시기 바랍니다.

(c) Apple 소프트웨어는 AVC 인코딩 그리고/혹은 디코딩 기능을 포함하는 한, H.264/AVC를 상업적으로 사용하기 위해서는 추가 사용 허가가 필요하며 다음의 조건이 적용됩니다. 본 APPLE 소프트웨어의 AVC 기능은 (i) AVC 표준에 따른 비디오("AVC 비디오")를 인코딩하며 그리고/혹은 (ii) 개인적이고 비상업적 활동에 종사하는 소비자가 인코딩한 AVC 비디오를 디코딩하고/하거나 AVC 비디오를 공급할 수 있도록 사용 허가받은 비디오 제공자로부터 얻은 AVC 비디오를 디코딩하기 위하여 소비자의 개인적이고 비상업적인 사용만을 위하여 여기에서 사용 허가된 것입니다. 기타 사용 및 허가에 관한 정보는 MPEG LA L.L.C.로부터 구하실 수 있습니다. 자세한 정보는 https://www.mpegla.com 을 참조하시기 바랍니다.

**16. Yahoo 검색 서비스 제한.** Safari를 통하여 이용 가능한 Yahoo 검색 서비스는 오로지 다음 국가 및 지역에서만 그 사용이 허가됩니다: 아르헨티나, 아루바, 오스트레일리아, 오스트리아, 바베이도스, 벨기에, 버뮤다, 브라질, 불가리아, 캐나다, 케이먼 아일랜드, 칠레, 중국 본토, 홍콩, 대만, 콜롬비아, 사이프러스, 체코공화국, 덴마크, 도미니크 공화국, 에콰도르, 엘살바도르, 핀란드, 프랑스, 독일, 그리스, 그라나다, 과테말라, 홍콩, 헝가리, 아이슬란드, 인디아, 인도네시아, 아일랜드, 이태리, 자메이카, 일본, 라트비아, 리투아니아, 룩셈부르크, 말레이시아, 몰타, 멕시코, 네덜란드, 뉴질랜드, 니카라과, 노르웨이, 파나마, 페루, 필리핀, 폴란드, 포르투갈, 푸에르토리코, 루마니아, 싱가포르, 슬로바키아, 슬로베니아, 대한민국, 스페인, 세인트 루시아, 세인트 빈센트, 스웨덴, 스위스, 대만, 타이, 바하마, 트리니다드 토바고, 튀르키예, 영국, 우루과이, 미국 및 베네수엘라.

**17. Microsoft Exchange 통지.** Apple 소프트웨어에 설정한 Microsoft Exchange 메일은 Microsoft Exchange 서버 또는 Microsoft사가 Microsoft Exchange ActiveSync 프로토콜을 실행하도록 사용 허가한 다른 서버 소프트웨어와 귀하의 기기 간의 이메일, 연락, 일정 및 작업과 같은 정보의 무선동기화를 위해서만 그 사용이 허락됩니다.

EA1806
2022.07.08

———————————————

**Apple Pay 및 지갑 부가 이용 약관**

본 Apple Pay 및 지갑 부가 이용 약관(이하 "부가 약관")은 Apple 소프트웨어 사용권 계약(이하 "사용권 계약")을 보완합니다. 본 사용권 계약 및 부가 약관은 모두 귀하의 Apple Pay 기능("Apple Pay") 및 Apple 지갑 응용 프로그램("지갑") 사용을 규정하며, 이는 본 사용권 계약에 따라 "서비스"로 간주됩니다. 본 부가 약관의 영문 대문자 용어의 정의는 사용권 계약에서 규정된 바와 같습니다.

## 1. 개요

**Apple Pay**

Apple Pay를 통해 다음 사항을 할 수 있습니다.

- 일부 장소나 앱 또는 웹 사이트에서 Apple Card 및 Apple Cash 카드를 포함한 신용 카드, 직불 카드 및 선불 카드를 사용하여 비접촉식으로 결제할 수 있습니다.
- 다른 Apple Cash 사용자와 개인 간 송금 거래를 할 수 있습니다. 그리고
- 주문을 추적하고 및 상세한 영수증을 볼 수 있습니다.

Apple Pay 및 Apple Pay의 특정 기능은 일부 지역에서 선택된 카드 발급처, 결제 네트워크, 가맹점 및 기타 제3자를 통해서만 사용할 수 있습니다.

**Wallet**

Apple 지갑을 사용하면 Apple Pay와 함께 이용할 신용 카드, 직불 카드 및 선불 카드를 대표하는 가상 카드(통칭 "Apple Pay 카드")를 저장할 수 있으며, 다음과 같은 카드, 패스 및 키(통칭 "지갑 패스", Apple Pay 카드와 더불어 "지원되는 카드") 유형도 저장할 수 있습니다.

- 포인트 카드
- 교통 카드
- 티켓
- 멤버십 패스
- 차 키
- 홈 키
- 편의시설 키
- 회사 배지
- 학생증
- 운전면허증 및 주 또는 정부 발급 신분증('신분증')

지갑 패스는 일부 지역에서 특정 파트너를 통해서만 사용할 수 있습니다. 신분증은 참여 주(州) 거주자를 대상으로만 지원되며, 주 또는 지역에 따라 가상 카드의 모습이 다를 수 있습니다.

지원되는 카드 등은 언제든지 변경될 수 있습니다.

## 2. 자격

Apple Pay 및 지갑을 사용하려면 (i) 본 서비스를 지원하는 운영 소프트웨어 버전(최신 버전 권장, 경우에 따라 필수일 때도 있음)을 설치한 지원되는 기기, (ii) Apple에서 정상적으로 사용하는 iCloud 계정에 연결된 Apple ID를 보유해야 하며, (iii) 인터넷에 연결(요금 부과 가능)되어 있어야 합니다. 가족용 Apple Cash 및 일부 전자화폐 카드를 제외하고, Apple Pay 카드는 만 13세 이상의 개인만 사용할 수 있으며, iCloud 또는 관련 발급처, 가맹점 또는 기타 제3자에서 지정한 추가 연령별 제한이 적용될 수 있습니다. 교통 카드, 전자화폐 카드, 신분증, 회사 배지 및 키는 iOS 기기에서만 사용할 수 있습니다.

iCloud 가족을 사용하는 부모 또는 법적 보호자(이하 "가족 대표")인 경우, 만 13세 미만(또는 해당 국가의 최소 연령)을 포함한 가족 구성원을 초대하여 지갑에 적격 교통 카드를 등록하고 사용하도록 할 수 있습니다. 가족 대표는 가족 구성원이 직접 등록한 카드를 포함하여 가족 구성원이 사용하도록 활성화된 교통 카드를 통해 이루어진 모든 결제, 구입 및 거래에 대해 책임을 집니다. 지갑에 등록된 교통 카드의 이용 대상 및 사용은 해당 교통 기관의 이용 약관에 따릅니다. 가족 대표는 이러한 이용 약관을 준수할 책임이 있으며, 다른 가족 구성원의 교통 패스 사용과 관련된 모든 위험을 부담합니다. 가족 구성원이 가족 그룹에서 나가거나 제거된 경우 해당 가족 구성원은 교통 카드를 충전할 수 없으며, 카드 계좌 잔액이 0이 될 때까지만 카드로 거래할 수 있습니다.

차 키 소유자인 경우 만 13세 이상인 개인과 차 키를 공유하여 다른 사람이 차량 문을 열고 차에 타서 운전하도록 할 수 있

습니다.

홈 키의 경우 홈 앱에서 도어락을 추가 또는 제거하거나 홈 앱의 홈에 본인을 추가 또는 제거해야만 지갑에 추가하거나 지갑에서 제거할 수 있습니다. 홈 앱의 홈 관리자인 경우 기존의 홈 키는 귀하가 초대한 사람 및 귀하의 홈에 참여한 사람과 자동으로 공유됩니다.

Apple Card는 미합중국에서만 사용 가능하며 Goldman Sachs Bank USA 솔트레이크 시티 지점("Apple Card 발급처")에서 발급합니다. 가족용 Apple Card를 제외하고, Apple Card는 만 18세 이상(또는 거주하는 주(州)에 따라 제한 연령이 더 높을 수 있음)인 개인만 사용할 수 있습니다.

Apple Cash 카드 및 개인 간 송금의 발송 및 수신 기능은 미합중국에서만 이용 가능하며 연방 예금 보험 공사 회원인 Green Dot 은행이 제공하는 서비스입니다. Apple Pay에서 개인 간 송금을 주고받으려면 반드시 Apple Cash 카드를 사용해야 합니다. 가족용 Apple Cash를 예외로 하고, Apple Cash 카드 및 개인 간 송금의 발송 및 수신 기능은 18세 이상의 개인만 사용할 수 있습니다.

## 3. 본 서비스의 사용

지원되는 카드 및 개인 간 송금은 이러한 기능을 사용하기 위해 iCloud에 로그인한 Apple ID와 연결됩니다. 지갑에서 키, 회사 배지, 포인트 카드, 티켓 및 멤버십 패스를 추가하거나 제거하면 사용 중인 Apple ID로 로그인한 다른 Apple 기기에도 해당 변경 사항이 적용될 수 있습니다. Apple ID마다 각 주(州) 발급 기관에서 발급한 신분증 하나씩만 연결할 수 있습니다.

Apple Pay 및 지갑은 개인 용도로 사용 가능하며, 본인의 지원되는 카드나 가족 대표 또는 소유자로부터 등록 요청을 받은 교통 카드 또는 차 키 및 홈 키만 등록할 수 있습니다. 만약 귀하가 지원되는 법인카드를 등록하고자 한다면, 귀하는 귀하의 고용주의 승인을 얻었다는 사실 및 귀하의 고용주가 본 이용 약관 및 이 기능을 사용함에 따른 모든 거래에 구속되도록 한다는 점에 대한 승인을 받아 사용한다는 점을 표시하는 것입니다. 만일 귀하가 개인 간 송금을 발송 또는 수신한다면, 귀하는 이것이 귀하의 개인적이고 비상업적인 사용을 위한 것임을 표시하는 것입니다. 신분증을 등록하는 경우 귀하를 정확하고 진실하게 대표하는 개인 정보를 사용해야 합니다.

귀하는 Apple Pay 또는 지갑을 불법적인 목적 또는 사기 목적, 본 사용권 계약 및 부가 약관에서 금하는 기타 목적으로 사용하지 않기로 동의합니다. 또한, 귀하는 Apple Pay 및 지갑을 관계 법령 및 규제를 준수하여 사용하기로 동의합니다. 귀하는 신분증과 관련하여 제출된 모든 허위 정보가 연방법 또는 주(州)법에 따라 형사상 범죄가 될 수 있음을 인정합니다. 귀하는 Apple Pay 또는 지갑 서비스를 방해(자동화된 수단을 통하여 서비스에 접근하는 것을 포함)하거나, 해당 서비스에 연결된 서버 또는 네트워크, 해당 서비스와 관련된 네트워크의 정책, 요구 사항, 규제 등에 지장(데이터/트래픽에 무단 접속, 이의 사용 또는·모니터링 포함)을 주지 않는다는 데 동의합니다.

관련 법률에 따라 Apple Pay 또는 지갑에 대한 접근 또는 사용이 금지된 경우 귀하는 이러한 서비스에 접근하거나 이러한 서비스를 사용할 권한이 없습니다. 당사는 귀하가 해당 법률을 위반하는 방식으로 서비스에 접근하거나 서비스를 사용하는 경우 책임을 지지 않습니다.

## 4. Apple과 귀하의 관계

귀하의 Apple Pay 사용은 본 부가 약관뿐만 아니라 귀하가 관련 발급처, 가맹점 또는 귀하의 Apple Pay 카드에 대한 책임이 있는 제3자와 체결한 카드 소유자 계약 약관의 적용을 받습니다.

마찬가지로, 귀하의 지갑에서 지갑 패스를 사용하는 것에는 본 부가 약관과 관련 가맹점, 대중교통 대행사, 자동차 및 자물쇠 제조업체, 대학, 호텔, 리조트, 크루즈 라인, 기업, 주 발급 기관 또는 기타 제3자와의 계약 약관이 적용됩니다.

아래에 설명된 Apple Payments Inc.("Apple Payments")에서 제공하는 Apple Pay의 특정 기능을 제외하고, Apple은 Apple Pay 카드로 이루어진 결제 또는 기타 미결제 거래를 처리하지 않습니다. Apple은 결제, 지불 거절, 반품, 환불, 이체, 포인트, 가치, 할인, 접근, 신원 확인, 주문, 주문 이행 또는 귀하의 Apple Pay 또는 지갑 사용으로 인해 발생할 수 있는 기타 활동에 대해 통제할 수 없으며 이에 대해 책임을 지지 않습니다.

본 부가 약관과 관련 발급처, 가맹점, 주(州) 발급 기관 또는 기타 제3자와 맺은 계약(각각 "제3자 계약") 간 상충되는 조항

이 있는 경우 Apple과 귀하의 관계에는 본 부가 약관의 조항이 적용되며, 관련 제3자 계약의 조항은 해당 제3자와 귀하의 관계를 규율합니다.

귀하는 Apple이 제3자 계약의 당사자가 아니며, 다음 사항에 대한 Apple의 책임이 없다는 데 동의합니다. (a) 지원되는 카드의 내용, 정확성 또는 가용성, Apple Pay 또는 지갑을 사용하는 동안 이루어진 구입, 거래, 자금 이체, 주문, 주문 이행, 영수증 또는 귀하가 지원되는 카드를 공유했거나 귀하의 기기에 접근할 수 있는 가족 구성원 또는 타인의 활동을 포함하되 이에 국한되지 않는 기타 활동, (b) 신용 발급 또는 신용 자격에 대한 접근, (c) 운전면허증 또는 주 신분증의 발급, 정지 또는 해지, (d) 귀하의 Apple Pay 또는 지갑 사용과 관련된 발급처, 가맹점, 앱 개발자 또는 기타 제3자의 활동, (e) 귀하의 지원되는 카드를 지갑에 추가하는 것과 관련하여 발급처, 가맹점 또는 기타 제3자가 내린 결정, (f) 가맹점 또는 파트너 프로그램에 대한 귀하의 멤버십 또는 참여, (g) 귀하의 지원되는 카드와 관련하여 포인트 또는 저장된 가치의 적립 또는 사용, (h) 지원되는 선불 카드의 충전 또는 재충전, (i) 개인 간 결제 금액 또는 자금 이체의 송금 또는 수령, 또는 (j) 귀하의 Apple Cash 카드에서 자금 충전, 상환 또는 인출.

귀하가 Apple Card를 신청하면 해당 Apple Card 발급처에서 계좌 개설을 신청하게 되는 것입니다. Apple Card를 제공할 책임이 있는 금융 기관은 변경될 수 있으며 귀하의 Apple Card 사용에는 해당 이용 약관이 적용됩니다.

귀하가 Apple Pay 내에서 Apple Cash 기능을 활성화하면 Green Dot 은행에 계좌를 개설하게 됩니다. Apple Payments가 제공하는 Apple Pay의 기능을 예외로 하고, 귀하가 개인 간 송금을 발송 또는 수신하거나 귀하의 Apple Cash 카드에서 돈을 충전 또는 인출하면, Green Dot 은행은 귀하의 돈을 지정 수신인에게 수신 및 발송하는 것에 책임을 가집니다. Apple Pay 내에서 Apple Cash 및 개인 간 송금을 제공할 책임이 있는 금융 기관은 변경될 수 있으며 귀하의 이러한 기능의 사용에는 해당 이용 약관이 적용됩니다.

귀하가 승인한 특정 적격 업체에 결제하기 위해 Apple Cash 카드의 금액을 사용하는 기능(이하 "Direct Payments Service")은 Apple Payments에서 제공하는 서비스입니다. Direct Payments Service의 사용에는 Apple Payments의 Direct Payments 이용 약관이 적용됩니다. 또한, 특정 적격 업체에서는 귀하가 Apple Cash 카드로 금액을 지급할 것을 승인하도록 할 수도 있습니다(각각의 경우를 "지급"이라고 함). 지급은 Apple Payments를 통해 처리될 수 있지만 해당 자금을 제공하는 참여 업체에서 제공하는 것이며, 해당 지급 업체의 특정 추가 이용 약관이 적용될 수 있습니다. 지원되는 카드 또는 관련 상거래 활동과 관련된 모든 분쟁이나 질문은 발급처 또는 해당 가맹점, 주 발급 기관, 앱 개발자 또는 기타 제3자에게 문의하십시오. Apple Pay, 지갑, Apple Card 또는 Apple Cash 카드나 개인 간 송금에 관한 질문은 Apple 지원에 문의하시기 바랍니다.

## 5. 개인정보 보호

Apple의 개인 정보 수집 및 사용은 https://www.apple.com/kr/legal/privacy/ 사이트에서 볼 수 있는 Apple 개인정보 처리방침의 적용을 받습니다. 귀하는 'Apple Pay 및 개인 정보 보호에 관하여'를 비롯해서 관련 서비스별 개인 정보 보호 고지 사항을 확인하여 귀하의 Apple Pay 및 지갑을 사용하는 과정에서 수집, 사용 또는 공유되는 개인 정보에 대한 자세한 정보를 확인할 수 있습니다. 해당 내용은 귀하의 기기나 페어링된 기기의 Watch 앱 내에서, 또는 https://www.apple.com/kr/legal/privacy/ 사이트를 방문하여 살펴볼 수 있습니다. Apple Pay 및 지갑을 사용함으로써, 귀하는 Apple 및 그 자회사와 대리인이 본 서비스를 제공하기 위해 상기 정보 전부를 전송, 수집, 유지, 처리 및 사용할 수 있다는 데 동의합니다.

## 6. 보안 및 분실 또는 사용 불능 기기

실물 지갑 및 카드를 보호하는 것처럼 지원되는 기기 및 자격 증명 보호

Apple Pay 및 지갑은 지원되는 카드를 대표하는 가상 카드를 저장하며, 실제 지갑, 키 또는 신용 카드, 직불 카드, 선불 카드, 신분증 및 기타 카드를 보호하는 것과 마찬가지로 보호되어야 합니다. 귀하의 기기와 Apple ID, Touch ID와 Face ID 정보, 지원되는 기기의 암호 및 본 서비스와 관련하여 사용되는 기타 인증 자격 증명(통칭 "자격 증명")의 보안을 유지하는 책임은 전적으로 귀하에게 있습니다. 귀하의 지원되는 기기를 타인이 사용할 수 있도록 승인하거나 허용할 경우(예: 기기 암호를 제3자에게 제공, 제3자가 본인의 지문을 추가하여 Touch ID를 사용하도록 허용하거나 Face ID 활성화, 그 밖의 다른 방식으로 제3자에게 자격 증명 제공), 해당 사람은 결제를 하고, 개인 간 송금을 주고받거나 요청하고, Apple Cash 카드에서 금액을 인출하고, 포인트를 받거나 사용하고, 저장 가치를 이용하고, 차, 방, 사무실 또는 집 문을 열거나 그밖에 다른 방식으로 접근하고, 신원을 도용하고, 지갑에서 지원되는 카드로 거래할 수 있습니다. 이러한 경우, 해당 사람이 수행한 모든 결제, 접근 및 거래에 대한 책임은 귀하가 부담합니다.

탈옥 기기

귀하가 하드웨어 또는 소프트웨어 제어를 비활성화하는 등 귀하의 기기를 무단으로 개조('탈옥'이라고도 함)하는 경우 귀하의 기기에서는 더 이상 서비스에 접근하거나 서비스를 사용하지 못할 수 있습니다. 귀하는 본 서비스와 관련하여 개조한 기기를 사용하는 행위가 명시적으로 금지되어 있고, 본 부가 약관을 위반하는 것이며, 당사가 귀하의 본 서비스 사용을 거부하거나 제한할 수 있는 근거가 된다는 점을 인정합니다.

추가 보안 조치

귀하는 Apple Card, Apple Cash 카드 및 Apple Pay를 이용한 개인 간 송금을 포함한 Apple Pay의 특정 기능에 접속하기 위해 귀하의 Apple ID의 이중 인증과 같은 추가 보완 조치를 활성화할 필요가 있습니다. 만일 귀하가 차후 이러한 보완 기능들을 제거한다면, 귀하는 Apple Pay의 특정 기능에 계속 접속하지 못할 수 있습니다. 가상 신분증과 연결된 Face ID 또는 Touch ID를 삭제하면 전체 신분증 등록 과정을 완료해야 합니다.

기기 분실 또는 도난

귀하의 기기를 분실하거나 도난당한 경우에 '나의 찾기'를 활성화한 상태라면, 귀하는 '나의 찾기'를 사용하여 분실 모드로 전환함으로써 해당 기기의 지원되는 가상 카드를 통한 거래 기능 또는 개인 간 송금을 정지할 수 있습니다. 기기가 분실 모드인 경우 지갑에서 차 키가 비활성화되어 차에서 내리거나 엔진을 끄면 더 이상 차량에 접근하거나 시동을 걸 수 없게 됩니다. 분실 모드는 분실한 기기에 저장된 키에만 영향을 미칩니다. 귀하가 소유자인 경우 차 키 또는 홈 키를 더 이상 다른 사람과 공유할 수 없지만, 이미 타인과 공유하고 있는 키는 해당 사람의 기기에서 영향을 받지 않습니다.

귀하는 기기를 삭제하여 기기의 지원되는 가상 카드를 통한 거래 기능 또는 개인 간 송금 기능을 정지할 수도 있습니다. 또한, Apple Pay 및 지갑에서 지원되는 카드의 무단 접근을 방지하려면 지원되는 카드의 발급처, 가맹점, 기타 책임 있는 제3자 또는 Apple Card나 Apple Cash 카드의 경우 Apple에 문의해야 합니다.

귀하가 사기성 카드 사용 및 부당한 카드 사용을 보고하거나 Apple이 이를 의심하는 경우, 귀하는 어떠한 조사와 관련하여서도 Apple에 협조하며 Apple이 제공하는 사기 예방 조치를 사용하는 것에 동의합니다.

**7. 책임 제한**

사용권에 명시된 보증의 부인 및 책임의 제한 외에도, Apple은 Apple Pay 또는 지갑을 사용하여 이루어진 구입, 결제, 자금 이체, 주문, 주문 이행, 영수증 정보, 접근, 신원 확인, 거래 또는 기타 활동에 대해 어떠한 책임도 지지 않으며, 귀하는 지원되는 카드, 개인 간 송금 및 관련 활동과 관련된 질문이나 분쟁을 해결하기 위해 카드 발급처, 결제 네트워크, 금융 기관, 가맹점, 앱 개발자, 주 발급 기관 또는 기타 해당 제3자와 체결한 계약만을 검토하는 데 동의합니다.

_____

**APPLE의 경고**

귀하는 귀하의 제품이나 계정과 관련하여 Apple이 귀하에게 연락하는 경우 이메일로 통지받을 것에 동의합니다. 귀하는 당사가 귀하께 송부한 전자통지가 법정 커뮤니케이션 요건을 충족하였음에 동의합니다.

**ESPAÑOL**

**IMPORTANTE: UTILIZAR TU iPHONE, iPAD O iPOD TOUCH ("DISPOSITIVO") IMPLICA QUE ACEPTAS LAS SIGUIENTES CONDICIONES:**

**A.    CONTRATO DE LICENCIA DE SOFTWARE iOS Y iPadOS DE APPLE**
**B.    CONDICIONES COMPLEMENTARIAS DE APPLE PAY**
**C.    AVISOS DE APPLE**

**APPLE INC.**
**CONTRATO DE LICENCIA DE SOFTWARE iOS Y iPadOS**
**Licencia de un solo uso**

**POR FAVOR, LEE DETENIDAMENTE ESTE CONTRATO DE LICENCIA DE SOFTWARE ("LICENCIA") ANTES DE UTILIZAR EL DISPOSITIVO O DESCARGAR LA ACTUALIZACIÓN DE SOFTWARE QUE ACOMPAÑA A ESTA LICENCIA. UTILIZARLO O DESCARGAR UNA ACTUALIZACIÓN DE SOFTWARE, SEGÚN SEA EL CASO, SE INTERPRETARÁ COMO UN HECHO INEQUÍVOCO DE QUE ACEPTAS LAS CONDICIONES DE ESTA LICENCIA. SI NO LAS ACEPTAS, NO USES EL DISPOSITIVO NI DESCARGUES LA ACTUALIZACIÓN DE SOFTWARE**

**SI HAS COMPRADO RECIENTEMENTE UN DISPOSITIVO Y NO ACEPTAS ESTA LICENCIA, PUEDES DEVOLVER EL DISPOSITIVO DURANTE EL PERIODO DE DEVOLUCIÓN ESTABLECIDO AL APPLE STORE O AL ESTABLECIMIENTO AUTORIZADO DONDE LO ADQUIRISTE Y SOLICITAR TU REEMBOLSO DE CONFORMIDAD CON LA POLÍTICA DE DEVOLUCIONES DE APPLE, QUE ESTÁ DISPONIBLE EN https://www.apple.com/es/legal/sales-support/.**

**1. General**
(a) Apple Inc. ("Apple") te concede (no vende) una licencia para el uso de este software (incluidos el código ROM de arranque, el software incluido y el software de terceros), la documentación, las interfaces, los contenidos, las tipografías y cualquier tipo de datos que acompañan al Dispositivo (en adelante, el "Software Apple original"), que pueden ser actualizados o reemplazados por funciones mejoradas, actualizaciones de software, respuestas de seguridad, archivos del sistema o programas de restauración del sistema de Apple para tu Dispositivo o dispositivo periférico compatible (los "Cambios de Software de Apple"), ya sea en memoria de solo lectura o en cualquier otro soporte o de cualquier otra forma (el Software Apple original y los Cambios de Software de Apple se denominan conjuntamente el "Software Apple"), para su uso únicamente bajo las condiciones de esta Licencia. Apple y sus licenciantes conservan la propiedad del Software Apple y se reservan todos los derechos no concedidos a ti de forma expresa. Aceptas que las condiciones de esta Licencia se aplicarán a todas las aplicaciones de marca Apple integradas en tu Dispositivo, a menos que una aplicación incluya una licencia separada, en cuyo caso aceptas que dicha aplicación se regirá por las condiciones de la licencia correspondiente.

(b) Apple puede, a su entera discreción, desarrollar en el futuro Cambios de Software de Apple. En caso de que los haya, puede que dichos Cambios de Software de Apple no incluyan necesariamente todas las funciones de software ya existentes ni funciones nuevas que Apple destine a modelos más recientes o diferentes de los Dispositivos. Las condiciones de esta Licencia regirán cualquier Cambio de Software de Apple proporcionado por Apple, salvo que dicho Cambio de Software de Apple se acompañe de una licencia propia, en cuyo caso aceptas que serán de aplicación las condiciones de la misma.

(c) Si utilizas la función de configuración exprés para configurar un Dispositivo nuevo basándote en tu Dispositivo ya existente, aceptas que las condiciones de esta Licencia se aplicarán al uso que hagas del Software Apple en tu Dispositivo nuevo, a menos que incluya una licencia separada, en cuyo caso

aceptas que el uso que hagas de dicho Software Apple se regirá por las condiciones de esa licencia. Tu Dispositivo buscará periódicamente Cambios de Software de Apple. Si encuentra alguno, puede que el cambio se descargue e instale automáticamente en tu Dispositivo y, si procede, en tus dispositivos periféricos. **Al utilizar el Software Apple, aceptas que Apple pueda descargar e instalar Cambios de Software de Apple de forma automática en tu Dispositivo y en tus dispositivos periféricos.** Puedes desactivar la instalación automática de actualizaciones del sistema operativo y las respuestas de seguridad rápidas en cualquier momento cambiando los ajustes de Actualizaciones automáticas en Ajustes > General > Actualización de software. Algunos archivos del sistema (entre otros, fuentes actualizadas, modelos de idioma, activos de voz y firmware para periféricos) pueden seguir instalándose automáticamente, como cuando se activan o se usan ciertas funciones y periféricos, o para abordar cuestiones legales, reglamentarias, de seguridad pública o consideraciones técnicas.

**2. Usos permitidos y restricciones de la Licencia.**
(a) De acuerdo con los términos y condiciones de esta Licencia, se te concede una licencia limitada no exclusiva para utilizar el Software Apple en un único Dispositivo de marca Apple. Salvo lo expresamente permitido en la sección 2(b) siguiente, y salvo que medie un acuerdo separado entre tú y Apple, esta Licencia no permite que el Software Apple esté instalado en más de un Dispositivo de marca Apple al mismo tiempo, y no podrás distribuir ni colocar el Software Apple en una red donde pueda ser utilizado por varios Dispositivos al mismo tiempo. La presente Licencia no te concede ningún derecho para el uso de las interfaces propiedad de Apple, así como ningún derecho de propiedad intelectual con respecto al diseño, desarrollo, fabricación, concesión de licencias o distribución de dispositivos y accesorios de otros fabricantes o de aplicaciones de software de terceros que se usen con los Dispositivos. Algunos de estos derechos se recogen en otras licencias de Apple. Para obtener más información acerca del desarrollo de dispositivos y accesorios de otros fabricantes para el Dispositivo, visita el sitio https://developer.apple.com/programs/mfi/. Para más información sobre el desarrollo de aplicaciones de software de otros fabricantes para el Dispositivo, visita el sitio https://developer.apple.com.

(b) De acuerdo con los términos y condiciones de esta Licencia, se te concede una licencia limitada no exclusiva para descargar los Cambios de Software de Apple que se lancen para tu modelo de Dispositivo con el fin de actualizar o restaurar el software de cualquier Dispositivo que poseas. Esta Licencia no permite actualizar o restaurar ningún Dispositivo que no sea de tu propiedad, ni distribuir o colocar los Cambios de Software de Apple en una red donde puedan ser utilizadas por varios periféricos u ordenadores al mismo tiempo. Si descargas una Actualización de Software de Apple en tu ordenador, podrás realizar una copia de los Cambios de Software de Apple almacenadas en tu ordenador en un formato legible únicamente a efectos de copia de seguridad, siempre y cuando esta contenga toda la información relativa a derechos de autor y copyright, u otros datos relativos a la propiedad, contenida en el original.

(c) Si Apple ha preinstalado aplicaciones de marca Apple desde App Store en tu Dispositivo en el momento de la compra ("Aplicaciones preinstaladas"), tendrás que iniciar sesión en App Store y asociar a tu cuenta de App Store estas Aplicaciones preinstaladas para poder utilizarlas en el Dispositivo. Cuando asocies una Aplicación preinstalada a tu cuenta de App Store, se asociarán automáticamente todas las demás Aplicaciones preinstaladas de tu Dispositivo. Al asociar las Aplicaciones preinstaladas a tu cuenta de App Store, aceptas que Apple pueda transmitir, recopilar, mantener, procesar y usar tanto el ID de Apple que utiliza en tu cuenta de App Store como el identificador de hardware único de tu Dispositivo como identificadores únicos de la cuenta con el fin de verificar si tu solicitud es apta y proporcionarte acceso a las Aplicaciones preinstaladas a través de App Store. Si no deseas utilizar una Aplicación preinstalada, puedes eliminarla del Dispositivo en cualquier momento.

(d) No podrás —y aceptas no hacerlo ni permitir a otras personas que lo hagan— copiar (excepto en los casos expresamente permitidos en la presente Licencia), descompilar, desensamblar o intentar obtener el código fuente, como tampoco descifrar, modificar o crear trabajos derivados del Software Apple o de

cualquier servicio proporcionado por el Software Apple ni de ninguna de sus partes (excepto en la medida en que la legislación aplicable o las condiciones de licencia que rigen el uso de componentes de código abierto que puedan estar incluidos en el Software Apple). Asimismo, te comprometes a no eliminar, ocultar ni alterar la información relativa a la propiedad (incluida la relativa a derechos de autor y copyright) contenida o añadida en el Software Apple.

(e) El Software Apple puede utilizarse para reproducir materiales siempre que dicho uso se limite a la reproducción de materiales sin copyright, materiales de los que poseas el copyright o materiales que puedas reproducir porque cuentas con la autorización o el permiso legal correspondientes. Sin perjuicio de lo anterior, está prohibido republicar, retransmitir o reproducir cualquier imagen a la que se haya accedido mediante News o Mapas a modo de archivo independiente. Los derechos de titularidad y de propiedad intelectual de cualquiera de los contenidos que se muestran o almacenan en el Dispositivo, o a los que se accedes a través de este, pertenecen a quien tiene la propiedad del contenido. Dicho contenido puede estar protegido por las leyes y los tratados vigentes en materia de propiedad intelectual y de derechos de autor y quedan sujetos a las condiciones de uso de la tercera parte suministradora del contenido. A menos que se establezca lo contrario en el presente documento, esta Licencia no te concede ningún derecho para el uso de dicho contenido ni garantiza que el contenido siga estando disponible para su utilización.

(f) Sujeto a los términos y condiciones de esta Licencia, puedes: (i) utilizar los caracteres Memoji incluidos o creados con el Software Apple ("Caracteres del sistema") (1) mientras se ejecuta el Software Apple y (2) para crear tu propio contenido y proyectos originales para uso personal, no comercial; y (ii) usar los Live Captions generados automáticamente en el dispositivo en tiempo real por el Software Apple ("Live Captions"), se generen durante una llamada de FaceTime o de otro modo, solo para uso personal y no comercial. No está permitido ningún otro uso de los caracteres del sistema ni Live Captions con arreglo a esta Licencia, incluidos a título enunciativo y no limitativo el uso, reproducción, muestra, rendimiento, grabación, publicación o redistribución de cualquiera de los caracteres del sistema o Live Captions en un contexto con o sin ánimo de lucro, de difusión pública o comercial.

(g) Para completar determinadas funciones rápidas de aplicaciones y/o acciones de sitios web, el Software Apple puede necesitar acceso a determinadas aplicaciones, servicios o sitios web de terceros en el Dispositivo ("Apps de terceros"). Aceptas de forma explícita dicho uso hasta el grado necesario para completar la Función rápida en el Software Apple.

(h) Te comprometes a utilizar el Software Apple y los Servicios (tal como se definen en la sección 5 de este documento) de conformidad con todas las leyes aplicables, incluidas las leyes locales del país o la región donde residas o donde te descargues y utilices el Software Apple y los Servicios. Es posible que las funciones del Software Apple y los Servicios no estén disponibles en todos los idiomas o regiones, que algunas funciones varíen según la región y que tu proveedor de servicios restrinja algunas funciones o no las ofrezca. Algunas de las funciones del Software Apple y los Servicios requieren una conexión de datos móviles o wifi.

(i) Necesitas una combinación única de nombre de usuario y contraseña —conocida como ID de Apple — para poder utilizar App Store. El ID de Apple también es necesario para acceder a actualizaciones de aplicaciones y determinadas funciones del Software Apple y los Servicios.

(j) Reconoces que muchas funciones, aplicaciones integradas y Servicios del Software Apple transmiten datos y podrían conllevar cargos para tu plan de datos, y que te haces cargo de dichos cargos. Puedes ver y controlar qué aplicaciones tienen autorización para utilizar datos móviles y ver una estimación de la cantidad de datos que consumen en la sección Datos móviles de Ajustes. Además, Asistencia para wifi se conectará automáticamente a una red de datos móviles cuando tengas una conexión wifi de mala

calidad, lo que puede aumentar el uso de los datos móviles y afectar a los cargos de tu plan de datos. Asistencia para wifi está activado por defecto, pero puedes desactivarlo en Ajustes. Para obtener más información, consulta el Manual del usuario de tu Dispositivo.

(k) Si seleccionas la opción para permitir la actualización automática de aplicaciones, el Dispositivo buscará periódicamente actualizaciones para las aplicaciones de tu Dispositivo y, si las hay, las descargará e instalará automáticamente. Las actualizaciones automáticas se pueden desactivar en cualquier momento en Ajustes, donde debes tocar iTunes Store y App Store y, en Descargas automáticas, desactivar Actualizaciones.

(l) En determinadas circunstancias, el uso del Dispositivo podría distraerte y dar lugar a una situación peligrosa (por ejemplo, no escribas mensajes de texto mientras conduces ni utilices los auriculares cuando vayas en bicicleta). Al usar el Dispositivo asumes tu responsabilidad a la hora de respetar las normas que prohíben o restringen el uso de teléfonos móviles o auriculares (por ejemplo, el requisito de utilizar opciones manos libres para realizar llamadas durante la conducción).

(m) Ciertas funciones del Software Apple pueden intentar proporcionar asistencia en situaciones relacionadas con la seguridad, como cualquier función de detección relacionada con la seguridad y la conexión con los servicios de emergencia (si están disponibles). Apple no garantiza la disponibilidad, precisión, integridad, fiabilidad ni actualidad de dichas funciones. Estas funciones no están pensadas para ser utilizadas únicamente en situaciones en las que se pueda obtener ayuda más inmediata o eficaz. Aceptas usar estas funciones bajo tu propio riesgo y hacerlo con un criterio independiente. Apple, sus filiales, agentes o directores no serán responsables ante ti por el uso que hagas de estas funciones ni de las consecuencias resultantes en la medida máxima permitida por la ley.

(n) Tu dispositivo no es un dispositivo médico y, por lo tanto, no debe utilizarse como sustituto de una opinión facultativa. No ha sido diseñado ni está destinado para usarse en el diagnóstico de enfermedades u otras afecciones, ni en la cura, mitigación, tratamiento o prevención de ninguna afección médica o enfermedad. Consulta a cualquier profesional sanitario antes de tomar ninguna decisión relacionada con tu salud.

**3. Transmisión.** No puedes alquilar, arrendar, prestar, vender, redistribuir ni sublicenciar el Software Apple. No obstante, puedes transferir tus derechos contenidos en esta Licencia de forma permanente y una sola vez siempre y cuando: (a) transmitas el Dispositivo y la totalidad del Software Apple, incluidos todos los componentes y esta Licencia; (b) no conserves ninguna copia, total o parcial, del Software Apple, incluidas las copias almacenadas en un ordenador o en cualquier otro dispositivo de almacenamiento; y (c) la otra parte lea y acepte los términos y condiciones de esta Licencia.

**4. Consentimiento para la utilización de datos.** Cuando utilizas tu Dispositivo, tu número de teléfono y determinados identificadores únicos para tu Dispositivo se envían a Apple para que otros usuarios puedan localizarte por tu número de teléfono desde las diferentes funciones de comunicación que ofrece el Software Apple, como iMessage y FaceTime. Cuando uses iMessage, es posible que Apple conserve tus mensajes encriptados durante un periodo de tiempo limitado para asegurar que se entreguen. Puedes desactivar FaceTime o iMessage mediante los ajustes de FaceTime o Mensajes de tu Dispositivo. Determinadas funciones como Análisis, Localización, Siri y Dictado pueden requerir información de tu Dispositivo para poder utilizarse. Si activas o utilizas estas funciones, se indicará la información que se envía a Apple y cómo se va a usar dicha información. Encontrarás más información en https://www.apple.com/es/privacy/. En todo momento, el tratamiento de tus datos personales se ajustará a la política de privacidad de Apple, que se incorpora como referencia a esta Licencia y que puede visualizarse en https://www.apple.com/es/legal/privacy/.

**5. Servicios y materiales de terceros.**

(a) El Software Apple podría permitir el acceso a iTunes Store, App Store, Apple Books, Game Center, iCloud, Mapas, News y Fitness+, así como a otros servicios y sitios web de Apple y de otras empresas (colectiva e individualmente, los "Servicios"). Para poder utilizar estos Servicios, se requiere acceso a Internet. Asimismo, el uso de ciertos Servicios puede requerir un ID de Apple y la aceptación de otras condiciones, así como estar sujeto al pago de tarifas adicionales. La utilización de este software junto con un ID de Apple u otros Servicios de Apple se interpretará como un hecho inequívoco de tu aceptación de las condiciones aplicables, como los términos y condiciones más recientes de los Servicios Multimedia de Apple en el país o región desde donde accedas a dichos Servicios, a las que puedes acceder desde https://www.apple.com/es/legal/internet-services/itunes/, respectivamente.

(b) Al inscribirte en iCloud, es posible acceder directamente desde el Software Apple a determinadas funciones de iCloud, como iCloud Drive, Mis Fotos en streaming, Álbumes compartidos o Buscar. Comprendes y aceptas que el uso de iCloud y de estas funciones está sujeto a los términos y condiciones más recientes del servicio iCloud, a los que puedes acceder desde https://www.apple.com/legal/internet-services/icloud/.

(c) Contenido de la aplicación News. El uso que hagas del contenido al que accedas a través de la aplicación News será exclusivamente de carácter personal y no comercial, no te transfiere derecho de propiedad alguno sobre el contenido y excluye de manera explícita, no limitativa, todo derecho de uso comercial o promocional de dicho contenido.

(d) Mapas. El servicio de mapas y las funciones del Software Apple ("Mapas"), que incluyen la cobertura de datos de mapa, podrían variar de una región a otra. Cuando activas o utilizas Mapas, se proporcionan detalles que indican qué información se envía a Apple y cómo se utilizará esta información. Reconoces y aceptas que el uso que hagas de Mapas se ajustará a los términos y condiciones más recientes del servicio Mapas, que podrás leer y revisar en Mapas en el iPhone.

(e) Reconoces que, al utilizar cualquiera de los Servicios, podrás encontrar contenido que podría ser considerado ofensivo, indecente o censurable y en el que podría identificarse la presencia de lenguaje explícito, y que los resultados de las búsquedas o la visualización de una URL concreta pueden generar automática e involuntariamente enlaces o referencias a material censurable. A pesar de ello, consientes utilizar los Servicios por tu propia cuenta y riesgo, y aceptas que Apple, sus filiales, agentes, altos cargos o licenciantes no serán responsables ante ti del contenido que pueda considerarse ofensivo, indecente o censurable.

(f) Es posible que determinados Servicios muestren, incluyan o pongan a tu disposición contenidos, datos, información, aplicaciones o materiales de terceros (en adelante, "Materiales de terceros") o proporcionen enlaces a sitios web de terceros. Al utilizar los Servicios, reconoces y aceptas que Apple no es responsable de examinar o evaluar el contenido, la exactitud, la integridad, la vigencia, la validez, el cumplimiento de los derechos de autor, la legalidad, la decencia, la calidad o cualquier otro aspecto de dichos sitios web o Materiales de terceros. Apple, sus representantes, subsidiarios y filiales no garantizan, respaldan, asumen ni se responsabilizan, ni ante ti ni ante ninguna otra persona, de ninguno de los Servicios de terceras partes, Materiales de terceros o sitios web de terceras partes, ni de ningún otro material, producto o servicio de terceros. Los Materiales de terceros y los enlaces a otros sitios web se proporcionan exclusivamente para tu comodidad.

(g) Ni Apple ni ninguno de sus proveedores de contenido garantizan la disponibilidad, la exactitud, la integridad, la fiabilidad o la puntualidad de la información bursátil, de los datos de ubicación o de cualquier otro tipo de datos que muestren los Servicios. Los datos financieros que se muestran en cualquiera de los Servicios están destinados a fines exclusivamente informativos, por lo que no deben considerarse una base fiable para realizar inversiones. Antes de realizar cualquier tipo de transacción de valores basándose en la información obtenida a través de los Servicios, se recomienda consultar a una

figura profesional que esté legalmente capacitada para ofrecer asesoramiento financiero en tu país o región. Los datos de ubicación facilitados por cualquiera de los Servicios, incluido el servicio Mapas de Apple, se proporcionan únicamente con fines básicos de navegación y planificación, por lo que no deben considerarse como una fuente de información fiable en aquellas situaciones en las que se requiera información de ubicación precisa o en las que la obtención de información errónea, inexacta, diferida o incompleta pueda ocasionar muertes, lesiones personales graves o serios daños a la propiedad o al medio ambiente. Aceptas que los resultados que recibas del servicio Mapas podrían diferir de las condiciones actuales de la carretera o el terreno debido a factores que podrían afectar a la precisión de los datos de Mapas, como, sin limitarse a ellos, las condiciones meteorológicas, de la carretera y del tráfico, así como acontecimientos geopolíticos. Por tu seguridad, mientras hagas uso de la función de navegación, presta siempre atención a las señales de la carretera y a las condiciones actuales de la misma. Sigue prácticas de conducción seguras, cumple las normativas de tráfico y ten en cuenta que las indicaciones de las rutas en bicicleta y a pie pueden no incluir vías especiales diferenciadas.

(h) El hecho de que cargues contenido mediante el uso de los Servicios se considerará un hecho inequívoco de tu manifestación de que cuentas con todos los derechos, o tienes autorización o cualquier otro permiso legal, para cargar dicho contenido, y que este no infringe ninguna condición aplicable a los Servicios. Reconoces que los Servicios incluyen contenido, información y material de carácter privado que son propiedad de Apple, el propietario del sitio o sus licenciantes, y están protegidos por la legislación aplicable sobre propiedad intelectual y por otras leyes incluyendo a título enunciativo, que no limitativo, las leyes sobre derechos de autor. Te comprometes a no usar dicho contenido, información o material de carácter privado en modo alguno, salvo para el uso permitido de los Servicios, ni de un modo contrario a las condiciones de esta Licencia o que infrinja cualquier derecho de propiedad intelectual de terceros o de Apple. Ninguna parte de los Servicios podrá ser reproducida en forma o modo alguno. Te obligas a no modificar, ceder en alquiler, arrendamiento o préstamo, vender, distribuir o crear trabajos derivados de los Servicios en modo alguno, y no explotarás los Servicios de ningún modo no autorizado (por ejemplo, a título enunciativo y no limitativo, utilizando los Servicios para transmitir virus informáticos, gusanos, troyanos u otro software malicioso, o bien sobrepasando o sobrecargando la capacidad de la red). Además, te comprometes a no utilizar los Servicios en forma alguna que puedas hostigar, abusar, acechar, amenazar, difamar o bien infringir o vulnerar de otro modo los derechos de cualquier otra parte, y que Apple no será responsable de ningún modo de tal utilización por tu parte ni del hostigamiento, abuso, acecho, amenaza o difamación, así como tampoco de los mensajes o transmisiones ofensivos, indebidos o ilegales que puedas recibir como resultado del uso de cualquiera de los Servicios.

(i) Por otro lado, dichos Servicios y los Materiales de terceros pueden no estar disponibles en todos los idiomas ni en todos los países o regiones. Apple no formula declaración alguna relativa a la adecuación o disponibilidad de dichos Servicios o Materiales de terceros en una zona en particular. En la medida en que decidas usar o acceder a dichos Servicios o Materiales de terceros, lo harás por tu propia iniciativa y asumirás la responsabilidad del cumplimiento de cualesquiera leyes aplicables, incluyendo a título enunciativo y no limitativo, las leyes locales aplicables y las leyes sobre privacidad y recopilación de datos. Al compartir o sincronizar fotos mediante el Dispositivo, podrían transmitirse metadatos junto con las fotos, incluidos los datos de ubicación, fecha y hora, así como información sobre la profundidad. El uso de los servicios de Apple (como la fototeca de iCloud) para compartir o sincronizar dichas fotos supondrá que Apple reciba y almacene los mencionados metadatos. Apple y sus licenciantes se reservan el derecho de cambiar, suspender, eliminar o desactivar el acceso a cualquier servicio en cualquier momento y sin previo aviso. Apple no será en ningún caso responsable de la eliminación o desactivación del acceso a dichos Servicios. Apple puede asimismo imponer límites en el uso o acceso a determinados Servicios, en cualquier circunstancia, sin previo aviso y declinando toda responsabilidad.

**6. Validez de la licencia.** Esta Licencia tendrá vigencia hasta que termine su validez. Los derechos que te confiere esta Licencia expirarán o perderán su vigencia de forma automática sin el previo aviso de Apple si incumples cualquiera de las condiciones de la presente Licencia. Cuando esta deje de estar en vigor, deberás dejar de utilizar el Software Apple. Las secciones 4, 5, 6, 7, 8, 9, 10, 12 y 13 de la presente Licencia sobrevivirán a la expiración de la Licencia.

**7. Exclusión de garantías**

7.1.    Si consumes de manera particular (eres una persona que utiliza el Software Apple fuera de su oficio, negocio o profesión), es posible que dispongas de derechos legales en tu país de residencia que puedan impedir que las siguientes limitaciones te sean aplicables, en cuyo caso no serán de aplicación para ti. Para obtener más información acerca de tus derechos, no dudes en ponerte en contacto con el organismo de atención al consumidor de tu zona.

7.2.    RECONOCES Y ACEPTAS DE FORMA EXPRESA QUE, EN LA MEDIDA EN QUE LO PERMITA LA LEY VIGENTE, EL USO DEL SOFTWARE APPLE Y DE LOS SERVICIOS REALIZADOS POR EL SOFTWARE O A LOS QUE SE ACCEDA A TRAVÉS DEL SOFTWARE APPLE SE REALIZA A TU ENTERO RIESGO, Y QUE ASUMES TOTALMENTE EL RIESGO RELATIVO A LA CALIDAD SATISFACTORIA, EL RENDIMIENTO, LA EXACTITUD Y EL ESFUERZO.

7.3.    DENTRO DE LOS LÍMITES PERMITIDOS POR LA LEY VIGENTE, EL SOFTWARE APPLE Y LOS SERVICIOS SE SUMINISTRAN "TAL Y COMO SE PRESENTAN" Y "SEGÚN DISPONIBILIDAD", CON TODOS SUS POSIBLES DEFECTOS Y SIN GARANTÍAS DE NINGÚN TIPO, Y APPLE Y LOS LICENCIANTES DE APPLE (DENOMINADOS DE FORMA CONJUNTA "APPLE" A LOS EFECTOS DE LAS SECCIONES 7 Y 8) EXCLUYEN TODAS LAS GARANTÍAS Y CONDICIONES RELATIVAS AL SOFTWARE APPLE Y A LOS SERVICIOS, YA SEAN EXPRESAS, IMPLÍCITAS O LEGALES, INCLUIDAS, CON CARÁCTER MERAMENTE ENUNCIATIVO Y NO LIMITATIVO, LAS GARANTÍAS Y/O CONDICIONES DE COMERCIABILIDAD, DE CALIDAD SATISFACTORIA, DE IDONEIDAD PARA UN FIN DETERMINADO, DE EXACTITUD, DE DISFRUTE Y DE NO INFRACCIÓN DE DERECHOS DE TERCEROS.

7.4.    APPLE NO GARANTIZA, SIN PERJUICIO DEL USO Y DISFRUTE QUE HAGAS DEL SOFTWARE APPLE Y DE LOS SERVICIOS, QUE LAS FUNCIONES CONTENIDAS EN EL SOFTWARE APPLE Y EN LOS SERVICIOS REALIZADOS O PROPORCIONADOS POR DICHO SOFTWARE SATISFAGAN TUS NECESIDADES, QUE EL SOFTWARE APPLE Y LOS SERVICIOS FUNCIONEN ININTERRUMPIDAMENTE O SIN ERRORES, QUE TODOS LOS SERVICIOS SIGAN ESTANDO DISPONIBLES, QUE LOS DEFECTOS DEL SOFTWARE APPLE O DE LOS SERVICIOS SEAN CORREGIDOS, NI QUE EL SOFTWARE APPLE SEA COMPATIBLE O FUNCIONE CON CUALQUIER SOFTWARE, APLICACIÓN O SERVICIO DE TERCEROS. LA INSTALACIÓN DE ESTE SOFTWARE APPLE PUEDE AFECTAR A LA DISPONIBILIDAD Y FUNCIONALIDAD DEL SOFTWARE, LAS APLICACIONES O LOS SERVICIOS DE TERCEROS, ASÍ COMO A LOS PRODUCTOS Y SERVICIOS DE APPLE.

7.5.    RECONOCES ADEMÁS QUE EL SOFTWARE APPLE Y LOS SERVICIOS NO ESTÁN DESTINADOS NI SON ADECUADOS PARA SER UTILIZADOS EN SITUACIONES O ENTORNOS EN LOS QUE FALLOS, RETRASOS, ERRORES O IMPRECISIONES EN EL CONTENIDO, LOS DATOS O LA INFORMACIÓN PROPORCIONADOS POR EL SOFTWARE APPLE O LOS SERVICIOS PUDIERAN CONLLEVAR MUERTE, DAÑOS PERSONALES, LESIONES FÍSICAS GRAVES, O DAÑOS IMPORTANTES AL MEDIO AMBIENTE, INCLUIDOS, A TÍTULO ENUNCIATIVO Y NO LIMITATIVO, ACTIVIDADES DE PLANTAS NUCLEARES, NAVEGACIÓN AÉREA, SISTEMAS DE COMUNICACIÓN, MÁQUINAS PARA EL CONTROL DEL TRÁFICO AÉREO, INSTALACIONES HOSPITALARIAS O EQUIPOS ARMAMENTÍSTICOS.

7.6.    NINGUNA INFORMACIÓN O ASESORAMIENTO ESCRITO O VERBAL FACILITADOS POR APPLE O POR UNA PERSONA AUTORIZADA COMO REPRESENTANTE DE APPLE CONSTITUIRÁN GARANTÍA

ALGUNA. EN EL SUPUESTO DE QUE EL SOFTWARE O LOS SERVICIOS APPLE RESULTARAN SER DEFECTUOSOS, ASUMIRÁS EL COSTE ÍNTEGRO DE TODOS LOS SERVICIOS, REPARACIONES Y CORRECCIONES NECESARIOS. HABIDA CUENTA DE QUE LA NORMATIVA VIGENTE NO PERMITE EN ALGUNOS PAÍSES LA EXCLUSIÓN DE GARANTÍAS IMPLÍCITAS O LIMITACIONES A LOS DERECHOS LEGALMENTE PREVISTOS DEL CONSUMIDOR, LA EXCLUSIÓN Y LAS LIMITACIONES ANTERIORES PUEDEN NO SER DE APLICACIÓN EN TU CASO.

**8. Limitación de responsabilidad.** APPLE, SUS FILIALES, AGENTES O ALTOS CARGOS NO SERÁN RESPONSABLES EN NINGÚN CASO, DENTRO DE LOS LÍMITES LEGALES APLICABLES, DE LOS DAÑOS PERSONALES O DEL LUCRO CESANTE O DAÑO EMERGENTE, NI DE LOS DAÑOS ESPECIALES, DIRECTOS O INDIRECTOS, A TÍTULO ENUNCIATIVO Y NO LIMITATIVO, LOS DAÑOS POR LUCRO CESANTE, POR EL DAÑO O LA PÉRDIDA DE DATOS, POR LA IMPOSIBILIDAD DE TRANSMITIR O RECIBIR DATOS (INCLUIDOS, A TÍTULO ENUNCIATIVO Y NO LIMITATIVO, LOS MATERIALES, TAREAS E INSTRUCCIONES DE CURSOS), O POR LA INTERRUPCIÓN DE LA ACTIVIDAD EMPRESARIAL, O BIEN DE CUALQUIER OTRO TIPO DE DAÑOS O PÉRDIDAS COMERCIALES, RESULTANTES O RELACIONADOS CON EL USO O EL MAL USO DEL SOFTWARE APPLE Y DE LOS SERVICIOS, ASÍ COMO DE CUALQUIER SOFTWARE, APLICACIÓN O SERVICIOS DE TERCEROS QUE SE UTILICEN JUNTO CON EL SOFTWARE APPLE O LOS SERVICIOS, COMO QUIERA QUE HAYA SIDO CAUSADO E INDEPENDIENTEMENTE DE LA TEORÍA DE LA RESPONSABILIDAD CIVIL (RESPONSABILIDAD CONTRACTUAL O EXTRACONTRACTUAL, U OTROS) E INCLUSO SI SE HA INFORMADO A APPLE DE LA POSIBILIDAD DE TALES DAÑOS. ALGUNOS PAÍSES NO PERMITEN LA EXCLUSIÓN O LA LIMITACIÓN DE LA RESPONSABILIDAD POR DAÑOS PERSONALES, DEL LUCRO CESANTE O DAÑO EMERGENTE, DIRECTO O INDIRECTO, POR LO CUAL ESTA LIMITACIÓN PUEDE NO SERTE APLICABLE. La responsabilidad total de Apple por daños y perjuicios (distintos de los exigidos por la ley vigente en los casos en los que los daños personales estén relacionados) no excederá, en ningún caso, la cantidad de doscientos cincuenta dólares estadounidenses (250 USD). Las limitaciones anteriormente mencionadas serán vigentes incluso si la citada reparación incumple su objetivo esencial. INDEPENDIENTEMENTE DE LO QUE SE ESTABLEZCA EN CUALQUIER OTRA CONDICIÓN DE ESTA LICENCIA, SI SE APLICA EL ACTA DE CONTRATO DE CONSUMIDORES DE JAPÓN, NO SE APLICARÁN LAS CONDICIONES QUE LIMITAN LA RESPONSABILIDAD DE APPLE POR DAÑOS DERIVADOS DEL INCUMPLIMIENTO DEL CONTRATO O AGRAVIO COMETIDOS POR APPLE SI DICHOS ACTOS SE PRODUCEN POR UNA NEGLIGENCIA GRAVE O UNA MALA PRAXIS DELIBERADA DE APPLE.

**9. Certificados digitales.** El Software Apple incorpora funciones que te permiten aceptar certificados digitales emitidos tanto por Apple como por terceras partes. ERES LA ÚNICA PERSONA RESPONSABLE DE LA DECISIÓN DE CONFIAR O NO EN UN CERTIFICADO TANTO SI HA SIDO EMITIDO POR APPLE COMO POR UNA TERCERA PARTE. EL USO QUE REALICES DE LOS CERTIFICADOS DIGITALES SERÁ POR TU PROPIA CUENTA Y RIESGO. HASTA LOS LÍMITES PERMITIDOS POR LA LEY VIGENTE, APPLE NO OFRECE NINGUNA GARANTÍA NI DECLARACIÓN, EXPLÍCITA O IMPLÍCITA, RELATIVA A LA COMERCIABILIDAD O IDONEIDAD PARA UN FIN CONCRETO, LA EXACTITUD, LA SEGURIDAD O EL NO INCUMPLIMIENTO DE LOS DERECHOS DE TERCERAS PARTES CON RESPECTO A LOS CERTIFICADOS DIGITALES.

**10. Control de exportación.** No podrás utilizar, ni tampoco exportar o reexportar, el Software Apple, salvo en la forma permitida por la legislación de Estados Unidos y del país o países en los que se obtuvo el Software Apple. En particular, pero sin estar limitado a ello, el Software Apple no podrá ser exportado o reexportado a: (a) ningún país que esté siendo objeto de embargo por parte de Estados Unidos; o (b) nadie que figure en la lista de ciudadanos especialmente designados del Departamento del Tesoro de Estados Unidos o en la tabla de personas o entidades denegadas del Departamento de Comercio de Estados Unidos o cualquier otra lista de partes con restricciones. La utilización por tu parte del Software Apple se considerará un hecho inequívoco de tu manifestación y garantía de no residir en

ninguno de tales países ni de figurar en ninguna de tales listas. Asimismo, te comprometes a no usar el Software Apple con ninguna finalidad prohibida por la legislación estadounidense, incluyendo, con carácter meramente enunciativo y no limitativo, el desarrollo, el diseño, la fabricación o la producción de misiles o armas nucleares, químicas o biológicas.

**11. La Administración como usuario final.** El Software Apple y la documentación relacionada se consideran "artículos comerciales" según la definición de la condición incluida en la sección 48 C.F.R. §2.101 del Código de Normas Federales de Estados Unidos, y constituyen "software informático para uso comercial" y "documentación de software informático para uso comercial", conforme a la definición de estas condiciones en las secciones 48 C.F.R. §12.212 y 48 C.F.R. §227.7202, según proceda. En virtud de las secciones 48 C.F.R. §12.212 y 48 C.F.R. §227.7202-1 a 227.7202-4 del mencionado Código, según proceda, el software informático para uso comercial y la documentación del software informático para uso comercial se distribuyen y conceden bajo licencia a los usuarios finales de la Administración de Estados Unidos únicamente a los efectos de: (a) artículos comerciales, y (b) con los derechos concedidos a todos los demás usuarios de acuerdo con los términos y condiciones estipulados en el presente contrato. Quedan reservados los derechos inéditos según lo dispuesto en las leyes de copyright de Estados Unidos.

**12. Ley aplicable e independencia de las estipulaciones.** Esta Licencia se regirá e interpretará según las leyes del estado de California, con la exclusión de sus principios de conflicto de derecho. La presente Licencia no estará regida por la convención de las Naciones Unidas sobre contratos para la venta internacional de productos, la aplicación de la cual se excluye expresamente. Si eres una persona afincada en el Reino Unido, esta Licencia se regirá por las leyes de la jurisdicción de tu lugar de residencia. Si, por cualquier razón, un tribunal competente declarara no exigible o ineficaz cualquier disposición de la presente Licencia o parte de la misma, el resto de la presente Licencia conservará plena vigencia y efecto.

**13. Contrato íntegro; idioma.** La presente Licencia constituye el acuerdo completo entre tú y Apple con respecto al Software Apple y sustituye a todos los acuerdos anteriores o actuales relativos a su objeto. La presente Licencia únicamente podrá ser modificada mediante acuerdo escrito firmado por Apple. Las traducciones de esta Licencia se otorgan con el fin de satisfacer las demandas de los usuarios locales y, en el caso de que surgiera algún conflicto entre la versión en lengua inglesa y cualquiera de las versiones en el resto de idiomas, prevalecerá siempre la primera, en la medida en que no se oponga a la legislación local de su jurisdicción.

**14. Reconocimiento de terceras partes.** Partes del Software Apple pueden usar o contener software de terceros y otros materiales sujetos a derechos de autor. Los créditos y condiciones de licencia, así como la exclusión de dichos materiales, están contenidos en la documentación electrónica del Software Apple, y el uso que hagas de dichos materiales estará regulado por las condiciones respectivas de cada licencia. El uso del servicio Google Safe Browsing está supeditado al cumplimiento de las condiciones de uso de Google (https://www.google.com/intl/es/policies/terms/) y a la política de privacidad de Google (https://www.google.com/intl/es/policies/privacy/).

**15. Uso de MPEG-4; aviso sobre H.264/AVC**
(a) El Software Apple ha sido concedido bajo licencia de acuerdo con el contrato de licencia MPEG-4 Systems Patent Portfolio License (Licencia de cartera de patentes en sistemas MPEG-4) para la codificación de conformidad con el estándar MPEG-4 Systems, salvo en el caso de que para la codificación sea necesaria una licencia adicional y el pago de los derechos correspondientes relacionados con: (i) los datos almacenados o duplicados en un soporte físico por los cuales se realiza un pago título a título, o (ii) los datos por los cuales se realiza un pago título a título y que son transmitidos a un usuario final para su almacenamiento o uso permanente. Dichas licencias adicionales se pueden obtener de MPEG LA, LLC. Si deseas obtener más información, consulta https://

www.mpegla.com.

(b) El Software Apple contiene funciones de codificación y descodificación de vídeo MPEG-4. El Software Apple se licencia en virtud del contrato de licencia MPEG-4 Visual Patent Portfolio License (Licencia de cartera de patentes MPEG-4 Visual) para el uso personal con fines no comerciales por parte de un consumidor para (i) la codificación de vídeo de conformidad con el estándar MPEG-4 Visual ("Vídeo MPEG-4"), y/o (ii) la descodificación de vídeo MPEG-4 que haya sido codificado por un consumidor que realice una actividad personal con fines no comerciales y/o se haya obtenido de un proveedor de vídeo al cual se le haya concedido una licencia de MPEG LA para suministrar vídeo MPEG-4. No se concederá licencia alguna para ningún otro uso, ni se interpretará de forma tácita ningún otro fin. Puede obtenerse más información, incluida la relacionada con la concesión de licencias y los usos promocionales, internos y comerciales, de MPEG LA, LLC. Consulta la página web https://www.mpegla.com (en inglés).

(c) El Software Apple contiene funciones de codificación y descodificación AVC. El uso comercial de la tecnología H.264/AVC requerirá la concesión de una licencia adicional y se aplicará la siguiente disposición: POR LA PRESENTE SE CONCEDE A LOS CONSUMIDORES UNA LICENCIA DE USO DE LA FUNCIONALIDAD AVC DEL SOFTWARE APPLE, ÚNICAMENTE CON FINES PERSONALES Y NO COMERCIALES, PARA: (i) CODIFICAR VÍDEO DE CONFORMIDAD CON EL FORMATO ESTÁNDAR AVC ("VÍDEO AVC"), Y/O (ii) DESCODIFICAR VÍDEO AVC QUE HAYA SIDO CODIFICADO POR UN CONSUMIDOR QUE REALICE UNA ACTIVIDAD PERSONAL CON FINES NO COMERCIALES Y/O VÍDEO AVC QUE HAYA SIDO OBTENIDO DE UN PROVEEDOR DE VÍDEO AL QUE SE LE HAYA CONCEDIDO UNA LICENCIA PARA SUMINISTRAR VÍDEO AVC. PARA OBTENER INFORMACIÓN RELACIONADA CON OTROS USOS Y CON LA CONCESIÓN DE LICENCIAS, CONSULTA LA PÁGINA WEB DE MPEG LA L.L.C. https://www.mpegla.com.

**16. Restricciones del servicio de búsqueda Yahoo.** Se concede una licencia de uso del servicio de búsqueda Yahoo disponible a través de Safari únicamente en los siguientes países y regiones: Alemania, Argentina, Aruba, Australia, Austria, Bahamas, Barbados, Bélgica, Bermudas, Brasil, Bulgaria, Canadá, Chile, China continental, Hong Kong, Taiwán, Chipre, Colombia, Corea del Sur, Dinamarca, Ecuador, El Salvador, Eslovaquia, Eslovenia, España, Estados Unidos, Filipinas, Finlandia, Francia, Granada, Grecia, Guatemala, Hungría, India, Indonesia, Irlanda, Islandia, Islas Caimán, Italia, Jamaica, Japón, Letonia, Lituania, Luxemburgo, Malasia, Malta, México, Nicaragua, Noruega, Nueva Zelanda, Países Bajos, Panamá, Perú, Polonia, Portugal, Puerto Rico, Reino Unido, República Checa, República Dominicana, Rumanía, Santa Lucía, San Vicente, Singapur, Suecia, Suiza, Tailandia, Trinidad y Tobago, Turquía, Uruguay y Venezuela.

**17. Aviso de Microsoft Exchange.** El ajuste de correo de Microsoft Exchange del Software Apple se concede bajo licencia únicamente para la sincronización remota de información, como correo electrónico, contactos, calendario y tareas, entre tu Dispositivo y Microsoft Exchange Server u otro software de servidor licenciado por Microsoft para implementar el protocolo ActiveSync de Microsoft Exchange.

EA1806
08/07/2022

——————————
**Términos y condiciones complementarios de Apple Pay y Cartera**

Estos términos y condiciones complementarios de Apple Pay y la app Cartera (estas "Condiciones complementarias") son un complemento del Contrato de licencia del Software Apple (la "Licencia"); el uso de la función Apple Pay ("Apple Pay") y la app Cartera de Apple ("Cartera"), que se considerará

como "Servicio" en la Licencia, se rige tanto por los términos y condiciones de la Licencia como por estas Condiciones complementarias. Las condiciones con mayúscula inicial que se utilizan en estas Condiciones complementarias tienen el significado establecido en la Licencia.

## 1. Descripción

**Apple Pay**

Apple Pay te permite:

- Realizar pagos sin contacto con las tarjetas de crédito, débito y prepago, incluidas las tarjetas Apple Card y Apple Cash en ubicaciones seleccionadas o desde apps o sitios web.
- Realizar pagos entre personas a otros usuarios de Apple Cash.
- Efectuar un seguimiento de los pedidos y consultar los recibos detallados.

Puede que Apple Pay y algunas características de Apple Pay solo estén disponibles en determinadas regiones, con determinadas entidades emisoras de tarjetas, redes de pago, comercios y otras terceras partes.

**Wallet**

La app Cartera te permite almacenar representaciones virtuales de tarjetas de crédito, débito y prepago para utilizarlas con Apple Pay (denominadas colectivamente "Tarjetas de Apple Pay"), así como otros tipos de tarjetas, pases y llaves, entre los que se incluyen los siguientes (denominados colectivamente "Tarjetas de Cartera" y, junto a las tarjetas de Apple Pay, las "Tarjetas admitidas"):

- tarjetas canjeables;
- tarjetas de transporte;
- tickets;
- tarjetas de miembro;
- llaves del coche;
- llaves de casa;
- llaves de un alojamiento hotelero;
- credenciales corporativas;
- carnets de estudiante; y
- permisos de conducir y carnets de identificación emitidos por el Estado o el Gobierno ("Carnets de identidad").

Puede que las Tarjetas de Cartera solo estén disponibles en determinadas regiones y con colaboradores seleccionados. Puede que los Carnets de identidad solo estén disponibles para residentes de los estados participantes y su validez podría variar según el estado o la ubicación.

Las Tarjetas admitidas podrían cambiar con el tiempo.

## 2. Idoneidad

Para utilizar Apple Pay y la app Cartera es necesario que dispongas de (i) un dispositivo compatible con una versión del sistema operativo compatible con los Servicios (se recomienda y, a veces, se requiere disponer de la versión más reciente), (ii) un ID de Apple asociado con una cuenta de iCloud que esté en consonancia con Apple y (iii) acceso a Internet (podrían aplicarse tasas). Con la excepción de Apple Cash familiar y determinadas tarjetas de dinero electrónico, las tarjetas de Apple Pay solo están disponibles para personas mayores de 13 años y podrían estar sujetas a otras restricciones relacionadas con la edad impuestas por iCloud o la entidad emisora, comerciante o tercero

correspondiente. Las tarjetas de transporte público, las tarjetas de dinero electrónico, los carnets de identidad, las credenciales corporativas y las llaves solo están disponibles en dispositivos iOS.

Si eres uno de los progenitores o tienes la tutela legal de una familia de iCloud (una "Persona organizadora"), podrás invitar a integrantes de la familia, incluidas las personas menores de 13 años (o la edad mínima equivalente en el país en cuestión) para que suministren y utilicen tarjetas de transporte público seleccionables en la app Cartera. Como Persona organizadora, serás responsable de todos los pagos, compras y transacciones realizados con la tarjeta de transporte público que se ha activado para los integrantes de la familia, incluidos los que inicia cualquier integrante de la familia. La idoneidad para, y el uso de, tarjetas de transporte público en la app Cartera están sujetos a los términos y condiciones de la agencia de transporte. Las Personas organizadoras son responsables de cumplir con estos términos y condiciones, y asumen todos los riesgos relacionados con la activación de las tarjetas de transporte público con otros integrantes de la familia. Cuando un integrante de la familia abandona o se elimina del grupo familiar, deja de ser capaz de recargar una tarjeta de transporte público y únicamente podrá realizar transacciones con esta tarjeta hasta que el saldo sea cero.

Si tienes las llaves de un coche, puedes compartirlas con otras personas mayores de 13 años para que puedan abrir tu coche, acceder a él y conducirlo.

Solo es posible añadir o eliminar llaves de casa de la app Cartera si se añaden o eliminan bloqueos en la app Casa, o si se te añade o elimina de una casa en la app Casa. Si administras una casa en la app Casa, todas las llaves de casa existentes se compartirán automáticamente con las personas a las que hayas invitado a unirse a tu casa.

Apple Card solo está disponible en Estados Unidos y el emisor es Goldman Sachs Bank USA, Salt Lake City Branch ("Emisor de Apple Card"). A excepción de Apple Card familiar, Apple Card solo está disponible para personas mayores de 18 años (según la mayoría de edad de tu país de residencia).

La tarjeta Apple Cash y la posibilidad de enviar y recibir pagos entre personas solo está disponible en Estados Unidos y el servicio se proporciona mediante Green Dot Bank, miembro de FDIC. Para enviar o recibir pagos entre personas en Apple Pay, debes disponer de una tarjeta Apple Cash. Con la excepción de Apple Cash familiar, la tarjeta Apple Cash y la posibilidad de enviar y recibir pagos entre personas solo están disponibles para individuos mayores de edad.

### 3. Uso de los servicios

Las Tarjetas admitidas y los pagos entre personas están asociados al ID de Apple con el que hayas iniciado sesión en estas prestaciones de iCloud. Si añades o eliminas llaves, credenciales corporativas, tarjetas canjeables, tickets y tarjetas de miembro en la app Cartera, el cambio podría mostrarse también en el resto de tus dispositivos de Apple en los que hayas iniciado sesión con tu ID de Apple. Solo podrás relacionar un Carnet de identidad para cada autoridad emisora con cada ID de Apple.

Apple Pay y la app Cartera se han diseñado exclusivamente para el uso personal y solo te permiten añadir tus propias Tarjetas admitidas, o bien aquellas tarjetas de transporte público y llaves de casa de las que dispongas porque una persona propietaria o una Persona organizadora te ha invitado. Si te dispones a añadir una tarjeta corporativa admitida, se asumirá que lo haces con la autorización de tu empresa y que tienes autorización para vincular a la empresa a estas condiciones de uso y a todas las transacciones que se vean afectadas por el uso de esta función. Al enviar o recibir pagos entre usuarios, manifiestas que lo estás haciendo para uso personal y no comercial. Si presentas un Carnet de identidad, asumes que contiene tu información personal exacta y que representa de manera fiable.

Aceptas no utilizar Apple Pay o la app Cartera con fines ilegales o fraudulentos, ni con otros fines

prohibidos por la Licencia y estas Condiciones complementarias. También te comprometes a utilizar Apple Pay y la app Cartera de conformidad con la legislación y la normativa aplicables. Reconoces que cualquier información falsa enviada en relación con tu Carnet de identidad se puede considerar un delito penal en el contexto de la ley federal o del estado. Aceptas no interrumpir ni interferir en el servicio de Apple Pay o la app Cartera (incluido el acceso al servicio a través de cualquier medio automatizado), cualquiera de los servidores o redes conectados al servicio, o cualquiera de las políticas, requisitos o normativas de las redes conectadas al servicio (incluido el acceso no autorizado a datos o tráfico de estas, su uso o supervisión).

Si tu acceso o uso de Apple Pay o la app Cartera está prohibido por la ley vigente, no tendrás autorización para acceder a estos Servicios o utilizarlos. No nos responsabilizamos de cualquier acceso a estos Servicios de cualquier modo que viole la ley vigente.

**4. Relación de Apple con usted**

El uso que hagas de Apple Pay se regulará mediante estas Condiciones complementarias, así como mediante las condiciones incluidas en el acuerdo establecido con la entidad emisora de la tarjeta, el comercio u otras terceras partes responsables de tu tarjeta de Apple Pay.

De manera similar, el uso que hagas de Pases de Cartera en la app Cartera se regulará mediante estas Condiciones complementarias, así como a través de las condiciones del acuerdo que hayas realizado con el comercio, la agencia de transporte público, el fabricante del coche o del sistema de cierre, la universidad, el hotel, el complejo, la empresa de cruceros, la empresa, la autoridad emisora nacional u otros terceros.

A excepción de ciertas funciones de Apple Pay proporcionadas por Apple Payments Inc. ("Pagos Apple"), descritas más adelante, Apple no procesa los pagos ni otras transacciones que no sean de pago realizadas con tus tarjetas de Apple Pay. Apple no controla, ni se responsabiliza de, pagos, devoluciones, reembolsos, transferencias de fondos, puntos, valor, descuentos, acceso, verificación de la identidad, pedidos, cumplimiento de los pedidos u otra actividad comercial que pueda derivar de tu uso de Apple Pay o la app Cartera.

Si se genera algún conflicto entre las condiciones de estas Condiciones complementarias y tu acuerdo con la entidad emisora correspondiente, comerciante, autoridad emisora estatal u otra tercera parte (cada uno, un "**Acuerdo de terceros**"), las condiciones de estas Condiciones complementarias regularán tu relación con Apple y las condiciones del correspondiente Acuerdo de terceros regularán tu relación con esta tercera parte.

Aceptas que Apple no forma parte de ninguno de tus Acuerdos de terceros y que Apple no es responsable de: (a) el contenido, la exactitud o la disponibilidad de las Tarjetas admitidas, las compras, las transacciones, las transferencias de fondos, los pedidos, el cumplimiento de los pedidos, los recibos, u otras actividades durante el uso de Apple Pay o la app Cartera, como las realizadas por los miembros de la familia u otras personas con las que hayas compartido tus Tarjetas admitidas o que tengan acceso al Dispositivo; (b) la emisión de crédito o la evaluación de la idoneidad para recibir crédito; (c) la emisión, suspensión o revocación de un permiso de conducir o documento de identificación nacional; (d) actividades de entidades emisoras, comerciantes, desarrolladores de apps u otros terceros relacionadas con tu uso de Apple Pay o la app Cartera; (e) las decisiones tomadas por una entidad emisora, un comerciante u otro tercero en relación con la incorporación de tu Tarjeta admitida en Cartera; (f) tu pertenencia o participación en cualquier programa de comerciantes o socios; (g) cualquier acumulación o canje de recompensas o valor almacenado en relación con sus Tarjetas admitidas; (h) la financiación o recarga de Tarjetas de prepago admitidas; (i) el envío o la recepción de pagos entre usuarios o transferencias de fondos; o (j) la carga, el canje o la retirada de dinero de tu

tarjeta Apple Cash.

Al solicitar una tarjeta Apple Card implica solicitar la apertura de una cuenta con el Emisor de la tarjeta Apple Card. La institución financiera responsable de ofrecer la Apple Card puede cambiar, y el uso que hagas de esta está sujeto a sus términos y condiciones.

Al activar estas funciones dentro de Apple Pay, estás abriendo una cuenta en Green Dot Bank. A excepción de las funciones de Apple Pay proporcionadas por Apple Payments, al enviar o recibir un pago entre usuarios o al ingresar o retirar dinero de la tarjeta Apple Cash, Green Dot Bank será responsable de recibir tu dinero o enviarlo al destinatario correspondiente. La institución financiera responsable de ofrecer Apple Cash y pagos entre usuarios en Apple Pay puede cambiar, y el uso que hagas de estas funciones está sujeto a sus términos y condiciones.

La capacidad de utilizar los fondos de tu tarjeta Apple Cash para realizar pagos en ciertas empresas válidas que hayas autorizado (el "Servicio de pagos directos") es un servicio proporcionado por Apple Payments. El uso que hagas del Servicio de pagos directos está sujeto a los Términos y condiciones de los pagos directos de Apple Payments. Además, ciertas empresas válidas pueden permitirte autorizarlas para desembolsar fondos en tu tarjeta Apple Cash (cada uno de ellos, un "Desembolso"). Aunque Apple Payments pueda procesar los Desembolsos, quienes los ofrecen serán los negocios participantes que proporcionan dichos fondos y pueden estar sujetos a las propias condiciones adicionales de las empresas que realicen el desembolso. En el caso de que surgiera algún conflicto o cuestión relacionados con las Tarjetas admitidas o la actividad comercial asociada, ponte en contacto con la entidad emisora o el comercio correspondiente, la autoridad emisora nacional, el desarrollador de la app u otra tercera parte. Para cualquier pregunta relacionada con Apple Pay, la app Cartera, la Apple Card o la tarjeta Apple Cash o los pagos entre usuarios, ponte en contacto con el servicio de soporte de Apple.

**5. Privacidad**

La recopilación y uso de la información personal por parte de Apple se rige por la Política de privacidad de Apple, disponible en https://www.apple.com/es/legal/privacy/. Encontrarás información pormenorizada sobre la información personal que se recopila, se utiliza o se comparte en relación con el uso de Apple Pay y la app Cartera en la sección Acerca de Apple Pay y la privacidad, al cual se puede acceder desde un Dispositivo, la app Watch de un Dispositivo enlazado o en la página web https://www.apple.com/es/legal/privacy/. Al utilizar Apple Pay y la app Cartera, aceptas y consientes la transmisión, obtención, mantenimiento, procesamiento y utilización de esta información por parte de Apple, sus filiales y agentes, con el fin de proporcionar estos Servicios.

**6. Seguridad; dispositivos perdidos o desactivados**

PROTEGE TUS DISPOSITIVOS COMPATIBLES Y TUS CREDENCIALES COMO PROTEGERÍAS TU CARTERA Y TUS TARJETAS FÍSICAS

Apple Pay y la app Cartera almacenan representaciones virtuales de tus Tarjetas admitidas que deberían protegerse del mismo modo que tu cartera, tus llaves o las tarjetas físicas de crédito, débito y prepago, o los carnets de identidad. Tienes responsabilidad plena del mantenimiento de la seguridad de tus dispositivos y tu ID de Apple, la información de tu Touch ID y Face ID, el código de tus dispositivos compatibles y cualquier otra credencial de autenticación usada en conexión con los Servicios (denominadas colectivamente como tus "Credenciales"). Si autorizas o permites que cualquier otra persona utilice tu Dispositivo compatible (p. ej., si le indicas el código de tu Dispositivo a una tercera persona, o bien le permites que añada sus huellas para utilizar Touch ID, que active Face ID, o si proporcionas tus "Credenciales" de cualquier otra forma a un tercero), la persona en cuestión podría

realizar pagos, envíos, solicitudes, recibir pagos entre personas, retirar dinero de tu tarjeta de Apple Cash, recibir o canjear recompensas, utilizar valores, desbloquear o acceder de otro modo a tu coche, espacio, oficina o vivienda, suplantar tu identidad o realizar otras transacciones con tus Tarjetas admitidas en la app Cartera. En tal caso, serás responsable de todos los pagos, accesos y transacciones realizados por esa persona.

DISPOSITIVOS EN LOS QUE SE HA PRACTICADO "JAILBREAK"

Si realizas modificaciones no autorizadas del Dispositivo, como deshabilitar los controles de hardware o software (en ocasiones, esto se denomina "jailbreaking"), tu Dispositivo ya no podrá acceder ni utilizar estos Servicios. Reconoces que el uso de un Dispositivo modificado en relación con los Servicios está expresamente prohibido, supone una violación de las Condiciones complementarias y es motivo para que cancelemos o restrinjamos tu acceso a los Servicios.

MEDIDAS DE SEGURIDAD ADICIONALES

Es posible que tengas que activar medidas de seguridad adicionales, como la autenticación de doble factor de tu ID de Apple, a fin de poder acceder a determinadas funciones de Apple Pay, como la tarjeta Apple Card, la tarjeta Apple Cash y los pagos entre usuarios con Apple Pay. Si posteriormente desactivas dichas funciones de seguridad, es posible que no puedas seguir accediendo a determinadas funciones de Apple Pay. Si eliminas el Touch ID o el Face ID asociado a tu Carnet de identidad, será necesario que vuelvas a completar todo el proceso de aprovisionamiento del Carnet de identidad.

DISPOSITIVOS PERDIDOS O ROBADOS

Si pierdes tu Dispositivo o te lo roban y tienes activada la prestación Buscar, puedes utilizarla para poner el Dispositivo en modo Perdido e intentar suspender la posibilidad de realizar transacciones con las Tarjetas admitidas virtuales o realizar pagos entre usuarios. Si tu Dispositivo está en el modo perdido, puede que las llaves de tu coche se hayan deshabilitado en la app Cartera y, como consecuencia, ya no podrás acceder al vehículo ni arrancarlo si ya lo has abandonado o has desconectado el encendido. El modo Perdido afecta únicamente a las llaves incluidas en el Dispositivo extraviado. Si eres la persona propietaria, ya no podrás compartir las llaves de tu coche o de tu casa con otros usuarios, pero tu pérdida no afectará a las llaves que hayas compartido y que estén disponibles en otros dispositivos.

También puedes borrar tu Dispositivo para que se suspenda la posibilidad de realizar transacciones con las Tarjetas admitidas virtuales o realizar pagos entre usuarios en el Dispositivo. También debes ponerte en contacto con la entidad emisora, comercio u otra tercera parte responsable de tus Tarjetas admitidas, o con Apple en el caso de tu tarjeta Apple Card o Apple Cash para evitar el acceso no autorizado a tus Tarjetas admitidas en Apple Pay o la app Cartera.

Si informas de alguna actividad fraudulenta o abusiva, o si Apple sospecha de su existencia, aceptas colaborar con Apple durante la investigación y poner en marcha las medidas de prevención del fraude que te indiquemos.

**7. Limitación de responsabilidad**

ADEMÁS DE LAS EXCLUSIONES DE GARANTÍA Y EL LÍMITE DE RESPONSABILIDAD ESTABLECIDOS EN LA LICENCIA, APPLE NO ASUME NINGÚN TIPO DE RESPONSABILIDAD CON RESPECTO A COMPRAS, PAGOS, TRANSFERENCIAS DE FONDOS, PEDIDOS, CUMPLIMIENTO DE PEDIDOS, INFORMACIÓN DE RECIBOS, ACCESOS, VERIFICACIÓN DE IDENTIDAD, TRANSACCIONES U OTRA ACTIVIDAD REALIZADA CON APPLE PAY O LA APP CARTERA, Y ACEPTAS RECURRIR EXCLUSIVAMENTE A LOS CONTRATOS QUE PUEDAS TENER CON LA ENTIDAD EMISORA DE LAS TARJETAS, LA RED DE PAGO, LAS INSTITUCIONES FINANCIERAS, EL DESARROLLADOR DE LA APP

O EL COMERCIO, LA AUTORIDAD EMISORA NACIONAL U OTRAS TERCERAS PARTES APLICABLES PARA RESOLVER LAS POSIBLES DUDAS O CONFLICTOS RELATIVOS A LAS TARJETAS ADMITIDAS, LOS PAGOS ENTRE USUARIOS Y LAS ACTIVIDADES ASOCIADAS.

------------------------

**AVISOS DE APPLE**

Si Apple necesita ponerse en contacto contigo en relación con tu producto o cuenta, accedes a recibir los avisos pertinentes por correo electrónico. Convienes en que todos los avisos de este tipo que te enviemos electrónicamente satisfarán cualquier requisito de comunicación legal.

繁體中文

注意：使用您的 iPhone、iPad 或 iPod touch (下稱「裝置」)，表示您同意受以下條款拘束：

A.　　Apple iOS 與 iPadOS 軟體授權協議
B.　　Apple Pay 補充條款
C.　　來自 Apple 之通知

Apple Inc
iOS 與 iPadOS 軟體授權協議
單一使用授權

使用您的裝置或下載本授權隨附的軟體更新前，請詳閱本軟體授權協議 (下稱「本授權」)。您使用裝置或下載軟體更新 (視情形而定)，即表示同意受本授權之條款拘束。如不同意本授權之條款，請勿使用裝置或下載軟體更新

若您最近購買了裝置而不同意授權條款，您可根據 Apple 的退款政策，在退貨期間內將裝置退還給您取得該裝置的 Apple Store 或授權經銷商並獲得退款；上述退款政策請參見 https://www.apple.com/tw/legal/sales-support/。

**1. 一般規定。**
(a) 連同本裝置提供的軟體 (包括 Boot ROM 程式碼、嵌入式軟體和第三方軟體)、文件、介面、內容、字體及任何資料 (下稱「原始 Apple 軟體」)，可透過 Apple 提供給您的裝置或支援周邊裝置使用的功能增強、軟體更新、安全回應、系統檔案或系統還原軟體 (下稱「Apple 軟體更新」) 予以更新或取代，不論是唯讀記憶體、任何其他媒體或屬於任何其他格式 (「原始 Apple 軟體」和「Apple 軟體變更」以下統稱「Apple 軟體」)，是由 Apple Inc. (下稱「Apple」) 根據本授權之條款授權您使用，而非售予您。Apple 及其授權人保留對 Apple 軟體本身的所有權，並保留一切並未明確授予您的權利。您同意，本授權之條款將適用於任何可能內建在您的裝置上的 Apple 品牌 app，除非該 app 另外附有單獨的授權，在這種情況下，您同意該授權的條款將規範您對該 app 的使用。

(b) Apple 可全權決定提供未來的 Apple 軟體變更。Apple 軟體變更 (若有) 未必包含 Apple 就較新或其他裝置機型發行的所有現有軟體功能或新的功能。本授權之條款適用於 Apple 提供的任何 Apple 軟體變更，除非該 Apple 軟體變更另外載有獨立授權，在此情況下，您同意適用該授權之條款。

(c) 若您使用快速設定功能以您現有的裝置為基礎設定新的裝置，您同意，本授權之條款將適用於您在新裝置上對 Apple 軟體的使用，除非該軟體另外附有單獨的授權，在這種情況下，您同意該授權的條款將適用於您對該 Apple 軟體的使用。您的裝置會定期向 Apple 查詢是否有 Apple 軟體變更。如有變更，該變更版本可自動下載和安裝至您的裝置和 (如適用) 您的週邊裝置上。**您使用 Apple 軟體，即表示同意 Apple 得下載和安裝自動 Apple 軟體變更至您的裝置和週邊裝置上。**您可以隨時透過調整「設定」>「一般」>「軟體更新」中的「自動更新」設定，關閉自動安裝作業系統更新和「快速安全回應」。某些系統檔案 (包括但不限於更新的字型、語言模型、語音資產和周邊設備韌體) 可能會繼續自動安裝，例如：當您開啟或使用某些功能和周邊設備時，或者要解決法律、法規、公共安全或技術之考量。

**2. 允許的授權用途和限制。**
(a) 根據本授權的條款與約定，您獲得有限、非專屬的授權，得在一部 Apple 品牌裝置上使用 Apple 軟體。除以下第 2(b) 節允許，且您與 Apple 另行簽立協議加以規定外，本授權不允許 Apple 軟體在任一時

點存在於一部以上 Apple 品牌裝置上，且您不得在網路上發布或提供 Apple 軟體而使其在同一時間可供多部裝置使用。本授權未授予您在設計、開發、製造、授權或發布搭配裝置使用的第三方裝置與配件，或第三方軟體應用程式時使用 Apple 專有介面及其他智慧財產權的任何權利。您可根據 Apple 的另行授權，使用其中某些權利。關於為裝置開發第三方裝置與配件的詳情，請參閱 https://developer.apple.com/programs/mfi/。關於為裝置開發軟體應用程式的詳情，請參見 https://developer.apple.com。

(b) 根據本授權之條款與約定，您獲得有限的非專屬授權，得下載 Apple 可能為您的裝置機型提供的 Apple 軟體變更，以更新或恢復由您擁有或控制的任何裝置上的軟體。本授權不允許您更新或恢復不受您控制或並非您擁有的任何裝置，且您不得透過網路發布或提供 Apple 軟體變更而使其在同一時間可供多部裝置或多部電腦使用。若您下載 Apple 軟體更新至您的電腦，您僅得為備份目的而以可機讀格式複製一份儲存在您電腦上的 Apple 軟體變更；但該備份副本必須將原件上所載的一切著作權或其他所有權聲明一併納入。

(c) 若您購買時 Apple 已在您的裝置上預先安裝 Apple 品牌 app (下稱「預安裝 app」)，您必須登入 App Store 並將預安裝 app 綁定您的 App Store 帳號，方可在您的裝置上使用。您將預安裝 app 綁定您的 App Store 帳號時，裝置上所有其他預安裝 app 將會同時自動綁定。您選擇將預安裝 app 綁定您的 App Store帳號，即表示您同意 Apple 得傳輸、收集、維護、處理與使用您的 App Store 帳號所使用的 Apple ID 以及收集自您的裝置的唯一硬體識別碼，作為驗證要求之資格的唯一帳號識別碼，並向您提供透過 App Store 存取預安裝 app 的權限。若您不希望使用預安裝 app，您可隨時將之從您的裝置中刪除。

(d) 對於 Apple 軟體或其提供的服務，或其任何部分，您不得 (且您同意不) 進行複製 (本授權明文允許時除外)、反組譯、反向工程、解編譯、嘗試擷取其原始碼、解密、修改或建立衍生作品 (適用法律或規範 Apple 軟體內之開放原始碼元件的授權條款禁止上述限制時除外)，亦不使他人為上述行為。您同意不刪除、遮蔽或更改可能附加於或包含在 Apple 軟體中的任何專有權通知 (包括商標和著作權通知)。

(e) Apple 軟體可用於重製材料，但該等使用限於重製無著作權的材料、您享有著作權的材料，或授權您或合法允許您重製的材料。縱有上述規定，您不得將透過新聞或地圖存取的任何影像重新發布、重新傳輸或重製為獨立檔案。透過您的裝置顯示、儲存或存取的任何內容，其所有權和智慧財產權屬於相關內容的所有權人。此等內容可能受著作權或其他智慧權法律和條約保護，及可能須遵守提供該內容之第三方的使用條款。除本文另有規定外，本授權並未授予您使用該內容的任何權利，亦不保證將繼續向您提供該內容。

(f) 根據本授權的條款與約定，您可以：(i) 在下列情況下使用 Apple 軟體所包含或以此建立的 Memoji 字元 (下稱「系統字元」)：(1) 執行 Apple 軟體時，以及 (2) 用以建立您自己的原始內容和專案，供您個人非商業使用；以及 (ii) 使用 Apple 軟體在裝置上自動即時產生的即時字幕 (下稱「即時字幕」)，無論其是在 FaceTime 通話期間或以其他方式產生，均僅用於您個人的非商業用途。本授權不允許將系統字元或即時字幕用於其他用途，包括但不限於在營利、非營利、公開分享或商業情境下，使用、重製、顯示、展示、記錄、發布或再發布任何系統字元或即時字幕。

(g) 為完成某些 app 及/或網站的動作捷徑，Apple 軟體可能需要存取您裝置上的某些第三方軟體應用程式、服務或網站。若有必要以 Apple 軟體完成「捷徑」，則您明確同意此類用途。

(h) 您同意依照所有適用法律使用 Apple 軟體以及服務 (定義見以下第 5 節)，此等法律包括您所居住或者下載或使用 Apple 軟體以及服務的國家或地區的當地法律。Apple 軟體和服務的功能未必以所有語言或在所有地區提供，某些功能可能因地區而異，有的可能會受到限制，或您的服務供應商並未提供。Apple 軟體和服務某些功能需要 Wi-Fi 或行動數據連線。

(i) 使用 App Store 需要一組稱為 Apple ID 的專屬使用者名稱和密碼組合。要存取 app 的更新版本及 Apple 軟體和服務的某些功能，同樣需要 Apple ID。

(j) 您承認 Apple 軟體許多功能、內建 app 和服務會傳輸資料，並可能影響您數據方案的計費，您必須自行負擔該費用。您可在「行動數據設定」下檢視與管理允許使用行動數據的應用程式，並檢視該應用程式消耗之流量的估計值。此外，若您的 Wi–Fi 連線不良，「Wi–Fi 輔助」會自動切換至行動數據模式，導致您使用較多行動數據流量並影響您的數據方案計費。「Wi–Fi 輔助」預設為啟用，但可在「設定」下予以停用。欲了解更多資訊，請查閱您裝置的使用手冊。

(k) 若您選擇允許自動更新 app，您的裝置會定期向 Apple 查詢您裝置上的 app 是否有更新。若有更新，會自動下載並安裝至您的裝置上。您可以隨時完全關閉 app 的自動更新，請前往「設定」，點選「iTunes 與 App Store」，然後關閉「自動更新」下的「更新」。

(l) 在某些情況下使用裝置可能分散您的注意力，並導致危險情況 (例如，請避免在開車時輸入簡訊，或在騎自行車時使用耳罩式耳機)。使用裝置，即表示您同意負責遵守禁止或限制使用手機或耳罩式耳機的規定 (例如在開車時撥打電話須使用免持選項的規定)。

(m) Apple 軟體的某些功能可能會嘗試在與安全相關的情況下提供協助，例如：任何與安全相關的偵測功能以及將您連接至緊急服務 (若可用)。Apple 不保證此類功能的可用性、準確性、完整性、可靠性或及時性。這些功能的目的，並非單獨用於要提供且能取得更即時或更有效協助之情況。您同意自行承擔使用這些功能的風險，並行使獨立判斷力，且 Apple、其關係企業、代理人或委託人，在法律允許的最大範圍內，對於您使用這些功能及其所造成的任何後果，不對您承擔任何責任。

(n) 您的裝置並非醫療裝置，不得用以取代專業醫學判斷。其設計並非用以或旨在用於診斷疾病或其他狀況、或醫治、舒緩、治療或預防任何疾病狀況等用途。在作出任何與您健康有關的決定之前，請諮詢您的醫療提供者。

**3. 轉讓。** 您不得出租、租賃、出借、出售、重新，發布或轉授權 Apple 軟體。但您得將您對 Apple 軟體的一切授權一次永久移轉予與您裝置的所有權移轉相關的他人，前提為：(a) 移轉必須包括您的裝置以及所有 Apple 軟體，包括其所有元件和本授權；(b) 您不保留 Apple 軟體的完整或部分副本，包括儲存在電腦或其他儲存裝置上的副本；以及 (c) 接收 Apple 軟體的一方閱讀並同意接受本授權的條款與約定。

**4. 同意使用資料。** 您使用裝置時，電話號碼和裝置的某些專屬識別碼會被傳送給 Apple，以使他人使用 iMessage 和 FaceTime 等 Apple 軟體的各種通訊功能，透過您的電話號碼與您聯繫。您使用 iMessage 時，Apple 可能在有限期間內以加密格式保有您的訊息，以確保其傳送。您可前往您裝置上的 FaceTime 或訊息設定，關閉 FaceTime 或 iMessage。某些功能 (例如分析、定位服務、Siri 和聽寫) 為提供其功能，可能需要來自裝置的資訊。您開啟或使用上述功能時，會取得詳細資訊，了解您向 Apple 傳送了哪些資訊，以及該資訊如何得到使用。詳情請瀏覽 https://www.apple.com/tw/privacy/。您的資訊將一律依 Apple 隱私權政策的規定處理，政策全文請見 https://www.apple.com/tw/legal/privacy/。

**5. 服務和第三方材料。**

(a) Apple 軟體可供您存取 Apple 的 iTunes Store、App Store、Apple Books、Game Center、iCloud、「地圖」、「新聞」、Fitness+ 以及其他 Apple 和第三方服務及網站 (下稱「服務」)。使用服務需要 Internet 連線，且使用某些服務可能需要 Apple ID 並要求您接受附加條款，並可能需支付額外費用。您將 Apple ID 或其他 Apple 服務與本軟體結合使用，即表示同意接受適用的服務條款，例如您存取該服務所在

國家或地區的最新版《Apple 媒體服務約定條款》。該約定條款請查閱 https://www.apple.com/tw/legal/internet–services/itunes/tw/terms.html。

(b) 若您註冊 iCloud,可直接從 Apple 軟體存取某些 iCloud 功能,例如「iCloud 雲碟」、「我的照片串流」、「共享的相簿」和「尋找」。您承認並同意,您使用 iCloud 和此類功能須受 iCloud 服務的最新條款與約定規範。該條款與約定請查閱:https://www.apple.com/tw/legal/internet–services/icloud/cn_tr/terms.html。

(c) 新聞 App 的內容。您透過新聞應用程式存取的內容僅限用於個人非商業用途,內容的任何所有權利益不會因此而轉讓給您,並明確排除 (但不限於) 該內容的任何商業或促銷使用權。

(d) 地圖。Apple 軟體的地圖服務和功能 (下稱「地圖」) (包括地圖資料涵蓋範圍) 可能因地區而異。您開啟或使用上述地圖時,會取得詳細資訊,了解您向 Apple 傳送了哪些資訊,以及該資訊如何得到使用。您承認並同意,您使用地圖須受地圖服務最新版條款與約定規範,您可以在地圖主頁上存取和查閱該條款與約定。

(e) 您明白,使用服務意味著您可能遇到令您感到冒犯、猥褻或反感的內容,該內容不一定會直白表達,以及任何搜尋得到的結果或進入特定網址時,可能會自動非故意地連結至或引述令人反感的材料。縱使如此,您同意自行承擔使用服務的風險,對於令您感到冒犯、猥褻或反感的內容,Apple、其關係企業、代理人、委託人或授權人不對您承擔任何責任。

(f) 某些服務可能顯示、納入或提供來自第三方的內容、資料、資訊、應用程式或材料 (下稱「第三方材料」),或提供某些第三方網站的連結。使用服務,表示您承認並同意 Apple 不負責檢查或評估此類第三方材料或網站的內容、準確性、完整性、及時性、有效性、著作權遵循、合宜性、品質或其他面向。就第三方服務、第三方材料或網站,或第三方的其他材料、產品或服務,Apple、其高階主管、關係企業與子公司並未對您或他人提供保證或表示認可,且目前未承擔、未來亦無任何責任。第三方材料和其他網站的連結僅供參考。

(g) Apple 及其任何內容提供者不保證任何服務顯示的股票資訊、定位資料或任何其他資料的供應性、準確性、完整性、可靠性或及時性。任何服務顯示的金融資訊僅供參考,不得用作可供依賴之投資建議。基於透過服務獲得的資訊進行任何證券交易之前,您應諮詢在法律上有資格在您的國家或地區提供財務或證券建議的專業財務或證券人員。您同意任何服務提供的定位資料 (包括 Apple「地圖」服務) 僅供基本導航及規劃之用,並非意圖供下列情況使用:需要精準定位資訊,或者錯誤、不正確、時間延誤或不完整的定位資料可能會導致死亡、人身傷害,或是財產或環境損害時。您同意,由於天氣、道路、交通、地緣政治事件等因素可能影響地圖資料的準確性,因此您接收自服務的結果可能與實際道路或地形狀況不同。為了您的安全,使用導航功能時,請隨時注意交通標誌和當時的道路情況,奉行安全駕駛習慣和遵照交通法規,並注意騎自行車和行走的方向指示未必包含特定途徑。

(h) 若您使用服務上傳任何內容,您聲明您擁有一切權利或得到授權或以其他方式獲法律允許上傳該等內容,且該等內容不違反適用於服務的任何服務條款。您同意服務含有屬 Apple、網站所有人或其授權人擁有的專有內容、資訊和材料,受適用的智慧財產權和其他法律保護,包括但不限於著作權。您同意除服務的允許用途外,您不會使用此等專有內容、資訊或材料,也不以任何與本授權的條款不一致或侵害第三方或 Apple 的任何智慧財產權的方式使用此等專有內容、資訊或材料。服務的任何部分均不得以任何形式或方式重製。您同意不以任何方式修改、出租、租賃、借出、銷售或發布服務,亦不以任何方式以服務為基礎創作任何衍生作品。您不得以任何未獲授權的方式 (包括但不限於透過服務來傳輸電腦病毒、蠕蟲、特洛伊木馬或其他惡意軟體,或者透過侵入網路或加重網路容量負擔) 利用服務。您進一步同意不以任何方式使

用服務騷擾、辱罵、追蹤、威脅或誹謗他人，或以侵害或違反他人權利的方式使用服務，且對於您的任何此等使用或由於使用服務致使您可能收到的任何騷擾性、威脅性、誹謗性、冒犯性、侵權或非法訊息或傳輸，Apple 不對您承擔任何責任。

(i) 此外，該等服務和第三方材料未必以所有語言或在所有國家或地區提供。Apple 不保證該等服務和第三方材料在任何特定地點為適當或可取得。若您選擇使用或存取此類服務或第三方材料，這是出於您的主動意願，且您有責任遵守所有適用法律，包括但不限於適用的當地法律以及隱私權與資料收集法規。透過您的裝置共享或同步照片，可能會導致您連同照片傳輸後設資料，包括拍攝照片的地點和時間及景深資訊。使用 Apple 服務 (例如「iCloud 照片圖庫」) 共享或同步這些照片，將導致 Apple 接收並儲存該後設資料。Apple 及其授權人有權不經通知，隨時變更、暫停、刪除或停用對任何服務的存取權限。服務遭刪除或禁止存取時，Apple 概不負責。Apple 亦得在任何情形下，隨時限制對某些服務的使用或存取，無須另行通知或承擔責任。

**6. 終止。**本授權在其終止之前有效。若您未遵守本授權的任何條款，您在本授權下的權利將自動終止或以其他方式中斷，無需 Apple 另行通知。本授權終止時，您應停止對 Apple 軟體的任何使用行為。本授權第 4、5、6、7、8、9、10、12 和 13 節於終止後繼續有效。

**7. 免責聲明。**
7.1　若您為一般消費者 (即在您的行業、業務或專業以外使用 Apple 軟體)，您在居住國家或地區可能享有法定權利，禁止以下限制適用於您。此限制若遭禁止，即不適用於您。要進一步了解相關的權利，請聯繫當地的消費者諮詢組織。

7.2　您明確認知並同意，在適用法律允許的範圍內，使用 Apple 軟體及透過 Apple 軟體提供或存取的任何服務須由您自負風險；就品質、成效、準確性及勞力付出等方面是否符合需求，亦由您承擔全部風險。

7.3　在適用法律允許的最大範圍內，Apple 軟體與服務皆按「現狀」和「現有」基礎提供，帶有一切瑕疵但不附任何種類的擔保；Apple 及 Apple 授權人 (於第 7 節及第 8 節通稱「Apple」) 特此排除對 Apple 軟體及服務的任何明示、默示或法定擔保和條件，包括但不限於關於適銷性、品質滿意度、適於特定用途、準確性、不受干擾地享用與不侵害第三方權利的默示擔保及/或條件。

7.4　Apple 不擔保您可不受干擾地享用 Apple 軟體和服務、Apple 軟體包含的功能或執行或提供的服務符合您的要求、Apple 軟體與服務將不受干擾且無錯誤地運作、服務將持續提供、Apple 軟體或服務的瑕疵將得到更正，或 Apple 軟體將相容或可與任何第三方軟體、應用程式或第三方服務共同運作。安裝本 Apple 軟體可能影響第三方軟體、應用程式或第三方服務以及 Apple 產品和服務的可獲得性及可用性。

7.5　您進一步承認，Apple 軟體與服務之預定目的並非用於亦不適合用於 Apple 軟體與服務出現故障或時間遲滯之時，或是提供的內容、資料或資訊錯誤或不精確之時，可能導致死亡、人身傷害或嚴重的身體上或環境上損害之情況或狀況，包含但不限於核子設施、航空器飛行或通訊系統、飛航管制、生命維持或武器系統之運作。

7.6　Apple 或 Apple 授權代表提供的口頭或書面資料或意見均不構成任何保證。如發現 Apple 軟體或服務有所瑕疵，您必須承擔所有必要維修、修理或修正的全部費用。部分國家地區不允許排除默示擔保或對一般消費者的適用法定權利加以限制，因此上述排除和限制可能並不適用於您。

**8. 責任限制。**在適用法律未禁止的範圍內，無論任何情況，對由於您使用或無法使用 Apple 軟體與服務，或與 Apple 軟體與服務搭配使用的第三方軟體、應用程式或服務所引起或與之有關的任何人身傷害，或任

何附帶、特別、間接或衍生性的損害，包括但不限於利潤損失、資料損壞或遺失、未能傳輸或接收任何資料 (包括但不限於路線指示、任務及材料)、業務中斷的損害或任何其他商業損害或損失，無論其基於何種責任理論 (契約、侵權行為或其他)，Apple、其關係企業、代理人或委託人概不負責，縱使 Apple 已知悉可能發生上述損害亦然。部分司法管轄區域不允許排除或限制對人身傷害或附帶或衍生性損害賠償之責任，因此上述限制可能不適用於您。在任何情況下，Apple 對您的所有損害的總賠償金額 (適用法律對涉及人身傷害的賠償除外) 不得超過二百五十美元 (U.S.$250.00)。即使前述救濟失去其基本作用，上述責任限制仍將適用。縱使本授權有其他規定，適用日本《消費者契約法》時，就 Apple 違反契約或侵權行為所生之損害，若為 Apple 之故意不當行為或嚴重過失所致，則不適用限制 Apple 責任之條款。

**9. 數位憑證。**Apple 軟體具有接受 Apple 或第三方發放之數位憑證的功能。決定是否信賴 Apple 或第三方發放的憑證由您單獨負責，您須獨自承擔使用數位憑證的風險。在適用法律允許的最大範圍內，Apple 對於數位憑證的適銷性或任何特定用途的適用性、準確性、安全性或不侵犯第三方權利，不作任何明示或默示的擔保或聲明。

**10. 出口管制。**除美國法律及獲得 Apple 軟體的所在國家地區的法律授權外，您不得使用或以任何方式出口或轉出口 Apple 軟體。尤其不得將 (包括但不限於) Apple 軟體出口或轉出口：(a) 至任何美國禁運國家或地區，或 (b) 予美國財政部特定國家名單，或美國商務部拒絕出口對象或主體名單上的任何人。使用 Apple 軟體，表示您聲明並保證您不位於此類國家或地區，亦不在此類清單上。您亦同意不將 Apple 軟體用於美國法律禁止之目的，包括但不限於開發、設計、製造或生產飛彈、核子、化學或生物武器。

**11. 政府最終使用者。**Apple 軟體和相關文件屬於「商業品項」(Commercial Items)，其根據 48 C.F.R. §2.101 之定義，包含「商用電腦軟體」和「商用電腦軟體說明文件」(其定義名見 48 C.F.R. §12.212 或第 48 C.F.R. §227.7202)。根據 48 C.F.R. §12.212 或 48 C.F.R. §227.7202–1 至 §227.7202–4 規定，對美國政府最終使用者授權商用電腦軟體和商用電腦軟體文件時，(a) 僅得作為商業品項；及 (b) 應根據本文的條款與約定對其他最終使用者授予相同權利。Apple 根據美國的著作權法律保留任何未經發布的權利。

**12. 準據法與條款效力獨立。**本授權以美國加州法律為準據法及理解依據，但排除其法律衝突原則之適用。本授權明確排除《聯合國國際貨品買賣契約公約》(United Nations Convention on Contracts for the International Sale of Goods) 之適用。若您為英國一般消費者，本授權將受您居住之司法管轄區的法律管轄。若管轄法院基於任何原因而認定本授權有任何條款或部分無法執行，其餘部分仍維持完整之效果及效力。

**13. 完整合意；準據語言。**本授權構成您與 Apple 間就 Apple 軟體的完整合意，並取代該標的先前或現在的所有共識。未經 Apple 簽署書面文件，對本授權的任何修訂或修改皆不具拘束力。本授權譯本僅為符合當地要求而提供，若英文版與非英文版間有所歧異，在您的法律管轄區域之當地法律未禁止的範圍內，應以本授權英文版為準。

**14. 第三方承認。**Apple 軟體的某些部分可能使用或包含第三方軟體和其他享有著作權的資料。Apple 軟體所附的電子文件中載有關此類材料的承認、授權條款及免責聲明，您對這些材料的使用受到其各自的條款管轄。使用 Google 安全瀏覽服務須遵守 Google 服務條款 (https://policies.google.com/terms?hl=zh–TW) 以及 Google 的隱私權政策 (https://policies.google.com/privacy?hl=zh–TW)。

**15. MPEG–4 之使用；H.264/AVC 聲明。**
(a) Apple 軟體是依據 MPEG–4 系統專利組合授權特許使用，用以按照 MPEG–4 系統標準進行編碼，但與 (i) 以實質媒體貯存或複製且按照所有權基礎逐項支付之資料，及/或 (ii) 按照所有權基礎逐項支付並傳送給最終使用者以永久貯存及/或使用之資料編碼有關，且須就相關編碼持有額外授權和支付權利金者除

外。該額外授權可透過 MPEG LA, LLC. 取得，請參見 https://www.mpegla.com 了解詳細資訊。

(b) Apple 軟體包含 MPEG–4 視訊編碼及/或解碼功能，Apple 軟體是依據 MPEG–4 視覺專利組合授權授予消費者個人和非商業性使用，以 (i) 依據 MPEG–4 視覺標準進行視訊編碼（下稱「MPEG–4 視訊」），及/或 (ii) 對從事個人和非商業活動的消費者所編碼及/或從獲 MPEG LA 授權提供 MPEG–4 視訊的視訊提供者取得的 MPEG–4 視訊進行解碼。Apple 並未就任何其他用途給予授權，或默認可用於其他用途。與宣傳推廣、內部和商業性使用及授權有關的進一步資料，可透過 MPEG LA, LLC 取得。請參見 https://www.mpegla.com。

(c) Apple 軟體包含 AVC 編碼及/或解碼功能，H.264/AVC 的商業使用需要額外授權，並適用以下規定：Apple 軟體的 AVC 功能僅授權消費者用於個人非商業用途，用以：(i) 編碼符合 AVC 標準的視訊（下稱「AVC 視訊」）及/或 (ii) 解碼由從事個人非商業活動的消費者編碼的 AVC 視訊，及/或從獲提供 AVC 視訊之授權的視訊提供者處取得的 AVC 視訊。與其他使用及授權有關的資料，可透過 MPEG LA L.L.C. 取得。請參見 https://www.mpegla.com。

**16. Yahoo 搜尋服務限制。**透過 Safari 提供的 Yahoo 搜尋服務僅授權在下列國家與地區使用：阿根廷、阿魯巴、澳洲、奧地利、巴貝多、比利時、百慕達、巴西、保加利亞、加拿大、開曼群島、智利、中國、香港、台灣、哥倫比亞、賽普勒斯、捷克、丹麥、多明尼加共和國、厄瓜多、薩爾瓦多、芬蘭、法國、德國、希臘、格瑞那達、瓜地馬拉、匈牙利、冰島、印度、印尼、愛爾蘭、義大利、牙買加、日本、拉脫維亞、立陶宛、盧森堡、馬來西亞、馬爾他、墨西哥、荷蘭、紐西蘭、尼加拉瓜、挪威、巴拿馬、秘魯、菲律賓、波蘭、葡萄牙、波多黎各、羅馬尼亞、新加坡、斯洛伐克、斯洛維尼亞、韓國、西班牙、聖露西亞、聖文森、瑞典、瑞士、泰國、巴哈馬、千里達及托巴哥、土耳其、英國、烏拉圭、美國和委內瑞拉。

**17. Microsoft Exchange 通知。**Apple 軟體內的 Microsoft Exchange 郵件設定，僅授權用於無線傳輸同步處理您的裝置與 Microsoft Exchange 伺服器或 Microsoft 授權的其他伺服器軟體之間的資訊，例如電子郵件、聯絡人、行事曆和工作等，以實施 Microsoft Exchange ActiveSync 協定。

EA1806
2022 年 7 月 8 日

_____

**Apple Pay 與錢包補充條款與約定**

本 Apple Pay 與錢包補充條款與約定（下稱「補充條款」）為 Apple 軟體授權協定（下稱「授權」）的補充；授權條款與本補充條款皆適用於您的 Apple Pay 功能（下稱「Apple Pay」）和「Apple 錢包」應用程式（下稱「錢包」）（其視為授權下的一項「服務」）的使用。本補充條款使用的詞彙與授權內的含意相同。

**1. 概覽**

**Apple Pay**

Apple Pay 可供您：

> · 　使用信用卡、簽帳卡和預付卡（包括 Apple Card 和 Apple Cash 卡）在特定地點或特定 app 或網站內進行無接觸支付；
> · 　向其他 Apple Cash 使用者發送個人對個人付款；以及

·    追蹤訂單及查看詳細收據。

Apple Pay 和 Apple Pay 的某些功能可能僅在選定地區提供,並僅適用於選定發卡行、支付網路、商家和其他第三方。

**錢包**

Apple「錢包」可供您儲存用於 Apple Pay 的信用卡、簽帳卡和預付卡的虛擬表示 (統稱為「Apple 支付卡」),以及其他類型的卡片、票卡和金鑰,包括但不限於下列項目 (統稱「錢包票卡」,與 Apple Pay 卡合稱「支援卡片」):

·    獎勵卡;
·    交通卡;
·    票證;
·    會員票卡;
·    車鑰匙;
·    住家鑰匙;
·    服務設施鑰匙;
·    公司通行證;
·    學生證;以及
·    駕照和州或政府核發的身分證 (下稱「ID 卡」)。

錢包票卡可能僅適用於特定地區和特定合作夥伴。ID 卡可能僅適用於參與州的居民,出示方式也可能因州或地點而異。

支援卡片可能不時變更。

**2. 資格**

要使用 Apple Pay 和錢包,您必須有 (i) 執行支援服務的某版本作業軟體 (建議採用最新版本,有時更是必要) 的獲支援裝置,(ii) 與在 Apple 享有良好信譽的 iCloud 帳號綁定的 Apple ID,以及 (iii) Internet 連線 (可能需要付費)。除 Apple Cash 家人共享和選定電子錢卡外,Apple Pay 卡僅供 13 歲以上人士使用,並可能適用 iCloud 或相關發卡行、商家或其他第三方額外施加的年齡限制。交通卡、電子錢卡、ID 卡、公司通行證和鑰匙僅可在 iOS 裝置上使用。

若您是 iCloud Family 的家長或法定監護人 (下稱「組織者」),您可以邀請家庭成員,包括未滿 13 歲 (或是適用國家或地區的同等最低年齡) 的成員,在「錢包」中佈建和使用符合資格的交通卡。作為組織者,所有使用為家庭成員啟用的交通卡進行的付款、購物和交易皆應由您負責,包括由家庭成員進行者。交通卡的資格及其在「錢包」中的使用,須受相關交通機構的條款與約定拘束。組織者有責任遵守此類條款與約定,並承擔為其他家庭成員啟用的交通通行證的所有相關風險。家庭成員離開家庭群組或從家庭群組移除時,該家庭成員即無法再儲值交通卡,並只能使用該卡進行交易至卡片帳號餘額為零為止。

若您是汽車鑰匙的所有人,您可以與年滿 13 歲的其他人共享您的汽車鑰匙,供其解鎖、進出及/或駕駛您的汽車。

要在「錢包」中加入或移除住家鑰匙,必須在「家庭」app 中加入或移除門鎖,或在「家庭」app 中將您自己加入住家或從住家中移除。若您是「家庭」app 的住家管理員,任何現有的住家鑰匙都會自動與獲您

邀請並已加入您的住家之人共用。

Apple Card 僅在美國提供，由美國高盛銀行鹽湖城分行 (下稱「Apple Card 發卡行」) 發行。除 Apple Card 家人共享外，Apple Card 僅限 18 歲以上人士 (或更大年紀的人士，視您所居住的州而定) 使用。

Apple Cash 卡和個人對個人收付款的功能僅在美國提供，為聯邦存款保險公司成員 Green Dot Bank 提供的服務。要在 Apple Pay 中進行個人對個人付款或收款，您須擁有 Apple Cash 卡。除 Apple Cash 家人共享外，Apple Cash 卡和個人對個人收付款的功能僅限 18 歲以上人士使用。

## 3. 服務之使用

支援卡片和個人對個人付款會綁定至您登入 iCloud 以使用該功能的 Apple ID。您在錢包中加入或移除鑰匙、公司通行證、獎勵卡、票證和會員通行證時，相關變更可能會顯示在您以 Apple ID 登入的其他 Apple 裝置上。您只能將 Apple ID 綁定各州發證機構核發的一張 ID 卡。

Apple Pay 和「錢包」僅供您個人使用，您僅得佈建自己的支援卡片，或您獲組織者或所有人邀請佈建的交通卡、汽車鑰匙和住家鑰匙。若要佈建獲支援的公司卡，您聲明您已得到雇主的授權，且您獲授權使您的雇主受到本使用條款以及透過使用此功能進行的所有交易拘束。若要進行個人對個人收付款，您聲明僅用於您自己個人的非商業用途。若要佈建 ID 卡，您聲明您使用的是可準確真實地代表您本人的個人資訊。

您同意不將 Apple Pay 或「錢包」用於非法或詐欺目的，或授權和本補充條款禁止的任何其他目的。您進一步同意按照適用法律與法規使用 Apple Pay 和「錢包」。您承認，根據聯邦或州法律，提交任何與 ID 卡有關的不實資訊均可能構成刑事犯罪。您同意不干擾或擾亂 Apple Pay 或「錢包」的服務 (包括以任何自動方式存取服務)，或連線至服務的任何伺服器或網路，或連結至服務的任何網路政策、規定或法規 (包括任何對資料或數據流量未經授權的存取、使用或監測)。

若適用法律禁止您存取或使用 Apple Pay 或「錢包」，您即無權存取或使用該服務。若您以違反適用法律的任何方式存取或使用服務，我們概不負責。

## 4. Apple 對您的責任

您使用 Apple Pay，須受本補充條款以及您與相關發卡行、商家或負責您的 Apple Pay 卡的其他第三方達成的持卡人協定之條款規範。

同樣地，您在「錢包」中使用錢包票卡，須受本補充條款以及您與相關商家、交通機構、汽車和門鎖製造商、大學、飯店、度假村、郵輪、公司、州發證機構或其他第三方的協議條款規範。

除如下所述由 Apple Payments Inc. (下稱「Apple Payments」) 提供的某些 Apple Pay 功能外，Apple 不會處理在您的 Apple Pay 卡上作出的付款或其他非付款交易。對於因您使用 Apple Pay 或「錢包」所生的任何付款、退單、退貨、退款、資金轉移、獎勵、價值、折扣、存取、身分驗證、訂單、訂單履行或其他活動，Apple 不具控制權，亦不負任何責任。

若本補充條款的條款和您與相關發卡行、商家、州發證機構或其他第三方訂立的協議 (各自稱為「**第三方協議**」) 存在衝突，本補充條款的條款將規範您與 Apple 的關係，而相關的第三方協議的條款將規範您與該第三方的關係。

您同意 Apple 並非第三方協議的當事人,亦不對下列事項負責:(a) 於使用 Apple Pay 或「錢包」期間,任何支援卡片、購物、交易、資金轉移、訂單、訂單履行、收據或其他活動 (包括但不限於由家庭成員或是共用您支援卡片或得以使用您裝置的其他人所為之上述情事) 的內容、準確性或可得性;(b) 信貸的發放或對信貸資格的評估;(c) 駕駛執照或州身分證的簽發、暫停或撤銷;(d) 與您使用 Apple Pay 或「錢包」相關的發卡行、商家、app 開發者或其他第三方的活動;(e) 發卡行、商家或其他第三方對於將您的支援卡片新增至「錢包」一事所作的配置決定;(f) 您在任何商家或合作夥伴計畫的成員資格或參與;(g) 與您的支援卡片有關的獎勵或儲值之任何累積或兌換;(h) 對預付支援卡片提供資金或後續儲值;(i) 個人對個人收付款或資金轉移;或 (j) 儲值您的 Apple Cash 卡,或從中兌換或提取款項。

您申請 Apple Card 時,您是申請在 Apple Card 發卡行開立帳戶。負責提供 Apple Card 的金融機構可能有所變動,您使用 Apple Card 也將受其條款與約定約束。

您在 Apple Pay 中啟用 Apple Cash 功能時,您即在 Green Dot Bank 開立帳戶。除由 Apple Payments 提供的 Apple Pay 功能外,您進行個人對個人收付款,或是在您的 Apple Cash 卡儲值或提領現金時,Green Dot Bank 將負責收取和將您的款項發送給預期的收款人。在 Apple Pay 中負責提供 Apple Cash 和個人對個人付款功能的金融機構可能有所變動,您使用該等功能須遵守其條款與約定。

使用您的 Apple Cash 卡的資金向某些經您授權的符合資格企業付款的能力 (下稱「直接付款服務」),是 Apple Payments 提供的一項服務。您使用直接付款服務,須遵守 Apple Payments 的直接付款條款與約定。此外,某些符合資格企業可能允許您授權他們向您的 Apple Cash 卡撥付資金 (此類行動稱為「撥款」)。儘管撥款可能由 Apple Payments 處理,但款項是由提供此類資金的參與企業提供,可能須受撥款企業的某些附加條款與約定拘束。關於支援卡片或相關商業活動的所有爭議或問題,請聯繫您的發卡行或適用的商家、州發證機構、app 開發者或其他第三方。關於 Apple Pay、「錢包」、Apple Card 或 Apple Cash 卡或個人對個人付款的問題,請聯繫 Apple 支援人員。

**5. 隱私權**

Apple 對個人資訊的收集和使用受 Apple 的隱私權政策監管,該政策請參見 https://www.apple.com/tw/legal/privacy/。關於您使用 Apple Pay 和錢包時我們所收集、使用或共享的個人資訊,您可以閱讀相關服務的隱私聲明 (包括關於 Apple Pay 和隱私權) 了解詳細資訊;該聲明可透過您的裝置配對裝置上的 Watch app 內查閱,或瀏覽 https://www.apple.com/tw/legal/privacy/。您使用 Apple Pay 和錢包,即表示同意和允許 Apple 及其關係企業和代理人傳輸、收集、維護、處理和使用所有上述資訊,以提供該服務。

**6. 安全;遺失或停用的裝置**

保護您的支援裝置和憑證,如同保護實體錢包和卡片

Apple Pay 和「錢包」會儲存支援卡片的虛擬表示,您應像保護實體錢包、鑰匙或信用卡、簽帳卡、預付卡、身分證和其他票卡一樣妥善保護。您須全權負責維護您的裝置和您的 Apple ID、您的 Touch ID 和 Face ID 資訊、您的支援裝置密碼以及用於與服務有關的任何其他身分驗證憑證 (統稱為您的「憑證」) 之安全性。若您授權或允許他人使用您的支援裝置 (例如,將您的裝置密碼提供給第三方或允許第三方加入其指紋以使用 Touch ID 或啟用 Face ID,或以其他方式向第三方提供您的任何憑證),該第三方即可使用您的 Apple Cash 卡付款、發送、請求或收取個人對個人付款、提領現金、收取或兌換獎勵、使用價值、解鎖,或以其他方式進出您的汽車、房間、辦公室或住家,冒充您的身分,或使用您錢包中的支援卡片進行其他交易。此時,您必須對此人進行的所有付款、進出和交易負責。

越獄裝置

若您對您的裝置進行未經授權的修改，例如停用硬體或軟體控制 (有時稱為「越獄」)，您的裝置可能不再符合存取或使用服務的資格。您承認，我們明確禁止將修改後的裝置用於服務相關用途，此舉構成對本補充條款的違反，並可作為我們拒絕或限制您存取服務的理由。

額外安全措施

您可能需要啟用額外的安全措施 (例如對您的 Apple ID 實施雙重認證) 方可存取 Apple Pay 的特定功能，包括 Apple Card、Apple Cash 卡和在 Apple Pay 中進行個人對個人付款。若您嗣後刪除該安全功能，您可能無法繼續存取 Apple Pay 的特定功能。如需刪除綁定您 ID 卡的 Face ID 或 Touch ID，您必須完成整個 ID 卡佈建流程。

遺失或失竊的裝置

若您的裝置遺失或失竊，而您已啟用「尋找我的」，您可使用「尋找我的」功能將其置於遺失模式，嘗試暫停在該裝置上以虛擬支援卡片進行交易或進行個人對個人付款的能力。若您的裝置處於遺失模式，您錢包中的汽車鑰匙可能會遭到停用，一旦您離開車輛或關閉引擎，您將無法再進出或啟動您的汽車。「遺失模式」僅影響遺失裝置上的鑰匙。若您是所有人，您將無法再與他人共享您的汽車鑰匙或住家鑰匙，但已經與他人共享的鑰匙，其裝置不會受到影響。

您也可以刪除您的裝置，此舉將嘗試暫停在裝置上以虛擬支援卡片進行交易或進行個人對個人付款的功能。您亦應聯繫發行支援卡片的發卡行、商家或其他須負責的第三方，或聯繫 Apple (若為您的 Apple Card 或 Apple Cash 卡)，以防止他人在 Apple Pay 和錢包中未經授權存取您的支援卡片。

若您報告或 Apple 懷疑有詐欺或詐騙活動，您同意配合 Apple 進行任何調查，並採取我們規定的任何防詐欺措施。

**7. 責任限制**

除授權載明的免責聲明和責任限制外，Apple 不對使用 Apple Pay 或「錢包」進行的購物、支付、資金轉移、訂單、訂單履行、收據資訊、存取、身分驗證、交易或其他活動承擔任何責任，而且您同意在試圖解決支援卡片、個人對個人付款及相關活動的任何相關問題或爭議時，只會遵照您與您的發卡機構、支付網路、金融機構、商家、app 開發者、州發證機構或其他相關第三方之間可能訂立的協定。

_____

**來自 Apple 之通知**

如果 Apple 需要就您的產品或帳號聯絡您，您同意透過電子郵件接收通知。您同意我們以電子格式發送通知即符合法定通訊要求。

العربية

**مهم:** باستخدامك جهاز iPHONE أو iPAD أو iPOD TOUCH الخاص بك (يُشار إليه فيما بعد باسم "الجهاز")، أنت توافق على الالتزام بالأحكام التالية:

أ.     اتفاقية ترخيص برامج iOS و iPadOS من Apple
ب.    شروط Apple Pay التكميلية
ج.    الإخطارات من شركة Apple

**شركة .Apple Inc**
**اتفاقية ترخيص برامج iOS وiPadOS**
**ترخيص الاستخدام الفردي**

يُرجى قراءة اتفاقية ترخيص البرنامج هذه (يُشار إليها فيما بعد باسم "الترخيص") بعناية قبل استخدام جهازك أو قبل تنزيل تحديث برنامج مصاحب لهذا الترخيص. من خلال استخدام جهازك أو من خلال تنزيل تحديث للبرنامج، على حسب المعمول به، فإنك توافق على الالتزام بأحكام هذا الترخيص. إذا لم توافق على أحكام هذا الترخيص، فلا تستخدم الجهاز ولا تقم بتنزيل تحديث البرنامج.

في حال قمت مؤخرًا بشراء جهاز ولم توافق على أحكام الترخيص، يمكنك إعادة الجهاز خلال فترة الاسترجاع إلى متجر Apple Store أو الموزع المعتمد الذي اشتريته منه لاستعادة أموالك، بما يتوافق مع سياسة الإعادة من شركة Apple المتاحة على //https: **.www.apple.com/legal/sales-support**

**.1 عام**
(أ) البرامج (بما في ذلك كود تشغيل ROM والبرامج المضمنة وبرامج الجهات الخارجية)، والوثائق، والواجهات، والخطوط، وأي بيانات تأتي مع جهازك (ويُشار إليها فيما بعد باسم "برنامج Apple الأصلي")، والتي يمكن أن يتم تحديثها أو استبدالها من تحسينات الميزات أو تحديث البرامج أو استجابات الأمان أو ملفات النظام أو برامج استعادة النظام التي توفرها شركة Apple لجهازك أو الجهاز الطرفي المدعوم (ويُشار إليها فيما بعد باسم"تغييرات برامج Apple")، سواء كانت متاحة في ذاكرة القراءة فقط أو في أي وسائط أخرى، أو بأي شكل من الأشكال (يُشار إلى برامج Apple الأصلية وتغييراتها إجمالاً باسم "برامج Apple") يتم ترخيصها لك من شركة .Apple Inc (ويُشار إليها فيما بعد باسم "شركة Apple") ولا يتم بيعها لك، وذلك بغرض الاستخدام وفقًا لأحكام هذا الترخيص فقط. وتحتفظ شركة Apple ومرخصوها بملكية برنامج Apple ذاته، كما تحتفظ بجميع الحقوق التي لم يتم منحها صراحةً لك. وأنت توافق على سريان أحكام هذا الترخيص على أي تطبيق يحمل علامة Apple التجارية قد يكون متضمنًا في جهازك، ما لم يكن ذلك التطبيق مصحوبًا بترخيص منفصل، وفي هذه الحالة توافق على أن تحكم شروط ذلك الترخيص استخدامك لذلك التطبيق.

(ب) وفقًا لإرادة شركة Apple المنفردة، يمكن إتاحة تغييرات مستقبلية لبرنامج Apple. وقد لا تشمل تغييرات برنامج Apple، إن وجدت، بالضرورة جميع ميزات البرامج الحالية أو الميزات الجديدة التي تقوم شركة Apple بإطلاقها للطرز الأحدث من الأجهزة أو الطرز الأخرى. وشروط هذا الترخيص تحكم أي تغييرات لبرنامج Apple التي تقدمها شركة Apple، ما لم يرافق تغيير برنامج Apple هذا ترخيص منفصل، وفي هذه الحالة أنت توافق على أن أحكام هذا الترخيص هي الحاكمة.

(ج) إذا كنت تستخدم ميزة الإعداد السريع لإعداد جهاز جديد استنادًا إلى الجهاز الذي لديك بالفعل، فإنك توافق على أن أحكام هذا الترخيص ستحكم استخدامك لبرنامج Apple على جهازك الجديد، ما لم يكن مصحوبًا بترخيص منفصل، وفي هذه الحالة فإنك توافق على أن أحكام هذا الترخيص ستحكم استخدامك لبرنامج Apple هذا. سيحدّق جهازك بشكل دوري مع Apple من تغييرات برنامج Apple. وفي حالة توفر تغيير، قد يتم تنزيل التغيير وتثبيته تلقائيًا على جهازك، وكذلك الأجهزة الطرفية الخاصة بك، إن أمكن. **باستخدام برنامج Apple، فإنك توافق على أن Apple قد تقوم بتنزيل وتثبيت تغييرات برنامج Apple التلقائية على جهازك والأجهزة الطرفية الخاصة بك.** يمكنك إيقاف التحديثات التلقائية لتحديثات نظام التشغيل واستجابات الأمان السريعة في أي وقت عن طريق ضبط إعدادات "التحديثات التلقائية" الموجودة في الإعدادات> عام > تحديث البرنامج. قد يستمر تثبيت بعض ملفات النظام (بما في ذلك، على سبيل المثال لا الحصر، الخطوط المحدّثة ونماذج اللغة وأصول الصوت والبرامج الثابتة للأجهزة الطرفية) تلقائيًا، كما هو الحال عند تشغيل ميزات وأجهزة طرفية معينة أو استخدامها، أو للتعامل مع الاعتبارات القانونية والتنظيمية والسلامة العامة أو التقنية.

**.2 القيود والاستخدامات المسموح بها للترخيص.**
(أ) بموجب أحكام وشروط هذا الترخيص، يتم منحك ترخيصًا محدودًا وغير حصري لاستخدام برنامج Apple على جهاز واحد يحمل العلامة التجارية لشركة Apple. باستثناء ما هو مصرح به في البند 2(ب) الموضح أدناه، وإلا كما هو منصوص عليه في اتفاقية منفصلة بينك وبين Apple، لا يسمح هذا الترخيص بوجود برنامج Apple على أكثر من جهاز واحد يحمل العلامة التجارية لشركة Apple في الوقت نفسه، ولا يجوز لك توزيع أو إتاحة برنامج Apple عبر شبكة يمكن أن تستخدمها عدة أجهزة في ذات الوقت. لا يمنحك هذا الترخيص أي حقوق لاستخدام الواجهات المملوكة لشركة Apple وحقوق الملكية الفكرية الأخرى المتعلقة بتصميم أو تطوير أو تصنيع أو ترخيص أو توزيع أجهزة وملحقات من إنتاج جهات خارجية، أو تطبيقات برامج لجهات خارجية، للاستخدام مع الأجهزة. وتكون بعض تلك الحقوق متاحة بموجب تراخيص منفصلة من شركة Apple. لمزيد من المعلومات عن تطوير أجهزة وملحقات من إنتاج خارجية للأجهزة، تفضل بزيارة الموقع //https: developer.apple.com/programs/mfi. لمزيد من المعلومات المتعلقة بتطوير تطبيقات البرامج للأجهزة، تفضل بزيارة الموقع //https: .developer.apple.com

(ب) بموجب أحكام وشروط هذا الترخيص، يتم منحك ترخيصًا محدودًا وغير حصري لتنزيل تغييرات برنامج Apple التي قد تكون متاحة من قِبل شركة Apple لطراز الجهاز لتحديث أو استعادة البرنامج على هذا الجهاز الذي تملكه أو تتحكم به. لا يسمح لك هذا الترخيص بتحديث أو استعادة أي جهاز لا تتحكم فيه أو تمتلكه، ولا يجوز لك توزيع تغييرات برنامج Apple أو إتاحتها عبر شبكة بحيث يمكن استخدامها بواسطة أجهزة متعددة أو أجهزة كمبيوتر متعددة في آن واحد. في حال قمت بتنزيل برنامج Apple على جهاز الكمبيوتر الخاص بك، يمكنك عمل نسخة واحدة من تغييرات برنامج Apple وتخزينها على جهاز الكمبيوتر الخاص بك بصيغة مقروءة آليًا لأغراض النسخ الاحتياطي فقط، على أن تحتوي النسخة المخزنة احتياطيًا على كل إشعارات حقوق الطبع والنشر أو العلامة الملكية الأخرى الموجودة في النسخة الأصلية.

(ج) إلى الحد اللازم لقيام Apple بتثبيت تطبيقات تحمل علامة Apple التجارية مسبقًا من App Store على جهازك في وقت الشراء (والتي يُشار إليها باسم "التطبيقات المثبتة مسبقًا")، يتعين عليك تسجيل الدخول إلى حساب App Store الخاص بك لكي تتمكن من استخدامها على جهازك. عندما تقرن تطبيقًا مثبّتًا مسبقًا بحساب App Store الخاص بك، ستقوم تلقائيًا في الوقت نفسه بإقران جميع التطبيقات الأخرى المثبتة مسبقًا على جهازك. يعني اختيار إقران التطبيقات المثبتة مسبقًا بحساب App Store الخاص بك موافقتك على أنه يجوز لشركة Apple نقل كل من Apple ID الذي يستخدمه حساب App Store الخاص بك ومعرف الجهاز الفريد الذي يجمعه جهازك وجمعهما وصيانتها ومعالجتهما واستخدامهما لغرض التحقق من أهلية طلبك وإتاحة إمكانية وصولك إلى التطبيقات المثبتة مسبقًا من خلال App Store. إذا كنت لا ترغب في استخدام تطبيق مثبت مسبقًا، فيمكنك حذفه من جهازك في أي وقت.

(د) لا يجوز لك، وتوافق على عدم القيام أو السماح للآخرين، بنسخ (باستثناء ما هو مسموح به صراحة في هذا "الترخيص")، أو فك البرامج أو إجراء الهندسة العكسية، أو التفكيك، أو محاولة استخراج مصدر التعليمات البرمجية، أو فك التشفير، أو التعديل، أو إنشاء أعمال مشتقة من برنامج Apple أو أي خدمات يوفرها برنامج Apple، أو أي جزء منه (باستثناء ما تحظره القوانين السارية من القيود المذكورة وفقط حتى ذلك الحد أو بشروط الترخيص التي تحكم استخدام المكونات ذات المصدر المفتوح والتي قد تكون مرفقة مع برنامج Apple). كما أنك توافق على عدم إزالة أو طمس أي تغيير أي إشعار من إشعارات الملكية (بما في ذلك إشعارات حقوق الطبع والنشر والعلامات التجارية) التي قد يتم إلحاقها أو تضمينها في برنامج Apple.

(هـ) يجوز استخدام برنامج Apple لإعادة إنتاج مواد طالما كان هذا الاستخدام مقصورًا على إعادة إنتاج مواد لا تخضع لحقوق الطبع والنشر، أو مواد تمتلك حقوق طبعها ونشرها، أو مواد يكون مرخصًا أو مسموحًا لك قانونًا بإعادة إنتاجها. وعلى الرغم مما سبق، يُحظر عليك إعادة نشر أو إعادة إرسال أو إعادة إنتاج أي صور يتم الوصول إليها من خلال News أو الخرائط كلف مستقل بذاته. الملكية وحقوق الملكية الفكرية في وألى محتوى يتم عرضه أو تخزينه أو الوصول إليه من خلال جهازك تعود إلى مالك المحتوى المعني. وقد يكون هذا المحتوى محميًا بحقوق الطبع والنشر أو قوانين ومعاهدات أخرى خاصة بالملكية الفكرية، ويجوز أن يخضع لأحكام استخدام الجهة الخارجية التي تقدم هذا المحتوى. لا يمنحك هذا الترخيص أي حقوق لاستخدام هذا المحتوى، ولا يضمن استمرار توفر هذا المحتوى لك، باستثناء ما هو منصوص عليه في هذه الاتفاقية.

(و) بموجب أحكام وشروط هذا الترخيص، يجوز لك: (أولًا) استخدام شخصيات Memoji المضمنة في برامج Apple أو التي تم إنشاؤها باستخدامها (يُشار إليها بـ "شخصيات النظام") (1) أثناء تشغيل برنامج Apple و(2) لإنشاء المحتوى والمشاريع الأصلية الخاصة بك لاستخدامك الشخصي غير التجاري؛ و(ثانيًا) استخدام التعليقات المصاحبة المباشرة التي يتم إنشاؤها تلقائيًا على الجهاز في الوقت الفعلي بواسطة برنامج Apple (يُشار إليها بـ "التعليقات المصاحبة المباشرة")، سواء تم إنشاؤها أثناء مكالمة FaceTime أو غير ذلك، لاستخدامك الشخصي غير التجاري فقط. ولا يسمح لك هذا الترخيص بأي استخدام آخر لشخصيات النظام أو التعليقات المصاحبة المباشرة، ويشمل ذلك على سبيل المثال لا الحصر استخدامي أي من شخصيات النظام أو التعليقات المصاحبة المباشرة أو إعادة نسخها أو عرضها أو أداءها أو تسجيلها أو نشرها أو إعادة توزيعها في سياق هادف للربح أو غير هادف للربح أو مشاركة عامة أو سياق تجاري.

(ز) لاستكمال بعض اختصارات إجراءات التطبيق و/أو مواقع الويب، قد تحتاج برامج Apple إلى الوصول إلى تطبيقات أو خدمات أو مواقع ويب معينة خاصة بجهات خارجية على جهازك. ومن ثم، فإنك توافق صراحة على هذا الاستخدام بالقدر اللازم لاستكمال الاختصار باستخدام برامج Apple.

(ح) توافق أنت على استخدام برامج Apple وخدمات Apple (على النحو المحدد في البند 5 أدناه) وذلك طبقًا لكل القوانين المطبقة، بما في ذلك القوانين المحلية المطبقة في البلد أو المنطقة التي تقطن بها أو حتى التي قمت بتنزيل أو استخدام برامج Apple وخدماتها فيها. قد لا تتوفر ميزات برامج وخدمات Apple بجميع اللغات أو في جميع المناطق؛ قد تختلف بعض الميزات باختلاف المنطقة وقد تكون بعضها مقيدة أو غير متاحة من موفر الخدمة لديك. يلزم وجود اتصال Wi-Fi أو اتصال بيانات الهاتف الجوّال لتشغيل بعض ميزات برامج Apple وخدماتها.

(ط) يتطلب استخدام App Store مجموعة فريدة مؤلفة من اسم المستخدم وكلمة السر، والتي تُعرف باسم Apple ID. يلزم أيضًا توفر Apple ID لتتمكن من الوصول إلى تحديثات التطبيقات وبعض ميزات برامج Apple وخدماتها.

(ي) أنت تقر بأن العديد من الميزات، التطبيقات المتضمنة، والخدمات لبرنامج Apple تنقل البيانات ويمكن أن تؤثر على خطة رسوم البيانات وأنك تعد مسؤولاً عن أي من هذه الرسوم. يمكنك أن تعرض وتحدد أي من التطبيقات المسموح باستخدامها في بيانات الجوال، وقياس حجم البيانات التي تم استهلاكها في إعدادات بيانات الجوال. بالإضافة إلى ذلك، سينتقل مساعد Wi-Fi تلقائيًا إلى الجوال عندما يكون اتصال Wi-Fi ضعيفًا، مما قد يؤدي إلى زيادة استخدام بيانات الجوال والتأثير على رسوم في خطة البيانات. يتم تشغيل مساعد Wi-Fi افتراضيًا، ولكن يمكن تعطيله ضمن "الإعدادات". لمزيد من المعلومات، يرجى الرجوع إلى دليل المستخدم الخاص بجهازك.

(ك) إذا اخترت السماح بتحديثات التطبيقات التلقائية، فإن جهازك سيتحقق دوريًا مع Apple لمعرفة التحديثات التي تطرأ على التطبيقات المثبتة على

جهازك، وفي حالة العثور على تحديث سيتم تنزيله وتثبيته على جهازك تلقائيًا. يمكنك إيقاف تشغيل تحديثات التطبيقات التلقائية نهائيًا في أي وقت عن طريق الانتقال إلى "الإعدادات" والنقر على iTunes & App Store وإيقاف تشغيل "التحديثات" ضمن "التنزيلات التلقائية".

(ل) قد يؤدي استخدام جهازك في بعض الظروف إلى تشتيتك وقد يؤدي إلى حدوث موقف خطير (على سبيل المثال، تجنب كتابة الرسائل النصية أثناء قيادة السيارة وتجنب استخدام سماعات الأذن أثناء ركوب الدراجة). وباستخدام جهازك، أنت توافق على أنك مسؤول عن احترام القواعد التي تحظر أو تقيد استخدام الهواتف المحمولة أو سماعات الرأس (على سبيل المثال، مطلب استخدام خيارات الأجهزة حرة اليدين لإجراء المكالمات أثناء القيادة).

(م) قد تحاول بعض ميزات برنامج Apple تقديم المساعدة في المواقف المتعلقة بالسلامة، مثل أي ميزة اكتشاف اصطدام متعلقة بالسلامة وربطك بخدمات الطوارئ (حسب توفرها). لا تضمن Apple توفر هذه الميزات أو دقتها أو اكتمالها أو موثوقيتها أو توقيتها. لا يكون الغرض من هذه الميزات الاعتماد عليها فقط في المواقف التي تتوفر فيها مساعدة فورية أو فعالة ويمكن الحصول عليها. أنت توافق على استخدام هذه الميزات على مسؤوليتك وحدك وممارسة حكم مستقل، وأن Apple والشركات التابعة لها ووكلائها ومديريها لن يتحملوا أي مسؤولية تجاهك عن استخدامك لهذه الميزات وأي عواقب ناتجة إلى أقصى حد يسمح به القانون.

(ن) جهازك ليس جهازًا طبيًا ولا يجب استخدامه كبديل للتشخيص الطبي المهني. وهو غير مصمم أو مخصص للاستخدام في تشخيص الأمراض أو الحالات المرضية الأخرى، أو في الشفاء أو التخفيف أو العلاج أو الوقاية من أي حالة مرضية أو مرض. يرجى استشارة مقدم الرعاية الصحية الخاص بك قبل اتخاذ أي قرارات تتعلق بصحتك.

**3. النقل.** لا يجوز لك تأجير برنامج Apple أو استئجاره أو إقراضه أو بيعه أو إعادة توزيعه أو ترخيصه من الباطن. ولكن يجوز لك عمل تحويل مرة واحدة وبشكل دائم لكل حقوق الترخيص الخاصة بك في برنامج Apple إلى طرف آخر فيما يتعلق بتحويل ملكية جهازك، وذلك بشرط أن: (أ) يشتمل التحويل على جهازك وكل برامج Apple، بما في ذلك كل مكوناته وكل التحديثات الخاصة به. عندما تقوم بتشغيل أي من هذه الخدمات، سيتم تزويدك بتفاصيل بشأن نوعية المعلومات التي يتم إرسالها إلى Apple وكيفية استخدام هذه المعلومات. يمكنك معرفة المزيد عن طريق زيارة الموقع https://www.apple.com/ae-ar/privacy/. سيتم - في جميع الأوقات - التعامل مع المعلومات الخاصة بك وفقًا لسياسة خصوصية Apple، والتي يمكن عرضها على الموقع: https://www.apple.com/legal/privacy/ar.

**4. الموافقة على استخدام البيانات.** عندما تستخدم جهازك، يتم إرسال رقم هاتفك ومعرّفات فريدة معينة لجهازك إلى Apple للسماح للآخرين بالوصول إليك من خلال رقم هاتف عند استخدام ميزات الاتصال المتنوعة في برنامج Apple، مثل iMessage وFaceTime. وعند استخدام iMessage، قد تحتفظ Apple برسائلك بصيغة مشفرة لمدة محدودة وذلك لضمان تسليمها. يمكنك إيقاف FaceTime أو iMessage عن طريق الانتقال إلى إعدادات FaceTime أو الرسائل على جهازك. قد تتطلب ميزات معينة – مثل التحليلات، وخدمات الموقع، وSiri، والإملاء – معلومات من جهازك لتوفير الخدمات الخاصة بها.

**5. الخدمات ومواد الجهات الخارجية.**
(أ) قد يسمح برنامج Apple بالوصول إلى iTunes Store وApp Store وApple Books وGame Center وiCloud والخرائط وNews وFitness+ من Apple وغيرها من الخدمات ومواقع الويب من Apple أو جهات خارجية (والتي يُشار إليها مجتمعة أو منفردة باسم "الخدمات"). ويتطلب استخدام تلك الخدمات تَوَفُّر الاتصال بالإنترنت، وقد يتطلب استخدام خدمات معينة أحد معرفات Apple ID وقد يتطلّب منك قبول أحكام إضافية أو تكبّد رسوم إضافية. باستخدام هذا البرنامج مع Apple ID أو خدمات Apple الأخرى، فإنك توافق على الأحكام المطبقة على الخدمة، مثل أحدث أحكام وشروط خدمات Apple الإعلامية للبلد أو المنطقة التي تصل فيها إلى هذه الخدمات، والتي يمكنك الوصول إليها والاطلاع عليها على https://www.apple.com/legal/internet-services/itunes.

(ب) إذا اشتركت في iCloud، يمكن الوصول لبعض ميزات iCloud مثل "iCloud Drive" و"تدفق الصور الخاص بي" و"الألبومات المشتركة" و"تحديد الموقع" مباشرة من برنامج Apple. وتقرّ وتوافق على أن يكون استخدامك لـ iCloud ولهذه الميزات يخضع لأحدث أحكام وشروط خدمة iCloud، التي يمكنك الوصول إليها والاطلاع عليها على: https://www.apple.com/legal/internet-services/icloud.

(ج) محتوى تطبيق News. يقتصر استخدامك للمحتوى الذي يتم الوصول إليه من خلال تطبيق News على الاستخدام الشخصي غير التجاري، ولا ينقل أي حصص ملكية لك في المحتوى، ويستبعد على وجه الخصوص وليس الحصر أي حقوق استخدام تجاري أو ترويجي في هذا المحتوى.

(د) الخرائط. قد تختلف خدمة الخرائط وميزات برنامج Apple (ويُشار إليها فيما بعد باسم "الخرائط")، بما في ذلك تغطية بيانات الخرائط، باختلاف المنطقة. وعند تشغيل "الخرائط" أو استخدامها، سيتم توفير التفاصيل بشأن نوعية المعلومات التي يتم إرسالها إلى شركة Apple، والطريقة التي قد تُستخدم المعلومات بها. أنت تقرّ وتوافق على أن استخدامك للخرائط يخضع لأحدث إصدار من أحكام وشروط خدمة "الخرائط"، والتي يمكنك الوصول إليها ومراجعتها على بطاقة "الخرائط" الرئيسية.

(هـ) أنت تدرك أنه من خلال استخدام أي من "الخدمات"، فقد تقابل محتويات يمكن اعتبارها غير مقبولة، أو بذيئة، أو تثير الاعتراضات، وهذه المحتويات يمكن أو لا يمكن تعريفها على أنها تحتوي على لغة صريحة، وأن نتائج أي عملية بحث أو إدخال أي عنوان URL محدد يمكن أن يؤدي في الحصول على روابط أو مواد تثير الاعتراضات. ومع ذلك، توافق أنت على استخدام الخدمات على مسؤوليتك الشخصية، ولا تتحمل شركة Apple أو الشركات التابعة لها ووكلاؤها أو مسؤولوها أو مرخصوها أي مسؤولية تجاهك عن المحتوى الذي قد يكون مسيئًا أو غير لائق أو مرفوضًا.

(و) بعض الخدمات يمكن أن تعرض أو تحتوي أو تقوم بإتاحة محتويات أو بيانات أو معلومات أو تطبيقات أو مواد من جهات خارجية (ويُشار إليها فيما بعد بعبارة "مواد الجهات الخارجية") أو تقوم بتوفير روابط لمواقع ويب خاصة بجهات خارجية بعينها. من خلال استخدام الخدمات، تقرّ وتوافق أنت على ألاّ تكون شركة Apple مسؤولة عن فحص أو تقييم محتوى المواد أو مواقع الويب الخاصة بهذه الجهات الخارجية أو دقتها أو اكتمالها أو ملاءمتها الزمنية أو صحتها أو توافقها مع حقوق الطبع والنشر أو شرعيتها أو لياقتها أو جودتها، أو أي وجه آخر من أوجه هذه المواد أو مواقع الويب. ولا تضمن شركة Apple أو مسؤولوها أو الشركات التابعة لها أو شركاتها الفرعية أو تصدق على ولا تكون مسؤولة أو ملتزمة نحوك أو نحو أي شخص آخر عن أي خدمات تابعة لجهات خارجية، أو مواد أو مواقع ويب تابعة لجهات خارجية أو أي مواد أو منتجات أو خدمات أخرى تابعة لجهات خارجية. ويتم توفير مواد الجهات الخارجية والروابط لمواقع الويب الأخرى بشكل فردي فقط للتسهيل عليك.

(ز) لا Apple ولا أي من مقدمي محتواها يضمن توافر أو دقة أو اكتمال أو موثوقية أو حسن توقيت المعلومات عن المخزون أو بيانات الموقع أو أي بيانات أخرى يتم عرضها من قِبل أي خدمات. المعلومات المالية التي تعرضها أي خدمات تكون لأغراض المعلومات العامة فقط، ولا يجب التعويل على تلك المعلومات كنصيحة استثمارية. فقبل إجراء أي معاملات على الأوراق المالية بناءً على المعلومات التي يتم الحصول عليها من خلال الخدمات، يجب أن تستشير أحد الخبراء في المجال المالي أو الأوراق المالية على أن يكون الخبراء سابقي الذكر مؤهلين من الناحية القانونية لتقديم المشورة فيما يتعلق بالمجال المالي أو الأوراق المالية في بلدك أو منطقتك. يتم توفير بيانات المواقع من قِبل أي خدمات، بما في ذلك خدمة الخرائط من Apple، لأغراض التنقل الأساسية والتخطيط فقط، ولا يقصد الاعتماد عليها في المواقف التي تحتاج إلى معلومات دقيقة حول المواقع أو في الحالات التي يمكن أن تؤدي فيها معلومات المواقع الخاطئة أو غير الدقيقة أو المتأخرة أو غير الكاملة إلى الوفاة، أو الإصابة الجسدية، أو تعرض الممتلكات أو البيئة للأضرار. وأنت توافق على أن النتائج التي تحصل عليها من خدمة الخرائط قد تختلف عن ظروف الطريق أو التضاريس الفعلية بسبب العوامل التي يمكن أن تؤثر على دقة بيانات الخرائط، على سبيل المثال لا الحصر، ظروف الطقس والطريق وحركة المرور والأحداث الجيوسياسية. للحفاظ على سلامتك، توخَّ الحذر دومًا عند استخدام ميزة الملاحة لمراقبة إشارات الطرق المعلن عنها وظروف الطرق الحالية. واتبع ممارسات القيادة الآمنة وقواعد المرور ولاحظ أن اتجاهات ركوب الدراجات والمشي قد لا تتضمن مسارات محددة.

(ح) إلى الحد الذي تقوم به بتحميل أي محتوى من خلال استخدام الخدمات، فإنك تقر بأنك تملك جميع الحقوق في، أو أنك مخوّل أو بخلاف ذلك إلى الحد المسموح به قانونًا لتحميل مثل هذا المحتوى وأن مثل هذا المحتوى لا ينتهك أي شروط خدمة تطبيق على الخدمات. وتوافق على أن الخدمات تتضمن محتويات ومعلومات ومواد ذات حقوق ملكية مملوكة لشركة Apple أو مالك الموقع أو مرخّصيها، وتكون محمية بموجب قوانين حقوق الملكية الفكرية المعمول بها وغيرها من القوانين، على سبيل المثال لا الحصر، حقوق الطبع والنشر. وتوافق على عدم استخدام هذه المحتويات أو المعلومات أو المواد ذات حقوق الملكية بأيّ طريقة لا تتوافق مع أحكام هذا الترخيص أو تنتهك أي حقوق ملكية فكرية تخص أي جهة خارجية أو تخص شركة Apple، بخلاف الاستخدام المسموح به للخدمات. ولا يجوز إعادة إنتاج أي جزء من الخدمات بأيّ شكل أو بأيّ وسيلة. كما توافق على عدم تعديل أو تأجير أو إيجار أو إقراض أو بيع أو توزيع أو إنشاء أعمال مشتقة قائمة على الخدمات، بأيّ طريقة كانت، ويُحظر عليك استغلال الخدمات بأيّ طريقة غير معتمدة من أي نوع، على سبيل المثال لا الحصر، استخدامها في نقل فيروسات الكمبيوتر أو الفيروسات المتنقّلة الضارة وأحصنة طروادة وغيرها من البرامج الضارة، أو من خلال التعدي على سعة الشبكة أو إتقالها. كما أنك توافق أيضًا على عدم استخدام الخدمات بأيّ طريقة للمضايقة أو إساءة الاستخدام أو المطاردة أو التهديد أو التشهير أو بخلاف ذلك التعدي على حقوق الأطراف الأخرى أو انتهاكها، وأن شركة Apple لا تكون مسؤولة بأيّ شكل من الأشكال عن قيامك بمثل هذا الاستخدام، ولا عن أي رسائل أو عمليات بث تشهيرية أو تنطوي على مضايقة أو تهديد أو تشهير أو تعدّ عليك أو انتهاك لحقوقك أو أي أمور غير مشروعة يمكن أن تتعرّض لها نتيجة لاستخدام أيّ من الخدمات.

(ط) بالإضافة إلى ذلك، قد لا تكون تلك الخدمات ومواد الجهات الخارجية متاحة بكل اللغات أو في كل الدول أو المناطق. ولا تتعهد شركة Apple بأن تكون هذه الخدمات ومواد الجهات الخارجية مناسبة أو متاحة للاستخدام في مكان بعينه. وإلى الحد الذي اخترته لاستخدام تلك الخدمات أو مواد الجهات الخارجية أو الوصول إليها، فأنت تقوم بذلك بمبادرة شخصية منك، وتكون مسؤولًا عن الالتزام بالقوانين المعمول بها، على سبيل المثال لا الحصر القوانين المحلية وقوانين الخصوصية وجمع البيانات السارية. قد تتسبب مشاركة الصور أو مزامنتها من خلال جهازك في إرسال بيانات التعريف مع الصور، بما في ذلك وقت ومكان التقاط الصورة، ومعلومات العمق. كما أن استخدام خدمات Apple (مثل مكتبة صور iCloud) لتبادل أو مزامنة مثل هذه الصور سوف يشمل استلام وتخزين بيانات التعريف هذه لدى شركة Apple. وتحتفظ شركة Apple ومرخّصوها بالحقّ في تغيير أو تعليق أو رفع أو تعطيل الوصول لأيّ من تلك الخدمات في أي وقت ودون إخطار. ولن تكون شركة Apple مسؤولة بأيّ حال من الأحوال عن إزالة أيّ من هذه الخدمات أو تعطيل الوصول إليها. كما يمكن أن تفرض شركة Apple قيودًا على استخدام خدمات معينة أو الوصول إليها، في أيّ حالة ودون إخطار أو مسؤولية.

**6. إنهاء الترخيص.** هذا الترخيص ساري المفعول إلى أن يتم إنهاؤه. تنتهي حقوقك الممنوحة لك بموجب هذا الترخيص تلقائيًا أو تصبح غير سارية دون إخطار من شركة Apple في حالة عدم التزامك بأيّ حكم (أحكام) لهذا الترخيص. وعند إنهاء هذا "الترخيص"، يجب عليك التوقف عن أي استخدام لبرنامج Apple. وتظل البنود 4 و5 و6 و7 و8 و9 و10 و12 و13 من هذا الترخيص سارية حتى بعد انتهائه.

**7. إخلاء المسؤولية عن الضمانات**

7.1     إذا كنت أحد العملاء المستهلكين (شخص يستخدم برنامج Apple خارج نطاق التجارة أو العمل أو المهنة الخاصة به)، فإنه يجوز لك التمتع بحقوق قانونية في بلد إقامتك، والتي تحظر تطبيق القيود التالية عليك، وحيثما يُحظر تطبيق هذه القيود، لن تعبّر سارية عليك. وللتعرّف على المزيد عن الحقوق الخاصة بك، يجب الاتصال بإحدى المؤسسات المعنية بتوجيه النصائح إلى المستهلك المحلي.

7.2     أنت تقر وتوافق بشكل صريح، وإلى أقصى حد تسمح به القوانين السارية، على أن استخدام برنامج Apple وأي خدمات يتم توفيرها أو الوصول إليها من خلال برنامج Apple يكون على مسؤوليتك وحدك وأنك تتحمل المسؤولية الكاملة المتعلقة بالقدر المُرضي من الجودة والأداء والدقة والمجهود.

7.3 إلى أقصى حدّ تسمح به القوانين المعمول بها، فإن برامج وخدمات Apple يتم توفيرها "كما هي" و"كما هي متاحة" بكل الأخطاء ودون أيّ ضمان من أي نوع، وتُخلي شركة Apple ومرخصوها (الذين يُشار إليهم مجتمعين باسم "شركة Apple" لأغراض البندين 7و8) مسؤوليتها بموجب هذا الترخيص عن كل الضمانات والشروط فيما يتعلق ببرامج وخدمات Apple، سواء كانت صريحة، أو ضمنية، أو تشريعية، ويشمل ذلك دون حصر، الضمانات الضمنية و/أو شروط الرواج التجاري، والقدر المُرضي للجودة، والملاءمة لغرض معين، والدقة، والتمتّع الكامل بها، وعدم التعدي على حقوق الجهات الخارجية.

7.4 لا تقدم شركة Apple ضمانات ضد التعدي على استمتاعك ببرامج وخدمات Apple، وأن الوظائف الموجودة أو الخدمات التي يقوم بها أو يوفرها برنامج Apple ستفي بمتطلباتك، أو أن تشغيل برامج وخدمات Apple لن يتعرض للمقاطعة أو يكون دون أخطاء، أو أن تظل الخدمات متاحة، أو أن يتم إصلاح العيوب التي تكون موجودة في برامج أو خدمات Apple، وأن برنامج Apple سيكون متوافقًا أو سيعمل مع أي برامج أو تطبيقات من جهات خارجية أو أي خدمات من جهات خارجية. ويمكن أن يؤثر تثبيت برامج Apple هذه على توافر وإمكانية استخدام برامج الجهات الخارجية أو تطبيقاتها أو خدمات الجهات الخارجية، وكذلك منتجات Apple وخدماتها.

7.5 كما تقر أيضًا بأن برامج وخدمات Apple لا يكون الغرض منها أو لا تكون ملائمة للاستخدام في المواقف أو البيئات التي قد يؤدي فيها أي عطل أو تأخير زمني أو خطأ أو خلل في المحتوى أو البيانات أو المعلومات التي تقدمها برامج أو خدمات Apple إلى حدوث الوفاة أو التعرض لإصابة شخصية أو وقوع أضرار بدنية أو بيئية بالغة على سبيل المثال لا الحصر، تشغيل المنشآت النووية أو الملاحة الجوية أو أنظمة الاتصالات أو أنظمة المراقبة الجوية أو دعم الحياة أو الأسلحة.

7.6 لا تمثل أي معلومات أو نصائح شفهية أو مكتوبة تعطيها شركة Apple أو أي ممثل معتمد لشركة Apple ضمانًا. وفي حالة ثبوت وجود عيوب في برامج Apple أو خدماتها، تتحمل أنت إجمالي تكلفة عمليات الصيانة أو الإصلاح أو التصحيح اللازمة. لا تسمح بعض التشريعات باستثناء الضمانات الضمنية أو القيود السارية على الحقوق القانونية السارية للمستهلك، وبالتالي فقد لا تنطبق القيود والاستثناءات المذكورة أعلاه، عليك.

**8. تحديد المسؤولية.** إلى الحد غير المحظور بموجب القانون الساري، لن تتحمل Apple أو الشركات التابعة لها أو وكلاؤها أو مديروها المسؤولية بأي حال من الأحوال عن الإصابة الشخصية، أو الأضرار غير المباشرة أو التبعية أو العرضية أو الخاصة من أي نوع، ويشمل ذلك على سبيل المثال لا الحصر، أضرار خسائر الأرباح أو تلف أو فقدان البيانات أو الفشل في إرسال أو استقبال أي بيانات (تشمل على سبيل المثال لا الحصر الإرشادات والتعيينات والمواد الخاصة بسياق العمل) أو مقاطعة الأعمال، أو أي أضرار أو أي برامج أو تطبيقات أو خدمات تابعة لجهات خارجية تتعلق ببرامج Apple أو خدماتها، أيّا كان سببها، وبغض النظر عن نظرية المسؤولية (التعاقدية أو التقصيرية أو غير ذلك)، حتى وإن تم إعلام شركة Apple مسبقًا باحتمال حدوث هذه الأضرار. لا تسمح بعض ولايات الاختصاص القضائي باستثناء أو تحديد المسؤولية القضائية المتعلقة بالإصابة الشخصية أو الأضرار العرضية أو التبعية، لذلك قد لا ينطبق عليك هذا التحديد. ولا تتجاوز مسؤولية شركة Apple الإجمالية بأي حال من الأحوال مقابل كل الأضرار (بخلاف ما قد تفرضه القوانين السارية في الحالات التي تتعلق بالإصابة الشخصية) مائتين وخمسين دولارًا (250 دولارًا أمريكيًا). وتسري الحدود المذكورة أعلاه حتى في حالة عدم تحقيق التسوية المذكورة أعلاه، لغرضها الأساسي. بصرف النظر عن أي شروط أخرى واردة في هذا الترخيص، في حالة تطبيق قانون عقد المستهلك في اليابان، فإن الشروط التي تحد من مسؤولية Apple عن الأضرار الناشئة عن خرق العقد أو الضرر الذي ارتكبته Apple لا تنطبق إذا كانت هذه الأضرار ناجمة عن سوء سلوك متعمد أو إهمال جسيم من قبل Apple.

**9. الشهادات الرقمية.** يحتوي برنامج Apple على وظائف تسمح له بقبول الشهادات الرقمية الصادرة من شركة Apple أو من جهات خارجية. تكون أنت فقط مسؤولاً حصريًا عن تحديد ما إذا كان يجب الاعتماد على شهادة أو لا سواء كانت صادرة من شركة Apple أو من جهة خارجية. ويكون استخدام الشهادات الرقمية على مسؤوليتك الخاصة. وإلى أقصى حد تسمح به القوانين المعمول بها، لا تقدم شركة Apple أي ضمانات أو تعهدات، سواء كانت صريحة أم ضمنية، فيما يتعلق بقابلية التسويق أو الملاءمة لأي غرض معين، أو الدقة، أو الأمان، أو عدم التعدي على حقوق الجهات الخارجية، فيما يتعلق بالشهادات الرقمية.

**10. ضوابط التصدير.** لا يجوز لك استخدام، وبطريقة أخرى، تصدير أو إعادة تصدير برامج Apple إلا وفقًا لما يسمح به قانون الولايات المتحدة الأمريكية وقوانين الاختصاص القضائي أو الاختصاصات القضائية التي تم الحصول على برامج Apple من خلالها. وعلى وجه الخصوص، لا الحصر، لا يجوز تصدير برنامج Apple أو إعادة تصديره (أ) إلى أي دول تفرض الولايات المتحدة حظرًا عليها، أو (ب) إلى أي شخص مدرج في قائمة وزارة الخزانة الأمريكية للرعايا الخاصين لإدراج خاص أو على قائمة وزارة التجارة الأمريكية للممنوعين أو قائمة الكيانات أو أي قوائم أخرى للأطراف المحظورة. وباستخدام برنامج Apple، تقر وتضمن أنك غير موجود في أي دولة من تلك الدول أو في أي قائمة من تلك القوائم. كما أنك توافق على أنك لن تستخدم برامج Apple لأيّ أغراض يحظرها قانون الولايات المتحدة، على سبيل المثال لا الحصر، تطوير أو تصميم أو تصنيع أو إنتاج الصواريخ أو الأسلحة النووية أو الكيماوية أو البيولوجية.

**11. المستخدمون النهائيون في الحكومة.** برامج Apple، والوثائق ذات الصلة هي "مواد تجارية"، حسب تعريف هذا المصطلح في القانون رقم 48 بمدونة اللوائح الفيدرالية، البند 2.101، ويتكون من "برامج الكمبيوتر التجارية" و"وثائق برامج الكمبيوتر التجارية"، وهي المصطلحات المستخدمة في القانون رقم 48 بمدونة اللوائح الفيدرالية، البند 12.212 أو القانون رقم 48 بمدونة اللوائح الفيدرالية، البند 227.7202، على النحو المعمول به. ووفقًا للقانون رقم 48 بمدونة اللوائح الفيدرالية، البند 12.212 أو القانون رقم 48 بمدونة اللوائح الفيدرالية، البنود 227.7202-1 وحتى 227.7202-4، وعلى النحو المعمول به، فإن برامج الكمبيوتر التجارية ووثائق برامج الكمبيوتر التجارية يتم ترخيصها لمستخدمي الحكومة الأمريكية النهائيين (أ) كمواد تجارية فقط و(ب) مع الحقوق الممنوحة لكلّ المستخدمين النهائيين الآخرين طبقًا للأحكام والشروط المذكورة في هذا الترخيص. الحقوق غير المنشورة محفوظة بموجب قوانين حقوق الطبع والنشر بالولايات المتحدة.

**12. القانون المطبق وقابلية الفصل.** يخضع هذا الترخيص، ويُفسر وفقًا، لقوانين ولاية كاليفورنيا، مع استثناء مبادئ تضارب القوانين. لا يخضع هذا

الترخيص لاتفاقية الأمم المتحدة بشأن عقود البيع الدولي للبضائع، حيث يُستثنى تطبيق هذه الاتفاقية بشكل صريح. وإذا كنت أحد المستهلكين المقيمين في المملكة المتحدة، فإن هذا الترخيص سيخضع لقوانين الاختصاص القضائي الخاص بمحلّ إقامتك. وإذا وجدت أي محكمة ذات اختصاص، لأيّ سبب، أن أي نص أو جزءًا منه غير قابل للتنفيذ، فإن الجزء المتبقي من هذا الترخيص يبقى ساريًا ونافذًا.

**13. كامل الاتفاق؛ واللغة السائدة.** يمثل هذا الترخيص كامل الاتفاق بينك وبين Apple فيما يتعلق ببرامج Apple، كما أنه يلغي جميع التفاهمات السابقة أو المعاصرة فيما يتعلق بهذا الموضوع. ولن يكون أي تعديل أو تغيير في هذا الترخيص مُلزمًا إلا إذا كان مكتوبًا وموقّعًا من شركة Apple. تتم ترجمة هذا الترخيص وفقًا للمتطلبات المحلية، وفي حال وجود أي تعارض بين النسخة الإنجليزية وأي نسخة أخرى مترجمة، يتم الرجوع إلى النسخة الإنجليزية من هذا الترخيص إلى الحد المسموح به بموجب القانون المحلي في السلطة القضائية التي تتبعها.

**14. إقرارات الجهات الخارجية.** تقوم أجزاء من برنامج Apple باستخدام أو تضمين برامج تابعة لجهات خارجية وغير ذلك من المواد المحمية بموجب حقوق الطبع والنشر. وترد الإقرارات وأحكام الترخيص وإخلاء المسؤولية لهذه المواد في الوثائق الإلكترونية لبرامج Apple، ويكون استخدامك لهذه المواد خاضعًا لتلك الأحكام الخاصة بها. تخضع خدمة استخدام التصفح الآمن لشروط الخدمة الخاصة بـ Google // https www.google.com/intl/en/) (www.google.com/intl/en/policies/terms) ولسياسة الخصوصية الخاصة بـ Google (https:// .policies/privacy).

**15. استخدام MPEG-4، إخطار H.264/AVC.** (أ) برنامج Apple مرخص بحسب ترخيص حافظة لبراءة اختراع أنظمة MPEG-4 بغرض التشفير بما يتوافق مع معيار أنظمة MPEG-4، وبامتثالك ذلك، يكون من الضروري للترخيص الإضافي وسداد عائدات التشفير لشركة الملكية للتشفير فيما يتعلق بالآتي: (1) البيانات المخزّنة أو المنسوخة نسخًا متماثلاً في وسائل الإعلام الفعلية التي يتم دفع مقابلها على أساس حقوق الملكية كل على حدة و/أو (2) البيانات التي يتم دفع مقابلها على أساس حقوق الملكية كل على حدة ويتم دفع نظام المخزن إلى مستخدم نهائي للتخزين و/أو الاستخدام الدائم. ويمكن الحصول على مثل هذا الترخيص الإضافي من MPEG LA, LLC. راجع https://www.mpegla.com للحصول على مزيد من التفاصيل.

(ب) يشتمل برنامج Apple على وظائف تشفير و/أو فك تشفير الفيديو بصيغة MPEG-4. برنامج Apple مرخص بحسب ترخيص حافظة لبراءة الاختراع المرئية الخاصة بـ MPEG-4 للاستخدام الشخصي وغير التجاري للمستهلك من أجل (1) تشفير الفيديو بالتوافق مع معيار MPEG-4 المرئي (يُشار إليه فيما بعد باسم "فيديو MPEG-4")، و/أو (2) فك تشفير فيديو MPEG-4 تم تشفيره بواسطة مستهلك يمارس نشاطًا شخصيًا وغير تجاري و/أو تم الحصول عليه من موفر فيديو مرخص له من شركة MPEG LA لتوفير فيديو MPEG-4. ولا يتم منح أو تضمين أي ترخيص لأيّ استخدام آخر. ويمكن الحصول على معلومات إضافية، بما في ذلك تلك المتعلقة بالاستخدامات الترويجية والداخلية والتجارية والترخيص والترخيص من MEGA LA, LLC. راجع https://www.mpegla.com.

(ج) يحتوي برنامج Apple على وظيفة تشفير و/أو فك تشفير AVC، ويتطلب الاستخدام التجاري لـ H.264/AVC الحصول على تراخيص إضافية ويسري بحكم النص التالي: تم ترخيص وظيفة AVC في برنامج Apple حسب هذا الترخيص فقط للاستخدام الشخصي وغير التجاري للمستهلك من أجل (1) تشفير الفيديو بالتوافق مع معيار AVC (يُشار إليه فيما بعد باسم "فيديو AVC") و/أو (2) فك تشفير فيديو AVC تم تشفيره من خلال مستهلك يمارس نشاطًا شخصيًا وغير تجاري و/أو تم الحصول عليه من موفر فيديو مرخص له لتوفير فيديو AVC. ويمكن الحصول على المعلومات المتعلقة بالاستخدامات والتراخيص الأخرى من MPEG LA L.L.C. راجع https://www.mpegla.com.

**16. قيود خدمة البحث في Yahoo.** خدمة البحث في Yahoo والمتاحة من خلال Safari مرخّص باستخدامها في الدول والمناطق الآتية فقط: الأرجنتين، وأروبا، وأستراليا، والنمسا، وبربادوس، وبلجيكا، وبرمودا، والبرازيل، وبلغاريا، وكندا، وجزر كيمان، وتشيلي، وبر الصين الرئيسي، وهونغ كونغ، وتايوان، وكولومبيا، وقبرص، وجمهورية التشيك، والدنمارك، وجمهورية الدومينيكان، والإكوادور، والسلفادور، وفنلندا، وفرنسا، وألمانيا، واليونان، وجواتيمالا، والمجر، وأيسلندا، والهند، وإندونيسيا، وأيرلندا، وإيطاليا، وجامايكا، واليابان، ولاتفيا، ولتوانيا، ولوكسمبورغ، وماليزيا، ومالطا، والمكسيك، وهولندا، ونيوزيلندا، ونيكاراجوا، والنرويج، والفلبين، وبولندا، والبرتغال، وبورتو ريكو، ورومانيا، وسنغافورة، وسلوفاكيا، وسلوفينيا، وكوريا الجنوبية، وإسبانيا، وسانت لوسيا، وسانت فنسنت، والسويد، وسويسرا، وتايلاند، وجزر البهاما، وترينيداد وتوباغو، وتركيا، والمملكة المتحدة، وأوروجواي، والولايات المتحدة، وفنزويلا.

**17. إخطار Microsoft Exchange.** تم ترخيص ضبط بريد Microsoft Exchange في برنامج Apple فقط لمزامنة المعلومات عبر الأثير مثل البريد الإلكتروني والأسماء والتقويم والمهمات بين جهازك وخادم Microsoft Exchange أو برامج خادمة أخرى مرخصة بواسطة Microsoft لتطبيق بروتوكول Microsoft Exchange ActiveSync.

EA1806
08/07/2022

## أحكام وشروط Apple Pay وWallet التكميلية

أحكام وشروط Apple Pay وWallet التكميلية هذه (المشار إليها باسم "الشروط التكميلية") هي تكملة لاتفاقية ترخيص برنامج Apple (المشار إليها باسم "الترخيص")؛ وتحكم كل من شروط الترخيص وهذه الشروط التكميلية استخدام ميزة Apple Pay (يُشار إليها باسم "Apple Pay") وتطبيق Apple Wallet (يُشار إليه باسم "Wallet")، التي يتعين اعتبارها "خدمة" بموجب الترخيص. وتحمل المصطلحات المكتوبة بالحروف اللاتينية الكبيرة والمستخدمة في هذه الأحكام التكميلية المعاني المنصوص عليها في الترخيص.

**1**. نظرة عامة

**Apple Pay**

يتيح لك Apple Pay:

- إجراء عمليات الدفع الذكية باستخدام بطاقات الائتمان وبطاقات السحب وبطاقات الدفع المسبق، بما في ذلك بطاقة Apple Card وبطاقة Apple Cash، في مواقع محددة، أو داخل تطبيقات أو مواقع ويب محددة؛
- إرسال المدفوعات المسددة من شخص لآخر إلى مستخدمي Apple Cash؛
- تتبّع الطلبات وعرض الإيصالات التفصيلية.

قد لا تتوفر Apple Pay وبعض ميزات Apple Pay إلا في مناطق محددة، مع جهات إصدار بطاقات محددة، وشبكات دفع، وتجار، وجهات خارجية أخرى.

**Wallet**

يتيح لك Apple Wallet تخزين تمثيلات افتراضية لبطاقات الائتمان والخصم والبطاقات المدفوعة مسبقًا لاستخدامها مع Apple Pay (يُشار إليها إجمالاً باسم "بطاقات Apple Pay")، بالإضافة إلى أنواع أخرى من البطاقات وبطاقات المرور والمفاتيح، بما في ذلك على سبيل المثال لا الحصر ما يلي (يُشار إليها إجمالاً باسم "Wallet Passes"، و"البطاقات المدعومة" جنبًا إلى جنب مع بطاقات Apple Pay):

- بطاقات المكافآت؛
- بطاقات المواصلات؛
- التذاكر؛
- بطاقات العضوية؛
- مفاتيح السيارة؛
- مفاتيح المنزل؛
- مفاتيح الضيافة؛
- شارات الشركات؛
- بطاقات هوية الطالب؛
- رخصة القيادة وبطاقات الهوية الصادرة عن الدولة/الولاية أو الحكومة (يشار إليها باسم "بطاقات الهوية").

قد تكون بطاقات Wallet Pass متاحة فقط في مناطق محددة ومع شركاء محددين. قد تكون بطاقات الهوية متاحة فقط للمقيمين في الدول المشاركة وقد يختلف التقديم حسب الولاية أو الموقع.

وقد تتغير البطاقات المدعومة من وقت لآخر.

**2**. الأهلية

لاستخدام Apple Pay وWallet، يجب أن يكون لديك (1) جهاز مدعوم يعمل بإصدار من برنامج التشغيل الذي يدعم الخدمات (أحدث إصدار موصى به أو مطلوب أحيانًا)، و(2) أن يكون موقف Apple ID المرتبط بحساب iCloud في وضع جيد مع Apple، و(3) الوصول إلى الإنترنت (قد يتم فرض رسوم). باستثناء Apple Cash Family وبطاقات النقد الإلكترونية المحددة، لا تتوفر بطاقات Apple Pay إلا للأفراد الذين تبلغ أعمارهم 13 عامًا أو أكثر، وقد تخضع لقيود إضافية مستندة إلى العمر تفرضها iCloud أو المُصدر المعني أو التاجر أو جهة خارجية أخرى. إن بطاقات المواصلات، وبطاقات النقد الإلكتروني، وبطاقات الهوية، وشارات الشركات، والمفاتيح متوفرة على أجهزة iOS فقط.

إذا كنت والدًا أو وصيًا قانونيًا لعائلة iCloud (والمُشار إليه فيما بعد باسم "المنظم")، يمكنك دعوة أفراد العائلة، بما في ذلك أولئك الذين تقل أعمارهم عن 13 عامًا (أو الحد الأدنى للسن المعادل في البلد المعمول به)، لتوفير واستخدام بطاقات المرور المؤهلة في Wallet. بصفتك المنظم، ستكون مسؤولاً عن جميع المدفوعات والمشتريات والمعاملات التي تتم باستخدام بطاقة المرور التي تم تمكينها لأفراد العائلة، بما في ذلك تلك التي بدأها عضو العائلة. تخضع أهلية بطاقات المواصلات واستخدامها في Wallet لشروط وأحكام وكالة النقل ذات الصلة. المنظمون مسؤولون عن الامتثال لهذه الشروط والأحكام ويتحملون جميع المخاطر المتعلقة بتمكين تصاريح المرور مع أفراد العائلة الآخرين. عند مغادرة أحد أفراد العائلة للعائلة أو إزالته منها، لن يتمكن عضو العائلة بعد ذلك من إعادة تحميل بطاقة المواصلات ولن يكون قادرًا إلا على إجراء المعاملات على البطاقة حتى يصبح رصيد حساب البطاقة صفرًا.

إذا كنت مالكًا لمفتاح السيارة، يمكنك مشاركة مفتاح سيارتك مع الآخرين الذين تبلغ أعمارهم 13 عامًا أو أكثر حتى يتمكنوا من إلغاء قفل سيارتك و/أو الوصول إليها و/أو قيادتها.

لا يمكن إضافة مفاتيح المنزل أو إزالتها من Wallet إلا عن طريق إضافة أو إزالة الأقفال في تطبيق المنزل أو إضافة أو إزالة نفسك من منزل في

تطبيق المنزل. إذا كنت المسؤول عن أحد المنازل في تطبيق المنزل، فستتم تلقائيًا مشاركة أي مفاتيح منزل موجودة مع الأشخاص الذين دعوتهم والذين ينضمون إلى منزلك.

تتوفر Apple Card في الولايات المتحدة فقط ويتم إصدارها من قبل بنك Goldman Sachs بالولايات المتحدة الأمريكية، فرع مدينة سولت ليك (والمُشار إليه فيما بعد باسم "جهة إصدار بطاقة Apple Card"). باستثناء عائلة Apple Card، فإن Apple Card متاحة فقط للأفراد الذين تبلغ أعمارهم 18 عامًا أو أكبر (أو أكبر حسب حالة إقامتك).

لا تتوفر بطاقة Apple Cash والقدرة على إرسال واستلام المدفوعات من شخص لآخر إلا في الولايات المتحدة، وهي خدمات مقدمة من Green Dot Bank، عضو FDIC. لإرسال أو استلام مدفوعات من شخص لآخر في Apple Pay، يجب أن يكون لديك بطاقة Apple Cash. باستثناء Apple Cash Family، لا تتوفر بطاقة Apple Cash والقدرة على إرسال واستلام المدفوعات من شخص لآخر للأفراد الذين تبلغ أعمارهم 18 عامًا أو أكبر.

### 3. استخدام الخدمات

إن البطاقات المدعومة والمدفوعات المسددة من شخص لآخر مرتبطة بحساب Apple ID الذي استخدمته لتسجيل الدخول على iCloud لاستخدام هذه الميزات. عند إضافة أو إزالة المفاتيح وشارات الشركة وبطاقات المكافآت والتذاكر وتذاكر العضوية في Wallet، فقد يظهر التغيير على أجهزة Apple الأخرى التي قمت بتسجيل الدخول إليها باستخدام Apple ID الخاص بك. ستتمكن فقط من ربط بطاقة هوية واحدة لكل سلطة إصدار ولاية بكل معرف Apple ID.

إن Apple Pay وWallet مخصصان لاستخدامك الشخصي ويمكنك فقط توفير بطاقاتك المدعومة أو بطاقات المواصلات أو مفاتيح السيارة والمنزل التي تمت دعوتك لتوفيرها من المنظم أو المالك. وإذا كنت تستخدم بطاقة شركة مدعومة، فأنت تقرّ بأنك تفعل ذلك بإذن من صاحب العمل، وأنك مصرح لك بإلزام صاحب العمل بأحكام الاستخدام هذه وجميع المعاملات التي يتم تنفيذها باستخدام هذه الميزة. إذا كنت ترسل أو تستقبل مدفوعات من شخص لآخر، فأنت تقرّ بأنك تفعل ذلك لاستخدامك الشخصي أو التجاري. إذا كنت تستخدم بطاقة هوية، فأنت تقرّ بأنك تفعل ذلك باستخدام معلوماتك الشخصية التي تمثلك بدقة وصدق.

أنت توافق على عدم استخدام Apple Pay أو Wallet لأغراض غير قانونية أو احتيالية، أو لأية أغراض أخرى محظورة بموجب الترخيص والشروط التكميلية هذه. أنت توافق أيضًا على استخدام Apple Pay وWallet وفقًا للقوانين واللوائح المعمول بها. أنت تقر بأن أي معلومات خاطئة يتم تقديمها فيما يتعلق ببطاقة الهوية قد تكون جريمة جنائية بموجب القانون الفيدرالي أو قانون الولاية. أنت توافق على عدم التدخل في خدمة Apple Pay أو Wallet أو تعطيلها (بما في ذلك الوصول إلى الخدمة من خلال أي وسيلة آلية)، أو أي خوادم أو شبكات متصلة بالخدمة، أو أي سياسات أو متطلبات أو لوائح الشبكات المتصلة بالخدمة (بما في ذلك أي وصول غير مصرح به إلى البيانات أو حركة المرور عليها أو مراقبتها أو حركة المرور عليها).

في حالة حظر وصولك أو استخدامك لـ Apple Pay أو Wallet بموجب القانون المعمول به، فأنت غير مصرح لك بالوصول إلى هذه الخدمات أو استخدامها. ونحن غير مسؤولين إذا قمت بالوصول إلى الخدمات أو استخدامها بأيّ طريقة تنتهك القانون المعمول به.

### 4. العلاقة بينك وبين Apple

سيخضع استخدامك لـ Apple Pay لهذه الشروط التكميلية، بالإضافة إلى شروط اتفاقية حامل البطاقة التي أبرمتها مع جهة الإصدار ذات الصلة أو التاجر أو أي جهة خارجية مسؤولة عن بطاقة Apple Pay الخاصة بك.

وبالمثل، فإن استخدامك لبطاقات Wallet Pass في تطبيق "Wallet" سيخضع لهذه الشروط التكميلية، بالإضافة إلى شروط اتفاقيتك مع التاجر ذي الصلة، ووكالة النقل، والشركة المصنعة للسيارة والأقفال، والجامعة، والفندق والمنتجع، وخط الرحلات البحرية، والمؤسسة، والسلطة المصدرة للدولة، أو أي جهة خارجية أخرى.

باستخدام بعض ميزات Apple Pay التي تقدمها شركة Apple Payments Inc (والمشار إليها فيما بعد باسم "مدفوعات Apple") الموضحة أدناه، لا تقوم Apple بمعالجة المدفوعات أو غيرها من عمليات عدم الدفع التي تتم على بطاقات Apple Pay الخاصة بك. ليس لـ Apple أي سيطرة أو مسؤولية عن أي مدفوعات أو عمليات رد المبالغ المدفوعة أو المرتجعات أو المبالغ المستردة، أو تحويلات الأموال، أو المكافآت، أو القيمة، أو الخصومات، أو الوصول، أو التحقق من الهوية، أو الطلبات، أو تنفيذ الطلبات، أو أي نشاط آخر قد ينشأ عن استخدامك لـ Apple Pay أو "Wallet".

إذا كان هناك أي تعارض بين شروط هذه الشروط التكميلية واتفاقك مع المُصدر المعني أو التاجر أو سلطة إصدار الدولة أو جهة خارجية أخرى (يُشار إلى كل منها باسم "**اتفاقية الجهات الخارجية**")، فإن بنود الشروط التكميلية ستحكم علاقتك مع Apple، وستحكم شروط اتفاقية الجهات الخارجية ذات الصلة علاقتك بهذه الجهات الخارجية.

أنت توافق على أن Apple ليست طرفًا في أي من اتفاقيات الجهات الخارجية، كما أن Apple ليست مسؤولة عن: (أ) محتوى أو دقة أو توفر أي بطاقات مدعومة، أو مشتريات، أو معاملات، أو تحويلات أموال، أو طلبات، أو إيصالات، أو أنشطة أخرى أثناء استخدام Apple Pay أو "Wallet"، بما في ذلك على سبيل المثال لا الحصر، تلك التي تم إجراؤها بواسطة أفراد العائلة أو الآخرين الذين شاركت معهم بطاقاتك

المدعومة أو الذين لديهم إمكانية الوصول إلى جهازك؛ و(ب) إصدار الائتمان أو الحصول على الأهلية للحصول على الائتمان؛ و(ج) إصدار رخصة القيادة أو بطاقة الهوية الحكومية أو تعليقها أو إلغائها؛ و(د) أنشطة جهات الإصدار، أو التجار، أو مطوري التطبيقات، أو الجهات الخارجية الأخرى ذات الصلة باستخدامك لـ Apple Pay أو "Wallet"؛ و(هـ) القرارات التي تتخذها جهة الإصدار أو التاجر أو جهة خارجية أخرى فيما يتعلق بإضافة بطاقتك المدعومة إلى "Wallet"؛ و(و) عضويتك أو مشاركتك في أي برنامج خاص بشريك أو تاجر؛ و(ز) أي تراكم أو استبدال قيمة للمكافآت أو القيمة المخزنة فيما يتعلق ببطاقاتك المدعومة؛ و(ح) تمويل أو إعادة شحن بطاقات الدفع المسبق المدعومة؛ و(ط) إرسال أو تلقي مدفوعات مسددة من شخص لآخر أو تحويلات أموال؛ أو (ي) إضافة أموال إلى بطاقة Apple Cash الخاصة بك أو سحبها منها أو استبدال قيمتها.

وعندما تتقدم بطلب للحصول على بطاقة Apple Card، فأنت تتقدم بطلب لفتح حساب لدى جهة إصدار بطاقة Apple Card. وتخضع المؤسسة المالية المسؤولة عن تقديم Apple Card للتغيير، كما يخضع استخدامك لبطاقة Apple Card إلى أحكامها وشروطها.

عندما تقوم بتمكين ميزات Apple Cash في Apple Pay، فإنك تفتح حسابًا لدى بنك Green Dot. وباستثناء ميزات Apple Pay التي توفرها شركة Apple Payments، عندما تقوم بإرسال أو استلام عمليات الدفع المباشر من شخص لآخر أو تحميل أو سحب أموال من بطاقة Apple Cash، سيكون بنك Green Dot مسؤولاً عن استلام وإرسال أموالك إلى المستلم المقصود. تخضع المؤسسة المالية المسؤولة عن تقديم Apple Cash وعمليات الدفع المباشر من شخص لآخر باستخدام Apple Pay للتغيير، كما يخضع استخدامك لهذه الميزات إلى شروطها وأحكامها.

إن القدرة على استخدام الأموال في بطاقة Apple Cash الخاصة بك لتسديد دفعات لبعض الشركات المؤهلة التي سمحت بها (والمُشار إليها فيما بعد بعبارة "خدمة المدفوعات المباشرة") هي خدمة تقدمها شركة Apple Payments. يخضع استخدامك لخدمة المدفوعات المباشرة لشروط وأحكام المدفوعات المباشرة لشركة Apple Payments. بالإضافة إلى ذلك، قد تسمح لك بعض الشركات المؤهلة بتفويضها لصرف الأموال إلى بطاقة Apple Cash الخاصة بك، (والمُشار إلى كل عملية منها فيما بعد باسم "صرف"). وعلى الرغم من أنه يمكن معالجة عمليات الصرف بواسطة شركة Apple Payments، فإنه يتم توفيرها من خلال الشركات المشاركة التي تقدم مثل هذه الأموال، وقد تخضع لشروط وأحكام إضافية معينة للشركات القائمة بالصرف. بالنسبة إلى جميع النزاعات أو الأسئلة المثارة حول البطاقات المدعومة أو النشاط التجاري المرتبط بها، يرجى الاتصال بالجهة المصدرة أو التاجر المعنّي، أو سلطة الإصدار الحكومية، أو مطور التطبيقات، أو جهة خارجية أخرى. للأسئلة المتعلقة بـ Apple Pay أو Wallet أو Apple Card أو Apple Cash أو بطاقة المدفوعات من شخص لآخر، يرجى الاتصال بدعم Apple.

### 5. الخصوصية

تخضع عملية جمع Apple للمعلومات الشخصية واستخدامها لسياسة خصوصية Apple المتوفرة على /https://www.apple.com/legal/privacy/ar. يمكنك العثور على معلومات مفصلة حول المعلومات الشخصية التي تم جمعها أو استخدامها أو مشاركتها كجزء من استخدامك لـ Apple Pay وWallet من خلال قراءة إشعارات الخصوصية الخاصة بالخدمة ذات الصلة، بما في ذلك حول Apple Pay والخصوصية، والتي يمكن الوصول إليها على جهازك أو في تطبيق Watch على جهاز مقترن، أو من خلال زيارة /https://www.apple.com/legal/privacy/ar. باستخدام Apple Pay وWallet، فإنك تقر وتوافق على قيام Apple والشركات التابعة لها ووكلائها بنقل جميع المعلومات السابقة وجمعها والاحتفاظ بها ومعالجتها واستخدامها لتوفير هذه الخدمات.

### 6. الأمان؛ فقدان الأجهزة أو تعطيلها

حماية أجهزتك المدعومة وبيانات اعتمادك كما لو كنت ستحمي Wallet وبطاقاتك الفعلية

تقوم Apple Pay وWallet بتخزين تمثيلات افتراضية لبطاقاتك المدعومة ويجب تحمي محفظتك المادية أو مفاتيحك أو بطاقات الائتمان والخصم والدفع المسبق والهوية والبطاقات الأخرى. أنت وحدك المسؤول عن الحفاظ على أمان أجهزتك وApple ID الخاص بك ومعلومات Touch ID أو Face ID الخاصة بك، ورمز المرور إلى جهازك للمصادقة مستخدمة فيما يتعلق بالخدمات (يُشار إليها إجمالاً باسم "بيانات الاعتماد" الخاصة بك). إذا خوّلت أو سمحت لأي شخص آخر باستخدام أجهزتك المدعومة (على سبيل المثال، من خلال تقديم رمز مرور جهازك لجهة خارجية أو السماح لشخص آخر بإضافة بصمات أصابعه لاستخدام Touch ID أو تمكين Face ID أو تقديم أي من بيانات اعتمادك لجهة خارجية)، فقد يكون الشخص قادرًا على إجراء مدفوعات أو إرسال أو طلب أو تلقي مدفوعات من شخص لآخر، أو سحب الأموال من بطاقة Apple Cash الخاصة بك، أو تلقي المكافآت أو استردادها، أو استخدام القيمة، أو فتح قفل، أو الوصول إلى سيارتك أو غرفتك أو مكتبك أو منزلك أو انتحال هويتك أو إجراء معاملات أخرى باستخدام البطاقات المدعومة في Wallet. في مثل هذه الحالة، ستكون مسؤولاً عن جميع المدفوعات والوصول والمعاملات التي يقوم بها هذا الشخص.

### الأجهزة التي تم كسر حمايتها

إذا أجريت تعديلات غير مصرح بها على جهازك، مثل تعطيل عناصر التحكم في الأجهزة أو البرامج (يشار إليها أحيانًا باسم "كسر الحماية")، فقد لا يكون جهازك مؤهلاً للوصول إلى الخدمات أو استخدامها. وأنت تقر بأن استخدام جهاز معدل فيما يتعلق بالخدمات محظور صراحة، ويشكل انتهاكًا لهذه الشروط التكميلية، وهو سبب لنا لرفض أو تقييد وصولك إلى الخدمات.

### إجراءات أمنية إضافية

قد تحتاج إلى تمكين إجراءات أمان إضافية، مثل المصادقة الثنائية لـ Apple ID، للوصول إلى ميزات معينة من Apple Pay، بما في ذلك بطاقة

Apple Card وبطاقة Apple Cash وعمليات الدفع المباشر من شخص لآخر باستخدام Apple Pay. إذا أزلت ميزات الأمان هذه في وقت لاحق، فقد لا تكون قادرًا على الاستمرار في الوصول إلى ميزات معينة من Apple Pay. سيتطلب حذف Face ID أو Touch ID المرتبطة ببطاقة الهوية الخاصة بك للعرض التقديمي إكمال عملية توفير بطاقة الهوية بالكامل.

الأجهزة المفقودة أو المسروقة

في حالة فقدان جهازك أو سرقتها وكان تطبيق تحديد الموقع مفعلاً، يمكنك استخدام تطبيق تحديد الموقع لمحاولة تعليق القدرة على الدفع باستخدام بطاقات الدفع المدعومة الافتراضية أو القيام بعمليات الدفع المباشر من شخص لآخر على هذا الجهاز عن طريق إدخاله في الوضع "مفقود". إذا الجهاز في الوضع "مفقود"، فقد يتم تعطيل مفتاح سيارتك في Wallet ولن تتمكن بعد ذلك من الوصول إلى سيارتك أو تشغيلها بمجرد مغادرة السيارة أو إيقاف تشغيل المحرك. لا يؤثر "نمط الفقدان" إلا في المفاتيح الموجودة على الجهاز المفقود. إذا كنت المالك، فلن تتمكن بعد الآن من مشاركة مفتاح السيارة أو مفتاح المنزل مع الآخرين، ولكن المفاتيح التي تمت مشاركتها بالفعل مع الآخرين لن تتأثر بالأجهزة الخاصة بهم.

يمكنك أيضًا مسح جهازك، الأمر الذي سيعمل على تعليق القدرة على إجراء المعاملات باستخدام البطاقات المدعومة الافتراضية أو إرسال مدفوعات من شخص إلى شخص على الجهاز. يجب عليك أيضًا الاتصال بالمُصدِر، أو التاجر، أو جهة خارجية مسؤولة أخرى لبطاقاتك المدعومة، أو Apple في حالة بطاقة Apple Card أو بطاقة Apple Cash، وذلك لمنع الوصول غير المسموح به إلى البطاقات المدعومة على Apple Pay وفي Wallet.

إذا أبلغت عن وجود أو كانت Apple تشك في وجود نشاط احتيالي أو مسيء، فأنت توافق على التعاون مع Apple في أي تحقيقات واتباع أي إجراءات تصفها لك من شأنها منع الاحتيال والتصدي له.

**7. تحديد المسؤولية**

بالإضافة إلى إخلاء المسؤولية عن الضمانات وحدود المسؤولية المنصوص عليها في الترخيص، لا تتحمل Apple أي مسؤولية عن المشتريات، أو المدفوعات، أو تحويلات الأموال، أو المعاملات، أو الطلبات، أو تنفيذ الطلبات، أو معلومات الإيصالات، أو أي نشاط آخر يُجرى باستخدام Apple Pay أو "Wallet"، وأنت توافق على تحمل المسؤولية كاملةً عن مراجعة اتفاقياتك مع جهة إصدار البطاقة، أو شبكة الدفع، أو المؤسسات المالية، أو التاجر، أو مطور التطبيقات، أو سلطة الإصدار الحكومية أو أي جهة خارجية معنية لحل أي مسائل أو نزاعات تتعلق بالبطاقات المدعومة، وعمليات الدفع المباشر من شخص لآخر، والأنشطة ذات الصلة.

---

**الإخطارات من شركة Apple**

إذا احتاجت شركة Apple إلى الاتصال بك فيما يتعلق بالمنتج الخاص بك أو حسابك لدى الشركة، فأنت توافق على استلام الإخطارات عبر البريد الإلكتروني. وأنت توافق على أن تفي كل هذه الإخطارات التي نرسلها لك إلكترونيًا بمتطلبات الاتصالات القانونية.

**PORTUGUÊS (BRASIL)**

**IMPORTANTE: AO UTILIZAR SEU iPHONE, iPAD OU iPOD TOUCH ("DISPOSITIVO") VOCÊ CONCORDA EM ESTAR SUJEITO AOS SEGUINTES TERMOS:**

**A.    CONTRATO DE LICENÇA DE SOFTWARE DO iOS E iPadOS DA APPLE**
**B.    TERMOS ADICIONAIS DO APPLE PAY**
**C.    AVISOS DA APPLE**

**APPLE INC**
**CONTRATO DE LICENÇA DE SOFTWARE DO iOS E iPadOS**
**Licença de Utilização Individual**

**LEIA ESTE CONTRATO DE LICENÇA DE SOFTWARE ("LICENÇA") COM ATENÇÃO ANTES DE USAR O SEU DISPOSITIVO OU DE BAIXAR A ATUALIZAÇÃO DE SOFTWARE QUE ACOMPANHA ESTA LICENÇA. AO USAR O SEU DISPOSITIVO OU AO BAIXAR UMA ATUALIZAÇÃO DE SOFTWARE, CONFORME O CASO, VOCÊ CONCORDA EM ESTAR SUJEITO AOS TERMOS DESTA LICENÇA. SE VOCÊ NÃO CONCORDAR COM OS TERMOS DESTA LICENÇA, NÃO UTILIZE O DISPOSITIVO NEM BAIXE A ATUALIZAÇÃO DE SOFTWARE**

**SE VOCÊ COMPROU RECENTEMENTE UM DISPOSITIVO E NÃO CONCORDA COM OS TERMOS DA LICENÇA, PODE DEVOLVER O DISPOSITIVO, DENTRO DO PRAZO DE DEVOLUÇÃO, À APPLE STORE OU A UM DISTRIBUIDOR AUTORIZADO ONDE O ADQUIRIU PARA OBTER UM REEMBOLSO, SUJEITO À POLÍTICA DE DEVOLUÇÃO DA APPLE, QUE SE ENCONTRA NO SITE https://www.apple.com/legal/sales-support/.**

**1. Disposições Gerais**
(a) O software (incluindo o código da ROM de Boot, software integrados e software de terceiros), documentação, interfaces, conteúdo, fontes e quaisquer dados que acompanhem o seu Dispositivo ("Software Apple Original"), que possam ser atualizados ou substituídos por melhorias de recursos, atualizações de software, respostas de segurança, arquivos do sistema ou software de restauração de sistema fornecidos pela Apple para seu Dispositivo ou dispositivo periférico compatível ("Alterações do Software Apple"), seja em memória apenas para leitura, em qualquer outro meio físico ou em qualquer outra forma (o Software Apple Original e as Alterações do Software Apple são coletivamente chamados de "Software Apple"), são licenciados, não vendidos, a você pela Apple Inc. ("Apple") para serem utilizados sob os termos desta Licença. A Apple e seus licenciadores conservam a propriedade do Software Apple e reservam para si todos os direitos não concedidos expressamente a você. Você concorda que os termos desta Licença se aplicarão a qualquer app da Apple que possa estar integrado em seu Dispositivo, a não ser que tal app venha acompanhado por uma licença à parte, caso no qual você concorda que os termos de tal licença regerão o seu uso sobre o dito app.

(b) A Apple, a critério exclusivo dela, pode disponibilizar futuras Alterações do Software Apple. As Alterações do Software Apple, se houver, podem não incluir necessariamente todos os recursos existentes do software ou novos recursos que a Apple lança para os modelos mais recentes ou outros modelos de Dispositivos. Os termos desta Licença regerão quaisquer Alterações do Software Apple, a menos que tal Alteração do Software Apple esteja acompanhada por uma licença à parte. Em tal caso, você concorda que os termos de tal licença prevalecerão.

(c) Se você usar o recurso de configuração expressa para configurar um novo Dispositivo baseado em um Dispositivo existente, você concorda que os termos desta Licença regerão o seu uso do Software Apple no seu novo Dispositivo, a menos que ele venha acompanhado de uma licença separada, caso no qual você concorda que os termos de tal licença regerão o seu uso do Software Apple. Seu Dispositivo

verificará de tempos em tempos com a Apple se existem novas Alterações do Software Apple. Se houver uma alteração disponível, ela poderá ser baixada e instalada automaticamente no seu Dispositivo e, se for o caso, nos seus dispositivos periféricos. **Ao usar o Software Apple, você concorda que a Apple pode baixar e instalar Alterações do Software Apple automáticas no seu Dispositivo e nos seus dispositivos periféricos.** Para desativar a instalação automática de atualizações do sistema operacional e as Respostas Rápidas de Segurança a qualquer momento, defina os ajustes de Atualizações Automáticas em Ajustes do Sistema > Geral > Atualização de Software. Alguns arquivos do sistema (incluindo, entre outros, fontes atualizadas, modelos de idioma, ativos de voz e firmware para periféricos) podem continuar sendo instalados automaticamente, por exemplo, ao ligar ou usar determinados recursos e periféricos, ou para resolver problemas legais, regulamentares, de segurança pública ou de considerações técnicas.

**2. Uso Autorizado e Restrições da Licença.**
(a) Sujeito aos termos e condições desta Licença, você recebe uma licença limitada e não exclusiva para usar o Software Apple em um único Dispositivo da marca Apple. Exceto se permitido na Cláusula 2(b) abaixo e exceto se fornecido em um contrato à parte entre você e a Apple, esta Licença não permite que o Software Apple seja instalado em mais de um Dispositivo da marca Apple por vez, e você não poderá distribuir nem disponibilizar o Software Apple em uma rede em que ele poderá ser utilizado por vários Dispositivos ao mesmo tempo. Esta Licença não outorga a você quaisquer direitos de utilizar as interfaces da Apple e outra propriedade intelectual no desenho, desenvolvimento, fabricação, licenciamento ou distribuição de dispositivos e acessórios de terceiros ou aplicativos de software de terceiros para a utilização com os Dispositivos. Alguns desses direitos estão disponíveis sob licenças à parte da Apple. Para obter mais informações sobre o desenvolvimento de dispositivos e acessórios de terceiros para os Dispositivos, acesse https://developer.apple.com/programs/mfi/. Para obter mais informações sobre o desenvolvimento de aplicativos de software para os Dispositivos, acesse https://developer.apple.com.

(b) Sujeito aos termos e condições desta Licença, você recebe uma licença limitada e não exclusiva para baixar as Alterações do Software Apple que podem ser disponibilizadas pela Apple para o seu modelo de Dispositivo, para atualizar ou restaurar o software em qualquer Dispositivo que você tenha ou controle. Esta Licença não permite que você atualize nem restaure qualquer Dispositivo que você não tenha ou controle, e você não pode distribuir ou disponibilizar as Alterações do Software Apple em uma rede em que elas possam ser utilizadas por vários Dispositivos ou vários computadores ao mesmo tempo. Se você baixar uma Atualização de Software Apple no seu computador, poderá fazer uma cópia das Alterações do Software Apple armazenadas no seu computador em formato de leitura de máquina somente para fins de backup, de tal maneira que a cópia de backup inclua todos os avisos de copyright ou informações de propriedade contidas no original.

(c) Na medida em que a Apple tenha pré-instalado apps da Apple oriundos da App Store em seu Dispositivo no momento da compra ("Apps Pré-Instalados"), você deverá iniciar uma sessão na App Store e associar esses Apps Pré-Instalados à sua conta da App Store para poder usá-los em seu Dispositivo. Ao associar um App Pré-Instalado à sua conta da App Store, você associará, ao mesmo tempo, todos os outros Apps Pré-Instalados em seu Dispositivo. Ao escolher associar os Apps Pré-Instalados à sua conta da App Store, você concorda que a Apple possa transmitir, coletar, manter, processar e usar tanto o ID Apple utilizado pela sua conta da App Store como um identificador exclusivo de hardware coletado de seu Dispositivo, como identificadores exclusivos de conta, com o propósito de verificar a qualificação do seu pedido e para fornecer acesso aos Apps Pré-Instalados pela App Store. Caso não deseje usar um App Pré-Instalado, você pode apagá-lo do Dispositivo a qualquer momento.

(d) Você não deve (e concorda que não o fará e nem possibilitará que outros o façam) copiar (exceto se expressamente permitido por esta Licença), descompilar, fazer engenharia reversa, desmontar, tentar derivar o código fonte, descriptografar, modificar ou criar obras derivadas do Software Apple ou de

quaisquer serviços fornecidos pelo Software Apple ou de qualquer parte aqui expressa (exceto se e somente na medida em que qualquer restrição precedente estiver proibida pela lei aplicável ou pelos termos de licença que regem o uso de componentes de código aberto que possam ser incluídos com o Software Apple). Você concorda em não remover, ocultar ou alterar avisos de propriedade (incluindo avisos de marca comercial e copyright) que possam estar anexados ou contidos no Software Apple.

(e) O Software Apple pode ser usado para reproduzir materiais de forma que tal uso seja limitado à reprodução de materiais que não estejam protegidos por direitos autorais, materiais dos quais você detenha os direitos autorais ou materiais que você tenha autorização ou permissão por lei para reproduzir. Não obstante o anteriormente exposto, você não deve republicar, retransmitir ou reproduzir quaisquer imagens acessadas por meio do News ou do Mapas como um arquivo independente. Os direitos de titularidade e de propriedade intelectual de/para qualquer conteúdo exibido por, armazenado em ou acessado por meio do seu Dispositivo pertencem ao respectivo proprietário do conteúdo. Tal conteúdo pode estar protegido por leis de direitos autorais ou por outras leis ou tratados de propriedade intelectual e podem estar sujeitos aos termos de uso dos terceiros que estejam fornecendo esse conteúdo. Exceto se determinado de outra maneira neste documento, esta Licença não garante a você nenhum direito para usar tal conteúdo e nem garante que tal conteúdo continuará disponível para você.

(f) Sujeito aos termos e condições desta Licença, você poderá: (i) usar os caracteres Memoji incluídos ou criados com o Software Apple ("Caracteres do Sistema") (1) durante a execução do Software Apple e (2) para criar o próprio conteúdo original e projetos para seu uso pessoal e não comercial; e (ii) usar as Legendas ao Vivo geradas automaticamente no dispositivo em tempo real pelo Software Apple ("Legendas ao Vivo"), sejam elas geradas durante uma ligação do FaceTime ou de outra forma, apenas para seu uso pessoal e não comercial. Nenhum outro uso dos Caracteres do Sistema ou Legendas ao Vivo é permitido por esta Licença, incluindo, entre outros, o uso, reprodução, exibição, apresentação, gravação, publicação ou redistribuição de qualquer um dos Caracteres do Sistema ou Legendas ao Vivo, em compartilhamento público ou contexto comercial, com ou sem fins lucrativos.

(g) Para realizar determinados atalhos de ações de apps e/ou sites, o Software Apple pode precisar de acesso a certos aplicativos de software, serviços ou sites de terceiros em seu Dispositivo. Você consente expressamente com tal uso dentro do necessário para completar o Atalho com o Software Apple.

(h) Você concorda em usar o Software Apple e os Serviços (conforme definido na Cláusula 5 abaixo) em conformidade com todas as leis aplicáveis, incluindo as leis locais do país ou da região na qual reside ou onde baixa ou usa o Software Apple e os Serviços. Recursos do Software Apple e os Serviços podem não estar disponíveis em todos os idiomas ou regiões, alguns recursos podem variar conforme a região, e alguns podem estar restringidos ou indisponíveis dado o seu provedor de serviço. É necessário ter uma conexão Wi-Fi ou de dados celulares para alguns dos recursos do Software Apple e Serviços.

(i) Para usar a App Store, é necessário ter uma combinação exclusiva de nome de usuário e senha, conhecida por ID Apple. Um ID Apple também é necessário para acessar atualizações de apps e determinados recursos do Software Apple e Serviços.

(j) Você reconhece que vários recursos, apps integrados e Serviços do Software Apple transmitem dados, o que pode resultar em cobranças no seu plano de dados. Nesse caso, você será responsável por tais cobranças. Em Ajustes de Dados Celulares, você pode ver e controlar quais aplicativos têm permissão para usar dados celulares e ver uma estimativa do volume de dados que tais aplicativos consumiram. Além disso, a Assistência Wi-Fi mudará automaticamente para rede celular quando a conexão Wi-Fi estiver ruim, o que pode gerar mais uso de dados da rede celular e resultar em cobranças em seu plano de dados. A Assistência Wi-Fi está ativada por padrão, mas pode ser desativada nos Ajustes. Para obter mais informações, consulte o Manual do Usuário do seu Dispositivo.

(k) Caso escolha permitir a atualização automática de apps, seu Dispositivo buscará de tempos em tempos na Apple se existem atualizações para os apps instalados em seu Dispositivo, e caso uma atualização esteja disponível, ela será baixada e instalada automaticamente no Dispositivo. Você pode desativar as atualizações automáticas a qualquer momento. Para isso, abra os Ajustes, toque em iTunes e App Store e, em Downloads Automáticos, desative as Atualizações.

(l) O uso do seu Dispositivo sob certas circunstâncias pode distrair você e causar uma situação perigosa (evite digitar mensagens de texto enquanto estiver dirigindo um carro ou usar fones de ouvido enquanto estiver pedalando, por exemplo). Ao usar o seu Dispositivo, você concorda em ser responsabilizado por seguir as regras que proíbem ou restringem o uso de telefones celulares ou fones de ouvido (como a obrigatoriedade do uso de opções de viva-voz para fazer ligações ao dirigir).

(m) Determinados recursos do Software Apple podem tentar fornecer assistência em situações relacionadas à segurança, assim como ocorre com qualquer recurso de detecção relacionado à segurança, e conectar você a serviços de emergência (conforme disponível). A Apple não garante a disponibilidade, precisão, integridade, confiabilidade ou pontualidade de tais recursos. Esses recursos não devem ser utilizados apenas em situações em que uma ajuda mais imediata ou eficaz esteja disponível e possa ser obtida. Você concorda em usar esses recursos por sua conta e risco e exercer seu próprio critério, e que a Apple, suas afiliadas, agentes ou diretores não terão nenhuma responsabilidade perante você pelo uso desses recursos e quaisquer consequências resultantes na extensão máxima permitida por lei.

(n) Seu Dispositivo não é um dispositivo médico e não deve ser usado como substituto de uma avaliação médica profissional. Ele não foi criado nem tem a pretensão de diagnosticar doenças ou outras enfermidades e não foi projetado para curar, aliviar, tratar ou prevenir doenças. Consulte um profissional da área médica antes de tomar qualquer decisão relacionada à sua saúde.

**3. Transferência.** Você não pode alugar, arrendar, emprestar, vender, redistribuir ou sublicenciar o Software Apple. Você pode, entretanto, realizar uma única transferência permanente de todos seus direitos de licença do Software Apple a uma terceira parte em conjunto com uma transferência de propriedade do seu Dispositivo, desde que: (a) a transferência inclua o seu Dispositivo e o Software Apple completo, incluindo todos os componentes e esta Licença; (b) você não retenha nenhuma cópia do Software Apple, completa ou parcial, inclusive cópias armazenadas em um computador ou outro dispositivo de armazenamento; e (c) a parte que receberá o Software Apple leia e concorde em aceitar os termos e condições desta Licença.

**4. Consentimento para o Uso de Dados.** Quando você usa o seu Dispositivo, seu número de telefone e alguns identificadores exclusivos do seu Dispositivo são enviados à Apple para que outras pessoas entrem em contato com você pelo seu número de telefone durante o uso de vários recursos de comunicação do Software Apple, como iMessage e FaceTime. Quando você usa o iMessage, a Apple pode reter suas mensagens em forma criptografada por um período de tempo limitado a fim de garantir a entrega delas. Para desativar o FaceTime ou o iMessage, acesse os ajustes FaceTime ou Mensagens no Dispositivo. Para fornecerem suas respectivas funções, determinados recursos, como Análise, Serviços de Localização, Siri e Ditado, podem precisar de informações do seu Dispositivo. Quando você ativa ou usa esses recursos, serão fornecidos dados relativos a quais informações são enviadas à Apple e como as informações podem ser usadas. Para saber mais, acesse https://www.apple.com/privacy/. Suas informações sempre serão tratadas de acordo com a Política de Privacidade da Apple, que pode ser visualizada em: https://www.apple.com/legal/privacy/.

**5. Serviços e Materiais de Terceiros.**
(a) Talvez o Software Apple possa permitir o acesso à iTunes Store, App Store, Apple Books, Game

Center, iCloud, Mapas, News, Fitness+ da Apple e a outros serviços e sites da Apple e de terceiros (coletiva e individualmente, "Serviços"). O uso desses Serviços necessita de acesso à Internet, e o uso de determinados Serviços talvez exija um ID Apple. Ou seja, você talvez precise aceitar termos adicionais, e o uso pode incorrer em taxas adicionais. Ao utilizar este software em associação com um ID Apple ou com outros Serviços da Apple, você concorda com os termos de serviço aplicáveis, como os Termos e Condições mais recentes dos Serviços de Mídia da Apple do país ou região onde você acessa tais Serviços, os quais você poderá acessar e analisar no site https://www.apple.com/legal/internet-services/itunes/.

(b) Se você assinar o iCloud, determinados recursos do iCloud, tais como "iCloud Drive", "Meu Compartilhamento de Fotos", "Álbuns Compartilhados" e "Buscar", poderão ser acessados diretamente pelo Software Apple. Você reconhece e concorda que sua utilização do iCloud e desses recursos está sujeita aos termos e condições mais recentes do serviço iCloud, que podem ser acessados e analisados no site: https://www.apple.com/legal/internet-services/icloud/.

(c) <u>Conteúdo do App News</u>. O seu uso do conteúdo acessado no app News é limitado ao uso pessoal e não comercial, não transfere nenhuma participação a você quanto ao conteúdo e exclui especificamente, entre outros, quaisquer direitos de uso comercial ou promocional desse conteúdo.

(d) <u>Mapas</u>. O serviço de mapas e os recursos do Software Apple ("Mapas"), incluindo cobertura de dados de mapa, podem variar conforme a região. Quando você ativa ou usa o Mapas, são fornecidos detalhes sobre quais informações são enviadas à Apple e como elas podem ser usadas. Você reconhece e concorda que sua utilização do Mapas está sujeita aos termos e condições mais recentes do serviço Mapas, que podem ser acessados e analisados na ficha inicial do Mapas.

(e) Você compreende que, ao utilizar quaisquer destes Serviços, poderá se deparar com conteúdo que pode ser considerado ofensivo, indecente ou indesejável, sendo que esse conteúdo poderá conter ou não linguagem explícita e que os resultados de qualquer busca ou acesso a um determinado URL poderão automaticamente e não propositadamente gerar vínculos ou referências a material questionável. Contudo, você aceita que o risco decorrente da utilização dos Serviços é exclusivamente seu e que a Apple, seus afiliados, agentes, diretores ou licenciados não têm nenhuma responsabilidade perante você pelo conteúdo que possa ser considerado ofensivo, indecente ou questionável.

(f) Alguns Serviços podem exibir, incluir ou disponibilizar conteúdo, dados, informações, aplicativos ou materiais de terceiros ("Materiais de Terceiros") ou fornecer links a determinados sites de terceiros. Ao utilizar os Serviços, você reconhece e concorda que a Apple não é responsável pela investigação e avaliação do conteúdo, exatidão, integridade, prontidão, validade, cumprimento de direitos autorais, legalidade, decência, qualidade ou por qualquer outro aspecto de tais sites ou Materiais de Terceiros. A Apple, seus funcionários, afiliadas e subsidiárias não garantem ou aprovam e não assumem ou não terão qualquer obrigação ou responsabilidade perante você ou qualquer outra pessoa por quaisquer Serviços de terceiros, sites ou Materiais de Terceiros ou por quaisquer outros materiais, produtos ou serviços de terceiros. Os Materiais de Terceiros e links a outros sites são fornecidos unicamente para sua comodidade.

(g) Nem a Apple nem nenhum dos seus fornecedores de conteúdo garantem a disponibilidade, precisão, integridade, confiabilidade ou prontidão das informações sobre ações, dados de localização ou de quaisquer outros dados exibidos por quaisquer Serviços. As informações financeiras exibidas pelos Serviços são fornecidas apenas a título de informação geral e não devem servir como uma orientação de investimento na qual você possa confiar. Antes de realizar qualquer transação de valores com base em informações obtidas por meio dos Serviços, você deverá consultar um profissional da área financeira ou de valores mobiliários que seja legalmente qualificado para fornecer consultoria financeira ou de valores mobiliários em seu país ou região. Os dados de localização fornecidos por quaisquer

Serviços, inclusive o serviço Mapas da Apple, são fornecidos apenas para fins de navegação e planificação básicos e não devem ser utilizados em situações em que sejam necessárias informações de localização precisas ou em que dados incorretos, imprecisos, atrasados ou incompletos possam conduzir à morte, ferimentos ou danos de propriedade ou ambientais. Você concorda que os resultados que recebe do serviço Mapas podem variar dependendo das condições da estrada ou do terreno devido a fatores que podem afetar a precisão dos dados do serviço Mapas, tais como, entre outros, condições do tempo, da estrada e do tráfego e eventos geopolíticos. Para a sua segurança, ao utilizar o recurso de navegação, preste muita atenção à sinalização rodoviária e às condições atuais da estrada. Siga as práticas de direção segura e as leis de trânsito e lembre-se de que os itinerários de bicicleta e a pé podem não incluir vias designadas.

(h) Sempre que faz upload de qualquer conteúdo usando os Serviços, você declara ser o proprietário de todos os direitos ou ter autorização ou, de outra forma, ter permissão legal para enviar tal conteúdo e que tal conteúdo não viola qualquer termo de serviço aplicável aos Serviços. Você concorda que os Serviços incluem conteúdo, informações e materiais confidenciais que são propriedade da Apple, do proprietário do site ou de seus licenciadores e que estão protegidos pela lei de propriedade intelectual aplicável e por outras leis, incluindo, entre outras, as leis de direitos autorais. Você concorda em não utilizar tal conteúdo, informações ou materiais confidenciais além do uso permitido dos Serviços ou de nenhuma maneira que seja inconsistente com os termos desta Licença ou que infrinja quaisquer direitos de propriedade intelectual de um terceiro ou da Apple. Nenhuma parte dos Serviços pode ser reproduzida de qualquer forma ou por quaisquer meios. Você concorda em não modificar, alugar, fazer leasing, emprestar, vender, distribuir ou criar trabalhos derivados com base nos Serviços de forma alguma, e que não explorará os Serviços de forma não autorizada, incluindo, entre outras, usar os Serviços para transmitir vírus de computador, worms, cavalos de Troia ou outro malware ou transgredir ou sobrecarregar a capacidade de rede. Além disso, você concorda que não utilizará os Serviços de modo a assediar, abusar, perseguir, ameaçar, difamar ou de outra forma infringir ou violar os direitos de terceiros, e você concorda que a Apple não é responsável em hipótese alguma por tal uso feito por você e nem por qualquer assédio, ameaça, difamação, mensagens ou transmissões ofensivas, violadoras ou ilegais que você possa receber como resultado do uso de qualquer um dos Serviços.

(i) Além disso, tais Serviços e Materiais de Terceiros podem não estar disponíveis em todos os idiomas ou em todos os países ou regiões. A Apple não afirma que tais Serviços e Materiais de Terceiros sejam adequados ou estejam disponíveis para o uso em qualquer localização em particular. Se optar por usar ou acessar tais Serviços ou Materiais de Terceiros, você o fará por própria iniciativa e será responsável pelo cumprimento das leis aplicáveis, incluindo, entre outras, as leis locais aplicáveis e as leis de privacidade e coleta de dados. O compartilhamento ou a sincronização das fotos por meio do seu Dispositivo pode causar a transmissão de metadados, incluindo onde e quando a foto foi tirada e informações de profundidade, com as fotos. O uso de serviços da Apple (como a Fototeca do iCloud) para compartilhar ou sincronizar fotos envolverá o recebimento e armazenamento de tais metadados pela Apple. A Apple e os seus licenciadores reservam para si o direito de alterar, suspender, remover ou desativar o acesso a quaisquer Serviços, em qualquer momento, sem aviso prévio. Em nenhuma circunstância, a Apple será responsável pela remoção ou desativação do acesso a esses Serviços. A Apple poderá ainda impor limites à utilização ou acesso a determinados Serviços, em qualquer caso, e sem aviso prévio ou responsabilidade.

**6. Término.** Esta Licença é efetiva até que termine. Seus direitos sob esta Licença terminarão automaticamente ou, de outra forma, deixarão de ser efetivos sem aviso prévio da Apple se você não cumprir quaisquer termos desta Licença. Com o término desta Licença, você deve deixar de utilizar o Software Apple. As Cláusulas 4, 5, 6, 7, 8, 9, 10, 12 e 13 desta Licença devem subsistir a qualquer forma de término.

**7. Isenção de Garantia**

7.1    Se você é um cliente consumidor (uma pessoa que utiliza o Software Apple fora da sua atividade, negócio ou profissão), talvez tenha direitos legais no seu país de residência que podem proibir que as seguintes limitações sejam aplicadas a você. Onde forem proibidas, elas não serão aplicadas a você. Para saber mais sobre os seus direitos, entre em contato com uma empresa local de informações ao consumidor.

7. 2    VOCÊ RECONHECE E ACEITA EXPRESSAMENTE QUE, NA EXTENSÃO MEDIDA PELA LEI APLICÁVEL, O USO DO SOFTWARE APPLE E DOS SERVIÇOS REALIZADO OU REALIZADO PELO OU ATRAVÉS DO SOFTWARE APPLE É EXCLUSIVAMENTE A SEU RISCO E QUE TODO O RISCO REFERENTE À QUALIDADE SATISFATÓRIA, DESEMPENHO, EXATIDÃO E ESFORÇO DEPENDE DE VOCÊ.

7.3    NA EXTENSÃO MÁXIMA PERMITIDA PELA LEI EM VIGOR, O SOFTWARE APPLE E SERVIÇOS SÃO FORNECIDOS "NO ESTADO EM QUE SE ENCONTRAM" E "CONFORME A DISPONIBILIDADE", COM TODAS AS FALHAS E SEM GARANTIA DE QUALQUER ESPÉCIE, E A APPLE E OS LICENCIADOS DA APPLE (COLETIVAMENTE MENCIONADOS COMO "APPLE" A PROPÓSITO DAS CLÁUSULAS 7 E 8) RENUNCIAM EXPRESSAMENTE A TODAS AS GARANTIAS E CONDIÇÕES COM RESPEITO AO SOFTWARE APPLE E SERVIÇOS, SEJAM ELAS EXPRESSAS, IMPLÍCITAS OU ESTATUTÁRIAS, INCLUINDO, ENTRE OUTRAS, AS GARANTIAS IMPLÍCITAS E/OU CONDIÇÕES DE COMERCIALIZAÇÃO, DE QUALIDADE SATISFATÓRIA, DE ADEQUAÇÃO A UMA FINALIDADE ESPECÍFICA, DE EXATIDÃO, DE DIVERTIMENTO E DE NÃO VIOLAÇÃO DE DIREITOS DE TERCEIROS.

7.4    A APPLE NÃO ASSEGURA CONTRA INTERFERÊNCIAS DO SEU USO OU DESFRUTE DO SOFTWARE APPLE E SERVIÇOS, QUE AS FUNÇÕES CONTIDAS OU QUE OS SERVIÇOS REALIZADOS OU FORNECIDOS PELO SOFTWARE APPLE ATENDAM ÀS SUAS NECESSIDADES, QUE A OPERAÇÃO DO SOFTWARE APPLE E SERVIÇOS SERÁ ININTERRUPTA OU LIVRE DE ERROS, QUE QUAISQUER SERVIÇOS CONTINUARÃO DISPONÍVEIS, QUE OS DEFEITOS NO SOFTWARE APPLE OU SERVIÇOS SERÃO CORRIGIDOS OU QUE O SOFTWARE APPLE SERÁ COMPATÍVEL OU FUNCIONARÁ COM QUALQUER SOFTWARE, APLICATIVOS OU SERVIÇOS DE TERCEIROS. A INSTALAÇÃO DESTE SOFTWARE APPLE PODE AFETAR A DISPONIBILIDADE E USABILIDADE DE SOFTWARE, APLICATIVOS OU SERVIÇOS DE TERCEIROS, ASSIM COMO DE PRODUTOS E SERVIÇOS DA APPLE.

7.5    VOCÊ RECONHECE AINDA QUE O SOFTWARE APPLE E SERVIÇOS NÃO SE DESTINAM NEM SÃO ADEQUADOS AO USO EM SITUAÇÕES OU AMBIENTES NOS QUAIS FALHAS, ATRASOS, ERROS OU IMPRECISÕES NO CONTEÚDO, NOS DADOS OU NAS INFORMAÇÕES FORNECIDAS PELO SOFTWARE APPLE OU SERVIÇOS POSSAM RESULTAR EM MORTE, LESÕES PESSOAIS OU DANOS FÍSICOS OU AMBIENTAIS GRAVES, INCLUINDO, ENTRE OUTROS, A OPERAÇÃO DE INSTALAÇÕES NUCLEARES, SISTEMAS DE NAVEGAÇÃO OU DE COMUNICAÇÃO AÉREA, CONTROLE DE TRÁFEGO AÉREO, SISTEMAS DE SUPORTE VITAL OU DE ARMAS.

7.6    NENHUMA INFORMAÇÃO OU AVISO ORAL OU ESCRITO FORNECIDO PELA APPLE OU POR UM REPRESENTANTE AUTORIZADO DA APPLE CRIARÁ ALGUMA GARANTIA. CASO O SOFTWARE APPLE OU OS SERVIÇOS APRESENTEM DEFEITOS, VOCÊ ASSUME O CUSTO TOTAL DE TODOS OS SERVIÇOS, REPAROS OU CORREÇÕES NECESSÁRIOS. ALGUMAS JURISDIÇÕES NÃO PERMITEM A EXCLUSÃO DE GARANTIAS IMPLÍCITAS NEM LIMITAÇÕES SOBRE OS DIREITOS ESTATUTÁRIOS APLICÁVEIS DE UM CONSUMIDOR, PORTANTO, A EXCLUSÃO E AS LIMITAÇÕES ACIMA TALVEZ NÃO SE APLIQUEM A VOCÊ.

**8. Limitação de Responsabilidade.** DENTRO DO PERMITIDO PELAS LEIS APLICÁVEIS, EM HIPÓTESE ALGUMA A APPLE, SUAS AFILIADAS, AGENTES OU DIRETORES SERÃO RESPONSABILIZADOS POR DANOS PESSOAIS OU QUALQUER DANO INCIDENTAL, ESPECIAL,

INDIRETO OU CONSEQUENTE, INCLUINDO, ENTRE OUTROS, DANOS POR LUCROS CESSANTES, CORRUPÇÃO OU PERDA DE DADOS, FALHA DE TRANSMISSÃO OU RECEPÇÃO DE DADOS (INCLUINDO, ENTRE OUTROS, INSTRUÇÕES, ATRIBUIÇÕES E MATERIAIS DE CURSOS), INTERRUPÇÃO NOS NEGÓCIOS OU QUAISQUER OUTROS DANOS OU PERDAS COMERCIAIS, DECORRENTES OU RELACIONADAS AO SEU USO OU SUA IMPOSSIBILIDADE DE USAR O SOFTWARE APPLE E SERVIÇOS, BEM COMO OS SOFTWARES, APLICATIVOS OU SERVIÇOS DE TERCEIROS EM CONJUNTO COM O SOFTWARE APPLE OU SERVIÇOS, DE QUALQUER MODO, INDEPENDENTEMENTE DA TEORIA DE RESPONSABILIDADE (CONTRATO, RESPONSABILIDADE CIVIL EXTRACONTRATUAL OU OUTRO) E MESMO SE A APPLE TIVER SIDO AVISADA DA POSSIBILIDADE DE TAIS PREJUÍZOS. ALGUMAS JURISDIÇÕES NÃO PERMITEM A EXCLUSÃO OU LIMITAÇÃO DE RESPONSABILIDADE POR DANOS PESSOAIS OU PREJUÍZOS INCIDENTAIS OU CONSEQUENTES. DESSA FORMA, TAL LIMITAÇÃO NÃO SERÁ APLICÁVEL A VOCÊ. Em nenhuma circunstância a responsabilidade total da Apple perante você por todos os danos (exceto conforme possa ser exigido pelas leis aplicáveis em casos envolvendo danos pessoais) ultrapassará a quantia de US$ 250,00 (duzentos e cinquenta dólares). As limitações acima serão aplicáveis mesmo se o recurso descrito acima não cumprir seu propósito essencial. NÃO OBSTANTE A QUAISQUER OUTROS TERMOS DESTA LICENÇA, SE A LEI DE DEFESA DO CONSUMIDOR DO JAPÃO (CONSUMER CONTRACT ACT OF JAPAN) FOR APLICÁVEL, OS TERMOS QUE LIMITAM A RESPONSABILIDADE DA APPLE POR DANOS DECORRENTES DA VIOLAÇÃO DO CONTRATO OU ATO ILÍCITO COMETIDO PELA APPLE NÃO DEVERÃO SER APLICADOS SE TAIS DANOS FOREM ADVINDOS DE NEGLIGÊNCIA GRAVE OU MÁ CONDUTA INTENCIONAL POR PARTE DA APPLE.

**9. Certificados Digitais.** O Software Apple contém uma funcionalidade que permite que ele aceite os certificados digitais emitidos pela Apple ou por terceiros. VOCÊ É O ÚNICO RESPONSÁVEL PELA DECISÃO DE CONFIAR OU NÃO EM UM CERTIFICADO, SEJA EMITIDO PELA APPLE OU POR TERCEIROS. O RISCO DECORRENTE DA UTILIZAÇÃO DOS CERTIFICADOS DIGITAIS É EXCLUSIVAMENTE SEU. NA EXTENSÃO MÁXIMA PERMITIDA PELAS LEIS APLICÁVEIS, A APPLE NÃO PRESTA DECLARAÇÕES OU GARANTIAS, EXPRESSAS OU IMPLÍCITAS, QUANTO A COMERCIALIZAÇÃO OU ADEQUAÇÃO A QUALQUER FINALIDADE ESPECÍFICA, PRECISÃO, SEGURANÇA OU NÃO VIOLAÇÃO DE DIREITOS DE TERCEIROS COM RESPEITO A TAIS CERTIFICADOS DIGITAIS.

**10. Controle de Exportação.** Você não pode usar ou de alguma outra forma exportar ou reexportar o Software Apple, exceto na forma autorizada pela lei dos Estados Unidos e do país no qual o Software Apple foi adquirido. Em particular, mas sem limitação, o Software Apple não pode ser exportado ou reexportado (a) para países embargados pelos EUA ou (b) para qualquer pessoa na lista de Cidadãos Especialmente Designados do Departamento do Tesouro dos EUA ou na Relação de Pessoas ou Entidades Recusadas do Departamento de Comércio dos Estados Unidos ou em outras listas de pessoas restritas. Ao usar o Software da Apple, você declara e garante não estar localizado em nenhum desses países ou em nenhuma dessas listas. Você também concorda que não usará o Software Apple para qualquer propósito proibido pelas leis dos Estados Unidos, incluindo, entre outros, para o desenvolvimento, concepção, fabricação ou produção de armas nucleares, químicas ou biológicas.

**11. Usuários Finais do Governo.** O Software Apple e a documentação relacionada são "Itens Comerciais", conforme definição desse termo no 48 C.F.R. §2.101, consistindo em "Software Comercial de Computador" e "Documentação de Software Comercial de Computador", conforme esses termos são usados no 48 C.F.R. §12.212 ou 48 C.F.R. §227.7202, conforme aplicável. Consistente com o 48 C.F.R. §12.212 ou 48 C.F.R. §227.7202-1 a 227.7202-4, conforme for aplicável, o Software de Computador Comercial e a Documentação de Software de Computador Comercial são licenciados aos usuários do Governo dos Estados Unidos (a) somente como Itens Comerciais e (b) apenas com os direitos que são oferecidos a outros usuários de acordo com os termos e condições aqui descritos. Os direitos não publicados estão protegidos pelas leis de direitos autorais dos Estados Unidos.

**12. Lei de Controle e Exequibilidade.** Esta Licença será regida e interpretada de acordo com as leis do Estado da Califórnia, excluindo o conjunto de leis sobre conflito de leis da Califórnia. Esta Licença não será regida pela Convenção das Nações Unidas sobre Contratos de Compra e Venda Internacional de Mercadorias, cuja aplicação é expressamente excluída. Se você for um consumidor residente no Reino Unido, esta Licença será regida pelas leis da jurisdição da sua região. Caso, por qualquer motivo, um tribunal de jurisdição competente julgue qualquer cláusula desta Licença ou parte dela inexequível, o restante desta Licença permanecerá em pleno vigor e efeito.

**13. Acordo Integral; Idioma Aplicável.** Esta Licença constitui o acordo integral entre você e a Apple, no que diz respeito ao Software Apple, e prevalece sobre todos os entendimentos anteriores ou atuais em relação a tal assunto. Nenhuma modificação ou alteração dos termos desta Licença será vinculativa, a menos que assinada pela Apple. Qualquer tradução desta Licença é feita para atender exigências locais, e, no evento de um conflito entre as versões em inglês e uma versão que não esteja em inglês, a versão em inglês desta Licença deve prevalecer, na extensão não proibida pela legislação local da sua jurisdição.

**14. Reconhecimento de Terceiros.** Partes do Software Apple podem utilizar ou incluir software de terceiros e outros materiais com direitos autorais. Os reconhecimentos, termos de licenciamento e isenções de responsabilidade desse material estão incluídos na documentação eletrônica do Software Apple, e o uso que você fizer desse material será regido pelos respectivos termos. O uso do Serviço de Busca Segura do Google está sujeito aos Termos e Serviços do Google (https://www.google.com/intl/en/policies/terms/) e à Política de Privacidade do Google (https://www.google.com/intl/en/policies/privacy/).

**15. Utilização de MPEG-4; Aviso sobre H.264/AVC**
(a) O Software Apple está licenciado sob a Licença de Portfólio de Patentes de Sistemas MPEG-4 (MPEG-4 Systems Patent Portfolio License) para codificação de acordo com o Padrão de Sistemas MPEG-4 (MPEG-4 Systems Standard), exceto no caso de que uma licença adicional e o pagamento de direitos de utilização (royalties) sejam necessários para a codificação em relação a (i) dados armazenados ou duplicados em um meio físico que sejam pagos título a título e/ou (ii) dados que sejam pagos título a título e sejam transmitidos a um usuário final para armazenamento e/ou utilização permanente. Essa licença adicional pode ser obtida de MPEG LA, LLC. Consulte https://www.mpegla.com para obter mais informações.

(b) O Software Apple contém funcionalidade de codificação/decodificação de vídeo MPEG-4. O Software Apple está licenciado sob a Licença de Portfólio de Patentes Visuais MPEG-4 (MPEG-4 Visual Patent Portfolio License) para o uso pessoal e sem fins comerciais de um consumidor para (i) codificação de vídeo de acordo com o Padrão Visual MPEG-4 ("Vídeo MPEG-4") e/ou (ii) decodificação de vídeo MPEG-4 que tenha sido codificado por um consumidor envolvido em uma atividade pessoal e sem fins comerciais e/ou que tenha sido obtido de um fornecedor de vídeo com licença pela MPEG LA para fornecer vídeo MPEG-4. Nenhuma licença será concedida ou interpretada para qualquer outra finalidade. Informações adicionais, inclusive as que estejam relacionadas com utilizações e concessão de licenças promocionais, internas e comerciais, podem ser obtidas de MPEG LA, LLC. Consulte https://www.mpegla.com.

(c) O Software Apple contém a funcionalidade de codificação e/ou decodificação AVC. O uso comercial do H.264/AVC necessitará de licença adicional, e a seguinte cláusula será aplicável: A FUNCIONALIDADE AVC DESTE SOFTWARE APPLE FICA AQUI LICENCIADA SOMENTE PARA USO PESSOAL E SEM FINS COMERCIAIS DE UM CONSUMIDOR PARA (i) CODIFICAR VÍDEO DE ACORDO COM O PADRÃO AVC ("VÍDEO AVC") E/OU (ii) DECODIFICAR VÍDEO AVC QUE TENHA SIDO CODIFICADO POR UM CONSUMIDOR ENVOLVIDO EM UMA ATIVIDADE PESSOAL E SEM FINS

COMERCIAIS E/OU VÍDEO AVC QUE TENHA SIDO OBTIDO DE UM FORNECEDOR DE VÍDEO COM LICENÇA PARA FORNECER VÍDEO AVC. VOCÊ PODE OBTER INFORMAÇÕES SOBRE OUTRAS UTILIZAÇÕES E LICENÇAS DE MPEG LA L.L.C. CONSULTE https://www.mpegla.com.

**16. Restrições do Serviço de Busca do Yahoo.** O serviço de busca do Yahoo disponibilizado por meio do Safari está licenciado para a utilização apenas nos seguintes países e regiões: Argentina, Aruba, Austrália, Áustria, Barbados, Bélgica, Bermuda, Brasil, Bulgária, Canadá, Ilhas Cayman, Chile, China continental, Hong Kong, Taiwan, Colômbia, Chipre, Tchéquia, Dinamarca, República Dominicana, Equador, El Salvador, Finlândia, França, Alemanha, Grécia, Granada, Guatemala, Hungria, Islândia, Índia, Indonésia, Irlanda, Itália, Jamaica, Japão, Letônia, Lituânia, Luxemburgo, Malásia, Malta, México, Holanda, Nova Zelândia, Nicarágua, Noruega, Panamá, Peru, Filipinas; Polônia, Portugal, Porto Rico, Romênia, Singapura, Eslováquia, Eslovênia, Coreia do Sul, Espanha, Santa Lúcia, St. Vincent, Suécia, Suíça, Formosa, Tailândia, Bahamas, Trinidad e Tobago, Turquia, Reino Unido, Uruguai, EUA e Venezuela.

**17. Aviso sobre o Microsoft Exchange.** O ajuste de correio Microsoft Exchange do Software Apple está licenciado somente para a sincronização de informações de forma remota (over-the-air), tal como e-mails, contatos, calendário e tarefas, entre o seu Dispositivo e o Microsoft Exchange Server ou outro software de servidor licenciado pela Microsoft para implementar o protocolo ActiveSync do Microsoft Exchange.

EA1806
8/7/2022

—————————————
**Termos e Condições Adicionais do Apple Pay e da Carteira**

Estes Termos e Condições Adicionais do Apple Pay e da Carteira (estes "Termos Adicionais") complementam o Contrato de Licença de Software da Apple (a "Licença"). Os termos da Licença e estes Termos Adicionais regem o uso que você faz do recurso Apple Pay ("Apple Pay") e do aplicativo Carteira ("Carteira") da Apple, que serão mencionados nesta Licença como "Serviço". Os termos grafados com iniciais maiúsculas usados nestes Termos Adicionais terão os significados estabelecidos para tais termos na Licença.

**1. Visão geral**

**Apple Pay**

O Apple Pay permite que você:

- faça pagamentos com a tecnologia contactless usando cartões de crédito, de débito e pré-pagos, incluindo o Apple Card e o cartão do Apple Cash, em determinados locais ou em apps ou sites específicos;
- envie pagamentos de pessoa para pessoa a outros usuários do Apple Cash; e
- rastrear pedidos e visualizar recibos detalhados.

O Apple Pay e determinados recursos do Apple Pay podem estar disponíveis apenas em determinadas regiões, com administradoras de cartão, redes de pagamento, estabelecimentos e outros terceiros específicos.

**Wallet**

A Carteira da Apple permite que você armazene representações virtuais de cartões de crédito, de débito

e pré-pagos para serem usados com o Apple Pay (coletivamente, "Cartões do Apple Pay"), além de outros tipos de cartões, tíquetes e chaves, incluindo, sem limitação, o seguinte (coletivamente, "Tíquetes da Carteira" e, juntamente com os Cartões do Apple Pay, "Cartões Compatíveis"):

- cartões de fidelidade;
- cartões de transporte público;
- ingressos;
- cartões de associação;
- chaves do carro;
- chaves da casa;
- chaves de hospitalidade;
- crachás corporativos;
- cartões de identificação de estudante; e
- carteiras de habilitação e cartões de identificação emitidos pelo governo ("cartões de identificação").

Os Tíquetes da Carteira podem estar disponíveis apenas em determinadas regiões e com parceiros específicos. Os cartões de identificação podem estar disponíveis apenas para residentes dos países participantes, e a vigência pode variar de acordo com o país ou a localização.

Os Cartões Compatíveis podem ser alterados de tempos em tempos.

**2. Qualificação**

Para usar o Apple Pay e a Carteira, você precisa ter (i) um Dispositivo compatível, executando uma versão de software operacional compatível com os Serviços (versão mais recente recomendada e às vezes necessária), (ii) um ID Apple associado a uma conta iCloud válida da Apple e (iii) acesso à Internet (podem ser aplicadas taxas). Com exceção do Apple Cash para Família e alguns cartões de dinheiro eletrônico, os Cartões do Apple Pay só estão disponíveis para pessoas com 13 anos ou mais e podem estar sujeitos a outras restrições de faixa etária impostas pelo iCloud ou pelo emissor, estabelecimento ou outro terceiro. Os cartões de transporte público, cartões de dinheiro eletrônico, cartões de identificação, crachás corporativos e chaves estão disponíveis apenas em Dispositivos iOS.

Se você for a mãe, o pai ou o responsável legal de um Compartilhamento Familiar do iCloud (um "Organizador"), poderá convidar membros da Família, incluindo menores de 13 anos (ou a idade mínima equivalente no país aplicável), para disponibilizar e usar cartões de transporte público qualificados na Carteira. Como Organizador, você será responsável por todos os pagamentos, compras e transações feitos com o cartão de transporte público que foi ativado para os membros da Família, incluindo aqueles iniciados pelo membro da Família. A qualificação e o uso de cartões de transporte público na Carteira estão sujeitos aos termos e condições da agência de transporte público relevante. Os Organizadores devem cumprir tais termos e condições e assumir todos os riscos relacionados à ativação de passes de transporte público para outros membros da Família. Quando um membro da Família sair ou for removido da Família, ele não poderá mais recarregar o cartão de transporte público e só poderá fazer transações com o cartão até que o saldo da conta do cartão seja zero.

Se você tiver uma chave de carro, poderá compartilhá-la com outras pessoas com 13 anos ou mais para que possam destrancar, entrar e/ou dirigir seu carro.

Só é possível adicionar ou remover as chaves de casa da Carteira ao adicionar ou remover cadeados no app Casa ou ao adicionar ou remover você mesmo de uma casa no app Casa. Se você for o administrador de uma casa no app Casa, todas as chaves de casa existentes serão compartilhadas automaticamente com as pessoas que você convidou e que ingressaram na sua Casa.

O Apple Card está disponível apenas nos Estados Unidos e é emitido pelo Goldman Sachs Bank USA, filial de Salt Lake City ("Emissor do Apple Card"). Com exceção do Apple Card para Família, o Apple Card só está disponível para pessoas com 18 anos ou mais (dependendo do estado de residência).

O cartão do Apple Cash e a capacidade de enviar e receber pagamentos de pessoa para pessoa só estão disponíveis nos Estados Unidos e são serviços fornecidos pelo Green Dot Bank, membro da FDIC. Para enviar ou receber pagamentos de pessoa para pessoa no Apple Pay, você precisa ter um cartão do Apple Cash. Com exceção do Apple Cash para Família, o cartão do Apple Cash e a capacidade de enviar e receber pagamentos de pessoa para pessoa só estão disponíveis para pessoas com 18 anos ou mais.

### 3. Uso dos Serviços

Cartões Compatíveis e os pagamentos de pessoa para pessoa são associados ao ID Apple com o qual você iniciou sessão no iCloud para o uso desses recursos. Quando você adiciona ou remove chaves, crachás corporativos, cartões de fidelidade, ingressos e cartões de associação da Carteira, a alteração pode aparecer nos outros dispositivos Apple nos quais você iniciou sessão usando o mesmo ID Apple. Para cada ID Apple, você só poderá associar um Cartão de Identificação para cada autoridade emissora governamental.

O Apple Pay e a Carteira destinam-se ao uso pessoal e você só pode O Apple Pay e a Carteira destinam-se ao uso pessoal, e você só poderá fornecer os próprios Cartões Compatíveis ou os cartões de transporte público ou as chaves de carro e de casa que você tenha sido convidado a fornecer por um Organizador ou proprietário. Caso esteja fornecendo um cartão corporativo compatível, você reconhece estar fazendo isso com a autorização de seu empregador e que tem autorização para vincular o seu empregador a estes termos de uso e a todas as transações decorrentes do uso deste recurso. Caso esteja enviando ou recebendo um pagamento de pessoa para pessoa, você declara que está fazendo isso para uso pessoal, e não comercial. Caso esteja fornecendo um cartão de identificação, você declara estar fazendo isso usando as próprias informações pessoais, que representam você de maneira precisa e verdadeira.

Você concorda em não utilizar o Apple Pay ou a Carteira para propósitos ilegais ou fraudulentos ou quaisquer outros propósitos que são proibidos pela Licença e por estes Termos Adicionais. Você concorda ainda em usar o Apple Pay e a Carteira de acordo com as leis os regulamentos aplicáveis. Você reconhece que qualquer informação falsa enviada em conexão com um Cartão de Identificação pode representar crime sob a lei federal ou estadual. Você concorda em não interferir ou prejudicar o serviço do Apple Pay ou da Carteira (inclusive o acesso ao serviço por meios automatizados), servidores ou redes conectadas ao serviço, ou políticas, requisitos ou normas de redes conectadas ao serviço (incluindo qualquer acesso não autorizado, uso ou monitoramento de dados ou tráfego).

Se o seu acesso ou uso do Apple Pay ou da Carteira for proibido pela lei aplicável, você não estará autorizado a acessar ou usar esses Serviços. Não seremos responsáveis se você acessar ou usar os Serviços de maneiras que violem a lei aplicável.

### 4. Relacionamento da Apple com Você

O uso do Apple Pay será regido por estes Termos Adicionais, bem como pelos termos do contrato do titular do cartão celebrados com o emissor, comerciante ou outro terceiro responsável pelo cartão do Apple Pay.

Da mesma forma, o uso de Tíquetes da Carteira na Carteira será regido por estes Termos Adicionais, bem como pelos termos do contrato com o estabelecimento, agência de transporte público, fabricante

de carros e cadeados, universidade, hotel, resort, companhia de cruzeiro, corporação, autoridade emissora governamental ou outro terceiro relevante.

Com exceção de alguns recursos do Apple Pay fornecidos pela Apple Payments Inc. ("Apple Payments") descritos abaixo, a Apple não processa transações de pagamento ou de não pagamento feitas em seus Cartões do Apple Pay. A Apple não tem controle e não é responsável por pagamentos, estornos, devoluções, ressarcimentos, transferências de fundos, recompensas, valores, descontos, acesso, verificação de identidade, pedidos, atendimento de pedidos ou outra atividade que possa surgir do uso do Apple Pay ou do app Carteira.

Se houver algum conflito entre estes Termos Adicionais e um contrato com o emissor, estabelecimento, autoridade emissora governamental ou outro terceiro (cada um, "**Contrato de Terceiros**"), estes Termos Adicionais regerão o seu relacionamento com a Apple, e os termos do Contrato de Terceiros relevante regerão seu relacionamento com esse terceiro.

Você concorda que a Apple não é parte de nenhum de seus Contratos de Terceiros nem é responsável por: (a) conteúdo, precisão ou disponibilidade de quaisquer Cartões Compatíveis, ou compras, transações, transferências de fundos, pedidos, atendimento de pedidos ou outras atividades ao usar o Apple Pay ou o app Carteira, incluindo, entre outras, as feitas por membros da Família ou outras pessoas com quem você compartilhou os Cartões Compatíveis ou que tenham acesso ao seu Dispositivo; (b) pela emissão de crédito ou avaliação de qualificação para tal; (c) emissão, suspensão ou revogação de carteira de habilitação ou documento de identificação emitido pelo governo; (d) atividades de um emissor, comerciante, desenvolvedor de apps ou outro terceiro relacionadas ao seu uso do Apple Pay ou do app Carteira (e) decisões feitas por um emissor, comerciante ou outro terceiro decorrentes da adição do Cartão Compatível ao app Carteira; (f) sua associação ou participação em qualquer programa de um comerciante ou parceiro; (g) qualquer acúmulo ou resgate de recompensas ou valor armazenado em conexão com os Cartões Compatíveis; (h) financiamento ou recarga de Cartões Compatíveis pré-pagos; (i) envio ou recebimento de pagamentos ou transferências de fundos de pessoa para pessoa; ou (j) carregar, resgatar ou sacar dinheiro do cartão do Apple Cash.

Ao solicitar o Apple Card, você está solicitando a abertura de uma conta com o Emissor do Apple Card. A instituição financeira responsável por oferecer o Apple Card está sujeita a alteração, e o seu uso do Apple Card está sujeito aos termos e condições dela.

Ao ativar os recursos do Apple Cash dentro do Apple Pay, você está abrindo uma conta no Green Dot Bank. Com exceção dos recursos do Apple Pay fornecidos pela Apple Payments, quando você enviar ou receber um pagamento de pessoa para pessoa ou depositar ou retirar dinheiro do seu cartão do Apple Cash, o Green Dot Bank será responsável por receber e enviar o seu dinheiro ao destinatário pretendido. A instituição financeira responsável por oferecer o Apple Cash e os pagamentos de pessoa para pessoa do Apple Pay está sujeita a alteração, e o seu uso de tais recursos está sujeito aos termos e condições dela.

A capacidade de usar fundos no seu cartão do Apple Cash para efetuar pagamentos a determinadas empresas qualificadas que você autorizou (o "Serviço de Pagamentos Diretos") é um serviço fornecido pela Apple Payments. Seu uso do Serviço de Pagamentos Diretos está sujeito aos Termos e Condições de Pagamentos Diretos da Apple Payments. Além disso, certas empresas qualificadas podem permitir que você as autorize a desembolsar fundos para o seu cartão do Apple Cash (cada um, um "Desembolso"). Embora os Desembolsos possam ser processados pela Apple Payments, eles são oferecidos pelas empresas participantes que fornecem esses fundos e podem estar sujeitos a certos termos e condições adicionais das empresas pagadoras. Entre em contato com o emissor ou com o estabelecimento, a autoridade emissora governamental, o desenvolvedor do app ou outro terceiro relevante em casos de contestações ou dúvidas sobre os Cartões Compatíveis ou as atividades

comerciais associadas. Em caso de questões a respeito do Apple Pay, Carteira, Apple Card, cartão do Apple Cash ou pagamentos de pessoa para pessoa, entre em contato com o Suporte da Apple.

**5. Privacidade**

A coleta e o uso de informações pessoais pela Apple são regidos pela Política de Privacidade da Apple, disponível em https://www.apple.com/br/legal/privacy/. Você pode encontrar informações detalhadas sobre as informações pessoais coletadas, usadas ou compartilhadas como parte do seu uso do Apple Pay e da Carteira lendo os avisos de privacidade relevantes de serviços específicos, entre eles Sobre Apple Pay e Privacidade, que podem ser acessados no Dispositivo, dentro do aplicativo Watch em um Dispositivo Emparelhado, ou acessando: https://www.apple.com/br/legal/privacy/. Ao usar o Apple Pay e a Carteira, você concorda e consente com a transmissão, coleta, manutenção, processamento e uso de todas as informações acima mencionadas feitos pela Apple, suas subsidiárias e agentes, visando o fornecimento desses Serviços.

**6. Segurança; Dispositivos Perdidos ou Desativados**

PROTEJA OS DISPOSITIVOS COMPATÍVEIS E OS DADOS DE ACESSO COMO VOCÊ PROTEGE SUA CARTEIRA E SEUS CARTÕES FÍSICOS

O Apple Pay e a Carteira armazenam representações virtuais dos seus Cartões Compatíveis e devem ser protegidos como você protege sua carteira, chaves e cartões pré-pagos, de crédito, débito, identidade, dentre outros. Você é o único responsável por manter a segurança dos seus Dispositivos e do ID Apple, das informações do Touch ID e do Face ID, do código de acesso dos Dispositivos compatíveis e de quaisquer outros dados de autenticação de acesso usados em conexão com os Serviços (coletivamente, "Dados de Acesso"). Se você autorizar ou permitir que outra pessoa use seu Dispositivo compatível (*por exemplo*, fornecendo o código de acesso do Dispositivo a um terceiro, permitindo que um terceiro adicione a impressão digital dele para usar o Touch ID ou ative o Face ID ou fornecendo quaisquer dados de acesso a um terceiro), a pessoa poderá fazer pagamentos, enviar, solicitar, ou receber pagamentos de pessoa para pessoa, retirar dinheiro do cartão do Apple Cash, receber ou resgatar prêmios, usar valores, destrancar ou entrar no seu carro, quarto, escritório ou casa, falsificar sua identidade ou realizar outras transações com seus Cartões Compatíveis na Carteira. Nesses casos, você será o responsável por todos os pagamentos, acessos e transações feitos por essa pessoa.

MODIFICAÇÕES NÃO AUTORIZADAS DO DISPOSITIVO ("JAILBREAK")

Se você fizer modificações não autorizadas no Dispositivo, como desativar controles de hardware ou software (às vezes chamado de "jailbreaking"), o Dispositivo poderá deixar de estar qualificado para o acesso ou o uso dos Serviços. Você reconhece que o uso de um Dispositivo modificado em conexão com os Serviços é expressamente proibido, constitui uma violação destes Termos Adicionais e é motivo para negarmos ou limitarmos o seu acesso aos Serviços.

MEDIDAS DE SEGURANÇA ADICIONAIS

Talvez você precise ativar medidas de segurança adicionais, como autenticação de dois fatores para o ID Apple, a fim de acessar recursos específicos do Apple Pay, entre eles o Apple Card, o cartão do Apple Cash e pagamentos de pessoa para pessoa com o Apple Pay. Se você posteriormente remover tais recursos de segurança, talvez não consiga continuar acessando recursos específicos do Apple Pay. Se você apagar o Face ID ou o Touch ID associados ao seu Cartão de Identificação para apresentação, você precisará realizar todo o processo de provisionamento do Cartão de Identificação.

DISPOSITIVOS PERDIDOS OU ROUBADOS

Se o seu Dispositivo for roubado ou perdido e você tiver ativado o Buscar , você pode usar o Buscar para tentar suspender a possibilidade de transações com os Cartões Compatíveis virtuais ou de envio de pagamentos de pessoa para pessoa no Dispositivo colocando-o no Modo Perdido. Se o Dispositivo estiver no Modo Perdido, a chave do carro será desativada na Carteira e você não poderá mais entrar no carro ou ligá-lo depois de sair dele ou desligar o motor. O Modo Perdido afeta apenas as chaves no Dispositivo perdido. Se você for o proprietário, não poderá mais compartilhar a chave do carro ou da casa com outras pessoas, mas as chaves que já foram compartilhadas com outras pessoas não serão afetadas nos dispositivos delas.

Você também pode apagar o seu Dispositivo, o que tentará suspender a possibilidade de realizar transações com os Cartões Compatíveis virtuais ou de envio de pagamentos de pessoa para pessoa no Dispositivo. Você também deve entrar em contato com o emissor, estabelecimento ou outro terceiro responsável dos seus Cartões Compatíveis, ou com a Apple, no caso do Apple Card ou do cartão do Apple Cash, para impedir o acesso não autorizado aos seus Cartões Compatíveis no Apple Pay e na Carteira.

Caso você relate ou a Apple suspeite de atividade fraudulenta ou abusiva, você concorda em cooperar com a Apple em qualquer investigação e em usar todas as medidas de prevenção contra fraude prescrita por nós.

### 7. Limitação de Responsabilidade

ALÉM DAS ISENÇÕES DE GARANTIAS E DA LIMITAÇÃO DA RESPONSABILIDADE APRESENTADAS NESTA LICENÇA, A APPLE NÃO ASSUME NENHUMA RESPONSABILIDADE POR COMPRAS, PAGAMENTOS, TRANSFERÊNCIAS DE FUNDOS, PEDIDOS, ATENDIMENTO DE PEDIDOS, INFORMAÇÕES DE RECIBO, ACESSO, VERIFICAÇÃO DE IDENTIDADE, TRANSAÇÕES OU OUTRAS ATIVIDADES FEITAS PELO USO DO APPLE PAY OU DO APP CARTEIRA, E VOCÊ CONCORDA EM RECORRER UNICAMENTE AOS CONTRATOS QUE VOCÊ POSSA TER COM O EMISSOR DO SEU CARTÃO, REDE DE PAGAMENTO, INSTITUIÇÕES FINANCEIRAS, COMERCIANTE, DESENVOLVEDOR DE APPS, AUTORIDADE EMISSORA GOVERNAMENTAL OU OUTRO TERCEIRO RELEVANTE PARA RESOLVER QUAISQUER PROBLEMAS OU CONTESTAÇÕES RELACIONADAS AOS SEUS CARTÕES COMPATÍVEIS, PAGAMENTOS DE PESSOA PARA PESSOA E ATIVIDADES ASSOCIADAS.

— — — — — — — — — — —

### AVISOS DA APPLE

Se a Apple tiver que entrar em contato com você sobre o seu produto ou conta, você consente receber avisos por e-mail. Você concorda que qualquer aviso que nós enviarmos eletronicamente cumprirá com todos os requisitos legais de comunicação.

**DANSK**

**VIGTIGT: VED AT BRUGE iPHONE, iPAD ELLER iPOD TOUCH ("ENHED") ERKLÆRER LICENSTAGER SIG INDFORSTÅET MED AT VÆRE UNDERLAGT DE FØLGENDE BETINGELSER:**

**A.   APPLE iOS- OG iPadOS-SOFTWARELICENSAFTALE**
**B.   SUPPLERENDE BETINGELSER FOR APPLE PAY**
**C.   KOMMUNIKATION FRA APPLE**

**APPLE INC**
**iOS- OG iPadOS-SOFTWARELICENSAFTALE**
**Licens til en bruger**

**DENNE LICENSAFTALE FOR SOFTWARE ("LICENS") SKAL LÆSES OMHYGGELIGT FØR IBRUGTAGNING AF ENHEDEN ELLER OVERFØRSEL AF DEN SOFTWAREOPDATERING, DER FØLGER MED DENNE LICENSAFTALE. VED AT BRUGE ENHEDEN ELLER HENTE EN SOFTWAREOPDATERING ERKLÆRER LICENSTAGER SIG INDFORSTÅET MED AT VÆRE UNDERLAGT BETINGELSERNE I NÆRVÆRENDE LICENS. HVIS LICENSTAGER IKKE ØNSKER AT VÆRE BUNDET AF NEDENSTÅENDE LICENS, SKAL LICENSTAGER UNDLADE AT BRUGE ENHEDEN ELLER AT HENTE SOFTWAREOPDATERINGEN.**

**HVIS LICENSTAGER HAR KØBT EN ENHED FOR NYLIG OG IKKE ØNSKER AT VÆRE BUNDET AF BETINGELSERNE I LICENSAFTALEN, KAN LICENSTAGER RETURNERE ENHEDEN TIL APPLE STORE ELLER EN AUTORISERET FORHANDLER, HVOR DEN BLEV KØBT, INDEN FOR RETURPERIODEN OG FÅ KØBSPRISEN REFUNDERET I OVERENSSTEMMELSE MED APPLES RETURPOLITIK, SOM FINDES PÅ https://www.apple.com/dk/legal/sales-support/.**

**1. Generelt**
("Apple") giver hermed licenstager licens til at bruge software (inklusive Boot ROM-kode, integreret software og anden tredjepartssoftware), dokumentation, grænseflader, indhold, skrifter og evt. data, som følger med Enheden ("original Apple-software"), og som er opdateret eller erstattet af funktionsforbedringer, softwareopdateringer eller software til systemgendannelse fra Apple ("Apple-softwareopdateringer"), uanset om de forefindes som ROM (Read Only Memory) eller på andet medie (den originale Apple-software og Apple-softwareopdateringer kaldes under et "Apple-software") i henhold til betingelserne i denne licensaftale. Apple og dets licensgivere bevarer ejendomsretten til selve Apple-softwaren og forbeholder sig alle de rettigheder, som ikke udtrykkeligt er givet til licenstager. Licenstager erklærer sig indforstået med, at betingelserne i nærværende Licens gælder for alle Apple-apps, der evt. er indbygget i licenstagers Enhed, medmindre en sådan app leveres med en separat licensaftale, og i så fald erklærer licenstager sig indforstået med, at betingelserne i den Licens er gældende for licenstagers brug af appen.

(b) Apple vil efter eget skøn tilgængeliggøre Apple-softwareopdateringer. Apple-softwareopdateringer inkluderer ikke nødvendigvis alle de eksisterende softwarefunktioner eller nye funktioner, som Apple frigiver til nyere modeller af Enheder. Brugen af Apple-softwareopdateringer er underlagt betingelserne i nærværende Licensaftale fra Apple, medmindre Apple-softwareopdateringerne ledsages af en separat licensaftale; i så fald erklærer licenstager sig indforstået med at være underlagt betingelserne i den pågældende Licensaftale.

Hvis det er tilfældet erklærer licenstager sig indforstået med, at betingelserne i den licensaftale vil være gældende for licenstagers brug af den Apple-software. Din Enhed vil regelmæssigt søge efter opdateringer til Apple-software hos Apple. Hvis der findes en opdatering, kan opdateringen automatisk hentes og installeres til computeren og til evt. ydre enheder. **Ved at bruge Apple-software giver**

**licenstager Apple tilladelse til at hente og installere automatiske Apple-softwareopdateringer på licenstagers Enhed og eksterne enheder.** Du kan til enhver tid deaktivere automatisk installation af operativsystemopdateringer og hurtige sikkerhedssvar ved at justere indstillingerne for Automatiske opdateringer, der findes under Indstillinger > Generelt > Softwareopdatering. Nogle systemfiler (herunder, uden begrænsning, opdaterede skrifttyper, sprogmodeller, stemmeaktiver og firmware til ydre enheder) kan blive ved med at blive installeret automatisk, såsom når du tænder eller bruger visse funktioner og ydre enheder, eller for at løse juridiske, lovgivningsmæssige, offentlige sikkerhedsmæssige eller tekniske overvejelser.

**2. Tilladt brug og begrænsninger i henhold til licens.**
(a) I henhold til betingelserne i denne licensaftale har licenstager en begrænset og ikke eksklusiv licens til at bruge Apple-software på en Enhed fra Apple. Medmindre det er tilladt i paragraf 2(b) nedenfor eller i en separat licensaftale mellem licenstager og Apple, tillader licensen ikke, at Apple-software findes på mere end en Enhed fra Apple ad gangen, og Apple-software må ikke distribueres eller gøres tilgængelig via et netværk, hvor flere Enheder kan bruge Apple-software samtidig. Denne licensaftale giver ikke licenstager ret til at bruge Apples grænseflader og andre immaterielle rettigheder tilhørende Apple til design, udvikling, produktion, licensering eller distribution af tjenester og tilbehør eller programmer fra tredjeparter til Enheder. Nogle af disse rettigheder kan erhverves i henhold til en separat Licens fra Apple. Der er flere oplysninger om udvikling af tredjepartsenheder og -tilbehør til Enheder på https://developer.apple.com/programs/mfi/. Oplysninger om udvikling af programmer til Enheder kan findes på https://developer.apple.com.

(b) I henhold til betingelserne i denne licens har licenstager en begrænset og ikke eksklusiv licens til at hente Apple-softwareopdateringer, som Apple evt. gør tilgængelige, til sin Enhed for at opdatere eller gendanne software på alle Enheder, som licenstager ejer eller kontrollerer. Licensen tillader ikke, at licenstager opdaterer eller gendanner software på Enheder, som licenstager ikke kontrollerer eller ejer, og Apple-softwareopdateringer må ikke distribueres eller gøres tilgængelige via et netværk, hvor de kan bruges af flere Enheder eller computere samtidigt. Hvis licenstager henter en Apple-softwareopdatering til sin computer, må licenstager fremstille en kopi af de Apple-softwareopdateringer, der opbevares som en sikkerhedskopi i maskinlæsbar form på licenstagers computer, under forudsætning af at sikkerhedskopien indeholder de samme oplysninger om ophavsret og andre rettigheder som originalen.

(c) I den udstrækning Apple har præinstalleret Apple-apps fra App Store på licenstagers Enhed på købstidspunktet ("Præinstallerede apps"), skal licenstager logge ind på App Store og forbinde disse Præinstallerede apps med licenstagers App Store-konto for at kunne bruge dem på Enheden. Når licenstager forbinder Præinstallerede apps med sin App Store-konto, vil licenstager samtidig automatisk forbinde alle andre Præinstallerede apps på licenstagers Enhed. Ved at vælge at forbinde Præinstallerede apps med sin App Store-konto erklærer licenstager sig indforstået med, at Apple må sende, indsamle, opbevare, behandle og bruge både det Apple-id, som bruges af App Store-kontoen, og en entydig hardware-id indsamlet fra licenstagers Enhed, som entydige konto-id'er med det formål at kontrollere gyldigheden af licenstagers anmodning og give licenstager adgang til Præinstallerede apps via App Store. Hvis licenstager ikke ønsker at bruge de Forudinstallerede apps, kan licenstager altid slette dem fra Enheden.

(d) Licenstager må ikke og erklærer sig indforstået med ikke at ville eller give andre mulighed for at kopiere (medmindre det udtrykkeligt er tilladt i henhold til denne licensaftale), dekompilere, udføre "reverse engineering", adskille, ændre eller afkryptere, forsøge at udskille kildekoden til eller fremstille andre produkter på grundlag af Apple-softwaren eller de tjenester, der leveres af Apple-softwaren, eller dele heraf (medmindre begrænsninger som ovenfor er forbudt af gældende lov eller i henhold til licensbetingelserne for Open Source-komponenter, som evt. følger med Apple-softwaren). Licenstager erklærer sig indforstået med ikke at ville fjerne, sløre eller ændre oplysninger om ejerskab (herunder oplysninger om varemærker og ophavsret), der måtte være påsat eller indeholdt i Apple-softwaren.

(e) Apple-software må bruges til reproduktion af materiale, som ikke er beskyttet af ophavsret; materiale, som licenstager ejer rettighederne til; og materiale, som licenstager har ret til – eller fået tilladelse til – at kopiere. Uanset ovenstående må licenstager ikke genpublicere, videresende eller reproducere billeder, der tilgås via Nyheder eller Kort, som selvstændige arkiver. Adkomst og immaterielle rettigheder til indhold, der vises, opbevares på eller gøres tilgængeligt via licenstagers Enhed, tilhører de respektive ejere af indholdet. Det pågældende indhold kan være beskyttet af ophavsret eller andre love og forordninger om immaterielle rettigheder og kan være underlagt betingelser for brug fra den tredjepart, der har leveret indholdet. Medmindre andet fremgår af nærværende licensaftale, giver denne licensaftale ikke licenstager nogen rettigheder med hensyn til brug af dette indhold, og den indeholder heller ingen garanti for, at dette indhold vil vedblive at være tilgængeligt.

(f) I henhold til vilkårene og betingelserne i denne licens kan du: (i) bruge Memoji-tegnene, der er inkluderet i eller oprettet med Apple-softwaren ("Systemtegn") (1) mens du kører Apple-softwaren og (2) til at skabe dit eget originale indhold og dine projekter til din personlige, ikke-kommercielle brug; og (ii) kun bruge de Live Captions, der automatisk genereres på enheden i realtid af Apple-softwaren ("Live Captions"), uanset om de genereres under af FaceTime-opkald eller på anden måde, til din personlige, ikke-kommercielle brug. Denne licensaftale tillader ingen anden brug af Systemstemmer, inkl. men ikke begrænset til, brug, reproduktion, fremvisning, ydeevne, optagelse, publicering eller redistribution af nogen af Systemstemmerne i en profitskabende, velgørende, offentlig eller kommerciel sammenhæng.

(g) Det kan være nødvendigt for Apple-software at skaffe sig adgang til visse programmer, tjenester eller websteder fra tredjeparter på licenstagers Enhed for at kunne afvikle visse genveje til app- og/eller webstedshandlinger. Licenstager giver sit udtrykkelige samtykke til denne brug i det omfang, det er nødvendigt for at afvikle genvejen med Apple-software.

(h) Licenstager erklærer sig indforstået med at bruge Apple-software og -tjenester (som defineret nedenfor i paragraf 5) i overensstemmelse med gældende lov, inkl. lokale love i det land eller område, hvor licenstager er bosiddende, eller hvor licenstager henter eller bruger Apple-software og -tjenester. Funktionerne i Apple-softwaren og -tjenesterne er muligvis ikke tilgængelige på alle sprog eller i alle områder; nogle funktioner kan afhænge af området, og andre kan være begrænsede eller utilgængelige fra tjenesteudbyderen. Der kræves en Wi-Fi- eller mobildataforbindelse til nogle funktioner i Apple-software og -tjenester.

(i) Brug af App Store kræver en entydig kombination af brugernavn og adgangskode, kaldet en Apple-id. Der kræves også et Apple-id til at få adgang til opdateringer af apps og visse funktioner i Apple-software og -tjenester.

(j) Licenstager erklærer sig indforstået med, at mange funktioner, indbyggede apps og tjenester i Apple-software transmitterer data, hvilket kan føre til udgifter ift. licenstagers abonnement, og at licenstager er ansvarlig for sådanne udgifter. Licenstager kan se og bestemme, hvilke programmer der må bruge mobildata, og se disse programmers anslåede dataforbrug under Mobildata i Indstillinger. Wi-Fi Assist vil desuden automatisk skifte til mobil, når licenstagers Wi-Fi-forbindelse er dårlig, hvilket kan resultere i øget forbrug af mobildata og få indflydelse på taksterne i licenstagers dataabonnement. Wi-Fi Assist er som standard slået til, men kan slås fra under Indstillinger. Der findes flere oplysninger i brugerhåndbogen til Enheden.

(k) Hvis licenstager vælger at tillade automatiske programopdateringer, vil licenstagers Enhed regelmæssigt søge efter opdateringer hos Apple til de apps, der ligger på licenstagers Enhed, og hvis der findes en opdatering, hentes den automatisk og installeres på licenstagers Enhed. Licenstager kan til enhver tid slå automatisk opdatering af apps helt fra ved at gå til Indstillinger, trykke på iTunes & App Store og slå opdateringer fra under Automatiske overførsler.

(l) Brug af en Enhed i visse situationer kan virke distraherende, så der opstår en farlig situation (undgå f.eks. at skrive sms'er, når du kører bil, eller bruge hovedtelefoner, mens du cykler). Ved at bruge en Enhed erklærer licenstager sig indforstået med at overholde regler, der forbyder eller begrænser brugen af mobiltelefoner eller hovedtelefoner (f.eks. kravet om at bruge håndfrie løsninger ved opkald under kørsel).

(m) Visse funktioner i Apple-softwaren kan forsøge at yde assistance i sikkerhedsrelaterede situationer, såsom enhver sikkerhedsrelateret registreringsfunktion og forbindelse til nødtjenester (som tilgængeligt). Apple garanterer ikke tilgængeligheden, nøjagtigheden, fuldstændigheden, pålideligheden eller aktualiteten af sådanne funktioner. Disse funktioner er ikke beregnet til udelukkende at blive påberåbt i situationer, hvor mere øjeblikkelig eller effektiv hjælp er tilgængelig og kan opnås. Du accepterer at bruge disse funktioner på egen risiko og udøve uafhængig dømmekraft, og at Apple, dets tilknyttede selskaber, agenter eller principaler ikke har noget ansvar over for dig for din brug af disse funktioner og de deraf følgende konsekvenser i det maksimale omfang, loven tillader.

(n) Licenstagers Enhed er ikke medicinsk udstyr og bør ikke anvendes som en erstatning for en professionel lægelig vurdering. Det er ikke designet til eller beregnet til diagnosticering af sygdomme eller andre helbredsmæssige forhold eller til at kurere, mildne, behandle eller undgå helbredsmæssige forhold eller sygdomme. Kontakt din praktiserende læge eller anden sundhedsudbyder, før du tager beslutninger vedrørende dit helbred.

**3. Overdragelse.** Du må ikke udleje, lease, udlåne, sælge, videredistribuere eller sublicensere Apple-softwaren til andre. Licenstager har dog ret til at foretage en permanent overdragelse af alle licensrettigheder til Apple-software til en anden person i forbindelse med overdragelse af den Enhed, hvorpå den er installeret, under følgende forudsætninger: (a) Overdragelsen skal omfatte Enheden og al Apple-software, herunder alle enkelte komponenter og denne licens; (b) licenstager må ikke beholde nogen kopier af Apple-software eller dele heraf, herunder kopier på computere eller andre lagringsenheder; og (c) den part, som modtager Apple-software, skal læse og acceptere vilkår og betingelser i nærværende licens.

**4. Tilladelse til brug af data.** Når licenstager bruger sin Enhed, sendes licenstagers telefonnummer og visse entydige id'er til licenstagers Enhed til Apple for at give andre mulighed for at få forbindelse til licenstager via telefonnummeret ved brug af forskellige kommunikationsfunktioner i Apple-softwaren, f.eks. iMessage og FaceTime. Når licenstager bruger iMessage, opbevarer Apple muligvis licenstagers beskeder i krypteret form i en begrænset periode for at sikre, at de leveres. Licenstager kan slå FaceTime eller iMessage fra via indstillingen FaceTime eller Beskeder på Enheden. Visse funktioner som Analyse, Lokaliseringstjenester, Siri og Diktering kan kræve oplysninger fra licenstagers Enhed for at kunne udføre deres respektive opgaver. Når licenstager slår disse funktioner til, vil det blive oplyst nærmere, hvilke oplysninger der sendes til Apple, og hvordan disse oplysninger vil blive brugt. Der findes flere oplysninger på https://www.apple.com/dk/privacy/. Licenstagers oplysninger vil til enhver tid blive behandlet i overensstemmelse med Apples Anonymitetspolitik, som kan læses på: https://www.apple.com/dk/legal/privacy/.

**5. Tjenester og materiale fra tredjeparter.**
(a) Apple-software kan give adgang til Apples iTunes Store, App Store, Apple Books, Game Center, iCloud, Kort, Nyheder, Fitness+ og andre tjenester og websteder fra Apple eller tredjeparter (under et kaldet "tjenester"). Ved at bruge denne software i forbindelse med et Apple-id eller andre Apple-tjenester erklærer licenstager sig indforstået med de relevante betingelser for brug af den pågældende tjeneste, f.eks. de nyeste vilkår og betingelser for Apple-medietjenester i det land eller område, hvor licenstager bruger disse tjenester. Ved at bruge denne software i forbindelse med et Apple-id eller en anden Apple-tjeneste erklærer licenstager sig indforstået med de relevante betingelser for brug, f.eks. de nyeste vilkår

og betingelser for Apple-medietjenester i det land eller område, hvor licenstager bruger disse tjenester. Disse betingelser kan ses på https://www.apple.com/dk/legal/internet-services/itunes/.

(b) Hvis licenstager tilmelder sig iCloud, er der muligvis adgang til visse iCloud-funktioner, f.eks. "iCloud Drive", "Min fotostream", "Fælles album" og "Find", direkte fra Apple-softwaren. Licenstager erklærer sig indforstået med, at brugen af iCloud og disse funktioner er underlagt de nyeste vilkår og betingelser for iCloud-tjenesten, som findes på: https://www.apple.com/legal/internet-services/icloud/dk/.

(c) Indhold i appen Nyheder. Licenstagers brug af indhold via appen Nyheder er begrænset til personlig, ikke-kommerciel brug, overdrager ikke nogen ejerandel i indholdet til licenstager og omfatter udtrykkeligt ikke nogen kommerciel eller salgsfremmende brugsret til sådant indhold.

(d) Kort. Korttjenesten og -funktionerne i Apple-softwaren ("Kort"), inkl. kortdækningen, kan variere efter område. Når licenstager slår Kort til eller bruger Kort, vil det blive oplyst nærmere, hvilke oplysninger der sendes til Apple, og hvordan disse oplysninger kan blive brugt. Licenstager erklærer sig indforstået med, at brugen af Kort er underlagt de nyeste vilkår og betingelser for korttjenesten, som kan ses på hjemmekortet i Kort på iPhone.

(e) Licenstager erklærer sig indforstået med, at disse tjenester kan inkludere indhold, som virker anstødeligt, uanstændigt eller krænkende, og som måske er forsynet med advarsler om anstødeligt sprog, samt at resultaterne af en søgning eller indtastning af en bestemt URL-adresse automatisk kan vise links til anstødeligt materiale, selvom det ikke er hensigten. Licenstager erklærer sig indforstået med, at brugen af disse tjenester sker på egen risiko, og at Apple, Apples associerede selskaber, agenter, fuldmagtsgivere eller licensgivere ikke har noget ansvar for indhold, der kan forekomme anstødeligt, uanstændigt eller stødende.

(f) Nogle tjenester kan vise, inkludere eller give adgang til indhold, data, oplysninger, programmer og materiale fra tredjeparter ("materiale fra tredjeparter") eller vise links til tredjeparters websteder. Ved at bruge disse tjenester erklærer licenstager sig indforstået med, at Apple ikke har noget ansvar for at undersøge eller vurdere indholdet, nøjagtigheden, fuldstændigheden, aktualiteten, gyldigheden, lovligheden med hensyn til ophavsret, anstændigheden, kvaliteten eller andre aspekter af tredjeparters materiale eller websteder. Apple, dets agenter, partnere og datterselskaber yder ingen garanti for, anbefaler ikke og er ikke ansvarlig over for licenstager og andre personer for tredjeparters tjenester, materiale eller websteder eller for tredjeparters øvrige produkter. Henvisninger til tredjeparters websteder leveres kun af praktiske hensyn.

(g) Apple og dets leverandører af indhold yder ingen garanti for, at de aktiekurser, lokalitetsdata eller andre data, der vises af tjenesterne, er tilgængelige, nøjagtige, fuldstændige, pålidelige eller relevante. Økonomiske oplysninger, der vises af tjenesterne, har kun oplysende karakter og skal ikke opfattes som rådgivning i forbindelse med investering. Før licenstager udfører transaktioner med værdipapirer baseret på oplysninger, som er tilvejebragt via tjenesterne, bør licenstager rådføre sig med en økonomisk rådgiver, som er autoriseret til at udføre økonomisk rådgivning i licenstagers land eller område. De lokalitetsdata, der leveres af tjenesterne, inklusive Apple-tjenesten Kort, er kun beregnet til enkle navigations- og planlægningsformål og skal ikke benyttes i situationer, hvor der er behov for præcise lokalitetsoplysninger, eller hvor fejlagtige, upræcise, forsinkede eller ufuldstændige lokalitetsdata kan medføre dødsfald, personskader eller skader på ejendom eller miljø. Licenstager erklærer sig indforstået med, at de resultater, som modtages fra tjenesten Kort, kan afvige fra de faktiske vej- eller terrænforhold pga. faktorer, der kan have indflydelse på nøjagtigheden af data i Kort, f.eks. – men ikke begrænset til – vejr-, vej- og trafikforhold og geopolitiske begivenheder. Af hensyn til sikkerheden skal licenstager ved brug af navigationsfunktionen altid være opmærksom på vejskilte og de aktuelle vejforhold. Følg reglerne for sikker kørsel, og overhold færdselsloven, og bemærk, at vejvisning til cyklister og fodgængere måske ikke omfatter deciderede cykel- og gangstier.

(h) Ved at overføre indhold via tjenesterne erklærer licenstager at være ejer af alle rettigheder til – eller at have tilladelse til at overføre – dette indhold, og at indholdet ikke krænker nogen af betingelserne for brug af tjenesterne. Licenstager erklærer sig indforstået med, at der i tjenester findes indhold, oplysninger og materialer, der ejes af Apple, webstedets ejer og/eller deres licensgivere og er beskyttet af de relevante love om immaterielle rettigheder og andre love, inklusive – men ikke begrænset til – love om ophavsret. Licenstager erklærer sig indforstået med ikke at ville bruge proprietært indhold eller materiale eller proprietære oplysninger til andre formål end den tilladte brug af tjenesterne og ikke på nogen måde, som ikke stemmer overens med betingelserne i nærværende licens, eller som krænker tredjeparters eller Apples immaterielle rettigheder. Tjenesterne må hverken helt eller delvist gengives i nogen form eller på nogen måde. Licenstager erklærer sig indforstået med ikke at ville ændre, udleje, lease, udlåne, sælge, distribuere eller fremstille materiale på grundlag af disse tjenester og ikke at ville benytte tjenesterne på ulovlig vis, inklusive – men ikke begrænset til – bruge tjenesterne til at overføre computervira, orme, trojanske heste og anden ondsindet software ved hjælp af ulovlig netværksindtrængen eller overbelastning af netværk. Licenstager erklærer sig desuden indforstået med ikke at ville bruge tjenesterne til at chikanere, fornærme, forfølge, true, smæde eller på anden vis krænke en anden part og dennes rettigheder, og at Apple på ingen måde er ansvarlig for sådan brug af tjenesterne fra licenstagers side eller for evt. chikane, trusler, fornærmelser, krænkelser eller ulovligheder, som licenstager modtager pga. sin brug af disse tjenester.

(i) Derudover er disse tjenester og materialer fra tredjeparter muligvis ikke tilgængelige på alle sprog eller i alle lande eller områder. Apple yder ingen garanti for, at disse tjenester og materialer fra tredjeparter er anstændige eller tilgængelige og kan bruges på et bestemt sted. Hvis licenstager vælger at bruge eller åbne disse tjenester eller dette materiale fra tredjeparter, sker det på eget initiativ, og licenstager er selv ansvarlig for at overholde de relevante love, inklusive – men ikke begrænset til – de relevante lokale love samt love om anonymitet og dataindsamling. Deling eller synkronisering af fotos via licenstagers Enhed kan resultere i, at metadata, inkl. oplysninger om, hvor og hvornår fotoet blev taget, og farveoplysninger sendes sammen med fotoene. Brug af Apple-tjenester (f.eks. iCloud-fotobibliotek) til at dele eller synkronisere sådanne fotos vil betyde, at Apple vil modtage og opbevare sådanne metadata. Apple og dets licensgivere forbeholder sig til enhver tid ret til at ændre, stoppe, fjerne eller slå adgang til tjenester fra uden varsel. Apple er under ingen omstændigheder ansvarlig for tab, der skyldes, at der ikke længere er adgang til disse tjenester. Apple kan desuden fastsætte begrænsninger med hensyn til brugen af og adgang til visse tjenester uden varsel, og uden at det medfører erstatningsansvar.

**6. Ophør.** Denne licens er gældende, indtil den opsiges. Licenstagers rettigheder i henhold til denne licens ophører automatisk eller bringes på anden vis til ophør uden varsel fra Apple, hvis licenstager ikke overholder betingelserne i aftalen. Når aftalen ophører, skal licenstager holde op med at bruge Apple-software. Paragrafferne 4, 5, 6, 7, 8, 9, 10, 12 og 13 i denne licens gælder, selvom denne licens opsiges.

**7. Fraskrivelse af garantier**
7.1    Hvis licenstager er en kunde, som er privat forbruger (dvs. en person, som ikke bruger Apple-software i forbindelse med sit fag, sin virksomhed eller sin profession), har licenstager evt. andre rettigheder i sit hjemland, der forbyder følgende begrænsninger, og i så fald gælder begrænsningerne ikke. Licenstager kan få flere oplysninger om sine rettigheder hos en forbrugerorganisation.

7.2    LICENSTAGER ERKLÆRER SIG INDFORSTÅET MED OG ER ENIG I, AT DET – FOR SÅ VIDT SOM DET ER LOVLIGT – HELT ER DENNES EGEN BESLUTNING OG PÅ DENNES RISIKO AT ANVENDE DEN AF NÆRVÆRENDE LICENS OMFATTEDE APPLE-SOFTWARE OG EVT. TJENESTER UDFØRT AF ELLER ÅBNET VIA APPLE-SOFTWAREN.

7.3    FOR SÅ VIDT SOM DET ER LOVLIGT, LEVERES APPLE-SOFTWARE OG -TJENESTER, SOM DE "ER OG FOREFINDES", MED ALLE FEJL OG UDEN GARANTI FOR FUNKTION ELLER ANDEN

EGENSKAB. APPLE OG APPLES LICENSGIVERE (I PKT. 7 og 8 UNDER ÉT KALDET "APPLE") FRASKRIVER SIG HERMED ENHVER GARANTI I FORBINDELSE MED APPLE-SOFTWARE OG -TJENESTER, INKLUSIVE – MEN IKKE BEGRÆNSET TIL – ENHVER GARANTI FOR GODT KØBMANDSKAB, EGNETHED TIL BESTEMTE FORMÅL OG UFORSTYRRET BESIDDELSE ELLER ENHVER GARANTI FOR, AT TREDJEPARTERS RETTIGHEDER IKKE KRÆNKES.

7.4     APPLE YDER INGEN GARANTI FOR, AT APPLE-SOFTWARE OG -TJENESTER KAN BENYTTES UDEN AFBRYDELSER, AT FUNKTIONERNE I ELLER TJENESTERNE, DER UDFØRES ELLER LEVERES AF APPLE-SOFTWARE, VIL OPFYLDE LICENSTAGERS BEHOV, AT AFVIKLINGEN AF APPLE-SOFTWARE OG -TJENESTER VIL FORLØBE FEJLFRIT OG UDEN AFBRYDELSER, AT TJENESTER VIL VEDBLIVE MED AT VÆRE TILGÆNGELIGE, AT APPLE-SOFTWARE ELLER -TJENESTER VIL BLIVE RETTET, ELLER AT APPLE-SOFTWARE ER KOMPATIBEL ELLER KAN SAMARBEJDE MED SOFTWARE, PROGRAMMER ELLER TJENESTER FRA TREDJEPARTER. INSTALLERING AF DENNE APPLE-SOFTWARE KAN HAVE BETYDNING FOR TILGÆNGELIGHEDEN OG BRUGEN AF BÅDE SOFTWARE, PROGRAMMER ELLER TJENESTER FRA TREDJEPARTER OG APPLES PRODUKTER OG TJENESTER.

7.5     LICENSTAGER ERKLÆRER SIG DESUDEN INDFORSTÅET MED, AT APPLE-SOFTWARE OG -TJENESTER IKKE ER BEREGNET ELLER EGNET TIL BRUG I SITUATIONER ELLER OMGIVELSER, HVOR FEJL ELLER FORSINKELSER ELLER UNØJAGTIGHEDER I INDHOLD, DATA ELLER OPLYSNINGER, DER LEVERES AF APPLE-SOFTWARE ELLER -TJENESTER, KAN MEDFØRE DØDSFALD, PERSONSKADE, OMFATTENDE FYSISKE ØDELÆGGELSER ELLER MILJØSKADER, INKLUSIVE – MEN IKKE BEGRÆNSET TIL – DRIFT AF ATOMREAKTORER, NAVIGATIONSSYSTEMER TIL LUFTFART, KOMMUNIKATIONSSYSTEMER, SYSTEMER TIL STYRING AF LUFTTRAFIKKEN, RESPIRATORER ELLER VÅBENSYSTEMER.

7.6     INGEN MUNDTLIGE ELLER SKRIFTLIGE OPLYSNINGER ELLER RÅD FRA APPLE ELLER EN PERSON ELLER ET SELSKAB AUTORISERET AF APPLE KAN I NOGET TILFÆLDE TRÆDE I STEDET FOR BETINGELSERNE I DENNE LICENS. SKULLE APPLE-SOFTWARE ELLER -TJENESTER VISE SIG AT VÆRE DEFEKTE, PÅHVILER DET LICENSTAGER AT INDESTÅ FOR ALLE OMKOSTNINGER I FORBINDELSE MED SERVICERING, REPARATION ELLER RETTELSE. OVENNÆVNTE BEGRÆNSEDE REKLAMATIONSRET GÆLDER ALENE I DEN UDSTRÆKNING, UFRAVIGELIGE LOVBESTEMMELSER IKKE ER TIL HINDER HERFOR.

**8. Begrænset ansvar.** APPLE, DETS DATTERSELSKABER, AGENTER ELLER DIREKTØRER ER UNDER INGEN OMSTÆNDIGHEDER, HELLER IKKE I TILFÆLDE AF UAGTSOMHED, ERSTATNINGSPLIGTIG FOR TILFÆLDIGE ELLER SPECIELLE SKADER, FØLGESKADER (HERUNDER DRIFTSTAB), ØDELÆGGELSE ELLER TAB AF DATA, FEJL DER MEDFØRER, AT DER IKKE KAN SENDES ELLER MODTAGES DATA (INKLUSIVE – MEN IKKE BEGRÆNSET TIL – KURSUSINSTRUKTIONER, -OPGAVER OG -MATERIALER), DRIFTSAFBRYDELSER ELLER ANDRE SKADER ELLER TAB, DER MÅTTE OPSTÅ SOM RESULTATET AF BRUG/IKKE BRUG AF APPLE-SOFTWARE OG -TJENESTER ELLER SOFTWARE ELLER TJENESTER FRA TREDJEPARTER TIL BRUG MED APPLE-SOFTWARE ELLER -TJENESTER, UANSET OM APPLE ER BLEVET ADVISERET OM MULIGHEDEN FOR SÅDANNE SKADER. UDELUKKELSEN AF ELLER BEGRÆNSNINGEN I ANSVAR FOR PERSONSKADER OG FØLGESKADER GÆLDER DOG ALENE I DEN UDSTRÆKNING, UFRAVIGELIGE LOVBESTEMMELSER IKKE ER TIL HINDER HERFOR. Apples samlede erstatningspligt over for licenstager for ethvert tab (udover evt. lovkrav i forbindelse med personskader) kan maksimalt udgøre to hundrede og halvtreds amerikanske dollar ($250,00). Ovennævnte begrænsninger gælder også, hvis den ovenfor anførte afhjælpning ikke virker efter hensigten. UANSET HVAD DER FREMGÅR AF ANDRE VILKÅR I DENNE LICENS, FINDER VILKÅR, DER BEGRÆNSER APPLES ERSTATNINGSANSVAR FOR SKADER SOM FØLGE AF BRUD PÅ AFTALEN ELLER TORT BEGÅET AF APPLE, IKKE ANVENDELSE, HVIS SÅDANNE SKADER SKYLDES BEVIDST ELLER GROV UAGTSOMHED FRA APPLE, HVIS DEN JAPANSKE LOV OM FORBRUGERAFTALER ER GÆLDENDE.

**9. Digitale certifikater.** Apple-softwaren indeholder funktioner, som gør det muligt for den at acceptere digitale certifikater udstedt af Apple eller tredjeparter. LICENSTAGER BÆRER DET FULDE ANSVAR FOR AT BESLUTTE, OM VEDKOMMENDE VIL STOLE PÅ ET CERTIFIKAT, HVAD ENTEN DET ER UDSTEDT AF APPLE ELLER EN TREDJEPART. BRUGEN AF DIGITALE CERTIFIKATER SKER FOR EGEN RISIKO. FOR SÅ VIDT SOM DET ER LOVLIGT, YDER APPLE INGEN UDTRYKKELIGE ELLER UNDERFORSTÅEDE GARANTIER MED HENSYN TIL GODT KØBMANDSKAB ELLER EGNETHED TIL BESTEMTE FORMÅL, NØJAGTIGHED ELLER SIKKERHED OG YDER INGEN GARANTIER FOR, AT TREDJEPARTERS RETTIGHEDER IKKE KRÆNKES MED HENSYN TIL DIGITALE CERTIFIKATER.

**10. Eksportkontrol.** Licenstager må kun bruge og eksportere eller reeksportere Apple-software i overensstemmelse med gældende amerikansk lov og med gældende lov i det eller de lande, hvor Apple-softwaren blev købt. I særdeleshed – men ikke begrænset til – må Apple-software ikke eksporteres eller reeksporteres (a) til lande, som er underlagt handelsboykot fra USA, eller (b) til personer opført på det amerikanske finansministeriums liste over "Specially Designated Nationals" eller på det amerikanske handelsministeriums "Denied Person's List or Entity List" eller nogen andre lister over begrænsede parter. Ved at bruge Apple-softwaren garanterer licenstager ikke at være bosiddende i et af ovennævnte lande eller være opført på nogen af ovennævnte lister. Licenstager erklærer sig desuden indforstået med ikke at ville bruge Apple-software til forbudte formål i henhold til gældende amerikansk lov, inklusive – men ikke begrænset til – udvikling, design og fremstilling af kernevåben, missiler og kemiske eller biologiske våben.

**11. Amerikanske offentlige myndigheder som slutbrugere.** Apple-softwaren og tilhørende dokumentation er defineret som "Commercial Items" i henhold til 48 C.F.R. §2.101 og som bestående af "Commercial Computer Software" og "Commercial Computer Software Documentation" i henhold til 48 C.F.R.§12.212 eller 48 C.F.R. §227.7202. I henhold til 48 C.F.R. §12.212 og 48 C.F.R. §227.7202-1 til 227.7202-4 gives amerikanske offentlige myndigheder som slutbrugere licens til "Commercial Computer Software" og "Commercial Computer Software Documentation" (a) kun som "Commercial Items" (b) og kun med de rettigheder, som andre slutbrugere har i henhold til denne licensaftale. Alle rettigheder til upubliceret materiale forbeholdes i henhold til den amerikanske lov om ophavsret.

**12. Gældende lovgivning og tilsidesættelse af bestemmelser.** Denne licens er underlagt lovgivningen i staten Californien med undtagelse af bestemmelserne om retstvister. Licensen er ikke underlagt FN-konventionen vedr. aftaler om internationale løsørekøb. Hvis licenstager er privat forbruger med bopæl i Storbritannien, er nærværende licensaftale underlagt gældende lokal lov. Hvis en retsinstans skulle finde, at en paragraf eller en del af en paragraf i denne Licens er i modstrid med gældende ret, skal resten af denne Licens stadig gælde i fuldt omfang.

**13. Komplet licensaftale; sprogforrang.** Denne licens udgør den eneste aftale mellem licenstager og Apple med hensyn til brugen af Apple-software og erstatter alle tidligere eller nuværende aftaler herom. Ingen tilføjelser eller ændringer til nærværende licens vil være bindende, medmindre de er udfærdiget skriftligt og underskrevet af Apple. Alle oversættelser af denne licens foretages pga. lokale lovkrav, og i tilfælde af uoverensstemmelse mellem den engelske version af licensaftalen og den oversatte version er den engelske version altid den gældende, for så vidt som dette ikke er ulovligt i henhold til gældende lokal lov.

**14. Tredjeparters rettigheder.** Dele af Apple-softwaren bruger eller inkluderer muligvis software fra tredjeparter og andet materiale, der er beskyttet af ophavsret. Oplysninger om rettigheder, licensbetingelser og ansvarsfraskrivelser til dette materiale findes i den elektroniske dokumentation til Apple-software, og licenstagers brug af dette materiale er underlagt de respektive rettighedshaveres betingelser. Google-tjenesten Beskyttet Browsing er underlagt Googles servicevilkår (https://www.google.com/intl/en/policies/terms/) og Googles privatlivspolitik ((https://www.google.com/intl/en/

policies/privacy/).

**15. Brug af MPEG-4; bemærkning om H.264/AVC**
(a) Apple-software gives i licens i henhold til MPEG-4-systempatentets kodning i overensstemmelse med MPEG-4-systemstandarden. Dog kræves en ekstra licens og betaling af afgift for kodning i forbindelse med (i) data, der lagres på eller kopieres til fysiske medier, hvis der er betalt en afgift pr. titel, og/eller (ii) data, som overføres til en slutbruger med henblik på permanent lagring og/eller brug, hvis der er betalt en afgift pr. titel. Ekstra licenser kan indhentes fra MPEG LA, LLC. Der findes flere oplysninger på https://www.mpegla.com.

(b) Apple-software indeholder funktioner til kodning og/eller afkodning af MPEG-4-video. Apple-software gives i licens i henhold til MPEG-4 Visual Patent Portfolio License til personlig og ikke kommerciel brug af en almindelig forbruger i forbindelse med (i) kodning af video i overensstemmelse med MPEG-4 Visual Standard ("MPEG-4-video") og/eller (ii) afkodning af MPEG-4-video, som er kodet af en almindelig forbruger som led i personlig og ikke kommerciel aktivitet, og/eller MPEG-4-video, som leveres af en videoudbyder i overensstemmelse med en licens fra MPEG LA. Der er ikke givet nogen licens, hverken direkte eller indirekte, til nogen anden brug. Der kan indhentes flere oplysninger, inklusive oplysninger om reklame-, intern og kommerciel brug og licens hertil, fra MPEG LA, LLC. Se https://www.mpegla.com.

(c) Da Apple-software indeholder funktioner til AVC-kodning og/eller -afkodning, kræver kommerciel brug af H.264/AVC yderligere licens, og følgende betingelser gælder: LICENSEN TIL AVC-FUNKTIONERNE I APPLE-SOFTWARE GÆLDER KUN TIL PERSONLIG OG IKKE KOMMERCIEL BRUG TIL AT (i) KODE VIDEO I OVERENSSTEMMELSE MED AVC-STANDARDEN ("AVC-VIDEO") OG/ELLER (ii) AFKODE AVC-VIDEO, DER ER KODET AF EN BRUGER SOM ET LED I PERSONLIGE OG IKKE KOMMERCIELLE AKTIVITETER, OG/ELLER AVC-VIDEO, SOM ER LEVERET AF EN VIDEOUDBYDER MED LICENS TIL AT LEVERE AVC-VIDEO. OPLYSNINGER OM ANDEN BRUG OG LICENSER KAN INDHENTES FRA MPEG LA L.L.C. SE https://www.mpegla.com.

**16. Begrænsninger på Yahoo-søgetjenesten.** Den Yahoo-søgetjeneste, der er tilgængelig via Safari, gives i licens til brug i følgende lande og områder: Argentina, Aruba, Australien, Bahamas, Barbados, Belgien, Bermuda, Brasilien, Bulgarien, Canada, Cayman Islands, Chile, Colombia, Cypern, Danmark, Den Dominikanske Republik, Ecuador, El Salvador, Filippinerne, Finland, Frankrig, Grenada, Grækenland, Guatemala, Holland, Indien, Indonesien, Irland, Island, Italien, Jamaica, Japan, Kina (fastlandet), Hongkong, Taiwan, Letland, Litauen, Luxembourg, Malaysia, Malta, Mexico, New Zealand, Nicaragua, Norge, Panama, Peru, Polen, Portugal, Puerto Rico, Rumænien, Schweiz, Singapore, Slovakiet, Slovenien, Spanien, St. Lucia, St. Vincent, Storbritannien, Sverige, Sydkorea, Thailand, Tjekkiet, Trinidad og Tobago, Tyrkiet, Tyskland, Ungarn, Uruguay, USA, Venezuela og Østrig.

**17. Bemærkning om Microsoft Exchange.** E-post-indstillingen til Microsoft Exchange i Apple-software må kun bruges til trådløs synkronisering af oplysninger, f.eks. e-post, kontakter, kalendere og opgaver, mellem Enheden og Microsoft Exchange Server eller anden serversoftware, som Microsoft har licenseret til implementering af Microsoft Exchange ActiveSync-protokollen.

EA1806
08.07.2022

————————————
**Supplerende betingelser for Apple Pay og Wallet**

Disse Supplerende betingelser for Apple Pay og Wallet (disse "Supplerende betingelser") er et supplement til Apple-softwarelicensaftalen ("Licens"); licenstagers brug af funktionen Apple Pay ("Apple Pay") og appen Apple Wallet ("Wallet") er underlagt både Licensen og nærværende Supplerende

betingelser, som skal opfattes som en "Tjeneste" i henhold til Licensen. De ord og udtryk, der er skrevet med store forbogstaver i disse Supplerende betingelser, har den betydning, der er brugt i Licensen.

**1. Oversigt**

**Apple Pay**

Med Apple Pay kan licenstager:

- foretage kontaktfrie betalinger ved hjælp af kredit- og debetkort og forudbetalte kort, herunder Apple Card og Apple Cash-kortet, i udvalgte lokaliteter eller i udvalgte apps eller på udvalgte websteder; og;
- sende betaling fra person til person til andre brugere af Apple Cash og
- spore ordrer og se detaljerede kvitteringer.

Apple Pay og visse funktioner i Apple Pay er muligvis kun tilgængelige i udvalgte områder, hos udvalgte kortudstedere, betalingsnetværk, butikker og andre tredjeparter.

**Wallet**

Med Apple Wallet kan licenstager opbevare virtuelle repræsentationer af kredit- og debetkort og forudbetalte kort til brug med Apple Pay (under et kaldet "Apple Pay-kort") samt andre typer kort og nøgler, herunder – men ikke begrænset til – følgende (under et kaldet "Wallet-kort" og sammen med Apple Pay-kort kaldet de "Understøttede kort"):

- bonuskort;
- rejsekort;
- billetter;
- medlemskort;
- bilnøgler;
- nøgler til hjemmet;
- nøgler til hotel- og restaurationsbranchen;
- adgangskort til virksomheder;
- studiekort; og
- kørekort og identitetskort udstedt af stater eller myndigheder ("Id-kort").

Wallet-kort er muligvis kun tilgængelige i udvalgte områder og med udvalgte partnere. Id-kort er muligvis kun tilgængelige for indbyggere i deltagende stater, og forevisning kan variere efter stat eller lokalitet.

Understøttede kort kan ændres fra tid til anden.

**2. Kvalificering**

For at bruge Apple Pay og Wallet skal licenstager have (i) en understøttet Enhed, som bruger en version af operativ software, der understøtter tjenesterne (den seneste version anbefales og er nogle gange påkrævet), (ii) et Apple-id knyttet til en iCloud-konto, som overholder Apples vilkår og betingelser, og (iii) internetadgang (evt. mod betaling). Med undtagelse af Apple Cash for familien og udvalgte e-pengekort er Apple Pay-kort kun tilgængelige for enkeltpersoner på 13 år og derover og kan være underlagt flere aldersbaserede begrænsninger fra iCloud eller den relevante udsteder, butik eller anden tredjepart. Rejsekort, e-penge-kort, id-kort, adgangskort til virksomheder og nøgler er kun tilgængelige på iOS-enheder.

Hvis licenstager er forælder eller værge for en iCloud-familie (en "Arrangør"), kan licenstager invitere

familiemedlemmer, herunder børn under 13 år (eller den tilsvarende minimumsalder i det pågældende land) til at levere og bruge kvalificerede rejsekort i Wallet. Som arrangør er licenstager ansvarlig for alle betalinger, køb og transaktioner foretaget med det rejsekort, der er aktiveret for familiemedlemmer, herunder dem, som familiemedlemmet sætter i gang. Hvorvidt en person opfylder kriterierne for adgang til og brug af rejsekort i Wallet er underlagt det relevante transportselskabs vilkår og betingelser. Arrangører er ansvarlige for overholdelse af sådanne vilkår og betingelser og påtager sig enhver risiko i forbindelse med at aktivere rejsekort for andre familiemedlemmer. Når et familiemedlem forlader eller fjernes fra familiegruppen, kan dette familiemedlem ikke længere tanke rejsekortet op, og vedkommende vil kun kunne udføre transaktioner med kortet indtil det tidspunkt, hvor kortets saldo er nul.

Hvis licenstager er ejeren af en bilnøgle, kan licenstager dele denne nøgle med andre på 13 år og derover, så de kan låse licenstagers bil op, få adgang til den og/eller køre den.

Nøgler til hjemmet kan kun tilføjes eller fjernes fra Wallet ved, at der tilføjes eller fjernes låse i appen Hjem, eller ved at licenstager tilføjer eller fjerner sig selv fra et hjem i appen Hjem. Hvis licenstager er administrator for et hjem i appen Hjem, bliver alle eksisterende nøgler til hjemmet automatisk delt med de personer, som licenstager har inviteret, og som føjes til licenstagers hjem.

Apple Card er kun tilgængeligt i USA og udstedes af Goldman Sachs Bank USA, Salt Lake City Branch ("Apple Card-udsteder"). Med undtagelse af Apple Card for familien er Apple Card kun tilgængeligt for personer på 18 år og derover (eller ældre afhængigt af personens bopælsstat).

Apple Cash-kortet og muligheden for at sende og modtage betalinger fra person til person findes kun i USA og er tjenester, som leveres af Green Dot Bank, medlem af FDIC. For at sende eller modtage betalinger fra person til person i Apple Pay skal licenstager have et Apple Cash-kort. Med undtagelse af Apple Cash for familien er Apple Cash-kortet og muligheden for at sende og modtage betalinger fra person til person kun tilgængelige for personer på 18 år og derover.

**3. Brug af tjenesterne**

Understøttede kort og betalinger fra person til person er knyttet til det Apple-id, som licenstager har brugt til at logge på iCloud for at bruge disse funktioner. Når licenstager tilføjer eller fjerner nøgler, adgangskort til virksomheder, bonuskort, billetter eller medlemskort i Wallet, bliver ændringen muligvis vist på licenstagers andre Apple-enheder, hvor licenstager er logget på med licenstagers Apple-id. Licenstager kan kun knytte ét id-kort for hver udstedende myndighed i en stat til hvert Apple-id.

Apple Pay og Wallet er beregnet til licenstagers personlige brug, og licenstager må kun levere licenstagers egne understøttede kort eller de rejsekort eller bilnøgler og nøgler til hjemmet, som en arrangør eller ejer har inviteret licenstager til at levere. Hvis licenstager bruger et understøttet firmakort, erklærer licenstager, at det gøres med arbejdsgiverens godkendelse, og at licenstager har godkendelse til at binde arbejdsgiveren til nærværende brugsvilkår og alle transaktioner udført ved brug af denne funktion. Hvis licenstager sender eller modtager betaling fra person til person, garanterer licenstager, at det gøres til licenstagers eget personlige, ikke kommercielle brug. Hvis licenstager leverer et id-kort, tilkendegiver licenstager, at licenstager gør det med brug af licenstagers personlige oplysninger, som er en nøjagtig og sandfærdig repræsentation af licenstager.

Licenstager erklærer sig enig i ikke at bruge Apple Pay eller Wallet til ulovlige eller svigagtige formål eller nogen andre formål, som er forbudt i henhold til Licensen og nærværende Supplerende betingelser. Licenstager erklærer sig desuden enig i at bruge Apple Pay og Wallet i overensstemmelse med gældende love og regulativer. Licenstager anerkender, at enhver form for falske oplysninger indsendt i forbindelse med et id-kort kan være en strafbar handling i henhold til føderal eller delstatslovgivning. Licenstager erklærer sig enig i ikke at ville forstyrre eller afbryde Apple Pay- eller Wallet-tjenesten

(herunder at få adgang til tjenesten vha. automatiske midler), servere eller netværk, som er forbundet med tjenesten, eller regler, krav og regulativer for netværk, der er forbundet med tjenesten (inklusive ulovlig adgang til, brug eller overvågning af data eller trafik på disse).

Hvis licenstagers adgang til eller brug af Apple Pay eller Wallet er forbudt i henhold til gældende lovgivning, har licenstager ikke tilladelse til at tilgå eller bruge disse tjenester. Vi påtager os intet ansvar, hvis licenstager tilgår eller bruger tjenesterne på nogen måde, som bryder gældende lovgivning.

## 4. Apples forhold til licenstager

Licenstagers brug af Apple Pay er underlagt disse Supplerende betingelser såvel som betingelserne i den kortholderaftale, licenstager har indgået med den relevante udsteder, butik eller anden tredjepart, som er ansvarlig for licenstagers Apple Pay-kort.

Ligeledes er licenstagers brug af Wallet-kort i Wallet underlagt disse Supplerende betingelser såvel som betingelserne i den aftale, licenstager har indgået med det eller den relevante butik, transportselskab, bil- og låseproducent, universitet, hotel, feriested, rederi, virksomhed, udstedende myndighed i en stat eller anden tredjepart.

Med undtagelse af visse Apple Pay-funktioner, der leveres af Apple Payments Inc. ("Apple Payments") og er beskrevet nedenfor, behandler Apple ikke betalinger eller andre korttransaktioner uden betaling, som foretages med licenstagers Apple Pay-kort. Apple har ingen kontrol over og er ikke ansvarlig for nogen betalinger, tilbagebetalinger, returneringer, refusioner, pengeoverførsler, bonusser, værdi, rabatter, adgang, identitetsbekræftelse, ordrer, ordregennemførelse eller anden aktivitet, der kan opstå på basis af licenstagers brug af Apple Pay eller Wallet.

I tilfælde af uoverensstemmelse mellem betingelserne i disse Supplerende betingelser og licenstagers aftale med den relevante butik, udstedende myndighed i en stat eller anden tredjepart (hver især kaldet en "**Tredjepartsaftale**"), er det betingelserne i disse Supplerende betingelser, der gælder for licenstagers relation til Apple, og betingelserne i den relevante tredjepartsaftale, der gælder for licenstagers relation til en sådan tredjepart.

Licenstager erklærer sig enig i, at Apple ikke er part i nogen af licenstagers aftaler med tredjeparter, og Apple er heller ikke ansvarlig for: (a) indhold, nøjagtighed eller tilgængelighed af nogen Understøttede kort, køb, transaktioner, pengeoverførsler, ordrer, ordregennemførelse, kvitteringer eller andre aktiviteter ved brug af Apple Pay eller Wallet, herunder, men ikke begrænset til, dem, der foretages af familiemedlemmer eller andre, som licenstager har delt sine Understøttede kort med, eller som har adgang til licenstagers Enhed; (b) bevilling af kredit eller adgang til vurdering af kreditværdighed; (c) udstedelse, inddragelse eller frakendelse af et kørekort eller et identitetskort udstedt af en stat eller myndighed; (d) en udsteders, butiks, appudviklers eller anden tredjeparts aktiviteter vedrørende licenstagers brug af Apple Pay eller Wallet; (e) en udsteders, butiks eller anden tredjeparts beslutninger vedrørende tilføjelse af licenstagers Understøttede kort til Wallet; (f) licenstagers medlemskab eller deltagelse i nogen form for butiks- eller partnerordning; (g) nogen samling eller indløsning af bonusser eller opbevarede værdier i forbindelse med licenstagers Understøttede kort; (h) betaling eller genopfyldning af forudbetalte Understøttede kort; (i) afsendelse eller modtagelse af betalinger eller pengeoverførsler fra person til person; eller (j) indsættelse, indløsning eller hævning af penge fra licenstagers Apple Cash-kort.

Når licenstager ansøger om et Apple Card, ansøger licenstager om at åbne en konto hos Apple Card-udstederen. Den finansielle institution, der er ansvarlig for at tilbyde Apple Card, kan ændres, og licenstagers brug af Apple Card er underlagt deres vilkår og betingelser.

Når licenstager slår Apple Cash-funktionerne til i Apple Pay, åbner licenstager en konto hos Green Dot Bank. Med undtagelse af Apple Pay-funktioner, der leveres af Apple Payments, vil Green Dot Bank være ansvarlig for at modtage og sende licenstagers penge til den påtænkte modtager, når licenstager sender eller modtager betaling fra person til person eller indsætter eller hæver penge fra licenstagers Apple Cash-kort. Med undtagelse af Apple Cash for familien er Apple Cash-kortet og muligheden for at sende og modtage betaling fra person til person kun tilgængelige for personer på 18 år og derover. Den finansielle institution, der er ansvarlig for at tilbyde Apple Cash og betaling fra person til person inde fra Apple Pay, kan ændres, og licenstagers brug af sådanne funktioner er underlagt vilkår og betingelser for disse funktioner.

Muligheden for at benytte midler på Apple Cash-kortet til at foretage betalinger til visse virksomheder, som licenstager har godkendt ("Tjeneste til direkte betalinger") er en tjeneste, der leveres af Apple Payments. Licenstagers brug af tjenesten til direkte betalinger er underlagt Apple Payments' vilkår og betingelser for direkte betalinger. Derudover kan visse godkendte virksomheder give licenstager mulighed for at godkende, at de foretager udbetalinger til licenstagers Apple Cash-kort (hver enkelt kaldet en "Udbetaling"). Selvom Udbetalinger gennemføres af Apple Payments, tilbydes de af de deltagende virksomheder, der leverer midlerne, og kan være underlagt visse yderligere vilkår og betingelser fra den udbetalende virksomheds side. I tilfælde af uoverensstemmelser eller spørgsmål mht. Understøttede kort eller tilknyttede kommercielle aktiviteter bedes licenstager kontakte den pågældende udsteder eller butik, udstedende myndighed i en stat, appudvikler eller anden tredjepart. Ved spørgsmål angående Apple Pay, Wallet, Apple Card eller Apple Cash-kortet eller betaling fra person til person kan henvendelse ske til Apple-support.

**5. Anonymitet**

Apples indsamling og brug af personlige oplysninger er underlagt Apples Anonymitetspolitik, der findes på https://www.apple.com/dk/legal/privacy/dk/. Licenstager kan finde detaljerede oplysninger om, hvilke personlige oplysninger der indsamles, bruges eller deles som en del af licenstagers brug af Apple Pay og Wallet ved at læse de relevante tjenestespecifikke noter om anonymitet, herunder Om Apple Pay og Anonymitet, som kan findes i appen Watch på en parret Enhed eller besøge https://www.apple.com/dk/legal/privacy/dk/. Ved at bruge Apple Pay og Wallet erklærer licenstager sig indforstået med, at Apple, dets datterselskaber og agenter sender, indsamler, vedligeholder, behandler og benytter alle førnævnte oplysninger med henblik på at levere disse tjenester.

**6. Sikkerhed; mistede enheder eller enheder, der er slået fra**

UNDERSTØTTEDE ENHEDER OG BRUGEROPLYSNINGER SKAL BESKYTTES PÅ SAMME MÅDE SOM EN FYSISK PUNG/TEGNEBOG OG FYSISKE KORT

Apple Pay og Wallet opbevarer virtuelle repræsentationer af licenstagers Understøttede kort, og disse skal beskyttes på samme måde som en fysisk tegnebog eller pung, fysiske nøgler eller kredit- og debetkort, forudbetalte kort, identitetskort og andre kort. Licenstager alene er ansvarlig for at opretholde sikkerheden på licenstagers Enheder og beskytte oplysningerne til Apple-id, Touch ID og Face ID, adgangskoden til licenstagers understøttede Enheder samt andre godkendelsesoplysninger, som bruges i forbindelse med Tjenesterne (under et kaldet licenstagers "Brugeroplysninger"). Hvis licenstager godkender eller giver nogen anden person tilladelse til at bruge licenstagers understøttede Enhed (*f.eks.* ved at give en tredjepart koden til licenstagers Enhed, give en tredjepart tilladelse til at føje sit fingeraftryk til Touch ID eller slå Face ID til, eller på anden måde give tredjepart nogen af licenstagers brugeroplysninger), kan denne person muligvis foretage betalinger, sende, anmode om eller modtage betalinger fra person til person, hæve penge på licenstagers Apple Cash-kort, modtage eller indløse bonusser, bruge værdi, låse op for eller på anden måde få adgang til licenstagers bil, værelse, kontor eller hjem, benytte licenstagers identitet eller foretage andre transaktioner med licenstagers

understøttede kort i Wallet. I givet fald er licenstager ansvarlig for alle betalinger og transaktioner foretaget af denne person samt al adgang, denne person skaffer sig.

"JAILBREAKING" AF ENHEDER

Hvis licenstager foretager uautoriserede ændringer af licenstagers Enhed, f.eks. ved at slå betjeningsmuligheder til hardware og software fra (dette kaldes undertiden "jailbreaking"), er licenstagers Enhed muligvis ikke længere berettiget til at tilgå eller bruge Tjenesterne. Licenstager erklærer sig indforstået med, at brug af en ændret Enhed i forbindelse med tjenesterne er udtrykkeligt forbudt, i strid med disse Supplerende betingelser og kan medføre, at licenstager nægtes adgang eller licenstagers adgang til tjenesterne begrænses.

YDERLIGERE SIKKERHEDSFORANSTALTNINGER

Licenstager skal muligvis slå flere sikkerhedsforanstaltninger til, f.eks. tofaktorgodkendelse til licenstagers Apple-id, for at kunne få adgang til bestemte funktioner i Apple Pay, inkl. Apple Card, Apple Cash-kortet og betaling fra person til person med Apple Pay. Hvis licenstager senere fjerner disse sikkerhedsfunktioner, vil licenstager måske ikke kunne fortsætte med at få adgang til bestemte funktioner i Apple Pay. Hvis Face ID eller Touch ID, der er knyttet til licenstagers id-kort til forevisning, slettes, skal licenstager udføre hele oprettelsesprocessen til id-kort.

MISTEDE ELLER STJÅLNE ENHEDER

Hvis licenstagers Enhed mistes eller stjæles, og Find min er slået til, kan licenstager bruge Find min til at forsøge at suspendere muligheden for at foretage transaktioner med de virtuelle Understøttede kort eller sende betaling fra person til person på den pågældende Enhed ved at aktivere funktionen Mistet. Hvis Mistet er slået til på licenstagers Enhed, er licenstagers bilnøgle muligvis deaktiveret i Wallet, og så kan licenstager ikke længere få adgang til eller starte sin bil, når licenstager har forladt køretøjet eller slukket for motoren. Funktionen Mistet påvirker kun nøgler på den mistede Enhed. Hvis licenstager er ejeren, kan licenstager ikke længere dele sin bilnøgle eller nøgle til hjemmet med andre, men nøgler, som allerede er delt med andre, bliver ikke påvirket på deres enheder.

Licenstager kan også slette sin Enhed, som vil forsøge at suspendere muligheden for at foretage transaktioner med de virtuelle Understøttede kort eller for at sende betaling fra person til person på Enheden. Licenstager bør også kontakte udstederen, butikken eller en anden tredjepart med ansvar for licenstagers Understøttede kort eller Apple, hvis der er tale om licenstagers Apple Card eller Apple Cash-kort, med henblik på at forhindre uautoriseret adgang til licenstagers Understøttede kort i Apple Pay og i Wallet.

Hvis licenstager rapporterer om eller Apple har mistanke om svigagtige eller lyssky aktiviteter, erklærer licenstager sig indforstået med at samarbejde med Apple i en evt. undersøgelse og til at benytte evt. forholdsregler til forhindring af svindel, som Apple måtte foreskrive.

## 7. Begrænset ansvar

UD OVER DE ANSVARSFRASKRIVELSER MED HENSYN TIL GARANTIER OG ANSVARSBEGRÆNSNINGER, SOM ER ANFØRT I NÆRVÆRENDE LICENS, PÅTAGER APPLE SIG IKKE NOGET ANSVAR FOR KØB, BETALINGER, PENGEOVERFØRSLER, ORDRER, ORDREGENNEMFØRELSE, KVITTERINGSOPLYSNINGER, ADGANG, IDENTITETSBEKRÆFTELSE, TRANSAKTIONER ELLER ANDRE AKTIVITETER FORETAGET VHA. APPLE PAY ELLER WALLET, OG LICENSTAGER ERKLÆRER SIG INDFORSTÅET MED UDELUKKENDE AT BENYTTE EVT. AFTALER MED LICENSTAGERS KORTUDSTEDER, BETALINGSNETVÆRK, FINANSIELLE INSTITUTIONER, BUTIK, APPUDVIKLER ELLER DEN UDSTEDENDE MYNDIGHED I EN STAT ELLER ANDEN RELEVANT

TREDJEPART MHP. AT LØSE EVT. SPØRGSMÅL OG UOVERENSSTEMMELSER ANGÅENDE
LICENSTAGERS UNDERSTØTTEDE KORT, BETALING FRA PERSON TIL PERSON OG TILKNYTTEDE
AKTIVITETER.

————————————

**KOMMUNIKATION FRA APPLE**

Hvis Apple har brug for at kontakte licenstager angående licenstagers produkt eller konto, erklærer
licenstager sig indforstået med at modtage kommunikation via e-mail. Du erklærer dig enig i, at en sådan
kommunikation, som du modtager elektronisk fra Apple, overholder alle juridiske krav til kommunikation.

**SUOMI**

**TÄRKEÄÄ: KÄYTTÄMÄLLÄ iPHONEA, iPADIA TAI iPOD TOUCHIA ("LAITE") SITOUDUT SEURAAVIIN EHTOIHIN:**

**A.    APPLE iOS- JA iPadOS-OHJELMISTOLISENSSISOPIMUS**
**B.    APPLE PAYN LISÄEHDOT**
**C.    APPLEN ILMOITUKSET**

**APPLE INC**
**iOS- JA iPadOS-OHJELMISTOLISENSSISOPIMUS**
Yhden käyttäjän lisenssi

**LUE TÄMÄ OHJELMISTOLISENSSISOPIMUS ("LISENSSI") TARKASTI ENNEN LAITTEEN KÄYTTÖÄ TAI TÄHÄN LISENSSIIN LIITTYVÄN OHJELMISTOPÄIVITYKSEN LATAAMISTA. KÄYTTÄMÄLLÄ LAITETTA TAI LATAAMALLA OHJELMISTOPÄIVITYKSEN SITOUDUT NOUDATTAMAAN TÄMÄN LISENSSIN EHTOJA. ELLET HYVÄKSY LISENSSIN EHTOJA, ÄLÄ KÄYTÄ LAITETTA TAI LATAA OHJELMISTOPÄIVITYSTÄ.**

**JOS OLET ÄSKETTÄIN OSTANUT LAITTEEN ETKÄ HYVÄKSY LISENSSIN EHTOJA, VOIT HYVITYKSEN SAADAKSESI PALAUTTAA LAITTEEN PALAUTUSAJAN SISÄLLÄ APPLEN PALAUTUSKÄYTÄNNÖN MUKAISESTI APPLE STOREEN TAI VALTUUTETUN JÄLLEENMYYJÄN LIIKKEESEEN, JOSTA OLET SEN HANKKINUT. SÄÄNNÖT OVAT LUETTAVISSA OSOITTEESSA https://www.apple.com/legal/sales-support/.**

**1. Yleiset**
(a) Apple Inc. ("Apple") myöntää Lisenssin ehtojen mukaisen käyttöoikeuden Laitteen mukana tulleisiin ohjelmiin (mukaan lukien Boot ROM -koodi, sisällytetty ohjelmisto ja muiden valmistajien ohjelmisto), dokumentaatioon, käyttöliittymiin, sisältöön, fontteihin ja dataan ("Alkuperäinen Apple-ohjelmisto"), jotka saattavat päivittyä tai korvautua Applen Laitteeseesi tai tuettuun lisälaitteeseesi toimittamissa ominaisuuksien parannuksissa, ohjelmistopäivityksissä, turvallisuusparannuksissa, järjestelmätiedostoissa tai järjestelmänpalautusohjelmistoissa ("Apple-ohjelmistomuutokset"), olivatpa nämä kirjoitussuojatussa muistissa tai millä tahansa muulla medialla taikka missä tahansa muodossa (Alkuperäiseen Apple-ohjelmistoon ja Apple-ohjelmistomuutoksiin viitataan yhteisnimityksellä "Apple-ohjelmisto"). Apple ei myy Apple-ohjelmistoa sinulle. Apple ja Applen lisensoijat säilyttävät omistajuutensa Apple-ohjelmistoon ja pidättävät itsellään kaikki oikeudet, joita ei ole erikseen annettu sinulle. Hyväksyt, että tämän Lisenssin ehtoja sovelletaan kaikkiin Apple-merkkisiin appeihin, jotka saattavat sisältyä Laitteeseen, ellei tällaisen apin mukana tule erillistä lisenssiä, missä tapauksessa hyväksyt, että sen lisenssin ehdot määräävät kyseisen apin käyttöäsi.

(b) Apple voi oman harkintansa mukaan tulevaisuudessa tarjota Apple-ohjelmistomuutoksia. Mahdolliset Apple-ohjelmistomuutokset eivät välttämättä sisällä kaikkia nykyisiä ohjelmisto-ominaisuuksia tai uusia ominaisuuksia, jotka Apple julkaisee uudemmille tai muille Laitteiden malleille. Tämän Lisenssin ehdot kattavat myös Applen mahdollisesti tarjoamat Apple-ohjelmistomuutokset, ellei tällaisen Apple-ohjelmistomuutoksen mukana tule erillistä lisenssiä, jolloin hyväksyt kyseisen lisenssin ehdot koskemaan kyseistä päivitystä.

(c) Jos asennat uuden Laitteen vanhan Laitteen avulla käyttämällä pikakäyttöönottoa, hyväksyt, että tämän Lisenssin ehtoja sovelletaan uuden Laitteesi Apple-ohjelmistoon, ellei sen mukana tule erillistä lisenssiä, missä tapauksessa hyväksyt, että kyseisen lisenssin ehdot määräävät Apple-ohjelmiston käyttöäsi. Laitteesi tarkistaa ajoittain Applelta Apple-ohjelmistomuutokset. Jos muutos on saatavilla, muutos ladataan ja asennetaan Laitteeseen ja tarvittaessa lisälaitteisiin automaattisesti. **Käyttämällä**

**Apple-ohjelmistoa osoitat hyväksyväsi sen, että Apple voi ladata ja asentaa automaattisia Apple-ohjelmistomuutoksia Laitteeseesi ja lisälaitteisiisi.** Voit poistaa käyttöjärjestelmäpäivitysten ja Pikaturvapäivitysten automaattisen asennuksen käytöstä milloin tahansa muuttamalla Automaattiset päivitykset -asetuksia kohdassa Asetukset > Yleiset > Ohjelmistopäivitys. Jotkin järjestelmätiedostot (mukaan lukien rajoituksetta päivitetyt fontit, kielimallit, äänitiedostot ja lisälaitteiden laiteohjelmistot) saatetaan edelleen asentaa automaattisesti, esimerkiksi jos otat käyttöön tai käytät tiettyjä ominaisuuksia ja lisälaitteita tai jos kyse on oikeudellisista, hallinnollisista, teknisistä tai yleiseen turvallisuuteen liittyvistä näkökohdista.

**2. Lisenssin käyttö ja rajoitukset.**
(a) Sinulle myönnetään tämän Lisenssin sopimusehtojen puitteissa rajoitettu, rinnakkainen lisenssi käyttää Apple-ohjelmistoa yhdessä Apple-merkkisessä Laitteessa. Lukuun ottamatta kohdassa 2 (b) jäljempänä sallittua poikkeusta sekä erillistä sinun ja Applen välillä tehtävää sopimusta tämä Lisenssi kieltää Apple-ohjelmiston samanaikaisen asentamisen useampaan kuin yhteen Apple-merkkiseen Laitteeseen, eikä Apple-ohjelmistoa saa jaella tai asettaa käyttöön verkossa, jossa sitä voisi käyttää useampi kuin yksi Laite kerrallaan. Tämä Lisenssi ei anna mitään oikeuksia käyttää Applen omisteisia käyttöliittymiä tai muuta Applen immateriaalioikeuksien piiriin kuuluvaa omaisuutta Laitteiden kanssa käytettävien muiden valmistajien oheislaitteiden, lisävarusteiden tai ohjelmistosovellusten suunnittelussa, kehittämisessä, valmistuksessa, lisensoinnissa tai jakelussa. Jotkin näistä oikeuksista ovat saatavissa Applelta erillisillä lisensseillä. Lisätietoja kolmansien osapuolten laitteiden ja lisävarusteiden kehittämisestä Laitteille saat osoitteesta https://developer.apple.com/programs/mfi/. Lisätietoja appien kehittämisestä Laitteille saat osoitteesta https://developer.apple.com.

(b) Sinulle myönnetään tämän Lisenssin ehtojen puitteissa rajoitettu, rinnakkainen lupa ladata Apple-ohjelmistomuutoksia, joita Apple mahdollisesti tarjoaa Laitteellesi, jotta voit päivittää tai palauttaa omistamasi tai hallitsemasi Laitteen ohjelmiston. Lisenssi ei salli muun kuin omistamasi tai hallitsemasi Laitteen ohjelmistopäivityksiä tai -palautuksia. Apple-ohjelmistomuutoksia ei myöskään saa jaella tai asettaa saataville verkossa, jossa niitä voisi käyttää useampi kuin yksi Laite tai tietokone kerrallaan. Mikäli lataat Apple-ohjelmistopäivityksen tietokoneellesi, Apple-ohjelmistomuutoksia voidaan ainoastaan varmuuskopiointitarkoituksessa tehdä yksi tietokoneella luettavissa oleva kopio, jossa tulee näkyä samat tekijänoikeustiedot ja muut omistajuustiedot kuin alkuperäisessä.

(c) Siinä määrin kuin Apple on esiasentanut Apple-ohjelmistoja App Storesta Laitteelle ostohetkenä ("Esiasennetut apit"), sinun pitää kirjautua sisään App Storeen ja yhdistää Esiasennetut apit App Store -tiliisi, jotta niitä voidaan käyttää Laitteella. Kun yhdistät Esiasennetun apin App Store -tiliisi, yhdistät samalla automaattisesti kaikki mahdolliset muut Esiasennetut apit, jotka ovat Laitteessasi. Valitsemalla Esiasennetun apin yhdistämisen App Store -tiliisi hyväksyt, että Apple voi lähettää, kerätä, ylläpitää, käsitellä ja käyttää sekä App Store -tilin käyttämää Apple ID:tä että Laitteestasi poimittua yksilöllistä laitteistotunnistetta yksilöllisinä tilitunnisteina pyyntösi oikeutuksen varmistamiseen ja pääsyn tarjoamiseen Esiasennettuun appiin App Storen kautta. Jos et halua käyttää Esiasennettua appia, voit poistaa sen Laitteesta koska tahansa.

(d) Sitoudut siihen, että et saa kopioida (muutoin kuin tässä Lisenssissä on erikseen sallittu), takaisinkääntää, takaisinmallintaa, jakaa osiin tai yrittää muuten palauttaa lähdekoodiksi tai muokata Apple-ohjelmistoa, sen tarjoamia palveluita tai mitään niiden osia, purkaa niiden salausta tai luoda niiden pohjalta johdannaisteoksia etkä antaa muille mahdollisuutta tehdä näin (muutoin kuin ainoastaan mikäli ja siinä määrin ja jonkin edellä mainitun rajoituksen estää sovellettava laki tai Apple-ohjelmiston mahdollisesti sisältämien avoimen lähdekoodin komponenttien käyttöä koskevat lisenssiehdot). Sitoudut siihen, ettet poista, peitä tai muuta mitään Apple-ohjelmistoon liitettyjä tai sisällytettyjä tekijänoikeustietoja (mukaan lukien tavaramerkki- ja tekijänoikeusilmoitukset).

(e) Apple-ohjelmistoa voidaan käyttää materiaalin jäljentämiseen, jos käyttö rajoittuu muuhun kuin

tekijänoikeuksilla suojattuun materiaaliin tai sellaiseen materiaaliin, johon sinulla on tekijänoikeus, tai jonka jäljentämiseen sinulla on valtuutus tai laillinen lupa. Edellä todetusta huolimatta News- tai Kartatapin kautta itsenäisinä tiedostoina käytettyjen kuvien uudelleen julkaiseminen, edelleen lähettäminen tai jäljentäminen on kielletty. Laitteen kautta katsellun, tallennetun tai ladatun sisällön omistus- ja immateriaalioikeudet kuuluvat vastaavan sisällön omistajalle. Tällaista sisältöä saattavat suojata tekijänoikeus- tai muut omistusoikeudelliset lait ja sopimukset ja sisältö saattaa olla tällaista sisältöä tarjoavan muun valmistajan käyttöehtojen alainen. Ellei ole mainittu toisin, tämä Lisenssi ei anna sinulle minkäänlaista oikeutta tällaisen sisällön käyttöön eikä takaa, että sisältö on jatkossakin saatavillasi.

(f) Sinulla on tämän Lisenssin ehtojen puitteissa oikeus (i) käyttää Apple-ohjelmistoon sisältyviä tai sillä luotuja Memoji-merkkejä ("Järjestelmämerkit") (1) Apple-ohjelmistoa käyttäessäsi ja (2) luodessasi omia alkuperäisiä projektejasi ja sisältöäsi henkilökohtaisiin, ei-kaupallisiin käyttötarkoituksiisi ja (ii) käyttää Apple-ohjelmiston reaaliaikaisesti laitteessa luomaa Live-tekstitystä ("Live-tekstitys") riippumatta siitä, onko se luotu FaceTime-puhelun aikana tai muulloin, vain henkilökohtaisiin, ei-kaupallisiin käyttötarkoituksiisi. Tämä Lisenssi ei salli mitään muuta Järjestelmänmerkkien tai Live-tekstitysten käyttöä, mukaan lukien rajoituksetta käyttö, kopioiminen, näyttäminen, esittäminen, tallentaminen, julkaiseminen tai jakelu kaupallisessa, ei-kaupallisessa tai julkisen jakamisen kontekstissa.

(g) Jotta tiettyjä appien ja/tai verkkosivustojen pikakomentoja voidaan suorittaa, Apple-ohjelmisto saattaa tarvita pääsyn tiettyihin muiden valmistajien ohjelmistoihin, palveluihin tai verkkosivustoihin Laitteessasi. Annat nimenomaisesti suostumuksesi tällaiseen käyttöön siinä määrin kuin on tarpeen Pikakomennon suorittamista varten Apple-ohjelmiston yhteydessä.

(h) Sitoudut käyttämään Apple-ohjelmistoa ja Palveluita (kuten määritetty osiossa 5 alla) noudattaen kaikkia sovellettavia lakeja, mukaan lukien paikalliset lait maassa tai alueella, jossa asut tai jossa latasit tai käytät Apple-ohjelmistoa ja Palveluita. Apple-ohjelmiston ja Palveluiden kaikki ominaisuudet eivät välttämättä ole käytettävissä kaikilla kielillä ja alueilla ja jotkin ominaisuudet saattavat vaihdella alueen mukaan ja joitain ei välttämättä ole saatavilla palveluntarjoajaltasi. Apple-ohjelmiston ja Palveluiden jotkin ominaisuudet vaativat Wi-Fi- tai mobiilidatayhteyden.

(i) App Storen käyttö edellyttää yksilöllistä käyttäjätunnuksen ja salasanan yhdistelmää, josta käytetään nimitystä Apple ID. Apple ID:tä tarvitaan myös Apple-ohjelmiston päivitysten sekä tiettyjen ominaisuuksien ja Palveluiden käyttöön.

(i) Hyväksyt, että useat Apple-ohjelmiston ominaisuudet, vakioapit ja Palvelut välittävät tietoja ja saattavat aiheuttaa kustannuksia internet-palveluusi ja että olet yksin vastuussa sellaisista kustannuksista. Mobiilidata-asetuksissa voit katsoa ja hallita sitä, mitkä apit saavat käyttää mobiilidataa, ja katsoa arvion siitä, kuinka paljon dataa kyseiset apit ovat kuluttaneet. Lisäksi Wi-Fi-apuri vaihtaa automaattisesti mobiiliyhteyteen, kun Wi-Fi-yhteys on heikko, mistä saattaa aiheutua enemmän mobiilidatan käyttöä ja liittymän maksuja. Wi-Fi-apuri on oletuksena päällä, mutta se voidaan ottaa pois käytöstä Asetuksissa. Katso lisätietoja Laitteesi käyttöoppaasta.

(j) Jos valitset, että suostut automaattisiin päivityksiin, Laitteesi tarkistaa ajoittain Applelta, onko Laitteeseesi asennettuihin ohjelmistoihin saatavilla päivityksiä. Jos päivitys on saatavilla, se ladataan ja asennetaan automaattisesti Laitteeseesi. Voit poistaa automaattiset päivitykset käytöstä milloin tahansa menemällä Asetuksiin, napauttamalla sitten iTunes ja App Store ja ottamalla Automaattiset lataukset -kohdasta Päivitykset pois päältä.

(l) Laitteen käyttäminen voi joissakin tilanteissa häiritä keskittymistäsi ja aiheuttaa vaaratilanteita (vältä esimerkiksi tekstiviestien kirjoittamista autoa ajaessasi tai kuulokkeiden käyttämistä pyöräillessäsi). Käyttämällä Laitetta osoitat hyväksyväsi, että sinä olet vastuussa matkapuhelinten tai kuulokemikrofonien käyttöä rajoittavien tai sen kieltävien sääntöjen noudattamisesta (esimerkiksi

vaatimuksesta käyttää hands free -ratkaisua, jos puhut puheluita autoa ajaessasi).

(m) Jotkin Apple-ohjelmiston ominaisuudet voivat yrittää tarjota apua turvallisuuteen liittyvissä tilanteissa, esimerkiksi käyttämällä turvallisuuteen liittyviä tunnistusominaisuuksia ja yhdistämällä sinut hätäpalveluun (saatavuuden mukaan). Apple ei takaa tällaisten ominaisuuksien saatavuutta, tarkkuutta, kattavuutta, luotettavuutta tai ajantasaisuutta. Näitä ominaisuuksia ei ole tarkoitettu ainoaksi apukeinoksi tilanteissa, joissa nopeampaa tai tehokkaampaa apua on saatavilla ja järjestettävissä. Sinä hyväksyt, että käytät näitä ominaisuuksia omalla vastuullasi ja oman harkintasi mukaisesti ja että Apple, sitä lähellä olevat yhtiöt, sen edustajat tai toimeksiantajat eivät missään tapauksessa ole vastuussa sinulle näiden ominaisuuksien käytöstäsi ja mistään käytön seurauksista siinä määrin kuin laki enimmillään sallii.

(n) Laitteesi ei ole lääkinnällinen laite eikä sitä pidä käyttää ammattimaisen terveyttä koskevan päätöksenteon sijasta. Sitä ei ole suunniteltu eikä tarkoitettu käytettäviksi sairauksien tai muiden tilojen diagnosoimisessa eikä sairauden tai muiden tilojen parantamisessa, lievittämisessä, hoidossa tai ehkäisyssä. Konsultoi terveydenhuoltoasi ennen kuin teet terveyttäsi koskevia päätöksiä.

**3. Siirto.** Sinulla ei ole oikeutta vuokrata, liisata, lainata, myydä, jaella edelleen tai jatkolisensoida Apple-ohjelmistoa. Voit kuitenkin pysyvästi siirtää tämän Lisenssin suomat oikeudet Apple-ohjelmistoon kertaalleen kokonaisuudessaan yhdessä omistamasi Laitteen kanssa edellyttäen, että: (a) Laite ja Apple-ohjelmisto siirretään kokonaisuudessaan, mukaan lukien kaikki komponenttien osat ja tämä Lisenssi, (b) sitoudut hävittämään hallussasi olevat muut Apple-ohjelmiston kopiot, myös tietokoneeseen tai muuhun tallennuslaitteeseen tallennetut kopiot ja (c) osapuoli, jonka haltuun Apple-ohjelmisto siirtyy, lukee tämän Lisenssin sopimusehdot ja hyväksyy ne.

**4. Suostumus tiedon käyttöön.** Kun käytät Laitettasi, puhelinnumerosi ja tietyt Laitteesi yksilölliset tunnisteet lähetetään Applelle, jotta muut käyttäjät voivat saada sinuun yhteyden puhelinnumerollasi kun käytät Apple-ohjelmiston kommunikointiominaisuuksia, kuten iMessagea ja FaceTimea. Kun käytät iMessagea, Apple voi säilyttää viestejäsi salatussa muodossa rajoitetun ajan, jotta niiden toimitus voidaan varmistaa. Voit ottaa FaceTime- tai iMessage-palvelun pois päältä Laitteesi FaceTime- tai Viestit-asetuksissa. Muut ominaisuudet, kuten Analyysi, Sijaintipalvelut, Siri ja Sanelu voivat toimiakseen tarvita tietoja Laitteeltasi. Kun otat näitä ominaisuuksia käyttöön tai kun käytät niitä, saat lisätietoja siitä, mitä tietoja lähetetään Applelle ja kuinka tietoja käytetään. Saat lisätietoja osoitteesta https://www.apple.com/fi/privacy/. Tietojasi käsitellään aina Applen tietosuojakäytännön mukaisesti, joka on luettavissa osoitteessa: https://www.apple.com/legal/privacy/fi/.

**5. Palvelut ja muiden valmistajien aineisto.**
(a) Apple-ohjelmisto saattaa mahdollistaa pääsyn Applen iTunes Storeen, App Storeen, Apple Booksiin, Game Centeriin, iCloudiin, Karttoihin, Newsiin, Fitness+:aan ja muihin Applen ja kolmansien osapuolten palveluihin ja verkkosivustoihin (yhdessä ja erikseen "Palvelut"). Näiden Palveluiden käyttö edellyttää internet-yhteyttä, ja joidenkin Palveluiden käyttö voi edellyttää Apple ID:tä ja erillisten palveluehtojen hyväksymistä ja voi olla erikseen maksullista. Käyttämällä tätä ohjelmistoa yhdessä Apple ID:n tai muiden Applen Palveluiden kanssa sitoudut palveluehtoihin, kuten uusimpiin Applen mediapalveluehtoihin maassa tai alueella, jossa käytät Palvelua. Voit perehtyä näihin ehtoihin osoitteessa https://www.apple.com/legal/internet-services/itunes/fi/.

(b) Mikäli rekisteröidyt iCloud-palveluun, tiettyjä iCloud-ominaisuuksia, kuten iCloud Drive-, Oma kuvavirta-, Jaetut albumit- ja Missä on…? -ominaisuuksia voidaan käyttää suoraan Apple-ohjelmistosta. Ymmärrät ja hyväksyt, että iCloudin ja näiden ominaisuuksien käyttö on iCloud-palvelun uusimpien ehtojen ja määräysten alaista. iCloudin ehdot ja määräykset ovat luettavissa osoitteessa: https://www.apple.com/fi/legal/internet-services/icloud/fi/.

(c) <u>News-apin sisältö</u>. News-apin kautta käyttämäsi sisältö on rajoitettu ainoastaan henkilökohtaiseen

epäkaupalliseen käyttöön, sen käyttäminen ei siirrä sinulle mitään omistajuutta sisältöön ja erityisesti sulkee pois rajoituksetta sisällön kaupalliset tai myynnin edistämisen käyttöoikeudet.

(d) Kartat. Apple-ohjelmiston karttapalvelu ja -ominaisuudet ("Kartat"), mukaan lukien karttatietojen kattavuus, saattavat vaihdella alueen mukaan. Kun otat Kartat käyttöön tai kun käytät sitä, saat lisätietoja siitä, mitä tietoja lähetetään Applelle ja kuinka tietoja käytetään. Ymmärrät ja hyväksyt, että Karttojen käyttö on Kartat-palvelun uusimpien ehtojen alaista. Karttojen ehdot ovat luettavissa ja tarkasteltavissa iPhonen Kartat-kotikortissa.

(e) Sinun tulee ymmärtää, että Palveluita käyttäessäsi voit kohdata sisältöä, joka saattaa olla loukkaavaa, siveetöntä tai sopimatonta ja saattaa sisältää rumaa kieltä, ja että mikä tahansa haku tai tietyn verkko-osoitteen kirjoittaminen saattaa tahattomasti ja automaattisesti luoda linkkejä tai viittauksia sopimattomaan aineistoon. Hyväksyt, että käytät Palveluita omalla riskilläsi ja että Apple, sitä lähellä olevat yritykset, sen edustajat, toimeksiantajat tai lisensoijat eivät ole vastuussa sisällöstä, joka on ehkä loukkaavaa, siveetöntä tai sopimatonta.

(f) Tietyt Palvelut voivat näyttää, sisältää tai tuoda saataville **muiden valmistajien aineistoa**, dataa, tietoja, sovelluksia tai aineistoa ("**Muiden valmistajien aineisto**") tai tarjota linkkejä tietyille kolmansien osapuolten verkkosivustoille. Käyttämällä Palveluita osoitat hyväksyväsi, että Applen vastuulla ei ole tarkastaa tai arvioida Muiden valmistajien tai verkkosivustojen aineiston sisältöä, täsmällisyyttä, kattavuutta, ajantasaisuutta, pätevyyttä, tekijänoikeuksien kunnioittamista, laillisuutta, sopivuutta, laatua tai muita ominaisuuksia. Apple, sen edustajat, sen konserniyhtiöt tai tytäryritykset eivät anna takuita tai suosituksia tai ole vastuussa sinulle tai kenellekään muulle koskien muiden valmistajien Palveluita, Muiden valmistajien aineistoa tai verkkosivustoja tai mitään muuta muiden valmistajien aineistoa, tuotteita tai palveluita. Muiden valmistajien aineistoa ja linkkejä muille verkkosivustoille tarjotaan vain käytön helpottamiseksi.

(g) Apple tai sen sisällöntuottajat eivät takaa minkään Palveluiden näyttämien pörssi-, sijainti- tai muiden tietojen saatavuutta, tarkkuutta, kattavuutta, luotettavuutta tai ajantasaisuutta. Palveluiden näyttämät taloudelliset tiedot on annettu vain yleisessä tiedonvälitystarkoituksessa, eikä niitä pidä käyttää luotettavina sijoitusneuvoina. Ennen kuin suoritat mitään arvopaperikauppoja Palveluiden kautta saatavien tietojen perusteella, sinun kannattaa ottaa yhteyttä talous- tai arvopaperiammattilaiseen, joka on laillisesti pätevä antamaan talous- tai arvopaperineuvontaa maassasi tai alueellasi. Kaikki Palveluiden tarjoamat sijaintitiedot, mukaan lukien Applen Kartat-palvelu, on tarjottu vain tavanomaista suunnistamista ja suunnittelua varten, eikä niihin tule luottaa tilanteissa, joissa tarvitaan täsmällisiä sijaintitietoja tai joissa virheellinen, epätarkka, viivästynyt tai puutteellinen sijaintitieto voi johtaa kuolemaan tai henkilö-, omaisuus- tai ympäristövahinkoon. Hyväksyt, että Kartat-palvelusta saamasi tulokset voivat erota todellisista tie- ja maasto-olosuhteista johtuen tekijöistä, jotka voivat vaikuttaa Kartat-tietojen tarkkuuteen, mukaan lukien mutta niihin rajoittumatta sää-, tie- ja liikenneolosuhteet sekä geopoliittiset tapahtumat. Oman turvallisuutesi vuoksi, kun käytät navigointiominaisuutta, kiinnitä aina huomiota liikennemerkkeihin ja vallitseviin tieolosuhteisiin. Noudata turvallista ajotapaa ja liikennesääntöjä ja ota huomioon, että pyöräily- ja kävelyohjeet eivät välttämättä sisällä niille tarkoitettuja kulkureitteitä.

(h) Siltä osin kuin lähetät mitään sisältöä näiden Palveluiden kautta, vakuutat, että omistat kyseisen sisällön tai sinulla on tarvittava laillinen oikeus tai lupa lähettää sitä ja että kyseinen sisältö ei riko Palveluun sovellettavia palveluehtoja. Hyväksyt, että Palveluissa on omisteista sisältöä, tietoa ja aineistoa, jonka omistavat Apple, sivuston omistaja tai sen lisensoijat ja jota suojaavat siihen sovellettavat immateriaalioikeutta koskevat ja muut lait mukaan lukien rajoituksetta tekijänoikeudet. Hyväksyt, että et käytä tällaista omisteista sisältöä, tietoa tai aineistoa millään muulla tavoin kuin käyttämällä Palveluita sallitusti tai millään tavalla, joka on ristiriidassa tämän Lisenssin ehtojen kanssa tai loukkaa Applen tai muun valmistajan immateriaalioikeuksia. Palveluiden mitään osaa ei saa jäljentää

missään muodossa tai millään keinolla. Sitoudut olemaan muokkaamatta, vuokraamatta, liisaamatta, lainaamatta, myymättä tai levittämättä Palveluita tai luomatta niistä johdannaisteoksia millään tavalla ja olemaan käyttämättä Palveluita millään ei-sallitulla tavalla, mukaan lukien rajoituksetta Palveluiden käyttäminen tietokonevirusten, matojen, troijalaisten tai muiden haittaohjelmien levittämiseen tai verkon luvattomaan käyttöön tai kuormittamiseen. Lisäksi sitoudut siihen, että et käytä Palveluita millään tavoin muiden osapuolten häiritsemiseen, vahingoittamiseen, varjostamiseen, uhkaamiseen, kunnian loukkaamiseen tai muuhun oikeuksien rikkomiseen tai loukkaamiseen, eikä Apple ole millään tavoin vastuussa tällaisesta toiminnastasi eikä mistään Palveluiden käytön seurauksena mahdollisesti vastaanottamistasi häiritsevistä, uhkaavista, kunniaa loukkaavista, loukkaavista tai laittomista viesteistä tai tiedonsiirroista.

(i) Lisäksi kyseiset Palvelut ja Muiden valmistajien aineistot eivät ehkä ole saatavilla kaikilla kielillä tai kaikissa maissa tai kaikilla alueilla. Apple ei esitä, että kyseiset Palvelut tai Muiden valmistajien aineisto sopisivat käytettäviksi tai olisivat käytettävissä missään tietyssä paikassa. Mikäli päätät käyttää tällaisia Palveluita tai **Muiden valmistajien aineistoa** tai mennä niihin, teet sen omasta aloitteestasi ja vastaat siitä, että käyttö on kaikkien sovellettavien lakien mukaista, mukaan lukien mutta niihin rajoittumatta sovellettavat paikalliset lait ja henkilötietoja ja tietojen keräämistä koskevat lait. Valokuvien synkronoiminen ja jakaminen Laitteen avulla voi aiheuttaa metadatan, kuten missä ja milloin valokuva on otettu, ja syvyystiedon siirtymisen valokuvien mukana. Applen palveluiden (kuten iCloud-kuvakirjaston) käyttäminen kuvien jakamiseen tai synkronointiin tarkoittaa, että Apple vastaanottaa ja tallentaa kyseistä metadataa. Applella ja sen lisensoijilla on oikeus muuttaa, keskeyttää tai poistaa mitä tahansa Palveluita tai estää niiden käyttö koska tahansa asiasta ilmoittamatta. Apple ei missään olosuhteissa ole vastuussa näiden Palveluiden poistamisesta tai käytön estämisestä. Apple voi myös aina rajoittaa tiettyjen Palveluiden käyttöä tai rajoittaa niihin pääsyä ilman ilmoitusta tai korvausvelvollisuutta.

**6. Sopimuksen päättyminen.** Tämä lisenssi on voimassa, kunnes sen voimassaolo päätetään. Jos lisenssin ehtoja tai osaa niistä ei noudateta, sen nojalla sinulle myönnetyt oikeudet päättyvät automaattisesti tai niiden voimassaolo lakkaa muuten ilman erillistä ilmoitusta Applelta. Lisenssin päättyessä Apple-ohjelmiston ja Apple-ohjelmistopäivitysten käyttö on lopetettava. Tämän Lisenssin kohdat 4, 5, 6, 7, 8, 9, 10, 12 ja 13 pysyvät voimassa myös Lisenssin päättyessä mistä tahansa syystä.

**7. Vastuuvapautus**
7.1    Mikäli olet kuluttaja-asiakas (eli käytät Apple-ohjelmistoa muuhun kuin yritystoimintaan tai ammatilliseen tarkoitukseen), sinulla saattaa olla asuinmaassasi laillisia oikeuksia, jotka kieltävät seuraavien rajoitusten soveltamisen sinuun, ja mikäli rajoitukset on kielletty, niitä ei sovelleta sinuun. Jos haluat lisätietoja oikeuksistasi, ota yhteyttä paikalliseen kuluttajaneuvontaorganisaatioon.

7.2    YMMÄRRÄT JA HYVÄKSYT, ETTÄ SIINÄ MÄÄRIN KUIN SOVELLETTAVA LAKI SEN SALLII, APPLE-OHJELMISTON JA APPLE-OHJELMISTON KAUTTA SUORITETTAVIEN TAI KÄYTETTÄVIEN PALVELUIDEN KÄYTTÖ, TYYDYTTÄVÄ LAATU, SUORITUSKYKY, TARKKUUS JA TOIMINTA OVAT SINUN OMALLA VASTUULLASI.

7.3    SIINÄ MÄÄRIN KUIN SOVELLETTAVA LAKI SEN SALLII, APPLE-OHJELMISTO JA PALVELUT TOIMITETAAN "SELLAISINA KUIN NE OVAT" JA "SELLAISINA KUIN NE OVAT SAATAVILLA" MAHDOLLISINE VIRHEINEEN JA ILMAN MINKÄÄNLAISIA TAKUITA, JA APPLE JA APPLEN LISENSOIJAT (JOITA KOHDISSA 7 JA 8 KUTSUTAAN YHTEISNIMITYKSELLÄ "APPLE") VAPAUTTAVAT ITSENSÄ SUORASTA, VÄLILLISESTÄ JA LAKISÄÄTEISESTÄ TUOTE- JA MUUSTA VASTUUSTA APPLE-OHJELMISTON JA PALVELUIDEN SUHTEEN MUKAAN LUKIEN KAUPPAKELPOISUUS, LAADUN TYYDYTTÄVYYS, SOVELTUVUUS TIETTYYN TARKOITUKSEEN, VIRHEETTÖMYYS, KÄYTÖN HÄIRITSEMÄTTÖMYYS JA KOLMANSIEN OSAPUOLTEN OIKEUKSIEN LOUKKAAMATTOMUUS.

7.4    APPLE EI TAKAA, ETTÄ VOIT NAUTTIA APPLE-OHJELMISTOSTA TAI PALVELUISTA ILMAN

HÄIRIÖITÄ TAI ETTÄ APPLE-OHJELMISTON SISÄLTÄMÄT TOIMINNOT TAI SEN SUORITTAMAT TAI TARJOAMAT PALVELUT TÄYTTÄVÄT KAIKKI VAATIMUKSET, ETTÄ APPLE-OHJELMISTON JA PALVELUIDEN TOIMINTA ON KESKEYTYMÄTÖNTÄ JA VIRHEETÖNTÄ, ETTÄ MITKÄÄN PALVELUT SÄILYVÄT SAATAVILLA, ETTÄ APPLE-OHJELMISTON TAI PALVELUIDEN VIRHEET TULLAAN KORJAAMAAN TAI ETTÄ APPLE-OHJELMISTO ON YHTEENSOPIVA TAI TOIMII MINKÄÄN KOLMANSIEN OSAPUOLTEN OHJELMISTOJEN, SOVELLUSTEN TAI PALVELUIDEN KANSSA. TÄMÄN APPLE-OHJELMISTON ASENNUS SAATTAA VAIKUTTAA KOLMANSIEN OSAPUOLTEN OHJELMISTOJEN, SOVELLUSTEN TAI PALVELUIDEN, KUTEN MYÖS APPLEN TUOTTEIDEN JA PALVELUIDEN, SAATAVUUTEEN JA KÄYTETTÄVYYTEEN.

7.5    APPLE-OHJELMISTOA JA PALVELUJA EI OLE SUUNNITELTU EIVÄTKÄ NE SOVELLU KÄYTETTÄVIKSI TILANTEISSA TAI YMPÄRISTÖISSÄ, JOISSA APPLE-OHJELMISTON TAI PALVELUIDEN TOIMINTAHÄIRIÖ TAI AIKAVIIVE TAI NIIDEN TARJOAMAN SISÄLLÖN, DATAN TAI TIETOJEN VIRHE TAI EPÄTARKKUUS SAATTAA AIHEUTTAA KUOLEMAN, HENKILÖVAHINGON TAI VAKAVAN FYYSISEN TAI YMPÄRISTÖHAITAN, MUKAAN LUKIEN RAJOITUKSETTA YDINENERGIA-ALAN TOIMINTA, LENTOKONEEN NAVIGOINTI- TAI TIETOLIIKENNEJÄRJESTELMÄT, LENNONJOHTOJÄRJESTELMÄT, ELINTOIMINTOJA YLLÄPITÄVÄT JÄRJESTELMÄT JA ASEJÄRJESTELMÄT.

7.6.    MIKÄÄN APPLEN TAI APPLEN VALTUUTTAMAN EDUSTAJAN ANTAMA SUULLINEN TAI KIRJALLINEN TIETO TAI OHJE EI LUO TAKUUTA. JOS APPLE-OHJELMISTO TAI PALVELUT TODETAAN VIALLISIKSI, SINÄ OLET VASTUUSSA KAIKISTA HUOLTO- JA KORJAUSKULUISTA. KOSKA JOILLAKIN OIKEUSTOIMIALUEILLA EI SALLITA VÄLILLISTEN TAKUIDEN POISSULKEMISTA TAI SOVELLETTAVIEN KULUTTAJAN LAKISÄÄTEISTEN OIKEUKSIEN RAJOITTAMISTA, EDELLÄ MAINITTU EI EHKÄ KOSKE SINUA.

**8. Vastuun rajoitus.** SOVELLETTAVAN LAIN SALLIMISSA RAJOISSA JA HUOLIMATTA VASTUUTEORIASTA (SOPIMUKSEN, RIKKOMUKSEN TAI MUUN OSALTA) TAI SIITÄ, ETTÄ APPLEA OLISI VAROITETTU KYSEISEN VAHINGON MAHDOLLISUUDESTA, APPLE, SIITÄ LÄHELLÄ OLEVAT YRITYKSET, SEN EDUSTAJAT TAI TOIMEKSIANTAJAT EIVÄT OLE MISSÄÄN TAPAUKSISSA VASTUUSSA MISTÄÄN HENKILÖVAHINGOISTA TAI MISTÄÄN SATUNNAISISTA, ERITYISISTÄ, EPÄSUORISTA TAI VÄLILLISISTÄ VAHINGOISTA MUKAAN LUKIEN RAJOITUKSETTA VOITTOJEN MENETYKSET, VIOITTUMINEN, TIEDON HÄVIÄMINEN, TAI KYVYTTÖMYYS LÄHETTÄÄ TAI VASTAANOTTAA TIETOJA (MUKAAN LUKIEN MUTTA SIIHEN RAJOITTUMATTA, KURSSIOHJEET, -TEHTÄVÄT JA -MATERIAALIT), LIIKETOIMINNAN KESKEYTYMINEN TAI MUUT KAUPALLISET VAHINGOT TAI MENETYKSET, JOTKA JOHTUVAT APPLE-OHJELMISTON TAI PALVELUIDEN JA APPLE-OHJELMISTON TAI PALVELUIDEN YHTEYDESSÄ KÄYTETTÄVIEN KOLMANSIEN OSAPUOLTEN OHJELMISTON, SOVELLUSTEN TAI PALVELUIDEN KÄYTÖSTÄSI TAI KYVYTTÖMYYDESTÄSI KÄYTTÄÄ NIITÄ. KOSKA JOILLAKIN OIKEUSTOIMIALUEILLA EI SALLITA VASTUUN POISSULKEMISTA TAI RAJOITTAMISTA HENKILÖVAHINGOISSA TAI EPÄSUORISSA TAI VÄLILLISISSÄ VAHINGOISSA, EDELLÄ MAINITTU EI EHKÄ KOSKE SINUA. Missään tapauksessa Applen kokonaiskorvausvelvollisuus vahingoista (ellei sovellettavan lain vaatimus henkilövahinkotapauksissa poikkea tästä) ei ylitä kahtasataaviittäkymmentä Yhdysvaltain dollaria (250,00 USD). Edellä olevat rajoitukset ovat voimassa myös silloin, jos yllä esitetty korvaus ei vastaa perimmäistä tarkoitustaan. TÄMÄN LISENSSIN MUISTA EHDOISTA HUOLIMATTA JA JOS JAPANIN KULUTTAJASOPIMUSLAIT OVAT VOIMASSA, EHTOJA, JOTKA RAJOITTAVAT APPLEN VASTUUTA SOPIMUKSEN RIKKOMISESTA TAI APPLEN TEKEMÄSTÄ VAHINGONTEOSTA JOHTUVISTA VAHINGOISTA, EI SOVELLETA, JOS VAHINKO JOHTUU APPLEN TAHALLISESTA RIKKOMUKSESTA TAI TÖRKEÄSTÄ LAIMINLYÖNNISTÄ.

**9. Digitaaliset varmenteet.** Apple-ohjelmisto sisältää toiminnallisuuden, joka mahdollistaa Applen tai kolmansien osapuolten antamien digitaalisten varmenteiden hyväksymisen. OLET YKSIN VASTUUSSA PÄÄTÖKSESTÄSI LUOTTAA APPLEN TAI KOLMANNEN OSAPUOLEN ANTAMAAN VARMENTEESEEN.

KÄYTÄT DIGITAALISIA VARMENTEITA TÄYSIN OMALLA VASTUULLASI. NIIN PITKÄLTI KUIN SOVELLETTAVA LAKI SEN SALLII, APPLE EI ANNA SUORIA TAI EPÄSUORIA TAKUITA TAI LUPAUKSIA KAUPPAKELPOISUUDESTA, SOVELTUVUUDESTA TIETTYYN TARKOITUKSEEN, TÄSMÄLLISYYDESTÄ, TURVALLISUUDESTA TAI KOLMANSIEN OSAPUOLTEN OIKEUKSIEN LOUKKAAMATTOMUUDESTA MINKÄÄN DIGITAALISTEN VARMENTEIDEN YHTEYDESSÄ.

**10. Vientisäätely.** Sitoudut siihen, ettei Apple-ohjelmistoa viedä edelleen suorasti eikä epäsuorasti ulkomaille, ellei tähän ole erikseen annettu lupaa Yhdysvaltain ja sen oikeustoimialueen / niiden oikeustoimialueiden laeissa, jo(i)sta Apple-ohjelmisto on hankittu. Erityisesti Apple-ohjelmistoa ei saa viedä suorasti tai epäsuorasti (a) Yhdysvaltojen vientikiellossa olevaan maahan tai (b) kenellekään U.S. Treasury Departmentin Specially Designated Nationals -luettelossa olevalle tai U.S. Department of Commercen Denied Person's List- tai Entity List -luetteloissa tai missään muissa rajoitusten alaisten osapuolten luetteloissa olevalle. Apple-ohjelmistoa käyttämällä annat takuun siitä, ettet ole missään tällaisessa maassa tai luettelossa. Takaat myös, että et käytä Apple-ohjelmistoa mihinkään sellaiseen tarkoitukseen, joka on kielletty Yhdysvaltain laissa, mukaan lukien (mutta näihin rajoittumatta) ohjusten, ydinaseiden tai kemiallisten tai biologisten aseiden kehitys, suunnittelu, valmistus tai tuotanto.

**11. Yhdysvaltain viranomaiset.** Apple-ohjelmisto ja siihen liittyvä dokumentaatio ovat "Commercial Items", kuten termi on määritelty säädöksessä 48 C.F.R. §2.101, koostuen osista "Commercial Computer Software" ja "Commercial Computer Software Documentation", kuten termit on määritelty säädöksessä 48 C.F.R.§12.212 tai 48 C.F.R. §227.7202, soveltuvin osin. Mikäli lisenssin loppukäyttäjä on Yhdysvaltain viranomainen, sovelletaan säädöksiä 48 C.F.R. §12.212 tai 48 C.F.R. §227.7202-1–227.7202-4 soveltuvin osin niin, että commercial computer software- ja commercial computer software documentation -tuotteet on lisensoitu (a) vain commercial item -tuotteina ja (b) ainoastaan samoilla näissä sopimusehdoissa ilmoitetuilla oikeuksilla, jotka koskevat kaikkia muita loppukäyttäjiä. Julkaisemattoman materiaalin oikeudet pidätetään Yhdysvaltojen tekijänoikeuslakien mukaisesti.

**12. Sovellettava laki ja sopimuksen osien riippumattomuus.** Tähän lisenssiin ja sen tulkintaan sovelletaan Kalifornian osavaltion lakeja, lukuun ottamatta niihin sisältyviä lainvalintaa koskevia säädöksiä. Tämä Lisenssi ei kuulu United Nations Convention on Contracts for the International Sale of Goods -määräysten alaisuuteen. Jos olet Isossa-Britanniassa asuva kuluttaja, tähän Lisenssiin sovelletaan asuinpaikkasi oikeustoimialueen lakeja. Vaikka toimivaltainen tuomioistuin katsoisi, ettei lisenssin jotakin osaa voida panna täytäntöön, lisenssi pysyy muilta osin voimassa.

**13. Kokonaissopimus ja kieli.** Tämä Lisenssi muodostaa koko sopimuksen sinun ja Applen välillä Apple-ohjelmistoa koskien ja korvaa kaikki aiemmat tai samanaikaiset samaa koskevat sopimukset. Lisenssin lisäykset tai muutokset eivät ole sitovia ilman kirjallista, Applen allekirjoittamaa hyväksyntää. Lisenssin käännökset on tehty paikallisia vaatimuksia ajatellen ja mahdolliset epäselvyydet englanninkielisen version ja käännösversion välillä ratkaistaan englanninkielisen lisenssiversion eduksi sikäli kuin oikeustoimialueesi paikallinen lainsäädäntö ei sitä estä.

**14. Muiden valmistajien materiaali.** Osa Apple-ohjelmistosta saattaa käyttää tai sisältää muiden valmistajien ohjelmistoja ja muuta tekijänoikeudella suojattua materiaalia. Tällaisen materiaalin lähdemaininnat, lisenssiehdot ja vastuuvapauslausekkeet ovat Apple-ohjelmiston sähköisessä dokumentaatiossa, ja tällaisen materiaalin käyttöä koskevat kyseisen valmistajan ehdot. Google Safe Browsing -palvelun käyttö on Googlen palveluehtojen (https://www.google.com/intl/fi/policies/terms/) ja Googlen tietosuojakäytännön (https://www.google.com/intl/fi/policies/privacy/) alaista.

**15. MPEG-4:n käyttö; H.264/AVC-huomautus**
(a) Apple-ohjelmisto on lisensoitu MPEG-4 Systems Patent Portfolio License -lisenssin alaisena MPEG-4 Systems Standard -standardin mukaiseen koodaukseen. Käyttäjältä vaaditaan kuitenkin lisälisenssi ja lisenssimaksuja, jos koodaus koskee (i) dataa, joka tallennetaan tai kopioidaan fyysiselle

tallennusmedialle ja josta peritään kappalekohtainen maksu, ja/tai (ii) dataa, josta maksetaan kappalekohtaisesti ja joka välitetään loppukäyttäjälle pysyvää tallennusta ja/tai käyttöä varten. Lisälisenssi voidaan hankkia MPEG LA, LLC:ltä. Lisätietoja annetaan osoitteessa https://www.mpegla.com.

(b) Apple-ohjelmisto sisältää MPEG-4-videokoodaus- ja/tai dekoodausominaisuuksia. Apple-ohjelmisto on lisensoitu MPEG-4 Visual Patent Portfolio License -lisenssin alaisena kuluttajan henkilökohtaiseen ja ei-kaupalliseen käyttöön, joka koskee (i) MPEG-4 Visual Standard -standardin ("MPEG-4 Video") mukaista videon koodausta ja/tai (ii) sellaisen MPEG-4-videon dekoodausta, jonka kuluttaja on koodannut henkilökohtaiseen ja ei-kaupalliseen käyttöön ja/tai joka saatiin MPEG LA:n MPEG-4-videontarjoajaksi lisensoimalta videontarjoajalta. Lisenssiä ei myönnetä suorasti tai epäsuorasti mihinkään muuhun tarkoitukseen. Lisätietoja esittelykäytöstä, sisäisestä käytöstä ja kaupallisesta käytöstä sekä lisensoinnista antaa MPEG LA, LLC. Katso https://www.mpegla.com.

(c) Apple-ohjelmisto sisältää AVC-koodaus- ja/tai dekoodausominaisuuksia, H.264/AVC:n kaupallinen käyttö vaatii lisälisensoinnin ja seuraavat ehdot pätevät: APPLE-OHJELMISTON AVC-TOIMINNALLISUUS ON LISENSOITU TÄSSÄ VAIN HENKILÖKOHTAISEEN, EI-KAUPALLISEEN KÄYTTÖÖN. KULUTTAJA VOI (i) KOODATA VIDEOTA AVC-STANDARDIN MUKAISESTI ("AVC-VIDEO") JA/TAI (ii) DEKOODATA AVC-VIDEOTA, JONKA KULUTTAJA ON KOODANNUT HENKILÖKOHTAISESSA JA EI-KAUPALLISESSA TARKOITUKSESSA JA/TAI AVC-VIDEOTA, JOKA ON HANKITTU VIDEONTARJOAJALTA, JOLLA ON LUPA TARJOTA AVC-VIDEOTA. MUITA KÄYTTÖÄ JA LISENSSEJÄ KOSKEVIA TIETOJA ANTAA MPEG LA L.L.C. KATSO https://www.mpegla.com.

**16. Yahoo Search -palvelun rajoitukset.** Safarin kautta käytettävä Yahoo Search -palvelu on lisensoitu käytettäväksi ainoastaan seuraavissa maissa ja seuraavilla alueilla: Alankomaat, Argentiina, Aruba, Australia, Bahamasaaret, Barbados, Belgia, Bermuda, Brasilia, Bulgaria, Caymansaaret, Chile, Dominikaaninen tasavalta, Ecuador, El Salvador, Espanja, Etelä-Korea, Filippiinit, Grenada, Guatemala, Intia, Indonesia, Irlanti, Islanti, Iso-Britannia, Italia, Itävalta, Jamaika, Japani, Kanada, Kiina (manner-), Hongkong, Taiwan, Kolumbia, Kreikka, Kypros, Latvia, Liettua, Luxemburg, Malesia, Malta, Meksiko, Nicaragua, Norja, Panama, Peru, Portugali, Puerto Rico, Puola, Ranska, Romania, Ruotsi, Saksa, Singapore, Slovakia, Slovenia, St. Lucia, St. Vincent, Suomi, Sveitsi, Tanska, Thaimaa, Trinidad ja Tobago, Tšekin tasavalta, Turkki, Unkari, Uruguay, Uusi-Seelanti, Venezuela ja Yhdysvallat.

**17. Microsoft Exchange -huomautus.** Apple-ohjelmiston Microsoft Exchange -sähköpostiasetus on lisensoitu ainoastaan langattomaan informaation (kuten sähköpostien, yhteystietojen, kalenterin ja tehtävien) synkronointiin Laitteen ja Microsoft Exchange Serverin tai muun sellaisen palvelinohjelmiston välillä, jolle Microsoft on myöntänyt lisenssin Microsoft Exchange ActiveSync -protokollan käyttämiseen.

EA1806
8.7.2022

— — — — — — — — — —

**Apple Payn ja Lompakon lisäehdot ja -määräykset**

Nämä Apple Payn ja Lompakon lisäehdot ja määräykset (nämä "Lisäehdot") täydentävät Apple-ohjelmistolisenssisopimusta ("Lisenssi"); sekä Lisenssi että nämä lisäehdot määräävät Apple Pay -ominaisuuden ("Apple Pay") ja Applen Lompakko -apin ("Lompakko") käyttöäsi, joka katsotaan lisenssin mukaiseksi "Palveluksi". Näissä Lisäehdoissa käytetyillä termeillä on sama merkitys kuin Lisenssissä on määritelty.

**1. Yleiskatsaus**

**Apple Pay**

Apple Pay -ominaisuuden avulla voit:

- tehdä etämaksuja luotto-, pankki- ja prepaid-korteilla, mukaan lukien Apple Card ja Apple Cash -kortti, valituissa myymälöissä tai tehdä ostoja valituissa apeissa ja valituilla verkkosivuilla;
- lähettää henkilöiden välisiä maksuja muille Apple Cash -käyttäjille ja
- seurata tilauksia ja tarkastella yksityiskohtaisia kuitteja.

Apple Pay ja tietyt Apple Pay -ominaisuudet saattavat olla käytettävissä vain tietyillä alueilla ja tietyillä korteilla, maksuverkoilla, kauppiailla ja muilla kolmansilla osapuolilla.

**Lompakko**

Applen Lompakon avulla voit tallentaa virtuaaliset kuvat luotto-, pankki- ja prepaid-korteista käytettäviksi Apple Paylla (yhdessä "Apple Pay -kortit") sekä muun tyyppisistä korteista ja avaimista, mukaan lukien rajoituksetta (yhdessä "Lompakko-kortit" ja yhdessä Apple Pay -korttien kanssa "Tuetut kortit"):

- bonuskortit;
- matkakortit;
- liput;
- jäsenkortit;
- auton avaimet;
- kotiavaimet;
- majoitusavaimet;
- yrityksen kulkuluvat;
- opiskelijakortit; ja
- ajokortti ja valtion tai hallinnon myöntämä henkilökortti ("Henkilökortit").

Lompakko-kortit saattavat olla käytettävissä vain tietyillä alueilla ja tietyiltä yhteistyökumppaneilta. Henkilökortit voivat olla saatavilla vain tiettyjen valtioiden asukkaille ja käytettävyys voi vaihdella valtiosta tai sijainnista riippuen.

Tuetut kortit voivat muuttua aikaa myöten.

**2. Kelpoisuus**

Jotta voit käyttää Apple Pay- ja Lompakko-ominaisuutta, sinulla on oltava (i) tuettu laite, jossa on käyttöohjelmiston versio, joka tukee Palveluita (uusinta versiota suositellaan, ja joskus se myös edellytetään), (ii) Apple ID, johon on liitetty iCloud-tili, joka on Applen hyväksymä, ja (iii) internet-yhteys (mahdollisesti maksullinen). Lukuun ottamatta Apple Cash Familya ja tiettyjä e-rahakortteja, Apple Pay -kortit ovat vain 13-vuotiaiden tai vanhempien henkilöiden käytettävissä ja voivat määräytyä iCloudin tai kyseisen kortin myöntäjän, kauppiaan tai muun kolmannen osapuolen mukaan. Matkakortit, e-rahakortit, henkilökortit, yrityksen kulkuluvat ja avaimet ovat saatavilla vain iOS-laitteisiin.

Jos olet iCloud-perheen vanhempi tai huoltaja ("Järjestäjä"), voit kutsua perheenjäseniä, mukaan lukien alle 13-vuotiaat (tai kyseisen maan vastaava vähimmäisikäiset), liittämään ja käyttämään ehdot täyttäviä matkakortteja Lompakossa. Järjestäjänä olet vastuussa kaikista maksuista, ostoista ja maksutapahtumista, jotka on tehty perheenjäsenille käyttöönotetulla matkakortilla, mukaan lukien perheenjäsenen tekemät maksut, ostot ja maksutapahtumat. Matkakorttien kelvollisuus Lompakkoon ja niiden käyttö ovat kyseisen liikennelaitoksen ehtojen alaisia. Järjestäjät ovat vastuussa näiden ehtojen noudattamisesta ja vastaavat itse kaikista muiden perheenjäsenten matkakorttien käyttöönottoon liittyvistä riskeistä. Kun perheenjäsen lähtee perheestä tai poistetaan perheestä, perheenjäsen ei voi

enää ladata matkakorttia uudelleen ja voi käyttää korttia ainoastaan siihen saakka, kunnes kortin saldo on nolla.

Jos olet auton avaimen omistaja, voit jakaa auton avaimesi muiden yli 13-vuotiaiden kanssa, jotta he voivat avata, käyttää ja/tai ajaa autoasi.

Kotiavaimet voidaan lisätä Lompakkoon tai poistaa sieltä vain lisäämällä tai poistamalla lukkoja Koti-apissa tai lisäämällä itsesi kotiin tai poistamalla itsesi sieltä Koti-apissa. Jos olet kodin ylläpitäjä Koti-apissa, olemassa olevat kotiavaimesi jaetaan automaattisesti henkilöiden kanssa, jotka olet kutsunut ja jotka liittyvät kotiisi.

Apple Card on saatavilla vain Yhdysvalloissa, ja sen myöntää Goldman Sachs Bank USA, Salt Lake City Branch ("Apple Cardin myöntäjä"). Apple Card Familya lukuun ottamatta Apple Card on saatavilla vain vähintään 18-vuotiaille (tai sitä vanhemmille asuinpaikasta riippuen).

Apple Cash -kortti ja mahdollisuus lähettää ja vastaanottaa henkilöiden välisiä maksuja ovat käytettävissä ainoastaan Yhdysvalloissa, ja nämä palvelut tarjoaa Green Dot Bank, joka on FDIC:n jäsen. Jotta voit lähettää ja vastaanottaa henkilöiden välisiä maksuja Apple Payssa, sinulla on oltava Apple Cash -kortti. Apple Cash Familya lukuun ottamatta Apple Cash -kortti ja mahdollisuus lähettää ja vastaanottaa henkilöiden välisiä maksuja ovat saatavilla vain vähintään 18-vuotiaille henkilöille.

## 3. Palveluiden käyttö

Tuetut kortit ja henkilöiden väliset maksut liitetään Apple ID:hen, jolla olet kirjautunut iCloudiin näiden ominaisuuksien käyttämistä varten. Kun lisäät tai poistat avaimia, yrityksen kulkulupia, bonuskortteja, pääsylippuja ja jäsenkortteja Lompakossa, muutos voi näkyä myös muissa Apple-laitteissasi, joissa olet kirjautuneena sisään Apple ID:lläsi. Voit liittää vain yhden henkilökortin jokaiselta kortin myöntävältä valtiolliselta taholta jokaiseen Apple ID:hen.

Apple Pay ja Lompakko on tarkoitettu vain henkilökohtaiseen käyttöön, ja voit liittää vain omia Tuettuja kortteja tai niitä matkakortteja tai auton tai kodin avaimia, jotka Järjestäjä tai omistaja on kutsunut sinut liittämään. Jos olet liittämässä tuettua yrityskorttia, vakuutat, että sinulla on työnantajasi lupa siihen ja että sinulla on oikeus sitouttaa työnantajasi näihin käyttöoikeuksiin ja kaikkiin tällä ominaisuudella tehtyihin tilitapahtumiin. Jos lähetät tai vastaanotat henkilöiden välisiä maksuja, takaat, että teet sen omassa henkilökohtaisessa ja ei-kaupallisessa käytössä. Jos liität henkilökortin, vakuutat, että teet sen käyttäen omia henkilötietojasi, jotka edustavat sinua täsmällisesti ja todenmukaisesti.

Vakuutat, että et käytä Apple Pay- tai Lompakko-ominaisuutta laittomuuksiin tai huijauksiin, tai mihin tahansa muuhun sellaiseen mikä on Lisenssissä ja näissä Lisäehdoissa kielletty. Lupaat lisäksi käyttää Apple Pay- ja Lompakko-ominaisuutta voimassa olevien lakien ja asetusten mukaisesti. Hyväksyt, että mikä tahansa henkilökortin yhteydessä antamasi väärä tieto voi olla liittovaltion tai osavaltion lain mukainen rikos. Lupaat olla häiritsemättä tai keskeyttämättä Apple Pay- tai Lompakko-palvelua (mukaan lukien palvelun käyttäminen automaattisin keinoin) tai palveluun liittyviä palvelimia tai verkkoja tai olla rikkomatta palveluun liittyvien verkkojen käytäntöjä, vaatimuksia tai säännöksiä (mukaan lukien tietojen tai liikenteen luvaton käyttö tai seuranta).

Jos Apple Pay- tai Lompakko-palvelun käyttö estetään sovellettavalla lailla, et ole oikeutettu käyttämään näitä Palveluja. Emme ole vastuussa siitä, jos käytät Palveluja sovellettavaa lakia rikkovalla tavalla.

## 4. Applen suhde sinuun

Apple Pay -ominaisuuden käyttösi on näiden Lisäehtojen sekä Apple Pay -kortista vastuussa olevan kortin myöntäjän, kauppiaan tai muun kolmannen osapuolen korttisopimuksen ehtojen alaista.

Samoin Lompakko-korttien käyttö Lompakossa on näiden Lisäehtojen sekä kyseisen kauppiaan, liikennelaitoksen, auto- tai lukkovalmistajan, yliopiston, hotellin, lomakohteen, risteilyaluksen, yrityksen, kortin myöntävän valtiollisen tahon tai muun kolmannen osapuolen sopimuksen ehtojen alaista.

Lukuun ottamatta tiettyjä alla kuvattuja Apple Payments Inc:n ("Apple Payments") tarjoamia Apple Pay -ominaisuuksia, Apple ei käsittele maksuja tai muita kuin maksuihin liittyviä toimintoja, jotka tehdään Apple Pay -korteilla. Apple ei hallitse eikä ole vastuussa mistään maksuista, takaisinveloituksista, palautuksista, hyvityksistä, rahansiirroista, bonuksista, arvosta, alennuksista, käytöstä, henkilöllisyyden vahvistamisesta, tilauksista, tilausten toimittamisista tai muista toiminnoista, jotka voivat aiheutua Apple Pay- tai Lompakko-ominaisuuden käytöstä.

Jos näiden Lisäehtojen ja kortin myöntäjän, kauppiaan, kortin myöntävän valtiollisen tahon tai muun kolmannen osapuolen sopimuksen ("**Kolmannen osapuolen sopimus**") ehdot ovat ristiriidassa keskenään, suhteesi Appleen on näiden Lisäehtojen ehtojen alaista, ja suhteesi kolmanteen osapuoleen on kyseisen Kolmannen osapuolen sopimuksen ehtojen alaista.

Hyväksyt, että Apple ei ole osallinen missään Kolmannen osapuolen sopimuksessa eikä Apple ole vastuussa: (a) minkään Tuetun kortin, ostoksen, tapahtuman, rahansiirron, tilauksen, tilauksen toimituksen, kuitin tai muun toiminnon sisällöstä, tarkkuudesta tai saatavilla olemisesta, kun käytät Apple Pay- tai Lompakko-ominaisuutta, mukaan lukien rajoituksetta sellaiset, jotka on tehnyt perheenjäsen tai muu henkilö, jonka kanssa olet jakanut Tuetut korttisi tai joilla on pääsy Laitteeseen; (b) luoton antamisesta tai luottokelpoisuuden selvittämisestä; (c) ajokortin tai valtiollisen henkilökortin myöntämisestä, lakkauttamisesta tai peruuttamisesta; (d) Apple Payn tai Lompakko-ominaisuuden käyttöösi liittyvistä myöntäjien, myyjien, apin kehittäjien tai muun kolmannen osapuolen toiminnoista; (e) myöntäjän, myyjän tai muun kolmannen osapuolen tekemistä Tuetun kortin Lompakkoon lisäämiseen liittyvistä päätöksistä; (f) jäsenyydestäsi tai osallistumisestasi mihinkään kauppiaan tai kumppanin ohjelmaan; (g) bonuksen tai arvon kertymisestä tai lunastamisesta Tuettuun korttiin liittyen; (h) Tuetun prepaid-kortin rahoittamisesta tai uudelleen lataamisesta; (i) henkilöiden välisten maksujen lähettämisestä tai vastaanottamisesta tai rahasiirroista eikä (j) rahan lataamisesta, lunastamisesta tai nostamisesta Apple Cash -kortilta.

Kun haet Apple Cardia, pyydät avaamaan tilin Apple Cardin myöntäjälle. Rahoituslaitos, joka on vastuussa Apple Card -kortin tarjoamisesta, voi muuttua, ja Apple Card -kortin käyttöäsi koskevat kyseisen rahoituslaitoksen käyttöehdot.

Kun otat Apple Cash -ominaisuudet käyttöön Apple Payssa, avaat tilin Green Dot Bank -pankkiin. Lukuun ottamatta Apple Paymentsin tarjoamia Apple Payn ominaisuuksia, kun lähetät tai vastaanotat henkilöiden välisiä maksuja tai lataat tai nostat rahaa Apple Cash -kortilta, Green Dot Bank on vastuussa rahan vastaanottamisesta ja lähettämisestä valitulle vastaanottajalle. Rahoituslaitos, joka on vastuussa Apple Cash -kortin ja henkilöiden välisten maksujen tarjoamisesta Apple Payssa, voi muuttua, ja näiden ominaisuuksien käyttöäsi koskevat kyseisen rahoituslaitoksen käyttöehdot.

Mahdollisuus käyttää Apple Cash -kortin varoja maksamiseen tietyille ehdot täyttäville valtuuttamillesi yrityksille ("Suoramaksupalvelu") on Apple Paymentsin tarjoama palvelu. Suoramaksupalvelun käyttöäsi koskevat Apple Paymentsin suoramaksun käyttöehdot. Lisäksi tietyt ehdot täyttävät yritykset voivat antaa sinun valtuuttaa ne maksamaan rahaa Apple Cash -kortillesi ("Maksu"). Vaikka Apple Payments voi käsitellä Maksuja, ne ovat varoja tarjoavien ohjelmaan osallistuvien yritysten tarjoamia, ja niitä voivat koskea tietyt maksavien yritysten lisäehdot. Kaikissa Tuettuihin kortteihin tai maksutapahtumiin liittyvissä erimielisyyksissä tai kysymyksissä ota yhteyttä kortin myöntäneeseen tahoon, kauppiaaseen, kortin myöntäneeseen valtiolliseen tahoon, apin kehittäjään tai muuhun kolmanteen osapuoleen. Jos sinulla on kysyttävää Apple Paysta, Lompakosta, Apple Card- tai Apple Cash -kortista tai henkilöiden välisistä

maksuista, ota yhteys Applen tukeen.

### 5. Tietosuoja

Apple kerää ja käyttää henkilötietoja noudattaen Applen tietosuojakäytäntöä, joka on saatavilla osoitteessa https://www.apple.com/fi/legal/privacy/. Saat lisätietoja Apple Payn ja Lompakon käytön yhteydessä kerätyistä, käytetyistä tai jaetuista tiedoista lukemalla vastaavan palvelun erityiset tietosuojahuomautukset, mukaan lukien Tietoja Apple Paysta ja yksityisyydensuojasta, jota voidaan tarkastella laitteessasi tai pariksi asetetun laitteen Watch-apista tai vierailemalla sivustolla https://www.apple.com/fi/legal/privacy/. Käyttämällä Apple Pay- ja Lompakko-ominaisuutta hyväksyt, että Apple, sen tytäryhtiöt ja edustajat välittävät, keräävät, ylläpitävät, käsittelevät ja käyttävät näitä tietoja näiden Palvelujen tarjoamiseen.

### 6. Turvallisuus, kadonneet tai käytöstä poistetut laitteet

TUETTUJEN LAITTEIDESI JA TUNNISTETIETOJESI SUOJAAMINEN KUIN OIKEAA LOMPAKKOASI JA KORTTEJASI

Apple Pay ja Lompakko tallentavat virtuaaliset kuvat Tuetuista korteistasi ja niiden tulisi olla yhtä hyvin suojattu kuin oikea lompakkosi ja avaimesi ja oikeat luotto-, pankki-, prepaid-, henkilö- ja muut korttisi. Ainoastaan sinä olet vastuussa Laitteidesi ja Apple ID:si, Touch ID:si ja Face ID:si tietojen, tuetun laitteen / tuettujen Laitteiden pääsykoodin ja muiden Palveluiden yhteydessä käytettävien todentautumistietojen (yhdessä "Tunnistetiedot") turvassa pitämisestä. Jos valtuutat tai sallit kenen tahansa muun käyttää tuettua Laitetta (*esim.* antamalla Laitteen pääsykoodisi kolmannelle osapuolelle, antamalla kolmannen osapuolen lisätä sormenjälkensä Touch ID:n käyttöä varten tai ottaa käyttöön Face ID:n tai muutoin tarjoamalla jonkin Tunnistetiedoistasi kolmannelle osapuolelle), henkilö voi tehdä maksuja, lähettää, pyytää tai vastaanottaa henkilöiden välisiä maksuja, nostaa rahaa Apple Cash -kortilta, vastaanottaa tai lunastaa etuja, käyttää arvoa, avata tai muulla tavoin käyttää autoasi, huonettasi, toimistoasi tai kotiasi, käyttää henkilöllisyyttäsi tai tehdä muita toimintoja Lompakossa olevilla Tuetuilla korteilla. Siinä tapauksessa olet vastuussa kaikista kyseisen henkilön tekemistä maksuista, käytöistä ja toiminnoista.

JAILBREAK-LAITTEET

Jos teet luvattomia muokkauksia Laitteeseesi, kuten poistat käytöstä laitteiston tai ohjelmiston säätimiä (tästä käytetään usein termiä "jailbreaking"), Laitteesi ei välttämättä ole enää oikeutettu käyttämään Palveluita. Hyväksyt, että muokatun Laitteen käyttö Palveluiden yhteydessä on nimenomaisesti kiellettyä, aiheuttaa näiden Lisäehtojen rikkomisen ja on meille peruste kieltää tai rajoittaa Palveluiden käyttöäsi.

MUUT SUOJAUSTOIMENPITEET

Sinun on ehkä otettava käyttöön muita suojaustoimenpiteitä, kuten Apple ID:n kaksiosainen todentaminen, jotta voit käyttää tiettyjä Apple Payn ominaisuuksia, kuten Apple Card- ja Apple Cash -korttia sekä henkilöiden välisiä maksuja Apple Payssa. Jos poistat myöhemmin kyseiset suojausominaisuudet, et voi välttämättä jatkaa näiden Apple Payn ominaisuuksien käyttöä. Käyttämääsi henkilökorttiin liitetyn Face ID:n tai Touch ID:n poistaminen edellyttää, että teet henkilökortin koko liittämisprosessin.

KADONNEET TAI VARASTETUT LAITTEET

Jos Laitteesi häviää tai varastetaan ja sinulla on Etsi-ominaisuus käytössä, voit yrittää lopettaa sen avulla mahdollisuuden käyttää laitteella olevaa virtuaalista Tuettua korttia tai lähettää henkilöiden välisiä maksuja asettamalla Laitteen Kadonnut-tilaan. Jos Laitteesi on Kadonnut-tilassa, autosi avain voidaan

poistaa käytöstä Lompakossa, etkä enää voi avata tai käynnistää autoasi, kun olet poistunut sen luota tai sammuttanut moottorin. Kadonnut-tila vaikuttaa vain kadonneessa Laitteessa oleviin avaimiin. Jos olet omistaja, et voi enää jakaa auton avainta tai kotiavaimia muiden kanssa, mutta muille heidän laitteisiinsa jo jakamasi avaimet pysyvät ennallaan.

Voit myös tyhjentää Laitteesi sisällön, jolloin se yrittää lopettaa mahdollisuuden käyttää Laitteella olevia virtuaalisia Tuettuja kortteja tai lähettää henkilöiden välisiä maksuja. Sinun tulisi myös ottaa yhteyttä Tuetut maksukortit myöntäneeseen tahoon, kauppiaaseen tai muuhun vastuussa olevaan kolmanteen osapuoleen ja Apple Card- tai Apple Cash -kortin tapauksessa Appleen estääksesi Tuettujen korttien luvattoman käytön Apple Payssa ja Lompakossa.

Jos raportoit tai jos Apple epäilee laittomuuksia tai väärinkäyttöä, sitoudut tekemään Applen kanssa yhteistyötä tutkimuksissa ja käyttämään kaikkia petoksenestämistoimenpiteitä, jotka Apple esittää.

## 7. Vastuun rajoitus

LISENSSISSÄ OLEVIEN VASTUUNVAPAUTUKSIEN JA VASTUUN RAJOITUKSIEN LISÄKSI APPLE EI OTA MINKÄÄNLAISTA VASTUUTA APPLE PAY- TAI LOMPAKKO-OMINAISUUDELLA TEHDYISTÄ OSTOKSISTA, MAKSUISTA, RAHASIIRROISTA, TILAUKSISTA, TILAUSTEN TOIMITTAMISISTA, KUITTIEN TIEDOISTA, KÄYTÖSTÄ, HENKILÖLLISYYDEN VAHVISTAMISESTA, TAPAHTUMISTA TAI MUISTA TOIMINNOISTA JA HYVÄKSYT, ETTÄ SELVITÄT KAIKKI TUETTUIHIN KORTTEIHISI, HENKILÖIDEN VÄLISIIN MAKSUIHIN JA NIIHIN LIITTYVIIN MAKSUTAPAHTUMIIN LIITTYVÄT KYSYMYKSET JA ERIMIELISYYDET KORTTISI MYÖNTÄJÄN, MAKSUNVÄLITTÄJÄN, RAHOITUSLAITOKSEN, KAUPPIAAN, APIN KEHITTÄJÄN, KORTIN MYÖNTÄNEEN VALTIOLLISEN TAHON TAI MUUN KOLMANNEN OSAPUOLEN KANSSA.

— — — — — — — — — —

## APPLEN ILMOITUKSET

Jos Applen on otettava sinuun yhteyttä koskien tuotettasi tai tiliäsi, suostut vastaanottamaan ilmoituksia sähköpostitse. Hyväksyt, että tällaiset mahdollisesti lähettämämme sähköiset ilmoitukset täyttävät kaikki laillisen viestinnän vaatimukset.

**NORSK**

**VIKTIG: VED Å BRUKE EN iPHONE, iPAD ELLER iPOD TOUCH («ENHET») SAMTYKKER DU I Å VÆRE BUNDET AV FØLGENDE BETINGELSER:**

**A.  PROGRAMVARELISENSAVTALE FOR APPLE iOS OG iPadOS**
**B.  TILLEGGSVILKÅR FOR APPLE PAY**
**C.  KOMMUNIKASJON FRA APPLE**

**APPLE INC.**
**iOS- OG iPadOS-PROGRAMVARELISENSAVTALE**
**Enkeltbrukslisens**

**LES DENNE PROGRAMVARELISENSAVTALEN (LISENSEN) NØYE FØR DU BEGYNNER Å BRUKE ENHETEN ELLER LASTER NED PROGRAMVAREOPPDATERINGEN SOM LEVERES SAMMEN MED DENNE LISENSEN. VED Å BRUKE ENHETEN ELLER LASTE NED EN PROGRAMVAREOPPDATERING AKSEPTERER DU SAMTIDIG Å VÆRE BUNDET AV BESTEMMELSENE I DENNE LISENSEN. HVIS DU IKKE ER ENIG I BESTEMMELSENE I DENNE LISENSEN, KAN DU IKKE BRUKE ENHETEN ELLER LASTE NED PROGRAMVAREOPPDATERINGEN**

**HVIS DU NYLIG HAR KJØPT EN ENHET OG DU IKKE ER ENIG I BESTEMMELSENE I DENNE LISENSEN, KAN DU RETURNERE ENHETEN INNENFOR RETURPERIODEN TIL APPLE STORE-BUTIKKEN ELLER DEN AUTORISERTE DISTRIBUTØREN DU KJØPTE ENHETEN FRA. PRODUKTRETUR ER UNDERLAGT APPLES RETNINGSLINJER FOR PRODUKTRETUR, SOM DU KAN LESE PÅ https://www.apple.com/legal/sales-support/.**

**1. Generelt**
A. Programvaren (inkludert Boot ROM-kode, innebygd programvare og tredjepartsprogramvare), dokumentasjon, grensesnitt, innhold, fonter og data som følger med din enhet («Original Apple-programvare»), som kan oppdateres eller erstattes av funksjonsforbedringer, programvareoppdateringer, sikkerhetssvar, systemfiler eller systemgjenopprettingsprogramvare levert av Apple for din enhet eller støttet ekstern enhet («Apple-programvareendringer»), enten det er i skrivebeskyttet minne på andre medier eller i annen form (den originale Apple-programvaren og Apple-programvareendringene refereres til som «Apple-programvaren»), er lisensiert, ikke solgt, til deg av Apple Inc. («Apple») kun for bruk under vilkårene i denne lisensen. («Apple») og må kun brukes i samsvar med vilkårene i denne avtalen, og Apple og Apples lisensgivere beholder eierskapet til Apple-programvaren og forbeholder seg alle rettigheter som ikke uttrykkelig overføres til deg. Du godtar at vilkårene i denne lisensen skal gjelde for alle apper som har Apple-merket og er innebygd i enheten din, med mindre den aktuelle appen har egen lisens, som i så fall skal gjelde for din bruk av appen.

(b) Apple kan etter eget skjønn gjøre tilgjengelige fremtidige Apple-programvareendringer. }Apple-programvareendringer, hvis noen, inkluderer ikke nødvendigvis alle eksisterende programvarefunksjoner eller nye funksjoner som Apple lanserer for nyere eller andre modeller av enheter. Vilkårene i denne lisensen vil regulere alle Apple-programvareendringer levert av Apple, med mindre slike Apple-programvareendringer er ledsaget av en separat lisens, i så fall vil vilkårene i denne lisensen gjelde.

(c) Hvis du bruker ekspresskonfigureringsfunksjonen til å konfigurere en ny enhet basert på din eksisterende enhet, samtykker du til at vilkårene i denne lisensavtalen gjelder for bruken av Apple-programvare på den nye enheten, med mindre den følges av en egen lisens. Hvis det er tilfellet, samtykker du til at vilkårene i den lisensen gjelder. Apple-programvaren vil med jevne mellomrom sjekke med Apple om Apple-programvareendringer. Hvis en endring er tilgjengelig, kan endringen automatisk

lastes ned og installeres på enheten din og, hvis aktuelt, eksterne enheter. **Ved å bruke Apple-programvaren godtar du at Apple kan laste ned og installere automatiske Apple-programvareendringer på enheten og eksterne enheter.** Du kan slå av automatisk installering av operativsystemoppdateringer og raske sikkerhetssvar når som helst ved å justere Automatiske oppdateringer som finnes i Innstillinger > Generelt > Porgramvareoppdatering. Noen systemfiler (inkludert, uten begrensning, oppdaterte fonter, språkmodeller, stemmeressurser og fastvare for eksterne enheter) kan fortsette å bli installert automatisk, for eksempel når du slår på eller bruker visse funksjoner og periferiutstyr, eller for å adressere juridiske, regulatoriske, offentlige sikkerhet eller tekniske hensyn.

**2. Tillatt bruk og restriksjoner.**

(a) I henhold til vilkårene og betingelsene i denne lisensen får du en begrenset, ikke-eksklusiv lisens til å bruke Apple-programvaren på én enkelt Apple-merket enhet. Bortsett fra slik det gis tillatelse til i del 2(b) nedenfor, og med mindre annet er angitt i en separat avtale mellom deg og Apple, tillater ikke lisensavtalen at Apple-programvaren eksisterer på flere enn én Apple-merket enhet om gangen, og det er ikke tillatt å distribuere Apple-programvaren eller gjøre Apple-programvaren tilgjengelig over et nettverk der den kan brukes av flere enheter samtidig. Denne lisensen gir deg ingen rett til å bruke grensesnitt og annen immateriell eiendom som Apple eier, i design, utvikling, framstilling, lisensiering eller distribusjon av enheter, tilbehør eller programvare for tredjeparter, for bruk sammen med enheter. Rett til bruk av enkelte elementer er tilgjengelig under separate lisenser fra Apple. Hvis du vil ha mer informasjon om utvikling av enheter og tilbehør for tredjeparter, for bruk sammen med enheter, kan du gå til https://developer.apple.com/programs/mfi/. Hvis du vil vite mer om utvikling av programvare for bruk sammen med enheter, kan du gå til https://developer.apple.com.

(b) Underlagt vilkårene og betingelsene i denne avtalen har du en begrenset, ikke-eksklusiv lisens til å laste ned Apple-programvareendringer som kan gjøres tilgjengelig av Apple for din modell av enheten for å oppdatere eller gjenopprette programvaren på slik enhet du eier eller kontroll. Denne lisensen tillater ikke at du oppdaterer eller gjenoppretter enheter som du ikke kontrollerer eller eier, og du kan ikke distribuere eller gjøre Apple-programvareendringene tilgjengelige over et nettverk der de kan brukes av flere enheter eller flere datamaskiner samtidig. Hvis du laster ned en Apple-programvareoppdatering til datamaskinen, kan du lage én kopi av Apple-programvareendringene som er lagret på datamaskinen i maskinlesbar form kun for sikkerhetskopiering, forutsatt at sikkerhetskopien må inneholde alle merknader om opphavsrett eller andre eiendomsrettigheter på den opprinnelige.

(c) I den grad Apple har forhåndsinstallert apper med Apple-merket fra App Store på enheten din på kjøpstidspunktet («forhåndsinstallerte apper»), må du logge på App Store og knytte de forhåndsinstallerte appene til App Store-kontoen din for å bruke dem på enheten. Når du knytter én forhåndsinstallert app til App Store-kontoen, blir alle andre forhåndsinstallerte apper på enheten tilknyttet automatisk. Ved å velge å knytte forhåndsinstallerte apper til App Store-kontoen godtar du at Apple kan overføre, innhente, vedlikeholde, behandle og bruke både Apple-ID-en som brukes til App Store-kontoen, og en unik maskinvareidentifikator som innhentes fra enheten, som unike kontoidentifikatorer for å bekrefte hvorvidt forespørselen din er berettiget og gi deg tilgang til de forhåndsinstallerte appene via App Store. Hvis du ikke ønsker å bruke en forhåndsinstallert app, kan du når som helst slette den fra enheten.

(d) Du kan ikke, og du går med på å ikke legge til rette for at andre skal kunne kopiere (bortsett fra slik det eksplisitt tillates i denne lisensen), dekompilere, dekode, dele opp, forsøke å avlede kildekoden fra, modifisere, dekryptere eller skape avlede åndsverk med utgangspunkt i Apple-programvaren eller tjenester som tilbys av Apple-programvaren, eller deler av disse (unntatt hvis og kun i den utstrekning forannevnte restriksjoner er forbudt ved lov eller det tillates i lisensvilkår som gjelder for bruk av åpen kildekode-komponenter som kan følge med Apple-programvaren). Du samtykker i at informasjon om eierskap (herunder informasjon om varemerker og opphavsrett) som vises på eller som befinner seg i Apple-programvaren, ikke skal fjernes, skjules eller endres.

(e) Apple-programvaren kan brukes til å reprodusere materiale så lenge denne bruken begrenses til materiale som ikke er opphavsrettslig beskyttet, materiale du eier opphavsretten til, eller materiale du er autorisert eller har lovlig adgang til å reprodusere. Du har, uavhengig av det forannevnte, ikke tillatelse til å republisere, overføre på nytt eller reprodusere bilder du får tilgang til gjennom News eller Kart, som separate filer. Alle immaterielle rettigheter og juridiske eierskapsrettigheter i og til innhold som vises av, lagres på eller som det gis tilgang til via enheten, tilhører innholdets respektive eiere. Slikt innhold kan være beskyttet av lover om opphavsrettigheter og eierskap og kan i tillegg være underlagt bruksbetingelser fra tredjeparter som gir tilgang til slik innhold. Med mindre annet angis her, gir lisensen deg ingen rett til bruk av slikt innhold og ingen garanti for at slikt materiale skal fortsette å være tilgjengelig for deg.

(f) I henhold til vilkårene og betingelsene i denne lisensen kan du: (i) bruke Memoji-tegnene som er inkludert i eller opprettet med Apple-programvaren («Systemtegn») (1) mens du kjører Apple-programvaren og (2) for å lage ditt eget originale innhold og prosjekter for personlig, ikke-kommersiell bruk; og (ii) bruke Live Captions automatisk generert på enheten i sanntid av Apple-programvaren («Live Captions»), enten generert under en FaceTime-samtale eller på annen måte, kun for din personlige, ikke-kommersielle bruk. Ingen annen bruk av systemtegnene eller Live Captions er tillatt i henhold til denne lisensen, inkludert, men ikke begrenset til bruk, reproduksjon, visning, fremføring, innspilling, publisering eller redistribuering av noen av systemtegnene eller Live Captions i profitt, ikke-profitt, offentlig deling eller kommersiell kontekst.

(g) For å kunne utføre enkelte app- og/eller nettstedssnarveier, er det mulig at Apple-programvaren trenger tilgang til bestemte apper, tjenester eller nettsteder fra tredjeparter på enheten din. Du godtar uttrykkelig slik bruk i den grad det er nødvendig for å utføre snarveien med Apple-programvaren.

(h) Du godtar å bruke Apple-programvaren og tjenestene (slik dette defineres i del 5 nedenfor) i samsvar med alle gjeldende lover, inkludert lokale lover i landet eller regionen du bor i eller befinner deg i når du laster ned eller bruker Apple-programvaren og -tjenester. Funksjoner i Apple-programvaren og -tjenestene er ikke alltid tilgjengelige på alle språk eller i alle områder, enkelte funksjoner kan variere etter område, og enkelte kan være forbudt eller ikke tilgjengelige fra tjenesteleverandøren. Enkelte funksjoner i Apple-programvare og -tjenester krever Wi-Fi- eller mobildatatilkobling.

(i) Bruk av App Store krever at du bruker et unikt brukernavn og et passord, kjent som en Apple-ID. En Apple-ID kreves også for å få tilgang til appoppdateringer og enkelte av funksjonene i Apple-programvaren og -tjenestene.

(j) Du godtar at mange funksjoner, medfølgende apper og tjenester i Apple-programvaren overfører data, at dette kan medføre at dataabonnementet ditt belastes, og at du er ansvarlig for å betale denne kostnaden. Du kan se og kontrollere hvilke applikasjoner som har tillatelse til å bruke mobildata, og se et estimat over hvor mye data slike applikasjoner har brukt, i mobildatainnstillingene. I tillegg bytter Wi-Fi-hjelp automatisk til mobildata når du har dårlig Wi-Fi-forbindelse, noe som kan resultere i større forbruk av mobildata og påvirke prisen på dataabonnementet ditt. Wi-Fi-hjelp er aktivert som standard, men kan deaktiveres i Innstillinger. Hvis du vil ha mer informasjon, kan du lese i brukerhåndboken for enheten.

(k) Hvis du velger å tillate automatisk oppdatering av apper, vil enheten med jevne mellomrom søke etter oppdateringer hos Apple for appene på enheten, og hvis en oppdatering er tilgjengelig, blir den automatisk lastet ned og installert på enheten din. Du kan når som helst slå av automatisk oppdatering av apper ved å gå til Innstillinger, trykke på iTunes og App Store og slå av Oppdateringer under Automatiske nedlastinger.

(l) Bruk av enheten under visse omstendigheter kan distrahere deg og skape farlige situasjoner (du bør

for eksempel unngå å skrive tekstmeldinger mens du kjører bil eller bruke hodetelefoner mens du sykler). Når du bruker enheten, godtar du at du skal følge bestemmelser som forbyr eller begrenser bruken av mobiltelefon eller hodetelefoner (for eksempel bestemmelsen om å bruke enheten håndfritt når du snakker i telefonen mens du kjører bil).

(m) Enkelte funksjoner i Apple-programvaren kan forsøke å gi hjelp i sikkerhetsrelaterte situasjoner, for eksempel sikkerhetsrelaterte deteksjonsfunksjoner og koble deg til nødtjenester (som tilgjengelig). Apple garanterer ikke tilgjengeligheten, nøyaktigheten, fullstendigheten, påliteligheten eller aktualiteten til slike funksjoner. Disse funksjonene er ikke ment å kun stole på i situasjoner der mer umiddelbar eller effektiv hjelp er tilgjengelig og kan oppnås. Du godtar å bruke disse funksjonene på egen risiko og utøve uavhengig dømmekraft, og at Apple, dets tilknyttede selskaper, agenter eller oppdragsgivere ikke skal ha noe ansvar overfor deg for din bruk av disse funksjonene og eventuelle konsekvenser i den grad det er tillatt ved lov.

(n) Enheten din er ikke en medisinsk enhet og skal ikke brukes som en erstatning for profesjonell medisinsk vurdering. Den er ikke utviklet eller beregnet for å diagnostisere sykdom eller andre tilstander, eller for å behandle, lindre, kurere eller forhindre tilstander eller sykdom. Ta kontakt med legen din før du tar avgjørelser som angår helsen din.

**3. Overføring.** Det er ikke tillatt å leie ut, lease, låne bort, selge, videreformidle eller viderelisensiere Apple-programvaren. Det er imidlertid lov å overføre, én gang og på permanent basis, alle lisensrettigheter du har til Apple-programvaren, til en annen part ved overføring av eierskapet til enheten under forutsetning av at: (a) overføringen inkluderer enheten og alle deler av Apple-programvaren, inkludert denne lisensavtalen, og (b): at ingen kopier av Apple-programvaren beholdes, helt eller delvis, inkludert kopier som er lagret på en datamaskin eller annen lagringsenhet, og (c): parten som overtar Apple-programvaren leser og godtar betingelsene og vilkårene i denne lisensavtalen.

**4. Samtykke til bruk av data.** Når du bruker enheten, blir telefonnummeret ditt og bestemte unike identifikatorer for enheten sendt til Apple, slik at andre kan kontakte deg på telefonnummeret ditt via ulike kommunikasjonsfunksjoner i Apple-programvaren, som iMessage og FaceTime. Når du bruker iMessage, kan det hende at Apple beholder meldingene i kryptert form i en begrenset periode for å sikre at de blir levert. Du kan slå av FaceTime- eller iMessage-tjenesten ved å gå til innstillingene for FaceTime eller Meldinger på enheten. Visse funksjoner, som Analyse, Stedstjenester, Siri og Diktering, kan kreve informasjon fra enheten for at de respektive funksjonene skal kunne benyttes. Når du slår på eller bruker disse funksjonene, vil du få opplysninger om hva slags informasjon som blir sendt til Apple, og hvordan den blir brukt. Du finner mer informasjon på https://www.apple.com/legal/privacy/. Opplysningene dine blir behandlet i samsvar med Apples retningslinjer for personvern, som du kan lese på: https://www.apple.com/legal/privacy/.

**5. Tjenester og materiale fra tredjeparter.**
(a) Apple-programvaren kan gi tilgang til Apples iTunes Store, App Store, Apple Books, Game Center, iCloud, Kart, News, Fitness+ og andre tjenester og nettsteder fra Apple og tredjeparter (samlet og individuelt kalt «tjenester»). Bruk av disse tjenestene krever internettilgang, og bruk av enkelte tjenester kan kreve at du har en Apple-ID og at du godtar ytterligere tjenestevilkår, og det kan medføre ekstra kostnader. Ved å bruke denne programvaren i forbindelse med en Apple-ID eller andre Apple-tjenester godtar du tjenestevilkårene som gjelder for tjenesten, for eksempel de nyeste Apple Media Services-vilkårene for landet eller området der du får tilgang til slike tjenester, som du kan lese på https://www.apple.com/legal/internet-services/itunes/.

(b) Hvis du registrerer deg for iCloud, kan du få tilgang til enkelte iCloud-funksjoner, for eksempel «iCloud Drive», «Min bildestrøm», «Delte albumer» og «Hvor er?», direkte fra Apple-programvaren. Du erkjenner og samtykker i at din bruk av iCloud og disse funksjonene er underlagt de gjeldende vilkårene

og betingelsene for iCloud-tjenesten, som er tilgjengelig her: https://www.apple.com/legal/internet-services/icloud/.

(c) Innhold i News-appen. Din bruk av innhold du har tilgang til i News-appen, er begrenset til personlig, ikke-kommersiell bruk og gir deg ingen rettighet til innholdet, og du har heller ingen kommersiell rettighet eller markedsføringsrettighet tilknyttet slikt innhold.

(d) Kart. Kart-tjenesten og -funksjonene i Apple-programvaren («Kart»), herunder kartdatadekning, kan variere fra område til område. Når du slår på eller bruker Kart, vil du få opplysninger om hva slags informasjon som blir sendt til Apple, og hvordan den blir brukt. Du erkjenner og samtykker i at din bruk av Kart er underlagt de gjeldende vilkårene for Kart-tjenesten, som er tilgjengelig på Hjem-kortet i Kart på iPhone.

(e) Du er innforstått med at du ved å bruke hvilken som helst av tjenestene, kan komme over innhold som kan anses som støtende, uanstendig eller upassende, og med språkbruk som kan oppfattes som utilslørt og direkte, og at søk eller innskriving av en bestemt URL automatisk og utilsiktet kan opprette lenker eller referanser til støtende materiale. Likevel godtar du at din bruk av tjenestene fullt ut er på din egen risiko og at Apple og Apples samarbeidspartnere, representanter, agenturgivere eller lisensgivere ikke har noe ansvar overfor deg for innhold som kan anses anstøtelig, uanstendig eller upassende.

(f) Enkelte tjenester kan vise, omfatte eller gjøre tilgjengelig data, informasjon, apper eller materiale fra tredjeparter («materiale fra tredjeparter») eller lenker til nettsteder fra enkelte tredjeparter. Du er innforstått med, og sier deg enig i, at Apple ikke er ansvarlig for å undersøke eller vurdere innhold, nøyaktighet, fullstendighet, gyldighet, validitet, overholdelse av opphavsrett, lovlighet, anstendighet eller kvalitet eller noe annet aspekt av slikt materiale fra tredjeparter eller slike nettsteder. Apple, dets ledere, samarbeidspartnere og datterselskaper vil ikke innestå for eller støtte og vil ikke påta seg eller ha noe som helst ansvar overfor deg eller andre for noen tredjeparters tjenester, materiale fra tredjeparter eller nettsteder, eller for noen andre materialer, produkter eller tjenester fra tredjeparter. Materiale fra tredjeparter og lenker til andre nettsteder gis kun i tjenesteøyemed.

(g) Verken Apple eller noen av Apples innholdsleverandører garanterer for tilgjengeligheten, nøyaktigheten, fullstendigheten, påliteligheten eller aktualiteten av informasjon om aksjer, stedsinformasjon eller annen informasjon som kan vises av tjenester. Økonomisk informasjon som vises av tjenester, er kun for generelle informasjonsformål, og bør ikke brukes som investeringsråd. Før du utfører investeringer basert på informasjon du har fått via tjenestene, bør du konsultere en økonomisk rådgiver som er juridisk kvalifisert til å gi råd om økonomi og verdipapirer i landet eller området du bor i. Plasseringsdata levert av noen tjenester, inkludert Apple Kart-tjenesten, er kun gitt for grunnleggende navigasjons- og planleggingsformål og er ikke ment å stole på i situasjoner der nøyaktig plasseringsinformasjon er nødvendig eller hvor feilaktig, unøyaktig, tidsforsinket eller ufullstendige stedsdata kan føre til død, personskade eller skade på eiendom eller miljø. Du samtykker i at informasjon du får fra Kart-tjenesten, kan avvike fra faktiske vei- eller terrengforhold grunnet faktorer som kan påvirke presisjonen i Kart-dataene, blant annet, men ikke begrenset til, værforhold, vei- og trafikkforhold og geopolitiske hendelser. Ivareta din egen sikkerhet når du bruker navigeringsfunksjonen ved å alltid være oppmerksom på veiskilt og kjøreforhold. Kjør til enhver tid defensivt og i henhold til trafikkreglene, og vær oppmerksom på at veianvisninger for gående og syklende ikke alltid inkluderer egne gang- eller sykkelveier.

(h) I den grad du bruker tjenestene til å laste opp innhold, bekrefter du at du eier alle rettigheter til, eller har tillatelse til eller på annen måte har lovlig tilgang til å laste opp, slikt innhold og at slikt innhold ikke bryter noen av tjenestevilkårene som gjelder for tjenestene. Du godtar at tjenestene inneholder proprietært innhold, informasjon og materiale som eies av Apple, nettstedeieren og/eller deres lisensgivere, og er beskyttet av gjeldende regelverk for immaterielle rettigheter og andre lover, inkludert,

men ikke begrenset til lover om opphavsrett. Du samtykker til at du ikke vil bruke slikt proprietært innhold eller slikt materiale utover de tillatte anvendelser av tjenestene eller på noen som helst måte som ikke er i samsvar med vilkårene i denne lisensavtalen eller som krenker en tredjeparts eller Apples immaterielle rettigheter. Ingen deler av tjenestene skal kopieres eller reproduseres i noen som helst form eller på noen som helst måte. Du forplikter deg til ikke å endre, leie ut, låne bort, selge, distribuere eller skape avledede verker basert på tjenestene på noen som helst måte, og til ikke å utnytte tjenestene på noen som helst uautorisert måte, inkludert, men ikke begrenset til å bruke tjenestene til å overføre datavirus, ormer, trojanske hester eller annen skadelig programvare, eller ved eiendomskrenkelse eller overbelastning av nettverkskapasitet. Du sier deg videre enig i å ikke bruke tjenestene til på noen måte å sjikanere, fornærme, forfølge, true, injuriere eller på andre måte krenke rettighetene til en annen part, og at Apple ikke på noen måte er ansvarlig om du skulle bruke tjenestene slik eller hvis du skulle motta sjikanerende, truende, injurierende, krenkende eller ulovlige meldinger eller overføringer som en følge av bruk av tjenestene.

(i) I tillegg er det mulig at slike tjenester og materiale fra tredjeparter ikke er tilgjengelig på alle språk eller i alle land eller områder. Apple gir ingen garantier for at slike tjenester og materiale fra tredjeparter er passende eller tilgjengelig for bruk på et bestemt sted. I den grad du velger å bruke eller få tilgang til slike tjenester eller slikt materiale fra tredjeparter, gjør du det på eget initiativ og er selv ansvarlig for å følge gjeldende lover, inkludert, men ikke begrenset til, gjeldende lokal lovgivning og lovgivning som angår personvern og datainnsamling. Deling eller synkronisering av bilder via enheten kan føre til at metadata, herunder dybdeinformasjon og data om hvor og når bildet ble tatt, overføres med bildene. Bruk av Apple-tjenester (for eksempel iCloud-bildebibliotek) til å dele eller synkronisere slike bilder innebærer at Apple vil motta og lagre slik metadata. Apple og Apples lisensgivere forbeholder seg retten til å endre, oppheve, fjerne eller deaktivere tilgang til hvilken som helst tjeneste når som helst og uten varsel. Under ingen omstendigheter vil Apple være ansvarlig for følgene av å ha fjernet eller deaktivert tilgang til en slik tjeneste. Apple kan også innføre begrensninger på bruk av eller tilgang til enkelte tjenester, i begge tilfellene uten varsel eller ansvar.

**6. Opphør.** Denne avtalen gjelder til den opphører. Dine rettigheter under denne lisensavtalen vil også opphøre automatisk eller på andre måter slutte å gjelde uten varsel fra Apple hvis du bryter noen som helst av vilkårene i denne avtalen. Når denne avtalen opphører, skal du slutte å bruke Apple-programvaren. Punkt 4, 5, 6, 7, 8, 9, 10, 12 og 13 i denne lisensen gjelder selv om avtalen opphører.

### 7. Garantifraskrivelse
7.1     Hvis du er en forbrukerkunde (en kunde som ikke bruker Apple-programvaren i jobbsammenheng), er det mulig at du har juridiske rettigheter i landet ditt som medfører at følgende begrensninger ikke gjelder for deg, og der dette er tilfelle, gjelder ikke disse begrensningene for deg. Hvis du vil ha mer informasjon om rettighetene dine, tar du kontakt med en rådgivningsorganisasjon for forbrukere.

7.2     DU ERKJENNER OG SAMTYKKER UTTRYKKELIG I AT, I DEN GRAD DET TILLATES AV GJELDENDE LOV, BRUKEN AV APPLE-PROGRAMVAREN OG EVENTUELLE TJENESTER SOM UTFØRES AV BRUKES VIA APPLE-PROGRAMVAREN, FULLT OG HELT SKJER PÅ DIN EGEN RISIKO, OG AT HELE RISIKOEN MED HENSYN TIL TILFREDSSTILLENDE KVALITET, YTELSE, NØYAKTIGHET OG PRESTASJON LIGGER HOS DEG.

7.3     APPLE-PROGRAMVAREN OG -TJENESTENE LEVERES SOM DE ER OG SLIK DE ER TILGJENGELIGE, MED EVENTUELLE FEIL OG UTEN GARANTI AV NOE SLAG, OG APPLE OG APPLES LISENSGIVERE (I AVSNITT 7 OG 8 BETEGNES DISSE PARTENE SAMLET SOM «APPLE») FRASKRIVER SEG MED DETTE UTTRYKKELIG ETHVERT GARANTIANSVAR FOR APPLE-PROGRAMVAREN OG -TJENESTENE, INKLUDERT, MEN IKKE BEGRENSET TIL, UNDERFORSTÅTTE GARANTIER OM SALGBARHET, TILFREDSSTILLENDE KVALITET, ANVENDELIGHET FOR ET SPESIELT FORMÅL SAMT GARANTIER FOR AT TREDJEPARTS RETTIGHETER IKKE KRENKES.

7.4     APPLE GARANTERER IKKE AT APPLE-PROGRAMVAREN OG -TJENESTENE KOMMER TIL Å INNFRI FORVENTNINGENE DINE, AT FUNKSJONENE I ELLER TJENESTER SOM UTFØRES AV ELLER GIS AV APPLE-PROGRAMVAREN, VIL TILFREDSSTILLE DINE KRAV, AT APPLE-PROGRAMVAREN OG TJENESTENE VIL VIRKE UTEN AVBRUDD ELLER FEILFRITT, AT TJENESTER VIL FORTSETTE Å VÆRE TILGJENGELIG, AT FEIL I APPLE-PROGRAMVAREN ELLER TJENESTENE VIL BLI UTBEDRET ELLER AT APPLE-PROGRAMVAREN VIL VÆRE KOMPATIBEL MED PROGRAMVARE OG TJENESTER FRA TREDJEPARTER. INSTALLERING AV DENNE APPLE-PROGRAMVAREN KAN PÅVIRKE TILGJENGELIGHETEN AV OG MULIGHETEN TIL Å BRUKE PROGRAMVARE, APPER ELLER TJENESTER FRA TREDJEPARTSLEVERANDØRER SAMT APPLE-PRODUKTER OG -TJENESTER.

7.5     I TILLEGG SAMTYKKER DU I AT APPLE-PROGRAMVAREN OG -TJENESTENE IKKE ER BEREGNET TIL ELLER KAN BRUKES I SITUASJONER ELLER OMGIVELSER HVOR DET AT APPLE-PROGRAMVAREN ELLER TJENESTENE SLUTTER Å FUNGERE, ELLER DET ER FEIL, FORSINKELSER ELLER UNØYAKTIGHETER I INNHOLDET, DATA ELLER INFORMASJONEN SOM OPPGIS AV APPLE-PROGRAMVAREN ELLER TJENESTENE, KAN FØRE TIL DØD, PERSONSKADE, ALVORLIGE FYSISKE SKADER ELLER MILJØØDELEGGELSER, INKLUDERT, MEN IKKE BEGRENSET TIL, DRIFT AV KJERNEKRAFTVERK, SYSTEMER FOR NAVIGASJON, TRAFIKKSTYRING OG KOMMUNIKASJON INNENFOR LUFTFART, MEDISINSK UTSTYR OG VÅPENSYSTEMER.

7.6     INGEN MUNTLIG ELLER SKRIFTLIG INFORMASJON ELLER RÅD SOM GIS AV APPLE ELLER AV EN APPLE-AUTORISERT REPRESENTANT, SKAL SKAPE NOEN GARANTIFORPLIKTELSER. SKULLE DET VISE SEG Å VÆRE FEIL VED APPLE-PROGRAMVAREN ELLER TJENESTENE, MÅ DU (OG IKKE APPLE ELLER EN AV APPLE AUTORISERT REPRESENTANT) PÅTA DEG ALLE KOSTNADER I FORBINDELSE MED ALL NØDVENDIG SERVICE, REPARASJON ELLER KORREKSJON. ENKELTE STEDER TILLATER IKKE LOVGIVNINGEN GARANTIFRASKRIVELSE AV GARANTIER I MEDHOLD AV LOV ELLER BEGRENSNINGER I RETTIGHETER FOR FORBRUKERE, OG DET ER MULIG AT OVENSTÅENDE BEGRENSNING IKKE GJELDER DEG.

**8. Ansvarsbegrensning.** I DEN GRAD DET IKKE BEGRENSES AV GJELDENDE LOVGIVNING, ER APPLE OG APPLES SAMARBEIDSPARTNERE, REPRESENTANTER OG AGENTURGIVERE IKKE UNDER NOEN OMSTENDIGHET ANSVARLIG FOR SPESIELLE, DIREKTE, INDIREKTE ELLER AVLEDEDE TAP OG SKADER, INKLUDERT, UTEN BEGRENSNING, SKADER SOM FØLGER AV TAP AV PROFITT, SKADE PÅ ELLER TAP AV DATA, MANGLENDE OVERFØRING ELLER MOTTAK AV DATA (INKLUDERT OG UTEN BEGRENSNING KURSINSTRUKSJONER, OPPGAVER OG MATERIELL), AVBRUDD I ARBEID ELLER ANDRE KOMMERSIELLE SKADER ELLER TAP SOM FØLGER AV ELLER ER RELATERT TIL DIN BRUK AV ELLER MANGLENDE EVNE TIL Å BRUKE APPLE-PROGRAMVAREN OG -TJENESTENE ELLER PROGRAMVARE, APPER ELLER TJENESTER FRA TREDJEPARTER SOM BRUKES SAMMEN MED APPLE-PROGRAMVAREN ELLER -TJENESTER, UAVHENGIG AV ANSVARSGRUNNLAG, SELV OM APPLE ER BLITT INFORMERT OM MULIGHETENE FOR SLIK SKADE. ENKELTE STEDER TILLATER IKKE LOVGIVNINGEN UTELUKKELSE AV ELLER FRASKRIVELSE AV ANSVAR FOR PERSONLIG SKADE ELLER TILFELDIGE ELLER INDIREKTE SKADER OG DET ER MULIG AT OVENSTÅENDE BEGRENSNING IKKE GJELDER DEM. Ikke i noe tilfelle skal Apples totale ansvar overfor deg for skade, tap og erstatning (enten ansvaret gjøres gjeldende etter kontrakt eller utenfor kontrakt (herunder uaktsomhet) eller på annen måte) overstige 250 US dollar (US $250). Foregående begrensninger skal gjelde selv om ovenstående opprettelse ikke virker etter hensikten. UTEN HENSYN TIL ANDRE VILKÅR I DENNE LISENSEN, HVIS FORBRUKERKONTRAKTSLOVEN I JAPAN GJELDER, VIL VILKÅR SOM BEGRENSER APPLES ANSVAR FOR SKADER SOM OPPSTÅR SOM FØLGE AV KONTRAKTSBRUDD ELLER UAKTSOMHET BEGÅTT AV APPLE, IKKE GJELDE DERSOM SLIK SKADE SKYLDES APPLES FORSETTLIGE MISLIGHOLD ELLER GROV UAKTSOMHET.

**9. Digitale sertifikater.** Apple-programvaren har funksjoner som tillater at den kan godta digitale

sertifikater som enten kommer fra Apple eller fra en tredje part. DU ER ENE OG ALENE ANSVARLIG FOR OM DU VIL STOLE PÅ ET SERTIFIKAT SOM ER UTSTEDT AV APPLE ELLER EN TREDJEPART. BRUKEN AV DIGITALE SERTIFIKATER FOREGÅR PÅ EGEN RISIKO. TIL DET MAKSIMALE SOM TILLATES AV GJELDENDE LOVGIVNING, GIR APPLE INGEN UTTRYKTE ELLER INDIREKTE GARANTIER ELLER FREMSTILLINGER FOR SALGBARHET ELLER EGNETHET FOR NOE SPESIELT FORMÅL, KORREKTHET, SIKKERHET ELLER KRENKELSE AV EN TREDJEPARTS RETTIGHETER MED HENSYN TIL DIGITALE SERTIFIKATER.

**10. Eksportkontroll.** Du må ikke bruke, eksportere eller videreeksportere Apple-programvaren, unntatt i overensstemmelse med gjeldende eksportlovgivning i USA og gjeldende lovgivning i landet/landene der Apple-programvaren ble anskaffet. I særdeleshet, men uten begrensning, er det ikke tillatt å eksportere eller videreeksportere Apple-programvaren til (a) land som er omfattet av USAs embargo, eller (b) personer som er oppført på US Treasury Departments liste over «Specially Designated Nationals» eller US Department of Commerces liste «Denied Person's List» eller «Entity List» eller andre lister med personer med restriksjoner. Ved å ta i bruk Apple-programvaren bekrefter du at du ikke er i et av disse landene eller står oppført på noen av de nevnte lister. Du bekrefter også at du ikke skal bruke Apple-programvaren til formål som ikke er tillatt under USAs lovgivning, inkludert, uten begrensning, utvikling, utforming, tilvirkning eller produksjon av atomvåpen, raketter eller kjemiske eller biologiske våpen.

**11. US Government-sluttbrukere.** Apple-programvaren og tilhørende dokumentasjon er definert som «Commercial items» slik det er definert i 48 C.F.R. § 2.101, og består av «Commercial Computer Software» og «Commercial Computer Software Documentation» slik begrepene brukes i 48 C.F.R. §12.212 eller 48 C.F.R. § 227.7202 avhengig av hva som gjelder. I samsvar med 48 C.F.R. §12.212 eller 48 C.F.R. § 227.7202-1 til og med 48 C.F.R. § 227.7202-4, avhengig av hva som gjelder, blir Commercial Computer Software (programvaren) og Commercial Computer Software Documentation (dokumentasjonen) lisensiert til US Government-sluttbrukere (a) kun som Commercial Items og (b) kun med de rettigheter som gjelder for alle andre sluttbrukere som er beskrevet her. Upubliserte rettigheter forbeholdes under lovgivningen om opphavsrettigheter for USA.

**12. Gjeldende lovgivning og tilsidesettelse av bestemmelser.** Denne lisensavtalen skal være underlagt og være i samsvar med lovene i staten California, unntatt de deler som vedrører lovkonflikter. Denne lisensen skal uttrykkelig ikke være underlagt de Forente Nasjoners konvensjon om kontrakter for salg av varer internasjonalt. Hvis du er en forbruker som er bosatt i Storbritannia, er denne lisensen underlagt lovgivningen i landet du bor i. Dersom en domstol, med kompetanse til dette, finner at noen av bestemmelsene i denne lisensavtalen helt eller delvis ikke kan gjøres gjeldende, skal den gjenværende del av lisensavtalen fortsatt gjelde fullt ut.

**13. Fullstendig avtale, gjeldende språk.** Denne lisensavtalen inneholder alt som er avtalt mellom deg og Apple med hensyn til bruk av Apple-programvaren og erstatter samtlige tidligere skriftlige eller muntlige avtaler og enhver annen kommunikasjon mellom partene vedrørende alt som omfattes av avtalen. Ingen tillegg eller endringer i denne lisensavtalen er bindende, med mindre de er skriftlige og undertegnet av Apple. Enhver oversettelse av denne avtalen er tilpasset lokale forhold, og ved en eventuell uoverensstemmelse mellom den engelske og oversatte versjonen skal den engelske versjonen gjelde, i den grad det ikke begrenses av gjeldende lovgivning i landet du bor i.

**14. Anerkjennelse av tredjeparter.** Deler av Apple-programvaren benytter eller inkluderer programvare fra tredjeparter og annet opphavsrettslig beskyttet materiale. Anerkjennelser, lisensbetingelser og garantifraskrivelser for slikt materiale finnes i den elektroniske dokumentasjonen for Apple-programvaren. Bruken av dette materialet er underlagt disse betingelsene. Bruk av Google Safe Browsing-tjenesten er underlagt Googles tjenestevilkår (https://www.google.com/intl/no/policies/terms/) og Googles retningslinjer for personvern (https://www.google.com/intl/no/policies/privacy/).

**15. Bruk av MPEG-4, merknad om H.264/AVC**

(a) Apple-programvaren er lisensiert under MPEG-4 Systems Patent Portfolio License for koding i samsvar med MPEG-4 Systems Standard, med unntak av at det er nødvendig med en tilleggslisens og betaling av royalties for koding i forbindelse med (i) data som lagres eller replikeres på fysiske medier som det betales for per tittel, og/eller (ii) data som det betales for per tittel, og som overføres til en sluttbruker for permanent lagring og/eller bruk. En slik tilleggslisens kan fås fra MPEG LA, LLC. Se https://www.mpegla.com for mer informasjon.

(b) Apple-programvaren inneholder funksjonalitet for koding og/eller dekoding av MPEG-4-video. Apple-programvaren er lisensiert under MPEG-4 Visual Patent Portfolio License for personlig og ikke-kommersiell bruk av en forbruker til (i) koding av video i overensstemmelse med MPEG-4 Visual Standard («MPEG-4-video») og/eller (ii) dekoding av MPEG-4-video som har blitt kodet av en forbruker som driver en privat og ikke-kommersiell aktivitet, og/eller som har blitt framskaffet fra en videoleverandør som har lisens fra MPEG LA til å levere MPEG-4-video. Ingen lisens gis eller kan forstås som tillatelse til annen bruk. Ytterligere informasjon, også om bruk og lisenser for bruk i markedsføringssammenheng, kommersiell og intern bruk, kan fås fra MPEG LA, LLC. Se https://www.mpegla.com.

(c) Apple-programvaren inneholder funksjonalitet for AVC-koding og/eller AVC-dekoding, kommersiell bruk krever ekstra lisensiering og følgende gjelder: AVC-FUNKSJONALITETEN I APPLE-PROGRAMVAREN KAN KUN ANVENDES AV FORBRUKERE OG KUN FOR PERSONLIG OG IKKE-KOMMERSIELL BRUK TIL (i) KODING AV VIDEO I OVERENSSTEMMELSE MED AVC-STANDARDEN («AVC-VIDEO») OG/ELLER (ii) DEKODING AV AVC-VIDEO SOM ER KODET AV EN FORBRUKER TIL PERSONLIG OG IKKE-KOMMERSIELL BRUK OG/ELLER DEKODING AV AVC-VIDEO FRA EN VIDEOLEVERANDØR SOM HAR LISENS TIL Å TILBY AVC-VIDEO. INFORMASJON OM ANNEN BRUK OG LISENSIERING KAN INNHENTES FRA MPEG LA L.L.C. SE https://www.mpegla.com

**16. Begrensninger for Yahoo-søketjenesten.** Yahoo-søketjenesten som er tilgjengelig via Safari, er kun lisensiert for bruk i følgende land og regioner: Argentina, Aruba, Australia, Bahamas, Barbados, Belgia, Bermuda, Brasil, Bulgaria, Canada, Caymanøyene, Chile, Colombia, Danmark, Den dominikanske republikk, Ecuador, El Salvador, Filippinene, Finland, Frankrike, Grenada, Guatemala, Hellas, India, Indonesia, Irland, Island, Italia, Jamaica, Japan, Fastlands-Kina, Hongkong, Taiwan, Kypros, Latvia, Litauen, Luxembourg, Malaysia, Malta, Mexico, Nederland, New Zealand, Nicaragua, Norge, Panama, Peru, Polen, Portugal, Puerto Rico, Romania, Singapore, Slovakia, Slovenia, Spania, St. Lucia, Storbritannia, St. Vincent, Sveits, Sverige, Sør-Korea, Thailand, Trinidad og Tobago, Tsjekkia, Tyrkia, Tyskland, Ungarn, Uruguay, USA, Venezuela og Østerrike.

**17. Merknad om Microsoft Exchange.** E-postinnstillingen for Microsoft Exchange i Apple-programvaren er kun lisensiert for synkronisering av informasjon, for eksempel e-post, kontakter, kalendere og oppgaver, via trådløst nettverk mellom enheten og Microsoft Exchange Server eller annen tjenerprogramvare som er lisensiert av Microsoft for å implementere Microsoft Exchange ActiveSync-protokollen.

EA1806
08.07.2022

———————————

**Tilleggsvilkår for Apple Pay og Lommebok**

Disse tilleggsvilkårene for Apple Pay og Lommebok («Tilleggsvilkår») gjelder i tillegg til lisensavtalen for Apple-programvare («Lisensen»), og både Lisensvilkårene og disse Tilleggsvilkårene gjelder for din bruk av funksjonen Apple Pay («Apple Pay») og applikasjonen Apple Lommebok («Lommebok»), som skal

regnes som en «Tjeneste» i tilknytning til Lisensen. Ord skrevet med store bokstaver i disse tilleggsvilkårene, skal tolkes etter definisjonene som er fastsatt i lisensen.

**1. Oversikt**

**Apple Pay**

Apple Pay gjør det mulig å

- foreta kontaktløse betalinger med kreditt-, debet- og forhåndsbetalte kort, inkludert Apple-kort og Apple Cash-kort, på utvalgte steder eller på utvalgte apper eller nettsteder;
- sende person-til-person-betalinger til andre Apple Cash-brukere; og
- spore bestillinger og se detaljerte kvitteringer.

Apple Pay og enkelte funksjoner i Apple Pay er bare tilgjengelig i utvalgte områder, med utvalgte kortutstedere, betalingsnettverk, forhandlere og andre tredjeparter.

**Lommebok**

Med Apple Lommebok kan du lagre virtuelle utgaver av kredittkort, debetkort og forhåndsbetalte kort som skal brukes med Apple Pay (samlet kalt «Apple Pay-kort»), i tillegg til andre typer kort og nøkler, inkludert, uten begrensning, følgende (samlet kalt «Lommebok-kort», og sammen med Apple Pay-kort, «Kort som støttes»):

- bonuskort,
- reisekort,
- billetter,
- medlemskort,
- bilnøkler,
- husnøkler,
- romnøkler/attraksjonsbilletter,
- adgangskort for bedrifter,
- studentbevis og
- førerkort og ID-kort utstedt av myndighetene («ID-kort»).

Lommebok-kort er bare tilgjengelig i utvalgte områder og med utvalgte partnere. ID-kort er bare tilgjengelig for personer som er bosatt i deltakende stater og presentasjonen varierer etter stat eller sted.

Utvalget av Kort som støttes, kan variere fra tid til annen.

**2. Kvalifisering**

For å kunne bruke Apple Pay og Lommebok må du ha (i) en støttet enhet med en versjon av operativsystemet som støtter Tjenestene (nyeste versjon anbefales og er noen ganger påkrevd), (ii) en Apple-ID tilknyttet en gyldig iCloud-konto hos Apple og (iii) internettilgang (kostnader kan påløpe). Med unntak av Apple Cash for familien og utvalgte elektroniske pengekort, er Apple Pay-kort kun tilgjengelig for personer som er 13 år eller eldre, og kan være underlagt ytterligere aldersbegrensninger pålagt av iCloud eller den relevante utgiveren, forhandleren eller annen tredjepart. Reisekort, elektroniske pengekort, ID-kort, adgangskort for bedrifter og nøkler er kun tilgjengelig på iOS-enheter.

Hvis du er en forelder eller foresatt i en iCloud-familie (en «Organisator»), kan du invitere familiemedlemmer, også de som er under 13 år (eller den tilsvarende minstealderen i det gjeldende landet), til å klargjøre og bruke kvalifiserte reisekort i Lommebok. Som Organisator er du ansvarlig for alle

betalinger, kjøp og transaksjoner gjort med reisekortet som er aktivert for familiemedlemmer, inkludert de som initieres av familiemedlemmet. Kvalifisering for, og bruk av, reisekort i Lommebok er underlagt vilkårene til det relevante kollektivtrafikkselskapet. Organisatorer er ansvarlige for å overholde slike vilkår og påtar seg all risiko knyttet til aktivering av reisekort med andre familiemedlemmer. Når et familiemedlem forlater eller fjernes fra familien, kan ikke familiemedlemmet lenger fylle på reisekortet og kan bare utføre transaksjoner med kortet fram til kortkontobalansen er null.

Hvis du er eieren av en bilnøkkel, kan du dele bilnøkkelen med andre over 13 år, slik at de kan låse opp, få tilgang til og/eller kjøre bilen.

Husnøkler kan bare legges til eller fjernes fra Lommebok ved å legge til eller fjerne låser i Hjem-appen eller ved å legge til eller fjerne deg selv fra et hjem i Hjem-appen. Hvis du er administratoren av et hjem i Hjem-appen, blir alle eksisterende husnøkler automatisk delt med personer du har invitert og som blir med i hjemmet ditt.

Apple Card er kun tilgjengelig i USA og utstedes av Goldman Sachs Bank USA, Salt Lake City Branch («Apple Card-utstederen»). Med unntak av Apple Cash for familien, er Apple Card kun tilgjengelig for personer over 18 år (eller eldre, avhengig av hjemstaten din).

Apple Cash-kortet og muligheten til å sende og motta person-til-person-betalinger er kun tilgjengelig i USA, og er tjenester som leveres av Green Dot Bank, medlem av FDIC. Hvis du vil sende eller motta person-til-person-betalinger i Apple Pay, må du ha et Apple Cash-kort. Med unntak av Apple Cash for familien, er Apple Cash-kortet og muligheten til å sende og motta person-til-person-betalinger kun tilgjengelig for personer over 18 år.

## 3. Bruk av tjenestene

Kort som støttes og person-til-person-betalinger knyttes til Apple-ID-en du har logget på iCloud med for å bruke disse funksjonene. Når du legger til eller fjerner nøkler, adgangskort for bedrifter, bonuskort, billetter og medlemskort i Lommebok, kan endringen også vises på de andre Apple-enhetene dine der du er logget på med Apple-ID-en din. Du kan bare knytte ett ID-kort for hver statlig utstedende myndighet til hver Apple-ID.

Apple Pay og Lommebok er beregnet for personlig bruk, og du kan bare klargjøre dine egne Kort som støttes, eller reisekortene eller bil- og husnøklene som du har blitt invitert til å klargjøre av en Organisator eller eier. Hvis du aktiverer et firmakort som støttes, bekrefter du at du gjør det med godkjenning fra arbeidsgiveren din, og at du har tillatelse til å binde arbeidsgiveren til disse vilkårene og alle transaksjoner som utføres ved bruk av funksjonen. Hvis du sender eller mottar en person-til-person-betaling, bekrefter du at du gjør dette for egen personlig, ikke-kommersiell bruk. Hvis du klargjør et ID-kort, representerer du at du gjør dette ved bruk av din egen personlige informasjon som nøyaktig og oppriktig representerer deg.

Du samtykker i at du ikke skal bruke Apple Pay eller Lommebok til ulovlige eller straffbare formål eller andre formål som er i strid med Lisensen og disse Tilleggsvilkårene. Videre samtykker du i å bruke Apple Pay og Lommebok i samsvar med gjeldende lover og forskrifter. Du erkjenner at alle falske opplysninger som sendes i forbindelse med et ID-kort, kan være en straffbar handling i henhold til føderal eller statlig lov. Du samtykker i at du ikke skal gripe inn i eller skape forstyrrelser for tjenestene Apple Pay eller Lommebok (herunder ved automatisk tilgang til tjenesten) eller tjenere eller nettverk tilknyttet tjenesten eller retningslinjer, bestemmelser eller forskrifter for nettverk tilknyttet tjenesten (herunder uautorisert tilgang til, bruk eller overvåkning av data eller trafikk på slike).

Hvis tilgangen til eller bruk av Apple Pay eller Lommebok er forbudt av gjeldende lovgivning, er du ikke

autorisert til å få tilgang til eller bruke disse Tjenestene. Vi er ikke ansvarlige hvis du får tilgang til eller bruker Tjenestene på en måte som bryter gjeldende lovgivning.

## 4. Forholdet mellom deg og Apple

Din bruk av Apple Pay skal være underlagt disse Tilleggsvilkårene samt vilkårene i kortavtalen du har med den relevante utgiveren, forhandleren eller annen tredjepart som er ansvarlig for Apple Pay-kortet ditt.

Likeledes skal bruken av Lommebok-kort i Lommebok være underlagt disse Tilleggsvilkårene samt vilkårene i avtalen med forhandleren, kollektivtrafikkselskapet, bil- og låsprodusenten, universitetet, hotellet, feriestedet, cruisebåtselskapet, selskapet, den statlige utstedende myndigheten eller annen tredjepart som vedrører saken.

Med unntak av bestemte funksjoner i Apple Pay som leveres av Apple Payments Inc. («Apple Payments») beskrevet under, behandler ikke Apple betalinger eller andre transaksjoner utført med Apple Pay-kortene dine. Apple har ingen kontroll over, og er ikke ansvarlig for, eventuelle betalinger, tilbakeføringer, returer, refusjoner, overføringer, belønninger, verdi, rabatter, tilgang, identitetsbekreftelse, ordrer, ordrebehandling eller annen aktivitet som kan oppstå ved bruk av Apple Pay eller Lommebok.

Hvis det oppstår konflikt mellom vilkårene i disse Tilleggsvilkårene og avtalen din med den relevante utstederen, forhandleren, statlige utstedende myndigheten eller annen tredjepart (som hver er en «**Tredjepartsavtale**»), styrer vilkårene i disse Tilleggsvilkårene forholdet ditt med Apple, og vilkårene i den relevante Tredjepartsavtalen styrer forholdet ditt med en slik tredjepart.

Du godtar at Apple ikke er part i noen av dine Tredjepartsavtaler, og at Apple heller ikke er ansvarlig for (a) innholdet, nøyaktigheten eller tilgjengeligheten til støttede kort, kjøp, transaksjoner, overføringer, ordrer, ordrebehandling, kvitteringer eller andre aktiviteter mens du bruker Apple Pay eller Lommebok, inkludert, men ikke begrenset til de som er gjort av familiemedlemmer eller andre du har delt dine støttede kort med eller som har tilgang til enheten; (b) utstedelse av kreditt eller tilgang til kreditt; (c) utstedelse, suspensjon eller tilbakekall av førerkort eller statlig identifikasjonskort; (d) aktiviteter til utstedere, selgere, apputviklere eller andre tredjeparter knyttet til din bruk av Apple Pay eller Lommebok; (e) leveringsbeslutninger tatt av en utsteder, selger eller annen tredjepart i forbindelse med å legge til det støttede kortet ditt i Lommebok; (f) ditt medlemskap eller deltakelse i et selger- eller partnerprogram; (g) enhver opptjening eller innløsning av belønninger eller lagret verdi i forbindelse med dine støttede kort; (h) finansiering eller omlasting av forhåndsbetalte støttede kort; (i) sending eller mottak av person-til-person-betalinger eller -overføringer; eller (j) å laste inn, løse inn eller ta ut penger fra Apple Cash-kortet ditt.

Når du søker om et Apple Card, søker du om å åpne en konto hos Apple Card-utstederen. Finansinstitusjonen som er ansvarlig for å tilby Apple Card, kan bli endret, og din bruk av slike tjenester er underlagt deres vilkår og betingelser.

Når du aktiverer disse Apple Cash-funksjonene i Apple Pay, åpner du en konto i Green Dot Bank. Når du sender eller mottar en person-til-person-betaling eller fyller på eller tar ut penger fra Apple Cash-kortet, er Green Dot Bank ansvarlig for å motta og sende pengene til rette mottaker, med unntak av Apple Pay-funksjonene som leveres av Apple Payments. Finansinstitusjonen som er ansvarlig for å tilby Apple Cash-kortet og person-til-person-betalinger i Apple Pay, kan bli endret, og din bruk av slike tjenester er underlagt deres vilkår og betingelser.

Muligheten til å bruke midlene på Apple Cash-kortet til å gjennomføre betalinger til kvalifiserte bedrifter som du har autorisert, («Direktebetalingstjenesten»), er en tjeneste som leveres av Apple Payments. Din

bruk av Direktebetalingstjenesten er underlagt Apple Payments vilkår for direktebetalinger. I tillegg kan enkelte kvalifiserte bedrifter tillate at du autoriserer dem til å utbetale midler til Apple Cash-kortet ditt (en «Utbetaling»). Selv om Utbetalinger kan behandles av Apple Payments, tilbys de av de deltakende bedriftene som bidrar med slike midler, og kan være underlagt enkelte ytterligere vilkår for den utbetalende bedriften. Kontakt utstederen eller den aktuelle forhandleren, statlig utstedende myndighet, apputvikleren eller annen tredjepart vedrørende alle tvister eller spørsmål om kort som støttes eller tilknyttet kommersiell bruk. Spørsmål vedrørende Apple Pay, Lommebok, Apple Card eller Apple Cash-kortet eller person-til-person-betalinger kan rettes til Apple-kundestøtten.

**5. Personvern**

Apples innsamling og bruk av personlig informasjon styres av Apples retningslinjer for personvern, som kan leses på https://www.apple.com/no/legal/privacy/. Du finner detaljert informasjon om den personlige informasjonen som samles inn, brukes eller deles som en del av din bruk av Apple Pay og Lommebok, ved å lese den relevante tjenestespesifikke personverninformasjonen, inkludert Om Apple Pay og personvern, som du har tilgang til på enheten din, i Apple Watch-appen på en sammenkoblet enhet, og på https://www.apple.com/no/legal/privacy/. Når du bruker Apple Pay og Lommebok, godtar og tillater du at Apple og Apples datterselskaper og agenter overfører, innhenter, vedlikeholder, behandler og bruker all ovennevnte informasjon for å kunne tilby disse Tjenestene.

**6. Sikkerhet, enheter som er mistet eller deaktivert**

BESKYTTE STØTTEDE ENHETER OG AKKREDITIVER SOM DU BESKYTTER DEN FYSISKE LOMMEBOKEN DIN OG KORTENE DINE

Apple Pay og Lommebok lagrer virtuelle versjoner av Kortene som støttes, og skal beskyttes på samme måte som du beskytter den fysiske lommeboken, nøkler eller kredittkort, debetkort, forhåndsbetalte kort, ID-kort og andre kort. Du er selv ansvarlig for å beskytte enhetene, Apple-ID-en, Touch ID- og Face ID-informasjonen, koden til de(n) støttede enhet(e) og alle andre autentiseringsakkreditiver som brukes i forbindelse med Tjenestene (samlet kalt «Akkreditiver»). Hvis du godkjenner eller tillater at andre bruker den støttede enheten din (*f.eks.* ved å gi enhetskoden til en tredjepart eller tillate at en tredjepart legger til fingeravtrykket sitt for å bruke Touch ID eller aktiverer Face ID, eller på annen måte gir dine Akkreditiver til en tredjepart), kan personen utføre betalinger, sende, be om eller motta person-til-person-betalinger, ta ut penger fra Apple Cash-kortet, motta eller bruke bonus, bruke verdier, låse opp eller på annen måte få tilgang til bilen din, rommet, kontoret eller hjemmet ditt, utgi seg for å være deg eller utføre andre transaksjoner med Kortene som støttes, i Lommebok. I et slikt tilfelle er du ansvarlig for alle betalinger, all tilgang og alle transaksjoner som utføres av denne personen.

UAUTORISERTE ENDRINGER («JAILBREAKING»)

Hvis du utfører uautoriserte endringer på enheten, som å deaktivere maskinvare- eller programvarekontroller (noen ganger kalt «jailbreaking»), kan det hende at enheten ikke lenger har tilgang til eller kan bruke Tjenestene. Du erkjenner at bruken av en modifisert enhet i forbindelse med Tjenestene er uttrykkelig forbudt, utgjør et brudd på disse Tilleggsvilkårene og gir oss grunnlag for å avvise eller begrense tilgangen din til Tjenestene.

YTTERLIGERE SIKKERHETSTILTAK

Det er mulig du må aktivere ytterligere sikkerhetstiltak, for eksempel tofaktorautentisering for Apple-ID-en, for å få tilgang til enkelte Apple Pay-funksjoner, inkludert Apple Card, Apple Cash-kortet og person-til-person-betalinger med Apple Pay. Hvis du senere fjerner disse sikkerhetsfunksjonene, er det mulig du ikke fortsatt får tilgang til enkelte Apple Pay-funksjoner. Hvis du sletter Face ID eller Touch ID som er

knyttet til ID-kortet for presentasjon, må du gjennomføre hele klargjøringsprosessen for ID-kort.

MISTEDE ELLER STJÅLNE ENHETER

Dersom du mister enheten eller den blir stjålet, og du har aktivert Finn , kan du bruke Finn for å prøve å stoppe muligheten for å utføre transaksjoner med de virtuelle Kortene som støttes, eller sende person-til-person-betalinger på den enheten ved å sette den i Mistet-modus. Hvis enheten er i Mistet-modus, kan bilnøkkelen deaktiveres i Lommebok, og du vil ikke lenger ha tilgang til eller kunne starte bilen når du har forlatt kjøretøyet eller slått av motoren. Mistet-modus berører bare nøkler på enheten som er mistet. Hvis du er eieren, kan du ikke lenger dele bilnøkkelen eller husnøkkelen med andre, men nøkler som allerede er delt med andre, blir ikke berørt på enhetene deres.

Du kan også slette enheten for å prøve å stoppe muligheten for å utføre transaksjoner med de virtuelle Kortene som støttes, eller sende person-til-person-betalinger på enheten. Du bør også kontakte utstederen, forhandleren eller annen ansvarlig tredjepart av Kortene som støttes, eller Apple hvis du har et Apple Card eller Apple Cash-kort, for å hindre at uvedkommende får tilgang til Kortene som støttes, på Apple Pay og i Lommebok.

Hvis du rapporterer om eller Apple mistenker straffbare handlinger eller misbruk, godtar du at du skal samarbeide med Apple i etterforskningen og iverksette de tiltakene vi fastsetter for å forhindre svindel.

## 7. Ansvarsbegrensning

I TILLEGG TIL FRASKRIVELSENE AV GARANTIER OG ANSVARSBEGRENSNING ANGITT I LISENSEN, PÅTAR APPLE IKKE ANSVAR FOR KJØP, BETALINGER, OVERFØRINGER, ORDRER, ORDREBEHANDLING, KVITTERINGSINFORMASJON, ADGANG, IDENTITETSVERIFIKASJON, TRANSAKSJONER ELLER ANNEN AKTIVITET GJORT VED HJELP AV APPLE PAY ELLER LOMMEBOK, OG DU GODTAR Å SE UTELUKKET PÅ AVTALER DU MÅTTE HA MED KORTUTSTEDEREN, BETALINGSNETTVERKET, FINANSINSTITUSJONER, SELGER, STATSUTSTEDENDE MYNDIGHET, APPUTVIKLEREN ELLER ANNEN GJELDENDE TREDJEPART FOR Å LØSE EVENTUELLE SPØRSMÅL ELLER TVISTER KNYTTET TIL DINE STØTTEDE KORT, PERSON-TIL-PERSON-BETALINGER OG TILHØRENDE AKTIVITETER.

———————————

**KOMMUNIKASJON FRA APPLE**

Hvis Apple trenger å kontakte deg om produktet ditt eller kontoen din, samtykker du i at Apple kan sende slik kommunikasjon via e-post. Du samtykker i at kommunikasjon vi sender deg elektronisk, tilfredsstiller eventuelle rettslige krav.

**POLSKI**

**WAŻNE: KORZYSTANIE PRZEZ UŻYTKOWNIKA Z iPHONE'A, iPADA LUB iPODA TOUCH („URZĄDZENIE") JEST JEDNOZNACZNE Z ZAAKCEPTOWANIEM NASTĘPUJĄCYCH POSTANOWIEŃ:**

**A.    UMOWA LICENCYJNA NA OPROGRAMOWANIE APPLE iOS ORAZ iPadOS**
**B.    WARUNKI UZUPEŁNIAJĄCE DOTYCZĄCE KORZYSTANIA Z APPLE PAY**
**C.    POWIADOMIENIA OD APPLE**

**APPLE INC.**
**UMOWA LICENCYJNA NA OPROGRAMOWANIE iOS ORAZ iPadOS**
**Licencja dla jednego użytkownika**

**PRZED UŻYCIEM URZĄDZENIA LUB POBRANIEM UAKTUALNIENIA OPROGRAMOWANIA TOWARZYSZĄCEGO TEJ LICENCJI NALEŻY DOKŁADNIE PRZECZYTAĆ NINIEJSZĄ UMOWĘ LICENCYJNĄ („LICENCJA"). KORZYSTANIE PRZEZ UŻYTKOWNIKA ZE SWOJEGO URZĄDZENIA LUB POBIERANIE UAKTUALNIEŃ OPROGRAMOWANIA JEST JEDNOZNACZNE Z ZAAKCEPTOWANIEM POSTANOWIEŃ TEJ LICENCJI. JEŚLI UŻYTKOWNIK NIE ZGADZA SIĘ Z POSTANOWIENIAMI LICENCJI, NIE POWINIEN UŻYWAĆ TEGO URZĄDZENIA ANI POBIERAĆ TEGO UAKTUALNIENIA OPROGRAMOWANIA.**

**JEŚLI UŻYTKOWNIK NIEDAWNO ZAKUPIŁ URZĄDZENIE I NIE AKCEPTUJE POSTANOWIEŃ LICENCJI, MOŻE ZWRÓCIĆ URZĄDZENIE W OKRESIE ZWROTU DO SKLEPU APPLE STORE LUB PUNKTU SPRZEDAŻY AUTORYZOWANEGO DYSTRYBUTORA, GDZIE DOKONANO ZAKUPU, ABY OTRZYMAĆ ZWROT ŚRODKÓW ZGODNIE Z ZASADAMI ZWROTÓW APPLE DOSTĘPNYMI NA STRONIE https://www.apple.com/pl/legal/sales-support/.**

**1. Ogólne**
(a) Na oprogramowanie (w tym kod Boot ROM, oprogramowanie wbudowane oraz oprogramowanie osób trzecich), interfejsy, treści, czcionki, dokumentację i inne dane dołączone do Urządzenia („Oryginalne Oprogramowanie Apple"), które może być uaktualnione lub zastąpione przez udoskonalenia funkcji, aktualizacje oprogramowania, odpowiedzi dotyczące bezpieczeństwa, pliki systemowe lub oprogramowanie do przywracania systemu udostępnione przez Apple dla Urządzenia lub obsługiwanego urządzenia peryferyjnego („Zmiany Oprogramowania Apple"), w pamięci tylko do odczytu, na dowolnym nośniku lub w dowolnej innej formie (Oryginalne Oprogramowanie Apple oraz Zmiany Oprogramowania Apple są zwane dalej łącznie „Oprogramowaniem Apple") spółka Apple Inc. (zwana dalej „Apple") udziela licencji wyłącznie na warunkach określonych w Licencji. Apple i licencjodawcy Apple zachowują prawo własności do Oprogramowania Apple i zastrzegają sobie wszelkie prawa, które nie zostały wyraźnie udzielone Użytkownikowi. Użytkownik zgadza się, że postanowienia Licencji mają zastosowanie do wszelkich aplikacji marki Apple, które mogą być wbudowane w Urządzenie Użytkownika, o ile do takiej aplikacji nie będzie dołączona odrębna licencja. W takim przypadku Użytkownik akceptuje, że zastosowanie mają postanowienia licencji dołączonej do tej aplikacji.

(b) Apple, według własnego uznania, może w przyszłości udostępniać Zmiany Oprogramowania Apple. Ewentualne Zmiany Oprogramowania Apple mogą nie zawierać wszystkich istniejących lub nowych funkcji oprogramowania, które Apple udostępnia z nowymi lub innymi modelami Urządzeń. Postanowienia Licencji mają zastosowanie do wszystkich Zmian Oprogramowania Apple udostępnianych przez Apple, o ile do takiej Zmiany Oprogramowania Apple nie jest dołączona odrębna licencja. W takim przypadku obowiązują postanowienia nowej licencji.

(c) Jeśli Użytkownik korzysta z opcji szybkiego konfigurowania nowego Urządzenia przy użyciu swojego

dotychczasowego Urządzenia, akceptuje fakt, że postanowienia Licencji będą regulowały korzystanie z Oprogramowania Apple na nowym Urządzeniu Użytkownika, o ile do takiego Urządzenia nie jest dołączona oddzielna licencja. W takim przypadku obowiązują postanowienia tej nowej licencji. Urządzenie Użytkownika będzie okresowo sprawdzać dostępność Zmian Oprogramowania Apple. Jeśli taka zmiana będzie dostępna, może zostać automatycznie pobrana oraz zainstalowana na Urządzeniu Użytkownika oraz, w określonych przypadkach, na jego urządzeniach peryferyjnych. **Korzystanie z Oprogramowania Apple jest jednoznaczne z zaakceptowaniem przez Użytkownika, że Apple może pobierać i instalować na jego Urządzeniu oraz urządzeniach peryferyjnych automatyczne Zmiany Oprogramowania Apple.** Użytkownik może w każdej chwili całkowicie wyłączyć automatyczną instalację aktualizacji systemu operacyjnego oraz funkcję Szybkiej odpowiedzi dotyczącej bezpieczeństwa (Rapid Security Response), zmieniając ustawienia automatycznych aktualizacji w następującej ścieżce Ustawienia > Ogólne > Aktualizacja oprogramowania. Niektóre pliki systemowe (w tym w szczególności zaktualizowane czcionki, modele językowe, zasoby głosowe i oprogramowanie układowe urządzeń peryferyjnych) mogą nadal być instalowane automatycznie, na przykład po włączeniu lub użyciu określonych funkcji i urządzeń peryferyjnych lub ze względu na wymogi prawne i regulacyjne, bezpieczeństwo publiczne lub kwestie techniczne.

**2. Dozwolone sposoby użycia i ograniczenia Licencji.**
(a) Z zastrzeżeniem postanowień Licencji, Użytkownik otrzymuje ograniczone i niewyłączne prawo do korzystania z Oprogramowania Apple na pojedynczym Urządzeniu marki Apple. Z wyjątkiem przypadków dozwolonych w punkcie 2(b) poniżej oraz zgodnie z postanowieniami oddzielnej umowy zawartej pomiędzy Użytkownikiem oraz Apple, Licencja nie zezwala na to, aby Oprogramowanie Apple było zainstalowane w tym samym czasie na więcej niż jednym urządzeniu marki Apple, a także nie zezwala na dystrybuowanie lub udostępnianie Oprogramowania Apple przez sieć, dzięki czemu mogłoby być używane przez kilka urządzeń w tym samym czasie. Licencja nie przyznaje Użytkownikowi żadnych praw do używania zastrzeżonych interfejsów Apple ani innej własności intelektualnej w celu projektowania, tworzenia, licencjonowania, produkcji lub dystrybucji urządzeń i akcesoriów zewnętrznych lub aplikacji osób trzecich przeznaczonych do użytku z Urządzeniami. Niektóre z tych praw można uzyskać na mocy oddzielnych licencji Apple. Więcej informacji na temat projektowania i produkcji urządzeń oraz akcesoriów zewnętrznych przeznaczonych do użytku z Urządzeniami można uzyskać pod adresem https://developer.apple.com/programs/mfi/. Więcej informacji na temat tworzenia aplikacji dla Urządzeń można znaleźć pod adresem https://developer.apple.com.

(b) Z zastrzeżeniem postanowień Licencji, Użytkownikowi udziela się ograniczonej, niewyłącznej licencji na pobieranie Zmian Oprogramowania Apple, które mogą być udostępniane przez Apple dla modelu Urządzenia Użytkownika w celu uaktualnienia lub przywrócenia oprogramowania na dowolnym Urządzeniu będącym własnością lub pozostającym pod kontrolą Użytkownika. Licencja nie zezwala na uaktualnianie ani odtwarzanie oprogramowania Urządzenia, które nie jest własnością lub nie pozostaje pod kontrolą Użytkownika, ani na dystrybuowanie lub udostępnianie Zmian Oprogramowania Apple przez sieć, dzięki czemu mogłoby być używane na kilku urządzeniach lub komputerach w tym samym czasie. Jeśli Użytkownik pobrał Zmianę Oprogramowania Apple na swój komputer, może utworzyć jedną kopię Zmiany Oprogramowania Apple w formie możliwej do odczytania przez komputer wyłącznie w celu archiwizacji, o ile kopia archiwalna będzie zawierać wszystkie informacje o prawach autorskich i innych prawach własności, jakie były zawarte w oryginale.

(c) Ze względu na fakt, że w momencie zakupu na Urządzeniu znajdują się zainstalowane przez Apple aplikacje Apple („Wstępnie Zainstalowane Aplikacje"), Użytkownik powinien zalogować się w App Store i powiązać te Wstępnie Zainstalowane Aplikacje ze swoim kontem w App Store, aby móc używać ich na Urządzeniu. Po powiązaniu Wstępnie Zainstalowanej Aplikacji z kontem Użytkownika w App Store wszystkie pozostałe Wstępnie Zainstalowane Aplikacje znajdujące się na Urządzeniu zostaną automatycznie powiązane z tym kontem. Przez powiązanie Wstępnie Zainstalowanych Aplikacji ze swoim kontem App Store Użytkownik potwierdza, że Apple może przesyłać, rejestrować,

przechowywać, przetwarzać i wykorzystywać zarówno identyfikator Apple ID używany przez konto App Store Użytkownika, jak i unikatowy identyfikator sprzętowy pobrany z Urządzenia Użytkownika, jako unikatowy identyfikator konta na potrzeby weryfikacji żądania Użytkownika i zapewnienia mu dostępu do Wstępnie Zainstalowanych Aplikacji za pośrednictwem sklepu App Store. Jeśli Użytkownik nie chce używać Wstępnie Zainstalowanej Aplikacji, może ją w każdej chwili usunąć ze swojego Urządzenia.

(d) Użytkownik nie może i potwierdza, że nie będzie kopiować (poza wyjątkami określonymi w Licencji), dekompilować, odtwarzać, dezasemblować, podejmować prób uzyskania kodu źródłowego, modyfikować, odszyfrowywać ani tworzyć pracowań na podstawie Oprogramowania Apple ani żadnych usług dostarczanych przez Oprogramowanie Apple lub dowolnej ich części (z wyjątkiem przypadków i tylko w takim zakresie, w jakim jakiekolwiek powyższe ograniczenie jest zabronione przez obowiązujące prawo lub w zakresie, na jaki zezwalają postanowienia licencji regulujące korzystanie ze składników Open Source dołączonych do Oprogramowania Apple), a także nie będzie umożliwiać wykonywania takich działań innym osobom. Użytkownik zgadza się, że nie będzie usuwać, ukrywać ani modyfikować żadnych informacji o prawach własności (w tym informacji o znakach towarowych i prawach autorskich), które mogą być dołączone do Oprogramowania Apple lub w nim zawarte.

(e) Oprogramowanie Apple może być używane do reprodukowania materiałów, o ile takie użycie ogranicza się do powielania materiałów nieobjętych prawem autorskim, materiałów, do których użytkownik posiada prawa autorskie, lub materiałów, do których powielania Użytkownik jest upoważniony lub na powielanie których uzyskał wymagane prawem zezwolenie. Niezależnie od powyższego, zabrania się dalszego publikowania, retransmisji lub reprodukcji wszelkich obrazów i zdjęć dostępnych w aplikacjach News i Mapy jako samodzielnych plików. Tytuł i prawo własności intelektualnej do dowolnych treści wyświetlanych, przechowywanych lub udostępnianych za pomocą Urządzenia Użytkownika należy do właściciela tych treści. Takie treści mogą być chronione przepisami prawa autorskiego lub innymi przepisami prawa własności intelektualnej, a także mogą podlegać warunkom użytkowania określonym przez osobę trzecią udostępniającą takie treści. O ile niniejszy dokument nie stanowi inaczej, Licencja nie przyznaje żadnych praw do używania tych treści oraz nie gwarantuje, że treści te będą nadal dostępne.

(f) Z zastrzeżeniem warunków Licencji, Użytkownik może (i) używać znaków Memoji zawartych w Oprogramowaniu Apple lub utworzonych za jego pomocą („Znaki Systemowe") (1) podczas korzystania z Oprogramowania Apple oraz (2) do tworzenia własnych oryginalnych treści i projektów na niekomercyjny użytek osobisty; oraz (ii) używać Podpisów na Żywo automatycznie generowanych na urządzeniu w czasie rzeczywistym przez Oprogramowanie Apple („Podpisy na Żywo"), bez względu na to, czy zostały wygenerowane podczas połączenia FaceTime lub w inny sposób, wyłącznie do niekomercyjnego użytku osobistego. Jakiekolwiek inne wykorzystanie Znaków Systemowych lub Podpisów na Żywo jest niedozwolone, włączając w to między innymi reprodukowanie, przedstawianie, publiczne wykonywanie, nagrywanie, publikowanie, redystrybucję i publiczne udostępnianie dowolnego Znaku Systemowego lub Podpisu na Żywo w kontekście komercyjnym lub niekomercyjnym.

(g) W celu utworzenia określonych skrótów dotyczących działania aplikacji lub witryn internetowych Oprogramowanie Apple może wymagać zapewnienia na Urządzeniu Użytkownika dostępu do określonych aplikacji, usług lub witryn internetowych osób trzecich. Użytkownik wyraźnie zgadza się na takie użycie w zakresie niezbędnym do utworzenia Skrótu za pomocą Oprogramowania Apple.

(h) Użytkownik zgadza się używać Oprogramowania Apple i Usług (zdefiniowanych w punkcie 5 poniżej) w sposób zgodny ze wszystkimi przepisami prawa właściwego, w tym przepisami prawa kraju lub regionu, w którym Użytkownik mieszka lub w którym dokonuje pobrania lub korzysta z Oprogramowania Apple i Usług. Funkcje Oprogramowania Apple i Usług mogą nie być dostępne we wszystkich językach lub we wszystkich regionach. Niektóre funkcje mogą różnić się w zależności od regionu, a niektóre mogą być ograniczone lub niedostępne u dostawcy usług. Używanie niektórych funkcji Oprogramowania Apple

i Usług wymaga połączenia z siecią Wi-Fi lub siecią komórkową.

(i) Korzystanie z App Store wymaga podania unikatowej kombinacji nazwy użytkownika i hasła określanej jako identyfikator Apple ID. Apple ID jest też wymagany w celu uzyskania dostępu do uaktualnień aplikacji oraz niektórych funkcji Oprogramowania Apple i Usług.

(j) Użytkownik akceptuje fakt, że wiele funkcji, aplikacje wbudowane i Usługi Oprogramowania Apple przesyłają dane, co może mieć wpływ na wysokość opłat z tytułu transmisji danych, do których pokrycia zobowiązany jest Użytkownik. Użytkownik może przeglądać oraz kontrolować wykorzystanie danych sieci komórkowej przez aplikacje. Może także sprawdzać w ustawieniach transmisji danych komórkowych szacunkową ilość transmisji danych wykorzystaną przez te aplikacje. Ponadto w przypadku słabego połączenia Wi-Fi funkcja Asysta Wi-Fi wykonuje automatyczne przełączenie na sieć komórkową, co może spowodować większe zużycie danych z sieci komórkowej i wpłynąć na wysokość opłat w ramach planu taryfowego Użytkownika. Asysta Wi-Fi jest domyślnie włączona, ale można ją wyłączyć w ustawieniach. Więcej informacji można znaleźć w Podręczniku użytkownika Urządzenia.

(k) Jeśli Użytkownik zezwala na automatyczne uaktualnianie aplikacji, jego Urządzenie okresowo sprawdza na serwerach Apple dostępność uaktualnień zainstalowanych aplikacji. Jeśli takie uaktualnienie jest dostępne, zostaje automatycznie pobrane i zainstalowane na Urządzeniu Użytkownika. Użytkownik może w dowolnym momencie całkowicie wyłączyć automatyczne uaktualnianie aplikacji (w tym celu należy kolejno wybrać Ustawienia > iTunes i App Store > Pobieranie automatyczne, a następnie wyłączyć opcję Uaktualnienia).

(l) Korzystanie z Urządzenia może w pewnych okolicznościach rozpraszać Użytkownika oraz powodować niebezpieczne sytuacje (na przykład podczas prowadzenia pojazdu należy unikać wysyłania SMS-ów, a podczas jazdy na rowerze nie należy używać słuchawek). Użytkownik potwierdza, że w czasie korzystania z Urządzenia będzie odpowiedzialny za przestrzeganie przepisów, które zakazują używania telefonów komórkowych lub ograniczają ich używanie (takich jak wymóg korzystania z zestawów głośnomówiących w celu wykonywania połączeń w czasie prowadzenia samochodu).

(m) Niektóre funkcje Oprogramowania Apple, na przykład wszelkie funkcje wykrywania zagrożeń, mogą podejmować próby udzielenia pomocy w sytuacjach związanych z bezpieczeństwem i łączyć użytkownika ze służbami ratunkowymi (w miarę dostępności). Apple nie gwarantuje dostępności, dokładności, kompletności, niezawodności ani aktualności takich funkcji. W sytuacjach, w których dostępna jest szybsza lub skuteczniejsza pomoc, nie powinno się polegać wyłącznie na tych funkcjach. Użytkownik zgadza się używać tych funkcji na własne ryzyko i zgodnie ze zdrowym rozsądkiem, a Apple oraz podmioty stowarzyszone, agencji lub zleceniodawcy Apple nie ponoszą wobec Użytkownika żadnej odpowiedzialności z tytułu używania przez Użytkownika tych funkcji oraz wszelkich związanych z tym skutków w maksymalnym zakresie dozwolonym przez przepisy prawa.

(n) Urządzenie Użytkownika nie jest urządzeniem medycznym i nie powinno być stosowane jako substytut profesjonalnej oceny medycznej. Urządzenie nie zostało zaprojektowane i nie jest przeznaczone do stosowania w diagnostyce chorób lub innych stanów, ani do leczenia lub zapobiegania stanom chorobowym lub chorobom. Przed podjęciem jakichkolwiek decyzji dotyczących stanu zdrowia Użytkownik powinien skonsultować się z lekarzem.

**3. Przeniesienie praw.** Użytkownik nie może wynajmować, wydzierżawiać, użyczać, sprzedawać, ponownie rozpowszechniać ani podlicencjonować Oprogramowania Apple. Może natomiast dokonać jednorazowego przeniesienia wszystkich praw wynikających z licencji do tego Oprogramowania Apple na rzecz innego podmiotu wraz z przeniesieniem prawa własności do Urządzenia, pod następującymi warunkami: (a) przeniesienie musi obejmować Urządzenie wraz z całym Oprogramowaniem Apple, w tym wszystkie jego części składowe i Licencję; (b) Użytkownik nie pozostawi żadnej kopii Oprogramowania

Apple, pełnej ani częściowej, w tym kopii przechowywanej na komputerze lub innym nośniku; oraz (c) podmiot otrzymujący Oprogramowanie Apple przeczyta i zaakceptuje postanowienia Licencji.

**4. Zgoda na używanie danych.** Gdy Użytkownik używa swojego Urządzenia, numer telefonu i określone unikatowe identyfikatory jego Urządzenia są przesyłane do Apple, aby umożliwić innym osobom nawiązanie kontaktu z Użytkownikiem z użyciem jego numeru telefonu podczas korzystania z różnych funkcji komunikacyjnych Oprogramowania Apple, takich jak iMessage i FaceTime. Gdy Użytkownik korzysta z iMessage, Apple może przez ograniczony okres przechowywać w postaci zaszyfrowanej jego wiadomości, aby zapewnić ich dostarczenie. Zarówno funkcję FaceTime, jak i iMessage można wyłączyć w odpowiednich ustawieniach na Urządzeniu Użytkownika. Niektóre funkcje, takie jak Analizy, Usługi lokalizacyjne, Siri i Dyktowanie, mogą wymagać informacji z Urządzenia Użytkownika do prawidłowego działania. Gdy Użytkownik włączy te funkcje lub zacznie ich używać, zostaną przedstawione szczegółowe informacje o tym, jakie dane są wysyłane do Apple oraz jak mogą być wykorzystywane. Więcej informacji na ten temat można znaleźć pod adresem https://www.apple.com/privacy/. Informacje Użytkownika będą zawsze traktowane zgodnie z przyjętymi przez Apple Zasadami ochrony prywatności, z którymi można się zapoznać pod adresem: https://www.apple.com/pl/legal/privacy/.

**5. Usługi i Materiały Osób Trzecich.**
(a) Oprogramowanie Apple może umożliwiać dostęp do iTunes Store, App Store, Apple Books, Game Center, iCloud, News, Fitness+, Map oraz innych usług i witryn internetowych Apple oraz osób trzecich (łącznie i oddzielnie: „Usługi"). Używanie tych Usług wymaga połączenia z Internetem. Dostęp i używanie niektórych Usług może wymagać własnego Apple ID lub zaakceptowania dodatkowych postanowień, a także może podlegać dodatkowym opłatom. Korzystanie przez Użytkownika z tego oprogramowania w połączeniu z Apple ID lub innymi Usługami jest jednoznaczne z zaakceptowaniem stosownych warunków, takich jak najnowsze Warunki świadczenia usług Apple Media właściwe dla kraju lub regionu, w którym Użytkownik uzyskuje dostęp do tych Usług, dostępne pod adresem https://www.apple.com/pl/legal/internet-services/itunes/.

(b) Jeśli Użytkownik zarejestruje się w iCloud, niektóre funkcje iCloud, takie jak iCloud Drive, Mój strumień zdjęć, Albumy udostępniane i Lokalizator mogą być dostępne bezpośrednio z poziomu Oprogramowania Apple. Użytkownik zgadza się, że używanie usługi iCloud i tych funkcji podlega najnowszym warunkom świadczenia usługi iCloud, które są dostępne pod adresem https://www.apple.com/legal/internet-services/icloud/.

(c) Treści aplikacji News. Korzystanie przez Użytkownika z treści dostępnych w aplikacji News jest ograniczone wyłącznie do niekomercyjnego użytku osobistego, nie powoduje przeniesienia korzyści wynikających z praw własności do tych treści na Użytkownika, i wyraźnie wyklucza, bez ograniczeń, prawo do komercyjnego lub promocyjnego wykorzystania praw takich treści.

(d) Mapy. Usługi i funkcje map w Oprogramowaniu Apple („Mapy"), w tym zakres danych map, mogą się różnić w zależności od regionu. Gdy Użytkownik włącza Mapy lub ich używa, otrzymuje szczegółowe informacje o tym, jakie informacje są przesyłane do Apple oraz w jaki sposób mogą one być wykorzystane. Użytkownik zgadza się, że używanie Map podlega najnowszym warunkom świadczenia usługi Mapy, które są dostępne na karcie głównej aplikacji Mapy.

(e) Użytkownik rozumie, że podczas używania Usług może natknąć się na potencjalnie obraźliwe, nieprzyzwoite lub niedopuszczalne treści, które mogą, ale nie muszą być oznaczone jako zawierające wulgarny język, oraz że wyniki dowolnego wyszukiwania lub podania określonego adresu URL mogą automatycznie i nieumyślnie generować łącza lub odniesienia do niedopuszczalnych materiałów. Pomimo to Użytkownik zgadza się korzystać z Usług na swoje wyłączne ryzyko, a spółka Apple, jej podmioty stowarzyszone, agenci, mocodawcy lub licencjodawcy nie ponoszą wobec Użytkownika żadnej odpowiedzialności z tytułu takich potencjalnie obraźliwych, nieprzyzwoitych lub

niedopuszczalnych treści.

(f) Niektóre Usługi mogą wyświetlać, zawierać lub udostępniać treści, dane, informacje, aplikacje lub materiały pochodzące od osób trzecich („Materiały Osób Trzecich") lub zawierać łącza do określonych witryn internetowych osób trzecich. Korzystając z tych Usług, Użytkownik potwierdza i zgadza się, że Apple nie odpowiada za sprawdzenie i ocenę tych materiałów ani za ich dokładność, kompletność, aktualność, ważność, zgodność z prawami autorskimi, zgodność z przepisami, przyzwoitość, jakość lub jakiekolwiek inne aspekty związane z witrynami bądź Materiałami Osób Trzecich. Apple, członkowie ścisłego kierownictwa spółki oraz jej podmioty zależne i stowarzyszone nie udzielają gwarancji ani poparcia oraz nie przyjmują i nie będą ponosić żadnej odpowiedzialności wobec Użytkownika ani jakichkolwiek innych osób z tytułu Materiałów Osób Trzecich lub Usług bądź witryn internetowych osób trzecich ani z tytułu jakichkolwiek innych materiałów, produktów lub usług osób trzecich. Materiały Osób Trzecich oraz łącza do innych witryn internetowych są udostępniane wyłącznie dla wygody Użytkownika.

(g) Ani Apple, ani żaden z dostawców treści Apple nie gwarantuje dostępności, dokładności, kompletności, wiarygodności ani aktualności informacji o zapasach, danych o lokalizacji ani żadnych innych danych wyświetlanych przez jakiekolwiek Usługi. Informacje finansowe prezentowane przez jakiekolwiek Usługi służą wyłącznie ogólnym celom informacyjnym i nie powinny być traktowane jako porada inwestycyjna. Przed wykonaniem jakiejkolwiek transakcji na papierach wartościowych opartej na informacjach uzyskanych za pośrednictwem Usług Użytkownik powinien skonsultować się ze specjalistą ds. finansów lub papierów wartościowych, który posiada określone w przepisach prawa kwalifikacje do udzielania porad z zakresu finansów lub papierów wartościowych w kraju lub regionie Użytkownika. Dane o lokalizacji udostępniane przez jakiekolwiek Usługi, w tym przez usługę Mapy Apple, służą wyłącznie do podstawowych celów nawigacyjnych i planowania. Nie należy na nich polegać w sytuacjach, gdy potrzebne są dokładne informacje o lokalizacji lub gdy nieprawidłowe, niedokładne, niekompletne lub nieaktualne dane o lokalizacji mogą spowodować śmierć lub obrażenia ciała, zniszczenie mienia lub szkody środowiskowe. Użytkownik zgadza się, że wyniki otrzymane za pośrednictwem usługi Mapy mogą różnić się od rzeczywistych warunków drogowych lub terenowych ze względu na czynniki, które mogą wpływać na dokładność danych Map, takie jak warunki pogodowe, warunki drogowe i wydarzenia geopolityczne. Podczas korzystania z nawigacji Użytkownik powinien dla własnego bezpieczeństwa zawsze zwracać uwagę na znaki drogowe i bieżące warunki drogowe. Użytkownik powinien przestrzegać zasad bezpieczeństwa jazdy i przepisów ruchu drogowego, a także pamiętać, że wskazówki dla rowerzystów i pieszych mogą nie obejmować wyznaczonych tras.

(h) W zakresie, w jakim Użytkownik przesyła jakiekolwiek treści za pośrednictwem Usług, Użytkownik oświadcza, że posiada wszelkie prawa dotyczące tych treści lub upoważnienie bądź inne uprawnienia do ich przesyłania, a także że treści te nie naruszają żadnych warunków świadczenia usług mających zastosowanie do Usług. Użytkownik przyjmuje do wiadomości, że Usługi zawierają zastrzeżone treści, informacje i materiały należące do Apple, właścicieli witryny lub jej licencjobiorców, chronione między innymi przez odpowiednie prawa dotyczące własności intelektualnej, w tym między innymi przez prawo autorskie. Użytkownik zgadza się nie używać takich zastrzeżonych treści, informacji lub materiałów w sposób inny niż dozwolony podczas korzystania z Usług lub w sposób niezgodny z postanowieniami Licencji lub naruszający prawa własności intelektualnej osób trzecich lub Apple. Żadna część Usług nie może być reprodukowana w jakiejkolwiek formie ani w jakikolwiek sposób. Użytkownik zgadza się, że nie będzie modyfikować, wynajmować, wydzierżawiać, użyczać, sprzedawać, rozpowszechniać ani tworzyć opracowań na podstawie Usług w jakikolwiek sposób, a także nie będzie używać Usług w sposób nieautoryzowany, w tym w szczególności nie będzie używać Usług do przesyłania wirusów komputerowych, robaków, koni trojańskich lub innego złośliwego oprogramowania ani do naruszania lub obciążania przepustowości sieci. Ponadto Użytkownik zgadza się nie używać Usług w celu nękania, maltretowania, prześladowania, zniesławiania bądź naruszania w inny sposób praw lub wysuwania gróźb wobec jakiejkolwiek innej osoby, przy czym Apple nie ponosi żadnej odpowiedzialności za takie użycie Usług przez Użytkownika ani za jakiekolwiek nękające, zawierające groźby, zniesławiające, obraźliwe lub

naruszające postanowienia umów lub przepisy prawa wiadomości lub przekazy, które Użytkownik może otrzymać w wyniku używania Usług.

(i) Wspomniane Usługi i Materiały Osób Trzecich mogą nie być dostępne we wszystkich językach lub we wszystkich krajach bądź regionach. Apple nie gwarantuje, że takie Usługi i Materiały Osób Trzecich są odpowiednie lub dostępne do użycia w jakiejkolwiek konkretnej lokalizacji. W zakresie, w jakim Użytkownik używa lub uzyskuje dostęp do takich Usług lub Materiałów Osób Trzecich, czyni to z własnej inicjatywy i ponosi odpowiedzialność za przestrzeganie wszelkich obowiązujących przepisów prawa, w tym w szczególności obowiązujących przepisów prawa krajowego oraz przepisów dotyczących ochrony prywatności i zbierania danych. Udostępnianie lub synchronizowanie zdjęć przy użyciu Urządzenia może spowodować przesłanie wraz z takimi zdjęciami metadanych, w tym informacji o miejscu i czasie wykonania zdjęcia oraz informacji o głębi. Używanie usług Apple (takich jak Biblioteka zdjęć iCloud) do udostępniania lub synchronizowania takich zdjęć będzie angażować Apple w proces odbierania i przechowywania takich metadanych. Apple i licencjodawcy Apple mogą w dowolnym czasie i bez wcześniejszego powiadomienia zmienić, zawiesić, usunąć lub uniemożliwić dostęp do jakichkolwiek Usług. W żadnym wypadku Apple nie ponosi odpowiedzialności za usunięcie lub uniemożliwienie dostępu do takich Usług. Apple może także w dowolnym momencie, bez wcześniejszego powiadomienia i bez ponoszenia odpowiedzialności, wprowadzić ograniczenia dotyczące używania lub dostępu do niektórych Usług.

**6. Wygaśnięcie licencji.** Licencja obowiązuje do czasu jej wygaśnięcia. Prawa Użytkownika na mocy Licencji automatycznie wygasają lub przestają obowiązywać bez osobnego powiadomienia ze strony Apple, jeśli Użytkownik nie zastosuje się do dowolnego punktu Licencji. Po wygaśnięciu Licencji Użytkownik powinien całkowicie zaprzestać używania Oprogramowania Apple. W każdym takim przypadku postanowienia punktów 4, 5, 6, 7, 8, 9, 10, 12 i 13 pozostają w mocy po wygaśnięciu Licencji.

**7. Ograniczenia gwarancji.**
7.1     Jeśli Użytkownik jest konsumentem (osobą, która używa Oprogramowania Apple poza swoją działalnością handlową, gospodarczą lub zawodową), w kraju zamieszkania Użytkownika mogą mu przysługiwać prawa, które zabraniają stosowania wobec niego poniższych ograniczeń, zatem tam, gdzie jest to zabronione, ograniczenia te nie będą mieć do niego zastosowania. Aby dowiedzieć się więcej na temat praw Użytkownika, należy skontaktować się z lokalną organizacją konsumencką.

7.2     UŻYTKOWNIK ZGADZA SIĘ, ŻE W ZAKRESIE DOZWOLONYM PRZEZ PRZEPISY PRAWA WŁAŚCIWEGO UŻYWANIE OPROGRAMOWANIA APPLE I WSZELKICH USŁUG ŚWIADCZONYCH LUB DOSTĘPNYCH ZA POŚREDNICTWEM OPROGRAMOWANIA APPLE ODBYWA SIĘ NA WYŁĄCZNE RYZYKO UŻYTKOWNIKA ORAZ ŻE CAŁE RYZYKO ZWIĄZANE Z ZADOWALAJĄCĄ JAKOŚCIĄ, DZIAŁANIEM, DOKŁADNOŚCIĄ I NAKŁADAMI PRACY SPOCZYWA NA UŻYTKOWNIKU.

7.3     W MAKSYMALNYM ZAKRESIE DOPUSZCZALNYM PRZEZ STOSOWNE PRZEPISY PRAWNE, OPROGRAMOWANIE APPLE I USŁUGI SĄ DOSTARCZANE „TAKIE JAKIE SĄ" ORAZ „W MIARĘ DOSTĘPNOŚCI", ZE WSZYSTKIMI WADAMI I BEZ JAKIEJKOLWIEK GWARANCJI, A APPLE I PODMIOTY, KTÓRE UDZIELIŁY LICENCJI SPÓŁCE APPLE (OKREŚLANE DALEJ JAKO „APPLE" DLA POTRZEB ROZDZIAŁÓW 7 i 8), ODRZUCAJĄ WSZYSTKIE GWARANCJE W ODNIESIENIU DO OPROGRAMOWANIA APPLE I USŁUG, ZARÓWNO WYRAŻONE WPROST, JAK I DOMNIEMANE LUB USTAWOWE, W TYM MIĘDZY INNYMI DOMNIEMANE GWARANCJE LUB WARUNKI DOTYCZĄCE WARTOŚCI HANDLOWEJ, SATYSFAKCJONUJĄCEJ JAKOŚCI I PRZYDATNOŚCI DO OKREŚLONEGO CELU, DOKŁADNOŚCI, UŻYTKOWANIA ORAZ NIENARUSZANIA PRAW OSÓB TRZECICH.

7.4     W KONTEKŚCIE NIEZAKŁÓCONEGO UŻYWANIA OPROGRAMOWANIA APPLE I USŁUG, APPLE NIE GWARANTUJE, ŻE FUNKCJE ZAWARTE W OPROGRAMOWANIU APPLE I USŁUGACH ORAZ USŁUGI ŚWIADCZONE LUB OFEROWANE ZA POŚREDNICTWEM OPROGRAMOWANIA APPLE

SPEŁNIĄ WYMAGANIA UŻYTKOWNIKA, ŻE DZIAŁANIE OPROGRAMOWANIA APPLE I USŁUG BĘDZIE NIEPRZERWANE LUB WOLNE OD BŁĘDÓW, ŻE KAŻDA USŁUGA BĘDZIE STALE DOSTĘPNA, ŻE USTERKI W OPROGRAMOWANIU APPLE LUB USŁUGACH ZOSTANĄ NAPRAWIONE, ANI ŻE OPROGRAMOWANIE APPLE BĘDZIE ZGODNE LUB BĘDZIE WSPÓŁDZIAŁAĆ Z OPROGRAMOWANIEM, APLIKACJAMI LUB USŁUGAMI OSÓB TRZECICH. ZAINSTALOWANIE TEGO OPROGRAMOWANIA APPLE MOŻE MIEĆ WPŁYW NA DOSTĘPNOŚĆ ORAZ UŻYTECZNOŚĆ OPROGRAMOWANIA, APLIKACJI LUB USŁUG OSÓB TRZECICH, A TAKŻE PRODUKTÓW I USŁUG APPLE.

7.5     UŻYTKOWNIK ZGADZA SIĘ, ŻE OPROGRAMOWANIE APPLE I USŁUGI NIE SĄ PRZEZNACZONE ANI ODPOWIEDNIE DO UŻYCIA W SYTUACJACH LUB ŚRODOWISKACH, W KTÓRYCH AWARIA, OPÓŹNIENIA CZASOWE, BŁĘDY LUB NIEDOKŁADNOŚCI TREŚCI, DANYCH LUB INFORMACJI UDOSTĘPNIANYCH PRZEZ OPROGRAMOWANIE APPLE LUB USŁUGI MOGŁYBY DOPROWADZIĆ DO ŚMIERCI, OBRAŻEŃ CIAŁA LUB POWAŻNYCH USZKODZEŃ MIENIA BĄDŹ SZKÓD ŚRODOWISKOWYCH, W TYM W SZCZEGÓLNOŚCI W OBIEKTACH JĄDROWYCH, SYSTEMACH NAWIGACJI LUB KOMUNIKACJI LOTNICZEJ, SYSTEMACH KONTROLI RUCHU LOTNICZEGO, SYSTEMACH PODTRZYMYWANIA ŻYCIA LUB SYSTEMACH UZBROJENIA.

7.6     ŻADNE USTNE ANI PISEMNE INFORMACJE ANI PORADY UDZIELONE PRZEZ APPLE LUB AUTORYZOWANEGO PRZEDSTAWICIELA APPLE NIE STANOWIĄ GWARANCJI. JEŚLI OPROGRAMOWANIE APPLE LUB USŁUGI OKAŻĄ SIĘ WADLIWE, UŻYTKOWNIK PONOSI CAŁKOWITY KOSZT WSZYSTKICH NIEZBĘDNYCH CZYNNOŚCI SERWISOWYCH, NAPRAW LUB KOREKT. NIEKTÓRE KRAJE NIE ZEZWALAJĄ NA WYKLUCZENIE GWARANCJI DOMNIEMANYCH LUB OGRANICZENIE USTAWOWYCH PRAW KONSUMENTA, DLATEGO POWYŻSZE WYKLUCZENIE I OGRANICZENIA MOGĄ NIE MIEĆ ZASTOSOWANIA DO UŻYTKOWNIKA.

**8. Ograniczenie odpowiedzialności.** W ZAKRESIE DOPUSZCZONYM PRZEZ PRAWO, SPÓŁKA APPLE, JEJ PODMIOTY STOWARZYSZONE, AGENCI LUB ZLECENIODAWCY W ŻADNYM WYPADKU NIE PONOSZĄ ODPOWIEDZIALNOŚCI ZA OBRAŻENIA CIAŁA ANI JAKIEKOLWIEK SZKODY PRZYPADKOWE, SPECJALNE, POŚREDNIE LUB WYNIKOWE, W TYM W SZCZEGÓLNOŚCI ZA ODSZKODOWANIA Z TYTUŁU UTRATY ZYSKÓW, USZKODZENIA LUB UTRATY DANYCH, BRAKU MOŻLIWOŚCI PRZESŁANIA LUB ODBIORU DANYCH, PRZERWY W DZIAŁALNOŚCI GOSPODARCZEJ LUB WSZELKIE INNE SZKODY BĄDŹ STRATY KOMERCYJNE BEZPOŚREDNIO LUB POŚREDNIO ZWIĄZANE Z UŻYWANIEM LUB BRAKIEM MOŻLIWOŚCI UŻYWANIA OPROGRAMOWANIA APPLE I USŁUG LUB OPROGRAMOWANIA, APLIKACJI I USŁUG OSÓB TRZECICH W POŁĄCZENIU Z OPROGRAMOWANIEM APPLE LUB USŁUGAMI, NIEZALEŻNIE OD PRZYCZYNY ORAZ PODSTAWY ODPOWIEDZIALNOŚCI (KONTRAKTOWEJ, DELIKTOWEJ LUB INNEJ), TAKŻE W PRZYPADKU POINFORMOWANIA APPLE O MOŻLIWOŚCI WYSTĄPIENIA TAKICH SZKÓD. NIEKTÓRE JURYSDYKCJE NIE ZEZWALAJĄ NA WYŁĄCZENIE LUB OGRANICZENIE ODPOWIEDZIALNOŚCI ZA OBRAŻENIA CIAŁA LUB SZKODY PRZYPADKOWE LUB WYNIKOWE, DLATEGO TE OGRANICZENIA MOGĄ NIE MIEĆ ZASTOSOWANIA DO UŻYTKOWNIKA. W żadnym wypadku łączna odpowiedzialność Apple wobec Użytkownika z tytułu wszystkich szkód (z wyjątkiem przypadków, gdy jest to wymagane przez przepisy prawa właściwego w sprawach dotyczących obrażeń ciała) nie przekroczy kwoty dwustu pięćdziesięciu dolarów (250,00 USD). Powyższe ograniczenia będą mieć zastosowanie, nawet jeśli wspomniane powyżej uprawnienia nie spełniają swojego podstawowego celu. NIEZALEŻNIE OD INNYCH POSTANOWIEŃ NINIEJSZEJ LICENCJI, JEŚLI ZASTOSOWANIE MA JAPOŃSKA USTAWA O UMOWACH KONSUMENCKICH, POSTANOWIENIA OGRANICZAJĄCE ODPOWIEDZIALNOŚĆ APPLE ZA SZKODY WYNIKAJĄCE Z NARUSZENIA UMOWY LUB CZYNU NIEDOZWOLONEGO POPEŁNIONEGO PRZEZ APPLE NIE MAJĄ ZASTOSOWANIA, JEŚLI TAKIE SZKODY WYNIKAJĄ Z UMYŚLNEGO DZIAŁANIA LUB RAŻĄCEGO ZANIEDBANIA APPLE.

**9. Certyfikaty cyfrowe.** Oprogramowanie Apple zawiera funkcje umożliwiające akceptowanie

certyfikatów cyfrowych, zarówno wydawanych przez Apple, jak i osoby trzecie. UŻYTKOWNIK PONOSI CAŁKOWITĄ ODPOWIEDZIALNOŚĆ ZA DECYZJĘ, CZY CHCE POLEGAĆ NA CERTYFIKATACH WYDANYCH PRZEZ APPLE LUB OSOBY TRZECIE. UŻYTKOWNIK UŻYWA CERTYFIKATÓW CYFROWYCH NA SWOJE WYŁĄCZNE RYZYKO. W MAKSYMALNYM ZAKRESIE DOZWOLONYM PRZEZ PRZEPISY PRAWA WŁAŚCIWEGO APPLE NIE UDZIELA W KONTEKŚCIE CERTYFIKATÓW CYFROWYCH ŻADNYCH WYRAŹNYCH ANI DOROZUMIANYCH GWARANCJI ANI ZAPEWNIEŃ CO DO WARTOŚCI HANDLOWEJ, PRZYDATNOŚCI DO OKREŚLONEGO CELU, DOKŁADNOŚCI, BEZPIECZEŃSTWA LUB NIENARUSZANIA PRAW OSÓB TRZECICH.

**10. Kontrola eksportu.** Użytkownik nie może używać ani w inny sposób eksportować lub reeksportować Oprogramowania Apple, o nie jest do tego upoważniony na mocy przepisów prawa obowiązujących w Stanach Zjednoczonych oraz przepisów prawa obowiązujących w jurysdykcji, w której Oprogramowanie Apple zostało uzyskane. W szczególności, ale bez ograniczeń, Oprogramowanie Apple nie może być eksportowane ani reeksportowane (a) do krajów objętych embargiem przez Stany Zjednoczone ani (b) do osób znajdujących się na listach sankcyjnych Departamentu Skarbu Stanów Zjednoczonych (Specially Designated Nationals List) lub Departamentu Handlu Stanów Zjednoczonych (Denied Person's List, Entity List) bądź dowolnej innej liście podmiotów objętych ograniczeniami. Używając Oprogramowania Apple, Użytkownik potwierdza, że nie znajduje się na terenie takiego kraju ani na żadnej z wyżej wymienionych list. Użytkownik zobowiązuje się też nie używać Oprogramowania Apple do żadnego z celów zabronionych przez prawo USA, w tym między innymi do projektowania, wytwarzania bądź produkcji broni jądrowej, rakietowej, chemicznej lub biologicznej.

**11. Użytkownicy końcowi w instytucjach administracji państwowej.** Oprogramowanie Apple i związana z nim dokumentacja stanowią „Artykuły Komercyjne" (ang. Commercial Items) w znaczeniu zdefiniowanym w tytule 48 Kodeksu Przepisów Federalnych §2.101, które obejmują „Komercyjne Oprogramowanie Komputerowe" (ang. Commercial Computer Software) oraz „Dokumentację Komercyjnego Oprogramowania Komputerowego" (ang. Commercial Computer Software Documentation) w znaczeniu używanym odpowiednio w tytule 48 Kodeksu Przepisów Federalnych §12.212 lub w tytule 48 Kodeksu Przepisów Federalnych §227.7202. Zgodnie z odpowiednimi przepisami w tytule 48 Kodeksu Przepisów Federalnych §12.212 lub w tytule 48 Kodeksu Przepisów Federalnych §227.7202-1 do 227.7202-4 licencja na Komercyjne oprogramowanie komputerowe oraz Dokumentację komercyjnego oprogramowania komputerowego jest udzielana użytkownikom końcowym w instytucjach administracji państwowej Stanów Zjednoczonych (a) wyłącznie jako licencja na Artykuły komercyjne i (b) wyłącznie z prawami gwarantowanymi dla wszystkich innych użytkowników końcowych zgodnie z postanowieniami niniejszego dokumentu. Prawa niepublikowane są zastrzeżone zgodnie z przepisami prawa autorskiego obowiązującymi w Stanach Zjednoczonych.

**12. Prawo właściwe i rozdzielność postanowień.** Licencja podlega przepisom prawa stanu Kalifornia i będzie zgodnie z nim interpretowana, z wyłączeniem norm prawa kolizyjnego. Licencja nie podlega konwencji ONZ w sprawie kontraktów na międzynarodową sprzedaż towarów (ang. United Nations Convention on Contracts for the International Sale of Goods), której zastosowanie jest wyraźnie wyłączone. W przypadku konsumentów zamieszkałych w Wielkiej Brytanii Licencja podlega przepisom prawa obowiązującym w jurysdykcji zgodnej z miejscem zamieszkania użytkownika. Jeśli z dowolnej przyczyny sąd właściwy uzna którekolwiek postanowienie lub jego część za niewykonalne, pozostałe postanowienia Licencji pozostają w mocy.

**13. Całość porozumienia; język nadrzędny.** Licencja stanowi całość porozumienia między Użytkownikiem a Apple w przedmiocie Oprogramowania Apple i zastępuje wszelkie wcześniejsze lub równoczesne uzgodnienia w rzeczonym przedmiocie. Żadne poprawki ani modyfikacje Licencji nie będą wiążące, o ile nie zostaną sporządzone na piśmie i podpisane przez Apple. Tłumaczenie Licencji zostało wykonane z uwagi na wymagania krajowe. W przypadku niezgodności między wersją angielską a inną

wersją językową Licencji wersja angielska ma znaczenie nadrzędne w zakresie, w jakim nie jest to zabronione przez przepisy prawa obowiązujące w jurysdykcji użytkownika.

**14. Podawanie źródła.** Fragmenty Oprogramowania Apple mogą wykorzystywać lub zawierać elementy oprogramowania osób trzecich oraz inne materiały chronione prawem autorskim. Informacje o źródle, postanowienia licencyjne i zastrzeżenia prawne dotyczące takich materiałów są zawarte w dokumentacji elektronicznej Oprogramowania Apple, a używanie takich materiałów przez Użytkownika jest regulowane odpowiednimi postanowieniami stosowanych dokumentów. Korzystanie z usługi Bezpieczne przeglądanie Google podlega Warunkom korzystania z usług Google (https://www.google.com/intl/pl/policies/terms/) oraz zasadom Polityki prywatności Google (https://www.google.com/intl/en/policies/privacy/).

**15. Korzystanie z MPEG-4; uwagi dotyczące H.264/AVC**
(a) Oprogramowanie Apple jest licencjonowane na podstawie licencji MPEG-4 Systems Patent Portfolio do kodowania informacji zgodnie ze standardem MPEG-4, z wyjątkiem przypadków, w których dla kodowania wymagane są dodatkowe licencje i opłaty za honoraria autorskie związane z (i) danymi przechowywanymi lub powielanymi na fizycznym nośniku, dla których obowiązują opłaty za tytuł na podstawie prawa własności do tytułu lub (ii) danych, dla których obowiązują opłaty za tytuł na podstawie prawa własności do tytułu, i które są przenoszone na użytkownika końcowego w celu stałego przechowywania lub użytku. Dodatkowe licencje można uzyskać w MPEG LA, LLC. Szczegółowe informacje można znaleźć na stronie https://www.mpegla.com.

(b) Oprogramowanie Apple zawiera funkcje kodowania oraz dekodowania MPEG-4. Oprogramowanie Apple jest licencjonowane na mocy licencji MPEG-4 Visual Patent Portfolio License do niekomercyjnego użytku osobistego konsumenta w celu (i) kodowania wideo zgodnie ze standardem MPEG-4 Visual Standard („MPEG-4 Video") lub (ii) dekodowania wideo MPEG-4, które zostało zakodowane przez konsumenta prowadzącego niekomercyjną działalność osobistą lub zostało uzyskane od dostawcy materiałów wideo posiadającego licencję MPEG LA na udostępnianie materiałów wideo MPEG-4. Żadna licencja nie jest udzielana ani nie może być dorozumiana w odniesieniu do jakiegokolwiek innego sposobu użycia. Dodatkowe informacje, w tym informacje dotyczące zastosowań promocyjnych, wewnętrznych i komercyjnych oraz informacje dotyczące licencjonowania, można uzyskać od MPEG LA, LLC. Zobacz: https://www.mpegla.com.

(c) Oprogramowanie Apple zawiera funkcje kodowania lub dekodowania AVC. Komercyjne wykorzystanie H.264/AVC wymaga dodatkowej licencji oraz mają zastosowanie następujące postanowienia: FUNKCJE AVC W TYM OPROGRAMOWANIU tvOS SĄ LICENCJONOWANE WYŁĄCZNIE DO NIEKOMERCYJNEGO UŻYTKU PRYWATNEGO W CELU (i) KODOWANIA WIDEO ZGODNIE ZE STANDARDEM AVC („AVC VIDEO") LUB (ii) DEKODOWANIA AVC WIDEO, KTÓRE ZOSTAŁO ZAKODOWANE PRZEZ KONSUMENTA W RAMACH NIEKOMERCYJNYCH DZIAŁAŃ PRYWATNYCH LUB ZOSTAŁO UZYSKANE OD DOSTAWCY WIDEO Z LICENCJĄ NA DOSTARCZANIE AVC VIDEO. INFORMACJE NA TEMAT INNYCH ZASTOSOWAŃ ORAZ LICENCJI MOŻNA UZYSKAĆ OD MPEG LA, LLC. ZOBACZ: https://www.mpegla.com.

**16. Ograniczenia usługi wyszukiwania Yahoo.** Usługa wyszukiwania Yahoo dostępna w Safari jest licencjonowana do użycia tylko w następujących krajach i regionach: Argentyna, Aruba, Australia, Austria, Bahamy, Barbados, Belgia, Bermudy, Brazylia, Bułgaria, Chile, Chiny kontynentalne, Hongkong, Kolumbia, Cypr, Republika Czeska, Dania, Republika Dominikany, Ekwador, Filipiny, Finlandia, Francja, Grecja, Grenada, Gwatemala, Holandia, Islandia, Indie, Indonezja, Irlandia, Jamajka, Japonia, Kanada, Kajmany, Korea Południowa, Litwa, Luksemburg, Łotwa, Malezja, Malta, Meksyk, Niemcy, Nowa Zelandia, Nikaragua, Norwegia, Panama, Peru, Polska, Portugalia, Portoryko, Rumunia, Salwador, Singapur, Słowacja, Słowenia, Hiszpania, St. Lucia, St. Vincent, Szwecja, Szwajcaria, Tajlandia, Trynidad i Tobago, Turcja, Urugwaj, USA, Węgry, Wielka Brytania, Włochy oraz Wenezuela.

**17. Informacja dotycząca usługi Microsoft Exchange.** Licencja funkcji Microsoft Exchange w Oprogramowaniu Apple obejmuje tylko i wyłącznie wykorzystanie jej do bezprzewodowej synchronizacji informacji (takiej jak wiadomości email, kontakty, kalendarz i zadania) pomiędzy Urządzeniem i serwerem Microsoft Exchange lub innym serwerem, licencjonowanym przez Microsoft w celu użycia protokołu Microsoft Exchange ActiveSync.

EA1806
8.7.2022

———————————

**Postanowienia i warunki uzupełniające dotyczące korzystania z Apple Pay i aplikacji Portfel**

Niniejsze Warunki Uzupełniające dotyczące korzystania z Apple Pay i aplikacji Portfel („Warunki Uzupełniające") uzupełniają Umowę licencyjną na Oprogramowanie Apple („Licencja"). Warunki zawarte w obu dokumentach – Licencji i Warunkach Uzupełniających – określają zasady korzystania przez Użytkownika z funkcji Apple Pay („Apple Pay") oraz aplikacji Portfel („Portfel"), które są uznawane za „Usługę" podlegającą warunkom tej Licencji. Pisane wielką literą terminy używane w tych Warunkach Uzupełniających mają znaczenie określone w Licencji.

**1. Omówienie**

**Apple Pay**

Apple Pay umożliwia Użytkownikowi:

- dokonywanie płatności zbliżeniowych za pomocą kart kredytowych, debetowych i przedpłaconych, w tym Apple Card i Apple Cash, w wybranych lokalizacjach lub w wybranych aplikacjach lub witrynach internetowych;
- wysyłanie płatności między użytkownikami Apple Cash; oraz
- śledzenie zamówień i wyświetlanie szczegółowych potwierdzeń.

Apple Pay i niektóre funkcje Apple Pay mogą być dostępne tylko w wybranych regionach lub sieciach płatniczych lub u wybranych wystawców kart, sprzedawców i innych osób trzecich.

**Portfel**

Aplikacja Portfel firmy Apple umożliwia przechowywanie wirtualnych reprezentacji kart kredytowych, debetowych i przedpłaconych używanych z Apple Pay (łącznie „karty Apple Pay"), a także innych rodzajów kart, przepustek i kluczy, w tym między innymi następujących (łącznie „Karty Portfela", a razem z kartami Apple Pay „Obsługiwane Karty"):

- kart nagród;
- kart transportu publicznego;
- biletów;
- karnetów członkowskich;
- kluczyków do samochodu;
- kluczy do domu;
- kluczy dla gości;
- identyfikatorów firmowych;
- legitymacji studenckich; oraz
- prawa jazdy oraz dowodów tożsamości („Dowody Tożsamości").

Karty Portfela mogą być dostępne tylko w wybranych regionach oraz u wybranych partnerów. Dowody

Tożsamości mogą być dostępne tylko dla rezydentów uczestniczących krajów, a ich prezentacja może się różnić w zależności od kraju lub lokalizacji.

Obsługiwane Karty mogą podlegać zmianom.

## 2. Kryteria udziału

Aby korzystać z Apple Pay oraz aplikacji Portfel, Użytkownik musi mieć (i) obsługiwane urządzenie działające z wersją oprogramowania operacyjnego obsługującego Usługi (najnowsza wersja zalecana, a czasami wymagana), (ii) Apple ID powiązany z kontem iCloud, które nie ma aktualnie zaległych zobowiązań w stosunku do Apple oraz (iii) dostęp do Internetu (mogą obowiązywać opłaty). Z wyjątkiem usługi Apple Cash w rodzinie i wybranych kart do obsługi pieniędzy elektronicznych, Karty Apple Pay są dostępne tylko dla osób w wieku co najmniej 13 lat. Mogą one podlegać dodatkowym ograniczeniom wiekowym nałożonym przez iCloud lub odpowiedniego wydawcę, sprzedawcę lub inną osobę trzecią. Karty transportu publicznego, karty do obsługi pieniędzy elektronicznych, Dowody Tożsamości, klucze i identyfikatory firmowe są dostępne tylko na Urządzeniach z systemem iOS.

Jeśli Użytkownik jest rodzicem lub opiekunem prawnym Rodziny iCloud („Organizator"), może zaprosić członków Rodziny, w tym osoby w wieku poniżej 13 lat (lub równoważnego minimalnego wieku w danym kraju), do umieszczenia odpowiednich kart transportu publicznego w aplikacji Portfel i korzystania z nich z użyciem tej aplikacji. Jako Organizator Użytkownik jest odpowiedzialny za wszystkie płatności, zakupy i transakcje dokonane przy użyciu karty transportu publicznego, która została aktywowana dla członków rodziny, w tym te zainicjowane przez członka rodziny. Uprawnienie do korzystania z kart transportu publicznego w aplikacji Portfel i korzystanie z nich podlega warunkom odpowiedniej firmy transportowej. Organizatorzy są odpowiedzialni za przestrzeganie tych warunków i biorą na siebie wszelkie ryzyko związane z udostępnieniem karty transportu innym członkom rodziny. Gdy członek Rodziny opuszcza Rodzinę lub zostaje z niej usunięty, traci możliwość doładowania karty transportu publicznego. W związku z tym będzie mógł dokonywać transakcji na karcie tylko do czasu, gdy stan na rachunku karty będzie równy zero.

Jeśli Użytkownik jest właścicielem kluczyka do samochodu, może udostępnić go innym osobom w wieku 13 lat lub starszym, aby mogły odblokować lub prowadzić samochód Użytkownika bądź uzyskać do niego dostęp.

Klucze do domu można dodawać i usuwać z Portfela tylko przez dodawanie i usuwanie zamków w aplikacji Dom lub udostępnianie i usuwanie siebie z domu w aplikacji Dom. Jeśli Użytkownik jest administratorem domu w aplikacji Dom, wszystkie istniejące klucze do domu są automatycznie udostępniane zaproszonym przez Użytkownika osobom, które dołączą do tego domu.

Karta Apple Card jest dostępna tylko w Stanach Zjednoczonych i jest wydawana przez Goldman Sachs Bank USA, Salt Lake City Branch („Wydawca Karty Apple Card"). Z wyjątkiem usługi Apple Card w rodzinie, karta Apple Card jest dostępna tylko dla osób w wieku co najmniej 18 lat (lub starszych w zależności od kraju zamieszkania Użytkownika).

Karta Apple Cash oraz możliwość wysyłania i odbierania płatności między osobami są dostępne tylko w Stanach Zjednoczonych jako usługa realizowana przez Green Dot Bank, członka Federalnej Korporacji Ubezpieczeń Depozytów (FDIC). W celu wysyłania lub odbierania płatności Apple Pay między osobami Użytkownik musi posiadać kartę Apple Cash. Z wyjątkiem usługi Apple Cash w rodzinie, karta Apple Cash oraz możliwość wysyłania i odbierania płatności między osobami są dostępne tylko dla osób w wieku co najmniej 18 lat.

## 3. Korzystanie z Usług

Obsługiwane Karty oraz płatności P2P są powiązane z identyfikatorem Apple ID, którego Użytkownik używa do logowania się w iCloud w celu korzystania z tych funkcji. W przypadku dodania do Portfela lub usunięcia z niego kluczy, identyfikatorów firmowych, kart nagród, biletów i kart członkowskich zmiana może być widoczna na innych urządzeniach Apple Użytkownika, na których jest on zalogowany. Z każdym identyfikatorem Apple ID Użytkownik może powiązać po jednym Dowodzie Tożsamości wydanym przez poszczególne organy administracji państwowej.

Usługi Apple Pay i aplikacja Portfel są przeznaczone do użytku osobistego i Użytkownik może udostępniać tylko własne Obsługiwane Karty lub te karty transportu publicznego lub kluczyki do samochodu i domu, do których udostępnienia został zaproszony przez Organizatora lub właściciela. W przypadku umieszczenia w aplikacji Portfel obsługiwanej karty firmowej Użytkownik potwierdza, że ma na to zgodę swojego pracodawcy oraz jest uprawniony do zobowiązania pracodawcy do przestrzegania niniejszych postanowień oraz akceptacji wszystkich transakcji wykonanych przy użyciu tej funkcji. W przypadku wysyłania lub odbierania płatności między osobami Użytkownik potwierdza, że robi to na niekomercyjny użytek osobisty. W przypadku umieszczenia w aplikacji Dowodu Tożsamości Użytkownik potwierdza, że robi to przy użyciu własnych danych osobowych, które reprezentują go w sposób dokładny i zgodny z prawdą.

Użytkownik zgadza się nie używać usługi Apple Pay i aplikacji Portfel w celach nielegalnych lub oszukańczych, a także w żadnych innych celach zabronionych na mocy Licencji i Warunków Uzupełniających. Użytkownik zgadza się również używać usługi Apple Pay i aplikacji Portfel zgodnie z obowiązującymi przepisami prawa. Użytkownik przyjmuje do wiadomości, że przekazanie jakichkolwiek fałszywych informacji w związku z Dowodem Tożsamości może stanowić przestępstwo na mocy prawa federalnego lub stanowego. Użytkownik zgadza się nie zakłócać działania ani nie ingerować w działanie usług Apple Pay lub aplikacji Portfel (w tym nie uzyskiwać dostępu do usługi w sposób zautomatyzowany), serwerów lub sieci połączonych z usługą, a także nie naruszać jakichkolwiek zasad, wymogów lub regulaminów sieci połączonych z usługą (w tym nie używać, nie monitorować ani nie uzyskiwać nieuprawnionego dostępu do danych lub ruchu w sieci).

Jeśli obowiązujące przepisy prawa zabraniają Użytkownikowi używania lub uzyskiwania dostępu do usługi Apple Pay lub aplikacji Portfel, Użytkownik nie może tego robić. Apple nie ponosi żadnej odpowiedzialności w przypadku, gdy Użytkownik używa lub uzyskuje dostęp do Usług w sposób naruszający obowiązujące przepisy prawa.

**4. Relacje Apple z Użytkownikiem**

Korzystanie przez Użytkownika z Apple Pay będzie podlegać Warunkom Uzupełniającym, a także warunkom umowy posiadacza karty zawartej z odpowiednim wydawcą, sprzedawcą lub inną osobą trzecią odpowiedzialną za Kartę Apple Pay.

Korzystanie przez Użytkownika z Kart Portfela w aplikacji Portfel również podlega Warunkom Uzupełniającym oraz postanowieniom umowy zawartej przez Użytkownika z odpowiednim sprzedawcą, przedsiębiorstwem transportowym, producentem samochodów i zamków, uczelnią, hotelem, ośrodkiem wypoczynkowym, organizatorem wycieczek, przedsiębiorstwem, organem administracji państwowej będącym wydawcą karty lub inną osobą trzecią.

Z wyjątkiem niektórych funkcji Apple Pay udostępnianych przez Apple Payments Inc. („Płatności Apple") opisanych poniżej, Apple nie przetwarza płatności ani innych transakcji niebędących płatnościami dokonanych za pomocą kart Apple Pay. Apple nie kontroluje ani nie ponosi odpowiedzialności z tytułu jakichkolwiek płatności, obciążeń zwrotnych, przelewów środków finansowych, zwrotów, refundacji, nagród, wartości, rabatów, dostępu, procesów weryfikacji tożsamości, zamówień, realizacji zamówień,

ani innych czynności, które mogą wynikać z używania przez użytkownika usługi Apple Pay lub aplikacji Portfel.

W przypadku wystąpienia konfliktu między Warunkami Uzupełniającymi a umową Użytkownika z odpowiednim wydawcą, sprzedawcą, organem wydającym lub inną osobą trzecią (każda: „**Umowa z Osobą Trzecią**"), Warunki Uzupełniające będą miały nadrzędne zastosowanie w relacji z Apple, a warunki odpowiedniej Umowy z Osobą Trzecią będą regulowały relacje Użytkownika z taką osobą trzecią.

Użytkownik zgadza się, że Apple nie jest stroną żadnej z jego Umów z Osobą Trzecią ani Apple nie ponosi odpowiedzialności za: (a) treść, dokładność lub dostępność Obsługiwanych Kart, zakupów, transakcji, przelewów środków finansowych, zamówień, realizacji zamówień, potwierdzeń lub innych czynności podczas korzystania z usługi Apple Pay lub aplikacji Portfel, w tym między innymi tych dokonanych przez członków Rodziny lub inne osoby, którym Użytkownik udostępnił Obsługiwane Karty lub które mają dostęp do jego Urządzenia; (b) udzielenie kredytu lub ocena zdolności kredytowej; (c) wydanie, zawieszenie lub cofnięcie prawa jazdy lub państwowego dowodu osobistego; (d) działania wystawców, akceptantów, twórców aplikacji lub innych osób trzecich związane z używaniem przez Użytkownika usługi Apple Pay lub aplikacji Portfel; (e) decyzje podjęte przez wydawcę, sprzedawcę, lub inną osobę trzecią w związku z dodaniem Obsługiwanej Karty do aplikacji Portfel; (f) członkostwo Użytkownika lub udział w jakimkolwiek programie handlowym lub partnerskim; (g) jakiekolwiek gromadzenie lub wykorzystanie nagród lub wartości przechowywanej w związku z Obsługiwanymi Kartami; (h) finansowanie lub zasilanie obsługiwanych kart przedpłaconych; (i) wysyłanie lub otrzymywanie płatności lub przelew środków finansowych między osobami; lub (j) zasilanie, realizowanie lub wypłacanie pieniędzy z karty Apple Cash.

Składając wniosek o Kartę Apple Card, Użytkownik składa wniosek o otwarcie konta u wydawcy Karty Apple Card. Instytucja finansowa oferująca Karty Apple Card może ulec zmianie, a korzystanie z Kart Apple Card przez Użytkownika podlega warunkom i postanowieniom określonym przez tę instytucję.

Włączenie funkcji Apple Cash w usłudze Apple Pay oznacza założenie rachunku w banku Green Dot Bank. Z wyjątkiem funkcji Apple Pay udostępnianych przez Apple Payments, gdy Użytkownik wysyła lub odbiera płatności między osobami oraz wpłaca lub wypłaca pieniądze ze swojej karty Apple Cash, Green Dot Bank jest podmiotem odpowiedzialnym za odebranie i wysłanie pieniędzy do zamierzonego odbiorcy. Instytucja finansowa oferująca usługę Apple Cash i płatności między osobami w ramach usługi Apple Pay może ulec zmianie, a korzystanie z tych funkcji przez Użytkownika podlega warunkom i postanowieniom określonym przez tę instytucję.

Możliwość używania środków z Karty Apple Cash w celu dokonywania płatności na rzecz określonych uprawnionych firm autoryzowanych przez Użytkownika („Usługa Płatności Bezpośrednich") to usługa świadczona przez Apple Payments. Korzystanie przez Użytkownika z Usługi Płatności Bezpośrednich podlega Warunkom świadczenia usług płatności bezpośrednich określonym przez Apple Payments. Ponadto niektóre uprawnione firmy mogą zezwolić Użytkownikowi na upoważnienie ich do dokonywania wypłat środków na Kartę Apple Cash („Wypłata"). Wypłaty mogą być przetwarzane przez Apple Payments, ale są oferowane przez uprawnione firmy przekazujące takie środki i mogą podlegać dodatkowym warunkom i postanowieniom określonym przez te firmy. W przypadku wszelkich sporów lub pytań dotyczących Obsługiwanych Kart lub powiązanych z nimi działań handlowych należy skontaktować się z wydawcą karty lub odpowiednim sprzedawcą, organem administracji państwowej będącym wydawcą karty, twórcą aplikacji lub inną osobą trzecią. W przypadku pytań dotyczących usługi Apple Pay, aplikacji Portfel, Kart Apple Card lub Apple Cash oraz płatności między osobami należy kontaktować się z działem Wsparcia Apple.

**5. Prywatność**

Zbieranie i używanie informacji osobistych przez Apple podlega Zasadom ochrony prywatności Apple, które są dostępne pod adresem https://www.apple.com/pl/legal/privacy/. Szczegółowe dane na temat informacji osobistych zbieranych, używanych lub udostępnianych w ramach korzystania przez Użytkownika z usługi Apple Pay i aplikacji Portfel można znaleźć w zasadach ochrony prywatności właściwych dla danej usługi, w tym w dokumencie Apple Pay i prywatność dostępnym na Urządzeniu Użytkownika i w aplikacji Watch na połączonym w parę Urządzeniu, a także pod adresem https://www.apple.com/pl/legal/privacy/. Korzystając z usługi Apple Pay i aplikacji Portfel, Użytkownik zgadza się na przekazywanie, zbieranie, przechowywanie, przetwarzanie i używanie przez Apple oraz podmioty zależne i agentów Apple wszystkich powyższych informacji w celu świadczenia tych Usług.

**6. Bezpieczeństwo; utrata lub uszkodzenie urządzenia**

OCHRONA OBSŁUGIWANYCH URZĄDZEŃ ORAZ DANYCH UWIERZYTELNIAJĄCYCH W STOPNIU ODPOWIADAJĄCYM OCHRONIE WŁASNEGO PORTFELA I KART

Apple Pay i aplikacja Portfel przechowują wirtualne reprezentacje Obsługiwanych Kart i powinny być chronione, tak jak chronione są fizyczny portfel, klucze lub karty kredytowe, debetowe, przedpłacone, karty identyfikacyjne i inne. Użytkownik ponosi wyłączną odpowiedzialność za zapewnienie bezpieczeństwa swoich Urządzeń oraz swojego identyfikatora Apple ID, informacji dotyczących identyfikatora Touch ID i identyfikatora Face ID, kodu dostępu do obsługiwanych Urządzeń oraz wszelkich innych danych uwierzytelniających używanych w związku z Usługami (łącznie „Dane Uwierzytelniające"). Jeśli Użytkownik daje upoważnienie lub zezwala innej osobie na używanie obsługiwanego Urządzenia (*na przykład* ujawniając kod dostępu do Urządzenia osobie trzeciej, zezwalając osobie trzeciej na dodanie swojego odcisku palca w celu używania funkcji Touch ID, włączając funkcję Face ID lub w inny sposób udostępniając osobie trzeciej jakiekolwiek Dane Uwierzytelniające Użytkownika), osoba ta może mieć możliwość dokonywania płatności, wysyłania, żądania lub odbierania płatności między osobami, wypłacania pieniędzy z Karty Apple Cash, otrzymywania lub odbierania nagród, realizowania korzyści, otwierania lub uzyskiwania w inny sposób dostępu do samochodu, pokoju, biura lub domu Użytkownika, podszywania się pod Użytkownika lub dokonywania innych transakcji przy użyciu Obsługiwanych Kart w aplikacji Portfel. W takim przypadku Użytkownik ponosi odpowiedzialność za wszystkie płatności, przypadki uzyskania dostępu i transakcje dokonane przez taką osobę.

URZĄDZENIA ZE ZŁAMANYM ZABEZPIECZENIEM PRODUCENTA (JAILBREAKING)

Jeśli Użytkownik dokona nieautoryzowanych modyfikacji Urządzenia Użytkownika, takich jak wyłączenie kontroli sprzętu lub oprogramowania (czasami określanych jako „jailbreaking"), Urządzenie Użytkownika może utracić uprawnienia do uzyskiwania dostępu do Usług lub korzystania z nich. Użytkownik przyjmuje do wiadomości, że używanie zmodyfikowanego Urządzenia w związku z Usługami jest wyraźnie zabronione, stanowi naruszenie Warunków Uzupełniających i jest dla Apple podstawą do odmowy lub ograniczenia dostępu Użytkownika do Usług.

DODATKOWE ŚRODKI BEZPIECZEŃSTWA

Aby Użytkownik mógł korzystać z dostępu do określonych funkcji Apple Pay, w tym Kart Apple Card i Apple Cash oraz płatności między osobami z użyciem Apple Pay, konieczne może być włączenie dodatkowych środków bezpieczeństwa, takich jak uwierzytelnianie dwupoziomowe konta Apple ID. Jeśli te funkcje zabezpieczeń zostaną później usunięte, Użytkownik może utracić możliwość dalszego korzystania z określonych funkcji Apple Pay. Usunięcie identyfikatora Face ID lub Touch ID powiązanego z Dowodem Tożsamości w celu jego prezentacji będzie wymagać przeprowadzenia pełnego procesu umieszczania Dowodu Tożsamości.

UTRATA LUB KRADZIEŻ URZĄDZENIA

W przypadku zgubienia lub utraty Urządzenia z włączoną funkcją Znajdź mój Użytkownik może użyć aplikacji Znajdź mój i zawiesić możliwość dokonywania transakcji za pomocą wirtualnych Obsługiwanych Kart lub płatności pomiędzy osobami na tym Urządzeniu, przełączając je w tryb Utracony. Jeśli Urządzenie znajduje się w trybie Utracony, można wyłączyć kluczyk do samochodu w aplikacji Portfel. Po opuszczeniu pojazdu lub wyłączeniu silnika nie będzie już można uzyskać dostępu do samochodu ani go uruchomić. Tryb Utracony obejmuje tylko kluczyki w utraconym Urządzeniu. Jeśli Użytkownik jest właścicielem, nie będzie już mógł udostępniać kluczyka do samochodu lub klucza do domu innym osobom, ale klucze udostępnione wcześniej innym osobom będą nadal działały z ich urządzeń.

Użytkownik może także wymazać swoje Urządzenie, co spowoduje zawieszenie możliwości dokonywania transakcji za pomocą wirtualnych Obsługiwanych Kart lub przesyłania płatności między osobami na Urządzeniu. Aby uniemożliwić uzyskanie nieuprawnionego dostępu do Obsługiwanych Kart Użytkownika w usłudze Apple Pay i aplikacji Portfel, należy skontaktować się z wydawcą Obsługiwanych Kart, sprzedawcą lub inną odpowiedzialną osobą trzecią, albo z Apple w przypadku kart Apple Card lub Apple Cash.

Jeśli Użytkownik zgłosi lub Apple będzie podejrzewać, że doszło do przypadku oszustwa lub nadużycia, Użytkownik zgadza się współpracować z Apple w ramach prowadzonego dochodzenia oraz stosować wszelkie zalecane przez Apple środki zapobiegania oszustwom.

## 7. Ograniczenie odpowiedzialności

OPRÓCZ ODRZUCEŃ GWARANCJI I OGRANICZEŃ ODPOWIEDZIALNOŚCI OKREŚLONYCH W NINIEJSZEJ LICENCJI APPLE NIE PONOSI ŻADNEJ ODPOWIEDZIALNOŚCI Z TYTUŁU ZAKUPÓW, PŁATNOŚCI, DOSTĘPU, PROCEDUR WERYFIKACJI TOŻSAMOŚCI, TRANSAKCJI, PRZELEWÓW ŚRODKÓW FINANSOWYCH, ZAMÓWIEŃ, REALIZACJI ZAMÓWIEŃ, POTWIERDZEŃ LUB INNYCH CZYNNOŚCI WYKONYWANYCH ZA POMOCĄ USŁUGI APPLE PAY LUB APLIKACJI PORTFEL, A UŻYTKOWNIK ZGADZA SIĘ KIEROWAĆ WYŁĄCZNIE POSTANOWIENIAMI UMÓW ZAWARTYCH Z WYDAWCĄ KARTY, SIECIĄ PŁATNICZĄ, INSTYTUCJAMI FINANSOWYMI, SPRZEDAWCĄ, TWÓRCĄ APLIKACJI, KRAJOWYMI ORGANAMI WYDAJĄCYMI LUB INNYMI WŁAŚCIWYMI OSOBAMI TRZECIMI W CELU SZUKANIA ODPOWIEDZI NA PYTANIA LUB ROZSTRZYGANIA SPORÓW W ZAKRESIE OBSŁUGIWANYCH KART, PŁATNOŚCI P2P I POWIĄZANYCH CZYNNOŚCI.

—————————————

## POWIADOMIENIA OD APPLE

W przypadku, gdy Apple potrzebuje skontaktować się z Użytkownikiem w sprawie produktu lub konta, Użytkownik zgadza się na otrzymywanie powiadomień pocztą elektroniczną. Użytkownik zgadza się, że wszelkie takie powiadomienia wysyłane przez Apple drogą elektroniczną będą spełniać wszelkie wymogi prawne dotyczące komunikacji.

**PORTUGUÊS (PORTUGAL)**

**IMPORTANTE: AO UTILIZAR O iPHONE, iPAD OU iPOD TOUCH ("DISPOSITIVO"), O UTILIZADOR CONCORDA EM FICAR VINCULADO AOS SEGUINTES TERMOS:**

**A.   CONTRATO DE LICENÇA DE SOFTWARE iOS E iPadOS DA APPLE**
**B.   TERMOS SUPLEMENTARES DO APPLE PAY**
**C.   AVISOS DA APPLE**

**APPLE INC**
**CONTRATO DE LICENÇA DE SOFTWARE iOS e iPadOS**
Licença para Utilização Individual

**LEIA CUIDADOSAMENTE ESTE CONTRATO DE LICENÇA DE SOFTWARE ("LICENÇA") ANTES DE UTILIZAR O DISPOSITIVO OU ANTES DE EFETUAR O DOWNLOAD DA ATUALIZAÇÃO DE SOFTWARE QUE ACOMPANHA ESTA LICENÇA. AO UTILIZAR O DISPOSITIVO OU AO EFETUAR O DOWNLOAD DE UMA ATUALIZAÇÃO DE SOFTWARE (CONFORME O CASO), O UTILIZADOR ESTARÁ A CONCORDAR EM FICAR VINCULADO AOS TERMOS DA PRESENTE LICENÇA. SE NÃO CONCORDAR COM OS TERMOS DA PRESENTE LICENÇA, O UTILIZADOR NÃO DEVERÁ UTILIZAR O DISPOSITIVO NEM EFETUAR O DOWNLOAD DA ATUALIZAÇÃO DE SOFTWARE**

**SE TIVER ADQUIRIDO RECENTEMENTE UM DISPOSITIVO E NÃO CONCORDAR COM OS TERMOS DA LICENÇA PODERÁ DEVOLVER O DISPOSITIVO DENTRO DO PRAZO DE DEVOLUÇÃO À LOJA DA APPLE OU AO DISTRIBUIDOR AUTORIZADO ONDE O ADQUIRIU PARA OBTER UM REEMBOLSO, SUJEITO À POLÍTICA DE DEVOLUÇÕES DA APPLE EM https://www.apple.com/pt/legal/sales-support/.**

**1. Geral**
(a) O software (incluindo o código ROM de inicialização, software integrado e software de terceiros), a documentação, as interfaces, o conteúdo, os tipos de letra e quaisquer dados que acompanhem o Dispositivo ("Software Apple Original"), e que possam ser atualizados ou substituídos por melhorias de funcionalidades, atualizações de software, respostas de segurança, ficheiros do sistema ou software de restauro do sistema fornecidos pela Apple para o Dispositivo do Utilizador ou dispositivo periférico compatível ("Alterações ao Software Apple"), quer na memória apenas de leitura ou em qualquer outro suporte, ou de qualquer outra forma (o Software Apple Original e as Alterações ao Software Apple são coletivamente designados por "Software Apple"), são licenciados, e não vendidos, ao Utilizador pela Apple Inc. ("Apple") para serem utilizados sob os termos da presente Licença. A Apple e os respetivos licenciadores conservam o direito de propriedade do Software Apple e reservam-se todos os direitos não concedidos expressamente ao Utilizador. O Utilizador concorda que os termos da presente Licença se aplicam a qualquer app da marca Apple que possa estar integrada no Dispositivo, a menos que tal app contenha uma Licença em separado e, nesse caso, o Utilizador concorda que prevalecerão os termos dessa Licença no uso dessa app.

(b) A Apple, ao seu critério, pode disponibilizar futuras Alterações ao Software Apple. As Alterações ao Software Apple, caso existam, podem não incluir necessariamente todas as funcionalidades do software existente ou as novas funcionalidades que a Apple lançar para os modelos mais recentes ou outros modelos de Dispositivos. Os termos da presente Licença regulam quaisquer Alterações ao Software Apple fornecidas pela Apple, a menos que tal Alteração ao Software Apple contenha uma Licença em separado e, nesse caso, o Utilizador concorda que prevalecerão os termos dessa Licença.

(c) Se o Utilizador usar a funcionalidade de configuração rápida para configurar um novo Dispositivo com base no respetivo Dispositivo existente, o Utilizador concorda que os termos da presente Licença

regulam a utilização do Software Apple no novo Dispositivo do Utilizador, a menos que o Software Apple contenha uma licença em separado e, nesse caso, o Utilizador concorda que prevalecerão os termos dessa Licença no uso do Software Apple. O Dispositivo do Utilizador procurará periodicamente junto da Apple por Alterações ao Software Apple. Caso esteja disponível uma alteração, o download e a instalação automáticos da alteração podem ser efetuados no Dispositivo do Utilizador e, se aplicável nos dispositivos periféricos do Utilizador. **Ao utilizar o Software Apple, o Utilizador aceita que a Apple pode efetuar o download e instalar as Alterações ao Software Apple automáticas no Dispositivo e nos dispositivos periféricos do Utilizador.** O Utilizador pode desativar a instalação automática de atualizações do sistema operativo e as Respostas de segurança rápidas a qualquer momento ao ajustar as definições de Atualizações automáticas em Definições > Geral > Atualização de software. Alguns ficheiros do sistema (incluindo, sem limitação, tipos de letra atualizados, modelos de idioma, recursos de voz e firmware para periféricos) podem continuar a ser automaticamente instalados, como quando o Utilizador liga ou utiliza determinadas funcionalidades e periféricos, ou para resolver problemas legais, regulamentares, de segurança pública ou considerações técnicas.

**2. Restrições e utilizações autorizadas pela Licença.**
(a) Sujeito aos termos e condições da presente Licença, é concedida ao Utilizador uma licença limitada e não exclusiva para utilizar o Software Apple num único Dispositivo de marca Apple. Exceto conforme permitido pela Secção 2(b) abaixo, e salvo disposição em contrário num contrato em separado entre o Utilizador e a Apple, a presente Licença não permite que o Software Apple exista simultaneamente em mais de um Dispositivo de marca Apple e o Utilizador não poderá distribuir ou disponibilizar o Software Apple numa rede onde possa ser utilizado por vários Dispositivos em simultâneo. A presente Licença não concede ao Utilizador direitos de utilização de interfaces proprietárias da Apple e outra propriedade intelectual na conceção, desenvolvimento, produção, licenciamento ou distribuição de dispositivos e acessórios de terceiros, ou aplicações de software de terceiros, para utilização com o Dispositivos. Alguns desses direitos estão disponíveis no âmbito de licenças em separado da Apple. Para mais informações sobre como desenvolver dispositivos e acessórios de terceiros para Dispositivos, visite https://developer.apple.com/programs/mfi/. Para mais informações sobre como desenvolver aplicações de software para os Dispositivos, visite https://developer.apple.com.

(b) Sujeito aos termos e condições da presente Licença, é concedida ao Utilizador uma licença limitada e não exclusiva para efetuar o download das Alterações ao Software Apple que possam ser disponibilizadas pela Apple para o seu modelo de Dispositivo, para atualizar ou restaurar o software em qualquer Dispositivo que o Utilizador possua ou controle. A presente Licença não permite a atualização ou restauro pelo Utilizador de qualquer Dispositivo que não controle ou possua, sendo igualmente proibida a distribuição ou disponibilização das Alterações ao Software Apple numa rede onde possam ser utilizadas por vários Dispositivos ou computadores em simultâneo. Se o Utilizador fizer o download de uma Atualização de Software Apple para o respetivo computador, pode efetuar uma cópia das Alterações ao Software Apple armazenadas no respetivo computador num formato legível por computador, mas apenas para efeitos de cópia de segurança, e desde que a referida cópia de segurança inclua todos os avisos de direitos de autor ou de propriedade constantes do original.

(c) Na medida em que a Apple tenha pré-instalado aplicações de marca Apple a partir da App Store no Dispositivo do Utilizador no momento da compra ("Aplicações Pré-instaladas"), o Utilizador terá de iniciar sessão na App Store e associar estas Aplicações Pré-instaladas à sua conta da App Store para poder utilizá-las no respetivo Dispositivo. Ao associar uma Aplicação Pré-instalada à sua conta da App Store, o Utilizador estará, de forma automática e em simultâneo, a associar todas as outras Aplicações Pré-instaladas no seu Dispositivo. Ao decidir associar as Aplicações Pré-Instaladas à sua conta da App Store, o Utilizador concorda que a Apple pode transmitir, recolher, manter, processar e utilizar o ID Apple utilizado pela sua conta da App Store e um identificador de hardware único recolhido do seu Dispositivo como identificadores de conta únicos com a finalidade de verificar a elegibilidade do pedido e de fornecer acesso às Aplicações Pré-Instaladas através da App Store. Caso o Utilizador não

pretenda utilizar a App pré-instalada, o Utilizador pode apagá-la do Dispositivo, em qualquer momento.

(d) O Utilizador não pode (e aceita não permitir que outros o façam) copiar (exceto nos casos expressamente permitidos pela presente Licença), descompilar, efetuar engenharia inversa, desmontar, tentar obter o código-fonte, desencriptar, modificar ou criar obras derivadas do Software Apple ou de quaisquer serviços fornecidos pelo Software Apple, nem de nenhuma parte do mesmo (exceto e apenas na extensão em que qualquer restrição precedente seja proibida pela lei vigente ou pelos termos de licenciamento que regem a utilização dos componentes de código aberto eventualmente incluídos no Software Apple). O Utilizador concorda não remover, obscurecer ou alterar quaisquer avisos proprietários (incluindo avisos de marca registada e direitos de autor) que possam estar afixados ou contidos no Software Apple.

(e) O Software Apple pode ser utilizado para reproduzir materiais, desde que essa utilização esteja limitada à reprodução de materiais que não estejam protegidos por direitos de autor, materiais dos quais o Utilizador seja o proprietário dos direitos de autor ou materiais para os quais o Utilizador tenha uma autorização expressa ou legal para reproduzir. Sem prejuízo do referido anteriormente, o Utilizador está proibido de republicar, retransmitir e reproduzir quaisquer imagens acedidas através da app News ou Mapas como ficheiro independente. Os direitos de titularidade e de propriedade intelectual sobre qualquer conteúdo apresentado, armazenado ou acedido por intermédio do Dispositivo pertencem aos respetivos proprietários desse conteúdo. Tal conteúdo pode estar protegido por leis de direitos de autor ou por outros tratados e leis de propriedade intelectual, podendo estar sujeito aos termos de utilização dos terceiros que fornecem o referido conteúdo. Salvo disponibilizado de outra forma neste documento, a presente Licença não concede ao Utilizador nenhum direito de utilização desse conteúdo nem garante que tal conteúdo continue à sua disposição.

(f) Sujeito aos termos e condições da presente Licença, o Utilizador pode: (i) utilizar as personagens Memoji incluídas ou criadas com o Software Apple ("Personagens do Sistema") (1) enquanto executa o Software Apple e (2) para criar o seu próprio conteúdo original e projetos para sua utilização pessoal e não comercial; e (ii) utilizar as Legendas em tempo real geradas automaticamente no dispositivo em tempo real pelo Software Apple ("Legendas em tempo real"), quer geradas durante uma chamada FaceTime ou de outro modo, apenas para utilização pessoal e não comercial do Utilizador. Ao abrigo da presente Licença, não é permitida qualquer outra utilização das Personagens do Sistema ou das Legendas em tempo real, incluindo, sem limitação, a utilização, a reprodução, a apresentação, o desempenho, a gravação, a publicação ou a redistribuição de qualquer uma das Personagens do Sistema ou das Legendas em tempo real, num contexto de partilha pública ou comercial com ou sem fins lucrativos.

(g) Para completar determinados atalhos de ações de apps e/ou sites, o Software Apple pode necessitar de acesso a determinadas aplicações de software, serviços ou sites de terceiros no Dispositivo do Utilizador. O Utilizador autoriza expressamente a utilização das medidas necessárias para concluir o Atalho com o Software Apple.

(h) O Utilizador concorda em utilizar o Software Apple e os Serviços (conforme definido na Secção 5 abaixo) em conformidade com todas as leis aplicáveis, incluindo as leis locais do país ou da região onde o Utilizador reside, ou onde fizer o download ou utilizar o Software Apple e os Serviços. As funcionalidades do Software Apple e dos Serviços podem não estar disponíveis em todos os idiomas ou regiões, algumas funcionalidades podem variar consoante a região, e algumas podem estar restritas ou indisponíveis por parte do fornecedor do serviço. É necessária uma ligação Wi-Fi ou de dados móveis para algumas funcionalidades do Software Apple e dos Serviços.

(i) A utilização da App Store requer uma combinação única de nome de utilizador e palavra-passe, conhecida como ID Apple. Também é necessário um ID Apple para aceder a atualizações de apps e a

determinadas funcionalidades do Software Apple e dos Serviços.

(j) O Utilizador reconhece que muitas funcionalidades, aplicações integradas e Serviços do Software Apple transmitem dados e podem implicar encargos consoante o tarifário de dados do Utilizador, sendo, nesse caso, o Utilizador responsável pelo seu pagamento. O Utilizador pode ver e controlar que aplicações têm permissão para usar dados móveis e ver uma estimativa do consumo de dados das aplicações nas Definições de dados móveis. Além disso, o Apoio a Wi-Fi mudará automaticamente para dados móveis quando o Utilizador tiver uma ligação Wi-Fi fraca, a qual pode resultar numa maior utilização de dados móveis e afetar os custos do plano de dados do Utilizador. O Apoio a Wi-Fi está ativo por predefinição, mas pode ser desativado nas Definições. Encontrará mais informação no Manual de utilização do Dispositivo.

(k) Se o Utilizador decidir autorizar atualizações de apps automáticas, o Dispositivo procurará periodicamente junto da Apple atualizações para as apps do Dispositivo e, se houver alguma disponível, o download da atualização é automaticamente efetuado e esta é instalada no Dispositivo do Utilizador. O Utilizador pode desativar todas as atualizações de apps em simultâneo a qualquer momento, acedendo às Definições, tocando em iTunes & App Store e desativando a opção Atualizações em Descargas automáticas.

(l) A utilização do Dispositivo em determinadas circunstâncias pode ser uma distração e pode provocar uma situação perigosa (por exemplo, o Utilizador deve evitar usar os auscultadores enquanto anda de bicicleta ou digitar uma mensagem de texto enquanto conduz um automóvel). Ao utilizar o Dispositivo, o Utilizador assume a responsabilidade pelo cumprimento das regras que proíbem ou restringem o uso de telemóveis ou auscultadores (por exemplo, a obrigatoriedade de utilização de equipamento mãos-livres para efetuar chamadas enquanto conduz).

(m) Algumas funcionalidades do Software Apple podem tentar fornecer assistência em situações relacionadas com a segurança, como qualquer funcionalidade de deteção relacionada com a segurança e estabelecer uma ligação entre o Utilizador e os serviços de emergência (conforme disponível). A Apple não garante a disponibilidade, exatidão, integridade, fiabilidade ou prontidão destas funcionalidades. O Utilizador não se deve basear exclusivamente nestas funcionalidades em situações em que esteja disponível ou possa ser obtida ajuda mais imediata ou eficaz. O Utilizador concorda em utilizar estas funcionalidades por sua conta, risco e discernimento individual, e que a Apple, respetivas afiliadas, agentes ou mandantes não terão qualquer responsabilidade perante o Utilizador pela sua utilização destas funcionalidades e por quaisquer consequências resultantes na extensão máxima permitida por lei.

(n) O Dispositivo do Utilizador não é um dispositivo médico e não deve ser utilizado como um substituto para uma avaliação médica profissional. Não foi concebido nem se destina a ser utilizado no diagnóstico de doenças ou outras condições físicas, nem na cura, mitigação, tratamento ou prevenção de qualquer condição física ou doença. Deve consultar o seu prestador de cuidados médicos antes de tomar qualquer decisão relacionada com a sua saúde.

**3. Transferência.** O Utilizador não pode alugar, efetuar o "leasing", emprestar, vender, redistribuir ou sublicenciar o Software Apple. O Utilizador pode, no entanto, realizar uma única transferência permanente de todos seus direitos sobre a Licença do Software Apple a terceiros associada à transferência de propriedade do respetivo Dispositivo, desde que: (a) a transferência compreenda o Dispositivo e todo o Software Apple, incluindo todos os componentes e a presente Licença; (b) o Utilizador não mantenha na sua posse nenhuma cópia do Software Apple, completa ou parcial, incluindo cópias armazenadas num computador ou outro dispositivo de armazenamento; e (c) a parte que irá receber o Software Apple leia e concorde em aceitar os termos e condições da presente Licença.

**4. Autorização para a utilização de dados.** Durante a utilização do Dispositivo, o número de telefone e determinados identificadores únicos do Dispositivo são enviados à Apple para permitir que outras pessoas contactem o Utilizador através do respetivo número de telefone quando utilizam diversas funcionalidades de comunicação do Software Apple, como o iMessage e o FaceTime. Quando o Utilizador usa o iMessage, a Apple pode reter as suas mensagens de forma cifrada por um período de tempo limitado, de forma a garantir a sua entrega. O Utilizador pode desativar o FaceTime ou iMessage nas definições do FaceTime ou Mensagens no Dispositivo. Determinadas funcionalidades como Análise, Serviços de localização, Siri e Ditado podem necessitar de informações do Dispositivo para executarem as respetivas funções. Quando ativar ou utilizar estas funcionalidades, serão fornecidos detalhes relativos às informações enviadas à Apple e como as informações podem ser usadas. Pode obter mais informações em https://www.apple.com/pt/privacy/. Os dados do Utilizador serão sempre tratados em conformidade com a Política de Privacidade da Apple, que está disponível para consulta em: https://www.apple.com/legal/privacy/pt/.

**5. Serviços e Materiais de Terceiros.**
(a) O Software Apple pode permitir o acesso à iTunes Store da Apple, à App Store, ao Apple Books, ao Game Center, ao iCloud, às apps Mapas e News, ao Fitness+ e a outros serviços e websites da Apple e de terceiros (coletiva e individualmente referidos como "Serviços"). O uso destes Serviços requer acesso à Internet e o uso de determinados Serviços pode requerer um ID Apple, pode requerer que o Utilizador aceite termos adicionais e pode estar sujeito ao pagamento de custos adicionais. Ao utilizar este software em associação com um ID Apple, ou outros Serviços Apple, o Utilizador aceita os termos de serviço aplicáveis, tais como os Termos e Condições dos Serviços Multimédia da Apple mais recentes e as Condições do país ou região em que o Utilizador acede a esses Serviços, a que poderá aceder e analisar em https://www.apple.com/legal/internet-services/itunes/pt/.

(b) Se o Utilizador efetuar o registo no iCloud, é possível ter acesso direto a determinadas funcionalidades do iCloud como "iCloud Drive", "A minha partilha", "Álbuns partilhados" e "Encontrar" a partir do Software Apple. O Utilizador reconhece e aceita que a utilização do iCloud e destas funcionalidades está sujeita aos termos e condições mais recentes do serviço iCloud, que estão disponíveis para consulta em: https://www.apple.com/pt/legal/internet-services/icloud/pt/.

(c) Conteúdo da app News. A utilização por parte do Utilizador do conteúdo acedido através da aplicação News está limitada exclusivamente a fins pessoais, não comerciais. Tal utilização não transfere qualquer interesse na propriedade do conteúdo para o Utilizador e, exclui, especificamente, sem limitação, quaisquer direitos de utilização comercial ou promocional sobre tal conteúdo.

(d) Mapas. O serviço e as funcionalidades de mapas do Software Apple ("Mapas"), incluindo a cobertura dos dados de mapas, podem variar consoante as regiões. Quando o Utilizador ativa ou utiliza a app Mapas, são fornecidos detalhes sobre que informações são enviadas à Apple e como podem ser usadas. O Utilizador reconhece e aceita que a utilização da app Mapas está sujeita aos termos e condições mais recentes do serviço Mapas, que podem ser consultados na ficha de Mapas no iPhone.

(e) O Utilizador compreende que, ao utilizar qualquer um destes Serviços, poderá deparar-se com conteúdo que pode ser considerado ofensivo, indecente ou indesejável, sendo que esse conteúdo poderá conter linguagem explícita, e que os resultados de qualquer pesquisa ou acesso a um determinado URL poderão, de forma automática e não propositada, gerar ligações ou referências a material indesejável. Não obstante, o Utilizador assume todo o risco decorrente da utilização dos Serviços e aceita que a Apple, respetivas afiliadas, agentes, mandantes ou licenciadores não serão responsáveis perante o Utilizador por conteúdo que possa ser considerado ofensivo, indecente ou suscetível de causar a objeção do Utilizador.

(f) Determinados Serviços podem apresentar, incluir ou disponibilizar conteúdos, dados, informação, aplicações ou materiais de terceiros ("Materiais de Terceiros") ou fornecer ligações para determinados sites de terceiros. Ao utilizar os Serviços, o Utilizador reconhece e aceita que a Apple não é responsável pela análise ou avaliação do conteúdo, pela exatidão, integralidade, prontidão, validade, conformidade com direitos de autor, legalidade, decência, qualidade ou qualquer outro aspeto dos referidos websites ou Materiais de Terceiros. A Apple, os respetivos agentes, afiliadas e subsidiárias não garantem nem apoiam, e não assumem e não terão qualquer responsabilidade para com o Utilizador ou qualquer outra pessoa por quaisquer sites, Serviços ou Materiais de Terceiros, ou por quaisquer outros materiais, produtos ou serviços de terceiros. Os Materiais de Terceiros e as ligações a outros sites são fornecidos apenas para conveniência do Utilizador.

(g) Nem a Apple nem qualquer um dos respetivos fornecedores de conteúdos garante a disponibilidade, exatidão, integralidade, fiabilidade ou prontidão da informação da bolsa de valores, dados de localização ou quaisquer outros dados apresentados por quaisquer Serviços. A informação financeira apresentada por quaisquer Serviços tem apenas efeitos informativos e não deve ser considerada como sendo aconselhamento para investimentos. Antes de executar qualquer transação de valores com base em informação obtida através dos Serviços, o Utilizador deverá consultar um profissional da área financeira que esteja legalmente habilitado para esse aconselhamento no país ou região do Utilizador. Os dados de localização fornecidos por quaisquer Serviços, incluindo o serviço Mapas da Apple, servem apenas para efeitos de navegação e planeamento, não se destinando a ser utilizados em situações em que sejam necessárias informações de localização precisas ou em que dados errados, imprecisos, atrasados ou incompletos possam originar situações de morte, ferimentos pessoais, ou danos de propriedade ou ambientais. O Utilizador aceita que os resultados que receber do serviço Mapas podem ser diferentes das condições reais das estradas ou do terreno devido a fatores que podem afetar a exatidão dos dados da app Mapas, tais como, mas sem a isso estarem limitados, condições meteorológicas, rodoviárias e de tráfego, bem como acontecimentos geopolíticos. Para segurança do Utilizador, quando for utilizada a funcionalidade de navegação, o Utilizador deve prestar sempre atenção à sinalização e às condições atuais da estrada. O Utilizador deve praticar uma condução segura e cumprir o código da estrada, bem como ter em atenção que as indicações de bicicleta e a pé podem não incluir caminhos designados.

(h) Na medida em que o Utilizador transfira qualquer conteúdo através da utilização dos Serviços, o Utilizador declara que detém todos os direitos, ou tem autorização ou está legalmente autorizado a efetuar esse envio, e que tal conteúdo não viola quaisquer termos de serviço aplicáveis aos Serviços. O Utilizador aceita que os Serviços contêm conteúdo, informação e material proprietários que pertencem à Apple, ao proprietário do site ou respetivos licenciadores, e que está protegido pela lei de propriedade intelectual e outras leis vigentes, incluindo, sem limitação, direitos de autor. O Utilizador só irá usar esse conteúdo, informação e material proprietários de acordo com a utilização permitida dos Serviços ou de forma consistente com os termos da presente Licença ou que não viole quaisquer direitos de propriedade intelectual de terceiros ou da Apple. Nenhuma parte dos Serviços pode ser reproduzida em qualquer forma ou por qualquer meio. O Utilizador aceita não modificar, arrendar, efetuar o "leasing", emprestar, vender, distribuir nem criar obras derivadas baseadas nos Serviços, seja de que forma for, e o Utilizador não irá tirar partido dos Serviços de qualquer outra forma não autorizada, incluindo, sem limitação, o uso dos Serviços para transmitir vírus de computador, worms, trojans ou outro malware, ou o trespasse ou a sobrecarga da capacidade da rede. O Utilizador aceita ainda em não usar os Serviços de qualquer forma que possa assediar, abusar, perseguir, ameaçar, difamar ou de outra forma infringir ou violar os direitos de qualquer terceiro, e que a Apple não é responsável por esse uso feito pelo Utilizador, nem pelo assédio, ameaça, difamação, transgressão, mensagens ofensivas ou ilegais, ou transmissões que o Utilizador possa vir a receber como resultado do seu uso dos Serviços.

(i) Adicionalmente, esses Serviços e Materiais de Terceiros podem não estar disponíveis em todos os idiomas nem em todos os países ou regiões. A Apple não faz qualquer representação de que esses

Serviços e Materiais de Terceiros são apropriados ou estão disponíveis para utilização em qualquer localização. Na extensão em que o Utilizador decide utilizar e aceder a tais Serviços ou Materiais de Terceiros, fá-lo por sua própria iniciativa e é responsável pelo cumprimento de quaisquer leis vigentes, incluindo, mas sem limitação, as leis locais vigentes e as leis de privacidade e recolha de dados. A partilha ou sincronização de fotografias através do Dispositivo pode fazer com que os metadados, incluindo quando e onde a fotografia foi tirada, assim como informação de profundidade, sejam transmitidos com as fotografias. A utilização dos Serviços Apple (como a Fototeca em iCloud) para partilhar ou sincronizar fotografias implica que a Apple receba e armazene os referidos metadados. A Apple e respetivos licenciadores reservam-se o direito de alterar, suspender, remover ou desativar o acesso a quaisquer Serviços, em qualquer altura, sem aviso prévio. Em nenhuma circunstância, a Apple será responsável pela remoção ou desativação do acesso a esses Serviços. A Apple poderá ainda impor limites à utilização e acesso a determinados Serviços, em qualquer caso e sem aviso prévio ou responsabilidade.

**6. Cessação.** A presente Licença estará em vigor até ser cessada. Os direitos do Utilizador ao abrigo da presente Licença cessam automaticamente ou deixam de estar em vigor por outro meio, sem aviso prévio da Apple, em caso de incumprimento de qualquer um dos termos da presente Licença. Com a cessação da presente Licença, o Utilizador deve deixar de utilizar o Software Apple. As Secções 4, 5, 6, 7, 8, 9, 10, 12 e 13 da presente Licença manter-se-ão em vigor após a cessação.

**7. Exclusão de Garantias**
7.1    Se o Utilizador for um cliente que é consumidor (alguém que utiliza o Software Apple fora do seu ofício, empresa ou profissão), pode ter direitos legais no seu país de residência que impeçam a aplicação das limitações seguintes e, onde forem proibidas não se aplicarão ao Utilizador. Para obter mais informações sobre os seus direitos, o Utilizador deverá contactar uma organização de defesa de consumidores local.

7.2    O UTILIZADOR RECONHECE E ACEITA EXPRESSAMENTE QUE, NA EXTENSÃO PERMITIDA PELA LEI VIGENTE, O RISCO DECORRENTE DA UTILIZAÇÃO DO SOFTWARE APPLE E DE QUAISQUER SERVIÇOS EFETUADOS OU ACEDIDOS PELO SOFTWARE APPLE É EXCLUSIVAMENTE DA SUA RESPONSABILIDADE E QUE TODO O RISCO REFERENTE À QUALIDADE SATISFATÓRIA, DESEMPENHO, EXATIDÃO E ESFORÇO É ASSUMIDO PELO UTILIZADOR.

7.3    NA EXTENSÃO MÁXIMA PERMITIDA PELA LEI EM VIGOR, O SOFTWARE APPLE E OS SERVIÇOS SÃO FORNECIDOS "TAL COMO ESTÃO" E "CONFORME DISPONÍVEIS", COM TODAS AS FALHAS E SEM GARANTIA DE QUALQUER ESPÉCIE, E A APPLE E OS RESPETIVOS LICENCIADORES (COLETIVAMENTE REFERIDOS COMO "APPLE" PARA EFEITOS DAS SECÇÕES 7 e 8) EXCLUEM EXPRESSAMENTE TODAS AS GARANTIAS E CONDIÇÕES RESPEITANTES AO SOFTWARE APPLE E AOS SERVIÇOS, EXPRESSAS, IMPLÍCITAS OU PREVISTAS POR LEI, INCLUINDO, MAS SEM LIMITAÇÃO, AS GARANTIAS IMPLÍCITAS E/OU CONDIÇÕES DE COMERCIALIZAÇÃO, QUALIDADE SATISFATÓRIA, ADEQUAÇÃO A UMA FINALIDADE ESPECÍFICA, EXATIDÃO, USUFRUTO PACÍFICO E DE NÃO VIOLAÇÃO DOS DIREITOS DE TERCEIROS.

7.4    A APPLE NÃO DÁ QUALQUER GARANTIA QUANTO A INTERFERÊNCIAS NO USUFRUTO DO SOFTWARE APPLE E DOS SERVIÇOS, QUE AS FUNÇÕES DO SOFTWARE APPLE, OU DOS SERVIÇOS REALIZADOS OU DISPONIBILIZADOS PELO SOFTWARE APPLE, SE ADEQUAM ÀS NECESSIDADES DO UTILIZADOR, QUE A OPERAÇÃO DO SOFTWARE APPLE OU SERVIÇOS SERÁ ININTERRUPTA OU ISENTA DE ERROS, QUE QUAISQUER SERVIÇOS CONTINUARÃO A SER DISPONIBILIZADOS, QUE DEFEITOS NO SOFTWARE APPLE OU OS SERVIÇOS SERÃO CORRIGIDOS OU QUE O SOFTWARE APPLE SERÁ COMPATÍVEL OU QUE IRÁ FUNCIONAR COM QUALQUER SOFTWARE DE TERCEIROS, APLICAÇÕES OU SERVIÇOS DE TERCEIROS. A INSTALAÇÃO DESTE SOFTWARE APPLE PODE AFETAR A DISPONIBILIDADE E USABILIDADE DO SOFTWARE, DAS

APLICAÇÕES OU SERVIÇOS DE TERCEIROS, ASSIM COMO DOS PRODUTOS E DOS SERVIÇOS DA APPLE.

7.5    O UTILIZADOR RECONHECE AINDA QUE O SOFTWARE APPLE NÃO SE DESTINA E NÃO É ADEQUADO PARA UTILIZAÇÃO EM SITUAÇÕES OU AMBIENTES EM QUE A FALHA, OS ERROS OU AS INCORREÇÕES DO CONTEÚDO, DOS DADOS OU DA INFORMAÇÃO FORNECIDOS PELO SOFTWARE APPLE POSSAM CAUSAR A MORTE, FERIMENTOS PESSOAIS OU DANOS FÍSICOS OU AMBIENTAIS GRAVES, INCLUINDO, SEM LIMITAÇÃO, O FUNCIONAMENTO DE INSTALAÇÕES NUCLEARES, SISTEMAS DE NAVEGAÇÃO OU COMUNICAÇÃO AERONÁUTICA, CONTROLO DE TRÁFEGO AÉREO, SUPORTE DE VIDA OU SISTEMAS DE ARMAMENTO.

7.6    NENHUMA INFORMAÇÃO OU ACONSELHAMENTO VERBAL OU ESCRITO FORNECIDO PELA APPLE OU POR UM REPRESENTANTE AUTORIZADO DA APPLE CONSTITUIRÁ UMA GARANTIA. SE O SOFTWARE APPLE OU SERVIÇOS TIVEREM DEFEITOS, O UTILIZADOR ASSUMIRÁ O CUSTO INTEGRAL DE TODA A ASSISTÊNCIA E DE TODAS AS REPARAÇÕES OU CORREÇÕES NECESSÁRIAS. ALGUMAS JURISDIÇÕES NÃO PERMITEM A EXCLUSÃO DE GARANTIAS IMPLÍCITAS OU LIMITAÇÕES AOS ESTATUTOS DOS DIREITOS DO CONSUMIDOR EM VIGOR, PODENDO, POR ISSO, AS EXCLUSÕES E LIMITAÇÕES ACIMA MENCIONADAS NÃO SER APLICÁVEIS AO UTILIZADOR.

**8. Limitação da Responsabilidade.** DENTRO DO PERMITIDO PELA LEI APLICÁVEL, EM NENHUM CASO, A APPLE, OU RESPETIVAS AFILIADAS, AGENTES OU MANDANTES, SERÁ RESPONSÁVEL POR DANOS PESSOAIS OU QUALQUER DANO INCIDENTAL, ESPECIAL, INDIRETO OU CONSEQUENTE, INCLUINDO, SEM LIMITAÇÃO, DANOS POR PERDA DE LUCROS, CORRUPÇÃO OU PERDA DE DADOS, FALHA NA TRANSMISSÃO OU RECEÇÃO DE DADOS (INCLUINDO, SEM LIMITAÇÃO, INSTRUÇÕES, TAREFAS E MATERIAIS DE CURSOS), INTERRUPÇÃO DA ATIVIDADE OU QUALQUER OUTRO DANO OU PERDA DE NATUREZA COMERCIAL, DECORRENTES OU RELACIONADOS COM A UTILIZAÇÃO POR PARTE DO UTILIZADOR OU IMPOSSIBILIDADE DE UTILIZAR O SOFTWARE APPLE E SERVIÇOS, OU QUALQUER SOFTWARE, SERVIÇOS OU APLICAÇÕES DE TERCEIROS JUNTAMENTE COM O SOFTWARE APPLE OU OS SERVIÇOS, POR QUALQUER MOTIVO, INDEPENDENTEMENTE DA TEORIA DE RESPONSABILIDADE CIVIL (CONTRATO, DOLO OU QUALQUER OUTRO) E ATÉ MESMO SE A APPLE TIVER SIDO AVISADA DA POSSIBILIDADE DESSES DANOS. ALGUMAS JURISDIÇÕES NÃO PERMITEM A EXCLUSÃO OU A LIMITAÇÃO DE RESPONSABILIDADE POR DANOS PESSOAIS OU POR PREJUÍZOS ACIDENTAIS OU INDIRETOS, PELO QUE ESTA LIMITAÇÃO PODE NÃO SER APLICÁVEL AO UTILIZADOR. Em nenhuma circunstância, a responsabilidade total da Apple perante o Utilizador por todos os danos (além dos que sejam exigidos pela lei em vigor nos casos de danos pessoais) poderá exceder a quantia de duzentos e cinquenta dólares (250,00 USD). As limitações supracitadas serão aplicáveis mesmo se o ressarcimento descrito acima não cumprir o seu propósito essencial. NÃO OBSTANTE QUAISQUER OUTROS TERMOS DA PRESENTE LICENÇA, SE A LEI DE CONTRATOS DO CONSUMIDOR DO JAPÃO FOR APLICÁVEL, OS TERMOS QUE LIMITAM A RESPONSABILIDADE DA APPLE POR DANOS RESULTANTES DA VIOLAÇÃO DO CONTRATO OU DOLO COMETIDOS PELA APPLE NÃO SE APLICARÃO SE TAIS DANOS SE DEVEREM A MÁ CONDUTA INTENCIONAL OU A NEGLIGÊNCIA GROSSEIRA POR PARTE DA APPLE.

**9. Certificados Digitais.** O Software Apple contém uma funcionalidade que lhe permite aceitar certificados digitais emitidos pela Apple ou por terceiros. O UTILIZADOR É O ÚNICO RESPONSÁVEL PELA DECISÃO DE CONFIAR OU NÃO NUM CERTIFICADO EMITIDO PELA APPLE OU POR TERCEIROS. A UTILIZAÇÃO DE CERTIFICADOS DIGITAIS É DA EXCLUSIVA RESPONSABILIDADE DO UTILIZADOR. NA MÁXIMA EXTENSÃO PERMITIDA PELA LEI VIGENTE, A APPLE NÃO DÁ QUALQUER GARANTIA, EXPRESSA OU IMPLÍCITA, RELATIVAMENTE À COMERCIABILIDADE OU ADEQUAÇÃO PARA QUALQUER OBJETIVO ESPECÍFICO, CORREÇÃO, SEGURANÇA, OU NÃO VIOLAÇÃO DOS

DIREITOS DE TERCEIROS RELATIVOS A CERTIFICADOS DIGITAIS.

**10. Controlo de Exportação.** O Utilizador não pode utilizar, exportar ou reexportar o Software Apple, exceto na forma autorizada pela legislação dos Estados Unidos e da jurisdição na qual o Software Apple foi obtido. Em particular, mas sem limitação, o Software Apple não poderá ser exportado ou reexportado (a) para qualquer um dos países embargados pelos EUA ou (b) para qualquer pessoa constante da lista de Cidadãos Especialmente Indicados do Departamento do Tesouro dos Estados Unidos ou da Relação de Pessoas ou Entidades Recusadas do Departamento de Comércio dos Estados Unidos ou quaisquer outras listas de entidades sujeitas a restrições. Ao utilizar o Software Apple, o Utilizador declara e garante que não está situado em nenhum dos países indicados nem consta das listas mencionadas. O Utilizador também aceita que não utilizará o Software Apple para qualquer fim que esteja proibido pelas leis dos Estados Unidos, incluindo, sem limitação, o desenvolvimento, a conceção, o fabrico ou a produção de armamento nuclear, mísseis ou armas biológicas ou químicas.

**11. Utilizadores finais do Governo dos EUA.** O Software Apple e a documentação relacionada são "Artigos Comerciais", de acordo com a definição deste termo no n.º 48 do C.F.R. (Code of Federal Rules) §2.101, constituído por "Software de Computador Comercial" e "Documentação de Software de Computador Comercial", de acordo com a forma como estes termos são utilizados no n.º 48 do C.F.R. §12.212 ou n.º 48 do C.F.R. §227.7202, consoante for aplicável. Em consonância com o n.º 48 do C.F.R. §12.212 ou n.º 48 do C.F.R. §227.7202-1 a 227.7202-4, consoante for aplicável, o Software de Computador Comercial e a Documentação de Software de Computador Comercial são licenciados aos utilizadores finais do Governo dos Estados Unidos (a) somente como Artigos Comerciais e (b) apenas com os direitos que são oferecidos a outros utilizadores finais de acordo com os termos e condições aqui descritos. Os direitos não publicados estão protegidos pelas leis de direitos de autor dos Estados Unidos.

**12. Legislação aplicável e exequibilidade.** A presente Licença será regida e interpretada de acordo com as leis do Estado da Califórnia, excluindo os respetivos princípios de conflito de leis. A presente Licença não será regida pela Convenção das Nações Unidas sobre contratos para a venda internacional de produtos, cuja aplicação está expressamente excluída. Caso o Utilizador seja um consumidor residente no Reino Unido, a presente Licença será regida pelas leis da jurisdição local. Se, por algum motivo, um tribunal competente determinar que qualquer disposição, ou parte da mesma, é inexequível, as demais disposições da presente Licença permanecerão em pleno vigor.

**13. Contrato integral; idioma aplicável.** A presente Licença constitui o contrato integral entre o Utilizador e a Apple relativamente ao Software Apple e prevalece sobre todos os entendimentos anteriores ou contemporâneos relativos a esta matéria. Nenhuma modificação ou alteração aos termos da presente Licença será vinculativa, salvo se for feita por escrito e estiver assinada pela Apple. Qualquer tradução da presente Licença é feita para cumprir requisitos locais e, no caso de alguma divergência entre as versões em inglês e noutro idioma, prevalecerá a versão em inglês da presente Licença, dentro do permitido pela legislação local na jurisdição aplicável.

**14. Reconhecimento de Terceiros.** Partes do Software Apple utilizam ou incluem software de terceiros e outros materiais protegidos por direitos de autor. A ficha técnica, os termos de licenciamento e as limitações de responsabilidade dos materiais referidos estão incluídos na documentação eletrónica do Software Apple, e a utilização que o Utilizador fizer de tais materiais rege-se pelos respetivos termos. A utilização do Google Safe Browsing Service está sujeita aos Termos de Serviço da Google (https://www.google.com/intl/pt/policies/terms/) e à Política de Privacidade da Google (https://www.google.com/intl/pt/policies/privacy/).

**15. Utilização de MPEG-4; aviso sobre H.264/AVC**
(a) O Software Apple está licenciado ao abrigo da Licença do Portefólio de Patentes de Sistemas

MPEG-4 para codificação de acordo com a Norma de Sistemas MPEG-4, exceto no caso em que uma licença adicional e o pagamento de direitos de utilização (royalties) sejam necessários para a codificação em relação a (i) dados armazenados ou duplicados num suporte físico que sejam pagos título por título e/ou (ii) dados que sejam pagos título por título e transmitidos a um utilizador final para armazenamento e/ou utilização permanente. Essa licença adicional pode ser obtida junto de MPEG LA, LLC. Consulte https://www.mpegla.com para mais informações (em inglês).

(b) O Software Apple contém a funcionalidade de codificação e/ou descodificação de vídeo MPEG-4. O Software Apple está licenciado ao abrigo da Licença do Portefólio de Patentes Visuais MPEG-4 para utilização pessoal e sem fins comerciais de um consumidor para (i) codificação de vídeo de acordo com a Norma Visual MPEG-4 ("Vídeo MPEG-4") e/ou (ii) descodificação de vídeo MPEG-4 que tenha sido codificado por um consumidor a título pessoal e sem fins comerciais e/ou que tenha sido obtido a partir de um fornecedor de vídeo licenciado por MPEG LA para fornecer vídeo MPEG-4. Nenhuma licença será concedida para qualquer outra finalidade, nem deverá ser subentendida a sua permissão para qualquer outra finalidade. Informações adicionais, inclusive as que estiverem relacionadas com utilizações e concessão de licenças promocionais, internas e comerciais, podem ser obtidas junto de MPEG LA, LLC. Consulte https://www.mpegla.com.

(c) O Software Apple contém a funcionalidade de codificação e/ou descodificação AVC. A utilização comercial do H.264/AVC necessitará de licença adicional e a seguinte cláusula será aplicável: A FUNCIONALIDADE AVC NO SOFTWARE APPLE É LICENCIADA PELO PRESENTE APENAS PARA USO PESSOAL E SEM FINS COMERCIAIS DE UM CONSUMIDOR PARA (i) CODIFICAR VÍDEO EM CONFORMIDADE COM A NORMA AVC ("VÍDEO AVC") E/OU (ii) DESCODIFICAR VÍDEO AVC QUE TENHA SIDO CODIFICADO POR UM CONSUMIDOR A TÍTULO PESSOAL E SEM FINS COMERCIAIS E/OU VÍDEO AVC QUE TENHA SIDO OBTIDO A PARTIR DE UM FORNECEDOR DE VÍDEO COM LICENÇA PARA FORNECER VÍDEO AVC. É POSSÍVEL OBTER INFORMAÇÕES SOBRE OUTRAS UTILIZAÇÕES E LICENÇAS JUNTO DE MPEG LA L.L.C. CONSULTE https://www.mpegla.com.

**16. Restrições do serviço Yahoo Search.** O serviço Yahoo Search disponibilizado através do Safari está licenciado para utilização apenas nos seguintes países e regiões: Alemanha, Argentina, Aruba, Austrália, Áustria, Bahamas, Barbados, Bélgica, Bermudas, Brasil, Bulgária, Canadá, Chile, China continental, Hong Kong, Taiwan, Chipre, Colômbia, Coreia do Sul, Dinamarca, El Salvador, Equador, Eslováquia, Eslovénia, Espanha, EUA, Filipinas, Finlândia, França, Granada, Grécia, Guatemala, Hungria, Ilhas Caimão, Índia, Indonésia, Irlanda, Islândia, Itália, Jamaica, Japão, Letónia, Lituânia, Luxemburgo, Malásia, Malta, México, Nicarágua, Noruega, Nova Zelândia, Países Baixos, Panamá, Peru, Polónia, Porto Rico, Portugal, Reino Unido, República Checa, República Dominicana, Roménia, Singapura, St. Lucia, St. Vincent, Suécia, Suíça, Tailândia, Trindade e Tobago, Turquia, Uruguai e Venezuela.

**17. Aviso sobre o Microsoft Exchange.** A configuração de correio do Microsoft Exchange no Software Apple é licenciada apenas para fins de sincronização OTA ("Over-the-Air") de informação (por exemplo, e-mail, contactos, calendário e tarefas) entre o Dispositivo do Utilizador e o Microsoft Exchange Server ou outro software de servidor licenciado pela Microsoft para implementar o protocolo Microsoft Exchange ActiveSync.

EA1806
08/07/2022

------------------------------
**Termos e Condições Suplementares do Apple Pay e da app Carteira**

Os presentes Termos e Condições Suplementares do Apple Pay e da app Carteira (estes "Termos Suplementares") suplementam o Contrato de Licença do Software Apple (a "Licença"); tanto os termos

da Licença, como os Termos Suplementares regem a utilização da funcionalidade Apple Pay ("Apple Pay") e da aplicação Carteira da Apple ("Carteira") por parte do Utilizador, que se deve considerar como um "Serviço" ao abrigo da presente Licença. Os termos em letra maiúscula utilizados nos presentes Termos Suplementares têm o significado estabelecido na Licença.

**1. Visão geral**

**Apple Pay**

O Apple Pay permite ao Utilizador:

- efetuar pagamentos sem contacto com cartões de crédito, débito e pré-pagos, incluindo o Apple Card e o cartão Apple Cash, em localizações selecionadas ou em apps ou sites selecionados;
- enviar pagamentos de pessoa para pessoa a outros utilizadores do Apple Cash; e
- monitorizar encomendas e ver recibos detalhados.

O Apple Pay e determinadas funcionalidades Apple Pay podem estar disponíveis apenas em regiões selecionadas, com emissores de cartões, redes de pagamento, comerciantes e outros terceiros selecionados.

**App Carteira**

A app Carteira da Apple permite que o Utilizador armazene representações virtuais de cartões de crédito, débito e pré-pagos para serem utilizados com o Apple Pay (coletivamente, "Cartões Apple Pay"), para além de outros tipos de cartões, bilhetes e chaves, incluindo, sem limitação, o seguinte (coletivamente, "Cartões da Carteira" e, em conjunto com os Cartões Apple Pay, os "Cartões Suportados"):

- cartões de fidelização;
- passes para transportes;
- bilhetes;
- cartões de associação;
- chaves de carro;
- chaves de casa;
- chaves de hotelaria;
- crachás empresariais;
- cartões de identificação de estudante; e
- cartas de condução e cartões de identificação emitidos pelo governo ("Cartões de Identificação").

Os cartões da app Carteira podem estar disponíveis apenas em países e regiões selecionados e com parceiros selecionados. Os Cartões de Identificação podem estar disponíveis apenas para residentes dos países participantes e a vigência pode variar de acordo com o país ou a localização.

Os Cartões Suportados podem ser alterados ocasionalmente.

**2. Elegibilidade**

Para utilizar o Apple Pay e a app Carteira, o Utilizador tem de ter (i) um Dispositivo compatível, com uma versão do software operativo compatível com os Serviços (versão mais recente recomendada e às vezes obrigatória), (ii) um ID Apple associado a uma conta iCloud válida da Apple e (iii) acesso à internet (podem ser aplicadas taxas). Com a exceção do Apple Cash Family e alguns cartões de dinheiro eletrónico, os Cartões Apple Pay só estão disponíveis para indivíduos com idades superiores a 13 anos

e podem estar sujeitos a outras restrições por faixa etária impostas pelo iCloud ou pela entidade emissora, comerciante ou outro terceiro. Os passes para transportes, cartões de dinheiro eletrónico, cartões de identificação, crachás empresariais e chaves só estão disponíveis em Dispositivos iOS.

Se o Utilizador for mãe, pai ou representante legal de uma Partilha com a família do iCloud (um "Organizador"), pode convidar membros da Família, incluindo menores de 13 anos (ou a idade mínima equivalente no país aplicável), para disponibilizar e usar passes para transportes qualificados na app Carteira. Como Organizador, o Utilizador será responsável por todos os pagamentos, compras e transações efetuados com o passe para transportes que foi ativado para os membros da Família, incluindo os iniciados pelo membro da Família. A elegibilidade e utilização de passes para transportes na app Carteira estão sujeitas aos termos e condições da empresa de transportes públicos relevante. Os Organizadores são responsáveis por cumprir tais termos e condições, e assumem todos os riscos relacionados com a ativação de passes de transportes públicos para outros membros da Família. Quando um membro da Família sai ou é removido da Família, deixará de poder recarregar o passe para transportes e só poderá fazer transações com o cartão até o saldo da conta do cartão ser zero.

Se o Utilizador possuir uma chave de carro, pode partilhá-la com outras pessoas com idades superiores a 13 anos para que possam destrancar, entrar e/ou conduzir o carro.

Só é possível adicionar ou remover as chaves de casa da app Carteira ao adicionar ou remover cadeados na app Casa, ou com o Utilizador a adicionar-se ou a remover-se a si próprio de uma casa na app Casa. Se o Utilizador for o administrador de uma casa na app Casa, todas as chaves de casa existentes serão partilhadas automaticamente com as pessoas que convidou e que aderiram à Casa.

O Apple Card só está disponível nos Estados Unidos e é emitido pelo Goldman Sachs Bank USA, filial de Salt Lake City ("Emissor do Apple Card"). Com a exceção do Apple Card Family, o Apple Card só está disponível a indivíduos com idades superiores a 18 anos (dependendo do estado de residência).

O cartão Apple Cash e a capacidade de enviar e receber pagamentos de pessoa para pessoa só estão disponíveis nos Estados Unidos e são serviços fornecidos pelo Green Dot Bank, membro da FDIC. Para enviar ou receber pagamentos de pessoa para pessoa no Apple Pay, o Utilizador tem de ter um cartão Apple Cash. Com a exceção do Apple Cash Family, o cartão Apple Cash e a capacidade de enviar e receber pagamentos de pessoa para pessoa só estão disponíveis a indivíduos com idades superiores a 18 anos.

### 3. Utilização dos Serviços

Os Cartões Suportados e os pagamentos de pessoa para pessoa estão associados ao ID Apple com o qual iniciou sessão em iCloud para utilizar estas funcionalidades. Quando o Utilizador adiciona ou remove chaves, crachás empresariais, cartões de fidelização, bilhetes e cartões de associação na Carteira, a alteração pode aparecer noutros dispositivos Apple em que o Utilizador tem sessão iniciada com o mesmo ID Apple. Para cada ID Apple, o Utilizador só poderá associar um cartão de identificação para cada autoridade emissora governamental.

O Apple Pay e a app Carteira destinam-se à utilização pessoal por parte do Utilizador e o Utilizador apenas pode fornecer os seus próprios Cartões Suportados ou os passes para transportes ou chaves de carro e casa que o Utilizador tenha sido convidado a fornecer por um Organizador ou proprietário. Se o Utilizador estiver a fornecer um cartão empresarial suportado, o Utilizador declara que está a fazê-lo com a autorização do empregador e que está autorizado a vincular o empregador aos presentes termos de utilização e a todas as transações efetuadas através da utilização desta funcionalidade. Caso esteja a enviar ou a receber um pagamento de pessoa para pessoa, o Utilizador representa que está a fazê-lo para seu próprio uso pessoal e não comercial. Se o Utilizador estiver a fornecer um cartão empresarial

suportado, o Utilizador declara que está a fazê-lo utilizando as suas próprias informações pessoais, que representam o Utilizador de forma precisa e verdadeira.

O Utilizador concorda em não utilizar o Apple Pay ou a app Carteira para finalidades ilegais ou fraudulentas, ou quaisquer outras finalidades proibidas pela Licença e pelos presentes Termos Suplementares. O Utilizador concorda ainda em utilizar o Apple Pay e a app Carteira de acordo com as leis e os regulamentos aplicáveis. O Utilizador reconhece que qualquer informação falsa enviada relativamente a um cartão de identificação pode ser crime perante a legislação federal ou estatal. O Utilizador concorda em não interferir ou perturbar o serviço Apple Pay ou a app Carteira (incluindo aceder ao serviço através de meios automatizados), ou quaisquer servidores ou redes ligadas ao serviço, ou quaisquer políticas, requisitos ou regulamentos de redes ligadas ao serviço (incluindo qualquer acesso não autorizado, utilização, monitorização de dados ou de trânsito).

Se o acesso do Utilizador ou a utilização do Apple Pay ou da app Carteira for proibido pela legislação aplicável, o Utilizador não está autorizado a aceder ou a utilizar esses Serviços. Não somos responsáveis se o Utilizador aceder ou utilizar os Serviços de formas que violem a legislação aplicável.

**4. Relação da Apple com o Utilizador**

A utilização do Apple Pay será regida pelos presentes Termos Suplementares, assim como pelos termos do contrato do titular do cartão celebrado com a entidade emissora, comerciante ou outro terceiro relevante e responsável pelo cartão Apple Pay.

Da mesma forma, a utilização dos cartões da Carteira por parte do Utilizador será regida pelos presentes Termos Suplementares, assim como pelos termos do contrato do Utilizador com o comerciante, empresa de transportes públicos, fabricante de carros e fechaduras, universidade, hotel, estância, linha de cruzeiros, empresa, autoridade emissora governamental ou outro terceiro relevante.

Com a exceção de determinadas funcionalidades do Apple Pay, fornecidas pela Apple Payments Inc. ("Apple Payments") descrita abaixo, a Apple não processa pagamentos ou outras transações de não pagamento efetuadas nos seus Cartões Apple Pay. A Apple não tem controlo e não é responsável por quaisquer pagamentos, estornos, devoluções, reembolsos, transferências de fundos, recompensas, valores, descontos, acesso, verificação de identidade, encomendas, cobrança de encomendas ou outra atividade resultante da utilização do Apple Pay ou da app Carteira.

Se houver algum conflito entre estes Termos suplementares e um contrato do Utilizador com a entidade emissora, comerciante, autoridade emissora governamental ou outro terceiro (cada um, "**Contrato de Terceiros**"), os presentes Termos Suplementares regerão a relação do Utilizador com a Apple e os termos do Contrato de Terceiros relevante regerão a relação do Utilizador com esse terceiro.

O Utilizador concorda que a Apple não é parte de nenhum dos seus Contratos de Terceiros nem é responsável por: (a) conteúdo, precisão ou disponibilidade de quaisquer Cartões Suportados, compras, transações, transferências de fundos, encomendas, cobrança de encomendas, recibos ou outras atividades no decurso da utilização do Apple Pay ou da app Carteira, incluindo, sem limitação, as efetuadas por membros da Família ou outras pessoas com quem o Utilizador tenha partilhado os Cartões Suportados ou que tenham acesso ao Dispositivo; (b) emissão de crédito ou avaliação da elegibilidade para crédito; (c) emissão, suspensão ou revogação da carta de condução ou do cartão de identidade emitido pelo governo; (d) atividades de entidades emissoras, comerciantes, programadores de apps ou outros terceiros relacionadas com a utilização do Apple Pay ou da app Carteira; (e) decisões de fornecimento efetuadas por uma entidade emissora, comerciante ou outro terceiro decorrentes da adição do Cartão Suportado do Utilizador à app Carteira; (f) associação ou participação em qualquer programa de parceiros ou comerciantes por parte do Utilizador; (g) qualquer acumulação ou resgate de

recompensas ou valor armazenado relacionado com os Cartões Suportados do Utilizador; (h) financiamento ou recarregamento de Cartões Suportados pré-pagos; (i) envio ou receção de pagamentos de pessoa para pessoa ou transferências de fundos; ou (j) carregamento, resgate ou levantamento de dinheiro do cartão Apple Cash.

Quando o Utilizador apresenta um pedido para obter um Apple Card, está a apresentar um pedido para abrir uma conta no Emissor do Apple Card. A instituição financeira responsável por oferecer o Apple Card está sujeita a alterações e a utilização do Apple Card pelo Utilizador está sujeita aos seus termos e condições.

Ao ativar as funcionalidades Apple Cash no Apple Pay, o Utilizador está a abrir uma conta no Green Dot Bank. Com a exceção das funcionalidades do Apple Pay, fornecidas pela Apple Payments, quando o Utilizador receber um pagamento de pessoa para pessoa, depositar ou levantar dinheiro do seu cartão Apple Cash, o Green Dot Bank será responsável por receber e enviar o dinheiro do Utilizador ao destinatário pretendido. A instituição financeira responsável por oferecer o Apple Cash e os pagamentos de pessoa para pessoa no Apple Pay está sujeita a alteração, e a utilização de tais funcionalidades por parte do Utilizador está sujeita aos respetivos termos e condições.

A capacidade de usar fundos no cartão Apple Cash para efetuar pagamentos em determinadas empresas elegíveis que o Utilizador autorizou (o "Serviço de Pagamentos Diretos") é um serviço prestado pela Apple Payments. A utilização do Serviço de Pagamentos Diretos pelo Utilizador está sujeita aos Termos e Condições dos Pagamentos Diretos da Apple Payments. Além disso, determinadas empresas elegíveis podem permitir que o Utilizador as autorize a desembolsar verbas para o cartão Apple Cash (cada, um "Desembolso"). Apesar de os "Desembolsos" poderem ser processados pela Apple Payments, são oferecidos pelas empresas participantes que fornecem essas verbas e podem estar sujeitos a determinados termos e condições adicionais das empresas de desembolso. Para todas as disputas ou questões acerca de Cartões Suportados ou cartões de pagamento, cartões de fidelização, cartões de oferta ou atividade comercial associada, contacte o emissor, o comerciante, a autoridade emissora governamental, o programador da app ou outro terceiro em causa. Em caso de dúvidas a respeito do Apple Pay, da app Carteira, do Apple Card ou do cartão Apple Cash, ou de pagamentos de pessoa para pessoa, contacte o Suporte Apple.

**5. Privacidade**

A recolha e utilização de informação pessoal pela Apple é regida pela Política de Privacidade da Apple, disponível em https://www.apple.com/pt/legal/privacy/. O Utilizador pode encontrar informação detalhada sobre a informação pessoal recolhida, utilizada ou partilhada no âmbito da utilização do Apple Pay e da app Carteira nos avisos sobre privacidade específicos do serviço relevante, incluindo a secção Acerca do Apple Pay e Privacidade, que pode ser acedida no Dispositivo do Utilizador ou na app Watch num Dispositivo Emparelhado, ou ao visitar https://www.apple.com/pt/legal/privacy/. Ao utilizar o Apple Pay e a Carteira, o Utilizador concorda e aceita a transmissão, recolha, manutenção, processamento e utilização de toda a informação supracitada por parte da Apple e respetivos agentes e subsidiárias com a finalidade de fornecer estes Serviços.

**6. Segurança; perda ou desativação de dispositivos**

PROTEGER DISPOSITIVOS COMPATÍVEIS E DADOS DE ACESSO COMO SE PROTEGE A CARTEIRA E OS CARTÕES FÍSICOS

O Apple Pay e a app Carteira armazenam representações virtuais dos Cartões Suportados do Utilizador e devem ser protegidos à semelhança da carteira, chaves e cartões pré-pagos, de crédito, débito, identidade e outros cartões. O Utilizador é o único responsável por manter a segurança dos respetivos

Dispositivos e ID Apple, da informação do Touch ID e Face ID, do código dos Dispositivos suportados e de quaisquer outras credenciais de autenticação usados em associação aos Serviços (coletivamente, "Dados de Acesso"). Se o Utilizador autorizar ou permitir que outra pessoa utilize o respetivo Dispositivo suportado (*por exemplo*, fornecendo o código do dispositivo ou qualquer um dos dados de acesso a um terceiro, ou permitir que terceiros adicionem a respetiva impressão digital para poderem usar o Touch ID ou ativar o Face ID), a pessoa poderá efetuar pagamentos, enviar, solicitar ou receber pagamentos de pessoa para pessoa, levantar dinheiro do cartão Apple Cash, receber ou resgatar prémios, utilizar valores, destrancar ou entrar no seu carro, sala, escritório ou casa, falsificar a sua identidade ou realizar outras transações com os seus Cartões Suportados na app Carteira. Nesses casos, o Utilizador será o responsável por todos os pagamentos, acessos e transações efetuados por essa pessoa.

MODIFICAÇÕES NÃO AUTORIZADAS DO DISPOSITIVO

Se o Utilizador fizer modificações não autorizadas no Dispositivo, como desativar controlos de hardware ou software (por vezes, denominados "jailbreaking"), o dispositivo pode deixar de se qualificar para o acesso ou a utilização dos Serviços. O Utilizador reconhece que a utilização de um dispositivo modificado relacionado com os Serviços é expressamente proibido, constitui uma violação destes Termos Suplementares e é motivo para negarmos ou limitarmos o acesso do Utilizador aos Serviços.

MEDIDAS DE SEGURANÇA ADICIONAIS

Pode ser necessário ativar medidas de segurança adicionais, como a autenticação de dois fatores para o ID Apple, de forma a aceder a funcionalidades específicas do Apple Pay, entre elas o Apple Card, o cartão Apple Cash e pagamentos de pessoa para pessoa com o Apple Pay. Se o Utilizador remover subsequentemente tais funcionalidades de segurança, talvez não seja possível continuar a aceder a funcionalidades específicas do Apple Pay. Apagar o Face ID ou o Touch ID associado ao respetivo cartão de identificação para apresentação requer que conclua todo o processo de aprovisionamento do cartão de identificação.

DISPOSITIVOS PERDIDOS OU ROUBADOS

Em caso de perda ou roubo do Dispositivo, e se a funcionalidade Encontrar estiver ativada, o Utilizador pode utilizar a funcionalidade Encontrar para tentar suspender a capacidade de efetuar transações com os Cartões Suportados virtuais ou enviar pagamentos de pessoa para pessoa nesse Dispositivo, colocando-o no modo perdido. Se o Dispositivo estiver no modo perdido, a chave do carro pode ser desativada na Carteira e o Utilizador deixará de poder entrar no carro ou de o ligar depois de sair do mesmo ou desligar o motor. O modo perdido afeta apenas as chaves no Dispositivo perdido. Se o Utilizador for o proprietário, deixará de poder partilhar a chave do carro ou de casa com outras pessoas, mas as chaves que já foram partilhadas com outras pessoas não serão afetadas nos respetivos dispositivos.

Além disso, o Utilizador pode apagar o dispositivo, o que acionará uma tentativa de suspender a capacidade de efetuar transações com os Cartões Suportados virtuais ou de enviar pagamentos de pessoa para pessoa no Dispositivo. O Utilizador deve também contactar o emissor, o comerciante ou outro terceiro responsável dos Cartões Suportados, ou a Apple, no caso do Apple Card ou do cartão Apple Cash, para impedir o acesso não autorizado aos Cartões Suportados no Apple Pay e na Carteira.

Caso o Utilizador comunique ou a Apple suspeite de atividade fraudulenta ou abusiva, o Utilizador concorda em cooperar com a Apple em qualquer investigação e em utilizar quaisquer medidas de prevenção de fraude prescritas por nós.

**7. Limitação da responsabilidade**

PARA ALÉM DAS EXCLUSÕES DE GARANTIA E DA LIMITAÇÃO DE RESPONSABILIDADE ESTABELECIDAS NA LICENÇA, A APPLE NÃO ASSUME QUALQUER RESPONSABILIDADE POR COMPRAS, PAGAMENTOS, TRANSFERÊNCIAS DE FUNDOS, ENCOMENDAS, COBRANÇA DE ENCOMENDAS, INFORMAÇÃO DE RECIBOS, ACESSO, VERIFICAÇÃO DE IDENTIDADE, TRANSAÇÕES OU OUTRA ATIVIDADE EFETUADA ATRAVÉS DA FUNCIONALIDADE APPLE PAY OU DA APP CARTEIRA, E O UTILIZADOR CONCORDA EM OBSERVAR UNICAMENTE OS CONTRATOS QUE POSSA TER COM O BANCO EMISSOR, A REDE DE PAGAMENTOS, INSTITUIÇÕES FINANCEIRAS, O COMERCIANTE, O PROGRAMADOR DA APP, A AUTORIDADE EMISSORA GOVERNAMENTAL OU OUTRO TERCEIRO APLICÁVEL PARA RESOLVER QUAISQUER QUESTÕES OU LITÍGIOS RELACIONADOS COM OS CARTÕES SUPORTADOS, PAGAMENTOS DE PESSOA PARA PESSOA E ATIVIDADES ASSOCIADAS.

— — — — — — — — — — —

**AVISOS DA APPLE**

Caso a Apple tenha de contactar o Utilizador sobre o respetivo produto ou conta, o Utilizador autoriza a receção de avisos por e-mail. O Utilizador concorda que tais avisos enviados por via eletrónica preenchem os requisitos legais em termos de comunicação.

**РУССКИЙ**

**ВНИМАНИЕ! ИСПОЛЬЗУЯ iPHONE, iPAD ИЛИ iPOD TOUCH (ДАЛЕЕ «УСТРОЙСТВО»), ВЫ СОГЛАШАЕТЕСЬ СОБЛЮДАТЬ СЛЕДУЮЩИЕ УСЛОВИЯ:**

**A.    ЛИЦЕНЗИОННОЕ СОГЛАШЕНИЕ КОМПАНИИ APPLE ОБ ИСПОЛЬЗОВАНИИ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ iOS И iPadOS**
**B.    ДОПОЛНИТЕЛЬНЫЕ УСЛОВИЯ ИСПОЛЬЗОВАНИЯ APPLE PAY**
**C.    УВЕДОМЛЕНИЯ КОМПАНИИ APPLE**

**APPLE INC**
**ЛИЦЕНЗИОННОЕ СОГЛАШЕНИЕ ОБ ИСПОЛЬЗОВАНИИ ОБЕСПЕЧЕНИЯ iOS И iPadOS**
**Однопользовательская лицензия**

**ВНИМАТЕЛЬНО ОЗНАКОМЬТЕСЬ С НАСТОЯЩИМ ЛИЦЕНЗИОННЫМ СОГЛАШЕНИЕМ (ДАЛЕЕ «ЛИЦЕНЗИЯ»), ПРЕЖДЕ ЧЕМ ИСПОЛЬЗОВАТЬ УСТРОЙСТВО ИЛИ ЗАГРУЖАТЬ ОБНОВЛЕНИЕ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ, К КОТОРОМУ ПРИЛАГАЕТСЯ ДАННАЯ ЛИЦЕНЗИЯ. ИСПОЛЬЗУЯ УСТРОЙСТВО ИЛИ ЗАГРУЖАЯ ОБНОВЛЕНИЕ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ, ВЫ ОБЯЗУЕТЕСЬ СОБЛЮДАТЬ УСЛОВИЯ НАСТОЯЩЕЙ ЛИЦЕНЗИИ. ЕСЛИ ВЫ НЕ СОГЛАШАЕТЕСЬ С УСЛОВИЯМИ НАСТОЯЩЕЙ ЛИЦЕНЗИИ, НЕ ИСПОЛЬЗУЙТЕ УСТРОЙСТВО И НЕ ЗАГРУЖАЙТЕ ОБНОВЛЕНИЕ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ.**

**ЕСЛИ ВЫ НЕДАВНО ПРИОБРЕЛИ УСТРОЙСТВО И НЕ СОГЛАШАЕТЕСЬ С УСЛОВИЯМИ НАСТОЯЩЕЙ ЛИЦЕНЗИИ, ВЫ МОЖЕТЕ ВЕРНУТЬ УСТРОЙСТВО В ТЕЧЕНИЕ ПЕРИОДА ВОЗВРАТА В МАГАЗИН КОМПАНИИ APPLE ИЛИ УПОЛНОМОЧЕННОМУ ДИСТРИБЬЮТОРУ ПО МЕСТУ ПРИОБРЕТЕНИЯ И ПОЛУЧИТЬ НАЗАД УПЛАЧЕННУЮ ВАМИ СУММУ ПРИ УСЛОВИИ СОБЛЮДЕНИЯ ПОЛОЖЕНИЙ О ПОЛИТИКЕ ВОЗВРАТА КОМПАНИИ APPLE, КОТОРАЯ ОПУБЛИКОВАНА НА ВЕБ-САЙТЕ: https://www.apple.com/ru/legal/sales-support//**

**1. Общие положения**
(a) Программное обеспечение (включая код загрузочного Boot ROM, встроенное программное обеспечение и стороннее программное обеспечение), документация, интерфейсы, контент, шрифты и любые данные, идущие в комплекте с Вашим Устройством (далее «Исходное программное обеспечение Apple»), которые могут быть обновлены или заменены усовершенствованными функциями, обновления программного обеспечения, ответы системы безопасности, системные файлы или программное обеспечение для восстановления системы, предоставленное Apple для Вашего Устройства или поддерживаемого периферийного устройства («Изменения программного обеспечения Apple»), независимо от того, были они предустановлены на постоянном запоминающем устройстве, на любом другом носителе или в любой другой форме (Оригинальное программное обеспечение Apple и Изменения программного обеспечения Apple совместно именуются «Программное обеспечение Apple»), получены Вами на основании и для использования только в соответствии с условиями настоящей Лицензии, а не приобретены у компании Apple Inc. (Apple). Apple и ее лицензиары остаются собственниками Программного обеспечения Apple и сохраняют все прямо не переданные Вам права. Вы соглашаетесь с тем, что условия настоящей Лицензии применяются к любой программе марки Apple, которая может быть встроена в Ваше Устройство, если такая программа не сопровождается отдельной лицензией, с условиями которой Вы соглашаетесь при использовании данной программы.

(b) Apple на свое усмотрение может предоставлять доступ к будущим Изменениям программного обеспечения Apple. Изменения программного обеспечения Apple не обязательно включают все существующие функции программного обеспечения или новые функции, которые Apple

выпускает для более новых или других моделей Устройств. Условия настоящей Лицензии распространяются на любые предоставляемые компанией Apple Изменения программного обеспечения Apple, за исключением случаев, когда к подобному Изменению программного обеспечения Apple прилагается отдельная лицензия, с условиями которой Вы соглашаетесь.

(c) Если Вы используете функцию быстрой настройки, чтобы настроить новое Устройство на основе имеющегося у Вас Устройства, Вы соглашаетесь, что условия настоящей Лицензии распространяются на использование Программного обеспечения Apple на Вашем новом Устройстве, за исключением случаев, когда к нему прилагается отдельная лицензия, с условиями которой Вы соглашаетесь при использовании данного Программного обеспечения Apple. Ваше Устройство периодически будет проверять наличие в системе Apple изменений для программного обеспечения Apple. Если изменение доступно, его можно автоматически загрузить и установить на Ваше Устройство и, если применимо, на Ваши периферийные устройства. **Используя ПО Apple, Вы соглашаетесь, что Apple может автоматически загружать и устанавливать Изменения программного обеспечения Apple на Ваше Устройство и Ваши периферийные устройства.** Вы можете в любой момент отключить автоматическую установку обновлений операционной системы и службы быстрого реагирования, изменив параметры автоматического обновления в меню «Настройки» > «Основные» > «Обновление ПО». Некоторые системные файлы (включая, помимо прочего, обновленные шрифты, языковые модели, голосовые ресурсы и встроенное ПО для периферийных устройств) могут по-прежнему автоматически устанавливаться, например, при включении или использовании определенных функций и периферийных устройств либо в целях соблюдения требований законодательства и регулирующих органов, для обеспечения общественной безопасности или для решения технических вопросов.

**2. Использование, разрешенное Лицензией. Ограничения использования.**
(a) В соответствии с условиями и положениями настоящей Лицензии Вам предоставляется ограниченная неисключительная лицензия на использование Программного обеспечения Apple на одном Устройстве марки Apple. За исключением случаев, предусмотренных в Разделе 2 (b) ниже и, если иное не предусмотрено отдельным соглашением между Вами и Apple, настоящая Лицензия не разрешает Вам использовать Программное обеспечение Apple более чем на одном Устройстве марки Apple. Вы также не имеете права распространять или предоставлять сетевой доступ к Программному обеспечению Apple для одновременного его использования несколькими устройствами. Настоящая Лицензия не предоставляет Вам права на использование запатентованных интерфейсов Apple и другой интеллектуальной собственности при проектировании, разработке, производстве, лицензировании или распространении устройств и вспомогательных устройств третьих сторон или программ третьих сторон, предназначенных для использования с Устройствами. Некоторые из указанных прав предоставляются компанией Apple на основании отдельных лицензий. Дальнейшая информация по разработке устройств и вспомогательных устройств третьих сторон, предназначенных для Устройств, доступна на сайте https://developer.apple.com/programs/mfi/. Дальнейшая информация по разработке программ для Устройств доступна на сайте https://developer.apple.com.

(b) В соответствии с положениями и условиями настоящей Лицензии Вам предоставляется ограниченная неисключительная лицензия на загрузку Изменений программного обеспечения Apple, которые может предоставить компания Apple для Вашей модели Устройства, с целью обновления или восстановления программного обеспечения любого такого Устройства, владельцем которого Вы являетесь или которое Вы контролируете. Настоящая Лицензия не разрешает Вам обновлять или восстанавливать Устройства, владельцем которых Вы не являетесь или которые Вы не контролируете. Вы также не имеете права распространять или предоставлять сетевой доступ к изменениям Программного обеспечения Apple для одновременного их использования на нескольких компьютерах или Устройствах. При загрузке

Обновления программного обеспечения Apple на свой компьютер Вы вправе изготовить только одну копию Изменений программного обеспечения Apple, которая будет храниться на Вашем компьютере в машиночитаемой форме исключительно для резервных целей, при условии что в данной резервной копии будут сохранены уведомления об авторских правах и иные примечания владельца прав, содержащиеся в оригинале.

(c) В случае, если в момент покупки на Вашем Устройстве присутствуют программы марки Apple из App Store («Предварительно установленные программы»), для использования этих Предварительно установленных программ на Вашем Устройстве Вам необходимо войти в систему App Store и связать эти программы с Вашей учетной записью App Store. Связывая одну Предварительно установленную программу со своей учетной записью App Store, Вы одновременно с этим автоматически связываете все прочие Предварительно установленные программы на Вашем Устройстве. Связывая Предварительно установленные программы со своей учетной записью App Store, Вы соглашаетесь с тем, что Apple может передавать, собирать, хранить, обрабатывать и использовать Apple ID, который используется Вашей учетной записью App Store, и уникальный аппаратный идентификатор, полученный с Вашего Устройства, как уникальные идентификаторы учетной записи в целях проверки правомерности Вашего запроса и предоставления Вам доступа к Предварительно установленным программам через App Store. Если Вы не желаете использовать Предварительно установленную программу, Вы можете удалить ее со своего Устройства в любое время.

(d) Вы не вправе копировать и соглашаетесь не копировать и не предоставлять другим возможность копировать (кроме случаев, прямо установленных настоящей Лицензией), декомпилировать, разбирать на части, пытаться осуществить расшифровку структуры программного обеспечения, вносить изменения или создавать производные произведения на основе Программного обеспечения Apple или услуг, предоставляемых Программным обеспечением Apple, или любой их части (кроме случаев, когда упомянутые выше ограничения запрещены действующим законодательством или положениями лицензии, регулирующей использование компонентов с открытым кодом, которые могут быть включены в Программное обеспечение Apple, исключительно в пределах такого запрещения). Вы соглашаетесь с тем, что не будете удалять, скрывать или изменять любые уведомления о правах интеллектуальной собственности (включая уведомления о товарных знаках и авторских правах), которые могут быть приложены или содержаться в Программном обеспечении Apple.

(e) Программное обеспечение Apple может быть использовано для воспроизведения материалов при условии, что такое использование ограничивается воспроизведением материалов, не защищенных положениями авторского права, материалов, на которые Вам принадлежат авторские права, или тех материалов, в отношении которых Вам предоставлено право или законное разрешение на их воспроизведение. Несмотря на вышесказанное, Вам запрещается переиздавать, передавать или воспроизводить любые изображения, к которым Вы получаете доступ через приложение News или «Карты» в качестве отдельных файлов. Правовой титул и права интеллектуальной собственности в отношении любых данных, отображаемых, хранящихся или доступных при помощи Вашего Устройства, принадлежат владельцу соответствующих данных. Эти данные могут быть защищены авторским правом либо иными законами и соглашениями о правах на интеллектуальную собственность, и третьи лица, предоставившие такой контент, могут ставить условия их использования. Кроме случаев, оговоренных в настоящем документе, настоящая Лицензия не предоставляет Вам никаких прав на использование такого контента и не гарантирует, что этот контент будет по-прежнему для Вас доступным.

(f) В соответствии с положениями и условиями настоящей Лицензии Вы можете: (i) использовать символы Memoji, включенные в Программное обеспечение Apple или созданные с его помощью

(«Системные символы») (1) при работе с Программным обеспечением Apple и (2) для создания собственного оригинального контента и проектов для личного некоммерческого использования; и (ii) использовать Живые субтитры, автоматически создаваемые на устройстве в режиме реального времени Программным обеспечением Apple («Живые субтитры»), созданные во время вызова FaceTime или иным образом, только для вашего личного некоммерческого использования. Настоящая Лицензия не разрешает никакое другое использование Системных символов или Живых субтитров, включая, помимо прочего, использование, распространение, отображение, исполнение, запись, публикацию и распространение любого из Системных символов или Живых субтитров для коммерческих или некоммерческих целей, а также для коллективного использования.

(g) Для выполнения определенных действий с помощью быстрых команд в приложениях и (или) на веб-сайтах Программному обеспечению Apple может потребоваться доступ к определенным приложениям, сервисам или веб-сайтам сторонних разработчиков на Вашем устройстве. Вы в явном виде выражаете согласие на такое использование в той мере, в какой это необходимо для выполнения Быстрой команды с помощью Программного обеспечения Apple.

(h) Вы соглашаетесь использовать Программное обеспечение Apple и Услуги (как определено в Разделе 5 ниже) в соответствии с действующим законодательством, включая местное законодательство страны или региона, в которых Вы проживаете или в которых Вы загружаете или используете Программное обеспечение Apple и Услуги. Функции Программного обеспечения Apple и Услуги могут быть доступны не на всех языках и не во всех регионах, список доступных функций может зависеть от региона, а некоторые функции могут быть ограничены или могут не предоставляться Вашим поставщиком услуг. Для использования некоторых функций Программного обеспечения Apple и Услуг требуется подключение к сети Wi-Fi или сотовой сети передачи данных.

(i) Для использования App Store требуется сочетание уникального имени пользователя и пароля, известное под названием Apple ID. Apple ID также требуется для доступа к обновлениям программ и определенным функциям Программного обеспечения Apple и Услуг.

(j) Вы признаете, что многие функции, встроенные программы и Услуги Программного обеспечения Apple передают данные, и такая передача данных может повлечь за собой выплаты в рамках Вашего тарифного плана, и что Вы несете ответственность за любые такие выплаты. Вы можете просмотреть и проконтролировать, каким программам разрешено использование данных сотовых сетей и оценить, сколько таких данных используется этими программами в меню настроек «Сотовые данные». Кроме того, функция «Помощь Wi-Fi» автоматически переключает устройство в режим сотовой сети при плохом соединении по сети Wi-Fi, что может привести к более долгому использованию сотовой сети и повлечь за собой выплаты в рамках Вашего тарифного плана. По умолчанию функция «Помощь Wi-Fi» включена, но Вы можете отключить ее в разделе «Настройки». Подробнее см. в Руководстве пользователя Вашего Устройства.

(k) Если Вы включите автоматическое обновление программ, Ваше Устройство будет периодически проверять наличие в системе Apple обновлений для программ на Вашем устройстве, и, если доступно обновление, оно будет автоматически загружено и установлено на Ваше устройство. Вы можете в любой момент полностью отключить автоматическое обновление программ, открыв «Настройки», нажав «iTunes Store и App Store» и выключив «Обновления» в разделе «Автоматические обновления».

(l) В некоторых обстоятельствах использование Вашего Устройства может отвлекать Вас и приводить к опасным ситуациям (например, избегайте набирать текстовые сообщения во время вождения автомобиля или использовать наушники во время езды на велосипеде). Используя

свое Устройство, Вы соглашаетесь с тем, что Вы несете ответственность за соблюдение правил, запрещающих или ограничивающих использование мобильных телефонов и наушников (например, требования использовать гарнитуру при совершении вызовов во время вождения).

(m) Некоторые функции программного обеспечения Apple, например любая функция обнаружения проблем безопасности, могут пытаться оказать помощь в ситуациях, относящихся к безопасности, и связать Вас с экстренными службами (при наличии). Apple не гарантирует доступность, точность, полноту, надежность и своевременность таких функций. Эти функции не предназначены для исключительного использования в ситуациях, когда можно получить более срочную или эффективную помощь. Вы соглашаетесь использовать эти функции на свой страх и риск по своему собственному усмотрению и признаете, что Apple, ее аффилированные лица, агенты и принципалы не несут в максимальной степени, разрешенной законом, ответственности перед Вами за использование Вами этих функций и любые вытекающие из этого последствия

(n) Ваше Устройство не является медицинским оборудованием, и его нельзя использовать вместо профессиональной медицинской диагностики. Оно не предназначено и непригодно для использования в целях диагностики заболеваний или других медицинских состояний, а также лечения, ослабления или предотвращения каких-либо заболеваний или медицинских состояний. Прежде чем принимать любые решения, связанные с Вашим здоровьем, проконсультируйтесь со своим поставщиком медицинских услуг.

**3. Передача.** Вы не вправе брать или сдавать в прокат, аренду, предоставлять на время, продавать, повторно распространять или сублицензировать Программное обеспечение Apple. Однако Вы можете произвести единовременную необратимую передачу всех Ваших прав по лицензии на Программное обеспечение Apple третьей стороне в связи с передачей права собственности на динамик при условии, что (a) подобная передача прав будет включать в себя динамик и все Программное обеспечение Apple, включая все его составные части и настоящую Лицензию; (b) у Вас не останется полных или частичных копий Программного обеспечения Apple, включая копии, хранящиеся на компьютере или ином устройстве хранения данных; (c) сторона, получающая Программное обеспечение Apple, прочитает и согласится принять условия настоящей Лицензии.

**4. Согласие на использование информации.** Когда Вы используете свое устройство, Ваш телефонный номер и определенные уникальные идентификаторы Вашего Устройства отправляются в Apple, чтобы другие пользователи имели возможность найти Вас по телефонному номеру при использовании различных функций связи Программного обеспечения Apple, таких как iMessage и FaceTime. Когда Вы используете iMessage, Apple может сохранять Ваши сообщения в зашифрованной форме в течение ограниченного периода времени для обеспечения их доставки. Вы можете отключить FaceTime или iMessage, перейдя в настройки FaceTime или iMessage на своем Устройстве. Определенным функциям, таким как «Анализ», «Службы геолокации», «Диктовка» и Siri, для работы может требоваться информация с Вашего устройства. При включении или использовании этих функций предоставляются сведения о том, какая информация отправляется в Apple и как она может использоваться. Подробнее об этом можно узнать на сайте https://www.apple.com/ru/privacy/. Ваша информация будет во всех случаях обрабатываться в соответствии с Политикой конфиденциальности Apple, с которой можно ознакомиться на странице: https://www.apple.com/ru/legal/privacy/.

**5. Услуги и материалы третьих сторон.**
(a) Программное обеспечение Apple может предоставлять доступ к онлайн-магазинам компании Apple iTunes Store, App Store, Apple Books, Game Center, iCloud, Картам, News, Fitness+ и другим услугам и веб-сайтам, предоставляемым компанией Apple и третьими сторонами (далее совместно и по отдельности именуемым «Услуги»). Для пользования этими Услугами требуется

доступ к сети Интернет; пользование определенными Услугами может требовать Apple ID, принятия дополнительных положений и может оплачиваться отдельно. Используя данное программное обеспечение с Apple ID или другими Услугами Apple, Вы соглашаетесь с применимыми условиями пользования, например с новейшими условиями и положениями пользования Мультимедийными сервисами Apple для страны или региона, где Вы пользуетесь данными Услугами, с которыми Вы можете ознакомиться по адресу: https://www.apple.com/ru/legal/internet-services/itunes/.

(b) При наличии регистрации в iCloud Вы можете получать доступ к определенным функциям iCloud, таким как iCloud Drive, «Мой фотопоток», «Общие альбомы» и «Найти мой iPhone», напрямую из Программного обеспечения Apple. Вы признаете и соглашаетесь с тем, что Ваше использование iCloud и этих функций регулируется новейшей версией положений и условий использования службы iCloud, с которой Вы можете ознакомиться по адресу: https://www.apple.com/legal/internet-services/icloud/.

(c) Контент программы News. Вы имеете право только личного некоммерческого использования контента, к которому Вы получаете доступ через программу News; его использование не наделяет Вас никакими правами собственности на этот контент; Вы также не имеете права использовать такой контент в любых коммерческих или рекламных целях, без каких-либо исключений.

(d) Карты. Функциональные возможности Карт в Программном обеспечении Apple (далее «Карты»), включая доступность картографических данных, могут различаться в зависимости от региона. При включении или использовании Карт предоставляются сведения о том, какая информация отправляется в Apple и как она может использоваться. Вы признаете и соглашаетесь с тем, что Ваше использование Карт регулируется новейшей версией положений и условий использования услуги «Карты», с которой Вы можете ознакомиться на домашней карточке Карт.

(e) Вы сознаете, что во время использования подобных Услуг Вам может встретиться контент, который может показаться оскорбительным, неприличным или нежелательным, содержание которого может или не может быть определено как имеющее откровенно неприличный характер, и что в результате поиска или ввода определенного URL-адреса автоматически и непреднамеренно могут быть созданы ссылки на оскорбительный материал. Тем не менее Вы соглашаетесь с тем, что использование подобных Услуг осуществляется Вами на свой собственный риск и что компания Apple, ее дочерние предприятия, агенты, принципалы и лицензиары не несут перед Вами ответственности за материалы, содержание которых Вы можете счесть оскорбительным, непристойным или нежелательным.

(f) Некоторые Услуги предполагают показ, а также включают или предоставляют доступ к контенту, данным, информации, программам или материалам третьих сторон («Материалы третьих сторон»), а также предоставляют ссылки на веб-сайты третьих сторон. Пользуясь данными Услугами, Вы признаете и соглашаетесь с тем, что компания Apple не принимает на себя обязательств по изучению или оценке данного контента, а также в отношении точности, полноты, актуальности, правильности, соблюдения авторских прав, правомерности, пристойности, качества и любых других аспектов Материалов третьих сторон или веб-сайтов. Компания Apple, ее сотрудники, дочерние предприятия и филиалы не гарантируют и не рекомендуют, а также не принимают на себя и не несут никакой ответственности перед Вами или третьими лицами за любые Услуги, Материалы третьих сторон или веб-сайты, а также за любые другие материалы, продукты или услуги третьих сторон. Материалы и ссылки на веб-сайты третьих сторон предоставляются исключительно для Вашего удобства.

(g) Компания Apple и ее контент-провайдеры не гарантируют доступность, точность, полноту, надежность и своевременность информации о ценных бумагах, данных о местоположении и иных данных, отображаемых посредством любой из Услуг. Финансовая информация, отображаемая при использовании любых Услуг, предоставляется только в информативных целях и не может рассматриваться как рекомендация по инвестированию. Перед осуществлением любых сделок с ценными бумагами на основе информации, полученной посредством Услуг, Вам следует проконсультироваться со специалистом в области финансов или ценных бумаг, который правомочен давать финансовые рекомендации или рекомендации по ценным бумагам в Вашей стране или регионе. Данные о местоположении предоставляются исключительно для основных целей навигации и планирования и не могут служить надежным источником информации в ситуациях, когда необходимы точные сведения о местоположении или когда ошибочные, неточные, несвоевременные или неполные данные о местоположении могут привести к смерти, травме, повреждению имущества или причинению вреда окружающей среде. Вы соглашаетесь с тем, что результаты, полученные Вами при пользовании услугой «Карты», могут различаться в зависимости от текущей дорожной обстановки и условий на местности, под действием факторов, которые могут повлиять на точность данных Карт, включая, помимо прочего, погодные и дорожные условия, а также геополитическую обстановку. В целях Вашей безопасности, во время использования функции навигации всегда обращайте внимание на дорожные знаки на местности и обстановку на дороге. Соблюдайте правила безопасного вождения и правила дорожного движения, а также помните, что на велосипедных и пеших маршрутах могут отсутствовать специализированные обозначения.

(h) В тех случаях, когда Вы выгружаете любой контент посредством использования Услуг, Вы заявляете, что Вы обладаете всеми правами, были уполномочены или другим способом имеете законное право на выгрузку такого контента и что такой контент не нарушает любые условия оказания услуг, применимые к Услугам. Вы соглашаетесь с тем, что Услуги содержат контент, информацию и материалы, являющиеся собственностью компании Apple, владельца сайта или их лицензиаров и защищенные соответствующими законами о правах на интеллектуальную собственность и другими законами, в том числе законом об авторском праве. Вы соглашаетесь не использовать подобный контент, информацию или материалы каким-либо способом, кроме разрешенных для данных Услуг, или каким-либо способом, который противоречит условиям настоящей Лицензии или любым другим образом нарушает права на интеллектуальную собственность третьей стороны или компании Apple. Запрещается полное или частичное воспроизведение Услуг в любой форме и любым способом. Вы соглашаетесь не изменять, не брать и не сдавать в аренду, не сдавать внаем, не продавать, не распространять и не создавать производные работы на основе этих Услуг любым способом, и Вы не имеете права использования Услуги какими-либо неразрешенными способами, включая, помимо прочего, использование Услуг для передачи любых видов компьютерных вирусов, червей, троянских программ или других вредоносных программ, а также способы, вызывающие снижение пропускной способности или перегрузку сети. Кроме того, Вы соглашаетесь не использовать Услуги каким бы то ни было образом с целью причинения беспокойства, оскорбления, преследования, угроз, клеветы или нарушения прав третьих лиц, и Apple не несет ответственности за такое использование Услуг Вами или за любые причиняющие беспокойство, содержащие угрозы, клевету, оскорбительные или неправомерные сообщения, которые Вы можете получить по причине использования какой-либо из Услуг.

(i) Кроме того, такие Услуги и Материалы третьих сторон могут быть доступны не на всех языках и не во всех странах и регионах. Компания Apple не делает никаких заявлений относительно того, что подобные Услуги и Материалы третьих сторон подходят или доступны для использования в каком-либо определенном регионе. В том объеме, в котором Вы решили использовать или получать доступ к Услугам или Материалам третьих сторон, Вы делаете это по собственной инициативе и несете ответственность за соблюдение действующего

законодательства, включая, помимо прочего, действующее местное законодательство, законы относительно защиты конфиденциальности и сбора данных. Во время обмена фотографиями или синхронизации фотографий через Устройство вместе с фотографиями могут быть переданы метаданные, включая информацию о том, где и когда было сделано фото и подробную информацию о нем. Пользование услугами Apple (такими как «Фотоархив iCloud») для обмена фотографиями или их синхронизации влечет за собой получение компанией Apple таких метаданных и их последующее хранение. Apple и ее лицензиары сохраняют за собой право изменять, приостанавливать, удалять или блокировать доступ к Услугам в любое время без предварительного уведомления. Ни при каких обстоятельствах компания Apple не несет ответственности за удаление любых таких Услуг или блокирование доступа к ним. Компания Apple может также в любое время без уведомления установить лимит использования или доступа к определенным Услугам и не несет за это ответственности.

**6. Прекращение действия.** Настоящая Лицензия действительна до момента ее прекращения. В случае нарушения Вами любого условия или условий настоящей Лицензии, Вы лишаетесь прав, предоставленных Вам настоящей Лицензией, автоматически и без уведомления со стороны Apple. По окончании действия настоящей Лицензии Вы должны прекратить любое использование Программного обеспечения Apple. Разделы 4, 5, 6, 7, 8, 9, 10, 12 и 13 настоящей Лицензии продолжают действовать даже после прекращения действия Лицензии.

**7. Отказ от гарантий.**
7.1.    Если Вы являетесь клиентом-потребителем, то есть используете Программное обеспечение Apple вне сферы своей предпринимательской или профессиональной деятельности, Вы можете иметь юридические права в своей стране пребывания, которые запрещают применение к Вам следующих ограничений; в этом случае эти ограничения не будут применяться к Вам. Подробную информацию о правах Вы можете получить в обществе защиты прав потребителей.

7.2.    ВЫ БЕЗОГОВОРОЧНО ПРИЗНАЕТЕ И СОГЛАШАЕТЕСЬ С ТЕМ, ЧТО В СТЕПЕНИ, РАЗРЕШЕННОЙ ДЕЙСТВУЮЩИМ ЗАКОНОДАТЕЛЬСТВОМ, ИСПОЛЬЗОВАНИЕ НАСТОЯЩЕГО ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ APPLE И ЛЮБЫХ УСЛУГ, ПРЕДОСТАВЛЯЕМЫХ ИЛИ ДОСТУПНЫХ ПОСРЕДСТВОМ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ APPLE, ОСУЩЕСТВЛЯЕТСЯ ВАМИ НА ВАШ СОБСТВЕННЫЙ РИСК И ЧТО ВЫ НЕСЕТЕ РИСК ЗА НАДЛЕЖАЩЕЕ КАЧЕСТВО, ЭФФЕКТИВНОСТЬ, ТОЧНОСТЬ И РЕЗУЛЬТАТ ИХ ИСПОЛЬЗОВАНИЯ.

7.3.    В МАКСИМАЛЬНОЙ СТЕПЕНИ, РАЗРЕШЕННОЙ ДЕЙСТВУЮЩИМ ЗАКОНОДАТЕЛЬСТВОМ, ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ APPLE И УСЛУГИ ПОСТАВЛЯЮТСЯ НА УСЛОВИЯХ «КАК ЕСТЬ» И «КАК ДОСТУПНО», СО ВСЕМИ НЕДОСТАТКАМИ И БЕЗ ГАРАНТИЙ ЛЮБОГО РОДА. КОМПАНИЯ APPLE И ЕЕ ЛИЦЕНЗИАРЫ (СОВМЕСТНО ИМЕНУЕМЫЕ APPLE В ЦЕЛЯХ РАЗДЕЛОВ 7 И 8) НАСТОЯЩИМ ОТКАЗЫВАЮТСЯ ОТ ПРЕДОСТАВЛЕНИЯ ЛЮБЫХ ГАРАНТИЙНЫХ ОБЯЗАТЕЛЬСТВ В ОТНОШЕНИИ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ APPLE И УСЛУГ, ЯВНЫХ, ПОДРАЗУМЕВАЕМЫХ ИЛИ ПРЕДПИСАННЫХ ЗАКОНОМ, ВКЛЮЧАЯ, ПОМИМО ПРОЧЕГО, ПОДРАЗУМЕВАЕМЫЕ ГАРАНТИИ И (ИЛИ) УСЛОВИЯ ПРИГОДНОСТИ К ПРОДАЖЕ, НАДЛЕЖАЩЕГО КАЧЕСТВА, ПРИГОДНОСТИ ДЛЯ ИСПОЛЬЗОВАНИЯ В КОНКРЕТНЫХ ЦЕЛЯХ, ТОЧНОСТИ, СПОКОЙНОГО ПОЛЬЗОВАНИЯ И НЕНАРУШЕНИЯ ПРАВ ТРЕТЬИХ СТОРОН.

7.4.    APPLE НЕ ПРЕДОСТАВЛЯЕТ ГАРАНТИЙ В ОТНОШЕНИИ ЗАЩИТЫ ОТ ОБСТОЯТЕЛЬСТВ, ПРЕПЯТСТВУЮЩИХ РАБОТЕ С ПРОГРАММНЫМ ОБЕСПЕЧЕНИЕМ APPLE И УСЛУГАМИ, СООТВЕТСТВИЯ ФУНКЦИЙ И УСЛУГ, ВЫПОЛНЯЕМЫХ ИЛИ ПРЕДОСТАВЛЯЕМЫХ ПРОГРАММНЫМ ОБЕСПЕЧЕНИЕМ APPLE, КОНКРЕТНЫМ ТРЕБОВАНИЯМ, БЕСПЕРЕБОЙНОЙ И БЕЗОШИБОЧНОЙ РАБОТЫ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ APPLE, СОХРАНЕНИЯ ДОСТУПНОСТИ ЛЮБЫХ УСЛУГ, ИСПРАВЛЕНИЯ НЕДОСТАТКОВ В ПРОГРАММНОМ

ОБЕСПЕЧЕНИИ И УСЛУГАХ APPLE, А ТАКЖЕ СОВМЕСТИМОСТИ И РАБОТЫ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ APPLE С ПРОГРАММНЫМ ОБЕСПЕЧЕНИЕМ, ПРОГРАММАМИ ИЛИ УСЛУГАМИ ТРЕТЬИХ СТОРОН. УСТАНОВКА ДАННОГО ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ APPLE МОЖЕТ ПОВЛИЯТЬ НА ДОСТУПНОСТЬ И ВОЗМОЖНОСТЬ ИСПОЛЬЗОВАНИЯ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ, ПРОГРАММ ИЛИ СЛУЖБ ТРЕТЬИХ СТОРОН, А ТАКЖЕ ПРОДУКТОВ И СЛУЖБ APPLE.

7.5.    ВЫ ПРИЗНАЕТЕ, ЧТО ПРОГРАММНОЕ ОБЕСПЕЧЕНИЕ APPLE И УСЛУГИ НЕ ПРЕДНАЗНАЧЕНЫ И НЕ ПОДХОДЯТ ДЛЯ ИСПОЛЬЗОВАНИЯ В СИТУАЦИЯХ ИЛИ СРЕДАХ, В КОТОРЫХ НЕВОЗМОЖНОСТЬ ИСПОЛЬЗОВАНИЯ, ЗАДЕРЖКИ, ОШИБКИ ИЛИ НЕТОЧНОСТИ В КОНТЕНТЕ, ДАННЫХ ИЛИ ИНФОРМАЦИИ, КОТОРЫЕ ПРЕДОСТАВЛЯЮТСЯ ПРОГРАММНЫМ ОБЕСПЕЧЕНИЯМ APPLE ИЛИ УСЛУГАМИ, МОГУТ ПОВЛЕЧЬ ЗА СОБОЙ СМЕРТЬ ИЛИ ПРИЧИНЕНИЕ ВРЕДА ЛИЧНОСТИ ЛИБО ПРИВЕСТИ К СЕРЬЕЗНЫМ ПОВРЕЖДЕНИЯМ ИЛИ НАНЕСЕНИЮ УЩЕРБА ОКРУЖАЮЩЕЙ СРЕДЕ, ВКЛЮЧАЯ, ПОМИМО ПРОЧЕГО, ИСПОЛЬЗОВАНИЕ В ЯДЕРНЫХ УСТАНОВКАХ, ПРИ УПРАВЛЕНИИ ВОЗДУШНЫМИ СУДАМИ ИЛИ КОММУНИКАЦИОННЫМИ СИСТЕМАМИ, СИСТЕМАМИ КОНТРОЛЯ ДВИЖЕНИЯ ВОЗДУШНОГО ТРАНСПОРТА, АППАРАТАМИ ИСКУССТВЕННОГО ПОДДЕРЖАНИЯ ЖИЗНЕДЕЯТЕЛЬНОСТИ ИЛИ УПРАВЛЕНИЕМ СИСТЕМАМИ ВООРУЖЕНИЯ.

7.6.    НИКАКАЯ УСТНАЯ ИЛИ ПИСЬМЕННАЯ ИНФОРМАЦИЯ ИЛИ СОВЕТ СО СТОРОНЫ APPLE ИЛИ ЕЕ УПОЛНОМОЧЕННОГО ПРЕДСТАВИТЕЛЯ НЕ МОГУТ РАССМАТРИВАТЬСЯ КАК ГАРАНТИЙНЫЕ ОБЯЗАТЕЛЬСТВА. В СЛУЧАЕ ОБНАРУЖЕНИЯ ДЕФЕКТОВ В ПО APPLE ИЛИ СЛУЖБАХ ЛЮБОЕ ОБСЛУЖИВАНИЕ, ИСПРАВЛЕНИЕ ИЛИ РЕМОНТ ПРОИЗВОДЯТСЯ ЗА ВАШ СЧЕТ. В НЕКОТОРЫХ ЮРИСДИКЦИЯХ СУЩЕСТВУЕТ ЗАПРЕТ НА ОТКАЗ ОТ ПОДРАЗУМЕВАЕМЫХ ГАРАНТИЙ ИЛИ ОГРАНИЧЕНИЙ В ОТНОШЕНИИ СООТВЕТСТВУЮЩИХ, УСТАНОВЛЕННЫХ ЗАКОНОМ ПРАВ ПОТРЕБИТЕЛЯ, ПОЭТОМУ ВЫШЕУКАЗАННЫЕ ИСКЛЮЧЕНИЯ ИЛИ ОГРАНИЧЕНИЯ МОГУТ БЫТЬ НЕПРИМЕНИМЫ К ВАМ.

**8. Ограничение ответственности.** В ОБЪЕМЕ, ПРЯМО НЕ ЗАПРЕЩЕННОМ ДЕЙСТВУЮЩИМ ЗАКОНОДАТЕЛЬСТВОМ, APPLE, ЕЕ ДОЧЕРНИЕ ПРЕДПРИЯТИЯ, АГЕНТЫ И ПРИНЦИПАЛЫ НЕ НЕСУТ ОТВЕТСТВЕННОСТИ ЗА ПРИЧИНЕНИЕ ВРЕДА ФИЗИЧЕСКОМУ ЛИЦУ ИЛИ ЛЮБЫЕ СЛУЧАЙНЫЕ, ОСОБЫЕ, НЕПРЯМЫЕ ИЛИ КОСВЕННЫЕ УБЫТКИ, ВКЛЮЧАЯ, ПОМИМО ПРОЧЕГО, УПУЩЕННУЮ ВЫГОДУ, ПОВРЕЖДЕНИЕ ИЛИ ПОТЕРЮ ДАННЫХ, НЕИСПРАВНОСТИ ПРИ ПЕРЕДАЧЕ ИЛИ ПОЛУЧЕНИИ ЛЮБЫХ ДАННЫХ (ВКЛЮЧАЯ, ПОМИМО ПРОЧЕГО, ИНСТРУКЦИИ, НАЗНАЧЕНИЯ И МАТЕРИАЛЫ К КУРСАМ), ПЕРЕРЫВ В КОММЕРЧЕСКОЙ ДЕЯТЕЛЬНОСТИ ИЛИ ИНЫЕ КОММЕРЧЕСКИЕ УБЫТКИ ИЛИ УЩЕРБ, ВОЗНИКШИЕ ИЛИ СВЯЗАННЫЕ С ИСПОЛЬЗОВАНИЕМ ИЛИ НЕВОЗМОЖНОСТЬЮ ИСПОЛЬЗОВАНИЯ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ APPLE И УСЛУГ ИЛИ ЛЮБОГО ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ, ПРОГРАММ ИЛИ УСЛУГ ТРЕТЬИХ СТОРОН В СВЯЗИ С ИСПОЛЬЗОВАНИЕМ ПРОГРАММНОГО ОБЕСПЕЧЕНИЯ APPLE ИЛИ УСЛУГ ПО ЛЮБОЙ ПРИЧИНЕ, НЕЗАВИСИМО ОТ ТЕОРИИ ОТВЕТСТВЕННОСТИ (ИЗ ДОГОВОРА, ИЗ ДЕЛИКТА ИЛИ НА ИНЫХ ОСНОВАНИЯХ), ДАЖЕ В СЛУЧАЕ ЕСЛИ КОМПАНИИ APPLE БЫЛО ИЗВЕСТНО О ВОЗМОЖНОСТИ ВОЗНИКНОВЕНИЯ ПОДОБНЫХ УБЫТКОВ. В НЕКОТОРЫХ ЮРИСДИКЦИЯХ СУЩЕСТВУЕТ ЗАПРЕТ ИСКЛЮЧЕНИЯ ИЛИ ОГРАНИЧЕНИЯ ОТВЕТСТВЕННОСТИ ЗА ВРЕД ФИЗИЧЕСКИМ ЛИЦАМ ИЛИ ЗА СЛУЧАЙНЫЕ ИЛИ КОСВЕННЫЕ УБЫТКИ, ПОЭТОМУ ПОДОБНЫЕ ОГРАНИЧЕНИЯ МОГУТ БЫТЬ НЕПРИМЕНИМЫ К ВАМ. В любом случае общая компенсационная ответственность Apple перед Вами за все убытки (помимо тех, которые могут подлежать возмещению в соответствии с требованиями применимого права в случае причинения вреда физическому лицу) ограничивается суммой в 250,00 (двести пятьдесят) долларов США. Вышеуказанные ограничения действуют даже в том случае, если применение какого-либо из вышеназванных средств правовой защиты не соответствует его основной цели. НЕЗАВИСИМО ОТ ЛЮБЫХ ДРУГИХ УСЛОВИЙ НАСТОЯЩЕЙ ЛИЦЕНЗИИ, ЕСЛИ ПРИМЕНЯЕТСЯ ДЕЙСТВИЕ

АКТА О ЗАЩИТЕ ПРАВ ПОТРЕБИТЕЛЕЙ ЯПОНИИ, УСЛОВИЯ, КОТОРЫЕ ОГРАНИЧИВАЮТ ОТВЕТСТВЕННОСТЬ APPLE ЗА УБЫТКИ, ВОЗНИКШИЕ В РЕЗУЛЬТАТЕ НАРУШЕНИЯ ДОГОВОРА ИЛИ СОВЕРШЕННОГО APPLE ПРАВОНАРУШЕНИЯ, НЕ ПРИМЕНЯЮТСЯ, ЕСЛИ ТАКОЕ ПОВРЕЖДЕНИЕ ВЫЗВАНО УМЫШЛЕННЫМ НЕПРАВОМЕРНЫМ ПОВЕДЕНИЕМ ИЛИ ГРУБОЙ ХАЛАТНОСТЬЮ СО СТОРОНЫ APPLE.

**9. Цифровые сертификаты.** Функциональные возможности ПО Apple позволяют принимать цифровые сертификаты, выданные Apple или третьими сторонами. ВЫ НЕСЕТЕ ПОЛНУЮ ОТВЕТСТВЕННОСТЬ ЗА РЕШЕНИЕ ПРИНЯТЬ ИЛИ ОТКЛОНИТЬ СЕРТИФИКАТ, ВЫДАННЫЙ APPLE ИЛИ ТРЕТЬЕЙ СТОРОНОЙ. ВЫ ИСПОЛЬЗУЕТЕ ЦИФРОВЫЕ СЕРТИФИКАТЫ НА СВОЙ РИСК. В МАКСИМАЛЬНО РАЗРЕШЕННОМ ПРИМЕНИМЫМ ПРАВОМ ОБЪЕМЕ APPLE НЕ ПРЕДОСТАВЛЯЕТ НИКАКИХ ЯВНЫХ ИЛИ ПОДРАЗУМЕВАЕМЫХ ГАРАНТИЙ ИЛИ ЗАЯВЛЕНИЙ ОТНОСИТЕЛЬНО ПРИГОДНОСТИ К ПРОДАЖЕ ИЛИ ПРИГОДНОСТИ ДЛЯ ИСПОЛЬЗОВАНИЯ В КОНКРЕТНЫХ ЦЕЛЯХ, ТОЧНОСТИ, БЕЗОПАСНОСТИ ИЛИ НЕНАРУШЕНИЯ ПРАВ ТРЕТЬИХ СТОРОН В ОТНОШЕНИИ ЦИФРОВЫХ СЕРТИФИКАТОВ.

**10. Экспортный контроль.** Вы не вправе использовать или иным образом экспортировать или реэкспортировать ПО Apple, за исключением тех случаев, когда это разрешено законодательством США и законодательством юрисдикции (юрисдикций), в которой (которых) было приобретено ПО Apple. В частности, помимо прочего, не допускается экспорт и реэкспорт ПО Apple (a) в страны, в отношении которых США установили эмбарго, (b) любому лицу из установленного Министерством финансов США Списка специально выделенных граждан либо из установленного Министерством торговли США Списка исключенных физических или юридических лиц или любых иных списков субъектов, торговля с которыми запрещена правительством. Используя ПО Apple, Вы заявляете и гарантируете, что не находитесь ни в одной из указанных стран и не включены ни в один из перечисленных списков. Вы также соглашаетесь не использовать ПО Apple в любых целях, запрещенных законодательством США, включая, помимо прочего, разработку, проектирование, изготовление или производство ракетного, ядерного, химического или биологического оружия.

**11. Конечные пользователи Правительства.** ПО Apple и сопутствующая документация представляют собой «Коммерческие продукты» в значении, установленном в главе 48 Свода федеральных постановлений (C.F.R.) §2.101, состоящие из «Коммерческого компьютерного программного обеспечения» и «Коммерческой документации для компьютерного программного обеспечения» (значения этих терминов раскрываются соответственно в главе 48 Свода федеральных постановлений (C.F.R.) §12.212 или в главе 48 Свода федеральных постановлений (C.F.R.) §227.7202). В соответствии с главой 48 Свода федеральных постановлений (C.F.R.) §12.212 или с главой 48 Свода федеральных постановлений (C.F.R.) §227.7202-1 по 227.7202-4 соответственно, Коммерческое компьютерное программное обеспечение и Коммерческая документация для компьютерного программного обеспечения лицензируются в том случае, если конечным пользователем является Правительство США, (a) только как «Коммерческие продукты» и (b) только с тем объемом прав, который предоставляется остальным конечным пользователям в соответствии с положениями и условиями настоящей Лицензии. Неопубликованные права сохраняются за Apple в соответствии с законодательством об авторских правах США.

**12. Применимое право и частичная недействительность.** Положения настоящей Лицензии регулируются и толкуются в соответствии с законодательством штата Калифорния, за исключением норм коллизионного права. Настоящая Лицензия не подлежит регулированию Конвенцией ООН о договорах международной торговли товарами, применимость которой явно исключена. Если Вы являетесь потребителем, проживающим в Соединенном Королевстве, настоящая Лицензия регулируется законами юрисдикции страны пребывания. Если по какой-либо причине надлежащая судебная инстанция признает одно из положений или его часть не

подлежащими принудительному исполнению, оставшиеся положения Лицензии сохраняют полную юридическую силу.

**13. Целостность соглашения. Основной язык соглашения.** Настоящая Лицензия представляет собой полное соглашение между Вами и компанией Apple в отношении Программного обеспечения Apple и заменяет собой все предыдущие или временные договоренности сторон по предмету соглашения. Любые поправки или изменения настоящей Лицензии действительны только в том случае, если они внесены в письменной форме и подписаны Apple. Любой перевод настоящей Лицензии осуществляется с учетом местных требований. В случае расхождений между версиями на английском и любом другом языке приоритет имеет версия Лицензии на английском языке в объеме, не противоречащем местному законодательству.

**14. Признание прав третьих лиц.** Некоторые части Программного обеспечения Apple могут использовать или включать в себя программное обеспечение третьих сторон и другие материалы, охраняемые авторским правом. Признание прав третьих сторон, условия лицензирования и отказ от предоставления гарантий в отношении таких материалов содержатся в электронной документации к ПО Apple, и использование Вами подобных материалов регулируется соответствующими положениями. Использование службы Google Safe Browsing должно соответствовать Условиям использования Google (https://www.google.com/intl/ru/policies/terms/) и Политике конфиденциальности Google (https://www.google.com/intl/ru/policies/privacy/).

**15. Использование MPEG-4. Уведомление в отношении H.264/AVC.**
(a) Программное обеспечение Apple предоставляется по Лицензии Пакета Патентов на Системы MPEG-4 для кодирования в соответствии со Стандартом Систем MPEG-4, за исключением тех случаев, при которых необходима дополнительная лицензия и оплата лицензионных отчислений для кодирования в связи с (i) данными, хранящимися или воспроизведенными на физическом носителе, которые оплачиваются исходя из количества наименований, и (или) (ii) данными, оплачиваемыми, исходя из количества наименований, и передающимися конечному пользователю для постоянного хранения и (или) использования. Подобная дополнительная лицензия может быть получена в компании MPEG LA, LLC. Подробную информацию Вы найдете по адресу: https://www.mpegla.com.

(b) Программное обеспечение Apple содержит функциональные средства кодирования и (или) декодирования формата MPEG-4. Программное обеспечение Apple предоставляется на условиях Лицензии на пакет патентов MPEG-4 Visual для персонального и некоммерческого использования потребителем в целях (i) кодирования видео в соответствии с Визуальным Стандартом MPEG-4 («MPEG-4 Видео») и (или) (ii) декодирования видео MPEG-4, которое было закодировано потребителем для персонального и некоммерческого использования, и (или) было получено от поставщика видеопродукции, имеющего лицензию на распространение видео MPEG-4, выданную компанией MPEG LA. Лицензия не предоставляется и не распространяется на использование в иных целях. Дополнительную информацию относительно рекламного, внутреннего и коммерческого использования и лицензирования Вы можете получить в компании MPEG LA, LLC. См. веб-сайт https://www.mpegla.com.

(c) Программное обеспечение Apple содержит функциональные средства кодирования и (или) декодирования формата AVC. Коммерческое использование декодера H.264/AVC требует дополнительного лицензирования и соблюдения следующих условий: ЛИЦЕНЗИЯ НА ФУНКЦИОНАЛЬНЫЕ СРЕДСТВА AVC В ПО APPLE ПРЕДОСТАВЛЯЕТСЯ ИСКЛЮЧИТЕЛЬНО ДЛЯ ЛИЧНОГО И НЕКОММЕРЧЕСКОГО ИСПОЛЬЗОВАНИЯ ПОТРЕБИТЕЛЕМ ДЛЯ (i) КОДИРОВКИ ВИДЕО В СООТВЕТСТВИИ СО СТАНДАРТАМИ AVC («ВИДЕО AVC») И (ИЛИ) (ii) ДЕКОДИРОВКИ ВИДЕО AVC, КОТОРОЕ БЫЛО ЗАКОДИРОВАНО ПОТРЕБИТЕЛЕМ В ЦЕЛЯХ ЛИЧНОГО И НЕКОММЕРЧЕСКОГО ИСПОЛЬЗОВАНИЯ, И (ИЛИ) ВИДЕО AVC, КОТОРОЕ БЫЛО ПОЛУЧЕНО ОТ

ЛИЦЕНЗИОННОГО ПОСТАВЩИКА ВИДЕО AVC. ПОДРОБНУЮ ИНФОРМАЦИЮ ОБ ИСПОЛЬЗОВАНИИ И ЛИЦЕНЗИРОВАНИИ ВЫ МОЖЕТЕ ПОЛУЧИТЬ В КОМПАНИИ MPEG LA L.L.C. СМ. ВЕБ-САЙТ https://www.mpegla.com.

**16. Ограничение службы поиска Yahoo.** Служба поиска Yahoo, доступная через Safari, лицензирована для использования только в следующих странах и регионах: Австралия, Австрия, Аргентина, Аруба, Багамские Острова, Барбадос, Бельгия, Бермуды, Болгария, Бразилия, Великобритания, Венгрия, Венесуэла, Гватемала, Германия, Гренада, Греция, Дания, Доминиканская Республика, Индия, Индонезия, Ирландия, Исландия, Испания, Италия, Каймановы Острова, Канада, Кипр, материковый Китай, Гонконг, Тайвань, Колумбия, Латвия, Литва, Люксембург, Малайзия, Мальта, Мексика, Нидерланды, Никарагуа, Новая Зеландия, Норвегия, Панама, Перу, Польша, Португалия, Пуэрто-Рико, Румыния, Сальвадор, Сент-Винсент, Сент-Люсия, Сингапур, Словакия, Словения, США, Таиланд, Тринидад и Тобаго, Турция, Уругвай, Филиппины, Финляндия, Франция, Чешская Республика, Чили, Швейцария, Швеция, Эквадор, Южная Корея, Ямайка и Япония.

**17. Примечание Microsoft Exchange.** Настройка почты Microsoft Exchange на Программном обеспечении Apple лицензирована только для беспроводной синхронизации информации, такой как электронная почта, контакты, календарь и задачи, между Вашим Устройством и сервером Microsoft Exchange или другим программным обеспечением сервера, лицензированным компанией Microsoft для реализации протокола Microsoft Exchange ActiveSync.

EA1806
08.07.2022 г.

— — — — — — — — — — — —

**Дополнительные положения и условия использования Apple Pay и Wallet**

Данные Дополнительные положения и условия использования Apple Pay и Wallet (далее «Дополнительные условия») дополняют Лицензионное соглашение об использовании программного обеспечения Apple (далее «Лицензия»); данные Дополнительные условия и Лицензия регулируют использование функции Apple Pay (Apple Pay) и приложения Apple Wallet (Wallet) на Apple Watch, которые в рамках Лицензии считаются Услугой. Все термины данных Дополнительных условий, начинающиеся с заглавной буквы, имеют значения, установленные в Лицензии.

**1. Обзор**

**Apple Pay**

Функция Apple Pay позволяет:

- совершать бесконтактные платежи с помощью кредитных, дебетовых и предоплаченных карт, в том числе Apple Card и Apple Cash, в определенных местах, а также для оплаты в определенных приложениях и на веб-сайтах;
- совершать личные платежи другим пользователям Apple Cash;
- отслеживать заказы и просматривать подробные квитанции.

Apple Pay и определенные функции Apple Pay могут быть доступны не во всех регионах и не всем эмитентам карт, платежным системам, продавцам и другим третьим сторонам.

**Wallet**

Apple Wallet позволяет хранить виртуальные представления кредитных, дебетовых и предоплаченных карт, которые будут использоваться с Apple Pay (совместно именуемые «Карты Apple Pay»), а также другие типы карт, пропусков и ключей, включая, помимо прочего, следующие (совместно именуемые «Карты Wallet», совместно с картами Apple Pay именуемые «Поддерживаемыми картами»):

  •   карты постоянного покупателя;
  •   транспортные карты;
  •   билеты;
  •   клубные карты;
  •   ключи от автомобиля;
  •   ключи от дома;
  •   гостиничные и круизные ключи и пропуска;
  •   рабочие пропуска;
  •   студенческие билеты; а также
  •   водительские права и удостоверения личности государственного образца («Удостоверения личности»).

Карты Wallet могут быть доступны не во всех регионах и не для всех партнеров. Удостоверения личности могут быть доступны только для жителей штатов-участников, а их форма может различаться в зависимости от штата или местоположения.

Список Поддерживаемых карт может периодически изменяться.

**2. Условия участия**

Для использования Apple Pay и Wallet необходимо иметь (i) Устройство с версией операционной системы, поддерживающей Услуги (рекомендуется, а иногда требуется последняя версия), (ii) действующая в Apple учетная запись Apple ID, привязанная к iCloud, а также (iii) доступ к интернету (может взиматься плата). За исключением карты Apple Cash для семьи и некоторых цифровых платежных карт, карты Apple Pay доступны только пользователям, достигшим 13 лет, и могут быть дополнительно ограничены по возрастному признаку в соответствии с положениями использования iCloud и требованиями эмитента карт, продавца или другой третьей стороны. Транспортные карты, цифровые платежные карты, удостоверения личности, рабочие пропуска и ключи доступны только на устройствах iOS.

Если Вы являетесь родителем или опекуном в группе Семейного доступа iCloud («Организатор»), Вы можете пригласить членов семьи, включая пользователей, не достигших 13 лет (или того возраста, который считается минимальным в соответствующей стране), для предоставления и использования транспортных карт в приложении Wallet. Будучи Организатором, Вы несете ответственность за все платежи, покупки и операции, совершенные с использованием транспортных карт, добавленных для участников семейной группы, в том числе самими участниками. Право на доступ к транспортным картам в Wallet и их использование регулируются условиями и положениями соответствующего транспортного агентства. Организаторы несут ответственность за соблюдение таких условий и положений и берут на себя все риски, связанные с предоставлением транспортных карт другим участникам семейной группы. В случае если участник семейной группы покинет группу или будет удален из нее, этот участник больше не сможет пополнять транспортную карту и сможет осуществлять платежи с использованием карты только до достижения нулевого баланса на счету карты.

Если Вы являетесь владельцем ключа от автомобиля, Вы можете предоставлять доступ к ключу другим пользователям, достигшим 13 лет, для разблокировки автомобиля, его запуска и

использования.

Добавление или удаление ключей от дома в Wallet производится только путем добавления или удаления замков в приложении «Дом», а также посредством добавления или удаления пользователя из дома в приложении «Дом». Если Вы являетесь администратором дома в приложении «Дом», пользователи, принявшие Ваше приглашение и ставшие участниками группы «Дом», получают доступ ко всем добавленным ключам от дома.

Карты Apple Card доступны только в США и выпускаются филиалом банка США Goldman Sachs Bank в Солт-Лейк-Сити (далее — «Эмитент Apple Card»). За исключением карты Apple Card для семьи, пользоваться картой Apple Card могут только пользователи, достигшие 18 лет (или старше в зависимости от штата Вашего пребывания).

Использование карты Apple Cash и совершение личных платежей доступны только в США, и эти услуги оказывает банк Green Dot Bank, член Федеральной корпорации по страхованию вкладов. Чтобы отправлять и получать личные платежи в Apple Pay, необходимо иметь карту Apple Cash. За исключением карты Apple Cash для семьи, карта Apple Cash и личные платежи доступны только лицам, достигшим 18 лет.

**3. Использование Услуг.**

Для использования Поддерживаемых карт и совершения личных платежей выполняется их привязка к учетной записи Apple ID, с которой выполнен вход в iCloud. При добавлении или удалении ключей, рабочих пропусков, карт постоянного покупателя, билетов и клубных карт в Wallet эти изменения могут отображаться на других Ваших устройствах Apple, на которых выполнен вход с использованием Вашего Apple ID. С одним Apple ID можно связать только одно удостоверение личности, выданное одним государственным органом в одном штате.

Apple Pay и Wallet предназначены для личного пользования, и Вы можете создавать виртуальные представления только собственных Поддерживаемых карт или тех транспортных карт, ключей от машины и дома, которые были Вам предоставлены Организатором или владельцем. Если Вы создаете виртуальное представление поддерживаемой корпоративной карты, Вы подтверждаете, что делаете это с разрешения своего работодателя и у Вас есть полномочия связать Вашего работодателя обязательствами соблюдать данные условия использования в отношении всех операций, проводимых с использованием этой функции. Если Вы совершаете или получаете личный платеж, Вы подтверждаете, что делаете это только в целях личного некоммерческого пользования. При создании удостоверения личности Вы заявляете, что используете свои точные и правдивые личные данные.

Вы соглашаетесь не использовать Apple Pay или Wallet в незаконных или мошеннических целях или любых других целях, которые запрещены Лицензией и данными Дополнительными условиями. Вы также соглашаетесь использовать Apple Pay и Wallet в соответствии с применимыми законами и правилами. Вы осознаете, что предоставление любой неверной информации при создании удостоверения личности может быть расценено федеральным законодательством и законодательством Вашего штата как уголовное преступление. Вы соглашаетесь не препятствовать и не нарушать работу услуги Apple Pay или Wallet (включая доступ к услуге с использованием любых средств автоматизации) и любых серверов и сетей, подключенных к услуге, а также не нарушать любые политики, требования и правила сетей, подключенных к услуге (включая любой несанкционированный доступ, использование или мониторинг соответствующих данных или трафика).

Если действующим законодательством Вам запрещен доступ к Apple Pay или Wallet или их

использование, Вы не имеете права получать доступ к этим Услугам или пользоваться ими. Компания не несет ответственности, если Вы получаете доступ к этим Услугам или пользуетесь ими с нарушением действующего законодательства.

**4. Отношения между вами и компанией Apple**

Использование Вами Apple Pay будет регулироваться этими Дополнительными положениями и условиями договора с держателем банковской карты, заключенного Вами с соответствующим эмитентом, продавцом или другой третьей стороной, ответственной за Вашу карту Apple Pay.

Аналогичным образом использование Вами карт Wallet в приложении Wallet будет регулироваться этими Дополнительными положениями и условиями договора, заключенного Вами с соответствующим продавцом, транспортным агентством, производителем автомобиля или замка, университетом, отелем, курортом, круизной линией, корпорацией, органом штата, выдающим документы, или другой третьей стороной.

За исключением описанных далее определенных функций Apple Pay, предоставляемых компанией Apple Payments Inc. (далее – «Apple Payments»»), компания Apple не обрабатывает платежи или транзакции с других неплатежных карт, совершенных с помощью Ваших карт Apple Pay. Apple не контролирует и не несет ответственности за платежи, возвраты платежей, возвраты и переводы денежных средств, возмещения, вознаграждения, стоимость, скидки, доступ, проверку личности, заказы, выполнение заказов или другие действия, которые могут возникать в результате использования Apple Pay или Wallet.

В случае противоречий между условиями данных Дополнительных положений и условиями договора, заключенного Вами с соответствующим эмитентом, продавцом, органом штата, выдающим документы, или другой третьей стороной (каждый именуется «**Договор с третьей стороной**»), условия данных Дополнительных положений будут регулировать отношения между Вами и Apple, а условия соответствующего Договора с третьей стороной буду регулировать Ваши отношения с соответствующей третьей стороной.

Вы соглашаетесь с тем, что компания Apple не участвует в любых Ваших договорах с третьей стороной и не несет ответственности за: (a) содержание, точность или недоступность каких-либо Поддерживаемых карт, а также покупки, операции, переводы денежных средств, заказы, выполнение заказов, квитанции или другие действия при использовании Apple Pay или Wallet, включая, без ограничения, действия, совершенные участниками семейной группы или другими лицами, которым Вы предоставили доступ к своим Поддерживаемым картам или к своему Устройству; (b) выдачу кредита или оценку права на получение кредита; (c) выдачу, приостановление действия или аннулирование водительских прав или удостоверения личности государственного образца; (d) действия эмитентов, продавцов, разработчиков приложений или других третьих сторон, связанные с использованием Вами Apple Pay или Wallet; (e) принятие решений эмитентом, продавцом или другой третьей стороной в связи с добавлением Вашей Поддерживаемой карты в Wallet; (f) Ваше участие в программах использования карт постоянного покупателя у определенных продавцов или партнеров; (g) любое накопление или использование вознаграждения или скидок в отношении Поддерживаемых карт; (h) пополнение или обновление предоплаченных карт; (i) отправку или получение личных платежей и переводов денежных средств; или (j) пополнение карты Apple Cash, списание или снятие с нее денег.

Подавая заявку на выпуск карты Apple Card, Вы подаете заявку на открытие счета в банке у эмитента Apple Card. Финансовое учреждение, ответственное за услуги, связанные с использованием карты Apple Card, может изменяться, а использование карты Apple Card будет регулироваться применимыми к ним условиями и положениями.

Когда Вы пользуетесь функциями Apple Cash посредством Apple Pay, Вы открываете счет в банке Green Dot Bank. Когда Вы получаете или отправляете личные платежи либо пополняете свою карту Apple Cash или снимаете с нее деньги, Green Dot Bank отвечает за отправку и получение денег по назначению, за исключением функций Apple Pay, предоставляемых Apple Payments. Финансовое учреждение, ответственное за услуги, связанные с использованием карты Apple Cash и совершение личных платежей посредством Apple Pay, может изменяться, а использование этих функций регулируется применимыми к ним условиями и положениями.

Возможность использования средств на Вашей карте Apple Cash для совершения платежей определенным уполномоченным компаниям, авторизованным Вами (далее — «Служба прямых платежей»), является услугой, предоставляемой Apple Payments. Использование Службы прямых платежей регулируется положениями и условиями Прямых платежей Apple Payments. Кроме того, определенные уполномоченные компании могут позволить Вам авторизовать их для перечисления средств на Вашу карту Apple Cash (каждый случай называется «Выплата»). Несмотря на то, что Выплаты могут обрабатываться Apple Payments, они поступают от принимающих участие компаний, предоставляющих эти средства, и могут регулироваться дополнительными положениями и условиями компаний, предоставляющих выплату. При возникновении любых споров или вопросов о Поддерживаемых картах или связанных с ними коммерческих действиях обратитесь к эмитенту карты или соответствующему продавцу, государственному органу, выдавшему карту, или другой третьей стороне. По вопросам, касающимся Apple Pay, Wallet, карт Apple Card и Apple Cash или личных платежей, обратитесь в службу поддержки Apple.

## 5. Конфиденциальность

Сбор и использование компанией Apple личной информации регулируется Политикой конфиденциальности Apple, ознакомиться с которой можно по адресу: https://www.apple.com/ru/legal/privacy/. Подробнее о данных, которые собираются, используются и предоставляются при использовании Вами Apple Pay и Wallet, Вы можете узнать в соответствующем уведомлении о конфиденциальности, включая раздел «Об Apple Pay и конфиденциальности», доступ к которому можно получить в приложении Watch на объединенном в пару Устройстве, или на странице: https://www.apple.com/ru/legal/privacy/. Используя Apple Pay и Wallet, Вы даете компании Apple, ее дочерним предприятиям и агентам согласие на передачу, сбор, хранение, обработку и использование всей вышеизложенной информации в целях предоставления данных Услуг.

## 6. Безопасность. Потерянные или отключенные устройства

УРОВЕНЬ ЗАЩИТЫ ПОДДЕРЖИВАЕМЫХ УСТРОЙСТВ И УЧЕТНЫХ ДАННЫХ ДОЛЖЕН СООТВЕТСТВОВАТЬ УРОВНЮ ЗАЩИТЫ ФИЗИЧЕСКОГО КОШЕЛЬКА И КАРТ

Apple Pay и Wallet хранят виртуальные представления Ваших Поддерживаемых карт, и уровень ее защиты должен соответствовать уровню защиты Ваших физических кошельков, ключей, удостоверений личности, а также кредитных, дебетовых, предоплаченных и прочих карт. Вы несете полную ответственность за обеспечение безопасности Ваших Устройств, учетной записи Apple ID, данных Touch ID и Face ID, пароля к поддерживаемым Устройствам и любых других учетных данных для проверки подлинности, используемых в связи с Услугами (совместно именуемые Ваши «Учетные данные»). Если Вы позволяете или разрешаете другому лицу использовать Ваши поддерживаемые Устройства (*например*, передавая пароль от Устройства третьей стороне, позволяя третьей стороне добавлять свой отпечаток пальца для использования Touch ID или регистрироваться с помощью Face ID или передавая любые свои учетные данные третьей стороне), это лицо сможет совершать платежи, отправлять, запрашивать или получать

личные платежи, снимать деньги с Вашей карты Apple Cash, получать и использовать бонусные баллы, использовать суммы, разблокировать Ваш автомобиль или иным образом получать доступ к Вашему автомобилю, гостиничному номеру, офису или дому, выдавать себя за Вас или совершать другие операции с помощью Ваших Поддерживаемых карт в Wallet. В таком случае Вы несете ответственность за все платежи и операции, совершенные этим лицом, а также за полученный им доступ.

РАЗБЛОКИРОВАННЫЕ УСТРОЙСТВА

Если Вы вносите в Устройство несанкционированные изменения, например , путем отключения аппаратного обеспечения или средств программного управления (иногда называемые «джейлбрейк»), Ваше Устройство может больше не поддерживать доступ к Услугам или их использование. Вы осознаете, что использование Устройства с модификациями в отношении Услуг строго запрещено, представляет собой нарушение данных Дополнительных положений и условий и является основанием для ограничения Вашего доступа к Услугам или полному отказу в доступе.

ДОПОЛНИТЕЛЬНЫЕ МЕРЫ БЕЗОПАСНОСТИ

Для использования некоторых функций Apple Pay, в том числе карт Apple Card и Apple Cash и личных платежей посредством Apple Pay, Вам могут понадобиться дополнительные меры безопасности, такие как двухфакторная аутентификация для доступа к учетной записи Apple ID. Если Вы в дальнейшем перестанете использовать эти дополнительные меры безопасности, будет невозможно получить доступ к некоторым функциям Apple Pay. Для удаления данных Face ID или Touch ID, привязанных к Вашему удостоверению личности для предъявления, Вам потребуется пройти весь процесс регистрации удостоверения личности.

ПОТЕРЯННЫЕ ИЛИ УКРАДЕННЫЕ УСТРОЙСТВА

Если Ваше Устройство потеряно или украдено и у Вас включена функция «Локатор», Вы можете использовать эту функцию, чтобы попытаться приостановить возможность проведения транзакции при помощи виртуальных Поддерживаемых карт или личных платежей на Устройстве, включив режим пропажи. Если Ваше Устройство находится в Режиме пропажи, ключи от автомобиля могут быть отключены в Wallet, и после выхода из автомобиля или отключения двигателя Вы больше не сможете открыть или завести Ваш автомобиль. Режим пропажи влияет только на ключи на потерянном Устройстве. Если Вы являетесь владельцем, Вы больше не сможете предоставлять другим пользователям доступ к Вашим ключам от автомобиля или дома, при этом эти изменения не коснуться ключей, доступ к которым уже был предоставлен другим пользователям, на устройствах этих пользователей.

Вы также можете стереть содержимое Устройства; при этом будет предпринята попытка приостановить возможность проведения операций при помощи виртуальных Поддерживаемых карт или совершения личных платежей на Устройстве. Вы также должны обратиться к эмитенту Ваших Поддерживаемых платежных карт, к продавцу или другой ответственной третьей стороне, выдавшей Вам Карты, или в Apple, если вопрос касается карт Apple Card или Apple Cash, чтобы предотвратить несанкционированный доступ к Вашим Поддерживаемым картам с помощью Apple Pay и в Wallet.

Если Вы сообщаете в компанию Apple о мошеннических или оскорбительных действиях или компания Apple подозревает о ведении таких действий, Вы соглашаетесь сотрудничать с компанией Apple в любом расследовании и принимать любые предписанные нами меры по предотвращению мошенничества.

**7. Ограничение ответственности**

В ДОПОЛНЕНИЕ К ОТКАЗУ ОТ ГАРАНТИЙ И ОГРАНИЧЕНИЮ ОТВЕТСТВЕННОСТИ, КОТОРЫЕ ИЗЛОЖЕНЫ В ЛИЦЕНЗИИ, КОМПАНИЯ APPLE НЕ БЕРЕТ НА СЕБЯ НИКАКОЙ ОТВЕТСТВЕННОСТИ ЗА ПОКУПКИ, ПЛАТЕЖИ, ПЕРЕВОДЫ ДЕНЕЖНЫХ СРЕДСТВ, ЗАКАЗЫ, ВЫПОЛНЕНИЕ ЗАКАЗОВ, ИНФОРМАЦИЮ О ПОЛУЧЕНИИ, ДОСТУП, ПРОВЕРКУ ЛИЧНОСТИ, ТРАНЗАКЦИИ ИЛИ ДРУГИЕ ДЕЙСТВИЯ, СОВЕРШЕННЫЕ С ПОМОЩЬЮ ФУНКЦИИ APPLE PAY ИЛИ WALLET, И ВЫ СОГЛАШАЕТЕСЬ ДЛЯ РАЗРЕШЕНИЯ ЛЮБЫХ ВОПРОСОВ ИЛИ СПОРОВ В ОТНОШЕНИИ ПОДДЕРЖИВАЕМЫХ КАРТ, ЛИЧНЫХ ПЛАТЕЖЕЙ И СВЯЗАННЫХ ДЕЙСТВИЙ ОБРАЩАТЬСЯ ИСКЛЮЧИТЕЛЬНО К ДОГОВОРАМ, КОТОРЫЕ МОГУТ БЫТЬ ЗАКЛЮЧЕНЫ МЕЖДУ ВАМИ И ЭМИТЕНТОМ ВАШИХ КАРТ, ПЛАТЕЖНОЙ СЕТЬЮ, ФИНАНСОВЫМИ УЧРЕЖДЕНИЯМИ, ПРОДАВЦОМ, РАЗРАБОТЧИКОМ ПРИЛОЖЕНИЙ, ГОСУДАРСТВЕННЫМ ОРГАНОМ, ВЫДАВШЕМУ КАРТУ, ИЛИ ДРУГОЙ ТРЕТЬЕЙ СТОРОНОЙ.

——————————————

**УВЕДОМЛЕНИЯ КОМПАНИИ APPLE**

Если компании Apple потребуется связаться с Вами по вопросам Вашего продукта или учетной записи, Вы согласны получать уведомления по электронной почте. Вы соглашаетесь, что любые подобные уведомления, рассылаемые нами электронным способом, соответствуют всем законным требованиям в области информационного обмена.

SVENSKA

**VIKTIGT: GENOM ATT ANVÄNDA iPHONE, iPAD ELLER iPOD TOUCH ("ENHET") GODKÄNNER DU FÖLJANDE VILLKOR FRÅN APPLE OCH TREDJE PART:**

**A.    PROGRAMLICENSAVTAL FÖR APPLE iOS- OCH iPadOS-MJUKVARA**
**B.    TILLÄGGSVILLKOR FÖR APPLE PAY**
**C.    MEDDELANDEN FRÅN APPLE**

**APPLE INC**
**PROGRAMLICENSAVTAL FÖR iOS- OCH iPadOS-MJUKVARA**
**Enanvändarlicens**

**LÄS NOGA IGENOM DETTA PROGRAMLICENSAVTAL ("AVTALET") INNAN DU ANVÄNDER DIN ENHET ELLER HÄMTAR DEN PROGRAMUPPDATERING SOM DETTA LICENSAVTAL HÖR TILL. GENOM ATT ANVÄNDA DIN ENHET ELLER LADDA NER EN MJUKVARUUPPDATERING, OM TILLÄMPLIGT, SAMTYCKER DU TILL VILLKOREN I DETTA AVTAL. OM DU INTE SAMTYCKER TILL VILLKOREN I DENNA LICENS SKA DU INTE ANVÄNDA ENHETEN ELLER LADDA NED MJUKVARUUPPDATERINGEN**

**OM DU NYLIGEN HAR KÖPT EN ENHET MEN INTE GODKÄNNER VILLKOREN I AVTALET KAN DU RETURNERA ENHETEN, SÅ LÄNGE RETURRÄTTEN GÄLLER, TILL APPLE STORE ELLER DEN AUKTORISERADE ÅTERFÖRSÄLJARE DU KÖPTE DEN HOS OCH FÅ PENGARNA TILLBAKA I ENLIGHET MED APPLES RETURPOLICY PÅ https://www.apple.com/se/legal/sales-support/.**

**1. Allmänt**
(a) Mjukvaran (inklusive startinstruktioner i ROM-minnet, inbäddad mjukvara och mjukvara från tredje part), dokumentation, gränssnitt, innehåll, typsnitt och eventuella data som levereras med din Enhet (" Ursprunglig Apple-mjukvara"), och som kan uppdateras eller ersättas av funktionsförbättringar, mjukvaruuppdateringar, säkerhetsåtgärder, systemfiler eller mjukvara för systemåterställning från Apple för din Enhet eller kringutrustning som stöds ("Apple-mjukvaruändringar"), vare sig det lagras i ROM-minne eller annat medium (Ursprunglig Apple-mjukvara och Apple-mjukvaruändringar benämns kollektivt "Apple-mjukvara"), licensieras, utan att säljas, till dig av Apple Inc. ("Apple") för användning endast i enlighet med villkoren i detta Avtal. Apple och/eller dess licensgivare behåller äganderätten till Apple-mjukvaran och förbehåller alla rättigheter som inte uttryckligen givits till dig. Du godkänner att villkoren i detta Avtal gäller för samtliga Apple-märkta mjukvaror som är inbyggda på din Enhet, såvida inte ett separat avtal medföljer sådan mjukvara. Om så är fallet godkänner du att villkoren i det separata avtalet gäller användningen av den mjukvaran.

(b) Apple kan, efter eget gottfinnande, ge dig tillgång till framtida ändringar av Apple-mjukvaran. Eventuella Apple-mjukvaruändringar kanske inte innehåller alla befintliga programfunktioner eller nya funktioner som Apple inkluderar för nyare eller andra modeller av Enheter. Villkoren i detta Avtal gäller för alla Apple-mjukvaruändringar som Apple tillhandahåller, såvida inte Apple-mjukvaruändringen åtföljs av ett separat avtal som du i så fall godkänner är de villkor som gäller.

(c) Om du använder expressinställningsfunktionen till att ställa in en ny Enhet baserad på din befintliga Enhet samtycker du till att villkoren i detta Avtal ska gälla för din användning av Apple-mjukvaran på dina nya Enhet, med undantag för om den åtföljs av ett separat avtal i vilket fall du samtycker till att villkoren i det avtalet ska gälla för din användning av Apple-mjukvaran. Din Enhet kommer då och då att leta efter Apple-mjukvaruändringar hos Apple. Om en ändring av Apple-mjukvaran finns tillgänglig kan ändringen automatiskt hämtas och installeras på din Enhet och eventuell kringutrustning. **Genom att använda Apple-mjukvaran samtycker du till att Apple hämtar och installerar automatiska Apple-**

**mjukvaruändringar på din Enhet och enheter i kringutrustningen.** Du kan när som helst stänga av automatisk installation av operativsystemuppdateringar och snabba säkerhetsåtgärder genom att justera inställningarna för Automatiska uppdateringar som finns i Inställningar > Allmänt > Programuppdatering. Vissa systemfiler (inklusive, men inte begränsat till, uppdaterade typsnitt, språkmodeller, rösttillgångar och fast mjukvara för kringutrustning) kan fortsätta att installeras automatiskt, till exempel när du slår på eller använder vissa funktioner och kringutrustning, eller för att hantera juridiska, lagstadgade och tekniska aspekter eller sådana som rör allmän säkerhet.

**2. Tillåten användning och begränsningar.**
(a) Enligt gällande villkor i detta Avtal beviljas du en begränsad icke-exklusiv licens att använda Apple-mjukvaran på en enda Apple-märkt Enhet. Med undantag för användning enligt punkt 2(b) nedan, och för vad som eventuellt har avtalats separat mellan dig och Apple, får Apple-mjukvaran enligt Avtalet inte finnas på fler än en Apple-märkt Enhet samtidigt och du har inte rätt att distribuera Apple-mjukvaran eller göra Apple-mjukvaran tillgänglig via ett nätverk för flera Enheter samtidigt. Avtalet ger dig inte rätt att använda Apples egenutvecklade gränssnitt eller övriga immateriella rättigheter vid design, utveckling, tillverkning, licensiering eller distribution av enheter och tillbehör från tredje part eller mjukvara från tredje part för användning med Enheter. Vissa av dessa rättigheter kan erhållas via separata licenser från Apple. Om du vill få mer information om att som tredje part utveckla enheter och tillbehör till Enheter besöker du https://developer.apple.com/programs/mfi/. Om du vill få mer information om att utveckla mjukvara för Enheter besöker du https://developer.apple.com.

(b) Enligt villkoren i detta Avtal beviljas du en begränsad, icke-exklusiv licens för att hämta Apple-mjukvaruändringar som kan göras tillgängliga av Apple för din modell av Enheten i syfte att uppdatera eller återskapa mjukvaran på Enheter som du äger eller administrerar. Avtalet ger dig inte rätt att uppdatera eller återskapa Enheter som du inte äger eller administrerar och du får inte distribuera eller göra Apple-mjukvaruändringar tillgängliga via ett nätverk så att de kan användas för att uppdatera flera Enheter eller flera datorer samtidigt. Om du hämtar en Apple-mjukvaruuppdatering till din dator får du göra en säkerhetskopia av Apple-mjukvaruändringarna som lagras på datorn i maskinläsbar form, förutsatt att säkerhetskopian återger alla upplysningar om upphovsrätt eller andra juridiska anmärkningar som finns i originalet.

(c) I den utsträckning som Apple har förinstallerat Apple-märkta mjukvaror från App Store på din Enhet vid tiden för inköpet ("Förinstallerade appar") måste du logga in på App Store och associera Förinstallerade appar med ditt App Store-konto för att använda dem på din Enhet. När du associerar en Förinstallerad app med ditt App Store-konto associerar du samtidigt alla övriga Förinstallerade appar på din Enhet. Genom att associera Förinstallerade appar med ditt App Store-konto samtycker du till att Apple överför, samlar in, lagrar, bearbetar och använder både det Apple-ID som används av ditt App Store-konto och ett unikt hårdvaru-id som samlats in från din Enhet som unika kontoidentifierare i syfte att bekräfta behörigheten för din förfrågan och ge dig tillgång till Förinstallerade appar via App Store. Om du inte vill använda en Förinstallerad app kan du när som helst radera den från din Enhet.

(d) Du får inte och förbinder dig att inte, eller möjliggöra att andra kan, kopiera (utöver vad som uttryckligen tillåts i detta Avtal), dekompilera, dekonstruera, demontera, försöka härleda källkoden, avkryptera, modifiera eller skapa härledda produkter helt eller delvis baserade på Apple-mjukvaran eller på tjänster som den levererar (med undantag för vad som tillåts i tillämpliga lagar, eller av licensvillkoren gällande komponenter med öppen källkod som kan ingå i Apple-mjukvaran). Du samtycker till att inte ta bort, gömma eller förändra några meddelanden om rättigheter (inklusive varumärkes- eller upphovsrättsliga meddelanden) som kan vara fästa till eller inneslutna i Apple-mjukvaran.

(e) Apple-mjukvaran får användas till att mångfaldiga icke upphovsrättsskyddat material, material som du äger upphovsrätten till och material som du är behörig eller har erforderligt tillstånd att mångfaldiga. Oaktat ovanstående är du förbjuden att återpublicera, vidaresända eller reproducera eventuella bildfiler i

fristående format som du får tillgång till via News eller Kartor. Titlar och immateriella rättigheter i och till material som visas av, lagras i eller ansluts till via din Enhet tillhör sina respektive ägare. Sådant material kan skyddas av lagar och fördrag gällande upphovsrätt eller andra immateriella rättigheter och kan gälla under användarvillkor från tredje part som tillhandahåller sådant material. Med undantag för vad som tillåts i detta Avtal ger detta Avtal dig inte någon rätt att använda sådant innehåll och garanterar inte heller att sådant material kommer att vara tillgängligt i framtiden.

(f) Enligt villkoren i detta Avtal kan du: (i) använda de Memoji-tecken som ingår i eller skapas med Apple-mjukvaran ("Systemtecken") (1) när du kör Apple-mjukvaran och (2) för att skapa ditt eget innehåll och dina egna projekt för personligt, icke-kommersiellt bruk, och (ii) använda Livetexter som automatiskt genereras på enheten i realtid av Apple-mjukvaran ("Livetexter"), oavsett om de genereras under ett FaceTime-samtal eller på annat sätt, endast för personligt, icke-kommersiellt bruk. Ingen annan användning av Systemtecken eller Livetecken medges i detta Avtal, inklusive men inte begränsat till användning, mångfaldigande, visning, framförande, inspelning, publicering eller vidaredistribution av Systemtecken i vinstdrivande, ideella, offentligt delade eller kommersiella sammanhang.

(g) För att kunna genomföra vissa genvägar med åtgärder för appar och/eller webbplatser kan Apple-mjukvaran behöva tillgång till vissa appar, tjänster eller webbplatser från tredje part på din Enhet. Du samtycker uttryckligen till sådan användning i den utsträckning som krävs för att slutföra Genvägen med Apple-mjukvaran.

(h) Du samtycker till att använda Apple-mjukvaran och Tjänster (som de definieras i punkt 5 nedan) i överensstämmelse med tillämplig lagstiftning, inklusive lokala regler och bestämmelser som gäller där du är bosatt eller laddar ner och använder Apple-mjukvaran och Tjänster. Alla funktioner i Apple-mjukvaran och Tjänsterna kanske inte är tillgängliga på alla språk eller i alla områden, vissa funktioner kan variera beroende på område, och vissa kan vara begränsade eller inte tillgängliga via din tjänstleverantör. En wifi- eller mobildataanslutning krävs för en del funktioner i Apple-mjukvaran och Tjänster.

(i) Användning av App Store kräver en unik kombination av användarnamn och lösenord, kallat ett Apple-ID. Ett Apple-ID krävs även för åtkomst till programuppdateringar och vissa funktioner i Apple-mjukvaran och Tjänsterna.

(j) Du förstår och godkänner att många funktioner, inbyggda appar och Tjänster i Apple-mjukvaran sänder data och kan medföra kostnader för ditt dataabonnemang samt att du ansvarar för dessa kostnader. Du kan se och styra vilka mjukvaror som får tillgång till mobildata och visa en uppskattning av hur mycket data sådana mjukvaror har använt i inställningarna för Mobildata. Utöver detta kan wifi-assistans växla till mobilnät när du har en svag wifi-anslutning, vilket kan leda till att större mängder mobildata används och medföra kostnader för ditt mobildataabonnemang. Wifi-assistans är på som förval, men kan avaktiveras i Inställningar. Mer information finns i användarhandboken för din Enhet.

(k) Om du väljer att tillåta automatiska programuppdateringar kommer din Enhet att regelbundet kontrollera med Apple om det finns uppdateringar för mjukvaran på din Enhet. Om en uppdatering finns tillgänglig laddas den ner och installeras den automatiskt på din Enhet. Du kan när som helst stänga av automatiska programuppdateringar helt genom att gå till Inställningar, trycka på iTunes och App Store och stänga av Uppdateringar under Automatiska nedladdningar.

(l) Användning av din Enhet under vissa förhållanden kan utgöra en distraktion och leda till att farliga situationer uppstår (du bör t.ex. inte skriva SMS medan du kör bil eller använda hörlurar när du cyklar). Genom att använda Enheten samtycker du till att hållas ansvarig för att efterleva lagar och regler som begränsar eller förbjuder användningen av mobiltelefoner eller hörlurar (t.ex. kravet att använda handsfree under telefonsamtal vid bilkörning).

(m) Vissa funktioner i Apple-mjukvaran kan försöka ge hjälp i säkerhetsrelaterade situationer, till exempel med hjälp av säkerhetsrelaterade detekteringsfunktioner och genom att se till att du får kontakt med säkerhetstjänsten (om tillgängligt). Apple garanterar inte att sådana funktioner är tillgängliga, riktiga, fullständiga, tillförlitliga eller aktuella. Dessa funktioner ska inte användas i situationer där mer omedelbar eller effektiv hjälp är tillgänglig och kan erhållas. Du samtycker till att använda dessa funktioner på egen risk och att använda ditt eget omdöme, och att Apple, dess samarbetspartner, ombud, representanter eller agenturer inte ska hållas ansvariga för din användning av dessa funktioner och eventuella konsekvenser i den utsträckning som tillåts enligt gällande lag.

(n) Din enhet är inte en medicinsk enhet och ska inte användas som ersättning för en professionell medicinsk bedömning. Den är inte utformad eller avsedd att användas till diagnosticering av sjukdomar och andra åkommor eller för att bota, lindra, behandla eller förebygga någon åkomma eller sjukdom. Kontakta din läkare innan du fattar några hälsorelaterade beslut.

**3. Överlåtelse.** Du får inte hyra ut, leasa, låna ut, sälja, vidaredistribuera eller underlicensiera Apple-mjukvaran. Du får emellertid överlåta alla licensrättigheter till Apple-mjukvaran till annan part i samband med att Enheten byter ägare, förutsatt att: (a) du överlåter Enheten och hela Apple-mjukvaran, inklusive alla komponentdelar och detta Avtal, (b) du inte behåller några fullständiga eller partiella kopior av Apple-mjukvaran, inklusive kopior som lagrats på en dator eller annan lagringsenhet, samt att (c) den mottagande parten läser och godkänner villkoren i detta Avtal.

**4. Godkännande av dataanvändning.** När du använder din Enhet skickas ditt telefonnummer och vissa unika identifierare för din Enhet till Apple så att andra ska kunna nå dig via ditt telefonnummer när de använder olika kommunikationsfunktioner, som iMessage och FaceTime, i Apple-mjukvaran. När du använder iMessage kan Apple spara dina meddelanden i krypterad form under en begränsad tidsperiod för att säkerställa leveransen av dem. Du kan stänga av FaceTime eller iMessage genom att öppna inställningen FaceTime eller Meddelanden på din Enhet. Vissa funktioner, som Analys, Platstjänster, Siri och Diktering, kan kräva information från din Enhet för att kunna tillhandahålla sina respektive funktionaliteter. När du slår på eller använder dessa funktioner tillhandahålls detaljerade uppgifter om vilken information som skickas till Apple och hur denna information kan användas. Du kan läsa mer genom att besöka https://www.apple.com/se/privacy/. Under alla förhållanden behandlas din information i enlighet med Apples integritetspolicy som kan läsas på: https://www.apple.com/se/legal/privacy/.

**5. Tjänster och tredjepartsmaterial.**
(a) Apple-mjukvaran kan ge tillgång till Apples iTunes Store, App Store, Apple Books, Game Center, iCloud, Kartor, News, Fitness+ samt andra tjänster och webbplatser från Apple och tredje part (kallas kollektivt och individuellt "Tjänster"). För att använda dessa Tjänster krävs tillgång till internet. Användning av vissa Tjänster kan kräva ett Apple-ID och att du godkänner ytterligare användarvillkor och betalar avgifter som kan tillkomma. Genom att använda denna mjukvara med ett Apple-ID eller andra Apple-tjänster godkänner du tillämpliga användningsvillkor, exempelvis de senaste villkoren för Apples medietjänster för landet eller regionen där du ansluter till sådana Tjänster, som du kan komma åt och granska på https://www.apple.com/legal/internet-services/itunes/.

(b) Om du tecknar ett iCloud-konto kan du använda vissa iCloud-funktioner, till exempel "iCloud Drive", "Min bildström", "Delade album" och "Hitta", direkt från Apple-mjukvaran. Du förstår och godkänner att din användning av iCloud och dessa funktioner lyder under de senaste villkoren för iCloud-tjänsten, vilka du kommer åt och kan granska på: https://www.apple.com/legal/internet-services/icloud/.

(c) Innehåll i appen News. Din användning av innehåll som du får tillgång till via appen News är begränsad till enbart personligt, icke-kommersiellt bruk. Ingen äganderätt överförs till dig gällande innehållet och din användning exkluderar specifikt, utan begränsning, alla rättigheter till kommersiellt

eller marknadsföringsmässigt bruk av sådant innehåll.

(d) Kartor. Karttjänsten och kartfunktionerna i Apple-mjukvaran ("Kartor"), inklusive kartdatatäckning, kan variera beroende på region. När du slår på eller använder Kartor tillhandahålls detaljerade uppgifter om vilken information som skickas till Apple och hur denna information kan användas. Du förstår och godkänner att din användning av Kartor lyder under de senaste villkoren för tjänsten Kartor, vilka du kommer åt och kan granska på hemkortet för Kartor på iPhone.

(e) Du förstår att du genom att använda dig av någon av Tjänsterna kan stöta på material som uppfattas som stötande av vissa personer eller kan betraktas som olämpligt för minderåriga, och att du genom att söka på internet eller ange en särskild URL automatiskt och oavsiktligt kan generera länkar eller referenser till stötande material. Du godkänner att användning av Tjänsterna sker på egen risk och att Apple, dess samarbetspartner, ombud, representanter, agenturer eller licensgivare inte kan hållas ansvarigt för eventuellt innehåll som kan betraktas som stötande på något sätt.

(f) En del Tjänster kan visa, innehålla eller göra tillgängligt innehåll, data, information, program eller material från tredje part ("Material från tredje part") eller tillhandahålla länkar till webbplatser från tredje part. Genom att använda Tjänsterna samtycker du till att Apple inte ansvarar för granskning eller utvärdering avseende innehåll, riktighet, fullständighet, aktualitet, giltighet, användning av copyrightskyddat material, legalitet, anständighet, kvalitet, eller andra aspekter av material eller webbplatser från tredje part. Varken Apple, dess tjänstemän, partner eller dotterbolag garanterar eller rekommenderar och tar inte på sig något ansvar eller någon skadeståndsskyldighet gentemot dig eller någon annan person avseende Tjänster från tredje part, Material från tredje part, webbplatser från tredje part eller annat material, produkter eller tjänster från tredje part. Material från tredje part och länkar till övriga webbplatser erbjuds endast som en bekvämlighet.

(g) Varken Apple eller dess innehållsleverantörer kan garantera att aktieinformation, platsinformation eller annan information som visas i någon Tjänst är tillgänglig, riktig, fullständig, tillförlitlig eller aktuell. Finans- och ekonomiinformation som visas av Tjänster är enbart avsedd som allmän information och ska inte betraktas som en tillförlitlig beslutsgrund för ekonomiska investeringar. Du bör konsultera en kvalificerad/certifierad ekonomisk rådgivare innan du genomför någon handel med värdepapper baserat på information du fått via Tjänsterna. Platsinformation som eventuellt tillhandahålls av Tjänster, inklusive Apples tjänst Kartor, är endast avsedd för grundläggande navigeringssyften och planeringssyften och är inte tillförlitlig i situationer som kräver exakt platsinformation, eller när felaktig, ofullständig eller fördröjd platsinformation kan leda till dödsfall, personskador eller skador på egendom eller miljö. Du godkänner att de resultat du får från tjänsten Kartor kan skilja sig från de faktiska väg- eller terrängförhållandena på grund av faktorer som kan påverka datanoggrannheten hos Kartor, såsom, men inte begränsat till, väder-, väg- och trafikförhållanden och geopolitiska händelser. För din egen säkerhet bör du, när du använder navigeringsfunktionen, alltid vara uppmärksam på vägskyltar och aktuella vägförhållanden. Kör på ett säkert och ansvarsfullt sätt i enlighet med gällande trafikbestämmelser och tänk på att färdbeskrivningar för cyklister och gångtrafikanter kanske inte omfattar särskilda cykel- och gångvägar.

(h) I den utsträckning du överför innehåll via användning av Tjänster försäkrar du att du äger rättigheterna till, är auktoriserad eller på annat sätt har laglig rätt att överföra detta innehåll och att detta innehåll inte strider mot något användningsvillkor som gäller för dessa Tjänster. Du samtycker till att Tjänsterna har innehåll, information och material som tillhör Apple, webbplatsinnehavaren eller deras licensgivare och skyddas av lagstiftning gällande immateriella rättigheter och andra lagar, inklusive men inte begränsat till upphovsrätt. Du försäkrar att du inte kommer att använda sådant innehåll, information eller material i några som helst sammanhang, med undantag för tillåten användning av Tjänsterna, och inte heller på något sätt som inkräktar på Apples eller tredje parts immateriella rättigheter. Ingen del av Tjänsterna får reproduceras på något sätt eller i någon form. Du godkänner att inte ändra, hyra ut, leasa, låna ut, sälja, distribuera eller på något sätt skapa produkter som baseras på Tjänsterna och du får inte

utnyttja Tjänsterna på något otillåtet sätt, inklusive men inte begränsat till att använda Tjänster till att överföra datorvirus, maskar, trojaner eller andra skadeprogram, eller till att inkräkta på eller belasta nätverkskapaciteten. Du godkänner dessutom att inte på något sätt använda Tjänsterna till att trakassera, bedraga, förfölja, hota eller förtala någon annan part, eller på annat sätt inkräkta på eller bryta mot dennes rättigheter. Vidare medger du att Apple inte på något sätt kan hållas ansvarigt för sådan användning av dig eller för eventuella trakasserande, hotande, skymfande, stötande, inkräktande eller olagliga meddelanden eller överföringar du kan få motta som en följd av användning av någon Tjänst.

(i) Sådana Tjänster och tredjepartsmaterial är kanske inte tillgängliga på alla språk eller i alla länder eller regioner. Apple hävdar inte att sådana Tjänster och Material från tredje part är lämpliga eller tillgängliga för användning på alla platser. I den utsträckning du väljer att använda eller ansluta till Tjänster eller Material från tredje part gör du detta på eget bevåg och ansvarar för att följa tillämpliga lagar, inklusive men inte begränsat till tillämpliga lagar i det land du befinner dig, samt lagstiftning gällande personlig integritet och datainsamling. Delning eller synkronisering av bilder via din Enhet kan resultera i att metadata, inklusive var och när bilden togs samt djupinformation, överförs med bilderna. Användning av Apple-tjänster (som iCloud-bildbibliotek) för att dela eller synkronisera sådana bilder medför att Apple tar emot och lagrar sådana metadata. Apple och dess licensgivare förbehåller sig rätten att när som helst ändra, suspendera, avbryta eller avaktivera åtkomst till någon av Tjänsterna utan föregående varning. Under inga omständigheter kan Apple hållas ansvarigt för borttagning eller avaktivering av åtkomsten till någon av Tjänsterna. Apple kan också komma att, utan varsel eller skadeståndsansvar, införa begränsningar i användningen eller åtkomsten till vissa Tjänster.

**6. Upphörande.** Detta Avtal gäller tills vidare. Dina rättigheter enligt detta Avtal upphör att gälla automatiskt eller på annat sätt utan varsel från Apple om du inte uppfyller samtliga villkor i detta Avtal. När licensen upphör att gälla måste du omedelbart upphöra med all användning av Apple-mjukvaran. Punkterna 4, 5, 6, 7, 8, 9, 10, 12 och 13 i detta Avtal fortsätter gälla även efter Avtalets upphörande.

**7. Friskrivningsklausul**

7.1    Om du är en privatkund (någon som använder Apple-mjukvaran utanför arbetet, företaget eller yrkesområdet) kan du ha vissa lagstadgade rättigheter i det land där du är bosatt, vilket innebär att du kanske inte omfattas av följande begränsningar. Du kan få mer information om dina rättigheter genom att kontakta en lokal konsumentrådgivare.

7.2    DU BEKRÄFTAR ATT DU ÄR INFÖRSTÅDD MED OCH GODKÄNNER ATT, I DEN UTSTRÄCKNING DET TILLÅTS ENLIGT GÄLLANDE LAGSTIFTNING, ANVÄNDNING AV APPLE-MJUKVARAN OCH TJÄNSTER SOM UTFÖRS AV ELLER FÖRMEDLAS AV APPLE-MJUKVARAN SKER PÅ EGEN RISK AVSEENDE PRESTANDA, TILLFÖRLITLIGHET OCH ANVÄNDNING.

7.3    I DEN UTSTRÄCKNING SOM TILLÄMPLIGA LAGAR TILLÅTER DETTA, TILLHANDAHÅLLS APPLE-MJUKVARAN OCH TJÄNSTER I BEFINTLIGT SKICK OCH UTAN NÅGRA SOM HELST GARANTIER. APPLE OCH APPLES LICENSGIVARE (I PARAGRAFERNA 7 OCH 8 KOLLEKTIVT BENÄMNDA "APPLE") FRISKRIVER SIG HÄRMED FRÅN ALLA GARANTIER OCH/ELLER VILLKOR AVSEENDE APPLE-MJUKVARAN OCH TJÄNSTER, VARE SIG UTTRYCKTA, UNDERFÖRSTÅDDA ELLER FÖRESKRIVNA I LAG, INKLUSIVE MEN INTE BEGRÄNSAT TILL, UNDERFÖRSTÅDDA GARANTIER OCH/ELLER VILLKOR AVSEENDE ALLMÄN BESKAFFENHET, PRESTANDA, LÄMPLIGHET FÖR VISST ÄNDAMÅL, TILLFÖRLITLIGHET OCH STÖRNINGSFRI UPPLEVELSE SAMT ATT INTRÅNG INTE SKER I TREDJE PARTS IMMATERIELLA RÄTTIGHETER.

7.4    APPLE GARANTERAR INTE ATT UTNYTTJANDET AV APPLE-MJUKVARAN OCH TJÄNSTER BLIR HELT STÖRNINGSFRITT, ATT FUNKTIONERNA I APPLE-MJUKVARAN ELLER TJÄNSTERNA SOM UTFÖRS ELLER TILLHANDAHÅLLS AV APPLE-MJUKVARAN UPPFYLLER ANVÄNDARENS KRAV, ATT

APPLE-MJUKVARAN OCH TJÄNSTER FUNGERAR OSTÖRT ELLER FELFRITT, ATT TJÄNSTER KOMMER ATT VARA TILLGÄNGLIGA I FRAMTIDEN, ATT APPLE KOMMER ATT RÄTTA TILL FEL I APPLE-MJUKVARAN ELLER TJÄNSTERNA, ELLER ATT APPLE-MJUKVARAN ELLER TJÄNSTER KOMMER ATT VARA KOMPATIBLA ELLER FUNGERA MED TREDJE PARTS MJUKVARA ELLER TJÄNSTER. INSTALLATION AV DEN HÄR APPLE-PROGRAMVARAN KAN PÅVERKA TILLGÄNGLIGHETEN OCH ANVÄNDBARHETEN HOS PROGRAMVARA ELLER TJÄNSTER FRÅN TREDJE PART, LIKSOM TJÄNSTER OCH PRODUKTER FRÅN APPLE.

7.5     APPLE-MJUKVARAN OCH TJÄNSTER ÄR INTE AVSEDDA FÖR ELLER LÄMPLIGA FÖR ANVÄNDNING I SITUATIONER OCH MILJÖER DÄR TIDSFÖRDRÖJNING ELLER FEL OCH BRISTER I INNEHÅLL, DATA ELLER INFORMATION SOM TILLHANDAHÅLLS AV APPLE-MJUKVARAN ELLER TJÄNSTER KAN LEDA TILL DÖDSFALL, PERSONSKADOR ELLER ALLVARLIGA SKADOR PÅ EGENDOM ELLER MILJÖ, INKLUSIVE MEN INTE BEGRÄNSAT TILL DRIFT AV KÄRNKRAFTSANLÄGGNINGAR, LUFTFARTSNAVIGERING, KOMMUNIKATIONSSYSTEM, FLYGLEDNINGSSYSTEM, LIVSUPPEHÅLLANDE MASKINER ELLER VAPENSYSTEM.

7.6     DENNA GARANTI KAN INTE UTÖKAS GENOM MUNTLIGA ELLER SKRIFTLIGA MEDDELANDEN FRÅN VARE SIG APPLE ELLER APPLES REPRESENTANTER. OM APPLE-PROGRAMVARAN ELLER TJÄNSTER VISAR SIG VARA BEHÄFTADE MED FEL, ANSVARAR KUNDEN FÖR ALLA KOSTNADER FÖR NÖDVÄNDIG SERVICE, REPARATIONER OCH JUSTERINGAR. VISSA JURISDIKTIONER TILLÅTER INTE UNDANTAG AV ELLER BEGRÄNSNINGAR I UNDERFÖRSTÅDDA GARANTIER ELLER INSKRÄNKNINGAR I LAGSTADGADE KONSUMENTRÄTTIGHETER, VILKET KAN MEDFÖRA ATT OVANSTÅENDE UNDANTAG OCH BEGRÄNSNINGAR INTE GÄLLER DIG.

**8. Ansvarsbegränsning.** SÅVIDA INTE ANNAT FÖRESKRIVS I TVINGANDE LAGSTIFTNING, ANSVARAR APPLE, DESS SAMARBETSPARTNER, OMBUD, REPRESENTANTER ELLER AGENTURER UNDER INGA OMSTÄNDIGHETER FÖR NÅGON FORM AV PERSONSKADOR, DIREKTA ELLER INDIREKTA SKADOR ELLER FÖLJDSKADOR, INKLUSIVE, MEN INTE BEGRÄNSAT TILL, SKADOR I FORM AV UTEBLIVEN VINST, SKADADE ELLER FÖRLORADE DATA, UTEBLIVEN SÄNDNING ELLER MOTTAGNING AV DATA (INKLUSIVE, UTAN BEGRÄNSNINGAR, KURSANVISNINGAR, HEMUPPGIFTER OCH MATERIAL), AVBROTT I AFFÄRSVERKSAMHETEN ELLER ANDRA AFFÄRSMÄSSIGA SKADOR ELLER FÖRLUSTER SOM ORSAKATS AV ELLER SOM KAN RELATERAS TILL KUNDENS ANVÄNDNING AV ELLER OFÖRMÅGA ATT ANVÄNDA APPLE-MJUKVARAN OCH TJÄNSTER, ELLER PROGRAM, TILLÄMPNINGAR ELLER TJÄNSTER FRÅN TREDJE PART I SAMBAND MED APPLE-MJUKVARAN ELLER TJÄNSTERNA, OAVSETT OM TALAN GRUNDAS PÅ AVTALSRÄTT, GARANTI, UTOMOBLIGATORISKT ANSVAR (INKLUSIVE VÅRDSLÖSHET), PRODUKTANSVAR ELLER ANNAT, ÄVEN OM APPLE HAR UPPMÄRKSAMMATS PÅ RISKEN FÖR SÅDANA SKADOR. VISSA JURISDIKTIONER TILLÅTER INTE UNDANTAG ELLER BEGRÄNSNINGAR AV ANSVARET FÖR PERSONSKADOR, ELLER FÖR FÖLJDSKADOR ELLER INDIREKTA SKADOR, VILKET KAN GÖRA ATT OVANSTÅENDE BEGRÄNSNINGAR INTE GÄLLER DIG. Under inga omständigheter (annat än vad som föreskrivs i tillämpliga lagar gällande personskador) ska Apples totala skadeståndsansvar överstiga ett belopp motsvarande tvåhundrafemtio dollar (250 USD). Dessa begränsningar är tillämpliga även om det egentliga syftet med ovanstående gottgörelse inte skulle uppnås. UTAN HINDER AV ANDRA VILLKOR I DENNA LICENS, OM AVTALET FÖR KONSUMENTAVTAL I JAPAN GÄLLER, SKA VILLKOR SOM BEGRÄNSAR APPLES ANSVAR FÖR SKADOR SOM UPPSTÅR TILL FÖLJD AV BROTT MOT AVTALET ELLER EN ÖVERTRÄDELSE FRÅN APPLES SIDA INTE GÄLLA OM SÅDAN SKADA BEROR PÅ APPLES AVSIKTLIGA FEL ELLER GROV OAKTSAMHET.

**9. Digitala certifikat.** Apple-programvaran innehåller funktionalitet som gör det möjligt att godkänna digitala certifikat som utfärdats antingen av Apple eller tredje part. DU ÄR ENSAMT ANSVARIG ÖVER ATT BESTÄMMA OM DU SKA ELLER INTE SKA LITA PÅ ETT CERTIFIKAT, OBEROENDE AV OM DET UTFÄRDATS AV APPLE ELLER TREDJE PART. DIN ANVÄNDNING AV DIGITALA CERTIFIKAT SKER

HELT OCH HÅLLET PÅ EGEN RISK. I DEN UTSTRÄCKNING SOM TILLÄMPLIG LAGSTIFTNING TILLÅTER GER APPLE INGA GARANTIER ELLER GÖR NÅGRA UTFÄSTELSER, VARKEN UTTRYCKTA ELLER UNDERFÖRSTÅDDA, AVSEENDE ALLMÄN BESKAFFENHET ELLER LÄMPLIGHET FÖR VISST ÄNDAMÅL, TILLFÖRLITLIGHET, SÄKERHET ELLER ATT INTRÅNG INTE SKER I TREDJE PARTS IMMATERIELLA RÄTTIGHETER VID ANVÄNDNING AV DIGITALA CERTIFIKAT.

**10. Exportreglering.** Du får inte använda eller exportera eller vidareexportera Apple-mjukvaran på annat sätt än vad som är tillåtet enligt gällande lag i USA eller i det eller de länder där Apple-mjukvaran förvärvades. I synnerhet gäller, men utan begränsning härtill, att Apple-programvaran inte får exporteras eller vidareexporteras till (a) något land beträffande vilket USA har förordnat om handelsförbud, eller till (b) någon person som finns upptagen på listan "Specially Designated Nationals" som sammanställs av det amerikanska finansdepartementet (U.S. Treasury Department) eller listorna "Denied Person's List" eller "Entity List" som publiceras av det amerikanska handelsdepartementet (U.S. Department of Commerce) eller någon annan lista över parter med vilka handel begränsas. Genom att använda Apple-programvaran försäkrar du att du inte vistas i något sådant land och att du inte finns upptagen på någon av de ovan angivna listorna. Du godkänner också att inte använda Apple-programvaran för verksamhet som förbjuds av gällande lagstiftning i USA, inklusive, men inte begränsat till, utveckling, utformning, tillverkning eller produktion av atomvapen, missiler eller kemiska eller biologiska vapen.

**11. Slutanvändare inom regeringen.** Apple-programvaran och tillhörande dokumentation betraktas som "Commercial Items", enligt definitionen i 48 C.F.R. §2.101, och består av "Commercial Computer Software" och "Commercial Computer Software Documentation", enligt definitionen i 48 C.F.R. §12.212 eller 48 C.F.R. §227.7202, beroende på vilken punkt som är tillämplig. I enlighet med 48 C.F.R. § 12.212 eller 48 C.F.R. § 227.7202-1 till och med 227.7202-4, beroende på vilken punkt som är tillämplig, licensieras "Commercial Computer Software" och "Commercial Computer Software Documentation" till användare inom amerikansk förvaltning (a) endast som "Commercial Items" och (b) endast med de rättigheter som tillkommer alla andra slutanvändare i enlighet med villkoren i detta avtal. Rätten till icke publicerat material (unpublished rights) förbehålls enligt amerikansk upphovsrätt.

**12. Gällande lag och särskiljbarhet.** Villkoren i detta Avtal regleras och tolkas i enlighet med tillämplig lagstiftning i staten Kalifornien, utan beaktande av motstridig lagstiftning. FN-konventionen om internationell försäljning av gods, "Contracts for the International Sale of Goods", undantas uttryckligen från tillämpning på detta Avtal. Om du är en kund bosatt i Storbritannien ska detta Avtal tolkas och regleras i enlighet den lagstiftning som tillämpas där du är bosatt. Om behörig domstol eller myndighet finner att en bestämmelse eller del därav i detta Avtal i något avseende inte kan hävdas ska resten av Avtalet fortsätta gälla.

**13. Fullständigt Avtal; Gällande språkversion.** Detta avtal utgör den totala överenskommelsen mellan dig och Apple gällande Apple-programvaran och ersätter alla tidigare eller samtidiga avtal gällande denna programvara. Inga tillägg till eller ändringar i detta Avtal är bindande om de inte är skriftliga och har undertecknats av Apple. Översättningar av detta Avtal görs för att uppfylla nationella krav. Om villkoren i den engelska och den översatta versionen skulle strida mot varandra gäller den engelska versionen av Avtalet, så länge detta inte strider mot tillämplig lagstiftning i din jurisdiktion.

**14. Tillkännagivanden rörande produkter från andra tillverkare.** Delar av Apple-mjukvaran kan använda eller innehålla mjukvara och annat upphovsrättsskyddat material från andra tillverkare. Tillkännagivanden, licensvillkor och friskrivningsklausuler för dylikt material finns med i den elektroniska dokumentationen till Apple-programmet och din användning av materialet omfattas av deras respektive villkor. Användning av Googles Safe Browsing Service gäller enligt Googles villkor (https://www.google.com/intl/en/policies/terms/) och Googles integritetspolicy (https://www.google.com/intl/en/policies/privacy/).

**15. Användning av MPEG-4; H.264/AVC-anmärkning**

(a) Apple-mjukvaran licensieras under licensen MPEG-4 Systems Patent Portfolio för kodning i enlighet med standarden MPEG-4 Systems, dock krävs det ytterligare en licens och royaltybetalning för kodning i samband med (i) data som lagras eller replikeras i fysiska medier som betalas per titel och/eller (ii) data som betalas per titel och som överförs till en slutanvändare för permanent lagring och/eller användning. En sådan ytterligare licens kan erhållas från MPEG LA, LLC. Mer information finns på adressen https://www.mpegla.com.

(b) Apple-mjukvaran innehåller funktioner för kodning och/eller avkodning av MPEG-4-video. Apple-mjukvaran licensieras under MPEG-4 Visual Patent Portfolio License till konsumenter för personligt, icke-kommersiellt bruk för (i) kodning av video i överensstämmelse med MPEG-4 Visual Standard ("MPEG-4 Video") och/eller (ii) avkodning av MPEG-4-video som kodats av en konsument inom ramen för en personlig och icke-kommersiell aktivitet eller som erhållits från en videoleverantör som licensierats av MPEG LA att tillhandahålla MPEG-4-video. Ingen licens ges eller underförstås för annan användning. Mer information, bland annat om användning inom marknadsföring, intern och kommersiell användning och licensiering, kan erhållas från MPEG LA, LLC. Se https://www.mpegla.com.

(c) Apple-mjukvaran innehåller funktionalitet för AVC-kodning och/eller -avkodning. Vid kommersiell användning av H.264/AVC krävs ytterligare en licens och följande gäller: AVC-FUNKTIONERNA I APPLE-MJUKVARAN FÅR ENLIGT DETTA AVTAL ENDAST ANVÄNDAS FÖR PERSONLIGT, ICKEKOMMERSIELLT BRUK TILL ATT (i) KODA VIDEO I ÖVERENSSTÄMMELSE MED AVC-STANDARDEN ("AVC-VIDEO") OCH/ELLER (ii) AVKODA AVC-VIDEO SOM KODATS AV EN KONSUMENT FÖR PERSONLIG, ICKEKOMMERSIELL VERKSAMHET OCH/ELLER AVC-VIDEO SOM ERHÅLLITS FRÅN EN VIDEOLEVERANTÖR MED LICENS ATT ERBJUDA AVC-VIDEO. INFORMATION OM ANNAN ANVÄNDNING OCH OM LICENSER KAN ERHÅLLAS FRÅN MPEG LA L.L.C. SE https://www.mpegla.com.

**16. Begränsning av Yahoos söktjänst.** Yahoos söktjänst som finns tillgänglig via Safari är endast licensierad för användning i följande länder och regioner: Argentina, Aruba, Australien, Bahamas, Barbados, Belgien, Bermuda, Brasilien, Bulgarien, Caymanöarna, Chile, Colombia, Cypern, Danmark, Dominikanska republiken, Ecuador, El Salvador, Fastlandskina, Hongkong, Taiwan, Filippinerna, Finland, Frankrike, Grekland, Grenada, Guatemala, Indien, Indonesien, Irland, Island, Italien, Jamaica, Japan, Kanada, Lettland, Litauen, Luxemburg, Malaysia, Malta, Mexiko, Nederländerna, Nya Zeeland, Nicaragua, Norge, Panama, Peru, Polen, Portugal, Puerto Rico, Rumänien, Schweiz, Singapore, Slovakien, Slovenien, Spanien, S:t Lucia, S:t Vincent, Storbritannien, Sverige, Sydkorea, Thailand, Tjeckien, Trinidad och Tobago, Tyskland, Turkiet, Ungern, Uruguay, USA, Venezuela och Österrike.

**17. Meddelande om Microsoft Exchange.** E-postinställningarna för Microsoft Exchange i Apple-mjukvaran är endast licensierade för trådlös synkronisering av information, exempelvis e-post, kontakter, kalendrar och uppgifter, mellan din Enhet och Microsoft Exchange Server eller annan servermjukvara som licensierats av Microsoft för att implementera Microsoft Exchange ActiveSync-protokoll.

EA1806
2022-07-08


————————————

**Tilläggsvillkor för Apple Pay och Plånbok**

Följande tilläggsvillkor för Apple Pay och Plånbok ("Tilläggsvillkor") utgör ett tillägg till licensavtalet för Apple-mjukvaran ("Avtalet"), både villkoren i Avtalet och dessa Tilläggsvillkor gäller för din användning av funktionen Apple Pay ("Apple Pay") och appen Plånbok ("Plånbok") vilka betraktas som en "Tjänst" i detta Avtal. För de termer som skrivs med versal i dessa Tilläggsvillkor finns betydelsen förklarad i

Avtalet.

**1. Översikt**

**Apple Pay**

Med Apple Pay kan du

- göra kontaktlösa betalningar med kreditkort, bankkort och förbetalda kort, inklusive Apple Card och Apple Cash-kortet, på utvalda platser eller inom utvalda appar eller webbplatser
- skicka betalningar mellan privatpersoner till andra Apple Cash-användare
- spåra beställningar och visa detaljerade kvitton.

Apple Pay och vissa funktioner i Apple Pay kan vara begränsade till vissa regioner samt vissa kortutfärdare, betalningsnätverk, försäljningsställen och andra tredje parter.

**Plånbok**

Med appen Plånbok kan du lagra virtuella representationer av kreditkort, betalkort och förbetalda kort för användning med Apple Pay (kallas kollektivt för "Apple Pay-kort") liksom andra typer av kort, kuponger och nycklar, inklusive följande utan begränsning (kallas kollektivt för "Plånbok-kuponger", eller "Kort som stöds" tillsammans med Apple Pay-kort):

- bonuskort;
- kollektivtrafikkort;
- biljetter;
- medlemskort;
- bilnycklar;
- hemnycklar;
- gästnycklar;
- passerkort;
- student-ID-kort, och
- körkort och ID-kort som utfärdas av statliga myndigheter ("ID-kort").

Plånbok-kuponger kan endast användas i vissa regioner och hos vissa partner. ID-kort kanske endast är tillgängliga för personer som är bosatta i vissa delstater eller länder och framställning kan variera beroende på område.

Vilka kort som stöds kan då och då ändras.

**2. Berättigande**

För att kunna använda Apple Pay och Plånbok, måste du ha (i) en Enhet som stöds och som har en version av operativsystemmjukvaran som stöder Tjänsterna (senaste versionen rekommenderas och krävs ibland), (ii) ett Apple-ID som är associerat med ett fungerande iCloud-konto hos Apple och (iii) tillgång till Internet (avgifter kan tillkomma). Med undantag för Apple Cash Family och vissa e-pengakort är Apple Pay-kort som stöds endast tillgängliga för personer som är minst 13 år gamla och kan falla under ytterligare åldersgränser som sätts av iCloud eller relevant utfärdare, försäljare eller annan tredje part. Kollektivtrafikkort, e-pengakort, id-kort, passerkort och nycklar är endast tillgängliga på iOS-enheter.

Om du är en förälder eller vårdnadshavare i en iCloud-familj (en "Samordnare") kan du bjuda in Familjemedlemmar, inklusive sådana som är under 13 år (eller motsvarande lägsta ålder i tillämpligt

land), för att tillhandahålla dem med kollektivtrafikkort som de kan använda i Plånbok. Som Samordnare ansvarar du för alla betalningar, köp och transaktioner som görs med det kollektivtrafikkort som har aktiverats för Familjemedlemmar, inklusive dem som har inletts av Familjemedlemmen. Behörighet för och användning av kollektivtrafikkort i Plånbok lyder under villkoren för relevant kollektivtrafikombud. Samordnare ansvarar för efterlevnad av sådana villkor och tar på sig all risk gällande aktivering av kollektivtrafikkort för andra Familjemedlemmar. När en Familjemedlem lämnar eller tas bort från en Familj kan Familjemedlemmen inte längre ladda upp kollektivtrafikkortet och kan endast genomföra transaktioner med kortet tills kortsaldot är noll.

Om du äger en bilnyckel kan du dela bilnyckeln med andra som är minst 13 år så att de kan låsa upp, få tillgång till och/eller köra bilen.

Hemnycklar kan endast läggas till eller tas bort från Plånbok genom att lägga till eller ta bort lås i appen Hem eller lägga till eller ta bort dig själv från ett hem i appen Hem. Om du är administratör för ett hem i appen Hem blir alla befintliga hemnycklar automatiskt delade med personer som du har bjudit in och som ansluter till ditt hem.

Apple Card är endast tillgängligt i USA och utfärdas av Goldman Sachs Bank USA:s Salt Lake City-filial ("Apple Card-utfärdare"). Med undantag för Apple Card för familj är Apple Card endast tillgängligt för personer som är minst 18 år gamla (eller äldre beroende på den delstat där du är bosatt).

Apple Cash-kortet och möjligheten att skicka och ta emot betalningar mellan privatpersoner är endast tillgängliga i USA och är tjänster som tillhandahålls av Green Dot Bank som är medlem i FDIC. För att skicka eller ta emot betalningar mellan privatpersoner i Apple Pay måste du ha ett Apple Cash-kort. Med undantag för Apple Cash Family är Apple Cash-kortet och möjligheten att skicka och ta emot betalningar mellan privatpersoner endast tillgängliga för personer som har fyllt 18 år.

## 3. Användning av tjänsterna

Kort som stöds och betalningar mellan privatpersoner är kopplade till det Apple-ID som du loggade in med på iCloud för att använda dessa funktioner. När du lägger till eller tar bort nycklar, passerkort, bonuskort, biljetter och medlemskort i Plånbok kan ändringen visas på dina andra Apple-enheter där du är inloggad med ditt Apple-ID. Du kan endast associera ett ID-kort för varje stats utfärdande myndighet med varje Apple-ID.

Apple Pay och Plånbok är avsedda för ditt personliga bruk och du kan endast registrera dina egna Kort som stöds eller de kollektivtrafikkort eller bil- eller hemnycklar som du har blivit inbjuden att registrera från en Samordnare eller ägare. Om du registrerar ett företagskort som stöds tillstår du att du gör detta med behörighet från arbetsgivaren, samt att du har behörighet att binda din arbetsgivare vid dessa användarvillkor och alla de transaktioner som sker vid användningen av denna funktion. När du skickar eller tar emot en betalning mellan privatpersoner försäkrar du att du gör detta för personligt, icke-kommersiellt bruk. Om du registrerar ett ID-kort försäkrar du att du gör detta med dina egna personuppgifter som korrekt och sanningsenligt representerar dig.

Du förbinder dig att inte använda Apple Pay eller Plånbok i illegalt eller bedrägligt syfte, eller i något annat syfte som är otillåtet i enlighet med Avtalet och dessa Tilläggsvillkor. Du förbinder dig också att använda Apple Pay och Plånbok i enlighet med gällande lagar och förordningar. Du är införstådd med att eventuella felaktiga uppgifter som skickas in i anslutning till ett ID-kort kan vara en brottslig handling i enlighet med delstatlig eller federal lagstiftning. Du förbinder dig att inte störa eller hindra tjänsten Apple Pay eller Plånbok (inklusive åtkomst till tjänsten på automatiserade sätt), eller servrar eller nätverk som är anslutna till tjänsten, eller någon policy, krav eller reglering hos nätverk som är anslutna till tjänsten (inklusive otillåten åtkomst till, användning av eller övervakning av data eller trafik på dessa).

Om anslutning till eller användning av Apple Pay eller Plånbok förbjuds av gällande lagstiftning är du inte auktoriserad att ansluta till eller använda dessa Tjänster. Vi frånsäger oss allt ansvar ifall du ansluter till eller använder Tjänsterna på något sätt som bryter mot gällande lagstiftning.

**4. Relationen mellan Apple och dig**

Din användning av Apple Pay lyder under dessa Tilläggsvillkor, liksom av villkoren för kortanvändare som du har avtalat med relevant utfärdare, försäljare eller annan tredje part som är ansvarigt för ditt Apple Pay-kort.

På liknande sätt lyder din användning av Plånbok-kuponger under dessa Tilläggsvillkor liksom villkor i avtal med relevant försäljningsställe, kollektivtrafikföretag, bil- och låstillverkare, universitet, hotell, turistområde, fartygslinje, företag, id-kortsutfärdare eller annan tredje part.

Med undantag för vissa funktioner i Apple Pay som tillhandahålls av Apple Payments Inc. ("Apple-betalningar") som beskrivs nedan behandlar Apple inga betalningar eller andra transaktioner som inte är betalningar och som utförs med dina Apple Pay-kort. Apple har ingen kontroll över och ansvarar inte för eventuella betalningar, återbetalningar, returer, kundbonusar, pengaöverföringar, rabatter, identitetskontroller, beställningar, beställningsuppfyllelser eller andra aktiviteter som uppstår som en följd av din användning av Apple Pay och Plånbok.

Om en konflikt uppstår mellan villkoren i dessa Tilläggsvillkor och ditt avtal med relevant utfärdare, försäljare, ID-kortsutfärdare eller annan tredje part (vart och ett är ett "**Tredjepartsavtal**") styr dessa Tilläggsvillkor din relation till Apple och villkoren i relevant Tredjepartsavtal styr din relation till denna tredje part.

Du samtycker till att Apple inte utgör någon part i något av dina Tredjepartsavtal och att Apple inte heller ansvarar för: (a) innehåll, riktighet eller tillgänglighet för något Kort som stöds, köp, transaktioner, pengaöverföringar, beställningar, beställningsuppfyllelser, kvitton eller andra aktiviteter vid användning av Apple Pay eller Plånbok, inklusive utan begränsning sådana som har utförts av Familjemedlemmar eller andra med vilka du har delat dina Kort som stöds eller som har åtkomst till din Enhet, (b) utfärdande av kredit eller bedömning av kreditvärdighet, (c) utfärdande, suspendering eller återkallande av ett körkort eller id-kort, (d) utfärdares, försäljningsställens, apputvecklares eller andra tredje parters aktiviteter relaterade till din användning av Apple Pay eller Plånbok, (e) beslut som fattas av en utfärdare, försäljare eller annan tredje part i samband med tillägg av Kort som stöds i Plånbok, (f) ditt medlemskap eller deltagande i någon försäljares eller partners program, (g) någon ansamling eller inlösen av bonusar eller lagrade värden i anslutning till Kort som stöds, (h) betalning eller påfyllning av förbetalda Kort som stöds, (i) sändning eller mottagning av betalning mellan privatpersoner eller pengaöverföringar, eller (j) påfyllning, inlösen eller uttag av pengar från ditt Apple Cash-kort.

När du ansöker om ett Apple Card-kort ansöker du om att öppna ett konto hos Apple Card-utfärdaren. Finansinstitutet som ansvarar för Apple Card kan komma att ändras, och din användning av Apple Card omfattas av detta finansinstituts användningsvillkor.

När du aktiverar Apple Cash-funktionerna i Apple Pay öppnar du ett konto hos Green Dot Bank. Med undantag för funktionerna i Apple Pay som tillhandahålls av Apple-betalningar ansvarar Green Dot Bank för att pengarna tas emot och skickas till rätt mottagare när du skickar eller tar emot en betalning mellan privatpersoner eller laddar eller tar ut pengar från Apple Cash-kortet. Finansinstitutet som ansvarar för Apple Cash och betalningar mellan privatpersoner i Apple Pay kan komma att ändras, och detta finansinstituts villkor för användningen av sådana funktioner gäller.

Möjligheten att använda dina medel på ditt Apple Cash-kort till att genomföra betalningar till vissa

berättigade företag som du auktoriserat ("Direktbetalningstjänst") är en tjänst som tillhandahålls av Apple-betalningar. Din användning av Direktbetalningstjänsten lyder under Apple-betalningars villkor för Direktbetalningar. Dessutom kan vissa berättigade företag tillåta att du auktoriserar dem att utbetala medel till ditt Apple Cash-kort (var och en en "Utbetalning"). Utbetalningar kan visserligen bearbetas av Apple-betalningar, men de erbjuds av medverkande företag som tillhandahåller sådana medel och kan lyda under vissa ytterligare villkor hos det utbetalande företaget. Kontakta utfärdaren eller tillämpligt försäljningsställe, utfärdande myndighet, apputvecklaren eller annan tredje part för alla klagomål eller frågor som rör Kort som stöds eller tillhörande kommersiell aktivitet. Kontakta Apple-supporten om du har frågor om Apple Pay, Plånbok, Apple Card eller Apple Cash-kortet eller betalningar mellan privatpersoner.

## 5. Integritet

Apples insamling och användning av personlig information styrs av Apples integritetspolicy som finns på https://www.apple.com/se/legal/privacy/. Du kan hitta detaljerad information om den personliga information som samlas in, används eller delas som en del av din användning av Apple Pay och Plånbok genom att läsa de relevanta tjänstespecifika integritetsmeddelandena, inklusive Om Apple Pay och integritet, som du hittar på din Enhet eller i Apple Watch-appen på en parkopplad Enhet eller genom att besöka https://www.apple.com/se/legal/privacy/. Genom att använda Apple Pay och Plånbok samtycker du till att Apple och dess dotterbolag och ombud överför, samlar in, lagrar, bearbetar och använder all ovan angivna information för att tillhandahålla dessa Tjänster.

## 6. Säkerhet; borttappade eller avaktiverade enheter

SKYDDA DINA ENHETER SOM STÖDS OCH DINA INLOGGNINGSUPPGIFTER SÅ SOM DU SKULLE SKYDDA EN FYSISK PLÅNBOK OCH FYSISKA KORT

Apple Pay och Plånbok lagrar virtuella kopior av dina Kort som stöds och ska skyddas på samma sätt som du skyddar din fysiska plånbok, nycklar eller kredit- och bankkort, förbetalda kort, ID-kort och andra kort. Du är ensam ansvarig för att upprätthålla säkerheten för dina Enheter och ditt Apple-ID, Touch ID- och Face ID-information, lösenkoder till dina Enheter som stöds och alla andra autentiseringsuppgifter som används i samband med Tjänsterna (kallas kollektivt för " Inloggningsuppgifter"). Om du auktoriserar eller tillåter någon annan att använda din Enhet som stöds (*t.ex.* genom att ge Enhetens lösenkod till en tredje part, eller tillåta att en tredje part lägger till sitt fingeravtryck för att använda Touch ID eller aktivera Face ID, eller på annat sätt ge Inloggningsuppgifter till en tredje part) kanske den personen kan göra betalningar, skicka, begära eller ta emot betalningar mellan privatpersoner, ta ut pengar från ditt Apple Cash-kort, ta emot eller lösa in bonusar, använda presentkort, låsa upp eller på annat sätt få tillgång till din bil, ditt rum, kontor eller hem, identifiera sig som dig eller utföra andra transaktioner med dina Kort som stöds i Plånbok. I sådan händelse ansvarar du för alla betalningar, anslutningar och transaktioner som har utförts av den personen.

OTILLÅTNA ÄNDRINGAR AV ENHETER (JAILBREAK)

Om du gör otillåtna ändringar av din Enhet, exempelvis genom att avaktivera hårdvaru- eller mjukvarureglage (kallas ibland för att "jailbreaka") kanske din Enhet inte längre är behörig att ansluta till eller använda Tjänsterna. Du är införstådd med att användning av en ändrad Enhet i anslutning till Tjänsterna är uttryckligen förbjuden, bryter mot dessa Tilläggsvillkor samt utgör en grund för oss att neka eller begränsa din åtkomst till Tjänsterna.

YTTERLIGARE SÄKERHETSÅTGÄRDER

Du kan behöva aktivera ytterligare säkerhetsåtgärder, t.ex. tvåfaktorsautentisering för ditt Apple-ID, för

att komma åt vissa funktioner i Apple Pay, inklusive Apple Card-kortet, Apple Cash-kortet och betalningar mellan privatpersoner med Apple Pay. Om du därefter tar bort dessa säkerhetsfunktioner kanske du inte kan fortsätta använda vissa funktioner i Apple Pay. Om du raderar det Face ID eller Touch ID som är associerat med ditt id-kort för framställning måste du slutföra hela processen för tillhandahållande av id-kort.

FÖRLORADE ELLER STULNA ENHETER

Om din Enhet förloras eller stjäls, och Hitta min är aktiverat, kan du använda Hitta min till att försöka låsa möjligheten att utföra transaktioner med de virtuella Kort som stöds eller att skicka betalningar mellan privatpersoner på den Enheten genom att försätta den i Förlorat läge. Om din Enhet har försatts i Förlorat läge kan din bilnyckel avaktiveras i Plånbok så att du inte längre kan öppna eller starta bilen när du har lämnat bilen eller stängt av motorn. Förlorat läge påverkar endast nycklarna på den förlorade Enheten. Om du är ägaren kan du inte längre dela bilnyckeln eller hemnyckeln med andra, men nycklar som du redan har delat med andra påverkas inte från deras enheter.

Du kan även radera Enheten, vilket kommer att försöka låsa möjligheten att utföra transaktioner med de virtuella Kort som stöds eller skicka betalningar mellan privatpersoner på Enheten. Du bör även kontakta utfärdaren, försäljaren eller annan ansvarig tredje part för dina Kort som stöds, eller Apple gällande ditt Apple Card eller Apple Cash-kort, för att förhindra otillåten tillgång till dina Kort som stöds på Apple Pay och i Plånbok.

Om du rapporterar eller om Apple misstänker bedräglig eller oegentlig aktivitet förbinder du dig att samarbeta med Apple i en eventuell utredning samt att använda de metoder för att förhindra bedrägeri som vi föreskriver.

**7. Ansvarsbegränsning**

UTÖVER DEN GARANTIFRISKRIVNING OCH ANSVARSBEGRÄNSNING SOM ANGES I AVTALET TAR APPLE INTE NÅGOT ANSVAR FÖR DE INKÖP, BETALNINGAR, PENGAÖVERFÖRINGAR, BESTÄLLNINGAR, BESTÄLLNINGSUPPFYLLELSER, KVITTOINFORMATION, ANSLUTNINGAR, IDENTITETSVERIFIKATIONER, TRANSAKTIONER ELLER ANDRA AKTIVITETER SOM UTFÖRS MED APPLE PAY ELLER PLÅNBOK, OCH DU GODKÄNNER ATT ENDAST ANVÄNDA DE AVTAL DU HAR MED KORTUTFÄRDAREN, BETALNINGSNÄTVERKET, FINANSINSTITUTEN, FÖRSÄLJNINGSSTÄLLET, APPUTVECKLAREN, UTFÄRDANDE MYNDIGHET ELLER ANNAN TILLÄMPLIG TREDJE PART FÖR ATT LÖSA EVENTUELLA FRÅGOR ELLER KLAGOMÅL SOM RÖR DINA KORT SOM STÖDS, BETALNINGAR MELLAN PRIVATPERSONER OCH TILLHÖRANDE AKTIVITETER.

————————————

**MEDDELANDEN FRÅN APPLE**

Om Apple behöver kontakta dig angående din produkt eller ditt konto godkänner du att sådana meddelanden skickas via e-post. Du godkänner att eventuella meddelanden av den typen som vi skickar till dig elektroniskt uppfyller de kommunikationskrav som krävs enligt lag.

ภาษาไทย

**สำคัญ: โดยการใช้เครื่อง iPhone, iPad หรือ iPod Touch ("อุปกรณ์") ของคุณ คุณตกลงที่จะผูกพันตามเงื่อนไขดังต่อไปนี้**

**ก.    สัญญาให้ใช้สิทธิ์ซอฟต์แวร์ iOS และ iPadOS ของ Apple**
**ข.    ข้อกำหนดเพิ่มเติมสำหรับ APPLE PAY**
**ค.    คำบอกกล่าวจาก Apple**

**APPLE INC**
**สัญญาให้ใช้สิทธิ์ซอฟต์แวร์ iOS และ iPadOS ของ Apple**
**ใบอนุญาตให้ใช้สิทธิแบบผู้ใช้คนเดียว**

**โปรดอ่านสัญญาให้ใช้สิทธิ์ในซอฟต์แวร์นี้ ("การให้ใช้สิทธิ์") อย่างรอบคอบก่อนใช้อุปกรณ์ หรือดาวน์โหลดซอฟต์แวร์อัปเดตกำกับการให้ใช้สิทธิ์นี้ โดยการใช้อุปกรณ์หรือการดาวน์โหลดรายการอัปเดตซอฟต์แวร์ตามแต่กรณี คุณตกลงที่จะผูกพันตามข้อกำหนดของใบอนุญาตให้ใช้สิทธินี้ หากคุณไม่ตกลงตามข้อกำหนดของการให้ใช้สิทธินี้ ห้ามมิให้ใช้อุปกรณ์ หรือดาวน์โหลดซอฟต์แวร์อัปเดต**

**หากคุณได้ซื้ออุปกรณ์มาก่อนหน้านี้และไม่ตกลงตามข้อกำหนดของการให้ใช้สิทธิ์ คุณอาจส่งคืนอุปกรณ์ให้กับ Apple Store หรือผู้จัดจำหน่ายที่ได้รับอนุญาตที่คุณได้ซื้ออุปกรณ์เพื่อขอรับเงินคืนก็ได้ภายในระยะเวลาการส่งคืน ทั้งนี้ ภายใต้บังคับของนโยบายการคืนเงินคืนของ Apple ซึ่งจะดูได้ที่ https://www.apple.com/th/legal/sales-support/**

**1. ทั่วไป**
(ก) ซอฟต์แวร์ (รวมทั้งรหัสบูทรอม (Boot ROM) ซอฟต์แวร์ในตัวและซอฟต์แวร์บุคคลภายนอก) เอกสาร อินเทอร์เฟซ เนื้อหา ชุดแบบอักษร และข้อมูลใดๆ ที่มีมาพร้อมกับอุปกรณ์ของคุณ ("ซอฟต์แวร์ Apple เดิม") ซึ่งอาจมีการอัปเดตหรือแทนที่ด้วยการปรับปรุงคุณสมบัติใหม่ การอัปเดตซอฟต์แวร์ การตอบสนองด้านความปลอดภัย ไฟล์ระบบ หรือซอฟต์แวร์กู้ระบบที่ Apple จัดให้สำหรับอุปกรณ์ของคุณหรืออุปกรณ์เชื่อมต่อที่รองรับ ("การเปลี่ยนแปลงซอฟต์แวร์ของ Apple") ไม่ว่าจะในรูปของรอม หรือสื่ออื่นใดหรือรูปแบบอื่นใด (ทั้งซอฟต์แวร์เดิมและการเปลี่ยนแปลงซอฟต์แวร์ของ Apple เรียกรวมกันว่า "ซอฟต์แวร์ของ Apple") เป็นซอฟต์แวร์ที่บริษัท Apple Inc. ("Apple") มอบสิทธิ์ใช้งานให้แก่คุณโดยไม่ได้ขายให้ เพื่อการใช้งานภายใต้เงื่อนไขของสิทธิ์ใช้งานนี้เท่านั้น และ Apple ตลอดจนผู้ให้ใช้สิทธิ์ของ Apple ยังคงเป็นเจ้าของกรรมสิทธิ์ในตัวซอฟต์แวร์ของ Apple และสงวนสิทธิ์ทั้งปวงที่มิได้ให้ไว้แก่คุณโดยขัดแจ้ง คุณตกลงว่าเงื่อนไขของใบอนุญาตให้ใช้สิทธินี้จะใช้บังคับกับแอปยี่ห้อ Apple ใดๆ ที่อาจมีอยู่ในอุปกรณ์ของคุณ เว้นแต่แอปนั้นจะมาใบอนุญาตให้ใช้สิทธิแยกต่างหากซึ่งในกรณีเช่นนั้น คุณตกลงให้ข้อกำหนดของใบอนุญาตให้ใช้สิทธินั้นใช้บังคับกับการใช้แอปของคุณ

(ข) Apple อาจใช้ดุลยพินิจไม่มีการเปลี่ยนแปลงซอฟต์แวร์ของ Apple ในอนาคต โดยที่การเปลี่ยนแปลงซอฟต์แวร์ของ Apple นั้น (หากมี) อาจไม่รวมถึงคุณสมบัติของซอฟต์แวร์ทั้งหมดที่มีอยู่ในปัจจุบัน หรือคุณสมบัติใหม่ที่ Apple ได้ทำออกมาสำหรับอุปกรณ์รุ่นใหม่หรืออุปกรณ์แบบอื่นๆ โดยเงื่อนไขของสัญญาการให้ใช้สิทธิ์นี้จะใช้บังคับกับการเปลี่ยนแปลงซอฟต์แวร์ของ Apple ที่จัดทำขึ้นโดย Apple เว้นแต่การเปลี่ยนแปลงซอฟต์แวร์ของ Apple ดังกล่าวจะมีสัญญาการให้ใช้สิทธิแยกต่างหาก ซึ่งในกรณีนี้คุณยอมรับว่าเงื่อนไขของสัญญาการให้ใช้สิทธินั้นจะมีผลใช้บังคับ

(ค) ถ้าหากคุณใช้รูปแบบการใช้งานการติดตั้งแบบเร่งด่วนเพื่อติดตั้งอุปกรณ์ใหม่ตามอุปกรณ์ที่มีอยู่ของคุณ คุณตกลงว่าข้อกำหนดของสัญญาการให้ใช้สิทธินี้จะใช้บังคับกับการที่คุณใช้งานซอฟต์แวร์ของ Apple ในอุปกรณ์ใหม่ของคุณ เว้นแต่รูปแบบการใช้งานดังกล่าวจะมีสัญญาการให้ใช้สิทธิแยกต่างหาก ซึ่งในกรณีนี้คุณตกลงว่าข้อกำหนดของสัญญาการให้ใช้สิทธิดังกล่าวจะใช้บังคับกับการที่คุณใช้งานซอฟต์แวร์ของ Apple ดังกล่าว อุปกรณ์ของคุณจะตรวจสอบการเปลี่ยนแปลงซอฟต์แวร์ของ Apple เป็นระยะๆ หากมีการเปลี่ยนแปลง ระบบอาจดาวน์โหลดและติดตั้งบนคอมพิวเตอร์ของคุณโดยอัตโนมัติ และอาจดำเนินการบนอุปกรณ์เชื่อมต่ออื่นๆ ของคุณด้วย หากมี **เมื่อใช้**

ซอฟต์แวร์ของ Apple เท่ากับคุณยอมรับว่า Apple อาจดาวน์โหลดและติดตั้งการเปลี่ยนแปลงซอฟต์แวร์ของ Apple ลงบนคอมพิวเตอร์และอุปกรณ์เชื่อมต่อของคุณโดยอัตโนมัติ คุณสามารถปิดการอัปเดตระบบปฏิบัติการอัตโนมัติและ การตอบสนองด้านความปลอดภัยที่ฉับไวได้ทุกเมื่อ โดยปรับเปลี่ยนการตั้งค่าการอัปเดตอัตโนมัติที่อยู่ในการตั้งค่า > ทั่วไป > การอัปเดตซอฟต์แวร์ ไฟล์ระบบบางไฟล์ (ซึ่งรวมถึงแต่ไม่จำกัดเพียงแบบอักษรที่อัปเดต โมเดลภาษา แอสเซ ทเสียง และเฟิร์มแวร์สำหรับอุปกรณ์ต่อพ่วง) อาจยังคงได้รับการติดตั้งโดยอัตโนมัติต่อไป เช่น เมื่อคุณเปิดหรือใช้ คุณสมบัติและอุปกรณ์ต่อพ่วงบางอย่าง หรือเพื่อให้เป็นไปตามข้อพิจารณาทางกฎหมาย ระเบียบข้อบังคับ ความ ปลอดภัยสาธารณะ หรือข้อพิจารณาด้านเทคนิค

## 2. การใช้สิทธิที่ได้รับอนุญาตและข้อจำกัดในการใช้
(ก) ภายใต้บังคับข้อกำหนดและเงื่อนไขของการให้ใช้สิทธิ์นี้ คุณได้รับอนุญาตอย่างจำกัดให้ใช้ซอฟต์แวร์ของ Apple กับอุปกรณ์ยี่ห้อ Apple เครื่องเดียว นอกจากที่อนุญาตไว้ในข้อ 2 (ข) ด้านล่างนี้ และเว้นแต่จะได้มีสัญญาแยกต่าง หากกระหว่างคุณกับ Apple การให้ใช้สิทธิ์นี้จะไม่อนุญาตให้ซอฟต์แวร์ของ Apple อยู่ในอุปกรณ์ยี่ห้อ Apple เกิน ครั้งละหนึ่งเครื่อง และคุณจะระทำการจัดจำหน่าย หรือให้มีซอฟต์แวร์ของ Apple บนเครือข่ายที่อุปกรณ์หลาย เครื่องสามารถใช้ซอฟต์แวร์ได้ในเวลาเดียวกันมิได้ แต่ละใช้สิทธิ์นี้มิได้ให้สิทธิ์แก่คุณในการใช้ตัวประสานเชื่อมต่อ อันเป็นทรัพย์สินของ Apple และทรัพย์สินทางปัญญาอื่นๆในการออกแบบ การพัฒนา การผลิต การให้ใช้สิทธิ์หรือ การจำหน่ายเครื่องมือและอุปกรณ์ของบุคคลภายนอก หรือแอปพลิเคชันซอฟต์แวร์ของบุคคลภายนอกสำหรับใช้กับ อุปกรณ์ สิทธิ์ข้างต้นบางประการจะมีอยู่ในการให้ใช้สิทธิ์แยกต่างหากจาก Apple สำหรับข้อมูลเพิ่มเติมเกี่ยวกับการ พัฒนาเครื่องมือและอุปกรณ์ของบุคคลภายนอกสำหรับอุปกรณ์ โปรดดูที่ https://developer.apple.com/ programs/mfi/ สำหรับข้อมูลเพิ่มเติมเกี่ยวกับการพัฒนาแอปพลิเคชันซอฟต์แวร์สำหรับอุปกรณ์ โปรดดูที่ https://developer.apple.com

(ข) ภายใต้บังคับข้อกำหนดและเงื่อนไขของการให้ใช้สิทธิ์นี้ คุณได้รับอนุญาตอย่างจำกัดและไม่ใช่แต่เพียงผู้เดียวให้ ดาวน์โหลดการเปลี่ยนแปลงซอฟต์แวร์ของ Apple ที่ Apple อาจจัดทำให้สำหรับอุปกรณ์รุ่นของคุณ เพื่ออัปเดตหรืออู้ คืนซอฟท์แวร์ในอุปกรณ์ใดๆ ที่คุณเป็นเจ้าของและควบคุม สัญญาอนุญาตให้ใช้สิทธิ์นี้ไม่อนุญาตให้คุณอัปเดตหรืออู้ คืนอุปกรณ์ใดๆ ที่คุณมิได้เป็นเจ้าของหรือควบคุม และคุณจะไม่สามารถแจกจ่ายหรือทำให้มีการเปลี่ยนแปลง ซอฟต์แวร์ของ Apple บนเครือข่ายที่อุปกรณ์หรือคอมพิวเตอร์หลายเครื่องสามารถใช้ซอฟต์แวร์ได้ในเวลาเดียวกัน หากคุณดาวน์โหลดการอัปเดตซอฟต์แวร์ของ Apple ลงในคอมพิวเตอร์ของคุณ คุณอาจจากทำสำเนาการอัปเดต ซอฟต์แวร์ของ Apple หนึ่งชุดที่จัดเก็บไว้ในคอมพิวเตอร์ของคุณในรูปแบบที่เครื่องอ่านได้เฉพาะเพื่อสำรองข้อมูล เท่านั้น โดยมีเงื่อนไขว่าสำเนาเพื่อการสำรองข้อมูลนั้นต้องระบุข้อความแจ้งลิขสิทธิ์หรือสิทธิความเป็นเจ้าของอื่นๆ ทั้งหมดที่ปรากฏในต้นฉบับด้วย

(ค) ตราบเท่าที่ Apple ได้ติดตั้งแอปยี่ห้อ Apple จาก App Store ไว้ล่วงหน้าในอุปกรณ์ของคุณในเวลาที่ซื้อ ("แอ ปที่ติดตั้งล่วงหน้า") คุณจำเป็นจะต้องเชื่อมต่อเข้าไปยัง App Store และเชื่อมต่อแอปที่ติดตั้งล่วงหน้าเหล่านี้เข้ากับ บัญชี App Store ของคุณเพื่อที่จะใช้งานแอปที่ติดตั้งล่วงหน้าในอุปกรณ์ของคุณ เมื่อคุณเชื่อมต่อแอปที่ติดตั้งล่วง หน้าเข้ากับบัญชี App Store ของคุณ คุณก็จะเชื่อมต่อแอปที่ติดตั้งล่วงหน้าทั้งหมดในอุปกรณ์ของคุณโดยอัตโนมัติ ด้วย ถ้าคุณเลือกเชื่อมต่อแอปที่ติดตั้งล่วงหน้าเข้ากับบัญชี App Store ของคุณ คุณตกลงว่า Apple อาจส่ง รวบรวม เก็บรักษา ประมวลผล และใช้ Apple ID ที่ใช้โดยบัญชี App Store ของคุณและการระบุลักษณะเฉพาะของฮาร์ดแวร์ ที่เก็บรวบรวมจากอุปกรณ์ของคุณ เพื่อเป็นการระบุลักษณะเฉพาะของบัญชีเพื่อวัตถุประสงค์ในการตรวจสอบการมีสิทธิ ตามคำขอของคุณและเพื่อให้คุณสามารถเข้าถึงแอปที่ติดตั้งล่วงหน้าโดยผ่านทาง App Store ได้ ถ้าคุณไม่ประสงค์ที่ จะใช้แอปที่ติดตั้งล่วงหน้า คุณสามารถลบทิ้งออกจากอุปกรณ์ของคุณได้ไม่ว่าในเวลาใด

(ง) คุณจะลอกเลียนซอฟต์แวร์ของ Apple ไม่ได้ และคุณตกลงที่จะไม่ทำหรือให้คนอื่นทำการลอกเลียน (เว้นแต่จะได้ รับอนุญาตโดยการให้ใช้สิทธิ์นี้อย่างชัดแจ้ง) กระจาย ทำวิศวกรรมย้อนกลับ แยกประกอบ หรือพยายามที่จะดึงรหัส ข้อมูล หรือถอดรหัส หรือแก้ไข หรือสร้างงานอนุพันธ์ของซอฟต์แวร์ของ Apple หรือการบริการใดๆ ที่ซอฟต์แวร์ของ Apple จัดให้ หรือส่วนใดๆ ของซอฟต์แวร์ของ Apple (เว้นแต่และเท่าที่ข้อจำกัดข้างต้นนี้จะถูกห้ามโดยกฎหมาย หรือโดยข้อกำหนดการให้ใช้สิทธิ์อันว่าด้วยการใช้ส่วนประกอบที่เป็น Open-sourced ที่อาจมีอยู่ในซอฟต์แวร์ของ Apple) คุณตกลงที่จะไม่ลบ อำพราง หรือแก้ไขคำบอกกล่าวความเป็นเจ้าของใดๆ (ซึ่งรวมถึงคำบอกกล่าวเกี่ยวกับ

เครื่องหมายการค้าและลิขสิทธิ์) ที่อาจแนบมากับหรือรวมอยู่ในซอฟต์แวร์ของ Apple

(จ) ซอฟต์แวร์ของ Apple อาจนำไปใช้ทำซ้ำได้ ตราบเท่าที่งานดังกล่าวไม่มีลิขสิทธิ์ งานที่คุณเป็นเจ้าของลิขสิทธิ์ หรืองานที่คุณมีอำนาจหรือได้รับอนุญาตตามกฎหมายให้ทำซ้ำได้ โดยไม่คำนึงถึงความข้างต้นคุณถูกห้ามไม่ให้เผย แพร่ซ้ำ ถ่ายทอดซ้ำ หรือผลิตซ้ำซึ่งรูปภาพใดๆ ที่เข้าถึงโดยผ่านทาง News หรือ Maps ที่เป็นไฟล์ในลักษณะสแตนอะ โลน กรรมสิทธิ์และสิทธิ์ในทรัพย์สินทางปัญญาในเนื้อหาใดๆ ที่แสดงโดย เก็บอยู่ใน หรือเข้าถึงผ่านอุปกรณ์ของคุณ ย่อมตกแก่เจ้าของเนื้อหานั้นๆ เนื้อหาเช่นว่านั้นอาจได้รับการคุ้มครองโดยกฎหมายและสนธิสัญญาว่าด้วยลิขสิทธิ์หรือ ทรัพย์สินทางปัญญาประเภทอื่น และอาจอยู่ภายใต้บังคับข้อกำหนดการใช้ของบุคคลภายนอกที่เป็นผู้ให้เนื้อหานั้นได้ เว้นแต่จะกำหนดไว้เป็นอย่างอื่นในสัญญาฉบับนี้ ใบอนุญาตให้ใช้สิทธิ์นี้ไม่ให้สิทธิ์ใดๆ แก่คุณที่จะใช้เนื้อหานั้น หรือ ไม่รับประกันว่าเนื้อหานั้นจะยังคงจัดให้คุณอยู่ต่อไป

(ฉ) เพื่อเป็นการปฏิบัติตามข้อกำหนดและเงื่อนไขของสัญญานี้ คุณอาจต้อง: (i) ใช้อักขระ Memoji ที่รวมอยู่ในระบบ หรือสร้างด้วยซอฟต์แวร์ของ Apple ("อักขระของระบบ") (1) ขณะใช้งานซอฟต์แวร์ Apple และ (2) เพื่อสร้าง เนื้อหาและโครงการของคุณเอง ที่เป็นการใช้งานแบบส่วนตัว ไม่ใช่เชิงพาณิชย์ และ (ii) ใช้คำบรรยายสดที่สร้างขึ้น โดยอัตโนมัติบนอุปกรณ์ในแบบเรียลไทม์โดยซอฟต์แวร์ของ Apple ("คำบรรยายสด") ไม่ว่าจะสร้างขึ้นระหว่างการ โทรแบบ FaceTime หรืออย่างอื่น เพื่อการใช้งานส่วนบุคคลที่ไม่ใช่เชิงพาณิชย์เท่านั้น สัญญาฉบับนี้ไม่อนุญาตการ ใช้ตัวอักษรของระบบหรือคำบรรยายสดในรูปแบบอื่นๆ นอกเหนือจากที่กำหนดไว้ ซึ่งรวมถึงแต่ไม่จำกัดเพียงการผลิต ซ้ำ แสดงผล แสดง บันทึก เผยแพร่ หรือแจกจ่ายตัวอักษรของระบบหรือคำบรรยายสดเพื่อแสวงหากำไร ไม่แสวงหา กำไร แชร์กับสาธารณชน หรือเพื่อการพาณิชย์

(ช) เพื่อที่จะทำให้บางแอปและ/หรือคำสั่งลัดสำหรับการดำเนินการของเว็บไซต์บางอย่างมีผลสมบูรณ์ ซอฟต์แวร์ของ Apple อาจจำเป็นต้องเข้าถึงแอปพลิเคชัน ซอฟต์แวร์ บริการ หรือเว็บไซต์ของบุคคลภายนอกบางอย่างที่มีอยู่ใน อุปกรณ์ของคุณ คุณให้ความยินยอมอย่างชัดแจ้งสำหรับการใช้งานดังกล่าวตามที่จำเป็นเพื่อทำให้คำสั่งลัดดังกล่าวมี ผลสมบูรณ์กับซอฟต์แวร์ของ Apple

(ซ) คุณตกลงใช้ซอฟต์แวร์และบริการของ Apple (ตามที่ได้มีการแจกแจงไว้ในข้อ 5 ด้านล่างนี้) โดยถูกต้องตาม กฎหมาย ซึ่งรวมถึงกฎหมายของการใช้งานในของประเทศหรือภูมิภาคที่คุณอาศัยอยู่หรือที่คุณทำงานอยู่ในขณะที่ดาวน์โหลด หรือใช้ซอฟต์แวร์และบริการของ Apple รูปแบบการใช้งานซอฟต์แวร์และบริการของ Apple อาจไม่มีให้บริการในทุก ภาษาหรือภูมิภาค การใช้งานบางรูปแบบอาจเปลี่ยนแปลงไปตามภูมิภาคและบางรูปแบบอาจถูกจำกัดหรือไม่มีให้ บริการจากผู้ให้บริการของคุณ รูปแบบการใช้งานบางอย่างของซอฟต์แวร์และบริการของ Apple จำเป็นจะต้องมีการ เชื่อมต่อข้อมูลทาง Wi-Fi หรือโทรศัพท์มือถือ

(ฌ) การใช้งาน App Store จำเป็นต้องมีชื่อผู้ใช้ (Username) และรหัสผ่าน (Password) ที่มีความเฉพาะเจาะจง หรือที่รู้จักในนาม Apple ID และ Apple ID ยังมีความจำเป็นในการเข้าถึงการอัปเดตของแอปและรูปแบบการใช้งาน บางอย่างของซอฟต์แวร์และบริการของ Apple

(ญ) คุณรับทราบว่ารูปแบบการใช้งานเฉพาะแอปสำเร็จรูปภายในและการบริการหลายอย่างของซอฟท์แวร์ของ Apple จะส่งผ่านข้อมูลและอาจส่งผลกระทบต่อค่าใช้จ่ายของแผนข้อมูลของคุณ และคุณจะเป็นผู้รับผิดชอบค่าใช้จ่าย ใดๆ ที่เกิดขึ้น คุณสามารถดูและควบคุมได้ว่าแอปพลิเคชันใดที่ได้รับอนุญาตให้ใช้ข้อมูลโทรศัพท์เคลื่อนที่และดูประมาณการว่าแอปพลิเคชันดังกล่าวได้ใช้ข้อมูลมากเพียงใดภายใต้การกำหนดค่าข้อมูลโทรศัพท์เคลื่อนที่ นอกจากนี้ Wi-Fi Assist จะปรับเปลี่ยนเป็นการใช้ข้อมูลจากโทรศัพท์เคลื่อนที่ในกรณีที่คุณมีสัญญาณการเชื่อมต่อ Wi-Fi ไม่ดี ซึ่งอาจส่งผลให้มีการใช้ข้อมูลโทรศัพท์เคลื่อนที่มากขึ้นและมีผลต่อค่าใช้จ่ายตามแผนการใช้โทรศัพท์เคลื่อนที่ของคุณ Wi-Fi Assist จะถูกตั้งค่าให้เปิดทำงานเป็นอันดับแรกแต่สามารถปิดการทำงานได้ภายใต้การตั้งค่า สำหรับข้อมูล เพิ่มเติม โปรดขอรับคำปรึกษาได้จากคู่มือการใช้งาน (User Guide) สำหรับอุปกรณ์ของคุณ

(ฎ) ถ้าคุณเลือกใช้การอัปเดตแอปอัตโนมัติ อุปกรณ์ของคุณจะตรวจสอบกับ Apple เป็นระยะๆ สำหรับการอัปเดต แอปในอุปกรณ์ของคุณ และถ้ามีให้บริการ การอัปเดตดังกล่าวก็จะดาวน์โหลดและติดตั้งในอุปกรณ์ของคุณโดย

อัตโนมัติ คุณสามารถปิดการอัปเดตแอปอัตโนมัติทั้งหมดได้ไม่ว่าในขณะเวลาใดโดยการเข้าไปที่การตั้งค่า เลือก iTunes และ App Store และภายใต้การดาวน์โหลดอัตโนมัติ ให้ปิดการอัปเดต

(ฎ) การใช้อุปกรณ์ของคุณในบางลักษณะอาจหันเหความสนใจของคุณและอาจก่อให้เกิดสถานการณ์ที่อันตราย (ตัวอย่างเช่น ให้หลีกเลี่ยงการพิมพ์ข้อความในขณะขับรถยนต์ หรือใช้หูฟังในขณะขี่รถจักรยาน) โดยการใช้อุปกรณ์ ของคุณ คุณตกลงว่าคุณจะรับผิดชอบในการปฏิบัติตามกฎระเบียบที่ห้ามหรือจำกัดการใช้โทรศัพท์มือถือหรือหูฟัง (ตัวอย่างเช่น ข้อกำหนดสำหรับการใช้ทางเลือกที่เป็นอุปกรณ์แบบแฮนด์ฟรีในการโทรศัพท์ในขณะขับขี่)

(ฏ) คุณสมบัติบางอย่างของซอฟต์แวร์ Apple อาจพยายามให้ความช่วยเหลือในสถานการณ์ที่เกี่ยวข้องกับความ ปลอดภัย เช่น คุณสมบัติการตรวจจับที่เกี่ยวข้องกับความปลอดภัยและการเชื่อมต่อคุณกับบริการฉุกเฉิน (หากมี) Apple ไม่รับประกันความพร้อมใช้งาน ความแม่นยำ ความสมบูรณ์ ความน่าเชื่อถือ หรือความทันเวลาของ คุณสมบัติดังกล่าว คุณสมบัติเหล่านี้ไม่ได้มีจุดมุ่งหมายเพื่อใช้ในสถานการณ์ที่คุณสามารถรับความช่วยเหลือในทันที หรือรับความช่วยเหลือที่มีประสิทธิภาพมากกว่าได้ คุณตกลงที่จะใช้คุณสมบัติเหล่านี้โดยยินยอมความเสี่ยงแต่เพียงผู้เดียว และใช้วิจารณญาณโดยอิสระ และ Apple บริษัทในเครือ ตัวแทน หรือประธานของ Apple จะไม่รับผิดต่อการใช้งาน คุณสมบัติเหล่านี้และผลที่ตามมาใดๆ ตามขอบเขตสูงสุดที่กฎหมายอนุญาต

(ฐ) อุปกรณ์ของคุณไม่ใช่อุปกรณ์ทางการแพทย์และไม่ควรถูกนำไปใช้แทนอุปกรณ์สำหรับการวินิจฉัยด้านการแพทย์ ในเชิงวิชาชีพ โดยไม่ได้ถูกออกแบบหรือมีวัตถุประสงค์ที่จะให้ถูกนำไปใช้เพื่อการวินิจฉัยโรคหรืออาการอย่างอื่น หรือใช้ใน การรักษา บรรเทา บำบัด หรือป้องกันการอาการหรือโรคใดๆ กรุณาปรึกษาผู้ให้บริการด้านการดูแลสุขภาพของคุณก่อน ตัดสินใจอย่างใดๆ เกี่ยวกับสุขภาพของคุณ

**3. การโอน** คุณไม่อาจนำซอฟต์แวร์ของ Apple ไปให้เช่า ให้ยืม ขาย แจกจ่ายต่อ หรืออนุญาตให้ใช้ช่วง แต่คุณอาจ ทำการโอนถาวรที่เดียวซึ่งสิทธิ์ทั้งหมดจากการให้ใช้สิทธิ์ในซอฟต์แวร์ของ Apple ให้แก่อีกฝ่ายหนึ่งด้วยการโอน กรรมสิทธิ์ในอุปกรณ์ของคุณได้โดยที่ (ก) การโอนนั้นจะต้องรวมทั้งอุปกรณ์ของคุณและซอฟต์แวร์ของ Apple นั้นของ คุณทั้งหมด รวมทั้งชิ้นส่วนประกอบทั้งหมด และการการให้ใช้สิทธิ์นี้ด้วย (ข) คุณจะต้องไม่เก็บสำเนาซอฟต์แวร์ของ Apple ใดๆ ไว้ ไม่ว่าทั้งหมดหรือบางส่วน รวมถึงสำเนาต่างๆ ที่เก็บไว้ในเครื่องคอมพิวเตอร์หรือเครื่องมือเก็บอื่นๆ และ (ค) ฝ่ายที่รับโอนซอฟต์แวร์ของ Apple อ่านและตกลงที่จะรับข้อกำหนดและเงื่อนไขของการให้ใช้สิทธิ์นี้

**4. ความยินยอมให้ใช้ข้อมูล** เมื่อคุณใช้อุปกรณ์ของคุณ หมายเลขโทรศัพท์และการะบุลักษณะที่เฉพาะเจาะจงบาง อย่างของคุณสำหรับอุปกรณ์ของคุณจะอนุญาตให้ผู้อื่นเข้าถึงคุณได้โดยหมายเลขโทรศัพท์ของคุณเมื่อใช้ลักษณะการ ใช้งานด้านการสื่อสารจำนวนมากของซอฟต์แวร์ของ Apple เช่น iMessage และ FaceTime เมื่อคุณใช้ iMessage Apple อาจเก็บข้อความของคุณไว้ในรูปแบบการเข้ารหัสเป็นระยะเวลาที่จำกัดเพื่อให้แน่ใจว่าข้อความของคุณจะได้รับการจัด ส่ง คุณอาจปิด FaceTime หรือ iMessage ได้โดยไปที่การตั้งค่าของ FaceTime หรือแอปข้อความในอุปกรณ์ ของคุณ คุณสมบัติบางอย่าง เช่น การวิเคราะห์ข้อมูล, บริการหาตำแหน่งที่ตั้ง, Siri และการป้อนตามคำบอก อาจ จำเป็นต้องใช้ข้อมูลจากอุปกรณ์ของคุณเพื่อที่จะทำให้คุณสมบัติดังกล่าวทำงานได้ เมื่อคุณเปิดหรือใช้รูปแบบการใช้ งานเหล่านี้ จะมีการแสดงรายละเอียดให้ทราบว่าข้อมูลใดถูกส่งให้แก่ Apple และข้อมูลดังกล่าวอาจถูกใช้อย่างไร คุณสามารถศึกษาเพิ่มเติม โดยการเข้าไปที่ https://www.apple.com/th/privacy/ ข้อมูลของคุณจะได้รับการ ปฏิบัติตามนโยบายความเป็นส่วนตัวของ Apple (Apple Privacy Policy) อยู่เสมอ ซึ่งสามารถดูได้ที่ https:// www.apple.com/th/legal/privacy/

**5. บริการและข้อมูลของบุคคลภายนอก**
(ก) ซอฟต์แวร์ของ Apple อาจทำให้สามารถเข้าถึง iTunes Store, App Store, Apple Books, Game Center, iCloud, Maps, News, Fitness+ ของ Apple และบริการอื่นๆ ของ Apple และของบุคคลภายนอก ซึ่งรวมทั้ง เว็บไซต์ต่างๆ (รวมกันและแยกกันเรียกว่า "บริการ") การใช้บริการนี้จะต้องเข้าถึงอินเทอร์เน็ต และในการใช้บริการบาง อย่าง ซึ่งอาจจำเป็นต้องใช้ Apple ID ของคุณ คุณอาจจำต้องยอมรับข้อกำหนดเพิ่มเติม และอาจต้องชำระค่าธรรมเนียม เพิ่มเติม โดยที่การใช้ซอฟต์แวร์นี้ในส่วนที่เกี่ยวกับ Apple ID บัญชี หรือบริการของ Apple อื่นๆ ถือว่าคุณตกลงตาม ข้อกำหนดและเงื่อนไขของบริการนั้นๆ เช่น ข้อกำหนดและเงื่อนไขของบริการสื่อของ Apple ฉบับล่าสุด สำหรับ

ประเทศที่คุณเข้าถึงบริการดังกล่าว ซึ่งคุณอาจเข้าไปดูได้ที่ https://www.apple.com/th/legal/internet-services/itunes/th/terms.html

(ข) หากคุณลงทะเบียนเพื่อใช้งาน iCloud คุณอาจเข้าถึงรูปแบบการใช้งาน iCloud บางประเภท เช่น "iCloud Drive" "My Photo Stream" "Shared Albums" และ "Find My" ได้โดยตรงจากซอฟท์แวร์ของ Apple คุณทราบดีและตกลงว่าการใช้งาน iCloud ของคุณ และรูปแบบการใช้งานดังกล่าวนี้จะอยู่ภายใต้ข้อกำหนดและเงื่อนไขล่าสุดของการบริการ iCloud ซึ่งคุณอาจเข้าไปดูได้ที่ https://www.apple.com/th/legal/internet-services/icloud/th/terms.html

(ค) เนื้อหาของแอป News การที่คุณใช้เนื้อหาที่เข้าถึงผ่านทางแอปพลิเคชัน News จะจำกัดอยู่เฉพาะการใช้งานส่วนบุคคลที่ไม่ใช่เพื่อการค้าและไม่มีการโอนผลประโยชน์ในกรรมสิทธิ์ใดๆ ให้แก่คุณในส่วนของเนื้อหา และโดยเฉพาะอย่างยิ่งจะไม่รวมถึงแต่ไม่จำกัดเพียงสิทธิการใช้เพื่อการพาณิชย์หรือเพื่อส่งเสริมการขายใดๆ ในเนื้อหาดังกล่าว

(ง) แอปแผนที่ บริการและคุณสมบัติแผนที่ในซอฟต์แวร์ของ Apple ("แอปแผนที่") รวมทั้งการครอบคลุมของข้อมูลแผนที่อาจแตกต่างกันไปตามภูมิภาค เมื่อคุณเปิดหรือใช้งาน Maps รายละเอียดจะถูกจัดให้เกี่ยวกับข้อมูลใดที่ถูกส่งให้แก่ Apple และข้อมูลดังกล่าวจะถูกนำไปใช้อย่างไร คุณรับทราบและตกลงว่าการที่คุณใช้แอปแผนที่จะอยู่ภายใต้บังคับของข้อกำหนดและเงื่อนไขล่าสุดของบริการแอปแผนที่ ซึ่งคุณอาจเข้าถึงและตรวจสอบได้ที่การ์ดโฮมของแอปแผนที่

(ง) คุณเข้าใจว่า โดยการใช้บริการใดๆ คุณอาจจะพบกับเนื้อหาที่อาจถือว่าหยาบคาย ไม่เหมาะสม หรือน่ารังเกียจ ซึ่งจะจัดเป็นเนื้อหาที่ใช้ภาษาที่อาจชัดแจ้งหรือไม่ก็ได้ และเข้าใจว่าผลของการค้นหาหรือการใส่ URL เฉพาะเข้าไป อาจเชื่อมต่อไปยังหรืออ้างไปถึงข้อมูลที่น่ารังเกียจโดยอัตโนมัติหรือโดยไม่ตั้งใจก็ได้ อย่างไรก็ตามคุณตกลงที่จะใช้บริการด้วยความเสี่ยงของคุณเองฝ่ายเดียว และ Apple บริษัทในเครือ ตัวแทน ตัวการ หรือผู้อนุญาตให้ใช้สิทธิของ Apple ไม่มีความรับผิดต่อคุณสำหรับเนื้อหาที่อาจมีลักษณะเป็นการคุกคาม ไม่เหมาะสม หรือน่ารังเกียจ

(ฉ) บริการบางอย่างอาจแสดง มี หรือให้เนื้อหา ข้อมูล สารสนเทศ แอปพลิเคชัน หรือข้อมูลต่างๆ จากบุคคลภายนอก ("ข้อมูลของบุคคลภายนอก") หรือให้เชื่อมต่อไปยังเว็บไซต์ของบุคคลภายนอกบางเว็บไซต์ โดยการใช้บริการ คุณยอมรับและตกลงว่า Apple ไม่รับผิดชอบต่อการตรวจสอบหรือประเมินเนื้อหา ความถูกต้อง ความครบถ้วน ความเหมาะแก่เวลา ความสมบูรณ์ การปฏิบัติตามลิขสิทธิ์ ความถูกต้องตามกฎหมาย ความเหมาะสม คุณภาพหรือลักษณะอื่นใดของข้อมูลหรือเว็บไซต์ของบุคคลภายนอกนั้น Apple เจ้าหน้าที่ บริษัทในเครือและบริษัทย่อยของ Apple ไม่รับประกัน หรือรับรอง และไม่รับเอา และจะไม่มีความรับผิดหรือความรับผิดชอบใดๆ ต่อคุณหรือต่อบุคคลอื่นใด สำหรับการให้บริการของบุคคลภายนอก ข้อมูลหรือเว็บไซต์ของบุคคลภายนอกใดๆ หรือสำหรับข้อมูลอื่นใด ผลิตภัณฑ์หรือการบริการของบุคคลภายนอก ข้อมูลและการเชื่อมต่อไปยังเว็บไซต์ของบุคคลภายนอกนั้น จัดให้เพื่อความสะดวกแก่คุณเท่านั้น

(ช) ทั้ง Apple และผู้ให้บริการข้อมูลของ Apple จะไม่รับประกันการมีอยู่ ความถูกต้อง ความสมบูรณ์ ความเชื่อถือได้หรือข้อมูลหุ้นที่ตรงต่อเวลา ข้อมูลเชิงพื้นที่ หรือข้อมูลอื่นใดที่ปรากฏขึ้นโดยบริการของ Apple ข้อมูลการเงินที่บริการใดๆ แสดงผลไว้ ถือเป็นข้อมูลทั่วไปเท่านั้นและไม่ควรเชื่อถือเป็นคำแนะนำในการลงทุน ก่อนทำธุรกรรมเกี่ยวกับหลักทรัพย์ใดๆ โดยอาศัยข้อมูลที่ได้จากการบริการ คุณควรปรึกษาผู้มีวิชาชีพทางการเงิน หรือหลักทรัพย์ ผู้ซึ่งมีคุณสมบัติถูกต้องตามกฎหมายการให้คำปรึกษาด้านการเงินหรือหลักทรัพย์ในประเทศหรือในภูมิภาคของคุณ ข้อมูลตำแหน่งที่ตั้งที่ให้โดยบริการใดๆ รวมถึงบริการ Apple Maps นั้นให้โดยมีจุดมุ่งหมายสำหรับนำทางและ/หรือวางแผนโดยพื้นฐานเท่านั้น ไม่ได้มีวัตถุประสงค์ให้ใช้งานในสถานการณ์ที่ต้องการข้อมูลตำแหน่งที่ตั้งชัดเจน หรือเมื่อข้อมูลตำแหน่งที่ตั้งที่ผิดพลาด ไม่ตรง ช้ากว่าเวลาจริง หรือไม่สมบูรณ์อาจก่อให้ถึงแก่ความตาย เกิดอุบัติเหตุ หรือความเสียหายต่อทรัพย์สินหรือสิ่งแวดล้อม คุณควรใช้ได้รับจากบริการแอปแผนที่ด้วยความระมัดระวังที่กำไปใช้จากสภาพท้องถนนหรือภูมิประเทศที่แท้จริง อันเนื่องมาจากปัจจัยที่สามารถส่งผลกระทบต่อความถูกต้องของข้อมูลแอปแผนที่ เช่นปัจจัยดังต่อไปนี้แต่ไม่จำกัดเพียงอากาศ สภาพท้องถนนและจราจร และเหตุการณ์ภูมิรัฐศาสตร์ เพื่อความปลอดภัยของคุณเมื่อใช้งานโปรแกรมบอกเส้นทาง โปรดให้ความสนใจไปกับป้ายสัญลักษณ์ถนนที่มีการประกาศ และสภาพ

ท้องถนนในเวลาปัจจุบัน และขับรถด้วยความปลอดภัยและเป็นไปตามกฎจราจร และโปรดทราบว่าเส้นทางสำหรับการ
ขี่จักรยานและการเดินอาจไม่รวมเส้นทางที่กำหนดไว้เป็นการเฉพาะ

(ซ) ในกรณีที่คุณได้อัปโหลดเนื้อหาใดๆ ผ่านทางการใช้บริการ คุณรับรองว่าคุณเป็นเจ้าของในสิทธิทั้งปวง หรือมิเช่น
นั้นก็ได้รับอนุญาตตามกฎหมายให้อัปโหลดในเนื้อหาดังกล่าว และเนื้อหาดังกล่าวนั้น มิได้ฝ่าฝืนข้อกำหนดการบริการ
ที่ใช้บังคับกับการบริการ คุณตกลงว่า บริการเนื้อหา สารสนเทศ และข้อมูลอันเป็นทรัพย์สิทธิ ซึ่ง Apple เจ้าของ
พื้นที่ หรือผู้ให้ใช้สิทธิของบุคคลดังกล่าวเป็นเจ้าของ และได้รับการคุ้มครองโดยกฎหมายทรัพย์สินทางปัญญาและกฎ
หมายอื่นๆ ซึ่งรวมถึงโดยไม่จำกัดเฉพาะลิขสิทธิ์ และคุณตกลงว่าจะไม่ใช้เนื้อหา สารสนเทศ หรือข้อมูลอันเป็นทรัพย์
สิทธิ นอกเหนือไปจากวัตถุประสงค์เพื่อการใช้บริการที่ได้รับอนุญาตแล้ว หรือการใช้งานในลักษณะที่ไม่ได้เป็นไปตาม
ที่ระบุไว้ในข้อกำหนดของการใช้สิทธิซึ่งบันนี้ หรือที่จะเผยแพร่ในทรัพย์สินทางปัญญาของผู้อื่นหรือของ Apple บริการ
ทุกส่วนไม่อาจนำไปทำซ้ำไม่ว่าในรูปแบบใดหรือโดยวิธีใดก็ตาม คุณตกลงที่จะไม่แก้ไข ให้เช่า ให้ยืม ขาย จำหน่าย
หรือสร้างงานที่เป็นอนุพันธ์โดยอาศัยการบริการในลักษณะใดๆ และคุณจะไม่ใช้ประโยชน์ในทางที่ไม่ได้รับอนุญาต
ใดๆ ก็ตาม ซึ่งรวมถึงโดยไม่จำกัดเฉพาะการใช้บริการเพื่อเผยแพร่ไวรัสของคอมพิวเตอร์ เวอร์ม ม้าโทรจัน หรือมัลแวร์
หรือโดยการเจาะเข้าไป หรือเพิ่มภาระให้แก่ความจุของระบบเครือข่าย คุณตกลงยินยอมและตกลงที่จะไม่ใช้บริการใน
ลักษณะใดๆ เพื่อรังควาน ทำร้าย ติดตาม ข่มขู่ ดูหมิ่น หรือละเมิดหรือฝ่าฝืนโดยประการอื่นซึ่งสิทธิของบุคคลอื่นใด
และตกลงว่า Apple ไม่รับผิดชอบในทางใดๆ ต่อการใช้ใดๆ โดยคุณ หรือต่อการที่คุณอาจได้รับข้อความหรือการ
ถ่ายโอนข้อมูลใดซึ่งมีลักษณะเป็นการรังควาน การข่มขู่ การดูหมิ่น การคุกคาม การละเมิดสิทธิ หรือผิดกฎหมาย อัน
เป็นผลจากการใช้บริการใดๆ

(ฌ) นอกจากนั้น การบริการและข้อมูลของบุคคลภายนอกดังกล่าวอาจมิได้มีการจัดทำไว้ในทุกภาษาหรือมีอยู่ทุก
ประเทศ หรือทุกภูมิภาค Apple ไม่ได้แถลงว่าบริการและข้อมูลของบุคคลภายนอกดังกล่าวมีความเหมาะสมหรือมีไว้
เพื่อการใช้เฉพาะพื้นที่ใดๆ เท่าที่คุณเลือกที่จะใช้หรือเข้าถึงบริการหรือข้อมูลของบุคคลภายนอกดังกล่าว คุณทำเช่น
นั้นด้วยการเริ่มของคุณเอง และคุณจะต้องรับผิดชอบในการปฏิบัติตามกฎหมายใดๆ ที่ใช้บังคับ ซึ่งรวมถึงโดยไม่
จำกัดเฉพาะกฎหมายท้องถิ่นที่ใช้บังคับและกฎหมายว่าด้วยความเป็นส่วนตัวและการเก็บรวบรวมข้อมูล การแชร์หรือ
การซิงค์ภาพถ่ายโดยผ่านหลายอุปกรณ์ของคุณอาจทำให้เมตาดาต้า รวมทั้งข้อมูลว่าภาพถ่ายถูกบันทึกที่ไหนและเมื่อใด
และข้อมูลเชิงลึก ถูกส่งไปพร้อมกับภาพถ่าย การใช้บริการของ Apple (เช่น iCloud Photo Library) เพื่อแชร์หรือ
ซิงค์ภาพถ่ายดังกล่าวจะเกี่ยวข้องกับการที่ Apple ได้รับและจัดเก็บเมตาดาต้าดังกล่าว โดย Apple และผู้ให้ใช้สิทธิ
ของตนสงวนสิทธิที่จะเปลี่ยน ระงับ ลบ หรือปิดการเข้าถึงบริการ ณ เวลาใดๆ ก็ได้ โดยไม่ต้องแจ้งให้ทราบ ไม่ว่าใน
กรณีใดๆ Apple จะไม่รับผิดต่อการย้ายออก หรือการทำให้เข้าบริการดังกล่าวใดๆ ไม่ได้ อีกทั้ง Apple ยังอาจจำกัด
การใช้หรือการเข้าถึงบริการบางอย่างอีกด้วย ไม่ว่าในกรณีใดๆ โดยไม่ต้องแจ้งให้ทราบหรือโดยไม่ต้องรับผิด

**6. การสิ้นสุด** ใบอนุญาตให้ใช้สิทธินี้มีผลบังคับใช้ปจนกว่าจะมีการบอกเลิก สิทธิของคุณตามใบอนุญาตให้ใช้สิทธินี้จะ
สิ้นสุดลงโดยอัตโนมัติหรือสิ้นผลแต่โดยประการอื่นโดย Apple ไม่ต้องแจ้งให้ทราบ ถ้าคุณไม่ปฏิบัติตามข้อกำหนด
ใดของในอนุญาตให้ใช้สิทธินี้ เมื่อยกเลิกการให้ใช้สิทธิแล้ว คุณจะต้องหยุดใช้ซอฟต์แวร์ของ Apple ทั้งหมด โดยใบ
อนุญาตให้ใช้สิทธินี้ในข้อ 4, 5, 6, 7, 8, 9, 10, 12 และ 13 จะยังมีผลใช้บังคับต่อไปภายหลังการบอกเลิก

**7. การปฏิเสธการรับประกัน**
7.1    ถ้าคุณเป็นลูกค้าซึ่งเป็นผู้บริโภค (ผู้ใช้ซอฟต์แวร์ของ Apple นอกจากในทางประกอบกิจการค้า ธุรกิจ หรือ
วิชาชีพของคุณ) คุณอาจมีสิทธิตามกฎหมายในประเทศที่คุณพำนักอยู่ซึ่งห้ามมิให้กำหนดข้อจำกัดต่อไปนี้เพื่อใช้บังคับ
แก่คุณ และในกรณีที่ห้าม ข้อจำกัดนั้นจะไม่ใช้บังคับแก่คุณ คุณควรติดต่อหน่วยงานให้คำปรึกษาผู้บริโภคในท้องถิ่น
เพื่อดูเพิ่มเติมเกี่ยวกับสิทธิต่างๆ

7.2    คุณยอมรับและตกลงอย่างชัดแจ้งว่า เท่าที่กฎหมายที่เกี่ยวข้องจะอนุญาต การใช้ซอฟต์แวร์ของ Apple และ
บริการใดๆ ที่กระทำขึ้นโดยหรือเข้าถึงทางซอฟต์แวร์ของ Apple เป็นความเสี่ยงของคุณแต่เพียงฝ่ายเดียว และความ
เสี่ยงทั้งหมดเกี่ยวกับคุณภาพที่พึงพอใจ การทำงาน ความถูกต้องและความพยายามอยู่ที่คุณ

7.3    เท่าที่กฎหมายที่ใช้บังคับจะอนุญาตให้กระทำได้ ซอฟต์แวร์และบริการของ Apple ถูกจัดทำขึ้น "ตามสภาพ"

และ "ตามที่มี" พร้อมกับข้อบกพร่องทั้งหมด และปราศจากการรับประกันทุกประเภท และโดยข้อนี้ Apple และผู้ให้ใช้สิทธิ์ของ Apple (รวมเรียกว่า "Apple" เพื่อวัตถุประสงค์ของข้อ 7 และข้อ 8) ขอปฏิเสธการรับประกันและเงื่อนไขทั้งหมดในส่วนที่เกี่ยวกับซอฟต์แวร์และบริการของ Apple ไม่ว่าโดยชัดแจ้ง โดยปริยาย หรือตามกฎหมาย ซึ่งรวมถึงโดยไม่จำกัดเฉพาะการรับประกันโดยปริยาย และ/หรือสภาพที่เหมาะสมแก่การวางตลาด คุณภาพที่น่าพึงพอใจ ความเหมาะกับวัตถุประสงค์เฉพาะอย่าง ความถูกต้อง การใช้โดยสงบ และการไม่ละเมิดสิทธิของบุคคลภายนอก

7.4    Apple ไม่รับประกันว่าการใช้ซอฟต์แวร์และบริการของ Apple ของคุณจะปราศจากการรบกวน และไม่รับประกันว่าฟังก์ชันที่มีอยู่ในหรือบริการที่ให้พึงที่จัดทำโดยซอฟต์แวร์ของ Apple จะตอบสนองความต้องการของคุณได้ หรือการปฏิบัติการของซอฟต์แวร์หรือบริการของ Apple จะไม่ถูกขัดขวาง หรือไม่มีข้อผิดพลาด หรือบริการใดจะยังคงมีการให้บริการอยู่ต่อไป หรือข้อข้อบกพร่องบกพร่องของซอฟต์แวร์และบริการของ Apple จะได้รับการแก้ไข หรือว่าซอฟต์แวร์ของ Apple จะเข้ากันได้หรือทำงานร่วมกันได้กับซอฟต์แวร์ แอปพลิเคชัน หรือการบริการของบุคคลภายนอกใดๆ การติดตั้งซอฟต์แวร์ของ Apple นี้อาจกระทบการมีให้บริการและความสามารถในการใช้ของซอฟต์แวร์ของบุคคลภายนอก แอปพลิเคชัน หรือบริการของบุคคลภายนอก ตลอดจนผลิตภัณฑ์และบริการของ Apple

7.5    คุณยอมรับต่อไปว่า ซอฟต์แวร์ของ Apple และการบริการมิได้มุ่งหมายหรือเหมาะสำหรับใช้ในสถานการณ์หรือสภาพแวดล้อมต่างๆ ที่ความล้มเหลว ความล่าช้า ความผิดพลาด หรือความไม่ถูกต้องในเนื้อหา ข้อมูล หรือสารสนเทศที่จัดให้โดยซอฟต์แวร์ของ Apple หรือบริการ อาจจะนำไปสู่การเสียชีวิต ความเสียหายส่วนบุคคล หรือความเสียหายทางกายภาพหรือสภาพแวดล้อมอย่างร้ายแรง ซึ่งรวมถึงโดยไม่จำกัดเฉพาะการปฏิบัติการของโรงงานนิวเคลียร์ การนำทางการบินของเครื่องบิน หรือระบบสื่อสารต่างๆ การควบคุมการจราจรทางอากาศ ระบบสนับสนุนชีวิต และระบบอาวุธ

7.6 สารสนเทศหรือคำแนะนำ ที่ทำด้วยวาจาหรือเป็นลายลักษณ์อักษร ที่ Apple หรือผู้แทนที่ได้รับอนุญาตได้ให้ไว้ไม่ก่อให้เกิดการรับประกันแต่อย่างใด ถ้าพิสูจน์ได้ว่า ซอฟต์แวร์ของ Apple หรือบริการ ชำรุดบกพร่อง คุณเป็นผู้รับภาระค่าใช้จ่ายทั้งปวงที่จำเป็นแก่การบริการ การซ่อมแซม หรือการแก้ไข ในบางเขตอำนาจไม่อนุญาตให้ยกเว้นการรับประกันโดยปริยาย หรือการจำกัดการบังคับใช้สิทธิตามกฎหมายของผู้บริโภค ดังนั้นการยกเว้นและการจำกัดข้างต้นจะไม่นำมาใช้กับคุณ

**8. ข้อจำกัดความรับผิด** เท่าที่กฎหมายที่เกี่ยวข้องมิได้ห้ามไว้ ไม่ว่ากรณีใดๆ Apple บริษัทในเครือ ตัวแทน หรือตัวการของ Apple ไม่ต้องรับผิดต่อการบาดเจ็บเสียหายส่วนบุคคลหรือความเสียหายอันเนื่องมาจากการผิดสัญญา ความเสียหายพิเศษ ความเสียหายทางอ้อม หรือความเสียหายต่อเนื่อง ซึ่งรวมถึงแต่ไม่จำกัดเฉพาะค่าเสียหายเพื่อการสูญเสียกำไร การเสียหายหรือสูญเสียข้อมูล การไม่สามารถส่งหรือรับข้อมูลใดๆ (รวมทั้งแต่ไม่จำกัดเพียงคำสั่ง การมอบหมายงาน และวัสดุเอกสารในหลักสูตร) การหยุดชะงักของธุรกิจ หรือความสูญหายหรือเสียหายเชิงพาณิชย์อื่นใดที่เกิดจากหรือเกี่ยวกับการที่คุณใช้หรือไม่สามารถใช้ซอฟต์แวร์ของ Apple และบริการ หรือซอฟต์แวร์ แอปพลิเคชันหรือบริการใดๆ ของบุคคลภายนอกร่วมกับซอฟต์แวร์ของ Apple หรือบริการ ไม่ว่าจะเกิดด้วยเหตุใดก็ตาม โดยมิพักต้องคำนึงถึงทฤษฎีความรับผิด (ในแง่สัญญา มูลละเมิด หรือมูลอื่น) และแม้ Apple จะได้รับแจ้งถึงความเป็นไปได้ที่จะเกิดความเสียหายดังกล่าวแล้วก็ตาม เขตปกครองบางเขตไม่อนุญาตให้ตัดหรือจำกัดความรับผิดสำหรับการเจ็บของบุคคล หรือความเสียหายที่เกี่ยวเนื่อง หรือที่มิได้เกิดโดยตรงแต่เกิดต่อเนื่องจากผลของการกระทำ ดังนั้นการจำกัดนี้อาจไม่นำมาใช้กับคุณ ไม่ว่ากรณีใดๆ ความรับผิดทั้งหมดของ Apple ต่อคุณสำหรับค่าเสียหายทั้งหมด(นอกเหนือจากที่กฎหมายอาจจะกำหนดไว้ ในกรณีเกี่ยวกับการบาดเจ็บของบุคคล) เกินจำนวนสองร้อยห้าสิบ (250) เหรียญสหรัฐ ข้อจำกัดข้างต้นจะยังมีผลใช้บังคับแม้การแก้ไขเยียวยาที่ระบุไว้ข้างต้นจะไม่เป็นไปตามวัตถุประสงค์ในสาระสำคัญ โดยไม่คำนึงถึงข้อกำหนดอื่นใดในสิทธิการใช้งานนี้ หากกฎหมายสัญญาผู้บริโภคของญี่ปุ่นมีผลบังคับใช้ ข้อกำหนดที่จำกัดความรับผิดของ Apple ต่อความเสียหายที่เกิดจากการละเมิดสัญญาหรือการละเมิดที่ Apple กระทำจะไม่มีผลบังคับใช้หากความเสียหายดังกล่าวเกิดจากการกระทำผิดโดยเจตนาหรือความประมาทอย่างรุนแรงของ Apple

**9. หนังสือรับรองดิจิทัล** ซอฟต์แวร์ของ Apple มีฟังก์ชันทำงานที่ทำให้รับหนังสือรับรองในรูปดิจิทัลได้ ไม่ว่าจะเป็นหนังสือรับรองที่ Apple หรือบุคคลภายนอกออกให้ คุณเป็นผู้รับผิดชอบแต่เพียงผู้เดียวในการตัดสินใจว่า จะเชื่อถือตามหนังสือรับรองที่ Apple หรือบุคคลภายนอกออกให้หรือไม่ การที่คุณใช้หนังสือรับรองดิจิทัลย่อมเป็นความเสี่ยง

ภัยของคุณเอง เท่าที่กฎหมายที่เกี่ยวข้องอนุญาตให้ทำได้ Apple ไม่รับประกันหรือรับรอง ไม่ว่าโดยชัดแจ้งหรือโดย ปริยาย เกี่ยวกับสภาพที่ซื้อขายได้หรือความเหมาะสมการหนึ่ง ความถูกต้อง ความปลอดภัย หรือการไม่ละเมิด สิทธิของบุคคลภายนอกในส่วนที่เกี่ยวกับหนังสือรับรองดิจิทัล

**10. การควบคุมการส่งออก** คุณจะใช้หรือส่งออกหรือส่งกลับออกไปโดยประการอื่นซึ่งซอฟต์แวร์ของ Apple ไม่ได้ เว้นแต่จะได้รับอนุญาตตามกฎหมายของสหรัฐและกฎหมายของเขตอำนาจที่คุณได้รับซอฟต์แวร์ของ Apple โดย เจาะจงแต่ไม่จำกัดเฉพาะการห้ามส่งออกหรือส่งกลับออกไปซึ่งซอฟต์แวร์ของ Apple (ก) ไปยังประเทศใดๆ ที่ สหรัฐออกมาตรการสั่งห้ามส่งไป หรือ (ข) ไปยังบุคคลใดๆ ที่อยู่ในรายชื่อผู้มีสัญชาติซึ่งระบุไว้เป็นพิเศษของกระทรวงการ คลังสหรัฐ หรือรายชื่อบุคคลหรือองค์กรที่ถูกปฏิเสธโดยกระทรวงพาณิชย์สหรัฐ หรือบัญชีบุคคลต้องห้ามอื่นใด โดย การใช้ซอฟต์แวร์ของ Apple คุณแสดงและรับประกันว่า คุณไม่ได้ทำนักอยู่ในประเทศใดๆ ดังกล่าว หรือไม่ได้อยู่ใน รายชื่อใดๆ ดังกล่าว คุณยังตกลงด้วยว่า คุณจะไม่ใช้ซอฟต์แวร์ของ Apple เพื่อการใดๆ ที่กฎหมายสหรัฐห้ามไว้ ซึ่ง รวมถึงโดยไม่จำกัดเฉพาะการพัฒนา ออกแบบ ทำ หรือผลิตนิวเคลียร์ อาวุธนิวเคลียร์ อาวุธเคมี หรืออาวุธชีวภาพ

**11. ผู้ใช้ปลายทางภาครัฐ** ซอฟต์แวร์ของ Apple และเอกสารที่เกี่ยวข้องเป็น "สินค้า" ตามที่นิยามไว้ใน 48 C.F.R. §2.101 อันประกอบด้วย "ซอฟต์แวร์คอมพิวเตอร์เชิงพาณิชย์" และ "เอกสารซอฟต์แวร์คอมพิวเตอร์เชิงพาณิชย์" ตามที่ใช้ใน 48 C.F.R. §12.212 หรือ 48 C.F.R. §227.7202 แล้วแต่กรณี โดยสอดคล้องกับ 48 C.F.R. §12.212 หรือ 48 C.F.R. §227.7202-1 ถึง §227.7202-4 แล้วแต่กรณี ซอฟต์แวร์คอมพิวเตอร์เชิงพาณิชย์ และเอกสารซอฟต์แวร์คอมพิวเตอร์เชิงพาณิชย์นั้น อนุญาตให้ผู้ใช้ที่เป็นรัฐบาลสหรัฐใช้ (ก) เป็นสินค้าเท่านั้น และ (ข) โดยให้มีเพียงสิทธิที่ให้แก่ผู้ใช้ปลายทางรายอื่นตามข้อกำหนดและเงื่อนไขในสัญญาอนุญาตให้ใช้สิทธินี้ ส่วน สิทธิในงานที่ไม่ได้เผยแพร่ ให้สงวนไว้ตามกฎหมายลิขสิทธิ์สหรัฐ

**12. กฎหมายที่ใช้บังคับและการแยกจากกันได้ของข้อสัญญา** ใบอนุญาตให้ใช้สิทธินี้ให้ใช้บังคับและตีความตาม กฎหมายรัฐแคลิฟอร์เนีย โดยมีพักต้องคำนึงถึงหลักว่าด้วยการขัดกันแห่งกฎหมาย การใช้สิทธินี้ไม่อยู่ภายใต้การ บังคับใช้ตามอนุสัญญาของสหประชาชาติว่าด้วยการขายสินค้าระหว่างประเทศ ซึ่งถูกยกเว้นไว้โดยชัดแจ้ง หากคุณ เป็นผู้บริโภคซึ่งอยู่ในสหราชอาณาจักร ใบอนุญาตให้ใช้สิทธินี้จะอยู่ภายใต้บังคับกฎหมายของเขตอำนาจในถิ่นที่อยู่ ของคุณ หากศาลที่มีอำนาจแห่งหนึ่งใดวินิจฉัยว่า ข้อความหรือส่วนใดๆ ไม่สามารถใช้บังคับได้ ให้ส่วนที่เหลือของใบ อนุญาตให้ใช้สิทธินี้ยังคงมีผลบังคับโดยสมบูรณ์ต่อไป

**13. สัญญาอันบริบูรณ์ว่าด้วยภาษาที่ใช้บังคับ** ภาษาที่ใช้บังคับ ใบอนุญาตให้ใช้สิทธินี้เป็นสัญญาอันบริบูรณ์ระหว่าง คุณกับ Apple ในส่วนที่เกี่ยวกับซอฟต์แวร์ของ Apple และให้แทนที่ความเข้าใจที่มีอยู่ก่อนหรือที่มีขึ้นพร้อมกัน ทั้งหมดเกี่ยวกับเรื่องดังกล่าว การแก้ไขหรือเปลี่ยนแปลงใบอนุญาตให้ใช้สิทธินี้จะไม่มีผลผูกพัน เว้นแต่จะทำเป็นลาย ลักษณ์อักษรและลงลายมือชื่อโดย Apple คำแปลของใบอนุญาตให้ใช้สิทธินี้จัดทำขึ้นตามความต้องการของท้องถิ่น และหากมีข้อพิพาทระหว่างฉบับภาษาอังกฤษกับฉบับที่มิใช่ภาษาอังกฤษ ให้ใช้ใบอนุญาตให้ใช้สิทธิฉบับภาษา อังกฤษนี้บังคับเท่าที่กฎหมายท้องถิ่นในประเทศของคุณมิได้ห้ามไว้

**14. การยอมรับบุคคลภายนอก** ส่วนต่างๆ ของซอฟต์แวร์ของ Apple อาจใช้หรือมีซอฟต์แวร์ของบุคคลภายนอกและ งานอันมีลิขสิทธิ์อื่นๆ อยู่ด้วย ข้อความยอมรับ ข้อกำหนดของการให้ใช้สิทธิ และข้อความปฏิเสธความรับผิดสำหรับ ซอฟต์แวร์และงานดังกล่าวมีอยู่ในเอกสารอิเล็กทรอนิกส์สำหรับซอฟต์แวร์ของ Apple และการใช้ซอฟต์แวร์และงาน ดังกล่าวของคุณอยู่ภายใต้การบังคับของข้อกำหนดที่เกี่ยวข้องกับการใช้ซอฟต์แวร์และงานดังกล่าว การใช้บริการ กูเกิลเซฟเบราซิงเซอร์วิสอยู่ภายใต้บังคับเงื่อนไขบริการของ Google (https://www.google.com/intl/th/ policies/terms/) และนโยบายความเป็นส่วนตัวของ Google (https://www.google.com/intl/th/policies/ privacy/)

**15. การใช้ MPEG-4; การแจ้ง H.264 AVC**
(ก) ซอฟต์แวร์ของ Apple ได้รับอนุญาตภายใต้การให้ใช้สิทธิ์ชุดสิทธิบัตรระบบ MPEG-4 (MPEG-4 Systems Patent Portfolio License) สำหรับการเข้ารหัสตามมาตรฐานระบบ MPEG-4 (MPEG-4 Systems Standard) เว้นแต่จำเป็นต้องมีการให้ใช้สิทธิ์เพิ่ม หรือการจ่ายค่าสิทธิ์เพิ่มสำหรับการเข้ารหัสในส่วนที่เกี่ยวกับ (i) ข้อมูลที่เก็บไว้

หรือที่ทำซ้ำในสื่อที่มีรูปร่างซึ่งจ่ายให้เป็นรายๆไปตามแต่กรณี และ/หรือ (ii) ข้อมูลซึ่งจ่ายให้เป็นรายๆไปตามแต่กรณี และถูกลง ให้แก่ผู้ใช้สุดท้ายสำหรับเก็บไว้แล้ว/หรือเป็นการถาวร การให้ใช้สิทธิ์เพิ่มเติมดังกล่าวอาจขอรับได้จาก บริษัท MPEG LA, LLC. โปรดดูรายละเอียดเพิ่มเติมที่ https://www.mpegla.com

(ข) ซอฟต์แวร์ของ Apple มีฟังก์ชันการทำงานเข้ารหัสและ/หรือถอดรหัส MPEG-4 โดยซอฟต์แวร์ของ Apple ได้รับ สิทธิ์ภายใต้การให้ใช้สิทธิ์ชุดสิทธิบัตรภาพ MPEG-4 (MPEG-4 Visual Patent Portfolio License) สำหรับการ ใช้ส่วนบุคคลและมิใช่เพื่อการค้าของผู้ใช้เพื่อ (1) เข้ารหัสวิดีทัศน์ตามมาตรฐานภาพ MPEG-4 (วีดีทัศน์ MPEG-4) และ/หรือ (2) ถอดรหัสวิดีทัศน์ MPEG-4 ซึ่งเข้ารหัสโดยผู้ใช้ที่ทำกิจกรรมส่วนบุคคล และที่มิใช่เพื่อการค้า และ/หรือ ที่ได้จากผู้ให้บริการวิดีทัศน์ที่ได้ใช้สิทธิ์โดย MPEG LA โดยจะไม่มีการให้ใช้สิทธิ์หรือให้สิทธิ์โดยปริยายสำหรับการ ใช้อื่นใด ข้อมูลเพิ่มเติม รวมทั้งที่เกี่ยวกับการใช้เพื่อส่งเสริมการขาย การใช้ทางใน และการใช้เพื่อการค้า และการให้ ใช้สิทธิ์อาจหาได้จาก MPEG LA, LLC. โปรดดูที่ https://www.mpegla.com

(ค) ซอฟต์แวร์ของ Apple มีฟังก์ชันทำการเข้ารหัส และ/หรือถอดรหัส AVC การใช้ H.264 AVC ในทางการค้า จะ ต้องได้รับสิทธิ์เพิ่มเติม และใช้ข้อกำหนดต่อไปนี้บังคับ: ฟังก์ชันทำงานของ AVC ในซอฟต์แวร์ของ Apple ได้รับสิทธิ์ ในที่นี้เพื่อใช้ส่วนบุคคลและมิใช่เพื่อการค้าของผู้ใช้ เพื่อ (1) เข้ารหัสวิดีทัศน์ตามมาตรฐาน AVC ("วีดีทัศน์ AVC") และ/หรือ (2) การถอดรหัสวิดีทัศน์ AVC ที่ถูกเข้ารหัสโดยผู้ใช้ที่เกี่ยวข้องกับกิจกรรมส่วนบุคคลและมิใช่เพื่อการค้า และ/หรือวิดีทัศน์ AVC ที่ได้รับจากผู้ให้บริการวิดีทัศน์ที่ได้รับสิทธิ์ในการให้บริการวิดีทัศน์ สารสนเทศเกี่ยวกับการใช้ และการให้ใช้สิทธิ์อื่นๆ อาจหาได้จาก MPEG LA L.L.C. โปรดดูที่ https://www.mpegla.com

**16. ข้อจำกัดบริการการค้นหาของ Yahoo** การบริการการค้นหาของ Yahoo ผ่าน Safari ได้รับสิทธิ์ให้ใช้ในประเทศ และภูมิภาคที่ต่อไปนี้ อาร์เจนตินา อารูบา ออสเตรเลีย ออสเตรีย บาร์เบโดส เบลเยียม เบอร์มิวดา บราซิล บัลแกเรีย แคนาดา หมู่เกาะเคย์แมน ชิลี จีนแผ่นดินใหญ่ ฮ่องกง ไต้หวัน โคลัมเบีย ไซปรัส สาธารณรัฐเช็ก เดนมาร์ก สาธารณรัฐโดมินิกัน เอกวาดอร์ เอลซัลวาดอร์ ฟินแลนด์ ฝรั่งเศส เยอรมัน กรีซ เกรนดา กัวเตมาลา ฮังการี ไอซ์ แลนด์ อินเดีย อินโดนีเซีย ไอร์แลนด์ อิตาลี จาเมกา ญี่ปุ่น ลัตเวีย ลิทัวเนีย ลักเซมเบิร์ก มาเลเซีย มอลตา เม็กซิโก เนเธอร์แลนด์ นิวซีแลนด์ นิการากัว นอร์เวย์ ปานามา เปรู ฟิลิปปินส์ โปแลนด์ โปรตุเกส เปอร์โตริโก โรมาเนีย สิงคโปร์ สโลวัก สโลวีเนีย เกาหลีใต้ สเปน เซนต์ลูเซีย เซนต์วินเซนต์ สวีเดน สวิตเซอร์แลนด์ ไทย บาฮามาส ตรินิแดดและโตเบโก ตุรกี สหราชอาณาจักร อุรุกวัย สหรัฐ และเวเนซุเอลา

**17. คำบอกกล่าวเกี่ยวกับ Microsoft Exchange** การตั้งค่าเมล Microsoft Exchange ในซอฟต์แวร์ของ Apple อนุญาตให้ใช้สิทธิได้เฉพาะเพื่อการเชื่อมผ่านทางอากาศกับข้อมูลต่างๆ อาทิ อีเมล ข้อมูลติดต่อ ปฏิทิน และงาน โดย เกิดขึ้นระหว่างอุปกรณ์ของคุณกับ Microsoft Exchange Server หรือซอฟต์แวร์เซิร์ฟเวอร์อื่นที่ Microsoft อนุญาต ให้ใช้สิทธิเพื่อการนำไปใช้กับโปรโตคอล Microsoft Exchange ActiveSync

EA1806
8/7/2565

————————————————
**ข้อกำหนดและเงื่อนไขเพิ่มเติมสำหรับ Apple Pay และกระเป๋าสตางค์**

ข้อกำหนดและเงื่อนไขเพิ่มเติมสำหรับ Apple Pay และกระเป๋าสตางค์ นี้ ("ข้อกำหนดเพิ่มเติมนี้") เป็นส่วนเสริมของ สัญญาอนุญาตให้ใช้สิทธิในซอฟต์แวร์ Apple ("ใบอนุญาตให้ใช้สิทธิ") ทั้งข้อกำหนดของใบอนุญาตให้ใช้สิทธิและ ข้อกำหนดเพิ่มเติมนี้จะใช้บังคับกับการที่คุณใช้รูปแบบการใช้งานของ Apple Pay ("Apple Pay") และแอปพลิเคชัน กระเป๋าสตางค์ Apple ("กระเป๋าสตางค์") ใน Apple Watch ของคุณ ซึ่งจะถือว่าเป็น "บริการ" ภายใต้ใบอนุญาต ให้ใช้สิทธิ ถ้อยคำที่ขึ้นต้นด้วยอักษรพิมพ์ใหญ่ที่ใช้อยู่ในข้อกำหนดเพิ่มเติมนี้จะมีความหมายตามที่กำหนดอยู่ในใบ อนุญาตให้ใช้สิทธิ

**1. ภาพรวม**

**Apple Pay**

Apple Pay อนุญาตให้คุณ

- จ่ายเงินแบบไม่มีการสัมผัสโดยใช้บัตรเครดิต บัตรเดบิต และบัตรชำระเงินล่วงหน้า รวมทั้ง Apple Card และบัตร Apple Cash ในสถานที่บางแห่งหรือภายในแอปหรือเว็บไซต์ที่กำหนด
- ส่งการชำระเงินระหว่างบุคคลถึงบุคคลให้แก่ผู้ใช้ Apple Cash รายอื่น และ
- ติดตามคำสั่งซื้อและดูใบเสร็จอย่างละเอียด

Apple Pay และคุณสมบัติบางอย่างของ Apple Pay อาจมีให้บริการเฉพาะในบางภูมิภาค เฉพาะกับผู้ออกบัตร เครือข่ายการชำระเงิน ผู้ค้า และบุคคลภายนอกอื่นๆ บางราย

**แอปกระเป๋าสตางค์**

กระเป๋าสตางค์ของ Appleอนุญาตให้คุณจัดเก็บการแสดงข้อมูลแบบเสมือนสำหรับบัตรเครดิต บัตรเดบิต และบัตรชำระเงินล่วงหน้าที่จะใช้กับ Apple Pay (เรียกรวมกันว่า "บัตร Apple Pay")ตลอดจนบัตรประเภทอื่นๆ บัตรผ่านและกุญแจ รวมทั้งแต่ไม่จำกัดเพียงสิ่งต่อไปนี้ (เรียกรวมกันว่า "บัตรกระเป๋าสตางค์" และเมื่อร่วมกับบัตร Apple Pay จะเรียกว่า "บัตรที่มีการรองรับ")

- บัตรรางวัล
- บัตรเดินทาง
- ตั๋ว
- บัตรผ่านสำหรับสมาชิก
- กุญแจรถยนต์
- กุญแจบ้าน
- กุญแจสถานบริการ
- ป้ายชื่อนิติบุคคล
- บัตรประจำตัวนักเรียน และ
- ใบขับขี่และบัตรประจำตัวประชาชนที่ออกโดยรัฐบาลหรือรัฐ ("บัตรประจำตัวประชาชน")

บัตรกระเป๋าสตางค์อาจมีให้บริการเฉพาะในบางพื้นที่และกับหุ้นส่วนที่ได้รับการคัดเลือกเท่านั้น บัตรประจำตัวประชาชนอาจมีให้บริการเฉพาะแก่ผู้มีถิ่นพำนักในรัฐที่เข้าร่วมเท่านั้น และการแสดงบัตรอาจแตกต่างกันในแต่ละรัฐหรือสถานที่

บัตรที่รองรับอาจมีการเปลี่ยนแปลงเป็นครั้งคราว

**2. คุณสมบัติที่เข้าเกณฑ์**

ในการใช้งานแอป Apple Pay และกระเป๋าสตางค์ คุณจะต้องมี (1) อุปกรณ์ที่มีการรองรับที่ใช้ซอฟต์แวร์ปฏิบัติการในเวอร์ชั่นที่รองรับบริการ (แนะนำให้ใช้เวอร์ชั่นล่าสุดซึ่งบางครั้งจะเป็นเวอร์ชั่นที่กำหนด) (2) Apple ID ที่มีอยู่ร่วมกับบัญชี iCloud ที่ยังมีผลใช้ได้อย่างสมบูรณ์กับ Apple และ (3) การเข้าถึงอินเทอร์เน็ต (อาจมีค่าบริการ) ภายใต้ข้อยกเว้นสำหรับ Apple Cash Family และบัตร e-Money บางราย ทั้งนี้ Apple Pay มีให้บริการเฉพาะแก่บุคคลที่มีอายุตั้งแต่ 13 ปีขึ้นไป และอาจอยู่ภายใต้ข้อจำกัดเพิ่มเติมด้านอายุที่กำหนดโดย iCloud หรือผู้ออกบัตร ผู้ค้า หรือบุคคลภายนอกอื่นๆ ที่เกี่ยวข้อง ทั้งนี้บัตรเดินทาง, บัตร e-Money, บัตรประจำตัวประชาชน, บัตรประจำตัวพนักงานและกุญแจ จะมีให้บริการอยู่ในอุปกรณ์ iOS เท่านั้น

ถ้าหากคุณเป็นบิดามารดาหรือผู้ปกครองตามกฎหมายของ iCloud Family ("ผู้จัดการ") คุณอาจเชิญสมาชิกใน

ครอบครัว รวมทั้งบุคคลที่อายุต่ำกว่า 13 ปี (หรืออายุขั้นต่ำเทียบเท่าในประเทศที่เกี่ยวข้อง) เพื่อจัดหาและใช้บัตรเดิน ทางตามที่มีสิทธิในกระเป๋าสตางค์ ในฐานะผู้จัดการ คุณจะต้องรับผิดชอบการชำระเงิน การซื้อ และธุรกรรมทั้งหมดที่ ได้กระทำโดยใช้บัตรเดินทางที่ออกให้แก่สมาชิกในครอบครัว รวมทั้งรายการต่างๆ ที่สมาชิกในครอบครัวได้กระทำ การมีสิทธิและการใช้บัตรเดินทางในกระเป๋าสตางค์จะอยู่ภายใต้บังคับของข้อกำหนดและเงื่อนไขของตัวแทนการเดิน ทางที่เกี่ยวข้อง ผู้จัดการต้องรับผิดชอบต่อการปฏิบัติตามข้อกำหนดและเงื่อนไขดังกล่าว และรับความเสี่ยงทั้งหมดที่ เกี่ยวข้องกับการเปิดใช้บัตรเดินทางให้กับสมาชิกคนใดๆ ในครอบครัว เมื่อสมาชิกในครอบครัวคนหนึ่งออกจากหรือ ถูกถอดออกจากครอบครัว สมาชิกในครอบครัวรายดังกล่าวจะไม่สามารถเติมเงินเข้าบัตรเดินทางได้อีกต่อไป และจะ สามารถใช้บัตรเพื่อทำธุรกรรมได้เฉพาะจนกระทั่งเงินคงเหลือในบัญชีบัตรดังกล่าวเป็นศูนย์

ถ้าหากคุณเป็นเจ้าของกุญแจรถยนต์ คุณสามารถแบ่งปันการใช้กุญแจรถยนต์ร่วมกับบุคคลอื่นที่มีอายุตั้งแต่ 13 ปีขึ้น ไปได้ เพื่อที่บุคคลดังกล่าวจะสามารถปลดล็อค เข้าถึง และ/หรือขับรถยนต์ของคุณ

กุญแจบ้านสามารถถูกเพิ่มเติมหรือลบออกจากกระเป๋าสตางค์ เฉพาะโดยการเพิ่มหรือลบล็อคในแอป Home หรือเพิ่ม หรือลบตัวคุณเองออกจากบ้านในแอป Home ถ้าหากคุณเป็นผู้จัดการบ้านในแอป Home กุญแจบ้านที่มีอยู่ใดๆ จะ ถูกแบ่งปันโดยอัตโนมัติให้แก่บุคคลต่างๆ ที่คุณได้เชิญและบุคคลที่เข้าร่วมใน Home ของคุณ

Apple Card มีให้บริการเฉพาะในสหรัฐและออกให้โดย Goldman Sachs Bank USA สาขา Salt Lake City ("ผู้ ออก Apple Card") โดยมีข้อยกเว้นของ Apple Card Family, Apple Card จะมีให้บริการเฉพาะแก่บุคคลที่มีอายุ ตั้งแต่ 18 ปีขึ้นไป (หรือมากกว่านั้น ขึ้นอยู่กับรัฐที่เป็นถิ่นพำนักของคุณ)

บัตร Apple Cash และความสามารถที่จะส่งและรับการชำระเงินระหว่างบุคคลถึงบุคคลมีให้บริการเฉพาะในสหรัฐและ เป็นบริการที่จัดให้โดยธนาคาร Green Dot Bank ซึ่งเป็นสมาชิกของ FDIC เพื่อที่จะส่งหรือรับการชำระเงินระหว่าง บุคคลถึงบุคคลใน Apple Pay คุณจะต้องมีบัตร Apple Cash โดยมีข้อยกเว้นของ Apple Cash Family บัตร Apple Cash และความสามารถที่จะส่งและรับการชำระเงินระหว่างบุคคลถึงบุคคลจะมีให้บริการเฉพาะแก่บุคคลที่ มีอายุตั้งแต่ 18 ปีขึ้นไป

## 3. การใช้บริการ

บัตรชำระเงินที่มีการรองรับและการชำระเงินระหว่างบุคคลถึงบุคคลจะมีการเชื่อมโยงกับ Apple ID ที่คุณลงชื่อเข้าใช้ ใน iCloud เพื่อใช้คุณสมบัติเหล่านี้ เมื่อคุณเพิ่มหรือลบกุญแจ แผ่นป้ายชื่อนิติบุคคล บัตรรางวัล ตั๋ว และบัตรผ่าน สำหรับสมาชิกในแอปกระเป๋าสตางค์ การเปลี่ยนแปลงอาจปรากฏอยู่ในอุปกรณ์ Apple อื่นๆ ที่คุณได้ลงชื่อเข้าใช้งาน ด้วย Apple ID คุณจะสามารถใช้งานร่วมกับบัตรประจำตัวประชาชนเพียงใบเดียวร่วมสำหรับแต่ละหน่วยงานที่มีอำนาจ ออกบัตรของรัฐกับแต่ละ Apple ID เท่านั้น

Apple Pay และกระเป๋าสตางค์มีวัตถุประสงค์เพื่อให้คุณใช้งานส่วนบุคคลและคุณอาจจัดหาบัตรที่มีการรองรับของคุณ เองหรือบัตรเดินทางหรือกุญแจรถยนต์หรือกุญแจบ้านที่คุณได้รับเชิญให้จัดหาจากผู้จัดการหรือเจ้าของนั้นๆ ถ้าหาก ท่านกำลังจัดหาบัตรของนิติบุคคลที่มีการรองรับ ท่านรับรองว่าท่านกำลังกระทำการดังกล่าวโดยได้รับอนุญาตจาก นายจ้างของท่านและท่านได้รับอนุญาตให้กระทำการผูกพันนายจ้างของท่านเข้ากับข้อกำหนดการใช้เหล่านี้และธุรกรรม ทั้งหมดที่ได้รับผลตามมาจากการใช้รูปแบบการใช้งานนี้ ถ้าหากคุณกำลังส่งหรือรับการชำระเงินระหว่างบุคคลถึง บุคคล คุณรับรองว่าคุณกระทำการดังกล่าวเพื่อการใช้งานส่วนตัวคุณเองและมิใช่เพื่อการพาณิชย์ ถ้าหากท่าน คุณกำลังจัดหาบัตรประจำตัวประชาชน คุณรับรองว่าคุณกำลังกระทำการดังกล่าวโดยการใช้ข้อมูลส่วนบุคคลของคุณ เองที่แสดงถึงตัวคุณเองอย่างถูกต้องและเป็นความจริง

คุณตกลงที่จะไม่ใช้ Apple Pay หรือกระเป๋าสตางค์เพื่อวัตถุประสงค์ที่ผิดกฎหมายหรือฉ้อฉล หรือเพื่อวัตถุประสงค์อื่น ใดที่ต้องห้ามโดยใบอนุญาตให้ใช้สิทธิและข้อกำหนดเพิ่มเติมนี้ คุณตกลงต่อไปที่จะใช้ Apple Pay และกระเป๋า สตางค์ให้เป็นไปตามกฎหมายและระเบียบต่างๆ ที่ใช้บังคับ คุณรับทราบว่าข้อมูลอันเป็นเท็จใดๆ ที่ให้ในส่วนที่ เกี่ยวข้องกับบัตรประจำตัวประชาชนอาจเป็นความผิดอาญาภายใต้กฎหมายของรัฐหรือรัฐบาลกลาง คุณตกลงที่จะไม่

แทรกแซงหรือสร้างความวุ่นวายให้แก่บริการของ Apple Pay หรือกระเป๋าสตางค์ (รวมทั้งการเข้าถึงบริการโดยผ่าน
วิธีการอัตโนมัติใดๆ) หรือเซิร์ฟเวอร์หรือโครงข่ายใดๆ ที่เชื่อมต่อกับบริการ หรือนโยบาย ข้อกำหนด หรือระเบียบ
ใดๆ ของโครงข่ายที่เชื่อมต่อกับบริการ (รวมทั้งการเข้าถึง ใช้ เฝ้าติดตามข้อมูลหรือปริมาณข้อมูลเข้าหรือออกในบริการ
ดังกล่าว)

ถ้าหากการที่คุณเข้าถึงหรือใช้งาน Apple Pay หรือกระเป๋าสตางค์ถูกห้ามตามกฎหมายที่ใช้บังคับ คุณจะไม่ได้รับ
อนุญาตให้เข้าถึงหรือใช้บริการเหล่านี้ เราจะไม่รับผิดชอบถ้าหากคุณเข้าถึงหรือใช้บริการในลักษณะใดๆ ที่เป็นการ
ฝ่าฝืนกฎหมายที่ใช้บังคับ

## 4. ความสัมพันธ์ของ Apple กับคุณ

การที่คุณใช้ Apple Pay จะอยู่ภายใต้บังคับของข้อกำหนดเพิ่มเติมนี้ ตลอดจนข้อกำหนดของสัญญาถือบัตรที่คุณมี
อยู่กับผู้ออกบัตรที่เกี่ยวข้อง ผู้ค้า หรือบุคคลภายนอกอื่นๆ ที่รับผิดชอบบัตร Apple Pay ของคุณ

ในทำนองเดียวกัน การที่คุณใช้บัตรกระเป๋าสตางค์ในแอปกระเป๋าสตางค์จะอยู่ภายใต้บังคับของข้อกำหนดเพิ่มเติมนี้
ตลอดจนข้อกำหนดของสัญญาของคุณที่มีอยู่กับผู้ค้า ตัวแทนการเดินทาง ผู้ผลิตรถยนต์และล็อค มหาวิทยาลัย โรงแรม
รีสอร์ต ธุรกิจเรือสำราญ บริษัท หน่วยงานที่มีอำนาจออกบัตรของรัฐ หรือบุคคลภายนอกอื่นๆ ที่เกี่ยวข้อง

โดยมีข้อยกเว้นของรูปแบบการใช้งานบางประการของ Apple Pay ที่จัดให้โดย Apple Payments Inc. ("Apple
Payments") ตามที่ได้ระบุไว้ด้านล่าง Apple ไม่ประมวลผลการชำระเงินหรือธุรกรรมที่ไม่ใช่เพื่อการชำระเงินอื่นๆ ที่
ทำโดยใช้บัตร Apple Pay ของคุณ Apple ไม่มีอำนาจควบคุมและไม่มีหน้าที่รับผิดชอบต่อการชำระเงิน การปฏิเสธ
การชำระเงิน การคืนสินค้า การคืนเงิน การโอนเงิน รางวัล มูลค่า ส่วนลด การเข้าถึง การยืนยันตัวตน คำสั่งซื้อ การ
ปฏิบัติตามคำสั่งซื้อ หรือกิจกรรมอื่นใดที่อาจเกิดขึ้นจากการใช้ Apple Pay หรือกระเป๋าสตางค์ของคุณ

ในกรณีที่มีการขัดแย้งกันอย่างใดๆ ระหว่างข้อกำหนดของข้อกำหนดเพิ่มเติมนี้กับสัญญาของคุณที่มีต่อผู้ออกบัตร ผู้
ค้า หน่วยงานที่มีอำนาจในการออกเอกสารของรัฐ หรือบุคคลภายนอกอื่นๆ ที่เกี่ยวข้องกับคุณ (แต่ละรายเรียกว่า
"**สัญญาบุคคลภายนอก**") ข้อกำหนดของข้อกำหนดเพิ่มเติมนี้จะใช้บังคับความสัมพันธ์ของคุณกับ Apple และข้อ
กำหนดของสัญญาบุคคลภายนอกที่เกี่ยวข้องจะใช้บังคับความสัมพันธ์ของคุณกับบุคคลภายนอกดังกล่าว

คุณตกลงว่า Apple ไม่ใช่คู่สัญญาในสัญญาบุคคลภายนอกของคุณ หรือ Apple จะต้องรับผิดชอบสำหรับ (ก) เนื้อหา
ความถูกต้องหรือความพร้อมในการให้บริการของบัตรที่รองรับ การซื้อขาย ธุรกรรม การโอนเงิน คำสั่งซื้อ การปฏิบัติ
ตามคำสั่งซื้อ ใบเสร็จ หรือกิจกรรมอื่นใด ขณะใช้ Apple Pay หรือแอปกระเป๋าสตางค์ ซึ่งรวมถึงแต่ไม่จำกัดเพียง
กิจกรรมที่ทำโดยสมาชิกของเครือข่ายหรือรอบแบบแบ่งปันให้ใช้บัตรที่มีการรองรับร่วมกัน หรือมีสิทธิ์เข้าถึง
อุปกรณ์ของคุณ (ข) การให้เครดิตหรือประเมินการมีสิทธิได้รับเครดิต (ค) การลดตระดับ หรือเพิกถอนใบขับขี่หรือ
บัตรประจำตัวประชาชนของรัฐ (ง) กิจกรรมของผู้ออกบัตร ผู้ค้า นักพัฒนาแอป หรือบุคคลภายนอกอื่นๆ ที่เกี่ยวข้อง
กับการใช้ Apple Pay หรือแอปกระเป๋าสตางค์ของคุณ (จ) การตัดสินใจที่กระทำโดยผู้ออกบัตร ผู้ค้า หรือบุคคล
ภายนอกอื่น ในส่วนที่เกี่ยวข้องกับการเพิ่มบัตรที่มีการรองรับของคุณลงในแอปกระเป๋าสตางค์ (ฉ) การเป็นสมาชิก
ของคุณหรือการที่คุณเข้าร่วมในโปรแกรมใดๆ ของผู้ค้าหรือหุ้นส่วน (ช) การสะสมหรือแลกรางวัลหรือมูลค่าที่จัดเก็บ
ในส่วนที่เกี่ยวข้องกับบัตรที่มีการรองรับของคุณ (ซ) การชำระเงินหรือการเติมเงินสำหรับบัตรชำระเงินล่วงหน้า (ฌ)
การส่งหรือรับการชำระเงินระหว่างบุคคลถึงบุคคล หรือการโอนเงิน (ญ) การเติม แลก หรือถอนเงินจากบัตร Apple
Cash ของคุณ

เมื่อท่านขอใช้ Apple Card ท่านกำลังขอเปิดบัญชีกับผู้ออก Apple Card สถาบันการเงินที่รับผิดชอบในการเสนอ
Apple Card จะอยู่ภายใต้บังคับของการเปลี่ยนแปลงได้ และการใช้ Apple Card ของคุณจะอยู่ภายใต้บังคับของข้อ
กำหนดและเงื่อนไขของสถาบันการเงินดังกล่าว

เมื่อคุณเปิดใช้รูปแบบการใช้งาน Apple Cash ภายใน Apple Pay ให้ถือว่าคุณกำลังเปิดบัญชีกับธนาคาร Green
Dot Bank โดยมีข้อยกเว้นของรูปแบบการใช้งานของ Apple Pay ที่จัดให้โดย Apple Payments เมื่อคุณส่งหรือ

รับการชำระเงินระหว่างบุคคลถึงบุคคล หรือเติมหรือถอนเงินจากบัตร Apple Cash ของคุณ ธนาคาร Green Dot Bank จะรับผิดชอบในการรับและส่งเงินของคุณให้แก่ผู้รับตามที่กำหนด สถาบันการเงินที่รับผิดชอบในการเสนอ Apple Cash และการชำระเงินระหว่างบุคคลถึงบุคคลภายใน Apple Pay อาจมีการเปลี่ยนแปลงได้ และการที่คุณใช้ คุณสมบัติดังกล่าวจะอยู่ภายใต้บังคับของข้อกำหนดและเงื่อนไขของสถาบันการเงินดังกล่าว

ความสามารถที่จะใช้เงินในบัตร Apple Cash ของคุณเพื่อทำการชำระเงินให้แก่ธุรกิจที่มีสิทธิบางรายที่คุณอนุญาต ("บริการชำระเงินโดยตรง") เป็นบริการที่จัดให้โดย Apple Payments การที่คุณใช้บริการชำระเงินโดยตรงจะอยู่ ภายใต้บังคับของข้อกำหนดและเงื่อนไขของการชำระเงินโดยตรงของ Apple Payments นอกจากนี้ธุรกิจที่มีสิทธิบาง รายอาจอนุญาตให้ธุรกิจดังกล่าวจ่ายเงินเข้าให้แก่บัตร Apple Cash ของคุณ (แต่ละรายการเรียกว่า "การ จ่ายเงิน") เมื่อการจ่ายเงินอาจได้รับการประมวลผลโดย Apple Payments การจ่ายเงินดังกล่าวอาจได้รับบริการสนอง โดยธุรกิจที่เข้าร่วมที่ให้เงินดังกล่าวและอาจอยู่ภายใต้ข้อกำหนดและเงื่อนไขเพิ่มเติมบางประการของธุรกิจผู้จ่ายเงิน สำหรับข้อพิพาทหรือปัญหาทั้งหมดเกี่ยวกับบัตรชำระเงิน บัตรรางวัล บัตรของขวัญ หรือกิจกรรมในเชิงพาณิชย์ที่ เกี่ยวข้อง กรุณาติดต่อผู้ออกบัตรหรือผู้ค้าที่ใช้บังคับกับคุณ หน่วยงานที่มีอำนาจออกบัตรของรัฐ นักพัฒนาแอป หรือ บุคคลภายนอกอื่นๆ สำหรับปัญหาเกี่ยวกับ Apple Pay, กระเป๋าสตางค์, Apple Card หรือบัตร Apple Cash หรือ การชำระเงินระหว่างบุคคลถึงบุคคล กรุณาติดต่อ Apple Support

## 5. ความเป็นส่วนตัว

การที่ Apple รวบรวมและใช้ข้อมูลส่วนบุคคลจะอยู่ภายใต้บังคับของนโยบายความเป็นส่วนตัวของ Apple ซึ่ง สามารถดูได้ที่ https://www.apple.com/th/legal/privacy/ คุณสามารถตรวจสอบข้อมูลโดยละเอียดเกี่ยวกับ ข้อมูลส่วนบุคคลที่ถูกจัดเก็บ กุญแจ หรือบัตรเครดิต บัตรเดบิต บัตรชำระเงินล่วงหน้า และบัตรอื่นๆ ที่เป็นของจริงของคุณ เอง คุณจะต้องรับผิดชอบแต่เพียงผู้เดียวต่อการดูแลรักษาความปลอดภัยให้แก่อุปกรณ์และ Apple ID ของคุณ ข้อมูล Touch ID และ Face ID ของคุณ รหัสเข้าอุปกรณ์ที่มีการรองรับของคุณ และข้อมูลประจำตัวเพื่อการตรวจสอบสิทธิอื่น ใดที่ใช้ในส่วนที่เกี่ยวข้องกับบริการ (เรียกรวมกันว่า "หลักฐานอ้างอิง" ของคุณ) ถ้าหากคุณอนุญาตหรือปล่อยให้ บุคคลอื่นใดใช้อุปกรณ์ที่มีการรองรับของคุณ (เช่น โดยการให้รหัสผ่านเข้าอุปกรณ์ของคุณแก่บุคคลภายนอกหรือ อนุญาตให้บุคคลภายนอกเพิ่มลายนิ้วมือของตนเองเพื่อใช้ Touch ID หรือเพื่อเปิดการทำงาน Face ID หรือให้หลัก ฐานอ้างอิงใดๆ ของคุณโดยประการอื่นแก่บุคคลภายนอก) บุคคลดังกล่าวอาจสามารถจ่ายเงิน ส่ง ขอ หรือรับการ ชำระเงินระหว่างบุคคลถึงบุคคล ถอนเงินจากบัตร Apple Cash ของคุณ รับหรือและรางวัล ใช้มูลค่า ปลดล็อค หรือ เข้าถึงรถยนต์ ห้อง สำนักงาน หรือบ้านของคุณโดยประการอื่น แสดงตนเป็นตัวคุณ หรือกระทำธุรกรรมอื่นๆ กับบัตรที่ มีการรองรับของคุณที่อยู่ในกระเป๋าสตางค์ ในกรณีดังกล่าวคุณจะต้องรับผิดชอบต่อการชำระเงิน การเข้าถึง และ ธุรกรรมทั้งหมดที่กระทำโดยบุคคลดังกล่าว

อุปกรณ์ที่มีการ Jailbreak

หากคุณกระทำการตัดแปลงอุปกรณ์ของคุณโดยไม่ได้รับอนุญาต เช่น โดยการปิดการทำงานการควบคุมฮาร์ดแวร์หรือ ซอฟต์แวร์ (บางครั้งเรียกว่า "Jailbreak") อุปกรณ์ของคุณอาจไม่มีสิทธิเข้าถึงหรือใช้บริการ คุณรับทราบว่าการใช้

อุปกรณ์ที่ถูกดัดแปลงในส่วนที่เกี่ยวข้องกับบริการถือเป็นเรื่องต้องห้ามอย่างชัดแจ้ง ถือเป็นการฝ่าฝืนข้อกำหนดเพิ่ม
เติมเหล่านี้ และเป็นมูลเหตุให้เราปฏิเสธหรือจำกัดการเข้าถึงบริการของคุณ

มาตรการรักษาความปลอดภัยเพิ่มเติม

คุณอาจจำเป็นต้องเปิดใช้มาตรการรักษาความปลอดภัยเพิ่มเติม เช่น การตรวจสอบความถูกต้องแท้จริงแบบสอง
ปัจจัยสำหรับ Apple ID ของคุณเพื่อที่จะเข้าถึงรูปแบบการใช้งานบางประการของ Apple Pay รวมทั้ง Apple Card,
บัตร Apple Cash หรือการชำระเงินระหว่างบุคคลถึงบุคคลกับ Apple Pay หากในภายหลังคุณลบคุณสมบัติเหล่านี้
คุณอาจไม่สามารถเข้าถึงคุณสมบัติบางประการของ Apple Pay ได้ต่อไป การลบ Face ID หรือ Touch ID ที่เชื่อม
โยงกับบัตรประจำตัวประชาชนของคุณซึ่งใช้เพื่อการแสดงตน จะทำให้คุณต้องดำเนินการทั้งหมดจนจบตาม
กระบวนการจัดหาบัตรประจำตัวประชาชน

อุปกรณ์ที่สูญหายหรือถูกขโมย

ถ้าหากอุปกรณ์ของคุณสูญหายหรือถูกขโมย และคุณยังเปิดการทำงาน Find My อยู่ คุณสามารถใช้ Find My ในการ
พยายามที่จะระงับความสามารถในการทำธุรกรรมโดยใช้บัตรที่มีการรองรับเสมือนหรือการส่งการชำระเงินระหว่าง
บุคคลถึงบุคคลในอุปกรณ์ดังกล่าวไว้ชั่วคราวได้โดยการกำหนดให้อุปกรณ์ของคุณอยู่ในโหมดสูญหาย ถ้าหาก
อุปกรณ์ของคุณอยู่ในโหมดสูญหาย กุญแจรถยนต์ของคุณอาจถูกปิดการทำงานในแอปกระเป๋าสตางค์ และคุณจะไม่
สามารถเข้าถึงหรือสตาร์ทรถยนต์ของคุณได้อีกต่อไปเมื่อคุณออกจากรถยนต์หรือดับเครื่องยนต์ โหมดสูญหายจะส่งผล
เฉพาะกับกุญแจที่อยู่บนอุปกรณ์ที่สูญหาย ถ้าหากคุณเป็นเจ้าของ คุณจะไม่สามารถแบ่งปันการใช้งานกุญแจรถยนต์
หรือกุญแจบ้านร่วมกับผู้อื่นได้อีกต่อไป แต่กุญแจที่ได้แบ่งปันแก่ผู้อื่นไว้แล้วจะไม่ได้รับผลกระทบบนอุปกรณ์ของคน
เหล่านั้น

คุณยังสามารถลบทิ้งอุปกรณ์ของคุณซึ่งจะพยายามระงับความสามารถในการชำระเงินโดยใช้บัตรที่มีการรองรับเสมือน
หรือในการส่งการชำระเงินระหว่างบุคคลถึงบุคคลในอุปกรณ์ไว้ชั่วคราว คุณควรติดต่อผู้ออกบัตร ผู้ค้า หรือบุคคล
ภายนอกที่รับผิดชอบอื่นๆ ของบัตรที่มีการรองรับของคุณ หรือ Apple ในกรณีของบัตร Apple Card หรือบัตร
Apple Cash ของคุณด้วย เพื่อป้องกันการเข้าถึงบัตรที่มีการรองรับของคุณใน Apple Pay และกระเป๋าสตางค์โดยไม่
ได้รับอนุญาต

ถ้าท่านรายงานหรือ Apple สงสัยว่ามีกิจกรรมฉ้อโกงหรือใช้ในทางที่ผิด ท่านตกลงที่จะร่วมมือกับ Apple ในการ
สืบสวนสอบสวนใดๆ และใช้มาตรการการป้องกันการฉ้อโกงตามที่เรากำหนด

## 7. ข้อจำกัดความรับผิด

นอกเหนือจากการปฏิเสธการรับประกันและข้อจำกัดความรับผิดที่กำหนดอยู่ในใบอนุญาตให้ใช้สิทธิแล้ว APPLE ไม่
ขอรับผิดใดๆ สำหรับการซื้อ การชำระเงิน การโอนเงิน คำสั่งซื้อ การปฏิบัติตามคำสั่งซื้อ ข้อมูลใบเสร็จ การเข้าถึง
การยืนยันตัวตน ธุรกรรม หรือกิจกรรมอื่นใดที่กระทำโดยใช้ APPLE PAY หรือแอปกระเป๋าสตางค์ และคุณตกลงที่จะ
ดูเพียงเฉพาะสัญญาที่คุณอาจมีกับผู้ออกบัตร โครงข่ายชำระเงิน สถาบันการเงิน ผู้ค้า นักพัฒนาแอปของคุณ หน่วย
งานที่มีอำนาจออกบัตรของรัฐ หรือบุคคลภายนอกที่เกี่ยวข้องอื่นๆ เพื่อแก้ไขปัญหาหรือข้อพิพาทใดๆ ที่เกี่ยวข้องกับ
บัตรที่มีการรองรับการชำระเงินระหว่างบุคคลถึงบุคคล และกิจกรรมที่เกี่ยวข้องของคุณเท่านั้น

————————————————

**คำบอกกล่าวจาก Apple**

หาก Apple ต้องการติดต่อท่านเกี่ยวกับผลิตภัณฑ์หรือบัญชีผู้ใช้ ท่านยินยอมที่จะรับหนังสือแจ้งโดยทางอีเมล ท่าน
ตกลงว่าคำบอกกล่าวดังกล่าวใดๆ ที่ส่งให้ท่านทางอิเล็กทรอนิกส์ ถือว่าได้ปฏิบัติตามข้อกำหนดว่าด้วยการสื่อสารโดย
ชอบด้วยกฎหมายใดๆ แล้ว

**TÜRKÇE**

**ÖNEMLİ: iPHONE'UNUZU, iPAD'İNİZİ VEYA iPOD TOUCH'INIZI ("AYGITINIZI") KULLANARAK AŞAĞIDAKİ HÜKÜMLERE TABİ OLMAYI KABUL EDERSİNİZ:**

**A.    APPLE iOS VE iPadOS YAZILIM LİSANS SÖZLEŞMESİ**
**B.    APPLE PAY EK HÜKÜMLERİ**
**C.    APPLE TARAFINDAN GÖNDERİLEN BİLDİRİMLER**

**APPLE INC**
**iOS VE iPadOS YAZILIM LİSANS SÖZLEŞMESİ**
**Tek Kullanım Lisansı**

**AYGITINIZI KULLANMADAN VE BU LİSANSLA BİRLİKTE VERİLEN YAZILIM GÜNCELLEMESİNİ İNDİRMEDEN ÖNCE LÜTFEN BU YAZILIM LİSANS SÖZLEŞMESİNİ ("LİSANS") DİKKATLİCE OKUYUN. AYGITINIZI KULLANARAK VEYA BİR YAZILIM GÜNCELLEMESİNİ İNDİREREK, UYGULANABİLİR OLDUĞU ÖLÇÜDE, BU LİSANSIN HÜKÜMLERİNE TABİ OLMAYI KABUL EDERSİNİZ. BU LİSANSIN HÜKÜMLERİNİ KABUL ETMİYORSANIZ AYGITI KULLANMAYIN VEYA YAZILIM GÜNCELLEMESİNİ İNDİRMEYİN**

**KISA SÜRE ÖNCE BİR AYGIT SATIN ALDIYSANIZ VE BU LİSANSIN HÜKÜMLERİNİ KABUL ETMİYORSANIZ https://www.apple.com/tr/legal/sales-support/ ADRESİNDE BULUNAN APPLE İADE POLİTİKASI UYARINCA AYGITI, ALDIĞINIZ APPLE STORE'A VEYA YETKİLİ DİSTRİBÜTÖRE İADE SÜRESİ İÇERİSİNDE İADE EDEREK, ÖDEMİŞ OLDUĞUNUZ TUTARI GERİ ALABİLİRSİNİZ.**

**1. Genel**

(a) Salt okunur bellekte veya başka bir ortam ya da biçimde Apple tarafından Aygıtınız veya desteklenen çevre aygıtlarınız için sağlanan özellik iyileştirmeleri, yazılım güncellemeleri, güvenlik yanıtları, sistem dosyaları veya sistem geri yükleme yazılımları ile ("Apple Yazılım Değişiklikleri") güncellenmiş ya da değiştirilmiş olarak Aygıtınızla birlikte sunulan aygıtlar (Boot ROM kodu, gömülü yazılımlar ve üçüncü taraf yazılımlar dahil olmak üzere), belgeler, arayüzler, içerikler, fontlar ve veriler ("Orijinal Apple Yazılımı") (Orijinal Apple Yazılımları ve Apple Yazılım Değişiklikleri topluca "Apple Yazılımları" olarak adlandırılır) size satılmaz; Apple Inc. ("Apple") tarafından yalnızca bu Lisans hükümlerine tabi olarak kullanım amacıyla size lisanslanır. Apple Yazılımının mülkiyeti ve size açık bir şekilde verilmemiş tüm haklar Apple'a ve Apple'ın lisans verenlerine ait olarak kalır. Bu Lisans hükümlerinin, Aygıtınızda yerleşik olarak bulunabilecek her bir Apple marka uygulama için geçerli olacağını ve söz konusu uygulama için ayrı lisans sağlanması halinde, uygulama kullanımınızın ilgili lisansın hükümlerine tabi olacağını kabul edersiniz.

(b) Apple, kendi takdirine bağlı olarak, gelecekte Apple Yazılım Değişiklikleri yayımlayabilir. Apple Yazılım Değişiklikleri çıktığında, mevcut tüm yazılım özelliklerini veya Apple'ın daha yeni ya da diğer Aygıt modelleri için kullanıma sunduğu yeni özellikleri içermeyebilir. Apple tarafından sunulan tüm Apple Yazılım Değişiklikleri, ayrı bir lisansla birlikte sunulmadığı sürece bu Lisansın hükümlerine tabidir. Ayrı lisans olması halinde, söz konusu lisansın hükümlerinin geçerli olacağını kabul edersiniz.

(c) Mevcut Aygıtınızı baz alarak yeni bir Aygıtı ayarlamak için hızlı ayarlama özelliğini kullanırsanız bu Lisans hükümlerinin, yeni Aygıtınızdaki Apple Yazılımı (ayrı bir lisansla birlikte sunulmadığı sürece) kullanımınız için de geçerli olacağını onaylar ve kabul edersiniz. Ayrı bir lisans olması halinde Apple Yazılımı kullanımınızın, söz konusu lisansın hükümlerine tabi olacağını kabul edersiniz. Aygıtınız, Apple tarafından yayımlanmış bir Apple Yazılım Değişikliği olup olmadığını düzenli olarak denetler. Değişiklik olması halinde ilgili değişiklik otomatik olarak indirilip Aygıtınıza ve varsa çevrebirim aygıtlarınıza yüklenebilir. **Apple Yazılımını kullanarak, Apple tarafından Aygıtınıza ve çevrebirim aygıtlarınıza**

**otomatik Apple Yazılım Değişiklikleri indirilip yüklenebileceğini kabul etmiş olursunuz.** Ayarlar > Genel > Yazılım Güncelleme bölümündeki Otomatik Güncelleme ayarlarını değiştirerek işletim sistemi güncellemelerinin otomatik olarak yüklenmesini ve Hızlı Güvenlik Yanıtlarını dilediğiniz zaman kapatabilirsiniz. Bazı sistem dosyaları (güncellenmiş fontlar, dil modelleri, ses varlıkları ve çevre birimleri firmware'i dahil ancak bunlarla sınırlı olmamak üzere), belirli özellikleri ve çevre birimlerini açtığınızda veya kullandığınızda ya da yasal, düzenleyici veya teknik unsurlara uymak ya da halk güvenliğini sağlamak için otomatik olarak yüklenmeye devam edebilir.

**2. İzin Verilen Lisans Kullanımları ve Sınırlamalar.**
(a) İşbu Lisansın hüküm ve koşullarına tabi olmak üzere, Apple Yazılımını tek bir Apple Marka Aygıt üzerinde kullanmanız için size münhasır olmayan, sınırlı bir lisans verilir. Aşağıdaki 2(b) Bölümünde izin verilen durumlar hariç olmak üzere ve Apple ile aranızdaki ayrı bir sözleşmede aksi belirtilmediği sürece işbu Lisans kapsamında, Apple Yazılımının aynı anda birden fazla Apple Marka Aygıtta bulunmasına izin verilmez ve Apple Yazılımını aynı anda birden fazla Aygıt tarafından kullanılabileceği bir ağ üzerinde dağıtamaz veya kullanıma sunamazsınız. İşbu Lisans size, Aygıtlar ile kullanım için üçüncü taraf aygıtların ve aksesuarların veya üçüncü taraf yazılım uygulamalarının tasarlanması, geliştirilmesi, üretilmesi, lisansının verilmesi ya da dağıtılmasında Apple'ın mülkiyetindeki arayüzleri ve diğer fikri mülkiyet haklarını kullanma hakkı vermez. Bu haklardan bazıları, Apple tarafından sağlanan ayrı lisanslarla edinilebilir. Aygıtlara yönelik üçüncü taraf aygıtlar ve aksesuarlar geliştirme hakkında daha fazla bilgi için lütfen https://developer.apple.com/programs/mfi/ adresini ziyaret edin. Aygıtlara yönelik yazılım uygulamaları geliştirme hakkında daha fazla bilgi için lütfen https://developer.apple.com adresini ziyaret edin.

(b) İşbu Lisansın hüküm ve koşullarına tabi olmak üzere, sahip olduğunuz veya kontrolünüzde olan herhangi bir Aygıttaki yazılımı güncellemek ya da geri yüklemek amacıyla, Aygıt modelinize yönelik olarak Apple tarafından kullanıma sunulabilecek Apple Yazılım Değişikliklerini indirmeniz için size münhasır olmayan, sınırlı bir lisans verilir. İşbu Lisans kapsamında, sahip olmadığınız veya kontrolünüzde olmayan herhangi bir Aygıtı güncellemenize ya da geri yüklemenize izin verilmez ve Apple Yazılım Değişikliklerini, aynı anda birden fazla Aygıt veya birden fazla bilgisayar tarafından kullanıma olanak sağlayan bir ağ üzerinde dağıtamaz veya kullanıma sunamazsınız. Bilgisayarınıza bir Apple Yazılım Değişikliği indirirseniz Apple Yazılımının bilgisayarınızda saklanan, makine tarafından okunabilir biçimde bir adet kopyasını oluşturabilirsiniz. Bunun için yedek kopyanın, orijinal yazılımdaki tüm telif hakkı ve diğer sahiplik bildirimlerini içermesi gerekir.

(c) Satın alma sırasında, Aygıtınızda Apple tarafından önceden yüklenmiş Apple marka App Store uygulamaları ("Önceden Yüklenmiş Uygulamalar") olması halinde söz konusu Önceden Yüklenmiş Uygulamaları Aygıtınızda kullanabilmek için App Store'da oturum açmanız ve bunları App Store hesabınızla ilişkilendirmeniz gerekir. Önceden Yüklenmiş Uygulamaları App Store hesabınızla ilişkilendirdiğinizde, Aygıtınızdaki diğer tüm Önceden Yüklenmiş Uygulamaları da otomatik olarak ilişkilendirirsiniz. Önceden Yüklenmiş Uygulamaları App Store hesabınızla ilişkilendirmeyi seçerek Apple'ın, isteğinizin uygunluğunu doğrulamak ve Önceden Yüklenmiş Uygulamalara App Store üzerinden erişmenize olanak sağlamak için hem App Store hesabınız tarafından kullanılan Apple Kimliğini hem Aygıtınızdan toplanan benzersiz bir donanım tanıtıcısını benzersiz hesap tanıtıcıları olarak gönderebileceğini, toplayabileceğini, elinde bulundurabileceğini, işleyebileceğini ve kullanabileceğini kabul edersiniz. Önceden Yüklenmiş Uygulamaları kullanmak istemiyorsanız dilediğiniz zaman Aygıtınızdan silebilirsiniz.

(d) Apple Yazılımını veya Apple Yazılımı tarafından sunulan herhangi bir hizmeti ya da bunların herhangi bir parçasını kopyalayamaz (işbu Lisansta açık bir şekilde izin verilen durumlar hariç), kaynak koda dönüştüremez, parçalarına ayıramaz, değiştiremez; bunlar üzerinde tersine mühendislik işlemi gerçekleştiremez; bunların kaynak kodunu elde etmeye çalışamaz, şifresini çözemez veya türetilmiş çalışmalarını oluşturamazsınız. Ayrıca, bunları yapmayacağınızı veya başkalarının bunları yapmasına olanak sağlamayacağınızı da kabul edersiniz (yukarıda belirtilen herhangi bir sınırlamanın, yürürlükteki

yasalarca veya Apple Yazılımı ile birlikte sağlanabilecek olan açık kaynaklı bileşenlerin kullanımının tabi olduğu lisans hükümlerince yasaklandığı durumlar hariç). Apple Yazılımında bulunan veya Apple Yazılımına eklenebilecek hiçbir sahiplik bildirimini (ticari marka ve telif hakkı bildirimleri de dahil) kaldırmayacağınızı, anlaşılmaz hale getirmeyeceğinizi ya da değiştirmeyeceğinizi kabul edersiniz.

(e) Apple Yazılımı, materyallerin çoğaltılması için kullanılabilir ancak söz konusu kullanım, telif hakkı bulunmayan materyallerin, telif hakkı size ait olan materyallerin veya çoğaltmak için yetkiniz ya da yasal izniniz olan materyallerin çoğaltılmasıyla sınırlı olmalıdır. Yukarıda belirtilenlere bakılmaksızın, News veya Harita aracılığıyla erişilen herhangi bir görüntüyü ayrı bir dosya olarak yeniden yayımlamanız, yeniden göndermeniz veya çoğaltmanız yasaktır. Aygıtınız aracılığıyla görüntülenen, saklanan veya erişilen tüm içeriklerin mülkiyet ve fikri mülkiyet hakları ilgili içerik sahibine aittir. Bu tür içerikler, telif hakkı veya diğer fikri mülkiyet kanunları ve anlaşmalarıyla korunuyor olabilir ve içeriği sağlayan üçüncü tarafın kullanım şartlarına tabi olabilir. İşbu belgede aksi belirtilmedikçe bu Lisans size bu tür içerikleri kullanma hakkı vermez ve bu tür içeriklerin size sunulmaya devam edeceğini garanti etmez.

(f) Bu Lisansın hüküm ve koşulları uyarınca şunları yapabilirsiniz: (i) Apple Yazılımında bulunan veya Apple Yazılımıyla oluşturulan Memoji karakterlerini ("Sistem Karakterleri") (1) Apple Yazılımını çalıştırırken ve (2) kişisel, ticari olmayan kullanımınız doğrultusunda kendi orijinal içerik ve projelerinizi oluşturmak üzere kullanabilir ve (ii) yalnızca kişisel, ticari olmayan kullanımınız doğrultusunda, Apple Yazılımı tarafından bir FaceTime araması sırasında veya başka bir şekilde aygıt üzerinde gerçek zamanlı olarak oluşturulan Canlı Alt Yazıları ("Canlı Alt Yazılar") kullanabilirsiniz. İşbu Lisans, Sistem Karakterlerinin veya Canlı Alt Yazıların kâr amaçlı, kâr amacı gütmeyen, herkesle paylaşıma yönelik ya da ticari amaçlarla kullanılması, çoğaltılması, görüntülenmesi, ifa edilmesi, kaydedilmesi, yayımlanması veya dağıtılması dahil olmak ancak bunlarla sınırlı olmamak üzere, başka hiçbir şekilde kullanımına izin vermez.

(g) Belirli uygulama ve/veya web sitesi eylem kestirmelerini tamamlamak için, Apple Yazılımının Aygıtınızdaki belirli üçüncü taraf yazılım uygulamalarına, hizmetlere veya web sitelerine erişmesi gerekebilir. Kestirmeyi Apple Yazılımı ile tamamlamak için gereken ölçüde bu tür bir kullanıma açıkça onay vermiş olursunuz.

(h) Apple Yazılımını ve Hizmetlerini (aşağıdaki Bölüm 5'te tanımlandığı gibi) ikamet ettiğiniz veya Apple Yazılımını ve Hizmetlerini indirdiğiniz ya da kullandığınız ülke veya bölgenin yerel yasaları da dahil olmak üzere yürürlükteki tüm yasalara uygun olarak kullanmayı kabul edersiniz. Apple Yazılımının ve Hizmetlerinin özellikleri her dilde veya bölgede kullanılamayabilir. Belirli özellikler bölgeye göre değişiklik gösterebilir ve bazıları hizmet sağlayıcınız tarafından sınırlandırılmış veya sağlanmıyor olabilir. Apple Yazılım ve Hizmetlerinin bazı özellikleri için Wi-Fi veya hücresel veri bağlantısı gereklidir.

(i) App Store kullanımı için benzersiz bir kullanıcı adı ve parola birleşimi (Apple Kimliği olarak bilinir) gerekir. Uygulama güncellemelerinin yanı sıra Apple Yazılım ve Hizmetlerinin belirli özelliklerine erişim için de Apple Kimliği gerekir.

(j) Birçok Apple Yazılımı özelliğinin, yerleşik uygulamasının ve Hizmetinin veri aktarımında bulunduğunu, bunun veri planınıza ilişkin ücretleri etkileyebileceğini ve söz konusu ücretlerden sizin sorumlu olduğunuzu kabul edersiniz. Hücresel Veri Ayarları bölümünde, hangi uygulamaların hücresel veri kullanmasına izin verildiğini görüntüleyip denetleyebilir ve söz konusu uygulamaların yaklaşık veri kullanım miktarlarını görüntüleyebilirsiniz. Ayrıca Wi-Fi Yardımı, Wi-Fi bağlantı kaliteniz düşük olduğunda otomatik olarak hücresel bağlantıya geçiş yapar. Bu durum, daha fazla hücresel veri kullanımıyla sonuçlanabilir ve veri planınıza ilişkin ücretleri etkileyebilir. Wi-Fi Yardımı varsayılan olarak açıktır ancak Ayarlar bölümünde etkisizleştirilebilir. Daha fazla bilgi için lütfen Aygıtınıza ilişkin Kullanma Kılavuzuna göz atın.

(k) Otomatik uygulama güncellemelerine izin vermeyi seçerseniz Aygıtınız, Aygıtınızdaki uygulamalarla

ilgili olarak Apple tarafından yayımlanmış bir güncelleme olup olmadığını düzenli olarak denetler. Güncelleme varsa otomatik olarak indirilip Aygıtınıza yüklenebilir. Ayarlar'a gidip iTunes ve App Store'a dokunduktan sonra Otomatik İndirmeler bölümünde Güncellemeler'i kapatarak otomatik uygulama güncellemelerini dilediğiniz zaman tamamen kapatabilirsiniz.

(l) Aygıtınızın bazı durumlarda kullanılması dikkatinizi dağıtabilir ve tehlikeli bir duruma yol açabilir. (Örneğin, araba kullanırken mesaj yazmaktan veya bisiklet sürerken kulaklık kullanmaktan kaçının.) Aygıtınızı kullanarak cep telefonlarının veya kulaklıkların kullanımını engelleyen ya da sınırlayan kurallara (örneğin, araba kullanırken arama yapmak için eller serbest seçeneklerini kullanma gerekliliği) uymaktan sorumlu olduğunuzu kabul etmiş olursunuz.

(m) Apple Yazılımının belirli özellikleri, güvenlikle ilgili algılama özellikleri ve sizi acil durum hizmetlerine bağlama (kullanılabildiği şekilde) gibi güvenlikle ilgili durumlarda yardım sağlamaya çalışabilir. Apple, bu tür özelliklerin kullanılabilirliğini, doğruluğunu, eksiksizliğini, güvenilirliğini veya güncelliğini garanti etmez. Bu özellikler, daha hızlı veya etkili yardım sunulabileceği ve bu yardımlara ulaşılabileceği durumlarda tek başına güvenilmek üzere tasarlanmamıştır. Bu özellikleri riski yalnızca size ait olmak üzere kullanmayı ve kendi takdirinize göre karar vermeyi kabul edersiniz ve Apple'ın, bağlı şirketlerinin, aracılarının veya yöneticilerinin, bu özellikleri kullanımınız ve bunun sonucunda ortaya çıkan sonuçlar konusunda yasaların izin verdiği azami ölçüde size karşı hiçbir sorumluluğu yoktur.

(n) Aygıtınız bir tıbbi cihaz değildir ve profesyonel tıbbi görüşlerin yerine kullanılmamalıdır. Hastalıkların veya diğer durumların tanılanmasında veya tedavisinde ya da herhangi bir hastalığın veya durumun hafifletilmesinde, iyileştirilmesinde ya da önlenmesinde kullanım için tasarlanmamıştır veya bunlara yönelik değildir. Sağlığınızla ilgili herhangi bir karar vermeden önce lütfen sağlık hizmetleri sağlayıcınıza danışın.

**3. Devir.** Apple Yazılımını kiralayamaz, kiraya veremez, ödünç veremez, satamaz, yeniden dağıtamaz veya yazılımını alt lisansını veremezsiniz. Bununla birlikte, Apple Yazılımı üzerindeki lisans haklarınızın tümünü, Aygıtınızın sahiplik devri ile bağlantılı olarak ve şu koşullara uymak şartıyla bir seferliğine başka bir tarafa daimi olarak devredebilirsiniz: (a) devir; tüm bileşen parçaları ve işbu Lisans dahil Aygıtınızı ve tüm Apple Yazılımlarını içermelidir; (b) Apple Yazılımının, bilgisayar veya başka bir saklama aygıtında saklanan kopyaları da dahil olmak üzere tam ya da kısmi hiçbir kopyasını elinizde tutamazsınız ve (c) Apple Yazılımını alan taraf işbu Lisansın hüküm ve koşullarını okuyup kabul ettiğini beyan eder.

**4. Verileri Kullanma İzni.** Aygıtınızı kullandığınızda telefon numaranız ve Aygıtınıza ilişkin belirli benzersiz tanıtıcılar, Apple Yazılımının iMessage ve FaceTime gibi çeşitli iletişim özellikleri kullanılırken diğerlerinin size telefon numaranız yoluyla ulaşmasını sağlamak için Apple'a gönderilir. iMessage'ı kullandığınızda Apple, mesajlarınızın iletilmesini sağlamak için mesajlarınızı sınırlı bir süre boyunca şifrelenmiş bir biçimde tutabilir. Aygıtınızda FaceTime veya Mesajlar ayarlarına giderek FaceTime'i veya iMessage'ı kapatabilirsiniz. Analiz, Konum Servisleri, Siri ve Dikte gibi belirli özellikler; ilgili işlevlerin sağlanması için Aygıtınızdan bilgi alınmasını gerektirebilir. Bu özellikleri açtığınızda veya kullandığınızda, Apple'a hangi bilgilerin gönderildiği ve bu bilgilerin nasıl kullanılabileceğiyle ilgili ayrıntılı bilgiler sağlanır. Daha fazla bilgi edinmek için https://www.apple.com/tr/privacy/ adresini ziyaret edebilirsiniz. Bilgileriniz her zaman, https://www.apple.com/tr/legal/privacy/ adresinde görüntülenebilen Apple'ın Gizlilik Politikası doğrultusunda kullanılır.

**5. Hizmetler ve Üçüncü Taraf Materyaller.**
(a) Apple Yazılımı; Apple'a ait iTunes Store, App Store, Apple Books, Game Center, iCloud, Harita, News, Fitness+ hizmetlerine ve Apple'a ve üçüncü taraflara ait olabilecek diğer hizmetlere ve web sitelerine (ayrı ayrı ve birlikte "Hizmetler") erişim sağlayabilir. Bu Hizmetlerin kullanılabilmesi için internet erişimi gereklidir. Belirli Hizmetlerin kullanılabilmesi içinse bir Apple Kimliğine sahip olmanız, ek koşulları kabul etmeniz ve ilave ücretler ödemeniz gerekebilir. Bu yazılımı bir Apple Kimliğiyle veya başka Apple

Hizmetleri ile bağlantılı şekilde kullanarak geçerli hizmet kullanım koşullarını (örneğin, https://www.apple.com/tr/legal/internet-services/itunes/tr/ üzerinden erişip gözden geçirebileceğiniz, ilgili ülkeye ya da bölgeye özgü en güncel Apple Medya Hizmetleri Hüküm ve Koşulları) kabul edersiniz.

(b) iCloud'a kaydolursanız "iCloud Drive", "Fotoğraf Yayınım", "Paylaşılan Albümler" ve "Bul" gibi belirli iCloud özelliklerine doğrudan Apple Yazılımından erişebilirsiniz. iCloud ve bu özelliklere ilişkin kullanımınızın şu adresten erişerek inceleyebileceğiniz en güncel iCloud Hüküm ve Koşullarına tabi olduğunu kabul eder ve onaylarsınız: https://www.apple.com/tr/legal/internet-services/icloud/tr/.

(c) News Uygulaması İçeriği. News uygulaması aracılığıyla erişilen içeriği sadece kişisel ve ticari olmayan amaçlarla kullanabilirsiniz. Söz konusu içeriği kullanarak içeriğe ilişkin bir sahiplik menfaati elde etmezsiniz. İçerik kullanımınız, herhangi bir sınırlama olmaksızın içeriğe yönelik ticari veya tanıtım amaçlı kullanım hakları sağlamaz.

(d) Harita. Harita verilerinin kapsamı da dahil olmak üzere Apple Yazılımının harita hizmeti ve özellikleri ("Harita") bölgeye göre değişiklik gösterebilir. Harita'yı açtığınızda veya kullandığınızda, Apple'a hangi bilgilerin gönderildiği ve bu bilgilerin nasıl kullanılabileceğiyle ilgili ayrıntılı bilgiler sağlanır. Harita kullanımınızın, Harita hizmetine ilişkin en güncel hüküm ve koşullara (Harita ana sayfa kartından erişip inceleyebilirsiniz) tabi olduğunu kabul eder ve onaylarsınız.

(e) Hizmetlerden herhangi birini kullanarak; saldırgan, uygunsuz veya sakıncalı sayılabilecek; dili uygunsuz olarak tanımlanabilen ya da tanımlanamayan içeriklerle karşılaşabileceğinizi ve herhangi bir arama sonucunda veya belirli bir URL'nin girilmesiyle otomatik şekilde ve istemeden sakıncalı materyallere yönelik bağlantı veya referanslar oluşturulabileceğini kabul edersiniz. Bununla birlikte, Hizmetleri, riski yalnızca size ait olmak üzere kullanmayı ve saldırgan, uygunsuz veya sakıncalı sayılabilecek herhangi bir içerik ile ilgili olarak Apple'ın, bağlı şirketlerinin, aracılarının, yöneticilerinin ya da lisans verenlerinin size karşı herhangi bir sorumluluk taşımayacağını kabul edersiniz.

(f) Belirli Hizmetler, üçüncü taraflara ait içerik, veri, bilgi, uygulama veya materyalleri ("Üçüncü Taraf Materyaller") görüntüleyebilir, içerebilir ya da kullanıma sunabilir veya belirli üçüncü taraf web sitelerinin bağlantılarını sağlayabilir. Hizmetleri kullanarak Apple'ın söz konusu Üçüncü Taraf Materyallerin veya web sitelerinin içeriği, doğruluğu, eksiksizliği, güncelliği, geçerliliği, telif haklarına uygunluğu, yasalarla uyumluluğu, uygunluğu, kalitesi ya da başka herhangi bir yönünü incelemek veya değerlendirmekten sorumlu olmadığını onaylamış ve kabul etmiş olursunuz. Apple, görevlileri, bağlı şirketleri ve iştirakleri; üçüncü taraf Hizmetler, Üçüncü Taraf Materyaller veya web siteleri ya da üçüncü taraflara ait başka herhangi bir materyal, ürün veya hizmet için size ya da başka bir kişiye karşı garanti veya onay vermez ve bunlarla ilgili herhangi bir yükümlülük ya da sorumluluk kabul etmez. Üçüncü Taraf Materyaller ve diğer web sitelerine yönelik bağlantılar yalnızca size kolaylık olması amacıyla sağlanır.

(g) Apple veya içerik sağlayıcıları, Hizmetlerden herhangi biri tarafından görüntülenen borsa bilgilerinin, konum verilerinin ya da başka herhangi bir verinin kullanılabilirliğini, doğruluğunu, eksiksizliğini, güvenilirliğini veya güncelliğini garanti etmez. Hizmetlerden herhangi biri tarafından görüntülenen finansal bilgiler yalnızca genel bilgilendirme amaçları doğrultusunda sağlanır ve yatırım tavsiyesi olarak görülmemelidir. Hizmetler aracılığıyla elde edilen bilgilere dayalı olarak herhangi bir menkul kıymet işlemi yapmadan önce, ülkenizde veya bölgenizde finans ya da menkul kıymetler konularında tavsiye vermeye yasal olarak yetkili olan bir finans veya menkul kıymetler uzmanına danışmanız gerekir. Apple'ın Harita hizmeti de dahil olmak üzere herhangi bir Hizmet tarafından sağlanan konum verileri yalnızca temel navigasyon ve planlama amaçlarıyla sağlanır; kesin konum bilgilerinin gerekli olduğu veya hatalı, yanlış, gecikmeli ya da eksik konum verilerinin ölüme, yaralanmaya veya mal ya da çevrenin zarar görmesine yol açabileceği durumlar için kullanıma yönelik değildir. Harita hizmetinden aldığınız sonuçların hava durumu, yol ve trafik koşulları ve jeopolitik olaylar da dahil ancak bunlarla sınırlı olmamak üzere Harita verilerinin doğruluğunu etkileyebilecek faktörler nedeniyle, gerçek yol veya arazi koşullarından farklılık

gösterebileceğini kabul edersiniz. Navigasyon özelliğini kullanırken güvenliğiniz için her zaman trafik levhalarını ve geçerli yol koşullarını dikkate alın. Güvenli sürüş kurallarına ve trafik düzenlemelerine uyun. Bisiklet ve yürüme yol tariflerinin, ayrılmış yolları içermeyebileceğini unutmayın.

(h) Hizmet kullanımı yoluyla herhangi bir içerik yüklerseniz söz konusu içerikle ilgili tüm haklara sahip olduğunuzu veya içeriği karşıya yükleme yetkiniz olduğunu ya da yasal olarak karşıya yükleme izniniz olduğunu ve içeriğin, Hizmetlere ilişkin herhangi bir hizmet kullanım şartını ihlal etmediğini kabul etmiş sayılırsınız. Hizmetlerin; Apple'a, site sahibine veya lisans verenlerine ait özel içerik, bilgi ve materyaller içerdiğini ve telif hakkı da dahil ancak bununla sınırlı olmamak üzere, geçerli fikri mülkiyet hakları ve diğer kanunlar tarafından korunduğunu kabul edersiniz. Söz konusu özel içerik, bilgi veya materyalleri hiçbir şekilde Hizmetlerin kullanımı için izin verilen amacın dışında ya da işbu Lisansın hükümlerine aykırı olacak biçimde veya üçüncü tarafların ya da Apple'ın fikri mülkiyet haklarını ihlal edecek biçimde kullanmayacağınızı kabul edersiniz. Hizmetlerin hiçbir kısmı herhangi bir biçimde veya hiçbir yöntemle çoğaltılamaz. Hiçbir şekilde Hizmetlerde değişiklik yapmayacağınızı, hizmetleri kiralamayacağınızı, kiraya vermeyeceğinizi, ödünç vermeyeceğinizi, satmayacağınızı, dağıtmayacağınızı veya Hizmetlere dayalı türetilen çalışmalar oluşturmayacağınızı ve Hizmetleri; herhangi bir bilgisayar virüsü, solucan, truva atı ya da başka bir kötü amaçlı yazılım göndermek, ağ kapasitesini ihlal etmek veya ağ kapasitesine yük bindirmek de dahil ancak bunlarla sınırlı olmamak üzere izin verilmeyen şekilde kullanmayacağınızı kabul edersiniz. Ayrıca, Hizmetleri başka bir tarafı taciz edecek, kötüye kullanacak, gizlice takip edecek, tehdit edecek, kötüleyecek veya haklarını başka şekilde ihlal edecek şekilde kullanmayacağınızı ve Apple'ın, bu tür bir kullanımınız ya da Hizmetlerden herhangi birini kullanmanız sonucunda maruz kalabileceğiniz tacizkâr, tehdit edici, küçük düşürücü, saldırgan, ihlal edici veya kanun dışı mesaj veya aktarımlardan hiçbir şekilde sorumlu olmayacağını kabul edersiniz.

(i) İlaveten, söz konusu Hizmetler ve Üçüncü Taraf Materyaller her dilde veya her ülkede ya da bölgede mevcut olmayabilir. Apple, söz konusu Hizmetlerin ve Üçüncü Taraf Materyallerin belirli bir yerde kullanıma uygun olacağı veya kullanılabileceğine ilişkin olarak hiçbir taahhütte bulunmaz. Söz konusu Hizmetleri veya Üçüncü Taraf Materyalleri kullanmak ya da bunlara erişmek isterseniz bunu kendi inisiyatifinizle yapar, yerel kanunlar ve gizlilik ile veri toplama kanunları da dahil olmak üzere yürürlükteki tüm kanunlara uymaktan sorumlu olursunuz. Bir fotoğrafın Aygıtınız aracılığıyla paylaşılması veya eşzamanlanması, söz konusu fotoğrafın nerede ve ne zaman çekildiği de dahil olmak üzere üst verilerin ve derinlik bilgilerinin fotoğraflarla birlikte aktarılmasına neden olabilir. Söz konusu fotoğrafların paylaşılması veya eşzamanlanması için Apple hizmetleri (iCloud Fotoğraf Arşivi gibi) kullanıldığında Apple ilgili üst verileri alır ve saklar. Apple ve lisans verenleri, herhangi bir Hizmeti herhangi bir zamanda, bildirimde bulunmaksızın değiştirme, askıya alma, kaldırma veya Hizmete erişimi devre dışı bırakma hakkını saklı tutar. Apple, söz konusu Hizmetlerden herhangi birinin kaldırılmasından veya bunlara erişimin devre dışı bırakılmasından hiçbir koşulda sorumlu olmaz. Apple, ihbarda bulunmaksızın veya herhangi bir sorumluluk taşımaksızın belirli Hizmetlerin kullanımına ya da erişimine sınırlamalar da koyabilir.

**6. Fesih.** İşbu Lisans feshedilene kadar yürürlükte kalacaktır. İşbu Lisansın hükümlerine uymamanız halinde, Apple'ın herhangi bir bildirimde bulunmasına gerek olmaksızın işbu Lisans kapsamındaki haklarınız otomatik olarak feshedilir veya geçerliliğini yitirir. İşbu Lisansın feshini takiben Apple Yazılımının tüm kullanımını sonlandırmanız gerekir. İşbu Lisansın 4, 5, 6, 7, 8, 9, 10, 12 ve 13 numaralı Bölümleri, fesihten sonra da geçerli olmaya devam eder.

**7. Garantilerden Feragat**
7.1     Tüketici olan bir müşteriyseniz (Apple Yazılımını ticari, işle ilgili veya mesleki nedenler dışında kullanan birisiyseniz) bulunduğunuz ülkede aşağıdaki sınırlamaların size uygulanmasını engelleyen yasal haklarınız olabilir ve bu durumda bu sınırlamalar size uygulanmaz. Haklarınızla ilgili olarak daha fazla bilgi edinmek için yerel bir tüketici danışma kuruluşuna danışmanız gerekir.

7.2    GEÇERLİ YASALARIN İZİN VERDİĞİ ÖLÇÜDE, APPLE YAZILIMINI VE APPLE YAZILIMI ÜZERİNDEN SUNULAN VEYA ERİŞİLEN HİZMETLERİ, RİSKİ YALNIZCA SİZE AİT OLMAK ÜZERE KULLANDIĞINIZI VE TATMİN EDİCİ KALİTE, PERFORMANS, DOĞRULUK VE ÇALIŞMALARA İLİŞKİN TÜM RİSKİN SİZE AİT OLDUĞUNU AÇIKÇA ONAYLAR VE KABUL EDERSİNİZ.

7.3    GEÇERLİ YASALARIN İZİN VERDİĞİ AZAMİ ÖLÇÜDE, APPLE YAZILIMI VE HİZMETLERİ, TÜM KUSURLARIYLA BİRLİKTE "OLDUĞU GİBİ" VE HİÇBİR TÜRDEN GARANTİ OLMAKSIZIN SAĞLANIR. APPLE VE APPLE'IN LİSANS VERENLERİ (BÖLÜM 7 VE 8'İN AMAÇLARI DOĞRULTUSUNDA BİRLİKTE "APPLE" OLARAK ANILACAKTIR) APPLE YAZILIMINA VE HİZMETLERİNE İLİŞKİN PAZARLANABİLİRLİK, TATMİN EDİCİ KALİTE, BELLİ BİR AMACA UYGUNLUK, DOĞRULUK, ZİLYETLİK, ÜÇÜNCÜ TARAF HAKLARINI İHLAL ETMEMEYE İLİŞKİN ZIMNİ GARANTİLER VE/VEYA KOŞULLAR DA DAHİL ANCAK BUNLARLA SINIRLI OLMAMAK ÜZERE TÜM AÇIK, ZIMNİ VEYA KANUNİ TÜM GARANTİ VE KOŞULLARI İŞBURADA KABUL ETMEMEKTEDİR.

7.4    APPLE; APPLE YAZILIMINI VE HİZMETLERİNİ KULLANMANIZA MÜDAHALE EDİLMEYECEĞİNİ, APPLE YAZILIMININ İŞLEVLERİNİ VEYA APPLE YAZILIMINCA YERİNE GETİRİLEN YA DA SUNULAN HİZMETLERİN İHTİYAÇLARINIZI KARŞILAYACAĞINI, APPLE YAZILIMININ VE HİZMETLERİNİN ÇALIŞMASININ KESİNTİSİZ VEYA HATASIZ OLACAĞINI, HER TÜRLÜ HİZMETİN SUNULMAYA DEVAM EDECEĞİNİ, APPLE YAZILIMI VEYA HİZMETLERİNDEKİ KUSURLARIN DÜZELTİLECEĞİNİ YA DA APPLE YAZILIMININ ÜÇÜNCÜ TARAFLARA AİT HER TÜRLÜ YAZILIM, UYGULAMA VEYA HİZMETLE UYUMLU OLACAĞINI GARANTİ ETMEZ. BU APPLE YAZILIMININ YÜKLENMESİ, APPLE ÜRÜNLERİNİN VE HİZMETLERİNİN YANI SIRA ÜÇÜNCÜ TARAF YAZILIMLARIN, UYGULAMALARIN VEYA ÜÇÜNCÜ TARAF HİZMETLERİN BULUNABİLİRLİĞİNİ VE KULLANILABİLİRLİĞİNİ ETKİLEYEBİLİR.

7.5    AYRICA, APPLE YAZILIMI VE HİZMETLERİNİN NÜKLEER TESİSLER, UÇAKLARIN SEYRÜSEFER HİZMETLERİ VEYA İLETİŞİM SİSTEMLERİ, HAVA TRAFİK KONTROLÜ, YAŞAM DESTEK VEYA SİLAH SİSTEMLERİ DAHİL ANCAK BUNLARLA SINIRLI OLMAKSIZIN APPLE YAZILIMI VE HİZMETLERİNDEKİ BİR AKSAMA YA DA GECİKMENİN VEYA BUNLARIN SUNDUĞU İÇERİK, VERİ YA DA BİLGİLERDEKİ HATA VEYA YANLIŞLARIN ÖLÜM, YARALANMA YA DA CİDDİ FİZİKSEL VEYA ÇEVRESEL ZARARA YOL AÇABİLECEĞİ DURUM YA DA ORTAMLARDA KULLANIM İÇİN GELİŞTİRİLMEDİĞİNİ VEYA BU DURUM YA DA ORTAMLARDA KULLANIMA UYGUN OLMADIĞINI DA KABUL EDERSİNİZ.

7.6    APPLE VEYA BİR APPLE YETKİLİ TEMSİLCİSİ TARAFINDAN SÖZLÜ YA DA YAZILI OLARAK VERİLEN HİÇBİR BİLGİ VEYA TAVSİYE GARANTİ TEŞKİL ETMEZ. APPLE YAZILIMININ VEYA HİZMETLERİNİN KUSURLU OLDUĞU KANITLANIRSA GEREKLİ HER TÜRLÜ SERVİS, ONARIM YA DA DÜZELTME MASRAFLARINI ÜSTLENECEĞİNİZİ KABUL EDERSİNİZ. BAZI YARGI ÇEVRELERİNDE, ZIMNİ GARANTİLERİN HARİÇ TUTULMASINA VEYA TÜKETİCİNİN YÜRÜRLÜKTEKİ KANUNİ HAKLARININ SINIRLANDIRILMASINA İZİN VERİLMEZ. BU NEDENLE, YUKARIDAKİ HARİÇ TUTMA VEYA SINIRLAMALAR SİZİN İÇİN GEÇERLİ OLMAYABİLİR.

**8. Sorumluluğun Sınırlandırılması.** GEÇERLİ YASALARLA YASAKLANMADIĞI ÖLÇÜDE, APPLE'A SÖZ KONUSU ZARARLARIN MEYDANA GELME OLASILIĞI BİLDİRİLMİŞ OLSA DAHİ; APPLE, BAĞLI ŞİRKETLERİ, ARACILARI VEYA YÖNETİCİLERİ HİÇBİR DURUMDA, APPLE YAZILIMINI VE HİZMETLERİNİ VEYA APPLE YAZILIMI YA DA HİZMETLERİ İLE BİRLİKTE GELEN TÜM ÜÇÜNCÜ TARAF YAZILIMLARI, UYGULAMALARI VEYA HİZMETLERİ KULLANMANIZDAN YA DA BUNLARI KULLANAMAMANIZDAN KAYNAKLANAN VEYA BUNUNLA İLİŞKİLİ OLAN KÂR KAYBI, VERİ BOZULMASI YA DA KAYBI, VERİ AKTARAMAMA YA DA ALAMAMA (KURS YÖNERGELERİ, ÖDEVLERİ VE MATERYALLERİ DAHİL ANCAK BUNLARLA SINIRLI OLMAMAK ÜZERE), İŞİN KESİNTİYE UĞRAMASI VEYA DİĞER TİCARİ ZARARLAR YA DA KAYIPLAR DA DAHİL ANCAK BUNLARLA SINIRLI OLMAKSIZIN HANGİ TÜRDEN OLURSA OLSUN HİÇBİR ARIZİ, ÖZEL, DOLAYLI VEYA HASILI ZARARLAR VEYA YARALANMALARDAN (HER NE ŞEKİLDE MEYDANA GELMİŞ OLURSA OLSUN) ÖTÜRÜ, SORUMLULUK TEORİSİNE (AKDİ SORUMLULUK, HAKSIZ FİİL SORUMLULUK YA DA DİĞER

SORUMLULUK HALLERİNE) GÖRE SORUMLU OLMAYACAKTIR. BAZI ÜLKE KANUNLARI YARALANMALARA VEYA ARIZİ YA DA HASILI ZARARLARA KARŞI SORUMLULUĞUN HARİÇ TUTULMASINA VEYA SINIRLANDIRILMASINA İZİN VERMEMEKTEDİR. BU DURUMDA BU SINIRLAMA SİZİN İÇİN GEÇERLİ OLMAYABİLİR. Apple'ın her türlü zarara karşı (yaralanma ile ilgili durumlarda, yürürlükteki yasaların gerekli gördüğü durumlar haricinde) toplam sorumluluğu hiçbir durumda iki yüz elli doları ($250) aşmayacaktır. Yukarıdaki sınırlamalar, üstte belirtilen çözüm esas amacını karşılamasa bile geçerli olacaktır. JAPONYA'NIN TÜKETİCİ SÖZLEŞMESİ YASASI GEÇERLİYSE BU LİSANSTAKİ DİĞER HÜKÜMLERE BAKILMAKSIZIN, APPLE'IN SÖZLEŞMENİN İHLALİ VEYA HAKSIZ FİİLDEN KAYNAKLANAN ZARARLARA YÖNELİK SORUMLULUĞUNU SINIRLAYAN HÜKÜMLER, SÖZ KONUSU ZARAR APPLE'IN KASITLI SUİSTİMAL VEYA AĞIR İHMALİNDEN KAYNAKLANIYORSA UYGULANMAYACAKTIR.

**9. Dijital Sertifikalar.** Apple Yazılımı, Apple veya üçüncü taraflarca yayımlanmış dijital sertifikaların kabul edilebilmesini sağlayan işlevlere sahiptir. APPLE TARAFINDAN VEYA BİR ÜÇÜNCÜ TARAFÇA YAYIMLANMIŞ BİR SERTİFİKAYA GÜVENİP GÜVENMEME KARARI YALNIZCA SİZİN SORUMLULUĞUNUZDADIR. DİJİTAL SERTİFİKALARI KULLANMANIZA İLİŞKİN RİSK YALNIZCA SİZE AİTTİR. GEÇERLİ YASALARIN İZİN VERDİĞİ AZAMİ ÖLÇÜDE APPLE, DİJİTAL SERTİFİKALARIN PAZARLANABİLİRLİĞİNE VEYA BELİRLİ BİR AMACA UYGUNLUĞUNA, DOĞRULUĞUNA, GÜVENLİĞİNE YA DA ÜÇÜNCÜ TARAF HAKLARINI İHLAL ETMEMESİNE YÖNELİK AÇIK VEYA ZIMNİ HERHANGİ BİR BEYAN VEYA TAAHHÜTTE BULUNMAZ.

**10. İhracat Denetimi.** Apple Yazılımını, ABD kanunları ve Apple Yazılımının edinildiği ülke kanunları tarafından izin verilen durumlar dışında kullanamaz veya başka şekilde ihraç ya da yeniden ihraç edemezsiniz. Apple Yazılımı, bunlarla sınırlı olmayacak şekilde özellikle de (a) ABD tarafından ambargo uygulanan ülkelere veya (b) ABD Hazine Bakanlığının Özel Olarak Belirlenmiş Vatandaşlar listesinde ya da ABD Ticaret Bakanlığının Reddedilen Kişiler veya Tüzel Kişiler Listesinde ya da diğer yasaklı kişi listelerinde bulunan kişilere ihraç veya yeniden ihraç edilemez. Apple Yazılımını kullanarak, böyle bir ülkede veya böyle bir listede bulunmadığınızı beyan ve taahhüt edersiniz. Ayrıca Apple Yazılımını; füzelerin, nükleer, kimyasal veya biyolojik silahların geliştirilmesi, tasarlanması, imalatı ya da üretimi de dahil ancak bunlarla sınırlı olmamak üzere ABD kanunları ile yasaklanan hiçbir amaçla kullanmayacağınızı kabul edersiniz.

**11. Hükümet Son Kullanıcıları.** Apple Yazılımı ve ilişkili belgeler, terimin 48 CFR Bölüm 2.101'de tanımlandığı şekliyle "Ticari Öğeler" olarak anılır ve yürürlükte olan 48 CFR Bölüm 12.212 veya 48 CFR Bölüm 227.7202'de kullanıldığı şekliyle "Ticari Bilgisayar Yazılımı" ve "Ticari Bilgisayar Yazılımı Belgeleri" terimlerini içerir. Yürürlükte olan 48 CFR Bölüm 12.212 ve 48 CFR Bölüm 227.7202-1 ve 48 CFR Bölüm 227.7202-4 ile tutarlı olarak, Ticari Bilgisayar Yazılımı ve Ticari Bilgisayar Yazılımı Belgelerinin lisansı ABD Hükümeti son kullanıcılarına (a) yalnızca Ticari Öğeler olarak ve (b) buradaki hüküm ve koşullara uygun şekilde diğer tüm son kullanıcılara sağlanan haklarla verilir. Yayımlanmamış haklar, ABD telif hakkı kanunlarınca koruma altındadır.

**12. Uygulanacak Hukuk ve Ayrılabilirlik.** Yasalar ihtilafı esasları saklı kalmak şartıyla işbu Lisans, Kaliforniya Eyaleti yasalarına tabidir ve bu yasalar doğrultusunda yorumlanacaktır. İşbu Lisans, Milletlerarası Mal Satımına İlişkin Sözleşmeler Hakkında Birleşmiş Milletler Antlaşması'na tabi değildir. Bu antlaşmanın uygulanması açıkça işbu Lisansın kapsamı dışında bırakılmıştır. Birleşik Krallık'ta bulunan bir tüketiciyseniz işbu Lisans, ikamet ettiğiniz yargı çevresindeki yasalara tabi olur. Yetkili herhangi bir mahkeme, herhangi bir nedenle işbu Lisansın herhangi bir hükmünün veya belirli bir kısmının uygulanamaz olduğunu kabul ederse işbu Lisansın kalan hükümleri tüm geçerliliğiyle yürürlükte kalır.

**13. Sözleşmenin Bütünü; Geçerli Dil.** İşbu Lisans, Apple Yazılımına ilişkin olarak Apple ile aranızdaki sözleşmenin tamamını oluşturur ve ilgili konuya ilişkin daha önceki veya eşzamanlı tüm mutabakatların yerine geçer. Yazılı olmadığı ve Apple tarafından imzalanmadığı müddetçe işbu Lisanstaki hiçbir tadil

veya değişiklik bağlayıcı olmaz. İşbu Lisansın çevirileri yerel gereklilikler doğrultusunda yapılır. İşbu Lisansın İngilizce kopyası ile İngilizce olmayan kopyaları arasında herhangi bir ihtilaf olması durumunda, yargı çevrenizdeki yasalar ile yasaklanmadığı ölçüde işbu Lisansın İngilizce kopyası geçerli olur.

**14. Üçüncü Taraflara İlişkin Kabuller.** Apple Yazılımının belirli kısımlarında üçüncü taraf yazılımlar ve telif hakkı ile korunan başka materyaller kullanılıyor veya bulunuyor olabilir. Bu tür materyallere ilişkin kabuller, lisans hükümleri ve açıklamalar Apple Yazılımına ilişkin elektronik belgelerde bulunur. Bu tür materyalleri kullanmanız ilgili hükümlere tabi olur. Google Güvenli Tarama Hizmetinin kullanımı, Google Hizmet Şartları'na (https://www.google.com/intl/tr/policies/terms/) ve Google Gizlilik Politikası'na (https://www.google.com/intl/tr/policies/privacy/) tabidir.

**15. MPEG-4 Kullanımı; H.264/AVC Bildirimi**
(a) Apple Yazılımı, (i) başlık temelinde ödeme yapılan fiziksel ortamlarda saklanan veya çoğaltılan verilerle ve/veya (ii) başlık temelinde ödeme yapılan ve kalıcı olarak saklama ve/veya kullanım için son kullanıcıya aktarılan verilerle bağlantılı kodlama için ek lisans alınmasının ve telif ücretlerinin ödenmesinin gerekli olduğu haller dışında, MPEG-4 Sistemleri Standardına uygun şekilde kodlama için MPEG-4 Sistemleri Patent Portföyü Lisansı kapsamında lisanslanmıştır. Bu tür bir ek lisans MPEG LA, LLC şirketinden edinilebilir. Daha fazla bilgi için https://www.mpegla.com adresine bakın.

(b) Apple Yazılımı, MPEG-4 video kodlama ve/veya kod çözme işlevleri içerir. Apple Yazılımı, (i) MPEG-4 Görsel Standardı ("MPEG-4 Video") uyarınca video kodlama ve/veya (ii) yazılımı ticari olmayan, kişisel amaçlarla kullanan bir tüketici tarafından kodlanmış ve/veya MPEG LA tarafından MPEG-4 video sağlamak üzere lisanslı bir video tedarikçisinden elde edilmiş MPEG-4 videosunun kodunun çözülmesi amaçlarıyla MPEG-4 Görsel Patent Portföyü kapsamında, tüketicilerin kişisel ve ticari olmayan kullanımına yönelik olarak lisanslanmıştır. Başka herhangi bir kullanım için lisans verilmemiştir veya verildiği ima edilemez. Tanıtım, dahili ve ticari kullanım ve lisans alma konuları dahil olmak üzere ilave bilgiler MPEG LA, LLC şirketinden edinilebilir. Şu adrese bakabilirsiniz: https://www.mpegla.com.

(c) Apple Yazılımı, AVC kodlama ve/veya kod çözme işlevleri içerir. H.264/AVC'nin ticari kullanımı için ilave lisans alınması gerekir ve bununla ilgili olarak aşağıdaki hüküm uygulanır: İŞBU LİSANS KAPSAMINDA, APPLE YAZILIMINDAKİ AVC İŞLEVİ, YALNIZCA TÜKETİCİNİN TİCARİ OLMAYAN, KİŞİSEL KULLANIMI İÇİN LİSANSLANMIŞTIR VE TÜKETİCİ, SÖZ KONUSU İŞLEVİ YALNIZCA (i) AVC STANDARDI ("AVC VİDEO") UYARINCA VİDEO KODLAMAK VE/VEYA (ii) TİCARİ OLMAYAN, KİŞİSEL BİR FAALİYETTE BULUNAN BİR TÜKETİCİ TARAFINDAN KODLANAN VE/VEYA AVC VİDEO SAĞLAMA KONUSUNDA LİSANS SAHİBİ BİR VİDEO TEDARİKÇİSİNDEN TEMİN EDİLMİŞ BİR AVC VİDEOSUNUN KODUNU ÇÖZMEK AMACIYLA KULLANABİLİR. DİĞER KULLANIMLAR VE LİSANSLARA İLİŞKİN BİLGİLER MPEG LA L.L.C. ŞİRKETİNDEN EDİNİLEBİLİR. ŞU ADRESE BAKABİLİRSİNİZ: https://www.mpegla.com.

**16. Yahoo Arama Hizmeti Sınırlamaları.** Safari aracılığıyla kullanılan Yahoo Arama Hizmetinin lisansı, yalnızca şu ülkelerde ve bölgelerde kullanılmak üzere verilmiştir: Arjantin, Aruba, Avustralya, Avusturya, Barbados, Belçika, Bermuda, Brezilya, Bulgaristan, Kanada, Cayman Adaları, Şili, Çin ana karası, Hong Kong, Tayvan, Kolombiya, Kıbrıs Rum Kesimi, Çek Cumhuriyeti, Danimarka, Dominik Cumhuriyeti, Ekvador, El Salvador, Finlandiya, Fransa, Almanya, Yunanistan, Grenada, Guatemala, Macaristan, İzlanda, Hindistan, Endonezya, İrlanda, İtalya, Jamaika, Japonya, Letonya, Litvanya, Lüksemburg, Malezya, Malta, Meksika, Hollanda, Yeni Zelanda, Nikaragua, Norveç, Panama, Peru, Filipinler, Polonya, Portekiz, Porto Riko, Romanya, Singapur, Slovakya, Slovenya, Güney Kore, İspanya, Saint Lucia, Saint Vincent, İsveç, İsviçre, Tayland, Bahama Adaları, Trinidad ve Tobago, Türkiye, Birleşik Krallık, Uruguay, ABD ve Venezuela.

**17. Microsoft Exchange Bildirimi.** Apple Yazılımındaki Microsoft Exchange e-posta ayarları, Aygıtınızla Microsoft Exchange Server veya Microsoft Exchange ActiveSync protokolünün uygulanması için

Microsoft tarafından lisanslanan başka bir sunucu yazılımı arasında yalnızca e-postalar, kişiler, takvimler ve görevler gibi bilgilerin kablosuz olarak eşzamanlanması için lisanslanmıştır.

EA1806
08.07.2022
— — — — — — — — — —
**Apple Pay ve Cüzdan Ek Hüküm ve Koşulları**

Bu Apple Pay ve Cüzdan Ek Hüküm ve Koşulları (bu "Ek Hükümler"), Apple Yazılımı Lisans Sözleşmesi'ni ("Lisans") tamamlar. Lisans kapsamında bir "Hizmet" olarak değerlendirilecek olan Apple Pay özelliğine ("Apple Pay") ve Apple Cüzdan ("Cüzdan") uygulamasına ilişkin kullanımınız hem Lisans hükümlerine hem bu Ek Hükümlere tabidir. Bu Ek Hükümlerde büyük harflerle yazılan terimler Lisansta belirtilen anlamlara sahiptir.

**1. Genel Bakış**

**Apple Pay**

Apple Pay şunları yapmanıza olanak sağlar:

- Apple Card ve Apple Cash kartı da dahil olmak üzere kredi, banka ve ön ödemeli kartlarınızı kullanarak belirli konumlarda veya belirli uygulamalarda ya da web sitelerinde temassız ödemeler yapma;
- diğer Apple Cash kullanıcılarına kişiler arası ödemeler yapma ve
- siparişleri takip etme ve ayrıntılı faturaları görüntüleme.

Apple Pay ve belirli Apple Pay özellikleri yalnızca belirli bölgelerde; belirli kart veren kuruluşlar, ödeme ağları, satıcılar ve diğer üçüncü taraflar ile kullanılabilir.

**Cüzdan**

Apple Cüzdan, Apple Pay (topluca "Apple Pay Kartları") ile kullanılacak kredi ve banka kartları ile ön ödemeli kartların yanı sıra aşağıdakiler de dahil ancak bunlarla sınırlı olmaksızın başka türlerdeki kartların ve anahtarların (topluca "Cüzdan Kartları" ve Apple Pay Kartları ile birlikte "Desteklenen Kartlar") sanal temsillerini saklamanıza olanak sağlar:

- ödül kartları;
- toplu taşıma kartları;
- biletler;
- üyelik kartları;
- araba anahtarları;
- ev anahtarları;
- konaklama yeri anahtarları;
- şirket kartları;
- öğrenci kimlik kartları ve
- ehliyet ve eyalet veya devlet tarafından verilmiş kimlik kartları ("Kimlik Kartları").

Cüzdan Kartları yalnızca belirli bölgelerde ve belirli ortaklarla kullanılabilir. Kimlik Kartları yalnızca katılımcı eyalet sakinleri için kullanılabilir ve kart ibrazı eyalete veya konuma göre değişebilir.

Desteklenen Kartlar zaman içerisinde değişebilir.

## 2. Uygunluk

Apple Pay'i ve Cüzdan'ı kullanmak için; (i) Hizmetleri destekleyen bir işletim sistemi sürümüne (en son sürüm önerilir ve bazı durumlarda zorunludur) sahip, desteklenen bir Aygıtınızın, (ii) Apple'ın gerekliliklerini karşılayan bir iCloud hesabıyla ilişkilendirilmiş Apple Kimliğinizin ve (iii) internet erişiminizin (ücretler uygulanabilir) olması gerekir. Apple Cash Aile ve belirli e-para kartları hariç olmak üzere Apple Pay Kartları ancak 13 yaşında veya 13 yaşından büyük kişilerce kullanılabilir ve iCloud'un veya ilgili kartı veren kuruluşun, satıcının ya da başka bir üçüncü tarafın belirlediği, yaşa bağlı ek sınırlamalara tabi olabilir. Toplu taşıma kartları, e-para kartları, Kimlik Kartları, şirket kartları ve anahtarlar yalnızca iOS Aygıtlarında kullanılabilir.

Bir iCloud Ailesinde ebeveyn veya yasal vasisyeniz ("Düzenleyici") 13 yaşın (veya ilgili ülkedeki eş değer minimum yaşın) altındakiler de dahil olmak üzere Aile üyelerini Cüzdan'daki uygun toplu taşıma kartlarını hazırlayıp kullanmaya davet edebilirsiniz. Düzenleyici olarak, Aile üyesi tarafından başlatılanlar da dahil olmak üzere Aile üyeleri için etkinleştirilmiş toplu taşıma kartları kullanılarak yapılan tüm ödemelerden, alışverişlerden ve işlemlerden siz sorumlu olursunuz. Cüzdan'daki toplu taşıma kartları için uygunluk ve bu kartların kullanımı, ilgili toplu taşıma kurumunun hüküm ve koşullarına tabidir. Düzenleyiciler, bu tür hüküm ve koşullara uymaktan sorumludur ve toplu taşıma kartlarını diğer Aile üyeleri için etkinleştirmeye ilişkin tüm riski üstlenir. Bir Aile üyesi aileden ayrıldığında veya çıkarıldığında, ilgili toplu taşıma kartına yeniden yükleme yapamaz ve kartla ancak hesap bakiyesi sıfır olana kadar işlem yapabilir.

Bir araba anahtarınız varsa anahtarınızı 13 yaşında veya 13 yaşından büyük kişilerle paylaşabilirsiniz. Böylece bu kişiler arabanızın kilidini açıp arabanıza erişebilir ve/veya arabanızı kullanabilir.

Ev anahtarlarını yalnızca, Ev uygulamasına kilit ekleyerek veya Ev uygulamasından kilit kaldırarak ya da kendinizi Ev uygulamasındaki bir eve ekleyerek veya bir evden çıkararak Cüzdan'a ekleyebilir ya da Cüzdan'dan silebilirsiniz. Ev uygulamasındaki bir evin yöneticisiyseniz mevcut tüm ev anahtarları, Evinize davet ettiğiniz ve Evinize katılan kişilerle otomatik olarak paylaşılır.

Apple Card yalnızca ABD'de kullanılabilir ve Goldman Sachs Bank USA, Salt Lake City Branch ("Apple Card Veren Kuruluş") tarafından verilir. Apple Card Aile hariç olmak üzere, Apple Card yalnızca 18 yaş veya üzeri (ya da ikamet ettiğiniz eyalete bağlı olarak daha büyük yaştaki) kişiler tarafından kullanılabilir.

Apple Cash kartı ve kişiler arası ödeme gönderme ve alma özelliği yalnızca ABD'de kullanılabilir. Bu hizmetler FDIC üyesi olan Green Dot Bank tarafından sağlanır. Apple Pay'de kişiler arası ödeme göndermek veya almak için bir Apple Cash kartınızın olması gerekir. Apple Cash Aile hariç olmak üzere, Apple Cash kartı ve kişiler arası ödeme gönderme/alma özelliği yalnızca 18 yaş veya üzeri kişiler tarafından kullanılabilir.

## 3. Hizmetlerin Kullanımı

Desteklenen Kartlar ve kişiler arası ödemeler, bu özellikleri kullanmak için iCloud'a giriş yaparken kullandığınız Apple Kimliği ile ilişkilendirilir. Cüzdan'da anahtar, şirket kartı, ödül kartı, bilet ve üyelik kartı eklediğinizde veya sildiğinizde söz konusu değişiklik, Apple Kimliğiniz ile giriş yaptığınız diğer Apple aygıtlarınızda görünebilir. Her bir Apple Kimliğiyle, devlet kurumu tarafından verilen yalnızca bir adet Kimlik Kartını ilişkilendirebilirsiniz.

Apple Pay ve Cüzdan, kişisel kullanımınız içindir ve yalnızca kendi Desteklenen Kartlarınızı veya bir Düzenleyici ya da ev sahibi tarafından hazırlamaya davet edildiğiniz toplu taşıma kartlarını veya araba ve ev anahtarlarını sağlayabilirsiniz. Desteklenen bir kurumsal kart sağlıyorsanız, bunu işvereninizin yetkisiyle yaptığınızı ve işvereninizi bu kullanım şartlarına ve bu özelliğin kullanımından etkilenen tüm işlemlere tabi tutmaya yetkili olduğunuzu beyan edersiniz. Kişiler arası ödeme gönderiyor veya alıyorsanız bunu kendi

ticari olmayan, kişisel kullanımınız için yaptığınızı beyan edersiniz. Bir Kimlik Kartı sağlıyorsanız bunu, sizi doğru ve gerçek bir şekilde temsil eden kişisel bilgilerinizi kullanarak yaptığınızı beyan edersiniz.

Apple Pay'i veya Cüzdan'ı yasa dışı amaçlarla ya da dolandırıcılık amacıyla veya Lisans ve bu Ek Hükümler ile yasaklanmış diğer amaçlar doğrultusunda kullanmayacağınızı kabul edersiniz. Apple Pay'i ve Cüzdan'ı geçerli yasalara ve düzenlemelere göre kullanacağınızı da kabul edersiniz. Kimlik Kartlarıyla bağlantılı olarak gönderilen yanlış bilgilerin, federal yasalara veya eyalet yasalarına göre suç teşkil edebileceğini kabul edersiniz. Apple Pay veya Cüzdan hizmetini, hizmete bağlanan sunucuları ya da ağları veya hizmete bağlı olan ağların politikalarını, gereksinimlerini ya da düzenlemelerini (verilerine veya trafiğine yetkisiz erişim, bunların yetkisiz kullanımı ya da izlenmesi dahil) engellemeyeceğinizi veya kesintiye uğratmayacağınızı (otomatik yöntemlerle hizmete erişim dahil) kabul edersiniz.

Apple Pay'e veya Cüzdan'a erişmeniz ya da bunları kullanmanız yürürlükteki yasalarca yasaklanmışsa bu Hizmetlere erişme veya bu Hizmetleri kullanma yetkiniz yoktur. Yürürlükteki yasaları herhangi bir şekilde ihlal ederek bu Hizmetlere erişmeniz veya bu Hizmetleri kullanmanız durumunda sorumluluk üstlenmeyiz.

## 4. Apple'ın Sizinle İlişkisi

Apple Pay kullanımınız, bu Ek Hükümlerin yanı sıra ilgili kart sağlayıcısı, satıcı veya Apple Pay Kartınızdan sorumlu başka bir üçüncü tarafla imzalamış olduğunuz kart sahibi sözleşmesinin hükümlerine tabi olur.

Benzer şekilde; Cüzdan'daki Cüzdan Kartları kullanımınız da bu Ek Hükümlerin yanı sıra ilgili satıcı, toplu taşıma kurumu, araba ve kilit üreticisi, üniversite, otel, dinlenme tesisi, gemi turu şirketi, şirket, kimliğinizi veren devlet kurumu veya başka bir üçüncü taraf ile yaptığınız sözleşme hükümlerine tabi olur.

Apple Payments Inc. ("Apple Payments") tarafından sağlanan ve aşağıda açıklanan belirli Apple Pay özellikleri hariç olmak üzere Apple, Apple Pay Kartlarınızla yaptığınız ödemeleri veya ödeme dışı diğer işlemleri işlemez. Apple'ın; Apple Pay'i veya Cüzdan'ı kullanmanızdan kaynaklanan ödemeler, ters ibrazlar, iadeler, para iadeleri, para transferleri, ödüller, biriken değer, indirimler, erişim, kimlik doğrulama, siparişler, siparişlerin tamamlanması veya diğer faaliyetler üzerinde hiçbir kontrolü ve sorumluluğu yoktur.

Bu Ek Hükümlerin şartları ve ilgili kart veren kuruluş, satıcı, kimlik veren devlet kurumu veya başka bir üçüncü tarafla yaptığınız sözleşme (her biri "**Üçüncü Taraf Sözleşmesi**") arasında bir çelişki olması halinde Apple ile ilişkiniz, bu Ek Hükümlerin şartlarına, söz konusu üçüncü tarafla ilişkiniz ise Üçüncü Taraf Sözleşmesine tabi olur.

Apple'ın, Üçüncü Taraf Sözleşmelerinize taraf olmadığını ve şunlardan sorumlu olmadığını kabul edersiniz: (a) Apple Pay veya Cüzdan kullanılırken Aile üyeleri, Desteklenen Kartlarınızı paylaştığınız ya da Aygıtınıza erişimi olan diğer kişiler tarafından yapılanlar da dahil ancak bunlarla sınırlı olmaksızın Desteklenen Kartların, satın almaların, işlemlerin, para transferlerinin, siparişlerin, siparişlerin tamamlanmasının, faturaların veya diğer faaliyetlerin içeriği, doğruluğu ya da kullanılabilirliği; (b) kredi verme veya krediye uygunluğu değerlendirme; (c) ehliyet ya da eyalet kimlik kartı verme, askıya alma veya iptal etme; (d) kart veren kuruluşların, satıcıların, uygulama geliştiricilerin veya Apple Pay ya da Cüzdan kullanımınızla ilgili diğer üçüncü tarafların faaliyetleri; (e) Desteklenen Kartınızın Cüzdan'a eklenmesiyle ilgili olarak kart veren kuruluş, satıcı veya başka bir üçüncü tarafça alınan kararlar; (f) herhangi bir satıcı ya da ortak programına üyeliğiniz veya katılımınız; (g) Desteklenen Kartlarınızla bağlantılı olarak ödülleri veya birikmiş değeri biriktirme ya da kullanma; (h) ön ödemeli Desteklenen Kartları doldurma veya yeniden yükleme; (i) kişiler arası ödeme gönderme ya da alma veya para transferi gerçekleştirme ya da (j) Apple Cash kartınıza para yükleme, kartınızdaki parayı kullanma veya çekme.

Apple Card'a başvururken, Apple Card Veren Kuruluşta bir hesap açmak için başvurmuş olursunuz. Apple Card'ı sunmaktan sorumlu finans kuruluşu değişikliğe tabidir ve Apple Card kullanımınız söz konusu kuruluşun hüküm ve koşullarına tabidir.

Apple Pay'de Apple Cash özelliklerini etkinleştirdiğinizde Green Dot Bank'te hesap açmış olursunuz. Apple Payments tarafından sağlanan Apple Pay özellikleri hariç olmak üzere, kişiler arası ödeme gönderdiğinizde veya aldığınızda ya da Apple Cash kartınıza para yüklediğinizde veya kartınızdan çektiğinizde paranızı ilgili alıcıya göndermekten veya ilgili alıcıdan almaktan Green Dot Bank sorumludur. Apple Pay'de kişiler arası ödeme yapma özelliğini ve Apple Cash'i sunmaktan sorumlu finans kuruluşu değişikliğe tabidir ve bu tür özellikleri kullanmanız söz konusu kuruluşun hüküm ve koşullarına tabidir.

Apple Cash kartınızdaki parayı, yetkilendirdiğiniz belirli uygun işletmelere ödeme yapmak için kullanma özelliği ("Doğrudan Ödeme Hizmeti") Apple Payments tarafından sağlanan bir hizmettir. Doğrudan Ödeme Hizmetini kullanmanız, Apple Payments'ın Doğrudan Ödeme Hüküm ve Koşullarına tabidir. Ayrıca bazı uygun işletmeler, onları Apple Cash kartınıza para ödemeleri (her biri "Ödeme") için yetkilendirmenize olanak sağlayabilir. Ödemeler Apple Payments tarafından işlenebilse de bunlar söz konusu ödemeleri yapan katılımcı işletmeler tarafından sağlanmakla birlikte, ödemeleri yapan işletmelerin belirli ek hüküm ve koşullarına tabi olabilir. Desteklenen Kartlar veya ilişkili ticari faaliyetle ilgili tüm anlaşmazlıklar ya da sorular için lütfen kartınızı veren kuruluşa veya uygun satıcıya, eyaletteki yetkili kuruma, uygulama geliştiricisine veya başka bir üçüncü tarafa başvurun. Apple Pay, Cüzdan, Apple Card veya Apple Cash kartı ya da kişiler arası ödemelere ilişkin sorular için lütfen Apple Destek'e başvurun.

**5. Gizlilik**

Apple'ın, kişisel bilgileri toplaması ve kullanımı https://www.apple.com/tr/legal/privacy/ adresinde bulunan Apple'ın Gizlilik Politikasına tabidir. Apple Pay ve Cüzdan kullanımınızın bir parçası olarak toplanan, kullanılan veya paylaşılan kişisel bilgiler hakkında ayrıntılı bilgi için; Aygıtınızdan ya da eşlenmiş bir Aygıttaki Watch uygulamasından erişebileceğiniz ilgili hizmete özgü gizlilik bildirimlerini (Apple Pay ve Gizlilik Hakkında dahil) inceleyebilir ya da https://www.apple.com/tr/legal/privacy/ adresini ziyaret edebilirsiniz. Apple Pay'i ve Cüzdan'ı kullanarak Apple'ın, bağlı şirketlerinin ve aracılarının bu Hizmetleri sağlamak için yukarıdaki tüm bilgileri iletmesine, toplamasına, saklamasına, işlemesine ve kullanmasına onay ve izin verirsiniz.

**6. Güvenlik; Kayıp veya Etkisizleştirilmiş Aygıtlar**

DESTEKLENEN AYGITLARINIZI VE KİMLİK BİLGİLERİNİZİ SİZİN FİZİKSEL CÜZDANINIZI VE KARTLARINIZI KORUDUĞUNUZ GİBİ KORUMA

Apple Pay ve Cüzdan, Desteklenen Kartlarınızın sanal temsillerini saklar ve bunları; fiziksel cüzdanınızı, anahtarlarınızı veya kredi, banka, ön ödemeli, kimlik ve diğer kartlarınızı koruduğunuz şekilde korumanız gerekir. Aygıtlarınızın ve Apple Kimliğinizin, Touch ID ve Face ID bilgilerinizin, desteklenen Aygıtlarınızın parolalarının ve Hizmetlere bağlantılı olarak kullandığınız diğer kimlik doğrulama bilgilerinin (topluca "Kimlik Bilgileriniz") güvenliğini korumaktan yalnızca siz sorumlusunuz. Başka birisine, desteklenen Aygıtınızı kullanma yetkisi veya izni verirseniz (ör. Aygıtınızı parolasını bir üçüncü tarafa vererek, bir üçüncü tarafın Touch ID'yi kullanmak ya da Face ID'yi etkinleştirmek amacıyla kendi parmak izini eklemesine izin vererek veya herhangi bir Kimlik Bilginizi başka herhangi bir şekilde bir üçüncü tarafa vererek) bu kişi ödemeler yapabilir; kişiler arası ödeme gönderebilir, isteyebilir ya da alabilir; Apple Cash kartınızdan para çekebilir; ödül kazanabilir veya kullanabilir; birikmiş değerleri kullanabilir; arabanızın, odanızın, ofisinizin ya da evinizin kilidini açabilir veya bunlara başka bir şekilde erişebilir; kimliğinizi taklit edebilir ya da Cüzdan'daki Desteklenen Kartlarınızla başka işlemler yapabilir. Böyle bir durumda bu kişinin yaptığı tüm ödemelerden, erişimlerden ve işlemlerden siz sorumlu olursunuz.

JAILBREAK YAPILMIŞ AYGITLAR

Aygıtınızda donanım veya yazılım denetimlerini devre dışı bırakarak yetkisiz değişiklikler yaptığınız takdirde (kimi zaman "jailbreak" olarak adlandırılır), Aygıtınızın Hizmetlere erişme ya da bunları kullanma

yetkisi devre dışı kalabilir. Değişiklik yapılmış bir Aygıtın Hizmetlerle bağlantılı olarak kullanılmasının kesinlikle yasak olduğunu, bu Ek Hükümlerin ihlali anlamına geldiğini ve Hizmetlere erişiminizi reddetmemiz veya sınırlamamız için geçerli bir gerekçe oluşturduğunu kabul edersiniz.

EK GÜVENLİK ÖNLEMLERİ

Apple Card, Apple Cash kartı ve Apple Pay ile kişiler arası ödeme de dahil olmak üzere belirli Apple Pay özelliklerine erişmek amacıyla Apple Kimliğiniz için iki faktörlü kimlik doğrulama gibi ek güvenlik önlemlerini etkinleştirmeniz gerekebilir. Daha sonra bu güvenlik özelliklerini kaldırırsanız Apple Pay'in belirli özelliklerine erişmeye devam edemeyebilirsiniz. İbraz edilecek Kimlik Kartınızla ilişkili Face ID'nin veya Touch ID'nin silinmesi, Kimlik Kartı sağlama işlemini baştan tamamlamanızı gerektirir.

KAYIP VEYA ÇALINMIŞ AYGITLAR

Aygıtınız kaybolur veya çalınırsa ve Bul özelliğini etkinleştirirseniz Aygıtı Kayıp Modu'na geçirerek Aygıttaki sanal Desteklenen Kartlarla işlem yapabilme ya da kişiler arası ödeme yapabilme özelliğini askıya almayı denemek için Bul özelliğini kullanabilirsiniz. Aygıtınız Kayıp Modu'ndaysa araba anahtarınız Cüzdan üzerinden etkisizleştirilebilir ve arabadan çıktıktan veya motoru durdurduktan sonra arabanıza bir daha erişemeyebilir ya da arabanızı tekrar çalıştıramayabilirsiniz. Kayıp Modu yalnızca kayıp Aygıttaki anahtarları etkiler. Anahtarın sahibi sizseniz artık araba anahtarınızı veya ev anahtarınızı başkalarıyla paylaşamazsınız ancak daha önce başkalarıyla paylaştığınız anahtarlar söz konusu kişilerin kendi aygıtlarında bu durumdan etkilenmez.

Ayrıca Aygıtınızı silebilirsiniz. Bu durumda aygıtta sanal Desteklenen Kartlarla işlem yapma veya kişiler arası ödeme yapma özelliği askıya alınmaya çalışılır. Apple Pay'de ve Cüzdan'da Desteklenen Kartlarınıza yetkisiz erişimi önlemek için, kartı veren kuruluşa, satıcıya veya Desteklenen Kartlarınızdan sorumlu başka bir üçüncü tarafa ya da bir Apple Card veya Apple Cash kartı söz konusuysa Apple'a başvurmanız gerekir.

Dolandırıcılık veya kötüye kullanım içeren bir faaliyeti bildirirseniz ya da Apple böyle bir faaliyetten şüphelenirse herhangi bir araştırmada Apple ile iş birliği yapacağınızı ve öngördüğümüz dolandırıcılığı önleme tedbirlerini uygulayacağınızı kabul edersiniz.

## 7. Sorumluluğun Sınırlandırılması

LİSANSTA BELİRTİLEN GARANTİ FERAGATLERİ VE SORUMLULUK SINIRLAMALARINA EK OLARAK APPLE; APPLE PAY VEYA CÜZDAN KULLANILARAK YAPILAN SATIN ALMA İŞLEMLERİ, ÖDEMELER, PARA TRANSFERLERİ, SİPARİŞLER, SİPARİŞLERİN TAMAMLANMASI; FATURA BİLGİLERİ, ERİŞİMLER, KİMLİK DOĞRULAMALAR, İŞLEMLER YA DA DİĞER FAALİYETLER İÇİN HİÇBİR SORUMLULUK KABUL ETMEZ VE DESTEKLENEN KARTLARINIZ, KİŞİLER ARASI ÖDEMELERİNİZ VE İLİŞKİLİ FAALİYETLERİNİZLE İLGİLİ TÜM SORULAR VEYA İHTİLAFLARIN ÇÖZÜME KAVUŞTURULMASI İÇİN YALNIZCA KARTINIZI VEREN KURULUŞ, ÖDEME AĞINIZ, FİNANS KURUMLARINIZ, SATICINIZ, UYGULAMA GELİŞTİRİCİNİZ, KİMLİĞİNİZİ VEREN DEVLET KURUMU YA DA İLGİLİ DİĞER ÜÇÜNCÜ TARAFLARLA ARANIZDA GEÇERLİ OLABİLECEK SÖZLEŞMELERE TABİ OLACAĞINIZI KABUL EDERSİNİZ.

— — — — — — — — — — —

## APPLE TARAFINDAN GÖNDERİLEN BİLDİRİMLER

Apple'ın ürününüz veya hesabınız hakkında sizinle bağlantı kurması gerektiği durumlarda bildirimleri e-posta yoluyla almayı onaylarsınız. Size elektronik olarak gönderdiğimiz bu tür bildirimlerin, tüm yasal iletişim gereksinimlerini karşıladığını kabul edersiniz.

**CATALÀ**

**IMPORTANT: EN UTILITZAR EL TEU iPHONE, iPAD O iPOD TOUCH ("DISPOSITIU"), S'ENTÉN QUE ACCEPTES COMPLIR ELS TERMES I CONDICIONS SEGÜENTS:**

**A. CONTRACTE DE LLICÈNCIA DE PROGRAMARI DE L'iOS I L'iPadOS D'APPLE**
**B. TERMES I CONDICIONS ADDICIONALS D'APPLE PAY**
**C.    NOTIFICACIONS D'APPLE**

**APPLE INC.**
**CONTRACTE DE LLICÈNCIA DE PROGRAMARI DE L'iOS I L'iPadOS**
Llicència d'un sol ús

**SI US PLAU, LLEGEIX ATENTAMENT AQUEST CONTRACTE DE LLICÈNCIA DE PROGRAMARI ("LLICÈNCIA") ABANS D'UTILITZAR EL TEU DISPOSITIU O DESCARREGAR L'ACTUALITZACIÓ DE PROGRAMARI QUE ACOMPANYA AQUESTA LLICÈNCIA. EN UTILITZAR EL TEU DISPOSITIU O DESCARREGAR UNA ACTUALITZACIÓ DE PROGRAMARI, SEGONS EL QUE ESCAIGUI, S'ENTÉN QUE ACCEPTES COMPLIR ELS TERMES I CONDICIONS D'AQUESTA LLICÈNCIA. SI NO ELS ACCEPTES, NO FACIS SERVIR EL DISPOSITIU NI DESCARREGUIS L'ACTUALITZACIÓ DE PROGRAMARI.**

**EN CAS QUE RECENTMENT HAGIS ADQUIRIT UN DISPOSITIU I NO ACCEPTIS ELS TERMES I CONDICIONS D'AQUESTA LLICÈNCIA, POTS TORNAR EL DISPOSITIU DURANT EL PERÍODE DE DEVOLUCIÓ A L'APPLE STORE O AL DISTRIBUÏDOR AUTORITZAT ON EL VAS ADQUIRIR PER OBTENIR-NE EL REEMBOSSAMENT, D'ACORD AMB LA POLÍTICA DE DEVOLUCIONS D'APPLE EXPOSADA A https://www.apple.com/legal/sales-support/.**

**1. General**
(a) Apple Inc. ("Apple") et concedeix, sense efectuar acte de venda i conforme exclusivament als termes i condicions d'aquesta Llicència, una llicència per a l'ús del programari (inclòs el codi ROM d'arrencada, el programari integrat i el programari de tercers), de la documentació, de les interfícies, del contingut, de les tipografies i de qualsevol dada que acompanyi el teu Dispositiu ("Programari d'Apple Original"), que poden ser actualitzats o substituïts, si escau, per millores funcionals, per actualitzacions de programari, per respostes de seguretat, per fitxers del sistema o per programari de restauració del sistema ("Canvis al Programari d'Apple") que Apple proporcioni per al teu Dispositiu o el dispositiu perifèric compatible, ja sigui en memòria de només lectura, en qualsevol altre suport o de qualsevol altra manera (el Programari d'Apple Original i els Canvis al Programari d'Apple s'anomenen conjuntament "Programari d'Apple"). Apple i els seus llicenciadors conserven la propietat del Programari d'Apple i es reserven tots els drets que no li són concedits expressament. Acceptes que els termes i condicions d'aquesta Llicència tindran validesa per a qualsevol aplicació de la marca Apple que pugui estar integrada al teu Dispositiu, llevat que aquesta aplicació estigui acompanyada d'una llicència específica, cas en què acceptes que els termes i condicions d'aquesta llicència específica regiran l'ús que facis de l'aplicació.

(b) Apple, a la seva discreció, pot oferir futurs Canvis al Programari d'Apple. Els Canvis al Programari d'Apple, si n'hi ha, no han d'incloure necessàriament totes les funcions de programari existents ni les noves funcions que Apple proporcioni per a models nous o per a altres models de Dispositius. Els termes i condicions d'aquesta Llicència són aplicables a qualsevol Canvi al Programari d'Apple proporcionat per Apple, llevat que tal Canvi al Programari d'Apple tingui una llicència específica, cas en què acceptes que seran aplicables els termes i condicions d'aquesta llicència.

(c) Si utilitzes la funció de configuració exprés per configurar un Dispositiu nou basat en el Dispositiu existent, acceptes que els termes d'aquesta Llicència són aplicables a l'ús que facis del Programari

d'Apple al teu Dispositiu nou, llevat que tingui una llicència específica, cas en què acceptes que els termes d'aquesta llicència seran aplicables a l'ús que facis d'aquest Programari d'Apple. El teu Dispositiu comprovarà periòdicament amb Apple si hi ha Canvis al Programari d'Apple. Si algun canvi està disponible, aquest es pot descarregar i instal·lar automàticament al Dispositiu i, si escau, als dispositius perifèrics. **En utilitzar el Programari d'Apple, acceptes que Apple descarregui i instal·li automàticament Canvis al Programari d'Apple al teu Dispositiu i als dispositius perifèrics.** Pots desactivar la instal·lació automàtica de les actualitzacions del sistema operatiu i les respostes ràpides de seguretat en qualsevol moment ajustant la configuració d'Actualitzacions automàtiques que trobaràs a Configuració > General > Actualització de programari. Alguns fitxers del sistema (inclosos, sense caràcter limitador, els tipus de lletra actualitzats, els models d'idioma, els recursos de veu i el microprogramari per a perifèrics) poden continuar instal·lant-se automàticament, com ara quan actives o utilitzes determinades funcions i perifèrics, o per abordar consideracions legals, normatives, de seguretat pública o tècniques.

**2. Usos permesos per la Llicència i restriccions.**

(a) D'acord amb els termes i condicions d'aquesta Llicència, se't concedeix una llicència limitada no exclusiva per utilitzar el Programari d'Apple en un sol Dispositiu de marca Apple. Amb excepció del que permet l'apartat 2.b següent i del que estableixi un altre contracte que hagis subscrit amb Apple, aquesta Llicència no permet que el Programari d'Apple estigui instal·lat en més d'un Dispositiu de marca Apple alhora i no t'autoritza a distribuir o fer disponible el Programari d'Apple a través d'una xarxa que permeti utilitzar-lo en diversos dispositius a la vegada. Aquesta Llicència no et concedeix cap dret a fer servir les interfícies propietat d'Apple ni cap altra propietat intel·lectual d'Apple per al disseny, el desenvolupament, la fabricació, la concessió de llicències o la distribució de dispositius i accessoris de tercers o d'aplicacions de programari de tercers que estiguin destinats a utilitzar-se amb Dispositius. Apple concedeix alguns d'aquests drets en altres contractes de llicència. Si vols més informació sobre el desenvolupament de dispositius i accessoris de tercers per a Dispositius, visita https://developer.apple.com/programs/mfi/. Si vols més informació sobre el desenvolupament d'aplicacions de programari per a Dispositius, visita https://developer.apple.com.

(b) D'acord amb els termes i condicions d'aquesta Llicència, se't concedeix una llicència limitada no exclusiva per descarregar Canvis al Programari d'Apple que Apple pot oferir per al teu model de Dispositiu per tal d'actualitzar o restaurar el programari de qualsevol Dispositiu del qual tinguis la propietat o el control. Aquesta Llicència no et permet actualitzar o restaurar cap Dispositiu del qual no tinguis la propietat o el control i no t'autoritza a distribuir o oferir els Canvis al Programari d'Apple a través d'una xarxa que permeti utilitzar-los en diversos Dispositius o ordinadors a la vegada. Si descarregues qualsevol Canvi al Programari d'Apple a l'ordinador, pots fer una còpia dels Canvis al Programari d'Apple emmagatzemats a l'ordinador en un format llegible per aquest i únicament amb finalitats de còpia de seguretat, sempre que aquesta còpia de seguretat contingui tota la informació de copyright i tots els altres avisos sobre propietat que consten a l'original.

(c) En la mesura que Apple hagi preinstal·lat aplicacions de la marca Apple des de l'App Store al teu Dispositiu en el moment de la compra ("Aplicacions Preinstal·lades"), hauràs de registrar-te a l'App Store i associar aquestes Aplicacions Preinstal·lades amb el teu compte de l'App Store per poder utilitzar-les al teu Dispositiu. Quan associïs una Aplicació Preinstal·lada al teu compte de l'App Store, al mateix temps s'associaran automàticament totes les altres Aplicacions Preinstal·lades al teu Dispositiu. Si decideixes associar les Aplicacions Preinstal·lades al teu compte de l'App Store, s'entén que acceptes que Apple pot transmetre, recopilar, mantenir, processar i utilitzar tant l'ID d'Apple emprat al teu compte de l'App Store com un identificador únic de maquinari obtingut del teu Dispositiu, com a identificadors de compte únics destinats a verificar si la teva sol·licitud és acceptable i donar-te accés a les Aplicacions Preinstal·lades a través de l'App Store. Si no vols utilitzar una Aplicació Preinstal·lada, pots eliminar-la del teu Dispositiu en qualsevol moment.

(d) No tens autorització per efectuar les operacions (i acceptes no efectuar-les ni permetre que altres les duguin a terme) de copiar (excepte en els casos permesos expressament per aquesta Llicència), descompilar, realitzar enginyeria inversa, desmuntar, intentar obtenir el codi font, desencriptar, modificar o crear treballs derivats del Programari d'Apple o de qualsevol servei proporcionat pel Programari d'Apple, ni de cap de les seves parts (excepte en els casos i exclusivament dins els límits en què qualsevol de les restriccions anteriors sigui prohibida per la legislació vigent o per termes i condicions de llicència que regeixin l'ús de components de codi font obert que puguin trobar-se inclosos al Programari d'Apple). Acceptes no eliminar, enfosquir ni alterar cap avís de propietat (incloent-hi les marques comercials i els avisos de copyright) que es puguin incloure amb el programari d'Apple.

(e) El Programari d'Apple es pot utilitzar per reproduir materials sempre que aquest ús es limiti a la reproducció de materials sense copyright, materials dels quals tinguis el copyright o materials que puguis reproduir perquè disposes de l'autorització o permís legal corresponents. Malgrat això, se't prohibeix republicar, retransmetre o reproduir com a arxiu individual les imatges a les quals tinguis accés per mitjà de l'app News o Mapes. Els drets de titularitat i propietat intel·lectual de qualsevol contingut o sobre qualsevol contingut que sigui visualitzat, emmagatzemat o accedit al teu Dispositiu o a través d'aquest pertanyen al corresponent propietari del contingut. Pot ser que aquest contingut estigui protegit per lleis de copyright o altres lleis o tractats de propietat intel·lectual, i pot estar subjecte als termes i les condicions d'ús dels tercers que proporcionen aquest contingut. Excepte que s'indiqui el contrari en aquest document, aquesta Llicència no atorga cap dret per fer servir aquest contingut ni garanteix la disponibilitat d'aquest contingut.

(f) D'acord amb els termes i condicions d'aquesta llicència, pots: (i) utilitzar els caràcters Memoji inclosos o creats amb el Programari d'Apple ("Caràcters del Sistema") (1) mentre s'executa el Programari d'Apple i (2) per crear el teu propi contingut i els projectes originals per al teu ús personal i no comercial; i (ii) utilitzar els subtítols instantanis generats automàticament al dispositiu en temps real pel Programari d'Apple ("subtítols instantanis"), tant si es generen durant una trucada de FaceTime com d'una altra manera, només per al teu ús personal i no comercial. Aquesta Llicència no permet cap altre ús dels Caràcters del Sistema o subtítols instantanis, inclosos, sense caràcter limitador, l'ús, la reproducció, la mostra, l'execució, l'enregistrament, la publicació o la redistribució de cap dels Caràcters del Sistema o subtítols instantanis en un context amb ànim de lucre o sense, de distribució pública o amb finalitats comercials.

(g) Per completar determinades dreceres d'acció d'apps i/o llocs web, pot ser que el Programari d'Apple necessiti accedir a determinades aplicacions de programari, serveis o llocs web de tercers des del Dispositiu. Consents de manera expressa aquest ús en la mesura necessària per completar la Drecera amb el Programari d'Apple.

(h) Acceptes utilitzar el Programari i els Serveis d'Apple (definits en l'apartat 5 d'aquesta Llicència) complint totes les lleis aplicables, incloses les lleis del país o regió on resideixes o on descarregues i fas servir el Programari i els Serveis d'Apple. Algunes funcions del Programari i dels Serveis d'Apple poden no estar disponibles en tots els idiomes o regions, algunes funcions poden variar segons la regió i d'altres poden estar restringides o no disponibles al teu proveïdor de serveis. Es necessita una connexió Wi-Fi o de dades via telefonia mòbil per a algunes funcions del Programari i els Serveis d'Apple.

(i) L'ús de l'App Store requereix una combinació única de nom d'usuari i contrasenya, anomenada ID d'Apple. També es requereix un ID d'Apple per accedir a les actualitzacions d'aplicacions i a determinades característiques del Programari i els Serveis d'Apple.

(j) Reconeixes que moltes de les funcions, aplicacions integrades i Serveis del Programari d'Apple transmeten dades i poden generar càrrecs en el teu servei de dades i que assumeixes tota la responsabilitat en relació amb aquests possibles càrrecs. Pots visualitzar i controlar quines aplicacions

poden utilitzar dades de telefonia mòbil i consultar una estimació de quantes dades han consumit aquestes aplicacions a la secció de configuració "Dades mòbils". A més, l'assistent de Wi-Fi passarà automàticament a dades mòbils quan tinguis una mala connexió Wi-Fi, de manera que podries consumir més dades mòbils amb el conseqüent càrrec al teu pla de dades. L'assistent de Wi-Fi està activat per omissió i el pots desactivar a la Configuració. Per obtenir més informació, consulta el manual d'usuari del teu Dispositiu.

(k) Si decideixes permetre l'actualització automàtica d'aplicacions, el teu Dispositiu comprovarà periòdicament als servidors Apple si hi ha actualitzacions per a les aplicacions del Dispositiu i, si n'hi ha de disponibles, es descarregaran i s'instal·laran automàticament al Dispositiu. Pots desactivar completament l'actualització automàtica d'aplicacions en qualsevol moment; per fer-ho, ves a Configuració, prem "iTunes i App Store" i, sota "Descàrregues automàtiques", desactiva l'opció Actualitzacions.

(l) L'ús del teu Dispositiu en algunes circumstàncies pot distreure't i pot provocar una situació perillosa (per exemple, evita escriure missatges de text mentre condueixes un cotxe i no utilitzis auriculars quan vagis en bicicleta). En utilitzar el teu Dispositiu, acceptes que ets responsable del compliment de les normes que prohibeixen o restringeixen l'ús de telèfons mòbils o auriculars (per exemple, el requisit d'utilitzar opcions de mans lliures per fer trucades mentre condueixes).

(m) Determinades funcions del Programari d'Apple poden intentar proporcionar assistència en situacions vinculades amb la seguretat, com ara qualsevol funció de detecció relacionada amb la seguretat i la connexió amb els serveis d'emergència (si estan disponibles). Apple no garanteix la disponibilitat, la precisió, la completesa, la fiabilitat ni la puntualitat d'aquestes funcions. Aquestes funcions no estan pensades per ser utilitzades únicament en situacions en què es pugui obtenir una ajuda més immediata o efectiva. Acceptes utilitzar aquestes funcions sota el teu propi risc i exercir un judici independent, i que Apple, els seus afiliats, agents o directors no tindran cap responsabilitat envers tu pel teu ús d'aquestes funcions i de les conseqüències que se'n deriven en la mesura màxima permesa per la llei.

(n) El teu Dispositiu no és un producte sanitari i no s'ha de fer servir com a substitut d'un diagnòstic mèdic professional. No s'ha dissenyat per, ni té la finalitat de, diagnosticar malalties o altres estats, ni curar, mitigar, tractar o prevenir cap mena de malaltia o condició mèdica. Consulta amb el teu metge o el teu proveïdor d'assistència sanitària abans de prendre decisions relacionades amb la teva salut.

**3. Transferència.** No tens autorització per llogar, arrendar, prestar, vendre ni redistribuir el Programari d'Apple ni concedir-ne llicència a tercers. Tanmateix, pots transferir a un tercer, de forma permanent i una sola vegada, tots els teus drets sobre el Programari d'Apple que et concedeix aquesta Llicència, en connexió amb la transferència de la propietat del teu Dispositiu, sempre que: (a) la transferència comprengui el teu Dispositiu i tot el Programari d'Apple, inclosos tots els seus components i aquesta Llicència; (b) no conservis cap còpia, total o parcial, del Programari d'Apple, incloses les còpies desades en un ordinador o en qualsevol altre dispositiu d'emmagatzematge; i (c) el tercer que rebi el Programari d'Apple llegeixi i accepti els termes i condicions d'aquesta Llicència.

**4. Consentiment per a la utilització de dades.** Quan utilitzis el teu Dispositiu, el teu número de telèfon i determinats identificadors únics del teu Dispositiu s'envien a Apple per permetre que altres persones et puguin contactar amb el teu número de telèfon en utilitzar diverses funcions de comunicació del Programari d'Apple, com ara l'iMessage i el FaceTime. Quan utilitzes l'iMessage, Apple pot conservar els teus missatges, de manera encriptada, durant un període de temps limitat, per assegurar que es puguin lliurar. Pots desactivar el FaceTime o l'iMessage a la secció de configuració del FaceTime o de l'aplicació Missatges del teu Dispositiu. Algunes funcions, com ara Anàlisi, els serveis d'ubicació, Siri i Dictat poden requerir informació del teu Dispositiu per proporcionar-te les seves funcionalitats. Quan activis o utilitzis aquestes característiques, es proporcionaran detalls sobre quines dades s'envien a

Apple i com es poden utilitzar aquestes dades. Pots obtenir més informació a https://www.apple.com/privacy/. La teva informació es tractarà en tot moment segons la política de privacitat d'Apple, disponible a: https://www.apple.com/legal/privacy/.

**5. Serveis i materials de tercers.**
(a) El Programari d'Apple pot permetre accedir a l'iTunes Store, l'App Store, l'Apple Books, el Game Center, l'iCloud, les apps Mapes, News i Fitness+, així com a altres serveis i llocs web d'Apple i de tercers (anomenats, col·lectivament i individualment, "Serveis"). L'ús dels Serveis requereix accés a Internet i, per utilitzar determinats Serveis, és necessari un ID d'Apple, l'acceptació de termes i condicions complementaris i el pagament de tarifes addicionals. En utilitzar aquest programari en connexió amb un ID d'Apple o altres Serveis d'Apple, s'entén que acceptes els termes i condicions de servei, com ara la darrera versió dels termes i condicions dels Serveis de Continguts d'Apple corresponents al país o regió des d'on accedeixes a aquests Serveis, que pots obtenir i consultar a https://www.apple.com/legal/internet-services/itunes/.

(b) Si et registres a l'iCloud, podràs accedir directament des del Programari d'Apple a determinades funcions de l'iCloud, com ara "iCloud Drive", "Les meves fotos en streaming", "Àlbums compartits" i "Buscar". Reconeixes i acceptes que el teu ús de l'iCloud i d'aquestes funcions està subjecte a la versió més recent dels termes i condicions del servei iCloud, que pots obtenir i consultar a la pàgina web següent: https://www.apple.com/legal/internet-services/icloud/.

(c) Contingut de l'aplicació News. L'ús que facis del contingut al qual accedeixes per mitjà de l'aplicació News queda limitat exclusivament a un ús personal i no comercial. No se't transfereix cap dret de propietat sobre el contingut i queda exclòs, específicament i sense cap limitació, qualsevol dret d'ús comercial o promocional d'aquest contingut.

(d) Mapes. El servei i les funcions de mapes del Programari d'Apple ("Mapes"), incloent-hi la cobertura de les dades de mapa, pot variar entre una regió i una altra. Quan actives o utilitzes l'app Mapes, se't proporciona informació detallada sobre quina informació s'envia a Apple i com es pot fer servir aquesta informació. Reconeixes i acceptes que l'ús que facis de l'app Mapes està subjecte a l'última versió dels termes i condicions del servei Mapes, la qual pots consultar a la targeta d'inici de l'app Mapes a l'iPhone.

(e) Reconeixes que, en utilitzar qualsevol dels Serveis, és possible que accedeixis a continguts que poden ser considerats ofensius, indecents o censurables, els quals poden estar identificats o no com a llenguatge per a adults, i que els resultats de qualsevol cerca o de la introducció d'una determinada URL poden generar de manera automàtica i involuntària enllaços o referències a material censurable. No obstant això, acceptes que utilitzaràs els Serveis pel teu compte i risc i que Apple i els seus afiliats, agents, poderdants o llicenciadors no seran responsables davant teu per continguts que es puguin considerar ofensius, indecents o censurables.

(f) Determinats Serveis poden mostrar, incloure o fer disponibles continguts, dades, informació, aplicacions o materials de tercers ("Materials de Tercers") o proporcionar enllaços a determinats llocs web de tercers. En utilitzar els Serveis, reconeixes i acceptes que Apple no és responsable d'examinar o avaluar el contingut, la precisió, la completesa, la puntualitat, la validesa, el compliment del copyright, la legalitat, la decència, la qualitat o qualsevol altre aspecte dels Materials de Tercers o dels llocs web esmentats. Apple i els seus representants, subsidiaris i filials no donen garantia ni suport i no seran responsables davant teu ni davant cap altra persona per cap Servei ni Material de Tercers o lloc web, ni per cap altre material, producte o servei de tercers. Els Materials de Tercers i els enllaços a altres llocs web es proporcionen exclusivament per a la teva comoditat.

(g) Ni Apple ni cap dels seus proveïdors de contingut no garanteixen la disponibilitat, la precisió, la

completesa, la fiabilitat ni la puntualitat de la informació borsària, de les dades de localització o de qualsevol altre tipus de dades que mostri qualsevol dels Serveis. Les dades financeres que mostri qualsevol dels Serveis tenen una finalitat exclusivament informativa i no s'han de considerar fiables per decidir inversions. Abans d'efectuar qualsevol tipus de transacció de valors basada en la informació obtinguda a través dels Serveis, és recomanable que consultis un assessor financer professional que estigui legalment capacitat per oferir assessorament financer al teu país o regió. Les dades de localització facilitades per qualsevol dels Serveis, inclòs el servei Mapes d'Apple, es proporcionen únicament amb finalitats de planificació i navegació bàsica i no s'han de considerar una font d'informació fiable en situacions en què calgui informació de localització precisa o en què una informació de localització errònia, inexacta, diferida o incompleta pugui ocasionar la mort, lesions personals o danys en la propietat o el medi natural. Acceptes que els resultats que rebràs del servei Mapes poden variar en relació amb les condicions del terreny o la carretera actuals, a causa de factors que poden afectar la precisió de les dades de Mapes, com ara, sense limitar-se a, el temps, les condicions de trànsit o de la carretera i determinats esdeveniments geopolítics. Per a la teva seguretat quan utilitzis la funció de navegació, presta atenció sempre als senyals de trànsit i a l'estat actual de la carretera. Segueix les pràctiques de conducció segura i les normes de trànsit i tingues en compte que les instruccions de les rutes a peu i en bicicleta poden no incloure camins designats.

(h) En la mesura que carreguis contingut mitjançant la utilització dels Serveis, declares que ets el propietari de tots els drets relatius a aquest contingut (o que tens autorització o un altre permís legal per carregar-lo) i que el contingut no vulnera cap dels termes i condicions de servei aplicables als Serveis. Acceptes que els Serveis inclouen continguts, informació i material que són propietat d'Apple, del propietari del lloc o dels seus llicenciadors, i que estan protegits per les lleis de propietat intel·lectual aplicables i per altres lleis, incloses, sense caràcter limitador, les lleis de copyright. Acceptes, també, que no faràs servir aquests continguts, informació i material per a cap finalitat que no sigui l'ús permès dels Serveis o d'una manera que sigui incoherent amb els termes i les condicions d'aquesta Llicència o que infringeixi drets de propietat intel·lectual d'un tercer o d'Apple. No estàs autoritzat a reproduir cap part dels Serveis, de cap manera ni per cap mitjà. Acceptes no modificar, llogar, arrendar, prestar, vendre, distribuir ni crear treballs derivats basats en els Serveis, per cap mitjà, i acceptes no explotar els Serveis de cap manera no autoritzada, inclòs, sense caràcter limitador, l'ús dels Serveis per transmetre virus, cucs o troians informàtics ni cap altre programari maliciós o per sobrepassar o sobrecarregar la capacitat de la xarxa. A més, acceptes no utilitzar els Serveis de cap manera que pugui assetjar, abusar, espiar, amenaçar, difamar o vulnerar o infringir de qualsevol altra manera els drets de cap tercer, i també acceptes que Apple no serà responsable de cap manera de qualsevol ús d'aquesta naturalesa, ni dels missatges o transmissions assetjadors, amenaçadors, difamatoris, ofensius, infractors o il·legals que puguis rebre com a resultat de l'ús de qualsevol dels Serveis.

(i) Així mateix, aquests Serveis i els Materials de Tercers poden no estar disponibles en tots els idiomes ni a tots els països. Apple no declara que els Serveis o Materials esmentats siguin adequats o estiguin disponibles per a utilitzar-los en cap regió determinada. En la mesura que decideixis accedir als Serveis o Materials de Tercers esmentats o utilitzar-los, s'entén que ho fas per iniciativa pròpia i que assumeixes la responsabilitat del compliment de totes les lleis aplicables, incloses, sense caràcter limitador, les lleis locals aplicables i les lleis de privadesa i recollida de dades. Compartir o sincronitzar fotos a través del teu Dispositiu pot provocar que, juntament amb les fotos, es transmetin metadades, inclosos el lloc i la data on es van fer la foto i informació sobre la profunditat. L'ús dels serveis d'Apple (com ara la fototeca de l'iCloud) per compartir o sincronitzar aquestes fotografies suposarà que Apple rebi i emmagatzemi aquestes metadades. Apple i els seus llicenciadors es reserven el dret a modificar, suspendre, retirar o desactivar l'accés a qualsevol dels Serveis en qualsevol moment i sense previ avís. Apple no serà en cap cas responsable de l'eliminació o desactivació de l'accés als Serveis esmentats. Així mateix, Apple pot imposar límits a l'ús o accés a determinats Serveis, en qualsevol cas i sense previ avís ni responsabilitat.

**6. Expiració.** Aquesta Llicència és vigent fins que expiri. Els drets que et concedeix aquesta Llicència expiraran automàticament o seran revocats sense previ avís d'Apple si incompleixes qualsevol dels termes i condicions que conté. En expirar la Llicència, has de deixar d'utilitzar el Programari d'Apple. Els apartats 4, 5, 6, 7, 8, 9, 10, 12 i 13 d'aquesta Llicència continuaran sent vigents després de l'expiració de la Llicència.

**7. Exclusió de garanties**

7.1    Si ets un usuari consumidor (és a dir, si fas servir el Programari Apple fora del teu negoci, empresa o entorn professional), és possible que tinguis drets legals en el teu país de residència que prohibeixin que se t'apliquin les limitacions següents, per la qual cosa en aquests països no et seran aplicables. Per obtenir més informació sobre aquests drets, posa't en contacte amb una organització d'assessorament a consumidors del teu país.

7.2    RECONEIXES I ACCEPTES EXPRESSAMENT QUE, DINS ELS LÍMITS PERMESOS PER LA LLEI APLICABLE, L'ÚS DEL PROGRAMARI D'APPLE I DE QUALSEVOL SERVEI QUE S'EXECUTI O AL QUAL S'ACCEDEIXI A TRAVÉS DEL PROGRAMARI D'APPLE S'EFECTUA EXCLUSIVAMENT PEL TEU COMPTE I RISC, I QUE ASSUMEIXES TOT EL RISC RELATIU A QUALITAT SATISFACTÒRIA, FUNCIONAMENT, PRECISIÓ I APTITUD.

7.3    DINS ELS LÍMITS PERMESOS PER LA LLEI APLICABLE, EL PROGRAMARI D'APPLE I ELS SERVEIS ES PROPORCIONEN "TAL COM SÓN" I "TAL COM ESTAN DISPONIBLES", AMB TOTS ELS SEUS POSSIBLES DEFECTES I SENSE GARANTIA DE CAP TIPUS, I APPLE I ELS LLICENCIADORS D'APPLE (ANOMENATS CONJUNTAMENT "APPLE" ALS EFECTES DELS APARTATS 7 I 8) EXCLOUEN PER MITJÀ D'AQUESTA LLICÈNCIA TOTES LES GARANTIES I CONDICIONS RELATIVES AL PROGRAMARI D'APPLE I ALS SERVEIS, JA SIGUIN EXPRESSES, IMPLÍCITES O LEGALS, INCLOSES, SENSE CARÀCTER LIMITADOR, LES GARANTIES I/O CONDICIONS DE COMERCIABILITAT, QUALITAT SATISFACTÒRIA, IDONEÏTAT PER A UN FI DETERMINAT, PRECISIÓ, GAUDI PACÍFIC I NO-INFRACCIÓ DE DRETS DE TERCERS.

7.4    APPLE NO GARANTEIX, SENS PERJUDICI DEL TEU GAUDI DEL PROGRAMARI D'APPLE I DELS SERVEIS, QUE LES FUNCIONS CONTINGUDES EN EL PROGRAMARI D'APPLE O EN ELS SERVEIS EFECTUATS O PROPORCIONATS PER AQUEST PROGRAMARI SATISFACIN LES TEVES NECESSITATS, QUE EL FUNCIONAMENT DEL PROGRAMARI D'APPLE I DELS SERVEIS ESTIGUI LLIURE D'INTERRUPCIONS O ERRORS, QUE TOTS ELS SERVEIS CONTINUÏN ESTANT DISPONIBLES, QUE ELS DEFECTES DEL PROGRAMARI D'APPLE O DELS SERVEIS SIGUIN CORREGITS, NI QUE EL PROGRAMARI APPLE SIGUI COMPATIBLE O FUNCIONI AMB QUALSEVOL PROGRAMARI, APLICACIÓ O SERVEI DE TERCERS. LA INSTAL·LACIÓ D'AQUEST PROGRAMARI D'APPLE POT AFECTAR LA DISPONIBILITAT I LA USABILITAT DE PROGRAMARI, APLICACIONS O SERVEIS DE TERCERS I DELS PRODUCTES I SERVEIS D'APPLE.

7.5    RECONEIXES, A MÉS, QUE EL PROGRAMARI D'APPLE I ELS SERVEIS NO ES DESTINEN NI SÓN ADEQUATS A UN ÚS EN SITUACIONS O ENTORNS EN QUÈ UNA FALLIDA O RETARD O UN ERROR O IMPRECISIÓ DEL CONTINGUT, DE LES DADES O DE LA INFORMACIÓ QUE PROPORCIONEN EL PROGRAMARI D'APPLE O ELS SERVEIS POGUESSIN OCASIONAR LA MORT, DANYS PERSONALS O GREUS DANYS FÍSICS O MEDIAMBIENTALS, INCLOENT, SENSE CARÀCTER LIMITADOR, L'OPERACIÓ D'INSTAL·LACIONS NUCLEARS, SISTEMES DE NAVEGACIÓ AÈRIA O COMUNICACIÓ, SISTEMES DE CONTROL DEL TRÀNSIT AERI, APARELLS DE SUPORT VITAL O EQUIPS ARMAMENTÍSTICS.

7.6    CAP INFORMACIÓ O ASSESSORAMENT ESCRIT O VERBAL FACILITAT PER APPLE O PER UN REPRESENTANT AUTORITZAT D'APPLE GENERARAN CAP GARANTIA. SI EL PROGRAMARI D'APPLE O ELS SERVEIS RESULTESSIN SER DEFECTUOSOS, ASSUMIRÀS EL COST ÍNTEGRE DE TOTS ELS

SERVEIS, REPARACIONS I CORRECCIONS NECESSARIS. ATÈS QUE LES JURISDICCIONS D'ALGUNS PAÏSOS NO PERMETEN L'EXCLUSIÓ DE GARANTIES IMPLÍCITES O LA LIMITACIÓ DE DRETS LEGALS APLICABLES D'UN CONSUMIDOR, ÉS POSSIBLE QUE L'EXCLUSIÓ I LES LIMITACIONS ANTERIORS NO US SIGUIN APLICABLES.

**8. Límit de responsabilitat.** DINS ELS LÍMITS PERMESOS PER LA LLEI APLICABLE, APPLE I ELS SEUS AFILIATS, AGENTS O PODERDANTS NO SERAN RESPONSABLES EN CAP CAS DELS DANYS PERSONALS NI DE CAP DANY ACCESSORI, ESPECIAL, INDIRECTE O EMERGENT, INCLOENT, SENSE CARÀCTER LIMITADOR, ELS DANYS PER LUCRE CESSANT, CORRUPCIÓ O PÈRDUA DE DADES, IMPOSSIBILITAT DE TRANSMETRE O REBRE DADES (INCLOENT, SENSE CARÀCTER LIMITADOR, LES INSTRUCCIONS, LES TASQUES I ELS MATERIALS DELS CURSOS), INTERRUPCIÓ DE L'ACTIVITAT EMPRESARIAL O QUALSEVOL ALTRE TIPUS DE DANY O PÈRDUA COMERCIAL DERIVAT O RELACIONAT AMB EL TEU ÚS O MAL ÚS DEL PROGRAMARI I DELS SERVEIS D'APPLE O DE QUALSEVOL PROGRAMARI, APLICACIÓ O SERVEI DE TERCERS QUE S'UTILITZI JUNT AMB EL PROGRAMARI O ELS SERVEIS D'APPLE, SIGUI QUINA EN SIGUI LA CAUSA I AMB INDEPENDÈNCIA DE LA TEORIA DE LA RESPONSABILITAT CIVIL (RESPONSABILITAT CONTRACTUAL O EXTRACONTRACTUAL, O ALTRES), FINS I TOT SI APPLE HA ESTAT INFORMAT DE LA POSSIBILITAT QUE ES PRODUEIXIN ELS DANYS ESMENTATS. ATÈS QUE LES JURISDICCIONS D'ALGUNS PAÏSOS NO PERMETEN L'EXCLUSIÓ O LIMITACIÓ DE RESPONSABILITAT PER DANYS PERSONALS O PER DANYS ACCESSORIS O EMERGENTS, ÉS POSSIBLE QUE AQUESTA LIMITACIÓ NO ET SIGUI APLICABLE. La responsabilitat total d'Apple per danys i perjudicis (diferents dels exigits per la llei vigent en els casos en què hi hagi danys personals) no superarà en cap cas la quantitat de dos-cents cinquanta dòlars dels EUA (250 USD). Les limitacions anteriors seran aplicables fins i tot si la reparació esmentada no aconsegueix el seu objectiu fonamental. MALGRAT QUALSEVOL ALTRE TERME D'AQUESTA LLICÈNCIA, SI S'APLICA LA LLEI DE CONTRACTES AMB CONSUMIDORS DEL JAPÓ, ELS TERMES QUE LIMITEN LA RESPONSABILITAT D'APPLE PELS DANYS DERIVATS D'UN INCOMPLIMENT CONTRACTUAL O EXTRACONTRACTUAL PER PART D'APPLE NO S'APLICARAN SI AQUESTS DANYS ES DEUEN A UN MAL COMPORTAMENT O UNA NEGLIGÈNCIA GREU INTENCIONALS D'APPLE.

**9. Certificats digitals.** El Programari d'Apple conté funcions que li permeten acceptar certificats digitals emesos tant per Apple com per tercers. TU ETS L'ÚNIC RESPONSABLE DE LA DECISIÓ DE CONFIAR O NO EN UN CERTIFICAT, TANT SI HA ESTAT EMÈS PER APPLE COM PER UN TERCER. L'ÚS QUE FACIS DELS CERTIFICATS DIGITALS ÉS PEL TEU COMPTE I RISC. DINS ELS LÍMITS PERMESOS PER LA LLEI APLICABLE, APPLE NO OFEREIX CAP GARANTIA NI DECLARACIÓ, EXPLÍCITA O IMPLÍCITA, SOBRE LA COMERCIABILITAT O IDONEÏTAT PER A UN FI DETERMINAT, LA PRECISIÓ, LA SEGURETAT O LA NO-INFRACCIÓ DE DRETS DE TERCERS RESPECTE ALS CERTIFICATS DIGITALS.

**10. Control d'exportació.** No estàs autoritzat a utilitzar ni, en cap altre cas, exportar o reexportar el Programari d'Apple, excepte de la manera permesa per la legislació dels Estats Units i per les lleis del país o països en què has obtingut el Programari d'Apple. En concret, però sense caràcter limitador, el Programari d'Apple no es pot exportar ni reexportar a: (a) cap país sotmès a embargament pels Estats Units, o (b) cap persona que figuri en la Llista de Ciutadans Especialment Designats del Departament del Tresor dels Estats Units o en les llistes de Persones Denegades o Entitats Denegades del Departament de Comerç dels Estats Units o en qualsevol altra llista de grups restringits. En utilitzar el Programari d'Apple, s'entén que declares i garanteixes que no ets en cap d'aquests països i que no figures en cap de les llistes esmentades. Així mateix, acceptes no utilitzar el Programari d'Apple amb finalitats prohibides per la legislació dels Estats Units, inclosos, sense caràcter limitador, el desenvolupament, el disseny, la fabricació o la producció de míssils o armes nuclears, químiques o biològiques.

**11. L'Administració com a usuari final.** El Programari d'Apple i la documentació relacionada es consideren "Articles Comercials", segons la definició que fa d'aquest terme l'apartat 48, paràgraf 2.101,

del Codi de Normes Federals (CFR) dels Estats Units, i consten de "Programari Informàtic d'Ús Comercial" i "Documentació de Programari Informàtic d'Ús Comercial", d'acord amb l'ús que fan d'aquests termes els apartats 48, paràgraf 12.212, o 48, paràgraf 227.7202, de les CFR, segons el que escaigui. En virtut dels apartats 48, paràgraf 12.212, i 48, paràgrafs del 227.7202-1 al 227.7202-4, del CFR, segons el que escaigui, el Programari Informàtic d'Ús Comercial i la Documentació de Programari Informàtic d'Ús Comercial es distribueixen i es concedeixen sota llicència a usuaris finals de l'Administració dels Estats Units: (a) únicament com a Articles Comercials i (b) només amb els drets concedits a tots els altres usuaris finals per mitjà dels termes i condicions d'aquesta Llicència. Queden reservats els drets no publicats, d'acord amb les lleis de copyright dels Estats Units.

**12. Llei aplicable i independència de les estipulacions.** Aquesta Llicència es regirà i s'interpretarà segons les lleis de l'Estat de Califòrnia, excloent-ne els principis de conflicte de dret. Aquesta Llicència no estarà regida per la Convenció de les Nacions Unides sobre Contractes de Compravenda Internacional de Mercaderies, l'aplicació de la qual s'exclou expressament. Si ets un consumidor resident al Regne Unit, aquesta Llicència es regirà per les lleis corresponents a la jurisdicció on resideixes. Si, per qualsevol raó, un tribunal competent declarés no vàlida alguna disposició o un fragment d'alguna disposició d'aquesta Llicència, la resta de la Llicència continuarà sent plenament vigent i efectiva.

**13. Contracte íntegre; idioma aplicable.** Aquesta Llicència constitueix l'acord complet entre tu i Apple respecte al Programari d'Apple i substitueix tots els acords anteriors o actuals relatius al seu objecte. Cap modificació o esmena d'aquesta Llicència no serà vàlida si no s'efectua per escrit i du la signatura d'Apple. Tota traducció d'aquesta Llicència s'efectua per satisfer les necessitats dels diferents països, i si sorgís cap conflicte entre la versió anglesa i qualsevol versió en una altra llengua, prevaldrà la versió anglesa d'aquesta Llicència, dins els límits permesos per les lleis de cada país.

**14. Reconeixements de tercers.** Algunes parts del Programari d'Apple poden utilitzar o incloure programari de tercers i altres materials amb copyright. Els reconeixements, els termes i condicions de llicència i les limitacions de responsabilitat corresponents als materials esmentats estan inclosos en la documentació electrònica del Programari d'Apple, i l'ús que facis d'aquests materials està subjecte als respectius termes i condicions. L'ús del servei Google Safe Browsing està subjecte a les Condicions del Servei de Google (https://www.google.com/intl/en/policies/terms/) i a la Política de Privadesa de Google (https://www.google.com/intl/en/policies/privacy/).

**15. Ús d'MPEG-4; avís sobre l'H.264/AVC.**
(a) El Programari d'Apple es concedeix sota llicència d'acord amb l'MPEG-4 System Patent Portfolio License (Llicència de la Cartera de Patents de Sistemes MPEG-4) per a la codificació d'acord amb l'Estàndard de Sistemes MPEG-4, llevat que calgui disposar d'una llicència addicional i abonar regalies per a la codificació en relació amb (i) les dades emmagatzemades o duplicades en un suport físic per a les quals es faci un pagament títol per títol i/o (ii) les dades per a les quals es faci un pagament títol per títol i que es transmetin a un usuari final per a un ús o emmagatzemament permanent. Aquesta llicència addicional es pot obtenir a MPEG LA, LLC. Visita https://www.mpegla.com per obtenir més detalls.

(b) El Programari d'Apple conté funcions de codificació i/o descodificació de vídeo MPEG-4. El Programari d'Apple es concedeix sota llicència d'acord amb l'MPEG-4 Visual Patent Portfolio License (Llicència de la Cartera de Patents de l'Estàndard Visual MPEG-4) per a l'ús personal i no comercial d'un consumidor per (i) codificar vídeo conforme a l'Estàndard Visual MPEG-4 ("Vídeo MPEG-4") i/o per (ii) descodificar vídeo MPEG-4 que hagi estat codificat per un consumidor al llarg d'una activitat personal i no comercial i/o s'hagi obtingut d'un proveïdor de vídeo amb llicència d'MPEG LA per subministrar vídeo MPEG-4. No es concedeix ni s'entén que s'hagi concedit tàcitament cap altra llicència per a cap altre ús. Pots obtenir més informació, per exemple sobre usos promocionals, interns i comercials, i concessions de llicències a MPEG LA, LLC. Visita https://www.mpegla.com.

(c) El Programari d'Apple conté funcions de codificació i/o descodificació d'AVC; l'ús comercial de l'H.264/AVC requereix una llicència addicional i s'hi aplica la disposició següent: LA FUNCIÓ AVC D'AQUEST PROGRAMARI D'APPLE ES CONCEDEIX SOTA LLICÈNCIA PER MITJÀ D'AQUEST DOCUMENT ÚNICAMENT PER A L'ÚS PERSONAL I NO COMERCIAL D'UN CONSUMIDOR PER (i) CODIFICAR VÍDEO SEGONS L'ESTÀNDARD AVC ("VÍDEO AVC") I/O (ii) DESCODIFICAR VÍDEO AVC QUE HAGI ESTAT CODIFICAT PER UN CONSUMIDOR EN EL MARC D'UNA ACTIVITAT PERSONAL I NO COMERCIAL I/O VÍDEO AVC QUE S'HAGI OBTINGUT D'UN PROVEÏDOR DE VÍDEO AMB LLICÈNCIA PER SUBMINISTRAR VÍDEO AVC. POTS OBTENIR INFORMACIÓ SOBRE ALTRES USOS I LLICÈNCIES A MPEG LA L.L.C. VISITA https://www.mpegla.com.

**16. Restriccions del servei Yahoo Search.** El servei Yahoo Search disponible per mitjà del Safari es concedeix sota llicència únicament per utilitzar-lo en els països i regions següents: Alemanya, Argentina, Aruba, Austràlia, Àustria, Bahames, Barbados, Bèlgica, Bermudes, Brasil, Bulgària, Canadà, Colòmbia, Corea del Sud, Dinamarca, El Salvador, Equador, Eslovàquia, Eslovènia, Espanya, Estats Units, Filipines, Finlàndia, França, Grenada, Grècia, Guatemala, Hongria, Illes Caiman, Índia, Indonèsia, Irlanda, Islàndia, Itàlia, Jamaica, Japó, Letònia, Lituània, Luxemburg, Malàisia, Malta, Mèxic, Nicaragua, Noruega, Nova Zelanda, Països Baixos, Panamà, Perú, Polònia, Portugal, Puerto Rico, Regne Unit, República Txeca, República Dominicana, Romania, Saint Vincent, Santa Lucia, Singapur, Suècia, Suïssa, Tailàndia, Trinitat i Tobago, Turquia, Uruguai, Veneçuela, Xile, Xina continental, Hong Kong, Taiwan i Xipre.

**17. Avís de Microsoft Exchange.** La configuració de correu de Microsoft Exchange del Programari d'Apple es concedeix sota llicència únicament per a la sincronització remota d'informació, com ara correu electrònic, contactes, calendaris i tasques, entre el teu Dispositiu i el servidor de Microsoft Exchange o un altre programari de servidor amb llicència de Microsoft per implementar el protocol ActiveSync de Microsoft Exchange.

EA1806
08/07/2022

———————————
**Termes i condicions addicionals d'Apple Pay i l'app Cartera**

Aquests termes i condicions addicionals d'Apple Pay i l'app Cartera (aquests "Termes Addicionals") complementen el contracte de llicència del Programari Apple (la "Llicència"); tant els termes i condicions de llicència com els presents Termes Addicionals regeixen l'ús que fas de la funció Apple Pay ("Apple Pay") i l'app Cartera ("app Cartera"), a la qual es pot fer referència com a "Servei" en relació amb aquesta Llicència. Els termes en majúscula que figuren en aquests Termes Addicionals tenen els significats que estableix la Llicència.

**1. Visió general**

**Apple Pay**

Apple Pay et permet:

- fer pagaments sense contacte amb targetes de crèdit, de dèbit i de prepagament, incloses l'Apple Card i la targeta Apple Cash, en determinades ubicacions o des d'apps o llocs web seleccionats;
- fer pagaments entre usuaris a altres usuaris d'Apple Cash; i
- Seguiment de comandes i visualització de rebuts detallats

És possible que l'Apple Pay i algunes de les seves funcions només estiguin disponibles en algunes

regions i amb determinats emissors de targetes, xarxes de pagament, venedors i tercers.

**App Cartera**

L'app Cartera et permet emmagatzemar representacions virtuals de targetes de crèdit, de dèbit i de prepagament per utilitzar-les amb l'Apple Pay (col·lectivament, les "Targetes Apple Pay") així com altres tipus de targetes, passis i claus, com ara els exemples següents (col·lectivament, els "Passis de l'app Cartera" i, conjuntament amb les Targetes Apple Pay, les "Targetes compatibles"):

- Targetes regal
- Targetes de transport públic
- Tiquets
- Passis de soci
- Claus de cotxe
- Claus de casa
- Claus d'hotels i altres allotjaments temporals
- Identificadors corporatius
- Targetes d'estudiant
- Carnets de conduir i documents d'identitat emesos per l'estat o el govern ("Carnets d'identitat").

És possible que els passis de l'app Cartera només estiguin disponibles en determinades regions i amb determinats col·laboradors. Pot ser que els carnets d'identitat només estiguin disponibles per als residents en els estats participants i la presentació pot variar en funció de l'estat o la ubicació.

Les targetes compatibles poden canviar de tant en tant.

**2. Requisits**

Per utilitzar l'Apple Pay i l'app Cartera, has de tenir (i) una versió del programari de Dispositiu compatible amb els Serveis (de vegades es recomana l'última versió i de vegades és obligatori), (ii) un ID d'Apple vinculat a un compte iCloud en regla amb Apple i (iii) accés a internet (es podrien aplicar tarifes). Excepte en el cas de l'Apple Cash familiar i determinades targetes de diners electrònics, les Targetes Apple Pay només estan disponibles per als usuaris majors de 13 anys, i poden estar subjectes a restriccions per edat addicionals imposades per l'iCloud, l'emissor rellevant, el venedor o altres tercers. Les targetes de transport públic, les targetes de diners electrònics, els carnets d'identitat, els identificadors corporatius i les claus només estan disponibles en Dispositiu iOS.

Si ets el pare o tutor legal d'un compte iCloud familiar (un "Organitzador"), pots convidar membres de la família, inclosos els menors de 13 anys (o l'edat mínima equivalent als països on sigui diferent), perquè puguin carregar i utilitzar determinades targetes de transport públic a l'app Cartera. Com a Organitzador, seràs el responsable de tots els pagaments, compres i transaccions que es facin amb la targeta de transport activada per als membres de la família, incloses les que faci el membre de la família. Els requisits per utilitzar targetes de transport públic a l'app Cartera estan subjectes als termes i condicions de l'entitat de transport públic pertinent. Els Organitzadors són responsables de respectar els termes i condicions esmentats i assumeixen tots els riscos relatius a l'activació de passis de transport públic amb altres membres de la família. Quan un membre de la família surt o s'elimina del grup familiar, aquest membre de la família ja no podrà recarregar la targeta de transport públic i només podrà fer transaccions amb la targeta fins que el saldo arribi a zero.

Si ets el propietari d'una clau de cotxe, la pots compartir amb altres persones majors de 13 anys perquè puguin obrir, accedir i/o conduir el teu cotxe.

Les claus de casa només es poden afegir o eliminar de l'app Cartera afegint o eliminant panys a l'app Casa o afegint-les i eliminant-les tu mateix des d'una casa de l'app Casa. Si ets l'administrador d'una casa a l'app Casa, totes les claus de casa existents es compartiran automàticament amb les persones que hagis convidat i s'hagin unit a casa teva.

L'Apple Card només està disponible als Estats Units. És una targeta emesa per Goldman Sachs Bank USA, Salt Lake City Branch ("Emissor de l'Apple Card"). Amb l'excepció de l'Apple Card familiar, l'Apple Card només està disponible per a persones majors de 18 anys (o més, en funció de la legislació vigent al país on visquis).

La targeta Apple Cash i la capacitat d'enviar i rebre pagaments entre usuaris només està disponible als Estats Units. Aquest és un servei proporcionat per Green Dot Bank, membre de l'FDIC (Corporació Federal d'Assegurances de Dipòsits dels Estats Units). Per enviar o rebre pagaments entre usuaris a l'Apple Pay, has de tenir una targeta Apple Cash. Amb l'excepció de l'Apple Cash familiar, la targeta Apple Cash i la capacitat d'enviar i rebre pagaments entre usuaris només està disponible per a usuaris de 18 anys o més.

### 3. Utilització dels serveis

Les targetes compatibles i els pagaments entre usuaris estan vinculats a l'ID d'Apple amb què has iniciat sessió a l'iCloud per utilitzar aquestes funcions. Quan afegeixes o elimines claus, identificadors corporatius, targetes regals, tiquets i passis de soci a l'app Cartera, la modificació pot aparèixer als teus altres dispositius Apple on hi tinguis la sessió iniciada amb l'ID d'Apple. Només podràs vincular un carnet d'identitat per autoritat estatal emissora amb cada ID d'Apple.

L'Apple Pay i l'app Cartera estan destinades a un ús personal i és possible que només puguis facilitar les teves pròpies Targetes Compatibles o les targetes de transport públic i claus de casa que un Organitzador o propietari t'hagi convidat a facilitar. Si facilites una targeta corporativa compatible, declares que ho fas amb l'autorització de la teva empresa i que estàs autoritzat a sotmetre la teva empresa a aquests termes i condicions d'ús i a totes les transaccions efectuades mitjançant l'ús d'aquesta funció. Si estàs fent o rebent pagaments entre usuaris, afirmes que ho estàs fent per un ús personal i no comercial. En facilitar un carnet d'identitat, declares que ho fas fent servir una informació personal teva que et representa de manera honesta i exacta.

Acceptes no utilitzar Apple Pay ni l'app Cartera per a finalitats il·legals o fraudulentes ni per a qualsevol altre propòsit que estigui prohibit per la Llicència i per aquests Termes Addicionals. A més, acceptes fer servir Apple Pay i l'app Cartera de conformitat amb les lleis i reglaments aplicables. Reconeixes que qualsevol informació falsa facilitada en relació amb un carnet d'identitat pot constituir un delicte segons la legislació federal o estatal vigent. Acceptes no interferir ni interrompre el servei Apple Pay o de l'app Cartera (incloent l'accés al servei per qualsevol mitjà automatitzat) ni cap servidor o xarxa que estigui connectat al servei, així com tampoc cap política, requisit o reglament de les xarxes connectades al servei (incloent qualsevol accés no autoritzat, ús o monitoratge de dades o trànsit de xarxa).

Si el teu accés o ús de l'Apple Pay o l'app Cartera està prohibit per la legislació vigent, no se t'autoritza a accedir o utilitzar aquests Serveis. Apple no es responsabilitzarà de les conseqüències que pugui tenir el teu accés o ús dels Servies de qualsevol manera que infringeixi les lleis aplicables.

### 4. Relació d'Apple amb tu

L'ús que facis de l'Apple Pay es regirà per aquests Termes addicionals i els termes del contracte de titularitat de la targeta amb l'emissor, venedor o altre tercer responsable de la teva Targeta Apple Pay.

Igualment, l'ús que facis dels passis de l'app Cartera a l'app Cartera es regiran per aquests Termes addicionals i els termes del contracte amb el venedor, agència de transport públic, fabricant de cotxe i panys, universitat, hotel, complex turístic, empresa de creuers, empresa, autoritat emissora estatal o qualsevol altre tercer pertinent.

Amb l'excepció de determinades funcions de l'Apple Pay proporcionades per Apple Payments Inc. ("Apple Payments") que es descriu a continuació, Apple no processa els pagaments o altres transaccions que no comportin un pagament que es facin amb les teves targetes Apple Pay. Apple no té cap control ni és responsable de cap pagament, càrrec, devolució, reembórsament, transferència de fons, recompensa, valor, descompte, accés, verificació d'identitat, comandes, compliment de comandes o qualsevol altre activitat derivada de l'ús que facis de l'Apple Pay o l'app Cartera.

En cas de conflicte entre les disposicions d'aquests Termes addicionals i el teu contracte amb l'emissor, venedor, autoritat emissora estatal o altre tercer pertinent ("**Contracte amb un tercer**"), les disposicions d'aquests Termes addicionals regiran la teva relació amb Apple i els termes rellevants del Contracte amb un tercer regiran la teva relació amb el tercer en qüestió.

Acceptes que Apple no és part en els teus contractes amb tercers ni és responsable de: (a) el contingut, l'exactitud o la disponibilitat de qualsevol de les Targetes compatibles, les compres, les transaccions, les transferències de fons, les comandes, les entregues, els rebuts o altres activitats derivades de l'ús que facis de l'Apple Pay o l'app Cartera, incloent, sense caràcter limitador, les fetes per familiars o altres persones amb qui hagis compartit les teves Targetes compatibles o que tinguin accés al Dispositiu; (b) l'emissió de crèdit o l'avaluació de l'elegibilitat per obtenir crèdit; (c) l'emissió, suspensió o retirada d'un carnet de conduir o un carnet d'identitat estatal; (d) les activitats d'emissors, venedors, desenvolupadors d'aplicacions o altres tercers en relació amb l'ús d'Apple Pay o l'app Cartera; (e) les disposicions d'un emissor, venedor o altre tercer en relació amb l'addició de la teva Targeta compatible a l'app Cartera; (f) la teva pertinença o participació en qualsevol programa de qualsevol venedor o col·laborador; (g) qualsevol meritació o amortització de recompenses o valors acumulats en relació amb les teves Targetes compatibles; (h) la provisió de fons o recàrrega de Targetes compatibles de prepagament; (i) fer o rebre pagaments o transferències de fons entre usuaris; o (j) carregar, bescanviar o retirar diners de la teva targeta Apple Cash.

Quan sol·licites una Apple Card, sol·licites obrir un compte amb l'emissor de la targeta Apple Card. La institució financera responsable de proporcionar l'Apple Card està subjecta a modificacions i l'ús que facis de l'Apple Card està subjecte als seus termes i condicions.

Quan actives les funcions de l'Apple Cash amb l'Apple Pay, estàs obrint un compte al Green Dot Bank. Excepte en el cas de les funcions d'Apple Pay proporcionades per Apple Payments, quan fas o reps un pagament entre persones o ingresses o retires diners de la targeta Apple Cash, el Green Dot Bank serà el responsable de rebre i enviar els teus diners al destinatari. La institució financera responsable d'oferir l'Apple Cash i els pagaments entre persones fets mitjançant l'Apple Pay està subjecta a canvis, i l'ús que facis d'aquestes funcions està subjecte als seus termes i condicions.

La capacitat de fer servir el crèdit de la targeta Apple Cash per fer pagaments a les empreses que autoritzis (el "Servei de pagaments directes") és un servei proporcionat per Apple Payments. L'ús que facis del Servei de pagaments directes està subjecte als Termes i condicions del Servei de pagaments directes d'Apple. A més, algunes empreses poden permetre que les autoritzis a fer desemborsaments de crèdit a la teva targeta Apple Cash (cadascun, un "Desemborsament"). Encara que els Desemborsaments poden ser processats per Apple Payments, els ofereixen les empreses participants que proporcionen aquest crèdit i poden estar subjectes a certs termes i condicions addicionals de les empreses que fan els desemborsaments. Per a qualsevol disputa o dubte sobre les Targetes compatibles o l'activitat comercial associada, posa't en contacte amb l'emissor o el venedor

correspondent, l'autoritat emissora estatal, el desenvolupador de l'aplicació o l'altre tercer. Si tens dubtes sobre l'Apple Pay, l'app Cartera, l'Apple Card, la targeta Apple Cash o els pagaments entre usuaris, posa't en contacte amb l'Apple Support.

**5. Privadesa**

La recopilació i l'ús d'informació personal d'Apple es regeix per la Política de privadesa d'Apple, que pots consultar a https://www.apple.com/legal/privacy/ca/. Per obtenir informació detallada sobre la informació personal que es recopila, s'utilitza o es compareix en relació amb l'ús que fas d'Apple Pay i l'app Cartera, llegeix les notícies de privadesa específiques del servei rellevant, inclòs l'article "Sobre l'Apple Pay i la privadesa", accessible des del teu Dispositiu, des de l'aplicació Watch d'un Dispositiu enllaçat, o a https://www.apple.com/legal/privacy/ca/. Fent servir aquestes funcions, acceptes i consents que Apple, les seves filials i els seus agents puguin transmetre, recopilar, mantenir, processar i utilitzar tota la informació anterior, per proporcionar-te la funcionalitat Apple Pay.

**6. Seguretat; dispositius perduts o desactivats**

PROTEGEIX ELS DISPOSITIUS COMPATIBLES I LES TEVES CREDENCIALS DE LA MATEIXA MANERA QUE PROTEGEIXES LES TEVES TARGETES I CARTERA FÍSICA

L'Apple Pay i l'app Cartera emmagatzemen representacions virtuals de les teves Targetes Compatibles i l'has de protegir tal com faries amb la cartera física, les claus o les targetes moneder, de crèdit, dèbit, de prepagament, de punts o de regal físiques. Tu ets el responsable de la seguretat del teu Dispositiu i el teu ID d'Apple, de la informació del Touch ID i el Face ID, el codi del(s) Dispositiu(s) compatible(s) i de qualsevol credencial d'autenticació que utilitzis en relació amb els Serveis (col·lectivament, les teves "Credencials"). Si autoritzes o permets a algú altre fer servir el teu Dispositiu compatible (*per exemple*, si facilites el codi del Dispositiu, permets a una altra persona que afegeixi la seva empremta digital per fer servir el Touch ID o activar el Face ID, o li proporciones qualsevol de les teves Credencials de qualsevol altra manera a un tercer), aquesta persona podrà pagar, fer, demanar i rebre pagaments entre usuaris, retirar diners de la teva targeta Apple Cash, rebre o bescanviar recompenses i utilitzar valors, obrir o accedir al teu cotxe, habitació, despatx o casa, suplantar la teva identitat o fer qualsevol transacció permesa amb les teves Targetes compatibles de l'app Cartera. Si això passa, tu seràs el responsable de tots els pagaments, accessos i transaccions que hagi fet aquesta persona.

DISPOSITIUS AMB JAILBREAK

Si fas modificacions no autoritzades al Dispositiu, com ara desactivant controls de maquinari o programari (acció anomenada "jailbreak"), és possible que el teu Dispositiu deixi de ser apte per accedir als Serveis o utilitzar-los Acceptes que l'ús d'un Dispositiu modificat en relació amb els Serveis està prohibit de manera expressa, és una violació d'aquests Termes addicionals i obre la porta a denegar-te o limitar-te l'accés als Serveis.

MESURES DE SEGURETAT ADDICIONALS

És possible que hagis d'activar mesures de seguretat addicionals a l'Apple ID, com ara l'autenticació de dos factors, per accedir a funcions particulars de l'Apple Pay, inclosa l'Apple Card, la targeta Apple Cash i els pagaments entre usuaris amb l'Apple Pay. Si més endavant elimines aquestes mesures de seguretat, és possible que no puguis seguir accedint a determinades funcions de l'Apple Pay. Si elimines el Face ID o el Touch ID vinculats al teu carnet d'identitat, hauràs de completar tot el procés de perfil de dades del carnet d'identitat.

DISPOSITIUS PERDUTS O ROBATS

Si el teu Dispositiu es perd o és robat i havies activat la funció "Buscar", pots utilitzar aquesta funció per intentar suspendre la funció de pagar amb les Targetes de Pagament Compatibles virtuals o fer pagaments entre usuaris mitjançant el Dispositiu posant-lo en el mode Perdut. Quan el Dispositiu està en mode Perdut, és possible que la clau del cotxe es desactivi a l'app Cartera i per tant, que no puguis obrir o arrencar el cotxe després de sortir del vehicle i haver apagat el motor. El mode Perdut només afecta les claus que hi ha al Dispositiu perdut. Si ets el propietari, ja no podràs compartir la clau del cotxe o de casa amb altres persones, però les claus que ja hagis compartit no es veuran afectades perquè seran als seus dispositius.

També pots esborrar el Dispositiu, que intentarà suspendre la funció de pagar amb les Targetes de Pagament Compatibles virtuals o fer pagaments entre usuaris mitjançant el Dispositiu. També t'has de posar en contacte amb l'emissor o el(s) tercer(s) responsable(s) de les teves Targetes de Pagament Compatibles, o amb Apple si tens una Apple Card o una targeta Apple Cash per tal d'evitar un accés no autoritzat a les teves Targetes Compatibles a l'Apple Pay i a l'app Cartera.

Si comuniques una activitat fraudulenta o impròpia o Apple té sospita que s'ha produït una activitat d'aquesta mena, acceptes cooperar amb Apple en qualsevol investigació i aplicar les mesures de prevenció del frau que indiquem.

**7. Límit de responsabilitat**

A MÉS DE LES EXCLUSIONS DE GARANTIES I DE LA LIMITACIÓ DE LA RESPONSABILITAT QUE S'ESTABLEIXEN EN AQUESTA LLICÈNCIA, APPLE NO ASSUMEIX CAP RESPONSABILITAT PER LES COMPRES, ELS PAGAMENTS, LES TRANSFERÈNCIES DE FONS, LES COMANDES, LES ENTREGUES, LA INFORMACIÓ DELS REBUTS, ELS ACCESSOS, LES VERIFICACIONS D'IDENTITAT, LES TRANSACCIONS O ALTRES ACTIVITATS COMERCIALS QUE ES DUGUIN A TERME UTILITZANT LA FUNCIÓ APPLE PAY O L'APP CARTERA; AIXÍ MATEIX, ACCEPTES RECÓRRER EXCLUSIVAMENT ALS CONTRACTES QUE PUGUIS HAVER SUBSCRIT AMB EL TEU EMISSOR DE TARGETES, XARXA DE PAGAMENT, INSTITUCIONS FINANCERES, VENEDOR, DESENVOLUPADOR D'APLICACIONS, AUTORITAT ESTATAL EMISSORA O QUALSEVOL ALTRE TERCER PER RESOLDRE QUALSEVOL DUBTE O LITIGI RELATIU A LES TEVES TARGETES COMPATIBLES, ELS PAGAMENTS ENTRE USUARIS I A L'ACTIVITAT COMERCIAL ASSOCIADA.

— — — — — — — — — — —

**NOTIFICACIONS D'APPLE**

Si Apple necessita contactar-te en relació amb el teu producte o compte, consents rebre els avisos corresponents per correu electrònic. Acceptes que tots els avisos d'aquest tipus que t'enviï Apple electrònicament satisfaran tots els requisits legals sobre comunicació.

**HRVATSKI**

**VAŽNO: KORIŠTENJEM SVOJEG iPHONE, iPAD ili iPOD TOUCH UREĐAJA ("UREĐAJ"), PRISTAJETE SE PRIDRŽAVATI SLJEDEĆIH ODREDBI:**

**A.    SPORAZUM O LICENCIRANJU APPLE iOS I iPadOS SOFTVERA**
**B.    APPLE PAY DODATNE ODREDBE**
**C.    OBAVIJESTI TVRTKE APPLE**

**APPLE INC**
**SPORAZUM O LICENCIRANJU iOS I iPadOS SOFTVERA**
**Licenca za jednokratnu upotrebu**

**PAŽLJIVO PROČITAJTE OVAJ SPORAZUM O LICENCIRANJU SOFTVERA ("LICENCU") PRIJE KORIŠTENJA UREĐAJA ILI PREUZIMANJA NADOGRADNJE SOFTVERA KOJI JE OBUHVAĆEN OVOM LICENCOM. KORIŠTENJEM SVOJEG UREĐAJA ILI PREUZIMANJEM NADOGRADNJE SOFTVERA, KAKO JE NAVEDENO, PRISTAJETE OBVEZATI SE NA PRIDRŽAVANJE ODREDABA OVE LICENCE. AKO SE NE SLAŽETE S ODREDBAMA OVE LICENCE, NEMOJTE KORISTITI UREĐAJ NI PREUZIMATI IKAKVE NADOGRADNJE SOFTVERA**

**AKO STE NEDAVNO KUPILI UREĐAJ I AKO SE NE SLAŽETE S ODREDBAMA LICENCE, MOŽETE VRATITI UREĐAJ TIJEKOM PERIODA POVRATA U APPLE TRGOVINU ILI OVLAŠTENOM DISTRIBUTERU OD KOJEGA STE KUPILI UREĐAJ UZ POVRAT NOVCA, PODLOŽNO POLITICI VRAĆANJA PROIZVODA KOJU MOŽETE PRONAĆI NA https://www.apple.com/legal/sales-support/.**

**1. Općenito**
(a) Appleov softver (uključujući Boot ROM kod, ugrađeni softveri bilo koji softver treće strane), dokumentacija, sučelja, sadržaj, fontovi i svi podaci koji su došli s vašim Uređajem ("Izvorni Appleov softver"), a koji se mogu ažurirati ili zamijeniti poboljšanjima značajki, softverskim ažuriranjima, sigurnosnim odgovorima, sistemskim datotekama ili softverom za oporavak sustava koji pruža za vaš Uređaj ili podržani periferni uređaj ("Izmjene Appleova softvera"), bez obzira na to je li u memoriji samo za čitanje, na bilo kojem drugom mediju ili u bilo kojem drugom obliku (Izvorni Appleov softver i Izmjene Appleova softvera zajedno se nazivaju „Appleov softver") licenciralo vam je, a ne prodalo, društvo Apple Inc. („ Apple") za upotrebu samo pod uvjetima ove Licence. Apple i ovlaštenici tvrtke Apple zadržavaju pravo vlasništva nad samim softverom tvrtke Apple i zadržavaju sva prava koja vam izričito nisu odobrena. Suglasni ste s tim da će se odredbe ove Licence primjenjivati na svaku aplikaciju marke Apple koja je ugrađena u vaš Uređaj, osim ako je toj aplikaciji dodijeljena zasebna licenca te ste suglasni da u tom slučaju odredbe te licence reguliraju uporabu te aplikacije.

(b) Apple vam po vlastitom nahođenju može omogućiti buduće Izmjene Appleova softvera. Izmjene Appleova softvera, ako postoje, ne moraju nužno uključivati sve postojeće značajke softvera ili nove značajke koje Apple izdaje za novije ili druge modele Uređaja. Odredbe ove Licence vrijedit će za sve Izmjene Appleova softvera koje pruža Apple, osim ako je takva Izmjena Appleova softvera popraćena zasebnom licencom, u kojem slučaju pristajete da vrijede odredbe te licence.

(c) Ako za podešavanje novog Uređaja koristite značajku ekspresnog podešavanja baziranog na postojećem Uređaju, slažete se da se odredbe ove Licence primjenjuju na uporabu softvera tvrtke Apple na vašem novom Uređaju, osim ako nije popraćen zasebnom licencom, u kojem slučaju ste suglasni da uporabu tog softvera tvrtke Apple reguliraju odredbe te licence. Vaš će Uređaj periodično kod Applea provjeravati ima li Izmjena Appleova softvera. Ako je dostupna izmjena, ta bi se izmjena mogla automatski preuzeti i instalirati na vaš Uređaj i, ako je primjenjivo, na vaše periferne uređaje. **Upotrebom**

**Appleova softvera slažete se da Apple može preuzeti i instalirati automatske Izmjene Appleova softvera na vaš Uređaj i periferne uređaje.** Automatsku instalaciju ažuriranja operativnog sustava i Brze sigurnosne odgovore možete isključiti u bilo kojem trenutku postavljanjem postavki za Automatska ažuriranja koje se nalaze na lokaciji Postavke > Općenito > Ažuriranje softvera. Neke datoteke sustava (uključujući, bez ograničenja, ažurirane fontove, jezične module, glasovne resurse i firmver za periferne uređaje) mogu se i dalje automatski instalirati, primjerice kada uključite ili upotrebljavate određene značajke i periferne uređaje, ili kao odgovor na pravna, regulatorna ili tehnička ili pak pitanja javne sigurnosti.

**2. Dopuštene upotrebe licence i ograničenja.**
(a) Podložno odredbama i uvjetima ove Licence, omogućena vam je ograničena, neisključiva licenca za uporabu softvera tvrtke Apple na jednom Uređaju marke Apple. Osim kako je dozvoljeno u Odjeljku 2(b) u nastavku, te ako nije drukčije određeno zasebnim ugovorom između vas i tvrtke Apple, ova Licenca ne dopušta istovremeno postojanje softvera tvrtke Apple na više od jednog Uređaja marke Apple i ne smijete distribuirati ili omogućavati distribuciju softvera tvrtke Apple putem mreže gdje bi se mogao koristiti na više Uređaja istovremeno. Ova Licenca vam ne dodjeljuje nikakva prava na uporabu Apple vlasničkih sučelja i drugog intelektualnog vlasništva za potrebe dizajna, razvoja, proizvodnje, odobravanja ili distribucije uređaja i pribora drugih proizvođača, ili softverskih aplikacija drugih proizvođača, koji su namijenjeni korištenju uz Uređaje. Neka od tih prava dostupna su prema zasebnim licencama društva Apple. Za dodatne informacije o razvoju uređaja i pribora drugih proizvođača za uporabu uz Uređaje posjetite https://developer.apple.com/programs/mfi/. Za dodatne informacije o razvoju softverskih aplikacija za Uređaje posjetite https://developer.apple.com.

(b) Podložno odredbama i uvjetima ove Licence, omogućena vam je ograničena, neisključiva licenca za preuzimanje Izmjena Appleova softvera koje Apple može učiniti dostupnima za vaš model Uređaja, kako biste ažurirali ili obnovili softver na svakom takvom Uređaju koji posjedujete ili kojim upravljate. Ova vam Licenca ne dopušta ažuriranje ili obnavljanje Uređaja koji ne posjedujete ili kontrolirate i ne smijete distribuirati ni omogućavati distribuciju Izmjena Appleova softvera putem mreže gdje bi se mogao upotrebljavati na više Uređaja ili računala istovremeno. Preuzmete li Ažuriranje Appleova softvera na svoje računalo, smijete izraditi jednu kopiju Izmjena Appleova softvera te je pohraniti na računalo u strojno čitljivom obliku isključivo iz razloga sigurnosnog kopiranja, pod uvjetom da sigurnosna kopija sadrži sve obavijesti o autorskim i ostalim vlasničkim pravima koje se nalaze i u originalu.

(c) U onom opsegu u kojem je Apple unaprijed instalirao aplikacije marke Apple iz trgovine App Store na vaš Uređaj u trenutku kupnje ("Unaprijed instalirane aplikacije"), trebat ćete se prijaviti u trgovinu App Store i povezati te unaprijed instalirane aplikacije sa svojim App Store računom kako biste ih mogli upotrebljavati na svojemu Uređaju. Kad povežete unaprijed instaliranu aplikaciju sa svojim App Store računom, istovremeno ćete automatski povezati sve ostale unaprijed instalirane aplikacije na svojemu Uređaju. Kad odaberete povezati Unaprijed povezane aplikacije sa svojim App Store računom, suglasni ste s tim da tvrtka Apple može odašiljati, prikupljati, čuvati, obrađivati i upotrebljavati Apple ID kojim se koristi vaš App Store račun, ali i jedinstvene identifikatore hardvera koji su prikupljeni s vašeg Uređaja kao jedinstvene identifikatore računa za potrebe provjere podobnosti vašeg zahtjeva i osiguranja pristupa Unaprijed instaliranim aplikacijama putem trgovine App Store. Ako ne želite upotrebljavati unaprijed instaliranu aplikaciju, možete je u bilo kojem trenutku obrisati sa svog Uređaja.

(d) Ne smijete i suglasni ste da nećete umnožavati (osim kako je izričito dozvoljeno ovom Licencom), rastavljati, obavljati obrnuti inženjering, rasklapati, pokušati izvlačiti izvorni kôd, dešifrirati, preinačiti ili izrađivati inačice na temelju softvera tvrtke Apple ili bilo kojih usluga koje nudi softver tvrtke Apple ili bilo koji njegov dio (osim i samo do opsega do kojeg je unaprijed utvrđeno ograničenje zabranjeno primjenjivim zakonskim propisima ili propisima odobrenja kojima je utvrđena uporaba open-source dijelova uključenih u softver tvrtke Apple) niti omogućavati drugima da čine isto. Suglasni ste da nećete ukloniti, učiniti nejasnima ili izmijeniti obavijesti o vlasništvu (uključujući obavijesti o zaštitnom znaku i

autorskim pravima) koje mogu biti priložene softveru tvrtke Apple ili sadržane u njemu.

(e) Softver tvrtke Apple smije se koristiti za reprodukciju materijala sve dok je ta uporaba ograničena na reprodukciju materijala koji nisu zaštićeni autorskim pravom, materijala čija autorska prava posjedujete ili materijala za čiju reprodukciju ste ovlašteni ili vam je zakonski dopušteno. Bez obzira na gore navedeno, zabranjuje vam se ponovno publiciranje, ponovni prijenos ili reprodukcija bilo kojih slika kojima je pristupano preko aplikacije Karte (vidjeti u nastavku) kao samostalnim datotekama. Naslov i prava na intelektualno vlasništvo u i na bilo koji sadržaj koji se prikazuje, pohranjuje ili mu se pristupa pomoću Uređaja pripadaju vlasnicima sadržaja. Takav sadržaj može biti zaštićen autorskim pravima ili drugim zakonima i ugovorima o intelektualnom vlasništvu te može biti podložan uvjetima upotrebe trećih strana koje pružaju takav sadržaj. Osim ako nije drugačije propisano u ovom dokumentu, ova Licenca ne dodjeljuje vam pravo na uporabu tih sadržaja niti vam jamči daljnju dostupnost tih sadržaja.

(f) U skladu s odredbama i uvjetima ove Licence, možete: (i) upotrebljavati znakove memojija uključene u Appleov softver ili izrađene njime („Znakovi sustava") (1) tijekom izvođenja Appleova softvera i (2) za stvaranje vlastitog originalnog sadržaja i projekata za svoju osobnu, nekomercijalnu upotrebu; i (ii) upotrebljavati Titlove uživo koje Appleov softver automatski generira na uređaju u stvarnom vremenu („Titlovi uživo"), bilo da su generirani tijekom FaceTime poziva ili na drugi način, samo za vašu osobnu, nekomercijalnu upotrebu. Ova licenca ne dopušta nijednu drugu upotrebu Znakova sustava ili Titlova uživo, uključujući bez ograničenja upotrebu, reproduciranje, prikazivanje, izvođenje, snimanje, objavljivanje ili distribuciju bilo kojeg od Znakova sustava ili Titlova uživo u profitnom, neprofitnom i komercijalnom kontekstu te u kontekstu javnog dijeljenja.

(g) Kako bi se dovršili određeni prečaci radnji aplikacije i/ili web stranice, softver tvrtke Apple možda će trebati pristupiti određenim softverskim aplikacijama, uslugama ili web stranicama drugih proizvođača na vašem Uređaju. Izričito ste suglasni za to korištenje u opsegu potrebnom za dovršetak Prečaca sa softverom tvrtke Apple.

(h) Slažete se da ćete koristiti softver tvrtke Apple i usluge (kako je definirano u odjeljku 5 u nastavku) u skladu sa svim primjenjivim zakonima, uključujući i lokalne zakone zemlje ili regije u kojoj prebivate ili u kojoj preuzimate ili koristite softver tvrtke Apple i usluge. Značajke softvera tvrtke Apple i usluga možda nisu dostupne na svim jezicima ili u svim regijama, neke značajke mogu biti različite ovisno o regiji, a neke mogu biti onemogućene ili nedostupne s nekim pružatelja usluga. Wi-Fi ili mobilna podatkovna mreža potrebni su za neke značajke softvera tvrtke Apple i usluga.

(i) Uporaba trgovine App Store zahtijeva jedinstvenu kombinaciju korisničkog imena i lozinke, poznatu kao Apple ID. Apple ID također je potreban za pristup ažuriranjima aplikacija i određenim značajkama softvera tvrtke Apple i usluga.

(j) Prihvaćate da mnoge značajke, ugrađene aplikacije i Usluge softvera tvrtke Apple odašilju podatke te mogu utjecati na troškove vašeg podatkovnog prometa i da ste vi odgovorni za sve takve troškove. Možete pregledavati i kontrolirati koje aplikacije mogu koristiti mobilne podatke te u postavkama mobilnih podataka pregledati i procijeniti koliko su podataka takve aplikacije upotrijebile. Osim toga, značajka Pomoć za Wi-Fi će automatski prebaciti na mobilne podatke kad imate slabiju Wi-Fi vezu, što može prouzrokovati veću uporabu mobilnih podataka te može utjecati na troškove vašeg podatkovnog prometa. Pomoć za Wi-Fi je uključena standardno, ali se može onemogućiti u Postavkama. Za više informacija pogledajte upute za uporabu svog Uređaja.

(k) Ako odaberete omogućiti automatsku nadogradnju aplikacija, vaš će Uređaj periodično putem tvrtke Apple tražiti ažuriranje za aplikacije na vašem Uređaju, a u slučaju da je ono dostupno, automatski će biti preuzeto i instalirano na vaš Uređaj. Možete u potpunosti isključiti automatsko ažuriranje aplikacija u bilo kojem trenutku tako što ćete otvoriti Postavke, dodirnuti iTunes i App Store, te pod opcijom Automatska

preuzimanja isključiti Ažuriranja.

(l) Uporaba vašeg Uređaja može vas ometati u nekim okolnostima i može uzrokovati opasne situacije (primjerice, izbjegavajte tipkanje poruka kad vozite automobil ili korištenje slušalica kad vozite bicikl). Uporabom svog Uređaja, slažete se da ste odgovorni za poštivanje pravila koja zabranjuju ili ograničavaju uporabu mobilnih telefona ili slušalica (primjerice, preporuka za uporabu hands-free opcija za uspostavljanje poziva prilikom vožnje).

(m) Određene značajke Appleova softvera mogu pokušati pružiti pomoć u situacijama povezanima sa sigurnošću, kao što je bilo koja značajka otkrivanja povezana sa sigurnošću i povezivanje s hitnim službama (ako je dostupno). Apple ne jamči dostupnost, točnost, potpunost, pouzdanost ili pravovremenost takvih značajki. Ove značajke nisu namijenjene oslanjanju samo na njih u situacijama u kojima je dostupna hitnija ili učinkovitija pomoć i može se dobiti. Slažete se da ćete koristiti ove značajke na vlastiti rizik i provoditi neovisnu prosudbu te da Apple, njegova povezana društva, nalogoprimci ili nalogodavci neće snositi nikakvu odgovornost prema vama za vašu upotrebu ovih značajki i bilo koje proizašle posljedice u najvećoj mjeri dopuštenoj zakonom.

(n) Vaš Uređaj nije medicinski proizvod i ne bi se smio upotrebljavati kao zamjena za stručnu medicinsku prosudbu. Nije dizajniran niti namijenjen za uporabu prilikom dijagnosticiranja bolesti ili drugih stanja ili za uporabu u svrhu liječenja, olakšanja tegoba, tretiranja ili prevencije bilo kojeg stanja ili bolesti. Savjetujte se sa svojim pružateljem zdravstvenih usluga prije donošenja odluka u vezi s vašim zdravljem.

**3. Prijenos.** Ne smijete unajmljivati, iznajmljivati, posuđivati, prodavati, distribuirati ili podlicencirati Softver tvrtke Apple. Međutim, možete provesti jednokratni trajni prijenos svih svojih prava na softver tvrtke Apple na drugu osobu povezanu s prijenosom vlasništva vašeg Uređaja, pod uvjetima: (a) prijenos treba uključivati vaš Uređaj i sav softver tvrtke Apple, uključujući sve dijelove i ovu Licencu; (b) ne smijete zadržati nikakve kopije softvera tvrtke Apple, cjelovite ili u dijelovima, uključujući kopije pohranjene na računalu ili drugom uređaju za pohranu; i (c) osoba koja prima softver tvrtke Apple treba pročitati i složiti se oko prihvaćanja odredbi i uvjeta navedenih u ovoj Licenci.

**4. Pristanak na upotrebu podataka.** Kad koristite svoj Uređaj, vaš telefonski broj i određeni jedinstveni identifikatori vašeg Uređaja šalju se tvrtki Apple kako bi vas drugi korisnici mogli kontaktirati pomoću vašeg telefonskog broja prilikom uporabe raznih komunikacijskih značajki softvera tvrtke Apple, kao što su iMessage i FaceTime. Kad upotrebljavate iMessage, Apple može zadržati vaše poruke u kriptiranom obliku kroz ograničeno vrijeme kako bi se osigurala njihova isporuka. Možete isključiti FaceTime ili iMessage u postavkama aplikacije FaceTime ili Poruka na svom Uređaju. Određene značajke poput Analize, Lokacijskih usluga, Siri i Diktata mogu zahtijevati informacije s vašeg Uređaja kako bi pružale svoje odgovarajuće funkcije. Kad uključite ili koristite te značajke, dobit ćete detalje o tome koji podaci se šalju Appleu i kako će se ti podaci možda upotrebljavati. Za dodatne informacije posjetite https://www.apple.com/privacy/. Vaši će se podaci uvijek obrađivati u skladu s Appleovim Pravilima o privatnosti koja možete pronaći na adresi: https://www.apple.com/legal/privacy/.

**5. Usluge i materijali trećih strana.**
(a) Softver tvrtke Apple može omogućiti pristup Appleovim aplikacijama iTunes Store, App Store, Apple Books, Game Center, iCloud, Karte, News, Fitness+ i ostalim uslugama i internetskim stranicama tvrtke Apple i drugih tvrtki (zajednički i pojedinačno "Usluge"). Uporaba tih usluga zahtijeva pristup internetu, a uporaba određenih usluga može zahtijevati Apple ID te zahtijevati od vas prihvaćanje dodatni odredbi i dodatno se naplaćivati. Upotrebom ovog softvera zajedno s Apple ID računom ili drugim uslugama tvrtke Apple, pristajete na primjenjive uvjete korištenja usluge, poput npr. najnovijih odredbi i uvjeta za Appleove medijske usluge za zemlju ili regiju u kojoj pristupate tim uslugama, koji su dostupni za pregled na https://www.apple.com/legal/internet-services/itunes/.

(b) Prijavite li se za iCloud, nekim iCloud značajkama kao što su "iCloud Drive", "Moj Photo Stream", "Dijeljeni albumi" i "Nađi moj" možete pristupati izravno iz softvera tvrtke Apple. Primate na znanje i slažete se da je vaša upotreba iClouda i tih značajki podložna najnovijim odredbama i uvjetima usluge iCloud koje možete pogledati na adresi: https://www.apple.com/legal/internet-services/icloud/.

(c) Sadržaj aplikacije News. Vaša uporaba sadržaja kojim se pristupa putem aplikacije News ograničena je samo na osobnu, nekomercijalnu uporabu, ne prebacuje vlasnički udjel na vas u sadržaju i posebice isključuje, bez ograničenja, svaka prava na komercijalnu ili promotivnu uporabu u tom sadržaju.

(d) Karte. Usluga i značajke karti u Appleovom softveru („Karte"), uključujući i pokrivenost karata podacima, mogu se razlikovati od regije do regije. Kad uključite ili koristite Karte, primit ćete detalje o informacijama koje se šalju tvrtki Apple i načinima na koje te informacije mogu biti upotrijebljene. Razumijete i suglasni ste da je vaša upotreba aplikacije Karte podložna najnovijim uvjetima i odredbama usluge Karte, kojima možete pristupiti na početnoj kartici aplikacije Karte na iPhoneu te ih tamo pregledati.

(e) Shvaćate da upotrebom bilo kojih Usluga možete naići na sadržaj koji je uvredljiv, nepristojan ili nepoželjan, čiji sadržaj može i ne mora uključivati eksplicitan jezik i da rezultati bilo koje pretrage ili unos određene URL adrese mogu automatski i nenamjerno učitati linkove ili reference na neprihvatljiv materijal. Usprkos navedenom, suglasni ste da usluge upotrebljavate na vlastiti rizik i da Apple, njegove podružnice, posrednici, upravitelji i ovlaštenici neće biti odgovorni prema vama za sadržaj koji je možda uvredljiv, nepristojan ili neprihvatljiv.

(f) Određene usluge mogu prikazivati, uključivati ili učiniti dostupnim sadržaje, podatke, informacije, aplikacije ili materijale trećih strana ("materijali trećih strana") ili pružati linkove na određene internetske stranice trećih strana. Upotrebom tih usluga potvrđujete i slažete se da Apple nije odgovoran za pregled i evaluaciju sadržaja, kao ni za točnost, potpunost, pravovremenost, valjanost, usklađenost s autorskim pravima, legalnost, pristojnost, kvalitetu ili bilo koji drugi aspekt takvih materijala ili internetskih stranica trećih strana. Tvrtka Apple, njeni djelatnici, udruženja i podružnice ne jamče, ne potvrđuju i ne prihvaćaju te neće snositi nikakve obveze ni odgovornosti prema vama ili bilo kojoj drugoj osobi za bilo kakve usluge, materijale ili internetske stranice trećih strana te za bilo koje druge materijale, proizvode ili usluge trećih strana. Materijali trećih strana i linkovi na druge internetske stranice pruženi su vam isključivo iz praktičnih razloga.

(g) Ni tvrtka Apple ni bilo koji od njenih pružatelja sadržaja ne jamče dostupnost, točnost, potpunost, čitljivost ili pravovremenost informacija o dionicama, lokacijskih podataka i bilo kojih drugih podataka koje prikazuje bilo koja Usluga. Financijske informacije prikazane od strane bilo koje usluge služe samo za općenitu informiranost i na njih se ne treba oslanjati jer nisu savjet za ulaganje. Prije provođenja bilo kakvih transakcija koje se baziraju na informacijama pruženim putem usluga, trebali biste se konzultirati s profesionalnim financijskim djelatnikom koji je kvalificiran za pružanje financijskih ili sigurnosnih savjeta u vašoj zemlji ili regiji. Podaci o lokaciji koje su pružile bilo koje usluge, uključujući uslugu Apple Karte, služe samo za osnovne svrhe navigacije i planiranja te se na njih ne treba oslanjati u situacijama u kojima su potrebne precizne informacije o lokaciji ili u kojima pogrešni, netočni, nepravovremeni ili nepotpuni podaci o lokaciji mogu dovesti do smrti, ozljeđivanja ljudi, materijalne štete ili zagađenja okoliša. Suglasni ste da se rezultati koje primite od usluge Karte mogu razlikovati od stvarnih uvjeta na cesti ili terenu zbog čimbenika koji mogu utjecati na točnost podataka usluge Karte, primjerice vremena, uvjeta na cesti i prometa, geopolitičkih događaja itd. Radi vlastite sigurnosti, pri korištenju navigacije uvijek pratite postavljene znakove na cesti i tekuće stanje u prometu. Pridržavajte se pravila sigurne vožnje i prometnih propisa te obratite pozornost da pješački i biciklistički pravci ne moraju uključivati označene putove.

(h) U mjeri u kojoj šaljete sadržaje upotrebom Usluga, dajete do znanja da imate sva prava ili da imate

odobrenje ili kakvo dugo zakonsko dopuštenje za postavljanje takvog sadržaja te da takav sadržaj ne krši uvjete pružanja usluge koji se primjenjuju na Usluge. Suglasni ste da usluge sadrže vlasnički sadržaj, informacije i materijale koji su u vlasništvu tvrtke Apple, vlasnika web-mjesta ili njihovih ovlaštenika te da su zaštićeni primjenjivim zakonskim propisima o intelektualnom vlasništvu i ostalim zakonima, uključujući bez ograničenja autorsko pravo. Suglasni ste da nećete upotrebljavati takav vlasnički sadržaj, informacije ili materijale osim za dopuštenu upotrebu usluga ili na bilo koji način koji nije dosljedan s uvjetima ove licence ili koji povređuje bilo koja prava na intelektualno vlasništvo trećih strana ili tvrtke Apple. Nijedan dio usluga ne smije se reproducirati u bilo kojem obliku i na bilo koji način. Suglasni ste da nećete preinačiti, iznajmljivati, unajmljivati, posuđivati, prodavati, distribuirati ili izrađivati prerađevine bazirane na uslugama na bilo koji način i da nećete ni na koji neovlašteni način iskorištavati usluge, uključujući ali ne ograničavajući, uporabu usluga za prijenos bilo kakvih računalnih virusa, crva, trojanaca ili drugog zloćudnog softvera ili za prijestupe ili opterećenje kapaciteta mreže. Suglasni ste i da nećete upotrebljavati usluge na bilo koji način za uznemiravanje, zlostavljanje, uhođenje, prijetnju, klevetanje ili drugu povredu ili kršenje prava bilo koje osobe, te da Apple nije ni na koji način odgovoran za vašu bilo koju takvu upotrebu, niti za bilo kakve uznemiravajuće, prijeteće, klevetničke, vrijeđajuće ili ilegalne poruke ili prijenose koje možete primiti uslijed korištenja bilo koje usluge.

(i) Nadalje, takve usluge i materijali drugih tvrtki možda nisu dostupni na svim jezicima ni u svim državama ili regijama. Apple ni na koji način ne zastupa takve usluge i materijale trećih strana kao prikladne ili dostupne za upotrebu na bilo kojoj lokaciji. Takve usluge i materijale trećih strana koristite i pristupate im u opsegu koji proizvoljno odaberete i na vlastitu inicijativu te ste odgovorni za poštivanje svih primjenjivih zakona, uključujući bez ograničenja sve mjerodavne lokalne zakone te zakone o privatnosti i prikupljanju podataka. Dijeljenje ili sinkronizacija fotografija putem Uređaja može uzrokovati odašiljanje metapodataka, uključujući mjesto i vrijeme snimanja fotografije i informacije o dubini. Uporabom Appleovih usluga (kao što je iCloud fotoalbum) za dijeljenje ili sinkroniziranje takvih fotografija tvrtki Apple omogućava se primanje i pohrana takvih metapodataka. Apple i njegovi ovlaštenici zadržavaju pravo na izmjenu, prekid, uklanjanje ili onemogućavanje pristupa bilo kojim uslugama u bilo koje vrijeme bez prethodne najave. Apple ni u kojem slučaju neće biti odgovoran za uklanjanje ili onemogućavanje pristupa bilo kojim takvim uslugama. Apple također može nametnuti ograničenja za upotrebu ili pristup određenim uslugama, u bilo kojem slučaju i bez najave ili odgovornosti.

**6. Poništenje.** Ova Licenca na snazi je do poništenja. Vaša prava utvrđena ovom licencom automatski će biti poništena bez najave tvrtke Apple ako se ne pridržavate bilo kojih odredbi ove licence. Nakon poništenja ove Licence prestajete s uporabom softvera tvrtke Apple. Odjeljci 4, 5, 6, 7, 8, 9, 10, 12 i 13 ove Licence ostaju na snazi i nakon takvog poništenja.

**7. Odricanje od jamstava**

7.1    Ako ste korisnik koji je potrošač (netko tko koristi softver tvrtke Apple izvan područja trgovine, poslovanja ili profesije), možda posjedujete zakonska prava u svojoj zemlji prebivališta koja sprječavaju da se sljedeća ograničenja primijene na vas i ondje gdje su zabranjena, ona se ne primjenjuju na vas. Za dodatne informacije o vašim pravima obratite se vašoj lokalnoj organizaciji za prava potrošača.

7.2    IZRIČITO POTVRĐUJETE I SUGLASNI STE DA, DO OPSEGA DOZVOLJENOG VAŽEĆIM ZAKONOM, NA VLASTITI RIZIK UPOTREBLJAVATE SOFTVER TVRTKE APPLE I BILO KOJE USLUGE KOJE SE IZVODE ILI IM SE PRISTUPA PUTEM SOFTVERA TVRTKE APPLE TE DA SNOSITE CJELOKUPNI RIZIK GLEDE ZADOVOLJAVAJUĆE KVALITETE, UČINKOVITOSTI, TOČNOSTI I NASTOJANJA.

7.3    DO NAJVEĆE MJERE KOJA JE DOPUŠTENA PRIMJENJIVIM ZAKONOM, SOFTVER TVRTKE APPLE I USLUGE OMOGUĆENE SU "KAKVE JESU" I "KAO DOSTUPNE", SA SVIM NEDOSTACIMA I BEZ JAMSTAVA IKAKVE VRSTE TE SE TVRTKA APPLE I NJENI OVLAŠTENICI (ZAJEDNIČKOG NAZIVA "APPLE" ZA POTREBE ODJELJAKA 7 I 8) OVIME ODRIČU SVIH JAMSTAVA I UVJETA U ODNOSU NA

SOFTVER TVRTKE APPLE I USLUGE, BILO IZRAŽENIH, IMPLICIRANIH ILI ZAKONSKIH, UKLJUČUJUĆI IZMEĐU OSTALOG IMPLICIRANA JAMSTVA I/ILI UVJETE PRODAJE, ZADOVOLJAVAJUĆU KVALITETU, PRIKLADNOST ZA ODREĐENU SVRHU, TOČNOST, TIHO UŽIVANJE I NEPOVREDIVOST PRAVA TREĆIH STRANA.

7.4    APPLE NE JAMČI ZA NEPOSTOJANJE OMETANJA VAŠEG UŽIVANJA U SOFTVERU TVRTKE APPLE I USLUGAMA, NITI JAMČI DA ĆE SADRŽANE FUNKCIJE ILI USLUGE KOJE IZVODI ILI PRUŽA SOFTVER TVRTKE APPLE BITI U SKLADU S VAŠIM ZAHTJEVIMA, DA ĆE RAD SOFTVERA TVRTKE APPLE I USLUGA BITI NEOMETAN ILI BEZ POGREŠAKA, DA ĆE BILO KOJE USLUGE I DALJE BITI DOSTUPNE, DA ĆE GREŠKE U SOFTVERU TVRTKE APPLE ILI USLUGAMA BITI ISPRAVLJENE, NITI DA ĆE SOFTVER TVRTKE APPLE BITI KOMPATIBILAN ILI DA ĆE RADITI S BILO KOJIM SOFTVEROM, APLIKACIJAMA ILI USLUGAMA DRUGIH PROIZVOĐAČA. INSTALACIJA OVOG APPLE SOFTVERA MOŽE UTJECATI NA DOSTUPNOST I UPOTREBLJIVOST SOFTVERA, APLIKACIJA ILI USLUGA TREĆIH STRANA, KAO I PROIZVODA I USLUGA TVRTKE APPLE.

7.5    NADALJE, POTVRĐUJETE DA SOFTVER TVRTKE APPLE I USLUGE NISU NAMIJENJENI ILI PRIKLADNI ZA UPORABU U SITUACIJAMA ILI OKRUŽENJIMA GDJE KVAR ILI NEPRAVOVREMENOST, POGREŠKE ILI NETOČNOSTI U SADRŽAJU, PODACIMA ILI INFORMACIJAMA KOJE OMOGUĆUJE SOFTVER TVRTKE APPLE ILI USLUGE MOGU DOVESTI DO SMRTI, OZLJEĐIVANJA LJUDI, VELIKE MATERIJALNE ŠTETE ILI ONEČIŠĆENJA OKOLIŠA, UKLJUČUJUĆI IZMEĐU OSTALOG RAD NUKLEARNIH POSTROJENJA, NAVIGACIJU ZRAKOPLOVA ILI KOMUNIKACIJSKE SUSTAVE, KONTROLU ZRAČNOG PROMETA, ODRŽAVANJE ŽIVOTA ILI SUSTAVA NAORUŽANJA.

7.6    NIKAKVA USMENA ILI PISANA INFORMACIJA ILI SAVJET KOJI PRUŽI APPLE ILI APPLEOV OVLAŠTENI PREDSTAVNIK NE PREDSTAVLJA JAMSTVO. AKO SE POKAŽE DA SU APPLE SOFTVER ILI USLUGE NEISPRAVNE, PREUZIMATE CIJELI IZNOS TROŠKA SVIH POTREBNIH SERVISIRANJA, POPRAVAKA ILI KOREKCIJA. ODREĐENI PRAVNI SUSTAVI NE DOPUŠTAJU IZUZIMANJE IMPLICIRANIH JAMSTAVA ILI OGRANIČENJE VAŽEĆIH USTAVNIH PRAVA POTROŠAČA, STOGA SE GORE NAVEDENA IZUZIMANJA I OGRANIČENJA MOŽDA NE ODNOSE NA VAS.

**8. Ograničenje odgovornosti.** DO MJERE DO KOJE NIJE ZABRANJENO ZAKONOM, TVRTKA APPLE, NJENE PODRUŽNICE, AGENTI ILI OPUNOMOĆITELJI NI U KOJEM SLUČAJU NISU ODGOVORNI ZA OZLJEĐIVANJE LJUDI ILI ZA BILO KOJU NENAMJERNU, POSEBNU, NEIZRAVNU ILI POSLJEDIČNU ŠTETU, UKLJUČUJUĆI IZMEĐU OSTALOG ŠTETU USLIJED GUBITKA PROFITA, OŠTEĆIVANJA ILI GUBITKA PODATAKA, NEMOGUĆNOSTI PRENOŠENJA ILI PRIMANJA BILO KAKVIH PODATAKA (UKLJUČUJUĆI IZMEĐU OSTALOG USLIJED, ZADATKE I MATERIJALE ZA OBUKU) USLIJED PREKIDA U POSLOVANJU ILI ZA BILO KOJU DRUGU KOMERCIJALNU ŠTETU ILI GUBITKE, KOJI MOGU NASTATI USLIJED ILI BITI U VEZI S VAŠOM UPORABOM ILI NEMOGUĆNOŠĆU UPORABE SOFTVERA I USLUGA TVRTKE APPLE ILI BILO KOJIH SOFTVERA, APLIKACIJA ILI USLUGA DRUGIH PROIZVOĐAČA U KOMBINACIJI SA SOFTVEROM TVRTKE APPLE ILI USLUGAMA, BEZ OBZIRA NA UZROK I BEZ OBZIRA NA OSNOVU ODGOVORNOSTI (UGOVOR, DELIKT ILI NEŠTO DRUGO), ČAK I AKO JE TVRTKA APPLE OBAVIJEŠTENA O MOGUĆNOSTI NASTANKA TAKVE ŠTETE. ODREĐENI PRAVNI SUSTAVI NE DOPUŠTAJU ISKLJUČENJE ILI OGRANIČENJE ODGOVORNOSTI ZA OZLJEĐIVANJE LJUDI ILI ZA NENAMJERNE ILI POSLJEDIČNE ŠTETE, STOGA SE OVO OGRANIČENJE MOŽDA NE ODNOSI NA VAS. Ni u kojem slučaju neće ukupna obveza tvrtke Apple prema vama, za sve nastale štete (osim onih koje može zahtijevati važeći zakon u slučajevima koji se tiču ozljeđivanja ljudi) biti veća od dvjesto pedeset dolara (250,00 USD). Prethodno spomenuta ograničenja primijenit će se čak i ako prethodno navedena pravna sredstva ne ispune svoju osnovnu svrhu. NEOVISNO O BILO KOJIM DRUGIM ODREDBAMA OVE LICENCE, AKO SE PRIMJENJUJE JAPANSKI ZAKON O UGOVORU S POTROŠAČEM, ODREDBE KOJE OGRANIČAVAJU APPLEOVU ODGOVORNOST ZA ŠTETE NASTALE POVREDOM UGOVORA ILI DELIKTOM KOJI JE APPLE POČINIO NEĆE SE PRIMJENJIVATI AKO SU TE ŠTETE NASTALE ZBOG APPLEOVA NAMJERNOG PROPUSTA ILI

KRAJNJE NEPAŽNJE.

**9. Digitalni certifikati.** Apple softver sadrži funkcionalnost koja mu omogućuje prihvaćanje digitalnih certifikata koje su izdale tvrtka Apple ili treće strane. ISKLJUČIVO STE SAMI ODGOVORNI ZA ODLUKU O OSLANJANJU NA CERTIFIKATE KOJE SU IZDALE BILO TVRTKA APPLE, BILO TREĆE STRANE. DIGITALNE CERTIFIKATE UPOTREBLJAVATE NA VLASTITI RIZIK. DO MAKSIMALNE RAZINE KOJU DOZVOLJAVA VAŽEĆI ZAKON, APPLE NE JAMČI NITI NE PREDSTAVLJA, IZRIČITO ILI IMPLICITNO, PRODAJU ILI PRIKLADNOST ZA BILO KOJU ODREĐENU SVRHU, TOČNOST, SIGURNOST ILI IZOSTANAK KRŠENJA PRAVA TREĆIH STRANA U POGLEDU DIGITALNIH CERTIFIKATA.

**10. Kontrola izvoza.** Ne smijete upotrebljavati ili na bilo koji drugi način izvoziti ili ponovno izvoziti Apple softver osim kako je određeno zakonom SAD-a i zakonima pravnog sustava (pravnih sustava) u kojem je Apple softver nabavljen. Posebno, ali bez ograničenja, Apple softver ne smije se izvoziti ili ponovno izvoziti u (a) zemlje koje su pod embargom SAD-a ili (b) bilo kome tko se nalazi na popisu Posebno određenih državljana američkog resora državne blagajne ili na popisu Osoba kojima je uskraćen pristup ili entiteta američkog resora trgovine ili na bi kojem drugom popisu ograničenih strana. Upotrebom Apple softvera zastupate i jamčite da se ne nalazite u niti jednoj takvoj zemlji ili na bilo kojem takvom popisu. Također se slažete da nećete upotrebljavati Apple softver u bilo kakve svrhe koje su zabranjene zakonom SAD-a, uključujući bez ograničenja, razvoj, dizajn, izradu ili proizvodnju projektila, nuklearnog, kemijskog ili biološkog oružja.

**11. Krajnji korisnici u sektoru javne uprave.** Apple softver i povezana dokumentacija su „komercijalni predmeti", kako je taj naziv definiran pri 48 C.F.R. §2.101, koji se sastoje od „komercijalnog računalnog softvera" i „komercijalne računalne softverske dokumentacije", kako se ti nazivi koriste u 48 C.F.R. §12.212 ili 48 C.F.R. §227.7202, kako je primjenjivo. U skladu s 48 C.F.R. §12.212 ili 48 C.F.R. §227.7202-1 do 227.7202-4, kako je primjenjivo, komercijalni računalni softver i komercijalna računalna softverska dokumentacija odobrene su krajnjim korisnicima u sektoru američke javne uprave (a) samo kao komercijalni predmeti i (b) sa samo onim pravima koja su odobrena svim ostalim krajnjim korisnicima sukladno ovdje navedenim propisima i uvjetima. Neobjavljena prava pridržana su u skladu sa zakonima o autorskom pravu SAD-a.

**12. Nadležnost i djelomična ništavost.** Na ovu licencu primjenjivat će se zakoni države Kalifornije, isključujući konflikte zakonskih principa. Na ovu licencu neće se primjenjivati Konvencija Ujedinjenih Naroda o sporazumima za međunarodnu prodaju dobara, primjena koje je izričito isključena. Ako ste potrošač iz Ujedinjenog Kraljevstva, na ovu licencu primjenjivat će se zakoni jurisdikcije u kojoj boravite. Ako iz bilo kojeg razloga sud ili mjerodavno zakonodavstvo zaključi da je bilo koja odredba ili neki njen dio ništavan, preostali dio ove licence ostaje djelovati u punoj snazi.

**13. Cjelokupni sporazum; mjerodavni jezik.** Ova licenca predstavlja cjelokupni sporazum između vas i tvrtke Apple u pogledu Appleova softvera i zamjenjuje sve prijašnje ili sadašnje sporazume u vezi predmeta ovog sporazuma. Nikakvi dodaci ili preinake na ovoj licenci neće biti obvezujući osim ako su napisani i potpisani od strane tvrtke Apple. Svaki prijevod ove licence izrađen je zbog lokalnih zahtjeva i u slučaju neslaganja između verzije na engleskom i verzije na nekom drugom jeziku, verzija ove licence na engleskom jeziku smatrat će se mjerodavnom, do mjere koja je dopuštena lokalnim zakonima u vašem pravnom sustavu.

**14. Priznanje trećim stranama.** Dijelovi Apple softvera mogu upotrebljavati ili sadržavati softver i ostale materijale zaštićene autorskim pravom, koji su u vlasništvu trećih strana. Priznanja, odredbe licence i odricanja od odgovornosti za takve materijale sadržani su u elektroničkoj dokumentaciji za Apple softver i vi upotrebljavate takav materijal pod njihovim propisima. Uporaba usluge Google Safe Browsing podložna je uvjetima tvrtke Google ((https://www.google.com/intl/en/policies/terms/) i pravilima o privatnosti tvrtke Google ((https://www.google.com/intl/en/policies/privacy/).

**15. Uporaba MPEG-4 standarda; H.264/AVC obavijest**
(a) Softver tvrtke Apple licenciran je prema licenci MPEG-Systems Patent Portfolio License za kodiranje u skladu s normom MPEG-4 Systems, osim što je potrebna dodatna licenca i plaćanje tantijema za kodiranje povezana s (i) podacima pohranjenim ili repliciranim na fizičkim medijima, što se plaća na temelju svakog naslova i/ili (ii) podacima, što se plaća na temelju svakog naslova te se prenosi krajnjem korisniku na trajno pohranjivanje i/ili upotrebu. Takva se dodatna licenca može dobiti od MPEG LA, LLC. Za više detalja pogledajte https://www.mpegla.com.

(b) Softver sadržava MPEG-4 funkciju kodiranja i/ili dekodiranja videosadržaja. Softver tvrtke Apple licenciran je prema licenci MPEG-4 Visual Patent Portfolio licenci za osobnu i nekomercijalnu uporabu korisnika za (i) kodiranje videosadržaja u skladu s normom MPEG-4 Visual ("MPEG-4 Video") i/ili (ii) dekodiranje MPEG-4 videosadržaja koje je kodirao korisnik tijekom osobne i nekomercijalne aktivnosti i/ili je nabavio od dobavljača videosadržaja koji je licencirao MPEG LA za pružanje MPEG-4 videosadržaja. Nikakva druga licenca nije odobrena i neće biti implicirana za bilo kakvu drugu uporabu. Dodatne informacije, uključujući informacije o promotivnim, unutarnjim i komercijalnim upotrebama i licenciranju mogu se nabaviti od MPEG LA, LLC. Pogledajte https://www.mpegla.com.

(c) Softver tvrtke Apple sadržava značajku za AVC kodiranje i/ili dekodiranje, komercijalna uporaba H.264/AVC zahtijeva dodatne licence i primjenjuje se sljedeći propis: FUNKCIONALNOST AVC U APPLEOVOM SOFTVERU LICENCIRANA JE U OVOM SPORAZUMU SAMO ZA OSOBNU I NEKOMERCIJALNU UPOTREBU KORISNIKA KAKO BI (i) KODIRAO VIDEOZAPIS SUKLADNO NORMI ZA AVC ("AVC VIDEOZAPIS") I/ILI (ii) DEKODIRAO AVC VIDEOZAPIS KOJI JE KODIRAO POTROŠAČ KAO DIO OSOBNE I NEKOMERCIJALNE AKTIVNOSTI I/ILI AVC VIDEOZAPIS KOJI JE DOBIVEN OD DAVATELJA VIDEO USLUGA KOJI JE LICENCIRAN ZA DAVANJE AVC VIDEOZAPISA. INFORMACIJE KOJE SE TIČU DRUGIH NAČINA UPOTREBE I LICENCI MOGU SE NABAVITI OD TVRTKE MPEG LA L.L.C. POGLEDAJTE https://www.mpegla.com.

**16. Ograničenja Yahoo usluge pretraživanja.** Yahoo usluga pretraživanja koja je dostupna kroz aplikaciju Safari licencirana je samo za uporabu u sljedećim zemljama i regijama: Argentina, Aruba, Australija, Austrija, Barbados, Belgija, Bermuda, Brazil, Bugarska, Kanada, Kajmanski otoci, Čile, kontinentalna Kina, Hong Kong, Tajvan, Kolumbija, Cipar, Češka, Danska, Dominikanska Republika, Ekvador, El Salvador, Finska, Francuska, Njemačka, Grčka, Grenada, Gvatemala, Mađarska, Island, Indija, Indonezija, Irska, Italija, Jamajka, Japan, Latvija, Litva, Luksemburg, Malezija, Malta, Meksiko, Nizozemska, Novi Zeland, Nikaragva, Norveška, Panama, Peru, Filipini, Poljska, Portugal, Portoriko, Rumunjska, Singapur, Slovačka, Slovenija, Južna Koreja, Španjolska, Sv. Lucija, Sv. Vincent, Švedska, Švicarska, Tajland, Bahami, Trinidad i Tobago, Turska, UK, Urugvaj, SAD i Venezuela.

**17. Obavijest o Microsoft Exchange računu.** Postavke Microsoft Exchange računa unutar softvera tvrtke Apple licencirane su samo za bežičnu sinkronizaciju informacija, primjerice e-mail poruka, kontakata, kalendara i zadataka, između vašeg Uređaja i Microsoft Exchange poslužitelja ili drugog softvera poslužitelja za implementiranje Microsoft Exchange ActiveSync protokola, koji je licencirala tvrtka Microsoft.

EA1806
08. 07. 2022.

———————————

**Dodatne odredbe i uvjeti za Apple Pay i Wallet**

Ove dodatne odredbe i uvjeti (ove "Dodatne odredbe") za Apple Pay i Wallet predstavljaju dodatak Sporazumu o licenciranju Apple softvera ("Licenci"); i odredbe Licence i ove dodatne odredbe

mjerodavne su za vašu uporabu značajke Apple Pay ("Apple Pay") i aplikacije Apple Wallet ("Wallet"); koji se prema Licenci smatraju „Uslugom". Pojmovi napisani s velikim početnim slovom spomenuti u ovim Dodatnim odredbama imaju značenja definirana u Licenci.

## 1. Pregled

**Apple Pay**

Apple Pay vam omogućuje:

- beskontaktna plaćanja upotrebom kreditnih, debitnih i unaprijed plaćenih kartica, uključujući Apple Card i Apple Cash karticu na odabranim lokacijama ili unutar odabranih aplikacija ili web-mjesta;
- slanje plaćanja „osoba osobi" drugim korisnicima usluge Apple Cash; i
- praćenje narudžbi i prikaz detaljnih računa.

Apple Pay i određene značajke Apple Paya možda su dostupne samo u određenim regijama, s odabranim izdavateljima kartica, platnim mrežama, trgovcima i ostalim trećim stranama.

**Novčanik**

Apple Wallet vam omogućava pohranu virtualnih reprezentacija kreditnih, debitnih i unaprijed plaćenih kartica radi korištenja sa značajkom Apple Pay (skupno "Apple Pay kartice"), kao i drugih vrsta kartica, propusnica i ključeva, uključujući, između ostalog, sljedeće (skupno "Wallet propusnice") i zajedno s Apple Pay karticama, "Podržane kartice"):

- nagradne kartice;
- kartice za javni prijevoz;
- ulaznice;
- članske propusnice;
- ključevi od automobila;
- ključevi od kuće;
- hotelske ključeve;
- korporativne značke;
- studentske ID kartice; i
- dozvola te identifikacijske iskaznice koje je izdala država ili vlada ("ID kartice").

Wallet propusnice mogu biti dostupne samo u odabranim regijama i s odabranim partnerima. ID kartice mogu biti dostupne samo za rezidente sudjelujućih država i pregledavanje se može razlikovati od države do države ili od lokacije do lokacije.

Podržane kartice mogu se s vremena na vrijeme promijeniti.

## 2. Prihvatljivost

Kako biste upotrebljavali Apple Pay i Wallet morate posjedovati (i) podržani Uređaj s verzijom operativnog softvera koji podržava Usluge (najnoviju preporučenu verziju ili ponekad zahtijevanu), (ii) Apple ID povezan s iCloud računom koji uredno posluje s tvrtkom Apple te (iii) internetski pristup (mogu se primjenjivati naknade). Uz iznimku Apple Cash Family i odabranih kartica s e-novcem, Apple Pay kartice dostupne su samo pojedincima od 13 godina i starijim te mogu biti podložne dodatnim dobnim ograničenjima koje nameće iCloud ili relevantni izdavatelj, trgovac ili neka treća strana. Kartice za prijevoz, kartice s e-novcem, ID kartice, korporativne značke i ključevi dostupni su samo na iOS uređajima.

Ako ste roditelj ili zakonski skrbnik u iCloud obitelji („Organizator"), možete pozvati članove Obitelji, uključujući i mlađe od 13 godina (ili ekvivalentne minimalne dobi u primjenjivoj državi) da omoguće i koriste prihvatljive karte za javni prijevoz u Walletu. Kao Organizator, vi ste odgovorni za sva plaćanja, kupnje i transakcije koje se vrše korištenjem kartica javnog prijevoza koje su omogućene za članove Obitelji, uključujući one koje je pokrenuo član Obitelji. Prihvatljivost za kartice javnog prijevoza, i njihovo korištenje, u Walletu podložni su uvjetima i odredbama odgovarajuće tranzitne agencije. Organizatori su odgovorni za usklađenost s tim uvjetima i odredbama i preuzimaju sav rizik povezan s omogućivanjem propusnica za javni prijevoz s drugim članovima Obitelji. Kada član napusti Obitelji ili je uklonjen iz Obitelji, član Obitelj više neće moći ponovno učitati karticu za javni prijevoz i moći će vršiti transakcije na kartici sve dok saldo na računu kartice ne bude nula.

Ako ste vlasnik ključeva od automobila, možete dijeliti svoj ključ od automobila s drugima od 13 godina i starijim tako da mogu otključavati vaš automobil, pristupati mu te ga voziti.

Ključevi od kuće mogu se samo dodavati ili uklanjati iz Walleta dodavanjem ili uklanjanjem lokota u aplikaciji Dom ili dodavanjem ili uklanjanjem vas samih iz doma u aplikaciji Dom. Ako ste administrator doma u aplikaciji Dom, bilo koji postojeći ključevi od doma automatski će se dijeliti s osobama koje ste pozvali i koji se pridružuju Domu.

Kartica Apple Card dostupna je samo u Sjedinjenim Američkim Državama i izdaje je banka Goldman Sachs Bank USA, područnica Salt Lake City („Izdavatelj kartice Apple Card"). Uz iznimku Apple Card Family, Kartica Apple Card dostupna je samo osobama starosti 18+ (ili starijima, ovisno o državi vašeg prebivališta).

Kartica Apple Cash i mogućnost slanja i primanja plaćanja "osoba osobi" dostupni su samo u Sjedinjenim Američkim Državama i usluge su koje pruža Green Dot Bank, članica FDIC-a. Kako biste slali ili primali plaćanja "osoba osobi" u Apple Payu, morate imati karticu Apple Cash. Uz iznimku Apple Cash Family, kartica Apple Cash i mogućnost slanja i primanja plaćanja "osoba osobi" dostupni su samo pojedincima od 18 godina i starijima.

### 3. Korištenje Usluga

Podržane kartice i plaćanja „osoba osobi" povezani su s Apple ID-jem kojim ste se prijavili na iCloud za potrebe upotrebe tih značajki. Kada dodate ili uklonite ključeve, korporativne značke, nagradne kartice, karte i članske propusnice u Walletu, promjena se može prikazati na vašim drugim Apple uređajima gdje ste prijavljeni svojim Apple ID računom. Moći ćete povezati samo jednu ID karticu za svako državno tijelo izdavatelja sa svakim Apple ID računom.

Apple Pay i Wallet su namijenjeni osobnoj upotrebi i smijete upotrebljavati samo svoje Podržane kartice ili one kartice javnog prijevoza ili ključeve od automobila i kuće za koje vas je Organizator ili vlasnik pozvao da pružite. Ako upotrebljavate podržanu korporativnu karticu, smatra se da to činite uz odobrenje poslodavca i ovlašteni ste za to da obvezujete svog poslodavca na ove uvjete upotrebe i sve transakcije na koje utječe uporaba ove značajke. Ako šaljete ili primate plaćanje "osoba osobi", izjavljujete da to činite za svoju osobnu, nekomercijalnu uporabu. Ako pružate ID karticu, potvrđujete da to radite koristeći vaše osobne podatke koji vas točno i vjerodostojno predstavljaju.

Suglasni ste s tim da ne upotrebljavate Apple Pay i Wallet za potrebe nezakonitih aktivnosti ili prijevare koje Licenca i ove Dodatne odredbe zabranjuju. Nadalje, suglasni ste s upotrebom Apple Paya i Walleta u skladu s primjenjivim zakonima i propisima. Razumijete da bilo koje netočne informacije poslane u vezi s ID karticom mogu biti kazneno djelo sukladno saveznom ili državnom zakonu. Suglasni ste s tim da nećete ometati ili prekidati Apple Pay ili Wallet uslugu (uključujući pristupanje usluzi putem bilo kojeg

automatiziranog sredstva), ili bilo koji poslužitelj ili mrežu povezanu s uslugom, ili bilo koja pravila, uvjete ili propise mreža povezanih s uslugom (uključujući bilo kakav neovlašteni pristup, upotrebu ili nadzor podataka ili prometa).

Ako Apple Payu ili Walletu pristupate na način zabranjen mjerodavnim zakonom, ili ih koristite na taj način, nemate odobrenje za pristup ili korištenje tih Usluga. Nismo odgovorni ako pristupate ili koristite Usluge na bilo koji način kojim se krši mjerodavni zakon.

## 4. Appleov odnos s vama

Vaše je korištenje Apple Paya podložno Dodatnim uvjetima kao i uvjetima sporazuma s nositeljem kartice koji imate s relevantnim izdavačem, trgovcem ili drugom trećom stranom odgovornom za vašu Apple Pay karticu.

Slično tome, vaša upotreba Wallet propusnica u značajci Wallet bit će podložna tim Dodatnim uvjetima, kao i uvjetima ugovora s relevantnim trgovcem, agencijom za javni prijevoz, proizvođačem automobila i brave, sveučilištem, hotelom, odmaralištem, tvrtkom za krstarenje, korporacijom, državnim tijelom izdavateljem ili drugom trećom stranom.

Uz iznimku određenih značajki Apple Paya koje omogućava Apple Payments Inc. ("Apple Payments") u nastavku, Apple ne obrađuje uplate ili transakcije ostalih neplatnih transakcija napravljenih na vašim Apple Pay karticama. Apple nema kontrolu nad plaćanjem, povratima na karticu, povratima sredstava, nagradama, vrijednosti, popustima, pristupom, provjerom identiteta, narudžbama, ispunjenjem narudžbi ni drugom aktivnosti koja može nastati iz upotrebe usluge Apple Pay ili Wallet i nije za njih odgovoran.

Ako postoji sukob među uvjetima ovih Dodatnih uvjeta i vašeg sporazuma s relevantnim izdavateljem, trgovcem, državnim tijelom za izdavanje ili drugom stranom (svaki "**Sporazum s trećim stranama**"), uvjeti iz ovih Dodatnih uvjeta upravljat će vašim odnosom s tvrtkom Apple, a uvjeti relevantnog Sporazuma s trećim stranama upravljat će vašim odnosom s trećom stranom.

Suglasni ste s tim da Apple ne predstavlja stranu u vašim ugovorima s trećim stranama niti je Apple odgovoran za: (a) sadržaj, točnost ili nedostupnost bilo kojih podržanih kartica, kupnje, transakcija, prijenosa sredstava, narudžbi, ispunjenja narudžbi, računa ili drugih aktivnosti prilikom upotrebe usluge Apple Pay ili Wallet, uključujući, između ostalog, one koje su napravili članovi obitelji ili drugi s kojima ste podijelili svoje podržane kartice ili koji imaju pristup vašem uređaju; (b) odobrenje kredita ili procjenu kreditne sposobnosti, (c) izdavanje, suspenziju ili opoziv vozačke dozvole ili državnog identifikacijskog dokumenta; (d) aktivnosti izdavatelja, trgovaca, razvojnih programera aplikacija ili ostalih trećih strana povezane s vašom upotrebom usluge Apple Pay ili Wallet; (e) odluke izdavatelja, trgovca ili neke treće strane u vezi s podržanom karticom; (f) članstvo ili sudjelovanje u bilo kojem programu trgovaca ili partnera; (g) prikupljanje ili preuzimanje nagrada ili pohranjene vrijednosti u vezi s vašim podržanim karticama, (h) financiranje ili nadoplatu unaprijed plaćenih podržanih kartica, (i) slanje ili primanje plaćanja „osoba osobi" ili prijenose sredstava i (i) uplatu, povrat ili povlačenje novca s vaše Apple Cash kartice.

Kad se prijavite za Apple Card, prijavljujete se za otvaranje računa kod Izdavatelja Apple Card kartice. Financijska institucija koja je odgovorna za ponudu Apple Card kartice podložna je promjeni, a vaša je upotreba Apple Card kartice podložna njihovim uvjetima i odredbama.

Kad omogućite značajke Apple Casha u Apple Payu, otvarate račun u banci Green Dot Bank. Uz iznimku značajki Apple Paya koje pruža Apple Payments, a kad šaljete ili primate plaćanje "osoba osobi" ili uplaćujete ili povlačite sredstva sa svoje Apple Pay Cash kartice, banka Green Dot Bank odgovorna je za primanje i slanje vašeg novca namijenjenom primatelju. Financijska institucija odgovorna za nuđenje

usluge Apple Pay Cash i plaćanja "osoba osobi" unutar usluge Apple Pay podliježe promjeni, a vaša uporaba tih značajki podliježe njihovim odredbama i uvjetima.

Mogućnost korištenja sredstava na Apple Cash kartici radi plaćanja određenim prihvatljivim poduzećima koje ste odabrali ("Usluga izravnih plaćanja") usluga je koju pruža Apple Payments. Upotreba Usluge izravnih plaćanja podložna je Uvjetima i odredbama o izravnim plaćanjima tvrtke Apple Payments. Osim toga, određena prihvatljiva poduzeća mogu vam dozvoliti da ih autorizirate za isplatu sredstava na vašu Apple Cash karticu (svaka pojedinačno "Isplata"). Premda Apple Payments može obrađivati Isplate, iste nude sudjelujuća poduzeća koja pružaju ta sredstva i mogu biti podložna određenim dodatnim uvjetima i odredbama poduzeća koja isplaćuju. U slučaju bilo kakvog spora ili pitanja u vezi s podržanim karticama ili povezanom komercijalnom aktivnosti obratite se izdavatelju kartice ili trgovcu, državnom tijelu izdavatelju, razvojnom programeru aplikacije ili drugoj trećoj strani. Za pitanja vezana uz Apple Pay, Wallet, Apple Card ili Apple Cash karticu ili plaćanja "osoba osobi" obratite se Apple Podršci za korisnike.

### 5. Zaštita privatnosti

Prikupljanje i upotreba osobnih podataka od strane tvrtke Apple uređeno je u Appleovim pravilima o privatnosti dostupnim na https://www.apple.com/legal/privacy/hr. Detaljne informacije o vrsti prikupljanih osobnih podataka, korištenih i dijeljenih kao dio vaše uporabe usluge Apple Pay i Wallet možete pročitati u posebnim pravilima privatnosti relevantne usluge, uključujući odjeljak Više o Apple Payu i privatnosti, kojima se može pristupiti ako odete na Wallet i Apple Pay u aplikaciji Watch na uparenom uređaju ili ako posjetite https://www.apple.com/legal/privacy/hr. Korištenjem Apple Paya i Walleta pristajete i suglasni ste da Apple i njegove podružnice i zastupnici mogu prenositi, prikupljati, održavati, obrađivati i upotrebljavati sve navedene informacije kako bi omogućili funkcionalnost tih Usluga.

### 6. Sigurnost; izgubljeni ili oštećeni uređaji

ZAŠTITA VAŠIH PODRŽANIH UREĐAJA I VJERODAJNICA KAO DA ŠTITITE SVOJ FIZIČKI NOVČANIK I KARTICE

Apple Pay i Wallet pohranjuju virtualne prikaze vaših Podržanih kartica i trebali biste ih zaštititi kao što biste zaštitili fizički novčanik, ključeve ili kreditne, debitne, pretplatne, ID kartice i druge kartice. Isključivo ste odgovorni za održavanje sigurnosti svojih Uređaja i Apple ID-ja, podataka o Touch ID-ju i Face ID-ju, šifre na podržanim Uređajima i bilo kojih drugih autentifikacijskih vjerodajnica koje se koriste u vezi s Uslugama (zajednički vaše "Vjerodajnice"). Ako odobrite ili dozvolite bilo kome drugome korištenje vašeg podržanog Uređaja (npr. davanjem šifre Uređaja trećim stranama ili odobrenjem trećoj strani da koristi Touch ID ili omogući Face ID ili davanjem vjerodajnica na drugi način trećoj strani), osoba će možda moći plaćati, slati, tražiti ili primati plaćanja "osoba osobi", dizati novac s Apple Cash kartice, primati ili iskoristiti nagrade, iskoristiti vrijednost, otključati ili na drugi način pristupati vašem automobilu, prostoriji, uredu ili domu, oponašati vaš identitet ili provoditi druge transakcije s vašim Podržanim karticama u Walletu. U tom ćete slučaju biti odgovorni za sva plaćanja, pristup i transakcije koje je ta osoba napravila.

UREĐAJI NA KOJIMA SU UKLONJENA OGRANIČENJA PRISTUPANJA DATOTEKAMA SUSTAVA

Ako napravite neovlaštene izmjene na uređaju, kao što je onemogućivanje kontrola hardvera ili softvera (koje se ponekad naziva "uklanjanje ograničenja pristupanja datotekama sustava"), vaš uređaj možda više neće moći biti prihvatljiv za pristup i upotrebu usluga. Razumijete da je korištenje modificiranog Uređaja u vezi s Uslugama izričito zabranjeno, smatra se kršenjem ovih Dodatnih uvjeta i osnova je da vam uskratimo ili ograničimo pristup Uslugama.

DODATNE MJERE SIGURNOSTI

Možda ćete morati uključiti dodatne sigurnosne mjere, kao što je autorizacija s dva faktora za svoj Apple ID, kako biste pristupali određenim značajkama usluge Apple Pay, uključujući Apple Card Apple Cash kartice i plaćanja "osoba osobi" s uslugom Apple Pay. Ako naknadno uklonite te sigurnosne značajke, možda nećete moći nastaviti pristupati određenim značajkama usluge Apple Pay. Ako izbrišete Face ID ili Touch ID koji je povezan s vašom ID karticom radi predstavljanja, morat ćete dovršiti cijeli postupak davanja ID kartice.

IZGUBLJENI ILI UKRADENI UREĐAJI

Ako se vaš Uređaj izgubi ili ga ukradu i omogućena je opcija Pronađi moj , možete upotrijebiti opciju Pronađi moj kako biste pokušali spriječiti mogućnost transakcije virtualnim Podržanim karticama ili slanja plaćanja "osoba osobi" na tom uređaju tako da podesite Mod izgubljenog uređaja. Ako je vaš Uređaj u Modu izgubljenog uređaja, vaši se ključevi od automobila mogu onemogućiti u Walletu tako da više neće moći pristupiti svojem automobilu niti ga pokrenuti kada napustite vozilo ili isključite motor. Mod izgubljenog uređaja utječe samo na ključeve na izgubljenom uređaju. Ako ste vi vlasnik, više nećete moći dijeliti svoje ključeve od automobila ili od kuće s drugima, ali na ključeve koje ste već dijelili s drugima neće utjecati njihovi uređaji.

Također možete obrisati svoj Uređaj, čime će se pokušati spriječiti mogućnost transakcije virtualnim Podržanim karticama ili slanja plaćanja "osoba osobi" na uređaju. Također biste se trebali obratiti izdavatelju, trgovcu ili drugoj odgovornoj trećoj strani vaših Podržanih kartica, ili tvrtki Apple u slučaju Apple Card kartice ili Apple Cash kartice, kako biste spriječili neovlašteni pristup svojim Podržanim karticama na Apple Payu i u Walletu.

Ako prijavite aktivnost prijevare ili zlouporabe ili Apple pretpostavlja da se takva aktivnost dogodila, pristajete surađivati s društvom Apple pri bilo kojoj istrazi te primjenjivati bilo koje mjere sprječavanja prijevare koje propišemo.

**7. Ograničenje odgovornosti**

UZ ODRICANJE JAMSTVA I OGRANIČENJE ODGOVORNOSTI NAVEDENE U LICENCI, APPLE NE PREUZIMA ODGOVORNOST ZA KUPNJE, UPLATE, PRIJENOSE SREDSTAVA, NARUDŽBE, ISPUNJENJA NARUDŽBI, PODATKE O RAČUNIMA, PRISTUP, PROVJERU IDENTITETA, TRANSAKCIJE I OSTALE AKTIVNOSTI IZVRŠENE UPOTREBOM USLUGE APPLE PAY I WALLET TE PRISTAJETE SVE PROBLEME ILI SPOROVE POVEZANE SA SVOJIM PODRŽANIM KARTICAMA, PLAĆANJIMA „OSOBA OSOBI" I POVEZANIM AKTIVNOSTIMA RJEŠAVATI ISKLJUČIVO U SKLOPU UGOVORA KOJE STE SKLOPILI S IZDAVATELJEM KARTICA, PLATNOM MREŽOM, FINANCIJSKIM INSTITUCIJAMA, TRGOVCEM, RAZVOJNIM PROGRAMEROM APLIKACIJE, DRŽAVNIM TIJELOM IZDAVATELJEM ILI DRUGOM MJERODAVNOM TREĆOM STRANOM.

— — — — — — — — — — —

**OBAVIJESTI TVRTKE APPLE**

Ako vas tvrtka Apple treba kontaktirati u vezi proizvoda ili računa, pristajete da obavijesti primate putem elektroničke pošte. Suglasni ste da će sve takve obavijesti koje vam pošaljemo elektroničkim putem zadovoljiti sve pravne komunikacijske zahtjeve.

**ČESKY**

**DŮLEŽITÉ: POUŽITÍM SVÉHO iPHONU, iPADU NEBO iPODU TOUCH („ZAŘÍZENÍ") VYJADŘUJETE SVŮJ SOUHLAS S TÍM, ŽE JSTE VÁZÁNI NÁSLEDUJÍCÍMI PODMÍNKAMI:**

**A.    LICENČNÍ UJEDNÁNÍ APPLE PRO SOFTWARE iOS A iPadOS**
**B.    DOPLŇUJÍCÍ PODMÍNKY PRO SLUŽBU APPLE PAY**
**C.    UPOZORNĚNÍ SPOLEČNOSTI APPLE**

**APPLE INC**
**LICENČNÍ UJEDNÁNÍ SPOLEČNOSTI APPLE PRO SOFTWARE iOS A iPadOS**
Licence pro jedno použití

**PŘED POUŽITÍM ZAŘÍZENÍ NEBO STAŽENÍM AKTUALIZACE SOFTWARU DOPROVÁZEJÍCÍ TUTO LICENCI SI PEČLIVĚ PŘEČTĚTE TOTO LICENČNÍ UJEDNÁNÍ O SOFTWARU („LICENCE"). POUŽITÍM ZAŘÍZENÍ NEBO STAŽENÍM AKTUALIZACE SOFTWARU VYJADŘUJETE SVŮJ SOUHLAS S TÍM, ŽE JSTE VÁZÁNI PODMÍNKAMI TÉTO LICENCE. POKUD S PODMÍNKAMI TÉTO LICENCE NESOUHLASÍTE, ZAŘÍZENÍ NEPOUŽÍVEJTE A AKTUALIZACI SOFTWARU NESTAHUJTE.**

**POKUD JSTE V POSLEDNÍ DOBĚ ZAKOUPILI ZAŘÍZENÍ A NESOUHLASÍTE S PODMÍNKAMI LICENCE, MŮŽETE ZAŘÍZENÍ VRÁTIT V OBDOBÍ POSKYTNUTÉM K VRÁCENÍ ZBOŽÍ DO AUTORIZOVANÉHO OBCHODU APPLE STORE NEBO AUTORIZOVANÉMU DISTRIBUTOROVI, OD KTERÉHO JSTE ZAŘÍZENÍ OBDRŽELI. REFUNDACE SE PROVÁDÍ PODLE PRAVIDEL REFUNDACE A VRÁCENÍ ZBOŽÍ SPOLEČNOSTI APPLE, KTERÁ JSOU K DISPOZICI NA ADRESE https://www.apple.com/legal/sales-support/.**

**1. Obecné**
(a) Tento software (zahrnující kód Boot ROM, zapouzdřený software a software třetích stran), dokumentace, rozhraní, obsah, písma a jakákoli data, jež byla součástí dodávky zařízení („původní software Apple"), které mohou být aktualizovány nebo nahrazeny vylepšeními funkcí, aktualizacemi softwaru, bezpečnostními reakcemi, systémovými soubory nebo softwarem pro obnovu systému poskytnutými společností Apple pro vaše zařízení nebo podporovaná periferní zařízení („změny softwaru Apple"), ať už v paměti pouze ke čtení, na libovolném jiném médiu, nebo v libovolné jiné podobě (původní software Apple a změny softwaru Apple jsou souhrnně označovány jako „software Apple"), jsou vám licencovány, nikoli prodány, společností Apple Inc. („Apple") pro použití výhradně v souladu s podmínkami této licence. Společnost Apple a její licenční partneři si zachovávají vlastnictví softwaru Apple a vyhrazují si všechna práva, která vám nebyla výslovně poskytnuta. Souhlasíte s tím, že se podmínky této licence budou vztahovat na jakoukoli aplikaci značky Apple, která může být případně předinstalována ve vašem zařízení, pokud k takové aplikaci není přiložena samostatná licence – v takovém případě souhlasíte s tím, že vaše používání takové aplikace bude podléhat podmínkám přiložené licence.

(b) Společnost Apple vám dle uvážení může poskytnout budoucí změny softwaru Apple. Změny softwaru Apple, pokud jsou k dispozici, nemusí obsahovat všechny softwarové funkce vydané společností Apple pro nové nebo jiné modely zařízení. Pro veškeré změny softwaru Apple poskytnuté společností Apple platí podmínky a ustanovení této licence, není-li k takové změně softwaru Apple přiložena samostatná licence; v takovém případě souhlasíte, že budou pro aktualizaci platit podmínky této nové licence.

(c) Když k nastavení nového zařízení použijete funkci rychlého nastavení založenou na vašem existujícím zařízení, vyjadřujete svůj souhlas s tím, že pro vaše používání softwaru Apple na vašem novém zařízení budou platit podmínky této nové licence, vyjma případu, že byla k zařízení přiložena samostatná licence. V takovém případě souhlasíte, že vaše používání softwaru Apple se bude řídit podmínkami přiložené

licence. Vaše zařízení bude pravidelně sledovat změny softwaru Apple vydávané společností Apple. Je-li taková změna k dispozici, může být automaticky stažena a nainstalována do vašeho zařízení a případně také do periferních zařízení. **Používáním softwaru Apple vyjadřujete svůj souhlas s tím, že společnost Apple může stáhnout a nainstalovat automatické změny softwaru Apple do vašeho zařízení a případně do periferních zařízení.** Automatickou instalaci aktualizací operačního systému a rychlé bezpečnostní reakce můžete kdykoli vypnout úpravou nastavení automatických aktualizací v části Nastavení > Obecné > Aktualizace softwaru. Některé systémové soubory (včetně mimo jiné aktualizovaných písem, jazykových modelů, hlasových prostředků a firmwaru pro periferní zařízení) se mohou i nadále automaticky instalovat, například když zapnete nebo použijete určité funkce a periferní zařízení nebo při řešení právních, regulačních a technických záležitostí a záležitostí veřejné bezpečnosti.

**2. Povolené použití licence a omezení.**
(a) V souladu s podmínkami a ustanoveními této licence je vám udělena omezená nevýhradní licence pro použití softwaru Apple v jednom zařízení značky Apple. Vyjma případu uvedeného v odstavci 2(b) níže a nestanoví-li zvláštní smlouva mezi vámi a společností Apple jinak, nedovoluje tato licence existenci softwaru Apple ve více než jednom zařízení značky Apple a neuděluje vám oprávnění k šíření ani poskytování softwaru Apple prostřednictvím sítě, kde by mohl být používán ve více zařízeních současně. Tato licence vám neposkytuje žádná práva k použití autorizovaných rozhraní společnosti Apple a dalšího duševního vlastnictví pro navrhování, vývoj, výrobu, licencování ani šíření zařízení a příslušenství třetích stran nebo softwarových aplikací třetích stran, určených pro použití se zařízeními. Některá z těchto práv může společnost Apple poskytnout v rámci samostatných licencí. Další informace o vývoji zařízení a příslušenství třetích stran pro zařízení najdete na adrese https://developer.apple.com/programs/mfi/. Další informace o vývoji aplikačního softwaru pro zařízení najdete na adrese https://developer.apple.com.

(b) V souladu s podmínkami a ustanoveními této licence je vám udělena omezená nevýhradní licence pro stažení změn softwaru Apple, které může společnost Apple poskytnout ke stažení pro váš model zařízení za účelem aktualizace nebo obnovy softwaru v jakémkoli takovém zařízení, které vlastníte nebo užíváte. Tato licence vám nedovoluje aktualizovat ani obnovit žádná zařízení, která neužíváte a nevlastníte, a nemáte oprávnění k šíření ani poskytování změn softwaru Apple prostřednictvím sítě, kde by mohly být používány ve více zařízeních nebo počítačích současně. Stáhnete-li si aktualizaci softwaru Apple do svého počítače, můžete vytvořit jednu kopii změn softwaru Apple uloženou v počítači ve strojově čitelné podobě, a to pouze pro záložní účely a za předpokladu, že záložní kopie bude zahrnovat veškerá oznámení o vlastnictví a autorských právech obsažená v originálu.

(c) V rozsahu, ve kterém společnost Apple do vašeho zařízení před zakoupením předinstalovala aplikace značky Apple z App Storu („výchozí aplikace"), budete moci tyto výchozí aplikace ve svém zařízení používat až poté, co se k App Storu přihlásíte a přidružíte výchozí aplikace ke svému účtu na App Storu. Přidružením výchozí aplikace k vašemu účtu na App Storu zároveň automaticky přidružujete všechny ostatní výchozí aplikace ve vašem zařízení. Rozhodnutím přidružit výchozí aplikace k vašemu účtu na App Storu vyjadřujete svůj souhlas s tím, aby společnost Apple přenášela, shromažďovala, uchovávala, zpracovávala a využívala Apple ID, pod kterým je veden váš účet na App Storu, a jedinečné hardwarové identifikátory, které byly získány z vašeho zařízení, pro účely ověření oprávněnosti vašeho požadavku a k tomu, aby vám poskytla přístup k výchozí aplikacím prostřednictvím App Storu. Pokud si výchozí aplikace nepřejete používat, můžete je ze svého zařízení kdykoli odstranit.

(d) Není vám dovoleno a souhlasíte s tím, že se takové činnosti zdržíte ani ji neumožníte jiným: kopírovat software Apple ani jakékoli služby poskytované softwarem Apple nebo jejich části (pokud to není výslovně povoleno v této licenci), dekompilovat je, provádět jejich zpětnou analýzu, pokoušet se odvozovat jejich zdrojový kód, dešifrovat je, měnit nebo z nich vytvářet odvozená díla (s výjimkami nepřekračujícími rozsah, ve kterém jsou taková omezení zakázána platnými právními předpisy nebo licenčními podmínkami, jimiž se řídí použití open-source komponent, které mohou být v softwaru Apple

zahrnuty). Souhlasíte, že nebudete žádným způsobem odstraňovat, zakrývat ani upravovat informace o vlastnických právech (včetně obchodní známky a informací o autorských právech), které mohou být obsaženy v softwaru Apple nebo k němu nějakým způsobem připojeny.

(e) Software Apple lze použít k reprodukci materiálů, pokud je takovéto použití omezeno na reprodukci materiálů nepodléhajících autorskému právu, materiálů, k nimž vlastníte autorská práva, nebo materiálů, k jejichž reprodukci vám bylo uděleno svolení nebo na ni máte nárok ze zákona. Nehledě na výše uvedené je zakázáno publikovat, přenášet nebo reprodukovat jakékoli obrázky získané z News nebo Map jako samostatné soubory. Vlastnická práva a práva k duševnímu vlastnictví pro obsah, který je pomocí vašeho zařízení zobrazován či ukládán nebo k němuž software Apple přistupuje, patří příslušným vlastníkům obsahu. Takový obsah může být chráněn autorským právem nebo jinými zákony a dohodami o intelektuálním majetku a může podléhat podmínkám použití třetí strany, jež takový obsah poskytuje. S výjimkami, které jsou uvedeny v této smlouvě, vám tato licence neposkytuje žádná práva k použití takového obsahu ani nezaručuje, že takový obsah budete mít k dispozici trvale.

(f) V souladu s podmínkami a ustanoveními této licence můžete: (i) používat postavy memoji (animované emotikony) zahrnuté v softwaru Apple nebo v něm vytvářené („systémové postavy"), a to (i) během používání softwaru Apple a (ii) k vytváření vlastního původního obsahu a projektů pro své osobní, nekomerční využití; a (ii) používat živé titulky automaticky generované na zařízení v reálném čase softwarem Apple („živé titulky"), ať už jsou vygenerovány během hovoru přes FaceTime nebo jinak, pouze pro své osobní nekomerční použití. Tato licence nepovoluje žádné jiné užití systémových postav nebo živých titulků, mimo jiné používání, reprodukování, zobrazování, předvádění, nahrávání, publikování či další šíření jakýchkoli systémových postav nebo živých titulků v rámci výdělečné a nevýdělečné činnosti, veřejného sdílení a komerčních aktivit.

(g) Může se stát, že software Apple bude k provádění zkratek akcí pro určité aplikace nebo webové servery potřebovat přístup k určitým softwarovým aplikacím, službám nebo webovým serverům třetích stran. Udělujete výslovný souhlas s takovým využíváním v rozsahu nutném k vykonání zkratky prováděné softwarem Apple.

(h) Souhlasíte s tím, že software a služby Apple (dle definice v oddílu 5 níže) budete používat v souladu se všemi platnými právními předpisy včetně místních zákonů země nebo oblasti, ve které sídlíte nebo stahujete a používáte software a služby Apple. Funkce softwaru a služeb Apple nemusí být dostupné ve všech zemích a oblastech, některé funkce se mohou v určitých oblastech lišit a k některým vám může omezit nebo znemožnit přístup váš operátor. Některé funkce softwaru a služeb Apple vyžadují Wi-Fi nebo mobilní datové připojení.

(i) Použití App Storu vyžaduje kombinaci jedinečného uživatelského jména a hesla, nazývanou Apple ID. Apple ID je vyžadováno také pro přístup k aktualizacím aplikací a k některým funkcím softwaru a služeb Apple.

(j) Berete na vědomí, že mnohé funkce, integrované aplikace a služby softwaru Apple přenášejí data, což může mít dopad na poplatky, které vám bude účtovat váš poskytovatel datových služeb, a že odpovídáte za uhrazení všech takových poplatků. Výběr aplikací, kterým povolíte použití mobilních dat, můžete zobrazit a změnit v nastavení mobilních dat, kde jsou rovněž k dispozici odhady datového objemu spotřebovaného těmito aplikacemi. Asistent Wi-Fi navíc automaticky přepne na mobilní data, kdykoli máte slabé Wi-Fi připojení, což může vést k dalšímu čerpání mobilních dat a nárůstu poplatků za datový tarif. Asistent Wi-Fi je standardně zapnutý; lze jej však vypnout v Nastavení. Další informace najdete v uživatelské příručce k vašemu zařízení.

(k) Rozhodnete-li se povolit automatické aktualizace aplikací, bude vaše zařízení pravidelně vyhledávat u společnosti Apple aktualizace aplikací ve vašem zařízení a pokud nalezne dostupnou aktualizaci,

automaticky ji stáhne a nainstaluje. Automatické aktualizace aplikací můžete kdykoli zcela vypnout tím, že přejdete do Nastavení, klepnete na iTunes a App Store a v části Automatická stahování vypnete volbu Aktualizace.

(l) Používání zařízení vás může za určitých okolností rozptylovat a způsobit vznik nebezpečné situace (proto například nepište textové zprávy při řízení auta a nepoužívejte sluchátka při jízdě na kole). Používáním zařízení vyjadřujete svůj souhlas s tím, že odpovídáte za dodržování pravidel zakazujících nebo omezujících používání mobilních telefonů a sluchátek (například povinné použití hands-free sady při telefonování během řízení).

(m) Určité funkce softwaru Apple se mohou pokusit poskytnout asistenci v situacích týkajících se bezpečnosti, například funkce detekce související s bezpečností a kontaktování záchranné služby (je-li k dispozici). Společnost Apple nezaručuje dostupnost, přesnost, úplnost, spolehlivost ani včasnost takových funkcí. Na tyto funkce se nelze výhradně spoléhat v situacích, kdy je k dispozici okamžitá nebo účinnější pomoc a kdy ji lze využít. Souhlasíte s tím, že tyto funkce budete používat na své vlastní riziko, budete uplatňovat nezávislý úsudek a že společnost Apple, její afilace, zástupci ani vedoucí pracovníci vůči vám nenesou žádnou odpovědnost za vaše používání těchto funkcí a z něj vyplývající důsledky v maximálním rozsahu povoleném zákonem.

(n) Toto zařízení není zdravotnickým prostředkem a nesmí být využíváno jako náhrada za odbornou lékařskou prohlídku. Nejsou zkonstruovány ani určeny k použití při diagnostice nemocí a jiných zdravotních obtíží ani k léčení, zmírňování, ošetřování či prevenci chorob či jiných obtíží. Před jakýmkoli rozhodnutím ohledně svého zdraví se vždy poraďte se svým lékařem.

**3. Převod licence.** Nemáte oprávnění k pronajímání, půjčování, prodeji, redistribuci ani sublicencování softwaru Apple. Můžete však provést jednorázový trvalý převod všech vašich licenčních práv k softwaru Apple na třetí stranu v souvislosti s převodem vlastnictví zařízení pod podmínkou, že: (a) převod obsahuje vaše zařízení a veškerý software Apple včetně všech jeho součástí, a tuto licenci; (b) si neponecháte v držení žádné kopie softwaru Apple, úplné ani dílčí, včetně kopií uložených v počítači nebo jiném záznamovém zařízení; a (c) strana přijímající software Apple si přečte a bude souhlasit se smluvními podmínkami této licence.

**4. Souhlas s užíváním dat.** Když své zařízení použijete, je společnosti Apple zasláno vaše telefonní číslo spolu s některými jedinečnými identifikátory vašeho zařízení. Cílem tohoto postupu je umožnit jiným uživatelům spojit se s vámi na vašem telefonním čísle v rámci používání různých komunikačních funkcí softwaru Apple, jako je iMessage nebo FaceTime. Účelem zasílání těchto informací společnosti Apple je umožnit ostatním vás kontaktovat. Pokud používáte službu iMessage, může společnost Apple po omezenou dobu uchovávat vaše zprávy v zašifrované formě za účelem zajištění jejich doručení. FaceTime a iMessage můžete vypnout v nastavení FaceTimu nebo zpráv na vašem zařízení. Některé funkce softwaru Apple, například analýza, polohové služby, Siri a diktování, mohou pro svoji činnost vyžadovat údaje z vašeho zařízení. Když tyto funkce zapnete nebo využijete, budou vám poskytnuty informace o tom, jaká data jsou společnosti Apple odesílána a jak mohou být využita. Víc se dočtete na stránce https://www.apple.com/privacy/. S vašimi údaji bude za všech okolností nakládáno v souladu se zásadami ochrany osobních údajů společnosti Apple, které si můžete prostudovat na adrese https://www.apple.com/legal/privacy/.

**5. Služby a materiály třetích stran.**
(a) Software Apple může umožňovat přístup k Apple iTunes Storu, App Storu, Apple Books, službě Game Center, iCloudu, Mapám, News, Fitness+ a k dalším službám společnosti Apple a třetích stran a k webovým stránkám (společně a jednotlivě „služby"). Použití souvisejících služeb vyžaduje přístup k internetu a použití některých souvisejících služeb může vyžadovat Apple ID, může být podmíněno přijetím dalších podmínek a zpoplatněno dalšími poplatky. Použitím tohoto softwaru spolu s Apple ID

nebo jinou službou společnosti Apple vyjadřujete souhlas s příslušnými podmínkami služby, jako například s nejnovějšími podmínkami a ustanoveními pro mediální služby společnosti Apple platnými v zemi nebo oblasti, v níž k těmto službám přistupujete a které jsou dostupné na adrese https://www.apple.com/legal/internet-services/itunes/.

(b) Pokud se zaregistrujete ve službě iCloud, může software Apple přímo přistupovat k některým funkcím iCloudu, například k iCloud Drivu, k funkci Můj fotostream, Sdílená alba nebo Najít. Berete na vědomí a souhlasíte s tím, že na službu iCloud i na tyto funkce se vztahují nejnovější podmínky a ujednání služby iCloud, se kterými se můžete seznámit na adrese: https://www.apple.com/legal/internet-services/icloud/.

(c) Obsah aplikace News. Používání obsahu zpřístupněného aplikací News je omezeno jen na vaši osobní a nekomerční potřebu, nejsou při něm ve vztahu k obsahu na vás převáděna žádná vlastnická práva a zároveň je výslovně vyloučeno jakékoli právo na komerční nebo propagační využití takového obsahu, a to bez omezení.

(d) Mapy. Mapové služby a funkce softwaru Apple („Mapy") včetně datového pokrytí map se mohou v různých regionech lišit. Pokud aktivujete nebo začnete používat Mapy, zobrazí se informace o tom, jaké údaje mohou být zasílány společnosti Apple a jak mohou být využity. Berete na vědomí a souhlasíte s tím, že na vaše používání Map se vztahují nejnovější podmínky pro používání služby Mapy, které si můžete zobrazit a přečíst na domovské kartě v Mapách.

(e) Jste srozuměni s tím, že při používání kterékoli ze služeb se můžete setkat s obsahem, který může být považován za urážlivý, neslušný nebo sporný, s obsahem, ve kterém může a nemusí být zjištěn výskyt explicitních výrazů, a že výsledkem libovolného hledání nebo zadání určitého URL mohou být automaticky a nezáměrně vygenerované odkazy či reference na sporný materiál. Nicméně souhlasíte s tím, že používáte související služby výhradně na vlastní nebezpečí a že společnost Apple, její afilace, zástupci, nadřízení nebo licenční partneři neponesou vůči vám žádné právní závazky za obsah, který může být shledán urážlivým, neslušným nebo sporným.

(f) Některé služby mohou zobrazovat, zahrnovat nebo zpřístupňovat obsah, data, informace, aplikace a materiály třetích stran („materiály třetích stran") nebo poskytovat odkazy na určité webové stránky třetích stran. Použitím souvisejících služeb uznáváte a souhlasíte s tím, že společnost Apple není odpovědná za zkoumání a vyhodnocování obsahu, přesnosti, úplnosti, aktuálnosti, platnosti, dodržování copyrightu, legálnosti, patřičnosti, kvality nebo jakékoli jiné vlastnosti takovýchto Materiálů nebo webů třetích stran. Společnost Apple, její pracovníci, afilace a pobočky se nezaručují, neschvalují a nepřejímají a nebudou mít žádné závazky nebo odpovědnost vůči vám nebo jakékoli jiné osobě za související služby třetích stran, Materiály nebo weby třetích stran či jakékoli jiné materiály, produkty nebo služby třetích stran. Materiály třetích stran a odkazy na jiné webové stránky jsou poskytovány výhradně pro vaše pohodlí.

(g) Společnost Apple ani žádný z jejích dodavatelů obsahu negarantuje dostupnost, přesnost, úplnost, spolehlivost ani aktuálnost informací o akciích, polohových dat ani jakýchkoli jiných dat zobrazených kteroukoli ze služeb. Finanční informace zobrazené libovolnými Službami slouží pouze pro účel obecné informace a nemělo by na ně být spoléháno jako na investiční poradenství. Před provedením jakékoliv transakce s cennými papíry na základě informací získaných ze Služeb se poraďte s finančním nebo pojišťovacím odborníkem, který má licenci pro poskytování finančních nebo pojišťovacích rad ve vaší zemi nebo oblasti. Polohová data poskytovaná kteroukoli ze služeb včetně služby Mapy od společnosti Apple jsou poskytována pouze pro základní navigační a plánovací účely a nelze se na ně spoléhat v případech, kdy je potřebné přesné určení polohy nebo kdy chybná, nepřesná, zpožděná nebo neúplná polohová data mohou vést k úmrtí, zranění nebo poškození majetku či životního prostředí. Souhlasíte s tím, že výsledky, které obdržíte ze služby Mapy, se mohou lišit od skutečného stavu komunikací či terénu s ohledem na faktory, jež mohou ovlivnit přesnost dat v Mapách, mimo jiné počasí, stav silnic,

dopravní situace a geopolitické události. V zájmu vlastního bezpečí při používání navigace vždy věnujte pozornost ukazatelům a aktuálním podmínkám na silnicích. Dodržujte zásady bezpečného řízení, řiďte se dopravními předpisy a pamatujte na to, že trasy pro cyklisty a chodce nemusí vést po vyhrazených stezkách.

(h) V rozsahu, ve kterém prostřednictvím služeb odesíláte jakýkoli materiál, prohlašujete, že k němu vlastníte veškerá práva nebo že k jeho odesílání máte povolení či jiné zákonné oprávnění a že tento obsah nenarušuje žádné podmínky služby vztahující se ke službám. Souhlasíte s tím, že související služby obsahují chráněný obsah, informace a materiál vlastněný společností Apple, vlastníkem serveru nebo jejich licencianty a jsou chráněny příslušným právem duševního vlastnictví a dalšími právními předpisy, včetně, avšak nikoli pouze, autorského práva. Souhlasíte s tím, že takovýto chráněný obsah, informace a materiály nebudete používat jinak než k povoleným účelům v rámci použití služeb, a žádným jiným způsobem, který se neslučuje s podmínkami této licence nebo narušuje duševní vlastnictví třetích stran nebo společnosti Apple. Žádná část souvisejících služeb nesmí být reprodukována žádným způsobem ani prostředky. Souhlasíte, že nebudete žádným způsobem měnit, pronajímat, půjčovat, úvěrovat, prodávat, šířit nebo vytvářet odvozená díla na základě souvisejících služeb a že nebudete zneužívat související služby žádným neautorizovaným způsobem, mimo jiné používáním souvisejících služeb k přenosu jakýchkoli počítačových virů, červů, trojských koní nebo jiného škodlivého softwaru nebo překračováním nebo přetěžováním kapacity sítě. Dále souhlasíte, že nebudete používat související služby žádným způsobem k obtěžování, zneužívání, pronásledování, vyhrožování, nactiutrhání nebo jinému porušování nebo ohrožování práv žádné strany a že společnost Apple není žádným způsobem odpovědná za jakékoli takovéto vaše používání souvisejících služeb, ani za jakékoli obtěžování, vyhrožování, nactiutrhání, urážlivé, neoprávněné nebo nelegální zprávy nebo přenosy, které můžete obdržet jako důsledek používání kterékoli ze souvisejících služeb.

(i) Služby a materiály třetích stran nemusejí být k dispozici ve všech jazycích a ve všech zemích a regionech. Společnost Apple neposkytuje žádnou záruku za to, že takové služby a materiály třetích stran jsou povolené nebo dostupné pro použití v jakémkoli určitém místě. Vámi zvolený rozsah přístupu k takovýmto službám nebo materiálům třetích stran a jejich použití je vaší iniciativou a odpovídáte za dodržení všech platných právních předpisů včetně platných místních právních předpisů či předpisů týkajících se zachování soukromí a shromažďování dat. Při sdílení a synchronizaci fotografií prostřednictvím vašeho zařízení mohou být současně s fotografiemi přenášena metadata včetně údajů o místě a čase pořízení fotografií a použité hloubce ostrosti. Využívání služeb společnosti Apple (například knihovny fotografií na iCloudu) ke sdílení nebo synchronizaci fotografií bude zahrnovat příjem a uchovávání těchto metadat. Společnost Apple a její poskytovatelé licence si vyhrazují právo kdykoli bez upozornění změnit, pozastavit, odstranit nebo vypnout přístup ke kterékoli ze služeb. Společnost Apple nebude v žádném případě odpovědná za odstranění nebo vypnutí přístupu ke kterékoli z těchto služeb. Společnost Apple též může nastavit omezení používání nebo přístupu k určitým službám v jakémkoli případě a bez upozornění nebo odpovědnosti.

**6. Ukončení.** Tato licence je platná do jejího ukončení. Vaše práva v rámci této licence budou automaticky ukončena nebo přestanou být platná bez upozornění od společnosti Apple, pokud nedodržíte kterékoli podmínky této licence. Při ukončení této licence přestanete používat veškerý software Apple. Oddíly 4, 5, 6, 7, 8, 9, 10, 12 a 13 této licence zůstávají při ukončení nedotčeny.

**7. Odmítnutí záruk**

7.1    Pokud se jako zákazník řadíte mezi spotřebitele (subjekty používající software Apple mimo svůj obchod, podnikání nebo profesi), můžete mít ve své zemi pobytu zákonná práva, která vylučují, aby se na vás vztahovala následující omezení. V takovém případě se na vás tato omezení nevztahují. Chcete-li se dozvědět o svých právech více, obraťte se na místní spolek na ochranu spotřebitelů.

7.2    VÝSLOVNĚ BERETE NA VĚDOMÍ A SOUHLASÍTE S TÍM, ŽE POUŽÍVÁNÍ SOFTWARU APPLE

A JAKÝCHKOLI SLUŽEB, KTERÉ SOFTWARE APPLE POSKYTUJE NEBO K NIM ZPROSTŘEDKOVÁVÁ PŘÍSTUP, PROBÍHÁ V ROZSAHU POVOLENÉM PLATNÝMI PRÁVNÍMI PŘEDPISY VÝHRADNĚ NA VAŠE VLASTNÍ NEBEZPEČÍ A ŽE NESETE VEŠKERÁ RIZIKA SPOJENÁ S USPOKOJIVOU KVALITOU, VÝKONEM, PŘESNOSTÍ A VLOŽENÝM ÚSILÍM.

7.3    V MAXIMÁLNÍM ROZSAHU POVOLENÉM PRÁVNÍMI PŘEDPISY JSOU SOFTWARE APPLE A SLUŽBY POSKYTOVÁNY „TAK, JAK JSOU" A „TAK, JAK JSOU K DISPOZICI", SE VŠEMI CHYBAMI A BEZ ZÁRUKY JAKÉHOKOLI DRUHU, A SPOLEČNOST APPLE A JEJÍ LICENČNÍ PARTNEŘI (PRO POTŘEBY ČLÁNKU 7 A 8 SPOLEČNĚ OZNAČOVÁNI JAKO „APPLE") TÍMTO VE VZTAHU K SOFTWARU APPLE A SLUŽBÁM ODMÍTAJÍ VŠECHNY ZÁRUKY A PODMÍNKY, AŤ UŽ VÝSLOVNÉ, ODVOZENÉ NEBO STATUTÁRNÍ, VČETNĚ ODVOZENÝCH ZÁRUK A PODMÍNEK PRODEJNOSTI, USPOKOJIVÉ KVALITY, VHODNOSTI PRO KONKRÉTNÍ ÚČEL, PŘESNOSTI, NERUŠENÉ DRŽBY A NEPORUŠENÍ PRÁV TŘETÍCH STRAN.

7.4    SPOLEČNOST APPLE NEPOSKYTUJE ZÁRUKU PROTI ZÁSAHU DO DRŽBY SOFTWARU A SLUŽEB APPLE ANI ZÁRUKU ZA TO, ŽE FUNKCE OBSAŽENÉ VE SLUŽBÁCH POSKYTOVANÝCH NEBO ZPROSTŘEDKOVANÝCH SOFTWAREM APPLE BUDOU SPLŇOVAT VAŠE POŽADAVKY, ŽE PROVOZ SOFTWARU A SLUŽEB APPLE BUDE NEPŘERUŠOVANÝ A BEZCHYBNÝ, ŽE KTERÉKOLI SLUŽBY BUDOU K DISPOZICI TRVALE, ŽE VADY SOFTWARU APPLE A SLUŽEB BUDOU OPRAVENY, ANI ŽE SOFTWARE APPLE BUDE KOMPATIBILNÍ NEBO BUDE SPOLUPRACOVAT S LIBOVOLNÝM SOFTWAREM TŘETÍCH STRAN, APLIKACEMI ČI SLUŽBAMI TŘETÍCH STRAN. INSTALACE TOHOTO SOFTWARU APPLE MŮŽE OVLIVNIT DOSTUPNOST A POUŽITELNOST SOFTWARU, APLIKACÍ NEBO SLUŽEB TŘETÍCH STRAN A TAKÉ PRODUKTŮ A SLUŽEB SPOLEČNOSTI APPLE.

7.5    DÁLE BERETE NA VĚDOMÍ, ŽE SOFTWARE A SLUŽBY APPLE NEJSOU URČENÉ ANI VHODNÉ K POUŽITÍ V SITUACÍCH A PROSTŘEDÍCH, VE KTERÝCH MŮŽE SELHÁNÍ, ZPOŽDĚNÍ, CHYBY NEBO NEPŘESNOSTI V OBSAHU, DATECH NEBO INFORMACÍCH POSKYTOVANÝCH SOFTWAREM NEBO APPLE SLUŽBAMI VÉST K ÚMRTÍ, ZRANĚNÍ NEBO VÁŽNÉMU POŠKOZENÍ ZDRAVÍ NEBO ŽIVOTNÍHO PROSTŘEDÍ, MIMO JINÉ PŘI PROVOZOVÁNÍ JADERNÝCH ZAŘÍZENÍ, V LETECKÉ NAVIGACI A KOMUNIKAČNÍCH SYSTÉMECH, PŘI ŘÍZENÍ LETOVÉHO PROVOZU, V SYSTÉMECH PODPORY ŽIVOTNÍCH FUNKCÍ A ZBRAŇOVÝCH SYSTÉMECH.

7.6    Z ŽÁDNÉ ÚSTNÍ ANI PÍSEMNÉ INFORMACE ČI RADY POSKYTNUTÉ SPOLEČNOSTÍ APPLE NEBO AUTORIZOVANÝM PRODEJCEM APPLE NEMŮŽE VZNIKNOUT ZÁRUKA. POKUD SE SOFTWARE NEBO SLUŽBY APPLE PROJEVÍ JAKO VADNÉ, PŘEJÍMÁTE VEŠKERÉ NÁKLADY NA NEZBYTNÝ SERVIS, OPRAVU NEBO NÁPRAVU. NĚKTERÉ JURISDIKCE NEUMOŽŇUJÍ VYLOUČENÍ ODVOZENÝCH ZÁRUK NEBO OMEZENÍ PŘÍSLUŠNÝCH STATUTÁRNÍCH PRÁV SPOTŘEBITELE, TAKŽE JE MOŽNÉ, ŽE SE VÁS VÝŠE UVEDENÁ VYLOUČENÍ A OMEZENÍ NETÝKAJÍ.

**8. Omezení odpovědnosti.** V MAXIMÁLNÍ MOŽNÉ MÍŘE, KTEROU UMOŽŇUJE ZÁKON, NEBUDOU SPOLEČNOST APPLE, JEJÍ AFILACE, ZÁSTUPCI ANI VEDOUCÍ PRACOVNÍCI V ŽÁDNÉM PŘÍPADĚ ODPOVÍDAT ZA OSOBNÍ ZRANĚNÍ ANI ZA JAKÉKOLI NÁHODNÉ, ZVLÁŠTNÍ, NEPŘÍMÉ ČI NÁSLEDNÉ ŠKODY JAKÉHOKOLI DRUHU VČETNĚ ODŠKODNÉHO ZA ZTRÁTU ZISKU, POŠKOZENÍ NEBO ZTRÁTU DAT, SELHÁNÍ PŘI PŘENOSU NEBO PŘÍJMU JAKÝCHKOLI DAT (MIMO JINÉ POKYNŮ, ÚKOLŮ A MATERIÁLŮ V RÁMCI KURZŮ), PŘERUŠENÍ PODNIKÁNÍ ANI JAKÉKOLI OBCHODNÍ ŠKODY NEBO ZTRÁTY VZNIKLÉ V DŮSLEDKU NEBO SOUVISLOSTI S POUŽITÍM NEBO NEMOŽNOSTÍ POUŽITÍ SOFTWARU A SLUŽEB APPLE NEBO JAKÉHOKOLI SOFTWARU, APLIKACÍ NEBO SLUŽEB TŘETÍCH STRAN VE SPOJENÍ SE SOFTWAREM APPLE NEBO SLUŽBAMI, JAKKOLI ZPŮSOBENÉ, BEZ OHLEDU NA TEORII ODPOVĚDNOSTI (SMLUVNÍ, OBČANSKOPRÁVNÍ, ČI JINOU) A DOKONCE ANI V PŘÍPADĚ, ŽE SPOLEČNOST APPLE BYLA NA MOŽNOST VZNIKU TAKOVÝCH ŠKOD UPOZORNĚNA. NĚKTERÉ JURISDIKCE NEUMOŽŇUJÍ VYLOUČENÍ NEBO OMEZENÍ ODPOVĚDNOSTI ZA OSOBNÍ ZRANĚNÍ NEBO SOUVISEJÍCÍ ČI NÁSLEDNÉ ŠKODY, PROTO JE MOŽNÉ, ŽE SE VÁS

TOTO OMEZENÍ NETÝKÁ. Celková odpovědnost společnosti Apple vůči vám za veškeré škody (mimo příslušným zákonem stanovené odpovědnosti související se zraněním osob) v žádném případě nepřekročí částku dvou set padesáti dolarů (250 USD). Výše uvedená omezení budou platit i v případech, kdy výše uvedené odškodnění nesplní svůj základní účel. BEZ OHLEDU NA OSTATNÍ USTANOVENÍ TÉTO LICENCE PLATÍ NÁSLEDUJÍCÍ: V PŘÍPADĚ ÚČINNOSTI JAPONSKÉHO ZÁKONA O SPOTŘEBITELSKÝCH SMLOUVÁCH NEPLATÍ PODMÍNKY OMEZUJÍCÍ ODPOVĚDNOST SPOLEČNOSTI APPLE ZA ŠKODU VYPLÝVAJÍCÍ Z PORUŠENÍ TÉTO SMLOUVY NEBO PŘEČIN, KTERÉHO SE DOPUSTILA SPOLEČNOST APPLE, JESTLIŽE TAKOVÁ ŠKODA VZNIKLA NÁSLEDKEM ÚMYSLNÉHO POCHYBENÍ NEBO HRUBÉ NEDBALOSTI NA STRANĚ SPOLEČNOSTI APPLE.

**9. Digitální certifikáty.** Software Apple obsahuje funkce, které umožňují přijímat digitální certifikáty vydané společností Apple nebo třetími stranami. NESETE VÝHRADNÍ ODPOVĚDNOST ZA ROZHODNUTÍ, ZDA SPOLÉHAT, NEBO NESPOLÉHAT NA CERTIFIKÁT, AŤ BYL VYDÁN SPOLEČNOSTÍ APPLE NEBO TŘETÍ STRANOU. POUŽÍVÁNÍ DIGITÁLNÍCH CERTIFIKÁTŮ JE VÝHRADNĚ NA VAŠE VLASTNÍ NEBEZPEČÍ. DO MAXIMÁLNÍHO ROZSAHU POVOLENÉHO PRÁVNÍMI PŘEDPISY SPOLEČNOST APPLE NEPOSKYTUJE ŽÁDNÉ ZÁRUKY NEBO ZAJIŠTĚNÍ, VÝSLOVNÉ NEBO ODVOZENÉ, VE VZTAHU K PRODEJNOSTI NEBO VHODNOSTI K JAKÉMUKOLI KONKRÉTNÍMU POUŽITÍ, PŘESNOSTI, BEZPEČNOSTI NEBO NEPORUŠENÍ PRÁV TŘETÍCH STRAN VE VZTAHU K DIGITÁLNÍM CERTIFIKÁTŮM.

**10. Omezení exportu.** Software Apple nesmíte užívat ani jiným způsobem vyvážet či reexportovat kromě případů, kdy to dovolují zákony USA a zákony platné v jurisdikcích, kde byl software Apple získán. Zejména nesmí být software Apple vyvezen ani reexportován (a) do žádných zemí, na něž USA uvalily embargo, ani (b) do rukou žádné osoby uvedené v seznamu zvlášť určených státních příslušníků (Specially Designated Nationals) Ministerstva financí USA, v seznamech nežádoucích osob a subjektů (Denied Person/Entity List) Ministerstva obchodu USA nebo v jakémkoli jiném seznamu stran, pro které platí omezení. Užitím softwaru Apple prohlašujete a zaručujete, že se vaše bydliště či sídlo nenachází v žádné takové zemi a že nejste uvedeni v žádném ze jmenovaných seznamů. Dále souhlasíte s tím, že nebudete používat software Apple pro žádné účely, které jsou zakázány právními předpisy Spojených států, včetně, a nikoli pouze, vývoje, návrhu, výroby nebo produkce raketových, nukleárních, chemických nebo biologických zbraní.

**11. Koncoví uživatelé ve státní správě.** Software Apple a související dokumentace jsou „komerční položky" (Commercial Items) ve smyslu definice uvedené v §2.101 předpisu 48 CFR, skládající se z „komerčního počítačového softwaru" (Commercial Computer Software) a „dokumentace ke komerčnímu počítačovému softwaru" (Commercial Computer Software Documentation) ve smyslu užití těchto pojmů v §12.212 a §227.7202 předpisu 48 CFR dle příslušnosti. V souladu s ustanoveními 48 C.F.R. §12.212 a 48 C.F.R. §227.7202-1 až §227.7202-4 jsou komerční počítačový software a dokumentace komerčního počítačového softwaru licencovány uživatelům ve státní správě USA (a) pouze jako obchodní položky a (b) pouze s právy, která jsou udělena všem ostatním koncovým uživatelům v rámci smluvních podmínek uvedených v tomto dokumentu. Neuveřejněná práva jsou vyhrazena v rámci autorských práv Spojených států.

**12. Rozhodné právo a oddělitelnost.** Tato licence se řídí a je vytvořena v souladu s právními předpisy státu Kalifornie s vyloučením jejích konfliktů s právními principy. Tato licence se neřídí Konvencí Spojených Národů ani Úmluvami pro smlouvy o mezinárodním prodeji zboží, jejichž použití je výslovně vyloučeno. Jste-li spotřebitel se sídlem ve Spojeném království, bude se tato licence řídit zákony jurisdikce v místě vašeho pobytu. Pokud z jakéhokoli důvodu shledá soudní dvůr směrodatných jurisdikcí kteroukoliv klauzuli, nebo její část, jako právně neúčinnou, zůstatek této licence si zachová plnou účinnost a platnost.

**13. Úplná smlouva; rozhodný jazyk.** Tato licence představuje úplnou dohodu mezi vámi a společností

Apple ve vztahu k softwaru Apple a nahrazuje všechna předchozí dočasná ujednání ohledně předmětu této smlouvy. Žádný dodatek nebo úprava této licence nebudou závazné, pokud nebudou v písemné podobě a podepsané společností Apple. V rozsahu, ve kterém takové ustanovení nezakazují místní právní předpisy vaší jurisdikce, jsou všechny překlady této licence zhotoveny pouze pro místní účely a v případě neshody mezi anglickou verzí a neanglickými verzemi je rozhodující anglická verze licence.

**14. Uznání třetích stran.** Části softwaru Apple mohou využívat nebo obsahovat software třetích stran a další materiál chráněný autorským právem. Uznání, podmínky licencování a zřeknutí se pro takové materiály jsou obsaženy v elektronické dokumentaci k softwaru Apple a používání takových materiálů se řídí příslušnými podmínkami. Na použití služby Google Safe Browsing Service se vztahují Podmínky služby společnosti Google (https://policies.google.com/terms?hl=cs) a Zásady ochrany osobních údajů společnosti Google (https://policies.google.com/privacy?hl=cs).

**15. Použití standardu MPEG-4; upozornění pro standard H.264/AVC**
(a) Software Apple je licencován v rámci licence na portfolio systémových patentů MPEG-4 pro kódování videa v souladu s normou MPEG-4 Systems Standard, nicméně kódování ve spojení s (i) daty uloženými nebo replikovanými na fyzických médiích, která jsou placena od titulu, a (ii) daty, která jsou placena od titulu a jsou přenášena ke koncovému uživateli za účelem trvalého uložení anebo používání, podléhá dalším licenčním poplatkům a podmínkám. Tuto doplňující licenci lze získat od společnosti MPEG LA, LLC. Další podrobnosti najdete na adrese https://www.mpegla.com.

(b) Software Apple obsahuje funkce pro kódování a dekódování videa MPEG-4. Software Apple je licencován v rámci licence MPEG-4 Visual Patent Portfolio License pro osobní a nekomerční použití spotřebitelem pro (i) kódování videa v souladu s normou MPEG-4 Visual Standard („MPEG-4 Video") a (ii) dekódování MPEG-4 videa, které bylo zakódováno v rámci osobní a nekomerční aktivity nebo získáno od poskytovatele videa, který je držitelem licence společnosti MPEG LA pro poskytování videa MPEG-4s. Licence není udělena ani nemůže být odvozena pro jakékoli jiné použití. Další informace včetně informací souvisejících s propagačním, interním a komerčním použitím lze získat od společnosti MPEG LA, LLC. Viz https://www.mpegla.com.

(c) Software Apple obsahuje funkce kódování a dekódování formátu AVC. Komerční použití standardu H.264/AVC vyžaduje dodatečné licencování a platí následující doložka: FUNKCE AVC V SOFTWARU APPLE JSOU TÍMTO LICENCOVÁNY POUZE PRO OSOBNÍ A NEKOMERČNÍ POUŽITÍ SPOTŘEBITELEM ZA ÚČELEM (i) KÓDOVÁNÍ VIDEA V SOULADU SE STANDARDEM AVC („AVC VIDEO") A (ii) DEKÓDOVÁNÍ AVC VIDEA, KTERÉ BYLO ZAKÓDOVÁNO SPOTŘEBITELEM V RÁMCI OSOBNÍ A NEKOMERČNÍ AKTIVITY NEBO ZÍSKÁNO OD POSKYTOVATELE VIDEA, KTERÝ JE DRŽITELEM LICENCE NA POSKYTOVÁNÍ AVC VIDEA. INFORMACE OHLEDNĚ JINÝCH POUŽITÍ A LICENCÍ LZE ZÍSKAT OD SPOLEČNOSTI MPEG L.L.C. VIZ https://www.mpegla.com.

**16. Omezení vyhledávací služby Yahoo.** Vyhledávací služba Yahoo, která je k dispozici v prohlížeči Safari, je licencována pouze pro použití v těchto zemích a oblastech: Argentina, Aruba, Austrálie, Bahamy, Barbados, Belgie, Bermudy, Brazílie, Bulharsko, Česká republika, kontinentální Čína, Dánsko, Dominikánská republika, Ekvádor, El Salvador, Filipíny, Finsko, Francie, Grenada, Guatemala, Hongkong, Chile, Indie, Indonésie, Irsko, Island, Itálie, Jamajka, Japonsko, Jižní Korea, Kajmanské ostrovy, Kanada, Kolumbie, Kypr, Litva, Lotyšsko, Lucembursko, Maďarsko, Malajsie, Malta, Mexiko, Německo, Nikaragua, Nizozemsko, Norsko, Nový Zéland, Panama, Peru, Polsko, Portoriko, Portugalsko, Rakousko, Rumunsko, Řecko, Singapur, Slovensko, Slovinsko, Spojené království, Spojené státy, Svatá Lucie, Svatý Vincent, Španělsko, Švédsko, Švýcarsko, Thajsko, Tchaj-wan, Trinidad a Tobago, Turecko, Uruguay a Venezuela.

**17. Upozornění pro Microsoft Exchange.** Nastavení pošty Microsoft Exchange v softwaru Apple je licencováno pouze pro bezdrátovou synchronizaci dat, jako jsou e-maily, kontakty, kalendáře a úlohy,

mezi zařízením s Apple a Microsoft Exchange Serverem nebo jiným serverovým softwarem licencovaným společností Microsoft pro implementaci protokolu Microsoft Exchange ActiveSync.

EA1806
08.07.2022
— — — — — — — — — — —
**Doplňující podmínky a ustanovení pro službu Apple Pay a aplikaci Peněženka**

Tyto doplňující podmínky a ustanovení pro službu Apple Pay a pro Peněženku („doplňující podmínky") doplňují licenční ujednání pro software Apple („licence"); vaše používání služby Apple Pay („Apple Pay") a aplikace Apple Peněženka („Peněženka") (v rámci této licence dále také jen jako „služba") se řídí jak podmínkami licence, tak i těmito doplňujícími podmínkami. Pojmy definované v textu licence a používané v těchto doplňujících podmínkách mají význam uvedený v licenci.

**1. Přehled**

**Apple Pay**

Služba Apple Pay vám umožňuje:

- provádět bezkontaktní platby pomocí vašich kreditních, debetních a předplatních karet včetně karet Apple Card a Apple Cash na vybraných místech nebo v aplikacích či na webových stránkách;
- zasílat osobní platby jiným uživatelům Apple Cash; a
- sledovat objednávky a zobrazovat detaily stvrzenek.

Služba Apple Pay a určité funkce Apple Pay mohou být dostupné jen ve vybraných oblastech, pro vybrané vydavatele karet, platební systémy, obchodníky a další třetí strany.

**Peněženka**

Aplikace Peněženka umožňuje ukládat virtuální reprezentace kreditních, debetních a předplacených karet, které lze používat v rámci služby Apple Pay (souhrnně „karty Apple Pay"), a také další typy karet, průkazů a klíčů, k nimž patří například následující (souhrnně označované jako „lístky pro Peněženku" a společně s kartami Apple Pay jako „podporované karty"):

- bonusové karty;
- jízdní karty;
- vstupenky;
- členské průkazy;
- klíče od auta;
- klíče od domu;
- klíče od pohostinských zařízení;
- firemní přístupové karty;
- studentské průkazy totožnosti;
- řidičské průkazy a průkazy totožnosti či identifikační karty vydané státními či vládními institucemi nebo orgány (dále jen „identifikační karty").

Lístky pro Peněženku mohou být k dispozici pouze ve vybraných regionech a u vybraných partnerů. Identifikační karty mohou být k dispozici pouze pro obyvatele zúčastněných států a jejich předkládání se může v různých státech a na různých místech lišit.

Podpora různých karet se může v průběhu času změnit.

## 2. Způsobilost

Abyste mohli Apple Pay a Peněženku používat, musíte mít (i) podporované zařízení s verzí operačního softwaru, která podporuje uvedené služby (doporučuje se nejnovější verze a někdy je přímo vyžadována), (ii) Apple ID propojené s účtem iCloud, který má u společnosti Apple dobrou pověst, a (iii) přístup k internetu (může být zpoplatněn). S výjimkou karet Apple Cash Family a vybraných karet pro elektronickou měnu jsou karty Apple Pay dostupné pouze osobám starším 13 let a mohou se na ně vztahovat další věková omezení stanovená podmínkami iCloudu nebo příslušným vydavatelem, obchodníkem nebo jinou třetí stranou. Jízdenkové karty, karty pro elektronickou měnu, identifikační karty, firemní přístupové karty a klíče jsou k dispozici jen na iOS zařízeních.

Pokud jste rodič nebo zákonný zástupce rodinné skupiny na iCloudu (dále jen „organizátor"), můžete vyzvat členy rodiny, včetně osob mladších 13 let (nebo odpovídajícího minimálního věku v dané zemi), k registraci a používání způsobilých jízdenkových karet v aplikaci Peněženka. Jako organizátor budete nést odpovědnost za všechny platby, nákupy a transakce provedené pomocí jízdní karty, která byla povolena členům rodiny, včetně těch, které inicioval některý člen rodiny. Oprávněnost a používání jízdních karet v aplikaci Peněženka se řídí podmínkami příslušného dopravce nebo dopravní agentury. Organizátoři odpovídají za dodržování těchto podmínek a přebírají veškerá rizika spojená s povolením jízdních karet u ostatních členů rodiny. Pokud člen rodiny opustí rodinu nebo je z ní vyřazen, nebude již moci jízdní kartu dobíjet a bude moci na kartě provádět transakce pouze do té doby, než bude zůstatek na účtu karty nulový.

Pokud jste vlastníkem klíče od vozidla, můžete svůj klíč sdílet s dalšími osobami staršími 13 let, aby mohly vozidlo odemknout, mít do něj přístup anebo ho řídit.

Klíče od domácnosti lze do Peněženky přidat nebo z ní odebrat pouze přidáním nebo odebráním zámků v aplikaci Domácnost anebo tak, že v aplikaci Domácnost přidáte sebe sama do domácnosti nebo se z ní odeberete. Pokud jste správcem domácnosti v aplikaci Domácnost, všechny existující klíče od domácnosti budou automaticky sdíleny s osobami, které jste pozvali a které se k vaší domácnosti připojí.

Karta Apple Card je dostupná pouze v USA a vydává ji Goldman Sachs Bank USA, prostřednictvím pobočky v Salt Lake City (dále jen „vydavatel karty Apple Card"). S výjimkou karty Apple Card Family je karta Apple Card dostupná pouze osobám starším 18 let (anebo starším podle státu, kde máte bydliště).

Karta Apple Cash a možnost posílat a přijímat platby mezi různými osobami jsou dostupné pouze v USA a jedná se o služby poskytované bankou Green Dot Bank, která je členem FDIC. Pokud si v rámci služby Apple Pay chcete vzájemně posílat platby s dalšími osobami, musíte mít kartu Apple Cash. S výjimkou služby Apple Cash Family jsou karta Apple Cash a možnost vzájemného posílání plateb mezi různými osobami dostupné pouze osobám starším 18 let.

## 3. Používání služeb

Podporované karty a platby mezi různými osobami jsou vždy vázány na Apple ID, pod kterým jste se přihlásili k iCloudu, abyste mohli tyto funkce používat. Když v Peněžence přidáte nebo odeberete klíče, firemní přístupové karty, bonusové karty, vstupenky nebo členské průkazy, může se změna projevit i na vašich ostatních zařízeních Apple, na nichž jste přihlášeni pod svým Apple ID. Ke každému Apple ID můžete přiřadit pouze jednu identifikační kartu pro každý státní vydávající orgán.

Apple Pay a Peněženka jsou určeny pro vaše osobní použití a můžete si uložit pouze vaše vlastní podporované karty nebo takové jízdní karty či klíče od auta nebo klíče od domu, jejichž registraci vám

povolil organizátor nebo majitel. Pokud zřizujete podporovanou firemní kartu, prohlašujete, že tak činíte se svolením svého zaměstnavatele a že jste oprávněni jeho jménem závazně přijmout tyto podmínky použití a provádět všechny transakce, které při vašem používání této funkce vzniknou. Pokud odešlete nebo přijmete osobní platbu, prohlašujete, že tak činíte pro svou osobní, nekomerční potřebu. Pokud si registrujete identifikační kartu, potvrzujete, že tak činíte s použitím svých vlastních osobních údajů, které vás přesně a pravdivě reprezentují.

Souhlasíte s tím, že nebudete Apple Pay ani Peněženku používat k nezákonným nebo podvodným účelům ani k jiným účelům, které jsou zakázány licenčním ujednáním a těmito doplňkovými podmínkami. Dále se zavazujete používat Apple Pay i Peněženku v souladu s platnými zákony a předpisy. Berete na vědomí, že zadání jakýchkoli nepravdivých údajů v souvislosti s identifikační kartou může být podle federálních nebo státních zákonů trestným činem. Souhlasíte s tím, že nebudete narušovat ani poškozovat službu Apple Pay ani Peněženku (včetně přístupu ke službě pomocí jakýchkoli automatizovaných prostředků) ani činnost serverů nebo sítí souvisejících s touto službou ani nebudete porušovat zásady, požadavky nebo předpisy platné pro sítě připojené k této službě (týká se i neautorizovaného přístupu k nim a využívání či monitorování jejich dat a datového provozu).

Pokud je váš přístup k Apple Pay nebo Peněžence nebo jejich používání zakázáno platnými právními předpisy, nejste oprávněni k těmto službám přistupovat ani je používat. Neneseme odpovědnost za to, pokud budete ke službám přistupovat nebo je používat způsobem, který porušuje platné právní předpisy.

## 4. Vztah mezi vámi a společností Apple

Používání služby Apple Pay se řídí těmito doplňkovými podmínkami a také podmínkami smlouvy držitele karty, kterou máte uzavřenou s příslušným vydavatelem, obchodníkem nebo jinou třetí stranou odpovědnou za vaši kartu Apple Pay.

Stejně tak se vaše používání lístků pro Peněženku v aplikaci Peněženka řídí těmito doplňkovými podmínkami i podmínkami vaší smlouvy s příslušným obchodníkem, přepravcem či dopravní agenturou, výrobcem automobilů a zámků, univerzitou, hotelem, letoviskem, plavební společností, korporací, státním vydávajícím orgánem nebo jinou třetí stranou.

S výjimkou některých funkcí Apple Pay poskytovaných společností Apple Payments Inc. („Apple Payments") popsaných níže, společnost Apple nezpracovává platby ani jiné nepeněžní transakce provedené prostřednictvím vašich karet Apple Pay. Společnost Apple nemá žádný vliv na žádné platby, vratky, náhrady, převody prostředků, odměny, zhodnocování, slevy, přístup, ověření totožnosti, objednávky, plnění objednávek ani jiné obchodní transakce, které mohou při vašem používání Apple Pay nebo Peněženky probíhat, ani za ně nenese žádnou odpovědnost.

Pokud dojde k rozporu mezi podmínkami těchto doplňkových podmínek a vaší smlouvou s příslušným vydavatelem, obchodníkem, státním vydávajícím orgánem nebo jinou třetí stranou (dále jen „**smlouva s třetí stranou**"), řídí se váš vztah se společností Apple ujednáními těchto doplňkových podmínek a váš vztah s takovou třetí stranou podmínkami příslušné smlouvy s třetí stranou.

Souhlasíte s tím, že společnost Apple není smluvní stranou žádné z vašich smluv s třetí stranou, ani neodpovídá za: (a) obsah, přesnost nebo dostupnost jakýchkoli podporovaných karet, nákupů, transakcí, převodů prostředků, objednávek, plnění objednávek, stvrzenek nebo jiných činností při používání Apple Pay nebo Peněženky, mimo jiné včetně těch, které provedou členové rodiny nebo jiné osoby, s nimiž své podporované karty sdílíte nebo které mají přístup k vašemu zařízení; (b) přidělování kreditu či posuzování nároku na něj; (c) vydání, pozastavení nebo odebrání řidičského průkazu nebo jiného státem vydaného průkazu totožnosti; (d) aktivity vydavatelů, obchodníků, vývojářů aplikací

a jiných třetích stran související s vaším používáním Apple Pay nebo Peněženky; (e) rozhodnutí provedená vydavatelem, obchodníkem nebo jinou třetí stranou v souvislosti s přidáním vaší podporované karty do Peněženky; (f) vaše členství nebo účast v jakémkoli obchodním nebo partnerském programu; (g) jakékoli získání nebo vyplacení odměn nebo uložené hodnoty v souvislosti s vašimi podporovanými kartami; (h) financování nebo dobíjení předplacených podporovaných karet; (i) vzájemné posílání či přijímání plateb nebo převody prostředků mezi osobami; ani (j) dobíjení, čerpání nebo výběr peněz z vaší karty Apple Cash.

Požádáte-li o kartu Apple Card, žádáte tím zároveň o otevření účtu u vydavatele karty Apple Card. Finanční instituce, která kartu Apple Card nabízí, se může změnit, a používání karty Apple Card se řídí jejími podmínkami a ustanoveními.

Povolením služeb Apple Cash v rámci Apple Pay si u společnosti Green Dot Bank zřizujete účet a společnost Green Dot Bank. Vyjma služeb Apple Pay poskytovaných prostřednictvím Apple Payments, odpovídá za přijetí peněz od správného plátce a předání peněz zamýšlenému příjemci při odesílání a přijímání osobních plateb a vkládání a vybírání vašich finančních prostředků na kartě Apple Cash banka Green Dot Bank. Finanční instituce zodpovědná za nabídku služby Apple Cash a za osobní platby v rámci Apple Pay se může změnit a využívání této služby se řídí podmínkami této instituce.

Možnost používání prostředků na vaší kartě Apple Cash a provádění plateb vybraným firmám, kterým jste poskytli oprávnění („Služba Direct Payments"), je služba, kterou poskytuje Apple Payments. Používání služby Direct Payments se řídí podmínkami a ustanoveními této služby poskytované v rámci Apple Payments. Mimo to vám mohou některé vybrané firmy umožnit, abyste jim poskytli oprávnění k vyplácení prostředků na vaši kartu Apple Cash (jednotlivě „Vyplácení"). Ačkoli vyplácení může být zpracováno prostřednictvím služby Apple Payments, je nabízeno participujícími firmami, které prostředky poskytují, a může podléhat doplňujícím podmínkám a ustanovením vyplácejících firem. Se všemi námitkami a dotazy, které se týkají vašich podporovaných karet nebo souvisejících obchodních aktivit, se obracejte na vydavatele karty nebo příslušného obchodníka, státní vydávající orgán, vývojáře aplikace nebo jinou příslušnou třetí stranu. S dotazy ke kartě Apple Pay, Peněžence, kartě Apple Card nebo Apple Cash a osobním platbám se obracejte na podporu Apple.

**5. Soukromí**

Shromažďování a používání osobních údajů se řídí zásadami ochrany osobních údajů společnosti Apple, které jsou dostupné na webové stránce https://www.apple.com/legal/privacy/cz/. Podrobné informace o osobních údajích, které shromažďují, využívají a sdílí Apple Pay a Peněženka v rámci vašeho využívání služby Apple Pay, jsou k dispozici v konkrétních dokumentech příslušné služby týkajících se ochrany soukromí, včetně dokumentu „Apple Pay a soukromí", který najdete na svém zařízení nebo v aplikaci Watch na spárovaném zařízení nebo na adrese https://www.apple.com/legal/privacy/cz/. Používáním Apple Pay a Peněženky vyjadřujete výslovný souhlas s tím, že společnost Apple, její pobočky a zástupci mohou za účelem poskytování těchto služeb přenášet, shromažďovat, spravovat, zpracovávat a využívat všechna výše uvedená data.

**6. Zabezpečení; ztracená a zablokovaná zařízení**

OCHRANA VAŠICH PODPOROVANÝCH ZAŘÍZENÍ A PŘÍSTUPOVÝCH ÚDAJŮ VE STEJNÉM ROZSAHU JAKO OCHRANA FYZICKÉ PENĚŽENKY A KARET

Ve službě Apple Pay a v Peněžence se ukládají virtuální ekvivalenty vašich podporovaných karet, které je třeba chránit stejně, jako chráníte svou fyzickou peněženku a své fyzické kreditní, debetní, předplatní, odměnové karty a průkazy totožnosti a jiné karty. Za zabezpečení svých zařízení a svého Apple ID, údajů pro Touch ID a Face ID, přístupového kódu k podporovaným zařízením a jakýchkoli dalších ověřovacích

údajů používaných v souvislosti se službami (souhrnně „Přístupové údaje") odpovídáte výhradně vy. Pokud někomu jinému povolíte nebo umožníte používat vaše podporované zařízení (např. tak, že třetí osobě poskytnete přístupový kód k zařízení, umožníte jí přistupovat k zařízení přes Touch ID pomocí otisku prstu nebo používat Face ID, případně jí poskytnete jakékoli přístupové údaje jiným způsobem), může být tato osoba schopna provádět různé platby, posílat finanční částky dalším osobám nebo je od nich požadovat či přijímat, vybírat peníze z vaší karty Apple Cash, přijímat nebo uplatňovat bonusy, využívat různé hodnoty, odemknout nebo jinak využívat vaše auto, pokoj, kancelář nebo domácnost, vydávat se za vás prostřednictvím vaší totožnosti nebo provádět jiné transakce s vašimi podporovanými kartami v Peněžence. Odpovědnost za všechny platby, přístupy a transakce provedené touto osobou nesete v takovém případě vy.

ZAŘÍZENÍ S JAILBREAKEM

Pokud provedete na svém zařízení neoprávněné úpravy, například vypnutím hardwarových nebo softwarových ovládacích prvků (někdy označované jako „jailbreak"), vaše zařízení už nemusí být způsobilé k přístupu ke službám nebo jejich používání. Berete na vědomí, že používání takto upraveného zařízení v souvislosti se službami je výslovně zakázáno, představuje porušení těchto doplňkových podmínek a je pro nás důvodem k odepření nebo omezení vašeho přístupu ke službám.

DALŠÍ BEZPEČNOSTNÍ OPATŘENÍ

Pro získání přístupu k některým funkcím služby Apple Pay, mimo jiné ke kartě Apple Card nebo Apple Cash a k osobním platbám prostřednictvím Apple Pay, může být nezbytné, abyste si aktivovali posílená bezpečnostní opatření, například dvoufaktorové ověřování vašeho Apple ID. Pokud tyto bezpečnostní funkce následně deaktivujete, můžete tím přístup k některým funkcím služby Apple Pay ztratit. Pokud smažete Face ID nebo Touch ID propojené s vaší identifikační kartou, budete muset projít celým procesem zřízení identifikační karty od začátku.

ZTRACENÉ NEBO ODCIZENÉ ZAŘÍZENÍ

Dojde-li ke ztrátě nebo odcizení vašeho zařízení a máte-li aktivovanou funkci Najít, můžete se jejím prostřednictvím pokusit v daném zařízení pozastavit možnost provádění transakcí pomocí podporovaných virtuálních karet a zasílání osobních plateb tím, že zařízení přepnete do režimu Ztraceno. Pokud je vaše zařízení v režimu Ztraceno, může být klíč od auta v Peněžence deaktivován a po opuštění vozidla nebo vypnutí motoru již nebudete mít do auta přístup ani je nebudete moci nastartovat. Režim Ztraceno se týká pouze klíčů ve ztraceném zařízení. Pokud jste vlastníkem, nebudete už moci klíč od auta nebo klíč od domu sdílet s dalšími uživateli. Na klíče, které už byly s těmito uživateli do jejich zařízení sdíleny, nebude mít tato ztráta vliv.

Zařízení můžete také vymazat, čímž se pokusíte pozastavit možnost prováděním transakcí s virtuálními podporovanými kartami a posílání plateb ze zařízení dalším osobám. Doporučujeme také kontaktovat vydavatele, obchodníka nebo jinou odpovědnou třetí stranu vašich podporovaných karet (nebo v případě vaší karty Apple Card nebo Apple Cash kontaktovat společnost Apple), abyste zabránili neoprávněnému přístupu k vašim podporovaným kartám v Apple Pay a v Peněžence.

Pokud nahlásíte podvodnou nebo zneužívající aktivitu nebo pokud společnost Apple bude mít na takovou aktivitu podezření, souhlasíte s tím, že budete se společností Apple spolupracovat při vyšetřování a použijete veškerá opatření proti podvodům, která vám doporučí.

**7. Omezení odpovědnosti**

KROMĚ ODMÍTNUTÍ ZÁRUK A OMEZENÍ ZODPOVĚDNOSTI, JAK JSOU UVEDENY V TEXTU LICENCE,

SPOLEČNOST APPLE DÁLE NEPŘIJÍMÁ ŽÁDNOU ODPOVĚDNOST ZA NÁKUPY, PLATBY, PŘEVODY PROSTŘEDKŮ, OBJEDNÁVKY, PLNĚNÍ OBJEDNÁVEK, INFORMACE O PŘIJETÍ, ZAJIŠTĚNÍ PŘÍSTUPU, OVĚŘENÍ TOTOŽNOSTI, TRANSAKCE A DALŠÍ AKTIVITY USKUTEČNĚNÉ PROSTŘEDNICTVÍM APPLE PAY NEBO PENĚŽENKY. SOUHLASÍTE S TÍM, ŽE PŘI ŘEŠENÍ JAKÝCHKOLI OTÁZEK ČI SPORŮ, KTERÉ SE TÝKAJÍ VAŠICH PODPOROVANÝCH KARET, OSOBNÍCH PLATEB A SOUVISEJÍCÍCH OBCHODNÍCH AKTIVIT, SE BUDETE OPÍRAT VÝHRADNĚ O SMLOUVY UZAVŘENÉ S PŘÍSLUŠNÝM VYDAVATELEM KARTY, PLATEBNÍ SÍTÍ, FINANČNÍ INSTITUCÍ, OBCHODNÍKEM, VÝVOJÁŘEM APLIKACE, STÁTNÍM VYDÁVAJÍCÍM ORGÁNEM NEBO JINOU PŘÍSLUŠNOU TŘETÍ STRANOU.

———————————

**UPOZORNĚNÍ SPOLEČNOSTI APPLE**

Pokud se bude společnost Apple potřebovat na vás obrátit ohledně vašeho produktu nebo účtu, souhlasíte s tím, že budete tato upozornění přijímat e-mailem. Souhlasíte s tím, že veškerá taková upozornění, která vám budou zaslána elektronicky, budou splňovat veškeré právní požadavky na komunikaci.

ΕΛΛΗΝΙΚΑ

**ΣΗΜΑΝΤΙΚΟ: Η ΑΠΟ ΜΕΡΟΥΣ ΣΑΣ ΧΡΗΣΗ ΤΟΥ iPHONE, ΤΟΥ iPAD Ή ΤΟΥ iPOD TOUCH («ΣΥΣΚΕΥΗ») ΣΥΝΕΠΑΓΕΤΑΙ ΤΗΝ ΑΠΟΔΟΧΗ ΤΩΝ ΠΑΡΑΚΑΤΩ ΟΡΩΝ:**

**Α.    ΣΥΜΒΑΣΗ ΑΔΕΙΑΣ ΧΡΗΣΗΣ ΛΟΓΙΣΜΙΚΟΥ iOS και iPadOS ΤΗΣ APPLE**
**Β.    ΠΡΟΣΘΕΤΟΙ ΟΡΟΙ ΓΙΑ ΤΟ APPLE PAY**
**Γ.    ΕΙΔΟΠΟΙΗΣΕΙΣ ΑΠΟ ΤΗΝ APPLE**

**APPLE INC**
**ΣΥΜΒΑΣΗ ΑΔΕΙΑΣ ΧΡΗΣΗΣ ΛΟΓΙΣΜΙΚΟΥ iOS και iPadOS**
*Άδεια χρήσης σε μεμονωμένη συσκευή*

**ΔΙΑΒΑΣΤΕ ΠΡΟΣΕΚΤΙΚΑ ΤΗΝ ΠΑΡΟΥΣΑ ΣΥΜΒΑΣΗ ΑΔΕΙΑΣ ΧΡΗΣΗΣ ΛΟΓΙΣΜΙΚΟΥ («ΑΔΕΙΑ ΧΡΗΣΗΣ») ΠΡΙΝ ΧΡΗΣΙΜΟΠΟΙΗΣΕΤΕ ΤΗ ΣΥΣΚΕΥΗ ΣΑΣ Ή ΠΡΑΓΜΑΤΟΠΟΙΗΣΕΤΕ ΛΗΨΗ ΤΗΣ ΕΝΗΜΕΡΩΣΗΣ ΛΟΓΙΣΜΙΚΟΥ ΠΟΥ ΣΥΝΟΔΕΥΕΙ ΤΗΝ ΠΑΡΟΥΣΑ ΑΔΕΙΑ ΧΡΗΣΗΣ. Η ΧΡΗΣΗ ΤΗΣ ΣΥΣΚΕΥΗΣ ΚΑΘΩΣ ΚΑΙ Η ΛΗΨΗ ΤΗΣ ΕΝΗΜΕΡΩΣΗΣ ΛΟΓΙΣΜΙΚΟΥ, ΚΑΤΑ ΠΕΡΙΠΤΩΣΗ, ΣΥΝΕΠΑΓΟΝΤΑΙ ΤΗΝ ΑΠΟΔΟΧΗ ΤΩΝ ΟΡΩΝ ΤΗΣ ΠΑΡΟΥΣΑΣ ΑΔΕΙΑΣ ΧΡΗΣΗΣ. ΑΝ ΔΕΝ ΣΥΜΦΩΝΕΙΤΕ ΜΕ ΤΟΥΣ ΟΡΟΥΣ ΤΗΣ ΠΑΡΟΥΣΑΣ ΑΔΕΙΑΣ ΧΡΗΣΗΣ, ΜΗΝ ΧΡΗΣΙΜΟΠΟΙΗΣΕΤΕ ΤΗ ΣΥΣΚΕΥΗ ΚΑΙ ΜΗΝ ΠΡΑΓΜΑΤΟΠΟΙΗΣΕΤΕ ΛΗΨΗ ΤΗΣ ΕΝΗΜΕΡΩΣΗΣ ΛΟΓΙΣΜΙΚΟΥ**

**ΑΝ ΑΓΟΡΑΣΑΤΕ ΠΡΟΣΦΑΤΑ ΜΙΑ ΣΥΣΚΕΥΗ ΚΑΙ ΔΕΝ ΣΥΜΦΩΝΕΙΤΕ ΜΕ ΤΟΥΣ ΟΡΟΥΣ ΤΗΣ ΑΔΕΙΑΣ ΧΡΗΣΗΣ, ΜΠΟΡΕΙΤΕ ΝΑ ΕΠΙΣΤΡΕΨΕΤΕ ΤΗ ΣΥΣΚΕΥΗ ΕΝΤΟΣ ΤΗΣ ΠΡΟΘΕΣΜΙΑΣ ΕΠΙΣΤΡΟΦΗΣ ΣΤΟ APPLE STORE Ή ΣΤΟΝ ΕΞΟΥΣΙΟΔΟΤΗΜΕΝΟ ΔΙΑΝΟΜΕΑ ΑΠΟ ΟΠΟΥ ΤΗΝ ΠΡΟΜΗΘΕΥΤΗΚΑΤΕ ΚΑΙ ΝΑ ΛΑΒΕΤΕ ΕΠΙΣΤΡΟΦΗ ΧΡΗΜΑΤΩΝ, ΣΥΜΦΩΝΑ ΜΕ ΤΗΝ ΠΟΛΙΤΙΚΗ ΕΠΙΣΤΡΟΦΩΝ ΤΗΣ APPLE, ΠΟΥ ΠΑΡΑΤΙΘΕΤΑΙ ΣΤΗ ΔΙΕΥΘΥΝΣΗ https://www.apple.com/legal/sales-support/.**

**1. Γενικά**

(α) Το λογισμικό (συμπεριλαμβανομένων του κώδικα Boot ROM, του ενσωματωμένου λογισμικού και του λογισμικού τρίτων), τα έγγραφα τεκμηρίωσης, οι διεπαφές, το περιεχόμενο, οι γραμματοσειρές και οποιαδήποτε δεδομένα που παρέχονται μαζί με τη Συσκευή σας («Γνήσιο λογισμικό Apple»), όπως ενδέχεται να ενημερωθούν ή να αντικατασταθούν μέσω βελτιώσεων δυνατοτήτων, ενημερώσεων λογισμικού, αποκρίσεων ασφαλείας, αρχείων συστήματος ή λογισμικού επαναφοράς συστήματος που παρέχεται από την Apple για τη Συσκευή σας ή την υποστηριζόμενη περιφερειακή συσκευή («Αλλαγές λογισμικού Apple»), είτε σε μνήμη μόνο για ανάγνωση (μνήμη ROM) είτε σε οποιοδήποτε άλλο μέσο είτε σε οποιαδήποτε άλλη μορφή (το Γνήσιο λογισμικό Apple και οι Αλλαγές λογισμικού Apple αναφέρονται από κοινού ως το «Λογισμικό Apple»), δεν πωλούνται σε εσάς από την Apple Inc. (η «Apple»), αλλά σας παρέχονται για χρήση μόνο σύμφωνα με τους όρους της παρούσας Άδειας χρήσης. Η Apple και οι δικαιοπάροχοί της διατηρούν την κυριότητα του ίδιου του λογισμικού Apple και επιφυλάσσονται όλων των δικαιωμάτων που δεν σας παραχωρούνται ρητώς. Συμφωνείτε ότι οι όροι της παρούσας Άδειας χρήσης θα ισχύουν για οποιοδήποτε εφαρμογή της Apple που μπορεί να είναι ενσωματωμένη στη Συσκευή σας, εκτός κι αν τυχόν τέτοια εφαρμογή συνοδεύεται από ξεχωριστή άδεια χρήσης. Σε τέτοια περίπτωση, συμφωνείτε ότι οι όροι της ξεχωριστής άδειας χρήσης θα διέπουν τη χρήση της εν λόγω εφαρμογής.

(β) Η Apple, κατά τη διακριτική της ευχέρεια, μπορεί να καταστήσει διαθέσιμες μελλοντικές Αλλαγές λογισμικού Apple. Οι Αλλαγές λογισμικού Apple, αν υπάρχουν, δεν είναι απαραίτητο να περιλαμβάνουν όλες τις υπάρχουσες δυνατότητες λογισμικού ή νέες δυνατότητες που διαθέτει η Apple για νεότερα ή άλλα μοντέλα των Συσκευών. Οι όροι της παρούσας Άδειας χρήσης θα διέπουν οποιεσδήποτε Αλλαγές λογισμικού Apple που παρέχει η Apple, εκτός αν μια τέτοια Αλλαγή λογισμικού Apple συνοδεύεται από ξεχωριστή άδεια, στην οποία περίπτωση συμφωνείτε ότι θα ισχύουν οι όροι της συγκεκριμένης άδειας.

(γ) Αν χρησιμοποιήσετε τη δυνατότητα γρήγορης διαμόρφωσης για τη διαμόρφωση μιας νέας Συσκευής με βάση την υπάρχουσα Συσκευή σας, συμφωνείτε ότι οι όροι της παρούσας Άδειας χρήσης θα διέπουν την από μέρους σας χρήση του Λογισμικού Apple στη νέα Συσκευή σας, εκτός κι συνοδεύεται από ξεχωριστή άδεια, στην οποία περίπτωση συμφωνείτε ότι οι όροι της συγκεκριμένης άδειας θα διέπουν την από μέρους σας χρήση του εν λόγω Λογισμικού Apple. Η Συσκευή σας θα πραγματοποιεί περιοδικούς ελέγχους στην Apple για Αλλαγές λογισμικού Apple. Αν διατίθεται αλλαγή, η αλλαγή μπορεί να ληφθεί και να εγκατασταθεί αυτόματα στη Συσκευή σας και στις περιφερειακές συσκευές σας, εάν υπάρχουν. **Κάνοντας χρήση του Λογισμικού Apple, συμφωνείτε ότι η Apple μπορεί να πραγματοποιεί λήψη και εγκατάσταση αυτόματων Αλλαγών λογισμικού Apple στη Συσκευή σας και στις περιφερειακές συσκευές σας.** Μπορείτε να απενεργοποιήσετε την αυτόματη εγκατάσταση ενημερώσεων λειτουργικού συστήματος και τις Ταχείες αποκρίσεις ασφάλειας ανά πάσα στιγμή, προσαρμόζοντας τις ρυθμίσεις για τις Αυτόματες ενημερώσεις στις Ρυθμίσεις > Γενικά > Ενημέρωση λογισμικού. Ορισμένα αρχεία συστήματος (συμπεριλαμβανομένων, χωρίς περιορισμό, των ενημερωμένων γραμματοσειρών, των μοντέλων γλώσσας, των φωνητικών στοιχείων και του υλικολογισμικού για περιφερειακές συσκευές) ενδέχεται να συνεχίσουν να εγκαθίστανται αυτόματα, όπως όταν ενεργοποιείτε ή χρησιμοποιείτε ορισμένες δυνατότητες και περιφερειακές συσκευές ή όταν αντιμετωπίζετε νομικά, ρυθμιστικά ή τεχνικά ζητήματα ή ζητήματα που αφορούν τη δημόσια ασφάλεια.

**2. Χρήσεις που επιτρέπονται από την Άδεια χρήσης και περιορισμοί.**
(α) Σύμφωνα με τους όρους και τις προϋποθέσεις της παρούσας Άδειας χρήσης, σας παραχωρείται περιορισμένη, μη αποκλειστική άδεια να χρησιμοποιείτε το Λογισμικό Apple σε μία μόνο Συσκευή της Apple. Εκτός όπως επιτρέπεται στην Ενότητα 2 (β) κατωτέρω, και εκτός αν παρέχεται σε ξεχωριστή σύμβαση μεταξύ υμών και της Apple, η παρούσα Άδεια χρήσης δεν επιτρέπει το Λογισμικό Apple να υπάρχει ταυτόχρονα σε περισσότερες από μία Συσκευές της Apple και δεν μπορείτε να διανείμετε ή να καταστήσετε διαθέσιμο το Λογισμικό Apple μέσω ενός δικτύου όπου θα μπορούσε να χρησιμοποιηθεί από περισσότερες Συσκευές ταυτόχρονα. Η παρούσα Άδεια χρήσης δεν σας παρέχει οποιοδήποτε δικαίωμα να χρησιμοποιείτε τις ιδιόκτητες διεπαφές της Apple ή άλλη πνευματική ιδιοκτησία που ανήκει αποκλειστικά στην Apple, για τον σχεδιασμό, την ανάπτυξη, την κατασκευή, την παραχώρηση άδειας χρήσης ή τη διανομή προϊόντων συσκευών ή παρελκόμενων τρίτων και παρελκόμενων ή εφαρμογών λογισμικού τρίτων για χρήση με Συσκευές. Κάποια από αυτά τα δικαιώματα παραχωρούνται από την Apple βάσει ξεχωριστών αδειών χρήσης. Περισσότερες πληροφορίες σχετικά με την ανάπτυξη συσκευών και παρελκόμενων τρίτων για Συσκευές, επισκεφθείτε τη διεύθυνση https://developer.apple.com/programs/mfi/. Για περισσότερες πληροφορίες σχετικά με την ανάπτυξη εφαρμογών λογισμικού για Συσκευές, επισκεφθείτε τη διεύθυνση https://developer.apple.com.

(β) Σύμφωνα με τους Όρους και τις προϋποθέσεις της παρούσας Άδειας χρήσης, σας παραχωρείται περιορισμένη, μη αποκλειστική άδεια λήψης των Αλλαγών λογισμικού Apple που μπορεί να διατίθενται από την Apple για το δικό σας μοντέλο της Συσκευής για ενημέρωση ή επαναφορά λογισμικού σε οποιαδήποτε τέτοια Συσκευή η οποία βρίσκεται υπό την κυριότητα ή τον έλεγχό σας. Η παρούσα Άδεια χρήσης δεν σας επιτρέπει να πραγματοποιείτε ενημέρωση ή επαναφορά Συσκευών που δεν βρίσκονται υπό την κυριότητα ή τον έλεγχό σας και δεν μπορείτε να διανείμετε ή να διαθέσετε τις Αλλαγές λογισμικού Apple μέσω ενός δικτύου όπου θα μπορούσαν να χρησιμοποιηθούν από πολλές Συσκευές ή πολλούς υπολογιστές ταυτόχρονα. Εάν πραγματοποιήσετε λήψη μιας Ενημέρωσης λογισμικού Apple στον υπολογιστή σας, μπορείτε να δημιουργήσετε ένα αντίγραφο των Αλλαγών λογισμικού Apple που είναι αποθηκευμένες στον υπολογιστή σας σε μορφή αναγνώσιμη από τον υπολογιστή, μόνο για σκοπούς δημιουργίας εφεδρικών αντιγράφων, υπό την προϋπόθεση ότι το εφεδρικό αντίγραφο θα περιλαμβάνει όλες τις δηλώσεις πνευματικών δικαιωμάτων ή άλλων αποκλειστικών δικαιωμάτων που περιλαμβάνονται στο πρωτότυπο.

(γ) Στον βαθμό που η Apple έχει προεγκαταστήσει εφαρμογές Apple από το App Store στη Συσκευή σας κατά την αγορά («Προεγκατεστημένες εφαρμογές»), θα χρειαστεί να πραγματοποιήσετε είσοδο στο App

Store και να συσχετίσετε αυτές τις Προεγκατεστημένες εφαρμογές με τον λογαριασμό σας στο App Store για να μπορείτε να τις χρησιμοποιείτε στη Συσκευή σας. Όταν συσχετίσετε μια Προεγκατεστημένη εφαρμογή με τον λογαριασμό σας στο App Store, παράλληλα θα συσχετιστούν αυτόματα και όλες οι άλλες Προεγκατεστημένες εφαρμογές στη Συσκευή σας. Αν επιλέξετε να συσχετίσετε τις Προεγκατεστημένες εφαρμογές με τον λογαριασμό σας στο App Store, συμφωνείτε ότι η Apple θα μπορεί να μεταδίδει, να συλλέγει, να διατηρεί, να επεξεργάζεται και να χρησιμοποιεί και το Apple ID που χρησιμοποιείται στον λογαριασμό σας στο App Store και ένα μοναδικό αναγνωριστικό υλισμικού που θα συλλεχθεί από τη Συσκευή σας, ως μοναδικά αναγνωριστικά λογαριασμού για να επαληθεύσει την καταλληλότητα του αιτήματός σας και για να σας παρέχει πρόσβαση στις Προεγκατεστημένες εφαρμογές μέσω του App Store. Αν δεν επιθυμείτε να χρησιμοποιήσετε μια Προεγκατεστημένη εφαρμογή, μπορείτε να τη διαγράψετε από τη Συσκευή σας ανά πάσα στιγμή.

(δ) Δεν σας επιτρέπεται και συμφωνείτε να μην προβείτε σε καμία από τις παρακάτω ενέργειες ούτε να παράσχετε σε άλλους τη δυνατότητα να προβούν σε αυτές: αντιγραφή (εκτός αν επιτρέπεται ρητώς από την παρούσα Άδεια χρήσης), αποσυμπίληση (decompilation), ανάστροφη μηχανίκευση (reverse engineering), αποσυναρμολόγηση, επανάκτηση του πηγαίου κώδικα, αποκρυπτογράφηση, τροποποίηση ή δημιουργία παραγώγων έργων του Λογισμικού Apple ή οποιωνδήποτε υπηρεσιών που παρέχονται από το Λογισμικό Apple, ή οποιουδήποτε μέρους αυτού (εκτός αν και στον βαθμό που οποιοσδήποτε από τους ανωτέρω περιορισμούς απαγορεύεται από το εφαρμοστέο δίκαιο ή τους όρους αδειοδότησης που διέπουν τη χρήση των στοιχείων ανοικτού κώδικα που μπορεί να περιλαμβάνονται στο Λογισμικό Apple). Συμφωνείτε ότι δεν θα αφαιρέσετε, αποκρύψετε ή τροποποιήσετε οποιεσδήποτε δηλώσεις ιδιοκτησίας (συμπεριλαμβανομένων των δηλώσεων περί εμπορικών σημάτων και πνευματικών δικαιωμάτων) που μπορεί να είναι συνημμένες ή να περιέχονται στο Λογισμικό Apple.

(ε) Το Λογισμικό Apple μπορεί να χρησιμοποιηθεί για την αναπαραγωγή υλικού εφόσον αυτή η χρήση περιορίζεται στην αναπαραγωγή υλικού που δεν προστατεύεται από πνευματικά δικαιώματα, υλικού για το οποίο κατέχετε πνευματικά δικαιώματα ή υλικού που είστε εξουσιοδοτημένος ή έχετε εκ του νόμου την άδεια να αναπαράγετε. Παρά τα ανωτέρω, απαγορεύεται η αναδημοσίευση, η αναμετάδοση ή η αναπαραγωγή εικόνων στις οποίες έχετε πρόσβαση μέσω της εφαρμογής News ή των Χαρτών ως μεμονωμένου αρχείου. Τα δικαιώματα πνευματικής ιδιοκτησίας και τίτλων κάθε περιεχομένου που εμφανίζεται από, αποθηκεύεται σε ή στο οποίο γίνεται πρόσβαση μέσω της Συσκευής σας ανήκουν στον αντίστοιχο κάτοχο περιεχομένου. Το εν λόγω περιεχόμενο μπορεί να προστατεύεται από πνευματικά δικαιώματα ή άλλους νόμους και συνθήκες περί πνευματικής ιδιοκτησίας και να υπόκειται στους όρους χρήσης του τρίτου μέρους που παρέχει το εν λόγω περιεχόμενο. Εκτός εάν προβλέπεται άλλως στο παρόν έγγραφο, η παρούσα Άδεια χρήσης δεν σας παραχωρεί κανένα δικαίωμα να χρησιμοποιήσετε το εν λόγω περιεχόμενο ούτε εγγυάται ότι το εν λόγω περιεχόμενο θα εξακολουθεί να σας διατίθεται.

(στ) Με την επιφύλαξη των όρων και των προϋποθέσεων της παρούσας Άδειας, μπορείτε: (i) να χρησιμοποιείτε τους χαρακτήρες Memoji που περιλαμβάνονται στο ή δημιουργούνται με το Λογισμικό Apple («Χαρακτήρες συστήματος») (1) ενώ εκτελείτε το Λογισμικό Apple και (2) για να δημιουργήσετε το δικό σας πρωτότυπο περιεχόμενο και έργα για προσωπική, μη εμπορική χρήση και (ii) να χρησιμοποιείτε τους Ζωντανούς υπότιτλους που δημιουργούνται αυτόματα στη συσκευή σε πραγματικό χρόνο από το Λογισμικό Apple («Ζωντανοί υπότιτλοι»), είτε δημιουργούνται κατά τη διάρκεια μιας κλήσης FaceTime είτε άλλως, μόνο για προσωπική, μη εμπορική χρήση. Δεν επιτρέπεται καμία άλλη χρήση των Χαρακτήρων συστήματος ή των Ζωντανών υπότιτλων σύμφωνα με την παρούσα Άδεια χρήσης, συμπεριλαμβανομένων ενδεικτικά της χρήσης, της αναπαραγωγής, της εμφάνισης, της επίδοσης, της εγγραφής, της δημοσίευσης ή της αναδιανομής οποιουδήποτε από τους Χαρακτήρες συστήματος ή τους Ζωντανούς υπότιτλους σε κερδοσκοπικό, μη κερδοσκοπικό, εμπορικό πλαίσιο ή σε πλαίσιο δημόσιας κοινοποίησης.

(ζ) Προκειμένου να ολοκληρώσει συγκεκριμένες συντομεύσεις ενεργειών στην εφαρμογή ή/και στον ιστότοπο, το Λογισμικό Apple ενδέχεται να χρειάζεται πρόσβαση σε συγκεκριμένες εφαρμογές,

υπηρεσίες ή ιστότοπους τρίτων στη Συσκευή σας. Αποδέχεστε ρητά αυτού του είδους τη χρήση στον βαθμό που είναι απαραίτητη για την ολοκλήρωση της Συντόμευσης με το Λογισμικό Apple.

(η) Συμφωνείτε να χρησιμοποιείτε το Λογισμικό και τις Υπηρεσίες Apple (όπως ορίζονται στην Ενότητα 5 παρακάτω) σύμφωνα με όλες τις ισχύουσες νομοθεσίες, περιλαμβάνοντας τις τοπικές νομοθεσίες της χώρας ή της περιοχής στην οποία κατοικείτε ή στην οποία πραγματοποιήσατε λήψη ή χρησιμοποιείτε το Λογισμικό και τις Υπηρεσίες Apple. Οι δυνατότητες του Λογισμικού και των Υπηρεσιών Apple μπορεί να μην είναι διαθέσιμες σε όλες τις γλώσσες ή περιοχές. Κάποιες δυνατότητες μπορεί να διαφέρουν ανά περιοχή και κάποιες μπορεί να έχουν περιοριστεί ή να έχουν καταστεί μη διαθέσιμες από τον πάροχο υπηρεσιών σας. Απαιτείται σύνδεση μέσω Wi-Fi ή κινητού δικτύου δεδομένων για κάποιες δυνατότητες του Λογισμικού και των Υπηρεσιών Apple.

(θ) Η χρήση του App Store απαιτεί έναν μοναδικό συνδυασμό ονόματος χρήστη και συνθηματικού, γνωστό ως Apple ID. Το Apple ID απαιτείται επίσης για την πρόσβαση σε ενημερώσεις εφαρμογών και ορισμένες δυνατότητες του Λογισμικού και των Υπηρεσιών Apple.

(ι) Αναγνωρίζετε ότι πολλές δυνατότητες, ενσωματωμένες εφαρμογές και Υπηρεσίες του Λογισμικού Apple μεταδίδουν δεδομένα και μπορούν να επιφέρουν χρεώσεις στο πρόγραμμα δεδομένων σας, και εσείς είστε ο υπεύθυνος για οποιεσδήποτε τέτοιες χρεώσεις. Μπορείτε να προβάλλετε και να ελέγχετε τις εφαρμογές στις οποίες θα επιτρέπεται η χρήση δεδομένων κινητού δικτύου και να εμφανίζετε μια εκτίμηση της κατανάλωσης δεδομένων αυτών των εφαρμογών στις ρυθμίσεις Δεδομένων. Επιπροσθέτως, η Βοήθεια Wi-Fi θα κάνει αυτόματα εναλλαγή σε δεδομένα κινητού δικτύου όταν η σύνδεση Wi-Fi σας δεν είναι καλή, που μπορεί να έχει ως αποτέλεσμα τη χρήση περισσότερων δεδομένων δικτύου και να επιφέρει χρεώσεις στο πρόγραμμα δεδομένων σας. Η Βοήθεια Wi-Fi είναι ενεργοποιημένη από προεπιλογή, αλλά μπορεί να απενεργοποιηθεί στις Ρυθμίσεις. Για περισσότερες πληροφορίες, συμβουλευτείτε τον Οδηγό χρήσης για τη Συσκευή σας.

(ια) Αν επιλέξετε να επιτρέψετε τις αυτόματες ενημερώσεις εφαρμογών, η Συσκευή σας θα ελέγχει περιοδικά τους διακομιστές της Apple για ενημερώσεις των εφαρμογών που βρίσκονται στη συσκευή σας και, αν διατίθεται ενημέρωση, θα πραγματοποιείται αυτόματη λήψη και εγκατάσταση της ενημέρωσης στη Συσκευή σας. Μπορείτε να απενεργοποιήσετε τις αυτόματες ενημερώσεις εφαρμογών εντελώς ανά πάσα στιγμή. Για να το κάνετε αυτό, μεταβείτε στις Ρυθμίσεις, πατήστε «iTunes και App Store» και κατόπιν, στις «Αυτόματες λήψεις», απενεργοποιήστε τις «Ενημερώσεις».

(ιβ) Σε κάποιες περιπτώσεις, η χρήση της Συσκευής σας μπορεί να σας αποσπάσει την προσοχή και να προκαλέσει επικίνδυνες καταστάσεις (για παράδειγμα, να αποφεύγετε την πληκτρολόγηση μηνυμάτων κειμένου όταν οδηγείτε αυτοκίνητο ή τη χρήση ακουστικών όταν κάνετε ποδήλατο). Χρησιμοποιώντας της Συσκευή σας, αποδέχεστε ότι είστε υπεύθυνοι για την τήρηση κανόνων που απαγορεύουν ή περιορίζουν τη χρήση κινητών τηλεφώνων ή ακουστικών [όπως, για παράδειγμα, η απαίτηση χρήσης επιλογών συνομιλίας σε ανοιχτή ακρόαση (hands-free) για πραγματοποίηση κλήσεων κατά την οδήγηση].

(ιγ) Ορισμένες δυνατότητες του Λογισμικού Apple ενδέχεται να επιχειρήσουν να παράσχουν βοήθεια σε καταστάσεις που σχετίζονται με την ασφάλεια, όπως οποιαδήποτε δυνατότητα εντοπισμού που σχετίζεται με την ασφάλεια και τη σύνδεσή σας με υπηρεσίες έκτακτης ανάγκης (εφόσον είναι διαθέσιμες). Η Apple δεν εγγυάται τη διαθεσιμότητα, την ακρίβεια, την πληρότητα, την αξιοπιστία ή την επικαιρότητα τέτοιων δυνατοτήτων. Αυτές οι δυνατότητες δεν διατίθενται με σκοπό να αποτελέσουν αποκλειστικό μέσο υποστήριξης σε καταστάσεις όπου είναι διαθέσιμη και μπορεί να ληφθεί πιο άμεση ή αποτελεσματική βοήθεια. Συμφωνείτε να χρησιμοποιείτε αυτές τις δυνατότητες αποκλειστικά με δική σας ευθύνη και να χρησιμοποιείτε την ανεξάρτητη κρίση σας, καθώς και ότι η Apple, οι συνδεδεμένες επιχειρήσεις, οι αντιπρόσωποι ή οι εντολείς της δεν φέρουν καμία ευθύνη απέναντί σας για τη χρήση αυτών των δυνατοτήτων και τυχόν παρεπόμενες συνέπειες στον μέγιστο βαθμό που επιτρέπεται από τη νομοθεσία.

(ιδ) Η Συσκευή σας δεν αποτελεί ιατρική συσκευή και δεν πρέπει να χρησιμοποιείται ως υποκατάστατο για επαγγελματική ιατρική γνωμάτευση. Δεν έχει σχεδιαστεί ούτε προορίζεται για χρήση για τη διάγνωση ασθενειών ή άλλων παθήσεων, ή για τη θεραπεία, την απάλυνση, την αντιμετώπιση ή την πρόληψη τυχόν πάθησης ή ασθένειας. Συμβουλευτείτε τον πάροχο υπηρεσιών υγείας σας για λήψη τυχόν αποφάσεων που σχετίζονται με την υγεία σας.

**3. Μεταβίβαση.** Δεν επιτρέπονται η εκμίσθωση, η χρονομίσθωση, ο δανεισμός, η αναδιανομή ή η υποαδειοδότηση του Λογισμικού Apple. Μπορείτε, ωστόσο, να προβείτε σε μία μοναδική, μόνιμη μεταβίβαση όλων των δικαιωμάτων χρήσης σας επί του Λογισμικού Apple σε τρίτο πρόσωπο, σε περίπτωση μεταβίβασης κυριότητας της Συσκευής σας, υπό την προϋπόθεση ότι: (α) Η μεταβίβαση θα περιλαμβάνει οπωσδήποτε τη Συσκευή σας και το σύνολο του Λογισμικού Apple, συμπεριλαμβανομένων όλων των συστατικών μερών του και της παρούσας Άδειας χρήσης, (β) δεν θα διατηρήσετε οποιαδήποτε πλήρη ή μερικά αντίγραφα του Λογισμικού Apple, συμπεριλαμβανομένων των αντιγράφων που είναι αποθηκευμένα σε ηλεκτρονικό υπολογιστή ή άλλη συσκευή αποθήκευσης και (γ) το πρόσωπο που θα λάβει το Λογισμικό Apple θα διαβάσει και θα συμφωνήσει ότι αποδέχεται τους όρους της παρούσας Άδειας χρήσης.

**4. Συναίνεση για τη χρήση δεδομένων.** Όταν χρησιμοποιείτε τη συσκευή σας, ο αριθμός τηλεφώνου σας και συγκεκριμένα μοναδικά αναγνωριστικά της Συσκευής σας στέλνονται στην Apple ώστε να επιτρέπεται σε άλλους να επικοινωνούν μαζί σας με τον αριθμό τηλεφώνου σας όταν χρησιμοποιείτε διάφορες δυνατότητες επικοινωνίας του Λογισμικού, όπως το iMessage και το FaceTime. Όταν χρησιμοποιείτε το iMessage, η Apple μπορεί να διατηρεί τα μηνύματά σας σε κρυπτογραφημένη μορφή για περιορισμένη χρονική περίοδο για διασφάλιση της παράδοσής τους. Μπορείτε να απενεργοποιήσετε το FaceTime ή το iMessage μεταβαίνοντας στις ρυθμίσεις του FaceTime ή των Μηνυμάτων στη Συσκευή σας. Ορισμένες δυνατότητες, όπως η Ανάλυση, οι Υπηρεσίες τοποθεσίας, το Siri και η Υπαγόρευση μπορεί να απαιτούν πληροφορίες από τη Συσκευή για σκοπούς παροχής των αντίστοιχων λειτουργιών τους. Όταν ενεργοποιείτε ή χρησιμοποιείτε αυτές τις δυνατότητες, θα παρέχονται λεπτομέρειες σχετικά με τις πληροφορίες που αποστέλλονται στην Apple και τον πιθανό τρόπο χρήσης αυτών των πληροφοριών. Μπορείτε να μάθετε περισσότερες λεπτομέρειες μεταβαίνοντας στη διεύθυνση https://www.apple.com/privacy/. Οι πληροφορίες σας θα αντιμετωπίζονται πάντα σύμφωνα με τα όσα ορίζονται στην Πολιτική απορρήτου της Apple, την οποία μπορείτε να διαβάσετε στη διεύθυνση: https://www.apple.com/legal/privacy/gr/.

**5. Υπηρεσίες και Υλικό τρίτων.**
(α) Το Λογισμικό Apple μπορεί να επιτρέπει την πρόσβαση στα iTunes Store, App Store, Apple Books, Game Center, iCloud, Χάρτες, News και Fitness+ της Apple καθώς και σε άλλες υπηρεσίες και ιστότοπους της Apple και τρίτων (από κοινού και χωριστά «οι Υπηρεσίες»). Η χρήση αυτών των Υπηρεσιών προϋποθέτει πρόσβαση στο διαδίκτυο και η χρήση ορισμένων Υπηρεσιών ενδέχεται να απαιτεί Apple ID, να προϋποθέτει την αποδοχή πρόσθετων όρων από μέρους σας και να υπόκειται σε πρόσθετες χρεώσεις. Η χρήση αυτού του λογισμικού σε σχέση με ένα Apple ID ή άλλες Υπηρεσίες Apple συνεπάγεται την από μέρους σας αποδοχή των ισχυόντων όρων υπηρεσίας, όπως π.χ. των πιο πρόσφατων Όρων και προϋποθέσεων των Υπηρεσιών πολυμέσων Apple για τη χώρα ή την περιοχή από όπου προσπελάζετε τέτοιες Υπηρεσίες, τους οποίους μπορείτε να βρείτε και να διαβάσετε στη διεύθυνση https://www.apple.com/legal/internet-services/itunes/gr/.

(β) Αν εγγραφείτε για το iCloud, μπορείτε να αποκτήσετε πρόσβαση σε ορισμένες δυνατότητες, όπως το iCloud Drive, η Ροή φωτό μου, η Κοινόχρηστα άλμπουμ και η Εύρεση, απευθείας από το Λογισμικό Apple. Αναγνωρίζετε και συμφωνείτε ότι η από μέρους σας χρήση του iCloud και αυτών των δυνατοτήτων υπόκειται στους πιο πρόσφατους όρους και προϋποθέσεις της υπηρεσίας iCloud, τους οποίους μπορείτε να βρείτε και να διαβάσετε στη διεύθυνση: https://www.apple.com/legal/internet-services/icloud/gr/.

(γ) <u>Περιεχόμενο στην εφαρμογή News</u>. Η από μέρους σας χρήση περιεχομένου που προσπελάζετε μέσω της εφαρμογής News περιορίζεται αποκλειστικά σε προσωπική, μη εμπορική χρήση, δεν μεταφέρει κανένα δικαίωμα ιδιοκτησίας σε εσάς ως προς το περιεχόμενο και συγκεκριμένα εξαιρεί, χωρίς περιορισμό, τυχόν δικαιώματα για εμπορική ή προωθητική χρήση του εν λόγω περιεχομένου.

(δ) <u>Χάρτες</u>. Η υπηρεσία και οι δυνατότητες χαρτών του Λογισμικού Apple («Χάρτες»), συμπεριλαμβανομένης της κάλυψης δεδομένων χαρτών, μπορεί να διαφέρουν ανά περιοχή. Όταν ενεργοποιείτε ή χρησιμοποιείτε τους Χάρτες, λεπτομέρειες θα παρέχονται σχετικά με το τι πληροφορίες αποστέλλονται στην Apple και πώς μπορεί να χρησιμοποιηθούν οι πληροφορίες. Αναγνωρίζετε και συμφωνείτε ότι η από μέρους σας χρήση των Χαρτών υπόκειται στους πιο πρόσφατους όρους και προϋποθέσεις της υπηρεσίας Χαρτών, τους οποίους μπορείτε να βρείτε και να διαβάσετε στην κάρτα αφετηρίας των Χαρτών στο iPhone.

(ε) Αντιλαμβάνεστε ότι κατά τη χρήση των Υπηρεσιών, ενδέχεται να συναντήσετε υλικό που θα μπορούσε να κριθεί προσβλητικό, άσεμνο ή ανάρμοστο, το οποίο υλικό ενδέχεται να έχει ή να μην έχει επισημανθεί ότι περιέχει άσεμνο λεξιλόγιο, και ότι τα αποτελέσματα οποιασδήποτε αναζήτησης ή η εισαγωγή μιας συγκεκριμένης διεύθυνσης URL ενδέχεται να παραγάγει αυτόματα και ακουσίως συνδέσμους ή αναφορές προς ανάρμοστο υλικό. Ωστόσο, αποδέχεστε να χρησιμοποιείτε τις Υπηρεσίες με αποκλειστικά δική σας ευθύνη και ότι η Apple, οι θυγατρικές, οι εκπρόσωποι, οι εντολείς και οι δικαιοπάροχοί της δεν φέρουν ευθύνη απέναντί σας για περιεχόμενο που τυχόν κριθεί προσβλητικό, άσεμνο ή ανάρμοστο.

(στ) Ορισμένες Υπηρεσίες ενδέχεται να παρουσιάζουν, να περιλαμβάνουν ή να καθιστούν διαθέσιμο περιεχόμενο, δεδομένα, πληροφορίες, εφαρμογές και υλικό από τρίτους («Υλικό τρίτων») ή να παρέχουν συνδέσμους προς ορισμένους ιστότοπους τρίτων. Χρησιμοποιώντας τις Υπηρεσίες, αναγνωρίζετε και αποδέχεστε ότι η Apple δεν έχει την ευθύνη να εξετάζει ή να αξιολογεί το περιεχόμενο, την ακρίβεια, την πληρότητα, την επικαιρότητα, την εγκυρότητα, τη συμμόρφωση με τους κανόνες πνευματικής ιδιοκτησίας, τη νομιμότητα, τη σεμνότητα, την ποιότητα ή οποιαδήποτε άλλη πλευρά αυτού του Υλικού τρίτων ή των ιστότοπων τρίτων. Η Apple, τα στελέχη της, οι συνδεδεμένες επιχειρήσεις και οι θυγατρικές της δεν εγγυώνται ούτε εγκρίνουν απαραιτήτως και δεν αναλαμβάνουν ούτε έχουν οποιαδήποτε ευθύνη απέναντι σε σας ή άλλα πρόσωπα για οποιεσδήποτε Υπηρεσίες τρίτων, Υλικό τρίτων ή ιστότοπους τρίτων, ή για οποιοδήποτε άλλο υλικό, προϊόντα ή υπηρεσίες τρίτων. Το Υλικό τρίτων και οι σύνδεσμοι προς άλλους ιστότοπους παρέχονται αποκλειστικά ως διευκόλυνση προς εσάς.

(ζ) Ούτε η Apple ούτε οποιοσδήποτε από τους παρόχους περιεχομένου της εγγυώνται τη διαθεσιμότητα, την ακρίβεια, την πληρότητα, την αξιοπιστία ή την επικαιρότητα χρηματιστηριακών πληροφοριών, δεδομένων τοποθεσίας ή άλλων δεδομένων που εμφανίζονται από οποιεσδήποτε Υπηρεσίες. Οι οικονομικές πληροφορίες που παρουσιάζονται από οποιεσδήποτε Υπηρεσίες παρέχονται για σκοπούς γενικής πληροφόρησης μόνο και δεν πρέπει να θεωρηθούν ως αξιόπιστες επενδυτικές συμβουλές. Πριν από την εκτέλεση οποιασδήποτε συναλλαγής κινητών αξιών με βάση πληροφορίες που αντλήθηκαν από τις Υπηρεσίες, συνιστάται να απευθύνεστε σε χρηματοοικονομικό σύμβουλο ή επαγγελματία χρεογράφων ο οποίος είναι νομικά εξουσιοδοτημένος να παράσχει οικονομικές συμβουλές ή συμβουλές για χρεόγραφα στη χώρα ή την περιοχή σας. Τα δεδομένα τοποθεσίας που παρέχονται από οποιεσδήποτε Υπηρεσίες, συμπεριλαμβανομένης της υπηρεσίας Χαρτών της Apple, παρέχονται μόνο για σκοπούς στοιχειώδους πλοήγησης και προγραμματισμού και δεν διατίθενται με σκοπό να αποτελέσουν αξιόπιστη πληροφόρηση σε περιπτώσεις όπου απαιτούνται ακριβείς πληροφορίες για τη θέση ή σε περιπτώσεις όπου εσφαλμένα, ανακριβή, καθυστερημένα ή ελλιπή δεδομένα τοποθεσίας ενδέχεται να οδηγήσουν σε θάνατο, σωματική βλάβη, περιουσιακή ζημία ή βλάβη στο περιβάλλον. Αποδέχεστε ότι τα αποτελέσματα που λαμβάνετε από την υπηρεσία Χαρτών μπορεί να διαφέρουν από τις πραγματικές συνθήκες του δρόμου ή του εδάφους λόγω παραγόντων που μπορεί να επηρεάσουν την ακρίβεια των δεδομένων Χαρτών, όπως για παράδειγμα, χωρίς περιορισμό, ο καιρός, συνθήκες του δρόμου ή του εδάφους και γεωπολιτικά γεγονότα. Για την ασφάλειά σας κατά τη χρήση της δυνατότητας λεπτομερούς πλοήγησης,

να προσέχετε πάντοτε τις οδικές πινακίδες και τις τρέχουσες οδικές συνθήκες. Να τηρείτε πρακτικές ασφαλούς οδήγησης και τον κώδικα οδικής κυκλοφορίας και να έχετε υπόψη σας ότι οι οδηγίες ποδηλασίας και βαδίσματος μπορεί να μην περιλαμβάνουν καθορισμένα μονοπάτια.

(η) Στον βαθμό που αποστέλλετε τυχόν περιεχόμενο μέσω της χρήσης των Υπηρεσιών, δηλώνετε ότι κατέχετε όλα τα δικαιώματα αυτού του περιεχομένου, έχετε εξουσιοδότηση ή σας επιτρέπεται νομίμως με άλλο τρόπο η αποστολή του περιεχομένου και ότι το περιεχόμενο δεν παραβιάζει τυχόν όρους υπηρεσίας που ισχύουν για τις Υπηρεσίες. Συμφωνείτε ότι οι Υπηρεσίες ενδέχεται να περιέχουν ιδιόκτητο περιεχόμενο, πληροφορίες και υλικό που κατέχεται από την Apple, τον ιδιοκτήτη του ιστότοπου ή τους δικαιοπαρόχους του και προστατεύονται από το ισχύον δίκαιο περί πνευματικής ιδιοκτησίας και άλλους νόμους, συμπεριλαμβανομένων, χωρίς περιορισμό, των νόμων περί πνευματικής ιδιοκτησίας. Συμφωνείτε ότι δεν θα χρησιμοποιείτε το εν λόγω ιδιόκτητο περιεχόμενο, πληροφορίες ή υλικό με τρόπο διαφορετικό πέρα από την επιτρεπόμενη χρήση των Υπηρεσιών ή κατά οποιονδήποτε τρόπο που δεν υπόκειται στους όρους της παρούσας Άδειας χρήσης ή παραβιάζει οποιαδήποτε δικαιώματα πνευματικής ιδιοκτησίας τρίτου ή της Apple. Κανένα μέρος των Υπηρεσιών δεν επιτρέπεται να αναπαραχθεί με οποιαδήποτε μορφή ή οποιονδήποτε τρόπο. Συμφωνείτε να μην προβείτε σε τροποποίηση, εκμίσθωση, χρονομίσθωση, δανεισμό, πώληση, διανομή ή δημιουργία παραγώγων έργων με βάση τις Υπηρεσίες με οποιονδήποτε τρόπο ή σε εκμετάλλευση των Υπηρεσιών με οποιονδήποτε τρόπο για τον οποίο δεν έχει χορηγηθεί άδεια, περιλαμβανομένης, ενδεικτικά, της χρήσης των Υπηρεσιών για τη μεταβίβαση ιών υπολογιστών, λογισμικών σκωλήκων, δούρειων ίππων ή άλλου κακόβουλου λογισμικού, ή της κατάχρησης ή επιβάρυνσης της χωρητικότητας του δικτύου. Επιπλέον, συμφωνείτε ότι δεν θα χρησιμοποιήσετε τις Υπηρεσίες με οποιονδήποτε τρόπο με σκοπό την παρενόχληση, την εξύβριση, την καταδίωξη, τη διατύπωση απειλών, τη δυσφήμηση ή την με οποιονδήποτε άλλον τρόπο παραβίαση ή καταπάτηση των δικαιωμάτων οποιουδήποτε τρίτου και ότι η Apple δεν ευθύνεται κατά κανένα τρόπο για τέτοια χρήση από μέρους σας, ούτε για οποιαδήποτε παρενοχλητικά, απειλητικά, δυσφημιστικά, προσβλητικά, παραβατικά ή παράνομα μηνύματα ή εκπομπές που τυχόν λάβετε ως αποτέλεσμα της χρήσης οποιασδήποτε από τις Υπηρεσίες.

(θ) Επιπροσθέτως, αυτές οι Υπηρεσίες και το Υλικό τρίτων μπορεί να μην διατίθενται σε όλες τις γλώσσες ούτε σε όλες τις χώρες και περιοχές. Η Apple δεν προβαίνει σε καμία προσυμβατική δήλωση ότι αυτές οι Υπηρεσίες και το Υλικό τρίτων είναι κατάλληλα ή διαθέσιμα για χρήση σε οποιαδήποτε τοποθεσία. Στον βαθμό που επιλέγετε να χρησιμοποιείτε ή να έχετε πρόσβαση σε αυτές τις Υπηρεσίες ή το Υλικό τρίτων, αυτό συμβαίνει με δική σας πρωτοβουλία και είστε υπεύθυνοι να συμμορφώνεστε με τυχόν ισχύοντες νόμους, συμπεριλαμβανομένων, μεταξύ άλλων, των ισχυόντων τοπικών νόμων και των νόμων περί απορρήτου και συλλογής δεδομένων. Η κοινοποίηση ή ο συγχρονισμός φωτογραφιών μέσω της Συσκευής σας μπορεί να οδηγήσει σε μετάδοση μεταδεδομένων, συμπεριλαμβανομένων της τοποθεσίας και της ημερομηνίας λήψης φωτογραφιών και στοιχείων βάθους, μαζί με τις φωτογραφίες. Η χρήση υπηρεσιών Apple (όπως η Βιβλιοθήκη φωτογραφιών iCloud) για κοινοποίηση ή συγχρονισμό τέτοιων φωτογραφιών θα συνεπάγεται τη λήψη και την αποθήκευση των εν λόγω μεταδεδομένων από την Apple. Η Apple και οι δικαιοπάροχοί της διατηρούν το δικαίωμα τροποποίησης, αναστολής, κατάργησης ή απενεργοποίησης της πρόσβασης σε οποιεσδήποτε Υπηρεσίες οποτεδήποτε και χωρίς προειδοποίηση. Η Apple σε καμία περίπτωση δεν φέρει ευθύνη για τυχόν κατάργηση ή απενεργοποίηση της πρόσβασης σε οποιεσδήποτε από τις Υπηρεσίες αυτές. Η Apple δύναται επίσης να επιβάλει όρια στη χρήση ορισμένων Υπηρεσιών ή στην πρόσβαση σε αυτές σε οποιαδήποτε περίπτωση και χωρίς προειδοποίηση ή ευθύνη.

**6. Λύση.** Η παρούσα Άδεια χρήσης ισχύει μέχρι τη λύση της. Τα δικαιώματά σας δυνάμει της παρούσας Άδειας χρήσης αίρονται αυτόματα ή ειδάλλως παύουν να ισχύουν χωρίς προειδοποίηση από την Apple σε περίπτωση μη συμμόρφωσής σας με οποιονδήποτε όρο ή όρους της παρούσας Άδειας χρήσης. Μετά τη λύση της άδειας χρήσης οφείλετε να διακόψετε κάθε χρήση του Λογισμικού Apple. Οι ενότητες 4, 5, 6, 7, 8, 9, 10, 12 και 13 της παρούσας Άδειας χρήσης εξακολουθούν να ισχύουν σε περίπτωση οποιασδήποτε εν λόγω λύσης.

**7. Αποποίηση εγγυήσεων**

7.1    Αν είστε πελάτης που είναι καταναλωτής (κάποιος που χρησιμοποιεί το λογισμικό Apple εκτός της εργασίας, της επιχείρησης ή του επαγγέλματός του), μπορεί να έχετε νομικά δικαιώματα στη χώρα κατοικίας σας σύμφωνα με τα οποία απαγορεύεται η εφαρμογή των παρακάτω περιορισμών σε εσάς και, όπου ισχύει αυτή η απαγόρευση, οι περιορισμοί αυτοί δεν θα ισχύουν για εσάς. Για να μάθετε περισσότερα σχετικά με τα δικαιώματα, επικοινωνήστε με έναν τοπικό οργανισμό ενημέρωσης καταναλωτών.

7.2    ΡΗΤΩΣ ΔΗΛΩΝΕΤΕ ΚΑΙ ΑΠΟΔΕΧΕΣΤΕ ΟΤΙ, ΣΤΟΝ ΒΑΘΜΟ ΠΟΥ ΕΠΙΤΡΕΠΕΤΑΙ ΑΠΟ ΤΗΝ ΙΣΧΥΟΥΣΑ ΝΟΜΟΘΕΣΙΑ, Η ΧΡΗΣΗ ΤΟΥ ΛΟΓΙΣΜΙΚΟΥ APPLE ΚΑΙ ΤΥΧΟΝ ΥΠΗΡΕΣΙΩΝ ΠΟΥ ΕΚΤΕΛΟΥΝΤΑΙ Ή ΕΙΝΑΙ ΠΡΟΣΠΕΛΑΣΙΜΑ ΜΕΣΩ ΤΟΥ ΛΟΓΙΣΜΙΚΟΥ APPLE, ΓΙΝΕΤΑΙ ΑΠΟΚΛΕΙΣΤΙΚΑ ΜΕ ΔΙΚΗ ΣΑΣ ΕΥΘΥΝΗ ΚΑΙ ΟΤΙ Η ΣΥΝΟΛΙΚΗ ΕΥΘΥΝΗ ΑΝΑΦΟΡΙΚΑ ΜΕ ΤΗΝ ΙΚΑΝΟΠΟΙΗΤΙΚΗ ΠΟΙΟΤΗΤΑ, ΑΠΟΔΟΣΗ, ΑΚΡΙΒΕΙΑ ΚΑΙ ΠΡΟΣΠΑΘΕΙΑ ΒΑΡΥΝΕΙ ΕΣΑΣ.

7.3    ΚΑΤΑ ΤΟΝ ΜΕΓΙΣΤΟ ΒΑΘΜΟ ΠΟΥ ΕΠΙΤΡΕΠΕΤΑΙ ΑΠΟ ΤΟ ΕΦΑΡΜΟΣΤΕΟ ΔΙΚΑΙΟ, ΤΟ ΛΟΓΙΣΜΙΚΟ APPLE ΚΑΙ ΟΙ ΥΠΗΡΕΣΙΕΣ ΠΑΡΕΧΟΝΤΑΙ «ΩΣ ΕΧΟΥΝ» ΚΑΙ «ΕΦΟΣΟΝ ΔΙΑΤΙΘΕΝΤΑΙ», ΜΕ ΟΛΑ ΤΑ ΕΛΑΤΤΩΜΑΤΑ ΚΑΙ ΧΩΡΙΣ ΕΓΓΥΗΣΗ ΟΠΟΙΑΣΔΗΠΟΤΕ ΜΟΡΦΗΣ ΚΑΙ Η APPLE ΚΑΙ ΟΙ ΔΙΚΑΙΟΠΑΡΟΧΟΙ ΤΗΣ APPLE (ΚΑΛΟΥΜΕΝΟΙ ΑΠΟ ΚΟΙΝΟΥ «Η APPLE» ΓΙΑ ΤΟΥΣ ΣΚΟΠΟΥΣ ΤΩΝ ΠΑΡΑΓΡΑΦΩΝ 7 ΚΑΙ 8) ΔΙΑ ΤΟΥ ΠΑΡΟΝΤΟΣ ΑΠΟΠΟΙΟΥΝΤΑΙ ΟΠΟΙΕΣΔΗΠΟΤΕ ΕΓΓΥΗΣΕΙΣ ΚΑΙ ΠΡΟΫΠΟΘΕΣΕΙΣ ΑΝΑΦΟΡΙΚΑ ΜΕ ΤΟ ΛΟΓΙΣΜΙΚΟ ΚΑΙ ΤΙΣ ΥΠΗΡΕΣΙΕΣ APPLE, ΕΙΤΕ ΕΙΝΑΙ ΡΗΤΕΣ, ΣΙΩΠΗΡΕΣ Ή ΕΚ ΤΟΥ ΝΟΜΟΥ, ΣΥΜΠΕΡΙΛΑΜΒΑΝΟΜΕΝΩΝ, ΕΝΔΕΙΚΤΙΚΑ, ΤΩΝ ΣΙΩΠΗΡΩΝ ΕΓΓΥΗΣΕΩΝ Ή/ΚΑΙ ΠΡΟΫΠΟΘΕΣΕΩΝ ΕΜΠΟΡΕΥΣΙΜΟΤΗΤΑΣ, ΙΚΑΝΟΠΟΙΗΤΙΚΗΣ ΠΟΙΟΤΗΤΑΣ, ΚΑΤΑΛΛΗΛΟΤΗΤΑΣ ΓΙΑ ΣΥΓΚΕΚΡΙΜΕΝΟ ΣΚΟΠΟ, ΑΚΡΙΒΕΙΑΣ, ΑΔΙΑΤΑΡΑΚΤΗΣ ΚΑΤΟΧΗΣ ΚΑΙ ΧΡΗΣΗΣ ΚΑΙ ΜΗ ΠΑΡΑΒΙΑΣΗΣ ΤΩΝ ΔΙΚΑΙΩΜΑΤΩΝ ΤΡΙΤΩΝ.

7.4    Η APPLE ΔΕΝ ΕΓΓΥΑΤΑΙ ΟΤΙ ΔΕΝ ΘΑ ΥΠΑΡΞΕΙ ΔΙΑΤΑΡΑΞΗ ΤΗΣ ΧΡΗΣΗΣ ΤΟΥ ΛΟΓΙΣΜΙΚΟΥ ΚΑΙ ΤΩΝ ΥΠΗΡΕΣΙΩΝ APPLE, ΟΤΙ ΟΙ ΛΕΙΤΟΥΡΓΙΕΣ ΠΟΥ ΠΕΡΙΛΑΜΒΑΝΟΝΤΑΙ ΣΤΟ ΛΟΓΙΣΜΙΚΟ APPLE Ή ΟΙ ΥΠΗΡΕΣΙΕΣ ΠΟΥ ΕΚΤΕΛΟΥΝΤΑΙ Ή ΠΑΡΕΧΟΝΤΑΙ ΑΠΟ ΑΥΤΟ ΘΑ ΑΝΤΑΠΟΚΡΙΘΟΥΝ ΣΤΙΣ ΑΠΑΙΤΗΣΕΙΣ ΣΑΣ, ΟΤΙ Η ΛΕΙΤΟΥΡΓΙΑ ΤΟΥ ΛΟΓΙΣΜΙΚΟΥ ΚΑΙ ΤΩΝ ΥΠΗΡΕΣΙΩΝ APPLE ΘΑ ΕΙΝΑΙ ΑΔΙΑΛΕΙΠΤΗ Ή ΧΩΡΙΣ ΣΦΑΛΜΑΤΑ, ΟΤΙ ΟΠΟΙΕΣΔΗΠΟΤΕ ΥΠΗΡΕΣΙΕΣ ΘΑ ΣΥΝΕΧΙΣΟΥΝ ΝΑ ΕΙΝΑΙ ΔΙΑΘΕΣΙΜΕΣ, ΟΤΙ ΤΥΧΟΝ ΕΛΑΤΤΩΜΑΤΑ ΣΤΟ ΛΟΓΙΣΜΙΚΟ Ή ΤΙΣ ΥΠΗΡΕΣΙΕΣ ΤΟΥ APPLE ΘΑ ΔΙΟΡΘΩΘΟΥΝ Ή ΟΤΙ ΤΟ ΛΟΓΙΣΜΙΚΟ APPLE ΘΑ ΕΙΝΑΙ ΣΥΜΒΑΤΟ Ή ΘΑ ΛΕΙΤΟΥΡΓΕΙ ΜΕ ΟΠΟΙΟΔΗΠΟΤΕ ΛΟΓΙΣΜΙΚΟ Ή ΕΦΑΡΜΟΓΕΣ ΤΡΙΤΩΝ Ή ΥΠΗΡΕΣΙΕΣ ΤΡΙΤΩΝ. Η ΕΓΚΑΤΑΣΤΑΣΗ ΑΥΤΟΥ ΤΟΥ ΛΟΓΙΣΜΙΚΟΥ APPLE ΕΝΔΕΧΕΤΑΙ ΝΑ ΕΠΗΡΕΑΣΕΙ ΤΗ ΔΙΑΘΕΣΙΜΟΤΗΤΑ ΚΑΙ ΧΡΗΣΤΙΚΟΤΗΤΑ ΤΟΥ ΛΟΓΙΣΜΙΚΟΥ ΤΡΙΤΩΝ, ΤΙΣ ΕΦΑΡΜΟΓΕΣ Ή ΤΙΣ ΥΠΗΡΕΣΙΕΣ ΤΡΙΤΩΝ, ΚΑΘΩΣ ΚΑΙ ΤΑ ΠΡΟΪΟΝΤΑ ΚΑΙ ΤΙΣ ΥΠΗΡΕΣΙΕΣ APPLE.

7.5    ΕΠΙΠΡΟΣΘΕΤΩΣ, ΑΝΑΓΝΩΡΙΖΕΤΕ ΟΤΙ ΤΟ ΛΟΓΙΣΜΙΚΟ ΚΑΙ ΟΙ ΥΠΗΡΕΣΙΕΣ APPLE ΔΕΝ ΠΡΟΟΡΙΖΟΝΤΑΙ ΟΥΤΕ ΕΙΝΑΙ ΚΑΤΑΛΛΗΛΕΣ ΓΙΑ ΧΡΗΣΗ ΣΕ ΠΕΡΙΣΤΑΣΕΙΣ Ή ΠΕΡΙΒΑΛΛΟΝΤΑ ΟΠΟΥ Η ΑΝΕΠΑΡΚΕΙΑ Ή ΟΙ ΚΑΘΥΣΤΕΡΗΣΕΙΣ, ΤΑ ΣΦΑΛΜΑΤΑ Ή ΟΙ ΑΝΑΚΡΙΒΕΙΕΣ ΣΤΟ ΠΕΡΙΕΧΟΜΕΝΟ, ΤΑ ΔΕΔΟΜΕΝΑ Ή ΤΙΣ ΠΛΗΡΟΦΟΡΙΕΣ ΠΟΥ ΠΑΡΕΧΟΝΤΑΙ ΑΠΟ ΤΟ ΛΟΓΙΣΜΙΚΟ APPLE ΕΝΔΕΧΕΤΑΙ ΝΑ ΕΧΟΥΝ ΩΣ ΣΥΝΕΠΕΙΑ ΤΟΝ ΘΑΝΑΤΟ, ΣΩΜΑΤΙΚΕΣ ΒΛΑΒΕΣ Ή ΣΟΒΑΡΕΣ ΥΛΙΚΕΣ ΖΗΜΙΕΣ Η ΒΛΑΒΗ ΣΤΟ ΠΕΡΙΒΑΛΛΟΝ, ΣΥΜΠΕΡΙΛΑΜΒΑΝΟΜΕΝΩΝ, ΜΕΤΑΞΥ ΑΛΛΩΝ, ΤΗΣ ΕΠΙΧΕΙΡΗΣΙΑΚΗΣ ΛΕΙΤΟΥΡΓΙΑΣ ΠΥΡΗΝΙΚΩΝ ΕΓΚΑΤΑΣΤΑΣΕΩΝ, ΣΥΣΤΗΜΑΤΩΝ ΠΛΟΗΓΗΣΗΣ Ή ΕΠΙΚΟΙΝΩΝΙΑΣ ΑΕΡΟΣΚΑΦΩΝ, ΕΛΕΓΧΟΥ ΕΝΑΕΡΙΑΣ ΚΥΚΛΟΦΟΡΙΑΣ, ΥΠΟΣΤΗΡΙΞΗΣ ΖΩΤΙΚΩΝ ΛΕΙΤΟΥΡΓΙΩΝ Ή ΟΠΛΙΚΩΝ ΣΥΣΤΗΜΑΤΩΝ.

7.6    ΚΑΜΙΑ ΠΡΟΦΟΡΙΚΗ Ή ΓΡΑΠΤΗ ΠΛΗΡΟΦΟΡΙΑ Ή ΣΥΜΒΟΥΛΗ ΠΟΥ ΤΥΧΟΝ ΠΑΡΑΣΧΕΘΕΙ ΑΠΟ ΤΗΝ APPLE Ή ΕΞΟΥΣΙΟΔΟΤΗΜΕΝΟ ΕΚΠΡΟΣΩΠΟ ΤΗΣ APPLE ΔΕΝ ΑΠΟΤΕΛΕΙ ΕΓΓΥΗΣΗ. ΕΑΝ ΤΟ ΛΟΓΙΣΜΙΚΟ Ή ΟΙ ΥΠΗΡΕΣΙΕΣ APPLE ΑΠΟΔΕΙΧΤΟΥΝ ΕΛΑΤΤΩΜΑΤΙΚΕΣ, ΑΝΑΛΑΜΒΑΝΕΤΕ ΤΟ ΣΥΝΟΛΙΚΟ ΚΟΣΤΟΣ ΚΑΘΕ ΑΠΑΡΑΙΤΗΤΟΥ ΣΕΡΒΙΣ, ΕΠΙΣΚΕΥΗΣ Ή ΕΠΙΔΙΟΡΘΩΣΗΣ. ΟΡΙΣΜΕΝΕΣ

ΔΙΚΑΙΟΔΟΣΙΕΣ ΔΕΝ ΕΠΙΤΡΕΠΟΥΝ ΤΟΝ ΑΠΟΚΛΕΙΣΜΟ ΣΙΩΠΗΡΩΝ ΕΓΓΥΗΣΕΩΝ Ή ΤΟΝ ΠΕΡΙΟΡΙΣΜΟ ΤΩΝ ΚΑΤΑΝΑΛΩΤΙΚΩΝ ΔΙΚΑΙΩΜΑΤΩΝ ΠΟΥ ΠΡΟΒΛΕΠΟΝΤΑΙ ΕΚ ΤΟΥ ΝΟΜΟΥ, ΣΥΝΕΠΩΣ ΟΙ ΠΑΡΑΠΑΝΩ ΑΠΟΚΛΕΙΣΜΟΙ ΚΑΙ ΠΕΡΙΟΡΙΣΜΟΙ ΕΝΔΕΧΕΤΑΙ ΝΑ ΜΗΝ ΙΣΧΥΟΥΝ ΓΙΑ ΕΣΑΣ.

**8. Ρήτρα περιορισμού ευθύνης.** ΚΑΤΑ ΤΟΝ ΒΑΘΜΟ ΠΟΥ Η ΙΣΧΥΟΥΣΑ ΝΟΜΟΘΕΣΙΑ ΔΕΝ ΤΟ ΑΠΑΓΟΡΕΥΕΙ, Η APPLE, ΟΙ ΣΥΝΕΡΓΑΤΕΣ, ΑΝΤΙΠΡΟΣΩΠΟΙ Ή ΕΝΤΟΛΟΔΟΤΕΣ ΤΗΣ, ΣΕ ΚΑΜΙΑ ΠΕΡΙΠΤΩΣΗ ΔΕΝ ΘΑ ΦΕΡΟΥΝ ΕΥΘΥΝΗ ΓΙΑ ΣΩΜΑΤΙΚΕΣ ΒΛΑΒΕΣ Ή ΓΙΑ ΟΠΟΙΑΔΗΠΟΤΕ ΑΠΟΘΕΤΙΚΗ, ΕΙΔΙΚΗ, ΕΜΜΕΣΗ Ή ΠΑΡΕΠΟΜΕΝΗ ΖΗΜΙΑ, ΣΥΜΠΕΡΙΛΑΜΒΑΝΟΜΕΝΗΣ, ΜΕΤΑΞΥ ΑΛΛΩΝ, ΤΗΣ ΖΗΜΙΑΣ ΑΠΟ ΔΙΑΦΥΓΟΝΤΑ ΚΕΡΔΗ, ΤΗΣ ΖΗΜΙΑΣ ΛΟΓΩ ΑΛΛΟΙΩΣΗΣ Ή ΑΠΩΛΕΙΑΣ ΔΕΔΟΜΕΝΩΝ, ΤΗΣ ΠΑΡΑΛΕΙΨΗΣ ΔΙΑΒΙΒΑΣΗΣ Ή ΛΗΨΗΣ ΟΠΟΙΩΝΔΗΠΟΤΕ ΔΕΔΟΜΕΝΩΝ (ΣΥΜΠΕΡΙΛΑΜΒΑΝΟΜΕΝΩΝ ΧΩΡΙΣ ΠΕΡΙΟΡΙΣΜΟ ΟΔΗΓΙΩΝ, ΕΡΓΑΣΙΕΣ ΚΑΙ ΥΛΙΚΑ ΜΑΘΗΜΑΤΩΝ), ΤΗΣ ΔΙΑΚΟΠΗΣ ΕΠΙΧΕΙΡΗΜΑΤΙΚΗΣ ΔΡΑΣΤΗΡΙΟΤΗΤΑΣ Ή ΟΠΟΙΑΣΔΗΠΟΤΕ ΑΛΛΗΣ ΖΗΜΙΑΣ Ή ΑΠΩΛΕΙΑΣ ΕΜΠΟΡΙΚΗΣ ΦΥΣΗΣ ΠΟΥ ΑΝΑΚΥΨΕΙ ΑΠΟ Ή ΣΧΕΤΙΖΕΤΑΙ ΜΕ ΤΗΝ ΑΠΟ ΜΕΡΟΥΣ ΣΑΣ ΧΡΗΣΗ Ή ΑΔΥΝΑΜΙΑ ΧΡΗΣΗΣ ΤΟΥ ΛΟΓΙΣΜΙΚΟΥ ΚΑΙ ΤΩΝ ΥΠΗΡΕΣΙΩΝ APPLE Ή ΟΠΟΙΟΥΔΗΠΟΤΕ ΛΟΓΙΣΜΙΚΟΥ Ή ΕΦΑΡΜΟΓΩΝ ΤΡΙΤΩΝ ΣΕ ΣΥΝΔΥΑΣΜΟ ΜΕ ΤΟ ΛΟΓΙΣΜΙΚΟ, ΤΙΣ ΕΦΑΡΜΟΓΕΣ Ή ΤΙΣ ΥΠΗΡΕΣΙΕΣ APPLE, ΟΠΟΥ ΚΑΙ ΑΝ ΟΦΕΙΛΕΤΑΙ, ΑΝΕΞΑΡΤΗΤΑ ΑΠΟ ΤΟ ΠΕΔΙΟ ΤΗΣ ΕΥΘΥΝΗΣ (ΣΥΜΒΑΣΗ, ΑΔΙΚΟΠΡΑΞΙΑ Ή ΑΛΛΗ) ΚΑΙ ΑΚΟΜΑ ΚΑΙ ΑΝ Η APPLE ΕΧΕΙ ΛΑΒΕΙ ΠΡΟΕΙΔΟΠΟΙΗΣΗ ΣΧΕΤΙΚΑ ΜΕ ΤΗΝ ΠΙΘΑΝΟΤΗΤΑ ΑΥΤΗΣ ΤΗΣ ΖΗΜΙΑΣ. ΟΡΙΣΜΕΝΕΣ ΔΙΚΑΙΟΔΟΣΙΕΣ ΔΕΝ ΕΠΙΤΡΕΠΟΥΝ ΤΗΝ ΕΞΑΙΡΕΣΗ Ή ΤΟΝ ΠΕΡΙΟΡΙΣΜΟ ΤΗΣ ΕΥΘΥΝΗΣ ΓΙΑ ΣΩΜΑΤΙΚΕΣ ΒΛΑΒΕΣ Ή ΓΙΑ ΣΥΜΠΤΩΜΑΤΙΚΕΣ Ή ΕΠΑΚΟΛΟΥΘΕΣ ΖΗΜΙΕΣ, ΣΥΝΕΠΩΣ ΑΥΤΗ Η ΡΗΤΡΑ ΠΕΡΙΟΡΙΣΜΟΥ ΕΥΘΥΝΗΣ ΕΝΔΕΧΕΤΑΙ ΝΑ ΜΗΝ ΙΣΧΥΕΙ ΓΙΑ ΕΣΑΣ. Η συνολική ευθύνη της Apple απέναντί σας για όλες τις ζημίες (εκτός από αυτές που τυχόν προβλέπονται από το εφαρμοστέο δίκαιο για περιπτώσεις σωματικών βλαβών) σε καμία περίπτωση δεν θα υπερβαίνει το ποσό των διακοσίων πενήντα δολαρίων ΗΠΑ (250 $). Οι ανωτέρω περιορισμοί της ευθύνης ισχύουν ακόμα και αν το προαναφερθέν μέσο αποκατάστασης δεν καλύπτει τον σκοπό για τον οποίο προορίζεται. ΜΕ ΤΗΝ ΕΠΙΦΥΛΑΞΗ ΤΥΧΟΝ ΑΛΛΩΝ ΟΡΩΝ ΤΗΣ ΠΑΡΟΥΣΑΣ ΑΔΕΙΑΣ ΧΡΗΣΗΣ, ΑΝ ΙΣΧΥΕΙ Η ΠΡΑΞΗ ΣΥΜΒΑΣΗΣ ΚΑΤΑΝΑΛΩΤΗ ΤΗΣ ΙΑΠΩΝΙΑΣ, ΟΙ ΟΡΟΙ ΠΟΥ ΠΕΡΙΟΡΙΖΟΥΝ ΤΗΝ ΕΥΘΥΝΗ ΤΗΣ APPLE ΓΙΑ ΖΗΜΙΕΣ ΠΟΥ ΠΡΟΚΥΠΤΟΥΝ ΑΠΟ ΠΑΡΑΒΙΑΣΗ ΤΗΣ ΣΥΜΒΑΣΗΣ Ή ΑΔΙΚΟΠΡΑΞΙΑ ΠΟΥ ΕΧΕΙ ΔΙΑΠΡΑΧΘΕΙ ΑΠΟ ΤΗΝ APPLE ΔΕΝ ΙΣΧΥΟΥΝ ΑΝ Η ΕΝ ΛΟΓΩ ΖΗΜΙΑ ΟΦΕΙΛΕΤΑΙ ΣΕ ΕΣΚΕΜΜΕΝΟ ΠΑΡΑΠΤΩΜΑ Ή ΒΑΡΙΑ ΑΜΕΛΕΙΑ ΤΗΣ APPLE.

**9. Ψηφιακά πιστοποιητικά.** Το Λογισμικό Apple περιέχει δυνατότητες οι οποίες του επιτρέπουν να αποδέχεται ψηφιακά πιστοποιητικά που έχουν εκδοθεί είτε από την Apple είτε από τρίτους. ΕΙΣΤΕ ΑΠΟΚΛΕΙΣΤΙΚΑ ΥΠΕΥΘΥΝΟΙ ΝΑ ΑΠΟΦΑΣΙΣΕΤΕ ΑΝ ΘΑ ΕΜΠΙΣΤΕΥΘΕΙΤΕ ΕΝΑ ΠΙΣΤΟΠΟΙΗΤΙΚΟ Ή ΟΧΙ, ΕΙΤΕ ΑΥΤΟ ΕΧΕΙ ΕΚΔΟΘΕΙ ΑΠΟ ΤΗΝ APPLE ΕΙΤΕ ΑΠΟ ΤΡΙΤΟ ΠΡΟΣΩΠΟ. Η ΑΠΟ ΜΕΡΟΥΣ ΣΑΣ ΧΡΗΣΗ ΨΗΦΙΑΚΩΝ ΠΙΣΤΟΠΟΙΗΤΙΚΩΝ ΓΙΝΕΤΑΙ ΜΕ ΑΠΟΚΛΕΙΣΤΙΚΑ ΔΙΚΗ ΣΑΣ ΕΥΘΥΝΗ. ΣΤΟΝ ΜΕΓΙΣΤΟ ΒΑΘΜΟ ΠΟΥ ΕΠΙΤΡΕΠΕΤΑΙ ΑΠΟ ΤΗΝ ΙΣΧΥΟΥΣΑ ΝΟΜΟΘΕΣΙΑ, Η APPLE ΔΕΝ ΠΡΟΒΑΙΝΕΙ ΣΕ ΚΑΜΙΑ ΕΓΓΥΗΣΗ Ή ΠΡΟΣΥΜΒΑΤΙΚΗ ΔΗΛΩΣΗ, ΡΗΤΗ Ή ΣΙΩΠΗΡΗ, ΟΣΟΝ ΑΦΟΡΑ ΤΗΝ ΕΜΠΟΡΕΥΣΙΜΟΤΗΤΑ Ή ΚΑΤΑΛΛΗΛΟΤΗΤΑ ΓΙΑ ΟΠΟΙΟΝΔΗΠΟΤΕ ΣΥΓΚΕΚΡΙΜΕΝΟ ΣΚΟΠΟ Ή ΓΙΑ ΤΗΝ ΑΚΡΙΒΕΙΑ, ΑΣΦΑΛΕΙΑ Ή ΜΗ ΠΑΡΑΒΙΑΣΗ ΔΙΚΑΙΩΜΑΤΩΝ ΤΡΙΤΩΝ ΑΝΑΦΟΡΙΚΑ ΜΕ ΨΗΦΙΑΚΑ ΠΙΣΤΟΠΟΙΗΤΙΚΑ.

**10. Έλεγχος εξαγωγών.** Δεν μπορείτε να χρησιμοποιήσετε ή με άλλον τρόπο να εξαγάγετε ή να επανεξαγάγετε το Λογισμικό Apple εκτός από τις περιπτώσεις που επιτρέπεται από τη νομοθεσία των Ηνωμένων Πολιτειών και τους νόμους της περιοχής δικαιοδοσίας στην οποία αποκτήθηκε το Λογισμικό Apple. Συγκεκριμένα, αλλά όχι περιοριστικά, το Λογισμικό Apple δεν μπορεί ή να εξαχθεί ή να επανεξαχθεί (α) σε κάποια χώρα στην οποία έχουν επιβάλει εμπορικό αποκλεισμό οι ΗΠΑ ή (β) σε οποιονδήποτε που περιλαμβάνεται στον κατάλογο Ειδικώς χαρακτηρισμένων αλλοδαπών προσώπων (Specially Designated Nationals List) του Υπουργείου Οικονομικών των ΗΠΑ ή στον κατάλογο Αποκλεισμένων φυσικών ή νομικών προσώπων του Υπουργείου Εμπορίου των ΗΠΑ ή άλλους τέτοιους καταλόγους αποκλεισμένων ατόμων. Χρησιμοποιώντας το Λογισμικό Apple, δηλώνετε και εγγυάστε ότι δεν βρίσκεστε σε οποιαδήποτε τέτοια χώρα ή κατάλογο. Αποδέχεστε επίσης ότι δεν θα χρησιμοποιήσετε το Λογισμικό

Apple για σκοπούς που απαγορεύονται από το δίκαιο των ΗΠΑ, όπως, μεταξύ άλλων, την ανάπτυξη, τον σχεδιασμό, την κατασκευή ή την παραγωγή πυραύλων, πυρηνικών, χημικών ή βιολογικών όπλων.

**11. Τελικοί χρήστες του Δημοσίου.** Το Λογισμικό Apple και η σχετική τεκμηρίωση αποτελούν «Εμπορικά είδη», όπως η έννοια αυτή ορίζεται στο άρθρο 48, παράγραφος 2.101 του Κώδικα ομοσπονδιακών κανονισμών (C.F.R.), και συνίστανται σε «Εμπορικό λογισμικό υπολογιστών» και «Πληροφοριακό υλικό εμπορικού λογισμικού υπολογιστών», όπως οι έννοιες αυτές ορίζονται, κατά περίπτωση, στο άρθρο 48, παράγραφος 12.212 ή στο άρθρο 48, παράγραφος 227.7202 του C.F.R. Σύμφωνα με το άρθρο 48, παράγραφος 12.212 ή το άρθρο 48, παράγραφοι 227.7202-1 ως 227.7202-4, κατά περίπτωση, το Εμπορικό λογισμικό υπολογιστών και το Πληροφοριακό υλικό εμπορικού λογισμικού υπολογιστών παρέχονται με άδεια χρήσης σε τελικούς χρήστες του αμερικανικού Δημοσίου (α) μόνο ως Εμπορικά είδη και (β) μόνο με εκείνα τα δικαιώματα που εκχωρούνται σε όλους τους άλλους τελικούς χρήστες σύμφωνα με τους όρους που περιέχονται στην παρούσα. Με την επιφύλαξη όλων των μη δημοσιευμένων δικαιωμάτων σύμφωνα με το δίκαιο περί πνευματικής ιδιοκτησίας των Ηνωμένων Πολιτειών.

**12. Εφαρμοστέο δίκαιο και ακυρότητα επιμέρους όρων.** Η παρούσα Άδεια χρήσης διέπεται από και ερμηνεύεται σύμφωνα με το δίκαιο της Πολιτείας της Καλιφόρνια, εξαιρουμένων των αρχών σύγκρουσης νόμων. Η παρούσα Άδεια χρήσης δεν διέπεται από τη Σύμβαση των Ηνωμένων Εθνών για τις διεθνείς πωλήσεις κινητών πραγμάτων, η εφαρμογή της οποίας αποκλείεται ρητώς. Αν είστε καταναλωτής με έδρα το Ηνωμένο Βασίλειο, η παρούσα Άδεια χρήσης διέπεται από τους νόμους της δικαιοδοσίας της χώρας κατοικίας σας. Αν για οποιονδήποτε λόγο ένα δικαστήριο της αρμόδιας δικαιοδοσίας κρίνει ότι οποιοσδήποτε όρος ή μέρος αυτού είναι άκυρος, η υπόλοιπη Άδεια χρήσης παραμένει σε πλήρη ισχύ και εξακολουθεί να παράγει τα αποτελέσματά της.

**13. Πλήρης σύμβαση. Επίσημη γλώσσα.** Η παρούσα Άδεια χρήσης αντιπροσωπεύει την πλήρη σύμβαση ανάμεσα σε εσάς και την Apple αναφορικά με το Λογισμικό Apple και υπερισχύει κάθε προηγούμενης ή ταυτόχρονης συμφωνίας αναφορικά με το ίδιο αντικείμενο. Καμία τροποποίηση ή μεταβολή της παρούσας Άδειας χρήσης δεν θα είναι δεσμευτική εκτός αν συνταχθεί εγγράφως και υπογραφεί από την Apple. Τυχόν μετάφραση της παρούσας Άδειας χρήσης εξυπηρετεί τις τοπικές ανάγκες και, σε περίπτωση διαφοράς μεταξύ του κειμένου στην αγγλική γλώσσα και του κειμένου σε άλλη γλώσσα, το κείμενο στην αγγλική γλώσσα θα υπερισχύει στον βαθμό που δεν απαγορεύεται από την τοπική νομοθεσία της δικαιοδοσίας σας.

**14. Αναγνώριση δικαιωμάτων τρίτων.** Μέρη του Λογισμικού Apple ενδέχεται να χρησιμοποιούν ή να περιλαμβάνουν λογισμικό τρίτων ή άλλο υλικό που προστατεύεται από πνευματικά δικαιώματα. Οι δηλώσεις αναγνώρισης δικαιωμάτων, οι όροι χορήγησης άδειας χρήσης και οι περιορισμοί ευθύνων για το εν λόγω υλικό περιέχονται στο ηλεκτρονικό πληροφοριακό υλικό για το Λογισμικό Apple και η από μέρους σας χρήση αυτού του υλικού διέπεται από τους αντίστοιχους όρους. Η χρήση της υπηρεσίας «Ασφαλής Περιήγηση» της Google υπόκειται στους Όρους παροχής υπηρεσιών της Google (https://www.google.com/intl/en/policies/terms/) και στην Πολιτική προστασίας απορρήτου της Google (https://www.google.com/intl/en/policies/privacy/).

**15. Χρήση MPEG-4. Δήλωση H.264/AVC.**
(α) Το Λογισμικό Apple διαθέτει άδεια χρήσης σύμφωνα με την Άδεια χαρτοφυλακίου διπλώματος ευρεσιτεχνίας οπτικού υλικού MPEG-4 για κωδικοποίηση σύμφωνα με το πρότυπο MPEG-4 Systems Standard, με τη διαφορά ότι απαιτείται επιπρόσθετη άδεια χρήσης και πληρωμή πνευματικών δικαιωμάτων για κωδικοποίηση που αφορά (i) δεδομένα αποθηκευμένα ή αντιγραμμένα σε φυσικό μέσο που πληρώνονται σε ατομική βάση ή/και (ii) δεδομένα που πληρώνονται σε ατομική βάση και μεταδίδονται σε τελικό χρήστη για μόνιμη αποθήκευση ή/και χρήση. Μπορείτε να λάβετε μια τέτοια επιπρόσθετη άδεια χρήσης από την MPEG LA, LLC. Για περισσότερες λεπτομέρειες, ανατρέξτε στη διεύθυνση https://www.mpegla.com.

(β) Το Λογισμικό Apple περιλαμβάνει λειτουργία κωδικοποίησης ή/και αποκωδικοποίησης βίντεο MPEG-4. Το Λογισμικό Apple παρέχεται με άδεια χρήσης σύμφωνα με την Άδεια χρήσης MPEG-4 Visual Patent Portfolio License για την προσωπική και μη εμπορική χρήση από μέρους ενός καταναλωτή για (i) κωδικοποίηση βίντεο σύμφωνα με το Πρότυπο οπτικών μέσων MPEG-4 («MPEG-4 Video») ή/και (ii) αποκωδικοποίηση βίντεο MPEG-4 που κωδικοποιήθηκε από έναν καταναλωτή ενεργούντα στο πλαίσιο προσωπικής και μη εμπορικής δραστηριότητας ή/και παρασχέθηκε από πάροχο βίντεο στον οποίο χορηγήθηκε άδεια από την εταιρία MPEG LA για την παροχή βίντεο MPEG-4. Δεν χορηγείται καμία άδεια ούτε θα υπονοείται για κάποια άλλη χρήση. Μπορείτε να λάβετε επιπλέον πληροφορίες συμπεριλαμβανομένων και αυτών που συνδέονται με διαφημιστικές, εσωτερικές και εμπορικές χρήσεις και τη χορήγηση αδειών από τη MPEG LA, LLC. Ανατρέξτε στη διεύθυνση https://www.mpegla.com.

(γ) Το Λογισμικό Apple περιέχει λειτουργία κωδικοποίησης ή/και αποκωδικοποίησης AVC. Η εμπορική χρήση του Η.264/AVC προϋποθέτει πρόσθετη άδεια και εφαρμόζεται η παρακάτω διάταξη: Η ΛΕΙΤΟΥΡΓΙΚΟΤΗΤΑ AVC ΣΤΟ ΛΟΓΙΣΜΙΚΟ APPLE, ΔΙΑ ΤΗΣ ΠΑΡΟΥΣΗΣ, ΠΑΡΕΧΕΤΑΙ ΜΕ ΑΔΕΙΑ ΜΟΝΟ ΓΙΑ ΠΡΟΣΩΠΙΚΗ ΚΑΙ ΜΗ ΕΜΠΟΡΙΚΗ ΧΡΗΣΗ ΑΠΟ ΜΕΡΟΥΣ ΕΝΟΣ ΚΑΤΑΝΑΛΩΤΗ ΓΙΑ (i) ΚΩΔΙΚΟΠΟΙΗΣΗ ΒΙΝΤΕΟ ΣΥΜΦΩΝΑ ΜΕ ΤΟ ΠΡΟΤΥΠΟ AVC («AVC VIDEO») Ή/ΚΑΙ (ii) ΑΠΟΚΩΔΙΚΟΠΟΙΗΣΗ ΒΙΝΤΕΟ AVC ΠΟΥ ΚΩΔΙΚΟΠΟΙΗΘΗΚΕ ΑΠΟ ΚΑΤΑΝΑΛΩΤΗ ΕΝΕΡΓΟΥΝΤΑ ΣΤΟ ΠΛΑΙΣΙΟ ΠΡΟΣΩΠΙΚΗΣ ΚΑΙ ΜΗ ΕΜΠΟΡΙΚΗΣ ΔΡΑΣΤΗΡΙΟΤΗΤΑΣ Ή/ΚΑΙ ΠΑΡΑΣΧΕΘΗΚΕ ΑΠΟ ΕΤΑΙΡΕΙΑ ΠΑΡΟΧΗΣ ΒΙΝΤΕΟ Η ΟΠΟΙΑ ΔΙΑΘΕΤΕΙ ΑΔΕΙΑ ΓΙΑ ΤΗΝ ΠΑΡΟΧΗ BINTEO AVC. ΓΙΑ ΠΛΗΡΟΦΟΡΙΕΣ ΓΙΑ ΑΛΛΕΣ ΧΡΗΣΕΙΣ ΚΑΙ ΑΔΕΙΕΣ ΜΠΟΡΕΙΤΕ ΝΑ ΑΠΕΥΘΥΝΕΣΤΕ ΣΤΗΝ ΕΤΑΙΡΙΑ MPEG LA L.L.C. ΑΝΑΤΡΕΞΤΕ ΣΤΗ ΔΙΕΥΘΥΝΣΗ https://www.mpegla.com.

**16. Περιορισμοί της υπηρεσίας αναζήτησης Yahoo Search Service.** Η άδεια για την υπηρεσία αναζήτησης Yahoo Search Service που διατίθεται μέσω της εφαρμογής Safari χορηγείται για χρήση στις παρακάτω χώρες και περιοχές μόνο: Αγία Λουκία, Άγιος Βικέντιος, Αργεντινή, Αρούμπα, Αυστραλία, Αυστρία, Βέλγιο, Βενεζουέλα, Βερμούδα, Βουλγαρία, Βραζιλία, Γαλλία, Γερμανία, Γουατεμάλα, Γρενάδα, Δανία, Δομινικανή Δημοκρατία, Ελ Σαλβαδόρ, Ελβετία, Ελλάδα, ΗΠΑ, Ηνωμένο Βασίλειο, Ιαπωνία, Ινδία, Ινδονησία, Ιρλανδία, Ισημερινός, Ισλανδία, Ισπανία, Ιταλία, Καναδάς, Κίνα (ηπειρωτική), Χονγκ Κονγκ, Ταϊβάν, Κολομβία, Κύπρος, Λετονία, Λιθουανία, Λουξεμβούργο, Μαλαισία, Μάλτα, Μεξικό, Μπαρμπέιντος, Μπαχάμες, Νέα Ζηλανδία, Νήσοι Κέιμαν, Νικαράγουα, Νορβηγία, Νότια Κορέα, Ολλανδία, Ουγγαρία, Ουρουγουάη, Παναμάς, Περού, Πολωνία, Πορτογαλία, Πουέρτο Ρίκο, Ρουμανία, Σιγκαπούρη, Σλοβακία, Σλοβενία, Σουηδία, Ταϊλάνδη, Τζαμάικα, Τρινιντάντ και Τομπάγκο, Τουρκία, Τσεχία, Φιλιππίνες, Φινλανδία και Χιλή.

**17. Ειδοποίηση για το Microsoft Exchange.** Παρέχεται άδεια για τη ρύθμιση αλληλογραφίας Microsoft Exchange στο Λογισμικό Apple μόνο για αυτόματο συγχρονισμό πληροφοριών, όπως email, επαφές, ημερολόγιο και εργασίες, μεταξύ της Συσκευής και του Microsoft Exchange Server ή άλλου λογισμικού διακομιστή που παρέχεται κατόπιν άδειας της Microsoft για εφαρμογή του πρωτοκόλλου Microsoft Exchange ActiveSync.

EA1806
07/08/2022

————————————

**Πρόσθετοι όροι και προϋποθέσεις για το Apple Pay και το Πορτοφόλι**

Οι παρόντες Πρόσθετοι όροι και προϋποθέσεις για το Apple Pay και το Πορτοφόλι (οι παρόντες «Πρόσθετοι όροι») συμπληρώνουν τη Σύμβαση άδειας χρήσης του Λογισμικού Apple (η «Άδεια χρήσης»). Οι όροι της Άδειας χρήσης και οι παρόντες Πρόσθετοι όροι διέπουν την από μέρους σας χρήση της δυνατότητας Apple Pay («Apple Pay») και της εφαρμογής Apple Wallet («Πορτοφόλι»), η οποία θα αποκαλείται «Υπηρεσία» εφεξής στην παρούσα άδεια χρήσης. Οι λέξεις-όροι με το πρώτο γράμμα κεφαλαίο που χρησιμοποιούνται στους παρόντες Πρόσθετους όρους έχουν τις έννοιες που ορίζονται

στην Άδεια χρήσης.

## 1. Επισκόπηση

**Apple Pay**

Το Apple Pay επιτρέπει:

- την πραγματοποίηση ανέπαφων πληρωμών μέσω πιστωτικών, χρεωστικών και προπληρωμένων καρτών, συμπεριλαμβανομένων της Apple Card και της κάρτας Apple Cash, σε συγκεκριμένα καταστήματα ή μέσα από επιλεγμένες εφαρμογές ή ιστότοπους,
- την αποστολή ατομικών πληρωμών σε άλλους χρήστες του Apple Cash και
- την παρακολούθηση παραγγελιών και την προβολή λεπτομερών αποδείξεων.

Το Apple Pay και συγκεκριμένες δυνατότητες του Apple Pay μπορεί να είναι διαθέσιμες μόνο σε συγκεκριμένες περιοχές, για συγκεκριμένους εκδότες καρτών, συγκεκριμένα δίκτυα πληρωμών, συγκεκριμένους εμπόρους και άλλα τρίτα μέρη.

**Πορτοφόλι**

Το Apple Wallet σάς επιτρέπει να αποθηκεύετε εικονικές απεικονίσεις χρεωστικών, πιστωτικών και προπληρωμένων καρτών για χρήση με το Apple Pay (συλλογικά, «Κάρτες Apple Pay»), καθώς και άλλων τύπων καρτών, πάσων και κλειδιών, συμπεριλαμβανομένων ενδεικτικά των παρακάτω (συλλογικά «Πάσα Πορτοφολιού», και μαζί με τις Κάρτες Apple Pay, «Υποστηριζόμενες κάρτες»).

- κάρτες επιβράβευσης
- κάρτες μέσων μεταφοράς
- εισιτήρια
- πάσα συνδρομής
- κλειδιά αυτοκινήτου
- κλειδιά αυτοκινήτου
- κλειδιά ξενοδοχείου και σχετικών υπηρεσιών φιλοξενίας
- εταιρικές ταμπέλες
- φοιτητικές ταυτότητες και
- δίπλωμα οδήγησης και κάρτες ταυτοποίησης που εκδίδονται από το κράτος ή την κυβέρνηση («ταυτότητες»).

Τα Πάσα Πορτοφολιού μπορεί να είναι διαθέσιμα μόνο σε επιλεγμένες περιοχές και με επιλεγμένους συνεργάτες. Οι ταυτότητες μπορεί να είναι διαθέσιμες μόνο για κατοίκους συμμετεχόντων κρατών και η παρουσίαση μπορεί να διαφέρει ανάλογα με το κράτος ή την τοποθεσία.

Οι Υποστηριζόμενες κάρτες ενδέχεται να αλλάζουν κατά καιρούς.

## 2. Καταλληλότητα

Για να χρησιμοποιήσετε το Apple Pay και το Πορτοφόλι, πρέπει να διαθέτετε (i) μια υποστηριζόμενη Συσκευή με μια έκδοση λειτουργικού λογισμικού που να υποστηρίζει τις Υπηρεσίες (προτείνεται και μερικές φορές απαιτείται η τελευταία έκδοση), (ii) ένα Apple ID που να σχετίζεται με έναν λογαριασμό iCloud που να είναι ενήμερος με την Apple και (iii) πρόσβαση στο διαδίκτυο (μπορεί να ισχύουν χρεώσεις). Με την εξαίρεση του Apple Cash Family και επιλεγμένων καρτών ηλεκτρονικών χρημάτων, οι Κάρτες Apple Pay διατίθενται μόνο σε άτομα ηλικίας 13 ετών ή άνω και μπορεί να υπόκεινται σε πρόσθετους περιορισμούς ηλικίας που επιβάλλονται από το iCloud ή τον σχετικό εκδότη, έμπορο ή άλλο τρίτο μέρος. Οι κάρτες μέσων μεταφοράς, οι κάρτες ηλεκτρονικών χρημάτων, οι ταυτότητες, οι εταιρικές

ταμπέλες και τα κλειδιά είναι διαθέσιμα μόνο σε Συσκευές iOS.

Αν είστε γονέας ή νόμιμος κηδεμόνας μιας Οικογένειας iCloud («Οργανωτής»), μπορείτε να προσκαλέσετε μέλη της Οικογένειας, συμπεριλαμβανομένων αυτών που είναι κάτω των 13 ετών (ή της ισοδύναμης ελάχιστης ηλικίας στην ισχύουσα χώρα), να φροντίζουν και να χρησιμοποιούν κατάλληλες κάρτες μέσων μεταφοράς στο Πορτοφόλι. Ως Οργανωτής, θα είστε υπεύθυνος για όλες τις πληρωμές, τις αγορές και τις συναλλαγές που πραγματοποιούνται με χρήση της κάρτας μέσων μεταφοράς που έχει ενεργοποιηθεί για τα μέλη της Οικογένειας, συμπεριλαμβανομένων αυτών που αρχικοποιούνται από το μέλος της Οικογένειας. Η καταλληλότητα και η χρήση των καρτών μέσων μεταφοράς στο Πορτοφόλι υπόκεινται στους όρους και στις προϋποθέσεις του αντίστοιχου φορέα μεταφοράς. Οι Οργανωτές είναι υπεύθυνοι για τη συμμόρφωση με αυτούς τους όρους και τις προϋποθέσεις και αναλαμβάνουν το ρίσκο που σχετίζεται με την ενεργοποίηση πάσων μέσων μεταφοράς για άλλα μέλη της Οικογένειας. Όταν ένα μέλος της Οικογένειας αποχωρεί ή αφαιρείται από την Οικογένεια, το μέλος της Οικογένειας δεν θα μπορεί πλέον να φορτώσει εκ νέου την κάρτα μέσου μεταφοράς και θα μπορεί μόνο να κάνει συναλλαγές στην κάρτα μέχρι τη στιγμή που το υπόλοιπο του λογαριασμού κάρτας θα είναι μηδέν.

Αν είστε κάτοχος ενός κλειδιού αυτοκινήτου, μπορείτε να μοιραστείτε το κλειδί αυτοκινήτου σας με άλλα άτομα ηλικίας 13 ετών ή άνω, για να μπορούν να ξεκλειδώνουν, να αποκτούν πρόσβαση ή/και να οδηγούν το αυτοκίνητό σας.

Τα κλειδιά σπιτιού μπορούν να προστεθούν ή η αφαιρεθούν από το Πορτοφόλι προσθέτοντας ή αφαιρώντας κλειδαριές στην εφαρμογή «Οικία» ή προσθέτοντας ή αφαιρώντας τον εαυτό σας από μια οικία στην εφαρμογή «Οικία». Αν είστε διαχειριστής μιας οικίας στην εφαρμογή «Οικία», τα υπάρχοντα κλειδιά σπιτιού θα μοιράζονται αυτόματα με τα άτομα τα οποία έχετε προσκαλέσει και έχουν γίνει μέλος της Οικίας σας.

Η Apple Card είναι διαθέσιμη μόνο στις Ηνωμένες Πολιτείες και εκδίδεται από τη Goldman Sachs Bank USA, Salt Lake City Branch («Εκδότης Apple Card»). Με εξαίρεση την Apple Card Family, η Apple Card διατίθεται μόνο σε άτομα ηλικίας 18 ετών ή άνω (ή μεγαλύτερης ηλικίας ανάλογα με την πολιτεία στην οποία κατοικείτε).

Η κάρτα Apple Cash και η δυνατότητα αποστολής και λήψης ατομικών πληρωμών διατίθενται μόνο στις Ηνωμένες Πολιτείες και αποτελούν υπηρεσίες που παρέχονται από την τράπεζα Green Dot Bank, μέλος της FDIC. Για να στείλετε ή να λάβετε μια ατομική πληρωμή στο Apple Pay, πρέπει να έχετε μια κάρτα Apple Cash. Με εξαίρεση την Apple Cash Family, η κάρτα Apple Cash και η δυνατότητα αποστολής και λήψης ατομικών πληρωμών διατίθενται μόνο σε άτομα ηλικίας 18 ετών ή άνω.

## 3. Χρήση των Υπηρεσιών

Οι Υποστηριζόμενες κάρτες και οι ατομικές πληρωμές σχετίζονται με το Apple ID το οποίο έχετε χρησιμοποιήσει για σύνδεση στο iCloud για χρήση αυτών των δυνατοτήτων. Όταν προσθέτετε ή αφαιρείτε κλειδιά, εταιρικές ταμπέλες, κάρτες επιβράβευσης, εισιτήρια και πάσα συνδρομών στο Πορτοφόλι, η αλλαγή ενδέχεται να εμφανιστεί στις υπόλοιπες συσκευές σας Apple στις οποίες έχετε συνδεθεί με το Apple ID σας. Θα μπορείτε να συσχετίζετε μόνο μία ταυτότητα για κάθε κρατική εκδοτική αρχή με κάθε Apple ID.

Το Apple Pay και το Πορτοφόλι προορίζονται για την προσωπική χρήση σας και μπορείτε να χρησιμοποιήσετε αποκλειστικά και μόνο τις δικές σας Υποστηριζόμενες κάρτες ή αυτές τις κάρτες μέσων μεταφοράς ή τα κλειδιά αυτοκινήτου και σπιτιού για τα οποία έχετε προσκληθεί να χρησιμοποιείτε από έναν Οργανωτή ή κάτοχο. Αν χρησιμοποιείτε υποστηριζόμενη εταιρική κάρτα, δηλώνετε ότι το κάνετε κατόπιν άδειας από τον εργοδότη σας και ότι έχετε εξουσιοδοτηθεί για τη συμμόρφωση του εργοδότη σας με τους παρόντες όρους χρήσης και την τήρηση όλων των συναλλαγών που επηρεάζουν τη χρήση

της δυνατότητας. Αν στέλνετε ή λαμβάνετε ατομικές πληρωμές, δηλώνετε ότι το κάνετε για προσωπική, μη εμπορική χρήση. Αν χρησιμοποιείτε μια ταυτότητα, δηλώνετε ότι το κάνετε χρησιμοποιώντας τα δικά σας προσωπικά στοιχεία που εκπροσωπούν με ακρίβεια και ειλικρίνεια εσάς.

Συμφωνείτε να μην χρησιμοποιείτε το Apple Pay ή το Πορτοφόλι για παράνομους ή δόλιους σκοπούς ή άλλους σκοπούς που απαγορεύονται από την Άδεια χρήσης και τους παρόντες Πρόσθετους όρους. Επιπλέον, συμφωνείτε να χρησιμοποιείτε το Apple Pay και το Πορτοφόλι σύμφωνα με τους ισχύοντες νόμους και κανονισμούς. Αναγνωρίζετε ότι οποιεσδήποτε ψευδείς πληροφορίες υποβάλλονται σε σχέση με μια ταυτότητα μπορεί να αποτελούν εγκληματική πράξη υπό τους ομοσπονδιακούς ή κρατικούς νόμους. Συμφωνείτε να μην δημιουργήσετε παρεμβολές ή να διακόψετε την υπηρεσία Apple Pay ή Πορτοφόλι (συμπεριλαμβανομένης της πρόσβασης στην υπηρεσία μέσω αυτοματοποιημένων τρόπων) ή τυχόν διακομιστές ή δίκτυα που είναι συνδεδεμένα με την υπηρεσία ή τυχόν πολιτικές, απαιτήσεις ή κανονισμούς δικτύων που είναι συνδεδεμένα με την υπηρεσία (συμπεριλαμβανομένων της μη εξουσιοδοτημένης πρόσβασης, της χρήσης ή παρακολούθησης δεδομένων ή κίνησης που την σχετίζονται με αυτήν).

Αν η προσπέλαση ή η χρήση του Apple Pay ή του Πορτοφολιού απαγορεύεται από την ισχύουσα νομοθεσία, δεν έχετε εξουσιοδότηση να προσπελάσετε ή να χρησιμοποιήσετε αυτές τις Υπηρεσίες. Δεν φέρουμε ευθύνη αν προσπελάσετε ή χρησιμοποιήσετε τις Υπηρεσίες με τρόπο που να παραβαίνει την ισχύουσα νομοθεσία.

## 4. Η σχέση της Apple με εσάς

Η χρήση του Apple Pay από μέρους σας θα διέπεται από αυτούς τους Πρόσθετους όρους, καθώς και από τους όρους της σύμβασης κατόχου κάρτας που έχετε συνάψει με τον αντίστοιχο εκδότη, έμπορο ή άλλο τρίτο μέρος που είναι υπεύθυνο για την κάρτα σας Apple Pay.

Παρομοίως, η από μέρους σας χρήση των Πάσων Πορτοφολιού στο Πορτοφόλι θα διέπεται από αυτούς τους Πρόσθετους όρους, καθώς και από τους όρους της σύμβασης με τον αντίστοιχο έμπορο, φορέα μεταφορών, κατασκευαστή αμαξιού και κλειδαριών, πανεπιστήμιο, ξενοδοχείο, θέρετρο, εταιρεία κρουαζιερόπλοιων, εταιρεία, κρατική εκδοτική αρχή ή άλλο τρίτο μέρος.

Με εξαίρεση συγκεκριμένες δυνατότητες του Apple Pay που παρέχονται από την Apple Payments Inc. («Apple Payments») όπως περιγράφεται παρακάτω, η Apple δεν επεξεργάζεται πληρωμές ή άλλες συναλλαγές μη πληρωμής που πραγματοποιούνται στις Κάρτες Apple Pay. Η Apple δεν έχει έλεγχο επί και δεν είναι υπεύθυνη για τυχόν πληρωμές, επιστροφές χρέωσης, επιστροφές προϊόντων/υπηρεσιών ή χρημάτων, μεταφορές κεφαλαίων, αξίες, εκπτώσεις, πρόσβαση, επαλήθευση ταυτότητας, παραγγελίες, διεκπεραίωση παραγγελιών ή άλλη δραστηριότητα που μπορεί να προκύψει από την από μέρους σας χρήση του Apple Pay ή του Πορτοφολιού.

Αν υπάρχει κάποια διένεξη μεταξύ των όρων αυτών των Πρόσθετων όρων και της σύμβασής σας με τον αντίστοιχο εκδότη, έμπορο, κρατική εκδοτική αρχή ή άλλο τρίτο μέρος («**Σύμβαση τρίτου μέρους**»), οι όροι αυτών των Πρόσθετων όρων θα διέπουν τη σχέση σας με την Apple, ενώ οι όροι της αντίστοιχης Σύμβασης τρίτου μέρους θα διέπει τη σχέση σας με το εν λόγω τρίτο μέρος.

Συμφωνείτε ότι η Apple δεν αποτελεί συμβαλλόμενο μέρος των Συμβάσεων τρίτου μέρους σας, ούτε είναι υπεύθυνη για: (α) το περιεχόμενο, την ακρίβεια ή τη διαθεσιμότητα των Υποστηριζόμενων καρτών, των αγορών, των συναλλαγών, των μεταφορών κεφαλαίων, των παραγγελιών, της διεκπεραίωσης παραγγελιών, των αποδείξεων ή άλλων δραστηριοτήτων κατά τη χρήση του Apple Pay ή του Πορτοφολιού, συμπεριλαμβανομένων ενδεικτικά αυτών που πραγματοποιούνται από μέλη της Οικογένειας ή άλλα άτομα με τα οποία έχετε μοιραστεί τις Υποστηριζόμενες κάρτες σας ή έχουν πρόσβαση στη Συσκευή σας, (β) την έκδοση πίστωσης ή την εκτίμηση καταλληλότητας για πίστωση, (γ)

την έκδοση, την αναστολή η την ακύρωση ενός διπλώματος οδήγησης ή μιας κρατικής κάρτας ταυτοποίησης, (δ) τις δραστηριότητες εκδοτών, εμπόρων, προγραμματιστών εφαρμογών ή άλλων τρίτων μερών που σχετίζονται με την από μέρους σας χρήση του Apple Pay ή του Πορτοφολιού, (ε) τις αποφάσεις που λαμβάνονται από έναν εκδότη, έμπορο ή άλλο τρίτο μέρος σε σχέση με την προσθήκη της Υποστηριζόμενης κάρτας στο Πορτοφόλι, (στ) τη συνδρομή ή τη συμμετοχή σας σε προγράμματα εμπόρων ή συνεργατών, (ζ) τυχόν συσσώρευση ή εξαργύρωση επιβραβεύσεων ή αξίας αγοράς σε σχέση με τις Υποστηριζόμενες κάρτες σας, (η) τη χρηματοδότηση ή την επαναφόρτιση των προπληρωμένων Υποστηριζόμενων καρτών, (θ) την αποστολή ή λήψη ατομικών πληρωμών ή μεταφορών κεφαλαίων, ή (ι) τη φόρτωση, την εξαργύρωση ή την ανάληψη χρημάτων από την κάρτα Apple Cash.

Όταν κάνετε αίτηση για Apple Card, κάνετε αίτηση για άνοιγμα λογαριασμού με τον εκδότη της Apple Card. Το χρηματοπιστωτικό ίδρυμα που είναι υπεύθυνο για την προσφορά της Apple Card υπόκειται σε αλλαγές και η χρήση της Apple Card υπόκειται στους όρους και προϋποθέσεις τους.

Όταν ενεργοποιείτε τις δυνατότητες Apple Cash εντός του Apple Pay, ανοίγετε έναν λογαριασμό στην Green Dot Bank. Με εξαίρεση τις δυνατότητες του Apple Pay που παρέχονται από την Apple Payments, όταν στέλνετε ή λαμβάνετε ατομικές πληρωμές ή κατά τη χρηματοδότηση ή την ανάληψη χρημάτων από την κάρτα Apple Cash, η Green Dot Bank θα είναι υπεύθυνη για τη λήψη και την αποστολή των χρημάτων σας στον προοριζόμενο παραλήπτη. Το χρηματοπιστωτικό ίδρυμα που είναι υπεύθυνο για την παροχή Apple Cash και ατομικών πληρωμών εντός του Apple Pay υπόκειται σε αλλαγή και η χρήση τέτοιων δυνατοτήτων από μέρους σας υπόκειται στους όρους και τις προϋποθέσεις του.

Η δυνατότητα χρήσης κεφαλαίων στην κάρτα Apple Cash για την πραγματοποίηση πληρωμών σε συγκεκριμένες κατάλληλες επιχειρήσεις που έχετε εγκρίνει («Υπηρεσία άμεσων πληρωμών») είναι μια υπηρεσία που παρέχεται από την Apple Payments. Η χρήση της Υπηρεσίας άμεσων πληρωμών υπόκειται στους όρους και προϋποθέσεις άμεσων πληρωμών της Apple Payments. Επιπλέον, συγκεκριμένες επιχειρήσεις ενδέχεται να σας δίνουν τη δυνατότητα έγκρισής τους για την εκταμίευση κεφαλαίων στην κάρτα Apple Cash («Εκταμίευση»). Παρόλο που η επεξεργασία των Εκταμιεύσεων μπορεί να γίνεται από την Apple Payments, οι εκταμιεύσεις προσφέρονται από τις συμμετέχουσες επιχειρήσεις που παρέχουν αυτά τα κεφάλαια και ενδέχεται να υπόκεινται σε συγκεκριμένους πρόσθετους όρους και προϋποθέσεις των εκταμιευόμενων επιχειρήσεων. Για όλες τις διαφορές ή ερωτήσεις που αφορούν τις Υποστηριζόμενες κάρτες ή τη σχετιζόμενη εμπορική δραστηριότητα, επικοινωνήστε με τον αντίστοιχο εκδότη της κάρτας ή τον έμπορο, την κρατική εκδοτική αρχή, τον προγραμματιστή εφαρμογών ή άλλο τρίτο μέρος. Για ερωτήσεις σχετικά με το Apple Pay, το Πορτοφόλι, την κάρτα Apple Card ή Apple Cash ή τις ατομικές πληρωμές, επικοινωνήστε με την Υποστήριξη Apple.

## 5. Απόρρητο

Η συλλογή και χρήση προσωπικών πληροφοριών από την Apple διέπεται από την Πολιτική απορρήτου της Apple, η οποία είναι διαθέσιμη στη διεύθυνση https://www.apple.com/legal/privacy/gr/. Μπορείτε να βρείτε λεπτομέρειες σχετικά με τις προσωπικές πληροφορίες που συλλέγονται, χρησιμοποιούνται ή κοινοποιούνται ως μέρος της χρήσης του Apple Pay και του Πορτοφολιού από μέρους σας, διαβάζοντας τις σχετικές ειδοποιήσεις απορρήτου για τις συγκεκριμένες υπηρεσίες, συμπεριλαμβανομένης της ενότητας «Πληροφορίες για το Apple Pay και το Απόρρητο» (μέσω της Συσκευής σας ή μέσω της εφαρμογής Ρολόι σε Ζευγοποιημένη συσκευή) ή στη διεύθυνση https://www.apple.com/legal/privacy/gr/. Με την από μέρους σας χρήση του Apple Pay και του Πορτοφολιού, αποδέχεστε και συναινείτε ως προς τη μετάδοση, συλλογή, διατήρηση, επεξεργασία και χρήση όλων των προαναφερόμενων πληροφοριών από την Apple, τις θυγατρικές και τους εκπροσώπους της, με σκοπό την παροχή αυτών των Υπηρεσιών.

## 6. Ασφάλεια και χαμένες ή απενεργοποιημένες συσκευές

ΠΡΟΣΤΑΣΙΑ ΤΩΝ ΥΠΟΣΤΗΡΙΖΟΜΕΝΩΝ ΣΥΣΚΕΥΩΝ ΣΑΣ ΚΑΙ ΤΩΝ ΔΙΑΠΙΣΤΕΥΤΗΡΙΩΝ ΣΑΣ ΟΠΩΣ ΘΑ

ΠΡΟΣΤΑΤΕΥΑΤΕ ΤΟ ΦΥΣΙΚΟ ΠΟΡΤΟΦΟΛΙ ΚΑΙ ΤΙΣ ΚΑΡΤΕΣ ΣΑΣ

Το Apple Pay και το Πορτοφόλι αποθηκεύουν εικονικές απεικονίσεις των Υποστηριζόμενων καρτών σας και πρέπει να βρίσκονται υπό την ίδια προστασία όπως προστατεύετε το φυσικό πορτοφόλι σας, τα κλειδιά σας ή τις πιστωτικές, χρεωστικές και προπληρωμένες κάρτες σας, την ταυτότητα σας και άλλες κάρτες. Φέρετε αποκλειστικά ευθύνη να διατηρείτε ασφαλείς τις Συσκευές σας και το Apple ID σας, τις πληροφορίες Touch ID και Face ID σας, τον κωδικό για τις υποστηριζόμενες Συσκευές σας και οποιαδήποτε άλλα διαπιστευτήρια ελέγχου ταυτότητας τα οποία χρησιμοποιούνται σε σχέση με τις Υπηρεσίες (συλλογικά, τα «Διαπιστευτήριά» σας). Αν επιτρέψετε σε άλλο άτομο την πρόσβαση στην υποστηριζόμενη Συσκευή σας (*π.χ.*, παρέχοντας τον κωδικό της Συσκευής σας σε τρίτο μέρος ή επιτρέποντας σε ένα τρίτο μέρος να προσθέσει τα δαχτυλικά του αποτυπώματα για να χρησιμοποιεί το Touch ID ή να ενεργοποιεί το Face ID, ή παρέχοντας με άλλον τρόπο τα Διαπιστευτήριά σας σε τρίτο μέρος), το εν λόγω άτομο ενδέχεται να μπορεί να πραγματοποιεί πληρωμές, να στέλνει, να αιτείται ή να λαμβάνει ατομικές πληρωμές, να κάνει ανάληψη χρημάτων από την κάρτα Apple Cash, να λαμβάνει ή να εξαργυρώνει επιβραβεύσεις, να χρησιμοποιεί αξίες, να ξεκλειδώνει ή να αποκτά πρόσβαση με άλλον τρόπο στο αυτοκίνητό σας, στο δωμάτιο, στο γραφείο ή στο σπίτι σας, να υποκλέπτει την ταυτότητά σας, ή να κάνει άλλες συναλλαγές με τις Υποστηριζόμενες κάρτες σας στο Πορτοφόλι. Σε τέτοια περίπτωση, θα είστε υπεύθυνοι για όλες τις πληρωμές, την πρόσβαση και τις συναλλαγές που πραγματοποιούνται από αυτό το άτομο.

ΣΥΣΚΕΥΕΣ ΠΟΥ ΕΧΟΥΝ ΠΑΡΑΒΙΑΣΤΕΙ

Αν κάνετε μη εγκεκριμένες τροποποιήσεις στη Συσκευή σας, όπως απενεργοποίηση υλισμικού ή χειριστηρίων λογισμικού (αναφέρεται μερικές φορές ως «jailbreaking»), η Συσκευή σας ενδέχεται να μην είναι πλέον κατάλληλη για πρόσβαση ή χρήση των Υπηρεσιών. Αναγνωρίζετε ότι η χρήση μιας τροποποιημένης Συσκευής σε σχέση με τις Υπηρεσίες απαγορεύεται ρητώς, συνιστά παράβαση των παρόντων Πρόσθετων όρων και αποτελεί αιτία για να αρνηθούμε ή να περιορίσουμε την πρόσβασή σας στις Υπηρεσίες.

ΠΡΟΣΘΕΤΑ ΜΕΤΡΑ ΑΣΦΑΛΕΙΑΣ

Ενδέχεται να χρειαστεί να ενεργοποιήσετε επιπρόσθετα μέτρα προστασίας, όπως έλεγχος ταυτότητας δύο παραγόντων για το Apple ID σας, προκειμένου να έχετε πρόσβαση σε συγκεκριμένες δυνατότητες του Apple Pay, συμπεριλαμβανομένης της κάρτας Apple Card, της κάρτας Apple Cash και των ατομικών πληρωμών μέσω Apple Pay. Αν μελλοντικά αφαιρέσετε αυτές τις δυνατότητες ασφαλείας, ενδέχεται να μην μπορείτε να συνεχίσετε να έχετε πρόσβαση σε συγκεκριμένες δυνατότητες του Apple Pay. Η διαγραφή του Face ID ή του Touch ID που σχετίζεται με την ταυτότητά σας για παρουσίαση θα απαιτεί την ολοκλήρωση της συνολικής διαδικασίας χρήσης της ταυτότητας.

ΣΥΣΚΕΥΕΣ ΠΟΥ ΕΧΟΥΝ ΧΑΘΕΙ Ή ΚΛΑΠΕΙ

Αν η Συσκευή σας χαθεί ή κλαπεί και έχετε ενεργοποιημένη τη δυνατότητα «Εύρεση », μπορείτε να χρησιμοποιήσετε τη δυνατότητα «Εύρεση » για να προσπαθήσετε να αναστείλετε τη δυνατότητα συναλλαγών με τις εικονικές Υποστηριζόμενες κάρτες ή την αποστολή ατομικών πληρωμών στη Συσκευή, θέτοντας τη συσκευή σε Λειτουργία απώλειας. Αν η Συσκευή σας βρίσκεται σε Λειτουργία απώλειας, το κλειδί του αυτοκινήτου σας ενδέχεται να απενεργοποιηθεί στο Πορτοφόλι και δεν θα μπορείτε πλέον να προσπελάσετε ή να ξεκινήσετε το αυτοκίνητό σας εφόσον έχετε φύγει από το όχημα ή έχετε κλείσει τον κινητήρα. Η Λειτουργία απώλειας επηρεάζει μόνο τα κλειδιά στη Συσκευή που έχει χαθεί. Αν είστε ο κάτοχος, δεν θα μπορείτε πλέον να μοιραστείτε το κλειδί αυτοκινήτου σας ή το κλειδί του σπιτιού σας με άλλους, αλλά τα κλειδιά που έχετε ήδη μοιραστεί με άλλα άτομα δεν θα επηρεαστούν στις συσκευές τους.

Μπορείτε επίσης να σβήσετε τη Συσκευή σας ώστε να γίνει απόπειρα αναστολής της δυνατότητας συναλλαγών με τις Υποστηριζόμενες κάρτες ή της αποστολής ατομικών πληρωμών στη Συσκευή. Θα πρέπει επίσης να επικοινωνήσετε με τον εκδότη, τον έμπορο ή άλλο υπεύθυνο τρίτο μέρος των Υποστηριζόμενων καρτών σας, ή την Apple για την περίπτωση της κάρτας Apple Card ή Apple Cash, προκειμένου να αποτραπεί η μη εξουσιοδοτημένη πρόσβαση στις Υποστηριζόμενες κάρτες σας στο Apple Pay και στο Πορτοφόλι.

Αν αναφέρετε δόλια ή καταχρηστική δραστηριότητα ή η Apple έχει σχετικές υποψίες, συμφωνείτε να συνεργαστείτε με την Apple σε οποιαδήποτε έρευνα και να χρησιμοποιήσετε τα μέτρα αποτροπής απάτης που θα σας παρέχει.

### 7. Ρήτρα περιορισμού ευθύνης

ΕΚΤΟΣ ΑΠΟ ΤΙΣ ΑΠΟΠΟΙΗΣΕΙΣ ΕΓΓΥΗΣΕΩΝ ΚΑΙ ΤΟΝ ΠΕΡΙΟΡΙΣΜΟ ΕΥΘΥΝΗΣ ΠΟΥ ΟΡΙΖΟΝΤΑΙ ΣΤΗΝ ΑΔΕΙΑ ΧΡΗΣΗΣ, Η APPLE ΔΕΝ ΦΕΡΕΙ ΚΑΜΙΑ ΕΥΘΥΝΗ ΓΙΑ ΑΓΟΡΕΣ, ΠΛΗΡΩΜΕΣ, ΜΕΤΑΦΟΡΕΣ ΚΕΦΑΛΑΙΩΝ, ΠΑΡΑΓΓΕΛΙΕΣ, ΔΙΕΚΠΕΡΑΙΩΣΗ ΠΑΡΑΓΓΕΛΙΩΝ, ΠΛΗΡΟΦΟΡΙΕΣ ΑΠΟΔΕΙΞΕΩΝ, ΠΡΟΣΒΑΣΗ, ΕΠΑΛΗΘΕΥΣΗ ΤΑΥΤΟΤΗΤΑΣ, ΣΥΝΑΛΛΑΓΕΣ Ή ΟΠΟΙΑΔΗΠΟΤΕ ΑΛΛΗ ΔΡΑΣΤΗΡΙΟΤΗΤΑ ΠΟΥ ΕΧΕΙ ΠΡΑΓΜΑΤΟΠΟΙΗΘΕΙ ΜΕΣΩ ΤΟΥ APPLE PAY Ή ΤΟΥ ΠΟΡΤΟΦΟΛΙΟΥ ΚΑΙ ΣΥΜΦΩΝΕΙΤΕ ΝΑ ΑΝΑΤΡΕΞΕΤΕ ΜΟΝΟ ΣΤΙΣ ΣΥΜΒΑΣΕΙΣ ΠΟΥ ΕΧΕΤΕ ΣΥΝΑΨΕΙ ΜΕ ΤΟΝ ΕΚΔΟΤΗ, ΤΟ ΔΙΚΤΥΟ ΠΛΗΡΩΜΩΝ, ΤΑ ΧΡΗΜΑΤΟΠΙΣΤΩΤΙΚΑ ΙΔΡΥΜΑΤΑ, ΤΟΝ ΕΜΠΟΡΟ, ΤΟΝ ΠΡΟΓΡΑΜΜΑΤΙΣΤΗ ΕΦΑΡΜΟΓΩΝ, ΤΗΝ ΚΡΑΤΙΚΗ ΕΚΔΟΤΙΚΗ ΑΡΧΗ, Ή ΑΛΛΟ ΙΣΧΥΟΝ ΤΡΙΤΟ ΜΕΡΟΣ ΓΙΑ ΤΗΝ ΕΠΙΛΥΣΗ ΠΡΟΒΛΗΜΑΤΩΝ Ή ΔΙΑΦΟΡΩΝ ΠΟΥ ΣΧΕΤΙΖΟΝΤΑΙ ΜΕ ΤΙΣ ΥΠΟΣΤΗΡΙΖΟΜΕΝΕΣ ΚΑΡΤΕΣ ΣΑΣ, ΤΙΣ ΑΤΟΜΙΚΕΣ ΠΛΗΡΩΜΕΣ ΚΑΙ ΤΙΣ ΣΧΕΤΙΖΟΜΕΝΕΣ ΔΡΑΣΤΗΡΙΟΤΗΤΕΣ.

————————————

### ΓΝΩΣΤΟΠΟΙΗΣΕΙΣ ΑΠΟ ΤΗΝ APPLE

Αν η Apple χρειαστεί να επικοινωνήσει μαζί σας σχετικά με το προϊόν ή τον λογαριασμό σας, συναινείτε να λαμβάνετε τέτοιες γνωστοποιήσεις μέσω email. Συμφωνείτε ότι οποιεσδήποτε τέτοιες γνωστοποιήσεις που θα σας στέλνουμε με ηλεκτρονικό τρόπο θα πληρούν τυχόν νομικές απαιτήσεις επικοινωνίας.

עברית

חשוב: על-ידי השימוש ב-iPHONE, ב-iPAD או ב-iPOD TOUCH ("מכשיר"), הינך מביע/ה את הסכמתך להיות
כפוף/ה לתנאי השימוש כדלקמן:

א.    הסכם רישיון התוכנה עבור iOS ו-iPadOS של APPLE
ב.    תנאים משלימים ל-APPLE PAY
ג.    הודעות מ-APPLE.

**APPLE INC**
**הסכם רישיון תוכנה עבור iOS ו-iPadOS**
**רישיון לשימוש יחיד**

נא לקרוא הסכם רישיון תוכנה זה ("הרישיון") בקפידה בטרם שימוש במכשיר שברשותך ולפני הורדת עדכון התוכנה
הנלווה לרישיון. על-ידי השימוש במכשיר שלך או הורדת עדכון תוכנה, לפי העניין, הינך מביע/ה את הסכמתך להיות
כפוף/ה לתנאי רישיון זה. אם אינך מסכים/ה לתנאי הרישיון, אל תשתמש/י במכשיר ואל תוריד/י את עדכון התוכנה

אם רכשת לאחרונה מכשיר ואינך מסכים/ה לתנאי הרישיון, הינך רשאי/ת להחזיר את המכשיר במשך תקופת ההחזרה
ל-APPLE STORE או למפיץ המורשה שממנו רכשת אותו, תמורת החזר, בכפוף למדיניות ההחזרות של APPLE,
הנמצאת בכתובת /https://www.apple.com/legal/sales-support.

## 1. כללי

(א) התוכנה (לרבות קוד Boot ROM, תוכנות מוטמעות ותוכנות וכל צד שלישי), מסמכי התיעוד, הממשקים, התוכן, הגופנים וכל
הנתונים שהגיעו ביחד עם המכשיר שלך ("תוכנת Apple המקורית"), כפי שייתכן שיעודכנו או יוחלפו בעקבות או על ידי
שיפורי תכונות, עדכוני תוכנה, הגופנים אבטחה, קובצי מערכת או תוכנה לשחזור המערכת ש-Apple מספקת עבור המכשיר
או התקן הקפי הנמצאת שלך ממומת Apple ("שינויי תוכנה של Apple"), בין אם בזיכרון לקריאה בלבד, על-גבי כל מדיה
אחרת או בכל צורה אחרת (התוכנה המקורית של Apple ושינויי התוכנה של Apple מכונים ביחד "תוכנת Apple") ניתנים לך
ברישיון, ולא נמכרים לך, על-ידי .Apple Inc ("Apple"), לשימוש בהתאם לתנאי רישיון זה בלבד. Apple ובעלי הרישוי שלה
ממשיכים להיות הבעלים של תוכנת Apple עצמה ושומרים לעצמם את כל הזכויות שאינן ניתנות לך במפורש. הינך מסכים/ה
לכך שתנאי רישיון זה יחולו על כל יישום ממותג Apple שעשוי להיות מובנה במכשיר שלך, אלא אם יישום כזה מלווה ברישיון
נפרד. במקרה כזה, הינך מסכים/ה לכך שהשימוש שלך ביישום זה יהיה כפוף לתנאי רישיון זה.

(ב) Apple, על-פי שיקול דעתה, עשויה להפיץ שינויי תוכנה עתידיים של Apple, ככל שיהיו, לא
יכללו בהכרח את כל מאפייני התוכנה הקיימים, או מאפיינים חדשים ש-Apple מפיצה עבור דגמים חדשים או עבור דגמים
אחרים של מכשירים. תנאי רישיון זה יחולו על כל שינויי התוכנה של Apple, להוציא מקרים שבהם שינוי כזה בתוכנה של
Apple יהיה מלווה ברישיון נפרד. במקרה כזה, יחולו התנאים של אותו רישיון.

(ג) אם תשתמש/י במאפייני ההגדרה המהירה להגדרת מכשיר חדש להתבסס על המכשיר הקיים שלך, הינך מסכים/ה כי
השימוש שלך בתוכנת Apple במכשיר החדש שלך יהיה כפוף לתנאי רישיון זה, אלא אם נלווה רישיון נפרד. במקרה כזה,
הינך מסכים/ה לכך שהשימוש שלך בתוכנת Apple זו יהיה כפוף לתנאי הרישיון ההוא. המכשיר שלך יבדוק באופן קבוע עם
Apple אם קיימים שינויים בתוכנת Apple. אם קיים שינוי, ייתכן שהמכשיר תוריד ותתקין אותו במכשיר באופן אוטומטי, ואם
הדבר רלוונטי, גם בהתקנים ההיקפיים שלך. **בעצם השימוש בתוכנה של Apple, הינך מסכים/ה לכך ש-Apple עשויה**
**להוריד ולהתקין שינויי תוכנה של Apple באופן אוטומטי במכשיר ובהתקנים ההיקפיים שלך.** ניתן להשבית את ההתקנה
האוטומטית של עדכונים למערכת ההפעלה ושל תנובות האבטחה המהירות בכל עת על ידי שינוי ההגדרות של 'עדכונים
אוטומטיים' שנמצאות ב'הגדרות' > 'כללי' > 'עדכוני תוכנה'. ייתכן שהתתקנה האוטומטית של קובצי מערכת מסוימים (כולל,
ללא הגבלה, גופנים מעודכנים, מודלים של שפה, נכסי קול וקושחה עבור ציוד היקפי) תימשך במקרים כמו הפעלת תכונות
מסוימות וציוד היקפי מסוים, או שימוש בהם, או בתגובה לדרישות משפטיות, רגולטוריות, בטיחותיות או שיקולים
טכניים.

## 2. שימושים מותרים ברישיון והגבלות.

(א) בכפוף לתנאים ולהגבלות של רישיון זה, מוענק לך רישיון מוגבל ולא-בלעדי להשתמש בתוכנת Apple על-גבי מכשיר יחיד
ממותג Apple. להוציא את ההיתר המוזכר בסעיף 2 (ב) להלן, וכן להוציא מקרים שבהם קיים ביניך לבין Apple הסכם נפרד,
רישיון זה אינו מתיר את קיומה של תוכנת Apple ביותר מאשר מכשיר יחיד ממותג Apple בכל עת נתונה ואינך רשאי/ת
להפיץ או להפוך את תוכנת Apple לזמינה ברשת שבה ניתן לעשות בה שימוש באמצעות מספר מכשירים בעת ובעונה אחת.
רישיון זה אינו מעניק לך זכויות כלשהן לשימוש בממשקים המהוויים את קנייניה של Apple ובקניין רוחני אחר של Apple
לעיצוב, פיתוח, ייצור, רישוי או הפצה של מכשירים וציוד היקפי של צדדים שלישיים, או יישומי תוכנה של צדדים שלישיים,
לשימוש יחד עם מכשירים. חלק מאותן זכויות זמינות בהתאם לרישיונות נפרדים מ-Apple. למידע נוסף בנושא פיתוח

מכשירים וציוד היקפי של צדדים שלישיים עבור מכשירים, בקר/י בכתובת/ https://developer.apple.com/programs/mfi.
למידע נוסף בנושא פיתוח יישומי תוכנה עבור מכשירים, בקר/י בכתובת https://developer.apple.com.

(ב) בכפוף לתנאים ולהגבלות של רישיון זה, מוענק לך רישיון מוגבל ולא-בלעדי להוריד את שינויי התוכנה של Apple
שש-Apple עשויה להפיץ עבור דגם המכשיר שברשותך על-מנת לעדכן או לשחזר את התוכנה בכל מכשיר מסוג זה הנמצא
בבעלותך או בשליטתך. רישיון זה אינו מתיר לך לעדכן או לשחזר מכשירים שאינם בשליטתך או בבעלותך, ואינך רשאי/ת
להפיץ או להפוך את שינויי התוכנה של Apple לזמינים ברשת שבה ניתן לעשות בהם שימוש באמצעות מספר מכשירים או
מספר מחשבים בעת ובעונה אחת. אם תוריד/י למחשב עדכון לתוכנה של Apple, הינך רשאי/ת להכין עותק אחד של שינויי
התוכנה של Apple, אשר יישמר במחשב שלך במהכנות הניתנת לקריאה על-ידי מחשב למטרות גיבוי בלבד, בתנאי שעותק
הגיבוי יכלול את כל הודעות זכויות היוצרים וההודעות האחרות בדבר זכות קניין, הכלולות בתוכנה המקורי.

(ג) במידה ש-Apple התקינה במכשיר שברשותך בקדם-התקנה יישומים ממותג Apple מה-App Store במועד הרכישה
("יישומים בקדם-התקנה"), תצטרך/י להיכנס ל-App Store ולשיי/ר יישומים בקדם-התקנה אלה לחשבון שלך ב-App Store
כדי להשתמש בהם במכשיר שלך. בעת שיוך יישום בקדם-התקנה לחשבון ה-App Store שלך, תשיי/ר/י אוטומטית גם אותה
פעולה גם את כל היישומים האחרים המותקנים במכשיר שלך בקדם-התקנה. על-ידי הבחירה לשיי/ר יישומים בקדם-התקנה
לחשבון ה-App Store שלך, הינך מסכים/ה לכך ש-Apple רשאית לשדר, לאסוף, לשמור, לעבד ולהשתמש הן ב-ID Apple
המשתמש את חשבון ה-App Store שלך וכן בכמזה חומרה ייחודי שנאסף מהמכשיר שלך, כמזהה חשבון ייחודי/ים למטרות
אימות החותיית של בקשתך ומתן גישה ליישומים עבורך היישומים בקדם-התקנה ב-App Store. אם אינך מעוניין/ת להשתמש
בקדם-התקנה, תוכל/י למחוק אותו מהמכשיר בכל עת.

(ד) אינך רשאי/ת, ואת/ה מסכים/ה לא לאפשר לאחרים, להעתיק (למעט כפי שמותר באופן מפורש לפי רישיון זה), לבצע
הידור, לבצע הנדסה לאחור, לפרק, לנסות לפצח את קוד המקור, לפענח, לשנות או ליצור עבודות נגזרות של תוכנת Apple
או של שירותים המסופקים לך על ידי תוכנת Apple, או של כל חלק מהם (למעט כפי שמותר ובמגבלות שהמגבלות כאמור אסורה לפי
החוק הרלוונטי, או לפי תנאי רישי המסדירים שימוש ברכיבים בעלי קוד מקור פתוח העשויים להיות כלולים בתוכנת Apple),
והינך מביע/ה את הסכמתך שלא לעשות כן. אינך מסכים/ה שלא להסיר, להסתיר או לשנות הודעות קניין (לרבות הודעות על
סימנים מסחריים ועל זכויות יוצרים) שעשויות להיות מצורפות לתוכנה של Apple או כלולות בה.

(ה) ניתן להשתמש בתוכנת Apple כדי לשכפל חומרים, כל עוד שימוש כאמור מוגבל לשכפול של חומרים שאינם מוגנים
בזכויות יוצרים, חומרים שהינך בעלת/ת בעלה זכויות היוצרים שלהם, או חומרים אשר הינך מוסמ/ת או מורשה/ת מבחינה חוקית
לשכפל אותם. למרות האמור לעיל, אינך רשאי/ת להפיק לפרסם מחדש, לשדר מחדש או להפיץ מחדש תמונות שאת/ה ניגש/ת
אליהן דרך News או 'מפות' קכובע עצמאי. זכויות הבעלות וכל זכויות הקניין הרוחני בתוכן המוצג על-ידי המכשיר
שברשותך, מאוחסן בו או שהגיע/ה אליו מתאמצעות על-ידי המכשיר שייכות לבעלי התוכן התאמתיים. תוכן זה עשוי להיות
מוגן בזכויות יוצרים או חוקים או אמנות אחרים של קניין רוחני, ועשוי להיות כפוף לתנאי השימוש של הצד השלישי המספק
את התוכן. למעט כפי שצוין אחרת במסמך זה, רישיון זה אינו מקנה לך זכויות לשימוש בתוכן מסוג זה ואינו מהווה הבטחה
שתוכן מסוג זה ימשיך להיות זמין עבורך.

(ו) בכפוף לתנאים ולהגבלות של רישיון זה, יש לך הרשאה: (i) להשתמש בדמויות ה-Memoji הכלולות בתוכנה של Apple או
הנוצרות על-ידה ("דמויות מערכת") (1) בזמן הפעלת התוכנה של Apple ו-(2) כדי ליצור תוכן ופרויקטים מקוריים משלך
לשימושך האישי והלא מסחרי; ו-(ii) להשתמש ב-Live Captions שנוצרו באופן אוטומטי במכשיר בזמן אמת על ידי התוכנה
של Apple ("Live Captions"), בין אם כתוביות אלה נוצרו במהלך שיחת FaceTime ובין אם באופן אחר, רק לשימושך האישי
והלא מסחרי. במסגרת תנאי רישיון זה, אינך רשאי/ת להשתמש אף שימוש אחר ב-System Characters או מה-System-
Characters או מה-Live Captions למטרת רווח, שלא למטרות רווח, למטרות מסחריות או למטרת שיתוף ציבורי.

(ז) על-מנת להשלים קיצורי פעולות מסוימים של יישומים ו/או אתרים, ייתכן שתוכנת Apple תצטרך לגשת ליישומים,
שירותים או אתרים מסוימים של צד שלישי במכשיר שלך. הינך מסכים/ה, במפורש לשימוש כזה כל עוד הדבר חיוני להשלמת
הקיצור באמצעות תוכנת Apple.

(ח) הינך מסכים/ה להשתמש בשירותים ובשירותים של Apple (המפורטים בסעיף 5 להלן) בהתאם לכל החוקים הרלוונטיים,
לרבות חוקי המדינה או האזור שבו הינך מתגורר/ת, או שבו הינך מוריד/ה או משתמ/ש בתוכנה ובשירותים של Apple.
ייתכן שתכונות של התוכנה והשירותים של Apple לא יהיו זמינות בכל השפות או האזורים. חלק מהתכונות עשויות להשתנות
לפי אזור וחלק מהן עשויות להיות מוגבלות או לא זמינות בהתלות ספק השירות שלך. תכונות מסוימות של התוכנה
והשירותים של Apple מחייבות חיבור Wi-Fi או חיבור נתונים סלולריים.

(ט) השימוש ב-App Store מחייב הזנת שילוב ייחודי של שם משתמש וסיסמה, המכונה Apple ID. Apple ID נדרש גם
לצורך גישה לעדכוני יישומים ולתכונות מסוימות של התוכנה והשירותים של Apple.

(י) הינך מכיר/ה בכך שמאפיינים, יישומים מוכללים ושירותים רבים של תוכנת Apple שולחים נתונים, ועשויים לגרום לחיובים בתכנית הנתונים שלך, שלהם תה/י/ה אחראי/ת. יש לך אפשרות להציג ולקבוע אילו יישומים יורשו להשתמש בנתונים סלולריים ולהציג הערכה של כמות הנתונים שיישומים אלה צרכו תחת 'הגדרות נתונים סלולריים'. נוסף לכך, 'סיוע לרשת אלחוטית' יעבור באופן אוטומטי לסלולרי כאשר החיבור האלחוטי באיכות ירודה, מה שעלול לגרום לשימוש נוסף בנתונים סלולריים ולהשפיע על החיובים בתכנית הנתונים שלך. 'סיוע לרשת אלחוטית' פועל כברירת-מחדל, אך ניתן לבטלו תחת 'הגדרות'. למידע נוסף, נא לעיין במדריך למשתמש עבור המכשיר שברשותך.

(יא) אם תבחר/י לאפשר עדכוני יישום אוטומטיים, המכשיר שלך יבדוק מעת לעת ב-Apple אם ישנם עדכונים עבור היישומים המותקנים במכשיר, ובמקרה שישנו עדכון, המכשיר יוריד אותו ויתקין אותו אוטומטית. ניתן לבטל את התכונה של עדכוני יישום אוטומטיים. לשם כך, עבור/י אל 'הגדרות', הקש/י על 'iTunes ו-App Store' ואז, תחת 'הורדות אוטומטיות', בטל/י את הסימון ליד 'עדכונים'.

(יב) בנסיבות מסוימות, השימוש במכשיר עלול להסיח את דעתך וליצור מצב מסוכן (לדוגמה, יש להימנע משליחת הודעות מלל במהלך נהיגה ברכב, או משימוש באוזניות בזמן רכיבה על אופניים). השימוש שלך במכשיר מהווה את הסכמתך לכך שהינך אחראי/ת לציית לחוקים אשר אוסרים או מגבילים את השימוש במכשירים סלולריים או אוזניות (לדוגמה, הדרישה להשתמש בשיטות שאינן מחייבות שימוש בידיים לביצוע שיחות בזמן נהיגה).

(יג) תכונות מסוימות של התוכנה של Apple עשויות לנסות להגיע אל באופן בזמן-אמת עם חברות חיצוניות מסוימות (לדוגמה, מעת לעת אם אתה משתמש בתכונת סינכרון אלחוטית ב-Apple, ספקי שירותי חירום (בהתאם לזמינות). Apple אינה מתחייבת לזמינות, לדיוק, לשלמות, למהימנות או לעדכניות של תכונות כאלו. אין להסתמך רק על תכונות שבהם עזרה מיידית או יעילה יותר זמינה וניתן לקבל אותה. מובטח עליך כי השימוש בתכונות אלו הוא על אחריותך הבלעדית, כי עליך להפעיל שיקול דעת עצמאי וכי לא תהיה ל-Apple, לחברות המסונפות לה, לסוכנים או למנהלים שלה כל חבות כלפיך בגין שימוש בתכונות אלו ובגין כל התשלומים הנובעות מכך, עד למידה המרבית המותרת על-פי חוק.

(יד) המכשיר שברשותך אינו מכשיר רפואי ואין בהשתמש בו במקום ייעוץ רפואי מקצועי. הוא לא תוכנן ולא נועד לשימוש לצורך אבחון או של מחלות או של מצבים אחרים, או לריפוי, טיפול, הקלה או מניעה של מחלה או מצב כלשהם. יש להתייעץ עם הגורם המטפל לפני כל החלמה הקשורה לבריאותך.

**3. העברה.** אינך רשאי/ת להשכיר, להחכיר, להשאיל, למכור, להפיץ מחדש או להעניק רישיונות משנה עבור תוכנת Apple. עם זאת, הינך רשאי/ת לבצע העברה קבועה וחד-פעמית של כל זכויותיך לפי הרישיון בתוכנת Apple לצד אחר בקשר להעברת הבעלות על המכשיר שלך, בתנאי ש: (א) העברה תכלול את המכשיר שלך ואת כל תוכנת Apple, על כל מרכיביה ורישיונו הז; (ב) לא תשמור/י כל עותק של תוכנת Apple, כולה או חלקה, לרבות עותקים המאוחסנים במחשב או על-גבי אמצעי אחסון אחר; וכן (ג) הצד המקבל את תוכנת Apple יקרא ויסכים לקבל את התנאים וההגבלות של רישיון זה.

**4. הסכמה לשימוש בנתונים.** כאשר הינך משתמש/ת במכשיר, מספר הטלפון שלך ומזהים ייחודיים מסוימים של המכשיר נשלחים אל Apple על-מנת לאפשר לאחרים להשיג אותך באמצעות מספר הטלפון שלך במהלך שימוש במאפייני תקשורת שונים של תוכנת Apple, כגון iMessage ו-FaceTime. כאשר הינך משתמש/ת ב-iMessage, ייתכן ש-Apple תשמור את ההודעה שלך בצורה מוצפנת למשך זמן מוגבל על מנת להבטיח את שליחתה. ניתן לבטל את FaceTime או את iMessage על-ידי מעבר אל הגדרות FaceTime או 'הודעות' במכשיר. מאפיינים מסוימים, כגון 'אבחון', 'שירותי מיקום', Siri ו'הכתבה', עשויים לדרוש מידע מהמכשיר שלך על מנת לספק את הפונקציציות שלהם. כאשר תפעיל/י או תבטל/י מאפיינים אלו, ייתכנו פרטים לגבי המידע שנשלח ל-Apple ואופן השימוש במידע זה. לפרטים נוספים, בקר/י בכתובת https:// www.apple.com/privacy/. בכל מקרה, המידע שלך יטופל בכפוף למדיניות הפרטיות של Apple, הזמינה בכתובת: https://www.apple.com/legal/privacy/.

**5. שירותים וחומרים של צדדים שלישיים.**
(א) תוכנת Apple עשויה לאפשר גישה ל-iTunes Store, ל-App Store, ל-Apple Books, ל-Game Center, ל-iCloud, ל'מפות', ל-News, ל-+Fitness של Apple, ולשירותים ולאתרי אינטרנט אחרים של Apple ושל צדדים שלישיים (ביחד ולהלן, "שירותים"). השימוש בשירותים אלו מחייב גישה לאינטרנט, והשימוש בשירותים מסוימים עשוי לדרוש Apple ID וכן ל דרוש שתסכים/י לתנאים נוספים ולהיות כרוך בעלויות נוספות. השימוש שלך בתכונה זו בשילוב עם Apple ID, או עם שירותים אחרים של Apple, מהווה את הסכמתך לתנאי השירות, כגון התנאים וההגבלות של העדכונים של תנאי המדיה של Apple במדינה או באזור שברחם הינך ניגש/ת לשירותים כאלה, שאותם ניתן לסקור בכתובת https://www.apple.com/legal/internet-services/itunes/

(ב) אם תירשם/י ל-iCloud, תוכל/י לגשת לתכונות מסוימות של iCloud, כגון iCloud Drive, ולרם התמונות שלי', 'אלבומים משותפים 'ומצא את' שירות מתוכנת Apple. הינך מכיר/ה בכך ומסכים/ה כי השימוש שלך ב-iCloud ובתכונות אלה כפוף לתנאים ולהגבלות העדכניים ביותר של שירות iCloud, הזמינים בכתובת: https://www.apple.com/legal/internet-services/icloud.

(ג) תוכן היישום News. השימוש שלך בתוכן שניגשת אליו דרך היישום News מוגבל אך ורק לשימוש אישי, לא מסחרי, אינו מעביר לך זיקת בעלות כלשהי בתוכן ומחריג באופן ספציפי, ללא הגבלה, כל זכויות לשימוש מסחרי או לשימוש לצורך קידום מכירות בתוכן שכזה.

(ד) מפות. השירות ומאפייני המפות של תוכנת Apple ('מפות'), כולל כיסוי נתוני המפות, עשויים להשתנות מאזור לאזור. בעת הפעלת 'מפות' או בעת שימוש ביישום זה, יסופקו לך פרטים לגבי סוגי המידע שיישלחו ל-Apple ולגבי אופן השימוש שייעשה שיישעשה בהם. היכר מאשר/ת ומסכים/ה כי השימוש שלך ב'מפות' כפוף לתנאים ולהגבלות העדכניים ביותר של השירות 'מפות', שאותם תוכל/י לקרוא בכרטיס הבית של 'מפות'.

(ה) היכר מבין/ה כי בעת השימוש באותם שירותים, היכר עלול/ה לבוא במגע עם תוכן שעשוי להיחשב לפוגעני, בלתי-צנוע או בלתי-הולם, כאשר תוכן כאמור עלול להכיל, או שלא להכיל, שפה בוטה, וכי התוצאות של כל חיפוש או הקלדת כתובת URL מסוימת, עשויות, באופן אוטומטי וללא כוונה תחילה, להפיק קישורים או הפניות לחומר בלתי-הולם. על אף האמור, היכר מסכים/ה שהשימוש באותם שירותים הינו באחריותך הבלעדית, וכי ל-Apple, לחברות המסונפות לה, לסוכניה, למנהליה או לבעלי הרישיון שלה לא תהא חבות כלפיך בגין תוכן שעשוי להיחשב לפוגעני, בלתי-צנוע או בלתי-הולם.

(ו) שירותים מסוימים עשויים להציג, לכלול או להעמיד תוכן, נתונים, מידע, יישומים או חומרים מצדדים שלישיים ("חומרים של צדדים שלישיים"), או לספק קישורים לאתרי אינטרנט מסוימים של צדדים שלישיים. על-ידי השימוש בשירותים, היכר מכיר/ה בכך ומסכים/ה כי Apple אינה אחראית לבחינה או להערכה של התוכן, רמת הדיוק, השלמות, העדכניות, התוקף, אי הפרה של זכויות היוצרים, החוקיות, ההגינות, האיכות או כל היבט אחר של חומרים או אתרי אינטרנט של צדדים שלישיים כאמור. Apple, נושאי משרה בה, חברותיה המסונפות לה וחברותיה בנות שלה, אינם מאשרים או מקדמים שירותים של צדדים שלישיים, חומרים או אתרי אינטרנט של צדדים שלישיים, או חומרים, מוצרים או שירותים אחרים של צדדים שלישיים, ולא יישאו בכל חבות או אחריות כלפיך או כלפי כל אדם אחר בגינם. חומרים של צדדים שלישיים וקישורים לאתרי אינטרנט אחרים מסופקים אך ורק לנוחיותך.

(ז) הן Apple והן ספקי התוכן שלה אינם ערבים לזמינות, למידת הדיוק, לשלמות, למהימנות או לדייקנות בזמנים של מידע אודות מניות, נתוני מיקום או כל מידע אחר המוצג על-ידי שירותים כלשהם. מידע פיננסי המוצע על-ידי שירותים כלשהם מיועד למטרות מידע כלליות בלבד, ואין להסתמך עליו כייעוץ להשקעות. לפני ביצוע כל עסקה בניירות-ערך המתבססת על מידע שהושג דרך שירותים אלו, עליך להתייעץ עם איש מקצוע בנושאים פיננסיים או בנושא ניירות-ערך, בעל סמכות חוקית להעניק ייעוץ פיננסי וייעוץ בנושא ניירות-ערך במדינה או באזור שבו היכר גר/ה. נתוני מיקום שמתקבלים באמצעות השירותים הללו, לרבות השירות 'מפות' של Apple, נועדים למטרות ניווט כללי ותכנון בלבד, ולא נועדו להיות מקור סמכותי במקרים שבהם נדרש מידע מדויק בנושא מיקום, או כאשר נתונים מוטעים, בלתי-מדויקים, בלתי-שלמים או כאלה שהגיעו באיחור בנושא מיקום עלולים להוביל למוות, לפציעה גופנית, לפגיעה ברכוש או לנזק סביבתי. היכר מסכים/ה כי שהתוצאות שתקבל/י מהיישום 'מפות' עשוייות להיות שונות מתנאי השטח או הכביש בפועל עקב גורמים העשויים להשפיע על מידת הדיוק ביישום 'מפות', כגון, בין השאר, מזג אוויר, תנאי הדרך והתנועה. למען בטיחותך בעת שימוש במאפייני הניווט, שים/י תמיד לב לשילוט ולתנאי הדרך בפועל. נהג/י בזהירות ועל-פי תקנות התנועה, ושים/י לב שהוראות לרוכבי אופניים ולהולכי רגל לא תמיד כוללות שבילים ייעודיים.

(ח) במידה שהיכר מעלה תוכן באמצעות השירותים, היכר מכריז/ה שברשותך הזכויות לחומר זה, או הרשאאה לגבות או שהיכר מורשה משפטית באופן אחר להעלות תוכן זה וכן שתוכן זה אינו מפר את תנאי השימוש החלים על השירותים. היכר מסכים/ה לכך שהשירותים כוללים תוכן, מידע וחומר קנייניים אשר הינם בבעלות Apple, בעלי האתר או ספקי הרישיון שלהם, והינם מוגנים לפי חוקי קניין רוחני וחוקים רלוונטיים אחרים, לרבות, אך לא רק, זכויות יוצרים. היכר מסכים/ה שלא להשתמש בתוכן, במידע ובחומר קנייניים כאמור, למעט עבור שימוש מותר בשירותים הללו, או בכל צורה שאינה עולה בקנה אחד עם התנאים של רישיון זה, או שמפרה את זכויות הקניין הרוחני של צד שלישי או של Apple. אף חלק של השירותים הללו לא ישוכפל בכל צורה או בכל אמצעי. היכר מסכים/ה שלא לשנות, להשכיר, להשאיר, להחזיר, להפיץ או ליצור עבודות נגזרת המבוססות על השירותים הללו, בכל צורה שהיא, וכי לא תנצל/י את השירותים הללו בכל צורה שלא הותרה לך, לרבות, אך לא רק, על-ידי שימוש בשירותים להפצת ויירוס מחשב, וירוסי תולעת, סוסים טרויאניים או כל תוכנה זדונית אחרת, או על-ידי הסגת גבול או העמסה על קיבולת רשת. כמו כן, היכר מסכים/ה שלא להשתמש בשירותים או בכל אופן כדי להטריד כל צד אחר, להתעלל בו, לארוב לו, לאיים עליו, להשמיץ אותו, לפגוע בו או להפר באופן אחר את זכויותיו, וכי Apple לא תישא באחריות, בכל צורה שהיא, בגין שימוש כזה על-ידך, וגם לא תישא באחריות בכל הודעות או תשדורות מטרידות, מאיימות, משמיצות, פוגעניות, מפרות זכויות-יוצרים או בלתי חוקיות שתקבל/י כתוצאה משימוש בשירותים אלו.

(ט) בנוסף, ייתכן ששירותים וחומרים כאלה של צדדים שלישיים שבאמצעות שירותים לא יהיו זמינים בכל השפות או בכל המדינות/האזורים. Apple אינה מצהירה כי שירותים וחומרים של צדדים שלישיים כאמור הינם מתאימים או זמינים לשימוש במקום מסוים כלשהו. במידה שתחליט/י לגשת לשירותים מסוג כזה, אתה עושה זאת מתוך יוזמתך שלך, והיכר אחראי/ת לציית לכל חוק רלוונטי, לרבות, אך לא רק, החוקים המקומיים-הרלוונטיים וחוקים בנוגע לפרטיות ולאיסוף מידע. השיתוף או הסנכרון של תמונות דרך המכשיר עשויים לגרום לשידור של מטה-נתונים יחד עם

התמונות, לרבות המיקום והזמן שבו התמונה צולמה וכן פרטי עומק. השימוש בשירותים של Apple (כגון 'ספריית התמונות ב-iCloud') לשיתוף או אכסון של תמונות כאלה יגרום לכך ש-Apple תקבל ותאחסן מטה-נתונים מסוג זה. Apple ונותני הרישיון שלה שומרים על הזכות לשנות, להשעות, להסיר או לחסום את הגישה לשירותים כאמור בכל עת, ללא הודעה מראש. בכל מקרה, Apple לא תישא בחבות להסרה או לחסימה של הגישה לשירותים כאלה. Apple רשאית גם להטיל מגבלות על השימוש או הגישה לשירותים מסוימים, בכל מצב וללא הודעה מראש או חבות מצדה.

**6. סיום.** רישיון זה יהיה בתוקף עד לסיומו. זכויותיך לפי רישיון זה יסתיימו באופן אוטומטי, או יאבדו מתוקפן בפועל, ללא הודעה מ-Apple, אם לא תקיים/י תנאי כלשהו מתנאי רישיון זה. עם סיומו של רישיון זה, תחדל/י משימוש בתוכנת Apple. סעיפים 4, 5, 6, 7, 8, 9, 10, 12 ו-13 של רישיון זה ימשיכו להיות תקפים גם לאחר סיום הרישיון.

**7. היעדר אחריות**

7.1    אם הינך לקוח/ה שהינו/ה צרכן/ית פרטי/ת (מישהו שמשתמש בתוכנת Apple מחוץ לתחום העיסוק, העסק או המקצוע שלו), ייתכן שיש לך זכויות משפטיות במדינה מגורי/ך הפוטרות אותך מההגבלות הבאות. במקרה כזה, היכן שהגבלות אלה אסורות, הם לא יחולו עליך. לפרטים נוספים על זכויות אלה, עליך לפנות אל ארגון ייעוץ צרכני במקום מגוריך.

7.2    הינך מכיר/ה בכך ומסכים/ה באופן מפורש, כי השימוש בתוכנת APPLE ובשירותים כלשהם המבוצעו באמצעות תוכנת APPLE או דרכה, הוא באחריותך בלבד, וכי כל הסיכון באשר לאיכות, לביצוע, לדיוק ולמאמץ משביעי-הרצון, מוטל עליך.

7.3    במידה האפשר על-פי חוק, תוכנת APPLE והשירותים מסופקים "כפי שהם" ו"כפי שזמינים", עם כל הפגמים וללא אחריות מכל סוג, ו-APPLE ונותני הרישיון שלה (ביחד "APPLE", למטרת סעיפים 7 ו-8), פוטרים עצמם באזת מכל אחריות ותנאים בנוגע לתוכנת APPLE ולשירותים, בין אם מפורשים, משתמעים או סטטוטוריים, לרבות, אך לא רק, האחריות ו/או התנאים המשתמעים בנושא סחירות, איכות מספקת, התאמה למטרה מסוימת, דיוק, הנאה שקטה ואי-הפרת הזכויות של צדדים שלישיים.

7.4    APPLE אינה מתחייבת שהנאתך מהתוכנת APPLE ומהשירותים לא תיפגע, אינה מתחייבת לכך שהפונקציות הכלולות או השירותים המבוצעים או ניתנים באמצעות תוכנת APPLE יתאימו לדרישותיך, לכך שהפעולה של תוכנת APPLE והשירותים יהיו ללא הפרעה או ללא טעויות, לכך ששירותו כלשהו ימשיך להיות זמין, לכך שפגמים בתוכנת APPLE או בשירותים יתוקנו, או לכך שתוכנת APPLE תהא תואמת או תפעל עם כל תוכנה, יישום או שירות של צדדים שלישיים. התקנה של תוכנת APPLE זו עשויה להשפיע על הזמינות והשימושיות של תוכנות, יישומים או שירותים של צד שלישי, כמו גם על מוצרים ושירותים של APPLE.

7.5    כמו כן, הינך מכיר/ה בכך כי תוכנת APPLE והשירותים אינם מיועדים או מתאימים לשימוש במצבים או בסביבות שבהם כשל, עיכובים בזמנים, טעויות או אי-דיוקים בתוכן, בנתונים או במידע המסופקים באמצעות תוכנת APPLE או השירותים, עלולים לגרום למוות, לפציעה גופנית או לנזק פיזי או סביבתי חמור, לרבות, אך לא רק, תפעול מתקנים גרעיניים, ניווט של כלי טיס או מערכות תקשורת, בקרת תנועה אווירית, מערכות תומכות-חיים או מערכות נשק.

7.6    אף מידע בעל-פה או בכתב, או ייעוץ הניתן על-ידי APPLE או נציג מורשה של APPLE, לא יהווה אחריות. אם תוכנת APPLE או השירותים יהיו פגומים, הינך נוטל/ת על עצמך את כל העלות של מתן שירות או תיקון כנדרש. מדינות מסוימות אינן מתירות שלילת אחריות משתמעת או הטלת מגבלות על זכויות סטטוטוריות רלוונטיות של צרכנים, ולכן ייתכן כי השלילה והמגבלות דלעיל לא יחולו עליך.

**8. הגבלת חבות.** כל הדבר דבר אינו אסור על פי החוקים הרלוונטיים, בשום מקרה לא תחול על APPLE, החברות הבנות שלה, סוכניה או מנהליה חבות בגין נזק גופני או בגין נזקים נלווים, מיוחדים, עקיפים או תוצאתיים, לרבות, אך לא רק, נזקים בגין אובדן רווחים, נזק לנתונים או אובדן נתונים, כשל בשליחה או בקבלה של נתונים (כולל, ללא הגבלה, הנחיות, מסלול וחומרים של שיעורים), הפרעה עסקית או כל נזק או אובדן מסחרי אחר, הנובעים או הקשורים לשימושך או אי-יכולתך להשתמש בתוכנת APPLE ובשירותים, או בכל תוכנה, שירותים או יישומים של צדדים שלישיים ביחד עם תוכנת APPLE או השירותים, אשר ייגרמו לכך שייגרמו, בהתעלם מתיאוריית החבות (חוזית, נזיקית או אחרת), ואף אם APPLE ידעה על האפשרות לנזקים כאמור. ישנן מדינות אשר אינן מתירות הוצאה מהכלל או הגבלה של חבות בגין נזקי גוף, או בגין נזקים נלווים או תוצאתיים, כך שייתכן שמגבלה זאת אינה חלה עליך. בכל מקרה, חבותה הכוללת של Apple כלפיך בגין כל הנזקים (למעט כפי שיידרש לפי חוק הרלוונטי במקרים שבהם מעורב נזק גוף), לא תעלה על מאתיים וחמישים דולר ארה"ב ($250.00). המגבלות דלעיל יחולו, אף אם הסעד שצוין לעיל אינו עונה למטרתו המהותית. מבלי לגרוע מהאמור בתנאי רישיון זה, אם חוק הגנת הצרכן של יפן חל, תנאים המגבילים את חבותה של APPLE בגין נזקים הנובעים מהפרת החוזה או בגין נזק שנגרם על ידי APPLE לא יחולו אם הנזק נגרם עקב התנהגות בלתי הולמת מכוונת או רשלנות חמורה של APPLE.

**9. אישורים דיגיטליים.** תוכנת Apple כוללת מאפיין המאפשר לה לקבל אישורים דיגיטליים, בין אם הונפקו על-ידי Apple

ובין אם על-ידי צדדים שלישיים. הינך אחראי/ת באופן בלעדי להחלטה אם להסתמך על אישור, בין אם הונפק על-ידי APPLE ובין אם על-ידי צד שלישי. שימוש באישורים דיגיטליים הינו באחריותך בלבד. במידה המרבית המותרת על-פי חוק, APPLE אינה מפסקת התחייבויות או הצהרות כלשהן, באופן מפורש או משתמע, בנוגע לסחירות, התאמה לכל מטרה מסוימת, דיוק, אבטחה או אי-הפרת זכויות יוצרים של צדדים שלישיים ביחס לאישורים דיגיטליים.

**10. בקרת ייצוא.** אינך רשאי/ת להשתמש בתוכנת Apple, לייצאה או לייצאה מחדש, אלא בהתאם לחוקי ארה"ב ולחוקי תחומי השיפוט שבהם הושגה תוכנת Apple. ביייחוד, אך לא רק, אין לייצא או לייצא מחדש את התוכנה של Apple (א) למדינות שעליהן הוטל חרם על ידי ארה"ב; או (ב) לכל אדם המופיע ברשימת הגורמים המוכרזים (Specially Designated Nationals) של משרד האוצר האמריקאי או ברשימת היחידים או הישויות הבלתי מורשים של משרד המסחר האמריקאי או בכל רשימה הגבלות אחרת. בעצם השימוש בתוכנת Apple, הינך טוען/ת ומצהיר/ה כי אינך נמצא/ת בכל מדינה כאמור או בכל רשימה כאמור. כמו כן, הינך מסכים/ה כי לא תשתמש/י בתוכנת Apple לשם מטרות האסורות לפי חוקי ארה"ב, לרבות, אך לא רק, פיתוח, עיצוב, הפקה או ייצור של טילים ואמצעי-לחימה גרעיניים, כימיים או ביולוגיים.

**11. משתמשי-קצה ממשלתיים.** תוכנה של Apple והמסמכים הנלווים הם "פריטים מסחריים", כפי שמונח זה הוגדר ב-48 C.F.R. §2.101 אשר מורכבים מ"תוכנת מחשב מסחרית" ו"מסמכי תוכנת מחשב מסחרית", כפי שהמונחים הללו משמשים ב-C.F.R. §12.212 48 או C.F.R. §227.7202 48, לפי העניין. בהתאם לסעיפים C.F.R. §12.212 48 או C.F.R. 48 227.7202-1 עד 227.7202-4, לפי העניין, הרישיון לתוכנת המחשב המסחרית ולמסמכי תוכנת המחשב המסחרית ניתן למשתמשי קצה בממשלת ארה"ב (א) אך ורק כפריטים מסחריים, וכן (ב) אך ורק בכיווי אותן זכויות כפי שניתנות לכל משתמשי הקצה האחרים, בהתאם לתנאים והגבלות שבמסמך זה. זכויות שלא פורסמו שמורות במסגרת חוקי זכויות היוצרים של ארה"ב.

**12. הדין החל ונתיקות.** על רישיון זה יחולו דיני מדינת קליפורניה, והוא יפורש לפיהם, להוציא עקרונותיו באשר למתקל דינים. רישיון זה לא יהא כפוף לאמנת האו"ם בדבר חוזים למכירה בינלאומית של טובין, והיישום שלה נשלל באופן מפורש. אם הינך צרכן/ית היושב/ת בבריטניה, על רישיון זה יחולו חוקי תחום השיפוט של מקום מגורך. אם, מכל סיבה, בית משפט מוסמך יקבע כי כל הוראה, או חלק ממנה, אינם ניתנים לאכיפה, יתר הרישיון ייוותר בתוקפו המלא.

**13. ההסכם המלא; השפה הקובעת.** רישיון זה מהווה את כלל ההסכם בינך לבין Apple בנוגע לתוכנת Apple, וגובר על כל הבנה קודמת או נוכחית בנושא זה. אף תיקון או שינוי ברישיון זה לא יהיה מחייב, אלא אם נעשה בכתב ונחתם על-ידי Apple. כל תרגום של רישיון זה נעשה לשם דרישות מקומיות, ובמקרה של אי-התאמה בין הגרסה האנגלית לגרסאות שאינן באנגלית, תגבר הגרסה האנגלית של הרישיון, כל עוד הדבר אינו אסור לפי החוק המקומי באזור מגורייך.

**14. הכרה בצדדים שלישיים.** חלקים מתוכנת Apple עשויים/ה להשתמש או לכלול תוכנה של צדדים שלישיים וחומר אחר המוגן בזכויות יוצרים. הכרה בגורמיי צד שלישי, תנאי רישוי וויתורים בנוגע לחומר כאמור, כלולים במסמכים האלקטרוניים של תוכנת Apple, ושימושך בחומר כאמור כפוף לתנאים שלהם לפי העניין. השימוש ב-Google Safe Browsing Service כפוף לתנאי השירות של Google (https://www.google.com/intl/en/policies/terms/) ולמדיניות הפרטיות של Google (https://www.google.com/intl/en/policies/privacy/).

**15. שימוש ב-MPEG-4; הודעת H.264/AVC**
(א) תוכנת Apple ניתנת ברישיון במסגרת MPEG-4 Systems Patent Portfolio License לקידוד בהתאם לתקן MPEG-4 Systems Standard, למעט העובדה שרישיון נוסף ותשלום תמלוגים נדרשים לקידוד כאשר מדובר ב-(1) קידוד של נתונים המאוחסנים או משוכפלים במדיה פיזית שהתשלום עבורם מתבצע על בסיס כל פריט לחוד, ו/או (2) קידוד נתונים שהתשלום עבורם מתבצע על בסיס כל פריט לחוד והמשודרים למשתמש קצה לאחסון ו/או שימוש קבועים. ניתן לקבל רישיון נוסף כזה מאת MPEG LA, LLC. ראה/י https://www.mpegla.com לפרטים נוספים.

(ב) תוכנת Apple כוללת פונקציית קידוד ו/או פענוח וידאו MPEG-4. תוכנת Apple ניתנת ברישיון במסגרת הרישיון MPEG-4 Visual Patent Portfolio License לשימוש אישי ובלתי-מסחרי על ידי צרכנים למטרת (א) קידוד וידאו בהתאם לתקן MPEG-4 ("וידאו MPEG-4") ו/או (ב) פענוח וידאו MPEG-4 אשר קודד על-ידי צרכן העוסק בפעילות אישית ובלתי-מסחרית ו/או וידאו שהושג מספק וידאו המורשה על-ידי MPEG LA לספק וידאו MPEG-4. לא יוענק או ישתמע רישיון עבור כל שימוש אחר. פרטים נוספים, כולל מידע בנוגע לרישיון ושימוש בעלי אופי שיווקי, פנימי ומסחרי, ניתן לקבל מאת MPEG LA, LLC. ראה/י https://www.mpegla.com.

(ג) תוכנת Apple כוללת פונקציית קידוד ו/או פענוח AVC. שימוש מסחרי ב-H.264/AVC מחייב רישיון נוסף ויחול התנאי הבא: ניתן בזאת רישיון לפונקציית ה-AVC בתוכנת Apple, אך ורק לשימוש אישי ובלתי-מסחרי על-ידי צרכנים לשם (א) קידוד וידאו בהתאם לתקן AVC ("וידאו AVC") ו/או (ב) פענוח וידאו AVC שקודד על-ידי צרכן שעוסק בפעילות אישית ובלתי-מסחרית ו/או וידאו AVC שהושג מספק וידאו המורשה לספק וידאו AVC. מידע בנוגע לשימושים אחרים ורישיונות ניתן להשיג מ-MPEG LA L.L.C. ראה/י https://www.mpegla.com.

**16. הגבלות על שירות החיפוש של Yahoo.** שירות החיפוש של Yahoo הזמין ב-Safari מורשה לשימוש במדינות ובאזורים הבאים בלבד: אוסטריה, אוסטרליה, אורוגוואי, איטליה, איי בהאמה, איי קיימן, אינדונזיה, איסלנד, אירלנד, אל סלוודור, אקוודור, ארגנטינה, ארובה, ארצות-הברית, בולגריה, בלגיה, ברבדוס, ברזיל, בריטניה, ברמודה, גואטמלה, ג'מייקה, גרמניה, גרדה, דנמרק, דרום קוריאה, הודו, הולנד, הונגריה, ונצואלה, טורקיה, טרינידד וטובגו, יוון, יפן, לוקסמבורג, לטביה, ליטא, מלדיה, מלטה, מקסיקו, נורווגיה, ניו זילנד, ניקרגואה, סין היבשתית, הונג קונג, טייוואן, סינגפור, סלובניה, סלובקיה, סנט וינסנט, סנט לוציה, ספרד, פורטו ריקו, פולין, פורטוגל, הפיליפינים, פינלנד, פנמה, פרו, צ'ילה, צ'כיה, צרפת, קולומביה, קנדה, קפריסין, רומניה, הרפובליקה הדומיניקנית, שוודיה, שווייץ ותאילנד.

**17. הודעה בנושא Microsoft Exchange.** הרישיון להגדרת הודאר של Microsoft Exchange בתוכנת Apple ניתן אך ורק לסנכרון דרך האוויר (דרך הרשת הסלולרית) של מידע כגון דוא"ל, אנשי קשר, לוח שנה ומשימות בין המכשיר לשרת Microsoft Exchange, או לתוכנת שרת אחרת המורשית על-ידי Microsoft ליישם את פרוטוקול Microsoft ActiveSync.

EA1806
08/07/2022

---

**תנאים והגבלות משלימים ל-Apple Pay ול-Wallet**

תנאים והגבלות משלימים אלה ל-Apple Pay ול-Wallet ("תנאים משלימים" אלה) משלימים את הסכם הרישיון עבור תוכנת Apple (ה"רישיון"); השימוש שלך במאפיין Apple Pay ("Apple Pay") וביישום Apple Wallet ("Wallet"), אשר יקראו "שירות" במסגרת רישיון זה, יהיה כפוף הן לתנאי הרישיון והן לתנאים משלימים אלה. מונחים מודגשים בתנאים משלימים אלה נושאים את המשמעויות שצוינו ברישיון.

## 1. סקירה כללית

### Apple Pay

המאפיין Apple Pay מאפשר לך:

- לבצע תשלומים ללא מגע באמצעות כרטיסי אשראי, כרטיסי חיוב וכרטיסים משולמים מראש, לרבות Apple Card וכרטיס Apple Cash, במיקומים נבחרים, או תשלומים מתוך יישומים או אתרים נבחרים;
- לשלוח תשלומים מאדם לאדם לא משתמשי Apple Cash אחרים; וכן
- לעקוב אחר הזמנות ולצפות בקבלות מפורטות.

ייתכן ש-Apple Pay וחלק מהמאפיינים של Apple Pay יהיו זמינים באזורים נבחרים בלבד, אצל מנפיקי כרטיסים, רשתות תשלום, מוכרים וצדדים שלישיים אחרים נבחרים בלבד.

### Wallet

עם Apple Wallet ניתן לאחסן ייצוגים וירטואליים של כרטיסי אשראי, כרטיסי חיוב וכרטיסים משולמים מראש ולהשתמש בהם עם Apple Pay (ביחד, "כרטיסי Apple Pay"), כמו גם עם סוגים אחרים של כרטיסים, אישורים ומפתחות, כולל, אך ללא הגבלה, הכרטיסים הבאים (שנקראים ביחד "אישורי Wallet", וביחד עם כרטיסי Apple Pay אחרים, "הכרטיסים הנתמכים"):

- כרטיסי מועדון;
- כרטיסי נסיעה בתחבורה הציבורית;
- כרטיסים;
- אישורי כניסה לחברי מועדון;
- מפתחות דיגיטליים לרכב;
- מפתחות דיגיטליים לבית;
- מפתחות במקומות אירוח;
- תגי חברה;
- תעודות סטודנט; וכן
- רישיונות נהיגה ותעודות בהנפקה ממשלתית ("תעודות זהות").

ייתכן שאישורי Wallet יהיו זמינים באזורים נבחרים בלבד ואצל שותפים נבחרים בלבד. ייתכן שתעודות זהות יהיו זמינות רק עבור תושבי מדינות משתתפות, וייתכן שההרשאות להציג אותן תשתנה בין המדינות או האזורים השונים.

הכרטיסים הנתמכים עשויים להשתנות מעת לעת.

**2. זכאות**

על מנת להשתמש ב-Apple Pay וב-Wallet, נדרשים: (1) מכשיר נתמך שפועלת בו מערכת הפעלה בגרסה שהשירותים תומכים בה (מומלץ להשתמש בגרסה האחרונה, ולעתים הכרחי להשתמש בה), (2) מזהה Apple ID המשויך לחשבון iCloud ושמצוי ברשימת החשבונות התקינים ב-Apple, ו-(3) גישה לאינטרנט (ייתכן שהחיבור יהיה כרוך בתשלום). למעט Apple Cash Family וכרטיסים כסף אלקטרוני נבחרים, כרטיסי Apple Pay זמינים רק למי שמלאו לו 13, והשימוש בהם עשוי להיות כפוף להגבלות נוספות המבוססות על גיל, אשר נקבעו על ידי iCloud או על ידי הגורם הרלוונטי – מנפיק, מוכר או צד שלישי אחר. כרטיסי נסיעה, כרטיסי כסף אלקטרוני, תעודות זהות, תגי חברה ומפתחות זמינים רק במכשירי iOS.

אם הינך הורה או אפוטרופוס/ית חוקי/ת של iCloud Family ("מארגן/ת"), תוכל/י להזמין בני משפחה, כולל ילדים בני פחות מ-13 (או גיל המינימום במדינה שלך), להקצות ב-Wallet ולהשתמש בכרטיסי נסיעה בתחבורה ציבורית שעומדת בקריטריונים. כמארגן/ת, מוטלת עליך האחריות לכל הרכישות, העסקאות והתשלומים המבוצעים עם כרטיסי התחבורה הציבורית שהקצית לבני המשפחה, כולל שימושים שבוצעו על ידי בני המשפחה. הזכאות לכרטיסי נסיעה בתחבורה הציבורית ב-Wallet, והשימוש בהם, כפופים לתקנון של חברת הנסיעות הרלוונטית. המארגן/ת והאחראי/ת לעמידה בכל תנאי התקנון, וכל סיכון הקשור להקצאת כרטיסי נסיעה בתחבורה הציבורית לבני משפחה הוא שלו/ה. כאשר בני משפחה יוצאים מהקבוצה המשפחתית או מוסרים ממנה, הם כבר לא יכולים לטעון את כרטיס הנסיעה, והם יוכלו להשתמש בו רק עד שהיתרה בכרטיס תתאפס.

אם הינך הבעלים של מפתח דיגיטלי לרכב, תוכל/י לשתף אותו עם אחרים בני 13 ומעלה כדי לאפשר להם לפתוח את הרכב, לגשת אליו ו/או לנהוג בו.

מפתחות דיגיטליים לבית ניתנים להוספה ל-Wallet או להסרה ממנו רק על ידי הוספה או הסרה של מפתחות היישום 'הבית שלי' או על ידי הוספה של עצמך לבית או הסרה של עצמך ממנו ביישום 'הבית שלי'. אם הינך המנהל/ת של בית ביישום 'הבית שלי', מפתחות קיימים לבית ישותפו אוטומטית עם האנשים שהזמנת ושתצטרף/י לשליטה בבית שלך.

Apple Card זמין רק בארצות הברית ומונפק על-ידי בנק גולדמן-זקס בארצות הברית, בסניף שבסולט לייק סיטי ("המנפיק של Apple Card"). למעט Apple Card Family, כרטיס Apple Card זמין רק בני 18 ומעלה (או גיל ההגשה לבגרות במקום מגוריך).

כרטיסי Apple Cash והיכולת לשלוח ולקבל תשלומים מאדם לאדם זמינים בארצות הברית בלבד, ושירותים אלה ניתנים על-ידי Green Dot Bank, החברה ב-FDIC. כדי לשלוח ולקבל תשלומים מאדם ב-Apple Pay, נדרש כרטיס Apple Cash. למעט Apple Cash Family, כרטיס Apple Cash והיכולת לשלוח ולקבל תשלומים מאדם לאדם זמינים רק למי שמלאו לו 18.

**3. השימוש בשירותים**

כדי להשתמש בתכונות אלו, הכרטיסים הנתמכים ותשלומים מאדם לאדם משויכים ל-Apple ID שאיתו התחברת ל-iCloud. כשמוסיפים או מסירים מפתחות, תגי חברה, כרטיסי מועדון, כרטיסים אחרים ואישורי חברות ל-Wallet, השינוי שבוצע עשוי להופיע במכשירי Apple האחרים שבהם התחברת עם ה-ID ב-Apple. ניתן להשתמש ב-ID ב-Apple לשיוך של תעודת זהות אחת בלבד בכל משרד ממשלתי מנפיק.

Apple Pay ו-Wallet מיועדים לשימושך האישי והינך רשאי להקצות אך ורק כרטיסים נתמכים ששייכים לך, או כרטיסי נסיעה ומפתחות דיגיטליים לרכב או לבית שהוזמנת להשתמש בהם על ידי מארגן/ת משפחתי/ת או על ידי הבעלים. אם הינך מקצה כרטיס נתמך ששייך לארגון, הינך מאשר/ת בכך כי הדבר נעשה בהרשאת המעסיק וכי קיבלת הרשאה לאגד את מעסיקך לתנאי שימוש אלה ולכל העסקאות שינבעו מהשימוש באמצעי זה. במקרה של שליחה או קבלה של תשלום מאדם לאדם, הינך מאשר/ת כי הפעולה מיועדת לשימושך האישי בלבד ולמטרה שאינה מסחרית. אם את/ה מקצה תעודת זהות, את/ה מאשר/ת שהדבר מתבצע עם הפרטים האישיים שלך, שניתנו בצורה מדויקת ומהימנה.

הינך מסכים/ה שלא להשתמש ב-Apple Pay או ב-Wallet למטרות בלתי חוקיות או למטרות הונאה, או לכל מטרה אחרת האסורה לפי הרישיון ולפי תנאים משלימים אלה. בנוסף, הינך מסכים/ה להשתמש ב-Apple Pay וב-Wallet בהתאם לחוקים ולתקנונים הרלוונטיים. הינך מאשר/ת כי מידע שקרי שיימסר בכל הנוגע לתעודת זהות עלול להיחשב לעבירה על החוק הפדרלי או על חוקי המדינה. הינך מסכים/ה שלא להתעביר ולא להעביר לשירות של Apple Pay או של Wallet (לרבות גישה לשירות באמצעים אוטומטיים) או לשרתים או רשתות המחוברות לשירות, או לקיום מדיניות, דרישות או תקנות של רשתות המחוברות לשירות (לרבות גישה בלתי מורשית לנתונים או תעבורה בהן, שימוש בנתונים כאלה או ניטור שלהם).

אם הגישה שלך אל Apple Pay או אל Wallet, או השימוש שלך בהם, אסורים על פי החוק החל, אינך רשאי/ת לגשת לשירותים אלה או להשתמש בהם. איננו אחראים לכל גישה או שימוש שלך בשירותים באופן שנוגד את החוק החל.

### 4. הקשר של Apple איתך

השימוש שלך ב-Apple Pay יהיה כפוף לתנאים המשלימים הללו, וכן לתנאי ההסכם של בעל הכרטיס שעליו חתמת מול הגורם הרלוונטי – מנפיק, מוכר או צד שלישי אחר – האחראי לכרטיס Apple Pay שלך.

בדומה, השימוש שלך באישורי Wallet ב-Wallet יהיה כפוף לתנאים המשלימים הללו, וכן לתנאי ההסכם שעליו חתמת מול הגורם הרלוונטי – מוכר, חברת תחבורה ציבורית, יצרן מפתחות דיגיטליים לרכב ולבית, אוניברסיטה, בית מלון, אתר נופש, חברת שייט, חברה, משרד ממשלתי מנפיק או צד שלישי אחר.

למעט מספר תכונות של כרטיס Apple Pay המסופקות על-ידי .Apple Payments Inc ("Apple Payments") ומפעילות בהמשך, Apple אינה מעבדת עסקאות או תשלומים או עסקאות אחרות שאינן קשורות לתשלומים ושמתבצעות בכרטיסי Apple Pay שלך. אין ל-Apple כל פיקוח על תשלומים, החזרים, החזרות, העברות כספים, נקודות, צבירות, הנחות, גישה, אימות הזות, הזמנות, מימוש הזמנות או כל פעילות אחרת שעשויה לנבוע משימושך ב-Apple Pay או ב-Wallet, והיא אינה אחראית לאף פעילות שכזו.

במקרה של סתירה בין תנאים משלימים אלה לבין ההסכם שלך מול הגורם הרלוונטי – מנפיק, מוכר, משרד ממשלתי מנפיק או צד שלישי אחר (כל אחד מהם יכונה "**הסכם עם צד שלישי**"), תנאים משלימים אלה יהיו התנאים הקובעים בכל הנוגע לקשר שלך עם Apple, והתנאים של ההסכם עם הצד השלישי הרלוונטי יהיו התנאים הקובעים בכל הנוגע לקשר שלך עם אותו צד שלישי.

היכר מאשר/ת כי Apple אינה צד בהסכמים שלך מול צדדים שלישיים וכן אינה אחראית: (א) לתוכן, לדיוק, לזמינות של כרטיסים נתמכים, רכישות, עסקאות, העברות כספים, הזמנות, מימוש הזמנות, קבלות או פעולות אחרות שמתבצעות באמצעות Apple Pay או Wallet, כולל, בין השאר, פעולות שמבוצעות על ידי בני משפחה או על ידי אחרים ששיתפת איתם את הכרטיסים הנתמכים או שיש להם גישה למכשיר שלך; (ב) לתקופה של כרטיסים או להערכת הזכאות לכרטיס; (ג) להנפקה, להשערה או לשלילת התוקף של רישיון נהיגה או של תעודת הזות;(דז) לפעילות של מנפיקים, של סוחרים, מפתחי יישומים או של צדדים שלישיים אחרים הקשורים לשימושך ב-להחלטות הקצאה שמתקבלות על-ידי מנפיק, מוכר או צד שלישי אחר בנוגע להוספת הכרטיס הנתמך שלך ל-Wallet; (ה) להחלטות שמתקבלות על-ידי מנפיק, מוכר או צד שלישי אחר לגבי הוספת הכרטיס הנתמך שלך ל-Wallet; (ו) לחברות או להשתתפות שלך בתוכניות של קמעונאים או שותפים; (ז) לצבירת נקודות או הטבות במסגרת הכרטיסים הנתמכים או למימושן; (ח) למימון או לטעינה מחדש של כרטיסים משולמים מראש נתמכים; (ט) לשליחה או לקבלת של תשלומים בין אנשים פרטיים או להעברת כספים, או (י) לטעינה, מימוש או משיכה של כסף מכרטיס Apple Cash.

אם הגשת בקשה להנפקת Apple Card, למעשה היכר מגיש/ה בקשה לפתיחת חשבון אצל המנפיק של Apple Card. המוסד הכספי הממונה על הצעת כרטיסי Apple Card עשוי להשתנות והשימוש שלך ב-Apple Card כפוף לתקנון של הגוף הממונה.

כאשר תפעיל/י את המאפיינים של Apple Cash ב-Apple Pay, ייפתח עבורך חשבון ב-Green Dot Bank. למעט התכונות של Apple Pay המסופקות על-ידי Apple Payments, כאשר תשלח/י או תקבל/י תשלום מאדם לאדם או תטען/י או תמשוך/י כסף בכרטיס Apple Cash, בנק Green Dot Bank יהיה אחראי לקבלת הכסף ולשליחתו אל הנמען. המוסד הפיננסי האחראי לשירות Apple Cash ולשירות העברות תשלומים מאדם לאדם בתוך Apple Pay כפוף לשינוי, וכל שימוש שתעשה/י במאפיינים אלה יהיה כפוף לתקנון של אותו מוסד.

היכולת להשתמש בכספים הטעונים בכרטיס Apple Cash לביצוע תשלומים לעסקים מסוימים שאישרת ועומדים בתנאים ("שירות Direct Payments") היא שירות שניתן על-ידי Apple Payments. השימוש שלך בשירות Direct Payments כפוף לתנאים ולהגבלות של Direct Payments מבית Apple Payments. בנוסף, עסקים נאים מסוימים עשויים לאפשר לך להשתמש בכספי Apple Cash שלך (כל מקרה כזה, "תשלום"). למרות שהטיפול בתשלומים עשוי להתבצע על-ידי Apple Payments, השירות מוצע על-ידי העסקים המשתתפים המספקים כספים אלה, ועשוי להיות כפוף לתנאים והגבלות נוספים של העסקים המשלמים. בכל מקרה של מחלוקת או לשאלות לגבי הכרטיסים הנתמכים או לגבי פעילות מסחרית משותך, יש לפנות אל המנפיק או אל הגורם הרלוונטי – מוכר, משרד ממשלתי מנפיק או צד שלישי אחר. לשאלות בנושא Wallet, Apple Pay, Apple Card, כרטיס Apple Cash או תשלומים מאדם לאדם, יש לפנות לתמיכה של Apple.

### 5. פרטיות

האיסוף של מידע אישי והשימוש בו על-ידי Apple כפופים למדיניות הפרטיות של Apple, שאותה ניתן לקרוא בכתובת https://www.apple.com/legal/privacy/he/. ניתן למצוא מידע מפורט לגבי האיסוף, השימוש או השיתוף של מידע אישי כחלק מהשימוש שלך ב-Apple Pay וב-Wallet בהודעות הפרטיות הספציפיות לשירות הרלוונטי, כולל מסמך "אודות Apple Pay ופרטיות" שניתן לגשת אליו מהמכשיר, מתוך היישומון Watch במכשיר מקושר וגם בכתובת //https www.apple.com/legal/privacy/he/. השימוש שלך ב-Apple Pay וב-Wallet מהווה את הסכמתך לשידור, איסוף, החזקה, עיבוד ושימוש בכל המידע שלעיל על-ידי Apple, חברות הבת שלה וסוכניה במטרה לספק לך את השירותים הללו.

**6. אבטחה; מכשירים שאבדו או הושבתו**

הגן/י על המכשירים הנתמכים ועל האישורים שלך כפי שהיית מגן/ה על הארנק והכרטיסים הפיזיים שלך

Apple Pay ו-Wallet מאחסנים ייצוגים וירטואליים של הכרטיסים הנתמכים שלך ויש לאבטח אותם כפי שהיית מאבטח כל רכוש פיזי – ארנק, מפתחות, כרטיסי אשראי וחיוב, כרטיסים משולמים מראש, תעודת זהות או כרטיסים אחרים. את/ה אחראי/ת ואחראית באופן בלעדי לשמירה על אבטחת המכשירים ופרטי ה-Apple ID שלך, ה-Touch ID וה-Face ID, קוד הגישה למכשירים הנתמכים שלך וכל אישור אימות אחר המשמש אותך עם השירותים (ביחד, "אישורים"). אם תאפשר/י למישהו אחר להשתמש במכשיר הנתמך שלך (לדוגמה, על ידי מתן קוד הגישה למכשיר לצד שלישי כלשהו, מתן רשות לצד שלישי כלשהו להוסיף את טביעת האצבע שלו כדי להשתמש ב-Touch ID או להפעיל את Face ID, או מתן האישורים שלך לצד שלישי בצורה אחרת), אדם זה עשוי לבצע תשלומים, לשלוח, לבקש או לקבל תשלומים מאדם לאדם, למשוך כסף מכרטיס Apple Cash שלך, לקבל או לממש הטבות, לפתוח את הרכב, החדר, המשרד או הבית שלך או לגשת אליהם באופן אחר, להתחייב אליך או לבצע עסקאות אחרות באמצעות הכרטיסים הנתמכים שלך ב-Wallet. במקרים כאלה, האחריות לכל תשלום, גישה ועסקה שבוצעו על ידי אדם זה תוטל עליך.

מכשירים שנפרצו

אם תבצע/י במכשיר שינויים לא מורשים, למשל על ידי נטרול פקדי תוכנה או חומרה (מכונה לפעמים "פריצה"), ייתכן שהמכשיר כבר לא יורשה לגשת לשירותים או להשתמש בהם. הינך מאשר/ת כי השימוש בשירותים באמצעות מכשיר שבוצעו בו שינויים אסור במפורש, מהווה הפרה של תנאים משלימים אלה וכן מהווה עילה עבורנו למנוע או להגביל את אפשרות הגישה שלך לשירותים.

אמצעי אבטחה נוספים

ייתכן שתידרש/י להפעיל אמצעי אבטחה נוספים כגון אימות דו-גורמי עבור ה-Apple ID שלך כדי לגשת למאפיינים מסוימים של Apple Pay, כולל Apple Card, כרטיסי Apple Cash ותשלומים מאדם לאדם ב-Apple Pay. אם תסיר/י בשלב מאוחר יותר תכונות אבטחה אלה, ייתכן שלא תוכל/י להמשיך לגשת לתכונות מסוימות של Apple Pay. מחיקת ה-Touch ID או ה-Face ID המשויכים לתעודת הזהות שלך לצורך הצגה לרשויות תחייב אותך לבצע שוב את כל תהליך ההקצאה של תעודת הזהות.

מכשירים שאבדו או נגנבו

אם המכשיר אבד או נגנב והתכונה 'מצא את ה-iPhone שלי' הופעלה, תוכל/י להשתמש בה כדי לנסות להשבית את היכולת לבצע עסקאות באמצעות הכרטיסים הנתמכים האווירטואליים או לשלוחו תשלומים מאדם לאדם במכשיר על ידי העברתו ל'מצב אבוד'. אם המכשיר ב'מצב אבוד', ייתכן שמפתחות הרכב יהיו מושבתות ב-Wallet ולא תוכל/י לגשת לרכב או להתניע אותו אם יצאת מהרכב או כיבית את המנוע. 'מצב אבוד' משוייע על המפתחות במכשיר שאבד בלבד. אם את/ה הבעלים, כבר לא תוכל/י לשתף את המפתחות לרכב או לבית עם אחרים, אבל מפתחות שכבר שיתפת עם אחרים לא יושפעו מהמכשירים שלהם.

אפשר גם למחוק את המכשיר, כך שהמערכת תנסה להסיר את היכולת לבצע עסקאות עם הכרטיסים האווירטואליים הנתמכים או לשלוח תשלומים מאדם לאדם במכשיר. עליך להתקשר למנפיק, למוכר או לצד שלישי אחר שאחראי לכרטיסים הנתמכים שלך, או אל Apple במקרה של מדובר ב-Apple Card או בכרטיס Apple Cash, על מנת למנוע גישה בלתי מורשת לכרטיסים הנתמכים שלך ב-Apple Pay וב-Wallet.

אם תדווח/י על חשד להונאה, או במקרה ש-Apple תחזיק בחשד כזה, הינך מסכים/ה לשתף פעולה עם Apple בכל חקירה שתהיה ולנקוט כל אמצעי למניעת הונאה שאנו נציין.

**7. הגבלת חבות**

בנוסף לכתבי היעדר אחריות והגבלת אחריות המפורטים ברישיון זה, APPLE אינה נוטלת כל אחריות לרכישות, תשלומים, העברות כספים, הזמנות, מימוש הזמנות, מידע של קבלות, גישה, אימות זהות, עסקאות או פעילויות אחרות שיבוצעו באמצעות APPLE PAY או WALLET, והינך מסכים/ה להסתמך אך ורק על הסכמים שייתכן ויש לך עם מנפיק הכרטיס, עם רשת התשלומים, עם המוסדות הפיננסיים, עם המוכר, עם מפתח היישום, עם המשרד הממשלתי המנפיק או עם צד שלישי רלוונטי אחר, לפתרון שאלות או מחלוקות הקשורות לכרטיסים הנתמכים, לתשלומים מאדם לאדם ולפעילויות קשורות.

_____

**הודעות מ-APPLE**

אם Apple תצטרך ליצור עמך קשר בנוגע למוצר או לחשבון שלך, הינך מסכים/ה לקבל את ההודעות בדוא"ל. הינך מסכים/ה כי הודעות כאמור אשר יישלחו אליך באופן אלקטרוני, יקיימו את דרישות התקשורת על-פי חוק.

**MAGYAR**

**FONTOS: AZ iPHONE, iPAD VAGY iPOD TOUCH („ESZKÖZ") HASZNÁLATÁVAL ELFOGADJA, HOGY AZ ALÁBBI FELTÉTELEK ÖNRE NÉZVE KÖTELEZŐ ÉRVÉNYŰEK:**

**A.    APPLE iOS és iPadOS SZOFTVERLICENC-SZERZŐDÉS**
**B.    APPLE PAY – KIEGÉSZÍTŐ FELTÉTELEK**
**C.    ÉRTESÍTÉSEK AZ APPLE RÉSZÉRŐL**

**APPLE INC.**
**iOS ÉS iPadOS SZOFTVERLICENC-SZERZŐDÉS**
**Egyszeres felhasználási licenc**

**AZ ESZKÖZ HASZNÁLATA VAGY A JELEN LICENCHEZ KAPCSOLÓDÓ SZOFTVERFRISSÍTÉS LETÖLTÉSE ELŐTT FIGYELMESEN OLVASSA EL A SZOFTVERLICENC-SZERZŐDÉST („LICENC"). AZ ESZKÖZ ÉS A LETÖLTÉSEK HASZNÁLATÁVAL VAGY A SZOFTVERFRISSÍTÉSEK LETÖLTÉSÉVEL ELFOGADJA, HOGY A JELEN LICENC FELTÉTELEI ÖNRE NÉZVE KÖTELEZŐ ÉRVÉNYŰEK. HA NEM FOGADJA EL A JELEN LICENC FELTÉTELEIT, NE HASZNÁLJA AZ ESZKÖZT, ILLETVE NE TÖLTSE LE EZT A SZOFTVERFRISSÍTÉST**

**HA NEMRÉG VÁSÁROLT KÉSZÜLÉKET, ÉS NEM FOGADJA EL A LICENC FELTÉTELEIT, A https:// www.apple.com/legal/sales-support/ CÍMEN ELÉRHETŐ APPLE VISSZATÉRÍTÉSI IRÁNYELVEKNEK MEGFELELŐEN A VISSZATÉRÍTÉSI IDŐTARTAMON BELÜL JÓVÁÍRÁS ELLENÉBEN VISSZAJUTTATHATJA ESZKÖZÉT AZ APPLE STORE ÁRUHÁZBA VAGY AHHOZ A HIVATALOS VISZONTELADÓHOZ, AHOL VÁSÁROLTA AZT.**

**1. Általános**
(a) A szoftvert (beleértve a rendszerindítási ROM-kódot, a beágyazott szoftvereket és a harmadik féltől származó szoftvereket is), a dokumentációt, a felületeket, a tartalmat, a betűtípusokat és bármely adatot, amely a Készülékkel együtt érkezett („Eredeti Apple szoftver"), csakúgy, mint ezek funkciófejlesztések, szoftverfrissítések, biztonsági intézkedések, rendszerfájlok vagy rendszer-visszaállítási szoftverek által frissített vagy lecserélt verzióit, amelyeket az Apple biztosít Készüléke vagy támogatott perifériás eszköze számára („Apple-szoftvermódosítások"), függetlenül attól, hogy csak olvasható memóriában, más adathordozón vagy bármilyen más formában vannak-e jelen (az Eredeti Apple szoftver és az Apple-szoftvermódosítások együttesen: „Apple szoftver"), az Apple Inc. („Apple") kizárólag licencként, és nem megvásárolt tulajdonjogként biztosítja az Ön számára, és kizárólag a jelen Licenc feltételei szerinti használatra. Az Apple és licenctulajdonosai maradnak az Apple-szoftver tulajdonosai, és minden olyan jogot fenntartanak, amelyekre Ön nem kifejezetten jogosult. Elfogadja, hogy a jelen Licenc feltételei érvényesek az eszközön beépített bármely Apple márkájú alkalmazás esetén, kivéve, ha az alkalmazáshoz külön licenc tartozik, amely esetben elfogadja, hogy az adott licenc feltételei az irányadók az adott alkalmazásra vonatkozóan.

(b) Az Apple saját belátása szerint elérhetővé tehet jövőbeni Apple-szoftvermódosításokat. Az Apple-szoftvermódosítások – ha vannak ilyenek – nem feltétlenül tartalmazzák az összes létező szoftverfunkciót vagy az olyan új funkciókat, amelyeket az Apple az eszközök újabb vagy más modelljeihez ad ki. Az Apple által biztosított bármely Apple-szoftvermódosítás esetében a jelen Licenc feltételei az irányadók, kivéve, ha az Apple-szoftvermódosításhoz külön licenc tartozik, amely esetben Ön elfogadja, hogy az adott licenc rendelkezései az irányadók.

(c) Ha expressz beállítási funkciót használ egy új eszközhöz a meglévő eszköze alapján, akkor elfogadja, hogy ennek a Licencnek a feltételei vonatkoznak az új eszközön lévő Apple-szoftver használatára, kivéve, ha ahhoz külön licenc tartozik, mert ebben az esetben Ön elfogadja, hogy annak a licencnek a

feltételei fognak vonatkozni az Apple-szoftver használatára. Az Ön készüléke rendszeres időközönként ellenőrzi az Apple-nél, hogy rendelkezésre állnak-e Apple-szoftvermódosítások. Ha van elérhető módosítás, az automatikusan letöltődik és települ a Készülékén, illetve a perifériás eszközein (ha vannak). **Az Apple-szoftverek használatával Ön beleegyezik, hogy az Apple automatikusan letöltheti és telepítheti az Apple-szoftvermódosításokat az Ön Készülékére és perifériás eszközeire.** Bármikor kikapcsolhatja az operációs rendszer automatikus frissítését és a Gyors reakció a biztonsági kihívásokra funkciót az Automatikus frissítések beállításainak módosításával, amely a Beállítások > Általános > Szoftverfrissítés lehetőségnél található. Egyes rendszerfájlok (beleértve, de nem kizárólagosan a frissített betűtípusokat, nyelvi modelleket, hangeszközöket és a perifériák firmware-jét) továbbra is automatikusan települhetnek, például bizonyos funkciók és perifériák bekapcsolásakor vagy használatakor, illetve jogi, szabályozási, közbiztonsági vagy műszaki megfontolások miatt.

**2. Engedélyezett licencfelhasználások és -korlátozások**
(a) A jelen Licenc feltételeinek megfelelően Ön egy korlátozott, nem kizárólagos licencre jogosult, amellyel az Apple-szoftvert egyetlen Apple márkájú eszközön használhatja. Az alábbi 2(b) szakaszban vagy egy esetleges különálló, az Apple és Ön közötti szerződésben engedélyezett esetek kivételével a jelen Licenc nem engedélyezi, hogy az Apple-szoftver egyidejűleg egynél több Apple márkájú eszközön telepítve legyen, továbbá az Apple-szoftvert nem terjesztheti vagy teheti elérhetővé olyan hálózaton keresztül, ahol azt több eszköz is használhatja egyszerre. A jelen Licenc nem jogosítja fel Önt az Apple tulajdonában lévő interfészek és egyéb szellemi tulajdon használatát az eszközzel használható, harmadik féltől származó eszközök és tartozékok, illetve harmadik féltől származó szoftveralkalmazások tervezésére, fejlesztésére, gyártására, licencelésére vagy forgalmazására. Néhány ilyen jogot az Apple külön licencek alapján bocsát rendelkezésre. Harmadik fél eszközeinek és kiegészítőinek az Apple-eszközökhöz történő fejlesztésével kapcsolatos további tudnivalókért keresse fel a következő weboldalt:https://developer.apple.com/programs/mfi/. Szoftveralkalmazások az Apple-eszközhöz való fejlesztésével kapcsolatos további tudnivalókért keresse fel a https://developer.apple.com weboldalat.

(b) A jelen Licenc feltételeinek megfelelően Ön egy korlátozott, nem kizárólagos licencre jogosult, amellyel letöltheti az Apple által a Készülékmodelljéhez esetlegesen elérhetővé tett Apple-szoftvermódosításokat az Ön tulajdonát képező vagy Ön által használt ilyen eszközön található szoftver frissítéséhez vagy visszaállításához. A jelen Licenc nem jogosítja fel arra, hogy olyan Készülékeket frissítsen vagy állítson vissza, amelyek nem képezik az Ön tulajdonát, vagy amelyeket nem Ön használ, továbbá az Apple-szoftvermódosításokat nem terjesztheti vagy teheti elérhetővé olyan hálózaton keresztül, ahol azt több eszköz vagy számítógép használhatja egyszerre. Ha letölt egy Apple-szoftverfrissítést a számítógépére, az Apple-szoftvermódosításról csak egyetlen, gépileg olvasható formátumú másolatot készíthet biztonsági másolat céljából, azzal a feltétellel, hogy a biztonsági másolat tartalmaz minden, az eredeti példányban meglévő összes szerzői jogi és egyéb tulajdonjogi információt.

(c) Ha az eszközére az Apple telepített előre App Store-ból származó, Apple márkájú alkalmazásokat („Előre telepített alkalmazások"), akkor eszközén történő használatukhoz először be kell jelentkeznie az App Store áruházba, és hozzá kell rendelnie ezen Előre telepített alkalmazásokat az App Store-fiókjához. Ha egy Előre telepített alkalmazást az App Store-fiókjához rendel, azzal az eszközön található összes Előre telepített alkalmazás hozzárendelése is automatikusan megtörténik. Azzal, hogy az Előre telepített alkalmazásokat az App Store-fiókjához rendeli, Ön elfogadja, hogy az Apple az App Store-fiókjához használt Apple ID azonosítót és az eszközről beszerzett egyedi hardverazonosítót továbbíthatja, gyűjtheti, megtarthatja, feldolgozhatja és felhasználhatja egyedi fiókazonosítóként annak érdekében, hogy az Ön kérelmének jogosultságát ellenőrizze, és hogy az Ön számára hozzáférést biztosítson az Előre telepített alkalmazásokhoz az App Store áruházon keresztül. Ha nem kíván használni egy Előre telepített alkalmazást, bármikor törölheti azt az eszközről.

(d) Az Ön számára nem engedélyezett, így Ön vállalja, hogy nem teszi, és másoknak sem teszi lehetővé az alábbiakat: az Apple-szoftver vagy az Apple-szoftver által biztosított szolgáltatások vagy azok

bizonyos részeinek másolása (kivéve, ha ezt a jelen Licenc kifejezetten megengedi), belső felépítésének elemzése, visszafejtése, alkotóelemekre bontása, forráskódjának kinyerésének megkísérlése, titkosításának visszafejtése, módosítása vagy azok által származékos munkák létrehozása (kivéve, ha - és csak olyan mértékben, amennyire - ezt a korlátozást az alkalmazandó jogszabályok, illetve az Apple-szoftverhez esetlegesen mellékelt nyílt forráskódú komponensek használatára vonatkozó licencfeltételek tiltják). Ön elfogadja, hogy nem távolítja el, nem teszi felismerhetetlenné vagy olvashatatlanná, illetve nem módosítja a tulajdonjogi közleményeket (többek között a védjegyekkel és szerzői jogokkal kapcsolatos közleményeket), amelyek az Apple-szoftverekhez lehetnek mellékelve, vagy az Apple-szoftverek részét képezhetik.

(e) Az Apple-szoftver használható anyagok reprodukálására mindaddig, amíg ez a felhasználás olyan anyagok reprodukálására korlátozódik, amelyek nem állnak szerzői jogvédelem alatt, amelyek szerzői joga az Öné, vagy amelyek reprodukálására Ön jogosult, illetve törvényes felhatalmazással rendelkezik. Az előző rendelkezések ellenére az Ön számára nem engedélyezett a News vagy Térkép alkalmazás (lásd alább) használatával elért képek ismételt közzétételére, továbbküldésére vagy reprodukálására különálló fájlként. Az eszköz használatával közzétett, tárolt vagy elérhetővé tett bármilyen tartalom jogcíme és szellemi tulajdonhoz fűződő jogai a vonatkozó tartalom tulajdonosát illetik. Az ilyen típusú tartalmat védheti szerzői jog vagy más, a szellemi tulajdont védő törvény vagy egyezmény, és a tartalmat biztosító harmadik fél felhasználási feltételei vonatkozhatnak rá. Ha nincs másképp meghatározva, a jelen Licenc nem biztosít Önnek semmilyen jogot az ilyen tartalom használatára, és nem is garantálja, hogy az adott tartalom később is elérhető lesz.

(f) A jelen Licenc feltételeinek betartása mellett Ön: (i) használhatja az Apple-szoftverhez tartozó, illetve általa létrehozott Memoji-karaktereket („Rendszerkarakterek") (1) az Apple-szoftver futtatása során, és (2) saját személyes, nem kereskedelmi használatra szánt tartalmainak és projektjeinek létrehozásához; és (ii) saját személyes, nem kereskedelmi célokra használhatja az Apple-szoftver által a Készüléken, valós időben, FaceTime-hívások és más tevékenységek során automatikusan generált Élő feliratokat („Élő feliratok"). A jelen Licenc a Rendszerkarakterek és az Élő feliratok semmiféle egyéb felhasználását nem teszi lehetővé, korlátozás nélkül ideértve a Rendszerkarakterek profitorientált, non-profit, nyilvános megosztással járó, illetve kereskedelmi környezetben történő felhasználását, reprodukcióját, megjelenítését, előadását, rögzítését, közzétételét és továbbadását.

(g) Bizonyos alkalmazás- és/vagy webhely-műveletparancsok végrehajtásához az Apple-szoftvernek hozzá kell férnie az eszközön bizonyos harmadik félhez tartozó szoftveralkalmazásokhoz, szolgáltatásokhoz vagy weboldalakhoz. Ön kifejezetten belegyezik az ilyen jellegű felhasználásba olyan mértékig, ami a Parancs Apple-szoftverrel való végrehajtásához szükséges.

(h) Ön vállalja, hogy az Apple-szoftvert és a Szolgáltatásokat (az alábbi 5. szakaszban meghatározottak szerint) a vonatkozó jogszabályoknak megfelelően használja; ebbe beleértendők a lakhelyéül szolgáló ország vagy régió helyi jogszabályai, illetve annak az országnak vagy régiónak a jogszabályai, ahol letölti vagy használja az Apple-szoftvert és a Szolgáltatásokat. Az Apple-szoftver funkciói és a Szolgáltatások nem minden nyelven és régióban érhetők el, egyes funkciók régiónként eltérhetnek, és előfordulhat, hogy a szolgáltatója bizonyos funkciókat korlátoz vagy nem tesz elérhetővé. Az Apple-szoftver funkcióihoz és a Szolgáltatásokhoz Wi-Fi vagy mobilhálózati adatkapcsolat szükséges.

(i) Az App Store használatához egyedi felhasználónév és jelszó kombináció, más néven Apple ID azonosító szükséges. Az Apple ID azonosító az alkalmazásfrissítések, valamint az Apple-szoftver funkciói és a Szolgáltatások eléréséhez is szükséges.

(j) Emellett tudomásul veszi, hogy az Apple-szoftver egyes funkciói, beépített alkalmazásai és Szolgáltatásai adatokat továbbítanak, és ez hatással lehet az adatforgalmi előfizetésének díjaira, valamint hogy ezen díjak megfizetéséért Ön a felelős. Megtekintheti és szabályozhatja, mely

alkalmazások használhatják a mobilhálózatot, és a mobil adatforgalmi beállításokban megtekintheti, hogy ezen alkalmazások körülbelül mennyi adatot használnak. Ezenfelül a Wi-Fi-asszisztens automatikusan mobilhálózatra vált gyenge Wi-Fi-kapcsolat esetén, ami nagyobb mobil-adatforgalommal járhat, és kihathat az adatcsomag díjaira. A Wi-Fi-asszisztens alapértelmezés szerint be van kapcsolva, de a Beállításokban kikapcsolható. További információkért tekintse meg az eszköz felhasználói útmutatóját.

(k) Ha engedélyezi az automatikus alkalmazásfrissítéseket, az eszköze rendszeres időközönként ellenőrzi az Apple webhelyén, hogy az eszközön található alkalmazásokhoz elérhetők-e frissítések, és ha rendelkezésre áll frissítés, automatikusan megtörténik annak letöltése és telepítése az eszközön. Bármikor kikapcsolhatja az összes automatikus alkalmazásfrissítést. Ehhez a Beállítások menü iTunes és App Store, majd Automatikus letöltések lehetőségén belül kapcsolja ki a frissítéseket.

(l) Az eszköz használata bizonyos körülmények között elvonhatja a figyelmét, és veszélyhelyzetet teremthet (pl. vezetés közben ne írjon SMS-üzenetet, vagy kerékpározás közben ne használjon fejhallgatót). Az eszköz használatával Ön elfogadja, hogy a mobiltelefonok és fejhallgatók használatára vonatkozó tiltások és korlátozások betartása az Ön felelőssége (ilyen korlátozás például, hogy vezetés közben csak kihangosítva lehet telefonhívásokat lebonyolítani).

(m) Az Apple-szoftver bizonyos funkciói megkísérelhetnek segítséget nyújtani adott biztonsággal kapcsolatos helyzetekben; ilyen például bármely biztonsággal kapcsolatos észlelés- vagy érzékelési funkció, és a segélyszolgálatokhoz való kapcsolódás (amennyiben rendelkezésre áll). Az Apple nem garantálja az ilyen funkciók elérhetőségét, pontosságát, teljességét, megbízhatóságát vagy időszerűségét. Ezek a funkciók nem arra szolgálnak, hogy kizárólag ezekre támaszkodjon olyan helyzetekben, az amikor azonnali vagy hatékonyabb segítség is rendelkezésre áll és igénybe vehető. Ön tudomásul veszi, hogy ezeket a funkciókat saját felelősségére és saját belátása szerint használja, és hogy az Apple, annak kapcsolt vállalkozásai, ügynökei és vezetősége nem vállal felelősséget Ön felé ezen funkciók használatáért és az ebből eredő következményekért, a törvény által megengedett maximális mértékig.

(n) Az Ön Készüléke nem orvosi eszköz és nem használható szakmai orvosi vélemény helyettesítésére. Nem úgy lett kialakítva és nem azt a célt szolgálja, hogy betegségek vagy más állapotok diagnózisának felállítására, illetve betegségek vagy más állapotok gyógyítására, enyhítésére, kezelésére vagy megelőzésére használják azt. Kérjük, forduljon orvosához, mielőtt egészségével kapcsolatban hozna döntéseket.

**3. Átruházás.** Az Apple-szoftvert nem kölcsönözheti, lízingelheti, adhatja kölcsön, értékesítheti, terjesztheti, és nem adhatja tovább annak licencét. Azonban egyszeri alkalommal, véglegesen átruházhatja az Apple-szoftver vonatkozó összes licencjogát egy másik félre az eszköz tulajdonjogának átruházásához kapcsolódóan, a következő feltételekkel: (a) az átruházás az eszközt és az Apple-szoftver egészét tartalmazza, beleértve mindegyik összetevőt és a jelen Licencet, (b) Ön nem tartja meg az Apple-szoftver semmilyen másolatát, legyen az teljes vagy részleges, beleértve a számítógépén vagy más tárolóeszközön tárolt másolatokat is, és (c) az Apple-szoftvert fogadó fél elolvassa és elfogadja a jelen Licenc feltételeit és kikötéseit.

**4. Beleegyezés az adatok felhasználásába.** Amikor az eszközt használja, a telefonszámát és az eszköz bizonyos egyedi azonosítóit elküldi a rendszer az Apple számára, hogy mások el tudják Önt érni a telefonszámán az Apple-szoftver által biztosított különféle kommunikációs funkciók (pl. az iMessage és a FaceTime) használatakor. Az iMessage használatakor előfordulhat, hogy az Apple korlátozott ideig az Ön üzeneteit titkosított formában eltárolja, hogy biztosítani tudja az üzenetek kézbesítését. A FaceTime vagy az iMessage kikapcsolásához nyissa meg az eszközén a FaceTime vagy az Üzenetek alkalmazás beállításait. Elképzelhető, hogy az Apple-szoftver bizonyos funkciói, mint például az Elemzés, a

Helymeghatározás, Siri és a Diktálás információkat igényelnek az eszközétől az általuk biztosított funkciók működéséhez. Amikor bekapcsolja vagy engedélyezi ezeket a funkciókat, tájékoztatást kap arról, hogy milyen adatok lesznek továbbítva az Apple felé, és hogy ezek miként lesznek felhasználva. További információkért lásd: https://www.apple.com/privacy/. Az adatainak kezelése mindig az Apple adatvédelmi irányelveivel összhangban történik, amelyet a következő weboldalon tekinthet meg: https://www.apple.com/legal/privacy/.

**5. Szolgáltatások és Harmadik felek anyagai**

(a) Az Apple-szoftver hozzáférést biztosíthat az Apple iTunes Store, App Store és Apple Books áruházához, a Game Center, az iCloud, a Térképek, Hírek, Fitnesz+ és más, az Apple vállalattól vagy külső féltől származó szolgáltatásokhoz és webhelyekhez (összefoglalóan és külön: „Szolgáltatások"). Az ilyen Szolgáltatások használata internet-hozzáférést igényel, és előfordulhat, hogy bizonyos Szolgáltatások használatához meg kell adnia az Apple ID-ját, további díjakat kell fizetnie, és esetenként további felhasználási feltételeket kell elfogadnia. A szoftver és az Apple ID vagy más Apple Szolgáltatások együttes használatával Ön elfogadja a vonatkozó szolgáltatási feltételeket, így például az Apple-médiaszolgáltatások azon országban vagy régióban érvényes legújabb Használati feltételeit, ahol használja ezeket a Szolgáltatásokat (ezeket a https://www.apple.com/legal/internet-services/itunes/ webhelyen érheti el és tekintheti át).

(b) Ha aktiválja az iCloud szolgáltatást, akkor az iCloud olyan funkciói, mint az „iCloud Drive", a „Saját fotóadatfolyam", a „Megosztott albumok" és a „Lokátor" közvetlenül hozzáférhetővé válnak az Apple-szoftveren keresztül. Tudomásul veszi és elfogadja, hogy az iCloud és az ilyen szolgáltatások használatára az iCloud szolgáltatás aktuális felhasználási feltételei és kikötései vonatkoznak, amelyeket a következő helyen tekinthet meg: https://www.apple.com/legal/internet-services/icloud/.

(c) A News alkalmazás tartalma. A News alkalmazáson keresztül elért tartalmak Ön által történő felhasználása kizárólag személyes, nem kereskedelmi felhasználásra korlátozódik, nem ruházza át Önre az adott tartalom tulajdonjogát, és korlátozás nélkül kifejezetten kizárja az érintett tartalmakhoz fűződő mindenfajta kereskedelmi és promóciós használati jogokat.

(d) Térképek. Az Apple-szoftver térképszolgáltatása és térképfunkciói („Térképek"), többek között a térképadatok lefedettsége, régiónként változhatnak. Amikor bekapcsolja vagy használja a Térképeket, tájékoztatást kap azzal kapcsolatosan, hogy milyen adatok lesznek elküldve az Apple számára, és hogyan lesznek ezek az adatok felhasználva. Ön tudomásul veszi és elfogadja, hogy a Térképek használatára a Térképek legfrissebb használati feltételei vonatkoznak, amit Térképek kezdőkártyáján tekinthet meg az iPhone-on.

(e) Ön tudomásul veszi, hogy bármely Szolgáltatás használatakor előfordulhatnak támadónak, illetlennek vagy kifogásolhatónak minősíthető tartalmak, amely tartalmak nem biztos, hogy szókimondó nyelvezetük alapján besorolhatók, és hogy bármely keresés vagy egy adott URL-cím beírása automatikusan és akaratlanul is kifogásolható tartalmú hivatkozásokhoz vezethet. Mindazonáltal Ön beleegyezik, hogy a Szolgáltatások használata saját felelősségére történik, és hogy az Apple, annak kapcsolt vállalkozásai, ügynökei, vezetősége és engedélyesei nem felelősek a támadó jellegű, illetlen vagy kifogásolható tartalomért.

(f) Bizonyos Szolgáltatások megjeleníthetnek, tartalmazhatnak vagy elérhetővé tehetnek külső felek által rendelkezésre bocsátott tartalmakat, adatokat, információkat, alkalmazásokat vagy anyagokat („Külső felek anyagai"), vagy hivatkozhatnak bizonyos külső felek webhelyeire. A Szolgáltatások igénybevételével Ön tudomásul veszi és elfogadja, hogy az Apple nem felelős az ilyen harmadik felek nyújtotta anyagok és honlapok tartalmának, pontosságának, teljességének, időszerűségének, érvényességének, szerzői jogi megfelelőségének, jogszerűségének, illendőségének, minőségének vagy Harmadik felek anyagai vagy honlapjai egyéb tulajdonságának vizsgálatáért és értékeléséért. Az Apple,

annak tisztviselői, társvállalatai és leányvállalatai nem szavatolnak, vagy vállalnak garanciát, továbbá nem vállalnak felelősséget, és nem terheli őket felelősség Önnel vagy másokkal szemben harmadik félnek nyújtott Szolgáltatásokért, Harmadik felek anyagaiért vagy honlapjaiért, vagy más anyagokért, termékekért, vagy harmadik fél nyújtotta szolgáltatásokért. A Harmadik felek anyagai és a más webhelyekre mutató hivatkozások közzététele kizárólag az Ön kényelme érdekében történik.

(g) Sem az Apple, sem annak tartalomszolgáltatói nem garantálják a Szolgáltatásokon keresztül megjelentetett tőzsdei vagy hely-, illetve egyéb adatok elérhetőségét, pontosságát, teljességét, megbízhatóságát vagy időszerűségét. A Szolgáltatásokban megjelenő pénzügyi adatok általános, tájékoztató jellegűek, és nem tekintendők befektetési tanácsoknak. Bármilyen, Szolgáltatásokon keresztül szerzett információkon alapuló értékpapír-tranzakció végrehajtása előtt konzultáljon egy pénzügyi vagy értékpapírokkal foglalkozó szakértővel, aki jogi minősítéssel rendelkezik pénzügyi vagy befektetési tanácsadás nyújtására vonatkozóan az országában vagy régiójában. A Szolgáltatásokon keresztül elérhetővé tett helyadatok – így az Apple Térképek szolgáltatása is – kizárólag alapvető tájékozódási és tervezési célokra szolgálnak, és nem arra, hogy azokat olyan helyzetben használják, amelyben pontos földrajzi információra van szükség, vagy amelyben a hibás, pontatlan, időkésleltetése vagy hiányos földrajzi adatok halálhoz, személyi sérüléshez, illetve anyagi vagy környezeti károkhoz vezethetnek. Ön beleegyezik abba, hogy a Térképek szolgáltatásból nyert találatok a Térképek adatainak pontosságát befolyásoló tényezők, többek között az időjárás, az út- és forgalmi állapotok, illetve a geopolitikai események miatt eltérhetnek a valódi út- vagy terepkörülményektől. A biztonsága érdekében a navigáció használata közben mindig figyeljen az útjelző táblákra és az aktuális útviszonyokra. Tartsa be a biztonságos közlekedés szabályait és gyakorlatait, és vegye figyelembe, hogy a biciklis és gyalogos útvonalak nem kizárólag kijelölt útvonalakat tartalmaznak.

(h) Ön kijelenti a Szolgáltatások használatával feltöltött tartalommal kapcsolatban, hogy rendelkezik azok tulajdonjogával, illetve jogosult vagy jogilag egyéb módon meghatalmazott azok feltöltésére, valamint hogy ezek a tartalmak nem sértik a Szolgáltatásokra vonatkozó szolgáltatási feltételeket. Ön tudomásul veszi, hogy a Szolgáltatások olyan védett információt és anyagokat tartalmaznak, amelyek az Apple, a webhely-üzemeltető és/vagy a licencbe adóik tulajdonát képezik, és alkalmazandó szellemi tulajdont védő, vagy egyéb jogszabályok védelme alatt állnak, ideértve, de nem kizárólag a szerzői jogot. Elfogadja továbbá, hogy Ön semmilyen más módon nem használja a védett információt vagy anyagokat, csak a Szolgáltatás engedélyezett használata céljából, illetve nem használja olyan módon, mely e Licenc szerződési feltételeivel nincs összhangban vagy megsérti egy harmadik fél vagy az Apple szellemi tulajdonjogait. Tilos a Szolgáltatások bármely részét bármilyen formában és bármilyen módon reprodukálni. Ön tudomásul veszi, hogy nem módosíthat, adhat bérbe, kölcsönbe, értékesíthet, forgalmazhat, vagy nem készíthet olyan származékos művet, amely a Szolgáltatásokon alapul, továbbá nem aknázhatja ki a Szolgáltatásokat nem engedélyezett módon, ideértve, de nem kizárólag a számítógépes vírusoknak, férgeknek, trójai lovaknak vagy egyéb kártékony szoftvereknek (malware) a Szolgáltatások használatával történő továbbítását, illetve a hálózati kapacitással való visszaélést vagy annak leterhelését. Továbbá Ön elfogadja, hogy a Szolgáltatásokat nem használja fel bármely egyéb fél jogait sértő módon zaklatás, becsületsértés, megfigyelés, megfélemlítés, rágalmazás vagy egyéb jogsértés céljára, és hogy az Apple nem felelős azért, ha Ön ilyen célra használja a Szolgáltatásokat, vagy azért, ha Ön a Szolgáltatások felhasználásával zaklató, fenyegető, rágalmazó, sértő vagy illegális üzeneteket vagy közvetítéseket kap.

(i) Emellett ezen Szolgáltatások és Harmadik felek anyagai nem minden nyelven és országban vagy régióban érhetők el. Az Apple nem vállal felelősséget, illetve nem szavatol azért, hogy az ilyen Szolgáltatások és Harmadik felek anyagai megfelelőek és elérhetőek a minden földrajzi területen. Amennyiben Ön úgy dönt, hogy ilyen Szolgáltatásokat vagy Harmadik felek anyagait igénybe veszi vagy felhasználja, akkor Ön azt a saját elhatározásából teszi, felelős minden vonatkozó jogszabály és adatvédelmi és adatgyűjtésre vonatkozó jogszabály, többek között, de nem kizárólag az alkalmazandó helyi jogszabályok betartásáért. A fotók eszközzel történő megosztása vagy szinkronizálása metaadatok

(többek között a fotók készítésének ideje és helye, valamint mélységadatok) a fotókkal együtt történő továbbítását eredményezheti. Ha az Apple szolgáltatásaival (például iCloud-fotókönyvtár) osztja meg vagy szinkronizálja az ilyen fotókat, akkor az Apple megkapja és tárolja ezeket a metaadatokat. Az Apple, és a licencbe adók fenntartja maguknak a jogot, hogy bármikor értesítés nélkül megváltoztassák, felfüggesszék, eltávolítsák a Szolgáltatást, vagy megakadályozzák a kapcsolódási lehetőséget bármely Szolgáltatásokhoz. Az Apple semmilyen esetben nem vonható felelősségre a Szolgáltatások eltávolításáért vagy a hozzáférés ellehetetlenítéséért. Az Apple továbbá jogosult arra, hogy bármikor értesítés és felelősség nélkül korlátozza bizonyos Szolgáltatások használatát, vagy az azokhoz való hozzáférést.

**6. Megszűnés.** Ez a Licenc a megszűnésig van érvényben. Amennyiben Ön a licencszerződés bármely pontját megszegi, automatikusan vagy egyéb módon, az Apple részéről történő értesítés nélkül azonnali hatállyal megszűnik. A felhasználási jogosultság megszűnésekor Ön köteles felhagyni az Apple-szoftver használatával. A Licenc 4., 5., 6., 7., 8., 9., 10., 12. és 13. szakaszában foglaltak minden ilyen megszűnést követően is érvényben maradnak.

**7. Garanciális kötelezettségek korlátozása**

7.1     Ha Ön olyan ügyfél, aki fogyasztónak számít (olyan személy, aki az Apple-szoftvert nem kereskedelmi, üzleti vagy szakmai célra használja), a tartózkodási országának megfelelőn további törvényi jogokkal rendelkezhet, amelyek meggátolhatják az alábbi korlátozások érvényességét, és törvényi tiltás esetén nem vonatkoznak Önre. A jogokkal kapcsolatos további tudnivalókhoz lépjen kapcsolatba a helyi fogyasztói tanácsadó szervezetekkel.

7.2     ÖN KIFEJEZETTEN TUDOMÁSUL VESZI ÉS ELFOGADJA, HOGY AZ ALKALMAZANDÓ TÖRVÉNYEK ÁLTAL MEGENGEDETT MAXIMÁLIS MÉRTÉKIG AZ APPLE-SZOFTVER HASZNÁLATA ÉS AZ APPLE-SZOFTVER ÁLTAL VAGY ANNAK HOZZÁFÉRÉSÉN KERESZTÜL NYÚJTOTT SZOLGÁLTATÁSOK IGÉNYBEVÉTELE SAJÁT FELELŐSSÉGÉRE TÖRTÉNIK, ÉS A KIELÉGÍTŐ MINŐSÉGGEL, TELJESÍTMÉNNYEL, PONTOSSÁGGAL ÉS MUNKÁVAL KAPCSOLATOS KOCKÁZATOKAT IS ÖN VISELI.

7.3     AZ ALKALMAZANDÓ TÖRVÉNYEK ÁLTAL MEGENGEDETT MAXIMÁLIS MÉRTÉKIG AZ APPLE-SZOFTVER ÉS A SZOLGÁLTATÁSOK KÖZREBOCSÁTÁSA „ADOTT ÁLLAPOTBAN" ÉS „ELÉRHETŐSÉGTŐL FÜGGŐEN" TÖRTÉNIK, AZ ESETLEGES HIBÁKKAL EGYÜTT, MINDENFÉLE JÓTÁLLÁS NÉLKÜL, ÉS AZ APPLE, VALAMINT AZ APPLE LICENCTULAJDONOSAI (ÖSSZEFOGLALÓAN A 7. ÉS A 8. SZAKASZBAN AZ „APPLE") ELHÁRÍT MINDEN KIFEJEZETT, VÉLELMEZETT ÉS TÖRVÉNYI JÓTÁLLÁST ÉS KÖRÜLMÉNYT AZ APPLE-SZOFTVERRE ÉS A SZOLGÁLTATÁSOKRA VONATKOZÓAN, BELEÉRTVE, DE NEM KIZÁRÓLAGOSAN A KERESKEDELMI HASZNOSÍTHATÓSÁGRA, KIELÉGÍTŐ MINŐSÉGRE, ADOTT CÉLNAK VALÓ MEGFELELŐSÉGRE, PONTOSSÁGRA, ZAVARTALAN HASZNÁLATRA ÉS A KÜLSŐ FELEK JOGAINAK TISZTELETBEN TARTÁSÁRA VONATKOZÓ JÓTÁLLÁST.

7.4     AZ APPLE NEM VÁLLAL JÓTÁLLÁST AZ APPLE-SZOFTVER ÉS A SZOLGÁLTATÁSOK HASZNÁLATÁNAK ZAVARTALANSÁGÁÉRT, NEM GARANTÁLJA, HOGY AZ ÁLTALUK NYÚJTOTT FUNKCIÓK ÉS SZOLGÁLTATÁSOK AZ ÖN KÖVETELMÉNYEINEK MEGFELELNEK, AZ APPLE-SZOFTVER ÉS A SZOLGÁLTATÁSOK MŰKÖDÉSE ZAVARTALAN ÉS HIBAMENTES LESZ, MINDEN SZOLGÁLTATÁS FOLYAMATOSAN RENDELKEZÉSRE FOG ÁLLNI, HOGY AZ APPLE-SZOFTVER ÉS A SZOLGÁLTATÁSOK HIBÁIT KIJAVÍTJA, ÉS HOGY AZ APPLE-SZOFTVEREK ÉS A SZOLGÁLTATÁSOK KOMPATIBILISEK ÉS EGYÜTTMŰKÖDNEK A KÜLSŐ FELEKTŐL SZÁRMAZÓ SZOFTVEREKKEL, ALKALMAZÁSOKKAL ÉS SZOLGÁLTATÁSOKKAL. AZ APPLE-SZOFTVER TELEPÍTÉSE HATÁSSAL LEHET A HARMADIK FÉLTŐL SZÁRMAZÓ SZOFTVEREK, ALKALMAZÁSOK, ILLETVE A HARMADIK FELEK ÁLTAL BIZTOSÍTOTT SZOLGÁLTATÁSOK, VALAMINT AZ APPLE TERMÉKEK ÉS SZOLGÁLTATÁSOK HASZNÁLHATÓSÁGÁRA ÉS RENDELKEZÉSRE ÁLLÁSÁRA.

7.5    ÖN EZENKÍVÜL TUDOMÁSUL VESZI, HOGY AZ APPLE-SZOFTVERT ÉS A SZOLGÁLTATÁSOKAT NEM OLYAN HELYZETBEN ÉS KÖRNYEZETBEN VALÓ HASZNÁLATRA SZÁNTÁK, AHOL AZ APPLE-SZOFTVER ÉS A SZOLGÁLTATÁSOK MEGHIBÁSODÁSA, KÉSÉSEI, TARTALMAINAK HIBÁI ÉS PONTATLANSÁGA HALÁLT, SZEMÉLYI SÉRÜLÉST, KOMOLY FIZIKAI VAGY KÖRNYEZETI KÁROKAT OKOZHAT, BELEÉRTVE, DE NEM KIZÁRÓLAGOSAN A NUKLEÁRIS LÉTESÍTMÉNYEK, LÉGIFORGALOM-IRÁNYÍTÁSI ÉS -KOMMUNIKÁCIÓS RENDSZEREK, ÉLETMENTÉSI ÉS FEGYVERRENDSZEREK ÜZEMELTETÉSÉT.

7.6    AZ APPLE VAGY APPLE ÁLTAL MEGHATALMAZOTT KÉPVISELŐTŐL SZÁRMAZÓ SZÓBELI VAGY ÍRÁSBELI INFORMÁCIÓ NEM MINŐSÜL JÓTÁLLÁSNAK. AMENNYIBEN AZ APPLE-SZOFTVER VAGY -SZOLGÁLTATÁSOK HIBÁSNAK BIZONYULNAK, A SZÜKSÉGES SZERVIZ, JAVÍTÁS VAGY HELYREÁLLÍTÁS TELJES KÖLTSÉGÉT ÖNNEK KELL VÁLLALNIA. BIZONYOS JOGSZABÁLYI KÖRNYEZETEK NEM TESZIK LEHETŐVÉ A TÖRVÉNYI SZAVATOSSÁG KIZÁRÁSÁT VAGY A FOGYASZTÓ ALKALMAZHATÓ TÖRVÉNYES JOGAINAK KORLÁTOZÁSÁT, ÍGY A FENTI KIZÁRÁS ÉS A KORLÁTOZÁSOK ESETLEG NEM ÉRVÉNYESEK ÖNRE.

**8. Felelősségkorlátozás.** AZ ALKALMAZANDÓ TÖRVÉNYEK ÁLTAL ENGEDÉLYEZETT MAXIMÁLIS MÉRTÉKIG AZ APPLE, ANNAK TÁRSVÁLLALATAI, ÜGYNÖKEI ÉS IGAZGATÓI NEM FELELŐSEK AZ APPLE-SZOFTVER ÉS A SZOLGÁLTATÁSOK, VALAMINT AZ APPLE-SZOFTVERHEZ VAGY A SZOLGÁLTATÁSOKHOZ KAPCSOLÓDÓ, KÜLSŐ FÉLTŐL SZÁRMAZÓ SZOFTVEREK, ALKALMAZÁSOK VAGY SZOLGÁLTATÁSOK HASZNÁLATÁBÓL VAGY HASZNÁLHATATLANSÁGÁBÓL EREDŐ SZEMÉLYI SÉRÜLÉSEKÉRT ÉS SEMMILYEN ESETLEGES, KÜLÖNLEGES, KÖZVETETT VAGY KÖVETKEZMÉNYKÉNT JELENTKEZŐ KÁRÉRT, BELEÉRTVE, DE NEM KIZÁRÓLAGOSAN AZ ELMARADÓ HASZNOT, AZ ADATOK SÉRÜLÉSÉT VAGY ELVESZTÉSÉT (KORLÁTOZÁS NÉLKÜL BELEÉRTVE AZ OKTATÁSI CÉLÚ ÚTMUTATÁSOKAT, FELADATOKAT ÉS TANANYAGOKAT), AZ ADATOK SIKERTELEN TOVÁBBÍTÁSÁT VAGY FOGADÁSÁT, AZ ÜZEMKIMARADÁST ÉS MINDEN EGYÉB KERESKEDELMI KÁRT ÉS VESZTESÉGET, FÜGGETLENÜL AZOK KELETKEZÉSÉTŐL, A FELELŐSSÉG JELLEGÉTŐL (SZERZŐDÉS, JOGSÉRTÉS VAGY EGYÉB), MÉG ABBAN AZ ESETBEN SEM, HA AZ APPLE VÁLLALATOT ELŐZŐLEG ÉRTESÍTETTÉK AZ ILYEN KÁROK BEKÖVETKEZÉSÉNEK LEHETŐSÉGÉRŐL. BIZONYOS JOGSZABÁLYI KÖRNYEZETEK NEM ENGEDIK A FELELŐSSÉG KIZÁRÁSÁT VAGY KORLÁTOZÁSÁT A SZEMÉLYI SÉRÜLÉSEK TEKINTETÉBEN, ILLETVE A VÉLETLEN VAGY KÖVETKEZMÉNYKÉNT FELLÉPŐ KÁROK ESETÉN, ÍGY EZ A KORLÁTOZÁS ÖNRE ESETLEG NEM VONATKOZIK. Az Apple összes kár iránti teljes felelőssége semmilyen esetben sem haladhatja meg az kétszázötven (250) amerikai dollár értéket (kivéve, ha azt az alkalmazandó jogszabályok személyi sérülések esetében előírják). Az előző korlátozások akkor is érvényben lesznek, ha a fent említett jogorvoslat alapvető célkitűzése nem teljesül. A JELEN LICENCBEN FOGLALT EGYÉB FELTÉTELEK ELLENÉRE, AMENNYIBEN A JAPÁN FOGYASZTÓVÉDELMI SZERZŐDÉSI JOGSZABÁLY ALKALMAZANDÓ, AZ APPLE-NEK A SZERZŐDÉSSZEGÉSBŐL VAGY JOGSÉRTÉSBŐL EREDŐ KÁROKÉRT VALÓ FELELŐSSÉGÉT KORLÁTOZÓ FELTÉTELEK NEM ALKALMAZANDÓK, HA AZ ILYEN KÁR AZ APPLE SZÁNDÉKOS KÖTELESSÉGSZEGÉSÉBŐL VAGY SÚLYOS GONDATLANSÁGÁBÓL ERED.

**9. Digitális tanúsítványok.** Az Apple-szoftver olyan funkciókat tartalmaz, amelyek képessé teszik akár az Apple, akár külső felek által kiadott digitális tanúsítványok fogadására. AZ ÖN KIZÁRÓLAGOS FELELŐSSÉGE ELDÖNTENI, HOGY MEGBÍZIK-E AZ APPLE VAGY HARMADIK FÉL ÁLTAL KIADOTT TANÚSÍTVÁNYBAN. CSAK SAJÁT FELELŐSSÉGÉRE HASZNÁLHATJA A DIGITÁLIS TANÚSÍTVÁNYOKAT. AZ ALKALMAZANDÓ JOGSZABÁLYOK ÁLTAL MEGENGEDETT MAXIMÁLIS MÉRTÉKIG AZ APPLE NEM VÁLLAL SEM KIFEJEZETT, SEM VÉLELMEZETT JÓTÁLLÁST A DIGITÁLIS TANÚSÍTVÁNYOK KERESKEDELMI HASZNOSÍTHATÓSÁGÁRA, ADOTT CÉLRA VALÓ ALKALMAZHATÓSÁGÁRA, PONTOSSÁGÁRA, BIZTONSÁGÁRA, ILLETVE A HARMADIK FELEK JOGAINAK TISZTELETBEN TARTÁSÁRA VONATKOZÓAN.

**10. Exportszabályozás.** Az Apple-szoftvert csak az Amerikai Egyesült Államok törvényei és az Apple-szoftverek beszerzési országának törvényei által nem tiltott módon használhatja, exportálhatja és reexportálhatja. Kiemelten, de nem kizárólagosan, az Apple-szoftver nem exportálható vagy reexportálható (a) az Egyesült Államok által embargó alá helyezett országokba, illetve (b) olyan személynek, aki szerepel az Egyesült Államok Pénzügyminisztériumának „Specially Designated Nationals" (külön megfigyelt állampolgárok) elnevezésű listáján, vagy az Egyesült Államok Kereskedelmi Minisztériumának „Denied Persons List" (tiltólistán szereplő személyek), illetve „Entity List" (tiltólistán szereplő jogi személyek) elnevezésű listáján, illetve bármilyen más korlátozási listán. Az Apple-szoftver használatával Ön kijelenti és szavatolja, hogy nem tartózkodik ilyen országban, illetve az említett listák egyikén sem szerepel. Vállalja továbbá, hogy nem használja az Apple-szoftvert az Egyesült Államok törvényei által tiltott célokra, beleértve, de nem kizárólagosan a rakéták, az atom-, vegyi és biológiai fegyverek fejlesztését, tervezését, gyártását és termelését.

**11. Kormányzati végfelhasználók.** Az Apple-szoftver és a kapcsolódó dokumentáció a 48 C.F.R. §2.101 definíciójának megfelelően „kereskedelmi terméknek" számít, és a 48 C.F.R. §12.212, illetve a 48 C.F.R. §227.7202 definíciójának megfelelően „kereskedelmi számítógépes szoftverből", valamint „kereskedelmi számítógépes szoftverdokumentációból" áll. Összhangban a 48 C.F.R. §12.212, vagy a 48 C.F.R. §227.7202-1-tól 227.7202-4-ig terjedő szakaszokkal, a kereskedelmi számítógépes szoftver és kereskedelmi számítógépes szoftverdokumentáció az Egyesült Államok kormányzatának végfelhasználói számára (a) csak kereskedelmi termékként, valamint (b) csak ugyanazokkal a végfelhasználói jogokkal kerülhet licencbe adásra, mint a jelen Szerződésben foglaltak szerint minden más végfelhasználó számára. A külön ki nem emelt jogokra az Egyesült Államok szerzői jogi törvényei vonatkoznak.

**12. Alkalmazandó jog és elválaszthatóság.** A jelen Licencet Kalifornia állam törvényei szabályozzák, és azokkal összhangban kell értelmezni, a kollíziós jog elveinek kizárásával. A jelen Licencre nem vonatkozik az Egyesült Nemzetek Szervezetének az áruk nemzetközi adásvételi szerződéseiről szóló egyezménye, amelynek alkalmazása kifejezetten kizárt. Ha Ön az Egyesült Királyságban rendelkezik bejegyzett lakcímmel, a Licencre a tartózkodási helyének megfelelő illetékes bíróság törvényei az irányadóak. Ha valamely illetékes bíróság a Licenc bármely rendelkezését, vagy annak egy részét érvényesíthetetlennek ítéli, a Licenc egyéb részei továbbra is teljes mértékben érvényben és hatályban maradnak.

**13. Teljes megállapodás; irányadó nyelv.** Ez a licenc alkotja a teljes szerződést Ön és az Apple vállalat között az Apple-szoftverre vonatkozóan és hatályon kívül helyez minden korábbi vagy egyidejű megállapodást a jelen ügy tárgyában. Jelen Licenc kiegészítései vagy módosításai nem lesznek kötelező érvényűek, kivéve, ha azokat az Apple aláírt, írásos formában közli. Jelen Licenc bármely fordítása a helyi követelmények miatt készült, és az angol és nem-angol verziók közötti vita esetén ennek a Licencnek az angol nyelvű verziója lesz az irányadó, az Ön bíróságának helyi törvényei által nem tiltott mértékben.

**14. Harmadik felek elismerése.** Az Apple-szoftver egyes részei külső féltől származó szoftvereket vagy egyéb, szerzői jog által védett anyagokat használhatnak vagy tartalmazhatnak. Az ilyen anyagok nyilatkozatai, licencfeltételei és kizárásai az Apple-szoftver elektronikus dokumentációjában olvashatók, és az anyagok használata a megadott feltételek szerint történhet. A Google biztonságos böngészési szolgáltatására a Google Szolgáltatási feltételei (https://www.google.com/intl/hu/policies/terms/) és a Google Adatvédelmi nyilatkozata (https://www.google.com/intl/hu/policies/privacy/).

**15. Az MPEG-4 használata, H.264/AVC-értesítés**
(a) Az Apple-szoftverben végzett kódolásra az MPEG-4 Systems Standard szabvány értelmében az MPEG-4 Systems Patent Portfolio License vonatkozik, ami alól kivételt képez, hogy kiegészítő licenc és jogdíjfizetés szükséges a kódoláshoz, amennyiben (i) az adatok tárolása vagy sokszorosítása fizikai

adathordozón történik, és az adatokért címenként kell fizetni, és/vagy (ii) az adatokért címenként kell fizetni, és az adatokat végfelhasználóknak továbbítják végleges tárolás és/vagy használat céljából. Az ilyen további licenc az MPEG LA, LLC vállalattól szerezhető be. További információkért lásd: https://www.mpegla.com.

(b) Az Apple-szoftver MPEG-4 videokódoló és/vagy -dekódoló funkciót tartalmaz. Az Apple-szoftverre az MPEG-4 Visual Patent Portfolio License vonatkozik, amelynek értelmében a felhasználók személyes és nem kereskedelmi célú használat mellett (i) az MPEG-4 Visual Standard („MPEG-4 videó") szabvány szerint videókat kódolhatnak és/vagy (ii) olyan MPEG-4 videókat dekódolhatnak, amelyeket egy felhasználó személyes és nem kereskedelmi tevékenység során kódolt és/vagy amelyeket MPEG-4 videoszolgáltatás keretében az MPEG LA vállalattól származó licenccel rendelkező videoszolgáltatótól szerzett be. Más egyéb használatra nem kerül kiadásra vagy arra nem fog utalni licenc. További információk, beleértve a promóciós, belső és kereskedelmi használatra és engedélyezésre vonatkozó tudnivalókat is, az MPEG LA, LLC-től szerezhetők be. Lásd: https://www.mpegla.com.

(c) Az Apple-szoftver AVC-kódolási és/vagy -dekódolási funkcióján alapuló, a H.264/AVC kereskedelmi célú, további licencet igénylő használatára a következő rendelkezés vonatkozik: A JELEN LICENCBEN MEGHATÁROZOTT APPLE-SZOFTVER AVC FUNKCIÓJÁT AZ ÜGYFÉL CSAK SZEMÉLYES ÉS NEM KERESKEDELMI CÉLOKRA HASZNÁLHATJA, (i) VIDEÓK KÓDOLÁSÁRA AZ AVC SZABVÁNYNAK („AVC VIDEÓ") MEGFELELŐEN ÉS/VAGY (ii) OLYAN AVC VIDEÓK DEKÓDOLÁSÁRA, AMELYEKET EGY ÜGYFÉL SZEMÉLYES ÉS NEM KERESKEDELMI TEVÉKENYSÉG SORÁN KÓDOLT ÉS/VAGY AMELYEKET AVC VIDEOSZOLGÁLTATÁS KERETÉBEN LICENCCEL RENDELKEZŐ VIDEOSZOLGÁLTATÓTÓL SZERZETT BE. AZ EGYÉB FELHASZNÁLÁSOKRA ÉS LICENCEKRE VONATKOZÓ INFORMÁCIÓK AZ MPEG LA, L.L.C-TŐL SZEREZHETŐK BE. LÁSD: https://www.mpegla.com.

**16. A Yahoo keresési szolgáltatás korlátozásai.** A Safari böngészőből elérhető Yahoo keresési szolgáltatás a rá vonatkozó licenc értelmében csak a következő országokban használható: Argentína, Aruba, Ausztrália, Ausztria, Bahamák, Barbados, Belgium, Bermuda, Brazília, Bulgária, Chile, Ciprus, Cseh Köztársaság, Dánia, Dominikai Köztársaság, Ecuador, Egyesült Államok, Finnország, Franciaország, Fülöp-szigetek, Görögország, Grenada, Guatemala, Hollandia, India, Indonézia, Írország, Izland, Jamaica, Japán, Kajmán-szigetek, Kanada, Kína szárazföldi területe, Hongkong, Tajvan, Kolumbia, Koreai Köztársaság, Lengyelország, Lettország, Litvánia, Luxemburg, Magyarország, Malajzia, Málta, Mexikó, Nagy-Britannia, Németország, Nicaragua, Norvégia, Olaszország, Panama, Peru, Portugália, Puerto Rico, Románia, Salvador, Spanyolország, St. Lucia, St. Vincent, Svájc, Svédország, Szingapúr, Szlovákia, Szlovénia, Thaiföld, Törökország, Trinidad és Tobago, Uruguay, Új-Zéland és Venezuela.

**17. Microsoft Exchange-értesítés.** Az Apple-szoftverben található Microsoft Exchange levelezőbeállítás csak az információk, mint például az e-mailek, kontaktok, naptárak és teendők az eszköz és a Microsoft Exchange Server vagy egyéb, a Microsoft által a Microsoft Exchange ActiveSync protokoll megvalósítása érdekében licencelt kiszolgálószoftver közötti, vezeték nélküli szinkronizálására rendelkezik licencengedéllyel.

EA1806
2022. 07. 08.

— — — — — — — — — — — —

**Apple Pay és Tárca – kiegészítő használati feltételek**

Az Apple Pay és Tárca kiegészítő használati feltételei (a jelen „Kiegészítő feltételek") kiegészítik az Apple-szoftver licencszerződését (a „Licencet"). A Licenc feltételei és a jelen Kiegészítő feltételek

együttesen szabályozzák az Apple Pay szolgáltatás („Apple Pay") és az Apple Tárca alkalmazás („Tárca") használatát, amely a Licenc értelmében „Szolgáltatásként" értelmezendő. A jelen Kiegészítő feltételekben használt nagybetűs kifejezések a Licencben meghatározott jelentéssel bírnak.

## 1. Áttekintés

**Apple Pay**

Az Apple Pay a következőket teszi lehetővé:

- érintés nélküli fizetés hitel- és bankkártyák, valamint feltöltőkártyák használatával, többek között az Apple Card kártya és az Apple Cash kártya használatával kijelölt helyeken, webhelyeken vagy az alkalmazásokon belül;
- a személyek közötti pénzküldést más Apple Cash-felhasználók számára; és
- a rendelések nyomon követését, valamint a részletes nyugták áttekintését.

Az Apple Pay és az Apple Pay bizonyos szolgáltatásai csak a kijelölt régiókban érhető el, a megnevezett kártyakibocsátóknál, fizetési hálózatokon és kereskedőknél, illetve más harmadik feleknél.

**Tárca**

Az Apple Tárca lehetővé teszi hitelkártyák, bankkártyák és feltöltőkártyák virtuális másolatának tárolását a használatra az Apple Pay-jel (együttesen „Apple Pay-kártyák"), illetve más típusú kártyákat, belépőket és kulcsokat többek között, de nem kizárólagosan a következőket (együttesen „Tárca jegyek", és az Apple Pay-kártyákkal együtt a „Támogatott kártyák"):

- jutalomkártyák;
- tömegközlekedési bérletek;
- jegyek;
- tagsági igazolványok;
- autókulcsok;
- lakáskulcsok;
- szállodai kulcsok;
- vállalati belépőkártyák;
- diákigazolványok; és
- jogosítvány és a kormány által kiadott azonosítókártyák („Azonosítókártyák").

A Tárca jegyek csak a kiválasztott régiókban és partnereknél érhetők el. Az azonosítókártyák csak a résztvevő országok polgárai számára érhetők el, és az elfogadásuk államonként vagy helyenként eltérő lehet.

A támogatott kártyák idővel változhatnak.

## 2. Jogosultság

Az Apple Pay és a Tárca használatához a következők szükségesek: (i) egy támogatott eszköz, amelyik olyan operációsrendszer-verziót futtat, amely támogatja a Szolgáltatást (a legújabb verzió javasolt és bizonyos esetekben kötelező), (ii) Egy Apple ID, amely olyan iCloud-fiókkal van társítva, amelyhez nem tartozik tartozás az Apple felé, és (iii) Internetelérés (díjköteles lehet). Az Apple Cash Family és egyes elektronikus pénzzel használható kártyák kivételével, az Apple Pay-kártyák kizárólag a 13. életévüket betöltött személyek által használhatók, továbbá szükség lehet az iCloud vagy a kibocsátó, kereskedő vagy más harmadik fél által meghatározott, életkoron alapuló követelmények teljesülésére. A tömegközlekedési bérletek, elektronikus pénzzel használható kártyák, azonosítókártyák, vállalati

belépőkártyák és kulcsok csak iOS-eszközökön elérhetők.

Amennyiben Ön egy iCloud-család szülője vagy törvényes képviselője („Szervező"), meghívhat családtagokat, beleértve a 13. életévüket be nem töltött családtagokat is (vagy az országban érvényes minimális életkor) a jogosult tömegközlekedési bérletek üzembe helyezésére és használatára a Tárcában. Szervezőként Ön felel minden fizetésért, vásárlásért és tranzakcióért, amit a családtagok számára engedélyezett tömegközlekedési bérlettel végeznek, beleértve a Családtag által kezdeményezetteket is. A tömegközlekedési bérletekre való jogosultságot és azok használatát az érintett közlekedési vállalat üzletszabályzata szabályozza. A Szervezők felelősek ezen üzletszabályzatokban foglaltak betartásáért, és minden abból fakadó kockázatot Ők vállalnak, ha engedélyezik a tömegközlekedési bérletek használatát más családtagoknak. Ha egy Családtag kilép a családból, vagy eltávolítják a családból a Családtag a továbbiakban nem tudja feltölteni a tömegközlekedési bérletet, és csak addig tudja használni, amíg az egyenleg nullára nem csökken.

Amennyiben Ön egy autókulcs tulajdonosa, megoszthatja az autókulcsot más legalább 13 éves személyekkel, hogy kinyithassák, hozzáférjenek az autóhoz és/vagy vezessék az autót.

Lakáskulcs a Tárcához való hozzáadása vagy eltávolítása csak úgy lehetséges, hozzáadja vagy eltávolítja a kulcsot az Otthon alkalmazáshoz, vagy hozzáadja vagy eltávolítja saját magát az Otthon alkalmazás otthonához. Amennyiben Ön az Otthon alkalmazásban található otthon adminisztrátora, minden létező lakáskulcs automatikusan meg lesz osztva azokkal az emberekkel, akiket meghívott, hogy csatlakozzanak otthonához.

Az Apple Card csak az Egyesült Államokban érhető el és kibocsátója a Goldman Sachs Bank USA, Salt Lake City fiókja („Apple Card kibocsátója"). Az Apple Card Family kivételével az Apple Card csak 18. életévüket betöltött (vagy idősebb a lakóhely szerinti államnak megfelelően) személyek számára érhető el.

Az Apple Cash-kártya és magánszemélyek közötti fizetések küldése és fogadása csak az Egyesült Államokban érhető el, és a szolgáltatásokat a Green Dot Bank, az FDIC tagja nyújtja. Ahhoz, hogy magánszemélyek közötti fizetéseket küldjön vagy fogadjon az Apple Payjel, Apple Cash-kártyával kell rendelkeznie. Az Apple Cash Family kivételével az Apple Cash Card és a magánszemélyek közötti fizetések küldésének és fogadásának képessége csak 18. életévüket betöltött személyek számára érhető el.

**3. A szolgáltatások használata**

A Támogatott kártyák és a személyek közötti pénzküldési szolgáltatások ahhoz az Apple ID-hoz vannak társítva, amellyel bejelentkezett az iCloudba ezen funkciók használatához. Ha kulcsokat, vállalati belépőkártyákat, pontgyűjtő-kártyákat, jegyeket és tagsági igazolványokat ad hozzá vagy távolít el a Tárcából, ez a változás tükröződhet más Apple-eszközökön is, amelyeken az Apple ID azonosítójával van bejelentkezve. Egy azonosítókártyát társíthat egy állami kibocsátó hatósághoz egy Apple ID-val.

Az Apple Pay és a Tárca személyes használatra készült, és segítségükkel csak a saját Támogatott kártyái fölött rendelkezhet, illetve olyan közlekedési bérletek, illetve autó- és lakáskulcsok felett, amelyek használatára Önt meghívta egy Szervező vagy tulajdonos. Ha egy támogatott vállalati kártya fölött szeretne rendelkezni, kijelenti, hogy azt a munkaadója engedélyével teszi, és jogosult arra, hogy a munkaadót kötelezze a jelen használati feltételek és a jelen szolgáltatás használata által érintett összes tranzakció teljesítésére. Ha a személyek közötti fizetési szolgáltatással pénzt küld vagy pénzt fogad, akkor Ön kijelenti, hogy ezt saját személyes, nem kereskedelmi célra teszi. Amikor üzembe helyez egy azonosítókártyát, nyilatkozik arról, hogy ezt az Ön saját személyes adataival teszi, amelyek pontosak és megfelelnek a valóságnak.

Beleegyezik abba, hogy nem használja az Apple Pay vagy a Tárca szolgáltatást törvényellenes vagy tisztességtelen célokra, illetve bármely más, a Licenc vagy a Kiegészítő feltételek által tiltott célokra. Továbbá elfogadja, hogy az Apple Pay vagy a Tárca szolgáltatást a vonatkozó törvényeknek és szabályozásoknak megfelelően veszi igénybe. Tudomásul veszi, hogy amennyiben bármilyen valótlan adatot ad meg egy személyazonosító kártyával kapcsolatosan, az bűncselekmények minősülhet a szövetségi vagy állami törvények értelmében. Beleegyezik abba, hogy nem zavarja meg és nem szakítja meg az Apple Pay vagy a Tárca szolgáltatás működését (beleértve a szolgáltatás bármilyen automatizált módon történő elérését), vagy a szolgáltatáshoz csatlakozó bármely kiszolgálót vagy hálózatot, illetve a szolgáltatáshoz csatlakozó hálózatok bármely házirendjét, követelményét vagy szabályozását (beleértve az azon lévő adatok vagy forgalom bármely jogosulatlan elérését, használatát vagy megfigyelését).

Amennyiben a hatályos törvények tiltják Önnek az Apple Pay vagy a Tárca használatát, akkor Ön nem jogosult hozzáférni ezekhez a szolgáltatásokhoz. Nem vállalunk semmilyen felelősséget azzal kapcsolatosan, ha Ön olyan módon éri el vagy használja a Szolgáltatásokat, amely a hatályos törvényekbe ütközik.

### 4. Az Apple és a felhasználó közötti jogviszony

Az Apple Pay használatát az Ön részéről ezek a kiegészítő feltételek, illetve a kártyabirtokosi szerződés feltételi szabályozzák, amely érvényben van a kapcsolódó kártyakibocsátóval, kereskedővel, vagy bármilyen más, az Ön Apple Pay Card kártyájáért felelős harmadik féllel.

Hasonlóképpen a Tárca jegyek használatát az Ön részéről ezek a kiegészítő feltételek, illetve annak a szerződésnek a feltételei szabályozzák, amelyet Ön a kapcsolódó kereskedővel, közlekedési vállalattal, autó- és zárgyártóval, egyetemmel, szállodával, üdülővel, hajótársasággal, vállalattal, állami kibocsátó hivatallal vagy más harmadik féllel kötött.

Az Apple Payments által biztosított Apple Pay lentebb részletezett egyes funkcióinak a kivételével („Apple Payments"), az Apple nem dolgozza fel az Ön Apple Pay kártyáin végzett fizetéseket, illetve az egyéb, nem fizetés-jellegű tranzakciókat. Az Apple-nek nincs befolyása az Apple Pay vagy Tárca használatával kapcsolatos kifizetésekre, visszatérhetésekre, visszaküldésekre, visszatérítésekre, átutalásokra, jutalmakra, kedvezményes ajánlatokra, árengedményekre, hozzáférésre, személyazonosság ellenőrzésére, megrendelésekre, megrendelések teljesítésére, illetve bármely egyéb tevékenységekre, és így felelősséget sem vállal értük.

Amennyiben bármilyen ellentmondás tapasztalható ezen Kiegészítő feltételek és az Ön érintett kibocsátóval, kereskedővel, állami kibocsátó hatósággal vagy más harmadik féllel kötött szerződése („**Harmadik féllel kötött szerződés**") között, akkor a Kiegészítő feltételek rendelkezései az irányadók az Ön és az Apple közötti kapcsolat tekintetében, míg a kapcsolódó Harmadik féllel kötött szerződés az irányadó az Ön és a harmadik fél közötti kapcsolat tekintetében.

Ön tudomásul veszi, hogy az Apple nem résztvevő fél az Ön Harmadik féllel kötött szerződéseiben, illetve az Apple nem felelős a következőkért: (a) az Apple Pay vagy a Tárca használata során a Támogatott kártyák, vásárlások, tranzakciók, átutalások, megrendelések, megrendelések teljesítése, nyugták vagy más műveletek tartalma, pontossága és elérhetősége, beleértve azon Családtagok és más személyek műveleteit is, akikkel megosztotta a Támogatott kártyáit; (b) hitel nyújtása vagy hitelre való jogosultság; (c) vezetői engedély vagy állami személyazonosító igazolvány kiadása, felfüggesztése vagy bevonása; (d) a kibocsátó, a kereskedő, az alkalmazásfejlesztő vagy más harmadik fél által végrehajtott művelet az Apple Pay vagy a Tárca Ön általi használatához kapcsolódóan; (e) kibocsátó, kereskedő vagy más harmadik fél döntései az Ön Támogatott kártyájának a Tárcához való hozzáadása kapcsán; (f) az Ön tagsága vagy részvétele valamely kereskedői vagy partnerprogramban; (g) nyeremények vagy tárolt érték

gyűjtése vagy beváltása a Támogatott kártyákkal kapcsolatosan; (h) Támogatott feltöltőkártyák finanszírozása vagy feltöltése; (i) személyek közötti fizetések vagy átutalások küldése vagy fogadása; vagy (j) pénz feltöltése, beváltása vagy felvétele az Apple Cash-kártyáról.

Az Apple Card kérelmezése számlanyitással jár az Apple Card kibocsátójánál. Az Apple Card kártyát kínáló pénzintézet esetlegesen megváltozhat, valamint az Apple Card Ön által történő használta is függ a pénzintézet felhasználási feltételeitől.

Amikor engedélyezi az Apple Cash-szolgáltatást az Apple Payben, akkor Ön számlát nyit a Green Dot Bankban. Az Apple Payments által biztosított Apple Pay funkcióinak a kivételével, amikor személyek közötti fizetéssel pénzt küld másoknak vagy pénzt fogad másoktól, illetve amikor feltölti vagy használja az Apple Cash kártyáját, akkor a Green Dot Bank gondoskodik arról, hogy a küldött pénz megérkezzen Önhöz vagy az Ön pénze eljusson a címzetthez. Az Apple Pay szolgáltatásban az Apple Cash- és a személyek közötti fizetések biztosításáért felelős pénzintézet módosulhat, és a szolgáltatások használatára az adott pénzintézet általános feltételei érvényesek.

Az Apple Payments által biztosított szolgáltatás értelmében Ön felhasználhatja az Apple Cash kártyán található forrásait, hogy kifizetéseket küldjön az Ön által feljogosított (a „Közvetlen fizetési szolgáltatások") megfelelő üzletek számára. A Közvetlen fizetési szolgáltatások használata az Apple Payments Közvetlen fizetési szolgáltatásainak felhasználási feltételeihez köthető. Továbbá, az egyes megfelelő üzletek lehetővé tehetik az Ön számára, hogy feljogosítsa őket, hogy forrásokat fizessenek ki az Ön Apple Cash kártyájára (egyenként „Kifizetés"). Bár a Kifizetéseket az Apple Payments dolgozza fel, ezeket mégis a forrásokat küldő résztvevő üzletek biztosítják, így a Kifizetések a kifizető üzletek további felhasználási feltételei alá eshetnek. A Támogatott kártyákkal vagy a kapcsolódó kereskedelmi tevékenységekkel kapcsolatos minden vitás esetben vagy kérdésben a kibocsátó vagy az adott kereskedő, állami kibocsátó hatóság, alkalmazásfejlesztő vagy más harmadik fél az illetékes. Ha az Apple Pay, a Tárca, az Apple Card vagy az Apple Cash-kártya a személyek közötti fizetési szolgáltatást illetően kérdései vannak, vegye fel a kapcsolatot az Apple-támogatással.

**5. Adatvédelem**

Az Apple által begyűjtött és felhasznált személyes adatokat az Apple adatvédelmi irányelvei szabályozzák, amely a következő oldalon érhető el: https://www.apple.com/legal/privacy/hu/. Az Apple Payjel és Tárcával történő használatának részeként begyűjtött, felhasznált és megosztott adatokról, olvassa el a vonatkozó szolgáltatás-specifikus adatvédelmi szabályzatot, ideértve az Adatvédelemmel kapcsolatos szabályzatokat, amely elérhetők az eszközön Tárca és Apple Pay megnyitásával a párosított eszközön lévő Watch alkalmazásban, illetve a következő webhelyen: https://www.apple.com/legal/privacy/hu/. Az Apple Pay és a Tárca használatával Ön beleegyezik abba, hogy az Apple, annak leányvállalatai és a nevében eljáró ügynökei továbbítsák, összegyűjtsék, kezeljék, feldolgozzák és felhasználják az előbbiekben említett összes, a Szolgáltatások működéséhez szükséges adatot.

**6. Biztonság; elvesztett vagy letiltott készülékek**

A TÁMOGATOTT ESZKÖZÖKRE ÉS HITELESÍTŐ ADATAIRA ÚGY VIGYÁZZON, MINT VALÓSÁGOS PÉNZTÁRCÁJÁRA VAGY KÁRTYÁIRA

Az Apple Pay és a Tárca a Támogatott kártyákat virtuális módon tárolja, és ezeket ugyanolyan védelemmel szükséges ellátni, mint a fizikai pénztárcáját, kulcsait és a hitel- vagy betéti, pontgyűjtő, ajándék- vagy feltöltőkártyák fizikai példányait. Kizárólag Ön felelős azért, hogy gondoskodjon Apple eszközei és Apple ID-ja biztonságáról, illetve eszköze jelkódja Touch ID-ja vagy Face ID-ja, és más a szolgáltatással kapcsolatos hitelesítő adatok (együttesen „Hitelesítő adatok") biztonságáért. Amennyiben bárki mást felhatalmaz a támogatott eszköze használatára, vagy megengedi annak használatát (*pl.*

megadja eszköze jelkódját egy harmadik félnek, vagy megengedi számára ujjlenyomata hozzáadását a Touch ID-hoz vagy a Face ID engedélyezését, vagy bármilyen más módon átadja hitelesítő adatait egy harmadik félnek), ez a személy a következőkre lehet képes: fizetés, személyek közötti fizetések küldése, kérelmezése vagy fogadása, készpénz felvétele az Ön Apple Cash-kártyájáról, díjak fogadása vagy beváltása, értékek felhasználása, autójának, irodájának vagy otthonának kinyitása vagy más módú elérése, az Ön személyazonosságának használata, vagy más tranzakciók végzése az Ön támogatott kártyáival a Tárcában. Ebben az esetben minden, az adott személy által végzett fizetésért vagy tranzakcióért Ön a felelős.

JAILBREAKELT ESZKÖZÖK

Amennyiben nem engedélyezett módosításokat végez az eszközén, például letiltja a hardveres vagy szoftveres felügyeletet (más néven „jailbreaking"), lehetséges, hogy eszköze nem lesz jogosult a szolgáltatások használatára. Ön tudomásul veszi, hogy módosított Eszköz használata a Szolgáltatásokkal kapcsolatosan kifejezetten tiltott, és jelen Kiegészítő feltételek megszegésének minősül, valamint feljogosít minket a szolgáltatás elérésének korlátozására vagy megtagadására.

TOVÁBBI BIZTONSÁGI INTÉZKEDÉSEK

Elképzelhető, hogy további biztonsági funkciókat, például a kétlépéses hitelesítést kell engedélyeznie az Apple ID-jához, hogy az Apple Pay bizonyos funkcióihoz hozzáférjen, többek között az Apple Card kártyához, az Apple Cash kártyához és a személyek között Apple Payjel lebonyolítható fizetésekhez. Ha az adott biztonsági funkciókat a későbbiekben eltávolítja, akkor elképzelhető, hogy az Apple Pay bizonyos funkcióihoz nem fog tudni többé hozzáférni. Ha törli a bemutatandó személyazonosító kártyájához társított Face ID-t vagy Touch ID-t, akkor újra el kell végeznie az azonosítókártya üzembe helyezéséhez kapcsolódó teljes folyamatot.

ELVESZETT VAGY ELLOPOTT ESZKÖZÖK

Ha az Eszközt elveszti vagy ellopják, és az keresése funkció engedélyezve van, az keresése segítségével megpróbálhatja felfüggeszteni az eszközön a Támogatott virtuális fizetőkártyákkal történő tranzakció lehetőségét és a személyek közötti pénzküldési szolgáltatást az Elveszett mód bekapcsolásával. Ha az Ön eszköze Elveszett módban van, előfordulhat, hogy az autókulcsa elérhetetlenné válik a Tárca szolgáltatásban, és a jármű elhagyása vagy a motor leállítását követően nem tud hozzáférni autójához, illetve nem tudja elindítani azt. Az Elveszett mód csak az elveszett eszközön tárolt kulcsokra van hatással. Ha Ön a tulajdonos, többé nem tudja megosztani autókulcsát vagy lakáskulcsát más személyekkel, azonban a másoknak már megosztott kulcsokat ez nem érinti az ő eszközeiken keresztül.

Igény szerint az Eszköz tartalmát is törölheti, ezáltal az eszköz megkísérli felfüggeszteni a Támogatott virtuális kártyákkal történő tranzakciókat vagy a személyek közötti pénzküldést. Fel kell vennie a kapcsolatot a Támogatott kártyához kapcsolódó kereskedővel vagy más harmadik felekkel vagy az Apple-lel az Apple Card vagy az Apple Cash-kártya esetében, annak érdekében, hogy meg lehessen akadályozni a Támogatott kártyák illetéktelen elérését az Apple Payben és a Tárcában.

Ha az Apple tisztességtelen tevékenységet vagy visszaélést feltételez, vagy ezt a felhasználó jelenti, Ön beleegyezik abba, hogy együttműködik az Apple vállalattal bármely vizsgálat során, és teljesíti az Apple által előírt, a csalást megelőző intézkedéseket.

**7. Felelősségkorlátozás**

A LICENCBEN MEGHATÁROZOTT JÓTÁLLÁSI KÖTELEZETTSÉGEK KORLÁTOZÁSAI ÉS FELELŐSSÉGKORLÁTOZÁS MELLETT AZ APPLE NEM VÁLLAL SEMMILYEN FELELŐSSÉGET AZ

APPLE PAY ÉS A TÁRCA HASZNÁLATÁVAL VÉGREHAJTOTT VÁSÁRLÁSOKÉRT, FIZETÉSEKÉRT, ÁTUTALÁSOKÉRT, RENDELÉSEKÉRT, RENDELÉSEK TELJESÍTÉSÉÉRT, NYUGTAINFORMÁCIÓKÉRT, HOZZÁFÉRÉSÉRT, SZEMÉLYAZONOSSÁG IGAZOLÁSÁÉRT, TRANZAKCIÓKÉRT VAGY BÁRMELY EGYÉB TEVÉKENYSÉGÉRT, ÉS ÖN BELEEGYEZIK ABBA, HOGY KIZÁRÓLAG A KÁRTYAKIBOCSÁTÓVAL, A FIZETÉSI HÁLÓZATTAL, A PÉNZINTÉZETTEL, A KERESKEDŐVEL, AZ ALKALMAZÁSFEJLESZTŐVEL, AZ ÁLLAMI KIBOCSÁTÓ HIVATALLAL VAGY MÁS ÉRINTETT HARMADIK FÉLLEL KÖTÖTT MEGÁLLAPODÁSRA HAGYATKOZIK BÁRMELY, A TÁMOGATOTT KÁRTYÁKRA, SZEMÉLYEK KÖZÖTTI FIZETÉSEKRE VAGY KAPCSOLÓDÓ TEVÉKENYSÉGRE VONATKOZÓ KÉRDÉS ESETÉN VAGY VITA MEGOLDÁSA ÉRDEKÉBEN.

— — — — — — — — — —

**ÉRTESÍTÉSEK AZ APPLE RÉSZÉRŐL**

Amennyiben szükségessé válik, hogy az Apple a termékével vagy fiókjával kapcsolatban felvegye Önnel a kapcsolatot, Ön hozzájárul ahhoz, hogy az értesítéseket e-mailben fogadja. Ön elfogadja, hogy bármely ilyen, elektronikus formában Önnek küldött értesítés kielégíti a törvényes kommunikációs követelményeket.

**BAHASA INDONESIA**

**PENTING: DENGAN MENGGUNAKAN iPHONE, iPAD, ATAU iPOD TOUCH ANDA ("PERANGKAT"), ANDA SETUJU UNTUK TERIKAT OLEH KETENTUAN-KETENTUAN BERIKUT:**

**A.    PERJANJIAN LISENSI PERANGKAT LUNAK APPLE iOS DAN iPadOS**
**B.    KETENTUAN-KETENTUAN TAMBAHAN APPLE PAY**
**C.    PEMBERITAHUAN-PEMBERITAHUAN DARI APPLE**

**APPLE INC**
**PERJANJIAN LISENSI PERANGKAT LUNAK iOS DAN iPadOS**
Lisensi Penggunaan Tunggal

**BACALAH PERJANJIAN LISENSI PERANGKAT LUNAK INI ("LISENSI") DENGAN TELITI SEBELUM MENGGUNAKAN PERANGKAT ANDA ATAU MENGUNDUH PEMBARUAN PERANGKAT LUNAK TERSEBUT YANG MENYERTAI LISENSI INI. DENGAN MENGGUNAKAN PERANGKAT ANDA ATAU MENGUNDUH SUATU PEMBARUAN PERANGKAT LUNAK, SEBAGAIMANA RELEVAN, BERARTI ANDA SETUJU UNTUK TERIKAT OLEH KETENTUAN-KETENTUAN LISENSI INI. APABILA ANDA TIDAK MENYETUJUI KETENTUAN-KETENTUAN LISENSI INI, JANGAN MENGGUNAKAN PERANGKAT ATAU MENGUNDUH PEMBARUAN PERANGKAT LUNAK TERSEBUT**

**APABILA BARU-BARU INI ANDA MEMBELI SUATU PERANGKAT DAN ANDA TIDAK MENYETUJUI KETENTUAN-KETENTUAN LISENSI INI, ANDA DAPAT MENGEMBALIKAN PERANGKAT TERSEBUT DALAM KURUN WAKTU PENGEMBALIAN KE APPLE STORE ATAU DISTRIBUTOR RESMI APPLE DI MANA ANDA MEMPEROLEHNYA UNTUK MENERIMA PENGEMBALIAN UANG ANDA, DENGAN TUNDUK PADA KEBIJAKAN PENGEMBALIAN YANG DITETAPKAN OLEH APPLE SEBAGAIMANA TERTERA DI https://www.apple.com/legal/sales-support/.**

**1. Umum**
(a) Perangkat lunak (berikut kode Boot ROM, perangkat lunak, dan perangkat lunak pihak ketiga yang termasuk di dalamnya), dokumentasi, antarmuka, konten, font, dan data apa pun yang telah ada pada Perangkat Anda ("Perangkat Lunak Apple yang Asli"), sebagaimana dapat diperbarui atau diganti oleh peningkatan fitur, pembaruan perangkat lunak, respons keamanan, file sistem, atau perangkat lunak pemulihan sistem yang disediakan oleh Apple untuk Perangkat Anda atau perangkat periferal yang didukung ("Perubahan Perangkat Lunak Apple"), baik dalam memori baca-saja (read only memory), dalam media apa pun lainnya, atau dalam bentuk apa pun lainnya (Perangkat Lunak Apple yang Asli dan Perubahan Perangkat Lunak Apple secara bersama-sama disebut sebagai "Perangkat Lunak Apple") dilisensikan, namun tidak dijual, kepada Anda oleh Apple Inc. ("Apple") hanya untuk penggunaan yang berdasarkan ketentuan-ketentuan Lisensi ini. Apple dan para pemberi lisensinya tetap memegang kepemilikan atas Perangkat Lunak Apple itu sendiri dan tetap memiliki semua hak-hak yang tidak secara tegas diberikan kepada Anda. Anda menyetujui bahwa ketentuan-ketentuan Lisensi ini akan berlaku terhadap aplikasi apa pun bermerek Apple yang mungkin telah menyatu di dalam Perangkat Anda, kecuali aplikasi tersebut disertai dengan suatu lisensi terpisah, yang dalam hal apa pun Anda menyetujui bahwa ketentuan-ketentuan dari lisensi tersebut akan mengatur penggunaan Anda atas aplikasi tersebut.

(b) Apple, atas kebijakannya sendiri, dapat menyediakan Perubahan Perangkat Lunak Apple di masa mendatang. Perubahan Perangkat Lunak Apple, apabila ada, tidak harus mencakup seluruh fitur perangkat lunak yang sudah ada atau fitur baru yang dikeluarkan oleh Apple untuk model-model terbaru atau model-model lainnya dari Perangkat. Ketentuan-ketentuan Lisensi ini akan mengatur setiap Perubahan Perangkat Lunak Apple yang disediakan oleh Apple, kecuali Perubahan Perangkat Lunak Apple tersebut dilengkapi dengan suatu lisensi terpisah, yang dalam hal apa pun Anda menyetujui

bahwa ketentuan-ketentuan dari lisensi tersebut akan mengatur mengenai pembaruan tersebut.

(c) Jika Anda menggunakan fitur pengaturan cepat untuk menyiapkan suatu Perangkat baru berdasarkan Perangkat milik Anda yang sudah ada, Anda menyetujui bahwa ketentuan-ketentuan Lisensi ini akan mengatur penggunaan Perangkat Lunak Apple oleh Anda pada Perangkat baru Anda, kecuali penggunaan Perangkat Lunak Apple tersebut disertai dengan suatu lisensi terpisah, yang dalam hal apa pun Anda menyetujui bahwa ketentuan-ketentuan dari lisensi tersebut akan mengatur penggunaan Perangkat Lunak Apple tersebut oleh Anda. Perangkat Anda akan secara berkala melakukan pemeriksaan bersama Apple terkait Perubahan Perangkat Lunak Apple. Jika tersedia suatu perubahan, perubahan tersebut dapat dengan sendirinya terunduh dan terinstal pada Perangkat Anda dan, apabila relevan, perangkat periferal Anda. **Dengan menggunakan Perangkat Lunak Apple, Anda menyetujui bahwa Apple dapat mengunduh dan menginstal otomatis Perubahan Perangkat Lunak Apple pada Perangkat Anda dan perangkat periferal Anda.** Anda dapat menonaktifkan penginstalan otomatis pembaruan sistem operasi dan Respons Keamanan Cepat kapan saja dengan menyesuaikan pengaturan Pembaruan Otomatis yang terdapat dalam Pengaturan > Umum > Pembaruan Perangkat Lunak. Beberapa file sistem (termasuk, tanpa batasan, font yang diperbarui, model bahasa, aset suara, dan firmware untuk periferal) dapat terus diinstal secara otomatis seperti saat Anda mengaktifkan atau menggunakan fitur dan periferal tertentu, atau untuk mengatasi masalah hukum, peraturan, publik keamanan, atau pertimbangan teknis.

**2. Penggunaan dan Pembatasan Lisensi yang Diizinkan.**
(a) Dengan tunduk pada ketentuan-ketentuan dan syarat-syarat Lisensi ini, Anda diberi suatu lisensi non-eksklusif yang terbatas untuk menggunakan Perangkat Lunak Apple pada satu Perangkat bermerek Apple. Kecuali sebagaimana diperbolehkan dalam Bagian 2(b) di bawah ini, dan kecuali sebagaimana diatur dalam suatu perjanjian terpisah antara Anda dan Apple, Lisensi ini tidak memperbolehkan Perangkat Lunak Apple untuk berada pada lebih dari satu Perangkat bermerek Apple pada satu waktu, dan Anda tidak boleh mendistribusikan atau menyediakan Perangkat Lunak Apple pada suatu jaringan yang di mana dapat dipergunakan oleh beberapa Perangkat pada waktu yang sama. Lisensi ini tidak memberikan kepada Anda hak-hak apa pun untuk menggunakan antarmuka-antarmuka milik Apple dan kekayaan intelektual Apple lainnya dalam desain, pengembangan, pembuatan, pemberian lisensi, atau distribusi dari peralatan-peralatan dan aksesori-aksesori pihak ketiga, atau aplikasi-aplikasi perangkat lunak pihak ketiga, untuk dipergunakan dengan Perangkat. Beberapa hak tersebut tersedia melalui perjanjian lisensi terpisah dari Apple. Untuk informasi lebih lanjut tentang pengembangan perangkat-perangkat dan aksesori-aksesori pihak ketiga untuk Perangkat, silakan kunjungi https:// developer.apple.com/programs/mfi/. Untuk informasi lebih lanjut tentang pengembangan aplikasi-aplikasi perangkat lunak untuk Perangkat, silakan kunjungi https://developer.apple.com.

(b) Dengan tunduk pada ketentuan dan syarat Lisensi ini, Anda diberi suatu lisensi non-eksklusif yang terbatas untuk mengunduh Perubahan Perangkat Lunak Apple yang mungkin disediakan oleh Apple untuk model Perangkat milik Anda guna memperbarui atau memperbaiki perangkat lunak pada setiap Perangkat yang Anda miliki atau kuasai tersebut. Lisensi ini tidak mengizinkan Anda untuk memperbarui atau memperbaiki setiap Perangkat yang tidak Anda kuasai atau miliki, dan Anda tidak boleh mendistribusikan atau menyediakan Perubahan Perangkat Lunak Apple pada suatu jaringan yang memungkinkan untuk dapat dipergunakan dengan beberapa Perangkat atau beberapa komputer pada saat yang sama. Jika Anda mengunduh suatu Pembaruan Perangkat Lunak Apple ke dalam komputer Anda, Anda boleh membuat satu salinan dari Perubahan Perangkat Lunak Apple yang disimpan dalam komputer Anda dalam bentuk yang-dapat-dibaca-oleh-mesin khusus untuk keperluan cadangan (backup) saja, dengan ketentuan bahwa salinan cadangan tersebut harus memuat semua pemberitahuan mengenai hak cipta atau hak kepemilikan lain yang terkandung pada aslinya.

(c) Sepanjang Apple telah menginstal terlebih dahulu aplikasi-aplikasi bermerek Apple dari App Store pada Perangkat Anda pada saat pembelian ("Aplikasi Yang-Telah-Terinstal-Terlebih-Dahulu"), Anda akan

perlu masuk ke App Store dan menghubungkan Aplikasi Yang-Telah-Terinstal-Terlebih-Dahulu ini dengan akun App Store Anda untuk menggunakannya pada Perangkat Anda. Ketika Anda menghubungkan Aplikasi Yang-Telah-Terinstal-Terlebih-Dahulu dengan akun App Store Anda, pada saat yang sama Anda akan secara otomatis menghubungkan semua Aplikasi Yang-Telah-Terinstal-Terlebih-Dahulu lainnya pada Perangkat Anda. Dengan memilih untuk menghubungkan Aplikasi Yang-Telah-Terinstal-Terlebih-Dahulu dengan akun App Store Anda, Anda menyetujui bahwa Apple dapat mentransmisikan, mengumpulkan, menjaga, memproses, dan menggunakan baik ID Apple yang digunakan oleh akun App Store Anda maupun pengenal perangkat keras yang unik yang dikumpulkan dari Perangkat Anda, sebagai pengenal akun yang unik untuk keperluan memeriksa kelayakan permintaan Anda dan memberi Anda akses ke Aplikasi Yang-Telah-Terinstal-Terlebih-Dahulu melalui App Store. Jika Anda tidak menghendaki untuk menggunakan Aplikasi Yang-Telah-Terinstal-Terlebih-Dahulu, Anda dapat menghapusnya setiap saat dari Perangkat Anda.

(d) Anda tidak boleh, dan Anda setuju untuk tidak atau memperbolehkan orang lain untuk, menyalin (kecuali sebagaimana secara tegas diizinkan oleh Lisensi ini), merombak, merekayasa balik, membongkar, mencoba untuk menemukan kode sumber dari, mengurai sandi, memodifikasi, atau menciptakan karya-karya turunan dari Perangkat Lunak Apple atau layanan-layanan apa pun yang disediakan oleh Perangkat Lunak Apple atau setiap bagian daripadanya (kecuali sebagaimana dan hanya sepanjang pembatasan apa pun tersebut di atas dilarang oleh hukum yang berlaku atau oleh ketentuan-ketentuan pemberian lisensi yang mengatur penggunaan komponen-komponen sumber terbuka yang mungkin disertakan dengan Perangkat Lunak Apple). Anda setuju untuk tidak menghapus, mengaburkan, atau mengubah setiap pemberitahuan kepemilikan apa pun (termasuk pemberitahuan merek dan hak cipta) yang terletak atau termuat dalam Perangkat Lunak Apple.

(e) Perangkat Lunak Apple boleh digunakan untuk memperbanyak materi-materi, sepanjang penggunaan tersebut terbatas untuk memperbanyak materi-materi yang tidak dilindungi oleh hak cipta, materi-materi yang hak ciptanya Anda miliki, atau materi-materi yang mana Anda berwenang atau secara sah diizinkan untuk memperbanyaknya. Terlepas dari hal di atas, Anda dilarang memublikasikan kembali, mentransmisikan kembali, atau memperbanyak gambar-gambar yang diakses melalui News atau Peta sebagai arsip yang berdiri sendiri. Kepemilikan dan hak-hak kekayaan intelektual dalam dan terhadap konten apa pun yang ditampilkan oleh, disimpan pada, atau diakses melalui Perangkat Anda merupakan milik dari pemilik konten yang bersangkutan. Konten tersebut dapat dilindungi oleh hak cipta atau hukum dan perjanjian kekayaan intelektual lainnya, dan dapat tunduk pada persyaratan penggunaan dari pihak ketiga yang menyediakan konten tersebut. Kecuali ditentukan lain, Lisensi ini tidak memberikan hak-hak apa pun kepada Anda untuk menggunakan konten tersebut maupun menjamin bahwa konten tersebut akan terus tersedia bagi Anda.

(f) Dengan tunduk pada syarat dan ketentuan Lisensi ini, Anda dapat: (i) menggunakan karakter Memoji yang disertakan dalam atau dibuat dengan Perangkat Lunak Apple ("Karakter Sistem") (1) saat menjalankan Perangkat Lunak Apple dan (2) untuk membuat konten dan proyek asli Anda sendiri untuk penggunaan pribadi dan non-komersial Anda; dan (ii) menggunakan Live Captions yang dibuat secara otomatis di perangkat secara waktu nyata oleh Perangkat Lunak Apple ("Live Captions"), baik yang dibuat selama panggilan FaceTime atau lainnya, hanya untuk penggunaan pribadi dan non-komersial Anda. Tidak ada penggunaan lainnya atas Karakter Sistem atau Live Captions yang diizinkan oleh Lisensi ini, termasuk namun tidak terbatas pada penggunaan, reproduksi, tampilan, performa, rekaman, penerbitan atau pendistribusian kembali semua Karakter Sistem atau Live Captions dalam konteks laba, nirlaba, pemakaian publik, atau komersial.

(g) Dalam rangka melengkapi jalan pintas aplikasi dan/atau tindakan situs web tertentu, Perangkat Lunak Apple mungkin perlu untuk mengakses aplikasi-aplikasi perangkat lunak, layanan-layanan atau situs-situs web pihak ketiga tertentu pada Perangkat Anda. Anda secara tegas menyetujui penggunaan tersebut sejauh mana diperlukan untuk melengkapi Jalan Pintas tersebut dengan Perangkat Lunak

Apple.

(h) Anda setuju untuk menggunakan Perangkat Lunak Apple dan Layanan (sebagaimana didefinisikan pada Bagian 5 di bawah ini) sesuai dengan semua hukum-hukum yang berlaku, beserta hukum-hukum setempat dari negara atau wilayah di mana Anda tinggal atau di mana Anda mengunduh atau menggunakan Perangkat Lunak Apple dan Layanan tersebut. Fitur-fitur Perangkat Lunak Apple dan Layanan tersebut mungkin tidak tersedia dalam semua bahasa atau di semua wilayah, beberapa fitur dapat berbeda menurut wilayah, dan beberapa mungkin dibatasi atau tidak tersedia dari penyedia layanan Anda. Wi-fi atau koneksi data seluler diperlukan untuk beberapa fitur Perangkat Lunak Apple dan Layanan tersebut.

(i) Penggunaan App Store memerlukan suatu kombinasi nama pengguna dan kata sandi yang unik, yang dikenal sebagai ID Apple. ID Apple juga diperlukan untuk mengakses pembaruan-pembaruan aplikasi dan fitur-fitur tertentu dari Perangkat Lunak Apple dan Layanan.

(j) Anda mengakui bahwa beberapa fitur, aplikasi-aplikasi yang menyatu, dan Layanan dari Perangkat Lunak Apple mengirimkan data dan dapat memengaruhi biaya-biaya pada paket data Anda, dan bahwa Anda bertanggung jawab atas biaya tersebut. Anda dapat melihat dan mengendalikan aplikasi-aplikasi mana yang diizinkan untuk menggunakan data seluler dan melihat perkiraan berapa banyak data yang telah dipakai oleh aplikasi-aplikasi tersebut berdasarkan Pengaturan Data Seluler. Selain itu, Bantuan Wi-Fi akan secara otomatis beralih ke seluler ketika Anda memiliki koneksi Wi-Fi yang buruk, yang mungkin mengakibatkan penggunaan data seluler lebih banyak dan memengaruhi biaya-biaya pada paket data Anda. Bantuan Wi-Fi aktif secara default, namun dapat dinonaktifkan dalam Pengaturan. Untuk informasi lebih lanjut, silakan baca Panduan Pengguna untuk Perangkat Anda.

(k) Jika Anda memilih untuk memperbolehkan pembaruan aplikasi otomatis, Perangkat Anda akan secara berkala memeriksa dengan Apple untuk pembaruan-pembaruan bagi aplikasi-aplikasi pada Perangkat Anda dan, jika pembaruan tersedia, pembaruan tersebut secara otomatis akan terunduh dan terinstal pada Perangkat Anda. Anda dapat menonaktifkan pembaruan-pembaruan aplikasi otomatis bersama-sama setiap saat dengan mengakses Pengaturan, ketuk iTunes & App Store, dan dalam Unduh Otomatis, nonaktifkan Pembaruan.

(l) Menggunakan Perangkat Anda dalam beberapa keadaan dapat mengalihkan perhatian Anda dan dapat menyebabkan situasi yang berbahaya (contohnya, hindari mengetik pesan teks ketika mengendarai mobil atau menggunakan headphone ketika mengendarai sepeda). Dengan menggunakan Perangkat Anda, Anda menyetujui untuk bahwa Anda bertanggung jawab untuk menaati aturan-aturan yang melarang atau membatasi penggunaan telepon genggam atau headphone (contohnya, persyaratan untuk menggunakan pilihan bebas genggam untuk melakukan panggilan ketika mengemudi).

(m) Fitur tertentu dari Perangkat Lunak Apple dapat berupaya memberikan bantuan dalam situasi yang terkait dengan keselamatan, seperti fitur pendeteksi terkait keselamatan dan menghubungkan Anda ke layanan darurat (jika tersedia). Apple tidak menjamin ketersediaan, keakuratan, kelengkapan, keandalan, atau ketepatan waktu fitur tersebut. Fitur-fitur ini tidak dimaksudkan untuk Anda jadikan andalan satu-satunya dalam situasi di mana bantuan yang lebih cepat atau efektif tersedia dan dapat diperoleh. Anda setuju untuk menggunakan fitur-fitur ini atas risiko Anda sendiri dan melakukan penilaian independen, dan bahwa Apple, afiliasi, agen, atau prinsipielnya tidak akan memiliki kewajiban kepada Anda atas penggunaan fitur ini oleh Anda dan konsekuensi apa pun yang dihasilkan sejauh diizinkan oleh hukum.

(n) Perangkat Anda bukan merupakan perangkat medis dan tidak boleh dipergunakan sebagai pengganti atas penilaian medis profesional. Perangkat ini tidak dirancang atau dimaksudkan untuk digunakan dalam diagnosis dari penyakit atau kondisi-kondisi lainnya, atau dalam penyembuhan, mitigasi, perawatan, atau pencegahan dari kondisi atau penyakit apa pun. Silakan berkonsultasi dengan penyedia

perawatan kesehatan Anda sebelum mengambil keputusan apa pun berkaitan dengan kesehatan Anda.

**3. Pengalihan.** Anda tidak boleh menyewa, menyewakan, meminjamkan, menjual, mendistribusikan kembali, atau mensublisensikan kembali Perangkat Lunak Apple tersebut. Akan tetapi, Anda boleh melakukan satu-kali pengalihan secara permanen atas semua hak lisensi Anda terhadap Perangkat Lunak Apple kepada pihak lain yang sehubungan dengan pengalihan kepemilikan atas Perangkat Anda, dengan ketentuan bahwa: (a) pengalihan tersebut harus menyertai Perangkat Anda dan semua Perangkat Lunak Apple, beserta semua suku cadang komponennya dan Lisensi ini; (b) Anda tidak menyimpan salinan apa pun dari Perangkat Lunak Apple, baik seluruhnya maupun sebagian, beserta salinan-salinan yang disimpan pada komputer atau perangkat penyimpanan lainnya; dan (c) pihak yang menerima Perangkat Lunak Apple membaca dan menyetujui untuk menerima ketentuan-ketentuan dan syarat-syarat Lisensi ini.

**4. Persetujuan terhadap Penggunaan Data.** Ketika Anda menggunakan Perangkat Anda, nomor telepon Anda dan pengenal-pengenal tertentu yang unik milik Anda untuk Perangkat Anda dikirimkan kepada Apple untuk memperbolehkan orang-orang lain menghubungi Anda melalui nomor telepon Anda ketika menggunakan berbagai fitur komunikasi dari Perangkat Lunak Apple, seperti iMessage dan FaceTime. Ketika Anda menggunakan iMessage, Apple dapat menyimpan pesan-pesan Anda dalam bentuk yang terenkripsi untuk suatu jangka waktu yang terbatas untuk memastikan pengirimannya. Anda dapat menonaktifkan FaceTime atau iMessage dengan mengakses pengaturan FaceTime atau Pesan pada Perangkat Anda. Fitur-fitur tertentu seperti Analitik, Layanan Lokasi, Siri, dan Dikte dapat memerlukan informasi dari Perangkat Anda untuk memberikan fungsi-fungsi mereka masing-masing. Ketika Anda mengaktifkan atau menggunakan fitur-fitur ini, detail akan diberikan mengenai informasi apa yang dikirimkan ke Apple dan bagaimana informasi tersebut dapat dikelola. Anda dapat mempelajari lebih lanjut dengan mengunjungi https://www.apple.com/id/privacy/. Setiap saat, informasi Anda akan diperlakukan sesuai dengan Kebijakan Privasi Apple, yang dapat dilihat di: https://www.apple.com/legal/privacy/.

**5. Layanan dan Materi-Materi Pihak Ketiga.**
(a) Perangkat Lunak Apple dapat mengaktifkan akses ke iTunes Store, App Store, Apple Books, Game Center, iCloud, Peta, News, Fitness+ milik Apple, dan layanan-layanan dan situs-situs web Apple dan pihak ketiga lainnya (secara bersama-sama dan masing-masing, "Layanan"). Penggunaan Layanan ini memerlukan akses Internet dan penggunaan Layanan tertentu mungkin memerlukan suatu ID Apple, mungkin mengharuskan Anda untuk menerima ketentuan-ketentuan tambahan dan dapat dikenakan biaya-biaya tambahan. Dengan menggunakan perangkat lunak ini sehubungan dengan ID Apple, atau Layanan Apple lainnya, Anda menyetujui ketentuan-ketentuan layanan yang berlaku, seperti Syarat dan Ketentuan Layanan Media Apple yang terkini untuk negara atau wilayah di mana Anda mengakses Layanan tersebut, yang dapat Anda akses dan tinjau di https://www.apple.com/legal/internet-services/itunes/id/terms.html.

(b) Apabila Anda mendaftar untuk iCloud, fitur-fitur iCloud tertentu, seperti "iCloud Drive", "Stream Foto Saya", "Album Bersama", dan "Lacak" dapat diakses secara langsung dari Perangkat Lunak Apple. Anda mengakui dan menyetujui bahwa penggunaan iCloud dan fitur-fitur ini oleh Anda tunduk pada ketentuan-ketentuan dan syarat-syarat layanan iCloud yang terkini, yang dapat Anda akses dan tinjau di: https://www.apple.com/legal/internet-services/icloud/id/terms.html.

(c) Konten Aplikasi News. Penggunaan Anda terhadap konten yang diakses melalui aplikasi News adalah semata-mata terbatas untuk penggunaan secara pribadi, non-komersial, tidak mengalihkan kepentingan hak kepemilikan apa pun atas konten kepada Anda dalam konten, dan secara khusus mengecualikan, tanpa batasan, hak-hak penggunaan komersial atau promosi apa pun dalam konten tersebut.

(d) Peta. Layanan dan fitur-fitur peta dari Perangkat Lunak Apple ("Peta"), termasuk cakupan data peta,

dapat berbeda-beda menurut wilayah. Apabila Anda mengaktifkan atau menggunakan Peta, detail mengenai informasi apa yang dikirimkan kepada Apple dan bagaimana informasi tersebut dapat dipergunakan akan diberikan. Anda mengakui dan menyetujui bahwa penggunaan Peta yang Anda akses tunduk pada ketentuan dan persyaratan terkini dari layanan Peta, yang dapat Anda akses dan pelajari pada kartu rumah Peta.

(e) Anda memahami bahwa dengan menggunakan Layanan apa pun tersebut, Anda dapat menjumpai konten yang dapat dianggap ofensif, tidak layak, atau tidak dapat diterima, atau mana konten tersebut dapat atau tidak dapat dikenal sebagai konten yang mengandung bahasa eksplisit, dan bahwa hasil dari pencarian atau memasukkan URL tertentu dapat secara otomatis dan tidak sengaja menghasilkan tautan-tautan atau referensi-referensi ke materi yang tidak dapat diterima. Namun demikian, Anda setuju untuk menggunakan Layanan atas risiko Anda sendiri dan bahwa Apple, afiliasi-afiliasinya, agen-agennya, prinsipiel-prinsipielnya, atau pemberi lisensi-lisensinya tidak akan bertanggung jawab kepada Anda atas konten yang ditemukan sebagai ofensif, tidak layak, atau tidak dapat diterima.

(f) Layanan tertentu dapat menampilkan, menyertakan, atau menyediakan konten, data, informasi, aplikasi-aplikasi, atau materi-materi dari pihak-pihak ketiga ("Materi-Materi Pihak Ketiga") atau menyediakan tautan-tautan ke situs-situs web tertentu milik pihak ketiga. Dengan menggunakan Layanan, Anda mengakui dan menyetujui bahwa Apple tidak bertanggung jawab untuk memeriksa atau mengevaluasi konten, ketepatan, kelengkapan, ketepatan-waktu, keabsahan, dipatuhinya hak cipta, legalitas, kesopanan, kualitas atau aspek lain dari Materi-Materi Pihak Ketiga atau situs-situs web pihak ketiga tersebut. Apple, pejabat-pejabatnya, para afiliasinya dan anak-anak perusahaannya tidak menjamin atau mendukung dan tidak menanggung dan tidak akan memiliki kewajiban atau tanggung jawab apa pun kepada Anda atau orang lain mana pun atas Layanan pihak ketiga apa pun, Materi-Materi Pihak Ketiga atau situs-situs web, atau atas materi-materi, produk-produk, atau layanan-layanan lainnya dari pihak-pihak ketiga. Materi-Materi Pihak Ketiga dan tautan-tautan ke situs-situs web yang lain disediakan semata-mata untuk kemudahan Anda.

(g) Baik Apple maupun para penyedia kontennya tidak menjamin ketersediaan, ketepatan, kelengkapan, keandalan, atau ketepatan waktu dari informasi saham, data lokasi atau data apa pun lainnya yang ditampilkan oleh Layanan apa pun. Informasi keuangan yang ditampilkan oleh Layanan apa pun hanya bertujuan untuk memberikan informasi umum dan tidak dapat diandalkan sebagai saran investasi. Sebelum melakukan suatu transaksi sekuritas apa pun berdasarkan informasi yang diperoleh melalui Layanan tersebut, sebaiknya Anda berkonsultasi dengan seorang profesional keuangan atau sekuritas yang memiliki kualifikasi yang sah untuk memberikan saran keuangan atau sekuritas di negara atau wilayah Anda. Data lokasi yang disediakan oleh Layanan apa pun, termasuk layanan Peta Apple, disediakan hanya untuk tujuan navigasi dan perencanaan dasar dan tidak dimaksudkan untuk diandalkan dalam situasi yang memerlukan informasi lokasi yang tepat atau di mana data lokasi yang salah, tidak tepat, terlambat, atau tidak lengkap dapat menyebabkan kematian, cedera diri, atau kerugian harta benda atau kerusakan lingkungan. Anda menyetujui bahwa hasil-hasil yang Anda terima dari layanan Peta dapat berbeda dari kondisi jalan aktual atau kondisi medan karena faktor-faktor yang dapat memengaruhi ketepatan data Peta, seperti, namun tidak terbatas pada, cuaca, kondisi jalan dan kondisi lalu lintas, dan kejadian-kejadian geopolitik. Untuk keamanan Anda pada saat menggunakan fitur navigasi, selalu perhatikan rambu-rambu jalan yang terpasang dan kondisi-kondisi jalan saat ini. Taati praktik-praktik mengemudi yang aman dan peraturan lalu lintas, dan harap diketahui bahwa arah bersepeda dan berjalan mungkin tidak termasuk arah jalan yang dituju.

(h) Sepanjang Anda mengunggah konten apa pun melalui penggunaan Layanan tersebut, Anda menyatakan bahwa Anda memiliki semua hak atas, atau mempunyai kewenangan atau dengan kata lain diizinkan secara sah untuk mengunggah, konten tersebut dan bahwa konten tersebut tidak melanggar ketentuan-ketentuan layanan apa pun yang berlaku terhadap Layanan tersebut. Anda menyetujui bahwa Layanan tersebut memuat konten, informasi dan materi hak kepemilikan yang dimiliki oleh Apple, pemilik

situs atau para pemberi lisensi-lisensinya, dan yang dilindungi oleh hukum-hukum kekayaan intelektual dan hukum-hukum lain yang berlaku, termasuk namun tidak terbatas pada hak cipta. Anda menyetujui bahwa Anda tidak akan menggunakan konten, informasi dan materi-materi hak kepemilikan tersebut selain untuk penggunaan Layanan yang diizinkan atau dalam cara apa pun yang tidak sesuai dengan ketentuan-ketentuan Lisensi ini atau yang melanggar hak-hak kekayaan intelektual apa pun dari pihak ketiga atau Apple. Tidak satu pun bagian dari Layanan yang dapat diperbanyak dalam bentuk apa pun atau dengan cara apa pun. Anda menyetujui untuk tidak memodifikasi, menyewa, menyewakan, meminjamkan, menjual, mendistribusikan, atau menciptakan karya-karya turunan berdasarkan Layanan, dengan cara apa pun, dan Anda tidak akan menggunakan Layanan dengan cara apa pun yang tidak diizinkan, termasuk namun tidak terbatas pada, penggunaan Layanan untuk mengirimkan virus-virus komputer, worms, trojan horses, atau malware lainnya, atau dengan melanggar atau membebani kapasitas jaringan. Anda lebih lanjut menyetujui untuk tidak menggunakan Layanan dengan cara apa pun untuk melecehkan, menyalahgunakan, menguntit, mengancam, mencemarkan nama baik, atau dengan cara lain mengganggu atau melanggar hak-hak pihak lain, dan bahwa Apple sama sekali tidak bertanggung jawab atas penggunaan sedemikian rupa oleh Anda, atau atas pesan-pesan atau transmisi-transmisi yang melecehkan, mengancam, mencemarkan nama baik, ofensif, mengganggu, atau ilegal yang Anda dapat terima sebagai akibat dari penggunaan Layanan apa pun.

(i) Selain itu, Layanan dan Materi-Materi Pihak Ketiga tersebut tidak dapat tersedia dalam semua bahasa atau di semua negara atau semua wilayah. Apple tidak membuat pernyataan bahwa Layanan dan Materi-Materi Pihak Ketiga tersebut memadai atau tersedia untuk digunakan di lokasi khusus mana pun. Sepanjang Anda memilih untuk menggunakan atau mengakses Layanan atau Materi-Materi Pihak Ketiga tersebut, Anda melakukannya atas inisiatif Anda sendiri dan bertanggung jawab kepada kepatuhan terhadap hukum-hukum apa pun yang berlaku, termasuk tetapi tidak terbatas pada hukum-hukum setempat dan hukum-hukum tentang privasi dan koleksi data yang berlaku. Berbagi atau menyinkronisasikan foto-foto melalui Perangkat Anda dapat menyebabkan metadata, termasuk di mana dan kapan foto tersebut diambil, dan informasi kedalaman, untuk dikirimkan dengan foto-foto tersebut. Penggunaan layanan-layanan Apple (seperti Perpustakaan Foto iCloud) untuk berbagi atau menyinkronisasikan foto-foto tersebut akan melibatkan Apple dalam menerima dan menyimpan metadata tersebut. Apple dan para pemberi lisensinya berhak untuk mengubah, menangguhkan, menghapus, atau menonaktifkan akses ke Layanan apa pun setiap saat tanpa pemberitahuan. Dalam keadaan apa pun Apple tidak akan bertanggung jawab atas penghapusan atau menonaktifkan akses ke Layanan tersebut. Apple juga dapat memberlakukan batasan-batasan pada penggunaan atau akses ke Layanan tertentu, dalam hal apa pun dan tanpa pemberitahuan atau tanggung jawab.

**6. Pengakhiran.** Lisensi ini berlaku hingga diakhiri. Hak Anda berdasarkan Lisensi ini akan secara otomatis berakhir atau dengan kata lain berhenti berlaku tanpa pemberitahuan dari Apple apabila Anda gagal mematuhi salah satu ketentuan Lisensi ini. Setelah pengakhiran Lisensi ini, Anda akan menghentikan semua penggunaan Perangkat Lunak Apple. Bagian-bagian 4, 5, 6, 7, 8, 9, 10, 12 dan 13 dari Lisensi ini akan tetap berlaku setelah pengakhiran tersebut.

**7. Penafian Jaminan**

7.1    Apabila Anda seorang pelanggan yang merupakan seorang konsumen (seseorang yang menggunakan Perangkat Lunak Apple di luar usaha, bisnis atau profesi Anda), Anda dapat memiliki hak-hak hukum di negara domisili Anda yang akan melarang diberlakukannya batasan-batasan berikut ini terhadap Anda, dan di mana dilarang, maka mereka tidak akan berlaku terhadap Anda. Untuk mengetahui lebih banyak mengenai hak-hak, sebaiknya Anda menghubungi lembaga pemberi saran bagi konsumen lokal.

7.2    ANDA SECARA TEGAS MENGAKUI DAN MENYETUJUI BAHWA, SEPANJANG DIIZINKAN OLEH HUKUM YANG BERLAKU, RISIKO TERKAIT PENGGUNAAN PERANGKAT LUNAK APPLE DAN LAYANAN APA PUN YANG DILAKUKAN OLEH ATAU DIAKSES MELALUI PERANGKAT LUNAK APPLE

DITANGGUNG OLEH ANDA SENDIRI DAN BAHWA SELURUH RISIKO SEHUBUNGAN DENGAN KUALITAS, KINERJA, KETEPATAN, DAN UPAYA YANG MEMUASKAN DITANGGUNG OLEH ANDA.

7.3     SEJAUH DIIZINKAN OLEH HUKUM YANG BERLAKU, PERANGKAT LUNAK APPLE DAN LAYANAN DIBERIKAN "SEBAGAIMANA ADANYA" DAN "SEBAGAIMANA TERSEDIA", DENGAN SEMUA KEKURANGAN DAN TANPA JAMINAN APA PUN, DAN APPLE SERTA PARA PEMBERI LISENSI APPLE (SECARA BERSAMA-SAMA DISEBUT SEBAGAI "APPLE" UNTUK MAKSUD-MAKSUD DARI BAGIAN-BAGIAN 7 DAN 8) DENGAN INI MENAFIKAN SELURUH JAMINAN DAN SYARAT-SYARAT SEHUBUNGAN DENGAN PERANGKAT LUNAK APPLE DAN LAYANAN, BAIK SECARA TEGAS, TERSIRAT ATAU MENURUT UNDANG-UNDANG, TERMASUK, NAMUN TIDAK TERBATAS PADA, JAMINAN-JAMINAN YANG BERSIFAT TERSIRAT DAN/ATAU SYARAT-SYARAT TENTANG KELAYAKAN USAHA, KUALITAS YANG MEMUASKAN, KETEPATAN UNTUK SUATU TUJUAN KHUSUS, KETEPATAN, KENIKMATAN TENANG, DAN TIDAK DILANGGARNYA HAK-HAK PIHAK KETIGA.

7.4     APPLE TIDAK MENJAMIN TERHADAP GANGGUAN DENGAN KENIKMATAN PERANGKAT LUNAK APPLE DAN LAYANAN ANDA, BAHWA FUNGSI-FUNGSI YANG TERMUAT DI DALAM, ATAU LAYANAN YANG DILAKUKAN ATAU DIBERIKAN OLEH, PERANGKAT LUNAK APPLE AKAN MEMENUHI KEBUTUHAN-KEBUTUHAN ANDA, BAHWA OPERASI PERANGKAT LUNAK APPLE DAN LAYANAN TIDAK AKAN TERGANGGU ATAU BEBAS DARI KESALAHAN, BAHWA LAYANAN APA PUN AKAN TERUS DISEDIAKAN, BAHWA KECACATAN-KECACATAN DALAM PERANGKAT LUNAK APPLE ATAU LAYANAN AKAN DIPERBAIKI, ATAU BAHWA PERANGKAT LUNAK APPLE AKAN KOMPATIBEL ATAU BEKERJA DENGAN PERANGKAT LUNAK PIHAK KETIGA, APLIKASI-APLIKASI ATAU LAYANAN PIHAK KETIGA APA PUN. PENGINSTALAN PERANGKAT LUNAK APPLE INI DAPAT MEMENGARUHI KETERSEDIAAN DAN KEGUNAAN PERANGKAT LUNAK PIHAK KETIGA, APLIKASI-APLIKASI PIHAK KETIGA ATAU LAYANAN PIHAK KETIGA, SERTA PRODUK-PRODUK DAN LAYANAN APPLE.

7.5     ANDA SELANJUTNYA MENGAKUI BAHWA PERANGKAT LUNAK APPLE DAN LAYANAN TIDAK DIMAKSUDKAN ATAU COCOK UNTUK DIGUNAKAN DALAM SITUASI-SITUASI ATAU LINGKUNGAN-LINGKUNGAN DI MANA KEGAGALAN ATAU KETERLAMBATAN WAKTU DARI, ATAU KESALAHAN ATAU KETIDAKTEPATAN DALAM KONTEN, DATA ATAU INFORMASI YANG DIBERIKAN OLEH PERANGKAT LUNAK APPLE ATAU LAYANAN DAPAT MENGAKIBATKAN KEMATIAN, CEDERA PRIBADI, ATAU KERUSAKAN FISIK ATAU KERUSAKAN LINGKUNGAN YANG PARAH, TERMASUK TANPA BATASAN PENGOPERASIAN FASILITAS-FASILITAS NUKLIR, SISTEM NAVIGASI ATAU SISTEM KOMUNIKASI PESAWAT UDARA, KENDALI LALU LINTAS UDARA, SISTEM PENDUKUNG KEHIDUPAN ATAU SISTEM PERSENJATAAN-PERSENJATAAN.

7.6     TIDAK SATU PUN INFORMASI LISAN ATAU TERTULIS ATAU SARAN YANG DIBERIKAN OLEH APPLE ATAU PERWAKILAN RESMI APPLE AKAN MENCIPTAKAN JAMINAN. APABILA PERANGKAT LUNAK APPLE ATAU LAYANAN TERBUKTI CACAT, MAKA ANDA MENANGGUNG SELURUH BIAYA PERAWATAN, PERBAIKAN, ATAU PEMBETULAN YANG DIPERLUKAN. BEBERAPA YURISDIKSI TIDAK MEMPERBOLEHKAN PENGECUALIAN ATAS JAMINAN-JAMINAN ATAU BATASAN-BATASAN YANG TERSIRAT MENGENAI HAK-HAK KONSUMEN YANG BERLAKU BERDASARKAN UNDANG-UNDANG, DENGAN DEMIKIAN PENGECUALIAN DAN BATASAN DI ATAS TIDAK DAPAT BERLAKU TERHADAP ANDA.

**8. Pembatasan Tanggung Jawab.** SEPANJANG TIDAK DILARANG OLEH HUKUM YANG BERLAKU, DALAM KEADAAN APA PUN APPLE, PARA AFILIASINYA, PARA AGENNYA ATAU PARA PRINSIPIELNYA TIDAK AKAN BERTANGGUNG JAWAB ATAS CEDERA PRIBADI, ATAU KERUGIAN APA PUN YANG SIFATNYA INSIDENTAL, KHUSUS, TIDAK LANGSUNG ATAU KONSEKUENSIAL, TERMASUK TANPA BATASAN, KERUGIAN KARENA KEHILANGAN KEUNTUNGAN, KURANGNYA ATAU HILANGNYA DATA, KEGAGALAN UNTUK MENGIRIMKAN ATAU MENERIMA DATA APA PUN (TERMASUK TANPA BATASAN INSTRUKSI-INSTRUKSI, TUGAS-TUGAS DAN MATERI-MATERI KURSUS), INTERUPSI USAHA ATAU

KERUGIAN ATAU KEHILANGAN NIAGA YANG LAIN, YANG TIMBUL DARI ATAU BERKAITAN DENGAN PENGGUNAAN OLEH ANDA ATAU KETIDAKMAMPUAN ANDA MENGGUNAKAN PERANGKAT LUNAK APPLE DAN LAYANAN ATAU PERANGKAT LUNAK, APLIKASI-APLIKASI ATAU LAYANAN PIHAK KETIGA BERSAMA DENGAN PERANGKAT LUNAK APPLE ATAU LAYANAN, BAGAIMANA PUN HAL TERSEBUT TERJADI, TANPA DIPENGARUHI OLEH TEORI PERTANGGUNGJAWABAN (KONTRAK, PERBUATAN MELAWAN HUKUM ATAU LAINNYA) DAN BAHKAN APABILA APPLE TELAH DISARANKAN TENTANG KEMUNGKINAN KERUGIAN TERSEBUT. BEBERAPA YURISDIKSI TIDAK MEMPERBOLEHKAN PENGECUALIAN ATAU BATASAN TANGGUNG JAWAB ATAS CEDERA PRIBADI, ATAU KERUGIAN YANG BERSIFAT INSIDENTAL ATAU KONSEKUENSIAL, SEHINGGA BATASAN INI TIDAK DAPAT BERLAKU TERHADAP ANDA. Dalam keadaan bagaimanapun, jumlah pertanggungjawaban Apple kepada Anda untuk semua kerugian (selain dari yang disyaratkan oleh hukum yang berlaku sehubungan dengan cedera pribadi) tidak melebihi dua ratus lima puluh dolar Amerika Serikat (US$250,00). Batasan-batasan di atas akan berlaku bahkan apabila upaya yang dinyatakan di atas gagal memenuhi tujuan utamanya. TERLEPAS DARI KETENTUAN APA PUN LAINNYA DALAM LISENSI INI, APABILA UNDANG-UNDANG TENTANG KONTRAK KONSUMEN DI JEPANG BERLAKU, KETENTUAN YANG MEMBATASI TANGGUNG JAWAB APPLE ATAS KERUGIAN YANG TIMBUL DARI PELANGGARAN KONTRAK ATAU KESALAHAN YANG DILAKUKAN OLEH APPLE TIDAK BERLAKU JIKA KERUGIAN TERSEBUT DISEBABKAN OLEH PELANGGARAN YANG DISENGAJA ATAU KELALAIAN SERIUS OLEH APPLE.

**9. Sertifikat Digital.** Perangkat Lunak Apple mengandung fungsionalitas yang memperbolehkannya untuk menerima sertifikat-sertifikat digital, baik yang dikeluarkan oleh Apple atau dari pihak-pihak ketiga. ANDA BERTANGGUNG JAWAB SEMATA-MATA UNTUK MEMUTUSKAN APAKAH MEMERCAYAI ATAU TIDAK SUATU SERTIFIKAT YANG DIKELUARKAN OLEH APPLE ATAU OLEH SUATU PIHAK KETIGA. PENGGUNAAN SERTIFIKAT-SERTIFIKAT DIGITAL OLEH ANDA BERADA PADA RISIKO ANDA SENDIRI. SEPANJANG DIPERBOLEHKAN OLEH HUKUM YANG BERLAKU, APPLE TIDAK MEMBUAT JAMINAN ATAU PERNYATAAN, SECARA TEGAS ATAU TERSIRAT, SEHUBUNGAN DENGAN KELAYAKAN NIAGA ATAU KETEPATAN UNTUK TUJUAN KHUSUS, KEAKURATAN, KEAMANAN, ATAU TIDAK DILANGGARNYA HAK-HAK PIHAK KETIGA DALAM KAITANNYA DENGAN SERTIFIKAT-SERTIFIKAT DIGITAL.

**10. Kontrol Ekspor.** Anda tidak boleh menggunakan atau dengan cara lain mengekspor atau mengekspor kembali Perangkat Lunak Apple kecuali sebagaimana diizinkan oleh hukum Amerika Serikat dan hukum-hukum yurisdiksi tempat Perangkat Lunak Apple diperoleh. Secara khusus, namun tanpa batasan, Perangkat Lunak Apple tidak boleh diekspor atau diekspor kembali (a) ke dalam negara-negara yang diembargo oleh Amerika Serikat atau (b) ke siapa pun dalam daftar Warga Negara Yang Ditunjuk secara Khusus menurut Departemen Keuangan Amerika Serikat atau dalam Daftar Orang atau Daftar Badan Yang Ditolak Departemen Perdagangan Amerika Serikat atau daftar-daftar pihak terlarang lainnya. Dengan menggunakan Perangkat Lunak Apple, Anda menyatakan dan menjamin bahwa Anda tidak berada di negara atau dalam daftar tersebut. Anda juga menyetujui bahwa Anda tidak akan menggunakan Perangkat Lunak Apple untuk maksud apa pun yang dilarang oleh hukum Amerika Serikat, termasuk, tanpa batasan, pengembangan, perancangan, pembuatan, atau produksi rudal, senjata nuklir, kimia, atau biologis.

**11. Pengguna Akhir Pemerintah.** Perangkat Lunak Apple dan dokumentasi yang berkaitan merupakan "Barang-Barang Komersial", sebagaimana istilah itu didefinisikan dalam 48 C.F.R. §2.101, yang terdiri dari "Perangkat Lunak Komputer Komersial" dan "Dokumentasi Perangkat Lunak Komputer Komersial", sebagaimana istilah-istilah tersebut digunakan dalam 48 C.F.R. §12.212 atau 48 C.F.R. §227.7202, sebagaimana berlaku. Sesuai dengan 48 C.F.R. §12.212 atau 48 C.F.R. §227.7202-1 sampai dengan §227.7202-4, sebagaimana berlaku, Perangkat Lunak Komputer Komersial dan Dokumentasi Perangkat Lunak Komputer Komersial dilisensikan kepada pengguna akhir Pemerintah Amerika Serikat (a) hanya sebagai Barang Komersial dan (b) hanya dengan hak-hak itu seperti yang diberikan kepada semua pengguna akhir lainnya yang sesuai dengan ketentuan-ketentuan dan syarat-syarat dalam Perjanjian

Lisensi ini. Hak yang tidak diumumkan dilindungi oleh hukum hak cipta Amerika Serikat.

**12. Hukum yang Mengatur dan Keterpisahan.** Lisensi ini diatur oleh dan ditafsirkan berdasarkan hukum Negara Bagian California, dengan mengecualikan pertentangan pada prinsip hukumnya. Lisensi ini tidak tunduk pada Konvensi Perserikatan Bangsa-Bangsa mengenai Kontrak Jual Beli Barang Internasional, yang secara tegas dinyatakan tidak berlaku. Jika Anda seorang konsumen yang berdomisili di Inggris, Lisensi ini akan diatur oleh hukum dari yurisdiksi tempat domisili Anda. Apabila, dengan alasan apa pun suatu pengadilan dengan yurisdiksi berwenang menemukan ketentuan apa pun, atau bagian daripadanya, tidak dapat diberlakukan, ketentuan lainnya dari Lisensi ini akan tetap berkekuatan dan berlaku sepenuhnya.

**13. Perjanjian Lengkap; Bahasa yang Diutamakan.** Lisensi ini merupakan keseluruhan perjanjian antara Anda dan Apple tentang Perangkat Lunak Apple dan menggantikan seluruh pemahaman sebelumnya atau pemahaman saat ini mengenai hal tersebut. Setiap perubahan atau modifikasi atas Lisensi ini tidak akan mengikat kecuali dibuat secara tertulis dan ditandatangani oleh Apple. Terjemahan apa pun dari Lisensi ini dibuat untuk memenuhi persyaratan setempat dan dalam keadaan sengketa antara versi bahasa Inggris dan non-Inggris lainnya, versi bahasa Inggris dari Lisensi ini yang akan mengatur, sepanjang tidak dilarang oleh hukum setempat dalam yurisdiksi Anda.

**14. Pengakuan-Pengakuan Pihak Ketiga.** Bagian-bagian dari Perangkat Lunak Apple dapat menggunakan atau meliputi perangkat lunak pihak ketiga dan materi dengan hak cipta lainnya. Pengakuan-pengakuan, ketentuan-ketentuan pemberian lisensi dan penafian-penafian jaminan-jaminan atas materi-materi tersebut tercantum dalam dokumentasi elektronik Perangkat Lunak Apple, dan penggunaan Anda atas materi-materi tersebut diatur berdasarkan ketentuan masing-masing materi-materi tersebut. Penggunaan Layanan Penjelajahan Aman Google tunduk pada Ketentuan-Ketentuan Layanan Google (https://www.google.com/intl/id/policies/terms/) dan pada Kebijakan Privasi Google (https://www.google.com/intl/id/policies/privacy/).

**15. Penggunaan MPEG-4; Pemberitahuan H.264/AVC**
(a) Perangkat Lunak Apple dilisensikan berdasarkan Lisensi Portofolio Paten Sistem MPEG-4 untuk pengodean sesuai dengan Standar Sistem MPEG-4, kecuali suatu lisensi tambahan dan pembayaran royalti diperlukan untuk pengodean yang sehubungan dengan (i) data yang disimpan atau digandakan dalam media fisik yang dibayarkan berdasarkan judul per judul dan/atau (ii) data yang dibayarkan berdasarkan judul per judul dan dikirimkan ke seorang pengguna akhir untuk penyimpanan dan/atau penggunaan permanen. Lisensi tambahan tersebut dapat diperoleh dari MPEG LA, LLC. Buka https://www.mpegla.com untuk detail-detail tambahan.

(b) Perangkat Lunak Apple mengandung fungsi pengodean dan/atau penguraian isi sandi video MPEG-4. Perangkat Lunak Apple dilisensikan berdasarkan Lisensi Portofolio Paten Visual MPEG-4 untuk penggunaan secara pribadi dan non-komersial oleh seorang konsumen untuk (i) pengodean video sesuai dengan Standar Visual MPEG-4 ("Video MPEG-4") dan/atau (ii) penguraian isi sandi video MPEG-4 yang dikodekan oleh seorang konsumen dalam aktivitas pribadi dan non-komersial dan/atau yang diperoleh dari suatu penyedia video yang dilisensikan oleh MPEG LA untuk menyediakan video MPEG-4. Tidak ada lisensi yang diberikan atau dianggap sebagai diberikan untuk penggunaan lain. Informasi tambahan termasuk segala hal terkait dengan penggunaan dan keperluan promosi, penggunaan internal dan komersial dan pemberian lisensi dapat diperoleh dari MPEG LA, LLC. Buka https://www.mpegla.com.

(c) Perangkat Lunak Apple mengandung fungsi pengodean dan/atau penguraian isi sandi AVC, penggunaan komersial dari H.264/AVC memerlukan lisensi tambahan dan ketentuan berikut ini berlaku: FUNGSI AVC DALAM PERANGKAT LUNAK APPLE DILISENSIKAN DI SINI HANYA UNTUK PENGGUNAAN PRIBADI DAN NON-KOMERSIAL DARI KONSUMEN UNTUK (i) MENGODEKAN VIDEO SESUAI DENGAN STANDAR AVC ("VIDEO AVC") DAN/ATAU (ii) MENGURAIKAN ISI SANDI VIDEO AVC

YANG DIKODEKAN OLEH KONSUMEN DALAM SUATU KEGIATAN PRIBADI DAN NON-KOMERSIAL DAN/ATAU VIDEO AVC YANG DIPEROLEH DARI PENYEDIA VIDEO YANG BERLISENSI UNTUK MENYEDIAKAN VIDEO AVC. INFORMASI MENGENAI PENGGUNAAN DAN LISENSI-LISENSI LAIN DAPAT DIPEROLEH DARI MPEG LA L.L.C. BUKA https://www.mpegla.com.

**16. Pembatasan-Pembatasan Layanan Pencarian Yahoo.** Layanan Pencarian Yahoo yang tersedia melalui Safari yang dilisensikan hanya untuk digunakan di negara-negara dan wilayah-wilayah berikut ini: Argentina, Aruba, Australia, Austria, Barbados, Belgia, Bermuda, Brasil, Bulgaria, Kanada, Kepulauan Cayman, Cile, Cina daratan, Hong Kong, Taiwan, Kolombia, Siprus, Republik Ceko, Denmark, Republik Dominika, Ekuador, El Salvador, Finlandia, Perancis, Jerman, Yunani, Grenada, Guatemala, Hongaria, Islandia, India, Indonesia, Irlandia, Italia, Jamaika, Jepang, Latvia, Lithuania, Luxemburg, Malaysia, Malta, Meksiko, Belanda, Selandia Baru, Nicaragua, Norwegia, Panama, Peru, Filipina, Polandia, Portugal, Puerto Rico, Rumania, Singapura, Slovakia, Slovenia, Korea Selatan, Spanyol, St. Lucia, St. Vincent, Swedia, Swiss, Thailand, Kepulauan Bahama, Trinidad dan Tobago, Turki, Inggris, Uruguay, Amerika Serikat dan Venezuela.

**17. Pemberitahuan Microsoft Exchange.** Pengaturan mail Microsoft Exchange di dalam Perangkat Lunak Apple dilisensikan hanya untuk sinkronisasi informasi secara maya, seperti surat elektronik, kontak, kalender, dan tugas-tugas, antara Perangkat Anda dan Server Microsoft Exchange atau perangkat lunak server lain yang dilisensikan oleh Microsoft untuk mengimplementasikan protokol Microsoft Exchange ActiveSync.

EA1806
08/07/2022

————————————

**Ketentuan-Ketentuan dan Syarat-Syarat Tambahan Apple Pay & Dompet**

Ketentuan-Ketentuan dan Syarat-Syarat Tambahan Apple Pay & Dompet ini ("Ketentuan-Ketentuan Tambahan" ini) melengkapi Perjanjian Lisensi Perangkat Lunak Apple ("Lisensi"); ketentuan-ketentuan Lisensi maupun Ketentuan-Ketentuan Tambahan ini, keduanya mengatur penggunaan Anda atas fitur Apple Pay ("Apple Pay") dan aplikasi Dompet Apple ("Dompet"), yang akan dianggap sebagai "Layanan" berdasarkan Lisensi. Istilah-istilah dalam huruf kapital yang digunakan dalam Ketentuan-Ketentuan Tambahan ini mempunyai arti sebagaimana diatur dalam Lisensi.

**1. Gambaran Umum**

**Apple Pay**

Apple Pay memperbolehkan Anda untuk:

•    melakukan pembayaran tanpa kontak dengan kartu kredit, kartu debit, dan kartu prabayar, termasuk Apple Card dan kartu Apple Cash, di lokasi-lokasi pilihan, atau dalam aplikasi-aplikasi atau situs-situs web pilihan;
•    mengirimkan pembayaran orang-ke-orang kepada pengguna Apple Cash lainnya; dan
•    melacak pesanan dan melihat tanda terima yang mendetail.

Apple Pay dan fitur-fitur tertentu Apple Pay hanya tersedia di wilayah-wilayah pilihan, dengan penerbit kartu, jaringan pembayaran, pedagang, dan pihak ketiga terpilih lainnya.

**Dompet**

Dompet Apple memungkinkan Anda untuk menyimpan representasi virtual dari kartu kredit, kartu debit,

dan kartu prabayar untuk digunakan dengan Apple Pay (secara bersama-sama, "Kartu Apple Pay"), serta jenis-jenis kartu lainnya, kartu-kartu pas, dan kunci-kunci, termasuk namun tidak terbatas pada berikut ini (secara bersama-sama, "Kartu-Kartu Pas Dompet", dan bersama dengan Kartu Apple Pay, "Kartu Pendukung"):

- kartu-kartu penghargaan;
- kartu-kartu transit;
- tiket;
- kartu-kartu pas keanggotaan;
- kunci mobil;
- kunci rumah;
- kunci untuk layanan horeka;
- lencana korporasi;
- kartu identitas pelajar; dan
- surat izin mengemudi dan kartu identitas yang dikeluarkan pemerintah ("Kartu Identitas").

Kartu-Kartu Pas Dompet hanya tersedia di wilayah-wilayah pilihan dan dengan mitra-mitra pilihan. Kartu Identitas hanya tersedia bagi penduduk dari negara-negara bagian yang turut serta dan tampilannya dapat beragam berdasarkan negara bagian atau lokasi.

Kartu Pendukung dapat berubah dari waktu ke waktu.

**2. Kelayakan**

Untuk menggunakan Apple Pay dan Dompet, Anda harus memiliki (i) Perangkat yang mendukung yang menjalankan versi perangkat lunak yang beroperasi yang mendukung Layanan (versi terkini direkomendasikan dan terkadang disyaratkan), (ii) suatu ID Apple yang terasosiasi dengan suatu akun iCloud yang bereputasi baik dengan Apple, dan (iii) akses Internet (dapat dikenakan biaya). Dengan pengecualian Apple Cash Keluarga dan kartu-kartu uang elektronik terpilih, Kartu Apple Pay hanya tersedia bagi individu berusia 13 tahun atau lebih, dan dapat tunduk pada larangan tambahan berdasarkan usia yang dikenakan oleh iCloud atau penerbit, pedagang, atau pihak ketiga lainnya yang terkait. Kartu transit, kartu uang elektronik, Kartu Identitas, lencana perusahaan, dan kunci hanya tersedia di Perangkat iOS.

Apabila Anda adalah orang tua atau wali yang sah dari suatu Keluarga iCloud (seorang "Penyelenggara"), Anda dapat mengundang anggota-anggota Keluarga, termasuk mereka yang berusia di bawah 13 tahun (atau usia minimum yang setara di negara yang berlaku), untuk menyediakan dan menggunakan kartu-kartu transit yang memenuhi syarat dalam Dompet. Sebagai Penyelenggara, Anda akan bertanggung jawab atas seluruh pembayaran, pembelian, dan transaksi yang dilakukan dengan kartu transit yang telah diaktifkan untuk anggota Keluarga, termasuk mereka yang diinisiasi oleh anggota Keluarga. Kelayakan atas, dan penggunaan dari, kartu-kartu transit dalam Dompet tunduk pada ketentuan-ketentuan dan syarat-syarat dari badan transit yang terkait. Para Penyelenggara bertanggung jawab untuk mematuhi ketentuan dan persyaratan tersebut dan memikul semua risiko yang terkait dengan pemindahan transit ke anggota Keluarga yang lain. Apabila seorang anggota Keluarga meninggalkan atau dihapus dari Keluarga, maka anggota Keluarga tidak lagi dapat mengisi ulang kartu transit dan hanya dapat bertransaksi dengan kartu tersebut sampai dengan saldo rekening kartu tersebut mencapai nol.

Apabila Anda adalah pemilik suatu kunci mobil, Anda dapat berbagi kunci mobil Anda dengan orang lain yang berumur 13 tahun atau lebih sehingga mereka dapat membuka, mengakses, dan/atau mengemudikan kendaraan Anda.

Kunci rumah hanya dapat ditambahkan atau dihapus dari Dompet dengan menambahkan atau menghapus kunci-kunci dalam aplikasi Rumah (Home) atau menambahkan atau menghapus Anda sendiri dari rumah dalam aplikasi Rumah. Apabila Anda adalah pengurus (administrator) dari suatu rumah dalam aplikasi Rumah, maka kunci-kunci rumah yang ada akan secara otomatis dibagikan kepada orang-orang yang Anda sudah undang dan yang sudah bergabung di Rumah Anda.

Apple Card hanya tersedia di Amerika Serikat dan dikeluarkan oleh Bank Goldman Sachs AS, Cabang Kota Salt Lake ("Penerbit Apple Card"). Dengan pengecualian dari Keluarga Apple Card, Apple Card hanya tersedia bagi individu-individu berusia 18 tahun atau lebih (atau lebih tua tergantung dari negara bagian tempat tinggal Anda).

Kartu Apple Cash dan kemampuan untuk mengirim dan menerima pembayaran dari orang-ke-orang hanya tersedia di Amerika Serikat, dan layanan yang diberikan oleh Green Dot Bank, anggota FDIC. Untuk mengirim dan menerima pembayaran orang-ke-orang dengan Apple Pay, Anda harus memiliki kartu Apple Cash. Dengan pengecualian Apple Cash Keluarga, kartu Apple Cash dan kemampuan untuk mengirim dan menerima pembayaran orang-ke-orang hanya tersedia bagi individu berusia 18 tahun atau lebih.

**3. Penggunaan Layanan**

Kartu yang Didukung dan pembayaran dari orang ke orang dikaitkan dengan ID Apple yang telah Anda gunakan untuk masuk ke iCloud dengan tujuan menggunakan fitur ini. Ketika Anda menambah atau menghapus kunci, lencana korporasi, kartu penghargaan, tiket, dan kartu pas keanggotaan dalam Dompet, perubahan akan muncul pada perangkat-perangkat Apple Anda yang lain di mana Anda terdaftar dengan ID Apple Anda. Anda hanya dapat mengasosiasikan satu Kartu Identitas untuk setiap otoritas penerbit negara bagian dengan setiap ID Apple.

Apple Pay dan Dompet ditujukan untuk penggunaan pribadi Anda dan Anda hanya dapat menyediakan Kartu Pendukung Anda sendiri atau kartu transit atau kunci mobil dan kunci rumah di mana Anda telah diundang untuk menyediakan dari seorang Penyelenggara atau pemilik. Jika Anda menyediakan suatu kartu korporasi pendukung, Anda menyatakan bahwa Anda melakukan hal tersebut dengan izin dari pemberi kerja Anda dan Anda diizinkan untuk mengikat pemberi kerja Anda pada ketentuan-ketentuan penggunaan ini dan semua transaksi yang dilakukan oleh penggunaan fitur ini. Jika Anda mengirimkan atau menerima suatu pembayaran orang-ke-orang, Anda menyatakan bahwa Anda melakukan hal tersebut untuk penggunaan pribadi dan non-komersial oleh Anda sendiri. Apabila Anda menyediakan suatu Kartu Identitas, Anda menyatakan bahwa Anda demikian dengan menggunakan informasi pribadi Anda sendiri yang secara tepat dan benar mewakili Anda.

Anda menyetujui untuk tidak menggunakan Apple Pay atau Dompet untuk tujuan yang ilegal atau tujuan penipuan, atau untuk tujuan-tujuan apa pun lainnya yang dilarang oleh Ketentuan Lisensi dan Ketentuan Tambahan ini. Anda selanjutnya menyetujui untuk menggunakan Apple Pay dan Dompet sesuai dengan hukum-hukum dan peraturan-peraturan yang berlaku. Anda mengakui bahwa setiap informasi keliru yang diserahkan sehubungan dengan Kartu Identitas dapat merupakan suatu tindak pidana berdasarkan hukum federal atau negara bagian. Anda menyetujui untuk tidak mengganggu atau mengacaukan layanan Apple Pay atau Dompet (termasuk mengakses layanan melalui sarana otomatis apa pun), atau server-server atau jaringan-jaringan apa pun yang terhubung ke layanan, atau kebijakan-kebijakan, persyaratan-persyaratan, atau regulasi-regulasi apa pun mengenai jaringan-jaringan yang terhubung ke layanan (termasuk setiap akses secara tidak sah ke, penggunaan, atau pengawasan data atau lalu lintas data).

Apabila akses ke atau penggunaan Apple Pay atau Dompet Anda dilarang oleh hukum yang berlaku, Anda tidak diizinkan untuk mengakses atau menggunakan Layanan ini. Kami tidak bertanggung jawab

apabila Anda mengakses atau menggunakan Layanan dengan cara apa pun yang melanggar hukum yang berlaku.

## 4. Hubungan Apple dengan Anda

Penggunaan Anda atas Apple Pay akan diatur oleh Ketentuan-Ketentuan Tambahan ini, serta oleh ketentuan dalam perjanjian pemegang kartu yang Anda buat dengan penerbit, pedagang atau pihak ketiga yang terkait yang bertanggung jawab atas Kartu Apple Pay Anda.

Demikian pula, penggunaan Pass Dompet Anda di Dompet akan diatur oleh Ketentuan Tambahan ini, serta ketentuan perjanjian Anda dengan pedagang, agen transit, produsen mobil dan kunci, universitas, hotel, resor, jalur pelayaran, perusahaan terkait, otoritas penerbit negara bagian, atau pihak ketiga lainnya.

Kecuali fitur-fitur tertentu dari Apple Pay yang disediakan oleh Apple Payments Inc. ("Apple Payments") sebagaimana dijelaskan di bawah ini, Apple tidak memproses pembayaran-pembayaran atau transaksi-transaksi bukan pembayaran lainnya yang dilakukan dengan Kartu Apple Pay Anda. Apple tidak memiliki kendali atas, dan tidak bertanggung jawab atas, setiap pembayaran, tagihan balik, perolehan, pengembalian dana, transfer dana, hadiah, nilai, diskon, akses, verifikasi identitas, pesanan, pemenuhan pesanan, atau aktivitas lain yang mungkin timbul dari penggunaan Apple Pay atau Dompet.

Apabila terdapat perbedaan antara ketentuan dalam Ketentuan-Ketentuan Tambahan ini dan perjanjian Anda dengan penerbit, pedagang, atau pihak ketiga terkait (masing-masing, "**Perjanjian Pihak Ketiga**") maka ketentuan dalam Ketentuan-Ketentuan Tambahan ini akan mengatur hubungan Anda dengan Apple, dan ketentuan dari Perjanjian Pihak Ketiga yang relevan akan mengatur hubungan Anda dengan pihak ketiga tersebut.

Anda setuju bahwa Apple bukan merupakan pihak terhadap Perjanjian Pihak Ketiga Anda, dan Apple juga tidak bertanggung jawab terhadap: (a) konten, keakuratan, atau ketersediaan Kartu yang Didukung, pembelian, transaksi, transfer dana, pesanan, pemenuhan pesanan, tanda terima, atau aktivitas lain saat menggunakan Apple Pay atau Dompet, termasuk namun tidak terbatas pada yang dibuat oleh anggota Keluarga atau orang lain yang telah berbagi Kartu yang Didukung dengan Anda atau memiliki akses ke Perangkat Anda; (b) penerbitan kredit atau mengakses kelayakan kredit; (c) penerbitan, penangguhan, atau pencabutan SIM atau kartu identitas negara; (d) aktivitas penerbit, pedagang, pengembang aplikasi, atau pihak ketiga lainnya yang terkait dengan penggunaan Anda atas Apple Pay atau Dompet; (e) keputusan yang dibuat oleh penerbit, pedagang, atau pihak ketiga lainnya sehubungan dengan penambahan Kartu yang Didukung ke Dompet; (f) keanggotaan atau partisipasi Anda dalam program pedagang atau mitra mana pun; (g) setiap akumulasi atau penukaran hadiah atau nilai tersimpan sehubungan dengan Kartu yang Didukung; (h) pendanaan atau pengisian ulang Kartu prabayar yang Didukung; (i) mengirim atau menerima pembayaran atau transfer dana dari orang ke orang; atau (j) memuat, menukarkan, atau menarik uang dari kartu Apple Cash Anda.

Pada waktu Anda mengajukan permohonan Apple Card, Anda mengajukan permohonan untuk membuka akun pada Penerbit Apple Card. Institusi keuangan yang bertanggung jawab menawarkan Apple Card tunduk pada perubahan, dan penggunaan Anda atas Apple Card tunduk pada ketentuan dan persyaratannya.

Ketika Anda mengaktifkan fitur-fitur Apple Cash di dalam Apple Pay, Anda membuka akun dengan Bank Green Dot. Kecuali fitur-fitur dari Apple Pay yang disediakan oleh Apple Payments, ketika Anda mengirimkan atau menerima suatu pembayaran orang-ke-orang atau mengisi atau menarik uang dari kartu Apple Cash Anda, Bank Green Dot akan bertanggung jawab untuk menerima dan mengirimkan uang Anda kepada penerima yang dituju. Institusi keuangan yang bertanggung jawab untuk

menawarkan Apple Cash dan pembayaran-pembayaran orang-ke-orang di dalam Apple Pay dapat berubah sewaktu-waktu dan penggunaan fitur-fitur tersebut oleh Anda tunduk pada ketentuan-ketentuan dan syarat-syarat fitur-fitur tersebut.

Kemampuan menggunakan dana dalam kartu Apple Cash Anda untuk melakukan pembayaran atas usaha-usaha sah tertentu sebagaimana Anda izinkan ("Layanan Pembayaran Langsung") merupakan suatu layanan yang diberikan oleh Apple Payments. Penggunaan Anda atas Layanan Pembayaran Langsung tunduk pada Ketentuan dan Persyaratan Pembayaran Langsung Apple Payments. Di samping itu, usaha-usaha sah tertentu dapat memungkinkan Anda untuk mengizinkan mereka mencairkan dana ke kartu Apple Cash Anda (masing-masing, suatu "Pencairan"). Walaupun dapat diproses oleh Apple Payments, Pencairan ditawarkan oleh bisnis yang berpartisipasi yang menyediakan dana tersebut dan mungkin tunduk pada syarat dan ketentuan tambahan tertentu dari bisnis yang menawarkan pencairan. Untuk semua sengketa atau pertanyaan tentang Kartu yang Didukung atau aktivitas perdagangan terkait, harap hubungi penerbit kartu Anda atau pedagang terkait, otoritas penerbit negara bagian, pengembang aplikasi, atau pihak ketiga lainnya. Untuk pertanyaan-pertanyaan mengenai Apple Pay, Dompet, Apple Card atau kartu Apple Cash, atau pembayaran-pembayaran orang-ke-orang, silakan hubungi Dukungan Apple (Apple Support).

## 5. Privasi

Pengumpulan dan penggunaan informasi pribadi oleh Apple diatur oleh Kebijakan Privasi Apple yang terdapat di https://www.apple.com/legal/privacy/id/. Anda dapat menemukan informasi terperinci mengenai informasi pribadi yang dikumpulkan, digunakan, atau dibagikan sebagai bagian dari penggunaan Anda atas Apple Pay dan Dompet dengan membaca pemberitahuan privasi khusus dari layanan terkait, termasuk Tentang Apple Pay dan Privasi yang dapat diakses pada Perangkat Anda, atau di dalam aplikasi Watch pada suatu Perangkat yang dipasangkan, atau dengan mengunjungi https://www.apple.com/legal/privacy/id/. Dengan menggunakan Apple Pay dan Dompet, Anda setuju dan sepakat atas transmisi, pengumpulan, pemeliharaan, pemrosesan, dan penggunaan semua informasi tersebut di atas oleh Apple dan para anak perusahaannya serta para agennya, untuk menyediakan Layanan ini.

## 6. Keamanan; Perangkat yang Hilang atau Dinonaktifkan

MELINDUNGI PERANGKAT-PERANGKAT PENDUKUNG DAN KREDENSIAL ANDA SEPERTI ANDA MELINDUNGI DOMPET DAN KARTU-KARTU FISIK ANDA

Apple Pay dan Dompet menyimpan representasi virtual dari Kartu Pendukung milik Anda dan harus dilindungi sebagaimana Anda melindungi dompet, kunci-kunci, atau kartu kredit, kartu debit, kartu prabayar, kartu identitas dan kartu-kartu fisik Anda lainnya. Anda bertanggung jawab sendiri untuk menjaga keamanan Perangkat Anda dan ID Apple Anda, informasi Touch ID dan Face ID Anda, kode sandi ke Perangkat Pendukung Anda, dan kredensial autentikasi lainnya yang digunakan sehubungan dengan Layanan-Layanan (secara bersama-sama, "Kredensial" Anda). Apabila Anda mengizinkan atau membiarkan siapa pun menggunakan Perangkat pendukung Anda (*misalnya*, dengan memberikan kode sandi Perangkat Anda kepada pihak ketiga atau mengizinkan pihak ketiga menambahkan sidik jari mereka untuk menggunakan Touch ID atau mengaktifkan Face ID atau memberikan Kredensial Anda yang mana pun kepada pihak ketiga), orang tersebut dapat melakukan pembayaran, mengirimkan, meminta, atau menerima pembayaran orang-ke-orang, menarik uang dari kartu Apple Cash Anda, menerima atau menebus penghargaan-penghargaan, menggunakan nilai, membuka atau mengakses mobil, kamar, kantor atau rumah Anda, meniru identitas Anda, atau melakukan transaksi-transaksi lainnya dengan Kartu Pendukung Anda dalam Dompet. Dalam keadaan tersebut, Anda akan bertanggung jawab atas semua pembayaran, semua akses, dan semua transaksi yang dilakukan oleh orang tersebut.

PERANGKAT YANG DIBOBOL

Jika Anda melakukan modifikasi tanpa izin pada Perangkat, misalnya dengan menonaktifkan kontrol perangkat keras atau perangkat lunak (terkadang disebut sebagai "jailbreaking"), Perangkat Anda mungkin tidak lagi memenuhi syarat untuk mengakses atau menggunakan Layanan. Anda mengakui bahwa penggunaan Perangkat yang dimodifikasi sehubungan dengan Layanan secara tegas dilarang, merupakan suatu pelanggaran atas Ketentuan-Ketentuan Tambahan ini, dan menjadi dasar bagi kami untuk menolak atau membatasi akses Anda ke Layanan.

TINDAKAN PENGAMANAN TAMBAHAN

Anda mungkin perlu mengaktifkan langkah-langkah keamanan tambahan, seperti autentikasi dua-faktor untuk ID Apple Anda, dalam rangka untuk mengakses fitur-fitur tertentu dari Apple Pay, termasuk Apple Card, kartu Apple Cash, dan pembayaran-pembayaran orang-ke-orang dengan Apple Pay. Jika Anda kemudian menghapus fitur-fitur keamanan tersebut, Anda mungkin tidak dapat terus mengakses fitur-fitur tertentu dari Apple Pay. Menghapus Face ID atau Touch ID yang terkait dengan Kartu Identitas Anda untuk presentasi akan memerlukan Anda untuk melengkapi seluruh proses penyediaan Kartu Identitas.

PERANGKAT YANG HILANG ATAU DICURI

Jika Perangkat Anda hilang atau dicuri dan Anda mengaktifkan Lacak , Anda dapat menggunakan Lacak untuk mencoba menangguhkan kemampuan untuk bertransaksi dengan Kartu Pendukung virtual atau mengirimkan pembayaran-pembayaran orang-ke-orang pada Perangkat tersebut dengan meletakkannya ke dalam Mode Hilang. Apabila Perangkat Anda dalam Mode Hilang, kunci mobil Anda dapat dinonaktifkan dalam Dompet dan Anda tidak akan lagi dapat mengakses atau menyalakan mobil Anda setelah anda meninggalkan kendaraan Anda atau mematikan mesinnya. Mode Hilang hanya memengaruhi kunci pada Perangkat yang hilang. Apabila Anda pemiliknya, Anda tidak akan lagi dapat membagikan kunci mobil atau kunci rumah Anda dengan orang lain, tetapi kunci-kunci yang telah dibagikan dengan orang lain tidak akan terpengaruh dari perangkat-perangkat mereka.

Anda juga dapat menghapus Perangkat Anda, yang akan mencoba untuk menangguhkan kemampuan untuk bertransaksi dengan Kartu Pendukung virtual atau mengirimkan pembayaran-pembayaran orang-ke-orang pada Perangkat tersebut. Anda sebaiknya menghubungi penerbit, pedagang, atau pihak ketiga lainnya yang bertangung jawab atas Kartu Pendukung Anda, atau Apple apabila ini adalah Apple Card atau kartu Apple Cash, untuk mencegah akses yang tidak sah pada Kartu Pendukung Anda pada Apple Pay dan dalam Dompet.

Jika Anda melaporkan atau Apple mencurigai penipuan atau tindakan yang sewenang-wenang, Anda menyetujui untuk bekerja sama dengan Apple dalam setiap investigasi dan menggunakan tindakan pencegahan penipuan apa pun yang kami tetapkan.

**7. Pembatasan Tanggung Jawab**

SELAIN PENAFIAN JAMINAN DAN PEMBATASAN TANGGUNG JAWAB YANG TERCANTUM DALAM LISENSI, APPLE TIDAK BERTANGGUNG JAWAB ATAS PEMBELIAN, PEMBAYARAN, TRANSFER DANA, PESANAN, PEMENUHAN PESANAN, INFORMASI TANDA TERIMA, AKSES, VERIFIKASI IDENTITAS, TRANSAKSI, ATAU AKTIVITAS LAIN YANG DIBUAT MENGGUNAKAN APPLE PAY ATAU DOMPET, DAN ANDA SETUJU UNTUK MELIHAT HANYA PERJANJIAN YANG ANDA MILIKI DENGAN PENERBIT KARTU, JARINGAN PEMBAYARAN, LEMBAGA KEUANGAN, PEDAGANG, PENGEMBANG APLIKASI, OTORITAS PENERBITAN NEGARA, ATAU PIHAK KETIGA LAINNYA YANG BERLAKU UNTUK MENYELESAIKAN PERTANYAAN ATAU SENGKETA YANG TERKAIT DENGAN KARTU YANG

DIDUKUNG, PEMBAYARAN ORANG-KE-ORANG, DAN KEGIATAN TERKAIT.

— — — — — — — — — — —

**PEMBERITAHUAN-PEMBERITAHUAN DARI APPLE**

Jika Apple perlu menghubungi Anda mengenai produk atau akun Anda, Anda setuju untuk menerima pemberitahuan-pemberitahuan tersebut melalui surat elektronik. Anda setuju bahwa pemberitahuan-pemberitahuan tersebut yang kami kirimkan kepada Anda secara elektronik akan memenuhi setiap persyaratan komunikasi secara sah.

**BAHASA MALAYSIA**

**PERHATIAN: DENGAN MENGGUNAKAN iPHONE, iPAD ATAU iPOD TOUCH ANDA ("PERANTI"), ANDA BERSETUJU ANDA TERIKAT KEPADA TERMA-TERMA YANG BERIKUT:**

**A.    PERJANJIAN LESEN PERISIAN APPLE iOS DAN iPadOS**
**B.    TERMA-TERMA TAMBAHAN APPLE PAY**
**C.    NOTIS-NOTIS DARIPADA APPLE**

**APPLE INC**
**PERJANJIAN LESEN PERISIAN iOS DAN iPadOS**
**Lesen Penggunaan Tunggal**

**SILA BACA PERJANJIAN LESEN PERISIAN INI ("LESEN") DENGAN TELITI SEBELUM MENGGUNAKAN PERANTI ANDA ATAU MEMUAT TURUN KEMAS KINI PERISIAN TERSEBUT YANG MENGIRINGI LESEN INI. DENGAN MENGGUNAKAN PERANTI ANDA ATAU MEMUAT TURUN KEMAS KINI PERISIAN, JIKA BERKENAAN, ANDA BERSETUJU UNTUK TERIKAT KEPADA TERMA-TERMA LESEN INI. SEKIRANYA ANDA TIDAK BERSETUJU DENGAN TERMA-TERMA LESEN INI, JANGAN GUNAKAN PERANTI TERSEBUT ATAU MUAT TURUN KEMAS KINI PERISIAN TERSEBUT**

**SEKIRANYA ANDA TELAH MEMBELI SEBUAH PERANTI BARU-BARU INI DAN ANDA TIDAK BERSETUJU DENGAN TERMA-TERMA LESEN TERSEBUT, ANDA BOLEH MEMULANGKAN PERANTI TERSEBUT DALAM TEMPOH PEMULANGAN KEPADA APPLE STORE ATAU PENGEDAR SAH DI TEMPAT ANDA MEMPEROLEH PERANTI TERSEBUT UNTUK BAYARAN BALIK, TERTAKLUK KEPADA DASAR PEMULANGAN APPLE YANG BOLEH DIDAPATI DI https:// www.apple.com/legal/sales-support/.**

**1. Am**
(a) Perisian tersebut (termasuk kod Boot ROM, perisian terbenam, dan perisian pihak ketiga), dokumentasi, antara muka, kandungan, fon dan apa-apa data yang mengiringi Peranti anda ("Perisian Apple Asal"), seperti mana yang mungkin dikemas kini atau digantikan dengan apa-apa penambahan ciri, kemas kini perisian, atau perisian pemulihan sistem yang disediakan oleh Apple untuk Peranti anda atau peranti persisian yang disokong ("Perubahan Perisian Apple"), sama ada dalam ingatan baca sahaja, pada mana-mana media lain atau dalam mana-mana bentuk lain (Perisian Apple Asal dan Perubahan Perisian Apple tersebut adalah secara kolektif dirujuk sebagai "Perisian Apple") adalah dilesenkan, bukan dijualkan, kepada anda oleh Apple Inc. ("Apple") untuk digunakan hanya di bawah terma-terma Lesen ini. Apple dan pemberi-pemberi lesen Apple mengekalkan hak milik Perisian Apple tersebut dan menyimpan semua hak yang tidak diberikan secara nyata kepada anda. Anda bersetuju bahawa terma-terma Lesen ini akan menguasai sebarang aplikasi berjenama Apple yang mungkin terbina dalam Peranti anda, melainkan jika aplikasi sedemikian diiringi oleh suatu lesen berasingan, dan dalam keadaan tersebut anda bersetuju bahawa terma-terma lesen tersebut akan menguasai penggunaan anda terhadap aplikasi tersebut.

(b) Apple, menurut budi bicaranya, mungkin akan menyediakan Perubahan Perisian Apple pada masa depan. Perubahan Perisian Apple tersebut, jika ada, tidak semestinya merangkumi kesemua ciri perisian yang sedia ada atau ciri baru yang dikeluarkan oleh Apple untuk model-model Peranti yang lebih baharu atau yang lain. Terma-terma Lesen ini akan menguasai sebarang Perubahan Perisian Apple yang disediakan oleh Apple, melainkan jika Perubahan Perisian Apple sedemikian diiringi oleh suatu lesen berasingan, dan dalam keadaan tersebut anda bersetuju bahawa terma-terma lesen tersebut akan menguasai Kemas Kini Perisian Apple.

(c) Sekiranya anda menggunakan ciri persediaan ekspres untuk menyediakan sesebuah Peranti baru berdasarkan Peranti anda yang sedia ada, anda bersetuju bahawa terma-terma Lesen ini akan menguasai penggunaan anda terhadap Perisian Apple tersebut pada Peranti baru anda, melainkan jika Perisian tersebut diiringi oleh suatu Lesen berasingan, dan dalam keadaan tersebut, anda bersetuju bahawa terma-terma lesen tersebut akan menguasai penggunaan anda terhadap Perisian Apple tersebut. Peranti anda akan secara berkala merujuk kepada Apple untuk Perubahan Perisian Apple. Jika perubahan tersedia, perubahan itu boleh dimuat turun dan dipasang secara automatik pada Peranti anda dan, jika berkenaan, peranti persisian anda. **Dengan menggunakan Perisian Apple, anda bersetuju bahawa Apple boleh memuat turunkan dan memasangkan Perubahan Perisian Apple pada Peranti anda dan peranti persisian anda.** Anda boleh mematikan pemasangan automatik kemas kini sistem pengendalian dan Respons Keselamatan Pantas pada bila-bila masa dengan melaraskan tetapan Kemas Kini Automatik yang terdapat dalam Tetapan > Umum > Kemas Kini Perisian. Sesetengah fail sistem (termasuk, tanpa had, fon yang dikemas kini, model bahasa, aset suara dan perisian tegar untuk peranti) mungkin terus dipasang secara automatik seperti apabila anda menghidupkan atau menggunakan ciri dan peranti tertentu, atau untuk menangani undang-undang, peraturan, awam. keselamatan, atau pertimbangan teknikal.

**2. Penggunaan-penggunaan Lesen yang Dibenarkan dan Pembatasan Lesen.**
(a) Tertakluk kepada terma-terma dan syarat-syarat Lesen ini, anda diberikan satu lesen terhad dan tidak eksklusif untuk menggunakan Perisian Apple tersebut hanya pada sebuah Peranti berjenama Apple. Melainkan seperti mana yang dibenarkan dalam Seksyen 2(b) di bawah, dan melainkan seperti mana yang diperuntukkan dalam suatu perjanjian berasingan antara anda dan Apple, Lesen ini tidak membenarkan Perisian Apple tersebut wujud dalam lebih daripada satu Peranti berjenama Apple pada satu-satu masa, dan anda tidak boleh mengedarkan atau menyebabkan Perisian Apple tersebut menjadi tersedia melalui mana-mana rangkaian di mana Perisian Apple tersebut boleh dijalankan oleh berbilang Peranti pada masa yang sama. Lesen ini tidak memberi anda sebarang hak untuk mengguna antara muka-antara muka proprietari Apple dan harta intelek lain dalam perekaan, pembangunan, penghasilan, pelesenan atau pengedaran peranti-peranti pihak ketiga dan aksesori-aksesori, atau aplikasi-aplikasi perisian pihak ketiga, untuk digunakan bersama Peranti. Sesetengah hak tersebut boleh didapati di bawah lesen-lesen berasingan daripada Apple. Untuk maklumat lanjut berkenaan pembangunan peranti-peranti dan aksesori-aksesori pihak ketiga untuk Peranti, sila layari https://developer.apple.com/programs/mfi/. Untuk maklumat lanjut berkenaan pembangunan aplikasi-aplikasi perisian untuk Peranti, sila layari https://developer.apple.com.

(b) Tertakluk kepada terma-terma dan syarat-syarat Lesen ini, anda diberikan satu lesen terhad dan tidak eksklusif untuk memuat turun Perubahan Perisian Apple yang mungkin akan disediakan oleh Apple untuk model Peranti anda untuk mengemas kini atau memulihi perisian tersebut pada sebarang Peranti sedemikian yang anda memiliki atau mengawal. Lesen ini tidak membenarkan anda untuk mengemas kini atau memulihi sebarang Peranti yang tidak anda kawal atau miliki, dan anda tidak boleh mengedarkan atau menyebabkan Kemas Kini Perisian Apple tersebut menjadi tersedia melalui mana-mana rangkaian di mana Perubahan Perisian Apple tersebut boleh dijalankan oleh berbilang Peranti atau berbilang komputer pada masa yang sama. Sekiranya anda memuat turun suatu Kemas Kini Perisian Apple ke dalam komputer anda, anda boleh membuat satu salinan Perubahan Perisian Apple tersebut yang disimpan dalam komputer anda dalam bentuk yang boleh dibaca mesin untuk tujuan sandaran sahaja, dengan syarat salinan sandaran tersebut mesti termasuk semua hak cipta atau notis-notis proprietari lain yang terkandung dalam salinan asal.

(c) Setakat mana Apple telah memprapasang aplikasi-aplikasi berjenama Apple dari App Store dalam Peranti anda pada masa pembelian ("Aplikasi Prapasang"), anda akan perlu log masuk ke dalam App Store dan menghubungkan Aplikasi Pra-pasang ini dengan akaun App Store anda untuk menggunakannya pada Peranti anda. Apabila anda menghubungkan sebarang Aplikasi Prapasang dengan akaun App Store anda, anda juga akan pada masa yang sama secara automatik

menghubungkan semua Aplikasi Prapasang lain pada Peranti anda. Dengan memilih untuk menghubungkan Aplikasi Pra-pasang tersebut dengan akaun App Store anda, anda bersetuju bahawa Apple boleh menyampai, mengumpul, mengekal, memproses dan mengguna kedua-dua Apple ID yang digunakan oleh akaun App Store anda dan suatu pengenal pasti perkakasan unik yang dikumpulkan daripada Peranti anda, sebagai pengenal pasti akaun unik untuk tujuan mengesahkan kelayakan permintaan anda dan menyediakan anda dengan akses kepada Aplikasi Pra-pasang melalui App Store. Sekiranya anda tidak ingin menggunakan sebarang Aplikasi Prapasang, anda boleh menghapuskan Aplikasi daripada Peranti anda pada bila-bila masa.

(d) Anda tidak boleh, dan anda bersetuju untuk tidak, atau untuk tidak membolehkan orang lain untuk, menyalin (melainkan seperti mana yang dibenarkan secara nyata oleh Lesen ini), menyahsusun, melakukan kejuruteraan undur ('reverse engineer'), menyahhimpun, mencuba memperoleh kod sumber, menyahsulit, mengubah, atau menghasil karya-karya terbitan berdasarkan Perisian Apple tersebut atau sebarang perkhidmatan yang disediakan oleh Perisian Apple tersebut, atau mana-mana bahagian daripadanya (melainkan seperti mana dan hanya setakat mana-mana pembatasan terdahulu dilarang oleh undang-undang yang digunakan atau oleh terma-terma lesen yang menguasai penggunaan komponen-komponen sumber terbuka yang mungkin termasuk bersama Perisian Apple tersebut). Anda bersetuju untuk tidak menyingkirkan, mengaburkan, atau mengubahsuaikan sebarang notis proprietari (termasuk notis-notis cap dagang dan hak cipta) yang mungkin terdapat pada atau terkandung dalam Perisian Apple.

(e) Perisian Apple tersebut boleh digunakan untuk mengeluarkan semula bahan-bahan dengan syarat penggunaan sedemikian adalah terhad kepada pengeluaran semula bahan-bahan yang tidak dilindungi hak cipta, bahan-bahan yang anda miliki hak ciptanya, atau bahan-bahan yang anda diberi kuasa atau kebenaran di sisi undang-undang untuk mengeluarkan semula. Walau apa pun yang disebutkan di atas, anda dilarang menerbitkan semula, menyiarkan semula atau mengeluarkan semula gambar yang diakses melalui News atau Maps sebagai fail kendiri ('stand-alone file'). Hak milik dan hak-hak harta intelek dalam dan kepada sebarang kandungan yang dipaparkan oleh, disimpan dalam, atau diakses melalui Peranti anda adalah kepunyaan pemilik kandungan masing-masing. Kandungan sedemikian mungkin dilindungi oleh hak cipta atau undang-undang dan triti-triti harta intelek lain, dan mungkin tertakluk kepada terma-terma penggunaan pihak ketiga yang menyediakan kandungan sedemikian. Melainkan sepertimana yang diperuntukkan dalam ini, Lesen ini tidak memberi anda sebarang hak untuk mengguna kandungan sedemikian, dan tidak memberi sebarang jaminan bahawa kandungan sedemikian akan terus tersedia untuk anda.

(f) Tertakluk kepada terma dan syarat Lesen ini, anda boleh: (i) menggunakan aksara Memoji yang disertakan dalam atau dicipta dengan Perisian Apple ("Watak Sistem") (1) semasa menjalankan Perisian Apple dan (2) untuk mencipta kandungan dan projek asal anda sendiri untuk kegunaan peribadi, bukan komersial anda; dan (ii) menggunakan Kapsyen Langsung yang dijana secara automatik pada peranti dalam masa nyata oleh Perisian Apple ("Kapsyen Langsung"), sama ada dijana semasa panggilan FaceTime atau sebaliknya, hanya untuk kegunaan peribadi anda bukan komersial. Tiada penggunaan Aksara Sistem atau Kapsyen Langsung lain yang dibenarkan oleh Lesen ini, termasuk tetapi tidak terhad kepada penggunaan, pengeluaran semula, pemaparan, prestasi, perakaman, penerbitan atau pengedaran semula sebarang Aksara Sistem atau Kapsyen Langsung tersebut dalam konteks untung, bukan untung, perkongsian awam atau komersial.

(g) Untuk melengkapkan pintasan-pintasan tindakan aplikasi dan/atau laman web tertentu, Perisian Apple mungkin memerlukan akses kepada aplikasi-aplikasi perisian pihak ketiga, perkhidmatan-perkhidmatan, atau laman web-laman web tertentu dalam Peranti anda. Anda secara nyata bersetuju dengan penggunaan sedemikian setakat yang diperlukan untuk melaksanakan pintasan untuk Perisian Apple tersebut.

(h) Anda bersetuju untuk mengguna Perisian Apple dan Perkhidmatan tersebut (seperti yang didefinisikan dalam Seksyen 5 di bawah) dengan cara yang mematuhi semua undang-undang yang digunakan, termasuk undang-undang tempatan negara atau rantau di mana anda menetap atau di mana anda memuat turun atau mengguna Perisian Apple dan Perkhidmatan tersebut. Ciri-ciri Perisian Apple dan Perkhidmatan tersebut mungkin tidak tersedia dalam semua bahasa atau di semua rantau, sesetengah ciri mungkin berbeza mengikut rantau, dan sesetengah ciri mungkin terlarang atau tidak tersedia dari pembekal perkhidmatan anda. Suatu sambungan Wi-Fi atau data selular diperlukan untuk sesetengah ciri Perisian Apple dan Perkhidmatan tersebut.

(i) Penggunaan App Store memerlukan suatu kombinasi nama pengguna dan kata laluan yang unik, yang dikenali sebagai Apple ID. Satu Apple ID juga diperlukan untuk mengakses kemas kini-kemas kini aplikasi dan sesetengah ciri Perisian Apple dan Perkhidmatan tersebut.

(j) Anda mengakui bahawa pelbagai ciri, aplikasi terbina dalam, dan Perkhidmatan Perisian Apple tersebut menyampaikan data dan boleh memberikan kesan kepada caj-caj pelan data anda, dan bahawa anda bertanggungjawab untuk sebarang caj sedemikian. Anda boleh merujuk dan mengawal aplikasi-aplikasi mana yang dibenarkan untuk mengguna data selular dan mendapatkan suatu anggaran jumlah data yang telah digunakan oleh aplikasi-aplikasi sebegitu di bawah Tetapan Data Selular ("Cellular Data Settings"). Selain itu, Wi-Fi Assist akan secara automatik bertukar ke selular apabila anda mempunyai suatu sambungan Wi-Fi yang lemah, yang mungkin menyebabkan penggunaan data selular bertambah dan memberi kesan kepada caj-caj pelan data anda. Wi-Fi Assist dibolehkan secara asalnya, tetapi boleh dimatikan di bawah Tetapan ("Settings"). Untuk maklumat lanjut, sila rujuk kepada Panduan Pengguna Peranti anda.

(k) Sekiranya anda memilih untuk membenarkan pengemaskinian aplikasi secara automatik, Peranti anda akan secara berkala merujuk kepada Apple untuk kemas kini-kemas kini kepada aplikasi-aplikasi dalam Peranti anda dan, sekiranya suatu kemas kini adalah tersedia, kemas kini tersebut akan dimuat turunkan dan dipasangkan secara automatik dalam Peranti anda. Anda boleh mematikan pengemaskinian aplikasi secara automatik tersebut sama sekali pada bila-bila masa dengan menuju ke Tetapan ('Settings'), memilih iTunes & App Store, dan di bawah Muat Turun Automatik ('Automatic Downloads'), mematikan Kemas Kini ('Updates').

(l) Penggunaan Peranti anda dalam sesetengah keadaan boleh mengalih perhatian anda dan boleh menyebabkan keadaan yang berbahaya (sebagai contoh, elakkan menaip mesej teks semasa memandu kereta atau elakkan mengguna fon kepala semasa menunggang basikal). Dengan menggunakan Peranti anda, anda bersetuju bahawa anda bertanggungjawab untuk mematuhi peraturan-peraturan yang melarang atau mengehadkan penggunaan telefon bimbit atau fon kepala (sebagai contoh, keperluan untuk menggunakan pilihan-pilihan bebas tangan untuk membuat panggilan semasa memandu).

(m) Sesetengah ciri Perisian Apple mungkin cuba memberikan bantuan dalam situasi berkaitan keselamatan, seperti ciri pengesanan berkaitan keselamatan dan menyambungkan anda dengan perkhidmatan kecemasan (seperti yang tersedia). Apple tidak menjamin ketersediaan, ketepatan, kesempurnaan, kebolehpercayaan atau ketepatan masa ciri tersebut. Ciri-ciri ini tidak bertujuan untuk bergantung semata-mata dalam situasi di mana bantuan yang lebih segera atau berkesan tersedia dan mungkin diperolehi. Anda bersetuju untuk menggunakan ciri ini atas risiko anda sendiri dan menggunakan pertimbangan bebas, dan Apple, sekutunya, ejen atau prinsipalnya tidak akan bertanggungjawab kepada anda untuk penggunaan ciri ini dan apa-apa akibat yang terhasil pada tahap maksimum yang dibenarkan oleh undang-undang.

(n) Peranti anda bukan suatu peranti perubatan dan tidak harus digunakan sebagai suatu pengganti untuk pertimbangan perubatan profesional. Peranti tersebut tidak direka atau tidak bertujuan untuk digunakan dalam diagnosis penyakit atau keadaan-keadaan lain, atau dalam pengubatan, pengurangan,

rawatan, atau pencegahan sebarang keadaan atau penyakit. Sila berunding dengan pembekal penjagaan kesihatan anda sebelum membuat sebarang keputusan berkenaan dengan kesihatan anda.

**3. Pemindahan.** Anda tidak boleh menyewakan, memajakkan, meminjamkan, menjual, mengedar semula, atau mensublesenkan Perisian Apple. Walau bagaimanapun, anda boleh, untuk sekali sahaja, memindahkan secara kekal kepada pihak lain segala hak lesen anda kepada Perisian Apple tersebut berhubungan dengan pemindahan hak milik Peranti anda dengan syarat: (a) pemindahan hak milik tersebut mesti termasuk Peranti anda dan keseluruhan Perisian Apple tersebut, termasuk kesemua bahagian komponennya dan Lesen ini; (b) anda tidak menyimpan sebarang salinan Perisian Apple tersebut, sama ada salinan penuh atau separa, termasuk salinan-salinan yang disimpan dalam komputer atau peranti storan lain; dan (c) pihak yang menerima Perisian Apple tersebut membaca dan bersetuju untuk menerima terma-terma dan syarat-syarat Lesen ini.

**4. Kebenaran untuk Menggunakan Data.** Apabila anda menggunakan Peranti anda, nombor telefon anda dan pengenal pasti-pengenal pasti unik tertentu untuk Peranti anda dihantar kepada Apple untuk membolehkan orang lain menghubungi anda melalui nombor telefon anda apabila menggunakan pelbagai ciri komunikasi Perisian Apple tersebut, seperti iMessage dan FaceTime. Apabila anda menggunakan iMessage, Apple mungkin menyimpan mesej-mesej anda dalam bentuk tersulit untuk suatu tempoh masa yang terbatas untuk memastikan penyampaiannya. Anda boleh mematikan FaceTime atau iMessage dengan menuju ke tetapan FaceTime atau Mesej dalam Peranti anda. Ciri-ciri tertentu seperti Analitis ('Analytics"), Perkhidmatan Lokasi ('Location Services"), Siri, dan Pengimlakan ('Dictation") mungkin memerlukan maklumat daripada Peranti anda untuk menyediakan fungsi-fungsi masing-masing. Apabila anda memasangkan atau menggunakan ciri-ciri sedemikian, butir-butir akan diberikan mengenai jenis maklumat yang dihantar kepada Apple dan bagaimana maklumat tersebut boleh digunakan. Anda boleh mengetahui dengan lebih lanjut dengan melawati https://www.apple.com/my/privacy/. Pada sepanjang masa, maklumat anda akan dikendalikan menurut Dasar Privasi Apple, yang boleh dirujuk di: https://www.apple.com/legal/privacy/my/.

**5. Perkhidmatan-Perkhidmatan dan Bahan-Bahan Pihak Ketiga.**
(a) Perisian Apple tersebut mungkin membolehkan akses kepada iTunes Store, App Store, Apple Books, Game Center, iCloud, Maps, News, Fitness+ Apple dan perkhidmatan-perkhidmatan dan laman web-laman web Apple dan pihak-pihak ketiga lain (secara kolektif dan individu, "Perkhidmatan"). Penggunaan Perkhidmatan ini memerlukan akses Internet dan penggunaan Perkhidmatan tertentu mungkin memerlukan Apple ID, dan mungkin memerlukan anda menerima terma-terma tambahan dan mungkin tertakluk kepada yuran-yuran tambahan. Dengan menggunakan perisian ini berhubungan dengan suatu Apple ID, atau Perkhidmatan lain, anda bersetuju dengan terma-terma perkhidmatan yang berkenaan, seperti Terma-terma dan Syarat-syarat Perkhidmatan Media Apple terkini untuk negara atau rantau di mana-mana anda mengakses Perkhidmatan sedemikian, yang boleh anda akses dan semak di https://www.apple.com/legal/internet-services/itunes/my/terms.html.

(b) Sekiranya anda mendaftar untuk iCloud, ciri-ciri iCloud tertentu seperti "iCloud Drive", "My Photo Stream", "Shared Albums", dan "Find My" boleh diakses secara langsung dari Perisian Apple tersebut. Anda mengaku dan bersetuju bahawa penggunaan iCloud dan ciri-ciri ini oleh anda adalah tertakluk kepada terma-terma dan syarat-syarat perkhidmatan iCloud terkini, yang anda boleh mengakses dan mengkaji semula di: https://www.apple.com/legal/internet-services/icloud/my/terms.html.

(c) Kandungan Aplikasi News. Penggunaan kandungan yang diakses melalui aplikasi News oleh anda adalah terhad semata-mata kepada penggunaan peribadi dan bukan komersial, tidak memindahkan sebarang kepentingan pemilikan kepada anda dalam kandungan tersebut, dan secara khususnya tidak termasuk, tanpa had, sebarang hak penggunaan komersial atau promosi dalam kandungan sedemikian.

(d) Maps. Perkhidmatan peta-peta dan ciri-ciri Perisian Apple tersebut ("Maps"), termasuk liputan data

peta, mungkin berbeza mengikut rantau. Apabila anda menghidupkan atau menggunakan Maps, butiran akan diberikan berkenaan maklumat yang dihantar kepada Apple dan cara maklumat tersebut mungkin digunakan. Anda mengaku dan bersetuju bahawa penggunaan Maps oleh anda adalah tertakluk kepada terma-terma dan syarat-syarat terkini perkhidmatan Maps, yang anda boleh akses dan kaji semula pada kad rumah Maps dalam iPhone.

(e) Anda memahami bahawa dengan menggunakan mana-mana Perkhidmatan tersebut, anda mungkin berhadapan dengan kandungan yang mungkin dianggap menjelikkan, tidak senonoh, atau tidak menyenangkan, yang kandungannya mungkin atau mungkin tidak dikenal pasti sebagai mengandungi bahasa kesat, dan bahawa hasil-hasil sebarang carian atau kemasukan URL tertentu boleh secara automatik dan dengan tidak sengaja menjana pautan-pautan atau rujukan-rujukan kepada bahan-bahan yang tidak menyenangkan. Walau bagaimanapun, anda bersetuju untuk menanggung segala risiko berkenaan penggunaan Perkhidmatan tersebut dan bahawa Apple, pihak-pihak berkaitannya, ejen-ejennya, prinsipal-prinsipalnya, atau pemberi-pemberi lesennya tidak akan bertanggungjawab terhadap anda untuk kandungan yang mungkin didapati menjelikkan, tidak senonoh, atau tidak menyenangkan.

(f) Perkhidmatan tertentu mungkin memaparkan, termasuk atau menyediakan kandungan, data, maklumat, aplikasi-aplikasi atau bahan-bahan daripada pihak ketiga ("Bahan Pihak Ketiga") atau menyediakan pautan-pautan kepada laman web-laman web pihak ketiga tertentu. Dengan menggunakan Perkhidmatan tersebut, anda mengakui dan bersetuju bahawa Apple tidak bertanggungjawab untuk memeriksa atau menilai kandungan, ketepatan, kelengkapan, kekinian, kesahihan, pematuhan hak cipta, kesahan, kesopanan, kualiti atau mana-mana aspek Bahan Pihak Ketiga atau laman-laman web sedemikian. Apple, kakitangan, pihak-pihak berkaitan dan anak syarikat-anak syarikat Apple tidak menjamin atau menyokong dan tidak menerima dan tidak akan mempunyai apa-apa liabiliti atau tanggungjawab terhadap anda atau sesiapa orang lain untuk, apa-apa Perkhidmatan pihak ketiga, Bahan Pihak Ketiga, atau laman web-laman web, atau untuk apa-apa bahan, produk, atau perkhidmatan lain pihak-pihak ketiga. Bahan Pihak Ketiga dan pautan-pautan kepada laman-laman web lain adalah disediakan hanya untuk kesenangan anda.

(g) Apple dan pembekal-pembekal kandungannya tidak menjamin ketersediaan, ketepatan, kelengkapan, kebolehpercayaan, atau ketepatan masa maklumat saham, data lokasi atau sebarang data lain yang dipaparkan oleh sebarang Perkhidmatan. Maklumat kewangan yang dipaparkan oleh mana-mana Perkhidmatan adalah untuk tujuan maklumat am sahaja dan tidak harus digunakan sebagai nasihat pelaburan. Sebelum melaksanakan sebarang transaksi sekuriti berdasarkan maklumat yang diperoleh melalui Perkhidmatan tersebut, anda harus berunding dengan profesional kewangan atau sekuriti yang berkelayakan secara sah di sisi undang-undang untuk memberi nasihat kewangan atau sekuriti di negara atau rantau anda. Data lokasi yang disediakan oleh mana-mana Perkhidmatan, termasuk perkhidmatan Apple Maps, adalah untuk tujuan panduan arah asas dan tujuan perancangan sahaja dan tidak bertujuan untuk diguna pakai dalam situasi yang maklumat lokasi tepat diperlukan atau data lokasi yang salah, tidak tepat, kelewatan masa atau tidak lengkap mungkin menyebabkan maut, kecederaan diri, kerosakan harta atau alam sekitar. Anda bersetuju bahawa, hasil-hasil yang anda terima daripada perkhidmatan Maps mungkin berbeza daripada keadaan jalan raya atau rupa bumi sebenar oleh sebab faktor-faktor yang boleh menjejaskan ketepatan data Maps, seperti, tetapi tidak terhad kepada, cuaca, keadaan jalan raya dan trafik, dan peristiwa-peristiwa geopolitik. Untuk keselamatan anda semasa menggunakan ciri panduan arah tersebut, sila sentiasa berikan perhatian kepada papan tanda-papan tanda jalan raya yang dipaparkan dan keadaan jalan raya semasa. Ikutilah amalan pandu cermat dan peraturan-peraturan lalu lintas, dan sila ambil perhatian bahawa arahan untuk penunggang basikal dan pejalan kaki mungkin tidak termasuk laluan-laluan yang ditetapkan.

(h) Setakat mana yang anda memuat naik sebarang kandungan dengan menggunakan Perkhidmatan tersebut, anda mewakili bahawa anda memiliki kesemua hak dalam, atau mempunyai kebenaran atau selainnya dibenarkan di sisi undang-undang untuk memuat naik, kandungan sedemikian dan bahawa

kandungan sedemikian tidak melanggar sebarang terma perkhidmatan yang digunakan untuk Perkhidmatan tersebut. Anda bersetuju bahawa Perkhidmatan tersebut mengandungi kandungan, maklumat dan bahan proprietari yang dimiliki oleh Apple, pemilik laman atau pemberi-pemberi lesen mereka, dan dilindungi oleh undang-undang harta intelek dan undang-undang lain yang terpakai, termasuk tetapi tidak terhad kepada hak cipta. Anda bersetuju bahawa anda tidak akan mengguna kandungan, maklumat atau bahan-bahan proprietari sedemikian selain daripada penggunaan Perkhidmatan tersebut yang dibenarkan, atau dalam sebarang cara yang bercanggah dengan terma-terma Lesen ini atau yang melanggar sebarang hak harta intelek pihak ketiga atau Apple. Kesemua bahagian Perkhidmatan tersebut tidak boleh dihasilkan semula dalam apa-apa bentuk atau dalam apa-apa cara. Anda bersetuju untuk tidak mengubah suai, menyewa, memajak, meminjamkan, menjual, mengedar, atau menghasilkan karya-karya terbitan berdasarkan Perkhidmatan tersebut, dalam sebarang cara, dan anda tidak boleh mengeksploit Perkhidmatan tersebut dalam sebarang cara yang tidak dibenarkan, termasuk tetapi tidak terhad kepada, menggunakan Perkhidmatan tersebut untuk menghantar sebarang virus komputer, cecacing, kuda-kuda Troy atau perisian hasad lain, atau menceroboh atau membebani kapasiti rangkaian. Anda bersetuju selanjutnya untuk tidak menggunakan Perkhidmatan tersebut dalam sebarang cara yang mengganggu, menyalah guna, menghendap, mengancam, memfitnah atau selainnya melanggar atau mencabul hak-hak mana-mana pihak lain, dan bahawa Apple tidak bertanggungjawab dalam sebarang cara untuk sebarang penggunaan sedemikian oleh anda, atau untuk sebarang mesej atau penyampaian yang mengganggu, mengancam, memfitnah, menjelikkan, atau mesej-mesej atau penyampaian-penyampaian yang melanggar atau menyalahi undang-undang yang anda mungkin terima sebagai akibat mengguna mana-mana Perkhidmatan tersebut.

(i) Tambahan pula, Perkhidmatan dan Bahan Pihak Ketiga sedemikian mungkin tidak tersedia dalam semua bahasa atau di semua negara atau rantau. Apple tidak membuat representasi bahawa Perkhidmatan dan Bahan Pihak Ketiga sedemikian adalah bersesuaian atau tersedia ada untuk digunakan di mana-mana lokasi tertentu. Setakat yang anda pilih untuk menggunakan atau mengakses Perkhidmatan atau Bahan Pihak Ketiga sedemikian, anda berbuat demikian atas inisiatif anda sendiri dan anda bertanggungjawab untuk pematuhan dengan apa-apa undang-undang terpakai, termasuk tetapi tidak terhad kepada undang-undang tempatan dan undang-undang privasi dan pengumpulan data yang berkenaan. Perkongsian atau penyelarasan gambar-gambar melalui Peranti anda mungkin menyebabkan metadata, termasuk di mana dan bila gambar tersebut diambil, dan maklumat mengenai kedalaman, untuk disampaikan bersama gambar-gambar tersebut. Penggunaan perkhidmatan-perkhidmatan Apple (seperti iCloud Photo Library) untuk mengongsi atau menyegerakkan gambar-gambar sedemikian akan melibatkan penerimaan dan penyimpanan metadata sebegitu oleh Apple. Apple dan pemberi-pemberi lesen Apple menyimpan hak untuk mengubah, menggantung, membuang, atau melumpuhkan akses kepada mana-mana Perkhidmatan pada bila-bila masa tanpa notis. Dalam apa-apa jua keadaan, Apple tidak akan bertanggungjawab untuk pelucutan atau kelumpuhan akses kepada mana-mana Perkhidmatan sedemikian. Apple juga boleh mengehadkan penggunaan atau akses kepada Perkhidmatan tertentu, dalam sebarang kes dan tanpa notis atau liabiliti.

**6. Penamatan.** Lesen ini adalah efektif sehingga ditamatkan. Hak-hak anda di bawah Lesen ini akan ditamatkan secara automatik atau selainnya terhenti menjadi efektif tanpa notis daripada Apple sekiranya anda gagal untuk mematuhi mana-mana terma Lesen ini. Sebaik sahaja Lesen ini tamat, anda mesti hentikan semua penggunaan Perisian Apple tersebut. Seksyen-seksyen 4, 5, 6, 7, 8, 9, 10, 12, dan 13 Lesen ini akan terus berkuat kuasa selepas sebarang penamatan sedemikian.

**7. Penolakan Tuntutan Waranti-waranti**
7.1    Sekiranya anda adalah seorang pelanggan yang merupakan seorang pengguna (seseorang yang menggunakan Perisian Apple tersebut di luar bidang perdagangan, perniagaan, atau profesion anda), anda mungkin mempunyai hak-hak dari segi undang-undang dalam negara di mana-mana anda menetap yang melarang had-had berikut daripada digunakan terhadap anda, dan jika had-had tersebut

dilarang, had-had tersebut tidak akan digunakan terhadap anda. Untuk mengetahui lebih lanjut tentang hak-hak, anda seharusnya menghubungi suatu organisasi penasihat pengguna tempatan.

7.2    ANDA MENGAKUI DAN BERSETUJU SECARA NYATA BAHAWA, SETAKAT YANG DIBENARKAN OLEH UNDANG-UNDANG YANG BERKENAAN, RISIKO MENGGUNAKAN PERISIAN APPLE TERSEBUT DAN SEBARANG PERKHIDMATAN YANG DILAKSANAKAN OLEH ATAU DIAKSES MELALUI PERISIAN APPLE TERSEBUT DITANGGUNG ANDA SENDIRI DAN BAHAWA SEGALA RISIKO BERKENAAN KEPUASAN KUALITI, PRESTASI, KETEPATAN, DAN USAHA DITANGGUNG ANDA.

7.3 SETAKAT MAKSIMUM YANG DIBENARKAN OLEH UNDANG-UNDANG YANG DIGUNAKAN, PERISIAN APPLE DAN PERKHIDMATAN-PERKHIDMATAN TERSEBUT ADALAH DISEDIAKAN "SEPERTI DIDAPATI" (AS IS) DAN "SEPERTI TERSEDIA" (AS AVAILABLE), DENGAN SEGALA KEROSAKAN/ KECACATAN DAN TANPA WARANTI WALAU APA JENIS SEKALIPUN, DAN APPLE SERTA PEMBERI-PEMBERI LESEN APPLE (SECARA KOLEKTIF DIRUJUK SEBAGAI "APPLE" UNTUK TUJUAN SEKSYEN-SEKSYEN 7 DAN 8) DENGAN INI MENOLAK TUNTUT SEMUA WARANTI DAN SYARAT BERKENAAN DENGAN PERISIAN APPLE DAN PERKHIDMATAN-PERKHIDMATAN TERSEBUT, SAMA ADA SECARA NYATA, TERSIRAT ATAU STATUTORI, TERMASUK, TETAPI TIDAK TERHAD KEPADA, WARANTI-WARANTI TERSIRAT DAN/ATAU SYARAT-SYARAT MENGENAI KEBOLEHDAGANGAN, KEPUASAN KUALITI, KESESUAIAN UNTUK SEBARANG TUJUAN TERTENTU, KETEPATAN, KENIKMATAN AMAN SENTOSA, DAN KETIADAAN PELANGGARAN HAK-HAK PIHAK KETIGA.

7.4    APPLE TIDAK MENJAMIN BAHAWA TIDAK AKAN ADA SEBARANG GANGGUAN TERHADAP PENGGUNAAN ANDA TERHADAP PERISIAN APPLE DAN PERKHIDMATAN-PERKHIDMATAN TERSEBUT, BAHAWA KEFUNGSIAN-KEFUNGSIAN YANG TERKANDUNG DALAM, ATAU PERKHIDMATAN-PERKHIDMATAN YANG DILAKSANAKAN ATAU DISEDIAKAN OLEH, PERISIAN APPLE TERSEBUT AKAN MEMENUHI KEPERLUAN-KEPERLUAN ANDA, BAHAWA PENGOPERASIAN PERISIAN APPLE DAN PERKHIDMATAN-PERKHIDMATAN TERSEBUT TIDAK AKAN DIGANGGU ATAU BEBAS DARIPADA RALAT, BAHAWA SEBARANG PERKHIDMATAN AKAN TERUS TERSEDIA, BAHAWA KEROSAKAN/ KECACATAN DALAM PERISIAN APPLE ATAU PERKHIDMATAN-PERKHIDMATAN TERSEBUT AKAN DIPERBETULKAN, ATAU BAHAWA PERISIAN APPLE TERSEBUT AKAN SERASI ATAU BERFUNGSI DENGAN MANA-MANA PERISIAN PIHAK KETIGA, APLIKASI ATAU PERKHIDMATAN PIHAK KETIGA. PEMASANGAN PERISIAN APPLE INI MUNGKIN AKAN MENJEJASKAN KETERSEDIAAN DAN KEBOLEHGUNAAN PERISIAN PIHAK KETIGA, APLIKASI-APLIKASI ATAU PERKHIDMATAN-PERKHIDMATAN PIHAK KETIGA, SERTA PRODUK-PRODUK DAN PERKHIDMATAN-PERKHIDMATAN APPLE.

7.5    ANDA SELANJUTNYA MENGAKUI BAHAWA PERISIAN APPLE DAN PERKHIDMATAN-PERKHIDMATAN TERSEBUT TIDAK DINIATKAN ATAU SESUAI UNTUK DIGUNAKAN DALAM SITUASI-SITUASI ATAU PERSEKITARAN-PERSEKITARAN DI MANA KEGAGALAN ATAU KELEWATAN MASA, ATAU RALAT-RALAT ATAU KETIDAKTEPATAN DALAM KANDUNGAN, DATA ATAU MAKLUMAT YANG DISEDIAKAN OLEH, PERISIAN APPLE ATAU PERKHIDMATAN-PERKHIDMATAN TERSEBUT BOLEH MENYEBABKAN MAUT, KECEDERAAN DIRI, ATAU KEROSAKAN FIZIKAL ATAU ALAM SEKITAR YANG TERUK, TERMASUK TANPA HAD, PENGOPERASIAN KEMUDAHAN NUKLEAR, SISTEM-SISTEM PANDU ARAH ATAU KOMUNIKASI PESAWAT UDARA, KAWALAN LALU LINTAS UDARA, SISTEM-SISTEM SOKONGAN HIDUP ATAU SISTEM-SISTEM SENJATA.

7.6    TIADA MAKLUMAT LISAN ATAU BERTULIS ATAU MAKLUMAN YANG DIBERIKAN OLEH APPLE ATAU MANA-MANA WAKIL APPLE YANG SAH AKAN MEWUJUDKAN SEBARANG WARANTI. SEKIRANYA PERISIAN APPLE ATAU PERKHIDMATAN-PERKHIDMATAN TERSEBUT TERBUKTI ROSAK ATAU ADA SEBARANG KECACATAN, ANDA AKAN MENANGGUNG SEGALA KOS PERKHIDMATAN, PEMBAIKAN ATAU PEMBETULAN YANG DIPERLUKAN. SESETENGAH BIDANG KUASA TIDAK MEMBENARKAN PENGECUALIAN WARANTI-WARANTI TERSIRAT ATAU PENGEHADAN HAK-HAK

STATUTORI DIGUNAKAN TERHADAP SESEORANG PENGGUNA, OLEH ITU, PENGECUALIAN DAN HAD-HAD DI ATAS MUNGKIN TIDAK DIGUNAKAN TERHADAP ANDA.

**8. Pembatasan Liabiliti.** SETAKAT MANA TIDAK DILARANG OLEH UNDANG-UNDANG YANG DIGUNAKAN, APPLE, PIHAK-PIHAK BERKAITANNYA, EJEN-EJENNYA, ATAU PRINSIPAL-PRINSIPALNYA DALAM APA JUA KEADAAN TIDAK AKAN MENANGGUNG LIABILITI UNTUK KECEDERAAN DIRI, ATAU APA JUA GANTI RUGI SAMPINGAN, KHAS, TIDAK LANGSUNG ATAU BERBANGKIT, TERMASUK, TANPA HAD, GANTI RUGI UNTUK KEHILANGAN KEUNTUNGAN, KEROSAKAN ATAU KEHILANGAN DATA, KEGAGALAN UNTUK MENYAMPAIKAN ATAU MENERIMA SEBARANG DATA (TERMASUK, TANPA HAD ARAHAN-ARAHAN KURSUS, TUGASAN-TUGASAN DAN BAHAN-BAHAN), GANGGUAN PERNIAGAAN ATAU SEBARANG GANTI RUGI ATAU KERUGIAN KOMERSIAL LAIN, YANG TIMBUL DARIPADA ATAU BERKENAAN DENGAN PENGGUNAAN ANDA ATAU KETIDAKUPAYAAN ANDA UNTUK MENGGUNA PERISIAN APPLE DAN PERKHIDMATAN-PERKHIDMATAN TERSEBUT ATAU SEBARANG PERISIAN PIHAK KETIGA, APLIKASI ATAU PERKHIDMATAN BERHUBUNGAN DENGAN PERISIAN APPLE ATAU PERKHIDMATAN-PERKHIDMATAN TERSEBUT, WALAU APA SEBABNYA, TANPA MENGHIRAUKAN TEORI LIABILITI (KONTRAK, TORT ATAU SELAINNYA) DAN WALAUPUN JIKA APPLE TELAH DIMAKLUMKAN TENTANG KEMUNGKINAN GANTI RUGI SEDEMIKIAN. SESETENGAH BIDANG KUASA TIDAK MEMBENARKAN PENGECUALIAN ATAU PEMBATASAN LIABILITI UNTUK KECEDERAAN DIRI, ATAU GANTI RUGI SAMPINGAN ATAU BERBANGKIT, OLEH YANG DEMIKIAN, PEMBATASAN INI MUNGKIN TIDAK TERPAKAI KEPADA ANDA. Dalam apa-apa jua keadaan, jumlah liabiliti Apple kepada anda secara keseluruhannya untuk semua ganti rugi (melainkan sepertimana yang diperuntukkan dalam undang-undang berkenaan kes-kes melibatkan kecederaan diri) tidak akan melebihi amaun dua ratus lima puluh dolar (U.S.$250.00). Had-had yang tersebut di atas akan terpakai walaupun sekiranya remedi yang dinyatakan di atas gagal akan tujuan utamanya. WALAU APA-APA PUN TERMA LAIN DALAM LESEN INI, JIKA AKTA KONTRAK PENGGUNA JEPUN ADALAH TERPAKAI, TERMA YANG MENGEHADKAN LIABILITI APPLE UNTUK KEROSAKAN YANG DISEBABKAN PELANGGARAN KONTRAK ATAU TORT YANG DILAKUKAN OLEH APPLE TIDAK AKAN TERPAKAI JIKA KEROSAKAN SEDEMIKIAN ADALAH DISEBABKAN SALAH LAKU YANG DISENGAJAKAN ATAU KECUAIAN APPLE.

**9. Sijil-sijil Digital.** Perisian Apple tersebut mengandungi kefungsian yang membenarkannya menerima sijil-sijil digital sama ada yang dikeluarkan oleh Apple atau pihak-pihak ketiga. ANDA BERTANGGUNGJAWAB SEPENUHNYA UNTUK MENENTUKAN SAMA ADA UNTUK BERGANTUNG ATAU TIDAK PADA MANA-MANA SIJIL SAMA ADA DIKELUARKAN OLEH APPLE ATAU PIHAK KETIGA. RISIKO PENGGUNAAN SIJIL-SIJIL DIGITAL OLEH ANDA DITANGGUNG ANDA SENDIRI. SETAKAT MAKSIMUM YANG DIBENARKAN OLEH UNDANG-UNDANG YANG DIGUNAKAN, APPLE TIDAK MEMBUAT SEBARANG WARANTI ATAU REPRESENTASI, SAMA ADA SECARA NYATA ATAU TERSIRAT, BERKENAAN KEBOLEHDAGANGAN ATAU KESESUAIAN UNTUK SEBARANG TUJUAN TERTENTU, KETEPATAN, KESELAMATAN, ATAU KETIADAAN PERLANGGARAN HAK-HAK PIHAK KETIGA BERKENAAN DENGAN SIJIL-SIJIL DIGITAL.

**10. Pengawalan Eksport.** Anda tidak boleh mengguna atau selainnya mengeksport atau eksport semula Perisian Apple tersebut kecuali sebagaimana yang dibenarkan oleh undang-undang Amerika Syarikat dan undang-undang dalam bidang kuasa (atau bidang kuasa-bidang kuasa) di mana Perisian Apple tersebut diperoleh. Khususnya, tetapi tanpa had, Perisian Apple tersebut tidak boleh dieksport atau dieksportkan semula (a) ke dalam mana-mana negara yang dilarang untuk berdagang dengan Amerika Syarikat atau (b) kepada sesiapa yang tersenarai dalam Senarai Warganegara Ditentukan Khas (Specially Designated Nationals) Jabatan Perbendaharaan Amerika Syarikat atau Senarai Orang Terhalang atau Senarai Entiti (Denied Person's List or Entity List) Jabatan Perdagangan Amerika Syarikat atau mana-mana senarai pihak terlarang lain. Dengan menggunakan Perisian Apple tersebut, anda mewakilkan dan menjamin bahawa anda tidak berada dalam mana-mana negara sedemikian atau mana-mana senarai sebegitu. Anda juga bersetuju bahawa anda tidak akan mengguna Perisian Apple tersebut

untuk apa-apa tujuan yang dilarang oleh undang-undang Amerika Syarikat, termasuk, tanpa had, pembangunan, reka cipta, penghasilan atau pengeluaran senjata-senjata peluru berpandu, nuklear, kimia atau biologi.

**11. Pengguna-pengguna Akhir Kerajaan.** Perisian Apple tersebut dan dokumentasi berkaitan adalah "Item Komersial" sepertimana terma tersebut didefinisikan dalam 48 C.F.R.§2.101, yang terdiri daripada "Perisian Komputer Komersial" dan "Dokumentasi Perisian Komputer Komersial" sepertimana terma-terma tersebut digunakan di dalam 48 C.F.R. §12.212 atau 48 C.F.R. §227.7202, yang mana terpakai. Selaras dengan 48 C.F.R. §12.212 atau 48 C.F.R. §227.7202-1 hingga 227.7202-4, seperti yang berkenaan, Perisian Komputer Komersial dan Dokumentasi Perisian Komputer Komersial adalah dilesenkan kepada pengguna-pengguna akhir Kerajaan Amerika Syarikat (a) hanya sebagai Item Komersial dan (b) hanya dengan hak-hak tersebut seperti yang diberikan kepada semua pengguna akhir lain menurut terma-terma dan syarat-syarat yang dinyatakan di sini. Hak-hak yang tidak diterbitkan disimpan di bawah undang-undang hak cipta Amerika Syarikat.

**12. Undang-undang yang Mengawal dan Kebolehasingan.** Lesen ini akan dikuasai dan ditafsirkan mengikut undang-undang Negeri California, tidak termasuk prinsip-prinsip konflik undang-undangnya. Lesen ini tidak akan dikuasai oleh Konvensyen Pertubuhan Bangsa-bangsa Bersatu berkenaan Kontrak-kontrak untuk Jualan Barangan Antarabangsa, yang kegunaan lesen dikecualikan secara nyata. Sekiranya anda seorang pengguna yang menetap di United Kingdom, Lesen ini akan dikuasai oleh undang-undang dalam bidang kuasa tempat kediaman anda. Sekiranya mahkamah yang mempunyai bidang kuasa kompeten mendapati mana-mana peruntukan Lesen ini, atau sebahagian daripadanya, tidak boleh dikuatkuasakan untuk sebarang alasan, yang selebihnya akan terus berkuat kuasa dan berkesan penuh.

**13. Perjanjian Lengkap; Bahasa yang Menguasai.** Lesen ini membentuk keseluruhan perjanjian antara anda dengan Apple berkenaan dengan Perisian Apple tersebut dan menggantikan segala persefahaman sebelum ini atau persefahaman serentak berkenaan perkara sedemikian. Tiada pindaan atau perubahan kepada Lesen ini akan mengikat melainkan pindaan atau perubahan tersebut dibuat secara bertulis dan ditandatangani oleh Apple. Sebarang terjemahan Lesen ini dibuat untuk keperluan tempatan dan dalam keadaan berlakunya suatu pertikaian antara versi Bahasa Inggeris dengan versi-versi bukan Bahasa Inggeris, versi Bahasa Inggeris Lesen ini akan menguasai, setakat mana yang tidak dilarangkan oleh undang-undang tempatan di bidang kuasa anda.

**14. Perakuan-perakuan Pihak Ketiga.** Sebahagian daripada Perisian Apple tersebut mungkin menggunakan atau termasuk perisian pihak ketiga dan bahan lain yang dilindungi hak cipta. Perakuan-perakuan, terma-terma pelesenan dan penolakan-penolakan tuntutan untuk bahan sedemikian terkandung dalam dokumentasi elektronik untuk Perisian Apple tersebut, dan penggunaan bahan sedemikian oleh anda dikuasai mengikut terma-terma masing-masing. Penggunaan Perkhidmatan Penyemakan Imbas Selamat Google tertakluk kepada Terma-terma Perkhidmatan Google (https://www.google.com/intl/en/policies/terms/) dan Dasar Privasi Google (https://www.google.com/intl/en/policies/privacy/).

**15. Penggunaan MPEG-4; Notis H.264/AVC**
(a) Perisian Apple tersebut dilesenkan di bawah Lesen Portfolio Paten Sistem MPEG-4 ("MPEG-4 Systems Patent Portfolio License") untuk pengekodan menurut Standard Sistem-sistem MPEG-4 ('MPEG-4 Systems Standard'), melainkan bahawa suatu lesen tambahan dan pembayaran royalti adalah diperlukan untuk pengekodan berkaitan dengan (i) data yang disimpan atau yang direplikasi dalam media fizikal yang dibayar atas dasar tajuk demi tajuk ("title by title basis") dan/atau (ii) data yang dibayar atas dasar tajuk demi tajuk dan disampaikan kepada seseorang pengguna akhir untuk simpanan kekal dan/atau penggunaan. Lesen tambahan sedemikian boleh diperoleh daripada MPEG LA, LLC. Lihat https://www.mpegla.com untuk butiran tambahan.

(b) Perisian Apple tersebut mengandungi kefungsian pengekodan dan/atau penyahkodan video MPEG-4. Perisian Apple tersebut dilesenkan di bawah Lesen Portfolio Paten Visual MPEG-4 ('MPEG-4 Visual Patent Portfolio License') untuk penggunaan peribadi dan bukan komersial seseorang pengguna untuk (i) pengekodan video menurut Standard Visual MPEG-4 ("Video MPEG-4") dan/atau (ii) penyahkodan video MPEG-4 yang dikodkan oleh pengguna yang terlibat dalam aktiviti peribadi dan bukan komersial dan/atau yang telah diperoleh daripada pembekal video yang dilesenkan oleh MPEG LA untuk membekalkan video MPEG-4. Tiada lesen diberikan atau akan tersirat untuk sebarang penggunaan lain. Maklumat tambahan termasuk yang berkaitan dengan penggunaan promosi, dalaman dan komersial dan pelesenan boleh diperoleh daripada MPEG LA, LLC. Lihat https://www.mpegla.com.

(c) Perisian Apple tersebut mengandungi kefungsian pengekodan dan/atau penyahkodan AVC, penggunaan komersial H.264/AVC memerlukan pelesenan tambahan dan peruntukan berikut adalah terpakai: KEFUNGSIAN AVC DALAM PERISIAN APPLE TERSEBUT ADALAH DILESENKAN DI SINI HANYA UNTUK PENGGUNAAN PERIBADI DAN BUKAN KOMERSIAL SESEORANG PENGGUNA UNTUK (i) PENGEKODAN VIDEO MENURUT STANDARD AVC ("VIDEO AVC") DAN/ATAU (ii) PENYAHKODAN VIDEO AVC YANG DIKODKAN OLEH PENGGUNA YANG TERLIBAT DALAM AKTIVITI PERIBADI DAN BUKAN KOMERSIAL DAN/ATAU AVC VIDEO YANG TELAH DIPEROLEH DARIPADA PEMBEKAL VIDEO YANG DILESENKAN UNTUK MENYEDIAKAN VIDEO AVC. MAKLUMAT BERKENAAN PENGGUNAAN LAIN DAN LESEN-LESEN BOLEH DIDAPATI DARIPADA MPEG LA L.L.C. LIHAT https://www.mpegla.com.

**16. Pembatasan-pembatasan Perkhidmatan Carian Yahoo.** Perkhidmatan Carian Yahoo yang tersedia melalui Safari hanya dilesenkan untuk penggunaan di negara-negara dan rantau-rantau berikut sahaja: Argentina, Aruba, Australia, Austria, Barbados, Belgium, Bermuda, Brazil, Bulgaria, Kanada, Kepulauan Cayman, Chile, tanah besar China, Hong Kong, Taiwan, Colombia, Cyprus, Republik Czech, Denmark, Republik Dominika, Ecuador, El Salvador, Finland, Perancis, Jerman, Greece, Grenada, Guatemala, Hungary, Iceland, India, Indonesia, Ireland, Itali, Jamaica, Jepun, Latvia, Lithuania, Luxembourg, Malaysia, Malta, Mexico, Belanda, New Zealand, Nicaragua, Norway, Panama, Peru, Filipina, Poland, Portugal, Puerto Rico, Romania, Singapura, Slovakia, Slovenia, Korea Selatan, Sepanyol, St. Lucia, St. Vincent, Sweden, Switzerland, Thailand, Bahamas, Trinidad dan Tobago, Turki, UK, Uruguay, AS dan Venezuela.

**17. Notis Microsoft Exchange.** Tetapan mel Microsoft Exchange dalam Perisian Apple tersebut adalah dilesenkan hanya untuk penyegerakkan maklumat wayarles, seperti e-mel, kenalan-kenalan, kalendar dan tugas-tugas, antara Peranti anda dan Pelayan Microsoft Exchange atau perisian pelayan lain yang dilesenkan oleh Microsoft untuk melaksanakan protokol Microsoft Exchange ActiveSync.

EA1806
08/07/2022

————————————

**Terma-terma dan Syarat-syarat Tambahan Apple Pay & Dompet**

Terma-terma dan Syarat-syarat Tambahan Apple Pay & Dompet ini ("Terma Tambahan" ini) menambah kepada Perjanjian Lesen Perisian Apple tersebut ("Lesen" tersebut); kedua-dua terma Lesen tersebut dan Terma Tambahan ini menguasai penggunaan anda terhadap ciri Apple Pay ("Apple Pay") dan aplikasi Dompet Apple ("Dompet") tersebut, yang akan disifatkan sebagai suatu "Perkhidmatan" di bawah Lesen tersebut. Terma-terma yang dinyatakan dengan huruf besar dalam Terma Tambahan ini mempunyai maksud-maksud yang dinyatakan dalam Lesen tersebut.

**1. Gambaran Keseluruhan**

**Apple Pay**

Apple Pay membolehkan anda untuk:

- membuat pembayaran tanpa sentuh menggunakan kad-kad kredit, debit, dan pra-bayar, termasuk Apple Card dan kad Apple Cash, di lokasi-lokasi terpilih, atau dalam aplikasi-aplikasi atau laman web-laman web terpilih;
- menghantar bayaran-bayaran seorang kepada seorang kepada pengguna-pengguna Apple Cash lain; dan
- menjejak pesanan dan melihat resit terperinci.

Apple Pay dan ciri-ciri tertentu dalam Apple Pay mungkin hanya tersedia di rantau-rantau terpilih, dengan pengeluar-pengeluar kad, rangkaian-rangkaian bayaran, pedagang-pedagang, dan pihak-pihak ketiga lain yang terpilih.

**Dompet**

Dompet Apple membolehkan anda menyimpan representasi-representasi maya kad-kad kredit, debit, dan pra-bayar untuk digunakan dengan Apple Pay (secara kolektif, "Kad Apple Pay"), serta kad, pas, dan kunci jenis lain, termasuk tanpa had yang berikut (secara kolektif, "Pas Dompet", dan bersama dengan Kad Apple Pay, "Kad-kad yang Disokong"):

- kad-kad ganjaran;
- kad-kad transit;
- tiket-tiket;
- pas-pas keahlian;
- kunci-kunci kereta;
- kunci-kunci rumah;
- kunci-kunci hospitaliti;
- lencana-lencana korporat;
- kad-kad ID pelajar; dan
- lesen pemandu dan kad-kad pengenalan yang dikeluarkan oleh negeri atau kerajaan ("Kad-kad Pengenalan").

Pas Dompet mungkin hanya tersedia di rantau-rantau terpilih dan dengan rakan-rakan kongsi terpilih. Kad-kad Pengenalan mungkin hanya tersedia untuk penduduk-penduduk negeri yang mengambil bahagian dan persembahan mungkin berbeza mengikut negeri atau lokasi.

Kad-kad yang Disokong mungkin berubah dari semasa ke semasa.

**2. Kelayakan**

Untuk menggunakan Apple Pay dan Dompet, anda mesti mempunyai (i) suatu Peranti yang disokong dan menjalankan suatu versi system pengendalian yang menyokong Perkhidmatan (versi terkini disyorkan dan kadangkala diperlukan), (ii) suatu Apple ID yang dikaitkan dengan suatu akaun iCloud yang dalam kedudukan baik dengan Apple, dan (iii) akses Internet (yuran mungkin dikenakan). Melainkan Apple Cash Family dan kad-kad e-wang ("e-money") terpilih, Apple Pay Cards hanya tersedia untuk individu-individu yang berusia 13 tahun dan ke atas, dan mungkin tertakluk kepada sekatan-sekatan tambahan berdasarkan umur yang dikenakan oleh iCloud atau pengeluar, peniaga, atau pihak ketiga yang lain. Kad-kad transit, kad-kad e-wang, Kad-kad Pengenalan, lencana-lencana korporat dan kunci-kunci hanya tersedia pada Peranti iOS.

Sekiranya anda ialah seorang ibu bapa atau penjaga sah suatu Keluarga iCloud ("iCloud Family") ("Penganjur" atau "Organizer"), anda boleh menjemput ahli-ahli Keluarga, termasuk mereka yang berusia di bawah 13 tahun (atau umur minimum yang setara di negara yang berkenaan), untuk menyediakan dan menggunakan kad-kad transit yang layak dalam Dompet. Sebagai Penganjur, anda akan bertanggungjawab atas semua bayaran, pembelian, dan transaksi yang dibuat menggunakan kad transit yang telah diaktifkan untuk ahli-ahli Keluarga, termasuk yang dimulakan oleh ahli Keluarga tersebut. Kelayakan dan penggunaan kad transit dalam Dompet adalah tertakluk kepada terma-terma dan syarat-syarat agensi transit yang berkaitan. Penganjur bertanggungjawab untuk mematuhi terma-terma dan syarat-syarat tersebut dan menanggung semua risiko yang berkaitan dengan membolehkan pas-pas transit dengan ahli-ahli Keluarga yang lain. Apabila seorang ahli Keluarga keluar atau dikeluarkan dari Keluarga, ahli Keluarga tidak lagi dapat memuat semula kad transit dan hanya dapat melakukan transaksi dengan kad tersebut sehingga baki akaun kad adalah sifar.

Sekiranya anda pemilik satu kunci kereta, anda boleh berkongsi kunci kereta anda dengan orang lain yang berumur 13 tahun dan ke atas supaya mereka boleh membuka kunci, mengakses, dan/atau memandu kereta anda.

Kunci-kunci rumah ("home keys") hanya boleh ditambahkan atau dikeluarkan dari Dompet dengan menambahkan atau mengeluarkan kunci-kunci ("locks") dalam aplikasi Home atau menambah atau mengeluarkan diri anda dari rumah dalam aplikasi Home. Sekiranya anda ialah pentadbir sebuah rumah dalam aplikasi Home, sebarang kunci rumah yang sedia ada akan dikongsi secara automatik dengan orang yang telah anda jemput dan yang menyertai Home anda.

Apple Card hanya tersedia di Amerika Syarikat dan dikeluarkan oleh Goldman Sachs Bank USA, Salt Lake City Branch ("Pengeluar Apple Card"). Melainkan Keluarga Apple Card ('Apple Card Family'), Apple Card hanya tersedia ada untuk individu-individu yang berumur 18 tahun ke atas sahaja (atau lebih tua bergantung kepada negeri di mana anda menetap).

Kad Apple Cash dan keupayaan untuk menghantar dan menerima bayaran-bayaran seorang kepada seorang hanya tersedia di Amerika Syarikat, dan merupakan perkhidmatan-perkhidmatan yang disediakan oleh Green Dot Bank, ahli FDIC. Untuk menghantar atau menerima bayaran-bayaran seorang kepada seorang dengan Apple Pay, anda mesti mempunyai kad Apple Cash. Melainkan Apple Cash Family, kad Apple Cash dan kebolehan untuk menghantar dan menerima bayaran-bayaran seorang kepada seorang hanya tersedia untuk individu-individu berusia 18 tahun atau ke atas.

**3. Penggunaan Perkhidmatan**

Kad-kad yang Disokong dan bayaran-bayaran seorang kepada seorang adalah dikaitkan dengan Apple ID yang anda gunakan untuk log masuk ke dalam iCloud untuk menggunakan ciri-ciri ini. Apabila anda menambah atau mengeluarkan kunci-kunci, lencana-lencana korporat, kad-kad ganjaran, tiket-tiket dan pas-pas keahlian dalam Dompet, perubahan tersebut mungkin muncul dalam peranti-peranti Apple anda yang lain di mana anda log masuk dengan Apple ID anda. Anda hanya akan dapat mengaitkan satu Kad Pengenalan untuk setiap pihak berkuasa pengeluar negeri dengan setiap Apple ID.

Apple Pay dan Dompet bertujuan untuk penggunaan peribadi anda sahaja dan anda hanya boleh memperuntukkan Kad-kad yang Disokong yang dimiliki anda sendiri atau kad-kad transit atau kunci-kunci kereta dan rumah yang anda telah dijemput untuk diberikan dari seorang Penganjur atau pemilik. Sekiranya anda memperuntukkan mana-mana kad korporat yang disokong, anda mewakili bahawa anda berbuat demikian dengan kebenaran majikan anda dan anda diberi kuasa untuk mengikat majikan anda dengan terma-terma penggunaan ini dan semua transaksi yang telah dilaksanakan melalui penggunaan ciri ini. Sekiranya anda menghantar atau menerima suatu bayaran seorang kepada seorang, anda mewakili bahawa anda berbuat demikian untuk penggunaan peribadi anda sahaja, dan bukan untuk

penggunaan komersial. Sekiranya anda memperuntukkan suatu Kad Pengenalan, anda membuat representasi bahawa anda melakukannya menggunakan maklumat peribadi anda sendiri yang mewakili anda secara tepat dan benar.

Anda bersetuju untuk tidak menggunakan Apple Pay atau Dompet untuk sebarang tujuan yang menyalahi undang-undang atau bersifat penipuan, atau untuk sebarang tujuan lain yang dilarang oleh Lesen tersebut dan Terma Tambahan ini. Anda bersetuju selanjutnya untuk menggunakan Apple Pay dan Dompet mengikut undang-undang dan peraturan-peraturan yang digunakan. Anda mengakui bahawa sebarang maklumat palsu yang dikemukakan berkaitan dengan suatu Kad Pengenalan mungkin merupakan suatu kesalahan jenayah di bawah undang-undang persekutuan atau negeri. Anda bersetuju untuk tidak mengganggu atau menggendalakan perkhidmatan Apple Pay atau Dompet (termasuk mengakses perkhidmatan tersebut melalui sebarang cara bersifat automatik), atau sebarang pelayan atau rangkaian yang tersambung kepada perkhidmatan tersebut, atau sebarang dasar, keperluan, atau peraturan rangkaian-rangkaian yang tersambung kepada perkhidmatan tersebut (termasuk sebarang akses kepada, penggunaan, atau pemantauan data atau trafik di atasnya yang tidak dibenarkan).

Sekiranya akses atau penggunaan Apple Pay atau Dompet anda dilarang oleh undang-undang yang digunakan, anda tidak dibenarkan mengakses atau menggunakan Perkhidmatan tersebut. Kami tidak bertanggungjawab sekiranya anda mengakses atau menggunakan Perkhidmatan dengan sebarang cara yang melanggar undang-undang yang digunakan.

**4. Hubungan Apple Dengan Anda**

Penggunaan Apple Pay oleh anda akan dikuasai oleh Terma Tambahan ini, dan juga oleh terma-terma perjanjian pemegang kad yang telah anda masuki dengan penerbit, pedagang, atau pihak ketiga lain yang bertanggungjawab atas Kad Apple Pay anda.

Begitu juga, penggunaan Pas Dompet dalam Dompet oleh anda akan dikuasai oleh Terma Tambahan ini, dan juga oleh terma-terma perjanjian anda dengan pedagang, agensi transit, pengeluar kereta dan kunci, universiti, hotel, resort, syarikat pelayaran, syarikat, pihak berkuasa pengeluar negeri atau pihak ketiga yang lain.

Melainkan ciri-ciri tertentu Apple Pay yang disediakan oleh Apple Payments Inc. ("Apple Payments") yang diterangkan di bawah, Apple tidak memproses sebarang bayaran atau transaksi bukan bayaran lain dibuat menggunakan Apple Pay Cards anda. Apple tidak mempunyai kawalan ke atas, dan tidak bertanggungjawab atas, sebarang bayaran, caj balik, pengembalian, bayaran balik, pemindahan dana, ganjaran, nilai, potongan harga, akses, pengesahan identiti, pesanan, pemenuhan pesanan atau aktiviti lain yang mungkin timbul akibat penggunaan anda terhadap Apple Pay atau Dompet.

Sekiranya terdapat sebarang percanggahan antara terma-terma dalam Terma Tambahan ini dan perjanjian anda dengan pengeluar, pedagang, pihak berkuasa pengeluar negeri, atau pihak ketiga yang lain (masing-masing, "**Perjanjian Pihak Ketiga**"), terma-terma dalam Terma Tambahan ini akan menguasai hubungan anda dengan Apple, dan terma-terma dalam Perjanjian Pihak Ketiga yang berkaitan akan menguasai hubungan anda dengan pihak ketiga tersebut.

Anda bersetuju bahawa Apple bukan satu pihak dalam mana-mana Perjanjian Pihak Ketiga anda, dan Apple juga tidak bertanggungjawab untuk: (a) kandungan, ketepatan atau ketersediaan sebarang Kad yang Disokong, pembelian, transaksi, pemindahan dana, pesanan, pemenuhan pesanan, resit atau aktiviti lain semasa anda menggunakan Apple Pay atau Dompet, termasuk tanpa had yang dibuat oleh ahli-ahli Keluarga atau orang lain yang anda telah berkongsi Kad-kad yang Disokong anda atau yang memiliki akses kepada Peranti anda; (b) pengeluaran kredit atau menilai kelayakan kredit; (c) pengeluaran, penggantungan atau pembatalan lesen memandu atau kad pengenalan negeri; (d) aktiviti

pengeluar, pedagang, pembangun aplikasi atau pihak ketiga lain berkaitan dengan penggunaan Apple Pay atau Dompet oleh anda; (e) keputusan-keputusan yang dibuat oleh mana-mana pengeluar, pedagang atau pihak ketiga lain sehubungan dengan menambahkan Kad yang Disokong anda ke Dompet; (f) keahlian atau penyertaan anda dalam sebarang program pedagang atau rakan kongsi; (g) sebarang akruan atau penebusan ganjaran atau nilai tersimpan yang berkaitan dengan Kad yang Disokong anda; (h) pembiayaan atau pemuatan semula Kad yang Disokong pra-bayar; (i) penghantaran atau penerimaan bayaran seorang kepada seorang atau pemindahan dana; atau (j) pengisian, penebusan atau pengeluaran wang dari kad Apple Cash anda.

Apabila anda memohon untuk Apple Card tersebut, anda memohon untuk membuka sebuah akaun dengan Pengeluar Apple Card tersebut. Institusi kewangan yang bertanggungjawab untuk menawarkan Apple Card tertakluk kepada perubahan, dan penggunaan Apple Card oleh anda tertakluk kepada terma-terma dan syarat-syarat mereka.

Apabila anda membolehkan ciri-ciri Apple Cash dalam Apple Pay, anda membuka sebuah akaun dengan Green Dot Bank. Melainkan ciri-ciri Apple Pay yang disediakan oleh Apple Payments, apabila anda menghantar atau menerima bayaran seorang kepada seorang atau memuatkan atau mengeluarkan wang daripada kad Apple Cash anda, Green Dot Bank akan bertanggungjawab untuk menerima dan menghantar wang anda kepada penerima yang ditujukan. Institusi kewangan yang bertanggungjawab untuk menawarkan Apple Cash dan bayaran-bayaran seorang kepada seorang dalam Apple Pay adalah tertakluk kepada perubahan, dan penggunaan ciri-ciri sedemikian oleh anda adalah tertakluk kepada terma-terma dan syarat-syarat mereka.

Keupayaan untuk menggunakan dana dalam kad Apple Cash anda untuk membuat bayaran kepada perniagaan-perniagaan layak tertentu yang telah anda benarkan ("Perkhidmatan Pembayaran Terus" tersebut) adalah suatu perkhidmatan yang disediakan oleh Apple Payments. Penggunaan Perkhidmatan Pembayaran Terus tersebut oleh anda adalah tertakluk kepada Terma-terma dan Syarat-syarat Pembayaran Terus Apple Payments. Selain itu, perniagaan-perniagaan yang layak tertentu mungkin membolehkan anda memberi mereka kuasa untuk membayar dana kepada kad Apple Cash anda (tiap-tiap, satu "Pembayaran"). Walaupun Pembayaran-pembayaran mungkin diproses oleh Apple Payments, Pembayaran-pembayaran tersebut ditawarkan oleh perniagaan-perniagaan yang mengambil bahagian dan yang menyediakan dana sedemikian dan mungkin tertakluk kepada terma-terma dan syarat-syarat tambahan tertentu perniagaan-perniagaan pembayaran tersebut. Untuk semua pertikaian atau soalan mengenai Kad-kad yang Disokong atau aktiviti perdagangan yang berkaitan, sila hubungi pengeluar anda atau pedagang, pihak berkuasa pengeluar negeri, pembangun aplikasi atau pihak ketiga yang lain yang berkenaan. Untuk soalan-soalan berkenaan Apple Pay, Dompet, Apple Card atau kad Apple Cash atau bayaran-bayaran seorang kepada seorang, sila hubungi Apple Support.

**5. Privasi**

Pengumpulan dan penggunaan maklumat peribadi oleh Apple dikuasai oleh Dasar Privasi Apple, yang tersedia di https://www.apple.com/legal/privacy/my/. Anda boleh mendapatkan maklumat terperinci mengenai maklumat peribadi yang dikumpul, digunakan atau dikongsi sebagai sebahagian penggunaan Apple Pay dan Dompet oleh anda dengan membaca notis-notis privasi khusus untuk perkhidmatan yang berkaitan, termasuk Perihal Apple Pay dan Privasi (About Apple Pay and Privacy) yang boleh diakses dalam Peranti anda, atau dalam aplikasi Watch dalam Peranti tersambung, atau dengan melayari https://www.apple.com/legal/privacy/my/. Dengan menggunakan Apple Pay dan Dompet, anda bersetuju dan membenarkan Apple serta anak syarikat-anak syarikatnya dan ejen-ejennya untuk menyampai, mengumpul, mengekal, memproses, dan mengguna kesemua maklumat yang dinyatakan di atas, untuk menyediakan Perkhidmatan tersebut.

**6. Keselamatan; Peranti Hilang atau Dinyahdayakan**

MELINDUNGI PERANTI YANG DISOKONG DAN TAULIAH ANDA SEBAGAIMANA ANDA AKAN
MELINDUNGI DOMPET DAN KAD-KAD FIZIKAL ANDA

Apple Pay dan Dompet menyimpan representasi-representasi maya Kad-kad yang Disokong anda dan
seharusnya dilindungi sebagaimana anda akan melindungi dompet, kunci-kunci, atau kad-kad kredit,
debit, pra-bayar, pengenalan, dan kad-kad fizikal yang lain anda. Anda bertanggungjawab sepenuhnya
untuk menjaga keselamatan Peranti dan Apple ID anda, maklumat Touch ID dan Face ID anda, kod
laluan kepada Peranti (atau Peranti-peranti) yang disokong anda, dan tauliah pengesahan lain yang
digunakan berkaitan dengan Perkhidmatan (secara kolektif, "Tauliah" anda). Sekiranya anda memberi
kebenaran kepada atau membenarkan orang lain untuk menggunakan Peranti yang disokong anda
(contohnya, dengan memberikan kod laluan Peranti anda kepada suatu pihak ketiga atau membenarkan
suatu pihak ketiga untuk menambah cap jari mereka untuk menggunakan Touch ID atau mendayakan
Face ID, atau memberikan mana-mana Tauliah anda kepada suatu pihak ketiga), orang tersebut mungkin
boleh membuat bayaran, menghantar, meminta, atau menerima bayaran seorang kepada seorang,
mengeluarkan wang daripada kad Apple Cash anda, menerima atau menebus ganjaran, menggunakan
nilai, membuka kunci, atau mengakses kereta, bilik, pejabat atau rumah anda, menyamar identiti anda,
atau membuat transaksi lain dengan Kad-kad yang Disokong anda dalam Dompet. Dalam keadaan
tersebut, anda bertanggungjawab untuk semua bayaran, akses dan transaksi yang dibuat oleh orang
tersebut.

PERANTI-PERANTI YANG TELAH DIPECAH SEKAT ("JAILBROKEN DEVICE")

PERANTI-PERANTI YANG TELAH DIPECAH SEKAT (" ") Sekiranya anda melakukan pengubahsuaian
yang tidak sah pada Peranti anda, contohnya dengan mematikan kawalan-kawalan perkakasan atau
perisian (kadang-kadang dirujuk sebagai "jailbreaking"), Peranti anda mungkin tidak lagi layak untuk
mengakses atau menggunakan Perkhidmatan. Anda mengakui bahawa penggunaan sebuah peranti
yang diubah suai berhubungan dengan Perkhidmatan adalah dilarang secara nyata, merupakan suatu
pelanggaran terhadap Terma Tambahan ini, dan merupakan alasan bagi kami untuk menolak atau
mengehadkan akses anda kepada Perkhidmatan.

LANGKAH-LANGKAH KESELAMATAN TAMBAHAN

Anda mungkin perlu membolehkan langkah-langkah keselamatan tambahan, seperti pengesahan dua-
faktor bagi Apple ID anda, untuk mengakses ciri-ciri tertentu Apple Pay, termasuk Apple Card, kad Apple
Cash dan bayaran-bayaran seorang kepada seorang dengan Apple Pay. Sekiranya anda kemudiannya
melumpuhkan ciri-ciri keselamatan ini, anda mungkin tidak dapat meneruskan akses anda kepada ciri-
ciri tertentu Apple Pay. Menghapuskan Face ID atau Touch ID yang dikaitkan dengan Kad Pengenalan
anda dan untuk persembahan akan memerlukan anda menyiapkan keseluruhan proses peruntukan Kad
Pengenalan.

PERANTI-PERANTI YANG TERHILANG ATAU DICURI

Sekiranya Peranti anda terhilang atau dicuri dan anda telah mendayakan Find My , anda boleh
menggunakan Find My untuk cuba menggantungkan keupayaan untuk membayar dengan Kad-kad
Bayaran yang Disokong maya atau menghantar bayaran-bayaran seorang kepada seorang pada Peranti
tersebut dengan mengaktifkan Lost Mode. Sekiranya Peranti anda dalam Lost Mode, kunci kereta anda
mungkin dilumpuhkan dalam Dompet dan anda tidak lagi dapat mengakses atau menghidupkan kereta
anda setelah anda meninggalkan kenderaan atau mematikan enjin. Lost Mode hanya mempengaruhi
kunci-kunci dalam Peranti yang terhilang. Sekiranya anda pemilik, anda tidak lagi dapat berkongsi kunci
kereta atau kunci rumah anda dengan orang lain, tetapi kunci-kunci yang telah dikongsi dengan orang
lain tidak akan terpengaruh dari peranti-peranti mereka.

Anda juga boleh memadamkan Peranti anda, yang akan cuba menggantungkan keupayaan untuk membayar dengan Kad-kad maya yang Disokong atau menghantar bayaran-bayaran seorang kepada seorang pada Peranti tersebut. Anda juga harus menghubungi pengeluar, pedagang, atau pihak ketiga lain yang bertanggungjawab atas Kad-kad yang Disokong anda, atau Apple jika keadaan tersebut melibatkan Apple Card atau kad Apple Cash anda, untuk menghalang akses yang tidak dibenarkan kepada Kad-kad yang Disokong anda dalam Apple Pay dan dalam Dompet.

Sekiranya anda melaporkan atau Apple mengesyaki aktiviti yang bersifat penipuan atau penyalahgunaan, anda bersetuju untuk bekerjasama dengan Apple dalam sebarang penyiasatan dan untuk menggunakan langkah-langkah pencegahan penipuan yang kami tetapkan.

**7. Pembatasan Liabiliti**

SELAIN DARIPADA SEMUA PENOLAKAN TUNTUTAN WARANTI DAN PEMBATASAN LIABILITI YANG DINYATAKAN DALAM LESEN TERSEBUT, APPLE TIDAK MENANGGUNG SEBARANG LIABILITI UNTUK SEBARANG PEMBELIAN, PEMBAYARAN, PEMINDAHAN DANA, PESANAN, PEMENUHAN PESANAN, MAKLUMAT RESIT, AKSES, PENGESAHAN IDENTITI, TRANSAKSI ATAU AKTIVITI LAIN YANG DILAKSANAKAN DENGAN MENGGUNAKAN APPLE PAY ATAU DOMPET, DAN ANDA BERSETUJU UNTUK MERUJUK SEPENUHNYA KEPADA PERJANJIAN-PERJANJIAN YANG ANDA MUNGKIN ADA DENGAN PENGELUAR KAD, RANGKAIAN BAYARAN, INSTITUSI-INSTITUSI KEWANGAN, PEDAGANG, PEMBANGUN APLIKASI, PIHAK BERKUASA PENGELUAR NEGERI ATAU PIHAK KETIGA LAIN YANG BERKENAAN UNTUK MENYELESAIKAN SEBARANG PERTANYAAN ATAU PERTIKAIAN BERKENAAN DENGAN MANA-MANA KAD YANG DISOKONG, BAYARAN SEORANG KEPADA SEORANG DAN AKTIVITI-AKTIVITI YANG BERKAITAN ANDA.

———————————

**NOTIS-NOTIS DARIPADA APPLE**

Sekiranya Apple perlu menghubungi anda berkenaan produk atau akaun anda, anda bersetuju untuk menerima notis-notis tersebut melalui e-mel. Anda bersetuju bahawa notis-notis sedemikian yang kami hantar secara elektronik akan memenuhi sebarang keperluan komunikasi di sisi undang-undang.

**ROMÂNĂ**

**IMPORTANT: PRIN UTILIZAREA iPHONE-ULUI, iPAD-ULUI sau iPOD TOUCH-ULUI DVS. („DISPOZITIV"), SUNTEȚI DE ACORD CU OBLIGAȚIA DE A RESPECTA CONDIȚIILE URMĂTOARE:**

**A.    CONTRACT DE LICENȚĂ SOFTWARE PENTRU APPLE iOS ȘI iPadOS**
**B.    TERMENE SUPLIMENTARE PENTRU APPLE PAY**
**C.    ÎNȘTIINȚĂRI DIN PARTEA APPLE**

**APPLE INC**
**CONTRACT DE LICENȚĂ SOFTWARE PENTRU iOS ȘI iPadOS**
**Licență individuală**

**VĂ RUGĂM SĂ CITIȚI CU ATENȚIE ACEST CONTRACT DE LICENȚĂ SOFTWARE („LICENȚĂ") ÎNAINTE DE A UTILIZA DISPOZITIVUL DVS. SAU DE A DESCĂRCA ACTUALIZAREA SOFTWARE CARE ÎNSOȚEȘTE ACEASTĂ LICENȚĂ. DACĂ UTILIZAȚI DISPOZITIVUL SAU DACĂ DESCĂRCAȚI O ACTUALIZARE SOFTWARE, DUPĂ CAZ, SUNTEȚI DE ACORD SĂ RESPECTAȚI CLAUZELE ACESTEI LICENȚE. DACĂ NU SUNTEȚI DE ACORD CU CLAUZELE ACESTEI LICENȚE, NU UTILIZAȚI DISPOZITIVUL SAU NU DESCĂRCAȚI ACTUALIZAREA SOFTWARE**

**DACĂ AȚI CUMPĂRAT RECENT UN DISPOZITIV ȘI NU SUNTEȚI DE ACORD CU CONDIȚIILE LICENȚEI, PUTEȚI RETURNA DISPOZITIVUL ÎN PERIOADA DE RETURNARE LA MAGAZINUL APPLE STORE SAU LA DISTRIBUITORUL AUTORIZAT DE LA CARE L-AȚI CUMPĂRAT, PENTRU A OBȚINE O RAMBURSARE, ÎN CONFORMITATE CU POLITICA DE RETURNARE APPLE DE LA https://www.apple.com/legal/sales-support/.**

**1. Generalități**
(a) Software-ul (inclusiv codul Boot ROM, software-ul încapsulat și software-ul de la terțe părți), documentația, interfețele, conținutul, fonturile și orice alte date care însoțesc Dispozitivul dvs. („Software Apple original"), care pot fi actualizate sau înlocuite prin îmbunătățiri ale funcțiilor, actualizări software, îmbunătățiri de securitate, fișiere de sistem, sau software-uri de restaurare a sistemului furnizate de Apple pentru Dispozitivul dvs. sau dispozitivul periferic compatibil („Modificări software Apple"), indiferent dacă se află în memoria ROM, pe orice alt suport sau în orice altă formă (Software-ul Apple original și Modificările software Apple sunt denumite în ansamblu „Software Apple") vă este licențiat și nu vândut de Apple Inc. („Apple") pentru a fi utilizat doar în conformitate cu condițiile acestei Licențe. Apple și licențiatorii săi își păstrează proprietatea asupra Software-ului Apple în sine și își rezervă toate drepturile care nu vă sunt acordate în mod expres. Sunteți de acord că termenele acestei Licențe se vor aplica oricărei aplicații marca Apple care poate fi integrată pe dispozitivul dvs., în afara cazului în care aplicația respectivă are o licență separată, caz în care sunteți de acord că termenele licenței respective vor guverna modul în care utilizați aplicația.

(b) Apple, la discreția sa, poate pune la dispoziție Modificări software Apple ulterioare. Este posibil ca Modificările software Apple, dacă vor exista, să nu includă în mod necesar toate funcțiile software existente sau funcțiile noi pe care Apple le lansează pentru modele mai noi sau alte modele de Dispozitive. Clauzele acestei Licențe vor guverna orice Modificări software Apple furnizate de Apple, cu excepția cazului în care asemenea Modificări software Apple sunt însoțite de o licență separată, caz în care sunteți de acord că vor guverna clauzele licenței respective.

(c) Dacă utilizați funcția de configurare expres pentru a configura un Dispozitiv nou pe baza Dispozitivului dvs. existent, sunteți de acord că utilizarea Software-ului Apple de pe noul dvs. Dispozitiv va fi guvernată de clauzele acestei Licențe, cu excepția cazului în care acesta este însoțit de o licență separată, caz în care sunteți de acord că utilizarea acelui Software Apple va fi guvernată de clauzele licenței respective.

Dispozitivul dvs. va verifica periodic dacă există Modificări software Apple de la Apple. Dacă este disponibilă o modificare, aceasta se poate descărca și instala automat pe Dispozitivul dvs. și, dacă este cazul, pe dispozitivele dvs. periferice. **Prin utilizarea Software-ului Apple, sunteți de acord că Apple poate descărca și instala Modificări software Apple automate pe Dispozitivul dvs. și pe dispozitivele dvs. periferice.** Puteți dezactiva oricând instalarea automată a actualizărilor sistemului de operare și a Îmbunătățirilor rapide de securitate prin modificarea configurării Actualizări automate din Configurări > General > Actualizare software. Este posibil ca unele fișiere de sistem (inclusiv, dar fără a se limita la fonturi actualizate, modele lingvistice, resurse vocale și firmware pentru periferice) să continue să fie instalate automat, de exemplu atunci când activați sau utilizați anumite funcții și periferice sau pentru a răspunde unor considerente juridice, de reglementare, de siguranță publică sau de ordin tehnic.

**2. Utilizările permise de licență și restricțiile.**
(a) Sub incidența termenelor și condițiilor acestei Licențe, vă este acordată o licență neexclusivă limitată de a utiliza Software-ul Apple pe un singur Dispozitiv purtând marca Apple. Cu excepția derogărilor prevăzute în Secțiunea 2(b) de mai jos și în afara cazului existenței unor alte prevederi într-un contract separat între dvs. și Apple, această Licență nu permite ca Software-ul Apple să existe la un moment dat pe mai mult de un Dispozitiv marca Apple și vă este interzis să distribuiți sau să puneți la dispoziție Software-ul Apple printr-o rețea unde ar putea fi utilizat de mai multe dispozitive simultan. Această Licență nu vă acordă niciun drept de a utiliza interfețele proprietare Apple și alte proprietăți intelectuale în vederea conceperii, dezvoltării, fabricării, licențierii sau distribuirii unor terțe dispozitive și accesorii sau unor terțe aplicații software, destinate utilizării cu Dispozitive. Unele dintre aceste drepturi sunt disponibile sub licențe distincte de la Apple. Pentru informații suplimentare despre dezvoltarea dispozitivelor și accesoriilor pentru Dispozitive de către terți, vizitați https://developer.apple.com/programs/mfi/. Pentru informații suplimentare despre dezvoltarea de aplicații pentru Dispozitive, vizitați https://developer.apple.com.

(b) Sub incidența termenelor și condițiilor acestei Licențe, vă este acordată o licență neexclusivă limitată pentru a descărca Modificările software Apple ce pot fi puse la dispoziție de Apple pentru modelul dvs. de dispozitiv pentru a actualiza sau pentru a restaura software-ul de pe orice astfel de dispozitiv pe care îl dețineți sau pe care îl controlați. Această Licență nu vă permite să actualizați sau să restaurați niciun Dispozitiv pe care nu îl dețineți sau pe care nu îl aveți sub control și vă interzice să distribuiți sau să puneți la dispoziție Modificările software Apple într-o rețea unde ar putea fi utilizate de mai multe dispozitive sau computere simultan. Dacă descărcați o Actualizare software Apple pe computer, aveți dreptul să realizați o singură copie a Modificării software Apple, stocată pe computer într-o formă care poate fi citită de computer, strict cu rol de copie de siguranță, cu condiția imperativă ca această copie de siguranță să includă toate înștiințările despre drepturile de autor și alte drepturi de proprietate conținute în original.

(c) În măsura în care Apple a preinstalat aplicații marca Apple din App Store pe dispozitivul dvs. la momentul achiziției („Aplicații preinstalate"), trebuie să vă autentificați în App Store și să asociați aceste Aplicații preinstalate contului dvs. App Store pentru a le putea utiliza pe dispozitivul dvs. Când asociați o aplicație preinstalată cu contul dvs. App Store, veți asocia în același timp, automat, toate celelalte aplicații preinstalate de pe dispozitiv. Alegând să asociați aplicațiile preinstalate cu contul dvs. App Store, acceptați faptul că Apple poate să transmită, să colecteze, să întrețină, să prelucreze și să utilizeze atât ID-ul Apple utilizat de contul App Store, cât și un identificator unic de hardware colectat de pe dispozitiv, ca identificatori unici de cont cu scopul de a verifica eligibilitatea cererii și de a vă oferi acces la Aplicațiile preinstalate prin intermediul App Store. Dacă nu doriți să utilizați o Aplicație preinstalată, o puteți șterge de pe Dispozitivul dvs. oricând.

(d) Nu aveți dreptul să efectuați următoarele operații și sunteți de acord să nu permiteți altor persoane le realizeze: copiere (cu excepția situațiilor permise în mod expres de prezenta Licență), decompilare,

inginerie inversă, dezasamblare, încercare de a deriva codul sursă, decriptare, modificare sau creare de lucrări derivate ale Software-ului Apple sau ale oricăror servicii furnizate de Software-ul Apple, sau ale oricărei părți a acestora (cu excepția cazului și doar în măsura în care oricare dintre restricțiile menționate anterior este interzisă prin dispoziții legale sau prin termenele de licențiere care guvernează utilizarea componentelor open source ce pot fi incluse în Software-ul Apple). Sunteți de acord să nu îndepărtați, estompați sau modificați nicio notificare proprietară (inclusiv notificările privind mărcile comerciale și de copyright) care poate fi aplicată pe Software-ul Apple sau conținută în acesta.

(e) Software-ul Apple poate fi utilizat pentru a reproduce materiale atâta timp cât această utilizare se limitează la reproducerea materialelor neprotejate prin drepturi de autor, materialelor pentru care dețineți dreptul de autor, sau materialelor pentru care dispuneți de autorizare sau de o permisiune legală pentru a le reproduce. Fără a aduce atingere celor menționate mai sus, vi se interzice să republicați, să retransmiteți sau să reproduceți orice imagine accesată prin aplicația News sau Hărți ca fișier de sine stătător. Drepturile de proprietate intelectuală și de titlu pentru orice conținut afișat, stocat sau accesat prin intermediul dispozitivului aparțin proprietarului conținutului respectiv. Acest conținut poate fi protejat prin drepturi de autor sau alte legi și tratate privind proprietatea intelectuală și poate face obiectul clauzelor de utilizare ale terțului care furnizează conținutul respectiv. Cu excepția prevederilor contrare din prezenta, această Licență nu vă acordă niciun drept de utilizare a unui astfel de conținut și nici nu vă garantează că acesta va continua să fie disponibil pentru dvs.

(f) În conformitate cu termenele și condițiile acestei Licențe, puteți: (i) să utilizați personajele Memoji incluse sau create cu Software-ul Apple („Personaje sistem") (1) în timpul rulării Software-ului Apple și (2) pentru a crea propriile conținuturi și proiecte originale pentru uz personal, necomercial; și (ii) să utilizați Subtitrările în timp real generate automat de dispozitiv de către Software-ul Apple („Subtitrări în timp real"), generate în timpul unui apel FaceTime sau în alt mod, numai pentru uz personal, necomercial. Nicio altă utilizare a Personajelor sistemului sau a Subtitrărilor în timp real nu este permisă de prezenta Licență, inclusiv, dar fără a se limita la, utilizarea, reproducerea, afișarea, interpretarea, înregistrarea, publicarea sau redistribuirea vreunuia dintre Personajele sistemului sau a Subtitrărilor în timp real într-un context cu scop lucrativ, fără scop lucrativ, de partajare publică sau comercial.

(g) Pentru a executa anumite scurtături de acțiuni pentru aplicații și/sau site-uri web, poate fi necesar ca Software-ul Apple să acceseze de pe Dispozitivul dvs. anumite aplicații software, servicii sau site-uri web ale terților părți. Vă dați acordul în mod expres pentru această utilizare în măsura necesară executării Scurtături cu Software-ul Apple.

(h) Sunteți de acord să utilizați software-ul și serviciile Apple (așa cum sunt definite în Secțiunea 5 de mai jos) în conformitate cu toate legile în vigoare, inclusiv legile locale ale țării sau regiunii în care aveți domiciliul sau în care descărcați sau utilizați software-ul și serviciile Apple. Este posibil ca funcțiile software-ului și serviciilor Apple să nu fie disponibile în toate limbile și în toate regiunile; anumite funcții variază în funcție de regiune, iar altele pot fi restricționate sau indisponibile de la furnizorul dvs. de servicii. O conexiune de date Wi-Fi sau celulară este necesară pentru anumite funcții ale software-ului și serviciilor Apple.

(i) Utilizarea App Store necesită o combinație unică între numele de utilizator și parolă, cunoscută sub numele de ID Apple. De asemenea, un ID Apple este necesar pentru accesarea actualizărilor de aplicații și pentru accesarea anumitor funcții ale Software-ului și Serviciilor Apple.

(j) Luați la cunoștință că numeroase funcții, aplicații integrate și Servicii ale Software-ului Apple transmit date și pot avea impact asupra costurilor asociate abonamentului dvs. de date și că sunteți responsabil pentru asemenea costuri. Puteți vedea și controla aplicațiile cărora le este permisă utilizarea datelor celulare și să vedeți o estimare a volumului datelor consumate de aceste aplicații în secțiunea Date celulare din Configurări. În plus, Asistență Wi-Fi va comuta automat la serviciul celular atunci când

conexiunea Wi-Fi este slabă, ceea ce poate crește utilizarea datelor celulare, cu impact asupra costurilor asociate abonamentului dvs. de date. Funcția Asistență Wi-Fi este activată în mod implicit, dar poate fi dezactivată în Configurări. Pentru mai multe informații, consultați Manualul de utilizare al Dispozitivului dvs.

(k) Dacă alegeți să permiteți actualizări automate ale aplicațiilor, dispozitivul dvs. va căuta periodic în baza de date Apple actualizări la aplicațiile de pe dispozitivul dvs. și, dacă este disponibilă, actualizarea va fi descărcată automat și va fi instalată pe dispozitiv. Puteți dezactiva complet actualizările automate ale aplicațiilor oricând: accesați Configurări, apoi apăsați iTunes & App Store și, la Descărcări automate, dezactivați Actualizări.

(l) Utilizarea Dispozitivului dvs. în anumite condiții vă poate distrage atenția și poate conduce la situații periculoase (de exemplu, evitați scrierea mesajelor în timp ce conduceți un vehicul sau folosirea căștilor în timp ce mergeți cu bicicleta). Prin utilizarea Dispozitivului dvs., sunteți de acord că aveți responsabilitatea de a respecta normele ce interzic sau limitează folosirea telefoanelor mobile sau a căștilor (de exemplu, cerința de a folosi opțiunile „hands-free" pentru efectuarea apelurilor în timpul conducerii).

(m) Anumite funcții ale Software-ului Apple pot încerca să ofere asistență în situații legate de siguranță, cum ar fi orice funcție de detectare legată de siguranță și conectarea dvs. la serviciile de urgență (în funcție de disponibilitate). Compania Apple nu garantează disponibilitatea, acuratețea, exhaustivitatea, fiabilitatea sau promptitudinea acestor funcții. Nu trebuie să vă bazați pe aceste funcții în situații în care un ajutor mai prompt sau mai eficient este disponibil și poate fi obținut. Sunteți de acord să utilizați aceste funcții pe propriul risc și apelând la propria judecată și acceptați faptul că Apple, afiliații, agenții sau directorii săi nu vor avea nicio răspundere față de dumneavoastră pentru utilizarea acestor funcții și pentru orice consecințe rezultate, în măsura maximă permisă de lege.

(n) Dispozitivul dvs. nu este un dispozitiv medical și nu poate înlocui o opinie medicală profesională. Acesta nu este proiectat sau destinat utilizării pentru diagnosticarea bolilor sau afecțiunilor ori în terapia, diminuarea, tratamentul sau prevenirea oricărei condiții medicale sau boli. Trebuie să vă consultați cu furnizorul de servicii medicale înainte de a lua orice decizie legată de sănătatea dvs.

**3. Transferul.** Sunt interzise închirierea, darea în leasing, împrumutul, redistribuirea sau sublicențierea Software-ului Apple. Cu toate acestea, puteți transfera o singură dată și definitiv toate drepturile dvs. de licență asupra Software-ului Apple către o altă parte, asociată cu transferul proprietății Dispozitivului dvs., în următoarele condiții: (a) transferul trebuie să includă Dispozitivul dvs. și Software-ul Apple în integralitatea sa, inclusiv toate părțile componente și această Licență; (b) nu veți păstra nici o copie a Software-ului Apple, integrală sau parțială, inclusiv copiile stocate pe un computer sau pe un alt dispozitiv de stocare; și (c) partea care va primi Software-ul Apple va lua la cunoștință și va accepta termenele și condițiile din prezenta Licență.

**4. Consimțământul referitor la utilizarea datelor.** Când utilizați dispozitivul, numărul de telefon și anumiți identificatori unici ai dispozitivului sunt trimiși la Apple pentru a le permite celorlalți să vă contacteze folosind numărul de telefon atunci când utilizați diverse funcții de comunicare ale Software-ului Apple, cum ar fi iMessage și FaceTime. Când utilizați iMessage, Apple poate păstra mesajele dvs. în formă criptată pentru o perioadă limitată de timp pentru a asigura trimiterea acestora. Puteți dezactiva FaceTime sau iMessage accesând configurările FaceTime sau Mesaje pe Dispozitivul dvs. Anumite funcții, precum Analiză, Servicii de localizare, Siri și Dictare pot necesita informații de pe Dispozitivul dvs. Atunci când activați sau utilizați aceste funcții, vor fi furnizate detalii referitoare la informațiile care sunt trimise la Apple și modul în care pot fi folosite acestea. Puteți afla mai multe detalii accesând https://www.apple.com/privacy/. Informațiile dvs. vor fi tratate în permanență în conformitate cu Politica de confidențialitate Apple, disponibilă la adresa: https://www.apple.com/legal/privacy/.

**5. Serviciile și Materialele unor terți.**

(a) Software-ul Apple poate permite accesul la Apple iTunes Store, App Store, Apple Books, Game Center, iCloud, Hărți, News, Fitness+ și alte servicii și site-uri web aparținând companiei Apple și unor terțe părți (denumite colectiv și individual „Servicii"). Utilizarea acestor Servicii necesită acces la internet, iar utilizarea anumitor Servicii poate necesita un ID Apple sau poate necesita din partea dvs. acceptarea unor termene suplimentare și poate face obiectul unor costuri suplimentare. Prin utilizarea acestui software în asociere cu un ID Apple sau cu alte Servicii Apple, acceptați condițiile de utilizare a serviciului în vigoare, precum ultima versiune a Termenelor și condițiilor Serviciilor multimedia Apple aplicabile în țara sau regiunea din care ați accesat aceste Servicii, pe care le puteți accesa și consulta la https://www.apple.com/legal/internet-services/itunes/.

(b) Dacă vă abonați la iCloud, anumite funcții iCloud, precum „iCloud Drive", „Fluxul dvs. foto", „Albume partajate" și „Găsire", pot fi accesate direct din Software-ul Apple. Luați la cunoștință și acceptați că utilizarea iCloud și a acestor funcții face obiectul celor mai recente termene și condiții ale serviciului iCloud, pe care le puteți accesa și consulta la: https://www.apple.com/legal/internet-services/icloud/.

(c) Conținutul aplicației News. Utilizarea de către dvs. a conținutului accesat prin intermediul aplicației News se limitează exclusiv la o utilizare personală, necomercială, nu vă transferă niciun drept de proprietate asupra conținutului și exclude explicit, fără limitare, toate drepturile de utilizare comerciale sau promoționale asupra acestui conținut.

(d) Hărți. Este posibil ca serviciul și funcțiile pentru hărți ale Software-ului Apple („Hărți"), inclusiv acoperirea datelor cartografice, să varieze în funcție de regiune. Atunci când activați sau utilizați Hărți, vor fi furnizate detalii privind informațiile care sunt trimise la Apple și modul în care pot fi utilizate acestea. Luați act și sunteți de acord ca utilizarea aplicației Hărți să fie supusă celor mai recente termene și condiții ale serviciului Hărți, care pot fi accesate și consultate în fila principală din Hărți.

(e) Înțelegeți că prin utilizarea oricăruia dintre Servicii este posibil să întâlniți conținut ce poate fi considerat ofensator, indecent sau discutabil, conținut ce poate sau nu să fi fost identificat ca având limbaj explicit, și că rezultatele oricărei căutări sau accesarea oricărei adrese URL pot genera automat și neintenționat linkuri sau referințe către materiale discutabile. Cu toate acestea, sunteți de acord să utilizați serviciile pe propriul risc și compania Apple, asociații, agenții, directorii sau concesionarii acesteia nu vor fi considerați răspunzători pentru conținutul ce poate fi privit drept ofensator, indecent sau discutabil.

(f) Unele Servicii pot afișa, include sau pune la dispoziție conținut, date, informații, aplicații sau materiale de la terțe părți („Materialele unor terțe părți") sau pot furniza linkuri către anumite site-uri web ale unor terțe părți. Prin utilizarea acestor Servicii, luați la cunoștință și sunteți de acord că Apple nu poate fi considerat răspunzător pentru examinarea sau evaluarea conținutului, acurateței, integrității, actualității, validității, respectării drepturilor de autor, legalității, decenței, calității sau oricărui alt aspect al unor asemenea Materiale sau site-uri web ale unor terțe părți. Apple, reprezentanții săi și societățile sale afiliate sau subsidiare nu garantează, nu aprobă, nu susțin și nu își asumă și nu vor avea nicio răspundere față de dvs. sau orice altă persoană pentru orice Servicii, Materiale sau site-uri web ale unor terțe părți ori pentru orice alte materiale, produse sau servicii ale unor terțe părți. Materialele de la terți și linkurile către alte site-uri web sunt furnizate strict pentru confortul dvs.

(g) Nici Apple și nici unul dintre furnizorii de conținut Apple nu garantează disponibilitatea, acuratețea, integralitatea, fiabilitatea sau actualitatea informațiilor bursiere, a datelor de localizare geografică sau a oricăror alte date afișate de oricare dintre Servicii. Informațiile financiare afișate de către orice Servicii sunt doar cu titlu informativ și nu trebuie să vă bazați pe ele drept recomandări pentru investiții. Înainte de a executa orice tranzacție bursieră bazată pe informațiile obținute prin intermediul Serviciilor, este

recomandat să consultați un specialist financiar sau în investiții, care este calificat din punct de vedere legal pentru a furniza consultanță financiară sau de investiții în țara sau în regiunea dvs. Datele de localizare geografică furnizate de orice Serviciu, inclusiv serviciul Hărți Apple, sunt furnizate doar pentru navigație sau planificare elementară și nu trebuie să vă bazați pe ele în situații care necesită informații precise de localizare sau în care datele de localizare eronate, imprecise, întârziate sau incomplete pot duce la moarte, vătămare personală sau daune materiale sau de mediu. Acceptați faptul că rezultatele pe care le primiți de la serviciul Hărți pot fi diferite față de condițiile rutiere și de teren reale din cauza unor factori care pot afecta precizia datelor Hărți, precum, fără limitare, condițiile meteo, rutiere și de trafic și evenimentele geopolitice. Pentru siguranța dvs. în timpul utilizării funcției de navigație, acordați întotdeauna atenție indicatoarelor rutiere și condițiilor rutiere curente. Respectați practicile conducerii preventive și reglementările privind traficul și rețineți că este posibil ca itinerarele pietonale și pentru biciclete să nu includă căile desemnate.

(h) În măsura în care încărcați orice conținut prin intermediul utilizării Serviciilor, declarați că dețineți toate drepturile pentru conținutul respectiv sau că dispuneți de o autorizație sau de un alt tip de permisiune legală pentru a-l încărca și că respectivul conținut nu încalcă niciuna dintre condițiile de utilizare aplicabile Serviciilor. Sunteți de acord că Serviciile includ conținut, informații și materiale protejate prin drepturi de proprietate care sunt deținute de Apple, de proprietarul site-ului web sau de concesionarii săi și sunt protejate prin legislația referitoare la proprietatea intelectuală și alte legi, incluzând, fără limitare, legislația privind drepturile de autor. Consimțiți să nu utilizați acest tip de conținut, informații sau materiale altfel decât pentru utilizarea permisă a Serviciilor și în nicio altă manieră aflată în discordanță cu termenele prezentei Licențe sau care încalcă orice drepturi de proprietate intelectuală ale unei terțe părți sau ale Apple. Nicio porțiune a Serviciilor nu poate fi reprodusă sub nicio formă și prin niciun mijloc. Sunteți de acord să nu modificați, închiriați, dați în leasing, împrumutați, vindeți, distribuiți sau să creați lucrări derivate pe baza Serviciilor, de nicio manieră și nu veți exploata Serviciile în niciun mod neautorizat, inclusiv, fără limitare, utilizarea Serviciilor pentru transmiterea de viruși, viermi, troieni sau alte tipuri de malware pentru computer ori prin violarea sau supraîncărcarea capacității rețelei. De asemenea, sunteți de acord să nu utilizați Serviciile în nicio manieră pentru a hărțui, abuza, spiona, amenința, defăima sau pentru a încălca sau viola în orice fel drepturile oricărei alte părți și că Apple nu este în niciun mod responsabil pentru asemenea utilizări din partea dvs, nici pentru eventualele mesaje sau transmisii hărțuitoare, amenințătoare, defăimătoare, ofensatoare, ilicite sau ilegale pe care le-ați putea recepționa ca rezultat al utilizării oricăruia dintre Servicii.

(i) În plus, este posibil ca asemenea Servicii și Materiale ale terțelor părți să nu fie disponibile în toate limbile sau în toate țările sau regiunile. Apple nu face nicio declarație că asemenea Servicii și Materiale ale unor terțe părți sunt adecvate sau disponibile pentru utilizare în vreo locație. În măsura în care optați să utilizați sau să accesați asemenea Servicii și Materiale ale unor terțe părți, o faceți din propria dvs. inițiativă și sunteți responsabil pentru respectarea tuturor legilor în vigoare, inclusiv, dar fără limitare la legile locale în vigoare și la legile privind confidențialitatea și colectarea datelor. Partajarea sau sincronizarea pozelor prin intermediul dispozitivului dvs. poate determina transmiterea unor metadate odată cu pozele, inclusiv locul și momentul în care a fost făcută poza și informații despre adâncime. Utilizarea serviciilor Apple (precum Biblioteca foto iCloud) pentru partajarea sau sincronizarea acestor poze va implica recepționarea și stocarea acestor metadate de Apple. Apple și concesionarii săi își rezervă dreptul de a modifica, suspenda, elimina sau dezactiva accesul la orice Servicii în orice moment și fără înștiințare prealabilă. Apple nu va fi în niciun caz răspunzător pentru eliminarea sau dezactivarea accesului la oricare asemenea Servicii. De asemenea, Apple poate impune limite asupra utilizării sau accesării unor anumite Servicii, în orice caz și fără înștiințare prealabilă sau asumare a răspunderii.

**6. Încetarea.** Prezenta Licență este în vigoare până la încetarea sa. Drepturile dvs. decurgând din prezenta Licență vor înceta automat sau nu vor continua să mai fie în vigoare fără înștiințare din partea Apple dacă nu vă conformați oricărei condiții din această Licență. După încetarea acestei Licențe, trebuie să încetați orice utilizare a Software-ului Apple. Prevederile secțiunilor 4, 5, 6, 7, 8, 9, 10, 12 și 13

ale prezentei Licențe vor fi aplicabile și după orice asemenea încetare.

**7. Exonerarea de garanții**

7.1    Dacă sunteți un client care este un consumator (cineva care utilizează Software-ul Apple în afara activităților comerciale sau profesionale), este posibil să aveți drepturi legale în țara dvs. de reședință care să interzică aplicarea următoarelor limitări în cazul dvs., și, acolo unde sunt interzise, acestea nu se vor aplica în cazul dvs. Pentru informații suplimentare despre drepturi, contactați o organizație locală în domeniul consultanței pentru consumatori.

7.2    RECUNOAȘTEȚI ȘI ACCEPTAȚI ÎN MOD EXPRES CĂ, ÎN LIMITELE PERMISE PRIN LEGILE ÎN VIGOARE, UTILIZAREA SOFTWARE-ULUI APPLE ȘI A ORICĂROR SERVICII EXECUTATE SAU ACCESATE PRIN INTERMEDIUL SOFTWARE-ULUI APPLE SE FACE PE PROPRIUL DVS. RISC ȘI CĂ VĂ ASUMAȚI INTEGRAL RISCURILE RELATIVE LA CALITATE SATISFĂCĂTOARE, PERFORMANȚĂ, ACURATEȚE ȘI EFORT

7.3    ÎN LIMITELE MAXIME PERMISE PRIN LEGILE ÎN VIGOARE, SOFTWARE-UL ȘI SERVICIILE APPLE SUNT FURNIZATE „CA ATARE" ȘI „ÎN FUNCȚIE DE DISPONIBILITATE", CU TOATE DEFECTELE ȘI FĂRĂ NICI UN FEL DE GARANȚIE, IAR APPLE ȘI LICENȚIATORII APPLE (DENUMIȚI COLECTIV „APPLE" ÎN SECȚIUNILE 7 ȘI 8) SE EXONEREAZĂ DE ORICE GARANȚII ȘI CONDIȚII RELATIVE LA SOFTWARE-UL ȘI SERVICIILE APPLE, FIE ELE EXPLICITE, IMPLICITE SAU LEGALE, INCLUZÂND, DAR FĂRĂ A SE LIMITA LA, GARANȚIILE ȘI/SAU CONDIȚIILE IMPLICITE DE VANDABILITATE, CALITATE SATISFĂCĂTOARE, ADECVARE PENTRU UN ANUMIT SCOP, ACURATEȚE, FOLOSINȚĂ LINIȘTITĂ ȘI NEÎNCĂLCARE A DREPTURILOR TERȚELOR PĂRȚI.

7.4    APPLE NU GARANTEAZĂ CĂ UTILIZAREA SOFTWARE-ULUI ȘI SERVICIILOR APPLE VA FI LIPSITĂ DE PROBLEME, CĂ FUNCȚIILE CONȚINUTE ÎN SAU SERVICIILE EXECUTATE DE SAU FURNIZATE PRIN SOFTWARE-UL APPLE VOR CORESPUNDE CERINȚELOR DVS., CĂ OPERAREA SOFTWARE-ULUI ȘI SERVICIILOR APPLE VA FI NEÎNTRERUPTĂ SAU LIPSITĂ DE ERORI, CĂ ORICE SERVICII VOR CONTINUA SĂ FIE PUSE LA DISPOZIȚIE, CĂ DEFECTELE DIN SOFTWARE-UL SAU SERVICIILE APPLE VOR FI CORECTATE, SAU CĂ SOFTWARE-UL APPLE VA FI COMPATIBIL SAU VA FUNCȚIONA CU ORICE SOFTWARE, APLICAȚII SAU SERVICII ALE UNOR TERȚE PĂRȚI. INSTALAREA ACESTUI SOFTWARE APPLE POATE AFECTA DISPONIBILITATEA ȘI CAPACITATEA DE UTILIZARE A SOFTWARE-ULUI, APLICAȚIILOR SAU SERVICIILOR UNOR TERȚI, PRECUM ȘI A PRODUSELOR ȘI SERVICIILOR APPLE.

7.5    ÎN PLUS, RECUNOAȘTEȚI CĂ SOFTWARE-UL ȘI SERVICIILE APPLE NU SUNT DESTINATE SAU ADECVATE PENTRU UTILIZAREA ÎN SITUAȚII SAU MEDII ÎN CARE DEFECTAREA SAU ÎNTÂRZIERILE SOFTWARE-ULUI SAU SERVICIILOR APPLE ORI ERORILE SAU INEXACTITĂȚILE DIN CONȚINUTUL, DATELE SAU INFORMAȚIILE FURNIZATE DE ACESTEA AR PUTEA DUCE LA DECES, LA VĂTĂMĂRI CORPORALE SAU LA DAUNE IMPORTANTE FIZICE SAU DE MEDIU, INCLUZÂND FĂRĂ LIMITARE OPERAREA INSTALAȚIILOR NUCLEARE, SISTEMELOR DE NAVIGARE SAU DE COMUNICAȚII AERIENE, SISTEMELOR DE CONTROL AL TRAFICULUI AERIAN, APARATELOR DE MENȚINERE ARTIFICIALĂ A VIEȚII SAU A SISTEMELOR DE ARMAMENT.

7.6    NICIO INFORMAȚIE SAU RECOMANDARE COMUNICATĂ VERBAL SAU ÎN SCRIS DE APPLE SAU UN REPREZENTANT AUTORIZAT APPLE NU VA CONSTITUI O GARANȚIE. ÎN CAZUL ÎN CARE SOFTWARE-UL SAU SERVICIILE APPLE SE VOR DOVEDI DEFECTUOASE, VĂ VEȚI ASUMA INTEGRAL SUPORTAREA COSTURILOR PENTRU TOATE DEPANĂRILE, REPARAȚIILE SAU CORECTURILE NECESARE. UNELE JURISDICȚII NU PERMIT EXCLUDEREA GARANȚIILOR IMPLICITE SAU LIMITĂRILE DREPTURILOR LEGALE APLICABILE ALE CONSUMATORULUI, AȘA ÎNCÂT ESTE POSIBIL CA EXCLUDERILE ȘI LIMITĂRILE DE MAI SUS SĂ NU SE APLICE ÎN CAZUL DVS.

**8. Limitarea răspunderii.** ÎN LIMITELE PERMISE DE LEGILE ÎN VIGOARE, APPLE, ASOCIAȚII, AGENȚII SAU DIRECTORII COMPANIEI NU VOR RĂSPUNDE ÎN NICIUN CAZ PENTRU VĂTĂMĂRI PERSONALE ȘI NICI PENTRU DAUNE INCIDENTALE, SPECIALE, INDIRECTE SAU SECUNDARE DE NICIUN FEL, INCLUSIV, DAR FĂRĂ A SE LIMITA LA, DAUNELE REZULTATE DIN PIERDERI DE PROFIT, CORUPEREA SAU PIERDEREA DATELOR, EȘECUL DE A TRANSMITE SAU DE A RECEPȚIONA ORICE DATE (INCLUSIV, DAR FĂRĂ A SE LIMITA LA, INSTRUCȚIUNI PENTRU CURSURI, SARCINI ȘI MATERIALE), ÎNTRERUPEREA ACTIVITĂȚII SAU ORICE ALTE DAUNE SAU PIERDERI COMERCIALE, REZULTATE DIN SAU AVÂND LEGĂTURĂ CU UTILIZAREA SAU IMPOSIBILITATEA DE A UTILIZA SOFTWARE-UL ȘI SERVICIILE APPLE SAU ORICE SOFTWARE, APLICAȚIE ORI SERVICIU AL UNOR TERȚE PĂRȚI ÎN LEGĂTURĂ CU SOFTWARE-UL SAU SERVICIILE APPLE, INDIFERENT CARE AR FI CAUZA, FĂRĂ A ȚINE CONT DE TEORIA RĂSPUNDERII CIVILE (RĂSPUNDERE CONTRACTUALĂ, EXTRACONTRACTUALĂ SAU DE ALT FEL) ȘI CHIAR DACĂ APPLE A FOST PREVENITĂ ASUPRA POSIBILITĂȚII UNOR ASTFEL DE DAUNE. UNELE JURISDICȚII NU PERMIT EXCLUDEREA SAU LIMITAREA RĂSPUNDERII PENTRU VĂTĂMĂRI CORPORALE SAU PENTRU DAUNE INCIDENTALE SAU CONSECUTIVE, ASTFEL ÎNCÂT ESTE POSIBIL CA ACESTE LIMITĂRI SĂ NU SE APLICE ÎN CAZUL DVS. Răspunderea totală din partea Apple pentru toate daunele dvs. (în afara celei impuse de legislația în vigoare în cazurile de vătămare corporală) nu va depăși în nicio eventualitate suma de două sute cincizeci de dolari americani (250,00 USD). Limitările de mai sus se vor aplica inclusiv în cazul în care compensația menționată mai sus nu reușește să își realizeze scopul esențial. FĂRĂ A ADUCE ATINGERE ORICĂROR ALTOR TERMENE DIN ACEASTĂ LICENȚĂ, ÎN CAZUL ÎN CARE SE APLICĂ LEGEA JAPONEZĂ PRIVIND CONTRACTELE DE CONSUM, TERMENELE CARE LIMITEAZĂ RĂSPUNDEREA APPLE PENTRU DAUNELE CARE DECURG DIN ÎNCĂLCAREA CONTRACTULUI SAU DIN PREJUDICIUL COMIS DE APPLE NU SE VOR APLICA ÎN CAZUL ÎN CARE ACESTE DAUNE SE DATOREAZĂ UNEI ABATERI INTENȚIONATE SAU UNEI NEGLIJENȚE GRAVE DIN PARTEA APPLE.

**9. Certificate digitale.** Software-ul Apple conține funcții care permit acceptarea certificatelor digitale emise fie de Apple, fie de terțele părți. DVS. SUNTEȚI SINGURUL RESPONSABIL PENTRU DECIZIA DE A AVEA SAU NU ÎNCREDERE ÎNTR-UN CERTIFICAT EMIS DE APPLE SAU DE O TERȚĂ PARTE. UTILIZAREA CERTIFICATELOR DIGITALE SE FACE PE PROPRIUL DVS. RISC. ÎN LIMITELE MAXIME PERMISE DE LEGILE ÎN VIGOARE, APPLE NU OFERĂ NICIUN FEL DE GARANȚII SAU DECLARAȚII, EXPLICITE SAU IMPLICITE, ASUPRA VANDABILITĂȚII SAU ADECVĂRII PENTRU UN ANUMIT SCOP, ACURATEȚEI, SECURITĂȚII SAU NEÎNCĂLCĂRII DREPTURILOR TERȚELOR PĂRȚI CU PRIVIRE LA CERTIFICATELE DIGITALE.

**10. Controlul exporturilor.** Nu puteți utiliza, exporta sau reexporta Software-ul Apple decât în conformitate cu legislația Statelor Unite ale Americii și cu legislația din jurisdicția sau jurisdicțiile de unde a fost obținut Software-ul Apple. În particular, dar fără limitare, Software-ul Apple nu poate fi exportat sau reexportat (a) în orice țări supuse unui embargo de către Statele Unite ale Americii sau (b) oricărei persoane aflate pe lista „Specially Designated Nationals" a Ministerului de Finanțe din Statele Unite ale Americii sau pe listele „Denied Person" sau „Denied Entity" ale Ministerului Comerțului din Statele Unite ale Americii sau pe orice altă listă de persoane restricționate. Prin utilizarea Software-ului Apple, declarați și garantați că nu vă aflați în niciuna din aceste țări și pe niciuna din aceste liste. De asemenea, sunteți de acord că nu veți utiliza Software-ul Apple în niciun scop interzis de legislația Statelor Unite ale Americii, inclusiv, dar fără limitare, la dezvoltarea, proiectarea, fabricarea sau producția de proiectile, arme nucleare, chimice sau biologice.

**11. Utilizatorii finali din Guvernul Statelor Unite.** Software-ul Apple și documentația aferentă sunt „Commercial Items" (articole comerciale), așa cum este definit acest termen în clauza 48 C.F.R. (Code of Federal Rules) §2.101, constând în „Commercial Computer Software" (software comercial) și „Commercial Computer Software Documentation" (documentație pentru software comercial), așa cum sunt definiți acești termeni în clauzele 48 C.F.R. §12.212 sau 48 C.F.R. §227.7202, după caz. În conformitate cu clauza 48 C.F.R. §12.212 sau 48 C.F.R. între §227.7202-1 și 227.7202-4, după caz,

elementele „Commercial Computer Software" și „Commercial Computer Software Documentation" sunt licențiate utilizatorilor finali din Guvernul Statelor Unite (a) doar drept „Commercial Items" și (b) doar însoțite de aceleași drepturi acordate tuturor celorlalți utilizatori în conformitate cu termenele și condițiile din prezentul document. Drepturile nepublicate sunt rezervate în virtutea legilor drepturilor de autor în vigoare în Statele unite ale Americii.

**12. Legea guvernantă și independența clauzelor.** Prezenta Licență va fi guvernată și interpretată în conformitate cu legislația Statului California, excluzând prevederile dreptului internațional privat. Această Licență nu va fi guvernată de Convenția Națiunilor Unite asupra contractelor de vânzare internațională de mărfuri, a cărei aplicare este exclusă în mod expres. Dacă sunteți un consumator din Regatul Unit, prezenta Licență va fi guvernată de legile corespunzătoare jurisdicției reședinței dvs. Dacă, din orice motiv, o instanță a unei jurisdicții competente găsește orice prevedere a Licenței ca fiind inaplicabilă, integral sau parțial, celelalte prevederi rămân în continuare aplicabile integral.

**13. Integralitatea acordului. Limba prevalentă.** Prezenta Licență constituie integralitatea acordului între dvs. și Apple cu privire la Software-ul Apple și înlocuiește toate înțelegerile anterioare sau actuale asupra acestui subiect. Niciun amendament și nicio modificare a prezentei Licențe nu vor căpăta efect în afara cazului în care sunt scrise și semnate de către Apple. Orice traducere a prezentei Licențe este realizată pentru necesități locale și, în eventualitatea unei contradicții între versiunea în limba engleză și versiunea într-o altă limbă, versiunea în limba engleză va prevala în măsura permisă de legislația locală din jurisdicția dvs.

**14. Recunoașterile terțelor părți.** Unele părți ale Software-ului Apple pot utiliza sau include software de la terțe părți și alte materiale protejate prin drepturi de autor. Recunoașterile, condițiile de licențiere și limitările răspunderii pentru asemenea materiale sunt conținute în documentația electronică pentru Software-ul Apple și utilizarea acestor materiale este guvernată de condițiile de utilizare respective. Utilizarea Google Safe Browsing Service este sub incidența condițiilor de utilizare Google (https:// www.google.com/intl/ro/policies/terms/) și a politicii de confidențialitate Google (https:// www.google.com/intl/ro/policies/privacy/).

**15. Utilizarea MPEG-4; Mențiunea H.264/AVC**
(a) Software-ul Apple este licențiat sub licență portofoliului de brevete MPEG-4 Systems pentru codare în conformitate cu standardul MPEG-4 Systems, cu excepția faptului că o licență suplimentară și plata de drepturi de autor sunt necesare pentru codarea în legătură cu (i) datele stocate sau reproduse pe suporturi fizice care sunt plătite individual pentru fiecare titlu și/sau (ii) datele care sunt plătite individual pentru fiecare titlu și sunt transmise către un utilizator final pentru stocare permanentă și/sau utilizare. O astfel de licență suplimentară poate fi obținută de la MPEG LA, LLC. Consultați https://www.mpegla.com pentru detalii suplimentare.

(b) Software-ul Apple conține funcționalități de codificare și/sau decodificare video MPEG-4. Software-ul Apple este licențiat sub licența portofoliului de brevete MPEG-4 Visual pentru utilizare personală și necomercială din partea unui consumator pentru (i) codificarea de video în conformitate cu standardul MPEG-4 Visual („video MPEG-4") și/sau (ii) decodificarea de video MPEG-4 care a fost codificat de un consumator angajat într-o activitate personală și necomercială și/sau a fost obținut de la un furnizor de video licențiat de MPEG LA pentru a furniza video MPEG-4. Nicio licență nu este acordată și nu trebuie considerată ca fiind implicită pentru niciun alt fel de utilizare. Informații suplimentare, inclusiv referitoare la utilizarea și licențierea în scopuri promoționale, interne și comerciale pot fi obținute de la MPEG LA, LLC. Consultați https://www.mpegla.com.

(c) Software-ul Apple conține funcționalitate de codificare și/sau decodificare AVC, utilizarea comercială a H.264/AVC necesită licențiere suplimentară și se aplică următoarele prevederi: FUNCȚIONALITATEA AVC DIN SOFTWARE-UL APPLE ESTE LICENȚIATĂ ÎN PREZENTA DOAR PENTRU UTILIZARE

PERSONALĂ ȘI NECOMERCIALĂ DIN PARTEA UNUI CONSUMATOR PENTRU (i) CODAREA DE CONȚINUT VIDEO ÎN CONFORMITATE CU STANDARDUL AVC („VIDEO AVC") ȘI/SAU (ii) DECODAREA DE CONȚINUT VIDEO AVC CARE A FOST CODAT DE UN CONSUMATOR ANGAJAT ÎNTR-O ACTIVITATE PERSONALĂ ȘI NECOMERCIALĂ ȘI/SAU CONȚINUT VIDEO AVC CARE A FOST OBȚINUT DE LA UN FURNIZOR DE VIDEO LICENȚIAT PENTRU A FURNIZA CONȚINUT VIDEO AVC. INFORMAȚIILE REFERITOARE LA ALTE UTILIZĂRI ȘI LICENȚIERI POT FI OBȚINUTE DE LA MPEG LA L.L.C. SEE https://www.mpegla.com.

**16. Restricțiile serviciului Yahoo Search.** Serviciul Yahoo Search disponibil prin intermediul Safari este licențiat pentru utilizare doar în următoarele țări și regiuni: Argentina, Aruba, Australia, Austria, Barbados, Belgia, Bermude, Brazilia, Bulgaria, Canada, Insulele Cayman, Chile, China continentală, Hong Kong, Taiwan, Columbia, Cipru, Republica Cehă, Danemarca, Republica Dominicană, Ecuador, El Salvador, Finlanda, Franța, Germania, Grecia, Grenada, Guatemala, Ungaria, Islanda, India, Indonezia, Irlanda, Italia, Jamaica, Japonia, Letonia, Lituania, Luxemburg, Malaezia, Malta, Mexic, Țările de Jos, Noua Zeelandă, Nicaragua, Norvegia, Panama, Peru, Filipine, Polonia, Portugalia, Puerto Rico, România, Singapore, Slovacia, Slovenia, Coreea de Sud, Spania, St. Lucia, St. Vincent, Suedia, Elveția, Thailanda, Bahamas, Trinidad și Tobago, Turcia, Marea Britanie, Uruguay, Statele Unite ale Americii și Venezuela.

**17. Mențiunea Microsoft Exchange.** Configurarea de e-mail Microsoft Exchange din Software-ul Apple este licențiată doar pentru sincronizare „over the air" a informațiilor, precum e-mailuri, contacte, calendare și activități, între Dispozitivul dvs. și Microsoft Exchange Server sau alt software tip server licențiat de Microsoft pentru a implementa protocolul Microsoft Exchange ActiveSync.

EA1806
08.07.2022

———————————
**Termene și condiții suplimentare pentru Apple Pay și aplicația Portofel**

Prezentele termene și condiții suplimentare pentru Apple Pay și Portofel (aceste „Termene suplimentare") suplimentează Acordul de licență software Apple („Licența"); atât condițiile Licenței, cât și prezentele Termene suplimentare guvernează utilizarea funcției Apple Pay („Apple Pay") și a aplicației Portofel Apple („Portofel"), care va fi considerată „Serviciu" în baza Licenței. Termenii scriși cu majuscule utilizați în aceste Termene suplimentare au sensul enunțat în Licență.

**1. Trecere în revistă**

**Apple Pay**

Apple Pay vă permite:

- să faceți plăți contactless utilizând carduri de credit, de debit și preplătite, inclusiv Apple Card și cardul Apple Cash, în anumite locuri sau pe site-uri web;
- să trimiteți plăți directe între persoane alor utilizatori Apple Cash; și
- să urmăriți comenzi și să vizualizați chitanțe detaliate.

Este posibil ca Apple Pay și anumite funcții Apple Pay să nu fie disponibile decât în anumite regiuni, cu anumiți emitenți de carduri, rețele de plată, comercianți și terțe părți.

**Portofel**

Aplicația Portofel Apple vă permite să stocați reprezentări virtuale ale cardurilor de credit, de debit și preplătite pentru a fi utilizate cu Apple Pay (denumite colectiv „Carduri Apple Pay") și ale altor tipuri de

carduri, tichete și chei, inclusiv dar fără a se limita la următoarele (denumite colectiv „Tichetele Portofel" și, împreună cu cardurile Apple Pay „Carduri compatibile"):

- carduri de fidelitate;
- carduri de transport;
- bilete;
- tichete de membru;
- chei auto;
- chei ale locuinței;
- chei folosite în industria ospitalieră;
- ecusoane corporative;
- carduri de identitate studențești; și
- carnete de conducere sau carduri de identitate emise de stat sau de guvern („Carduri de identitate").

Este posibil ca Tichetele Portofel să fie disponibile doar în anumite regiuni și la anumiți parteneri. Cardurile de identitate pot fi disponibile doar pentru rezidenții statelor care participă și forma acestora poate varia în funcție de stat sau de localizare.

Cardurile compatibile se pot modifica periodic.

## 2. Eligibilitate

Pentru a utiliza Apple Pay și aplicația Portofel, trebuie să aveți (i) un Dispozitiv compatibil care rulează o versiune a software-ului de operare compatibilă cu Serviciile (cea mai recentă versiune recomandată și uneori obligatorie), (ii) un ID Apple asociat cu un cont de iCloud înregistrat în mod corespunzător la Apple și (iii) acces la internet (se pot aplica taxe). Cu excepția serviciului Apple Cash pentru familie și a anumitor carduri e-money, cardurile Apple Pay sunt disponibile exclusiv persoanelor peste 13 ani și pot fi supuse unor restricții suplimentare legate de vârstă impuse de iCloud sau de emitentul, comerciantul sau orice altă terță parte relevantă. Cardurile de transport, cardurile e-money, cardurile de identitate, ecusoanele corporative și cheile sunt disponibile doar pe Dispozitivele iOS.

Dacă sunteți părintele sau tutorele responsabil de o familie iCloud (un „Organizator"), puteți invita membrii familiei, inclusiv pe cei care au sub 13 ani (sau vârsta minimă echivalentă în țările corespunzătoare) pentru a le furniza și a utiliza carduri de transport eligibile în Portofel. În calitate de Organizator, responsabilitatea pentru toate plățile, achizițiile și tranzacțiile efectuate utilizându-se cardul de transport care a fost activat pentru membrii Familiei, inclusiv cele inițializate de membrul Familiei, vă aparține. Eligibilitatea pentru cardurile de transport din Portofel și utilizarea acestora sunt supuse termenelor și condițiilor agenților relevante de transport. Organizatorii sunt responsabili pentru respectarea acestor termene și condiții și își asumă întregul risc legat de activarea tichetelor de transport pentru membrii Familiei. Când un membru al Familiei părăsește familia sau este eliminat din aceasta, respectivul membru nu va mai putea să reîncarce cardul de transport și va putea efectua tranzacții cu acel card până în momentul când soldul cardului devine zero.

Dacă dețineți o cheie auto, puteți partaja cheia auto cu alți membri cu vârsta peste 13 ani pentru ca aceștia să poată descuia, accesa și/sau conduce mașina.

Cheile de la locuință pot fi adăugate sau eliminate din Portofel doar adăugând sau eliminând încuietori în aplicația Locuință sau adăugându-vă sau eliminându-vă pe dvs. dintr-o locuință din aplicația Locuință. Dacă sunteți administratorul unei locuințe în aplicația Locuință, toate cheile existente ale locuinței vor fi partajate automat cu persoanele pe care le-ați invitat și care se alătură Locuinței dvs.

Apple Card este disponibil numai în Statele Unite și este emis de Goldman Sachs Bank USA, Salt Lake City Branch („Emitentul Apple Card"). Cu excepția funcției Apple Card pentru familie, cardul Apple Card este disponibil doar persoanelor peste 18 ani (sau mai în vârstă, în funcție de statul de reședință).

Cardul Apple Cash și posibilitatea de a trimite și de a primi plăți directe între persoane sunt disponibile numai în Statele Unite și sunt servicii oferite de Green Dot Bank, membru FDIC. Pentru a trimite sau a primi plăți directe între persoane în Apple Pay, trebuie să aveți un card Apple Cash. Cu excepția funcției Apple Cash pentru familie, cardul Apple Cash și posibilitatea de a trimite și de a primi plăți directe între persoane sunt disponibile doar persoanelor peste 18 ani.

### 3. Utilizarea Serviciilor

Cardurile compatibile și plățile directe între persoane sunt asociate cu ID-ul dvs. Apple cu care v-ați autentificat la iCloud pentru a utiliza aceste funcții. Când adăugați sau eliminați chei, ecusoane corporative, carduri de fidelitate, bilete și tichete de membru în aplicația Portofel, modificarea poate apărea și pe celelalte dispozitive Apple ale dvs. pe care v-ați autentificat cu ID-ul Apple. Veți putea să asociați un singur card de identitate pentru fiecare autoritate de stat emitentă pentru fiecare ID Apple.

Apple Pay și aplicația Portofel sunt concepute pentru a fi utilizate de dvs. și puteți furniza doar propriile Carduri compatibile sau cardurile de transport sau chei auto sau de locuință pe care un Organizator sau proprietar v-a invitat să le furnizați. Dacă puneți la dispoziție un card corporativ compatibil, se presupune că faceți acest lucru cu permisiunea angajatorului și aveți împuternicirea necesară să acceptați aceste condiții de utilizare în numele angajatorului și toate tranzacțiile implicate de utilizarea acestei funcții. Dacă trimiteți sau primiți o plată directă între persoane, declarați că faceți acest lucru în scop personal, necomercial. Dacă furnizați un card de identitate, declarați că utilizați propriile informații personale care vă reprezintă în mod corect și real.

Sunteți de acord să nu utilizați Apple Pay sau aplicația Portofel în scopuri ilegale sau frauduloase ori alte scopuri interzise de Licență și de Termenele suplimentare de față. În plus, sunteți de acord să utilizați Apple Pay și aplicația Portofel în conformitate cu legile și reglementările aplicabile. Sunteți de acord că orice informație falsă declarată în legătură cu un card de identitate poate fi considerată infracțiune conform legilor federale și ale statului. Sunteți de acord să nu afectați și să nu perturbați serviciul Apple Pay sau Portofel (inclusiv accesarea serviciului prin mijloace automatizate) sau a serverelor ori rețelelor conectate la serviciu, sau orice politică, cerință sau reglementare privind rețelele conectate la serviciu (inclusiv orice acces, utilizare sau monitorizare neautorizată a datelor sau a traficului de date).

Dacă accesul sau utilizarea de către dvs. a serviciului Apple Pay sau Portofel este interzisă de legile în vigoare, nu aveți autorizația de a accesa sau utiliza aceste Servicii. Nu suntem responsabili dacă dvs. accesați sau utilizați Serviciile într-o manieră care încalcă legile în vigoare.

### 4. Relația companiei Apple cu dvs.

Utilizarea de către dvs. a Apple Pay se va face conform acestor Termene suplimentare, cât și conform termenelor acordului de deținător de card pe care l-ați semnat cu emitentul, comerciantul sau orice terță parte responsabilă pentru cardul Apple Pay.

În același mod, utilizarea de către dvs. a Tichetelor Portofel în aplicația Portofel se va face conform acestor Termene suplimentare, cât și conform termenelor acordului cu comerciantul, agenția de transport, producătorul de mașini și încuietori, universitatea, hotelul, complexul turistic, compania de croaziere maritime, corporația, autoritatea emitentă de stat sau orice altă terță parte relevantă.

Exceptând anumite funcții Apple Pay furnizate de Apple Payments Inc. („Apple Payments") descrise mai

jos, Apple nu procesează plăți sau alte tranzacții diferite de cele de plată făcute cu cardurile dvs. Apple Pay. Compania Apple nu deține controlul și nu este responsabilă pentru plăți, returnări de plăți, returnări, rambursări, transferuri de fonduri, recompense, valori, reduceri, acces, verificarea identității, comenzi, onorarea comenzilor sau alte activități ce ar putea decurge din utilizarea de către dvs. a Apple Pay sau a aplicației Portofel.

Dacă există inadvertențe între prevederile acestor Termene suplimentare și acordul dvs. cu emitentul, comerciantul, autoritatea de stat emitentă sau alte terțe părți relevante (fiecare denumit „**Acord cu terțe părți**"), prevederile acestor Termene suplimentare vor guverna relația dvs. cu Apple și prevederile Acordului cu terțe părți vor guverna relația dvs. cu respectivele terțe părți.

Sunteți de acord că Apple nu este parte din Acordurile dvs. cu terțe părți, iar compania Apple nu este responsabilă pentru: (a) conținutul, acuratețea sau disponibilitatea Cardurilor compatibile, ale cumpărăturilor, tranzacțiilor, transferurilor de fonduri, comenzilor, onorării comenzilor, chitanțelor sau altor activități în timp ce utilizați Apple Pay sau Portofel, inclusiv, dar fără a se limita la cele efectuate de membrii Familiei sau de alte persoane cu care ați partajat Cardurile compatibile sau care au acces la Dispozitivul dvs.; (b) emiterea creditului sau accesarea eligibilității pentru credit; (c) emiterea, suspendarea sau revocarea permisului de conducere sau a cardului de identitate emis de autoritățile de stat; (d) activitățile emitenților, comercianților, dezvoltatorilor de aplicații sau ale altor terțe părți în legătură cu utilizarea de către dvs. a Apple Pay sau Portofel; (e) deciziile luate de un emitent, comerciant sau altă terță parte în legătură cu adăugarea Cardului compatibil în Portofel; (f) calitatea de membru sau participarea dvs. în orice program al comerciantului sau al partenerului; (g) orice acumulare sau răscumpărare a recompenselor sau valorii stocate în legătură cu Cardurile compatibile; (h) finanțarea sau reîncărcarea Cardurilor compatibile preplătite; (i) trimiterea sau primirea plăților sau transferurilor de fonduri directe între persoane; sau (j) încărcarea, valorificarea sau retragerea banilor de pe cardul Apple Cash.

Atunci când vă înscrieți pentru Apple Card, solicitați deschiderea unui cont la Emitentul Apple Card. Instituția financiară responsabilă pentru furnizarea Apple Card se poate schimba, iar utilizarea Apple Card de către dvs. face obiectul termenelor și condițiilor acesteia.

Atunci când activați aceste funcții Apple Cash în Apple Pay, deschideți un cont la Green Dot Bank. Exceptând funcțiile Apple Pay furnizate de Apple Payments, atunci când trimiteți sau primiți o plată directă între persoane sau încărcați ori retrageți bani de pe cardul dvs. Apple Cash, Green Dot Bank va fi responsabilă pentru primirea și trimiterea banilor către destinatarul vizat. Instituția financiară responsabilă pentru furnizarea Apple Cash și a plăților directe între persoane în cadrul Apple Pay se poate schimba, iar utilizarea de către dvs. a acestor funcții face obiectul termenelor și condițiilor acesteia.

Posibilitatea de a utiliza fondurile de pe cardul dvs. Apple Cash pentru a efectua plăți anumitor companii eligibile pe care le-ați autorizat („Serviciu de plăți directe") este un serviciu furnizat de Apple Payments. Utilizarea de către dvs. a Serviciului de plăți directe face obiectul termenelor și condițiilor privind plățile directe ale Apple Payments. În plus, anumite companii eligibile vă pot permite să le autorizați să vă trimită fonduri pe cardul dvs. Apple Cash (fiecare, o „Plată"). Deși Plățile pot fi procesate de Apple Payments, acestea sunt oferite de companiile participante care furnizează astfel de fonduri și pot face obiectul anumitor termene și condiții suplimentare ale companiilor plătitoare. Pentru toate litigiile sau întrebările privind Cardurile compatibile sau activitățile comerciale asociate, contactați emitentul cardului comerciantul în cauză, autoritatea de stat emitentă, dezvoltatorul aplicației sau altă terță parte. Pentru întrebări privind Apple Pay, Portofel, Apple Card sau cardul Apple Cash ori plățile directe între persoane, contactați Asistența Apple.

## 5. Confidențialitate

Colectarea și utilizarea informațiilor cu caracter personal de către Apple sunt guvernate de politica de confidențialitate Apple disponibilă la https://www.apple.com/legal/privacy/ro. Puteți obține informații detaliate despre informațiile cu caracter personal colectate, utilizate sau partajate în cadrul utilizării de către dvs. a funcției Apple Pay și Portofel, consultând mențiunile de confidențialitate specifice serviciului relevant, inclusiv secțiunea Despre Apple Pay și confidențialitate, care poate fi accesată pe Dispozitiv sau în aplicația Watch de pe un Dispozitiv asociat, sau vizitând pagina https://www.apple.com/legal/privacy/ro. Prin utilizarea Apple Pay și Portofel, sunteți de acord și vă exprimați consimțământul asupra transmiterii, colectării, întreținerii, procesării și utilizării informațiilor susmenționate de către Apple, filialele și agenții Apple, pentru a furniza aceste Servicii.

**6. Securitate; dispozitive pierdute sau dezactivate**

PROTEJAȚI DISPOZITIVELE COMPATIBILE ȘI ACREDITĂRILE AȘA CUM V-AȚI PROTEJA PORTOFELUL ȘI CARDURILE FIZICE

Apple Pay și aplicația Portofel stochează reprezentări virtuale ale Cardurilor dvs. compatibile și trebuie protejate la fel cum vă protejați portofelul fizic, cheile sau cardurile de credit, de debit, preplătite, de identitate sau alte tipuri de carduri. Responsabilitatea pentru menținerea securității Dispozitivelor și ID-ului dvs. Apple, a informațiilor Touch ID și Face ID, a codului de acces pentru Dispozitivele compatibile și a tuturor acreditărilor de autentificare utilizate în legătură cu Serviciile (denumite colectiv „Acreditări") vă aparține în exclusivitate. Dacă autorizați sau permiteți altei persoane să utilizeze Dispozitivul dvs. compatibil (*de exemplu*, oferind codul de acces al Dispozitivului unei terțe părți sau permițând unei terțe părți să adauge amprenta pentru a utiliza Touch ID sau a activa Face ID sau furnizând în orice alt mod Acreditările dvs. unei terțe părți), persoana respectivă poate avea posibilitatea de a face plăți, de a trimite, de a solicita sau de a primi plăți directe între persoane, de a retrage bani de pe cardul Apple Cash, de a primi sau a valorifica recompense, de a utiliza valori, de a debloca sau de a vă accesa în alte moduri mașina, camera, biroul sau locuința, de a vă uzurpa identitatea sau a efectua alte tranzacții cu ajutorul Cardurilor compatibile din Portofel. În astfel de situații, dvs. răspundeți pentru toate plățile, accesările și tranzacțiile efectuate de persoana respectivă.

DISPOZITIVE DEBLOCATE PRIN JAILBREAK

Dacă aduceți modificări neautorizate Dispozitivului, cum ar fi dezactivarea comenzilor hardware sau software (denumite uneori „jailbreaking"), este posibil ca Dispozitivul dvs. să nu mai fie eligibil pentru accesarea sau utilizarea Serviciilor. Sunteți de acord că utilizarea unui Dispozitiv modificat în legătură cu Serviciile este interzisă în mod expres, constituie o încălcare a acestor Termene suplimentare și reprezintă un motiv pentru a vă refuza sau limita accesul la Servicii.

MĂSURI SUPLIMENTARE DE SECURITATE

Poate fi necesar să activați măsuri de securitate suplimentare, cum ar fi autentificarea cu doi factori pentru ID-ul dvs. Apple, pentru a accesa anumite funcții ale Apple Pay, inclusiv Apple Card, cardul Apple Cash și plățile directe între persoane cu Apple Pay. Dacă eliminați ulterior funcțiile de securitate respective, este posibil să nu mai aveți acces la anumite funcții ale Apple Pay. Dacă ștergeți Face ID-ul sau Touch ID-ul care este asociat cu cardul dvs. de identitate, pentru reprezentare va fi necesar să finalizați întregul proces de punere în funcțiune a cardului de identitate.

DISPOZITIVE PIERDUTE SAU FURATE

Dacă Dispozitivul dvs. este pierdut sau furat și aveți funcția Găsire activată, o puteți utiliza pentru a încerca să suspendați capacitatea de a efectua tranzacții cu Cardurile compatibile virtuale sau de a

trimite plăți directe între persoane de pe Dispozitivul respectiv trecându-l în modul Pierdut. Dacă Dispozitivul este în modul Pierdut, cheia dvs. auto poate fi dezactivată în Portofel și nu veți mai putea accesa sau porni mașina după ce ați părăsit vehiculul și ați oprit motorul. Modul Pierdut afectează doar cheile de pe Dispozitivul pierdut. Dacă sunteți proprietarul, nu veți mai putea partaja cheia auto sau cheia de la locuință cu alte persoane, dar cheile care au fost deja partajate nu vor fi afectate pe dispozitivele acestora.

De asemenea, puteți să ștergeți conținutul Dispozitivului, ceea ce ar suspenda capacitatea de a efectua tranzacții cu Carduri compatibile sau de a trimite plăți directe între persoane de pe Dispozitiv. În plus, ar trebui să contactați emitentul, comerciantul sau alte terțe părți responsabile de Cardurile compatibile sau Apple în cazul Apple Card sau cardului Apple Cash, pentru a împiedica accesul neautorizat la Cardurile dvs. compatibile din Apple Pay sau aplicația Portofel.

Dacă raportați sau Apple bănuiește o activitate abuzivă sau frauduloasă, sunteți de acord să cooperați cu Apple în orice investigație și să utilizați măsurile de prevenire a fraudei pe care vi le recomandăm.

**7. Limitarea răspunderii**

PE LÂNGĂ LIMITĂRILE GARANȚIILOR ȘI ALE RĂSPUNDERII ENUNȚATE ÎN LICENȚĂ, APPLE NU ÎȘI ASUMĂ RĂSPUNDEREA PENTRU ACHIZIȚII, PLĂȚI, TRANSFERURI DE FONDURI, COMENZI, ONORAREA COMENZILOR, INFORMAȚII PRIVIND DOVEZILE DE PLATĂ, ACCES, VERIFICAREA IDENTITĂȚII, TRANZACȚII SAU ALTE ACTIVITĂȚI FĂCUTE CU AJUTORUL FUNCȚIEI APPLE PAY SAU PORTOFEL ȘI SUNTEȚI DE ACORD SĂ UTILIZAȚI DOAR CONTRACTELE ȘI ACORDURILE CU EMITENTUL CARDULUI, REȚEAUA DE PLATĂ, INSTITUȚIILE FINANCIARE, COMERCIANTUL, DEZVOLTATTORUL APLICAȚIEI, AUTORITATEA DE STAT EMITENTĂ SAU ALTE TERȚE PĂRȚI PENTRU A REZOLVA PROBLEMELE SAU LITIGIILE LEGATE DE CARDURILE DVS. COMPATIBILE, PLĂȚILE DIRECTE ÎNTRE PERSOANE ȘI ACTIVITĂȚILE ASOCIATE ACESTORA.

— — — — — — — — — — —

**ÎNȘTIINȚĂRI DIN PARTEA APPLE**

În cazul în care Apple trebuie să vă contacteze în legătură cu produsul sau contul dvs., consimțiți să recepționați înștiințările prin e-mail. Sunteți de acord că orice asemenea înștiințări pe care vi le trimitem electronic vor satisface cerințele legale în privința comunicațiilor.

**SLOVENSKY**

**UPOZORNENIE: POUŽÍVANÍM SVOJHO iPADU, iPHONU ALEBO iPODU TOUCH („ZARIADENIE")
SA ZAVÄZUJETE DODRŽIAVAŤ NASLEDUJÚCE ZMLUVNÉ PODMIENKY:**

**A.    SOFTVÉROVÁ LICENČNÁ ZMLUVA PRE APPLE iOS A iPadOS
B.    DODATOČNÉ ZMLUVNÉ PODMIENKY PRE FUNKCIU APPLE PAY
C.    OZNAMY SPOLOČNOSTI APPLE**

**APPLE INC.
SOFTVÉROVÁ LICENČNÁ ZMLUVA PRE APPLE iOS A iPadOS**
Licencia na používanie na jednom zariadení

**POZORNE SI PREČÍTAJTE TÚTO SOFTVÉROVÚ LICENČNÚ ZMLUVU („LICENCIU") PREDTÝM,
AKO ZAČNETE SVOJE ZARIADENIE POUŽÍVAŤ ALEBO DOŇ SŤAHOVAŤ AKTUALIZÁCIE
SOFTVÉRU, NA KTORÉ SA TÁTO LICENCIA TIEŽ VZŤAHUJE. POUŽÍVANÍM ZARIADENIA ALEBO
SŤAHOVANÍM AKTUALIZÁCIÍ SOFTVÉRU VYJADRUJETE SÚHLAS S PODMIENKAMI UVEDENÝMI
V TEJTO LICENCII. POKIAĽ NESÚHLASÍTE S PODMIENKAMI UVEDENÝMI V TEJTO LICENCII,
NEPOUŽÍVAJTE ZARIADENIE ANI NESŤAHUJTE AKTUALIZÁCIE SOFTVÉRU.**

**AK STE SI NEDÁVNO ZAKÚPILI ZARIADENIE A NESÚHLASÍTE S PODMIENKAMI UVEDENÝMI
V TEJTO LICENCII, MALI BY STE ZARIADENIE VRÁTIŤ DO NAJBLIŽŠIEHO APPLE STORU ALEBO
AUTORIZOVANÉMU DISTRIBÚTOROVI, U KTORÉHO STE ZARIADENIE KÚPILI. BUDÚ VÁM
VRÁTENÉ PENIAZE V SÚLADE S PRAVIDLAMI SPOLOČNOSTI APPLE TÝKAJÚCIMI SA VRACANIA
VÝROBKOV. TIETO PRAVIDLÁ NÁJDETE NA ADRESE https://www.apple.com/legal/sales-
support/.**

**1. Všeobecné podmienky**
(a) Softvér (vrátane kódu Boot ROM, vstavaného softvéru a softvéru tretích strán), dokumentácia,
rozhrania, obsah, písma a akékoľvek dáta dodávané so Zariadením („Pôvodný Softvér Apple") vrátane
vylepšení jednotlivých funkcií, aktualizácií softvéru, bezpečnostných reakcií, systémových súborov alebo
softvéru na obnovenie systému poskytovaného spoločnosťou Apple pre vaše zariadenie alebo
podporované periférne zariadenie („Zmeny Softvéru Apple"), či už v ROM pamäti, alebo na iných
nosičoch v akejkoľvek podobe (Pôvodný Softvér Apple a Zmeny Softvéru Apple sa súhrnne označujú
ako „Softvér Apple"), sú vám licencované, nie predané spoločnosťou Apple Inc. („Apple") len na použitie
v súlade s podmienkami tejto Licencii. Spoločnosť Apple a jej poskytovatelia licencií si
ponechávajú vlastníctvo samotného Softvéru Apple a vyhradzujú si všetky práva, ktoré vám výslovne
neboli udelené. Súhlasíte s tým, že podmienky tejto Licencie sa budú vzťahovať na akúkoľvek aplikáciu
od spoločnosti Apple, ktorá môže byť vstavaná vo vašom Zariadení, okrem prípadov, keď má daná
aplikácia vlastnú licenciu. V týchto prípadoch súhlasíte s licenčnými podmienkami danej aplikácie.

(b) Spoločnosť Apple môže vydať ďalšie Zmeny Softvéru Apple. Zmeny Softvéru Apple, ak budú vydané,
nemusia nevyhnutne obsahovať všetky existujúce softvérové funkcie, prípadne nové funkcie, ktoré
spoločnosť Apple vydá pre novšie alebo iné modely Zariadení. Podmienky uvedené v tejto Licencii sa
vzťahujú na akékoľvek Zmeny Softvéru Apple poskytnuté spoločnosťou Apple, pokiaľ nie je k Zmene
Softvéru Apple priložená osobitná licencia. V takom prípade súhlasíte s tým, že používanie Softvéru
Apple podlieha tejto priloženej licencii.

(c) Ak na nastavenie nového Zariadenia použijete svoje existujúce Zariadenie prostredníctvom funkcie
expresného nastavenia, súhlasíte s tým, že používanie Softvéru Apple na vašom novom Zariadení bude
podliehať podmienkam uvedeným v tejto Licencii, pokiaľ nie je k Softvéru Apple priložená osobitná
licencia. V takom prípade súhlasíte s tým, že používanie daného Softvéru Apple bude podliehať

podmienkam uvedeným v tejto osobitnej licencii. Vaše Zariadenie bude pravidelne kontrolovať, či nie sú k dispozícii Zmeny Softvéru Apple od spoločnosti Apple. Ak je k dispozícii nejaká zmena, môže sa automaticky stiahnuť a nainštalovať do vášho Zariadenia a do periférnych zariadení (ak je pre ne určená). **Používaním Softvéru Apple vyjadrujete súhlas s tým, že spoločnosť Apple môže stiahnuť a nainštalovať automatické Zmeny Softvéru Apple do vášho Zariadenia a vašich periférnych zariadení.** Automatickú inštaláciu aktualizácií operačného systému a rýchle bezpečnostné reakcie môžete kedykoľvek vypnúť úpravou nastavení Automatické aktualizácie v časti Nastavenia > Všeobecné > Aktualizácia softvéru. Niektoré systémové súbory (okrem iného vrátane aktualizovaných písiem, jazykových modelov, hlasových prvkov a firmvéru pre periférne zariadenia) sa môžu aj naďalej inštalovať automaticky, napríklad keď zapnete alebo používate určité funkcie a periférne zariadenia, prípadne v súvislosti so zákonnými, regulačnými či technickými hľadiskami alebo hľadiskami bezpečnosti verejnosti.

**2. Práva a obmedzenia vyplývajúce z tejto licencie.**
(a) Podľa pravidiel a podmienok uvedených v tejto Licencii vám bola udelená obmedzená neexkluzívna licencia na používanie Softvéru Apple na jednom Zariadení Apple. S výnimkou prípadov uvedených v časti 2(b) a ak tak nie je uvedené v osobitnej zmluve medzi vami a spoločnosťou Apple, táto Licencia neumožňuje používanie Softvéru Apple na viac ako jednom Zariadení Apple a šírenie alebo poskytovanie Softvéru Apple prostredníctvom siete, na ktorej by mohol byť používaný viacerými Zariadeniami naraz, je zakázané. Táto Licencia vás neoprávňuje využívať rozhrania patentované spoločnosťou Apple ani iné duševné vlastníctvo pri navrhovaní, vývoji, výrobe, udeľovaní licencie alebo distribúcii zariadení a príslušenstva tretích strán alebo softvérových aplikácií tretích strán určených na používanie so Zariadeniami. Niektoré z týchto práv sú k dispozícii v rámci samostatných licencií od spoločnosti Apple. Pre viac informácií týkajúcich sa vývoja zariadení a príslušenstva tretích strán pre Zariadenia navštívte stránku https://developer.apple.com/programs/mfi/. Pre viac informácií týkajúcich sa vývoja softvérových aplikácií pre Zariadenia navštívte stránku https://developer.apple.com.

(b) Podľa pravidiel a podmienok uvedených v tejto Licencii vám bola udelená obmedzená neexkluzívna licencia na sťahovanie Zmien Softvéru Apple, ktoré spoločnosť Apple poskytne pre váš model Zariadenia na aktualizáciu alebo obnovenie softvéru na ktoromkoľvek Zariadení, ktoré vlastníte alebo spravujete. Táto Licencia vám neumožňuje aktualizovať ani obnoviť žiadne Zariadenie, ktoré nevlastníte alebo nespravujete, a zakazuje šírenie a poskytovanie zmien Softvéru Apple prostredníctvom siete, na ktorej by mohli byť používané naraz viacerými Zariadeniami alebo počítačmi. Ak si do svojho počítača stiahnete Aktualizáciu Softvéru Apple, môžete si pre potreby zálohovania vytvoriť jednu kópiu Zmien Softvéru Apple uložených vo vašom počítači v čitateľnom formáte pod podmienkou, že táto kópia bude obsahovať všetky upozornenia týkajúce sa autorských alebo iných proprietárnych práv, ktoré obsahuje aj originál.

(c) V rozsahu, v akom sú na vašom Zariadení v čase jeho zakúpenia predinštalované aplikácie od spoločnosti Apple z obchodu App Store („Predinštalované aplikácie"), sa budete musieť prihlásiť do obchodu App Store a prepojiť tieto Predinštalované aplikácie so svojím účtom v obchode App Store, ak ich chcete na svojom Zariadení používať. Pri prepájaní jednej Predinštalovanej aplikácie so svojím účtom v obchode App Store súčasne automaticky prepojíte s účtom aj všetky ostatné Predinštalované aplikácie na Zariadení. Ak sa rozhodnete prepojiť Predinštalované aplikácie so svojím účtom App Store, súhlasíte s tým, že spoločnosť Apple môže prenášať, zhromažďovať, uchovávať, spracovávať a používať Apple ID používané vaším účtom App Store a jedinečný identifikátor hardvéru získaný z vášho Zariadenia ako jedinečné identifikátory účtu za účelom overovania oprávnenosti vašich požiadaviek a poskytovania prístupu k Predinštalovaným aplikáciám prostredníctvom obchodu App Store. Ak nechcete používať Predinštalované aplikácie, môžete ich zo Zariadenia kedykoľvek vymazať.

(d) Nesmiete a súhlasíte s tým, že nebudete ani iným osobám neumožníte kopírovať (s výnimkou prípadov jednoznačne uvedených v tejto Licencii), dekompilovať, aplikovať reverzné inžinierstvo,

rozoberať, pokúšať sa získať zdrojový kód, dekódovať, upravovať ani vytvárať diela odvodené zo Softvéru Apple alebo akýchkoľvek služieb poskytovaných Softvérom Apple ani z akejkoľvek ich časti (s výnimkou a len v rozsahu, v ktorom je ktorékoľvek uvedené obmedzenie zakázané príslušným právom alebo licenčnými podmienkami vzťahujúcimi sa na používanie open-source súčastí, ktoré môžu byť súčasťou Softvéru Apple). Zaväzujete sa, že neodstránite, nezakryjete ani nepozmeníte žiadne oznámenia o vlastníctve (vrátane oznámení o ochranných známkach a autorských právach), ktoré môžu byť pripojené alebo obsiahnuté v Softvéri Apple.

(e) Softvér Apple môže byť použitý na reprodukciu materiálov v prípade, že bude obmedzený na reprodukciu materiálov, ktoré nie sú chránené autorskými právami, materiálov, ktorých autorské práva vlastníte vy, alebo materiálov, ktoré ste oprávnený reprodukovať podľa zákona. Bez ohľadu na uvedené ustanovenie je zakázané nanovo zverejňovať, prenášať alebo reprodukovať akékoľvek obrázky získané prostredníctvom aplikácií News alebo Mapy vo forme samostatného súboru. Vlastnícke práva a práva na duševné vlastníctvo vzťahujúce sa na ľubovoľný obsah zobrazený, uložený alebo získaný prostredníctvom vášho Zariadenia sú majetkom príslušného vlastníka daného obsahu. Takýto obsah môže byť chránený autorskými právami alebo ďalšími zákonmi a dohodami na ochranu duševného vlastníctva a môže podliehať podmienkam používania stanovenými treťou stranou, ktorá daný obsah poskytuje. Okrem tu uvedených výnimiek vám táto Licencia neudeľuje žiadne práva na používanie takéhoto obsahu ani nezaručuje, že tento obsah bude pre vás naďalej dostupný.

(f) V súlade s podmienkami tejto Licencie môžete: (i) používať znaky Memoji, ktoré sú súčasťou alebo boli vytvorené v Softvéri Apple („Systémové znaky") (1) počas používania Softvéru Apple a (2) na vytváranie vlastného originálneho obsahu a projektov na osobné nekomerčné použitie; a (ii) používať titulky Live Captions, ktoré sú automaticky generované v reálnom čase Softvérom Apple („Titulky Live Captions"), či už počas hovoru FaceTime alebo iným spôsobom, len na osobné nekomerčné použitie. Táto Licencia nepovoľuje žiadne iné použitie Systémových znakov ani Titulkov Live Captions vrátane (okrem iného) použitia, reprodukcie, zobrazovania, vykonávania, zaznamenávania, zverejňovania alebo redistribúcie ktoréhokoľvek zo Systémových znakov alebo Titulkov Live Captions na ziskové, neziskové, verejné či komerčné účely.

(g) Aby bolo možné vykonávať skratky akcií vo vybraných aplikáciách a na vybraných webových stránkach, je možné, že Softvér Apple bude na vašom zariadení vyžadovať prístup k vybraným softvérovým aplikáciám, službám alebo webovým stránkam tretích strán. Výslovne s takýmto používaním súhlasíte v rozsahu nevyhnutnom na vykonávanie Skratiek v Softvéri Apple.

(h) Súhlasíte s tým, že budete Softvér Apple a Služby (tak, ako sú definované v časti 5 nižšie) používať v súlade so všetkými príslušnými zákonmi vrátane miestnych zákonov krajiny alebo oblasti, v ktorej žijete alebo v ktorej sťahujete alebo používate Softvér Apple a Služby. Funkcie Softvéru Apple a Služieb nemusia byť dostupné vo všetkých jazykoch alebo oblastiach, niektoré funkcie sa môžu líšiť podľa oblasti a niektoré môžu byť obmedzené alebo nedostupné u vášho poskytovateľa služby. Pre niektoré funkcie Softvéru Apple a Služieb sa vyžaduje pripojenie Wi-Fi alebo mobilné dátové pripojenie.

(i) Na používanie obchodu App Store sa vyžaduje jedinečná kombinácia mena a hesla používateľa nazývaná Apple ID. Apple ID sa vyžaduje aj na prístup k aktualizáciám aplikácií a určitým funkciám Softvéru Apple a Služieb.

(j) Beriete na vedomie, že množstvo funkcií, vstavaných aplikácií a Služieb Softvéru Apple prenáša dáta, čo môže mať za následok zvýšenie poplatkov za prenos dát v mobilnej sieti, a že za takéto poplatky nesiete plnú zodpovednosť. Môžete si prezerať aplikácie a určovať, ktoré z nich majú povolenie používať mobilné dáta, a v nastaveniach Mobilných dát si môžete zobraziť odhadované množstvo dát, ktoré spotrebovali dané aplikácie. Okrem toho Wi-Fi asistent môže pri slabom Wi-Fi signáli automaticky prepnúť na mobilnú sieť, čo môže mať za následok vyššiu spotrebu mobilných dát a ovplyvniť tak

spotrebu vášho dátového paušálu. Wi-Fi asistent je predvolene zapnutý, ale môžete ho vypnúť v Nastaveniach. Viac informácií nájdete v používateľskej príručke k vášmu Zariadeniu.

(k) Ak sa rozhodnete povoliť automatické aktualizácie aplikácií, vaše Zariadenie bude v spoločnosti Apple pravidelne zisťovať dostupnosť aktualizácií aplikácií na vašom Zariadení. V prípade, že sa zistí dostupná aktualizácia, automaticky sa stiahne do vášho Zariadenia a nainštaluje sa. Automatické aktualizácie aplikácií môžete kedykoľvek úplne vypnúť tak, že prejdete na Nastavenia, klepnete na položku iTunes a App Store a v časti Automatické sťahovanie vypnete aktualizácie.

(l) Používanie Zariadení môže za určitých okolností odvádzať vašu pozornosť a viesť ku vzniku nebezpečných situácií (vyhýbajte sa napríklad písaniu textových správ počas riadenia vozidla alebo používaniu slúchadiel počas jazdy na bicykli). Používaním svojho Zariadenia vyjadrujete súhlas s tým, že nesiete zodpovednosť za dodržiavanie pravidiel, ktoré zakazujú alebo obmedzujú používanie mobilných telefónov alebo slúchadiel (napríklad povinnosti používať súpravu hands-free pri telefonovaní počas riadenia vozidla).

(m) Určité funkcie Softvéru Apple sa môžu pokúsiť o poskytnutie pomoci v situáciách súvisiacich s bezpečnosťou, ako je napríklad akákoľvek funkcia detekcie súvisiaca s bezpečnosťou, a o spojenie s tiesňovými službami (ak sú dostupné). Spoločnosť Apple nezaručuje dostupnosť, presnosť, úplnosť, spoľahlivosť ani aktuálnosť takýchto funkcií. Tieto funkcie nie sú určené na to, aby ste sa v situáciách, keď je dostupná rýchlejšia alebo účinnejšia pomoc a možno ju zaistiť, spoliehali výlučne na ne. Súhlasíte s tým, že budete tieto funkcie používať výlučne na vlastné riziko, že budete uplatňovať nezávislý úsudok a že spoločnosť Apple, jej pridružené spoločnosti, zástupcovia ani splnomocnenci voči vám nenesú žiadnu zodpovednosť za používanie týchto funkcií a žiadne z neho vyplývajúce dôsledky v maximálnom rozsahu povolenom zákonom.

(n) Vaše Zariadenie nie je lekárske zariadenie a nemalo by sa používať ako náhrada za profesionálny lekársky posudok. Nie je navrhnuté ani určené na používanie na diagnostiku chorôb ani iných zdravotných problémov ani na liečenie, zmierňovanie alebo prevenciu akéhokoľvek stavu alebo ochorenia. Predtým ako vykonáte akékoľvek rozhodnutie týkajúce sa vášho zdravia, poraďte sa s poskytovateľom zdravotnej starostlivosti.

**3. Prenos práv.** Softvér Apple je zakázané prenajímať, požičiavať, predávať, nanovo distribuovať či licencovať. Môžete však raz a natrvalo preniesť všetky vaše licenčné práva na Softvér Apple na inú stranu v spojitosti s prenosom vlastníctva vášho Zariadenia za nasledujúcich podmienok: (a) prenos musí zahŕňať vaše Zariadenie a všetok Softvér Apple vrátane všetkých jeho častí a tejto Licencie; (b) neponecháte si žiadnu kópiu Softvéru Apple, celkovú ani čiastočnú, vrátane kópií uložených na počítači alebo inom pamäťovom zariadení; a (c) druhá strana, ktorá od vás získa Softvér Apple, si prečíta podmienky uvedené v tejto Licencii a vyjadrí s nimi súhlas.

**4. Súhlas s používaním údajov.** Počas používania vášho Zariadenia sa vaše telefónne číslo a určité jedinečné identifikátory vášho zariadenia odosielajú do spoločnosti Apple kvôli tomu, aby vás na vašom telefónnom čísle mohli kontaktovať iní používatelia prostredníctvom rôznych komunikačných funkcií Softvéru Apple, ako je napríklad iMessage a FaceTime. Počas používania služby iMessage môže Apple na obmedzený čas uchovať vaše správy v zašifrovanej podobe s cieľom zabezpečenia ich doručenia. FaceTime alebo iMessage môžete vypnúť v nastaveniach FaceTime alebo Správ na svojom Zariadení. Niektoré funkcie, napríklad Analytika, Lokalizačné služby, Siri a Diktovanie, môžu na svoje fungovanie vyžadovať informácie z vášho Zariadenia. Po zapnutí alebo pri používaní týchto funkcií vám budú poskytnuté detaily o informáciách odosielaných do spoločnosti Apple a spôsobe ich používania. Viac informácií nájdete na stránke https://www.apple.com/sk/privacy/. S vašimi údajmi sa po celý čas bude zaobchádzať v súlade so zásadami ochrany osobných údajov spoločnosti Apple, ktoré sú dostupné na nasledujúcej adrese: https://www.apple.com/legal/privacy/sk/.

**5. Služby a Materiály tretích strán.**

(a) Softvér Apple môže umožniť prístup do služieb iTunes Store, App Store, Apple Books, Game Center, iCloud, Mapy, News, Fitness+ spoločnosti Apple a ďalších služieb a webových stránok spoločnosti Apple a tretích strán (súhrnne označované ako „Služby"). Na využívanie týchto Služieb je nutný prístup na internet, využívanie určitých Služieb môže vyžadovať Apple ID a niektoré služby môžu vyžadovať súhlas s dodatočnými podmienkami, prípadne môžu byť dodatočne spoplatnené. Používaním tohto softvéru v spojení s Apple ID alebo inými Službami Apple vyjadrujete súhlas s podmienkami príslušnej služby, ako sú napríklad aktuálne podmienky a pravidlá používania mediálnych služieb spoločnosti Apple pre krajinu alebo oblasť, v ktorej k týmto Službám pristupujete; tieto podmienky a pravidlá sú dostupné na stránke https://www.apple.com/legal/internet-services/itunes/sk/.

(b) Ak sa prihlásite do služby iCloud, niektoré funkcie iCloudu, ako napríklad iCloud Drive, Môj Fotostream, Zdieľané albumy alebo Nájsť, môžu byť dostupné priamo zo Softvéru Apple. Beriete na vedomie a vyjadrujete súhlas s tým, že používanie iCloudu a týchto funkcií podlieha najnovším zmluvným podmienkam služby iCloud, ktoré sú dostupné na adrese: https://www.apple.com/legal/internet-services/icloud/sk/.

(c) Obsah aplikácie News. Používanie obsahu, ku ktorému pristupujete prostredníctvom aplikácie News, je obmedzené výlučne na osobné nekomerčné použitie, neprenáša na vás žiadny vlastnícky podiel obsahu a výslovne a bez obmedzenia vylučuje všetky práva na komerčné alebo propagačné využívanie tohto obsahu.

(d) Mapy. Služba máp a funkcie Softvéru Apple (ďalej len „Mapy") vrátane pokrytia údajov máp sa môže líšiť v závislosti od oblasti. Keď zapnete alebo začnete používať Mapy, budú vám poskytnuté informácie o tom, aké údaje sa odosielajú spoločnosti Apple a ako môžu byť použité. Potvrdzujete a súhlasíte s tým, že vaše používanie služby Mapy podlieha najnovším pravidlám a podmienkam služby Mapy, ktoré môžete nájsť a prečítať si na domovskej karte služby Mapy.

(e) Beriete na vedomie, že pri používaní Služieb sa môžete stretnúť s materiálmi, ktoré je možné považovať za urážlivé, nemravné alebo nevhodné a ktoré môžu, ale nemusia obsahovať neformálny jazyk, a že výsledky akéhokoľvek vyhľadávania alebo zadania URL môžu automaticky a neúmyselne odkázať na takéto nevhodné materiály. Napriek tomu súhlasíte s používaním Služieb na svoju vlastnú zodpovednosť a s tým, že spoločnosť Apple ani jej pridružené spoločnosti, agenti, riadiaci pracovníci a poskytovatelia licencií nenesú zodpovednosť za obsah, ktorý je možné označiť ako urážlivý, nemravný alebo nevhodný.

(f) Niektoré Služby môžu zobrazovať, zahŕňať alebo sprístupňovať obsah, dáta, informácie, aplikácie alebo materiály tretích strán („Materiály tretích strán") alebo odkazovať na webové stránky tretích strán. Používaním Služieb beriete na vedomie a vyjadrujete súhlas s tým, že spoločnosť Apple nie je zodpovedná za skúmanie a vyhodnocovanie obsahu, správnosti, úplnosti, aktuálnosti, platnosti, legálnosti, dodržiavania autorských práv, slušnosti, kvality a akýchkoľvek ďalších aspektov takýchto Materiálov tretích strán a webových stránok. Spoločnosť Apple ani jej zamestnanci a dcérske spoločnosti voči vám ani žiadnej inej osobe neposkytujú záruku ani súhlas a nepreberajú ani v budúcnosti neponesú zodpovednosť za Služby a Materiály tretích strán ani za webové stránky alebo akékoľvek ďalšie materiály, produkty alebo služby tretích strán. Materiály tretích strán a odkazy na iné webové stránky sú vám poskytované výhradne pre vaše vlastné pohodlie.

(g) Spoločnosť Apple ani žiaden z jej poskytovateľov obsahu nezaručujú dostupnosť, presnosť, úplnosť, spoľahlivosť alebo časovú aktuálnosť informácií týkajúcich sa cenných papierov, údajov o polohe alebo iných údajov zobrazených ktoroukoľvek Službou. Finančné informácie zobrazené ktoroukoľvek zo Služieb je možné považovať len za všeobecné informácie a nie sú to odporúčania na investovanie.

Predtým, ako uskutočníte akékoľvek transakcie s cennými papiermi na základe informácií získaných prostredníctvom Služieb, by ste sa mali poradiť s odborníkom na financie a cenné papiere, ktorý môže podľa zákona poskytovať tento druh informácií. Údaje týkajúce sa polohy, získané prostredníctvom ktorejkoľvek zo Služieb, vrátane služby Mapy spoločnosti Apple, sú určené len pre bežnú navigáciu a plánovanie a nie je možné spoliehať sa na ne v situáciách, ktoré vyžadujú presné určenie polohy a kde chybové, nepresné, časovo neaktuálne alebo neúplné informácie môžu viesť k smrti či zraneniu osôb alebo k poškodeniu majetku či životného prostredia. Súhlasíte s tým, že výsledky prijaté v službe Mapy sa môžu odlišovať od skutočných podmienok na cestách alebo v teréne kvôli faktorom, ktoré môžu ovplyvniť presnosť dát služby Mapy, vrátane (okrem iného) počasia, premávky a geopolitických udalostí. Pri používaní navigácie z dôvodu vlastnej bezpečnosti vždy venujte pozornosť dopravnému značeniu a aktuálnym podmienkam na ceste. Dodržiavajte zásady bezpečného šoférovania a dopravné predpisy a vezmite na vedomie, že na pešíh a cyklistických trasách sa nemusia vždy nachádzať vyhradené chodníky.

(h) Ak sa rozhodnete odoslať obsah prostredníctvom Služieb, vyhlasujete, že vlastníte všetky práva alebo máte autorizáciu či právo na odosielanie takéhoto obsahu a že takýto obsah neporušuje žiadne zmluvné podmienky vzťahujúce sa na Služby. Súhlasíte s tým, že Služby obsahujú zákonom chránený obsah, informácie a materiály, ktoré vlastní spoločnosť Apple, vlastníci stránok a ich držitelia licencií, a že sú chránené príslušnými zákonmi na ochranu duševného vlastníctva a ďalšími zákonmi vrátane (okrem iného) autorských práv. Súhlasíte s tým, že nebudete využívať tento zákonom chránený obsah, informácie ani materiály inak, než je povolené pre využívanie Služieb, ani žiadnym spôsobom, ktorý odporuje podmienkam uvedeným v tejto Licencii alebo narúša práva súvisiace s intelektuálnym vlastníctvom tretej strany alebo spoločnosti Apple. Žiadna časť Služieb nesmie byť reprodukovaná žiadnym spôsobom ani v žiadnej podobe. Súhlasíte s tým, že nebudete upravovať, prenajímať, požičiavať, predávať, distribuovať, alebo vytvárať odvodené diela založené na Službách žiadnym spôsobom a nebudete zneužívať Služby žiadnym neoprávneným spôsobom vrátane prenosu vírusov, červov, trójskych koní a podobného malwaru a tiež vrátane neoprávneného prieniku alebo preťažovania kapacity siete. Ďalej súhlasíte s tým, že nebudete Služby žiadnym spôsobom využívať na obťažovanie, urážanie, sledovanie, zastrašovanie, hanobenie ani žiadne iné zasahovanie do práv inej strany a že spoločnosť Apple v žiadnom prípade nenesie zodpovednosť za takéto vaše používanie Služieb ani za žiadne správy alebo prenosy, ktoré vám budú doručené pri používaní Služieb a ich obsah vás obťažuje, zastrašuje, hanobí, je pohoršujúci alebo je nelegálny.

(i) Navyše takéto Služby a Materiály tretích strán nemusia byť dostupné vo všetkých krajinách, oblastiach alebo jazykoch. Spoločnosť Apple netvrdí, že takéto Služby a Materiály tretích strán sú vhodné alebo dostupné na používanie na akomkoľvek konkrétnom mieste. V rozsahu, v akom sa rozhodnete takéto Služby a Materiály tretích strán používať alebo k nim využívať prístup, tak robíte z vlastnej vôle a nesiete zodpovednosť v súlade s akýmikoľvek platnými zákonmi, vrátane (okrem iného) miestnych zákonov a zákonov o ochrane súkromia a zhromažďovaní údajov. Pri zdieľaní alebo synchronizácii fotiek prostredníctvom vášho zariadenia sa s vašimi fotkami môžu preniesť aj metadáta vrátane informácií o mieste a čase fotografovania a informácií o hĺbke fotografie. Prijímanie a uchovávanie takýchto metadát spoločnosťou Apple je súčasťou používania Služieb Apple (ako je iCloud Fotoknižnica) na zdieľanie alebo synchronizáciu fotiek. Spoločnosť Apple a jej poskytovatelia licencií si vyhradzujú právo zmeniť, pozastaviť, odstrániť alebo zablokovať prístup ku ktorejkoľvek zo Služieb kedykoľvek a bez predchádzajúceho upozornenia. Spoločnosť Apple nebude za žiadnych okolností zodpovedná za odstránenie alebo zablokovanie prístupu k akýmkoľvek Službám. Spoločnosť Apple môže tiež kedykoľvek a bez predchádzajúceho upozornenia zaviesť obmedzenia vzťahujúce sa na používanie určitých Služieb alebo na pristupovanie k nim.

**6. Skončenie platnosti.** Táto licencia je účinná až do skončenia jej platnosti. Práva, ktoré sú vám udelené touto Licenciou, automaticky a bez upozornenia od spoločnosti Apple zanikajú, alebo inak prestávajú byť účinné v prípade, že porušíte ktorúkoľvek z podmienok uvedených v tejto Licencii. Po

skončení platnosti tejto Licencie musíte ukončiť akékoľvek používanie Softvéru Apple. Časti 4, 5, 6, 7, 8, 9, 10, 12 a 13 tejto Licencie zostávajú v platnosti aj po akejkoľvek uvedenej forme zrušenia jej platnosti.

**7. Zrieknutie sa záruk**

7.1    Ak ste zákazník-spotrebiteľ (niekto, kto používa Softvér Apple na iné než obchodné, pracovné alebo profesijné účely), je možné, že na základe práv a zákonov vo vašej krajine pobytu sa na vás nebudú vzťahovať nasledujúce obmedzenia. Ak sa chcete dozvedieť viac o svojich právach, kontaktujte miestnu organizáciu, ktorá má na starosti poradenstvo pre spotrebiteľov.

7.2    TÝMTO VYJADRUJETE SVOJ VEDOMÝ SÚHLAS S TÝM, ŽE V ROZSAHU POVOLENOM PRÍSLUŠNÝMI ZÁKONMI JE POUŽÍVANIE SOFTVÉRU A SLUŽIEB APPLE POSKYTOVANÝCH ALEBO DOSTUPNÝCH PROSTREDNÍCTVOM SOFTVÉRU APPLE, NA VAŠE VLASTNÉ RIZIKO A ZODPOVEDNOSŤ ZA TIETO RIZIKÁ, TÝKAJÚCE SA USPOKOJIVEJ KVALITY, VÝKONNOSTI, PRESNOSTI A VÝKONU, SPOČÍVA NA VÁS.

7.3    SOFTVÉR APPLE A SLUŽBY APPLE SÚ DO MAXIMÁLNEJ MIERY POVOLENEJ ZÁKONOM POSKYTOVANÉ „TAK AKO SÚ" A „AKO SÚ DOSTUPNÉ" SO VŠETKÝMI NEDOSTATKAMI A BEZ AKEJKOĽVEK ZÁRUKY. SPOLOČNOSŤ APPLE A JEJ POSKYTOVATELIA LICENCIÍ (PRE ÚČELY ČASTÍ 7 A 8 SÚHRNNE NAZÝVANÍ „APPLE") SA TÝMTO ZRIEKAJÚ VŠETKÝCH ZÁRUK A PODMIENOK TÝKAJÚCICH SA SOFTVÉRU APPLE A SLUŽIEB APPLE, ČI UŽ PRIAMO VYJADRENÝCH, VYPLÝVAJÚCICH ALEBO ZÁKONNÝCH, VRÁTANE (OKREM INÉHO) VYPLÝVAJÚCICH ZÁRUK A/ ALEBO PODMIENKY PREDAJNOSTI, USPOKOJIVOSTI KVALITY, VHODNOSTI NA KONKRÉTNY ÚČEL POUŽITIA, PRESNOSTI, NERUŠENÉHO POUŽÍVANIA A NEPORUŠOVANIA PRÁV TRETÍCH STRÁN.

7.4    SPOLOČNOSŤ APPLE NERUČÍ ZA PRERUŠENIE VÁŠHO VYUŽÍVANIA SOFTVÉRU A SLUŽIEB APPLE ANI ZA TO, ŽE FUNKCIE, KTORÉ ZAHŔŇA, ALEBO SLUŽBY, KTORÉ SPROSTREDKÚVA ALEBO POSKYTUJE, BUDÚ SPĹŇAŤ VAŠE POŽIADAVKY. SPOLOČNOSŤ APPLE NERUČÍ ANI ZA TO, ŽE CHOD SOFTVÉRU A SLUŽIEB APPLE BUDE NEPRERUŠOVANÝ ALEBO BEZCHYBNÝ, ŽE AKÉKOĽVEK SLUŽBY BUDÚ POSKYTOVANÉ NEUSTÁLE, ŽE CHYBY V TOMTO SOFTVÉRI ALEBO SLUŽBÁCH APPLE BUDÚ OPRAVENÉ, ANI ZA TO, ŽE BUDE TENTO SOFTVÉR APPLE KOMPATIBILNÝ SO SOFTVÉROM, APLIKÁCIAMI ALEBO SLUŽBAMI TRETÍCH STRÁN A BUDE S NIMI SPOLUPRACOVAŤ. INŠTALÁCIA TOHTO SOFTVÉRU SPOLOČNOSTI APPLE MÔŽE MAŤ VPLYV NA DOSTUPNOSŤ A POUŽITEĽNOSŤ SOFTVÉRU, APLIKÁCIÍ ALEBO SLUŽIEB TRETÍCH STRÁN, AKO AJ PRODUKTOV A SLUŽIEB SPOLOČNOSTI APPLE.

7.5    ĎALEJ SÚHLASÍTE S TÝM, ŽE SOFTVÉR APPLE A SLUŽBY APPLE NIE SÚ URČENÉ ALEBO VHODNÉ NA POUŽITIE V SITUÁCIÁCH ALEBO V PROSTREDÍ, V KTOROM ZLYHANIE, ČASOVÉ PRESTOJE, CHYBY ALEBO NEZROVNALOSTI V OBSAHU, DÁTACH ALEBO INFORMÁCIÁCH ČERPANÝCH ZO SOFTVÉRU APPLE ALEBO JEHO SLUŽIEB MÔŽU VIESŤ K SMRTI, OSOBNÉMU ZRANENIU ALEBO ŤAŽKÉMU UBLÍŽENIU NA ZDRAVÍ ČI POŠKODENIU ŽIVOTNÉHO PROSTREDIA VRÁTANE (OKREM INÉHO) OBSLUHY NUKLEÁRNYCH ZARIADENÍ, VZDUŠNEJ NAVIGÁCIE ALEBO KOMUNIKAČNÝCH SYSTÉMOV, RIADENIA VZDUŠNEJ PREVÁDZKY, SYSTÉMOV PRE PODPORU ŽIVOTNÝCH FUNKCIÍ A SYSTÉMOV RIADENIA ZBRANÍ.

7.6    ŽIADNA ÚSTNA ALEBO PÍSOMNÁ INFORMÁCIA, KTORÚ POSKYTNE SPOLOČNOSŤ APPLE ALEBO JEJ AUTORIZOVANÝ ZÁSTUPCA, NESLÚŽI AKO ZÁRUKA. AK SA UKÁŽE, ŽE SOFTVÉR ALEBO SLUŽBY SPOLOČNOSTI APPLE SÚ CHYBNÉ, NESIETE CELKOVÉ NÁKLADY NA VŠETKU POTREBNÚ ÚDRŽBU, OPRAVY ALEBO NÁPRAVY. VZHĽADOM NA TO, ŽE NIEKTORÉ JURISDIKCIE NEPOVOĽUJÚ VYLÚČENIE IMPLICITNÝCH ZÁRUK ALEBO OBMEDZENÍ TÝKAJÚCICH SA UPLATNITEĽNÝCH ZÁKONNÝCH PRÁV SPOTREBITEĽOV, VYŠŠIE UVEDENÉ VYLÚČENIE A OBMEDZENIA SA NA VÁS NEMUSIA VZŤAHOVAŤ.

**8. Obmedzenie zodpovednosti.** V ROZSAHU NEZAKÁZANOM PRÍSLUŠNÝM ZÁKONOM SPOLOČNOSŤ APPLE, JEJ DCÉRSKE SPOLOČNOSTI, ZÁSTUPCOVIA ANI RIADIACI PRACOVNÍCI NEZODPOVEDAJÚ ZA OSOBNÉ ZRANENIA ALEBO AKÉKOĽVEK NÁHODNÉ, ZVLÁŠTNE, NEPRIAME ALEBO AKÉKOĽVEK SÚVISIACE ŠKODY VRÁTANE (OKREM INÉHO) ŠKÔD Z DÔVODU STRATY ZISKOV, POŠKODENIA ALEBO STRATY DÁT, CHYBY PRI ODOSIELANÍ ALEBO PRIJÍMANÍ DÁT (VRÁTANE, OKREM INÉHO, INŠTRUKCIÍ PRE KURZY, ÚLOH A MATERIÁLOV), PRERUŠENIA OBCHODU ALEBO AKEJKOĽVEK INEJ OBCHODNEJ UJMY ALEBO STRATY VZNIKNUTEJ Z VÁŠHO POUŽÍVANIA ALEBO VAŠEJ NESCHOPNOSTI POUŽÍVAŤ SOFTVÉR APPLE A JEHO SLUŽBY ALEBO AKÝKOĽVEK SOFTVÉR, APLIKÁCIE ALEBO SLUŽBY TRETÍCH STRÁN SPOJENÉ SO SOFTVÉROM APPLE ALEBO SLUŽBAMI ALEBO VZŤAHUJÚCE SA NA NE, SPÔSOBENEJ AKÝMKOĽVEK SPÔSOBOM A BEZ OHĽADU NA TEÓRIU O ZODPOVEDNOSTI (PROSTREDNÍCTVOM ZMLUVY, SPORU ALEBO INAK) A AJ V PRÍPADE, ŽE BOLA SPOLOČNOSŤ APPLE O TÝCHTO MOŽNÝCH UJMÁCH UPOVEDOMENÁ. VZHĽADOM NA TO, ŽE NIEKTORÉ JURISDIKCIE NEPOVOĽUJÚ VYLÚČENIE ČI OBMEDZENIE ZODPOVEDNOSTI ZA ZRANENIE OSÔB ALEBO NÁHODNÉ ČI NÁSLEDNÉ ŠKODY, TOTO OBMEDZENIE SA NA VÁS NEMUSÍ VZŤAHOVAŤ. Výška odškodného v rámci zodpovednosti spoločnosti Apple voči vám za všetky straty (inej než vyžadovanej uplatniteľným zákonom v prípadoch osobného zranenia) nemôže v žiadnom prípade presiahnuť dvestopäťdesiat dolárov (250 USD). Predchádzajúce obmedzenia sa budú uplatňovať aj v prípade, ak vyššie uvedený nápravný prostriedok nesplní svoj základný účel. BEZ OHĽADU NA AKÉKOĽVEK INÉ PODMIENKY V TEJTO ZMLUVE PLATÍ, ŽE AK SA NA VÁS VZŤAHUJE JAPONSKÝ ZÁKON O SPOTREBITEĽSKÝCH ZMLUVÁCH, PODMIENKY, KTORÉ OBMEDZUJÚ ZODPOVEDNOSŤ SPOLOČNOSTI APPLE ZA NÁHRADU ŠKODY V DÔSLEDKU PORUŠENIA ZMLUVY ALEBO TRESTNÉHO ČINU SPÁCHANÉHO SPOLOČNOSŤOU APPLE, NEBUDÚ PLATIŤ, AK SA TÁTO NÁHRADA ŠKODY VYŽADUJE Z DÔVODU ÚMYSELNÉHO POCHYBENIA ALEBO HRUBEJ NEDBALOSTI ZO STRANY SPOLOČNOSTI APPLE.

**9. Digitálne certifikáty.** Softvér Apple zahŕňa funkcie, ktoré mu umožňujú prijímať digitálne certifikáty vydané spoločnosťou Apple alebo tretími stranami. ZA ROZHODOVANIE O SPOĽAHLIVOSTI CERTIFIKÁTU VYDANÉHO SPOLOČNOSŤOU APPLE ALEBO TREŤOU STRANOU STE PLNE ZODPOVEDNÍ VY. DIGITÁLNE CERTIFIKÁTY POUŽÍVATE NA VLASTNÚ ZODPOVEDNOSŤ. V MAXIMÁLNOM ROZSAHU POVOLENOM PLATNÝMI ZÁKONMI SPOLOČNOSŤ APPLE NEPOSKYTUJE ŽIADNE ZÁRUKY ANI VYHLÁSENIA (VÝSLOVNÉ ANI VYPLÝVAJÚCE) V SPOJITOSTI S PREDAJNOSŤOU ALEBO VHODNOSŤOU PRODUKTU NA KONKRÉTNE POUŽITIE, PRESNOSŤOU, BEZPEČNOSŤOU A NEPORUŠOVANÍM PRÁV TRETÍCH STRÁN V SÚVISLOSTI S DIGITÁLNYMI CERTIFIKÁTMI.

**10. Kontrola vývozu.** Softvér Apple nesmiete používať ani inak exportovať či reexportovať iným spôsobom, než povoľujú právne predpisy Spojených štátov a právne predpisy jurisdikcií, v ktorých bol Softvér Apple zaobstaraný. Softvér spoločnosti Apple nesmiete vyvážať ani opätovne vyvážať predovšetkým (okrem iného) (a) do krajín, na ktoré USA uvalili embargo, alebo (b) komukoľvek na zozname osobitne určených osôb stanoveným Ministerstvom financií USA, na zozname zamietnutých osôb alebo subjektov stanoveným Ministerstvom obchodu USA alebo na akomkoľvek inom zozname obmedzených subjektov. Používaním softvéru spoločnosti Apple potvrdzujete a zaručujete, že sa nenachádzate v žiadnej z týchto krajín ani na žiadnom takomto zozname. Tiež súhlasíte s tým, že softvér spoločnosti Apple nebudete používať na žiadne účely zakázané zákonmi Spojených štátov amerických vrátane (okrem iného) vývoja, návrhu, výroby alebo produkcie riadených striel a nukleárnych, chemických alebo biologických zbraní.

**11. Koncoví používatelia v štátnej správe.** Softvér spoločnosti Apple a súvisiaca dokumentácia sú „komerčnými položkami" v súlade s tým, ako je tento pojem definovaný v americkej Zbierke federálnych predpisov 48 C.F.R. §2.101, a pozostávajú z „komerčného počítačového softvéru" a „dokumentácie ku komerčnému počítačovému softvéru" v súlade s tým, ako sa tieto pojmy uvádzajú v americkej Zbierke federálnych predpisov 48 C.F.R. §12.212 alebo 48 C.F.R. §227.7202 (podľa daného prípadu). V súlade

s americkou Zbierkou federálnych predpisov 48 C.F.R. §12.212 alebo 48 C.F.R. §227.7202-1 až 227.7202-4 (podľa daného prípadu) sú komerčný počítačový softvér a dokumentácia ku komerčnému počítačovému softvéru licencované americkým vládnym koncovým používateľom (a) iba ako komerčné položky a (b) iba s tými právami, ktoré boli udelené všetkým ostatným koncovým používateľom v súlade s tu uvedenými zmluvnými podmienkami. Nepublikované práva sú vyhradené podľa autorských práv Spojených štátov.

**12. Rozhodujúca legislatíva a oddeliteľnosť.** Táto licencia sa bude riadiť a vykladať v súlade so zákonmi štátu Kalifornia s výnimkou konfliktu právnych princípov. Táto licencia sa neriadi Dohovorom Organizácie Spojených národov o zmluvách o medzinárodnom predaji tovaru, ktorého uplatnenie je výslovne vylúčené. Ak ste spotrebiteľ s pobytom v Spojenom kráľovstve, bude táto Licencia podliehať miestnym zákonom a jurisdikcii miesta vášho pobytu. Ak z akéhokoľvek dôvodu súd príslušnej jurisdikcie zistí, že niektoré ustanovenie alebo jeho časť je nevymáhateľné, zvyšok tejto licencie zostane v plnej platnosti a účinnosti.

**13. Celá zmluva, hlavný jazyk interpretácie zmluvy.** Táto Licencia predstavuje celú dohodu medzi vami a spoločnosťou Apple v súvislosti so Softvérom Apple a nahrádza všetky predošlé a súčasné dohody týkajúce sa tejto veci. Žiadne dodatky ani úpravy tejto licencie nebudú záväzné, pokiaľ nebudú vyhotovené v písomnej forme a podpísané spoločnosťou Apple. Preklad tejto licencie do akéhokoľvek jazyka sa realizuje v súlade s miestnymi požiadavkami a v prípade nezhody medzi anglickou a príslušnou inojazyčnou verziou sa prednostne uplatňuje anglická verzia tejto licencie, a to v rozsahu, ktorý nie je zakázaný miestnymi zákonmi vo vašej jurisdikcii.

**14. Informácie o tretích stranách.** Časti Softvéru Apple môžu používať alebo zahŕňať softvér tretích strán a iné materiály chránené autorskými právami. Informácie, zmluvné podmienky a vzdanie sa nároku na takéto materiály sú obsiahnuté v elektronickej dokumentácii k Softvéru Apple a vaše použitie takýchto materiálov podlieha ich vlastným zmluvným podmienkam. Používanie služby Google Safe Browsing Service podlieha podmienkam používania služby Google (https://www.google.com/intl/sk/policies) a zásadám ochrany osobných údajov spoločnosti Google (https://www.google.com/intl/sk/policies/privacy/).

**15. Používanie formátu MPEG-4; poznámka o štandarde H.264/AVC**
(a) Softvér Apple spadá pod licenciu MPEG-4 Systems Patent Portfolio Licence na kódovanie v súlade so štandardmi systému MPEG-4 s výnimkou tých prípadov, keď je na kódovanie potrebná ďalšia licencia a platba za licenčné poplatky v súvislosti s (i) dátami uloženými alebo replikovanými na fyzických médiách, za ktoré sa platí na základe jednotlivých titulov, alebo (ii) dátami, za ktoré sa platí na základe jednotlivých titulov a ktoré sa koncovému užívateľovi posielajú na trvalé uloženie alebo používanie. Takúto dodatočnú licenciu je možné získať od spoločnosti MPEG LA, LLC. Podrobnejšie informácie nájdete na stránke https://www.mpegla.com.

(b) Softvér Apple obsahuje funkcie kódovania a/alebo dekódovania videa vo formáte MPEG-4. Softvér Apple spadá pod licenciu MPEG-4 Visual Patent Portfolio Licence pre zákaznícke osobné a nekomerčné používanie (i) kódovania videa v súlade so štandardom MPEG-4 Visual Standard („MPEG-4 video") a/alebo (ii) dekódovania MPEG-4 videa, ktoré bolo zakódované užívateľom vykonávajúcim osobnú a nekomerčnú aktivitu, a/alebo takého videa, ktoré bolo získané od poskytovateľa video obsahu viazaného licenciou MPEG LA na poskytovanie MPEG-4 videí. Na žiadne iné použitie sa licencia nevydáva ani nepovoľuje. Ďalšie informácie vrátane informácií, ktoré súvisia s propagačným, interným alebo komerčným použitím a s licencovaním, je možné získať od spoločnosti MPEG LA, LLC. Pozrite stránku https://www.mpegla.com.

(c) Softvér Apple obsahuje funkcionalitu pre kódovanie a/alebo dekódovanie formátu AVC, komerčné používanie H.264/AVC vyžaduje ďalšie licencovanie a zároveň platí nasledujúce ustanovenie:

FUNKČNOSŤ AVC V SOFTVÉRI APPLE JE LICENCOVANÁ LEN PRE OSOBNÉ A NEKOMERČNÉ POUŽITIE ZÁKAZNÍKOM NA (i) KÓDOVANIE VIDEA V SÚLADE SO ŠTANDARDOM AVC („AVC VIDEO") ALEBO (ii) DEKÓDOVANIE VIDEA, KTORÉ BOLO ZAKÓDOVANÉ ZÁKAZNÍKOM VYKONÁVAJÚCIM OSOBNÉ A NEKOMERČNÉ AKTIVITY, ALEBO AVC VIDEA, KTORÉ BOLO ZÍSKANÉ OD LICENCOVANÉHO POSKYTOVATEĽA AVC VIDEÍ. INFORMÁCIE TÝKAJÚCE SA OSTATNÝCH POUŽITÍ A LICENCIÍ JE MOŽNÉ ZÍSKAŤ OD SPOLOČNOSTI MPEG LA L.L.C. POZRITE STRÁNKU https://www.mpegla.com.

**16. Obmedzenia vyhľadávacej služby Yahoo.** Použitie vyhľadávacej služby Yahoo dostupnej cez program Safari je viazané licenciou len v nasledujúcich krajinách a oblastiach: Argentína, Aruba, Austrália, Rakúsko, Barbados, Belgicko, Bermudy, Brazília, Bulharsko, Kanada, Kajmanie ostrovy, Čile, kontinentálna Čína, Hongkong, Taiwan, Kolumbia, Cyprus, Česká republika, Dánsko, Dominikánska republika, Ekvádor, Salvádor, Fínsko, Francúzsko, Nemecko, Grécko, Grenada, Guatemala, Maďarsko, Island, India, Indonézia, Írsko, Taliansko, Jamajka, Japonsko, Litva, Lotyšsko, Luxembursko, Malajzia, Malta, Mexiko, Holandsko, Nový Zéland, Nikaragua, Nórsko, Panama, Peru, Filipíny, Poľsko, Portugalsko, Portoriko, Rumunsko, Singapur, Slovenská republika, Slovinsko, Južná Kórea, Španielsko, Sv. Lucia, Sv. Vincent, Švédsko, Švajčiarsko, Thajsko, Bahamy, Trinidad a Tobago, Turecko, Spojené kráľovstvo, Uruguaj, Spojené štáty americké a Venezuela.

**17. Upozornenie ohľadom Microsoft Exchange.** Licencia na poštu Microsoft Exchange v Softvéri Apple je poskytovaná len na bezdrôtovú synchronizáciu dát, napríklad e-mailov, kontaktov, kalendárov a úloh, medzi vaším Zariadením a serverom Microsoft Exchange alebo iným serverovým softvérom licencovaným spoločnosťou Microsoft za účelom implementácie protokolu Microsoft Exchange ActiveSync.

EA1806
08.07.2022

——————————

**Dodatočné podmienky a ustanovenia pre funkciu Apple Pay a aplikáciu Peňaženka**

Tieto dodatočné podmienky a ustanovenia pre funkciu Apple Pay a aplikáciu Peňaženka (tieto „Dodatočné zmluvné podmienky") dopĺňajú softvérovú licenčnú zmluvu Apple („Licencia"). Vaše používanie funkcie Apple Pay („Apple Pay") a aplikácie Apple Peňaženka („Peňaženka") sa riadi podmienkami Licencie aj týmito Dodatočnými zmluvnými podmienkami a bude sa považovať za „Službu" podľa tejto Licencie. Pojmy uvedené v týchto Dodatočných zmluvných podmienkach so začiatočným veľkým písmenom majú významy stanovené v Licencii.

**1. Prehľad**

**Apple Pay**

Apple Pay vám umožňuje:

- vykonávať bezkontaktné platby pomocou kreditných, debetných a predplatených kariet vrátane kariet Apple Card a Apple Cash na vybraných miestach alebo v rámci vybraných aplikácií či na webových stránkach;
- odosielať osobné platby iným používateľom služby Apple Cash; a
- sledovať objednávky a pozerať si účtenky s podrobnosťami.

Služba Apple Pay a niektoré funkcie služby Apple Pay môžu byť dostupné iba vo vybraných oblastiach a iba pre vybraných vydavateľov kariet, platobné siete, obchodníkov a iné tretie strany.

**Peňaženka**

Apple Peňaženka vám umožňuje uchovávať virtuálne reprezentácie kreditných, debetných a predplatených kariet, ktoré sa budú používať s Apple Pay (spoločne sa nazývajú „Karty Apple Pay"), ako aj iných typov kariet, lístkov a kľúčov, čo okrem iného zahŕňa nasledujúce (súhrnne nazývané „Lístky v Peňaženke" a spolu s Kartami Apple Pay „Podporované karty"):

- vernostné karty;
- dopravné karty;
- lístky;
- členské lístky;
- kľúče od auta;
- kľúče od domu;
- kľúče k rekreáciám;
- firemné prístupové karty;
- študentské ID karty a
- vodičské preukazy a štátne alebo vládne identifikačné karty („Preukazy totožnosti").

Lístky v Peňaženke môžu byť k dispozícii iba vo vybraných regiónoch a u vybraných partnerov. Preukazy totožnosti môžu byť k dispozícii len pre rezidentov participujúcich štátov a ich predkladanie sa môže líšiť podľa štátu alebo miesta.

Podporované karty sa môžu z času na čas meniť.

**2. Kritériá oprávnenosti**

Na používanie funkcie Apple Pay a aplikácie Peňaženka musíte mať (i) podporované Zariadenie, na ktorom beží verzia operačného softvéru, ktorá podporuje Služby (odporúča sa najnovšia verzia a niekedy sa dokonca vyžaduje), (ii) Apple ID priradené k účtu v iCloude, ktoré je bez problémov vo vzťahu k spoločnosti Apple, a (iii) prístup na Internet (môžu sa účtovať poplatky). S výnimkou karty Apple Cash Family a vybraných kariet e-money sú Karty Apple Pay k dispozícii iba pre jednotlivcov vo veku minimálne 13 rokov a môžu podliehať ďalším obmedzeniam na základe veku, ktoré stanoví iCloud alebo príslušný vydavateľ, obchodník alebo iná tretia strana. Dopravné karty, karty e-money, Preukazy totožnosti, firemné prístupové karty a kľúče sú k dispozícii iba na Zariadeniach so systémom iOS.

Ak ste rodič alebo opatrovník v iCloud rodine („Organizátor"), môžete pozvať členov rodiny vrátane tých, čo majú menej ako 13 rokov (alebo zodpovedajúci minimálny vek v príslušnej krajine), a poskytnúť im na používanie oprávnené dopravné karty v aplikácii Peňaženka. Ako Organizátor budete zodpovední za všetky platby, nákupy a transakcie vykonané pomocou dopravných kariet, ktoré boli povolené pre členov rodiny vrátane tých, ktorí boli iniciovaní členom rodiny. Nárok na dopravné karty v aplikácii Peňaženka a ich používanie podlieha pravidlám a podmienkam príslušnej dopravnej spoločnosti. Organizátori sú zodpovední za súlad s týmito pravidlami a podmienkami a preberajú všetky riziká súvisiace s povolením dopravných kariet pre ostatných členov rodiny. Keď člen rodinu opustí alebo sa z rodiny odstráni, nebude viac môcť načítať dopravnú kartu a bude môcť s touto kartou vykonávať transakcie iba dovtedy, kým zostatok na karte nebude nulový.

Ak ste majiteľom kľúčov od auta, môžete zdieľať svoje kľúče od auta s inými ľuďmi, ktorí majú aspoň 13 rokov, aby mohli odomknúť, získať prístup a/alebo šoférovať vaše auto.

Kľúče od domácnosti je možné pridať do aplikácie Peňaženka alebo ich z nej odstrániť tak, že pridáte alebo odstránite zámky v aplikácii Domácnosť, alebo tak, že pridáte alebo odstránite seba z domácnosti v aplikácii Domácnosť. Ak ste správca domácnosti v aplikácii Domácnosť, všetky existujúce domáce

kľúče sa budú automaticky zdieľať s ľuďmi, ktorých ste pozvali a ktorí sa pridajú do vašej domácnosti.

Karta Apple Card je k dispozícii iba v Spojených štátoch a vydáva ju Goldman Sachs Bank USA, Salt Lake City Branch (ďalej len „Vydavateľ karty Apple Card"). S výnimkou karty Apple Card Family je karta Apple Card k dispozícii iba pre osoby vo veku aspoň 18 rokov (alebo staršie v závislosti od štátu, kde žijete).

Karta Apple Cash a možnosť odosielať a prijímať platby priamo medzi osobami sú k dispozícii iba v USA a sú to služby poskytované spoločnosťou Green Dot Bank, ktorá je členom FDIC. Ak chcete posielať a prijímať priame platby medzi osobami v rámci služby Apple Pay, musíte mať kartu Apple Cash. S výnimkou karty Apple Cash Family je karta Apple Cash a možnosť posielať a prijímať platby priamo medzi osobami k dispozícii pre osoby vo veku aspoň 18 rokov.

## 3. Používanie služieb

Podporované karty a priame platby medzi osobami sú priradené k vášmu Apple ID, ktorým ste sa prihlásili do iCloudu na účely používania týchto funkcií. Keď v Peňaženke pridáte alebo odstránite kľúče, firemné prístupové karty, vernostné karty, vstupenky a členské preukazy, zmena sa môže prejaviť na vašich ostatných zariadeniach Apple, na ktorých ste prihlásení tým istým Apple ID. Ku každému Apple ID si budete môcť priradiť iba jeden Preukaz totožnosti pre každý štátny vydávajúci orgán.

Funkcia Apple Pay a aplikácia Peňaženka sú určené pre vašu osobnú potrebu, pričom používať môžete iba svoje vlastné Podporované karty alebo tiež dopravné karty, prípadne kľúče od auta alebo od domácnosti, pre ktoré máte pozvánku od Organizátora alebo vlastníka. Ak používate podporovanú firemnú kartu, vyhlasujete, že to robíte na základe povolenia svojho zamestnávateľa a že máte oprávnenie zaviazať svojho zamestnávateľa na dodržiavanie týchto podmienok používania a na všetky transakcie, na ktoré sa vzťahuje používanie tejto funkcie. Ak odosielate alebo prijímate platbu medzi osobami, vyhlasujete, že to robíte na účely svojho osobného a nekomerčného použitia. Ak používate Preukaz totožnosti, potvrdzujete, že to robíte s použitím vlastných osobných informácií, ktoré vás presne a pravdivo identifikujú.

Súhlasíte s tým, že službu Apple Pay a aplikáciu Peňaženka nebudete používať na nelegálne ani podvodné účely ani na žiadne iné účely, ktoré zakazuje Licencia a tieto Dodatočné zmluvné podmienky. Ďalej súhlasíte s tým, že službu Apple Pay a aplikáciu Peňaženka budete používať v súlade s platnými zákonmi a nariadeniami. Potvrdzujete, že akékoľvek nepravdivé informácie odoslané v súvislosti s Preukazom totožnosti môžu predstavovať kriminálny čin podľa federálnych alebo štátnych zákonov. Súhlasíte s tým, že nebudete zasahovať do služby Apple Pay, aplikácie Peňaženka (vrátane prístupu k službe prostredníctvom akýchkoľvek automatizovaných prostriedkov), žiadnych serverov či sietí pripojených k službe ani žiadnych zásad, požiadaviek alebo smerníc pre siete pripojené k službe ani ich narúšať (vrátane akéhokoľvek neoprávneného prístupu, používania alebo monitorovania dát alebo prenosov v týchto sieťach).

Ak váš prístup k službe Apple Pay alebo aplikácii Peňaženka alebo ich používanie sú zakázané príslušnými zákonmi, nemáte oprávnenie na prístup k týmto Službám alebo ich používanie. Nenesieme zodpovednosť v prípade, že k Službám budete pristupovať alebo ich používať akýmkoľvek spôsobom, ktorý porušuje príslušné zákony.

## 4. Vzťah spoločnosti Apple s vami

Vaše používanie služby Apple Pay sa bude riadiť týmito Dodatočnými zmluvnými podmienkami, ako aj podmienkami zmluvy medzi držiteľom a príslušným vydavateľom karty, obchodníkom alebo inou treťou stranou, ktorá je zodpovedná za vašu kartu Apple Pay.

Podobne aj vaše používanie Lístkov v Peňaženke sa bude riadiť týmito Dodatočnými zmluvnými podmienkami, ako aj podmienkami vašej zmluvy s príslušným obchodníkom, dopravnou spoločnosťou, výrobcom auta alebo zámku, univerzitou, hotelom, rekreačným strediskom, lodnou spoločnosťou, korporáciou, štátnym vydávajúcim orgánom alebo inou treťou stranou.

S výnimkou niektorých funkcií služby Apple Pay opísaných nižšie, ktoré poskytuje spoločnosť Apple Payments Inc. (ďalej len „Apple Payments"), však spoločnosť Apple nespracúva platby ani iné neplatobné transakcie vykonané vašimi Kartami Apple Pay. Spoločnosť Apple nemá kontrolu nad platbami a nie je zodpovedná za žiadne platby, vrátené platby, vrátenia peňazí, refundácie, peňažné prevody, odmeny, hodnoty, zľavy, prístup, overovanie identity, objednávky, plnenie objednávok ani iné aktivity, ktoré môžu vzniknúť pri vašom používaní služby Apple Pay alebo aplikácie Peňaženka.

Ak dôjde k akémukoľvek konfliktu medzi podmienkami týchto Dodatočných zmluvných podmienok a vašou zmluvou s príslušným vydavateľom, obchodníkom, štátnym vydávajúcim orgánom alebo inou treťou stranou (každá sa označuje ako „**Zmluva s treťou stranou**"), podmienky týchto Dodatočných zmluvných podmienok budú riadiť váš vzťah so spoločnosťou Apple a podmienky príslušnej Zmluvy s treťou stranou budú riadiť váš vzťah s danou treťou stranou.

Súhlasíte s tým, že spoločnosť Apple nie je účastníkom žiadnej vašej Zmluvy s treťou stranou a že spoločnosť Apple nie je zodpovedná za: (a) obsah, presnosť alebo dostupnosť akýchkoľvek Podporovaných kariet, nákupov, transakcií, peňažných prevodov, objednávok, plnenia objednávok, potvrdení alebo iných aktivít počas používania funkcie Apple Pay alebo aplikácie Peňaženka, čo zahŕňa okrem iného aktivity vykonané členmi rodiny alebo inými osobami, s ktorými ste zdieľali svoje Podporované karty alebo ktoré majú prístup k vášmu Zariadeniu; (b) vydanie úveru alebo posúdenie nároku na úver; (c) vydanie, odobratie alebo zrušenie vodičského preukazu alebo štátom vydávaného preukazu totožnosti; (d) aktivity vydavateľov, obchodníkov, vývojárov aplikácií alebo iných tretích strán súvisiace s vaším používaním služby Apple Pay alebo aplikácie Peňaženka; (e) rozhodnutia o zaistení vykonané vydavateľom, obchodníkom alebo inou treťou stranou v súvislosti s pridaním vašej Podporovanej karty do aplikácie Peňaženka; (f) vaše členstvo alebo účasť v akomkoľvek programe obchodníka alebo partnera; (g) akékoľvek naakumulovanie alebo uplatnenie odmien alebo uchovanej hodnoty v súvislosti s vašimi Podporovanými kartami; (h) doplnenie alebo načítanie prostriedkov na vašich predplatených Podporovaných kartách; (i) posielanie alebo prijímanie priamych platieb medzi osobami či peňažných prevodov alebo (j) dopĺňanie peňažných prostriedkov na kartu Apple Cash, ich uplatňovanie alebo ich vyberanie.

Keď požiadate o kartu Apple Card, žiadate tým o otvorenie účtu u Vydavateľa karty Apple Card. Finančná inštitúcia zodpovedná za ponuku karty Apple Card sa môže zmeniť a vaše používanie karty Apple Card podlieha zmluvným podmienkam danej inštitúcie.

Keď zapnete funkcie Apple Cash v rámci služby Apple Pay, otvárate si účet v banke Green Dot Bank. S výnimkou funkcií služby Apple Pay poskytovaných spoločnosťou Apple Payments platí, že pri odosielaní a prijímaní platieb medzi osobami alebo pri vkladaní či výbere peňazí z vašej karty Apple Cash bude za prijatie alebo odoslanie peňažných prostriedkov danej osobe zodpovedná banka Green Dot Bank. Finančná inštitúcia zodpovedná za ponuku platieb Apple Cash a platieb medzi osobami v rámci služby Apple Pay sa môže zmeniť a vaše používanie týchto funkcií podlieha zodpovedajúcim zmluvným podmienkam danej inštitúcie.

Možnosť používať prostriedky na vašej karte Apple Cash na posielanie platieb určitým firmám spĺňajúcim podmienky, ktoré autorizujete (ďalej len „Služba priamych platieb"), je služba poskytovaná spoločnosťou Apple Payments. Na používanie Služby priamych platieb sa vzťahujú zmluvné podmienky Služby priamych platieb spoločnosti Apple Payments. Okrem toho vám určité firmy spĺňajúce podmienky môžu

umožniť, aby ste ich autorizovali na uvoľnenie prostriedkov na vašu kartu Apple Cash (ďalej len „Uvoľnenie prostriedkov"). Hoci služby Uvoľnenia prostriedkov spracúva spoločnosť Apple Payments, v skutočnosti ich poskytuje zúčastnená firma, ktorá dané prostriedky uvoľňuje, a preto sa na ne môžu vzťahovať dodatočné zmluvné podmienky príslušných firiem. V prípade akýchkoľvek sporov alebo otázok týkajúcich sa Podporovaných kariet alebo súvisiacich komerčných aktivít kontaktujte vydavateľa karty, príslušného obchodníka, štátny vydávajúci úrad, vývojára aplikácie alebo inú tretiu stranu. Ohľadne otázok týkajúcich sa služby Apple Pay, aplikácie Peňaženka, karty Apple Card, karty Apple Cash alebo platieb medzi osobami sa obracajte na Podporu spoločnosti Apple.

### 5. Ochrana osobných údajov

Na zhromažďovanie a používanie osobných údajov spoločnosťou Apple sa vzťahujú Zásady ochrany osobných údajov, ktoré sú k dispozícii na stránke https://www.apple.com/legal/privacy/sk/. Podrobné informácie o osobných údajoch, ktoré sú zhromažďované, používané alebo zdieľané počas používania funkcie Apple Pay a aplikácie Peňaženka, nájdete v príslušných vyhláseniach o ochrane osobných údajov danej služby vrátane informácií O Apple Pay a súkromí (ktoré nájdete na svojom Zariadení alebo v aplikácii Watch na spárovanom Zariadení) alebo na stránke https://www.apple.com/legal/privacy/sk/. Používaním služby Apple Pay a aplikácie Peňaženka vyjadrujete súhlas s tým, že spoločnosť Apple, jej pobočky a zástupcovia môžu na účely poskytovania týchto Služieb prenášať, zhromažďovať, spravovať, spracovávať a využívať všetky vyššie uvedené informácie.

### 6. Zabezpečenie, stratené alebo deaktivované zariadenia

CHRÁŇTE SI PODPOROVANÉ ZARIADENIA A PRÍSTUPOVÉ ÚDAJE, AKO KEBY STE SI CHRÁNILI FYZICKÚ PEŇAŽENKU A KARTY

Funkcia Apple Pay a aplikácia Peňaženka uchovávajú virtuálne formy vašich Podporovaných kariet a je potrebné, aby boli chránené rovnako, ako si chránite fyzickú peňaženku, kľúče alebo kreditné, debetné či predplatené karty, preukazy totožnosti a iné karty a doklady. Ste výhradne zodpovední za zachovávanie bezpečnosti svojich zariadení a svojho Apple ID, svojich informácií pre Touch ID a Face ID, kódu pre svoje podporované Zariadenia a akýchkoľvek iných autentifikačných prístupových údajov používaných v spojitosti so Službami (spoločne sa nazývajú „Prístupové údaje"). Ak autorizujete alebo povolíte niekomu inému používať vaše podporované Zariadenie (naprìklad tým, že tretej strane poskytnete heslo do svojho Zariadenia, dovolíte pridať si odtlačky prstov na používanie Touch ID alebo povolíte Face ID, prípadne iným spôsobom poskytnete svoje Prístupové údaje tretej strane), príslušná osoba bude môcť vykonávať platby, odosielať, požadovať alebo prijímať priame platby medzi osobami, vyberať peniaze z vašej karty Apple Cash, prijímať alebo uplatňovať odmeny, používať nazbieranú hodnotu, odomykať alebo iným spôsobom pristupovať k vášmu autu, priestorom, kancelárii alebo domácnosti, predstierať vašu identitu alebo vykonávať iné transakcie pomocou vašich Podporovaných kariet v Peňaženke. V takom prípade budete vy zodpovední za všetky platby, prístupy a transakcie vykonané danou osobou.

ZARIADENIA S NEPOVOLENOU ÚPRAVOU

Ak vykonáte neautorizované úpravy svojho Zariadenia, ako je napríklad vypnutie hardvérových alebo softvérových ovládacích prvkov (tento postup sa nazýva aj „jailbreaking"), vaše Zariadenie môže stratiť nárok na prístup k Službám alebo ich používanie. Potvrdzujete, že používanie upraveného Zariadenia v spojitosti so Službami je výslovne zakázané, predstavuje porušenie týchto Dodatočných zmluvných podmienok a predstavuje pre nás dôvod, aby sme odmietli alebo obmedzili váš prístup k Službám.

DODATOČNÉ BEZPEČNOSTNÉ OPATRENIA

Možno bude potrebné, aby ste zapli ďalšie bezpečnostné opatrenia, ako je napríklad dvojfaktorová autentifikácia pre vaše Apple ID, za účelom prístupu ku konkrétnym funkciám Apple Pay vrátane kariet Apple Card a Apple Cash a platbám medzi osobami pomocou služby Apple Pay. Ak následne tieto bezpečnostné funkcie odstránite, môže sa stať, že ku konkrétnym funkciám služby Apple Pay už nebudete mať prístup. Vymazanie Face ID alebo Touch ID, ktoré sú priradené k vášmu Preukazu totožnosti na predkladanie, bude znamenať, že sa bude vyžadovať, aby ste dokončili celý proces zaistenia Preukazu totožnosti.

STRATENÉ ALEBO UKRADNUTÉ ZARIADENIA

Ak ste Zariadenie stratili alebo vám ho odcudzili, pričom máte zapnutú funkciu Nájsť, môžete sa pomocou nej pokúsiť pozastaviť možnosť transakcií prostredníctvom virtuálnych Podporovaných kariet alebo možnosť odosielať platby medzi osobami na danom Zariadení tým, že Zariadenie prepnete do režimu Stratené. Ak je vaše Zariadenie v režime Stratené, je možné, že vaše kľúče od auta sú v Peňaženke zablokované a vy už nemáte možnosť dostať sa do svojho auta alebo ho naštartovať po tom, ako ste auto opustili alebo vypli motor. Režim Stratené má vplyv iba na kľúče na stratenom Zariadení. Ak ste majiteľ, nebudete mať viac možnosť zdieľať svoje kľúče od auta alebo od domácnosti s inými ľuďmi, no kľúče, ktoré už s inými ľuďmi zdieľate, nebudú na ich zariadeniach ovplyvnené.

Svoje Zariadenie môžete aj vymazať, pričom dôjde k pokusu o pozastavenie možnosti vykonávania transakcií pomocou virtuálnych Podporovaných kariet a platieb medzi osobami na zariadení. Zároveň by ste mali kontaktovať vydavateľa, obchodníka alebo inú zodpovednú tretiu stranu vašich Podporovaných kariet alebo spoločnosť Apple v prípade, že ide o kartu Apple Card alebo Apple Cash, aby ste tak zamedzili neoprávnenému prístupu k vašim Podporovaným kartám v službe Apple Pay a v aplikácii Peňaženka.

Ak spoločnosti Apple nahlásite podvodnú alebo nepovolenú aktivitu, alebo ak má spoločnosť Apple podozrenie na takúto aktivitu, súhlasíte s tým, že budete so spoločnosťou Apple spolupracovať na akomkoľvek vyšetrovaní a že použijete všetky nami stanovené opatrenia na zamedzenie podvodom.

**7. Obmedzenie zodpovednosti**

S VÝNIMKOU VYLÚČENIA ZÁRUK A OBMEDZENIA ZODPOVEDNOSTI UVEDENÝCH V LICENCII SPOLOČNOSŤ APPLE NENESIE ŽIADNU ZODPOVEDNOSŤ ZA NÁKUPY, PLATBY, PEŇAŽNÉ PREVODY, OBJEDNÁVKY, PLNENIE OBJEDNÁVOK, INFORMÁCIE O ÚČTENKÁCH, PRÍSTUP, OVERENIE IDENTITY, TRANSAKCIE ANI INÉ AKTIVITY REALIZOVANÉ POUŽITÍM FUNKCIE APPLE PAY ALEBO APLIKÁCIE PEŇAŽENKA, PRIČOM SÚHLASÍTE S TÝM, ŽE PRI RIEŠENÍ AKÝCHKOĽVEK OTÁZOK ALEBO SPOROV V SÚVISLOSTI SO SVOJIMI PODPOROVANÝMI KARTAMI, PLATBAMI MEDZI OSOBAMI A SÚVISIACIMI KOMERČNÝMI AKTIVITAMI SA BUDETE RIADIŤ VÝLUČNE ZMLUVAMI, KTORÉ MÔŽETE MAŤ UZATVORENÉ S VYDAVATEĽOM KARTY, PLATOBNOU SIEŤOU, FINANČNÝMI INŠTITÚCIAMI, PREDAJCOM, VÝVOJÁROM APLIKÁCIE, ŠTÁTNYM VYDÁVAJÚCIM ORGÁNOM ALEBO INOU PRÍSLUŠNOU TREŤOU STRANOU.

— — — — — — — — — — — —

**OZNAMY SPOLOČNOSTI APPLE**

Ak vás spoločnosť Apple potrebuje kontaktovať ohľadom vášho produktu alebo účtu, budete oboznámení e-mailom. Takisto súhlasíte s tým, že akékoľvek z týchto oznamov, ktoré vám pošleme elektronicky, budú v súlade so zákonnými požiadavkami na komunikáciu.

**УКРАЇНСЬКА**

**УВАГА: ВИКОРИСТОВУЮЧИ iPHONE, iPAD АБО iPOD TOUCH («ПРИСТРІЙ»), ВИ ПОГОДЖУЄТЕСЯ З НАСТУПНИМИ УМОВАМИ:**

**A.    ЛІЦЕНЗІЙНА УГОДА ПРО ВИКОРИСТАННЯ ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ APPLE iOS та iPadOS**
**B.    ДОДАТКОВІ ПОЛОЖЕННЯ ЩОДО ВИКОРИСТАННЯ ФУНКЦІЇ APPLE PAY**
**C.    ПОВІДОМЛЕННЯ КОМПАНІЇ APPLE**

**APPLE INC**
**ЛІЦЕНЗІЙНА УГОДА ПРО ВИКОРИСТАННЯ ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ iOS та iPadOS**
**Ліцензія на одного користувача**

**БУДЬ ЛАСКА, УВАЖНО ОЗНАЙОМТЕСЯ З ЦІЄЮ ЛІЦЕНЗІЙНОЮ УГОДОЮ («ЛІЦЕНЗІЯ») ПЕРЕД ВИКОРИСТАННЯМ ПРИСТРОЮ АБО ЗАВАНТАЖЕННЯМ ОНОВЛЕННЯ ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ, ДО ЯКОГО ДОДАЄТЬСЯ ЦЯ УГОДА. ВИКОРИСТОВУЮЧИ ПРИСТРІЙ АБО, ЗАЛЕЖНО ВІД СИТУАЦІЇ, ЗАВАНТАЖУЮЧИ ОНОВЛЕННЯ ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ, ВИ ПОГОДЖУЄТЕСЯ ДОТРИМУВАТИСЯ УМОВ ЦІЄЇ ЛІЦЕНЗІЇ. ЯКЩО ВИ НЕ ПОГОДЖУЄТЕСЯ З УМОВАМИ ЦІЄЇ ЛІЦЕНЗІЇ, НЕ ВИКОРИСТОВУЙТЕ ПРИСТРІЙ ТА НЕ ЗАВАНТАЖУЙТЕ ПРОГРАМНЕ ЗАБЕЗПЕЧЕННЯ.**

**ЯКЩО ВИ НЕЩОДАВНО ПРИДБАЛИ ПРИСТРІЙ, АЛЕ ВИ НЕ ПОГОДЖУЄТЕСЯ З УМОВАМИ ЦІЄЇ ЛІЦЕНЗІЇ, ВИ МОЖЕТЕ ПОВЕРНУТИ ПРИСТРІЙ ПРОТЯГОМ ПЕРІОДУ ПОВЕРНЕННЯ В APPLE STORE АБО АВТОРИЗОВАНОМУ ДИСТРИБ'ЮТОРУ ЗА МІСЦЕМ ПРИДБАННЯ З ПОВЕРНЕННЯМ СПЛАЧЕНОЇ ВАМИ СУМИ ЗГІДНО ІЗ ПОЛІТИКОЮ КОМПАНІЇ APPLE З ПОВЕРНЕННЯ ПРОДУКЦІЇ, ЩО МІСТИТЬСЯ НА ВЕБСАЙТІ https://www.apple.com/legal/sales-support/.**

**1. Загальні відомості**
(a) Це програмне забезпечення (у тому числі, код завантажувального ПЗУ, вбудоване програмне забезпечення та програмне забезпечення сторонніх виробників), документація, інтерфейси, контент, шрифти та будь-які дані, що поставляються в комплекті з вашим Пристроєм («Первісне програмне забезпечення Apple»), які можуть оновлюватися або замінюватися удосконаленими програмними можливостями, оновленнями програмного забезпечення, відповідями системи безпеки, системними файлами або програмним забезпеченням для відновлення системи, що надаються компанією Apple для вашого Пристрою або підтримуваного периферійного пристрою («Зміни програмного забезпечення Apple»), які містяться у постійно-запам'ятовуючому пристрої, на будь-якому іншому носії інформації чи в будь-якій іншій формі (Первісне програмне забезпечення Apple і Зміни програмного забезпечення Apple далі разом іменуватимуться «Програмне забезпечення Apple»), не продаються, а передаються Вам компанією Apple Inc. ("Apple") для використання виключно на умовах даної Ліцензії. Компанія Apple та ліцензіари компанії Apple зберігають за собою право власності на саме Програмне Забезпечення Apple та на всі прямо не надані Вам права. Ви погоджуєтеся з тим, що умови цієї Ліцензії будуть застосовуватися до всіх програм марки Apple, які може бути вбудовано у Ваш Пристрій, окрім випадків, коли програма супроводжується окремою ліцензією, у разі чого Ви погоджуєтеся використовувати цю програму згідно з умовами відповідної ліцензії.

(b) Apple може на власний розсуд надавати доступ до майбутніх Змін програмного забезпечення Apple. Зміни програмного забезпечення Apple (за їх наявністю) не обов'язково мають містити всі існуючі функції програмного забезпечення або нові функції, які Apple випускає для новіших або інших моделей Пристроїв. Умови цієї Ліцензії розповсюджуються на Зміни програмного

забезпечення Apple, які постачаються Apple, крім випадків, коли така Зміна програмного забезпечення Apple супроводжується окремою ліцензією, у разі чого ви погоджуєтеся із застосуванням умов відповідної ліцензії.

(c) Якщо Ви використовуєте функцію швидкого налаштування, щоб налаштувати новий Пристрій на основі Вашого наявного Пристрою, Ви погоджуєтеся, що положення цієї Ліцензії регулюватимуть Ваше використання Програмного Забезпечення Apple на новому Пристрої, якщо тільки це не супроводжується окремою ліцензією, у такому випадку Ви погоджуєтеся, що положення тієї ліцензії матиме переважну силу для Вашого використання цього Програмного забезпечення Apple. Пристрій періодично звірятиметься з Apple щодо Змін програмного забезпечення Apple. У разі наявності Зміна може автоматично завантажуватися та інсталюватися на Пристрій і, якщо це можливо, на периферійні пристрої. **Використовуючи Програмне забезпечення Apple, Ви погоджуєтеся, що Apple може завантажувати й інсталювати автоматичні Зміни програмного забезпечення Apple на ваш Пристрій і периферійні пристрої.** Ви можете будь-коли вимкнути автоматичне встановлення оновлень операційної системи та функцію швидкого реагування системи безпеки, налаштувавши параметри автоматичного оновлення в меню Параметри > Загальні > Оновлення програмного забезпечення. Деякі системні файли (зокрема, оновлені шрифти, мовні моделі, голосові ресурси та вбудоване програмне забезпечення для периферійних пристроїв) можуть продовжувати автоматично встановлюватися, наприклад, коли ви вмикаєте чи використовуєте певні функції та периферійні пристрої, або для вирішення юридичних, нормативних питань, заходів забезпечення громадської безпеки чи міркувань технічного порядку.

**2. Дозволені Ліцензією види використання та обмеження.**
(a) Відповідно до положень та умов цієї Ліцензії, Вам надається обмежена неексклюзивна ліцензія на використання Програмного забезпечення Apple на одному Пристрої марки Apple. Окрім випадків, дозволених нижче в пункті (b) розділу 2, і якщо це дозволено в окремій угоді між Вами та Apple, ця Ліцензія забороняє одночасне використання Програмного забезпечення Apple на більш ніж одному Пристрої марки Apple, і Вам не дозволено розповсюджувати або надавати мережевий доступ до Програмного забезпечення Apple для одночасного його використання на кількох Пристроях. Ця Ліцензія не надає Вам жодних прав на використання запатентованих інтерфейсів та іншої інтелектуальної власності компанії Apple у дизайні, при розробці, виготовленні, ліцензуванні або розповсюдженні пристроїв або аксесуарів третіх осіб, або програмного забезпечення третіх осіб, для використання з Пристроями. Деякі із зазначених прав можуть надаватися за окремими ліцензіями компанії Apple. Більш детальну інформацію про розробку пристроїв і аксесуарів третіх сторін, призначених для Пристроїв, можна отримати на вебсайті https://developer.apple.com/programs/mfi/. Докладну інформацію про розробку програмного забезпечення для Пристроїв можна отримати на вебсайті https://developer.apple.com.

(b) Відповідно до положень та умов цієї Ліцензії, Вам надається обмежена неексклюзивна ліцензія на завантаження Змін програмного забезпечення Apple, що можуть надаватися компанією Apple для Вашої моделі Пристрою, з метою оновлення або відновлення програмного забезпечення на такому Пристрої, яким Ви володієте або з яким працюєте. Ця Ліцензія не дозволяє Вам оновлювати або відновлювати будь-які Пристрої, якими Ви не володієте або які не контролюються Вами, а також Ви не вправі розповсюджувати або надавати мережевий доступ до Змін програмного забезпечення Apple для одночасного їхнього використання кількома Пристроями або кількома комп'ютерами. Якщо Ви завантажуєте Оновлення програмного забезпечення Apple на свій комп'ютер, Ви можете виготовити лише одну резервну копію Зміни програмного забезпечення Apple у формі, придатній для машинного зчитування, якщо в такій резервній копії будуть збережені повідомлення про авторські права та інші примітки правовласників, що містяться в оригіналі.

(c) У межах, в яких Apple попередньо встановила програми марки Apple з App Store на Вашому Пристрої на момент його придбання («Попередньо встановлені програми»), Вам знадобиться увійти до App Store і пов'язати ці Попередньо встановлені програми з Вашим обліковим записом App Store, щоб ним можна було користуватися на Вашому Пристрої. Коли ви пов'язуєте Попередньо встановлену програму зі своїм обліковим записом App Store, Ви одночасно автоматично пов'язуєте всі інші Попередньо встановлені програми на Вашому Пристрої. Коли Ви вибираєте пов'язати Попередньо встановлені програми зі своїм обліковим записом App Store, Ви погоджуєтеся, що Apple може передавати, збирати, зберігати, обробляти й використовувати Apple ID, який використовується Вашим обліковим записом App Store, і унікальний ідентифікатор апаратного забезпечення, отриманий з Вашого Пристрою, які є унікальними ідентифікаторами облікового запису для перевірки відповідності Вашого запиту та надання Вам доступу до Попередньо встановлених програм через App Store. Якщо Ви не хочете користуватися Попередньо інстальованою програмою, Ви можете видалити її зі свого Пристрою в будь-який момент.

(d) Ви не маєте права копіювати (крім випадків, чітко передбачених цією Ліцензією), декомпілювати, здійснювати втручання в програмне забезпечення для його розшифрування, розпаковувати, намагатися розкрити початковий код, декодувати, змінювати або створювати похідні твори на основі Програмного Забезпечення Apple чи будь-яких сервісів, що надаються Програмним забезпеченням Apple, чи будь-якої їхньої частини (крім випадків, коли будь-яке з наведених вище обмежень забороняється чинним законодавством, а також крім випадків, коли такі дії дозволені ліцензійними умовами, які регулюють використання компонентів з відкритим кодом, що може бути включено в Програмне Забезпечення Apple), а також погоджуєтеся з даними умовами і зобов'язуєтеся не допускати здійснення вказаних дій іншими особами. Ви погоджуєтеся не вилучати, не приховувати та не змінювати будь-які повідомлення щодо прав власності (включно з повідомленнями про товарні знаки та авторські права), які може бути прикріплено до, чи які містяться в Програмному забезпеченні Apple.

(e) Програмне забезпечення Apple може використовуватися лише для відтворення матеріалів, не захищених авторським правом, матеріалів, на які Ви маєте авторське право, або тих матеріалів, на відтворення яких Ви отримали право або маєте законний дозвіл. Попри вищезазначене, Вам заборонено повторно публікувати, передавати або відтворювати будь-які зображення, доступ до яких здійснюється через програму News або Карти, як окремий файл. Права власності й інтелектуальної власності на будь-який вміст, відображений за допомогою Пристрою, збережений на ньому, або до якого отримано доступ через нього, належать відповідним власникам цього вмісту. Такий контент може бути захищено законом про авторське право чи іншими законами та угодами щодо інтелектуальної власності, і на нього можуть розповсюджуватися умови використання сторонньої компанії, яка надає цей контент. Окрім випадків, передбачених цим документом, ліцензія не надає Вам жодних прав на використання цього вмісту та не гарантує, що Ви й надалі будете мати доступ до цього вмісту.

(f) Відповідно до положень і умов цієї Ліцензії ви можете: (i) використовувати символи Memoji, що містяться в Програмному забезпеченні Apple або були створені за його допомогою («Системні символи»), (1) під час використання Програмного забезпечення Apple, а також (2) для створення власного оригінального контенту та проектів для особистого некомерційного використання.; і (ii) використовувати Живі субтитри, автоматично згенеровані у пристрої в режимі реального часу за допомогою програмного забезпечення Apple («Живі субтитри»), створені під час виклику FaceTime чи іншим чином лише для особистого некомерційного використання. Ця Ліцензія не дозволяє жодним чином використовувати Системні символи або Живі субтитри, включаючи, зокрема, використання, відтворення, відображення, виконання, запис, публікацію або повторне розповсюдження будь-якого з Системних символів або Живих субтитрів для комерційних і некомерційних цілей, а також колективного використання.

(g) Щоб завершити ярлики дій для певних програм і/або вебсайтів, Програмне забезпечення Apple може потребувати доступу до певного програмного забезпечення, послуг або вебсайтів сторонніх розробників на вашому Пристрої. Ви прямо погоджуєтеся на таке використання в межах, необхідних для завершення швидкої команди за допомогою Програмного забезпечення Apple.

(h) Ви погоджуєтеся використовувати Програмне забезпечення Apple та Послуги (як це передбачено в розділі 5) відповідно до всіх чинних законів включно з місцевими законами країни або регіону, в якому Ви мешкаєте або в якому Ви завантажуєте чи використовуєте Програмне забезпечення Apple та Послуги. Функції Програмного Забезпечення Apple та Послуг можуть бути доступні не для всіх мов та регіонів, деякі функції можуть різнитися залежно від регіону, а деякі можуть бути обмежені або недоступні залежно від постачальника послуг. Для деяких функцій Програмного забезпечення Apple і Послуг необхідне підключення до мережі Wi-Fi або стільникової мережі передавання даних.

(i) Використання App Store вимагає унікальну комбінацію імені користувача та пароля, яка називається Apple ID. Ідентифікатор Apple ID потрібен для доступу до оновлень програм і певних функцій Програмного забезпечення Apple і Послуг.

(j) Ви визнаєте, що багато функцій, вбудованих програм і Послуг Програмного забезпечення Apple передають дані, за що можуть стягуватися платежі згідно з Вашим тарифним планом передавання даних, та що Ви несете відповідальність за такі платежі. Ви можете переглядати і надавати дозвіл програмам на підключення до стільникової мережі передавання даних або переглядати приблизний об'єм даних, переданий програмами, у налаштуваннях стільникової мережі передання даних. Крім того, Wi-Fi Assist автоматично переключиться на стільниковий зв'язок, якщо у вас погане з'єднання Wi-Fi, що може призвести до збільшення обсягу стільникових даних та додаткових платежів згідно з тарифним планом. Wi-Fi Assist увімкнено за умовчанням, але його можна вимкнути в розділі «Налаштування». Додаткові відомості див. в Посібнику користувача для свого Пристрою.

(k) Якщо функцію автоматичного оновлення програм увімкнено, Ваш Пристрій буде періодично перевіряти на ресурсах Apple наявність оновлень програм на Пристрої, і за наявності оновлення воно автоматично завантажується та встановлюється на Ваш Пристрій. Ви можете будь-коли вимкнути всі автоматичні оновлення програм. Для цього потрібно перейти до меню «Параметри», торкнути «iTunes і App Store» та вимкнути «Оновлення» в розділі «Автоматичні викачування».

(l) Використання Пристрою за певних обставин може відволікти Вас та призвести до небезпечної ситуації (наприклад, не друкуйте текстові повідомлення під час керування автомобілем або не використовуйте навушники під час поїздки на велосипеді). Використовуючи Пристрій, Ви погоджуєтеся, що несете відповідальність за дотримання правил, які забороняють чи обмежують використання мобільних телефонів або навушників (як-от вимоги використовувати приладдя для режиму «вільні руки» з метою здійснення викликів під час керування автомобілем).

(m) Певні функції програмного забезпечення Apple можуть намагатися надати допомогу в ситуаціях, пов'язаних з забезпеченням безпеки, як-от будь-яка пов'язана з безпекою функція виявлення і підключення користувача до служб екстреної допомоги (за їх наявності). Компанія Apple не гарантує доступність, точність, повноту, надійність або своєчасність роботи таких функцій. Ці функції не призначені для використання виключно в ситуаціях, коли доступна більш негайна чи ефективна допомога, яку можна отримати. Ви погоджуєтеся використовувати ці функції на власний ризик і приймати незалежні рішення, а компанія Apple, її афілійовані компанії, агенти або партнери не нестимуть перед Вами жодної відповідальності за використання Вами цих функцій і будь-які наслідки, що випливають з цього, у максимально дозволеному законом обсязі.

(n) Ваш Пристрій не є медичним пристроєм і його не слід використовувати як заміну професійного медичного висновку. Цей пристрій не створено та не призначено для використання в діагностиці захворювання або інших станів, а також для лікування, пом'якшення будь-якого стану чи захворювання, догляду під час нього або запобігання йому. Проконсультуйтеся з лікарем, перш ніж приймати будь-які рішення стосовно Вашого здоров'я.

**3. Передача прав.** Ви не маєте права брати або передавати в оренду, передавати в тимчасове користування, продавати, розповсюджувати Програмне забезпечення Apple або надавати на нього субліцензію. Проте, Ви вправі здійснити одноразову незворотну передачу всіх належних Вам ліцензійних прав на Програмне забезпечення іншій особі у зв'язку із передачею права власності на Ваш HomePod, за умови, що (а) передача прав повинна включати передачу Вашого Пристрою та все Програмне Забезпечення Apple, у тому числі, всі складові та цю Ліцензію; (b) у Вас не залишатиметься жодних повних або часткових копій Програмного Забезпечення Apple, у тому числі, копій, які зберігаються на комп'ютері або в іншому пристрої для зберігання даних; та (с) особа, яка одержує Програмне Забезпечення Apple, ознайомиться і погодиться дотримуватися умов цієї Ліцензії.

**4. Згода на використання даних.** Під час використання Пристрою Ваш номер телефону і певні унікальні ідентифікатори Вашого Пристрою надсилаються компанії Apple, щоб дозволити іншим користувачам зв'язатися з Вами за Вашим номером телефону під час використання різних функцій зв'язку Програмного забезпечення Apple, таких як iMessage і FaceTime. Під час використання iMessage компанія Apple може зберігати Ваші повідомлення у шифрованій формі протягом обмеженого періоду часу, щоб гарантувати їхню доставку. Ви можете вимкнути послугу FaceTime або iMessage, відкривши FaceTime або Повідомлення на Вашому Пристрої. Певні функції, такі як «Аналітика», «Служби локації», «Siri» та «Диктування», можуть вимагати відомості з Вашого Пристрою для надання відповідних функцій. Якщо увімкнути ці функції або скористатися ними, Вам буде надано опис того, які відомості надсилаються компанії Apple і як вони можуть використовуватися. Ви можете дізнатися більше, якщо відвідаєте сторінку https://www.apple.com/privacy/. Ваша інформація завжди оброблятиметься відповідно до Політики конфіденційності Apple, яку включено в цю Ліцензію за допомогою посилання та яку можна переглянути за цією адресою: https://www.apple.com/legal/privacy/.

**5. Послуги та матеріали сторонніх виробників**
(a) Програмне Забезпечення Apple може надавати можливість отримати доступ до Інтернет-магазину iTunes Store компанії Apple, App Store, Apple Books, Game Center, iCloud, Карт, News, Fitness+ та інших сервісів і вебсайтів, що надаються компанією Apple і третіми особами (які далі разом і окремо іменуватимуться «Послуги»). Для використання цих Послуг потрібен доступ до мережі Інтернет, а для використання окремих Послуг потрібен ідентифікатор Apple ID. Крім того, може знадобитися прийняття додаткових умов щодо надання послуг та може стягуватися додаткова плата. Використовуючи це програмне забезпечення у зв'язку із Apple ID або іншими Послугами Apple, Ви погоджуєтеся з відповідними умовами та положеннями, наприклад, останньою версією Умов та положень надання послуг iTunes Store, останньою версією Умов та положень надання послуг Медійних сервісів Apple у країні або регіоні, де здійснюється доступ до таких Послуг, з якими можна ознайомитися на вебсторінці https://www.apple.com/legal/internet-services/itunes/.

(b) Якщо ви зареєструвалися в iCloud, до певних функцій iCloud, наприклад «Диск iCloud», «Мій Фотопотік», «Спільні колекції» і «Знайти», можна отримати доступ безпосередньо з Програмного забезпечення Apple. Ви визнаєте та погоджуєтеся, що Ваше користування iCloud і цими функціями регулюються останньою версією умов та положень послуги iCloud, яку можна переглянути за адресою: https://www.apple.com/legal/internet-services/icloud/.

(c) <u>Вміст програми News</u>. Ваше користування вмістом, доступ до якого здійснюється через програму News, обмежене особистим некомерційним користуванням і не передає вам жодних прав володіння щодо вмісту, а також виключає будь-які комерційні або рекламні права використання для такого вмісту без жодних обмежень.

(d) <u>Карти</u>. Послуга карт та функції Програмного забезпечення Apple («Карти»), у тому числі покриття даних карт, можуть відрізнятися залежно від регіону. Якщо ввімкнути Карти або скористатися ними, Вам буде надано опис того, які відомості надсилаються компанії Apple і як вони можуть використовуватися. Ви визнаєте та погоджуєтеся, що використання Вами Карт регулюється останньою версією умов і положень служби Карти, яку можна переглянути на картці дому в Картах на iPhone.

(e) Ви усвідомлюєте, що в процесі користування будь-якими Послугами Вам можуть зустрітися матеріали, які вважаються образливими, непристойними або неприйнятними, в яких, як це можна або не можна визначити, зустрічається нецензурна мова, та що будь-який пошук або введення певної URL-адреси може призвести до автоматичного і ненавмисного генерування посилань на матеріали неприйнятного змісту. Однак Ви погоджуєтеся, що користування Послугами здійснюватиметься Вами на свій власний ризик, і що компанія Apple, її афілійовані особи, агенти, партнери або ліцензіари не нестимуть перед Вами відповідальності за матеріали, які можуть бути розцінені як образливі, непристойні або неприйнятні.

(f) Певні Послуги передбачають показ, включають або забезпечують можливість доступу до контенту, даних, інформації, програмних продуктів або матеріалів третіх осіб («Матеріали Третіх Осіб») або генерування посилань на вебсторінки певних третіх осіб. Користуючись цими Послугами, Ви визнаєте і погоджуєтеся з тим, що компанія Apple не приймає на себе зобов'язань з вивчення або оцінки змісту, точності, повноти, актуальності, правомірності, дотримання авторських прав, законності, пристойності, якості чи будь-яких інших аспектів таких Матеріалів третіх осіб або вебсайтів. Компанія Apple, її працівники, афілійовані особи та дочірні підприємства не гарантують і не рекомендують, а також не приймають на себе і не нестимуть перед Вами чи будь-якою іншою особою жодної відповідальності за будь-які Послуги третіх осіб, Матеріали третіх осіб або їхні вебсайти, а також за будь-які інші матеріали, продукти або послуги третіх осіб. Матеріали третіх осіб та посилання на інші вебсайти надаються виключно для Вашої зручності

(g) Ані Apple, ані її постачальники вмісту не гарантують доступності, точності, повноти, надійності або актуальності інформації про цінні папери, даних про розташування або будь-якої іншої інформації, представленої за допомогою будь-яких Послуг. Фінансова інформація, яка відображається за допомогою використання будь-яких Послуг, надається винятково для ознайомлення і не має розцінюватися як рекомендація з інвестування. Перед здійсненням будь-яких угод із цінними паперами на основі інформації, отриманої за допомогою Послуг, Ви повинні проконсультуватися з фахівцем в галузі фінансів або цінних паперів, який правоможний давати фінансові рекомендації або рекомендації щодо цінних паперів у Вашій країні або регіоні. Дані про місцезнаходження, що надаються під час використання будь-яких Послуг, включно з послугами служби Карт Apple, надаються лише для приблизного визначення місцезнаходження та планування, а не для ситуацій, у яких потребуються точні дані про місцезнаходження, або ситуацій, коли помилкова, неточна, сповільнена або неповна інформація про місцезнаходження може призвести до летальних наслідків, заподіяння травм, шкоди майну або навколишньому середовищу. Ви погоджуєтеся з тим, що результати, отримані від служби Карти, можуть відрізнятися залежно від обраної дороги або рельєфу місцевості через фактори, що впливають на точність даних служби Карти, зокрема погодних умов, стану доріг та дорожнього руху або геополітичних подій. Задля Вашої безпеки при використанні функції навігації завжди звертайте увагу на встановлені дорожні знаки та поточний стан дороги. Дотримуйтеся правил дорожнього

руху та рекомендацій щодо безпечного управління автомобілем, а також майте на увазі, що у велосипедних і пішохідних маршрутах можуть не вказуватися намічені доріжки.

(h) Коли Ви передаєте будь-які матеріали за допомогою Послуг, Ви визнаєте, що володієте всіма правами, отримали доручення або маєте будь-який інший законний дозвіл на передавання такого матеріалу і цей матеріал не порушує будь-які умови надання послуг, що застосовуються для цих Послуг. Ви погоджуєтеся, що Послуги містять контент, інформацію та матеріали, що є власністю компанії Apple, власників сайтів або їхніх ліцензіарів, і які захищені законами про права інтелектуальної власності та іншими законами, у тому числі, зокрема, законом про авторське право. Ви погоджуєтеся, що Ви не використовуватимете такий контент, інформацію та матеріали у будь-який спосіб, окрім як в рамках дозволеного користування Послугами, або у спосіб, що не відповідає умовам цієї Ліцензії або порушує будь-які права на інтелектуальну власність третіх осіб чи компанії Apple Забороняється в будь-якій формі та в будь-який спосіб відтворювати будь-яку частину Послуг. Ви погоджуєтеся не змінювати, не давати та не брати в оренду, не позичати, не продавати, не розповсюджувати та жодним чином не створювати похідних продуктів на основі Послуг. Крім того, Ви не маєте права використовувати Послуги будь-яким недозволеним способом, зокрема, використовувати Послуги для передачі комп'ютерних вірусів, комп'ютерних хробаків, троянських вірусів або інших шкідливих програм або використовувати послуги таким чином, що призводить до зниження пропускної здатності або перевантаження мережі. Ви також погоджуєтеся жодними чином не використовувати Послуги для домагання, образ, переслідування, погроз, наклепу або вчинення інших порушень прав будь-якої іншої особи, а також з тим, що компанія Apple не несе відповідальність за будь-яке таке використання з Вашого боку, а також за можливе отримання Вами внаслідок користування будь-якими Послугами будь-яких повідомлень, які мають надокучливий характер, містять погрози, наклепи, або є образливими, неправомірними чи незаконними.

(i) Крім цього, такі Послуги та Матеріали Третіх Осіб можуть бути доступні не всіма мовами й не в усіх країнах і регіонах. Компанія Apple не надає жодних запевнень, що такі Послуги і Матеріали сторонніх розробників є можливими або доступними для використання в будь-якому конкретному регіоні. Якщо Ви вирішили використовувати чи отримати доступ до таких Послуг або Матеріалів сторонніх розробників, Ви дієте на свій власний розсуд та несете відповідальність за дотримання будь-яких норм чинного законодавства, у тому числі, зокрема, норм місцевого законодавства, законів щодо забезпечення конфіденційності та збору даних. При надсиланні або виконанні синхронізації фотографій через Пристрій метадані, зокрема інформація про місце і час зйомки фотографії і докладні дані, можуть надсилатися разом із фотографіями. До використання послуг Apple (наприклад таких як Фототека iCloud) для надсилання або виконання синхронізації цих фотографій відноситься отримання та зберігання компанією Apple цих метаданих. Компанія Apple та її ліцензіари зберігають за собою право у будь-який час без надання відповідного повідомлення змінювати, призупиняти, вилучати будь-які Послуги або блокувати доступ до них. Компанія Apple у жодному випадку не нестиме відповідальності за вилучення або блокування доступу до будь-яких таких Послуг. Компанія Apple може також за будь-яких обставин і без надання відповідного повідомлення встановити обмеження на користування певними Послугами або надання доступу до них і не нестиме за це жодної відповідальності.

**6. Припинення дії.** Ця Ліцензія діє до моменту її припинення. У разі недотримання Вами будь-якої умови цієї Ліцензії Ви автоматично або у інший спосіб позбавляєтеся прав, передбачених цією Ліцензією, або вона перестає бути чинною без відповідного попередження від Apple. Після припинення цієї Ліцензії Ви зобов'язані повністю припинити користуватися Програмним забезпеченням Apple. У такому разі розділи 4, 5, 6, 7, 8, 9, 10, 12 та 13 цієї Ліцензії залишаються чинними після припинення її дії.

**7. Обмеження обсягу гарантій**

7.1     Якщо Ви — користувач, який є споживачем (будь-яка особа, яка використовує Програмне забезпечення Apple поза межами комерційної діяльності, бізнесу або професійної діяльності), Ви можете мати законні права на території Вашої країни перебування, які можуть перешкоджати застосуванню до Вас наведених нижче обмежень, і на території, де такі обмеження заборонені, вони не застосовуватимуться до Вас. Щоб дізнатися більше про свої права, потрібно звернутися до місцевого товариства з захисту прав споживачів.

7.2     ВИ ПОВНОЮ МІРОЮ ВИЗНАЄТЕ І ПОГОДЖУЄТЕСЯ З ТИМ, ЩО В МЕЖАХ, ДОЗВОЛЕНИХ ЧИННИМ ЗАКОНОДАВСТВОМ, ВИКОРИСТАННЯ ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ APPLE І БУДЬ-ЯКИХ ПОСЛУГ, НАДАЮТЬСЯ ПРОГРАМНИМ ЗАБЕЗПЕЧЕННЯМ APPLE АБО ЗА ДОПОМОГОЮ ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ APPLE, ЗДІЙСНЮЄТЬСЯ ВАМИ ВИКЛЮЧНО НА ВАШ ВЛАСНИЙ РИЗИК, І ЩО НА ВАС ЛЕЖИТЬ ВСЯ ВІДПОВІДАЛЬНІСТЬ ЗА ЇХНЮ НАЛЕЖНУ ЯКІСТЬ, ФУНКЦІОНУВАННЯ, ТОЧНІСТЬ І РЕЗУЛЬТАТ ВИКОРИСТАННЯ.

7.3     У МАКСИМАЛЬНО ДОЗВОЛЕНОМУ ЧИННИМ ЗАКОНОДАВСТВОМ ОБСЯЗІ ПРОГРАМНЕ ЗАБЕЗПЕЧЕННЯ ТА ПОСЛУГИ APPLE ПОСТАВЛЯЮТЬСЯ НА УМОВАХ «ЯК Є» ТА «ЗА НАЯВНОСТІ», З УСІМА ДЕФЕКТАМИ ТА БЕЗ ЖОДНИХ ГАРАНТІЙ, А КОМПАНІЯ APPLE ТА ЇЇ ЛІЦЕНЗІАРИ (ЯКІ, ДЛЯ ЦІЛЕЙ РОЗДІЛІВ 7 І 8, ДАЛІ ІМЕНУВАТИМУТЬСЯ «КОМПАНІЯ APPLE») ЦИМ ВІДМОВЛЯЮТЬСЯ ВІД НАДАННЯ БУДЬ-ЯКИХ ЯВНИХ, ТАКИХ, ЩО МАЮТЬСЯ НА УВАЗІ, АБО ПЕРЕДБАЧЕНИХ ЗАКОНОДАВСТВОМ ГАРАНТІЙНИХ ЗОБОВ'ЯЗАНЬ ВІДНОСНО ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ APPLE І ПОСЛУГ, У ТОМУ ЧИСЛІ, ЗОКРЕМА, ПЕРЕДБАЧЕНИХ ГАРАНТІЙ ТА/АБО УМОВ ЩОДО ПРИДАТНОСТІ ДЛЯ ПРОДАЖУ, ЗАДОВІЛЬНОЇ ЯКОСТІ, ПРИДАТНОСТІ ДЛЯ ВИКОРИСТАННЯ ДЛЯ КОНКРЕТНИХ ЦІЛЕЙ, ТОЧНОСТІ, СПОКІЙНОГО КОРИСТУВАННЯ ТА НЕПОРУШЕННЯ ПРАВ ТРЕТІХ ОСІБ.

7.4     КОМПАНІЯ APPLE НЕ НАДАЄ ГАРАНТІЙ ВІДНОСНО ЗАХИСТУ ВІД ОБСТАВИН, ЯКІ ПЕРЕШКОДЖАЮТЬ ВАШІЙ РОБОТІ З ПРОГРАМНИМ ЗАБЕЗПЕЧЕННЯМ ТА ПОСЛУГАМИ APPLE, СТОСОВНО ВІДПОВІДНОСТІ ФУНКЦІЙ І СЛУЖБ, ЯКІ НАДАЮТЬСЯ ПРОГРАМНИМ ЗАБЕЗПЕЧЕННЯМ APPLE АБО ВИКОНУЮТЬСЯ ЗА ДОПОМОГОЮ ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ APPLE, ВАШИМ ВИМОГАМ, СТОСОВНО БЕЗПЕРЕБІЙНОГО І БЕЗПОМИЛКОВОГО ФУНКЦІОНУВАННЯ ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ І ПОСЛУГ APPLE, СТОСОВНО ДОСТУПНОСТІ БУДЬ-ЯКИХ СЛУЖБ, СТОСОВНО УСУНЕННЯ ДЕФЕКТІВ ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ APPLE ТА ПОСЛУГ APPLE, А ТАКОЖ СТОСОВНО СУМІСНОСТІ І РОБОТИ ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ APPLE З БУДЬ-ЯКИМ ПРОГРАМНИМ ЗАБЕЗПЕЧЕННЯМ, ПРОГРАМАМИ АБО ПОСЛУГАМИ ТРЕТІХ ОСІБ. УСТАНОВЛЕННЯ ЦЬОГО ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ APPLE МОЖЕ ВПЛИНУТИ НА ДОСТУПНІСТЬ ТА ЕФЕКТИВНІСТЬ ВИКОРИСТАННЯ ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ, ПРОГРАМ АБО СЕРВІСІВ СТОРОННІХ ВИРОБНИКІВ, А ТАКОЖ ПРОДУКТІВ ТА СЕРВІСІВ КОМПАНІЇ APPLE.

7.5     ВИ ТАКОЖ ВИЗНАЄТЕ, ЩО ПРОГРАМНЕ ЗАБЕЗПЕЧЕННЯ І ПОСЛУГИ APPLE НЕ ПРИЗНАЧЕНІ І НЕ ПРИДАТНІ ДЛЯ ВИКОРИСТАННЯ У СИТУАЦІЯХ ЧИ В СЕРЕДОВИЩАХ, КОЛИ ЗБОЇ В РОБОТІ, ЗАТРИМКИ, ПОМИЛКИ АБО НЕТОЧНОСТІ В КОНТЕНТІ, ДАНИХ АБО ІНФОРМАЦІЇ, ЯКІ НАДАЮТЬСЯ ПРОГРАМНИМ ЗАБЕЗПЕЧЕННЯМ АБО ПОСЛУГАМИ APPLE, МОЖУТЬ ПРИЗВЕСТИ ДО ЛЕТАЛЬНИХ НАСЛІДКІВ, ТРАВМ, ВАЖКИХ ТІЛЕСНИХ УШКОДЖЕНЬ ЧИ ЗНАЧНОЇ ШКОДИ ДЛЯ НАВКОЛИШНЬОГО СЕРЕДОВИЩА, У ТОМУ ЧИСЛІ, БЕЗ ОБМЕЖЕНЬ, ПРИ ВИКОРИСТАННІ В ЯДЕРНИХ УСТАНОВКАХ, ПРИ КЕРУВАННІ ПОВІТРЯНИМИ СУДНАМИ АБО У РАЗІ ВИКОРИСТАННЯ В СИСТЕМАХ ЗВ'ЯЗКУ, СИСТЕМАХ КОНТРОЛЮ РУХУ ПОВІТРЯНОГО ТРАНСПОРТУ, АПАРАТАХ ШТУЧНОГО ПІДТРИМАННЯ ЖИТТЄДІЯЛЬНОСТІ АБО УПРАВЛІННЯ СИСТЕМАМИ ОЗБРОЄНЬ.

7.6     ЖОДНА УСНА АБО ПИСЬМОВА ІНФОРМАЦІЯ ЧИ РЕКОМЕНДАЦІЯ, НАДАНА КОМПАНІЄЮ APPLE АБО ЇЇ УПОВНОВАЖЕНИМ ПРЕДСТАВНИКОМ, НЕ МОЖУТЬ ВВАЖАТИСЯ

ГАРАНТІЙНИМИ ЗОБОВ'ЯЗАННЯМИ. У РАЗІ ВИЯВЛЕННЯ У ПРОГРАМНОМУ ЗАБЕЗПЕЧЕННІ АБО СЕРВІСАХ APPLE БУДЬ-ЯКИХ НЕДОЛІКІВ, ЇХ УСУНЕННЯ АБО ВСЕ НЕОБХІДНЕ ОБСЛУГОВУВАННЯ ТА РЕМОНТ ЗДІЙСНЮЄТЬСЯ ЗА ВАШ РАХУНОК. У ДЕЯКИХ ЮРИСДИКЦІЯХ ІСНУЄ ЗАБОРОНА НА ВІДМОВУ ВІД ПОВ'ЯЗАНИХ ГАРАНТІЙНИХ ЗОБОВ'ЯЗАНЬ АБО ОБМЕЖЕНЬ НА ВСТАНОВЛЕНІ ЗАКОНОДАВСТВОМ ПРАВА СПОЖИВАЧА, ТОМУ ВИЩЕЗАЗНАЧЕНА ВІДМОВА ТА ОБМЕЖЕННЯ МОЖУТЬ ДО ВАС НЕ ЗАСТОСОВУВАТИСЯ.

**8. Обмеження відповідальності.** У МЕЖАХ, НЕ ЗАБОРОНЕНИХ ЧИННИМ ЗАКОНОДАВСТВОМ, КОМПАНІЯ APPLE, ЇЇ ФІЛІЇ, АГЕНТИ АБО КЕРІВНИКИ В ЖОДНОМУ ВИПАДКУ НЕ НЕСУТЬ ВІДПОВІДАЛЬНОСТІ ЗА ТРАВМУВАННЯ ЧИ БУДЬ-ЯКІ ВИПАДКОВІ, ОСОБЛИВІ, НЕПРЯМІ АБО ОПОСЕРЕДКОВАНІ ЗБИТКИ БУДЬ-ЯКОГО ВИДУ, У ТОМУ ЧИСЛІ, БЕЗ ОБМЕЖЕННЯ, ЗА УПУЩЕНУ ВИГОДУ, ПОШКОДЖЕННЯ АБО ВТРАТУ ДАНИХ, НЕСПРАВНІСТЬ ПРИ ПЕРЕДАЧІ АБО ОТРИМАННІ БУДЬ-ЯКИХ ДАНИХ (У ТОМУ ЧИСЛІ, БЕЗ ОБМЕЖЕННЯ, ІНСТРУКЦІЙ КУРСІВ, ПРИЗНАЧЕНЬ АБО МАТЕРІАЛІВ), ПЕРЕРВИ В ГОСПОДАРСЬКІЙ ДІЯЛЬНОСТІ ЧИ БУДЬ-ЯКІ ІНШІ КОМЕРЦІЙНІ ЗБИТКИ АБО ШКОДУ, ЩО ПОВ'ЯЗАНІ АБО ВИНИКАЮТЬ В РЕЗУЛЬТАТІ КОРИСТУВАННЯ АБО НЕМОЖЛИВОСТІ ВИКОРИСТАННЯ ВАМИ ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ ТА ПОСЛУГ APPLE ЧИ БУДЬ-ЯКОГО ПРОГРАМНОГО ЗАБЕЗПЕЧЕННЯ, ПРОГРАМНИХ ПРОДУКТІВ АБО ПОСЛУГ ТРЕТІХ ОСІБ У ЗВ'ЯЗКУ ІЗ ПРОГРАМНИМ ЗАБЕЗПЕЧЕННЯМ АБО ПОСЛУГАМИ APPLE, І НЕЗАЛЕЖНО ВІД ПРИЧИН ЇХНЬОГО ВИНИКНЕННЯ, НЕЗВАЖАЮЧИ НА ТЕОРІЮ ВІДПОВІДАЛЬНОСТІ (З ДОГОВОРУ, З ДЕЛІКТУ АБО НА ІНШИХ ПІДСТАВАХ), І НАВІТЬ У ТИХ ВИПАДКАХ, КОЛИ КОМПАНІЇ APPLE БУЛО ВІДОМО ПРО МОЖЛИВІСТЬ ВИНИКНЕННЯ ТАКИХ ЗБИТКІВ. У ДЕЯКИХ ЮРИСДИКЦІЯХ ІСНУЄ ЗАБОРОНА НА ВИКЛЮЧЕННЯ ЧИ ОБМЕЖЕННЯ ВІДПОВІДАЛЬНОСТІ ЗА ШКОДУ ФІЗИЧНИМ ОСОБАМ АБО ЗА ВИПАДКОВІ АБО ОПОСЕРЕДКОВАНІ ЗБИТКИ, ТОЖ ЦЕ ОБМЕЖЕННЯ МОЖЕ ДО ВАС НЕ ЗАСТОСОВУВАТИСЯ. У жодному випадку загальний обсяг відповідальності Apple перед вами за всі збитки (крім випадків, коли нормами чинного законодавства може передбачатися відповідальність за нанесення травм фізичній особі) не має перевищувати 250,00 (двісті п'ятдесят) доларів США. Зазначені вище обмеження застосовуватимуться навіть у тому випадку, коли застосування вищевказаного засобу правового захисту не відповідає його меті. НЕЗВАЖАЮЧИ НА БУДЬ-ЯКІ ІНШІ УМОВИ ЦІЄЇ ЛІЦЕНЗІЇ, ЯКЩО ЗАСТОСОВУЄТЬСЯ ЗАКОН ЯПОНІЇ ПРО СПОЖИВЧІ ДОГОВОРИ, УМОВИ, ЩО ОБМЕЖУЮТЬ ВІДПОВІДАЛЬНІСТЬ APPLE ЗА ЗБИТКИ, ЯКІ ВИНИКАЮТЬ УНАСЛІДОК ПОРУШЕННЯ ДОГОВОРУ АБО ДЕЛІКТУ, УЧИНЕНОГО КОМПАНІЄЮ APPLE, НЕ ЗАСТОСОВУЮТЬСЯ, ЯКЩО ТАКІ ЗБИТКИ СПРИЧИНЕНО НАВМИСНИМ ПОРУШЕННЯМ АБО ГРУБОЮ НЕДБАЛІСТЮ З БОКУ КОМПАНІЇ APPLE.

**9. Цифрові сертифікати.** Функціональні можливості програмного забезпечення Apple дозволяють приймати цифрові сертифікати, видані компанією Apple або сторонніми виробниками. ВИ НЕСЕТЕ ПОВНУ ВІДПОВІДАЛЬНІСТЬ ЗА РІШЕННЯ ЩОДО ПРИЙНЯТТЯ АБО ВІДХИЛЕННЯ СЕРТИФІКАТА, ВИДАНОГО APPLE АБО СТОРОННІМ ВИРОБНИКОМ. ВИКОРИСТАННЯ ЦИФРОВИХ СЕРТИФІКАТІВ ЗДІЙСНЮЄТЬСЯ НА ВАШ ВЛАСНИЙ РИЗИК. У МЕЖАХ, ДОЗВОЛЕНИХ ЧИННИМ ЗАКОНОДАВСТВОМ, APPLE НЕ НАДАЄ ЖОДНИХ ПРЯМИХ АБО ОПОСЕРЕДКОВАНИХ ГАРАНТІЙ ЧИ ЗАПЕВНЕНЬ ЩОДО ПРИДАТНОСТІ ДЛЯ ПРОДАЖУ АБО ПРИДАТНОСТІ ДО ВИКОРИСТАННЯ З БУДЬ-ЯКИМИ КОНКРЕТНИМИ ЦІЛЯМИ, ТОЧНОСТІ, БЕЗПЕКИ ЧИ ВІДСУТНОСТІ ПОРУШЕННЯ ПРАВ СТОРОННІХ ВИРОБНИКІВ СТОСОВНО ЦИФРОВИХ СЕРТИФІКАТІВ.

**10. Експортний контроль.** Ви не маєте права використовувати або іншим чином здійснювати експорт чи реекспорт Програмного забезпечення Apple, окрім випадків, коли це дозволено законодавством США та законодавством юрисдикції(-ій), в якій(-их) було придбано Програмне забезпечення Apple. Зокрема, але не виключно, Програмне забезпечення Apple заборонено експортувати або реекспортувати (а) до будь-якої країни, стосовно якої діє введене США ембарго; або (b) будь-якій особі, внесеній Департаментом фінансів США до переліку громадян

особливих категорій або Департаментом торгівлі США до переліку небажаних фізичних чи юридичних осіб або до будь-яких інших обмежувальних переліків. Користуючись Програмним забезпеченням Apple, Ви заявляєте і гарантуєте, що не перебуваєте в жодній такій країні та не входите до жодного з таких переліків. Ви також погоджуєтеся, що не використовуватимете Програмне забезпечення Apple з будь-якими цілями, забороненими законодавством США, зокрема для розробки, проектування, виготовлення або виробництва ракет, ядерної, хімічної або біологічної зброї.

**11. Уряд як кінцевий споживач.** Програмне забезпечення Apple та супутня документація є «Комерційними продуктами» згідно з визначенням цього терміна в розділі §2.101 глави 48 Кодексу федеральних правил (C.F.R.), що складаються з «Комерційного комп'ютерного програмного забезпечення» та «Документації до комерційного комп'ютерного програмного забезпечення» згідно з визначенням цих термінів у розділі §12.212 глави 48 Кодексу федеральних правил або розділі §227.7202 глави 48 Кодексу федеральних правил, залежно від обставин. Як зазначено в розділі §12.212 глави 48 Кодексу федеральних правил (C.F.R.) або, залежно від ситуації, у розділах §227.7202-1 – 227.7202-4 глави 48 Кодексу федеральних правил, Комерційне комп'ютерне програмне забезпечення та Документація до комерційного комп'ютерного програмного забезпечення ліцензується по відношенню до кінцевого споживача – Уряду США (а) лише як Комерційні продукти, та (b) лише в обсязі тих прав, які надаються всім іншим кінцевим споживачам відповідно до умов цієї Ліцензії. Неопубліковані права зберігаються за законодавством США про авторські права.

**12. Право, що застосовується; подільність.** Положення цієї Ліцензії регулюються і тлумачаться відповідно до законодавства штату Каліфорнія, не допускаючи відхилень від положень закону. Ця Ліцензія не підпадає під дію Конвенції ООН про договори міжнародної торгівлі товарами, застосування якої чітко виключено. Якщо Ви споживач, що перебуває в Великій Британії, ця Ліцензія регулюється законами юрисдикції місця вашого проживання. Якщо з будь-якої причини компетентна судова установа визнає будь-яке положення або частину цієї Ліцензії такими, що не підлягають виконанню, решта положень цієї Ліцензії залишаються чинними та дійсними в повному обсязі.

**13. Цілісність угоди; основна мова угоди.** Ця Ліцензія являє собою цілісну угоду між Вами та компанією Apple стосовно використання Програмного Забезпечення Apple, і замінює собою всі попередні або тимчасові домовленості стосовно предмету даної Ліцензії. Будь-які зміни та доповнення до цієї Ліцензії вважатимуться дійсними тільки в тому випадку, якщо вони будуть оформлені письмово та завірені підписом Apple. Будь-який переклад цієї Ліцензії здійснюється для місцевих потреб, і за наявності розбіжностей між версіями англійською та будь-якою іншою мовою в межах, не заборонених законодавством Вашої країни, пріоритет має англомовна версія цієї Ліцензії.

**14. Визнання прав сторонніх виробників.** У деяких частинах Програмного забезпечення Apple використовуються або містить програмне забезпечення сторонніх виробників або інші матеріали, захищені авторським правом. Визнання прав сторонніх виробників, умови ліцензування та відмова від надання гарантій стосовно таких матеріалів містяться в електронній документації до Програмного забезпечення Apple, а використання Вами таких матеріалів регулюється їхніми відповідними умовами. Використання Google Safe Browsing регулюється Умовами надання послуг Google (https://www.google.com/intl/en/policies/terms/) та Політикою конфіденційності Google (https://www.google.com/intl/en/policies/privacy/).

**15. Використання MPEG-4; примітка щодо H.264/AVC.**
(a) Ліцензія на Програмне забезпечення Apple надається у складі пакета ліцензій для кодування MPEG-4 Systems Patent Portfolio License згідно стандартів MPEG-4, за винятком того, що для

кодування необхідні додаткова ліцензія та ліцензійний платіж у зв'язку з (і) даними, що зберігаються або скопійовані у фізичному середовищі, за які здійснюють оплату на основі назв та/або (іі) даними, за які платять на основі назв та які надсилають кінцевому споживачу для постійного зберігання та/або використання. Таку додаткову ліцензію можна отримати від MPEG LA, LLC. Щоб отримати докладнішу інформацію, завітайте на https://www.mpegla.com.

(b) Функціональні можливості Програмного Забезпечення Apple передбачають можливість кодування та/або декодування файлів у форматі MPEG-4 Video. Програмне Забезпечення Apple надається на умовах ліцензування згідно із ліцензією MPEG-4 Visual Patent Portfolio License для особистого і некомерційного використання користувачем для (і) кодування відео файлів відповідно до стандартів MPEG-4 Visual Standard («MPEG-4 Video») та/або (іі) декодування відео файлів у форматі MPEG-4, закодованих користувачем для персонального і некомерційного використання та/або отриманих від постачальника відеопродукції, який має ліцензію MPEG LA на постачання відеопродукції у форматі MPEG-4. Ліцензія не надається та не розповсюджується на використання з іншими цілями. Додаткові відомості, зокрема, відомості про рекламу, внутрішнє та комерційне використання і ліцензування можна отримати від MPEG LA, LLC. Див. https://www.mpegla.com.

(c) Програмне Забезпечення Apple містить функціональні засоби кодування та/або декодування формату AVC. Комерційне використання декодера H.264/AVC вимагає додаткового ліцензування, при цьому, застосовується наступне положення: ЛІЦЕНЗІЯ НА ФУНКЦІЇ AVC У ПРОГРАМНОМУ ЗАБЕЗПЕЧЕННІ APPLE НАДАЄТЬСЯ ВИНЯТКОВО ДЛЯ ОСОБИСТОГО ТА НЕКОМЕРЦІЙНОГО ВИКОРИСТАННЯ СПОЖИВАЧЕМ ДЛЯ (і) КОДУВАННЯ ВІДЕО ЗГІДНО ІЗ СТАНДАРТАМИ AVC («ВІДЕО AVC») ТА/АБО (іі) ДЕКОДУВАННЯ ВІДЕО AVC, ЗАКОДОВАНОГО СПОЖИВАЧЕМ ДЛЯ ОСОБИСТОГО ТА НЕКОМЕРЦІЙНОГО ВИКОРИСТАННЯ, ТА/АБО ВІДЕО AVC, НАДАНОГО ПОСТАЧАЛЬНИКОМ ВІДЕОПРОДУКЦІЇ, ЩО МАЄ ЛІЦЕНЗІЮ НА ПОСТАЧАННЯ ВІДЕО AVC. ІНФОРМАЦІЮ ЩОДО ВИКОРИСТАННЯ ТА ЛІЦЕНЗУВАННЯ МОЖНА ОТРИМАТИ ВІД MPEG LA L.L.C. ДИВ. https://www.mpegla.com.

**16. Обмеження служби пошуку Yahoo.** Служба пошуку Yahoo, доступна через Safari, ліцензована для використання лише в наступних країнах і регіонах: Аргентина, Аруба, Австралія, Австрія, Барбадос, Бельгія, Бермуди, Бразилія, Болгарія, Канада, Кайманові Острови, Чилі, Континентальний Китай, Гонконг, Тайвань, Колумбія, Кіпр, Чеська Республіка, Данія, Домініканська Республіка, Еквадор, Сальвадор, Фінляндія, Франція, Німеччина, Греція, Гренада, Гватемала, Угорщина, Ісландія, Індія, Індонезія, Ірландія, Італія, Ямайка, Японія, Латвія, Литва, Люксембург, Малайзія, Мальта, Мексика, Нідерланди, Нова Зеландія, Нікарагуа, Норвегія, Панама, Перу, Філіппіни, Польща, Португалія, Пуерто-Ріко, Румунія, Сінгапур, Словаків, Словенія, Південна Корея, Іспанія, Сент-Люсія, Сент-Вінсент, Швеція, Швейцарія, Таїланд, Багамські Острови, Тринідад і Тобаго, Терція, Великобританія, Уругвай, США та Венесуела.

**17. Примітка про Microsoft Exchange.** Параметри електронної пошти Microsoft Exchange у програмному забезпеченні Apple ліцензовано лише для безпроводової синхронізації таких даних, як повідомлення електронної пошти, контакти, календар і завдання, між вашим пристроєм та сервером Microsoft Exchange Server, або іншим програмним забезпеченням сервера, на яке компанія Microsoft надала ліцензію, що дозволяє використовувати протокол Microsoft Exchange ActiveSync.

EA1806
08.07.2022 р.

— — — — — — — — — — —

**Додаткові положення та умови щодо використання функції Apple Pay і програми Гаманець**

Ці Додаткові положення та умови щодо використання функції Apple Pay і програми Гаманець (ці «Додаткові положення») доповнюють Ліцензійну угоду про використання програмного забезпечення Apple («Ліцензія»); використання функції Apple Pay («Apple Pay») і програми «Гаманець» («Гаманець»), які вважаються «Послугою» за цією Ліцензією, регулюється одночасно умовами Ліцензії та цими Додатковими положеннями. Значення термінів, написаних з великої букви, що використовуються в цих Додаткових положеннях, визначені в Ліцензії.

**1. Огляд**

**Apple Pay**

Функція Apple Pay дає змогу:

- здійснювати безконтактні платежі за допомогою кредитних, дебетових і передплачених карток, включно з картками Apple Card і Apple Cash, у певних місцях чи програмах або на певних вебсайтах;
- надсилати особисті платежі іншим користувачам Apple Cash;
- відслідковувати замовлення й переглядати деталізовані квитанції.

Apple Pay і деякі функції Apple Pay можуть бути доступні лише в певних регіонах, для карток певних емітентів, платіжних мереж, торгових точок та інших третіх осіб.

**Гаманець**

Гаманець Apple дає змогу зберігати віртуальні подання кредитних, дебетових і передплачених карток для використання з Apple Pay (далі — «Картки Apple Pay»), а також інших типів карток, абонементів і ключів, зокрема, із-поміж іншого, таких (далі — «Картки Гаманця», а разом із Картками Apple Pay — «Підтримувані картки»):

- дисконтних карток;
- транспортних карток;
- квитків;
- членських карток;
- автомобільних ключів;
- ключів від дому;
- готельних ключів;
- корпоративних електронних посвідчень;
- студентських посвідчень;
- водійських посвідчень і посвідчень особи, виданих державним органом чи органом штату («Посвідчення особи»).

Картки Гаманця можуть бути доступні лише в певних регіонах і для карток певних партнерів. Посвідчення особи можуть бути доступні тільки для жителів штатів-учасників і їх пред'явлення залежить від конкретного штату та місця.

Підтримувані картки час від часу можуть змінюватися.

**2. Відповідність вимогам**

Для використання функції Apple Pay і програми Гаманець потрібно мати (i) підтримуваний Пристрій із версією операційного програмного забезпечення, що підтримує Послуги (рекомендується, а іноді й вимагається остання версія), (ii) Ідентифікатор Apple ID, пов'язаний з

обліковим записом iCloud, щодо якого не існує заборгованостей перед Apple, а також (iii) доступ до Інтернету (може стягуватися плата). За винятком Apple Cash Family та деяких карток для електронних грошей, Картки Apple Pay доступні лише для осіб віком від 13 років і можуть підпадати під додаткові вікові обмеження, передбачені службою iCloud або відповідним емітентом, торговою точкою чи іншою третьою особою. Транспортні картки, картки для електронних грошей, посвідчення особи, корпоративні електронні посвідчення та ключі доступні тільки на Пристроях iOS.

Якщо Ви є батьком/матір'ю або законним опікуном у Родині iCloud («{Організатор»), Ви можете запрошувати членів Родини, включно з особами віком до 13 років (чи еквівалентного мінімального віку у відповідній країні), до введення в дію та використання відповідних транспортних карток у Гаманці. Як Організатор Ви будете відповідати за всі платежі, покупки й операції, здійснені за допомогою транспортної картки, яку було активовано для членів Родини, включно з ініційованими членом Родини. Право на отримання та використання транспортних карток у Гаманці залежить від умов і положень відповідної транспортної організації. Організатори відповідають за дотримання таких умов і положень і беруть на себе всі ризики, пов'язані з використанням транспортних карток іншими членами Родини. Якщо член Родини залишає Родину чи видаляється з неї, він більше не зможе поповнювати транспортну картку та зможе здійснювати операції за нею лише до досягнення нульового балансу рахунку картки.

Власник автомобільного ключа може передати його іншим особам віком від 13 років, щоб вони могли відмикати, сідати всередину та/або керувати відповідним автомобілем.

У Гаманці можна додавати чи вилучати ключі від дому тільки через додавання та видалення замків у програмі «Дім» або додавання та видалення себе з дому в програмі «Дім». Якщо Ви є адміністратором будинку в програмі «Дім», усі наявні ключі від дому будуть автоматично надані людям, яких Ви запросили у свій Дім і які приєдналися до нього.

Картка Apple Card доступна тільки в США та видається філією банку Goldman Sachs Bank USA в м. Солт-Лейк-Сіті («Емітент картки Apple Card»). За винятком Apple Card Family, Apple Card доступна лише для осіб, котрі досягли 18 років (або старшого віку залежно від штату проживання).

Картка Apple Cash і можливість надсилати й отримувати особисті платежі доступні тільки в США та є послугами, які надає банк Green Dot Bank, член FDIC. Щоб надіслати або отримати особистий платіж в Apple Pay Вам потрібно мати картку Apple Cash. За винятком Apple Cash Family, картка Apple Cash і можливість надсилати й отримувати особисті платежі доступні тільки для осіб, котрі досягли 18 років.

## 3. Використання Послуг

Підтримувані картки й особисті платежі пов'язуються з Ідентифікатором Apple ID, за допомогою якого Ви ввійшли в iCloud, щоб скористатися цими функціями. Коли Ви додаєте або видаляєте ключі, корпоративні електронні посвідчення, дисконтні картки, квитки та членські картки у Гаманці, зміни можуть з'явитися на інших Ваших пристроях Apple, на яких Ви здійснили вхід за допомогою свого Ідентифікатора Apple ID. До Ідентифікатора Apple ID можна прив'язати тільки одне Посвідчення особи для кожного державного органу, який видає ці посвідчення.

Функція Apple Pay і програма Гаманець призначені лише для особистого використання; Ви можете ввести в дію лише власні Підтримувані картки або ті транспортні картки чи автомобільні ключі та ключі від дому, які вам запропонував ввести в дію Організатор або власник. У разі введення в дію підтримуваної корпоративної картки Ви підтверджуєте, що робите це з дозволу

свого роботодавця, при цьому роботодавець також пов'язується із цими умовами використання та всіма операціями, що проводяться з використанням цієї функції. Якщо ви надсилаєте або отримуєте особистий платіж, ви відповідаєте за те, що робите це в своїх особистих некомерційних цілях. Якщо Ви вводите в дію Посвідчення особи, Ви підтверджуєте, що використовуєте для цього свою особисту інформацію, яка точно та правдиво представляє Вас.

Ви погоджуєтеся не використовувати функцію Apple Pay і програму Гаманець для незаконних або шахрайських цілей, або будь-яких інших цілей, заборонених Ліцензією або цими Додатковими положеннями. Ви також погоджуєтеся використовувати функцію Apple Pay і програму Гаманець у відповідності із застосовним законодавством та нормами. Ви визнаєте, що надання неправдивої інформації щодо Посвідчення особи може бути кримінальним злочином відповідно до федерального законодавства чи законодавства конкретного штату. Ви погоджуєтеся не втручатися в роботу та не порушувати функціонування послуги Apple Pay і програми Гаманець (включаючи здійснення доступу до послуги через будь-які автоматичні засоби), будь-яких серверів чи мереж, підключених до послуги, а також не порушувати будь-які політики, вимоги або норми мереж, підключених до послуги (включаючи будь-яке несанкціоноване використання або моніторинг даних чи трафіку та доступ до них).

Якщо Ваш доступ до функції Apple Pay або програми Гаманець чи їх використання заборонені чинним законодавством, Ви не маєте права отримувати доступ до цих Послуг або користуватися ними. Ми не відповідаємо за отримання Вами доступу до Послуг чи їх використання в будь-який спосіб, що порушує чинне законодавство.

**4. Відносини між вами й Apple**

Використання Вами Apple Pay буде регулюватися цими Додатковими положеннями, а також положеннями угоди з емітентом картки, яку Ви уклали з відповідним емітентом, торговою точкою чи іншою третьою особою, що відповідає за Вашу картку Apple Pay.

Аналогічно цьому, використання Вами Карток Гаманця в програмі Гаманець буде регулюватися цими Додатковими положеннями, а також положеннями Вашої угоди з відповідною торговельною точкою, транспортною організацією, виробником автомобіля чи замків, університетом, готелем, курортним комплексом, круїзним маршрутом, компанією, державним органом або іншою третьою особою.

За винятком деяких описаних нижче функцій Apple Pay, що надаються Apple Payments Inc. . («Apple Payments»), компанія Apple не обробляє платежі та не обробляє транзакції з іншими неплатіжними картками, здійснені з використанням Ваших карток Apple Pay. Компанія Apple не контролює та не відповідає за будь-які платежі, зворотні платежі, повернення, відшкодування, грошові перекази, винагороди, вартість, знижки, доступ, перевірку особи, замовлення, виконання замовлень чи інші дії, які можуть виникати внаслідок використання Вами Apple Pay або Гаманця.

У разі будь-якої суперечності між умовами цих Додаткових положень і угодою, укладеною між Вами та відповідним емітентом, торговою точкою, державним органом чи іншою третьою особою («**Угода з третьою особою**»), умови цих Додаткових положень регулюватимуть Ваші відносини з компанією Apple, а умови відповідної Угоди з третьою особою будуть регулювати Ваші відносини з такою третьою особою.

Ви погоджуєтеся, що компанія Apple не є стороною укладених Вами Угод із третіми особами та не відповідає за: (а) вміст, точність або доступність будь-яких Підтримуваних карток, покупок, операцій, переказів коштів, замовлень, виконань замовлень, отримань чи інших дій під час використання Apple Pay або Гаманця, зокрема, з-поміж іншого, здійснюваних членами Родини

чи іншими особами, котрим Ви надали доступ до своїх Підтримуваних карток або Пристрою;
(b) видавання кредиту або оцінку права на отримання кредиту; (c) видавання, призупинення дії
або анулювання водійського посвідчення чи виданого державою посвідчення особи; (d) діяльність
емітентів, продавців, розробників програм або інших третіх осіб, пов'язаних із використанням
Apple Pay або Гаманця; (e) рішення, які приймаються емітентом, торговельною точкою чи іншою
третьою особою щодо додавання Вашої Підтримуваної картки до Гаманця; (f) Ваше членство
або участь у будь-якій програмі торговельної точки або партнера; (g) накопичення та виплати
дисконтних коштів або збереженої вартості щодо Ваших Підтримуваних карток; (h) оплату
або поповнення передплачених Підтримуваних карток; (i) надсилання чи отримання особистих
платежів або грошових переказів; або за (j) операції з поповнення, повернення чи зняття коштів,
які здійснюються за Вашою карткою Apple Cash.

Коли Ви подаєте заявку на отримання картки Apple Card, Ви подаєте заявку на відкриття рахунку
в Емітенті картки Apple Card. Фінансова організація, що пропонує картку Apple Card, може
змінюватися, і на Ваше користування карткою Apple Card поширюються положення та умови такої
організації.

Якщо Ви ввімкнете ці функції Apple Cash в Apple Pay, ви відкриєте рахунок у Green Dot Bank. За
винятком функцій Apple Pay, які надаються Apple Payments, коли Ви надсилатимете або
отримуватимете особистий платіж або будете вкладати або знімати кошти з Вашої картки
Apple Cash, Green Dot Bank буде відповідальним за надсилання та отримання коштів відповідним
приймачем чи одержувачем. Фінансова організація відповідальна за надання Apple Cash та
особистих платежів у рамках Apple Pay може бути змінена, та Ваше користування такими
послугами підпадає під дію їхніх умов та положень.

Можливість використовувати кошти на картці Apple Cash для здійснення платежів певним
уповноваженим Вами компаніям («Сервіс прямих платежів») є послугою, що надається
Apple Payments. Ваше користування Сервісом прямих платежів регулюється Положеннями й
умовами щодо прямих платежів Apple Payments. Крім того, деякі відповідні компанії можуть
надавати Вам змогу уповноважувати їх виплачувати кошти на Вашу картку Apple Cash (кожна з
таких операцій іменується «Виплатою»). Хоча Виплати можуть оброблятись Apple Payments, вони
пропонуються залученими компаніями, які надають такі кошти, і на них можуть поширюватися
деякі додаткові положення й умови компаній, що здійснюють виплати. З усіма суперечками
та питаннями щодо Підтримуваних карток або пов'язаної комерційної діяльності звертайтесь
до емітента або до відповідної торговельної точки, державного органа, розробника програми
чи іншої третьої особи. З питаннями щодо карток Apple Pay, Гаманця, Apple Card і Apple Cash та
особистих платежів звертайтеся до Служби підтримки Apple.

**5. Конфіденційність**

Збір і використання Apple персональних даних регулюється Політикою конфіденційності Apple,
доступною на сторінці https://www.apple.com/legal/privacy/. Детальні відомості про персональні
дані, які збираються, використовуються чи надаються в рамках використання Apple Pay і
Гаманця, можна знайти у відповідних повідомленнях про конфіденційність, що стосуються
конкретних послуг або сервісів, зокрема «Про Apple Pay» і «Конфіденційність», доступ до яких
можна отримати на Пристрої чи в програмі Watch на спареному Пристрої, або відвідавши сторінку
https://www.apple.com/legal/privacy/. Використовуючи Apple Pay і Гаманець, Ви погоджуєтеся на
передавання, збирання, обслуговування, опрацювання та використання компанією Apple, її
дочірніми підприємствами й агентами всієї вищезазначеної інформації для надання цих Послуг.

**6. Безпека; загублені або несправні пристрої**

ЗАХИЩАЙТЕ ПІДТРИМУВАНІ ПРИСТРОЇ ТА ОБЛІКОВІ ДАНІ ТАК САМО, ЯК І ГАМАНЕЦЬ І
ФІЗИЧНІ КАРТКИ

Функція Apple Pay і програма Гаманець зберігають віртуальні подання Ваших Підтримуваних
карток, які слід захищати так само, як і фізичні гаманець, ключі або кредитні, дебетові,
передплачені картки чи посвідчення особи й інші картки. Тільки Ви відповідаєте за забезпечення
безпеки своїх Пристроїв та інформації, пов'язаної з ідентифікатором Apple ID, Touch ID чи Face ID,
а також пароля до своїх підтримуваних Пристроїв і будь-яких інших облікових даних для
автентифікації, які використовуються у зв'язку з Послугами («Облікові дані»). Якщо Ви дозволите
іншій особі використовувати Ваш підтримуваний Пристрій (*наприклад*, надавши пароль до
Пристрою, дозволивши іншій особі додати свій відбиток для використання Touch ID чи ввімкнути
Face ID або в інший спосіб надавши свої Облікові дані третій особі), ця особа зможе здійснювати
оплату, надсилати, запитувати чи отримувати особисті платежі, знімати кошти з Вашої картки
Apple Cash, отримувати та використовувати дисконтні знижки або спеціальну вартість, відмикати
Ваш автомобіль, кімнату, офіс, дім чи отримувати до них доступ в інший спосіб, видавати себе за
Вас або здійснювати інші операції з Вашими Підтримуваними картками в Гаманці. У цьому разі Ви
відповідатимете за всі платежі, отримання доступу й операції, здійснені цією особою.

«ЗЛАМАНІ» ПРИСТРОЇ

Якщо Ви внесете несанкціоновані модифікації у свій Пристрій, як-от вимкнете засоби керування
апаратним або програмним забезпеченням (що іноді називається «зламуванням»), для Вашого
Пристрою може бути втрачено право на доступ або використання Послуг. Ви визнаєте, що
використання модифікованого Пристрою у зв'язку з Послугами категорично заборонено, являє
собою порушення цих Додаткових положень і є підставою для відмови в наданні доступу або
обмеження доступу до Послуг.

ДОДАТКОВІ ЗАСОБИ БЕЗПЕКИ

Можливо, Вам доведеться ввімкнути додаткові засоби безпеки, такі як двофакторна
автентифікація Вашого Apple ID для того, щоб мати доступ до певних функцій Apple Pay, включно
з карткою Apple Card, карткою Apple Cash і особистих платежів Apple Pay. Якщо Ви пізніше
видалите ці функції безпеки, Ви не зможете продовжувати мати доступ до певних функцій Apple
Pay. Видалення Face ID чи Touch ID, пов'язаного з Вашим Посвідченням особи для пред'явлення,
потребує виконання всього процесу введення Посвідчення особи в дію.

УТРАЧЕНІ АБО ВИКРАДЕНІ ПРИСТРОЇ

У разі втрати або крадіжки Пристрою та за ввімкненої функції «Знайти » можна скористатися
функцією «Знайти» і спробувати призупинити можливість виконання операцій за допомогою
віртуальних Підтримуваних карток і особистих платежів на цьому Пристрої, перевівши його в
режим втрати. Якщо Ваш Пристрій перебуває в режимі втрати, автомобільний ключ може
вимкнутися у Гаманці, і Ви більше не зможете отримати доступ до автомобіля або завести його,
щойно Ви з нього вийдете чи вимкнете двигун. Режим втрати впливає тільки на ключі
на втраченому Пристрої. Якщо Ви є власником, Ви більше не зможете надавати доступ до
автомобільного ключа або ключів від дому іншим, однак ключі, які вже були надані певним
особам, не будуть видалені з їхніх пристроїв.

Можна також видалити свій Пристрій, що призведе до спроби призупинення можливості
виконувати операції за допомогою віртуальних Підтримуваних карток і надсилати особисті
платежі на Пристрої. Слід також звернутися до емітента, торгової точки або іншої відповідальної
третьої особи, пов'язаної з Вашими Підтримуваними картками, чи до компанії Apple (у разі картки

Apple Card або Apple Cash), щоб запобігти несанкціонованому доступу до Ваших Підтримуваних карток в Apple Pay і Гаманці.

Якщо Ви повідомляєте або компанія Apple підозрює про шахрайську або несанкціоновану діяльність із карткою, Ви погоджуєтеся співпрацювати з компанією Apple у будь-якому розслідуванні та вживати заходів попередження шахрайства, що передбачаються.

**7. Обмеження відповідальності**

КРІМ ВІДМОВ ВІД НАДАННЯ ГАРАНТІЙ І ОБМЕЖЕННЯ ВІДПОВІДАЛЬНОСТІ, ЗАЗНАЧЕНИХ У ЛІЦЕНЗІЇ, КОМПАНІЯ APPLE НЕ ВІДПОВІДАЄ ЗА ПОКУПКИ, ПЛАТЕЖІ, ГРОШОВІ ПЕРЕКАЗИ, ЗАМОВЛЕННЯ, ВИКОНАННЯ ЗАМОВЛЕННЯ, ІНФОРМАЦІЮ ПРО ОТРИМАННЯ, ОТРИМАННЯ ДОСТУПУ, ПЕРЕВІРКУ ОСОБИ, ТРАНЗАКЦІЇ ЧИ ІНШУ ДІЯЛЬНІСТЬ, ЩО ЗДІЙСНЮЄТЬСЯ ЗА ДОПОМОГОЮ APPLE PAY АБО ГАМАНЦЯ. ВОДНОЧАС ВИ ПОГОДЖУЄТЕСЯ КЕРУВАТИСЯ ВИКЛЮЧНО УГОДАМИ, ЯКІ УКЛАЛИ З ЕМІТЕНТОМ КАРТКИ, ПЛАТІЖНОЮ МЕРЕЖЕЮ, ФІНАНСОВИМИ ОРГАНІЗАЦІЯМИ, ТОРГОВЕЛЬНОЮ ТОЧКОЮ, РОЗРОБНИКОМ ПРОГРАМИ, ДЕРЖАВНИМ ОРГАНОМ АБО ІНШОЮ ВІДПОВІДНОЮ ТРЕТЬОЮ ОСОБОЮ, ДЛЯ РОЗВ'ЯЗАННЯ ПИТАНЬ АБО СУПЕРЕЧОК ЩОДО ПІДТРИМУВАНИХ КАРТОК, ОСОБИСТИХ ПЛАТЕЖІВ І ПОВ'ЯЗАНОЇ ДІЯЛЬНОСТІ.

-------------------------

**ПОВІДОМЛЕННЯ КОМПАНІЇ APPLE**

Якщо компанії Apple знадобиться зв'язатися з Вами з питань, які стосуються Вашого продукту або облікового запису, Ви надаєте згоду на отримання повідомлень електронною поштою. Ви погоджуєтеся, що будь-які такі повідомлення, які надаються нами за допомогою електронних засобів зв'язку, відповідають усім законним вимогам у сфері обміну інформаційними повідомленнями.

BẢN TIẾNG VIỆT

**QUAN TRỌNG: BẰNG VIỆC SỬ DỤNG iPHONE, iPAD, HOẶC iPOD TOUCH ("THIẾT BỊ"), BẠN CHẤP THUẬN CHỊU RÀNG BUỘC BỞI CÁC ĐIỀU KHOẢN DƯỚI ĐÂY:**

**A.    HỢP ĐỒNG CẤP QUYỀN SỬ DỤNG PHẦN MỀM iOS VÀ iPadOS APPLE**
**B.    CÁC ĐIỀU KHOẢN BỔ SUNG APPLE PAY**
**C.    CÁC THÔNG BÁO CỦA APPLE**

**APPLE INC**
**HỢP ĐỒNG CẤP QUYỀN SỬ DỤNG PHẦN MỀM iOS VÀ iPadOS**
**Cấp Quyền Sử Dụng Riêng Lẻ**

**XIN VUI LÒNG ĐỌC KỸ HỢP ĐỒNG CẤP QUYỀN SỬ DỤNG PHẦN MỀM ("HỢP ĐỒNG CẤP QUYỀN SỬ DỤNG") NÀY TRƯỚC KHI SỬ DỤNG THIẾT BỊ CỦA BẠN HOẶC TẢI VỀ CẬP NHẬT PHẦN MỀM KÈM THEO HỢP ĐỒNG CẤP QUYỀN SỬ DỤNG NÀY. BẰNG VIỆC SỬ DỤNG THIẾT BỊ CỦA BẠN HOẶC TẢI VỀ MỘT CẬP NHẬT PHẦN MỀM, TÙY TỪNG TRƯỜNG HỢP, BẠN ĐỒNG Ý CHỊU RÀNG BUỘC BỞI CÁC ĐIỀU KHOẢN CỦA HỢP ĐỒNG CẤP QUYỀN SỬ DỤNG NÀY. NẾU BẠN KHÔNG ĐỒNG Ý VỚI CÁC ĐIỀU KHOẢN CỦA HỢP ĐỒNG CẤP QUYỀN SỬ DỤNG NÀY, ĐỀ NGHỊ KHÔNG SỬ DỤNG THIẾT BỊ VÀ KHÔNG TẢI VỀ CẬP NHẬT PHẦN MỀM**

**NẾU BẠN VỪA MUA MỘT THIẾT BỊ VÀ BẠN KHÔNG ĐỒNG Ý VỚI CÁC ĐIỀU KHOẢN CỦA HỢP ĐỒNG CẤP QUYỀN SỬ DỤNG NÀY, BẠN CÓ THỂ TRẢ LẠI THIẾT BỊ CHO APPLE STORE HOẶC NHÀ PHÂN PHỐI ĐƯỢC ỦY QUYỀN NƠI BẠN ĐÃ MUA THIẾT BỊ, TRONG THỜI HẠN ĐƯỢC PHÉP TRẢ LẠI, ĐỂ ĐƯỢC NHẬN LẠI TIỀN THEO QUY ĐỊNH CHÍNH SÁCH TRẢ LẠI HÀNG CỦA APPLE MÀ BẠN CÓ THỂ XEM TẠI https://www.apple.com/legal/sales-support/.**

**1. Quy Định Chung**
(a) Phần mềm (bao gồm Mã Khởi Động ROM (Boot ROM code), phần mềm nhúng và phần mềm của bên thứ ba), tài liệu, giao diện, nội dung, phông chữ và bất kỳ dữ liệu nào đi kèm Thiết Bị của bạn ("Phần Mềm Apple Gốc"), có thể được cập nhật hoặc thay thế bằng các cải tiến tính năng, cập nhật phần mềm, phản hồi bảo mật, tệp hệ thống hoặc phần mềm phục hồi hệ thống do Apple cung cấp cho Thiết bị hoặc thiết bị ngoại vi được hỗ trợ của bạn ("Thay Đổi Phần Mềm Apple"), cho dù trong bộ nhớ chỉ đọc, trên bất kỳ phương tiện nào hoặc ở bất kỳ hình thức nào khác (Phần Mềm Apple Gốc và Thay Đổi Phần Mềm Apple được gọi chung là "Phần Mềm Apple") được Apple Inc. ("Apple") cấp quyền sử dụng, mà không bán cho bạn, chỉ cho mục đích sử dụng theo các điều khoản của Hợp Đồng Cấp Quyền Sử Dụng này. Apple và các bên cấp quyền sử dụng của Apple giữ quyền sở hữu đối với chính Phần Mềm Apple và bảo lưu tất cả các quyền không được cấp cho bạn một cách rõ ràng. Bạn đồng ý rằng các điều khoản của Hợp Đồng Cấp Quyền Sử Dụng này sẽ áp dụng cho mọi ứng dụng mang thương hiệu Apple có thể được tích hợp sẵn trên Thiết Bị, trừ khi ứng dụng đó được cấp kèm theo một hợp đồng cấp quyền sử dụng riêng, trong trường hợp này bạn đồng ý rằng các điều khoản của hợp đồng cấp quyền sử dụng riêng đó sẽ chi phối việc bạn sử dụng ứng dụng đó.

(b) Theo quyết định của mình, Apple có thể cung cấp các Thay Đổi Phần Mềm Apple trong tương lai. Các Thay Đổi Phần Mềm Apple này, nếu có, có thể không nhất thiết phải bao gồm tất cả các tính năng phần mềm hiện tại, hoặc các tính năng mới mà Apple phát hành cho các mẫu mới hơn hoặc các mẫu khác của Thiết Bị. Các điều khoản của Hợp Đồng Cấp Quyền Sử Dụng này sẽ chi phối mọi Thay Đổi Phần Mềm Apple do Apple cung cấp, trừ khi Thay Đổi Phần Mềm Apple đó đi kèm một hợp đồng cấp quyền sử dụng riêng thì khi đó, bạn đồng ý rằng các điều khoản của hợp đồng cấp quyền sử dụng đó sẽ chi phối.

(c) Nếu bạn sử dụng tính năng cài đặt nhanh để cài đặt một Thiết Bị mới dựa trên Thiết Bị hiện tại của

bạn, bạn đồng ý rằng các điều khoản của Hợp Đồng Cấp Quyền Sử Dụng này sẽ điều chỉnh việc bạn sử dụng Phần Mềm Apple trên Thiết Bị mới của bạn, trừ khi thiết bị đó được cung cấp kèm theo một hợp đồng cấp quyền sử dụng riêng, thì trong trường hợp đó bạn đồng ý rằng các điều khoản của hợp đồng cấp quyền sử dụng đó sẽ điều chỉnh việc bạn sử dụng Phần Mềm Apple đó. Thiết Bị của bạn sẽ định kỳ kiểm tra với Apple về các Thay Đổi Phần Mềm Apple. Nếu có một thay đổi, thay đổi đó sẽ tự động được tải về và cài đặt trên Thiết Bị của bạn và, nếu phù hợp, các thiết bị ngoại vi của bạn. **Bằng việc sử dụng Phần Mềm Apple, bạn đồng ý rằng Apple có thể tự động tải về và cài đặt các Thay Đổi Phần Mềm Apple trên Thiết Bị của bạn cũng như các thiết bị ngoại vi của bạn.** Bạn có thể tắt tự động cài đặt cập nhật hệ điều hành và Phản hồi bảo mật nhanh bất kỳ lúc nào bằng cách điều chỉnh cài đặt Cập nhật tự động trong Cài đặt > Chung > Cập nhật phần mềm. Một số tệp hệ thống (bao gồm, nhưng không giới hạn, cập nhật phông chữ, mô hình ngôn ngữ, nội dung giọng nói và vi chương trình cho thiết bị ngoại vi) có thể tiếp tục được cài đặt tự động, chẳng hạn như khi bạn bật hoặc sử dụng một số tính năng và thiết bị ngoại vi nhất định hoặc để giải quyết vấn để pháp lý, quy định, an ninh công cộng, hoặc các cân nhắc kỹ thuật.

**2. Phạm Vi Sử Dụng Được Phép và Các Hạn Chế.**
(a) Phụ thuộc vào các điều khoản và điều kiện của Hợp Đồng Cấp Quyền Sử Dụng này, bạn được cấp quyền sử dụng hạn chế, không độc quyền để sử dụng Phần Mềm Apple trên duy nhất một Thiết Bị hiệu Apple. Trừ khi được cho phép theo quy định tại Phần 2(b) dưới đây, và trừ khi được quy định tại một hợp đồng riêng giữa bạn và Apple, Hợp Đồng Cấp Quyền Sử Dụng này không cho phép Phần Mềm Apple được tồn tại cùng một lúc trên nhiều hơn một Thiết Bị hiệu Apple, và bạn không được phân phối hoặc cung cấp Phần Mềm Apple qua một môi trường mạng nơi Phần Mềm Apple có thể được sử dụng bởi nhiều Thiết Bị cùng một lúc. Hợp Đồng Cấp Quyền Sử Dụng này không cấp cho bạn quyền sử dụng các giao diện thuộc sở hữu riêng của Apple và quyền sở hữu trí tuệ khác vào việc thiết kế, phát triển, sản xuất, cấp quyền sử dụng hoặc phân phối các thiết bị và phụ kiện của bên thứ ba, hoặc các ứng dụng phần mềm của bên thứ ba, để sử dụng với các Thiết Bị. Một số quyền trong các quyền trên có thể được cung cấp theo các hợp đồng cấp quyền sử dụng riêng lẻ của Apple. Để có thêm thông tin về việc phát triển các thiết bị và phụ kiện của bên thứ ba cho các Thiết Bị, xin hãy xem tại https://developer.apple.com/programs/mfi/. Để có thêm thông tin về việc phát triển các ứng dụng phần mềm cho các Thiết Bị, xin xem tại https://developer.apple.com.

(b) Phụ thuộc vào các điều khoản và điều kiện của Hợp Đồng Cấp Quyền Sử Dụng này, bạn được cấp quyền sử dụng hạn chế, không độc quyền để tải hoặc cài các Thay Đổi Phần Mềm Apple do Apple cung cấp cho mẫu Thiết Bị của bạn để cập nhật hoặc khôi phục phần mềm trong chính Thiết Bị mà bạn sở hữu hoặc quản lý. Hợp Đồng Cấp Quyền Sử Dụng này không cho phép bạn cập nhật hoặc khôi phục bất kỳ Thiết Bị nào mà bạn không quản lý hoặc sở hữu, và bạn không được phép phân phối hoặc cung cấp các Thay Đổi Phần Mềm Apple qua một môi trường mạng nơi các Thay Đổi Phần Mềm Apple này có thể được sử dụng cùng một lúc bởi nhiều Thiết Bị hoặc máy tính. Nếu bạn tải về một Bản Cập Nhật Phần Mềm Apple cho máy tính, bạn có thể tạo một bản sao của Thay Đổi Phần Mềm Apple dưới dạng máy có thể đọc được để lưu trữ trong máy tính chỉ dùng cho mục đích sao lưu, với điều kiện là bản sao lưu phải bao gồm tất cả các thông báo về bản quyền và quyền sở hữu khác như được bao gồm trong bản gốc.

(c) Nếu Apple đã cài đặt sẵn các ứng dụng hiệu Apple từ App Store trên Thiết Bị của bạn vào thời điểm mua thiết bị ("Các Ứng Dụng Cài Đặt Sẵn"), bạn sẽ cần phải truy cập vào App Store và liên kết Các Ứng Dụng Cài Đặt Sẵn này với tài khoản App Store của bạn để sử dụng Các Ứng Dụng Cài Đặt Sẵn trên Thiết Bị của bạn. Khi bạn liên kết một Ứng Dụng Cài Đặt Sẵn với tài khoản App Store của bạn thì vào cùng thời điểm bạn sẽ tự động liên kết với tất cả Các Ứng Dụng Cài Đặt Sẵn khác trên Thiết Bị của bạn. Bằng cách lựa chọn để liên kết Các Ứng Dụng Cài Đặt Sẵn với tài khoản App Store của bạn, bạn đồng ý rằng Apple có thể chuyển, thu thập, lưu giữ, xử lý và sử dụng cả ID Apple mà tài khoản App Store của bạn sử dụng và một nhận dạng phần cứng duy nhất được thu thập từ Thiết Bị của bạn, như là các nhận dạng tài khoản duy nhất cho mục đích xác minh tính hợp lệ của yêu cầu của bạn và cho phép bạn tiếp cận Các Ứng Dụng Cài Đặt Sẵn thông qua App Store. Nếu bạn không muốn sử dụng một

Ứng Dụng Cài Đặt Sẵn, bạn có thể xóa ứng dụng này khỏi Thiết Bị bất kỳ lúc nào.

(d) Bạn không được và đồng ý không, cũng như không cho phép người khác, sao chép (trừ khi Hợp Đồng Cấp Quyền Sử Dụng này cho phép một cách rõ ràng), dịch ngược, thiết kế đối chiếu, tách rời, cố gắng để tìm được mã nguồn, giải mã, thay đổi, hoặc tạo ra các tác phẩm phái sinh của Phần Mềm Apple hoặc của các dịch vụ do Phần Mềm Apple cung cấp, hoặc bất kỳ phần nào của Phần Mềm Apple hoặc của dịch vụ do Phần Mềm Apple cung cấp (trừ khi và chỉ trong phạm vi luật áp dụng hoặc các điều khoản cấp quyền sử dụng điều chỉnh việc sử dụng các thành phần nguồn mở có thể có trong Phần Mềm Apple cấm các hạn chế nêu trên). Bạn đồng ý không gỡ bỏ, che khuất, hoặc thay đổi bất kỳ thông báo sở hữu độc quyền nào (bao gồm các thông báo bản quyền và nhãn hiệu) mà có thể được gắn với hoặc chứa trong Phần Mềm Apple.

(e) Phần Mềm Apple có thể được dùng để tạo bản sao các tài liệu với điều kiện là việc sử dụng này chỉ giới hạn trong việc tạo bản sao các tài liệu không có bản quyền, các tài liệu mà bạn sở hữu bản quyền, hoặc các tài liệu mà bạn được cho phép hoặc được phép tạo bản sao một cách hợp pháp. Không ảnh hưởng bởi điều trên đây, bạn không được phép tái bản, phát tán lại và tạo bản sao bất kỳ hình ảnh nào mà bạn truy cập thông qua News hoặc Bản Đồ dưới dạng một tập tin độc lập. Quyền sở hữu và các quyền sở hữu trí tuệ trong và đối với bất kỳ nội dung nào được hiển thị, lưu trữ trên hoặc được truy cập thông qua Thiết Bị của bạn thuộc về chủ sở hữu nội dung tương ứng. Nội dung đó có thể được bảo vệ bởi các quy định pháp luật và các điều ước về bản quyền hoặc quyền sở hữu trí tuệ khác, và có thể phụ thuộc vào các điều khoản sử dụng của bên thứ ba cung cấp nội dung đó. Trừ khi có quy định khác trong Hợp Đồng Cấp Quyền Sử Dụng này, Hợp Đồng Cấp Quyền Sử Dụng này không cấp cho bạn bất kỳ quyền nào để sử dụng nội dung đó và cũng không bảo đảm rằng nội dung đó sẽ được tiếp tục cung cấp cho bạn.

(f) Theo các điều khoản và điều kiện của Hợp Đồng Cấp Quyền Sử Dụng này, bạn có thể: (i) sử dụng các nhân vật Memoji có trong hoặc được tạo bằng Phần Mềm Apple ("Nhân Vật Hệ Thống") (1) trong khi chạy Phần Mềm Apple và (2) để tạo nội dung và dự án gốc của riêng bạn cho mục đích sử dụng cá nhân, phi thương mại; và (ii) sử dụng Phụ Đề Trực Tiếp do Phần Mềm Apple tạo tự động trên thiết bị trong thời gian thực ("Phụ Đề Trực Tiếp"), cho dù được tạo trong cuộc gọi FaceTime hay cách khác, chỉ cho mục đích sử dụng cá nhân, phi thương mại của bạn. Hợp Đồng Cấp Quyền Sử Dụng này không cho phép việc sử dụng các Nhân Vật Hệ Thống hoặc Phụ Đề Trực Tiếp vào các mục đích khác, bao gồm nhưng không giới hạn ở việc sử dụng, tạo bản sao, hiển thị, trình diễn, ghi, công bố hoặc phân phối lại bất kỳ Nhân Vật Hệ Thống hoặc Phụ Đề Trực Tiếp nào vì mục đích lợi nhuận, phi lợi nhuận, chia sẻ cộng đồng hoặc cho mục đích thương mại.

(g) Để có thể thực hiện một số tổ hợp hành động tắt cho ứng dụng và/hoặc trang web, Phần mềm Apple có thể cần phải truy cập vào một số ứng dụng phần mềm, dịch vụ hoặc trang web của bên thứ ba trên Thiết Bị của bạn. Bạn chấp thuận một cách rõ ràng với việc sử dụng này trong phạm vi cần thiết để hoàn thành Phím Tắt bằng Phần Mềm Apple.

(h) Bạn đồng ý sử dụng Phần Mềm Apple và các Dịch Vụ (như được định nghĩa tại Phần 5 dưới đây) phù hợp với tất cả các luật áp dụng, bao gồm luật của quốc gia hoặc khu vực nơi bạn cư trú hoặc tải về hoặc sử dụng Phần Mềm Apple và các Dịch Vụ. Các tính năng của Phần Mềm Apple và các Dịch Vụ có thể không được cung cấp bằng tất cả các ngôn ngữ hoặc tại tất cả các khu vực, một số tính năng có thể thay đổi phụ thuộc vào khu vực, và một số tính năng có thể bị hạn chế hoặc không được nhà cung cấp dịch vụ của bạn cung cấp. Việc kết nối Wi-Fi hoặc dữ liệu di động là cần thiết cho một số tính năng của Phần Mềm Apple và Dịch Vụ.

(i) Bạn cần phải có tổ hợp một mật khẩu và tên người dùng duy nhất, được gọi là ID Apple (Nhận Dạng Apple) để sử dụng App Store. Bạn cũng cần phải có ID Apple để truy cập các bản cập nhật của ứng dụng cũng như một số tính năng của Phần Mềm Apple và Dịch Vụ.

(j) Bạn thừa nhận rằng có nhiều tính năng, các ứng dụng được tích hợp sẵn, và các Dịch Vụ của Phần Mềm Apple truyền dữ liệu và có thể làm phát sinh phí đối với định mức dữ liệu (data plan) của bạn, và bạn sẽ chịu mọi khoản phí đó. Bạn có thể xem và quản lý các ứng dụng được phép để sử dụng dữ liệu di động và xem ước tính lượng dữ liệu mà các ứng dụng đó đã tiêu thụ trong phần Cài Đặt Dữ Liệu Di Động. Ngoài ra, Wi-Fi Assist (Hỗ Trợ Wi-Fi) sẽ tự động chuyển sang dữ liệu di động khi bạn có một kết nối Wi-Fi kém, điều này có thể dẫn đến việc sử dụng nhiều dữ liệu di động hơn và có thể làm phát sinh phí đối với định mức dữ liệu của bạn. Wi-Fi Assist được bật lên một cách mặc định, nhưng có thể được tắt đi trong phần Cài Đặt. Để biết thêm thông tin, vui lòng tham khảo Hướng Dẫn Sử Dụng đối với Thiết Bị của bạn.

(k) Nếu bạn lựa chọn cho phép các cập nhật ứng dụng tự động, Thiết Bị của bạn sẽ định kỳ kiểm tra với Apple về các cập nhật cho các ứng dụng trên Thiết Bị của bạn và, nếu có một bản cập nhật, thì bản cập nhật đó sẽ tự động được tải về và cài đặt trên Thiết Bị của bạn. Bạn có thể tắt tất cả các bản cập nhật ứng dụng tự động vào bất kỳ lúc nào bằng cách vào phần Cài Đặt, chạm vào biểu tượng iTunes & App Store, và dưới mục Tải Về Tự Động, tắt mục Cập Nhật.

(l) Việc sử dụng Thiết Bị trong một số trường hợp có thể làm bạn không tập trung và có thể gây ra một tình huống nguy hiểm (ví dụ, tránh nhắn tin trong khi lái xe hoặc sử dụng tai nghe trong khi đạp xe). Bằng việc sử dụng Thiết Bị, bạn đồng ý rằng bạn có trách nhiệm tuân thủ các nguyên tắc cấm hoặc hạn chế sử dụng điện thoại di động hoặc tai nghe (ví dụ: yêu cầu sử dụng tùy chọn rảnh tay để gọi điện khi đang lái xe).

(m) Một số tính năng nhất định của Phần Mềm Apple có thể cố gắng cung cấp hỗ trợ trong các tình huống liên quan đến an toàn, chẳng hạn như tính năng phát hiện liên quan đến an toàn và kết nối bạn với các dịch vụ khẩn cấp (nếu có). Apple không đảm bảo tính khả dụng, chính xác, đầy đủ, tin cậy hoặc kịp thời của các tính năng đó. Không được chỉ dựa vào các tính năng này trong các tình huống có thể nhận được sự trợ giúp khác tức thì hoặc hiệu quả hơn. Bạn đồng ý chịu hoàn toàn rủi ro và sử dụng khả năng suy xét độc lập khi sử dụng các tính năng này và Apple, các công ty liên kết, đại lý hoặc bên ủy nhiệm của Apple sẽ không chịu trách nhiệm pháp lý đối với việc bạn sử dụng các tính năng này và mọi hậu quả xảy ra trong phạm vi tối đa được pháp luật cho phép.

(n) Thiết Bị Của Bạn không phải là một thiết bị y tế và không nên được sử dụng để thay thế cho ý kiến y tế chuyên nghiệp. Thiết bị này không được thiết kế hoặc được dự định để sử dụng trong việc chẩn đoán bệnh hoặc các điều kiện khác, hoặc trong việc chữa, hạn chế, điều trị, hoặc phòng ngừa bất kỳ điều kiện hoặc bệnh nào. Vui lòng tham vấn cùng cấp dịch vụ chăm sóc sức khỏe của bạn trước khi đưa ra bất kỳ quyết định nào liên quan đến sức khỏe.

**3. Chuyển Giao.** Bạn không được cho thuê, cho mượn, bán, phân phối lại hoặc cấp lại quyền sử dụng Phần mềm Apple. Tuy nhiên, bạn có thể chuyển giao một lần vĩnh viễn tất cả các quyền sử dụng của bạn đối với Phần Mềm Apple cho người khác cùng với việc chuyển giao quyền sở hữu Thiết Bị của bạn, với điều kiện là: (a) việc chuyển giao này phải bao gồm Thiết Bị của bạn và toàn bộ Phần Mềm Apple, bao gồm mọi thành phần cấu thành và Hợp Đồng Cấp Quyền Sử Dụng này; (b) bạn sẽ không giữ lại bất kỳ bản sao nào của Phần Mềm Apple, dù là toàn bộ hay một phần, kể cả những bản sao được lưu giữ tại một máy tính hoặc thiết bị lưu giữ khác; và (c) bên nhận Phần Mềm Apple đọc và đồng ý chấp thuận các điều khoản và điều kiện của Hợp Đồng Cấp Quyền Sử Dụng này.

**4. Chấp Thuận Cho Việc Sử Dụng Dữ Liệu.** Khi bạn sử dụng Thiết Bị của bạn, số điện thoại của bạn và một số ký hiệu nhận dạng duy nhất cho Thiết Bị của bạn được gửi cho Apple để cho phép những người khác liên lạc với bạn qua số điện thoại của bạn khi sử dụng các tính năng liên lạc khác nhau của Phần Mềm Apple, ví dụ iMessage và FaceTime. Khi bạn sử dụng iMessage, Apple có thể giữ các tin nhắn của bạn dưới dạng mã hóa trong một khoảng thời gian nhất định để đảm bảo các tin nhắn được

gửi thành công. Bạn có thể tắt FaceTime hoặc iMessage bằng cách vào cài đặt FaceTime hoặc Tin Nhắn trên Thiết Bị của bạn. Một số tính năng như Phân Tích, Dịch Vụ Định Vị, Siri, và Đọc Chính Tả có thể yêu cầu thông tin từ Thiết Bị của bạn để cung cấp các chức năng tương ứng của các tính năng này. Khi bạn bật hoặc sử dụng các tính năng này, bạn sẽ được cung cấp chi tiết về thông tin nào mà các tính năng này gửi tới Apple và về cách thức thông tin được xử lý như thế nào. Bạn có thể xem thêm tại https://www.apple.com/vn/privacy/. Vào mọi thời điểm, thông tin của bạn sẽ được xử lý phù hợp với Chính Sách Quyền Riêng Tư của Apple, chính sách này có thể được xem tại: https://www.apple.com/legal/privacy/vn/.

**5. Các Dịch Vụ và Tài Liệu Của Bên Thứ Ba.**
(a) Phần Mềm Apple có thể cho phép bạn truy cập vào iTunes Store, App Store của Apple, Apple Books, Game Center, iCloud, Bản Đồ, News, Fitness+ và các dịch vụ và trang web khác của Apple và của bên thứ ba (sau đây được gọi chung và gọi riêng là "Dịch Vụ"). Để sử dụng các Dịch Vụ này, bạn cần phải truy cập vào Internet và để sử dụng một số Dịch Vụ cần phải có ID Apple, bạn có thể phải chấp nhận các điều khoản bổ sung và có thể phải trả các khoản phí bổ sung. Bằng việc sử dụng phần mềm kết nối với một ID Apple hoặc các Dịch Vụ Apple khác, bạn đồng ý chấp thuận các điều khoản dịch vụ áp dụng, ví dụ như các Điều Khoản và Điều Kiện Dịch Vụ Truyền Thông Của Apple mới nhất áp dụng cho quốc gia hoặc vùng lãnh thổ nơi bạn truy cập vào Dịch Vụ này, mà bạn có thể truy cập và xem tại https://www.apple.com/legal/internet-services/itunes/vn/terms.html/.

(b) Nếu bạn đăng ký sử dụng iCloud, một số tính năng iCloud như "iCloud Drive", "Kho Ảnh Của Tôi", "Album Được Chia Sẻ", và "Tìm" có thể được truy cập trực tiếp từ Phần Mềm Apple. Bạn thừa nhận và đồng ý rằng việc bạn sử dụng iCloud và các tính năng này tuân theo các điều khoản và điều kiện mới nhất của dịch vụ iCloud mà bạn có thể truy cập và xem tại: https://www.apple.com/legal/internet-services/icloud/vn/terms.html/.

(c) Nội Dung Của Ứng Dụng News. Việc bạn sử dụng nội dung được truy cập thông qua ứng dụng News chỉ giới hạn cho mục đích sử dụng cá nhân, không mang tính thương mại, không chuyển giao bất kỳ quyền sở hữu nào trong nội dung đó cho bạn, và đặc biệt loại trừ, nhưng không giới hạn, bất kỳ quyền sử dụng mang tính chất thương mại hoặc quảng bá trong nội dung đó.

(d) Bản Đồ. Dịch vụ bản đồ và các tính năng của Phần Mềm Apple ("Bản Đồ"), bao gồm phạm vi dữ liệu bản đồ, có thể thay đổi theo vùng. Khi bạn bật hoặc sử dụng Bản Đồ, bạn sẽ được cung cấp các chi tiết liên quan đến việc thông tin nào được gửi cho Apple và thông tin đó có thể được sử dụng như thế nào. Bạn thừa nhận và đồng ý rằng việc bạn sử dụng Bản Đồ phụ thuộc vào các điều khoản và điều kiện mới nhất của dịch vụ Bản Đồ, mà bạn có thể truy cập và xem trên thẻ nhà của Bản Đồ.

(e) Bạn hiểu rằng khi sử dụng bất kỳ Dịch Vụ nào, bạn có thể gặp phải nội dung có thể có tính công kích, khiếm nhã, hoặc không mong muốn, nội dung này có thể bị coi hoặc không bị coi là có tính mô tả tình dục, và các kết quả của bất kỳ việc tìm kiếm hoặc truy cập vào một Đường Dẫn (URL) cụ thể có thể tự động và vô tình tạo ra các đường dẫn liên kết hoặc tham chiếu tới các tài liệu không mong muốn. Tuy nhiên, bạn đồng ý chịu toàn bộ rủi ro khi sử dụng các Dịch Vụ và Apple, các công ty liên kết, đại lý, bên ủy nhiệm, hoặc các bên cấp quyền sử dụng của Apple sẽ không có bất kỳ nghĩa vụ nào với bạn đối với nội dung có thể bị coi là có tính công kích, khiếm nhã, hoặc không mong muốn.

(f) Một số Dịch Vụ có thể thể hiện, chứa đựng hoặc cung cấp nội dung, dữ liệu, thông tin, các ứng dụng hoặc tài liệu từ các bên thứ ba ("Các Tài Liệu Của Bên Thứ Ba") hoặc tạo ra các đường dẫn liên kết tới các trang web của bên thứ ba. Bằng việc sử dụng các Dịch Vụ, bạn thừa nhận và đồng ý rằng Apple sẽ không có trách nhiệm kiểm tra hoặc đánh giá nội dung, tính chính xác, tính hoàn thiện, tính hợp thời, hiệu lực, tuân thủ quy định về bản quyền, tính hợp pháp, tuân thủ các quy tắc, chất lượng hoặc các khía cạnh khác của Các Tài Liệu Của Bên Thứ Ba hoặc các trang web. Apple, các nhân viên, công ty liên kết, công ty con của Apple không bảo đảm hoặc xác nhận và không gánh chịu và sẽ không có bất

kỳ trách nhiệm hoặc nghĩa vụ nào với bạn hoặc bất kỳ người nào về các Dịch Vụ của bất kỳ bên thứ ba nào, Các Tài Liệu Của Bên Thứ Ba hoặc các trang web, hoặc các tài liệu, sản phẩm, hoặc dịch vụ khác của các bên thứ ba. Các Tài Liệu Của Bên Thứ Ba và các đường dẫn liên kết tới các trang web khác được cung cấp với mục đích duy nhất là nhằm tạo thuận lợi cho bạn.

(g) Cả Apple và các bên cung cấp nội dung cho Apple đều không bảo đảm về khả năng cung cấp, độ chính xác, hoàn chỉnh, có thể tin cậy được, hoặc kịp thời của thông tin lưu trữ, dữ liệu định vị hoặc bất kỳ dữ liệu khác được hiển thị bởi bất kỳ Dịch Vụ nào. Các thông tin tài chính do bất kỳ Dịch Vụ nào thể hiện chỉ nhằm mục đích thông tin chung và bạn không nên dựa vào các thông tin tài chính đó như là tư vấn đầu tư. Trước khi tiến hành bất kỳ giao dịch chứng khoán nào dựa trên các thông tin thu nhận được nhờ vào các Dịch Vụ, bạn nên tham vấn chuyên gia tài chính hoặc chứng khoán có trình độ chuyên môn theo quy định pháp luật để đưa ra các tư vấn về tài chính hoặc chứng khoán tại quốc gia hoặc khu vực của bạn. Dữ liệu định vị do các Dịch Vụ cung cấp, bao gồm dịch vụ Bản Đồ Apple, chỉ được cung cấp cho mục đích định hướng và lên kế hoạch cơ bản và không nhằm để sử dụng trong các trường hợp cần phải có các thông tin định vị chính xác hoặc trường hợp việc sử dụng dữ liệu định vị bị lỗi, không chính xác, bị chậm trễ hoặc không đầy đủ có thể gây tử vong, thương tật, hay thiệt hại về tài sản hoặc môi trường. Bạn đồng ý rằng, các kết quả mà bạn nhận được từ dịch vụ Bản Đồ có thể thay đổi theo các điều kiện đường sá hoặc mặt bằng cụ thể do các yếu tố có thể ảnh hưởng đến độ chính xác của dữ liệu Bản Đồ, ví dụ như các yếu tố thời tiết, điều kiện đường sá và giao thông, các sự kiện địa chính trị. Để bảo đảm an toàn cho bạn khi sử dụng Dịch Vụ, bạn nên luôn luôn chú ý đến các biển chỉ đường và các điều kiện đường sá hiện tại. Tuân theo luật giao thông và thông lệ lái xe, và lưu ý rằng các chỉ dẫn cho người đi bộ và đạp xe có thể không chứa thông tin về các lối đi đã được xác định.

(h) Trong phạm vi bạn đăng tải bất kỳ nội dung nào thông qua việc sử dụng Dịch Vụ, bạn cam kết rằng bạn sở hữu tất cả các quyền đối với nội dung đó, hoặc có thẩm quyền hoặc theo cách khác được cho phép một cách hợp pháp để đăng tải nội dung đó và nội dung đó không vi phạm bất kỳ điều khoản dịch vụ nào áp dụng cho các Dịch Vụ. Bạn đồng ý rằng các Dịch Vụ bao gồm nội dung, thông tin và tài liệu thuộc sở hữu riêng của Apple, chủ sở hữu trang web hoặc các bên cấp quyền sử dụng của Apple và chủ sở hữu trang web, và được bảo vệ bởi các quy định về sở hữu trí tuệ và các luật khác, bao gồm nhưng không chỉ giới hạn bởi bản quyền. Bạn đồng ý rằng bạn sẽ không sử dụng các nội dung, thông tin và tài liệu đó ngoài việc sử dụng các Dịch Vụ được phép và không sử dụng các nội dung, thông tin và tài liệu đó theo cách thức trái với các điều khoản của Hợp Đồng Cấp Quyền Sử Dụng này và không vi phạm bất kỳ quyền sở hữu trí tuệ nào của một bên thứ ba hoặc của Apple. Không phần nào của các Dịch Vụ có thể được sao chép dưới bất kỳ hình thức nào hoặc bằng bất kỳ phương tiện nào. Bạn đồng ý không sửa đổi, cho thuê, cho mượn, bán, phân phối, hoặc tạo ra các tác phẩm phái sinh dựa trên các Dịch Vụ, theo bất kỳ cách nào, và bạn sẽ không khai thác Dịch Vụ theo bất kỳ cách nào không được phép, bao gồm và không giới hạn bởi việc sử dụng Dịch Vụ để phát tán bất kỳ virus, sâu máy tính, ngựa thành Troy hoặc phần mềm gây hại khác, hoặc xâm phạm hoặc làm cho mạng bị quá tải. Bạn đồng ý thêm rằng sẽ không sử dụng các Dịch Vụ theo bất kỳ hình thức nào để gây rối, lạm dụng, theo dõi, đe dọa, gây tổn hại danh dự hoặc bằng cách nào khác xâm phạm hoặc vi phạm các quyền của bất kỳ bên nào khác, và rằng Apple hoàn toàn không có trách nhiệm đối với bất kỳ việc sử dụng nào của bạn hoặc đối với bất kỳ tin nhắn hay thông điệp gây rối, đe dọa, gây tổn hại danh dự, công kích, vi phạm hoặc bất hợp pháp nào mà bạn có thể nhận được khi sử dụng Dịch Vụ.

(i) Ngoài ra, các Dịch Vụ và Các Tài Liệu Của Bên Thứ Ba có thể không được cung cấp bằng tất cả các thứ tiếng hoặc tại mọi quốc gia hoặc vùng lãnh thổ. Apple không cam kết rằng các Dịch vụ và Các Tài Liệu Của Bên Thứ Ba được cung cấp phù hợp cho việc sử dụng tại bất kỳ địa điểm cụ thể nào. Trong phạm vi mà bạn lựa chọn sử dụng hoặc tiếp cận các Dịch Vụ hoặc Các Tài Liệu Của Bên Thứ Ba này, bạn tự mình làm việc này và tự chịu trách nhiệm về việc tuân thủ luật áp dụng, bao gồm nhưng không chỉ giới hạn bởi luật áp dụng của quốc gia sở tại và các luật về quyền riêng tư và thu thập dữ liệu. Chia sẻ hoặc đồng bộ hóa các bức ảnh thông qua Thiết Bị của bạn có thể làm cho siêu dữ liệu,

bao gồm địa điểm và thời gian mà ảnh được chụp, và thông tin chiều sâu, bị chuyển đi cùng với các bức ảnh. Việc sử dụng các dịch vụ Apple (như là Thư Viện Ảnh iCloud) để chia sẻ hoặc đồng bộ hóa những ảnh này sẽ liên quan đến việc Apple nhận được và lưu trữ các siêu dữ liệu đó. Apple và các bên cấp quyền sử dụng của Apple bảo lưu quyền thay đổi, đình chỉ, hủy bỏ, hoặc vô hiệu hóa việc tiếp cận bất kỳ Dịch Vụ nào vào bất kỳ thời điểm nào mà không cần thông báo. Trong bất kỳ trường hợp nào, Apple không chịu trách nhiệm đối với sự hủy bỏ hoặc vô hiệu hóa việc tiếp cận bất kỳ Dịch Vụ nào. Apple cũng có thể áp đặt các hạn chế đối với việc sử dụng hoặc tiếp cận một số Dịch Vụ trong bất kỳ trường hợp nào mà không cần thông báo cũng như không phải chịu bất kỳ trách nhiệm nào.

**6. Chấm Dứt.** Hợp Đồng Cấp Quyền Sử Dụng này sẽ có hiệu lực cho đến khi chấm dứt. Quyền của bạn theo quy định tại Hợp Đồng Cấp Quyền Sử Dụng này sẽ tự động chấm dứt hiệu lực hoặc chấm dứt hiệu lực theo cách khác mà Apple không cần phải thông báo nếu bạn không tuân thủ bất kỳ điều khoản nào của Hợp Đồng Cấp Quyền Sử Dụng này. Khi Hợp Đồng Cấp Quyền Sử Dụng này chấm dứt, bạn sẽ phải chấm dứt hoàn toàn việc sử dụng Phần Mềm Apple. Các Phần 4, 5, 6, 7, 8, 9, 10, 12 và 13 của Hợp Đồng Cấp Quyền Sử Dụng này tiếp tục có hiệu lực sau khi xảy ra bất kỳ trường hợp chấm dứt nào như vậy.

**7. Tuyên Bố Khước Từ Đảm Bảo**

7.1    Nếu bạn là một khách hàng tiêu dùng (bạn sử dụng Phần Mềm Apple không cho mục đích kinh doanh, thương mại, hoặc nghề nghiệp của bạn), bạn có thể có các quyền hợp pháp tại quốc gia bạn cư trú mà có thể cấm áp dụng các hạn chế sau đây đối với bạn, và trong trường hợp đó các hạn chế sau đây sẽ không áp dụng đối với bạn. Để biết thêm về các quyền, bạn nên liên hệ với tổ chức tư vấn cho người tiêu dùng tại địa phương.

7.2    TRONG PHẠM VI LUẬT ÁP DỤNG CHO PHÉP, BẠN CÔNG KHAI THỪA NHẬN VÀ ĐỒNG Ý CHỊU MỌI RỦI RO TRONG VIỆC SỬ DỤNG PHẦN MỀM APPLE VÀ BẤT KỲ DỊCH VỤ NÀO ĐƯỢC THỰC HIỆN BỞI HOẶC ĐƯỢC TRUY CẬP THÔNG QUA PHẦN MỀM APPLE VÀ BẠN HOÀN TOÀN CHỊU MỌI RỦI RO VỀ CHẤT LƯỢNG, KHẢ NĂNG HOẠT ĐỘNG, ĐỘ CHÍNH XÁC, VÀ KẾT QUẢ CÓ THỎA MÃN YÊU CẦU CỦA BẠN HAY KHÔNG.

7.3    TRONG PHẠM VI TỐI ĐA LUẬT ÁP DỤNG CHO PHÉP, PHẦN MỀM APPLE VÀ CÁC DỊCH VỤ ĐƯỢC CUNG CẤP "THEO NGUYÊN TRẠNG" VÀ "NHƯ HIỆN CÓ", VỚI TẤT CẢ CÁC LỖI VÀ KHÔNG CÓ BẤT KỲ SỰ BẢO ĐẢM NÀO, VÀ APPLE VÀ CÁC BÊN CẤP QUYỀN CỦA APPLE (ĐƯỢC GỌI CHUNG LÀ "APPLE" CHO CÁC MỤC ĐÍCH CỦA PHẦN 7 VÀ 8 NÀY) THEO ĐÂY TỪ BỎ MỌI BẢO ĐẢM VÀ ĐIỀU KIỆN LIÊN QUAN TỚI PHẦN MỀM APPLE VÀ CÁC DỊCH VỤ, DÙ LÀ DƯỚI HÌNH THỨC CÔNG KHAI, NGẦM ĐỊNH HOẶC THEO QUY ĐỊNH, BAO GỒM VÀ KHÔNG CHỈ GIỚI HẠN BỞI CÁC BẢO ĐẢM VÀ/HOẶC ĐIỀU KIỆN NGẦM ĐỊNH VỀ KHẢ NĂNG TIÊU THỤ, CHẤT LƯỢNG ĐẢM BẢO, PHÙ HỢP CHO MỘT MỤC ĐÍCH SỬ DỤNG CỤ THỂ, ĐỘ CHÍNH XÁC, ĐỘ HÀI LÒNG KHI SỬ DỤNG, VÀ KHÔNG VI PHẠM QUYỀN CỦA BÊN THỨ BA.

7.4    APPLE KHÔNG BẢO ĐẢM RẰNG VIỆC SỬ DỤNG PHẦN MỀM APPLE VÀ CÁC DỊCH VỤ CỦA BẠN KHÔNG BỊ GIÁN ĐOẠN, KHÔNG BẢO ĐẢM RẰNG CÁC CHỨC NĂNG TRONG PHẦN MỀM APPLE HOẶC CÁC DỊCH VỤ ĐƯỢC THỰC HIỆN HOẶC ĐƯỢC CUNG CẤP BỞI PHẦN MỀM APPLE THỎA MÃN CÁC YÊU CẦU CỦA BẠN, RẰNG HOẠT ĐỘNG CỦA PHẦN MỀM APPLE VÀ CÁC DỊCH VỤ KHÔNG BỊ GIÁN ĐOẠN HOẶC KHÔNG CÓ LỖI, RẰNG BẤT KỲ DỊCH VỤ NÀO SẼ TIẾP TỤC ĐƯỢC CUNG CẤP, RẰNG CÁC LỖI TRONG PHẦN MỀM APPLE VÀ CÁC DỊCH VỤ SẼ ĐƯỢC KHẮC PHỤC, HOẶC RẰNG PHẦN MỀM APPLE SẼ TƯƠNG THÍCH HOẶC HOẠT ĐỘNG ĐƯỢC VỚI BẤT KỲ PHẦN MỀM, ỨNG DỤNG HOẶC DỊCH VỤ CỦA BÊN THỨ BA NÀO. VIỆC CÀI ĐẶT PHẦN MỀM APPLE NÀY CÓ THỂ ẢNH HƯỞNG TỚI KHẢ NĂNG CUNG CẤP VÀ SỬ DỤNG PHẦN MỀM, CÁC ỨNG DỤNG HOẶC DỊCH VỤ CỦA BÊN THỨ BA, CŨNG NHƯ CÁC DỊCH VỤ VÀ SẢN PHẨM CỦA APPLE.

7.5    BẠN THỪA NHẬN THÊM RẰNG PHẦN MỀM APPLE VÀ CÁC DỊCH VỤ KHÔNG ĐƯỢC TẠO RA

ĐỂ HOẶC PHÙ HỢP CHO VIỆC SỬ DỤNG TRONG CÁC ĐIỀU KIỆN HOẶC MÔI TRƯỜNG MÀ VIỆC NỘI DUNG, DỮ LIỆU HOẶC THÔNG TIN DO PHẦN MỀM APPLE HOẶC CÁC DỊCH VỤ CUNG CẤP BỊ SAI SÓT, BỊ CHẬM TRỄ, CÓ LỖI HAY KHÔNG CHÍNH XÁC CÓ THỂ GÂY TỬ VONG, THƯƠNG TẬT, HOẶC THIỆT HẠI NGHIÊM TRỌNG VỀ VẬT CHẤT HOẶC MÔI TRƯỜNG, BAO GỒM NHƯNG KHÔNG GIỚI HẠN BỞI HOẠT ĐỘNG CỦA CÁC THIẾT BỊ HẠT NHÂN, ĐIỀU KHIỂN MÁY BAY HOẶC CÁC HỆ THỐNG THÔNG TIN LIÊN LẠC, ĐIỀU KHIỂN HÀNG KHÔNG, CỨU HỘ HOẶC HỆ THỐNG VŨ KHÍ.

7.6    KHÔNG CÓ BẤT KỲ THÔNG TIN HOẶC TƯ VẤN NÀO BẰNG VĂN BẢN HOẶC BẰNG LỜI NÓI CỦA APPLE HOẶC MỘT ĐẠI DIỆN CÓ THẨM QUYỀN CỦA APPLE CÓ THỂ TẠO RA MỘT BẢO ĐẢM. NẾU PHẦN MỀM APPLE HOẶC CÁC DỊCH VỤ CÓ LỖI, BẠN SẼ CHỊU TOÀN BỘ CHI PHÍ DỊCH VỤ, SỬA CHỮA HOẶC KHÔI PHỤC CẦN THIẾT. LUẬT MỘT SỐ QUỐC GIA KHÔNG CHO PHÉP VIỆC LOẠI TRỪ CÁC BẢO ĐẢM NGẦM ĐỊNH HOẶC HẠN CHẾ CÁC QUYỀN CỦA NGƯỜI TIÊU DÙNG THEO QUY ĐỊNH ÁP DỤNG, TRONG TRƯỜNG HỢP ĐÓ CÁC LOẠI TRỪ VÀ HẠN CHẾ TRÊN CÓ THỂ KHÔNG ÁP DỤNG ĐỐI VỚI BẠN.

**8. Giới Hạn Trách Nhiệm.** TRONG PHẠM VI LUẬT ÁP DỤNG KHÔNG CẤM, APPLE, CÁC CÔNG TY LIÊN KẾT, CÁC ĐẠI LÝ HOẶC BÊN ỦY NHIỆM CỦA APPLE SẼ KHÔNG CÓ TRÁCH NHIỆM TRONG BẤT KỲ TRƯỜNG HỢP NÀO ĐỐI VỚI THƯƠNG TẬT, HOẶC BẤT KỲ THIỆT HẠI NGẪU NHIÊN, ĐẶC BIỆT, GIÁN TIẾP HOẶC CÓ TÍNH HẬU QUẢ, BAO GỒM NHƯNG KHÔNG CHỈ GIỚI HẠN BỞI CÁC THIỆT HẠI DO TỔN THẤT VỀ LỢI NHUẬN, HỎNG HOẶC MẤT DỮ LIỆU, KHÔNG TRUYỀN HOẶC KHÔNG NHẬN ĐƯỢC BẤT KỲ DỮ LIỆU NÀO (BAO GỒM VÀ KHÔNG HẠN CHẾ BỞI CÁC CHỈ DẪN VỀ KHÓA HỌC, BÀI TẬP, VÀ TÀI LIỆU KHÓA HỌC), GIÁN ĐOẠN KINH DOANH HOẶC BẤT KỲ THIỆT HẠI HOẶC TỔN THẤT THƯƠNG MẠI KHÁC, PHÁT SINH TỪ HOẶC LIÊN QUAN ĐẾN VIỆC BẠN SỬ DỤNG HOẶC KHÔNG THỂ SỬ DỤNG PHẦN MỀM APPLE VÀ CÁC DỊCH VỤ HOẶC PHẦN MỀM ỨNG DỤNG HOẶC DỊCH VỤ CỦA BÊN THỨ BA LIÊN QUAN TỚI PHẦN MỀM APPLE HOẶC CÁC DỊCH VỤ, CHO DÙ THIỆT HẠI HAY TỔN THẤT ĐÓ BỊ GÂY RA NHƯ THẾ NÀO, BẤT KỂ TRÁCH NHIỆM PHÁT SINH THEO HÌNH THỨC NÀO (THEO HỢP ĐỒNG, NGOÀI HỢP ĐỒNG HOẶC THEO NGUYÊN TẮC NÀO KHÁC) VÀ NGAY CẢ KHI APPLE ĐÃ ĐƯỢC KHUYẾN CÁO VỀ KHẢ NĂNG XẢY RA CÁC THIỆT HẠI ĐÓ. LUẬT CỦA MỘT SỐ QUỐC GIA KHÔNG CHO PHÉP LOẠI TRỪ HOẶC HẠN CHẾ TRÁCH NHIỆM ĐỐI VỚI THƯƠNG TẬT, THIỆT HẠI NGẪU NHIÊN HAY CÓ TÍNH HẬU QUẢ, TRONG TRƯỜNG HỢP ĐÓ HẠN CHẾ NÀY CÓ THỂ KHÔNG ÁP DỤNG ĐỐI VỚI BẠN. Trong mọi trường hợp tổng trách nhiệm của Apple đối với các thiệt hại xảy ra với bạn (trừ trường hợp luật áp dụng yêu cầu trong các trường hợp liên quan tới thương tật) không vượt quá hai trăm năm mươi đô la Mỹ (250 USD). Các hạn chế trên sẽ áp dụng ngay cả khi biện pháp khắc phục được nêu ở trên không đạt được mục tiêu chính của biện pháp khắc phục đó. BẤT KỂ CÁC ĐIỀU KHOẢN KHÁC TRONG HỢP ĐỒNG CẤP QUYỀN SỬ DỤNG NÀY, NẾU ĐẠO LUẬT HỢP ĐỒNG TIÊU DÙNG NHẬT BẢN ĐƯỢC ÁP DỤNG, THÌ CÁC ĐIỀU KHOẢN HẠN CHẾ TRÁCH NHIỆM PHÁP LÝ CỦA APPLE ĐỐI VỚI CÁC THIỆT HẠI PHÁT SINH TỪ VIỆC VI PHẠM HỢP ĐỒNG HOẶC SAI LẦM DÂN SỰ DO APPLE THỰC HIỆN SẼ KHÔNG ÁP DỤNG NẾU THIỆT HẠI ĐÓ LÀ DO HÀNH VI SAI TRÁI CỐ Ý HOẶC SƠ SUẤT NGHIÊM TRỌNG CỦA APPLE.

**9. Các Chứng Chỉ Số.** Phần Mềm Apple bao gồm tính năng cho phép Phần Mềm Apple chấp nhận các chứng chỉ số do Apple hay các bên thứ ba phát hành. BẠN HOÀN TOÀN CHỊU TRÁCH NHIỆM QUYẾT ĐỊNH DỰA VÀO HAY KHÔNG DỰA VÀO MỘT CHỨNG CHỈ CHO DÙ DO APPLE HAY BÊN THỨ BA PHÁT HÀNH. BẠN LÀ NGƯỜI DUY NHẤT CHỊU RỦI RO ĐỐI VỚI VIỆC SỬ DỤNG CHỨNG CHỈ SỐ CỦA MÌNH. TRONG PHẠM VI TỐI ĐA LUẬT ÁP DỤNG CHO PHÉP, APPLE KHÔNG CAM KẾT VÀ BẢO ĐẢM, DÙ LÀ CÔNG KHAI HAY NGẦM ĐỊNH, VỀ KHẢ NĂNG TIÊU THỤ HOẶC TÍNH PHÙ HỢP CHO BẤT KỲ MỤC ĐÍCH CỤ THỂ NÀO, TÍNH CHÍNH XÁC, ĐỘ AN TOÀN, HOẶC KHÔNG VI PHẠM QUYỀN CỦA BÊN THỨ BA LIÊN QUAN ĐẾN CÁC CHỨNG CHỈ SỐ.

**10. Quản Lý Xuất Khẩu.** Bạn không được sử dụng hoặc bằng cách nào đó xuất khẩu hoặc tái xuất khẩu Phần Mềm Apple trừ khi được cho phép bởi luật của Hoa Kỳ và luật của (các) quốc gia mà tại đó Phần Mềm Apple được mua. Cụ thể là, nhưng không hạn chế bởi, Phần Mềm Apple không thể được

xuất khẩu hoặc tái xuất khẩu vào (a) bất kỳ quốc gia nào bị Hoa Kỳ cấm vận hoặc (b) bất kỳ đối tượng nào trong danh sách Các Đối Tượng Bị Đối Xử Đặc Biệt của Bộ Ngân Khố Hoa Kỳ hoặc Danh Sách Những Tổ Chức hoặc Cá Nhân Bị Khước Từ của Bộ Thương Mại Hoa Kỳ hoặc bất kỳ danh sách đối tượng bị hạn chế nào khác. Bằng cách sử dụng Phần Mềm Apple, bạn cam kết và bảo đảm rằng bạn không ở tại bất kỳ quốc gia nào hoặc nằm trong bất kỳ danh sách nào nêu trên. Bạn cũng đồng ý rằng bạn sẽ không sử dụng Phần Mềm Apple cho bất kỳ mục đích nào bị Luật Hoa Kỳ cấm, bao gồm, và không giới hạn bởi phát triển, thiết kế, chế tạo hoặc sản xuất tên lửa, vũ khí hạt nhân, hóa học hoặc sinh học.

**11. Người Dùng Cuối là Chính Phủ.** Phần Mềm Apple và tài liệu liên quan là "Các Hạng Mục Thương Mại", như thuật ngữ này được định nghĩa tại mục 48 C.F.R. §2.101, bao gồm "Phần Mềm Máy Tính Thương Mại" và "Tài Liệu Phần Mềm Máy Tính Thương Mại", như thuật ngữ này được định nghĩa tại mục 48 C.F.R. §12.212 hoặc mục 48 C.F.R. §227.7202, khi được áp dụng. Phù hợp với quy định tại mục 48 C.F.R. §12.212 hoặc mục 48 C.F.R. §227.7202-1 hoặc mục 227.7202-4, khi được áp dụng, Phần Mềm Máy Tính Thương Mại và Tài Liệu Phần Mềm Máy Tính Thương Mại được cấp cho những người dùng cuối là Chính Phủ Mỹ (a) chỉ như Các Hạng Mục Thương Mại và (b) chỉ với các quyền như được cấp cho tất cả những người dùng cuối khác theo các điều khoản và điều kiện được nêu trong Hợp Đồng Cấp Quyền Sử Dụng này. Các quyền không được công bố được bảo lưu theo luật bản quyền của Hoa Kỳ.

**12. Luật Điều Chỉnh và Vô Hiệu Từng Phần.** Hợp Đồng Cấp Quyền Sử Dụng này được điều chỉnh và giải thích theo luật của Bang California, trừ các Quy Tắc xung đột pháp luật. Hợp Đồng Cấp Quyền Sử Dụng này sẽ không được điều chỉnh bởi Công Ước Liên Hợp Quốc về Hợp Đồng Mua Bán Hàng Hóa Quốc Tế, việc áp dụng của Công Ước này bị loại trừ rõ ràng. Nếu bạn là người tiêu dùng tại Vương Quốc Anh, Hợp Đồng Cấp Quyền Sử Dụng này sẽ được điều chỉnh bởi luật tại vùng cư trú của bạn. Nếu vì một lý do nào đó mà tòa án có thẩm quyền thấy rằng bất kỳ quy định, hoặc phần nào đó trong Hợp Đồng Cấp Quyền Sử Dụng này không thể được thực thi, phần còn lại của Hợp Đồng Cấp Quyền Sử Dụng này vẫn tiếp tục có hiệu lực đầy đủ.

**13. Toàn Bộ Hợp Đồng; Ngôn Ngữ Điều Chỉnh.** Hợp Đồng Cấp Quyền Sử Dụng này tạo thành toàn bộ thỏa thuận giữa bạn và Apple liên quan đến Phần Mềm Apple và thay thế toàn bộ các thỏa thuận về vấn đề này trước đó hoặc tại cùng thời điểm. Bất kỳ sửa chữa hoặc thay đổi nào của Hợp Đồng Cấp Quyền Sử Dụng này sẽ không có hiệu lực trừ khi sửa chữa hoặc thay đổi đó được lập thành văn bản và được Apple ký. Trong phạm vi pháp luật của nước bạn không cấm, việc dịch Hợp Đồng Cấp Quyền Sử Dụng này được thực hiện để đáp ứng yêu cầu của quốc gia sở tại và trong trường hợp có mâu thuẫn giữa bản tiếng Anh và bản không phải bằng tiếng Anh, bản tiếng Anh của Hợp Đồng Cấp Quyền Sử Dụng này sẽ được ưu tiên.

**14. Các Xác Nhận Của Bên Thứ Ba.** Các phần trong Phần Mềm Apple sử dụng hoặc có chứa phần mềm của bên thứ ba và tài liệu có bản quyền khác. Các thừa nhận, các điều khoản cấp quyền sử dụng và các khước từ đối với các tài liệu đó được nêu trong các văn bản điện tử về Phần Mềm Apple, và việc bạn sử dụng tài liệu đó được điều chỉnh bởi các điều khoản tương ứng. Việc sử dụng Dịch Vụ Truy Duyệt An Toàn Google phải tuân thủ theo các Điều Khoản Dịch Vụ Google (https://www.google.com/intl/vi/policies/terms/) và theo Chính Sách Quyền Riêng Tư của Google (https://www.google.com/intl/vi/policies/privacy/).

**15. Sử Dụng MPEG-4; Thông Báo H.264/AVC**
(a) Phần Mềm Apple được cấp quyền sử dụng theo Hợp Đồng Cấp Quyền Sử Dụng Danh Mục Các Sáng Chế Hệ Thống MPEG-4 để mã hóa phù hợp với Tiêu Chuẩn Hệ Thống MPEG-4, ngoại trừ cần phải có một hợp đồng cấp quyền sử dụng và thanh toán bổ sung phí bản quyền để mã hóa liên quan đến (i) dữ liệu được lưu trữ hoặc sao chép trong các phương tiện ghi vật lý các dữ liệu này được thanh toán trên cơ sở từng tiêu đề và/hoặc (ii) dữ liệu được thanh toán trên cơ sở từng tiêu đề và được

chuyển cho người dùng cuối để lưu trữ và/hoặc sử dụng vĩnh viễn. Hợp đồng cấp quyền sử dụng bổ sung này có thể có được từ MPEG LA, LLC. Để biết thêm thông tin chi tiết, xem tại https://www.mpegla.com.

(b) Phần Mềm Apple chứa đựng chức năng mã hóa và/hoặc giải mã video MPEG-4. Phần Mềm Apple được cấp quyền sử dụng theo Hợp Đồng Cấp Quyền Sử Dụng Danh Mục Các Sáng Chế Hệ Thống MPEG-4 cho các mục đích sử dụng cá nhân và không nhằm mục đích thương mại để (i) mã hóa video phù hợp với Tiêu Chuẩn Hình Ảnh MPEG-4 ("Video MPEG-4") và/hoặc (ii) giải mã video MPEG-4 đã được người tiêu dùng mã hóa cho hoạt động cá nhân không mang tính thương mại và/hoặc được cung cấp bởi một nhà cung cấp video được MPEG LA cấp quyền để cung cấp video MPEG-4. Không có hợp đồng cấp quyền sử dụng nào được cấp cho bất kỳ mục đích sử dụng khác. Các thông tin bổ sung liên quan đến việc sử dụng và cấp quyền sử dụng cho các mục đích tiếp thị, nội bộ và thương mại có thể được MPEG LA, LLC. cung cấp. Xin xem tại https://www.mpegla.com.

(c) Phần Mềm Apple bao gồm chức năng mã hóa và/hoặc giải mã AVC, việc sử dụng cho mục đích thương mại của H.264/AVC cần phải có hợp đồng cấp quyền sử dụng bổ sung và các quy định sau đây sẽ áp dụng: CHỨC NĂNG AVC TRONG PHẦN MỀM APPLE ĐƯỢC CẤP QUYỀN SỬ DỤNG CHỈ CHO MỤC ĐÍCH SỬ DỤNG CÁ NHÂN VÀ PHI THƯƠNG MẠI CỦA NGƯỜI TIÊU DÙNG ĐỂ (I) MÃ HÓA VIDEO PHÙ HỢP VỚI TIÊU CHUẨN AVC ("VIDEO AVC") VÀ/HOẶC (II) GIẢI MÃ VIDEO AVC ĐÃ ĐƯỢC NGƯỜI TIÊU DÙNG MÃ HÓA CHO HOẠT ĐỘNG CÁ NHÂN KHÔNG CÓ TÍNH THƯƠNG MẠI VÀ/HOẶC VIDEO AVC CÓ ĐƯỢC TỪ MỘT NHÀ CUNG CẤP VIDEO ĐƯỢC CẤP QUYỀN CUNG CẤP AVC VIDEO. THÔNG TIN LIÊN QUAN ĐẾN VIỆC SỬ DỤNG VÀ CẤP QUYỀN SỬ DỤNG KHÁC CÓ THỂ ĐƯỢC MPEG LA L.L.C. CUNG CẤP, XIN XEM TẠI https://www.mpegla.com.

**16. Các Hạn Chế Đối Với Dịch Vụ Tìm Kiếm Yahoo.** Dịch Vụ Tìm Kiếm Yahoo được cung cấp qua Safari được cấp quyền sử dụng tại các quốc gia và khu vực sau đây: Ác-hen-ti-na, Aruba, Ô-xtơ-rây-li-a, Áo, Bác-ba-đốt, Bỉ, Bermuda, Bra-xin, Bun-ga-ry, Ca-na-đa, Quần đảo Cayman, Chi lê, Trung Quốc đại lục, Hồng Kông, Đài Loan, Cô-lôm-bi-a, Cyprus, Cộng hòa Séc, Đan Mạch, Cộng hòa Đô-mi-ni-ca, Ê-cu-a-đo, El Salvador, Phần Lan, Pháp, Đức, Hy Lạp, Grê-na-đa, Goa-tê-ma-la, Hung-ga-ry, Ai-xơ-len, Ấn Độ, In-đô-nê-xi-a, Ai-len, I-ta-li-a, Gia-mai-ca, Nhật Bản, Lát-vi-a, Lithuania, Lúc-xăm-bua, Ma-lay-xi-a, Man-ta, Mê-hi-cô, Hà Lan, Niu Di-lân, Ni-ca-ra-goa, Na Uy, Pa-na-ma, Pê-ru, Phi-líp-pin, Ba Lan, Bồ Đào Nha, Puerto Rico, Ru-ma-ni, Xin-ga-po, Xlô-va-kia, Xlô-ven-ni-a, Đại Hàn Dân Quốc, Tây Ban Nha, St. Lucia, St. Vincent, Thụy Điển, Thụy Sỹ, Thái Lan, Bahamas, Trinidad và Tobago, Thổ Nhĩ Kỳ, Vương Quốc Anh, U-ru-goay, Hoa Kỳ và Vê-nê-zu-ê-la.

**17. Thông Báo Microsoft Exchange.** Việc cài đặt thư Microsoft Exchange trong Phần Mềm Apple chỉ được phép sử dụng nhằm mục đích đồng bộ hóa thông tin được truyền như email, danh bạ, lịch và lịch các tác vụ, giữa Thiết Bị của bạn và Server Microsoft Exchange hoặc phần mềm server khác được Microsoft cấp quyền sử dụng để thực hiện giao thức Microsoft Exchange ActiveSync.

EA1806
08/07/2022

————————————
**Các Điều Khoản và Điều Kiện Bổ Sung Apple Pay & Ví**

Các Điều Khoản và Điều Kiện Bổ Sung Apple Pay & Ví này ("Các Điều Khoản Bổ Sung" này) bổ sung cho Hợp Đồng Cấp Quyền Sử Dụng Phần Mềm Apple ("Hợp Đồng Cấp Quyền Sử Dụng"); cả các điều khoản của Hợp Đồng Cấp Quyền Sử Dụng và Các Điều Khoản Bổ Sung này sẽ điều chỉnh việc bạn sử dụng tính năng Apple Pay ("Apple Pay") và ứng dụng Ví Apple ("Ví"), tính năng này được coi là một "Dịch Vụ" theo Hợp Đồng Cấp Quyền Sử Dụng. Các thuật ngữ viết hoa trong Các Điều Khoản Bổ Sung này có nghĩa như được quy định trong Hợp Đồng Cấp Quyền Sử Dụng.

**1. Tổng quan**

**Apple Pay**

Apple Pay cho phép bạn:

- thực hiện thanh toán không cần tiếp xúc bằng thẻ tín dụng, ghi nợ và trả trước, bao gồm Apple Card và thẻ Apple Cash, tại các địa điểm được lựa chọn, hoặc trong các ứng dụng, hoặc trang web được lựa chọn;
- gửi các khoản chuyển tiền cá nhân đến những người sử dụng Apple Cash khác; và
- theo dõi đơn hàng và xem biên lai chi tiết.

Apple Pay và một số tính năng của Apple Pay có thể chỉ được cung cấp tại các vùng chọn lọc, với các bên phát hành thẻ chọn lọc, các hệ thống thanh toán, với các đơn vị chấp nhận thẻ và các bên thứ ba khác.

**Ví**

Ví Apple cho phép bạn lưu giữ bản ảo của các thẻ tín dụng, ghi nợ và trả trước để sử dụng với Apple Pay (gọi chung là "Các Thẻ Apple Pay"), cũng như là các loại thẻ, phiếu, chìa khóa khác, bao gồm nhưng không giới hạn các loại sau đây (gọi chung là "Các Ví", và cùng với Các Thẻ Apple Pay, được gọi là "Các Thẻ Được Hỗ Trợ"):

- Thẻ tích điểm;
- Thẻ đi lại;
- vé;
- Thẻ thành viên;
- Chìa khóa xe ô tô;
- Chìa khóa nhà;
- Chìa khóa khách sạn;
- Thẻ công ty;
- Thẻ sinh viên; và
- Bằng lái xe hoặc thẻ định danh do chính phủ hoặc địa phương cấp ("Thẻ ID").

Các Thẻ Ví có thể chỉ được cung cấp tại một số vùng và với một số đối tác được lựa chọn. Thẻ ID có thể chỉ được cung cấp cho cư dân của các bang tham gia và việc xuất trình có thể thay đổi tùy theo bang hoặc địa điểm.

Các Thẻ Được Hỗ Trợ có thể thay đổi tùy vào từng thời điểm.

**2. Điều Kiện Sử Dụng**

Để sử dụng Apple Pay và Ví, bạn phải có (i) một Thiết Bị được hỗ trợ chạy một phiên bản hệ điều hành hỗ trợ các Dịch Vụ (phiên bản mới nhất được đề xuất và trong một số trường hợp là bắt buộc), (ii) một ID Apple được liên kết với một tài khoản iCloud đang hoạt động tốt với Apple, và (iii) kết nối Internet (phí có thể được áp dụng). Ngoại Trừ Apple Cash Gia Đình và một số thẻ tiền điện tử được lựa chọn, Các Thẻ Apple Pay chỉ được cung cấp cho những người từ 13 tuổi trở lên, và có thể phụ thuộc vào các hạn chế bổ sung dựa trên độ tuổi được ấn định bởi iCloud hoặc bởi nhà phát hành, bên chấp nhận thẻ, hoặc bên thứ ba khác. Thẻ đi lại, thẻ tiền điện tử, Thẻ ID, thẻ công ty và chìa khóa chỉ được hỗ trợ trên các Thiết Bị iOS.

Nếu bạn là phụ huynh hoặc người giám hộ theo pháp luật của một iCloud Gia Đình (iCloud Family)

("Người Tổ Chức"), bạn có thể mời các thành viên trong Gia Đình, bao gồm những người nhỏ hơn 13 tuổi (hoặc tuổi tối thiểu tương đương tại quốc gia tương ứng), để cung cấp và sử dụng các thẻ đi lại hợp lệ trong Ví. Là Người Tổ Chức, bạn có trách nhiệm đối với tất cả các khoản thanh toán, mua, và các giao dịch được thực hiện bởi thẻ đi lại mà các thành viên Gia Đình được cấp, bao gồm cả các giao dịch được khởi xướng bởi thành viên Gia Đình. Yêu cầu sử dụng của, và việc sử dụng các thẻ đi lại trong Ví phụ thuộc vào các điều khoản và điều kiện của đơn vị vận chuyển liên quan. Người Tổ Chức chịu trách nhiệm tuân thủ các điều khoản và điều kiện đó và chịu toàn bộ rủi ro liên quan đến việc cấp thẻ đi lại cho các thành viên Gia Đình. Khi một thành viên Gia Đình rời hoặc bị bỏ ra khỏi Gia Đình, thành viên Gia Đình sẽ không thể nạp lại thẻ đi lại và sẽ chỉ có thể tiếp tục giao dịch trên thẻ cho đến khi số dư trong thẻ bằng không.

Nếu bạn là chủ sở hữu một chìa khóa ô tô, bạn có thể chia sẻ chìa khóa ô tô của bạn với những người khác từ 13 tuổi trở lên để họ có thể mở, vào và/hoặc lái xe của bạn.

Bạn chỉ có thể thêm hoặc gỡ bỏ các chìa khóa nhà khỏi Ví bằng việc thêm hoặc gỡ các ổ khóa trong ứng dụng Nhà hoặc thêm hoặc gỡ bỏ bản thân bạn khỏi một nhà trên ứng dụng Nhà. Nếu bạn là người quản lý nhà trong ứng dụng Nhà, tất cả các chìa khóa nhà hiện hữu sẽ được tự động chia sẻ với những người mà bạn đã mời và tham gia vào Nhà của bạn.

Apple Card chỉ được cung cấp tại Hoa Kỳ và được phát hành bởi Ngân Hàng Goldman Sachs USA, Chi Nhánh Thành Phố Salt Lake ("Bên Phát Hành Apple Card"). Ngoại trừ Apple Card Gia Đình, Apple Card chỉ được cung cấp cho các cá nhân ít nhất đủ 18 tuổi (hoặc lớn hơn tùy theo bang nơi bạn cư trú).

Thẻ Apple Cash và khả năng gửi và nhận các khoản chuyển tiền cá nhân chỉ được cung cấp tại Hoa Kỳ, và là các dịch vụ được cung cấp bởi Ngân Hàng Green Dot, thành viên của FDIC. Để chuyển và nhận các khoản thanh toán giữa các cá nhân trong Apple Pay, bạn phải có một Thẻ Apple Cash. Ngoại trừ Apple Cash Gia Đình, thẻ Apple Cash và khả năng chuyển và nhận các khoản thanh toán giữa các cá nhân chỉ cho các cá nhân 18 tuổi hoặc lớn hơn.

## 3. Sử Dụng Các Dịch Vụ

Thẻ Được Hỗ Trợ và các khoản thanh toán cá nhân được liên kết với ID Apple mà bạn đã đăng nhập vào iCloud để sử dụng các tính năng này. Khi bạn thêm hoặc gỡ bỏ các chìa khóa, thẻ công ty, thẻ tích điểm, vé và thẻ thành viên trong Ví, thay đổi đó có thể xuất hiện trên các thiết bị Apple khác của bạn được đăng nhập bằng ID Apple của bạn. Bạn chỉ có thể liên kết một Thẻ ID được một cơ quan có thẩm quyền của mỗi bang cấp với một ID Apple.

Mục đích của Apple Pay và Ví là để phục vụ cá nhân bạn và bạn chỉ có thể sử dụng các Thẻ Được Hỗ Trợ của chính bạn hoặc các thẻ đi lại hoặc các chìa khóa nhà và ô tô mà bạn được mời sử dụng bởi một Người Tổ Chức hoặc chủ sở hữu. Nếu bạn đang sử dụng một thẻ công ty được hỗ trợ, bạn cam kết rằng bạn đã được người sử dụng lao động của bạn cho phép bạn sử dụng thẻ công ty được hỗ trợ đó và bạn được phép ràng buộc người sử dụng lao động của bạn với các điều khoản sử dụng này và tất cả các giao dịch thực hiện bằng cách sử dụng tính năng này. Nếu bạn gửi hoặc nhận một khoản chuyển tiền cá nhân, bạn cam kết rằng bạn thực hiện việc này cho mục đích cá nhân, phi thương mại của bạn. Nếu bạn đang sử dụng một Thẻ ID, bạn cam kết rằng bạn thực hiện việc này sử dụng chính thông tin cá nhân bản thể hiện đúng và chính xác của chính bạn.

Bạn đồng ý không sử dụng Apple Pay hoặc Ví cho các mục đích bất hợp pháp hoặc gian lận, hoặc bất kỳ mục đích nào khác bị cấm bởi Hợp Đồng Cấp Quyền Sử Dụng và Các Điều Khoản Bổ Sung này. Hơn nữa, bạn đồng ý sử dụng Apple Pay và Ví tuân theo pháp luật và các quy định áp dụng. Bạn thừa nhận rằng việc cung cấp bất kỳ thông tin sai lệch nào liên quan đến một Thẻ ID là một hành vi phạm tội hình sự theo luật bang hoặc liên bang. Bạn đồng ý không can thiệp hoặc làm gián đoạn dịch vụ Apple

Pay và Ví (bao gồm cả truy cập vào dịch vụ thông qua bất kỳ phương tiện tự động nào), hoặc bất kỳ máy chủ hoặc mạng kết nối với dịch vụ, hoặc bất kỳ chính sách, các yêu cầu hoặc quy định của mạng kết nối với dịch vụ nào (bao gồm bất kỳ việc truy cập vào, sử dụng hoặc theo dõi dữ liệu hoặc lưu lượng truy cập trên mạng không được phép).

Nếu việc bạn truy cập vào hoặc sử dụng Apple Pay hoặc Ví bị cấm bởi luật áp dụng, bạn không được phép truy cập hoặc sử dụng các Dịch Vụ này. Chúng tôi không chịu trách nhiệm nếu việc bạn truy cập hoặc sử dụng các Dịch Vụ này bằng bất kỳ cách thức nào vi phạm luật hiện hành.

**4. Mối quan hệ của Apple với bạn**

Việc bạn sử dụng Apple Pay được điều chỉnh bởi các Điều Khoản Bổ Sung này, cũng như các điều khoản của thỏa thuận sử dụng thẻ giữa bạn và bên phát hành thẻ, bên chấp nhận thẻ hoặc bên thứ ba khác chịu trách nhiệm đối với Thẻ Apple Pay của bạn.

Tương tự, việc bạn dùng Thẻ Ví trong Ví sẽ chịu sự điều chỉnh của các Điều Khoản Bổ Sung này, cũng như các điều khoản trong thỏa thuận giữa bạn và bên chấp nhận thẻ, đơn vị vận chuyển, nhà sản xuất khóa và ô tô, trường đại học, khách sạn, khu nghỉ dưỡng, tàu du lịch, công ty, cơ quan nhà nước phát hành thẻ hoặc bên thứ ba khác có liên quan.

Ngoại trừ một số tính năng của Apple Pay được mô tả dưới đây mà Apple Payments Inc. ("Apple Payments") cung cấp, Apple không xử lý các khoản thanh toán hoặc các giao dịch không thanh toán được thực hiện trên Các Thẻ Apple Pay của bạn. Apple không quản lý và cũng không chịu trách nhiệm về bất kỳ khoản thanh toán, khoản bồi hoàn, yêu cầu trả lại hàng, khoản hoàn tiền, khoản chuyển tiền, khoản thưởng, giá trị, khoản giảm giá, quyền truy cập, việc xác minh danh tính, đơn hàng, việc thực hiện đơn hàng hoặc hoạt động khác có thể phát sinh khi bạn sử dụng Apple Pay hoặc Ví.

Nếu có mâu thuẫn giữa các điều khoản của các Điều Khoản Bổ Sung này và thỏa thuận của bạn với nhà phát hành thẻ, bên chấp nhận thẻ, cơ quan nhà nước cấp thẻ, hoặc bên thứ ba khác ("**Thỏa Thuận Bên Thứ Ba**"), các điều khoản của Điều Khoản Bổ Sung này sẽ điều chỉnh mối quan hệ của bạn với Apple, và các điều khoản của Thỏa Thuận Bên Thứ Ba tương ứng sẽ điều chỉnh mối quan hệ của bạn với bên thứ ba đó.

Bạn đồng ý rằng Apple không phải là một bên của bất kỳ Thỏa Thuận Bên Thứ Ba nào, và rằng Apple không chịu trách nhiệm đối với: (a) nội dung, độ chính xác hoặc tình trạng sẵn có của bất kỳ Thẻ Được Hỗ Trợ, giao dịch mua, giao dịch, hoạt động chuyển tiền, đơn hàng, việc thực hiện đơn hàng, biên nhận nào hoặc các hoạt động khác khi sử dụng Apple Pay hoặc Ví, bao gồm nhưng không giới hạn ở các hoạt động được thực hiện bởi thành viên Gia Đình hoặc những người khác mà bạn đã chia sẻ Thẻ Được Hỗ Trợ có quyền truy cập vào Thiết Bị của bạn; (b) việc cấp tín dụng hoặc điều kiện tiếp cận tín dụng; (c) việc cấp, đình chỉ hoặc thu hồi giấy phép lái xe hoặc thẻ định danh của tiểu bang; (d) các hoạt động của đơn vị phát hành, bên chấp nhận thẻ hoặc các bên thứ ba khác liên quan đến việc bạn sử dụng Apple Pay hoặc Ví; (e) các quyết định do đơn vị phát hành, bên chấp nhận thẻ hoặc bên thứ ba khác đưa ra liên quan đến việc thêm Thẻ Được Hỗ Trợ của bạn vào Ví; (f) tư cách thành viên của bạn hoặc việc bạn tham gia vào bất kỳ chương trình nào của bên chấp nhận thẻ hoặc đối tác; (g) mọi khoản tích lũy hoặc quy đổi điểm thưởng hoặc giá trị được lưu trữ liên quan đến Thẻ Được Hỗ Trợ của bạn; (h) việc nạp tiền hoặc nạp lại cho Thẻ Được Hỗ Trợ trả trước; (i) việc gửi hoặc nhận các khoản thanh toán cá nhân hoặc khoản tiền chuyển khoản; hoặc (j) việc nạp, đổi hoặc rút tiền từ thẻ Apple Cash của bạn.

Khi bạn đăng ký Apple Card, bạn đang đăng ký mở một tài khoản với Bên Phát Hành Apple Card. Tổ chức tài chính chịu trách nhiệm cung cấp Apple Card có thể bị thay đổi, và việc bạn sử dụng Apple Card sẽ phụ thuộc vào các điều khoản và điều kiện của tổ chức tín dụng đó.

Khi bạn bật các tính năng Apple Cash trong Apple Pay, bạn đang mở một tài khoản với Ngân Hàng Green Dot. Ngoại trừ các tính năng của Apple Pay mà Apple Payments cung cấp, khi bạn gửi hoặc nhận một khoản chuyển tiền cá nhân hoặc nạp hoặc rút tiền từ thẻ Apple Cash của bạn, Ngân Hàng Green Dot sẽ chịu trách nhiệm nhận và gửi tiền của bạn đến người nhận mà bạn muốn. Tổ chức tài chính chịu trách nhiệm cung cấp Apple Cash và các khoản thanh toán cá nhân trong Apple Pay có thể thay đổi và việc bạn sử dụng các tính năng đó phải tuân thủ các điều khoản và điều kiện của họ.

Khả năng sử dụng các khoản tiền trong thẻ Apple Cash của bạn để thanh toán tại một số cơ sở kinh doanh hợp lệ mà bạn được phép ("Dịch Vụ Thanh Toán Trực Tiếp") là một dịch vụ được Apple Payments cung cấp. Việc bạn sử dụng Dịch Vụ Thanh Toán Trực Tiếp phụ thuộc vào việc Điều Khoản và Điều Kiện Thanh Toán Trực Tiếp của Apple Payments. Ngoài ra, một số cơ sở kinh doanh hợp lệ có thể cho phép bạn ủy quyền cho họ hoàn lại tiền vào thẻ Apple Cash của bạn ("Khoản Bồi Hoàn"). Dù Khoản Bồi Hoàn có thể được Apple Payments xử lý, nhưng đây là khoản do các doanh nghiệp tham gia phụ trách khoản quỹ đó cung cấp và có thể phải tuân theo điều khoản và điều kiện bổ sung của doanh nghiệp bồi hoàn đó. Xin vui lòng liên hệ với đơn vị phát hành thẻ hoặc bên chấp nhận thẻ hiện tại, cơ quan nhà nước phát hành thẻ, nhà phát triển ứng dụng hoặc bên thứ ba khác đối với bất kỳ tranh chấp hoặc câu hỏi nào về Thẻ Được Hỗ Trợ hoặc hành vi thương mại liên quan. Xin vui lòng liên hệ Bộ Phận Hỗ Trợ Của Apple đối với các câu hỏi liên quan đến Apple Pay, Ví, Apple Card hoặc thẻ Apple Cash hoặc thanh toán cá nhân.

### 5. Quyền riêng tư

Việc Apple thu thập và sử dụng thông tin cá nhân được điều chỉnh bởi Chính Sách Quyền Riêng Tư của Apple, mà bạn có thể xem tại https://www.apple.com/legal/privacy/vn/. Bạn có thể tìm thấy thông tin chi tiết về thông tin cá nhân được thu thập, sử dụng hoặc chia sẻ như là một phần của bạn việc bạn sử dụng Apple Pay và Ví bằng cách đọc thông báo quyền riêng tư cụ thể cho dịch vụ liên quan, bao gồm Giới Thiệu Về Apple Pay và Quyền Riêng Tư mà bạn có thể truy cập trên Thiết Bị của bạn hoặc trong ứng dụng Watch trên một Thiết Bị đã ghép đôi, hoặc bằng cách vào trang web https://www.apple.com/legal/privacy/vn/. Bằng việc sử dụng Apple Pay và Ví, bạn đồng ý và chấp thuận cho Apple và các công ty con và các đại lý của Apple chuyển, thu thập, lưu trữ, xử lý, và sử dụng tất cả các thông tin nêu trên, để cung cấp các Dịch Vụ này.

### 6. Bảo mật; Thiết bị bị vô hiệu hóa hoặc bị mất

BẢO VỆ THIẾT BỊ ĐƯỢC HỖ TRỢ CỦA BẠN VÀ THÔNG TIN ĐĂNG NHẬP CỦA BẠN THEO CÁCH BẠN BẢO VỆ VÍ VÀ THẺ VẬT LÝ CỦA BẠN

Apple Pay và Ví lưu giữ các bản ảo của Các Thẻ Được Hỗ Trợ của bạn và cần được bảo vệ như thể chính bạn bảo vệ ví, chìa khóa vật lý hoặc các thẻ tín dụng, thẻ ghi nợ, thẻ trả trước, thẻ định danh hoặc các thẻ khác. Bạn hoàn toàn chịu trách nhiệm trong việc bảo mật Thiết Bị và ID Apple, thông tin Touch ID và Face ID, mã số của (các) Thiết Bị được hỗ trợ của bạn và bất kỳ thông tin đăng nhập nào được sử dụng với các Dịch Vụ (gọi chung là "Thông Tin Đăng Nhập"). Nếu bạn cấp quyền hoặc cho phép bất kỳ người nào sử dụng Thiết Bị được hỗ trợ của bạn (*ví dụ như* bằng việc cung cấp mã số cho một bên thứ ba hoặc cho phép một bên thứ ba thêm dấu vân tay để sử dụng Touch ID hoặc mở bằng Face ID, hoặc cung cấp Thông Tin Đăng Nhập cho bên thứ ba theo cách khác), người đó có thể thanh toán, chuyển, yêu cầu hoặc nhận các khoản thanh toán cá nhân, rút tiền từ thẻ Apple Cash của bạn, nhận hoặc quy đổi điểm thưởng, sử dụng giá trị, mở khóa hoặc bằng cách khác vào xe ô tô của bạn, phòng, văn phòng hoặc nhà của bạn, giả danh bạn, hoặc thực hiện các giao dịch khác với Thẻ Được Hỗ Trợ của bạn trong Ví. Trong trường hợp đó, bạn sẽ chịu trách nhiệm đối với tất cả các khoản thanh toán, truy cập và giao dịch do người đó thực hiện.

CÁC THIẾT BỊ ĐƯỢC "VƯỢT NGỤC" (JAILBROKEN)

Nếu bạn thực hiện các điều chỉnh không được phép đối với Thiết Bị, ví dụ như vô hiệu hóa các chức năng điều khiển phần cứng hoặc phần mềm (thường được gọi là "bẻ khóa" (jailbreak)), Thiết Bị có thể không đủ điều kiện để truy cập hoặc sử dụng Dịch Vụ nữa. Bạn thừa nhận rằng việc sử dụng một Thiết Bị được điều chỉnh kết nối với Dịch Vụ bị cấm và tạo thành một hành vi vi phạm các Điều Khoản Bổ Sung này, và là cơ sở để chúng tôi từ chối hoặc hạn chế việc bạn truy cập vào Dịch Vụ.

CÁC BIỆN PHÁP BẢO MẬT BỔ SUNG

Bạn có thể cần phải bật các biện pháp bảo mật bổ sung, ví dụ như xác nhận bằng hai yếu tố đối với ID Apple của bạn, để có thể truy cập vào một số tính năng cụ thể của Apple Pay, bao gồm Apple Card, thẻ Apple Cash và các khoản chuyển tiền cá nhân bằng Apple Pay. Nếu bạn gỡ bỏ các tính năng bảo mật đó, bạn có thể sẽ không còn khả năng truy cập vào một số tính năng cụ thể của Apple Pay. Việc xoá Face ID hoặc Touch ID liên kết với Thẻ ID dùng để xuất trình có thể yêu cầu bạn phải hoàn thành toàn bộ quy trình cung cấp Thẻ ID.

CÁC THIẾT BỊ BỊ MẤT HOẶC BỊ LẤY TRỘM

Nếu Thiết Bị của bạn bị mất hoặc mất cắp và bạn đã bật tính năng Tìm, thì bạn có thể dùng tính năng Tìm để cố gắng ngăn chặn việc giao dịch bằng Thẻ Được Hỗ Trợ ảo hoặc gửi các khoản thanh toán cá nhân trên Thiết Bị đó bằng cách đặt Thiết Bị vào Chế Độ Mất. Nếu Thiết Bị của bạn đang ở Chế Độ Mất, chìa khóa xe ô tô của bạn có thể bị vô hiệu hóa trong Ví và bạn sẽ không thể vào hoặc khởi động xe ô tô của mình sau khi bạn rời khỏi xe hoặc tắt máy. Chế Độ Mất chỉ ảnh hưởng đến các chìa khóa trên Thiết Bị bị mất. Nếu bạn là chủ sở hữu, bạn sẽ không thể tiếp tục chia sẻ chìa khóa xe ô tô hoặc chìa khóa nhà với những người khác, nhưng các chìa khóa đã được chia sẻ với những người khác sẽ không bị ảnh hưởng trên thiết bị của người đó.

Bạn cũng có thể xóa trên Thiết Bị của bạn, để cố gắng đình chỉ khả năng giao dịch bằng các Thẻ Được Hỗ Trợ ảo hoặc gửi các khoản chuyển tiền cá nhân trên Thiết Bị. Bạn cũng nên liên hệ với nhà phát hành thẻ, bên chấp nhận thẻ hoặc các bên thứ ba có trách nhiệm khác đối với Các Thẻ Được Hỗ Trợ của bạn, hoặc với Apple trong trường hợp Apple Card hoặc thẻ Apple Cash của bạn, để ngăn chặn việc truy cập không được phép vào Các Thẻ Được Hỗ Trợ của bạn trên Apple Pay và trong Ví.

Nếu bạn thông báo hoặc Apple nghi ngờ có hành vi lạm dụng hoặc gian lận, bạn đồng ý hợp tác với Apple trong bất kỳ cuộc điều tra nào và sử dụng các biện pháp ngăn chặn gian lận mà chúng tôi yêu cầu.

**7. Giới hạn trách nhiệm**

NGOÀI CÁC KHƯỚC TỪ BẢO ĐẢM VÀ GIỚI HẠN TRÁCH NHIỆM PHÁP LÝ QUY ĐỊNH TRONG HỢP ĐỒNG CẤP QUYỀN SỬ DỤNG NÀY, APPLE KHÔNG CHỊU BẤT KỲ TRÁCH NHIỆM PHÁP LÝ NÀO ĐỐI VỚI VIỆC MUA, KHOẢN THANH TOÁN, KHOẢN CHUYỂN TIỀN, ĐƠN HÀNG, VIỆC THỰC HIỆN ĐƠN HÀNG, THÔNG TIN BIÊN NHẬN, VIỆC TRUY CẬP, XÁC MINH DANH TÍNH, GIAO DỊCH HOẶC HOẠT ĐỘNG KHÁC ĐƯỢC THỰC HIỆN BẰNG APPLE PAY HOẶC VÍ, VÀ BẠN ĐỒNG Ý CHỈ DỰA VÀO CÁC THỎA THUẬN MÀ BẠN CÓ THỂ CÓ VỚI ĐƠN VỊ PHÁT HÀNH THẺ, MẠNG LƯỚI THANH TOÁN, CÁC TỔ CHỨC TÀI CHÍNH, BÊN CHẤP NHẬN THẺ, NHÀ PHÁT TRIỂN ỨNG DỤNG, CƠ QUAN NHÀ NƯỚC PHÁT HÀNH THẺ HOẶC CÁC BÊN THỨ BA LIÊN QUAN KHÁC ĐỂ GIẢI QUYẾT BẤT KỲ CÂU HỎI HOẶC TRANH CHẤP NÀO LIÊN QUAN ĐẾN THẺ ĐƯỢC HỖ TRỢ, KHOẢN THANH TOÁN CÁ NHÂN VÀ CÁC HOẠT ĐỘNG LIÊN QUAN CỦA BẠN.

— — — — — — — — — — —

**CÁC THÔNG BÁO CỦA APPLE**

Nếu Apple cần liên hệ với bạn về sản phẩm hoặc tài khoản của bạn, bạn chấp thuận nhận các thông báo bằng thư điện tử. Bạn đồng ý rằng bất kỳ thông báo nào được gửi cho bạn qua thư điện tử sẽ thỏa mãn các yêu cầu pháp luật về thông tin liên lạc.

**FRANÇAIS (CANADA)**

**IMPORTANT : L'UTILISATION DE VOTRE iPHONE, iPAD OU iPOD TOUCH (« APPAREIL »)
IMPLIQUE QUE VOUS ACCEPTEZ D'ÊTRE LIÉ PAR LES CONDITIONS SUIVANTES :**

**A.    CONTRAT DE LICENCE DES LOGICIELS APPLE iOS ET iPadOS**
**B.    CONDITIONS SUPPLÉMENTAIRES POUR APPLE PAY**
**C.    NOTIFICATIONS DE LA PART D'APPLE**

**APPLE INC
CONTRAT DE LICENCE DES LOGICIELS iOS et iPadOS
Licence individuelle**

**LISEZ ATTENTIVEMENT CE CONTRAT DE LICENCE DU LOGICIEL (« LICENCE ») AVANT
D'UTILISER VOTRE APPAREIL OU DE TÉLÉCHARGER LA MISE À JOUR DU LOGICIEL FOURNIE
AVEC LA PRÉSENTE LICENCE. L'UTILISATION DE VOTRE APPAREIL OU LE TÉLÉCHARGEMENT
D'UNE MISE À JOUR, LE CAS ÉCHÉANT, IMPLIQUE QUE VOUS ACCEPTEZ LES CONDITIONS DE
LA PRÉSENTE LICENCE. SI VOUS ÊTES EN DÉSACCORD AVEC LES CONDITIONS DE CETTE
LICENCE, N'UTILISEZ PAS L'APPAREIL ET NE TÉLÉCHARGEZ PAS LA MISE À JOUR**

**SI VOUS AVEZ RÉCEMMENT ACHETÉ UN APPAREIL ET QUE VOUS N'ÊTES PAS D'ACCORD AVEC
LES CONDITIONS DE LA LICENCE, VOUS POUVEZ RENVOYER L'APPAREIL, DANS LES DÉLAIS
DE RETOUR PRÉVUS, À LA BOUTIQUE APPLE STORE OU AU DISTRIBUTEUR AGRÉÉ APPLE
AUPRÈS DUQUEL VOUS L'AVEZ ACHETÉ, AFIN D'EN OBTENIR LE REMBOURSEMENT SOUS
RÉSERVE DES RÈGLES APPLE CONCERNANT LE RETOUR DES PRODUITS, DISPONIBLES À
L'ADRESSE https://www.apple.com/legal/sales-support/.**

**1. Général**
(a) Apple Inc. (« Apple ») vous concède une licence, et en aucun cas ne vous cède des droits, sur le
logiciel (y compris le code ROM de démarrage, le logiciel intégré et tout logiciel tiers), la documentation,
les interfaces, le contenu, les polices de caractères et toutes les données accompagnant votre appareil
(« Logiciel original Apple »), pouvant être mis à jour ou remplacés par des mises à jour de logiciels, des
correctifs de sécurité, des fichiers système ou des logiciels de restauration du système fournis par Apple
pour votre appareil ou votre périphérique compatible (« Modifications du Logiciel Apple »), qu'ils soient
sur mémoire morte (ROM), sur tout autre support ou sous toute autre forme (le Logiciel original Apple et
les Modifications du Logiciel Apple sont référencés dans leur ensemble sous le terme de « Logiciel
Apple »), uniquement en vue d'une utilisation conforme aux conditions de la Licence. Apple et ses
concédants de licence conservent la propriété du Logiciel Apple et se réservent tous les droits ne vous
étant pas expressément accordés. Vous acceptez que les conditions de la présente licence s'appliquent
à toute app de marque Apple intégrée sur votre appareil, sauf si une app est accompagnée d'une
licence séparée, auquel cas vous acceptez que cette dernière régisse votre utilisation de l'app en
question

(b) Apple peut, à sa seule discrétion, rendre disponibles à l'avenir des Modifications du Logiciel Apple.
Le cas échéant, ces modifications peuvent ne pas nécessairement inclure l'ensemble des fonctions du
logiciel existantes ou de nouvelles fonctions publiées par Apple dans le cas des modèles d'appareils
plus récents. Les conditions de la présente licence régissent les Modifications du Logiciel Apple fournies
par Apple, sauf si ces modifications sont accompagnées d'une licence distincte; auquel cas vous
acceptez que les conditions de cette licence s'appliquent.

(c) Si vous utilisez la fonctionnalité de configuration rapide pour configurer un nouvel appareil à l'aide de
votre appareil existant, vous acceptez que les conditions stipulées dans la présente licence régissent

votre utilisation du Logiciel Apple sur votre nouvel appareil, à moins que celui-ci ne soit accompagné d'une licence distincte, auquel cas vous acceptez que les conditions de cette licence s'appliquent quant à votre usage dudit Logiciel Apple. Votre appareil recherchera périodiquement des Modifications du Logiciel Apple auprès d'Apple. Si une modification est disponible, il peut la télécharger et l'installer automatiquement sur votre appareil et, si nécessaire, sur vos périphériques. **En utilisant le Logiciel Apple, vous autorisez Apple à télécharger et à installer automatiquement des Modifications du Logiciel Apple sur votre appareil et vos périphériques.** Vous pouvez désactiver à tout moment l'installation automatique des mises à jour du système d'exploitation et les Améliorations rapides à la sécurité en ajustant les réglages de mise à jour automatique qui se trouvent dans Réglages > Général > Mise à jour logicielle. Certains fichiers système (y compris, sans s'y limiter, les polices mises à jour, les modèles de langue, les éléments vocaux et les micrologiciels des périphériques) peuvent continuer à être installés automatiquement, par exemple, lorsque vous activez ou utilisez certaines fonctionnalités ou certains périphériques, ou pour répondre à des exigences légales, réglementaires, de sécurité publique ou techniques.

**2. Utilisations permises de la licence et restrictions.**
(a) Sujet aux conditions générales de cette Licence, vous vous voyez accordé une licence de non-exclusivité limitée pour utiliser le Logiciel Apple sur un seul appareil de marque Apple. À l'exception de ce qui est permis dans la section 2(b) ci-dessous, et à moins que cela ne soit prévu dans le cadre d'un contrat distinct passé entre Apple et vous-même, cette Licence n'autorise ni le fonctionnement du Logiciel Apple sur plus d'un appareil de marque Apple à la fois, ni la distribution ou la mise à disposition du Logiciel Apple sur un réseau où il pourrait être utilisé par plusieurs appareils. Cette licence ne vous accorde aucun droit d'utilisation des interfaces propriétaires Apple ou d'autres propriétés intellectuelles touchant à la conception, le développement, la fabrication, la concession de licence ou la distribution d'appareils et d'accessoires, ou à des applications logicielles tierces, utilisables avec un appareil. Certains de ces droits sont disponibles sous des licences distinctes de celles d'Apple. Pour obtenir plus de renseignements sur le développement, d'appareils et d'accessoires tiers adaptés à un appareil, veuillez visiter le site : https://developer.apple.com/programs/mfi/. Pour en savoir plus sur le développement d'applications logicielles adaptées aux appareils, visitez https://developer.apple.com.

(b) Sujet aux conditions générales de cette Licence, vous vous voyez accordé une licence de non-exclusivité limitée pour télécharger les Modifications du Logiciel Apple qu'Apple peut mettre à disposition pour le modèle de votre appareil afin de mettre à jour ou de restaurer le logiciel de n'importe quel appareil en votre possession ou sous votre contrôle. La présente licence n'autorise pas la mise à jour ou la restauration d'un appareil n'étant pas sous votre contrôle ou que vous ne possédez pas, et vous interdit la distribution et la mise à disposition des Modifications du Logiciel Apple sur un réseau où elles pourraient être utilisées par plusieurs appareils ou ordinateurs. Si vous téléchargez une Modification du Logiciel Apple sur votre ordinateur, vous ne pouvez réaliser qu'une seule copie des Modifications du Logiciel Apple stockées sur votre ordinateur, sous une forme compréhensible par des machines et aux fins exclusives de sauvegarde, à condition que cette copie de sauvegarde reproduise impérativement les renseignements relatifs aux droits d'auteur ou autres droits de propriété figurant sur l'original.

(c) Dans la mesure où Apple a préinstallé des apps de marque Apple de l'App Store sur l'appareil que vous achetez (« Apps préinstallées »), vous devez vous connecter à l'App Store et associer lesdites apps avec votre compte afin de les utiliser sur votre appareil. Lorsque vous associez une app préinstallée à votre compte de l'App Store, toutes les autres apps préinstallées de votre appareil sont automatiquement associées à ce compte. En choisissant d'associer les apps préinstallées à votre compte de l'App Store, vous acceptez qu'Apple puisse transmettre, rassembler, conserver, traiter et utiliser l'identifiant Apple correspondant à votre compte de l'App Store et un identifiant matériel unique transmis par votre appareil comme identifiants uniques de votre compte afin de vérifier l'éligibilité de votre requête et de fournir l'accès aux apps préinstallées via l'App Store. Vous pouvez à tout moment supprimer de votre appareil les apps préinstallées que vous ne souhaitez pas utiliser.

(d) Vous ne pouvez pas et vous acceptez de ne pas, que ce soit pour votre compte ou le compte d'autrui, copier (sauf et exclusivement dans les limites permises par la présente Licence), décompiler, procéder à l'ingénierie inverse, désassembler, tenter de dériver le code source du, déchiffrer, modifier ou créer des produits dérivés du, Logiciel Apple ou tout autre service proposé par le Logiciel Apple, ou de toute partie de ceux-ci (dans toute la mesure permise par les restrictions précédemment mentionnées applicables par disposition légale ou par les conditions générales régissant l'utilisation de composants source libre pouvant être inclus dans le Logiciel Apple). Vous acceptez de ne pas retirer, masquer ou modifier les avis relatifs à la propriété (y compris les avis de marque de commerce et de droit d'auteur) pouvant être contenus dans le Logiciel Apple ou y être apposés.

(e) Le Logiciel Apple peut être utilisé pour la reproduction de contenu pour autant que cette utilisation se limite à la reproduction de contenu non protégé par des droits d'auteur, dont vous avez la propriété, pouvant être reproduit ou pour la reproduction duquel vous disposez d'une autorisation légale. En dépit de ce qui précède, il vous est interdit de republier, de retransmettre et de reproduire des images accédées à travers News ou Plans sous forme de fichiers autonomes. Le titre et les droits de propriété intellectuelle associés aux contenus conservés sur ou accessibles via l'appareil sont la propriété de leur détenteur. Ces contenus sont susceptibles d'être protégés par des droits d'auteur ou autres traités sur la propriété intellectuelle et peuvent être soumis à des conditions d'utilisation énoncées par la tierce partie les fournissant. Sauf disposition contraire, la présente Licence ne vous accorde aucun droit d'utilisation desdits contenus et ne garantit pas que ceux-ci restent à votre disponibilité.

(f) Sous réserve des conditions générales de la présente Licence, vous pouvez : (i) utiliser les personnages Memoji inclus dans le Logiciel Apple ou créés à l'aide de celui-ci (« Personnages système ») (1) lors de l'exécution du Logiciel Apple et (2) pour créer vos propres contenu et projets originaux pour votre usage personnel et non commercial; et (ii) utiliser les sous-titres en direct générés sur l'appareil automatiquement et en temps réel par le Logiciel Apple (« Sous-titres en direct »), qu'ils soient générés pendant un appel FaceTime ou dans tout autre contexte, uniquement pour votre usage personnel et non commercial. Toute autre utilisation des Personnages système ou des Sous-titres en direct est interdite par la Licence, y compris mais sans limitation, l'utilisation, la reproduction, l'affichage, la présentation, l'enregistrement, la publication ou la redistribution de ces Personnages système ou de ces Sous-titres en direct dans un but lucratif, non lucratif, commercial ou de partage public de données.

(g) Afin de réaliser certains raccourcis d'actions d'apps et/ou de sites Web, le Logiciel Apple peut devoir accéder à certains services, applications ou sites Web de tierce partie sur votre appareil. Vous consentez expressément à une telle utilisation dans la mesure nécessaire pour réaliser le raccourci avec le Logiciel Apple.

(h) Vous acceptez d'utiliser le Logiciel Apple et les Services (tel que défini dans la section 5 ci-dessous) dans le respect de la réglementation applicable, y compris de toutes les lois locales du pays ou de la région dans laquelle vous résidez ou dans laquelle vous téléchargez ou utilisez le Logiciel Apple et les Services. Il se peut que les fonctionnalités du Logiciel Apple et des Services ne soient pas disponibles dans toutes les langues ou toutes les régions. Certaines fonctionnalités peuvent varier selon les régions, limitées ou indisponibles en fonction de votre fournisseur de services. Une connexion Wi-Fi ou de données cellulaires est requise pour certaines fonctionnalités du Logiciel Apple et certains Services.

(i) L'utilisation de l'App Store requiert une combinaison unique d'un nom d'utilisateur et d'un mot de passe, appelée identifiant Apple. Un identifiant Apple est également nécessaire pour avoir accès aux mises à jour des apps et à certaines fonctionnalités du Logiciel Apple et des Services.

(j) Vous reconnaissez que de nombreuses fonctionnalités, des apps intégrées et de nombreux Services du Logiciel Apple transmettent des données et peuvent entraîner des frais sur votre plan de données,

frais dont vous êtes responsable. Vous pouvez voir et contrôler quelles applications sont autorisées à utiliser des données cellulaires et afficher une estimation de la quantité de données que ces applications ont consommées dans les Réglages Données cellulaires. De plus, l'option Assistance Wi-Fi peut activer automatiquement les données cellulaires en cas de mauvaise connexion Wi-Fi, ce qui risque d'augmenter votre consommation de données et d'avoir une incidence sur votre facture mensuelle. L'option Assistance Wi-Fi est activée par défaut, mais il est possible de la désactiver dans les Réglages. Pour plus d'informations, veuillez consulter le Guide d'utilisateur de votre appareil.

(k) Si vous choisissez d'autoriser les mises à jour automatiques des apps, votre appareil vérifiera régulièrement auprès d'Apple si des mises à jour des apps installées sur votre appareil sont disponibles pour, le cas échéant, les télécharger et les installer automatiquement. Vous pouvez désactiver les mises à jour automatiques des apps à tout moment en allant dans Réglages, iTunes et App Store, Téléchargements automatiques et en désactivant Mises à jour.

(l) L'utilisation de votre appareil dans certaines circonstances peut causer une distraction et mener à une situation dangereuse (évitez, par exemple, de texter au volant ou d'utiliser des écouteurs lorsque vous êtes à vélo). De par l'utilisation de votre appareil, vous acceptez d'être responsable du respect des règles qui interdisent ou restreignent l'utilisation de téléphones portables ou d'écouteurs (par exemple, l'obligation d'utiliser des options mains libres lorsque vous effectuez des appels en conduisant).

(m) Certaines fonctionnalités du Logiciel Apple peuvent tenter de fournir une assistance dans des situations liées à la sécurité, comme c'est le cas des fonctionnalités de détection liées à la sécurité et de la mise en relation avec les services d'urgence (le cas échéant). Apple ne garantit pas la disponibilité, l'exactitude, l'exhaustivité, la fiabilité ou la promptitude de ces fonctionnalités. Ces fonctionnalités ne sont pas destinées à être utilisées comme seule source d'assistance dans des situations où une aide plus immédiate ou efficace est possible et peut être obtenue. Vous acceptez d'utiliser ces fonctionnalités à vos seuls risques et avec discernement, et qu'Apple, ses sociétés affiliées, ses mandataires ou ses représentants ne peuvent en aucun cas être tenus pour responsables de votre utilisation de ces fonctionnalités ni des conséquences qui en découlent, dans les limites autorisées par la loi.

(n) Votre appareil n'est pas un dispositif médical et ne doit pas remplacer l'avis médical d'un professionnel. Elle n'est pas conçue pour être utilisée pour le diagnostic de maladies ou d'autres affections ou la guérison, l'atténuation, le traitement ou la prévention d'affections ou de maladies. Veuillez consulter votre fournisseur de soins de santé avant de prendre des décisions relatives à votre santé.

**3. Transfert.** Vous ne pouvez pas louer, céder en crédit-bail, prêter, vendre ni redistribuer le Logiciel Apple, ni concéder de sous-licences à son égard. Vous pouvez toutefois effectuer le transfert unique et permanent de tous vos droits sur le Logiciel Apple à une autre partie dans le cadre du transfert de propriété de votre appareil, à condition : (a) que ce transfert comprenne votre appareil et la totalité du Logiciel Apple, y compris l'intégralité de ses composants, ainsi que cette Licence; (b) que vous ne conserviez aucune copie du Logiciel Apple, complète ou partielle, y compris toute copie stockée sur ordinateur ou toute autre unité de stockage; et (c) que la partie bénéficiaire recevant le Logiciel Apple prenne connaissance et accepte les conditions générales de la présente Licence.

**4. Consentement à l'usage des données.** Lorsque vous utilisez votre appareil, votre numéro de téléphone et certains identifiants uniques à votre appareil sont envoyés à Apple afin de permettre à d'autres personnes de vous joindre par votre numéro de téléphone lors de l'utilisation de diverses fonctionnalités de communication du Logiciel Apple, telles qu'iMessage et FaceTime. Lorsque vous utilisez iMessage, Apple peut conserver vos messages, sous une forme chiffrée, pour une période de temps limitée afin de garantir leur transmission. Vous pouvez désactiver FaceTime ou iMessage en vous rendant dans les réglages FaceTime ou Messages de votre appareil. Certaines fonctionnalités comme

Analyse, Services de localisation, Siri et Dictée peuvent nécessiter des informations de la part de votre appareil afin d'exécuter leurs fonctions respectives. Lorsque vous activez ou utilisez ces fonctionnalités, des détails sont alors fournis concernant les informations envoyées à Apple et comment celles-ci peuvent être utilisées. Vous pouvez en savoir plus en visitant l'adresse https://www.apple.com/privacy/. En tout temps, les informations vous concernant sont traitées conformément à la Politique de confidentialité d'Apple, disponible à l'adresse : https://www.apple.com/legal/privacy/.

**5. Services et Éléments de tierce partie.**
(a) Le Logiciel Apple peut activer l'accès à l'iTunes Store, à l'App Store, à Apple Books, à Game Center, à iCloud, à Plans, à News, à Fitness+ et à d'autres services et sites web proposés par Apple et par des tiers (lesquels services et sites sont dénommés sous l'appellation collective ou individuelle de « Services »). L'utilisation de ces services nécessite un accès à Internet, et l'usage de certains services peut nécessiter un identifiant Apple, vous obliger à accepter des modalités supplémentaires et peut être assujetti à des frais supplémentaires. Par l'utilisation de ce logiciel en lien avec un identifiant Apple ou avec d'autres services Apple, vous acceptez les conditions de service applicables telles que les toutes dernières conditions générales des Services Apple Media applicables au pays ou à la région à partir duquel vous accédez à l'un de ces Services, disponibles à l'adresse https://www.apple.com/legal/internet-services/itunes/.

(b) Si vous vous inscrivez à iCloud, vous pouvez accéder directement à certaines fonctionnalités d'iCloud telles que « iCloud Drive », « Mon flux de photos », « Albums partagés » et « Localiser » à partir du Logiciel Apple. Vous reconnaissez et acceptez que l'utilisation d'iCloud et que ces fonctionnalités sont soumises aux toutes dernières conditions de service d'iCloud, disponibles à l'adresse : https://www.apple.com/legal/internet-services/icloud/.

(c) Contenu de l'app News. L'utilisation du contenu auquel vous accédez par le biais de l'application News est limitée à des fins personnelles et non commerciales et n'implique aucun transfert de propriété en votre faveur en ce qui concerne ledit contenu. Cela exclut spécifiquement, sans aucune limitation, toute utilisation commerciale ou promotionnelle des droits liés au contenu.

(d) Plans. Le service et les fonctionnalités de cartographie du Logiciel Apple (« Plans »), y compris le réseau de données liées à ceux-ci, peuvent varier selon les régions. Lorsque vous activez ou utilisez Plans, des informations relatives aux données envoyées à Apple et à leur utilisation vous sont présentées. Certaines fonctionnalités de Plans seront assujetties aux modalités de service les plus récentes, auxquelles vous avez accès à partir de la carte d'accueil de Plans.

(e) Vous acceptez qu'en utilisant ces Services vous pouvez rencontrer du contenu à caractère considéré injurieux, indécent ou choquant, n'étant pas nécessairement identifié comme tel et que les résultats de toute recherche ou toute saisie d'adresse URL peuvent automatiquement et involontairement créer des liens ou des références vers du contenu choquant. Néanmoins, vous acceptez d'utiliser les services à vos risques et périls, et qu'Apple, ses sociétés affiliées, ses agents, ses représentants ou ses concédants de licence ne peuvent en aucun cas être tenus pour responsables du contenu que vous pouvez trouver offensant, indécent ou choquant.

(f) Certains Services peuvent afficher, contenir ou mettre à disposition du contenu, des données, des informations, des applications ou des documents de tierce partie (« Éléments de tierce partie »), ou fournir des liens vers des sites Web de tierce partie. Par l'utilisation des services, vous reconnaissez et acceptez qu'Apple ne peut être responsable quant à l'examen ou l'évaluation du contenu, de son exactitude, de son intégrité, de son actualité, de sa validité, du respect des droits d'auteur, de sa légalité, de sa décence, de sa qualité ou de tout autre aspect de ces éléments ou sites Web de tierce partie. Apple, ses dirigeants, ses affiliés et ses filiales ne peuvent ni garantir, ni assumer la responsabilité ou l'engagement, envers vous ou toute autre personne, pour tout Service, Élément ou site Web de tierce

partie, ou tout autre élément, produit ou service externe à ces tiers. Les données et liens de tierce partie vers d'autres sites Web ne sont fournis que pour votre facilité.

(g) Ni Apple, ni ses fournisseurs de contenu ne garantissent la disponibilité, l'exactitude, l'intégrité, la fiabilité ou le degré d'actualité des informations boursières, des données de localisation ou de toute autre donnée affichée par les Services. Les renseignements financiers affichés par les services sont donnés à titre informatif seulement et ne devraient pas être conçus pour avoir valeur de conseils en placement. Avant de réaliser toute opération boursière basée sur les renseignements obtenus par le biais des services, il vous est recommandé de consulter un spécialiste financier habilité à fournir des conseils en matière financière ou boursière dans votre pays ou région. Les données de localisation sont fournies par les Services, y compris par le service Plans d'Apple, à des fins de navigation et de planification uniquement et ne sauraient être utilisées dans des situations dans lesquelles des données d'emplacement précises sont requises ni dans lesquelles des données d'emplacement erronées, imprécises, différées dans le temps ou incomplètes risqueraient d'entraîner la mort, des blessures ou des dégâts matériels ou écologiques. Vous acceptez que les résultats offerts par le service Plans puissent ne pas correspondre aux routes ou aux conditions du terrain actuelles à cause de facteurs pouvant nuire à l'exactitude des données de Plans, notamment, mais sans s'y limiter, le temps, les conditions routières et de trafic et les événements géopolitiques. Pour votre sécurité, lors de l'utilisation de la navigation, soyez toujours attentif à la signalisation routière et aux conditions de la route. Suivez les pratiques garantissant une conduite sûre ainsi que le Code de la route et gardez en tête que les itinéraires pour les cyclistes et les piétons peuvent ne pas comporter de voies désignées.

(h) Dans la mesure où vous téléchargez du contenu via l'utilisation des Services, vous déclarez posséder les droits sur ledit contenu ou l'autorisation ou la permission juridique de télécharger ledit contenu et que celui-ci n'enfreint aucune condition générale régissant les Services. Vous reconnaissez que les services reprennent du contenu, des informations et des données protégés appartenant à Apple, au propriétaire du site ou à ses concédants, et protégés par les lois relatives à la propriété intellectuelle et lois connexes, notamment, mais sans s'y limiter, les droits d'auteur. Vous acceptez de ne pas utiliser ce contenu, ces informations ou ces données propriétaires dans un cadre autre que l'utilisation autorisée des services - et non dans le cadre de pratiques étant en contradiction avec les modalités de cette licence ou enfreignant tout droit de propriété intellectuelle d'une tierce partie ou d'Apple. Aucune partie des services ne peut être reproduite sous quelque forme ou par quelque moyen que ce soit. Vous vous engagez à ne pas modifier, louer, louer à bail, prêter, vendre, distribuer ou créer de produit dérivé des services, de quelque façon que ce soit, et à ne pas exploiter les services de façon non autorisée, notamment, mais sans s'y limiter, en utilisant les services pour transmettre n'importe quel virus, ver, cheval de Troie ou tout autre logiciel malveillant ou en entraînant une surcharge des capacités réseau. Vous acceptez également de ne pas utiliser les Services de quelque façon que ce soit pour harceler, insulter, abuser, traquer, menacer, diffamer ou encore enfreindre ou violer les droits de toute autre partie, et qu'Apple n'est en aucun cas responsable de tels agissements de votre part, ni de toute transmission ou message de harcèlement, de menace, d'action diffamatoire, offensante, non respectueuse ou illégale dont vous pouvez faire l'objet suite à l'usage de n'importe lequel desdits Services.

(i) De plus, ces Services et les Éléments de tierce partie peuvent ne pas être proposés dans toutes les langues ou dans tous les pays ou zones géographiques. Apple ne garantit en aucun cas que ces services et données de tierce partie seront adaptés ou disponibles en tout lieu. Dans la mesure où vous choisissez d'utiliser ou d'accéder à ces services ou aux données de tierce partie, vous l'acceptez sur votre propre initiative et vous êtes responsable de la conformité à toute législation en vigueur, y compris, mais sans s'y limiter, les législations locales et celles en matière de confidentialité et de collecte de données. Le partage ou la synchronisation de photos via votre appareil peut entraîner la transmission de métadonnées avec les photos, y compris l'endroit et le moment où la photo a été prise ainsi que des informations de profondeur. L'utilisation des Services Apple (tels que la photothèque iCloud) pour partager ou synchroniser ces photos implique qu'Apple reçoive et stocke ces métadonnées. Apple et

ses concédants de licence se réservent le droit de modifier, suspendre, supprimer ou désactiver l'accès aux services à tout moment sans préavis. En aucun cas Apple ne saurait être tenu responsable du retrait ou de la désactivation de l'accès à n'importe lequel de ces services. Apple peut également imposer des limites à l'utilisation ou à l'accès à certains services, sans préavis et sans garantie pour vous.

**6. Résiliation.** Cette licence est effective jusqu'à son terme. Vos droits découlant de cette licence prendront fin ou cesseront de s'appliquer automatiquement et sans notification de la part d'Apple si vous ne vous conformez pas à l'une des stipulations de la présente licence. Après résiliation de cette Licence, vous devez cesser toute utilisation du Logiciel Apple. Les sections 4, 5, 6, 7, 8, 9, 10, 12 et 13 de cette Licence restent applicables après la résiliation.

**7. Exclusion de garanties**

7.1    Si vous êtes un client à titre privé (vous utilisez le Logiciel Apple en dehors de votre entreprise, commerce ou profession), il se peut que vous disposiez dans votre pays de résidence de droits en vertu desquels les limitations ci-après ne s'appliqueraient pas, si tel est le cas, elles ne s'appliquent pas pour vous. Pour en savoir plus sur vos droits, prenez contact avec un organisme local de conseil aux consommateurs.

7.2    VOUS RECONNAISSEZ ET ACCEPTEZ EXPRESSÉMENT QUE, DANS LES LIMITES AUTORISÉES PAR LA LÉGISLATION EN VIGUEUR, L'UTILISATION DU LOGICIEL APPLE ET DES SERVICES EXÉCUTÉS OU ACCESSIBLES VIA LE LOGICIEL APPLE RESTE À VOS RISQUES ET PÉRILS ET QUE VOUS ASSUMEZ L'INTÉGRALITÉ DU RISQUE, DE MANIÈRE RAISONNABLE, RELATIF À LA QUALITÉ, AUX PERFORMANCES, À L'EXACTITUDE ET AU MANIEMENT DU LOGICIEL.

7.3    DANS LES LIMITES MAXIMALES AUTORISÉES PAR LA LÉGISLATION EN VIGUEUR, LE LOGICIEL APPLE AINSI QUE LES SERVICES SONT FOURNIS « TELS QUELS » ET « SELON DISPONIBILITÉ » AVEC TOUS LEURS DÉFAUTS ET SANS GARANTIE D'AUCUNE SORTE. APPLE ET SES CONCÉDANTS DE LICENCE (COLLECTIVEMENT DÉSIGNÉS PAR L'EXPRESSION « APPLE » DANS LE CADRE DES ARTICLES 7 ET 8 DE LA PRÉSENTE LICENCE) EXCLUENT PAR LA PRÉSENTE LICENCE TOUTE GARANTIE ET CONDITION RELATIVE AU LOGICIEL APPLE ET AUX SERVICES, EXPLICITE, TACITE OU LÉGALE, Y COMPRIS, MAIS DE FAÇON NON LIMITATIVE, LES GARANTIES IMPLICITES OU LES CONDITIONS DE QUALITÉ MARCHANDE, DE QUALITÉ SATISFAISANTE, D'ADÉQUATION À UN USAGE PARTICULIER, D'EXACTITUDE, DE JOUISSANCE PAISIBLE ET DE NON-VIOLATION DES DROITS DES TIERS.

7.4    APPLE NE GARANTIT NULLEMENT L'ABSENCE DE PROBLÈMES LORS DE L'UTILISATION DU LOGICIEL APPLE ET DES SERVICES, L'ADÉQUATION À VOS BESOINS DES FONCTIONS OU DES SERVICES CONTENUS DANS OU FOURNIS PAR LEDIT LOGICIEL, LA NON-INTERRUPTION OU L'ABSENCE D'ERREURS DANS LE FONCTIONNEMENT DUDIT LOGICIEL ET DESDITS SERVICES, LA MISE À DISPOSITION CONTINUE DES SERVICES, LA CORRECTION DE TOUT DÉFAUT DU LOGICIEL APPLE OU DES SERVICES, LA COMPATIBILITÉ DU LOGICIEL APPLE, OU SON BON FONCTIONNEMENT AVEC UN LOGICIEL, UNE APPLICATION OU UN SERVICE DE TIERCE PARTIE. IL SE PEUT QUE L'INSTALLATION DU LOGICIEL APPLE NUISE À LA DISPONIBILITÉ ET AU BON FONCTIONNEMENT DE LOGICIELS DE TIERCE PARTIE, D'APPLICATIONS OU DE SERVICES DE TIERCE PARTIE AINSI QUE DE PRODUITS ET SERVICES D'APPLE.

7.5    DE PLUS, VOUS RECONNAISSEZ QUE LE LOGICIEL APPLE ET SES SERVICES NE SONT PAS DESTINÉS OU ADAPTÉS À UN USAGE DANS DES SITUATIONS OU DANS DES ENVIRONNEMENTS OÙ UNE DÉFAILLANCE, DES RETARDS, DES ERREURS OU DES INEXACTITUDES DANS LE CONTENU DES DONNÉES OU DES INFORMATIONS FOURNIES, LE LOGICIEL APPLE OU SES SERVICES POURRAIT PROVOQUER LA MORT, DES BLESSURES OU DE GRAVES DOMMAGES CORPORELS OU ÉCOLOGIQUES, NOTAMMENT, MAIS SANS S'Y LIMITER, LE FONCTIONNEMENT

D'INSTALLATIONS NUCLÉAIRES, DE SYSTÈMES DE NAVIGATION OU DE COMMUNICATION AÉRIENNES, DE SYSTÈMES DE CONTRÔLE DU TRAFIC AÉRIEN, D'APPAREILS DE MAINTIEN ARTIFICIEL EN VIE OU DE DISPOSITIFS D'ARMEMENT.

7.6    AUCUNE INFORMATION OU AUCUN CONSEIL COMMUNIQUÉS VERBALEMENT OU PAR ÉCRIT PAR APPLE OU L'UN DE SES REPRÉSENTANTS AUTORISÉS NE POURRA CONSTITUER UNE GARANTIE. SI LE LOGICIEL APPLE OU SES SERVICES S'AVÉRAIENT DÉFECTUEUX, VOUS ASSUMERIEZ SEUL LE COÛT TOTAL DE TOUTE RÉVISION, RÉPARATION OU RECTIFICATION NÉCESSAIRE. CERTAINES LÉGISLATIONS NE PERMETTANT NI L'EXCLUSION DE GARANTIES IMPLICITES NI LES RESTRICTIONS AUX DROITS DES CONSOMMATEURS EN VIGUEUR, IL EST POSSIBLE QUE L'EXCLUSION ET LES LIMITES MENTIONNÉES CI-DESSUS NE VOUS CONCERNENT PAS.

**8. Limitation de responsabilité.** DANS TOUTE LA MESURE PERMISE PAR LA LOI EN APPLICATION, APPLE, SES AFFILIÉS OU SES AGENTS NE SERONT EN AUCUN CAS RESPONSABLES NI DE BLESSURES, NI DE TOUT DOMMAGE ACCIDENTEL, SPÉCIAL, INDIRECT OU CONSÉCUTIF, Y COMPRIS, MAIS DE FAÇON NON LIMITATIVE, LES DOMMAGES RÉSULTANTS DE MANQUES À GAGNER, DE CORRUPTION OU DE PERTES DE DONNÉES, D'ÉCHEC DE TRANSMISSION OU DE RÉCEPTION DE DONNÉES (Y COMPRIS, MAIS SANS S'Y LIMITER, LE MATÉRIEL, LES INSTRUCTIONS ET LES TRAVAUX DE CAHS), D'INTERRUPTION DES ACTIVITÉS OU TOUT AUTRE DOMMAGE COMMERCIAL OU PERTE COMMERCIALE RÉSULTANT DE OU RELATIFS À VOTRE UTILISATION OU VOTRE INAPTITUDE À UTILISER LE LOGICIEL APPLE ET LES SERVICES OU TOUT AUTRE LOGICIEL, SERVICE OU APPLICATION DE TIERCE PARTIE UTILISÉ AVEC LE LOGICIEL APPLE OU LES SERVICES, QUELLE QU'EN SOIT LA CAUSE, SANS TENIR COMPTE DE LA THÉORIE DE LA RESPONSABILITÉ (QUE CE SOIT POUR RUPTURE DE CONTRAT, EN RESPONSABILITÉ CIVILE OU AUTRE) ET CE, MÊME SI APPLE A ÉTÉ INFORMÉ DE LA POSSIBILITÉ DE TELS DOMMAGES. CERTAINES JURIDICTIONS NE PERMETTANT PAS L'EXCLUSION OU LA LIMITATION DE LA RESPONSABILITÉ POUR LES BLESSURES PERSONNELLES, OU POUR LES DOMMAGES INCIDENTS OU CONSÉCUTIFS, CETTE LIMITATION RISQUE DE NE PAS S'APPLIQUER À VOUS. La responsabilité totale d'Apple envers vous au titre de tout dommage (en dehors de ce que la législation pourrait exiger dans les cas impliquant une blessure) n'excédera en aucun cas la somme de deux cent cinquante dollars (250 $ US). Les limitations susdites s'appliqueront même si le recours indiqué ci-dessus fait défaut à sa vocation essentielle. NONOBSTANT TOUTE AUTRE DISPOSITION DE LA PRÉSENTE LICENCE, SI LA LOI JAPONAISE SUR LES CONTRATS DE CONSOMMATION S'APPLIQUE, LES DISPOSITIONS QUI LIMITENT LA RESPONSABILITÉ D'APPLE POUR LES DOMMAGES RÉSULTANT D'UNE RUPTURE DU CONTRAT OU D'UN DÉLIT COMMIS PAR APPLE NE S'APPLIQUERONT PAS SI CES DOMMAGES SONT DUS À UNE FAUTE INTENTIONNELLE OU À UNE NÉGLIGENCE GRAVE D'APPLE.

**9. Certificats numériques.** Le Logiciel Apple inclut des fonctions permettant d'accepter des certificats numériques émis soit par Apple, soit par des tiers. VOUS ÊTES PAR CONSÉQUENT RESPONSABLE DÈS LORS QUE VOUS DÉCIDEZ DE FAIRE CONFIANCE À UN CERTIFICAT, QU'IL PROVIENNE D'APPLE OU D'UN TIERS. L'UTILISATION DE CERTIFICATS NUMÉRIQUES RESTE À VOS RISQUES ET PÉRILS. DANS TOUTE LA MESURE PERMISE PAR LA LOI EN APPLICATION, APPLE NE DONNE AUCUNE GARANTIE OU REPRÉSENTATION, EXPRESSE OU IMPLICITE, QUANT À LA QUALITÉ MARCHANDE OU L'ADÉQUATION À UN USAGE PARTICULIER, LA PRÉCISION, LA SÉCURITÉ OU LA NON-VIOLATION DES DROITS DE TIERS CONCERNANT LES CERTIFICATS NUMÉRIQUES.

**10. Contrôle des exportations.** Vous ne pouvez utiliser, exporter ou réexporter le Logiciel Apple que conformément à la législation des États-Unis et à la législation de la ou des juridictions dans lesquelles vous avez acquis le Logiciel Apple. En particulier, mais sans limitation, le Logiciel Apple ne peut être exporté ni réexporté (a) vers tout pays soumis à embargo des États-Unis ou (b) à toute personne figurant

sur la liste « Specially Designated Nationals » du ministère des Finances des États-Unis ou sur les listes « Denied Persons » ou « Denied Entity » du ministère du Commerce des États-Unis ou sur toute autre liste de partie non autorisée. En utilisant le Logiciel Apple, vous déclarez et garantissez n'être pas situé dans un de ces pays ou inscrit sur les listes mentionnées ci-dessus. Vous acceptez également de ne pas utiliser le Logiciel Apple à des fins non autorisées par la législation des États-Unis, ce qui inclut, sans limitation, le développement, la conception, la fabrication ou la production de missiles et d'armes nucléaires, chimiques ou biologiques.

**11. Utilisateurs du gouvernement des États-Unis.** Le Logiciel Apple et sa documentation sont des « Commercial Items » (éléments commerciaux), en vertu de la définition figurant dans la clause 48 C.F.R. (Code of Federal Rules) §2.101, consistant en « Commercial Computer Software » (logiciel) et « Commercial Computer Software Documentation » (documentation), en vertu de la définition de ces termes dans les clauses 48 C.F.R. §12.212 ou 48 C.F.R. §227.7202. Conformément à la clause 48 C.F.R. §12.212 ou 48 C.F.R. §227.7202-1 à 227.7202-4, le cas échéant, le logiciel (« Commercial Computer Software ») et la documentation (« Commercial Computer Software Documentation ») ne sont cédés sous licence aux utilisateurs finaux employés par le gouvernement américain (a) qu'en tant que « Commercial Items » et (b) uniquement avec les droits accordés à tous les autres utilisateurs finaux conformément aux conditions générales du présent contrat de licence. Les droits non publiés sont réservés en vertu de la législation des droits d'auteur en vigueur aux États-Unis.

**12. Loi applicable et divisibilité du contrat.** Cette licence sera régie et interprétée en conformité avec la législation de l'état de Californie, telle qu'elle s'applique aux accords conclus et réalisés entièrement en Californie entre résidents californiens. Cette licence ne sera pas régie par la convention des Nations Unies sur les contrats de vente internationale de biens, dont l'application est expressément exclue. Si vous êtes un consommateur résidant au Royaume-Uni, la présente Licence sera régie par les lois de la juridiction dans laquelle vous résidez. Si pour une raison quelconque un tribunal ayant juridiction juge qu'une disposition de la présente licence est inapplicable, en totalité ou en partie, les autres dispositions de la présente licence resteront entièrement applicables.

**13. Intégralité de l'accord; langue faisant foi.** Cette Licence constitue l'intégralité de l'accord entre vous et Apple quant au Logiciel Apple et remplace tous les accords ou propositions antérieurs ou actuels, écrits ou verbaux, à ce sujet. Aucun amendement ou aucune modification de cette Licence ne prendra effet à moins d'être stipulé par écrit et signé par Apple. Toute traduction de la présente licence est effectuée pour des besoins locaux. En cas de litige entre la version anglaise et toute autre version, seule la version anglaise sera d'application.

**14. Mentions concernant les tierces parties.** Certaines portions du Logiciel Apple peuvent utiliser ou comporter des logiciels de tierce partie et des mentions concernant les droits d'auteur. Les remerciements, les conditions de licence et les exclusions de garanties desdits éléments figurent dans la documentation électronique du Logiciel Apple, et votre utilisation desdits éléments est régie par leurs conditions respectives. L'utilisation du service de navigation sécurisée de Google est régie par les Conditions d'utilisation de Google (https://www.google.com/intl/fr/policies/terms/) et les Règles de confidentialité de Google (https://www.google.com/intl/fr/policies/privacy/).

**15. Utilisation de MPEG-4; H.264/Notice AVC**
(a) La licence du Logiciel Apple est concédée d'après les termes de la licence du portefeuille de brevets de MPEG-4 Systems pour l'encodage. Une licence additionnelle et le paiement d'une redevance sont toutefois nécessaires pour l'encodage (i) de données stockées ou dupliquées sur un support physique payé titre par titre ou (ii) de données payées titre par titre et transmises à un utilisateur final pour un stockage ou une utilisation permanent(e)s. Une telle licence supplémentaire peut être obtenue auprès de MPEG LA, LLC. Consultez https://www.mpegla.com pour plus de détails.

(b) Le Logiciel Apple prévoit des fonctionnalités d'encodage ou de décodage MPEG-4. La licence du Logiciel Apple vous est par conséquent concédée d'après les conditions de la licence du portefeuille de brevets de MPEG-4 Visual dans le cadre d'une utilisation privée à but non commercial par un consommateur pour (i) l'encodage de vidéo en conformité avec la norme MPEG-4 Visual (« Vidéo au format MPEG-4 ») ou (ii) le décodage de vidéo MPEG-4 encodée par un consommateur engagé dans une activité privée à but non commercial ou obtenue d'un fournisseur vidéo avec l'autorisation de MPEG LA pour distribuer de la vidéo au format MPEG-4. Aucune licence ne saurait être accordée ou être considérée comme implicite pour toute autre utilisation. Des informations complémentaires sur l'utilisation à des fins promotionnelles, internes et commerciales et sur l'attribution de licence dans de tels cas sont disponibles auprès de MPEG LA, LLC. Voir https://www.mpegla.com.

(c) Dans la mesure où le Logiciel Apple inclut la fonctionnalité de décodage et/ou d'encodage AVC, l'usage commercial de H.264/AVC requiert une concession de licence complémentaire et la disposition suivante s'applique : LA PRÉSENTE LICENCE POUR LA FONCTIONNALITÉ AVC DU LOGICIEL APPLE N'EST ACCORDÉE QUE DANS LE CADRE D'UN USAGE PERSONNEL ET NON COMMERCIAL D'UN CONSOMMATEUR POUR (i) ENCODER DE LA VIDÉO SELON LA NORME AVC (« VIDÉO AVC ») OU (ii) DÉCODER DE LA VIDÉO AVC ENCODÉE PAR UN CONSOMMATEUR DANS LE CADRE D'UNE ACTIVITÉ PERSONNELLE ET NON COMMERCIALE OU DE LA VIDÉO AVC PROVENANT D'UN FOURNISSEUR VIDÉO AUTORISÉ À PROPOSER DE LA VIDÉO AVC. LES INFORMATIONS RELATIVES AUX AUTRES USAGES ET LICENCES SONT DISPONIBLES AUPRÈS DE MPEG L.A. L.L.C. VOIR https://www.mpegla.com.

**16. Restrictions du service Yahoo Search.** Le service Yahoo Search disponible via Safari n'est octroyé en licence d'utilisation que dans les pays et régions suivants : Allemagne, Argentine, Aruba, Australie, Autriche, Bahamas, Barbade, Belgique, Bermudes, Brésil, Bulgarie, Canada, Chili, Chine continentale, Hong Kong, Taïwan, Colombie, Corée du Sud, Chypre, Danemark, Espagne, Équateur, États-Unis, Finlande, France, Grèce, Grenade, Guatemala, Hongrie, Îles Caïmans, Islande, Inde, Indonésie, Irlande, Italie, Jamaïque, Japon, Lettonie, Lituanie, Luxembourg, Malaisie, Malte, Mexique, Nouvelle-Zélande, Nicaragua, Norvège, Panama, Pays-Bas, Pérou, Philippines, Pologne, Portugal, Porto Rico, République Dominicaine, République Tchèque, Roumanie, Royaume-Uni, Sainte-Lucie, Saint-Vincent, Salvador, Singapour, Slovaquie, Slovénie, Suède, Suisse, Thaïlande, Trinité-et-Tobago, Turquie, Uruguay et Venezuela.

**17. Avis sur Microsoft Exchange.** Le paramètre de messagerie Microsoft Exchange tiré du Logiciel Apple vous est uniquement concédé sous licence pour bénéficier de la synchronisation sans fil de données, telles que vos courriers électroniques, vos contacts, votre calendrier et vos tâches, entre votre appareil et Microsoft Exchange Server ou un autre serveur concédé sous licence par Microsoft pour mettre en application le protocole Microsoft Exchange ActiveSync.

EA1806
2022-07-08

—————————

**Conditions générales supplémentaires relatives à Apple Pay et Portefeuille**

Les présentes conditions générales supplémentaires relatives à Apple Pay et Portefeuille (« Conditions générales supplémentaires ») complètent le contrat de licence d'Apple (« Licence »). Les dispositions de la Licence et des présentes Conditions générales supplémentaires régissent votre utilisation de la fonctionnalité Apple Pay (« Apple Pay ») et de l'application Portefeuille d'Apple (« Portefeuille »), qui doit être considérée de façon implicite comme un « Service » en vertu de la Licence. Les modalités en majuscules utilisées dans les présentes Conditions générales supplémentaires possèdent la définition indiquée dans la Licence.

**1. Aperçu**

**Apple Pay**

Apple Pay vous permet :

- d'effectuer des paiements sans contact avec des cartes de crédit, de débit et prépayées, y compris l'Apple Card et la carte Apple Cash dans certains points de vente ou à partir d'applications ou de sites web;
- d'envoyer des paiements de personne à personne à d'autres utilisateurs d'Apple Cash;
- de suivre les commandes et de consulter les reçus détaillés.

Il est possible qu'Apple Pay et certaines de ses fonctionnalités soient disponibles uniquement dans certaines régions, auprès de certains émetteurs de carte, certains réseaux de paiement, certains commerces et d'autres tiers.

**Portefeuille**

Portefeuille d'Apple vous permet de stocker des représentations virtuelles de cartes de crédit, de débit et prépayées à utiliser avec Apple Pay (dans leur ensemble, « Cartes Apple Pay »), ainsi que d'autres types de cartes et clés, y compris, sans limitation, les cartes suivantes (dans leur ensemble, « Cartes Portefeuille » et, désignées avec les Cartes Apple Pay, les « Cartes compatibles ») :

- cartes de fidélité;
- cartes de transport;
- billets;
- cartes de membre;
- clés de véhicule;
- clés de domicile;
- clés d'accès aux prestations hôtelières;
- cartes d'accès d'entreprise;
- cartes d'étudiant;
- permis de conduire ou cartes d'identité officielles (« Cartes d'identité »).

Les Cartes Portefeuille peuvent n'être disponibles que dans certaines régions et auprès de partenaires désignés. Les Cartes d'identité peuvent n'être disponibles que pour les résidents d'États participants et leur présentation peut varier selon l'État ou le lieu.

Les Cartes compatibles sont susceptibles de changer de temps à autre.

**2. Admissibilité**

Pour utiliser Apple Pay et Portefeuille, vous devez posséder (i) un appareil compatible exécutant une version du système d'exploitation qui prend en charge les Services (la dernière version est conseillée et parfois obligatoire); (ii) un identifiant Apple associé à un compte iCloud dûment validé auprès d'Apple; et (iii) un accès Internet (des frais peuvent s'appliquer). À l'exception d'Apple Cash familial et de certaines cartes de paiement électroniques, les Cartes Apple Pay sont uniquement destinées aux personnes âgées de 13 ans ou plus et des restrictions supplémentaires relatives à l'âge peuvent être imposées par iCloud ou par l'émetteur, le commerçant ou tout autre tiers. Les cartes de transport, les cartes de paiement électroniques, les cartes d'identité, les cartes d'accès d'entreprise et les clés ne sont accessibles que sur les appareils iOS.

Si vous êtes parent ou tuteur légal pour un compte iCloud familial (« Organisateur »), vous pouvez inviter des membres de la famille, y compris des mineurs de moins de 13 ans (ou l'âge minimal équivalent dans le pays en question), pour approvisionner et utiliser des cartes de transport admissibles dans Portefeuille. En tant qu'Organisateur, vous êtes responsable de tous les paiements, achats et transactions réalisés au moyen de la carte de transport ayant été activée pour les membres de la famille, dont ceux engagés par le membre de la famille. L'admissibilité aux cartes de transport et leur utilisation dans Portefeuille sont soumises aux conditions générales de l'agence de transport applicable. Les Organisateurs sont chargés du respect desdites conditions générales et assument tous les risques relatifs à l'activation des cartes de transport pour les autres membres de la famille. Lorsqu'un membre de la famille quitte la famille ou en est retiré, celui-ci n'est alors plus en mesure de recharger la carte de transport et peut seulement effectuer des transactions sur la carte jusqu'au moment où le solde du compte du titre arrive à zéro.

Si vous êtes propriétaire d'une clé de véhicule, vous pouvez partager la clé de votre véhicule avec d'autres personnes de 13 ans ou plus pour déverrouiller, accéder ou conduire votre véhicule.

Les clés de domicile ne peuvent être ajoutées à Portefeuille ou supprimées qu'en ajoutant ou en supprimant les serrures dans l'app Domicile ou qu'en vous ajoutant ou vous supprimant d'un domicile dans l'app Domicile. Si vous êtes l'administrateur d'un domicile dans l'app Domicile, toute clé de domicile existante est automatiquement partagée avec les personnes que vous avez invitées et qui ont accepté de se joindre à votre domicile.

L'Apple Card n'est disponible qu'aux États-Unis et est émise par Goldman Sachs Bank USA, succursale de Salt Lake City (« Émetteur de la carte Apple Card »). À l'exception de l'Apple Card familiale, l'Apple Card n'est disponible que pour les personnes âgées d'au moins 18 ans (ou plus en fonction de l'État où vous résidez).

La carte Apple Cash et la possibilité d'envoyer et de recevoir des paiements entre personnes ne sont disponibles qu'aux États-Unis et constituent des services fournis par Green Dot Bank, membre de la FDIC. Afin d'envoyer ou de recevoir des paiements entre personnes dans Apple Pay, vous devez posséder une carte Apple Cash. À l'exception de l'Apple Card familiale, la carte Apple Cash et la possibilité d'envoyer et de recevoir des paiements entre personnes ne sont disponibles que pour les personnes âgées d'au moins 18 ans.

**3. Utilisation des Services**

L'utilisation des Cartes compatibles et des paiements entre personnes requiert un identifiant Apple servant à se connecter à iCloud. Lorsque vous ajoutez ou supprimez des clés, des cartes d'accès d'entreprise, des cartes de fidélité, des billets et des cartes de membre dans Portefeuille, la modification peut apparaître sur vos autres appareils Apple sur lesquels vous êtes connectés à l'aide de votre identifiant Apple. Vous ne pouvez associer qu'une Carte d'identité pour chaque autorité d'émission officielle avec chaque identifiant Apple.

Les apps Apple Pay et Portefeuille sont prévues pour un usage personnel et vous ne pouvez approvisionner que vos propres Cartes compatibles ou lesdites cartes de transport ou clés de véhicule et de domicile que vous avez été invité à approvisionner par un Organisateur ou propriétaire. Si vous approvisionnez une carte d'entreprise prise en charge, vous déclarez le faire avec l'autorisation de votre employeur et avoir la permission de lier ce dernier par les conditions d'utilisation et les transactions réalisées en utilisant cette fonctionnalité. Si vous envoyez ou recevez un paiement d'une personne, vous acceptez procéder pour votre propre usage personnel et non commercial. Si vous approvisionnez une Carte d'identité, vous déclarez le faire avec vos propres informations personnelles qui vous représentent réellement et avec précision.

Vous acceptez de ne pas utiliser Apple Pay ou Portefeuille à des fins illégales ou frauduleuses ou à toute autre fin interdite par la Licence et par ces Conditions générales supplémentaires. Vous acceptez également d'utiliser Apple Pay et Portefeuille conformément aux lois et réglementations applicables. Vous reconnaissez que toute information fausse envoyée dans le cadre d'une Carte d'identité peut constituer une infraction criminelle en vertu des lois fédérales ou régionales. Vous acceptez de ne pas interférer avec ou interrompre le fonctionnement du service Apple Pay ou Portefeuille (y compris de ne pas accéder au service par un moyen automatisé quelconque) ou de tout serveur ou réseau connecté audit service, ou de toute politique, exigence ou réglementation de réseaux connectés audit service (y compris tout accès non autorisé, utilisation ou contrôle des données ou du trafic sur ceux-ci).

Si votre accès ou utilisation d'Apple Pay ou de Portefeuille est interdit par la législation en vigueur, vous n'avez pas l'autorisation d'accéder aux Services ou de les utiliser. Nous ne sommes pas responsables si vous accédez aux Services ou si vous les utilisez d'une façon susceptible de violer la législation en vigueur.

**4. Relation avec Apple**

Votre utilisation d'Apple Pay est régie par ces Conditions supplémentaires, ainsi que par les conditions stipulées dans le contrat du détenteur de la carte en place avec l'émetteur, le commerçant ou tout autre tiers responsable de votre Carte Apple Pay.

De même, votre utilisation des Cartes Portefeuille dans Portefeuille est régie par ces Conditions supplémentaires, ainsi que par les conditions stipulées dans votre contrat établi avec le commerçant, l'agence de transport, le constructeur automobile, le fabricant de serrures, l'université, l'hôtel, le complexe touristique, la compagnie de croisière, la société, l'autorité d'émission officielle ou tout autre tiers approprié.

À l'exception de certaines fonctionnalités d'Apple Pay fournies par Apple Payments Inc. (« Apple Payments ») décrites ci-dessous, Apple ne traite ni les paiements ni les transactions hors paiement réalisés par le biais de vos Cartes Apple Pay. Apple ne bénéficie d'aucun contrôle sur les paiements, retours, remboursements, transferts de fonds, récompenses, offres, rabais, accès, vérifications d'identité, commandes, traitement des commandes ou toute activité pouvant être liée à votre utilisation d'Apple Pay ou de Portefeuille, et n'en est aucunement responsable.

Si un conflit existe entre les conditions stipulées dans ces Conditions supplémentaires et votre contrat établi avec l'émetteur, le commerçant, l'autorité d'émission officielle ou tout autre tiers approprié (chacun constituant un « **Contrat de tierce partie** »), les conditions stipulées dans ces Conditions supplémentaires font alors foi de votre relation avec Apple, et les conditions stipulées dans le Contrat de tierce partie approprié régissent votre relation avec ladite tierce partie.

Vous acceptez qu'Apple n'est partie dans aucun de vos Contrats de tierce partie, ni responsable : (a) du contenu, de l'exactitude ou de la disponibilité de toute Carte compatible, des achats, des transactions, des transferts de fonds, des commandes, du traitement des commandes, des reçus ou d'autres activités dans le cadre de l'utilisation d'Apple Pay ou de Portefeuille, y compris, sans s'y limiter, celles effectuées par des membres de la famille ou autrui avec qui vous avez partagé vos Cartes compatibles ou qui ont eu  accès à votre Appareil; (b) de l'accord de crédit ou de l'étude d'admissibilité au crédit; (c) de l'émission, de la suspension ou la révocation d'un permis de conduire ou d'une carte d'identité officielle; (d) des activités des émetteurs, des commerçants, des développeurs d'app s lications  ou d'autres tiers dans le cadre de votre utilisation d'Apple Pay ou de Portefeuille; (e) des décisions prises par un émetteur, un commerçant ou tout autre tiers lié à l'ajout de votre Carte compatible dans Portefeuille; (f) de votre abonnement ou participation à un programme quelconque d'un commerçant ou partenaire; (g)

de l'accumulation ou de l'échange de récompenses ou de valeurs obtenues en relation avec vos Cartes compatibles; (h) du remboursement ou de la recharge de Cartes compatibles prépayées; (i) de l'envoi ou de la réception de paiements ou de transferts de fonds entre personnes; ou (j) de l'approvisionnement, de la récupération ou du retrait d'argent depuis votre carte Apple Cash.

Lorsque vous présentez une demande pour obtenir l'Apple Card, vous demandez à ouvrir un compte auprès de l'émetteur de l'Apple Card. L'institution financière qui offre l'Apple Card est susceptible de changer et votre utilisation de l'Apple Card est soumise à ses modalités.

Lorsque vous activez les fonctionnalités Apple Cash dans Apple Pay, vous ouvrez un compte auprès de Green Dot Bank. À l'exception des fonctionnalités d'Apple Pay fournies par Apple Payments, lorsque vous envoyez ou recevez un paiement de personne à personne, ou créditez ou débitez votre carte Apple Cash, Green Dot Bank est responsable de la réception et de l'envoi des fonds vers le bénéficiaire souhaité. L'institution financière chargée d'offrir Apple Cash et les paiements de personne à personne au moyen d'Apple Pay est susceptible de changer, et l'utilisation que vous faites de ces fonctionnalités est soumise à ses modalités.

La possibilité d'utiliser des fonds provenant de votre carte Apple Cash pour effectuer des paiements à certaines entreprises admissibles que vous avez autorisées (le « Service de paiements directs ») est un service fourni par Apple Payments. Votre utilisation du Service de paiements directs est soumise aux conditions générales de paiements directs d'Apple Payments. En outre, certaines entreprises admissibles peuvent vous permettre de les autoriser à verser des fonds sur votre carte Apple Cash (chacune, un « Déboursement »). Bien que les déboursements puissent être traités par Apple Payments, ils sont proposés par les entreprises participantes qui fournissent ces fonds et ils peuvent être soumis à certaines modalités supplémentaires des entreprises qui les déboursent. Pour tout différend ou toute question relative aux Cartes compatibles ou à des activités commerciales associées à des cartes de paiement, veuillez prendre contact avec votre émetteur ou le commerçant, l'autorité d'émission officielle, le développeur de l'app lication  ou tout autre tiers applicable. Si vous avez des questions au sujet d'Apple Pay, de Portefeuille, de l'Apple Card ou la carte Apple Cash ou des paiements de personne à personne, veuillez contacter l'assistance Apple.

### 5. Confidentialité

Les renseignements personnels recueillis et utilisés par Apple sont régies par la politique de confidentialité d'Apple, accessible au https://www.apple.com/ca/fr/legal/privacy/. Vous pouvez en apprendre davantage sur les renseignements personnels recueillis, utilisés ou partagés dans le cadre de votre utilisation d'Apple Pay et de Portefeuille en lisant les avis de confidentialité propres aux services concernés, notamment À propos d'Apple Pay et de la confidentialité qui sont accessibles sur votre appareil, dans l'app Watch d'un Appareil jumelé ou en vous rendant sur https://www.apple.com/ca/fr/legal/privacy/. En utilisant Apple Pay et Portefeuille, vous acceptez qu'Apple, ses filiales et ses représentants transmettent, recueillent, conservent, traitent et utilisent ces données comme décrit ci-dessus pour assurer le bon fonctionnement de ces Services.

### 6. Sécurité; appareils perdus ou désactivés

PROTÉGEZ VOS APPAREILS COMPATIBLES ET LES INFORMATIONS D'IDENTIFICATION COMME VOUS LE FERIEZ AVEC VOTRE PORTEFEUILLE ET VOS CARTES PHYSIQUES

Apple Pay et Portefeuille conservent des représentations virtuelles de vos Cartes compatibles et doit par conséquent être protégé comme vous le feriez avec votre argent liquide, vos clés ou vos cartes de débit, de crédit, prépayées, d'identité et toute autre carte. Vous êtes l'unique responsable du maintien de la sécurité de vos appareils, de votre identifiant Apple, des renseignements de Touch ID ou Face ID, du

code d'accès de vos appareils compatibles et de toute autre information d'identification utilisée dans le cadre des Services (dans leur ensemble, vos « Informations d'identification »). Si vous autorisez ou laissez quiconque utiliser votre appareil compatible (*par exemple*, en fournissant le code d'accès de votre appareil à un tiers, en autorisant un tiers à ajouter son empreinte digitale pour utiliser Touch ID ou Face ID, ou en fournissant de toute autre façon vos Informations d'identification à un tiers), la personne peut être en mesure d'effectuer des paiements, d'envoyer, de demander ou de recevoir des paiements entre personnes, de retirer de l'argent de votre carte Apple Cash, de recevoir ou de retirer des bons d'achat, d'utiliser la valeur, de déverrouiller ou d'accéder de toute autre façon à votre véhicule, chambre, bureau ou domicile, d'emprunter votre identité ou d'effectuer d'autres transactions avec vos Cartes compatibles dans Portefeuille. Dans un tel cas, vous êtes responsable de tous les paiements, accès et transactions que cette personne effectue.

APPAREILS DÉBRIDÉS

Si vous effectuez des modifications non autorisées sur votre appareil, par exemple en désactivant les contrôles matériels ou logiciels en place (pratique parfois appelée « débridage » ou « jailbreaking »), votre appareil risque de ne plus être admissible pour accéder à ces Services ou les utiliser. Vous reconnaissez que l'utilisation d'un appareil modifié dans le cadre des Services est expressément interdite, constitue une violation des présentes Conditions supplémentaires et une raison pour nous de refuser ou de limiter votre accès aux Services.

MESURES COMPLÉMENTAIRES DE SÉCURITÉ

Vous serez peut-être amené à activer des mesures de sécurité supplémentaires, telles que l'identification à deux facteurs pour votre identifiant Apple, afin de pouvoir utiliser certaines fonctionnalités d'Apple Pay comme l'Apple Card, la carte Apple Cash et les paiements de personne à personne avec Apple Pay. Si par la suite vous désactivez ces fonctions de sécurité, il est possible que vous ne puissiez plus accéder à certaines fonctionnalités d'Apple Pay. Pour supprimer les données Face ID ou de Touch ID associées à votre Carte d'identité pour son utilisation, vous devrez effectuer de nouveau le processus d'approvisionnement de la Carte d'identité.

APPAREILS PERDUS OU VOLÉS

Si votre appareil est perdu ou volé et que la fonctionnalité Localiser mon est activée, vous pouvez l'utiliser pour essayer de désactiver la fonction de l'appareil qui permet d'effectuer des transactions avec les Cartes de paiement virtuelles compatibles ou d'envoyer des paiements de personne à personne en activant le mode Perdu. Si votre appareil est en mode Perdu, la clé de votre véhicule peut être désactivée dans Portefeuille et vous ne pourrez plus accéder à votre véhicule ou le démarrer après un être sorti ou après avoir éteint le moteur. Le mode Perdu ne touche que les clés sur l'appareil perdu. Si vous en êtes propriétaire, vous ne pourrez plus partager la clé de votre véhicule ou de votre domicile avec autrui, mais les clés ayant déjà été partagées avec d'autres ne seront pas touchées sur leurs appareils.

Vous pouvez aussi effacer le contenu de l'appareil, celui-ci tentera alors de suspendre la fonction de l'appareil qui permet d'effectuer des transactions à l'aide des Cartes de paiement virtuelles compatibles et d'envoyer des paiements de personne à personne. Cependant, vous devriez également communiquer avec l'émetteur, le commerçant ou tout autre tiers responsable de vos Cartes compatibles, ou Apple dans le cas de votre Apple Card ou de votre carte Apple Cash afin d'empêcher tout accès non autorisé à vos Cartes compatibles sur Apple Pay et dans Portefeuille.

Si vous signalez, ou qu'Apple suspecte, des activités frauduleuses ou abusives, vous acceptez de collaborer avec Apple dans toute enquête et de prendre toute mesure de prévention contre la fraude

nécessaire recommandée par Apple.

**7. Limitation de responsabilité**

OUTRE LES EXCLUSIONS DE GARANTIES ET LES LIMITATIONS DE RESPONSABILITÉ CONTENUES DANS LA LICENCE, APPLE N'ASSUME AUCUNE RESPONSABILITÉ POUR LES ACHATS, LES PAIEMENTS, LES TRANSFERTS DE FONDS, LES COMMANDES, LE TRAITEMENT DES COMMANDES, LES INFORMATIONS CONTENUES DANS LES REÇUS, L'ACCÈS, LA VÉRIFICATION D'IDENTITÉ, LES TRANSACTIONS OU TOUTE AUTRE ACTIVITÉ RÉALISÉE À L'AIDE DE LA FONCTIONNALITÉ APPLE PAY OU PORTEFEUILLE. DE PLUS, VOUS ACCEPTEZ DE VOUS RAPPORTEZ UNIQUEMENT AUX ACCORDS PASSÉS AVEC L'ÉMETTEUR DE VOTRE CARTE, VOTRE RÉSEAU DE PAIEMENT, LES INSTITUTIONS FINANCIÈRES, LES COMMERÇANTS, LE DÉVELOPPEUR D'APP LICATION , L'AUTORITÉ D'ÉMISSION OFFICIELLE OU TOUT AUTRE TIERS APPLICABLE AUPRÈS DESQUELS VOUS RÉALISEZ DES ACHATS POUR RÉSOUDRE TOUTE QUESTION OU TOUT DIFFÉREND RELATIF À VOS CARTES DE PAIEMENT COMPATIBLES, AUX PAIEMENTS DE PERSONNE À PERSONNE ET AUX ACTIVITÉS ASSOCIÉES.

— — — — — — — — — — — —

**NOTIFICATIONS DE LA PART D'APPLE**

Si Apple a besoin de vous contacter au sujet de votre produit ou de votre compte, vous acceptez de recevoir des notifications par courrier électronique. Vous acceptez que de telles notifications, qui vous parviennent électroniquement d'Apple, satisfassent toute disposition légale en matière de communication.

香港繁體中文

重要事項：如使用 iPHONE、iPAD 或 iPOD TOUCH（下稱「裝置」），即表示閣下同意受以下條款約束：

A.    APPLE iOS 和 iPadOS 軟件許可協議
B.    APPLE PAY 附加條款
C.    來自 Apple 的通知

APPLE INC.
iOS 和 iPadOS 軟件許可協議
單一使用許可證

請先仔細閱讀本軟件許可協議（下稱「許可證」），然後才使用閣下的裝置或下載附隨本許可證的軟件更新。閣下使用裝置或下載軟件更新版本（以適用者為準），即表示同意受本許可證的條款約束。如閣下不同意本許可證的條款，請勿使用裝置或下載該軟件更新。

如閣下最近購買裝置但不同意許可證條款，可在退貨期內將裝置帶到購自的 APPLE STORE 或授權分銷商退貨並退款，但須符合 APPLE 的退貨政策規定，有關政策載於 https://www.apple.com/hk/legal/sales-support/。

1. 一般條款
(a) 連同閣下的裝置提供並可以 Apple 為閣下的裝置或支援的周邊裝置所提供的功能增強軟件、軟件更新、保安回應、系統檔案或系統還原軟件（下稱「Apple 軟件變動」）予以更新或取代的軟件（包括 Boot ROM 代碼、嵌入式軟件和第三方軟件）、文件、界面、內容、字體及任何數據（下稱「原 Apple 軟件」），不論是唯讀記憶體、任何其他媒體或任何其他形式（原 Apple 軟件和 Apple 軟件變動統稱「Apple 軟件」），均由 Apple Inc.（下稱「Apple」）許可閣下僅根據本許可證的條款使用而非售予閣下。Apple 及其許可人保留對 Apple 軟件本身的所有權，並保留一切並未明確授予閣下的權利。閣下同意本許可證條款將適用於任何可能已預先內置在閣下的裝置上的 Apple 品牌 app，除非該 app 另外附有單獨的許可證，在這種情況下，閣下同意該許可證的條款將規管閣下對該 app 的使用。

(b) Apple 未來可酌情推出 Apple 軟件變動。Apple 軟件變動（如有的話）未必包含 Apple 就較新或其他型號裝置發行的全部現有軟件功能或新功能。本許可證條款監管由 Apple 提供的任何 Apple 軟件變動，除非該等 Apple 軟件變動另外載有獨立許可證，在此情況下，閣下將受該許可證的條款約束。

(c) 如閣下使用快速設置功能以閣下現有的裝置為基礎設置新的裝置，閣下同意，本許可證的條款將規管閣下在個人的新裝置上使用 Apple 軟件，除非另外附有單獨的許可證，在這種情況下，閣下同意該許可證的條款將規管閣下對該 Apple 軟件的使用。閣下的裝置會定期向 Apple 查詢是否有 Apple 軟件變動。如有變動，該等變動或會自動下載和安裝到閣下的裝置及（如適用）周邊裝置上。**閣下使用 Apple 軟件，即表示同意 Apple 可下載和安裝自動 Apple 軟件變動到閣下的裝置和周邊裝置上。**閣下可以隨時前往「設定」>「一般」>「軟件更新」調整「自動更新」設定，關閉自動更新操作系統和 Rapid Security Responses（快速保安回應）功能。某些系統檔案（包括但不限於更新的字體、語言模型、語音元素及周邊裝置韌體）可能會在閣下啟用或使用個別功能和周邊裝置等情況下繼續自動安裝，或者用於處理法律、法規、公共安全或技術考慮事宜。

2. 允許的許可證用途和限制。

(a) 在必須遵守本許可證條款及細則的情況下，閣下獲授予在單一 Apple 品牌裝置上使用 Apple 軟件的有限、非獨家許可證。除以下第 2B 條允許以及除閣下與 Apple 之間另訂協議規定外，本許可證並不允許 Apple 軟件在任何時候存在於一部以上的 Apple 品牌裝置，而且閣下不得分發或在網絡上提供 Apple 軟件，以致 Apple 軟件在同一時間供多部裝置使用。本許可證並不授予閣下使用 Apple 擁有專有權的界面及其他知識產權，以設計、開發、製造、授予許可或分發第三方裝置與配件或第三方軟件應用程式連同裝置使用的任何權利。在獲得 Apple 的另行許可下，可行使其中某些權利。有關為裝置開發第三方裝置與配件的詳情，請瀏覽 https://developer.apple.com/programs/mfi/。有關為裝置開發軟件應用程序的詳情，請瀏覽 https://developer.apple.com。

(b) 在必須遵守本許可證條款及細則的情況下，閣下獲授予有限的、非獨家許可證，可下載 Apple 可能提供給閣下裝置型號的 Apple 軟件變動，以更新或還原由閣下擁有或控制的任何此等裝置上的軟件。本許可證並不允許閣下更新或還原不受閣下控制或並非閣下擁有的裝置，而且閣下不得在網絡上分發或提供 Apple 軟件變動，以致 Apple 軟件變動在同一時間可供多部裝置或多部電腦使用。如閣下下載 Apple 軟件更新到閣下的電腦上，閣下只可為備份目的而以機器可讀形式，複製一份儲存於閣下電腦的 Apple 軟件變動，但該備份副本必須附有原件所載的一切版權或其他專有權通知。

(c) 在閣下購買時 Apple 已在閣下的裝置上預先安裝 Apple 品牌 app（下稱「預先安裝 app」）的範圍內，閣下需要登入 App Store 並將這些預先安裝 app 連繫閣下的 App Store 帳戶，才能在閣下的裝置上使用這些 app。當閣下將預先安裝的 app 連繫閣下的 App Store 帳戶時，閣下裝置上所有其他預先安裝 app 會同時自動連繫起來。閣下選擇將預先安裝 app 連繫閣下的 App Store 帳戶，即表示閣下同意 Apple 可傳輸、收集、維護、處理和使用閣下的 App Store 帳戶所使用的 Apple ID 和收集自閣下裝置的唯一硬件識別碼，作為驗證閣下所提出請求的資格的唯一帳戶識別碼，以及向閣下提供通過 App Store 存取預先安裝 app 的途徑。如閣下不希望使用預先安裝的 app，可隨時從閣下的裝置中刪除。

(d) 閣下不得且閣下同意不會或讓其他人複製（本許可證明示允許除外）、反彙編、倒序製造、拆裝、企圖導出其原始碼、解碼、修改 Apple 軟件或製造其衍生作品、或 Apple 軟件提供的任何服務或其任何部分（除非或只有在適用法律或可能包含在 Apple 軟件內的開放原始碼組件使用許可證條款禁止任何前述限制的範圍內）。閣下同意不移除、遮蔽或更改可能附加於或包含在 Apple 軟件中的任何專有權通知（包括商標和版權通知）。

(e) Apple 軟件可用於複製材料，只要該等使用限於複製沒有版權的材料、閣下擁有其版權的材料、或閣下獲授權或法律允許複製的材料。在不違背上述條款的情況下，閣下不得將通過 News 或「地圖」存取的任何圖像，作為獨立檔案重新發佈、重新傳輸或複製。通過閣下的裝置軟件顯示、儲存或存取的任何內容，其所有權和知識產權屬於相關的內容所有權人。此等內容可能受版權或其他知識產權法律和條約保護，及可能須遵守提供該等內容的第三方的使用條款。除在此另有規定外，本許可證並不授予閣下使用該等內容的任何權利，亦不保證該等內容將繼續提供給閣下。

(f) 在必須遵守本許可證條款及細則的情況下，閣下可(i) 在以下情況使用 Apple 軟件所包含或創建的 Memoji 字元（下稱「系統字元」）：(1) 運行 Apple 軟件，及 (2) 建立閣下自己的原創內容和專案，作個人的非商業用途；及 (ii) 使用 Apple 軟件在裝置上實時自動產生的即時字幕（下稱「即時字幕」），無論是在 FaceTime 通話期間還是以其他方式產生，僅用於閣下個人的非商業用途。本許可證不允許將系統字元或即時字幕用於任何其他方面，包括但不限於在營利、非營利、公開共享或商業背景下，使用、複製、顯示、執行、記錄、發佈或再分發任何系統字元或即時字幕。

(g) 為了完成某些 app 和/或網站的行動快捷指令，Apple 軟件可能需要存取閣下裝置上的某些第三方軟件應用程式、服務或網站。在有必要配合 Apple 軟件完成快捷指令的範圍內，閣下明確同意此類用途。

(h) 閣下同意依照所有適用法律使用 Apple 軟件以及服務（定義見以下第 5 節），此等法律包括閣下所居住或者下載或使用 Apple 軟件以及服務的國家或地區的當地法律。Apple 軟件和服務的功能未必以所有語言或在所有地區提供，某些功能可能因地區而異、部分可能會受到限制，或閣下的服務供應商沒有提供。Apple 軟件和服務的某些功能需要 Wi–Fi 或流動數據連接。

(i) 使用 App Store 需要名為 Apple ID 的獨有用戶名稱和密碼組合。要存取 app 的更新版本及 Apple 軟件和服務的某些功能，同樣需要 Apple ID。

(j) 閣下確認 Apple 軟件很多功能、預先內置 app 和服務會傳輸數據，可能影響閣下數據計劃的收費，以及閣下須負責繳付該等收費。閣下可在流動數據設定下查看和控制哪些應用程式獲准使用流動數據，並查看該等應用程式估計消耗了多少數據。此外，當閣下的 Wi–Fi 連接不良時，「Wi–Fi 輔助」會自動切換到流動數據模式，或會導致使用較多流動數據及影響閣下的數據計劃收費。「Wi–Fi 輔助」是預設啟用的，但可在設定下予以停用。詳情請參閱閣下裝置的使用指南。

(k) 如閣下選擇允許自動更新 app，閣下的裝置會向 Apple 定期查詢索取裝置上的 app 的更新版本。如有提供的話，該更新版本會自動下載和安裝到閣下的裝置上。閣下可隨時前往「設定」並點選「iTunes 與 App Store」，然後在「自動下載」下關閉「更新項目」，以完全關閉 app 的自動更新功能。

(l) 在某些情況下使用裝置可能分散閣下的注意力，並可能導致危險情況（例如，應避免在開車時輸入文字訊息，或在踩單車時使用耳機）。閣下使用裝置，即表示閣下同意有責任遵守禁止或限制使用手機或頭戴式耳機的規則（例如在開車時撥打電話須使用免提選項的規定）。

(m) Apple 軟件的個別功能可能會嘗試在安全相關情況下提供協助，例如安全相關偵測功能，並為閣下連接緊急服務（如有的話）。Apple 不保證該等功能的可得性、準確性、完整性、可靠性或及時性。這些功能不應賴以用於存在並可獲取更即時或有效協助的情況。閣下同意自行承擔使用這些功能的風險並作出獨立判斷，而且在法律允許的最大範圍內，Apple、其關聯公司、代理商或委託人對閣下使用這些功能以及由此產生的任何後果概不負責。

(n) 閣下的裝置並非醫療裝置，不應用以取代專業醫學判斷，其設計並非用以或旨在用於診斷疾病或其他狀況、或醫治、舒緩、治療或預防任何疾病狀況等用途。在作出任何與閣下健康有關的決定之前，請咨詢醫護人員。

**3. 轉讓。** 閣下不得出租、租賃、出借、出售、再分發或再許可 Apple 軟件。但閣下可就閣下裝置擁有權之轉讓，而將閣下對 Apple 軟件的一切許可使用權一次性地永久轉讓予另一方，條件是：(a) 轉讓內容必須包括閣下的裝置和全部 Apple 軟件，包括其所有組成部分及本許可證；(b) 閣下不得保留 Apple 軟件的全部或部分複本，包括儲存於電腦或其他儲存裝置的複本；以及 (c) 接受 Apple 軟件的一方閱讀並同意接受本許可證的條款及細則。

**4. 同意使用數據。** 當閣下使用裝置時，閣下的電話號碼和閣下裝置的某些獨有識別碼會傳送給 Apple，讓其他人通過 Apple 軟件（例如 iMessage 和 FaceTime）等各種通訊功能聯繫閣下的電話號碼。當閣下使用 iMessage 時，Apple 可在有限時間內以加密形式持有閣下的訊息，以確保其傳送。閣下可前往個人裝置上的 FaceTime 或「訊息」設定，關閉 FaceTime 或 iMessage。某些功能如分析、定位服務、Siri 和聽寫可能需要來自閣下裝置的資料，才能提供其各自的功能。在閣下開啟或使用這些功能時，有關哪些資料會發送給 Apple 以及可能如何使用這些資料的具體詳情將會提供給閣下。詳情請瀏覽 https://www.apple.com/hk/privacy/。在任何時候，閣下的資料均依照 Apple 的私隱政策處理，該政策可在

https://www.apple.com/hk/legal/privacy/ 瀏覽。

**5. 服務和第三方材料。**

(a) Apple 軟件能使閣下存取 Apple 的 iTunes Store、App Store、Apple Books、Game Center、iCloud、地圖、News、Fitness+ 以及其他 Apple 和第三方服務及網址（下文統稱及分別稱為「服務」）。使用這些服務需要連接互聯網，而特定的服務可能需要 Apple ID、要求閣下接受附加條款，並可能需支付額外費用。閣下就 Apple ID 或其他 Apple 服務使用本軟件，即表示同意接受適用的服務條款，例如閣下存取該等服務所在國家或地區的 Apple 媒體服務最新的條款及細則。有關條款及細則詳見：https://www.apple.com/legal/internet-services/itunes/。

(b) 如閣下登記使用 iCloud，可直接從 Apple 軟件存取 iCloud 某些功能，例如「iCloud 雲碟」、「我的相片串流」、「共享的相簿」、和「尋找」。閣下確認並同意，使用 iCloud 和這些功能須受 iCloud 服務的最新條款及細則約束。有關條款及細則詳見：https://www.apple.com/legal/internet-services/icloud/。

(c) <u>News App 內容</u>。閣下通過 News 應用程式存取的內容僅限於個人非商業用途，內容的任何所有權權益不會因此轉讓給閣下，並明確排除但不限於這些內容的任何商業或促銷使用權。

(d) <u>地圖</u>。Apple 軟件的地圖服務和功能（下稱「地圖」），包括地圖數據覆蓋，可能會因地區而異。在閣下打開或使用地圖時，有關哪些資料會發送給 Apple 以及可能如何使用這些資料的具體詳情將會提供給閣下。閣下確認並同意，閣下使用地圖須受地圖服務最新的條款及細則約束，閣下可以在地圖主頁卡 (home card) 上存取和查閱這些條款及細則。

(e) 閣下明白，使用任何服務代表閣下或會遇到可能被視為冒犯性、猥褻或討厭的內容，這些內容可能使用或不使用不雅用語，以及任何搜尋結果或進入特定網址 (URL) 時，可能會自動和非故意地產生令人反感內容的連結或提述。儘管如此，閣下同意使用服務並自行承擔風險，對於可能被發現屬冒犯性、猥褻或討厭的內容，Apple、其關聯公司、代理人、高層管理人員或許可人不對閣下承擔任何法律責任。

(f) 某些服務可能顯示、包括或提供來自第三方的內容、數據、資料、應用程序或材料（下稱「第三方材料」），或連至特定第三方網站的連結。閣下使用本服務，即表示閣下確認並同意，Apple 概不負責檢查或評估此等第三方材料或網站的內容、準確性、完整性、時間性、有效性、符合版權規定、合法性、適當性或質量，或任何其他方面。對於閣下或任何第三方服務、第三方材料或網站、第三方的任何其他材料、產品或服務，Apple、其主管、關聯公司及附屬公司概不作任何保證或代言，而且並無亦不承擔任何責任或法律責任。第三方材料和連至其他網站的連結僅為方便閣下而提供。

(g) Apple 及其任何內容提供者不保證任何服務顯示的股票資料、位置數據或任何其他數據的可得性、準確性、完整性、可靠性或及時性。任何服務顯示的金融資料僅供一般參考之用，不應賴以作為投資建議。在基於通過服務獲得的任何證券交易之前，閣下應該咨詢在法律上有資格在閣下的國家或地區提供財務或證券建議的專業財務或證券人員。任何服務提供的位置數據（包括 Apple 地圖服務）僅作為基本導航和計劃用途而提供，不應賴以用於需要精確位置資料的情況，或若位置數據錯誤、不準確、出現時間延誤或不完整可能會導致人身傷亡或財產或環境損害的情況。閣下同意，由於例如但但不僅限於天氣、道路和交通情況以及地緣政治事件等足以影響地圖資料準確性的種種因素，閣下從地圖服務收到的結果可能與實際道路或地形情況有所不同。為閣下的安全起見，使用導航功能時，任何時候都要注意顯示的路牌和當時的道路情況，奉行安全駕駛習慣和遵照交通法規，並注意騎自行車和行走的方向指示未必包含特定途徑。

(h) 在閣下使用服務上載任何內容的範圍內，閣下聲明擁有該等內容的所有權利或得到授權、或以其他方式

獲法律允許上載該等內容，以及該等內容不違反適用於服務的任何服務條款。閣下同意服務含有屬Apple、網站所有人或其特許人擁有的專有內容、資料和材料，受適用的知識產權和其他法律保護，包括但不限於版權。閣下同意，除服務允許的用途外，閣下不會或以抵觸本許可證條款或侵犯第三方或 Apple 任何知識產權的任何方式，使用此等專有內容、資料或材料。服務的任何部分，均不得以任何形式或以任何方式複製。閣下同意不以任何方式修改、出租、租賃、借出、銷售或分發服務，亦不以任何方式以服務為基礎創作任何衍生作品。閣下不得以任何未獲授權的方式（包括但不限於通過服務傳輸電腦病毒、蠕蟲、特洛伊木馬或其他惡意軟件，或者通過侵入網絡或加重網絡容量負擔）利用服務。閣下進一步同意不以任何方式使用服務騷擾、辱罵、追蹤、威脅或誹謗任何其他方，或以侵犯或違反任何其他方權利的方式使用服務，以及對於閣下的任何此等使用或由於使用服務致使閣下可能收到的任何騷擾性、威脅性、誹謗性、冒犯性、侵權或非法訊息或傳輸，Apple 不在任何方面對閣下承擔任何責任。

(i) 此外，該等服務和第三方材料未必以所有語言或在所有國家或地區提供。Apple 不聲明此等服務和第三方材料為適當的及可在任何特定地點提供。選擇使用或存取此等服務或第三方材料屬閣下的個人決定，閣下有責任遵守任何適用法律，包括但不限於適用的地方法律，以及私隱權和數據收集法律。通過閣下的裝置共享或同步相片，可能會導致元數據連同相片一併傳輸，包括拍攝相片的地點和時間及景深資料。使用Apple 服務（例如 iCloud 相片圖庫）共享或同步這些相片，將涉及 Apple 收取和儲存該等元數據。Apple及其許可人保留在不通知的情況下，隨時更改、暫停、取消或禁止存取任何此等服務的權利。在任何情況下，Apple 均不對取消或禁止存取任何此等服務負有法律責任。Apple 還可在任何情況下限制使用或存取某些服務，而無需另行通知或承擔責任。

**6. 終止。**本許可證維持有效，直至終止之時為止。如閣下未能遵守本許可證任何條款，本許可證授予閣下的權利將自動終止或以其他方式停止生效，Apple 無需另行通知。在本許可證終止時，閣下應停止對Apple 軟件的任何使用。本許可證第 4、5、6、7、8、9、10、12 和 13 條在此等終止後繼續有效。

**7. 免責聲明**

7.1　　如閣下是消費者客戶（指在閣下的行業、業務或專業以外使用 Apple 軟件的人），閣下在居住國可能享有法定權利，禁止以下限制適用於閣下；這些限制若被禁止即不適用於閣下。如要進一步了解相關權利，請聯絡所在當地的消費者諮詢組織。

7.2　　閣下明確理解並同意，在適用法律允許的範圍內，就閣下對 APPLE 軟件和 APPLE 軟件執行或存取任何服務的使用，閣下須自行承擔風險，而與令人滿意的質量、效能、準確性和效力相關的一切風險亦由閣下承擔。

7.3　　在適用法律允許的最大範圍內，APPLE 軟件和服務是基於「現狀」和「現有」基礎提供，包括所有瑕疵且不提供任何形式的保證。APPLE 和 APPLE 的許可人（在第 7 和 8 條中合稱為「APPLE」）特此否認就 APPLE 軟件和服務作出任何明示、默示或法定保證及細則，包括但不限於有關銷路、令人滿意的質量、適合作某特定用途、準確性、不受干擾地享用及不侵害第三方權利的默示保證和/或條件。

7.4　　APPLE 並不擔保閣下可不受干擾地享用 APPLE 軟件和服務、APPLE 軟件包含的功能或所執行或提供的服務會符合閣下的要求、APPLE 軟件和服務將不受干擾地操作且毫無錯誤、任何服務將持續提供、或 APPLE 軟件或服務的瑕疵將被糾正，或 APPLE 軟件將相容或可與任何第三方軟件、應用程式或第三方服務共同運作。安裝本 APPLE 軟件可能影響第三方軟件、應用程式或第三方服務以及 APPLE 產品和服務的可得性和可用性。

7.5　　閣下進一步承認 APPLE 軟件和服務並非專為用於若 APPLE 軟件或服務出現故障或時間延誤、或所提供的內容、數據或資料出現錯誤或不準確之處時，可能會導致人身傷亡或嚴重的有形或環境損害的情況

或環境,包括但不限於操作核子設施、飛機導航或通訊系統、空中交通管制系統、生命維持機器或武器系統。

7.6    APPLE 或 APPLE 授權代表給予的口頭或書面的資料或意見均不構成任何擔保。如證實 APPLE 軟件或服務存在瑕疵,閣下須承擔所有必要的維修、修理或糾正的全部費用。部分司法管轄區不允許排除默示保證或對消費者的適用法定權利施加限制,因此上述排除和限制可能並不適用於閣下。

**8. 責任限制。**在適用法律不禁止的範圍內,在任何情況下,對由於閣下使用或無法使用 APPLE 軟件和服務、或連同 APPLE 軟件或服務使用任何第三方軟件、應用程式或服務所引起或與此有關的任何人身傷害或任何附帶的、特別的、間接的或後果性的損害賠償,包括但不限於利潤損失、數據的損毀或遺失、不能傳播或接收任何數據(包括但不限於課程說明、分派工作和材料)、業務中斷的損害賠償或任何其他商業損害賠償或損失,無論其成因及基於何種法律責任理論(合同、侵權或其他),APPLE、其關聯公司、代理人或高層管理人員一概無須負責,即使 APPLE 已獲告知發生該等損害的可能性。部分司法管轄區不允許排除或限制人身傷害的法律責任,或者附帶或衍生性損害,因此這項限制規定可能不適用於閣下。在任何情況下,Apple 就所有損害賠償對閣下承擔的全部法律責任(除在涉及人身傷害的情況中根據適用法律規定的損害賠償外)不應超過二百五十美元 ($250.00)。即使前述補救未能達到其基本目的,上述責任限制仍將適用。在不違背本許可證任何其他條款的情況下,如果日本的消費者合約法案適用,而損害賠償是因為 APPLE 的故意不當行為或重大過失而產生,則限制 APPLE 因本身違約或侵權而產生此等損害賠償的法律責任條款將不適用。

**9. 數碼證書。**Apple 軟件具有接受 Apple 或第三方發放之數碼證書的功能。決定是否信賴 APPLE 或第三方發放的證書是閣下獨自的責任,閣下須獨自承擔使用數碼證書的風險。在適用法律允許的最大範圍內,APPLE 對於數碼證書的銷路或用於任何特定用途的適用性、準確性、安全性或不侵犯第三方權利,不作任何明示或默示的保證或陳述。

**10. 出口管制。**除美國法律及獲得 Apple 軟件所在司法管轄區的法律授權外,閣下不得使用或以任何方式出口或轉口 Apple 軟件,特別是(但不以此為限)Apple 軟件不得出口或轉口 (a) 到任何遭美國禁運的國家,或 (b) 給美國財政部之特別指定國民名單或美國商務部之被禁人士或機構名單或任何其他受限制方名單上的任何人士。閣下使用 Apple 軟件,即表示閣下聲明和保證閣下並非位於上述任何國家或地區,或列入上述任何名單。閣下並同意不會將 Apple 軟件用於美國法律禁止的任何目的,包括但不限於開發、設計、製造或生產導彈、核子、化學或生化武器。

**11. 政府終端使用者。**Apple 軟件和有關文件均屬「商業項目」(定義見 48 C.F.R.§2.101),涵蓋「商用電腦軟件」和「商用電腦軟件文檔」(定義見 48 C.F.R.§12.212 或 48 C.F.R.§227.7202)並以適用者為準。在符合 48 C.F.R.§12.212 或 48 C.F.R.§227.7202−1 至 227.7202−4(以適用者為準)的規定下,商用電腦軟件和商用電腦軟件文件 (a) 只作為商業項目許可美國政府的最終用戶使用,及 (b) 只附有根據本許可證條款及細則授予所有其他最終用戶的權利。未公開之權利則依照美國版權法予以保留。

**12. 管轄法律和可分割性。**本許可證受美國加利福尼亞州法律管轄並按該等法律解釋,但該州的法律衝突原則除外。本許可證不受《聯合國國際貨物銷售合同公約》管轄,其對本許可證的適用在此明確排除。如閣下是英國消費者,本許可證將受到閣下居住國家或地區具司法管轄權的法律管轄。 如具有司法管轄權的法院因故裁定本許可證任何條款或其任何部分不可被強制執行,本許可證其餘條款或部分應繼續充分有效。

**13. 完整協議;規管語言。**本許可證構成閣下與 Apple 有關 Apple 軟件的全部協議,並取代與該標的事項有關的以前或現在的所有理解。本許可證的修訂或修改須經 Apple 簽署書面文件才具有約束力。本許可證的任何譯本僅僅為了滿足當地需要。如果英文本與任何非英文譯本有任何抵觸之處,在閣下所在司法管轄

區法律不禁止的範圍內，應以本許可證的英文本為準。

**14. 第三方確認。**Apple 軟件的若干部分使用或包含第三方的軟件及其他享有版權的材料。這些材料的確認、許可證條款和免責聲明包含在 Apple 軟件的電子文件中，閣下對這些材料的使用受其相應條款約束。使用 Google Safe Browsing 服務須遵守 Google 的服務條款 (https://www.google.com/intl/en/policies/terms/) 和 Google 的私隱政策 (https://www.google.com/intl/en/policies/privacy/)。

**15. MPEG–4 的使用；H.264/AVC 通知**
(a) Apple 軟件乃依據 MPEG–4 系統專利組合許可證特許使用，以按照 MPEG–4 系統標準進行編碼，但與 (i) 以實質媒體儲存或複製且按照所有權基礎逐項支付之數據、和/或 (ii) 按照所有權基礎逐項支付並傳送給最終使用者以永久儲存和/或使用之數據有關的編碼，須就此取得附加許可證和支付特許權使用費者除外。此等額外許可證可以向 MPEG LA, LLC 索取，詳情請瀏覽 https://www.mpegla.com。

(b) Apple 軟件包含 MPEG–4 視訊編碼和/或解碼功能，Apple 軟件是依據 MPEG–4 視像專利組合許可證特許予消費者個人和非商業性使用，以 (i) 按照 MPEG–4 視像標準進行視訊編碼（下稱「MPEG–4 視訊」），和/或 (ii) 對從事個人和非商業活動的消費者所編碼、和/或從獲 MPEG LA 許可提供 MPEG–4 視訊的視訊提供者取得的 MPEG–4 視訊進行解碼。沒有就任何其他用途發出許可證或默示作任何其他用途。與宣傳推廣、內部和商業性使用及許可證賦予有關的進一步資料，可通過 MPEG LA, LLC 取得。  詳見 https://www.mpegla.com。

(c) 在 Apple 軟件包含 AVC 編碼和/或解碼功能的範圍內，H.264/AVC 的商業性使用需要額外的許可並受以下規定約束：本許可證特許 APPLE 軟件的 AVC 功能僅供消費者的個人和非商業性使用，以 (i) 按照 AVC 標準（下稱「AVC 視訊」）進行視訊編碼，和/或 (ii) 對從事個人和非商業性活動的消費者所編碼的 AVC 視訊、和/或獲取自特許提供 AVC 視訊的視訊提供者的 AVC 視訊進行解碼。與其他使用及許可證有關的資料，可通過MPEG LA L.L.C.取得。詳見 https://www.mpegla.com。

**16. 雅虎搜尋服務限制。**通過 Safari 提供的雅虎搜尋服務只被授權在以下國家和地區使用：阿根廷、阿魯巴、澳洲、奧地利、巴巴多斯、比利時、百慕達、巴西、保加利亞、加拿大、開曼群島、智利、中國大陸、香港、台灣、哥倫比亞、塞浦路斯、捷克共和國、丹麥、多明尼加共和國、厄瓜多爾、薩爾瓦多、芬蘭、法國、德國、希臘、格林納達、危地馬拉、匈牙利、冰島、印度、印尼、愛爾蘭、意大利、牙買加、日本、拉脫維亞、立陶宛、盧森堡、馬來西亞、馬爾他、墨西哥、荷蘭、新西蘭、尼加拉瓜、挪威、巴拿馬、秘魯、菲律賓、波蘭、葡萄牙、波多黎各、羅馬尼亞、新加坡、斯洛文尼亞、南韓、西班牙、聖盧西亞、聖文森特、瑞典、瑞士、泰國、巴哈馬、特立尼達和多巴哥、土耳其、英國、烏拉圭、美國和委內瑞拉。

**17. Microsoft Exchange 通知。**Apple 軟件內的 Microsoft Exchange 郵件設定，僅許可用於空中同步處理閣下的裝置與 Microsoft Exchange 伺服器或 Microsoft 許可的其他伺服器軟件之間的資料，例如電郵、通訊錄、日曆和工作等，以實施 Microsoft Exchange ActiveSync 通訊協定。

EA1806
2022 年 7 月 8 日

---

**Apple Pay 與「銀包」附加條款及細則**

這些 Apple Pay 與「銀包」附加條款及細則（下稱「附加條款」）補充了 Apple 軟件許可協議（下稱「許

可證」）；許可證條款及這些附加條款同時規管閣下對在許可證下被視為「服務」之 Apple Pay 功能（下稱「Apple Pay」）和 Apple「銀包」應用程式（下稱「銀包」）的使用。這些附加條款中以大寫字母表示的詞彙，具有許可證內規定的含意。

## 1. 概覽

**Apple Pay**

Apple Pay 可讓閣下：

- · 　在選定地點或在選定 app 或網站內，使用信用卡、扣賬卡和預付卡（包括 Apple Card 和 Apple Cash 卡）進行非接觸式支付；及
- · 　向 Apple Cash 其他用戶進行個人對個人付款；及
- · 　追蹤訂單和檢視收據。

Apple Pay 和 Apple Pay 的某些功能可能僅在選定地區提供，以及僅適用於選定發卡機構、支付網絡、商戶和其他第三方。

**銀包**

Apple「銀包」讓閣下以虛擬方式儲存可透過 Apple Pay 使用的信用卡、扣帳卡和預付卡（統稱「Apple Pay 卡」）以及其他類型的卡、通行證和鑰匙，包括但不限於以下各項（統稱「銀包票證」，連同 Apple Pay 卡則稱為「獲支援的卡」）：

- · 　獎賞卡；
- · 　交通卡；
- · 　門票；
- · 　會員/成員通行證；
- · 　汽車鑰匙；
- · 　家居鑰匙；
- · 　酒店鑰匙；
- · 　公司員工證；
- · 　學生證；及
- · 　駕駛執照及州或政府發出的身分證（下稱「身分證」）。

「銀包」票證可能僅適用於選定地區和選定合作夥伴。身分證可能僅適用於參與州的居民，出示方式也可能因州或地點而異。

獲支援卡可不時變更。

## 2. 資格

要使用 Apple Pay 和「銀包」，閣下必須有 (i) 運行支援服務的操作軟件版本（建議採用最新版本，有時更是必要）的獲支援裝置，(ii) 與在 Apple 享有良好信譽的 iCloud 帳戶關聯的 Apple ID，及 (iii) 互聯網連線（可能需要付費）。除「家庭版 Apple Cash」和選定電子貨幣卡外，Apple Pay 卡僅適用於 13 歲或以上人士，並且可能會受到 iCloud 或相關發卡機構、商戶或其他第三方額外施加的年齡限制。交通卡、電子

貨幣卡、身分證、公司員工程和鑰匙僅在 iOS 裝置上可用。

如閣下是「iCloud 家人共享」的父母或法定監護人（下稱「組織者」），閣下可以邀請家庭成員，包括未滿 13 歲（或適用國家的相應年齡下限）的成員，在「銀包」中配置和使用符合資格的交通卡。作為組織者，閣下將負責所有使用已為家庭成員啟用的交通卡進行的付款、購物和交易，包括由家庭成員自行發起的付款、購物和交易。交通卡的資格及其在「銀包」中的使用，須受相關交通機構的條款及細則約束。組織者有責任遵守此類條款及細則，並承擔啟用其他家人共享成員的交通通行證之所有相關風險。當家庭成員離開「家庭」或從「家庭」中被移除時，該家庭成員將無法再為交通卡增值，並且只能在該卡上進行交易，直到卡的賬戶餘額為零。

如果閣下是汽車鑰匙的所有人，閣下可以與年滿 13 歲或以上的其他人共享閣下的汽車鑰匙，以便他們可以解鎖、取用和/或駕駛閣下的汽車。

家居鑰匙只能通過在「家居」app 中添加或移除鎖定以在「銀包」中新增或移除，或者在「家居」app 中將自己新增到家居或從家居中移除。如閣下是「家居」app 的家居管理員，任何現有的家居鑰匙，都會自動與獲閣下邀請並已加入閣下「家居」之人共享。

Apple Card 僅在美國提供，由美國高盛銀行鹽湖城分行（下稱「Apple Card 發卡機構」）發行。除「家庭版 Apple Card」外，Apple Card 僅限於 18 歲或以上人士（年紀限制可能會視乎閣下所居住的州而提高）。

Apple Cash 卡和個人對個人付款和收款的能力僅適用於美國，服務由聯邦存款保險公司成員 Green Dot Bank 提供。要在 Apple Pay 中進行個人對個人付款或收款，閣下須擁有 Apple Cash 卡。除「家庭版 Apple Cash」外，Apple Cash 卡和個人對個人付款和收款的能力僅限於 18 歲或以上人士。

## 3. 服務的使用

獲支援卡和個人對個人付款與閣下登入 iCloud 以使用這些功能的 Apple ID 關聯。當閣下在「銀包」中添加或移除鑰匙、公司員工證、獎賞卡、門票和會員/成員通行證時，相關變更也會在個人 Apple ID 登入的其他 Apple 裝置上顯示。閣下只能將每個 Apple ID 與每個州發證機構的一張身分證關聯。

Apple Pay 和「銀包」僅供閣下個人使用，閣下只能配置自己獲支援的卡，或者組織者或所有人邀請閣下配置的交通卡或汽車鑰匙和家居鑰匙。如閣下要配置獲支援的公司卡，閣下聲明已得到閣下的僱主授權，以及閣下獲授權讓僱主受這些使用條款和通過使用此功能進行的所有交易約束。如閣下進行個人對個人付款或收款，閣下聲明有關交易用於閣下個人的非商業用途。如閣下要配置身分證，閣下聲明過程中所使用的是可準確真實地代表閣下的個人資料。

閣下同意不將 Apple Pay 或「銀包」用於非法或欺詐的目的，或本許可證和這些附加條款禁止的任何其他目的。閣下進一步同意按照適用法律及法規使用 Apple Pay 和「銀包」。閣下確認，根據聯邦或州法律，提交任何與身分證有關的虛假資料均可能屬刑事罪行。閣下同意不干擾或擾亂 Apple Pay 或「銀包」的服務（包括以任何自動方式存取服務）、或連接到服務的任何伺服器或網絡、或連接到服務的任何網絡政策、規定或法規（包括任何對數據或數據流量未經授權的存取、使用或監測）。

如適用法律禁止閣下存取或使用 Apple Pay 或「銀包」，閣下即無權存取或使用這些服務。如閣下以違反適用法律的任何方式存取或使用服務，我們概不負責。

## 4. Apple 與閣下的關係

閣下使用 Apple Pay，須受這些附加條款以及閣下與相關發卡機構、商戶或負責閣下 Apple Pay 卡的其他第三方所達成的持卡人協議條款約束。

同樣，閣下在「銀包」中使用「銀包」票證，須受這些附加條款以及閣下與相關商戶、交通機構、汽車和鎖具製造商、大學、酒店、度假村、公司、州發證機構或其他第三方的協議條款約束。

除下述由 Apple Payments Inc.（下稱「Apple Payments」）提供的某些 Apple Pay 功能外，Apple 不會處理閣下的 Apple Pay 卡所作的付款或其他非付款交易。對於因閣下使用 Apple Pay 或「銀包」而引致的任何付款、退單、退貨、退款、轉帳、獎賞、價值、折扣、存取、身分驗證、訂單、訂單履行或其他活動，Apple 不具控制權且概不負責。

如果這些附加條款的條文和閣下與相關發卡機構、商戶、州發證機構或其他第三方訂立的協議（各自稱為「**第三方協議**」）存在衝突，這些附加條款的條文將規管閣下與 Apple 的關係，而相關第三方協議的條文則規管閣下與該等第三方的關係。

閣下同意 Apple 並非閣下任何第三方協議的其中一方，以及 Apple 無需就以下事項負責：(a) 於使用 Apple Pay 或「銀包」期間，任何獲支援卡、購物、交易、訂單、訂單履行、收據或其他活動（包括但不限於閣下指定的共享獲支援卡的「家庭」成員或其他人所作的購物、交易、訂單、訂單履行、收據或其他活動）之內容、準確性或可得性；(b) 信貸的發放或對信貸資格的評估；(c) 駕駛執照或州身分證的簽發、暫停或撤銷；(d) 發卡機構、商戶或其他第三方就閣下使用 Apple Pay 或「銀包」所作的相關活動；(e) 發卡機構、商戶或其他第三方對於將閣下的獲支援卡添加到「銀包」所作的決定；(f) 閣下在任何商戶或合作夥伴計劃的成員資格或參與；(g) 與閣下的獲支援卡有關的獎賞或儲值之累積或兌換；(h) 對預付獲支援卡提供資金或增值；(i) 個人對個人付款、收款或轉帳；或 (j) 充值閣下的 Apple Cash 卡，或從中兌換或提取款項。

當閣下申請 Apple Card，閣下是申請在 Apple Card 發卡機構開立帳戶。負責提供 Apple Card 的金融機構可能有變，閣下使用 Apple Card 也將受其條款及細則約束。

當閣下在 Apple Pay 中啟動 Apple Cash 功能時，閣下即在 Green Dot Bank 開立帳戶。除由 Apple Payments 提供的 Apple Pay 功能外，當閣下進行個人對個人付款或收款、或從閣下的 Apple Cash 卡充值或提取款項時，Green Dot Bank 將負責收取和將閣下的款項發送給預定收款人。在 Apple Pay 中負責提供 Apple Cash 和個人對個人付款的金融機構可能有變，閣下使用該等功能也將受其條款及細則約束。

使用閣下的 Apple Cash 卡資金向閣下授權的合資格企業付款的功能（下稱「直接付款服務」），是 Apple Payments 提供的服務。閣下使用直接付款服務，須受 Apple Payments 的直接付款條款及細則約束。此外，某些合資格企業可能允許閣下向授權他們向閣下的 Apple Cash 卡支付款項（各自稱為「撥款」）。儘管撥款可能由 Apple Payments 處理，但都是由提供此類資金的參與企業提供，可能受撥款企業的某些附加條款及細則約束。有關獲支援卡或相關商業活動的所有爭議或問題，請聯絡閣下的發卡機構或適用的商戶、州發證機構、app 開發人員或其他第三方。有關 Apple Pay、「銀包」、Apple Card 或 Apple Cash 卡或個人對個人付款的問題，請聯絡 Apple 支援。

## 5. 私隱

Apple 對個人資料的收集和使用受 Apple 的私隱政策約束，詳見 https://www.apple.com/hk/legal/

privacy/。透過閱讀與特定服務有關的私隱通知（包括關於 Apple Pay 和私隱），閣下可以找到關於作為使用 Apple Pay 和「銀包」一部分而收集、使用或共享的個人資料的詳情。有關私隱通知可見於閣下的裝置或者配對裝置上的 Watch app 內或以下網站：https://www.apple.com/hk/legal/privacy/。閣下使用 Apple Pay 和「銀包」，即表示同意和允許 Apple 及其附屬公司和代理人傳輸、收集、維護、處理和使用所有上述資料，以提供這些服務。

## 6. 安全性；遺失或禁用裝置

保護閣下的獲支援裝置和憑證，就如同保護閣下的實體銀包和卡一樣。

Apple Pay 和「銀包」會儲存閣下獲支援卡的虛擬版本，因此應予以保護，就如同閣下保護個人的實體銀包、鑰匙、或信用卡、扣賬卡、預付卡、身分證及其他卡一樣。閣下須全權負責維護閣下的裝置、Apple ID、Touch ID 和 Face ID 資料、閣下獲支援裝置的密碼，以及用於與服務有關的任何其他身分驗證憑證（統稱「憑證」）的保安。如閣下授權或允許任何其他人使用閣下的獲支援裝置（例如：將閣下的裝置密碼提供給第三方或允許第三方添加其指紋以使用 Touch ID 或啟用 Face ID，或以其他方式向第三方提供閣下的任何憑證），該人即可透過閣下的 Apple Cash 卡付款、發送、請求或收取個人對個人付款、提款、收取或兌換獎賞、使用餘額、解鎖、或以其他方式取用閣下的汽車、房間、辦公室或家居、冒充閣下的身分、或使用閣下「銀包」中獲支援的卡進行其他交易。在這種情況下，閣下須對該人進行的所有付款、取用和交易負責。

## 已越獄的裝置

如閣下對閣下的裝置進行未經授權的修改，例如禁用硬件或軟件控制（有時稱為「越獄」），閣下的裝置可能不再符合存取或使用服務的資格。閣下確認，明確禁止在服務下使用經修改的裝置，此舉構成違反這些附加條款，並且是我們拒絕或限制閣下取用服務的理由。

## 額外的保安措施

閣下或需啟動額外的保安（例如為閣下的 Apple ID 啟動雙重認證）方可取用 Apple Pay 的特定功能，包括 Apple Card、Apple Cash 卡和在 Apple Pay 中進行個人對個人付款。如閣下其後刪除該等保安功能，閣下未必能繼續存取 Apple Pay 的特定功能。若刪除用以出示與閣下的身分證相關聯的 Face ID 或 Touch ID，閣下需要完成整個身分證配置過程。

## 裝置遺失或被盜

如閣下的裝置遺失或被盜，而閣下已啟動「尋找我的」，閣下可使用「尋找我的」為 iPhone 啟動遺失模式，嘗試暫停在該裝置上以獲支援的虛擬卡進行交易或進行個人對個人付款的功能。如閣下的裝置處於遺失模式，閣下「銀包」中的汽車鑰匙可能會被停用，一旦閣下離開車輛或關閉引擎，閣下將無法再取用或啟動閣下的汽車。遺失模式僅影響遺失裝置上的鑰匙。如閣下是擁有者，閣下將無法再與他人共享閣下的汽車鑰匙或家居鑰匙，但已經與他人共享的鑰匙，其裝置不會受到影響。

閣下也可以清除個人裝置，嘗試暫停在裝置上以獲支援的虛擬卡進行交易或進行個人對個人付款的功能。閣下亦應聯絡獲支援卡的發卡機構、商戶或其他須負責的第三方、或 Apple（如屬 Apple Card 或 Apple Cash 卡之情況），以防止他人在 Apple Pay 和「銀包」中未經授權存取閣下的獲支援卡。

如閣下報告或 Apple 懷疑有欺詐或詐騙活動，閣下同意在任何調查中與 Apple 合作，並使用我們規定的任

何防欺詐措施。

**7. 法律責任限制**

除本許可證載明的免責聲明和法律責任限制外，APPLE 亦不對使用 APPLE PAY 或「銀包」進行的購買、支付、轉帳、訂單、訂單履行、收據資料、存取權、身分驗證、交易或其他活動承擔任何法律責任。閣下並同意獨自檢視閣下可能與發卡機構、支付網絡、金融機構、商戶、州發證機構或其他適用第三方之間訂立的協議，以解決與閣下的獲支援卡、個人對個人付款和相關活動有關的任何問題或爭議。

_____

**來自 APPLE 的通知**

如果 Apple 需要就閣下的產品或帳戶聯絡閣下，閣下同意通過電郵接收這些通知。閣下同意我們以電子形式發送給閣下的任何這些通知，將符合任何法定通訊要求。

हिन्दी

**महत्वपूर्ण: अपने iPHONE, iPAD या iPOD TOUCH ("डिवाइस") का उपयोग करके आप निम्नलिखित शर्तों को स्वीकार करने की सहमति देते हैं:**

**क.    APPLE iOS और iPadOS सॉफ़्टवेयर लाइसेंस अनुबंध**
**ख.    APPLE PAY पूरक नियम**
**ग.    APPLE की ओर से नोटिस**

**APPLE INC**
**iOS और iPadOS सॉफ़्टवेयर लाइसेंस अनुबंध**
**एकल उपयोग लाइसेंस**

**अपने डिवाइस का उपयोग करने या इस लाइसेंस के साथ आने वाले सॉफ़्टवेयर अपडेट को डाउनलोड करने से पहले, कृपया यह सॉफ़्टवेयर लाइसेंस अनुबंध ("लाइसेंस") ध्यानपूर्वक पढ़ें। प्रयोज्य अनुसार, अपने डिवाइस का उपयोग करके या सॉफ़्टवेयर अपडेट को डाउनलोड करके, आप इस लाइसेंस की शर्तें स्वीकार करने की सहमति देते हैं। यदि आप इस लाइसेंस की शर्तों से सहमत नहीं हैं, तो डिवाइस का उपयोग या सॉफ़्टवेयर अपडेट को डाउनलोड न करें**

**यदि आपने हाल ही में डिवाइस खरीदा है और आप लाइसेंस की शर्तों से सहमत नहीं हैं तो आप रिफंड पाने के लिए डिवाइस को APPLE STORE या उस अधिकृत वितरक के पास वापसी अवधि के दौरान वापस कर सकते हैं जिससे आपने इसे प्राप्त किया था, यह वापसी APPLE की धन वापसी नीति के अधीन होती है जिसे https://www.apple.com/legal/sales-support/ पर देखा जा सकता है।**

## 1. सामान्य

(क) सॉफ़्टवेयर (जिसमें बूट ROM कोड, एंबेडेड सॉफ़्टवेयर और तृतीय पक्ष सॉफ़्टवेयर शामिल है), प्रलेखन, इंटरफ़ेस, कंटेंट, फ़ॉन्ट और कोई भी डेटा जो आपके डिवाइस ("मूल Apple सॉफ़्टवेयर") के साथ आया है, जिसे फीचर संवर्धन, सॉफ़्टवेयर अपडेट सुरक्षा प्रतिक्रियाएँ, सिस्टम फ़ाइलों या आपके डिवाइस या समर्थित पेरिफ़ेरल डिवाइस के लिए Apple द्वारा प्रदान किया गया सिस्टम रीस्टोर सॉफ़्टवेयर ("Apple सॉफ़्टवेयर परिवर्तन") द्वारा अपडेट किया जा सकता है या बदला जा सकता है, चाहे यह रीड ओनली मेमोरी या किसी अन्य मीडिया अथवा किसी अन्य रूप (मूल Apple सॉफ़्टवेयर और Apple सॉफ़्टवेयर अपडेट को सामूहिक रूप से "Apple सॉफ़्टवेयर" कहा गया है) में हो), का लाइसेंस Apple Inc. ("Apple") द्वारा आपको केवल इस लाइसेंस की शर्तों के अधीन उपयोग के लिए दिया गया है तथा इसे बेचा नहीं गया है। Apple और इसके लाइसेंसदाता Apple सॉफ़्टवेयर का स्वामित्व अपने पास रखने के साथ-साथ सभी अधिकारों को अपने पास सुरक्षित रखते हैं, जो स्पष्ट रूप से आपको प्रदान नहीं हैं। आप सहमति देते हैं कि इस लाइसेंस की शर्तें किसी भी Apple-ब्रांडेड ऐप पर लागू होंगी जिन्हें हो सकता है कि आपके डिवाइस में डाला गया हो, यदि ऐसे ऐप एक अलग लाइसेंस के साथ नहीं आते, तो ऐसी स्थिति में आप इस बात से भी सहमत होते हैं कि उस लाइसेंस की शर्तें आपके उस ऐप का उपयोग नियंत्रित करेंगी।

(ख) Apple अपने विवेकाधिकार से भावी Apple सॉफ़्टवेयर परिवर्तन उपलब्ध करा सकता है। यह आवश्यक नहीं है कि Apple सॉफ़्टवेयर परिवर्तन, यदि कोई है, में उन सभी मौजूदा सॉफ़्टवेयर सुविधाओं या नई सुविधाओं को शामिल किया जाए, जिन्हें डिवाइस के नए या अन्य मॉडलों के लिए Apple रिलीज़ करता है। इस लाइसेंस की शर्तें Apple द्वारा प्रदान किए गए किसी भी Apple सॉफ़्टवेयर परिवर्तन को नियंत्रित करेंगी, जब तक कि ऐसे Apple सॉफ़्टवेयर परिवर्तन एक अलग लाइसेंस के साथ नहीं आते हैं, तो ऐसी स्थिति में

आप इस बात से भी सहमत होते हैं कि उस लाइसेंस की शर्तें नियंत्रित करेंगी।

(ग) यदि आप अपने मौजूदा डिवाइस के आधार पर, किसी नए डिवाइस को सेट अप करने के लिए एक्सप्रेस सेट अप सुविधा का इस्तेमाल करते हैं, तो आप सहमति जताते हैं कि इस लाइसेंस की शर्तें आपके नए डिवाइस पर मौजूद Apple सॉफ़्टवेयर के आपके इस्तेमाल को तब तक संचालित करेंगी, जब तक कि यह एक पृथक लाइसेंस के साथ न हो, जिसमें आप सहमत होते हैं कि उस लाइसेंस की शर्तें उस Apple सॉफ़्टवेयर के आपके इस्तेमाल को संचालित करेंगी। आपका डिवाइस समय-समय पर Apple सॉफ़्टवेयर परिवर्तन के लिए Apple से संपर्क करेगा। यदि कोई परिवर्तन उपलब्ध हो, तो वह परिवर्तन अपने आप ही डाउनलोड हो जाता है और आपके डिवाइस पर इंस्टॉल कर दिया जाता है और, यदि लागू हो, तो आपके पेरिफेरल डिवाइसों पर भी डाउनलोड हो जाती है। **Apple सॉफ़्टवेयर का उपयोग करके, आप सहमत हैं कि Apple आपके डिवाइस पर ऑटोमैटिक Apple सॉफ़्टवेयर परिवर्तन को डाउनलोड और इंस्टॉल कर सकता है।** आप सेटिंग > जनरल > सॉफ़्टवेयर अपडेट के भीतर ऑटोमैटिक अपडेट सेटिंग के समायोजन द्वारा किसी भी समय ऑपरेटिंग सिस्टम अपडेट और रैपिड सुरक्षा अनुक्रिया के स्वचलित इंस्टॉलेशन को बंद कर सकते हैं। कुछ सिस्टम फ़ाइलें (जिसमें बिना किसी सीमा के, अपडेट किए गए फॉन्ट, भाषा मॉड्यूल्स, वॉइस एसेट और पेरिफेरल के लिए के लिए फ़र्मवेयर शामिल हैं) स्वचलित रूप से इंस्टॉल किए हुए बने रह सकते हैं जैसे कि जब आप चालू करते हैं या कुछ निश्चित फ़ीचर तथा पेरिफेरल का उपयोग करते हैं या विधिक, नियामक, सार्वजनिक सुरक्षा या तकनीकी सोच विचार को संबोधित करते हैं।

## 2. अनुमति प्राप्त लाइसेंस के उपयोग और प्रतिबंध।

(क) इस लाइसेंस के नियम व शर्तों के अंतर्गत, आपको एकल Apple-ब्रांडेड डिवाइस पर Apple सॉफ़्टवेयर का उपयोग करने के लिए एक सीमित गैर-विशिष्ट लाइसेंस प्रदान किया जाता है। नीचे अनुभाग 2(ख) में स्वीकृत प्रावधानों के अतिरिक्त और आपके व Apple के बीच किसी पृथक अनुबंध के प्रावधानों के अतिरिक्त, यह लाइसेंस किसी एक समय में एक से अधिक Apple-ब्रांडेड डिवाइस पर Apple सॉफ़्टवेयर मौजूद रहने की अनुमति नहीं देता है और आप किसी ऐसे नेटवर्क पर Apple सॉफ़्टवेयर को वितरित या उपलब्ध नहीं करा सकते हैं जहाँ इसका उपयोग एक ही समय पर एकाधिक डिवाइसों पर किया जा सकता है। यह लाइसेंस आपको डिवाइसों के साथ उपयोग करने के लिए, तृतीय पक्ष के डिवाइस और ऐक्सेसरी या तृतीय पक्ष के सॉफ़्टवेयर ऐप्लिकेशन के डिज़ाइन, विकास, निर्माण, लाइसेंस या वितरण में Apple के स्वामित्व वाले किसी भी इंटरफ़ेस और अन्य बौद्धिक संपदा का उपयोग करने का कोई अधिकार प्रदान नहीं करता है। इनमें से कुछ अधिकार Apple के अलग-अलग लाइसेंसों के अंतर्गत उपलब्ध हैं। डिवाइस के लिए तृतीय पक्ष के डिवाइस और ऐक्सेसरी विकसित करने के बारे में अधिक जानकारी के लिए, कृपया https://developer.apple.com/ programs/mfi/ पर जाएँ। डिवाइस के लिए सॉफ़्टवेयर ऐप्लिकेशन विकसित करने के बारे में अधिक जानकारी के लिए, कृपया https://developer.apple.com पर जाएँ।

(ख) इस लाइसेंस के नियम व शर्तों के अधीन, आपको Apple सॉफ़्टवेयर परिवर्तन को डाउनलोड करने के लिए एक सीमित गैर विशिष्ट लाइसेंस प्रदान किया जाता है जिसे Apple द्वारा आपके डिवाइस के मॉडल के लिए उपलब्ध कराया जा सकता है ताकि आपके स्वामित्व या नियंत्रण वाले ऐसी किसी भी डिवाइस पर सॉफ़्टवेयर को अपडेट या रीस्टोर किया जाए। यह लाइसेंस ऐसे किसी भी डिवाइस को अपडेट या रीस्टोर करने की अनुमति आपको नहीं देता है जिसका नियंत्रण या स्वामित्व आपके पास नहीं है, और किसी ऐसे नेटवर्क पर Apple सॉफ़्टवेयर परिवर्तन को वितरित या उपलब्ध नहीं करा सकते हैं जहाँ इसका उपयोग एक ही समय पर एकाधिक डिवाइस या एकाधिक कंप्यूटर पर किया जा सकता है। यदि आप अपने कंप्यूटर पर Apple सॉफ़्टवेयर अपडेट डाउनलोड करते हैं, तो आप केवल बैकअप उद्देश्य से अपने कंप्यूटर पर Apple सॉफ़्टवेयर परिवर्तन की एक कॉपी मशीन-रीडेबल फ़ॉर्म में रख सकते हैं, बशर्ते कि ओरिजिनल की बैकअप कॉपी में सभी कॉपीराइट या अन्य प्रोप्राइटरी नोटिस शामिल हों।

(ग) यहाँ तक कि, यदि Apple Store से आपके डिवाइस पर खरीदते समय पहले से Apple-ब्रांडेड ऐप्स इंस्टॉल किया हुआ ("पहले से इंस्टॉल किए हुए ऐप्स") है, तो आपको इसे अपने डिवाइस पर उपयोग करने के लिए अपने App Store में लॉग इन करके इन पहले से इंस्टॉल किए हुए ऐप्स को अपने App Store खाते से जोड़ने की आवश्यकता हो सकती है। जब आप अपने App Store अकाउंट से

पहले से इंस्टॉल किए हुए ऐप को जोड़ते हैं, तब आप उसी समय आप अपने पहले से इंस्टॉल किए हुए सभी ऐप्स को अपने डिवाइस पर जोड़ दें। पहले से इंस्टॉल किए हुए ऐप्स को अपने App Store खाते से जोड़ने का चयन करने पर आप इस बात से सहमत होते हैं कि Apple आपके App Store खाते से उपयोग किए गए Apple ID और आपके डिवाइस से लिए गए विशिष्ट हार्डवेयर पहचानकर्ता, दोनों का संचारण, संचयन, अनुरक्षण, प्रोसेस और उपयोग, आपकी विशिष्ट खाताधारक के रूप में पहचान करके आपके अनुरोधों की योग्यता सत्यापित करने के लिए और App Store के माध्यम से पहले से इंस्टॉल किए हुए ऐप्स पर आपको एक्सेस प्रदान करने के लिए उपयोग कर सकता है। यदि आप पहले से इंस्टॉल किए हुए ऐप का उपयोग नहीं करना चाहते हैं, तो आप उसे अपने डिवाइस से किसी भी समय हटा सकते हैं।

(घ) आप प्रति बनाने (स्पष्ट रूप से इस लाइसेंस की अनुमति के बिना), डिकंपाइल करने, रिवर्स इंजीनियर, डिसअसेंबल, इसका स्रोत कोड प्राप्त करने की कोशिश करने, डिक्रिप्ट करने, संशोधित करने या Apple सॉफ़्टवेयर के व्युत्पन्न कार्य बनाने या Apple सॉफ़्टवेयर द्वारा प्रदत्त किसी भी सेवाओं या उसके किसी भी भाग (सिवाय उस प्रावधान के अनुसार या केवल उसकी सीमा के अधीन जिसमें किसी लागू कानून या Apple सॉफ़्टवेयर के साथ संभवतः शामिल मुक्त स्रोत घटकों के उपयोग को नियंत्रित करने वाली लाइसेंसिंग शर्तों द्वारा किसी पूर्ववर्ती पाबंदी को प्रतिबंधित किया जाता है) के यौगिक कार्यों को निर्मित करने का काम नहीं कर सकते हैं और आप सहमति देते हैं कि आप ऐसा करने में दूसरों को सक्षम नहीं करेंगे। आप सहमत होते हैं कि आप Apple सॉफ़्टवेयर में शामिल या उस पर चिपकाई गई किसी भी तरह की स्वामी संबंधी सूचनाएँ (इनमें ट्रेडमार्क और कॉपीराइट सूचनाएँ शामिल हैं) को हटा, धुँधला या परिवर्तित नहीं करेंगे।

(ङ) Apple सॉफ़्टवेयर का उपयोग तब तक सामग्री को पुनरुत्पादित करने के लिए किया जा सकता है, जब तक कि ऐसा इस्तेमाल गैर-कॉपीराइट वाली सामग्री, आपके स्वामित्व वाली कॉपीराइट सामग्री या ऐसी सामग्री के पुनरुत्पादन तक सीमित होता है, जिसे पुनरुत्पादित करने के लिए आप अधिकृत हैं या आपको कानूनी रूप से अनुमति प्राप्त है। इसके अतिरिक्त, आपके लिए News या Maps के जरिए एक्सेस की गई किसी भी इमेज को एक फ़ाइल के रूप में पुनर्प्रकाशित करना, पुनर्प्रसारित करना या पुनरुत्पादित करना निषिद्ध है। आपके डिवाइस में मौजूद और इसके द्वारा प्रदर्शित, पर संग्रहीत या उसके माध्यम से एक्सेस किए जाने वाले किसी भी कंटेंट का शीर्षक और बौद्धिक संपदा अधिकार, संबंधित कंटेंट के स्वामी के पास होता है। ऐसा कंटेंट कॉपीराइट या अन्य बौद्धिक संपदा कानून तथा अनुबंधों द्वारा संरक्षित हो सकता है, और इस तरह का कंटेंट प्रदान करने वाले तृतीय पक्ष के उपयोग की शर्तों का विषय हो सकते हैं। यहाँ बताई गई बातों के अलावा, यह लाइसेंस आपको इस प्रकार की सामग्री का उपयोग करने का अधिकार नहीं देता है और न ही इस प्रकार की सामग्री आपको निरंतर उपलब्ध कराए जाने की गारंटी देता है।

(च) इस लाइसेंस के नियम व शर्तों के अधीन, आप ये कर सकते हैं: (i) (1) Apple सॉफ़्टवेयर चलाते समय और (2) अपने व्यक्तिगत, गैर-व्यावसायिक उपयोग के लिए अपना खुद का मूल कंटेंट और प्रोजेक्ट बनाने के लिए Apple सॉफ़्टवेयर ("सिस्टम वर्ण") में शामिल या बनाए गए मेमोजी वर्णों का उपयोग; और ii) Apple सॉफ़्टवेयर ("लाइव कैप्शन") द्वारा वास्तविक समय में डिवाइस का उपयोग करते हुए रूप से सृजित किए गए लाइव कैप्शन का उपयोग करें, चाहे FaceTime कॉल के दौरान सृजित हुआ हो या अन्यथा, केवल आपके व्यक्तिगत, गैर-व्यावसायिक उपयोग के लिए हो। इस लाइसेंस द्वारा सिस्टम वर्णों या लाइव कैप्शन के अन्य किसी भी उपयोग की अनुमति नहीं दी जाती है, जिसमें किसी भी सिस्टम वर्ण या लाइव कैप्शन का उपयोग, पुनरुत्पादन, प्रदर्शन, निष्पादन, रिकॉर्डिंग, प्रकाशन या पुनर्वितरण लाभ, गैर-लाभ, सार्वजनिक साझाकरण या वाणिज्यिक संदर्भ में किया जाना शामिल है, लेकिन इन तक सीमित नहीं है।

(छ) कुछ विशेष ऐप और/या वेबसाइट क्रिया के शॉर्टकट पूरे करने के लिए हो सकता है कि Apple सॉफ़्टवेयर को आपके डिवाइस पर किसी विशेष तृतीय पक्ष के सॉफ़्टवेयर ऐप्लिकेशन, सेवाओं या वेबसाइट को एक्सेस करने की आवश्यकता पड़ सकती है। Apple सॉफ़्टवेयर के साथ शॉर्टकट पूरा करने के लिए आप ऐसे उपयोग हेतु आवश्यक सीमा तक स्पष्ट रूप से सहमति देते हैं।

(ज) आप Apple सॉफ़्टवेयर और सेवाओं (जैसा कि नीचे अनुभाग 5 में परिभाषित किया गया है) का उपयोग, सभी लागू कानूनों का

पालन करते हुए, करने के लिए सहमत होते हैं जिसमें उस देश या क्षेत्र के स्थानीय कानून शामिल होते हैं जिसमें आप रहते हैं या जिसमें आप Apple सॉफ़्टवेयर और सेवाओं को डाउनलोड या उपयोग करते हैं। संभव है कि Apple सॉफ़्टवेयर और सेवाओं के फ़ीचर सभी भाषाओं या क्षेत्रों में उपलब्ध न हों, कुछ फ़ीचर क्षेत्र के अनुसार अलग हो सकते हैं और कुछ फ़ीचर प्रतिबंधित या आपके सेवा प्रदाता के पास अनुपलब्ध हो सकते हैं। Apple सॉफ़्टवेयर व सेवाओं के कुछ फ़ीचर के लिए वाई-फ़ाई या सेलुलर डेटा कनेक्शन की आवश्यकता होती है।

(झ) App Store के उपयोग के लिए एक विशिष्ट यूज़र नाम और पासवर्ड संयोजन की आवश्यकता होती है, जिसे Apple ID कहा जाता है। ऐप अपडेट और Apple सॉफ़्टवेयर और सेवाओं के कुछ फ़ीचर को एक्सेस करने के लिए भी Apple ID का होना आवश्यक है।

(ञ) इसके अलावा, आप यह भी स्वीकार करते हैं कि Apple सॉफ़्टवेयर के कई फ़ीचर, बिल्ट-इन ऐप्स और सेवाओं द्वारा डेटा ट्रांसमिट किया जाता है और इससे आपके डेटा प्लान के शुल्कों पर असर पड़ सकता है और यह कि आप ऐसे किसी भी शुल्क के लिए ज़िम्मेदार होते हैं। आप नियंत्रित कर सकते हैं और देख सकते हैं कि कौन से ऐप्लिकेशन को सेलुलर डेटा उपयोग करने की अनुमति है और आप सेलुलर डेटा सेटिंग के अंतर्गत यह आकलन देख सकते हैं कि ऐसे ऐप्लिकेशन ने कितने डेटा का उपयोग किया है। इसके अलावा, जब आपके पास कमज़ोर वाई-फ़ाई कनेक्शन होता है, तब वाई-फ़ाई असिस्ट स्वचालित रूप से सेलुलर पर स्विच हो जाएगा, जिससे अधिक सेलुलर डेटा का इस्तेमाल हो सकता है और आपके डेटा प्लान के शुल्क प्रभावित हो सकते हैं। वाई-फ़ाई असिस्ट डिफ़ॉल्ट रूप से ऑन रहता है, पर सेटिंग के तहत इसे बंद किया जा सकता है। अधिक जानकारी के लिए, कृपया अपने डिवाइस की यूज़र गाइड देखें।

(ट) यदि आपने स्वचालित ऐप अपडेट का चयन किया है, तो आपका डिवाइस अपने ऐप्स के अपडेट के लिए समय-समय पर Apple से संपर्क करेगा और यदि कोई अपडेट उपलब्ध होगा, तो उसे स्वचालित रूप से डाउनलोड करके आपके डिवाइस पर इंस्टॉल कर दिया जाएगा। सेटिंग में जाकर, iTunes & App Store पर टैप कर और स्वचालित डाउनलोड के तहत अपडेट को बंद करके आप किसी भी समय स्वचालित ऐप अपडेट को बंद कर सकते हैं।

(ठ) अपने डिवाइस का कुछ परिस्थितियों में उपयोग करने से आपका ध्यान भटक सकता है और एक खतरनाक स्थिति उत्पन्न हो सकती है (उदाहरण के लिए, कार चलाते हुए टेक्स्ट संदेश टाइप करने या साइकिल चलाते हुए हेडफ़ोन का उपयोग करने से बचें)। अपने डिवाइस का उपयोग करके आप सहमति देते हैं कि आप उन नियमों का पालन करने के लिए स्वयं ज़िम्मेदार हैं जो मोबाइल फ़ोन या हेडफ़ोन के उपयोग को प्रतिबंधित या सीमित करते हैं (उदाहरण के लिए, गाड़ी चलाते समय कॉल करने के लिए हैंड्स-फ़्री विकल्प उपयोग करने की ज़रूरत)।

(ड) Apple सॉफ़्टवेयर के कुछ फ़ीचर जैसे कि कोई भी सुरक्षा-संबंधी पहचान फ़ीचर सुरक्षा संबंधी स्थितियों में मदद करने का प्रयास कर सकते हैं और आपको आपातकालीन सेवाओं (जैसी उपलब्ध हो) से जोड़ सकते हैं। Apple इस तरह के फ़ीचर की उपलब्धता, सटीकता, विश्वसनीयता या समयबद्धता की कोई गारंटी नहीं देता है। इन फ़ीचर का अभीष्ट केवल उन परिस्थितियों पर पूर्ण रूप से निर्भर होना नहीं है जहाँ अति शीघ्र या प्रभावी मदद उपलब्ध है और प्राप्त की जा सकती है। आप अपने जोखिम पर इन फ़ीचर का उपयोग करने और स्वतंत्र निर्णय लेने के लिए सहमत हैं और यह कि Apple, उसके सहयोगी, एजेंट, या प्रमुख इन कार्य प्रणालियों के आपके उपयोग और कानून द्वारा अनुमत अधिकतम सीमा तक किसी भी परिणामी परिणामों के लिए आपके प्रति उत्तरदायी नहीं होंगे।

(द) आपका डिवाइस कोई मेडिकल डिवाइस नहीं है और इसका उपयोग पेशेवर मेडिकल जाँच के प्रतिस्थापन के रूप में नहीं किया जाना चाहिए। इसे किसी रोग या अन्य समस्याओं का पता लगाने या रोग का निदान करने किसी रोग या अन्य समस्याओं को ठीक करने, उनका प्रभाव कम करने, उपचार या बचाव करने के लिए तैयार नहीं किया गया है। कृपया अपने स्वास्थ्य से संबंधित किसी भी तरह का निर्णय लेने से पहले अपने स्वास्थ्य परामर्शदाता से सलाह लें।

**3. ट्रांसफ़र।** आप Apple सॉफ़्टवेयर को किराए पर, लीज़ पर, उधारी पर नहीं दे सकते या उसे बेच नहीं सकते, उसे पुनर्वितरित नहीं कर सकते या उसका उप-लाइसेंस नहीं दे सकते हैं। हालाँकि, आप अपने डिवाइस के स्वामित्व के ट्रांसफ़र के संबंध में Apple सॉफ़्टवेयर के अपने समस्त लाइसेंस अधिकारों को एक बार में स्थायी रूप से किसी अन्य पक्ष को ट्रांसफ़र कर सकते हैं, बशर्ते कि: (क) ट्रांसफ़र में आपका डिवाइस और सभी Apple सॉफ़्टवेयर शामिल होने चाहिए, जिसमें इसके सभी घटक और यह लाइसेंस शामिल है; (ख) आप Apple सॉफ़्टवेयर की कोई भी प्रति, संपूर्ण या आंशिक रूप से अपने पास नहीं रखते हैं जिसमें कंप्यूटर या अन्य स्टोरेज डिवाइस पर संग्रहीत प्रतियाँ शामिल होती हैं; और (ग) Apple सॉफ़्टवेयर प्राप्त करने वाला पक्ष इस लाइसेंस के नियम व शर्तों को पढ़ता है व इनसे सहमत होता है।

**4. डेटा के उपयोग की सहमति।** जब आप अपने डिवाइस का इस्तेमाल करते हैं, तो आपका फ़ोन नंबर और आपके डिवाइस के लिए कुछ अनोखे आइडेंटिफ़ायर्स Apple को भेज दिए जाते हैं, ताकि अन्य लोग Apple सॉफ़्टवेयर, जैसे कि iMessage और FaceTime के विभिन्न कम्युनिकेशन फ़ीचर्स का इस्तेमाल करके आपके फ़ोन नंबर के ज़रिए आप से संपर्क कर सकें। जब आप iMessage का उपयोग करते हैं, तो Apple आपके संदेशों की डिलीवरी सुनिश्चित करने के लिए उन्हें कुछ समय के लिए एन्क्रिप्टेड रूप में बनाए रख सकता है। आप अपने डिवाइस पर FaceTime या Messages सेटिंग में जाकर FaceTime या iMessage को बंद कर सकते हैं। कुछ फ़ीचर जैसे कि Analytics, Location Services, Siri और Dictation को अपने संबंधित क्रियाएँ प्रदान करने के लिए आपके डिवाइस से सूचना की आवश्यकता पड़ सकती है। जब आप इन सुविधाओं को चालू या उनका उपयोग करते हैं, तो Apple को भेजी जाने वाली जानकारी और उसका उपयोग किए जाने के संबंध में विवरण प्रदान किया जाएगा। आप https://www.apple.com/privacy/ पर जाकर अधिक जानकारी प्राप्त कर सकते हैं। आपकी जानकारी को हर समय Apple की गोपनीयता नीति के अनुसार व्यवहार में लाया जाएगा, जिसे https://www.apple.com/legal/privacy/ पर देखा जा सकता है।

**5. सेवाएँ और तृतीय पक्ष की सामग्री।**

(क) Apple सॉफ़्टवेयर, Apple के iTunes Store, App Store, Apple Books, Game Center, iCloud, Maps, News, Fitness+ और Apple की अन्य तथा तृतीय पक्ष की सेवाओं और वेबसाइटों (एकत्रित और अलग-अलग "सेवाएँ") पर एक्सेस को सक्षम कर सकता है। इन सेवाओं के उपयोग के लिए इंटरनेट एक्सेस और कुछ निश्चित सेवाओं के उपयोग के लिए Apple ID की आवश्यकता हो सकती है इसके साथ ही आपको सेवा की शर्तों को स्वीकार करना पड़ सकता है और इसमें अतिरिक्त शुल्क भी वसूल किया जा सकता है। किसी Apple ID या अन्य Apple सेवाओं के संबंध में इस सॉफ़्टवेयर का उपयोग करके आप लागू होने वाली सेवा शर्तों से सहमत होते हैं, जैसे कि जिस देश या क्षेत्र में आप इन सेवाओं को एक्सेस करते हैं, वहाँ के नवीनतम Apple मीडिया सेवा के नियम व शर्तें, जिन्हें आप https://www.apple.com/legal/internet-services/itunes/ पर देख सकते हैं या समीक्षा कर सकते हैं।

(ख) यदि आप iCloud के लिए साइन अप करते हैं, तो कुछ iCloud फ़ीचर जैसे "iCloud Drive", "My Photo Stream", "Shared Albums" और "Find My" को सीधे Apple सॉफ़्टवेयर से एक्सेस किया जा सकता है। आप स्वीकार करते हैं और सहमत होते हैं कि आपके द्वारा किया जाने वाला iCloud और इन फ़ीचर का उपयोग iCloud सेवा के नवीनतम नियमों और शर्तों के अधीन है, जिन्हें आप यहाँ एक्सेस कर सकते हैं और देख सकते हैं: https://www.apple.com/legal/internet-services/icloud/.

(ग) News ऐप कंटेंट। आपके News ऐप्लिकेशन से एक्सेस किए गए कंटेंट का उपयोग केवल निजी, गैर-व्यावसायिक उपयोग के लिए सीमित है, कंटेंट में आपको कोई भी स्वामित्व लाभ हस्तांतरित नहीं किया जाता है और विशेष रूप से ऐसे कंटेंट में कोई भी व्यावसायिक या प्रचार के उपयोग का अधिकार बगैर किसी सीमा के वर्जित है।

(घ) Maps. मैप, डेटा कवरेज सहित Apple सॉफ़्टवेयर ("Maps") की maps सेवा और सुविधाओं में क्षेत्र के अनुसार फ़र्क हो सकता है। जब आप Maps चालू करते हैं या उसका उपयोग करते हैं, तो इसका विवरण प्रदान किया जाएगा कि Apple को कौन-सी जानकारी भेजी जाती है और उस जानकारी का उपयोग किस तरह होता है। आप स्वीकार करते हैं और सहमत होते हैं कि आपके द्वारा Maps का उपयोग किया जाना, Maps सेवा के नवीनतम नियम और शर्तों के अधीन है, जिन्हें आप Maps होम कार्ड पर एक्सेस कर सकते हैं और देख सकते हैं।

(ङ) आपने यह भी समझ लिया है कि किसी भी सेवा का उपयोग करते समय आपके सामने अपमानजनक, अश्लील या आपत्तिजनक लगने वाला कंटेंट आ सकता है जिसकी भाषा के अश्लील होने को स्पष्ट रूप से पहचाना जा सकता है या पहचाना नहीं भी जा सकता है तथा ऐसी किसी भी खोज या विशिष्ट URL को दर्ज करने के परिणामस्वरूप स्वचालित रूप से और अनजाने में आपत्तिजनक सामग्री के लिंक या संदर्भ प्राप्त हो सकते हैं। फिर भी, आप अपने स्वयं के जोखिम पर इस सेवाएं का उपयोग करने के लिए सहमत हैं और कंटेंट में कुछ अपमानजनक, अशोभनीय या आपत्तिजनक मिलता है तो उसके लिए Apple, इसके सहयोगी, एजेंट, प्रमुख या लाइसेंसदाता ज़िम्मेदार नहीं होंगे।

(च) कुछ सेवाएं तृतीय पक्ष ("तृतीय पक्ष सामग्री") से कंटेंट, डेटा, जानकारी एप्लिकेशन या सामग्री को प्रदर्शित, शामिल या उपलब्ध करा सकती हैं या कुछ तृतीय पक्ष की वेबसाइट की लिंक प्रदान कर सकती हैं। सेवा का उपयोग करके, आप यह स्वीकार करते हैं और सहमति देते हैं कि उक्त तृतीय पक्ष सामग्री या वेबसाइटों के कंटेंट, सटीकता, संपूर्णता, सामयिकता, वैधता, कॉपीराइट कानूनों के अनुपालन, कानूनी अनुपालन, गरिमा, गुणवत्ता या किसी अन्य पहलू के निरीक्षण या मूल्यांकन के लिए Apple ज़िम्मेदार नहीं होता है। Apple, इसके अधिकारी, सहयोगी और अनुषंगी किसी भी तृतीय पक्ष सेवाओं का आश्वासन या उसका समर्थन नहीं करते हैं और न ही ऐसा दावा करते हैं तथा तृतीय पक्ष सामग्रियों या वेब साइटों या कोई अन्य सामग्री, उत्पाद, या तृतीय पक्ष की सेवाओं के लिए वे आपके या किसी अन्य व्यक्ति के प्रति उत्तरदायी नहीं हैं। तृतीय पक्ष सामग्री और अन्य वेबसाइट के लिंक केवल आपकी सुविधा के लिए प्रदान किए गए हैं।

(छ) न तो Apple और न ही उसके कंटेंट प्रदाता स्टॉक जानकारी, स्थान डेटा या किसी भी सेवाएं द्वारा प्रदर्शित किए जाने वाले किसी भी अन्य डेटा की उपलब्धता, शुद्धता, पूर्णता, विश्वसनीयता या सामयिकता की गारंटी देते हैं। किसी भी सेवा द्वारा प्रदर्शित की जाने वाली वित्तीय जानकारी केवल सामान्य जानकारी के लिए है और निवेश की सलाह के लिए उसे विश्वसनीय नहीं समझा जाना चाहिए। इन सेवाओं के माध्यम से प्राप्त जानकारी के आधार पर किसी भी प्रकार का प्रतिभूति लेन-देन करने से पहले, आपको वित्तीय या प्रतिभूति व्यवसायियों, जो आपके देश या प्रदेश में वित्तीय या प्रतिभूति की सलाह देने वाले कानूनी तौर पर पात्र व्यवसायी हैं, से सलाह लेनी चाहिए। Apple Maps सेवा सहित किन्हीं भी सेवाओं द्वारा प्रदान किया जाने वाला स्थान डेटा केवल मूलभूत नेविगेशनल और नियोजन उद्देशों के लिए प्रदान किया गया है और जहाँ सटीक स्थान की जानकारी आवश्यक हो या जहाँ अशुद्ध, गलत, पुराने या अधूरे स्थान डेटा के कारण मृत्यु, व्यक्तिगत क्षति संपत्ति या पर्यावरणिक नुकसान हो सकता हो ऐसी स्थिति में उस पर निर्भर रहने के उद्देश्य हेतु तैयार नहीं किया गया है। आप सहमत होते हैं कि Maps डेटा की सटीकता को प्रभावित कर सकने वाले मौसम, सड़क और यातायात की स्थितियों और भू-राजनीतिक घटनाओं जैसे कारकों, लेकिन जो इन तक सीमित नहीं हैं, के कारण आपको Maps सेवा से प्राप्त होने वाले परिणाम सड़क या प्रदेश की वास्तविक स्थिति से भिन्न हो सकते हैं। आपकी सुरक्षा के लिए नैविगेशन फ़ीचर का उपयोग करते हुए, हमेशा सड़क पर लगाए गए चिह्नों और सड़क की मौजूदा स्थितियों पर ध्यान दें। सुरक्षित ड्राइविंग के तौर-तरीकों और ट्रैफ़िक विनियमों का पालन करें और ध्यान दें कि साइकिल चलाने और पैदल चलने के रास्तों में निर्दिष्ट पथ शामिल नहीं हो सकते हैं।

(ज) सेवाएं का उपयोग करके किसी भी कंटेंट को अपलोड किए जाने पर आप यह दर्शाते हैं कि आपके पास ऐसे कंटेंट को अपलोड करने के सभी अधिकार या प्राधिकार हैं या फिर आपको कानूनी तौर इसकी अनुमति दी गई है और यह कि ऐसा कंटेंट सेवाएं पर लागू होने वाली किसी भी सेवा शर्त का उल्लंघन नहीं करता है। आप सहमत हैं कि सेवाएं में इस साइट के स्वामी Apple के स्वामित्व वाली या उनके लाइसेंसधारकों के स्वामित्व का कंटेंट, सूचना और सामग्री शामिल है और जो बौद्धिक संपदा और अन्य कानूनों द्वारा संरक्षित

है, जिसमें कॉपीराइट शामिल है लेकिन जो इस तक ही सीमित नहीं है। आप सहमति देते हैं कि आप ऐसे स्वामित्व वाले कंटेंट, सूचना या सामग्री का सेवाएँ के अनुमत उपयोग के अलावा या अन्य किसी भी तरह से इसका उपयोग नहीं करेंगे जो इस लाइसेंस की शर्तों के असंगत है या तृतीय पक्ष या Apple के किसी भी बौद्धिक संपदा अधिकार का उल्लंघन करता हो। सेवाओं का कोई भी भाग किसी भी स्वरूप में या किसी भी उद्देश्य के लिए पुनर्प्रादित नहीं किया जाएगा। आप संशोधन, किराए, पट्टे पर, ऋण के रूप में, बिक्री करने, वितरित करने या सेवाओं पर आधारित व्युत्पन्न कार्यों को किसी भी तरह बनाने की सहमति नहीं देते हैं और आपको ज़रा भी अनधिकृत तरीके से सेवाएँ नहीं लेनी चाहिए, जिनमें कोई भी कंप्यूटर वाइरस, वर्म, ट्रोजन हॉर्स या अन्य मालवेयर, या उल्लंघन द्वारा या नेटवर्क क्षमता पर बोझ डालना शामिल हैं, लेकिन सीमित नहीं हैं। इसके अलावा आप इस बात से भी सहमत हैं कि आप सेवाओं का उपयोग किसी भी स्वरूप में परेशान करने, अपशब्द का प्रयोग करने, चोरी से प्रवेश करने, धमकी देने, कलंक लगाने या फिर किसी अन्य पक्ष के अधिकारों का उल्लंघन करने के लिए नहीं करेंगे और Apple किसी भी तरह से आपके द्वारा ऐसा उपयोग किए जाने पर ज़िम्मेदार नहीं होगा और न ही किसी परेशानी, धमकी, मानहानिकारक, वीभत्स, उल्लंघन करने वाले या गैरकानूनी संदेशों या संचारण के लिए, जो आप किसी भी सेवाओं के उपयोग के परिणाम स्वरूप प्राप्त करते है, के लिए ज़िम्मेदार होगा।

(झ) इसके अतिरिक्त, ऐसी सेवाएँ और तृतीय पक्ष की सामग्री सभी भाषाओं में या सभी देशों या क्षेत्रों में उपलब्ध नहीं हो सकते हैं। Apple ऐसे किसी भी सेवाओं या तीसरे पक्ष की सामग्री का जो उचित हो या किसी विशिष्ट स्थान में उपयोग के लिए उपलब्ध हो, प्रतिनिधित्व नहीं करता है। आप जितनी बार भी इस प्रकार की सेवाओं या तृतीय पक्ष की सामग्री के उपयोग या पहुँच का चयन करते हैं, तो यह सब आप अपने स्वयं की पहल में करते हैं और इस के लिए लागू होने वाले किसी भी कानून का अनुपालन करने के लिए आप ज़िम्मेदार रहेंगे, जिसमें लागू हो सकने वाले स्थानीय कानून और गोपनीयता तथा डेटा संचयन नियम शामिल हैं लेकिन जो इन तक ही सीमित नहीं हैं। अपने डिवाइस के जरिए फोटो शेयर या सिंक करने से मेटाडेटा पैदा हो सकते हैं, जिसमें वह स्थान भी शामिल होता है जहाँ फोटो ली गई थी और फोटो के साथ हस्तांतरित किए जाने वाली गहन जानकारी भी शामिल रहती है। ऐसी फोटो को शेयर या सिंक करने के लिए Apple सेवाओं के इस्तेमाल (जैसे कि iCloud Photo Library) Apple को ऐसे मेटाडेटा प्राप्त होंगे और वह उसे स्टोर करेगा। Apple और उसके लाइसेंसधारक किसी भी सेवाओं पर किसी भी समय बिना सूचना के एक्सेस के अधिकार बदल, रद्द, हटा या अक्षम कर सकते हैं। ऐसी किसी भी स्थिति में किसी भी सेवाओं को हटाने या उनकी एक्सेस को अक्षम करने के लिए Apple उत्तरदायी नहीं होगा। किसी विशिष्ट सेवाओं के एक्सेस या उपयोग पर किसी भी स्थिति में और बिना सूचना या उत्तरदायित्व के Apple उनको सीमित कर सकता है।

**6. समाप्ति।** यह लाइसेंस समाप्त होने तक प्रभावी रहेगा। यदि आप इस लाइसेंस की किसी भी शर्त का अनुपालन करने में विफल होते हैं, तो इस लाइसेंस के अंतर्गत आपके अधिकारों को स्वचालित रूप से समाप्त किया जाएगा या अन्यथा Apple की ओर से बिना सूचना के स्थगन प्रभावी होगा। इस लाइसेंस के समाप्त होने पर, Apple सॉफ्टवेयर के आपके सभी उपयोग को रोक दिया जाएगा। इस लाइसेंस के अनुभाग 4, 5, 6, 7, 8, 9, 10, 12, और 13 ऐसे किसी भी समापन के दौरान अस्तित्व में रहेंगे।

## 7. वारंटियों का अस्वीकरण

7.1    यदि आप वो ग्राहक हैं जो उपभोक्ता है (ऐसा व्यक्ति जो अपने व्यापार, व्यवसाय या पेशे के अलावा Apple सॉफ्टवेयर का उपयोग करता है) तो आपके पास अपने निवास देश के ऐसे कानूनी अधिकार हो सकते हैं जो आप पर लागू होने वाली निम्नलिखित सीमाओं को प्रतिबंधित करेंगे और प्रतिबंधित होने पर वे आप पर लागू नहीं होंगे। उपभोक्ता अधिकारों के बारे में अधिक जानकारी के लिए आपको स्थानीय उपभोक्ता सलाह संस्था से संपर्क करना चाहिए।

7.2    आप स्पष्ट रूप से यह स्वीकार करते हैं और इस बात कि सहमति देते हैं कि प्रयोज्य कानून द्वारा अनुमत सीमा तक, Apple सॉफ्टवेयर के उपयोग और Apple सॉफ्टवेयर द्वारा निष्पादित सेवाएँ और उसकी एक्सेस का जोखिम पूर्ण रूप से आप पर है और संतोषजनक गुणवत्ता, निष्पादन, शुद्धता और प्रयास का पूरा जोखिम भी आप पर है।

7.3      लागू हो सकने वाले कानून से प्राप्त अनुमति के अनुसार अधिकतम उपयोग के लिए Apple सॉफ़्टवेयर और सेवाओं को "जैसे है वैसे" और "जैसे उपलब्ध है वैसे" के अनुसार सभी दोष और किसी भी प्रकार के वारंटी के बिना प्रदान किया गया है और APPLE तथा APPLE के लाइसेंसधारक (अनुभाग 7 और 8 हेतु एकत्रित रूप से उन्हें APPLE के रूप संदर्भित किया जाएगा) इसके अनुसार जो व्यक्त होती है, ध्वनित या वैधानिक होती है ऐसी सभी वारंटियों और शर्तों को Apple सॉफ़्टवेयर और सेवाओं के संदर्भ में अस्वीकृत करते हैं जो ध्वनित वारंटियां और/या बाज़ार में लाने योग्य स्थितियों, संतोषजनक गुणवत्ता, विशिष्ट हेतु के लिए अनुकूल, शुद्धता, आनंद तथा तीसरे पक्ष के अधिकारों का उल्लंघन यहाँ तक सीमित नहीं हैं।

7.4      APPLE द्वारा ऐसा कोई आश्वासन नहीं दिया जाता है कि आपके Apple सॉफ़्टवेयर और सेवा के उपयोग में कोई व्यवधान नहीं आएगा, कि इस सॉफ़्टवेयर में शामिल फ़ंक्शन या निष्पादित और प्रदान की गई सेवा द्वारा Apple सॉफ़्टवेयर आपकी आवश्यकताओं को पूरा करेगा, यह कि Apple सॉफ़्टवेयर और सेवा का परिचालन निर्बाध या त्रुटि-मुक्त रहेगा, यह कि किसी भी सेवा को निरंतर उपलब्ध कराया जाएगा, Apple सॉफ़्टवेयर या सेवा में खराबी को सुधारा जाएगा या यह कि Apple सॉफ़्टवेयर को सुसंगत बनाया जाएगा या वह किसी तृतीय पक्ष के सॉफ़्टवेयर, ऐप्लिकेशन या तृतीय पक्ष की सेवाओं के साथ कार्य करेगा। इस APPLE सॉफ़्टवेयर को इंस्टॉल करने पर तृतीय पक्ष के सॉफ़्टवेयर, एप्लिकेशन या तृतीय पक्ष की सेवाओं साथ ही APPLE प्रोडक्ट और सेवाओं की उपलब्धता और उपयोगिता प्रभावित हो सकती है।

7.5      इसके अतिरिक्त आप यह भी स्वीकार करते हैं कि Apple सॉफ़्टवेयर और सेवा को ऐसी परिस्थितियों या पर्यावरण के उद्देश्य से नहीं बनाया गया है जहाँ विफलता या समय में विलंब या त्रुटियाँ या पुनरावृत्तियों में Apple सॉफ़्टवेयर द्वारा प्रदान की जाने वाली सामग्री या सेवा, मृत्यु, व्यक्तिगत क्षति या गंभीर शारीरिक या पर्यावरणीय क्षति का कारण बन सकते हैं, जिसमें बिना प्रतिबंध के नाभिकीय सुविधाएँ, विमान नेविगेशन या संचार व्यवस्था, हवाई यातायात नियंत्रण, जीवन सहायता या शस्त्र प्रणालियाँ भी शामिल हैं।

7.6      APPLE या APPLE अधिकृत प्रतिनिधि द्वारा दी गई कोई भी मौखिक या लिखित जानकारी या सलाह कोई वारंटी नहीं देती है। Apple सॉफ़्टवेयर या सेवाओं के त्रुटिपूर्ण होने पर, आपको आवश्यक सेवाओं, मरम्मत या सुधार या पूर्ण लागत का वहन करना होगा। कुछ न्यायाधिकार अन्तर्निहित वारंटी या प्रयोज्य संवैधानिक सीमाओं या ग्राहकों के लिए लागू होने वाले संवैधानिक अधिकारों का अपवर्जन नहीं करते हैं, इसलिए उपरोक्त अपवर्जन और सीमाएँ आप पर लागू नहीं हो सकती हैं।

**8. उत्तरदायित्व की सीमाएँ।** लागू कानूनों द्वारा निषिद्ध न होने की सीमा तक किसी भी परिस्थिति में Apple, इसकी सहायक कंपनियाँ, एजेंट या प्रमुख, Apple सॉफ़्टवेयर और सेवा या किसी अन्य तृतीय पक्ष के सॉफ़्टवेयर या ऐप्लिकेशन के Apple सॉफ़्टवेयर या सेवाओं के साथ आपके द्वारा किए गए उपयोग या उपयोग करने की अक्षमता के कारण हुई व्यक्तिगत क्षति या कोई अपघात, विशेष, अप्रत्यक्ष या परिणामी नुकसान के लिए उतरदायी नहीं होंगे, जिसमें असीमित रूप से शामिल है डेटा करप्शन या नुकसान, डेटा को संचारित या प्राप्त करने में विफलता, व्यावसायिक व्यवधान या अन्य वाणिज्यिक नुकसान या हानियां, भले ही ऐसा नुकसान या हानि देयता के सिद्धान्त (अनुबंध, अपकृत्य या अन्यथा) के अंतर्गत मान्य हो और भले ही ऐसे नुकसानों की संभावना से Apple को अवगत करा दिया गया हो। कुछ अधिकार क्षेत्र उत्तरदायित्व अपवर्जन या मर्यादाओं को व्यक्तिगत क्षति या संलग्न तथा परिणामस्वरूप नुकसान के लिए अनुमति नहीं देते हैं, इसलिए ऐसी मर्यादाएँ आप पर लागू नहीं हो सकतीं। किसी भी स्थिति में सभी (व्यक्तिगत क्षति की स्थितियों में प्रयोज्य कानून के अतिरिक्त) क्षतियों के लिए Apple का कुल दायित्व दो सौ पचास डॉलर ($250.00) की राशि से अधिक नहीं होगा। यदि उपरोक्त घोषित उपाय अपने आवश्यक प्रयोजन में विफल होते हैं, तब भी यह पूर्वगामी प्रतिबंध लागू होंगे। इस लाइसेंस में किसी भी अन्य शर्त के बावजूद, यदि जापान का उपभोक्ता अनुबंध अधिनियम लागू होता है, तो अनुबंध के उल्लंघन या APPLE द्वारा किए गए नुकसान के लिए APPLE की देनदारी को सीमित करने वाली शर्तें लागू नहीं होंगी यदि ऐसी क्षति Apple द्वारा जानबूझकर किए गए कदाचार या घोर लापरवाही के कारण हुई है।

**9. डिजिटल प्रमाणपत्र।** Apple सॉफ़्टवेयर में ऐसी कार्यात्मकता शामिल है जो Apple या तीसरे पक्ष से डिजिटल प्रमाणपत्रों को

स्वीकार करने की अनुमति देती है। APPLE या तीसरे पक्ष से जारी किए जाने वाले प्रमाणपत्र पर निर्भर रहना है या नहीं इसके निर्णय के लिए आप पूर्ण रूप से स्वयं जिम्मेदार रहते हैं। डिजिटल प्रमाणपत्रों का आपका उपयोग पूर्ण रूप से आपके जोखिम पर है। लागू होने वाले नियम से अधिकतम बार बाजार के अनुसार तथा किसी विशिष्ट उद्देश्य हेतु, शुद्धता, सुरक्षा या डिजिटल प्रमाणपत्रों के बारे में तीसरे पक्ष के अधिकारों के लिए कोई उल्लंघन न करना इसके संदर्भ में APPLE कोई वारंटी या प्रतिनिधित्व, रुचि तथा आग्रह नहीं करता है।

**10. निर्यात नियंत्रण।** संयुक्त राज्य अमेरिका के कानून द्वारा अधिकृत और कानून का क्षेत्राधिकार जिसके अंतर्गत Apple सॉफ़्टवेयर प्राप्त किया गया था, इसके सिवाय आप Apple सॉफ़्टवेयर का उपयोग या अन्यथा इसका निर्यात या पुन: निर्यात नहीं कर सकते हैं। विशेष रूप से, लेकिन बिना किसी सीमा के, Apple सॉफ़्टवेयर को (क) संयुक्त राज्य अमेरिका द्वारा प्रतिबंधित देश में या (ख) विशेष रूप से नामित राष्ट्रों की अमेरिकी ट्रेजरी विभाग की सूची या अमेरिकी वाणिज्य विभाग के विशेष अभिहित व्यक्तियों या निकाय की सूची या अन्य किसी प्रतिबंधित पक्षों की सूची में निहित किसी व्यक्ति को निर्यात या पुन:निर्यात नहीं किया जा सकता है। Apple सॉफ़्टवेयर का उपयोग करके, आप दर्शाते और आश्वासित करते हैं कि आप ऐसे किसी भी देश या सूची में स्थित नहीं हैं। आप इस बात से भी सहमत हैं कि आप संयुक्त राज्य कानून द्वारा निषिद्ध किसी उद्देश्य के लिए Apple सॉफ़्टवेयर का उपयोग नहीं करेंगे, जिसमें बिना प्रतिबंध के विकास, डिज़ाइन, विनिर्माण या मिसाइलों का उत्पादन, नाभिकीय, रासायनिक या जैविक हथियार शामिल हैं।

**11. सरकार अंतिम उपयोगकर्ता।** Apple सॉफ़्टवेयर और संबंधित प्रलेखन "वाणिज्यिक आइटम" हैं, जैसे कि यह शब्द 48 C.F.R.§2.101 में परिभाषित है जिसमें "वाणिज्यिक कंप्यूटर सॉफ़्टवेयर" और "वाणिज्यिक कंप्यूटर सॉफ़्टवेयर प्रलेखन" के अनुसार, ऐसे शब्दों का उपयोग 48 C.F.R.§12.212 या 48 C.F.R. §227.7202 में किया जाता है, जैसा प्रयोज्य हो। 48 C.F.R. §12.212 या 48 C.F.R.§227.7202-1 से लेकर 227.7202-4 के अनुरूप, जैसा भी लागू हो, वाणिज्यिक कंप्यूटर सॉफ़्टवेयर और वाणिज्यिक कंप्यूटर सॉफ़्टवेयर दस्तावेज़, अमेरिका के लक्षित उपयोगकर्ताओं को (क) केवल वाणिज्यिक आइटम के रूप में और (ख) केवल उन अधिकारों के साथ लाइसेंस दिए जा रहे हैं जो सभी लक्षित उपयोगकर्ताओं को यहाँ दिए गए नियमों और शर्तों के अंतर्गत दिए गए हैं। अप्रकाशित-अधिकार संयुक्त राष्ट्र के कॉपीराइट कानून के अंतर्गत आरक्षित हैं।

**12. नियंत्रण कानून और विच्छेदनीयता।** यह लाइसेंस, अपने कानूनी सिद्धांतों के टकराव को छोड़कर, कैलिफोर्निया राज्य के कानूनों के अनुसार नियंत्रित होगा और समझा जाएगा। वस्तुओं की अंतर्राष्ट्रीय बिक्री के अनुबंध में यह लाइसेंस संयुक्त राष्ट्र संघिपत्र द्वारा शासित नहीं होगा, जिसका प्रयोग स्पष्ट रूप से अपवर्जित है। यदि आप यूनाइटेड किंगडम में रहने वाले उपभोक्ता हैं, तो यह लाइसेंस आपके निवास के क्षेत्राधिकार में आने वाले कानून द्वारा शासित होगा। यदि किसी कारण से सक्षम अधिकारिता वाला न्यायालय किसी प्रावधान, या इसका अंश, अप्रवर्तनीय पाता है, तो इस लाइसेंस का शेष पूर्ण रूप से बाध्य और प्रभावी होगा।

**13. पूर्ण अनुबंध; शासी भाषा।** यह लाइसेंस आपके और Apple के बीच Apple सॉफ़्टवेयर से संबंधित संपूर्ण अनुबंध का गठन करता है और इस तरह की विषय वस्तु के बारे में सभी पूर्व या समकालीन सहमतियों को प्रतिस्थापित करता है। इस लाइसेंस में किसी भी तरह का सुधार या संशोधन बाध्यकारी नहीं होगा जब तक कि यह Apple द्वारा लिखित और हस्ताक्षरित न हो। इस लाइसेंस का कोई भी अनुवाद स्थानीय आवश्यकताओं के लिए किया जाता है और अंग्रेजी तथा गैर-अंग्रेजी संस्करणों बीच होने वाले विवाद की स्थिति में, इस लाइसेंस का अंग्रेजी संस्करण शासित होगा, यदि आपके क्षेत्राधिकार की सीमा में स्थानीय कानून द्वारा ऐसा निषिद्ध न हो।

**14. तृतीय पक्ष अभिस्वीकृतियाँ।** Apple सॉफ़्टवेयर के कुछ हिस्सों द्वारा तृतीय पक्ष के सॉफ़्टवेयर और अन्य कॉपीराइट सामग्री का उपयोग या उन्हें शामिल किया जा सकता है। ऐसी सामग्री के लिए अभिस्वीकृतियाँ, लाइसेंसिंग की शर्तें और प्रकटीकरण Apple सॉफ़्टवेयर के इलेक्ट्रॉनिक दस्तावेजों में शामिल है और ऐसी सामग्री का आपके द्वारा किया जाने वाला उपयोग उनकी संबंधित शर्तों के अधीन होगा। Google सुरक्षित ब्राउज़िंग सेवा का उपयोग Google की सेवा की शर्तें (https://www.google.com/intl/en/policies/terms/) तथा Google की गोपनीयता नीति (https://www.google.com/intl/en/policies/privacy/) के अधीन

है।

### 15. MPEG-4; H.264/AVC नोटिस का उपयोग

(क) Apple सॉफ़्टवेयर को MPEG-4 सिस्टम स्टैंडर्ड के अनुपालन में एन्कोड करने हेतु MPEG-4 सिस्टम पेटेंट पोर्टफ़ोलियो लाइसेंस के तहत लाइसेंस प्राप्त है, बशर्ते कि एक अतिरिक्त लाइसेंस तथा रॉयल्टीज़ का भुगतान अग्रवर्णित के संबंध में आवश्यक हो (i) फ़िज़िकल मीडिया में स्टोर्ड या एक्रिप्टेड डेटा जिसके लिए टाइटल बाइ टाइटल आधार पर भुगतान किया जाता है तथा/या (ii) वह डेटा जिसके लिए टाइटल बाइ टाइटल आधार पर भुगतान किया जाता है और स्काई स्टोरेज तथा/या इस्तेमाल के लिए किसी अंतिम प्रयोक्ता को हस्तांतरित किया है। इस प्रकार के अतिरिक्त लाइसेंस MPEG LA, LLC से प्राप्त किए जा सकते हैं। अतिरिक्त विवरण के लिए https://www.mpegla.com देखें।

(ख) Apple सॉफ़्टवेयर में MPEG-4 वीडियो एन्कोडिंग तथा/या डीकोडिंग फ़ंक्शनैलिटी मौजूद होती है। Apple सॉफ़्टवेयर, किसी उपभोक्ता के निजी तथा गैर-व्यापारिक इस्तेमाल के लिए MPEG-4 विज़ुअल पेटेंट पोर्टफ़ोलियो लाइसेंस के तहत लाइसेंस प्राप्त है, (i) MPEG-4 विज़ुअल स्टैंडर्ड ("MPEG-4 वीडियो") के अनुपालन में वीडियो एन्कोड करना और/या (ii) MPEG-4 वीडियो को डीकोड करना, जिसे निजी तथा गैर-व्यापारिक गतिविधि में लिप्त उपभोक्ता द्वारा एन्कोड किया गया हो और/या MPEG-4 वीडियो प्रदान करने के लिए MPEG LA द्वारा लाइसेंस प्राप्त वीडियो प्रदाता से प्राप्त किया गया हो। कोई लाइसेंस अनुमत या किसी अन्य उपयोग के लिए लक्षित नहीं है। अतिरिक्त जानकारी सहित प्रचार, आंतरिक और वाणिज्यिक उपयोग तथा लाइसेंसिंग से संबंधित जानकारी MPEG LA, LLC से प्राप्त की जा सकती है। https://www.mpegla.com देखें।

(ग) Apple सॉफ़्टवेयर में AVC एन्कोडिंग तथा/या डीकोडिंग फ़ंक्शनैलिटी शामिल होती हैं, इसलिए H.264/AVC के व्यापारिक इस्तेमाल के लिए अतिरिक्त लाइसेंसिंग की आवश्यकता होती है और निम्नांकित प्रावधान लागू होता है: APPLE सॉफ़्टवेयर में AVC कार्यात्मकता केवल उपभोक्ता के व्यक्तिगत और गैर-वाणिज्यिक उपयोग हेतु निम्न कार्यों के लिए लाइसेंसीकृत है (i) AVC मानक ("AVC वीडियो") के अनुसार वीडियो एन्कोड करने और/या (ii) AVC वीडियो डिकोड करने जिसे उपभोक्ता द्वारा व्यक्तिगत और गैर-वाणिज्यिक गतिविधि में एन्कोड किया गया था और या AVC वीडियो जिसे वीडियो प्रदाता द्वारा लाइसेंसीकृत AVC वीडियो प्राप्त किया गया था। अन्य उपयोगों और लाइसेंस के बारे में जानकारी MPEG LA L.L.C द्वारा ली जा सकती है। https://www.mpegla.com देखें।

### 16. Yahoo खोज सेवा प्रतिबंध। Safari के ज़रिए उपलब्ध होने वाली Yahoo Search Service को केवल निम्नांकित देशों और क्षेत्रों में लाइसेंस प्राप्त है: अर्जेंटीना, अरुबा, ऑस्ट्रेलिया, ऑस्ट्रिया, बारबाडोस, बेल्जियम, बरमूडा, ब्राज़ील, बुल्गारिया, कनाडा, केमान आइलैंड, चिली, चीन मुख्यभूमि, हाँग काँग, ताइवान, कोलम्बिया, साइप्रस, चेक रिपब्लिक, डेनमार्क, डोमिनियन रिपब्लिक, इक्वाडोर, अल सल्वाडोर, फ़िनलैंड, फ़्रांस, जर्मनी, ग्रीस, ग्रेनाडा, ग्वाटेमाला, हाँगकांग, हंगरी, आइसलैंड, भारत, इंडोनेशिया, आयरलैंड, इटली, जमाइका, जापान, लात्विया, लिथुआनिया, लक्जम्बर्ग, मलेशिया, माल्टा, मेक्सिको, नीदरलैंड, न्यूज़ीलैंड, निकारागुआ, नॉर्वे, पनामा, पेरू, फ़िलीपींस, पोलैंड, पुर्तगाल, प्यूर्टो रिको, रोमानिया, सिंगापुर, स्लोवाकिया, स्लोवेनिया, साउथ कोरिया, स्पेन, सेंट लूसिया, सेंट विंसेंट, स्वीडन, स्विज़रलैंड, ताइवान, थाइलैंड, द बहामास, ट्रिनिदाद एंड टोबैगो, तुर्की, यूके, उरुग्वे, अमेरिका तथा वेनेज़ुएला।

### 17. Microsoft Exchange नोटिस। Apple सॉफ़्टवेयर में Microsoft Exchange मेल सेटिंग का लाइसेंस आपके Microsoft Exchange Server या Microsoft द्वारा Microsoft Exchange ActiveSync प्रोटोकॉल को लागू करने के लिए, Microsoft द्वारा लाइसेंस प्राप्त अन्य सर्वर सॉफ़्टवेयर को केवल ओवर-द-एयर सिंक्रोनाइज़ेशन के लिए प्रदान किया जाता है, जैसे कि ईमेल, संपर्क, कैलेंडर और टास्क के लिए।

EA1806

08/07/2022

_____

**Apple Pay और Wallet के पूरक नियम और शर्तें**

यह Apple Pay और Wallet पूरक नियम और शर्तें (यह "पूरक शर्तें") Apple सॉफ़्टवेयर लाइसेंस अनुबंध ("लाइसेंस") के अनुपूरक हैं; लाइसेंस की शर्तें और ये पूरक शर्तें दोनों आपके द्वारा Apple Pay सुविधा ("Apple Pay") और Apple Wallet एप्लिकेशन ("Wallet") के आपके उपयोग को नियंत्रित करती हैं, जिसे लाइसेंस के तहत "सेवा" माना जाएगा। इन पूरक शब्दावलियों में उपयोग किए गए कैपिटल शब्दावलियों का अर्थ लाइसेंस में बताया गया है।

**1. अवलोकन**

**Apple Pay**

Apple Pay आपको इसकी अनुमति देता है:

- चुनिंदा स्थानों पर या चुनिंदा ऐप्स या वेबसाइट के भीतर Apple Card और Apple Cash कार्ड सहित क्रेडिट, डेबिट और प्रीपेड कार्ड का उपयोग करके संपर्क रहित भुगतान करना;
- Apple Cash के दूसरे यूज़र को पर्सन टू पर्सन भुगतान भेजना; और
- ऑर्डर ट्रैक करना और पूरी जानकारी वाली रसीदें देखना।

संभव है कि Apple Pay और Apple Pay के कुछ फ़ीचर केवल चुनिंदा क्षेत्रों में, चुनिंदा कार्ड जारीकर्ताओं, भुगतान नेटवर्कों, व्यापारियों और अन्य तृतीय पक्षों के पास ही उपलब्ध हों।

**Wallet**

Apple Wallet आपको Apple Pay (सामूहिक रूप से, "Apple Pay कार्ड") के साथ-साथ अन्य प्रकार के कार्ड, पास और चाबियों के साथ उपयोग किए जाने वाले क्रेडिट, डेबिट और प्रीपेड कार्ड के आभासी प्रतिनिधित्व को संग्रहित करने की अनुमति देता है, जिसमें बिना किसी सीमा के निम्नलिखित शामिल हैं (सामूहिक रूप से, "Wallet Passes", और Apple Pay कार्ड के साथ, "समर्थित कार्ड"):

- रिवॉर्ड कार्ड;
- ट्रांज़िट कार्ड;
- टिकट;
- सदस्यता पास;
- कार की चाबियाँ;
- घर की चाबियाँ;
- हास्पिटैलिटी की चाबियाँ;
- कॉर्पोरेट बैज;
- विद्यार्थी ID कार्ड; और
- ड्राइविंग लाइसेंस और राज्य या सरकार द्वारा जारी किए गए पहचान कार्ड ("ID कार्ड")।

संभव है कि Wallet Pass केवल चुनिंदा क्षेत्रों में और चुनिंदा साथियों के पास उपलब्ध हों। साथ में, यह भी संभव है कि ID कार्ड केवल सहभागी राज्यों के निवासियों के लिए उपलब्ध हों और उपस्थापन राज्य या स्थान के अनुसार अलग-अलग हो।

समर्थित कार्ड में समय-समय पर बदलाव हो सकता है।

## 2. Eligibility

Apple Pay और Wallet का उपयोग करने के लिए आपके पास (i) सेवाओं का समर्थन करने वाले ऑपरेटिंग सिस्टम को रन करने वाला समर्थित डिवाइस (नवीनतम संस्करण की सलाह दी जाती है और कभी-कभी आवश्यक भी), (ii) iCloud खाते से संबद्ध Apple ID जिसकी स्थिति Apple में अच्छी है और (iii) इंटरनेट एक्सेस (शुल्क लागू हो सकता है) होना चाहिए। Apple Cash परिवार और चुनिंदा ई-मनी कार्ड के अतिरिक्त Apple Pay कार्ड केवल 13 वर्ष या उससे अधिक आयु के व्यक्तियों के लिए उपलब्ध है और हो सकता है कि यह iCloud या संबंधित जारीकर्ता, व्यापारी या अन्य तृतीय पक्ष द्वारा लागू किए जाने वाले आयु-आधारित प्रतिबंधों के अधीन हो। ट्रांज़िट कार्ड, ई-मनी कार्ड, ID कार्ड, कॉर्पोरेट बैज और चाबियाँ केवल iOS डिवाइस पर उपलब्ध हैं।

यदि आप iCloud Family के पेरेंट या कानूनी संरक्षक (एक "आयोजक") हैं, तो आप Wallet में पारिवारिक सदस्यों को योग्य ट्रांज़िट कार्ड प्रदान करने और उनका उपयोग करने के लिए आमंत्रित कर सकते हैं, जिनमें 13 वर्ष से कम आयु के बच्चे (या संबंधित देश में इस आयु के बराबर न्यूनतम आयु के बच्चे) शामिल हो सकते हैं। एक आयोजक के रूप में आप पारिवारिक सदस्य द्वारा किए गए भुगतान, खरीदारी और लेन-देन सहित पारिवारिक सदस्यों के लिए सक्षम किए गए ट्रांज़िट कार्ड का उपयोग करके किए गए सभी भुगतानों, खरीदारियों और लेन-देनों के लिए ज़िम्मेदार होंगे। Wallet में मौजूद ट्रांज़िट कार्ड का उपयोग और उसका उपयोग करने की योग्यता, दोनों संबंधित ट्रांज़िट एजेंसी के नियम और शर्तों के अधीन हैं। आयोजक ऐसे नियम और शर्तों का अनुपालन करने और अन्य पारिवारिक सदस्यों के लिए ट्रांज़िट पास सक्षम करने को लेकर पूरा जोखिम उठाने के लिए ज़िम्मेदार हैं। जब कोई पारिवारिक सदस्य परिवार छोड़ देता है या उसे परिवार से हटाया जाता है, तो वह पारिवारिक सदस्य अब ट्रांज़िट कार्ड को फिर से लोड नहीं कर पाएगा और वह केवल तभी तक कार्ड पर लेन-देन कर पाएगा जब तक कार्ड खाते का बैलेंस शून्य नहीं हो जाता है।

यदि आप कार की चाबी के स्वामी हैं, तो आप 13 वर्ष या उससे अधिक उम्र के व्यक्तियों के साथ अपनी कार की चाबी साझा कर सकते हैं ताकि वे आपकी कार को अनलॉक कर सकें, एक्सेस कर सकें और/या चला सकें।

होम ऐप में लॉक जोड़कर या उसमें से लॉक हटाकर या होम ऐप के होम में खुद को जोड़कर या उसमें से खुद को हटाकर ही घर की चाबियों को Wallet में जोड़ा जा सकता है या उसमें से हटाया जा सकता है। यदि आप होम ऐप के किसी होम के व्यवस्थापक हैं, तो किसी भी मौजूदा होम कुंजी को उन लोगों के साथ स्वचालित रूप से साझा किया जाएगा जिन्हें आपने आमंत्रित किया है और जो आपके होम में जुड़ते हैं।

Apple Card केवल संयुक्त राज्य अमेरिका में ही उपलब्ध है और इसे Goldman Sachs Bank USA, Salt Lake City Branch ("Apple Card जारीकर्ता") द्वारा जारी किया जाता है। Apple Card परिवार के अतिरिक्त Apple Card केवल 18 वर्ष या उससे अधिक आयु के व्यक्तियों के लिए (या आपके निवास के राज्य पर आधारित इससे अधिक आयु के व्यक्तियों के लिए) उपलब्ध है।

Apple Cash कार्ड और पर्सन टू पर्सन भुगतान भेजने और प्राप्त करने की सुविधा केवल संयुक्त राज्य अमेरिका में ही उपलब्ध है और ये सेवाएँ Green Dot Bank, सदस्य FDIC द्वारा प्रदान की जाती हैं। Apple Pay में पर्सन टू पर्सन भुगतान भेजने या प्राप्त करने के लिए आपके पास Apple Cash कार्ड होना आवश्यक है। Apple Cash परिवार के अतिरिक्त Apple Cash कार्ड और पर्सन टू पर्सन

भुगतान भेजने और प्राप्त करने की सुविधा केवल 18 वर्ष या उससे अधिक आयु के व्यक्तियों के लिए उपलब्ध है।

## 3. सेवाओं का उपयोग

समर्थित कार्ड और पर्सन टू पर्सन भुगतान उस Apple ID से जुड़े होते हैं जिससे आपने इन फ़ीचर का उपयोग करने के लिए iCloud में साइन-इन किया है। जब आप Wallet में चाबियाँ, कॉर्पोरेट बैज, रिवॉर्ड कार्ड, टिकट और सदस्यता पास जोड़ते हैं या उसमें से हटाते हैं, तो यह बदलाव आपके उन Apple डिवाइस पर दिखाई देगा जिन पर आपने अपने Apple ID से साइन इन किया है। आप राज्य के प्रत्येक जारी करने वाले अधिकारी के लिए प्रत्येक Apple ID के साथ केवल एक ID कार्ड संबद्ध कर पाएँगे।

आपके व्यक्तिगत उपयोग के लिए Apple Pay और Wallet बनाए गए हैं और आप केवल अपने खुद के समर्थित कार्ड के लिए प्रबंध कर सकते हैं या केवल उन ट्रांज़िट कार्ड या कार और घर की चाबियों के लिए प्रबंध कर सकते हैं जिनका प्रबंध करने के लिए आपको आयोजक या स्वामी द्वारा आमंत्रित किया गया हो। यदि आप समर्थित कॉर्पोरेट कार्ड के लिए प्रबंध कर रहे हैं, तो आप यह दर्शाते हैं कि ऐसा आप अपने नियोक्ता के प्राधिकार में कर रहे हैं और आप इस उपयोग की शर्तों के लिए तथा इस फ़ीचर के उपयोग के परिणामस्वरूप होने वाले सभी लेन-देनों के लिए अपने नियोक्ता के साथ प्राधिकृत रूप से प्रतिबद्ध हैं। यदि आप पर्सन टू पर्सन भुगतान भेज रहे हैं या प्राप्त कर रहे हैं, तो आप यह दर्शाते हैं कि आप ऐसा अपने व्यक्तिगत, गैर-व्यावसायिक उपयोग के लिए कर रहे हैं। यदि आप ID कार्ड के लिए प्रबंध कर रहे हैं, तो आप यह दर्शाते हैं कि आप ऐसा अपनी व्यक्तिगत जानकारी का उपयोग करके कर रहे हैं जो सटीक रूप में और सही रूप में आपको प्रस्तुत करती है।

आप इस बात से सहमत हैं कि आप Apple Pay या Wallet का उपयोग गैरकानूनी या कपटपूर्ण उद्देश्यों के लिए तथा लाइसेंस और इन पूरक शर्तों द्वारा प्रतिबंधित किसी भी अन्य उद्देश्य के लिए नहीं करेंगे। इसके अतिरिक्त आप लागू होने वाले कानून और विनियमों के अनुसार Apple Pay और Wallet का उपयोग करने के लिए सहमत होते हैं। आप स्वीकार करते हैं कि ID कार्ड के संबंध में दर्ज की जाने वाली कोई भी अनुचित जानकारी संघीय या राजकीय कानून के तहत दंडात्मक अपराध है। आप इस बात से भी सहमत होते हैं कि आप Apple Pay या Wallet सेवा (किसी भी स्वचालित साधन से सेवा एक्सेस करने समेत) या सेवा से जुड़े किसी भी सर्वर या नेटवर्क अथवा सेवा से जुड़ी किसी भी नीति, आवश्यकता या नियमन (उस पर किसी भी अनधिकृत एक्सेस, उपयोग या डेटा तथा ट्रैफ़िक के मॉनिटरिंग के उपयोग समेत) में हस्तक्षेप नहीं करेंगे या उनके सुचारु संचालन में व्यवधान पैदा नहीं करेंगे।

यदि आपके द्वारा Apple Pay या Wallet का एक्सेस या उपयोग प्रयोज्य कानून द्वारा निषिद्ध है, तो आप इन सेवाओं को एक्सेस करने या इनका उपयोग करने के लिए अधिकृत नहीं हैं। यदि आप सेवाओं को इस तरह एक्सेस करते हैं या उनका उपयोग करते हैं जो प्रयोज्य कानून का उल्लंघन करता हो, तो हम इसके लिए उत्तरदायी नहीं हैं।

## 4. Apple का आपके साथ संबंध

आपके द्वारा Apple Pay का उपयोग इन पूरक शर्तों द्वारा नियंत्रित होने के साथ-साथ कार्डधारक अनुबंध की शर्तों द्वारा नियंत्रित होगा जिनका उपयोग आपके Apple Pay कार्ड के लिए ज़िम्मेदार होने वाले जारीकर्ता, व्यापारी या अन्य तृतीय पक्ष द्वारा किया जाता है।

इसी तरह, आपका Wallet में Wallet Passes का उपयोग इन पूरक शर्तों द्वारा नियंत्रित होगा, साथ में संबंधित व्यापारी, ट्रांज़िट एजेंसी, कार और लॉक निर्माता, विश्वविद्यालय, होटल, रिज़ॉर्ट, क्रूज़ लाइन, निगम, राज्य के जारी करने वाले अधिकारी या अन्य तृतीय पक्ष के साथ आपके अनुबंध की शर्तों द्वारा नियंत्रित होगा।

नीचे वर्णित Apple Payments Inc. ("Apple Payments") द्वारा प्रदान किए गए Apple Pay के कुछ फ़ीचर के अतिरिक्त Apple

आपके Apple Pay कार्ड पर किए गए भुगतानों या अन्य गैर-भुगतान लेन-देनों को संसाधित नहीं करता है। आपके Apple Pay या Wallet के उपयोग के परिणामस्वरूप होने वाले भुगतानों, चार्जबैक, वापसी, रिफंड, फंड स्थानांतरण, रिवॉर्ड, वैल्यू, छूट, एक्सेस, पहचान सत्यापन, ऑर्डर, ऑर्डर फुलफिलमेंट, या अन्य गतिविधि पर Apple का कोई नियंत्रण नहीं है और वह ऐसे किसी भी लेन-देन के लिए ज़िम्मेदार नहीं है।

यदि इन पूरक शर्तों और संबंधित जारीकर्ता, व्यापारी, राज्य का जारी करने वाला अधिकारी या अन्य तृतीय पक्ष (प्रत्येक "**तृतीय पक्ष अनुबंध**") के साथ हुए आपके अनुबंध की शर्तों के बीच कोई टकराव है, तो इन पूरक शर्तों के नियम Apple के साथ आपके संबंध को नियंत्रित करेंगे और संबंधित तृतीय पक्ष अनुबंध के नियम ऐसे तृतीय पक्ष के साथ आपके संबंध को नियंत्रित करेंगे।

आप सहमत होते हैं कि Apple आपके किसी भी तृतीय पक्ष अनुबंध के लिए पक्ष नहीं है, न ही Apple इन बातों के लिए ज़िम्मेदार है: (क) Apple Pay या Wallet का उपयोग करने के दौरान किसी भी समर्थित कार्ड की उपलब्धता की सटीकता, सामग्री, खरीदारी, लेन-देन, फंड स्थानांतरण, ऑर्डर, ऑर्डर फुलफिलमेंट, रसीदें, या अन्य गतिविधि, जिसमें पारिवारिक सदस्यों द्वारा या उन लोगों द्वारा किए गए लेन-देन भी शामिल हैं जिनके साथ आपने अपने समर्थित कार्ड साझा किए हैं या अपना डिवाइस एक्सेस किया है; (ख) क्रेडिट देना या क्रेडिट के लिए योग्यता का मूल्यांकन करना; (ग) ड्राइविंग लाइसेंस या राज्य का पहचान कार्ड जारी करना, निलंबित करना या रद्द करना; (घ) Apple Pay या Wallet के आपके उपयोग से संबंधित जारीकर्ताओं, व्यापारियों, ऐप डेवलपरों या अन्य तृतीय पक्षों की गतिविधियाँ; (ङ) Wallet में अपना समर्थित कार्ड जोड़ने के संबंध में जारीकर्ता, व्यापारी या अन्य तृतीय पक्ष द्वारा लिए गए निर्णय; (च) किसी भी व्यापारिक या साझेदारी कार्यक्रम में आपकी सदस्यता या सहभागिता; (छ) आपके समर्थित कार्ड के संबंध में रिवॉर्ड या संग्रहित मूल्य का उपचय या रिडेम्शन; (ज) प्रीपेड समर्थित कार्ड का निधीयन या रीलोडिंग; (झ) पर्सन टू पर्सन भुगतान भेजना या प्राप्त करना या फंड स्थानांतरण; या (ण) अपने Apple Cash कार्ड में पैसे लोड करना, उन्हें रिडीम करना या उनका आहरण करना।

जब आप Apple Card के लिए आवेदन करते हैं, तो आप Apple Card जारीकर्ता के साथ खाता खोलने के लिए आवेदन करते हैं। Apple Card प्रदान करने वाली वित्तीय संस्था परिवर्तन के अधीन है और आपके द्वारा Apple Card का उपयोग उनके नियम और शर्तों के अधीन है।

जब आप Apple Pay के भीतर Apple Cash फ़ीचर सक्षम करते हैं, तो आप ग्रीन डॉट बैंक में एक खाता खोलते हैं। Apple Payments द्वारा प्रदान किए गए Apple Pay के फीचर के अतिरिक्त जब आप पर्सन टू पर्सन भुगतान भेजते या प्राप्त करते हैं या अपने Apple Cash कार्ड में धन राशि डालते हैं या निकालते हैं, तो आपके धन को प्राप्त करने या वांछित प्राप्तकर्ता तक भेजने के लिए ग्रीन डॉट बैंक ज़िम्मेदार होगा। Apple Pay के भीतर Apple Cash और पर्सन टू पर्सन भुगतान प्रस्तुत करने के लिए ज़िम्मेदार वित्तीय संस्था परिवर्तन के अधीन है और आपके द्वारा ऐसे फीचर का उपयोग उनके नियमों और शर्तों के अधीन है।

आपके द्वारा अधिकृत किए गए कुछ योग्य व्यवसायों हेतु भुगतान करने के लिए अपने Apple Cash कार्ड में मौजूद फंड का उपयोग करने की क्षमता ("सीधी भुगतान सेवा"), Apple Payments द्वारा प्रदान की जाने वाली एक सेवा है। आपका सीधी भुगतान सेवा का उपयोग Apple Payments के सीधे भुगतानों के नियमों और शर्तों के अधीन है। इसके अतिरिक्त कुछ योग्य व्यवसाय आपको उन्हें अधिकृत करने की अनुमति दे सकते हैं ताकि आपके Apple Cash कार्ड को फंड वितरित किए जा सकें (प्रत्येक निधि एक "**संवितरण**" है)। संवितरण Apple Payments द्वारा संसाधित किए जा सकते हैं, उन्हें ऐसी निधियाँ प्रदान करने वाले सहभागी व्यवसायों द्वारा प्रस्तुत किया जाता है और ये संवितरण करने वाले व्यवसायों के कुछ अतिरिक्त नियमों और शर्तों के अधीन हो सकते हैं। समर्थित कार्ड या संबद्ध वाणिज्यिक गतिविधि के बारे में किसी भी विवाद या प्रश्न के लिए कृपया अपने जारीतकर्ता या प्रयोज्य व्यापारी, राज्य के जारी करने वाले अधिकारी, ऐप डेवलपर या अन्य तृतीय पक्ष से संपर्क करें। Apple Pay, Wallet, Apple Card या Apple Cash कार्ड या पर्सन टू पर्सन भुगतानों के बारे में किसी भी प्रश्न के लिए कृपया Apple Support से संपर्क करें।

## 5. Privacy

Apple द्वारा व्यक्तिगत जानकारी का संग्रह और उसका उपयोग Apple की गोपनीयता नीति द्वारा नियंत्रित है, जो कि https://www.apple.com/legal/privacy/ पर उपलब्ध हैं। आप "Apple Pay और गोपनीयता" सहित संबंधित सेवा-विशिष्ट गोपनीयता सूचनाएँ पढ़कर संग्रहित की गई, इस्तेमाल की गई या साझा की गई व्यक्तिगत जानकारी पर विस्तृत जानकारी अपने Apple Pay और Wallet के उपयोग के रूप में प्राप्त कर सकते हैं, जिसे अपने डिवाइस पर या किसी पेयर किए गए डिवाइस पर Watch ऐप के भीतर या https://www.apple.com/legal/privacy/ पर जाकर एक्सेस किया जा सकता है। Apple Pay और Wallet का उपयोग करके आप Apple को और उसकी सहायक कंपनियों और एजेंट को इन सेवाओं को प्रदान करने के उद्देश्य से, समस्त पूर्ववर्ती जानकारी को हस्तांतरित करने, एकत्र करने, रखरखाव करने, संसाधित करने और उपयोग करने की स्वीकृति देते हैं और सहमत होते हैं।

## 6. सुरक्षा; गुम हुए या अक्षम डिवाइस

अपने समर्थित डिवाइस और क्रेडेंशियल को उसी तरह सुरक्षित रखना जिस तरह आप अपने भौतिक वॉलेट और कार्ड को सुरक्षित रखते हैं

Apple Pay और Wallet आपके समर्थित कार्ड के कृत्रिम रूपांतरण को संग्रहीत करता है और उसी तरह से इनका संरक्षण किया जाना चाहिए जैसे आप अपने भौतिक वॉलेट, चाबियों या क्रेडिट, डेबिट, प्रीपेड, पहचान और अन्य कार्ड को सुरक्षित रखते हैं। आप पूर्ण रूप से अपने डिवाइस और अपनी Apple ID, अपने Touch ID और Face ID की जानकारी, अपने समर्थित डिवाइस के पासकोड और सेवाओं के संबंध में उपयोग किए जाने वाले अन्य प्रमाणन क्रेडेंशियल के रखरखाव के लिए जिम्मेदार हैं (सामूहिक रूप से, आपके "क्रेडेंशियल")। यदि आप किसी अन्य व्यक्ति को अपने समर्थित डिवाइस का उपयोग करने के लिए अधिकृत करते हैं या अनुमति देते हैं (उदाहरण के लिए, तृतीय पक्ष को अपना डिवाइस पासकोड प्रदान करके या Touch ID का उपयोग करने अथवा Face ID को सक्षम करने के लिए तृतीय पक्ष को अपना फ़िंगरप्रिंट जोड़ने की अनुमति देकर अन्यथा तृतीय पक्ष को अपने कोई भी क्रेडेंशियल प्रदान करके), तो वह व्यक्ति Wallet में आपके समर्थित कार्ड की मदद से भुगतान कर सकता है, पर्सन टू पर्सन भुगतान भेज सकता है, उनके लिए अनुरोध कर सकता है या उन्हें प्राप्त कर सकता है, आपके Apple Cash कार्ड से पैसे निकाल सकता है, रिवॉर्ड प्राप्त कर सकता है या उन्हें रिडीम कर सकता है, वैल्यू का उपयोग कर सकता है, आपकी कार, आपके कमरे, ऑफिस या घर को अनलॉक या एक्सेस कर सकता है, आपकी पहचान को धारण कर सकता है या अन्य लेन-देन कर सकता है। ऐसी स्थिति में, आप उस व्यक्ति द्वारा किए गए सभी भुगतानों, एक्सेस और लेने-देनों के लिए जिम्मेदार होंगे।

जेलब्रोकन डिवाइस

यदि आप अपने डिवाइस में अनधिकृत संशोधन करते हैं, जैसे कि हार्डवेयर या सॉफ्टवेयर नियंत्रणों को अक्षम करना (कभी-कभी "जेलब्रेकिंग" भी कहते है), तो अब आपका डिवाइस सेवाओं को एक्सेस करने या उनका उपयोग करने के योग्य नहीं होगा। आप स्वीकार करते हैं कि सेवा के संबंध में संशोधित डिवाइस का उपयोग करना स्पष्ट रूप से निषिद्ध है, इसे पूरक शर्तों का उल्लंघन माना जाता है और हमारे लिए आपके द्वारा सेवाओं के एक्सेस को इनकार करने या सीमित का कारण बनता है।

अतिरिक्त सुरक्षा उपाय

आपको सुरक्षा के अतिरिक्त उपाय जैसे अपने Apple ID के लिए टू-फ़ैक्टर ऑथेंटिकेशन को सक्षम करना पड़ सकता है ताकि Apple Card, Apple Cash कार्ड और Apple Pay से पर्सन टू पर्सन भुगतान करने सहित Apple Pay के विशेष फ़ीचर को एक्सेस किया जा सके। यदि आप बाद में इन सुरक्षा फ़ीचर को हटा देते हैं, तो आप Apple Pay के विशेष फ़ीचर को एक्सेस करना जारी नहीं रख

पाएँगे। प्रस्तुतीकरण के लिए अपने ID कार्ड से संबद्ध Face ID या Touch ID को हटाने के लिए आपको संपूर्ण ID कार्ड प्रबंध प्रक्रिया को पूरा करना आवश्यक होगा।

गुम हुए या चोरी हुए डिवाइस

यदि आपका डिवाइस गुम या चोरी हो गया है और आपने "Find My " सक्षम किया हुआ है, तो आप "Find My " का उपयोग करके डिवाइस को "Lost Mode" में रखकर उस पर मौजूद कृत्रिम समर्थित कार्डों द्वारा लेन-देन करने या पर्सन टू पर्सन भुगतान भेजने की क्षमता को निलंबित करने का प्रयास कर सकते हैं। यदि आपका डिवाइस "Lost Mode" में है, तो आपकी कार की चाबी Wallet में अक्षम हो जाएगी और अब आप अपने वाहन से बाहर आने पर या इंजिन को बंद करने पर अपनी कार को एक्सेस नहीं कर पाएँगे या उसे शुरू नहीं कर पाएँगे। 'Lost Mode' केवल खोए हुए डिवाइस की कुंजियों को प्रभावित करता है। यदि आप स्वामी है, तो आप अपनी कार या घर की चाबी को दूसरों के साथ साझा नहीं कर पाएँगे, लेकिन जिन कुंजियों को दूसरों के साथ पहले ही शेयर किया गया है, वे डिवाइस के कारण प्रभावित नहीं होंगे।

आप अपने डिवाइस से डेटा भी मिटा सकते हैं जिससे कि डिवाइस पर मौजूद कृत्रिम समर्थित कार्ड द्वारा लेन-देन करने या पर्सन टू पर्सन भुगतान भेजने की क्षमता निलंबित करने का प्रयास किया जाएगा। आपको जारीकर्ता, व्यापारी या अपने समर्थित कार्ड के अन्य ज़िम्मेदार तृतीय पक्ष से या अपने Apple Card या Apple Cash कार्ड के मामले में Apple से भी संपर्क करना चाहिए ताकि Apple Pay पर या Wallet में आपके समर्थित कार्ड के अनधिकृत उपयोग को रोका जा सके।

यदि आप रिपोर्ट करते हैं या Apple को कपटपूर्ण तथा अनुचित गतिविधि का संदेह होता है, तो किसी भी जाँच-पड़ताल में Apple को सहयोग देने और हमारे द्वारा बताए गए किसी भी कपट प्रतिबंध उपायों का उपयोग करने के लिए आप सहमत होते हैं।

## 7. दायित्व की सीमा

इस लाइसेंस में बताई गई वारंटी के अस्वीकरण और उत्तरदायित्व की सीमाओं के अतिरिक्त APPLE PAY या WALLET का उपयोग करके की गई खरीदारी, भुगतान, फंड स्थानांतरण, ऑर्डर, ऑर्डर फुलफिलमेंट, रसीद जानकारी, एक्सेस, पहचान सत्यापन, लेन-देन या अन्य गतिविधि के लिए किसी दायित्व को APPLE स्वीकार नहीं करता है और आप इस बात से सहमत होते हैं कि आप अपने समर्थित कार्ड, पर्सन टू पर्सन भुगतान और संबंधित गतिविधियों से संबंधित किसी भी प्रश्न या विवादों के समाधान के लिए एकमात्र रूप से अपने कार्ड जारीकर्ता, भुगतान नेटवर्क, वित्तीय संस्था, व्यापारी, ऐप डेवलपर, राज्य का जारी करने वाला अधिकारी या अन्य प्रयोज्य तृतीय पक्ष के साथ हुए अनुबंध पर सिर्फ़ निर्भर होंगे।

_____

## APPLE द्वारा दिए गए नोटिस

यदि Apple को आपके उत्पाद या खाते के बारे में संपर्क करने की आवश्यकता है, तो आप ईमेल द्वारा नोटिस प्राप्त करने के लिए सहमति देते हैं। आप सहमत होते हैं कि हमारे द्वारा आपको इलेक्ट्रॉनिक रूप से भेजे गए ऐसे किसी भी नोटिस से कानूनी संपर्क की प्रत्येक आवश्यकता पूरी होगी।

**ESPAÑOL (LATINOAMÉRICA)**

**IMPORTANTE: UTILIZAR TU iPHONE, iPAD O iPOD TOUCH ("DISPOSITIVO") IMPLICA QUE ACEPTAS LAS SIGUIENTES CONDICIONES:**

**A.    CONTRATO DE LICENCIA DE SOFTWARE iOS Y iPadOS DE APPLE**
**B.    CONDICIONES COMPLEMENTARIAS DE APPLE PAY**
**C.    AVISOS DE APPLE**

**APPLE INC**
**CONTRATO DE LICENCIA DE SOFTWARE iOS Y iPadOS**
**Licencia de un solo uso**

**LEE DETENIDAMENTE ESTE CONTRATO DE LICENCIA DE SOFTWARE ("LICENCIA") ANTES DE UTILIZAR EL DISPOSITIVO O DESCARGAR LA ACTUALIZACIÓN DE SOFTWARE QUE ACOMPAÑA A ESTA LICENCIA.. UTILIZARLO O DESCARGAR UNA ACTUALIZACIÓN DE SOFTWARE, SEGÚN SEA EL CASO, SE INTERPRETARÁ COMO UN HECHO INEQUÍVOCO DE QUE ACEPTAS LAS CLÁUSULAS DE ESTA LICENCIA. SI NO LAS ACEPTAS, NO USES EL DISPOSITIVO NI DESCARGUES LA ACTUALIZACIÓN DE SOFTWARE.**

**SI RECIENTEMENTE COMPRASTE UN DISPOSITIVO Y NO ACEPTAS ESTA LICENCIA, PUEDES DEVOLVER EL DISPOSITIVO DURANTE EL PERIODO DE DEVOLUCIÓN ESTABLECIDO AL APPLE STORE O AL DISTRIBUIDOR AUTORIZADO DONDE LO ADQUIRISTE Y SOLICITAR UN REEMBOLSO, DE CONFORMIDAD CON LA POLÍTICA DE DEVOLUCIONES DE APPLE, QUE ESTÁ DISPONIBLE EN https://www.apple.com/legal/sales-support/.**

**1. General**
(a) Apple Inc. ("Apple") te concede (no vende) una licencia para el uso de este software (incluido el código ROM de arranque, el software incluido y el software de terceros), la documentación, las interfaces, los contenidos, los tipos de letra y cualquier tipo de datos que acompañe al Dispositivo (el "Software de Apple original"), que pueden ser actualizados o reemplazados por funcionalidades mejoradas, actualizaciones de software, respuestas de seguridad, archivos del sistema o software de restauración del sistema de Apple para tu Dispositivo o dispositivo periférico compatible (los "Cambios del Software de Apple"), ya sea en memoria de solo lectura o en cualquier otro soporte o de cualquier otra forma (el Software de Apple original y los Cambios del Software de Apple se denominan conjuntamente el "Software de Apple"), para su uso únicamente bajo las condiciones de esta Licencia. Apple y sus licenciantes conservan la propiedad del Software de Apple y se reservan todos los derechos no concedidos a ti de forma expresa. Tú aceptas que las condiciones de esta Licencia se aplicarán a todas las aplicaciones de marca Apple integradas en tu Dispositivo, a menos que una aplicación incluya una licencia separada, en cuyo caso aceptas que dicha aplicación se regirá por las condiciones de la licencia correspondiente.

(b) Apple puede, a su entera discreción, desarrollar en el futuro Cambios del Software de Apple. En caso de que los haya, es posible que dichos Cambios del Software de Apple no incluyan necesariamente todas las funcionalidades de software ya existentes ni funcionalidades nuevas que Apple destine a modelos más recientes o diferentes de Dispositivos. Las condiciones de esta Licencia regirán cualquier Cambio del Software de Apple proporcionado por Apple, excepto que dicho Cambio del Software de Apple venga acompañado de una licencia propia, en cuyo caso aceptas que se aplicarán las condiciones de dicha licencia.

(c) Si usas la configuración exprés para configurar un Dispositivo nuevo basado en tu Dispositivo anterior, aceptas que las condiciones de esta licencia regirán el uso que hagas del Software de Apple en

tu nuevo Dispositivo, a menos que el Dispositivo incluya una licencia separada, en cuyo caso aceptas que el uso de dicho Software de Apple se regirá por las condiciones de la licencia correspondiente. Tu Dispositivo buscará de forma periódica en Apple los Cambios del Software de Apple. Si hay algún cambio disponible, el cambio podrá descargarse e instalarse automáticamente en tu Dispositivo y, si corresponde, en los dispositivos periféricos. **Al usar el Software de Apple, aceptas que Apple puede descargar e instalar Cambios del Software de Apple en tu Dispositivo y tus dispositivos periféricos.** Puedes desactivar la instalación automática de las actualizaciones del sistema operativo y las Respuestas rápidas de seguridad en cualquier momento. Para ello, modifica la configuración de las actualizaciones automáticas en Configuración > General> Actualización de software. Es posible que algunos archivos del sistema (incluidos, entre otros, los tipos de letra actualizados, los modelos de idioma, los recursos de voz y el firmware de los periféricos) se sigan instalando automáticamente, por ejemplo, si activas o utilizas determinadas funcionalidades y periféricos, o para abordar consideraciones legales, reglamentarias, técnicas o de seguridad pública.

## 2. Usos permitidos y restricciones de la Licencia.

(a) De acuerdo con las condiciones de esta Licencia, se te concede una licencia limitada no exclusiva para utilizar el Software de Apple en un único Dispositivo de marca Apple. Excepto lo expresamente permitido en la sección 2(b) siguiente, y salvo que medie un acuerdo separado entre Apple y tú, esta Licencia no permite que el Software de Apple esté instalado en más de un Dispositivo de marca Apple al mismo tiempo, y no podrás distribuir ni colocar el Software de Apple en una red donde pueda ser utilizado por varios Dispositivos al mismo tiempo. La presente Licencia no te concede ningún derecho para el uso de las interfaces propiedad de Apple, así como ningún derecho de propiedad intelectual con respecto al diseño, desarrollo, fabricación, concesión de licencias o distribución de dispositivos y accesorios de otros fabricantes o de aplicaciones de software de terceros que se usen con el Dispositivo. Algunos de estos derechos se recogen en otras licencias de Apple. Para obtener más información acerca del desarrollo de dispositivos y accesorios de terceros para Dispositivos, visita https://developer.apple.com/programs/mfi/. Para obtener más información sobre el desarrollo de aplicaciones de software para Dispositivos, visita https://developer.apple.com.

(b) De acuerdo con los términos y condiciones de esta Licencia, se te concede una licencia limitada no exclusiva para descargar los Cambios del Software de Apple que Apple lance para tu modelo de Dispositivo con el fin de actualizar o restaurar el software de cualquier Dispositivo que poseas o controles. Esta Licencia no permite actualizar o restaurar ningún Dispositivo que no sea de tu propiedad o no se encuentre bajo tu control, ni distribuir o colocar los Cambios del Software de Apple en una red donde puedan ser utilizados por varios Dispositivos o varias computadoras al mismo tiempo. Si descargas una Actualización del Software de Apple en tu computadora, podrás realizar una copia de los Cambios del Software de Apple almacenados en tu computadora en un formato legible únicamente a efectos de respaldo, siempre y cuando esta contenga toda la información relativa a derechos de autor u otros datos relativos a la propiedad, contenida en el original.

(c) Si Apple preinstaló aplicaciones de marca Apple desde el App Store en tu Dispositivo en el momento de la compra ("Aplicaciones preinstaladas"), tendrás que iniciar sesión en el App Store y asociar a tu cuenta de App Store estas Aplicaciones preinstaladas para poder utilizarlas en el Dispositivo. Cuando asocies una Aplicación preinstalada a tu cuenta del App Store, se asociarán automáticamente todas las demás Aplicaciones preinstaladas a tu Dispositivo. Al asociar las Aplicaciones preinstaladas a tu cuenta de App Store, aceptas que Apple pueda transmitir, recopilar, mantener, procesar y usar tanto el Apple ID que utilizas en tu cuenta del App Store como el identificador de hardware único de tu Dispositivo como identificadores únicos de la cuenta con el fin de verificar si tu solicitud es apta y proporcionarte acceso a las Aplicaciones preinstaladas a través del App Store. Si no quieres utilizar una Aplicación preinstalada, puedes eliminarla del Dispositivo en cualquier momento.

(d) No podrás (y aceptas no hacerlo ni permitir a otras personas que lo hagan) copiar (excepto en los

casos expresamente permitidos en la presente Licencia), descompilar, desensamblar o intentar obtener el código fuente, como tampoco descifrar, modificar o crear trabajos derivados del Software de Apple o de cualquier servicio proporcionado por el Software de Apple ni de ninguna de sus partes (excepto en la medida en la que la legislación aplicable o las condiciones de licencia que rigen el uso de componentes de código abierto o de código de muestra que puedan estar incluidos en el Software de Apple prohíban cualquiera de las restricciones anteriores). Te comprometes a no eliminar, ocultar o alterar ninguno de los avisos relacionados con los derechos de propiedad (incluidos los avisos de marca registrada y copyright) que puedan estar adjuntos o incluidos en el Software de Apple.

(e) El Software de Apple puede utilizarse para reproducir materiales siempre que dicho uso se limite a la reproducción de materiales sin copyright, materiales de los que poseas el copyright o materiales que puedas reproducir porque cuentas con la autorización o el permiso legal correspondientes. Sin perjuicio de lo anterior, tienes prohibido volver a publicar, retransmitir o reproducir cualquier imagen a la que se acceda a través de Noticias o Mapas como archivo independiente. Los derechos de titularidad y de propiedad intelectual de cualquiera de los contenidos que se muestran o almacenan en el Dispositivo, o a los que se accede a través de este, pertenecen a los propietarios del contenido correspondiente. Dicho contenido puede estar protegido por las leyes y los tratados vigentes en materia de propiedad intelectual y de derechos de autor, y queda sujeto a las condiciones de uso del tercero que suministra el contenido. A menos que se establezca lo contrario en el presente documento, esta Licencia no te concede ningún derecho para el uso de dicho contenido ni garantiza que el contenido siga estando disponible para su uso.

(f) De conformidad con los términos y condiciones de esta Licencia, puedes hacer lo siguiente: (i) usar los Memoji incluidos o creados con el Software de Apple (los "Caracteres del sistema") (1) durante la ejecución del Software de Apple y (2) con la finalidad de crear tus propios contenidos y proyectos originales para uso personal, no comercial; y (ii) usar los Subtítulos en Vivo generados automáticamente en el dispositivo por el Software de Apple ("Subtítulos en Vivo"), ya sea que se generen durante una llamada de FaceTime o de otro modo, solo para uso personal y no comercial. Esta Licencia no permite ningún otro uso de los Caracteres del sistema o de los Subtítulos en Vivo, incluido, entre otros, el uso, la reproducción, la exhibición, la ejecución, la grabación, la publicación o la redistribución de cualquiera de los Caracteres del sistema o de los Subtítulos en Vivo en un contexto lucrativo, sin ánimo de lucro, de reparto público o comercial.

(g) Para poder realizar atajos de acciones en ciertos sitios web y/o apps, el Software de Apple puede requerir acceso a ciertas aplicaciones de software, servicios y sitios web de terceros en tu Dispositivo. Das tu consentimiento expreso para tal uso en la medida que sea necesario para completar el Atajo con el Software de Apple.

(h) Te comprometes a utilizar el Software de Apple y los Servicios (tal como se definen en el apartado 5 de este documento) de conformidad con todas las leyes aplicables, incluidas las leyes locales del país o la región donde residas o donde se descargue y utilice el Software de Apple y los Servicios. Es posible que las funcionalidades del Software de Apple y los Servicios no estén disponibles en todos los idiomas o regiones, que algunas funcionalidades varíen según la región y que tu proveedor de servicios restrinja algunas funcionalidades o no las ofrezca. Algunas de las funcionalidades de los Servicios y Software de Apple requieren una conexión de datos celulares o Wi-Fi.

(i) Necesitas una combinación única de nombre de usuario y contraseña —conocida como Apple ID— para poder utilizar el App Store. El Apple ID también es necesario para acceder a actualizaciones de aplicaciones y determinadas funcionalidades del Software de Apple y los Servicios.

(i) Reconoces que muchas funcionalidades, apps integradas y Servicios del Software de Apple transmiten datos y podrían conllevar cargos para tu plan de datos, y que tú te harás cargo de dichos

cargos. Puedes ver y controlar qué aplicaciones tienen autorización para utilizar datos celulares y ver una estimación de la cantidad de datos que consumen en la sección "Datos celulares" de Configuración. Además, Ayudar Wi-Fi cambiará automáticamente a datos celulares cuando tu conexión de Wi-Fi no sea buena, lo que puede ocasionar un mayor uso de datos celulares y aumentar los cargos de tu plan de datos. Ayudar Wi-Fi está activada por omisión, pero la puedes desactivar en Configuración. Para obtener más información, consulta el Manual del usuario de tu Dispositivo.

(k) Si seleccionas la opción para permitir la actualización automática de aplicaciones, el Dispositivo buscará periódicamente actualizaciones para las aplicaciones de tu Dispositivo y, si las hay, las descargará e instalará automáticamente. Las actualizaciones automáticas se pueden desactivar en cualquier momento desde Configuración > iTunes Store y App Store > "Descargas automáticas" desactivando la opción "Actualizaciones".

(l) El uso del Dispositivo en ciertas circunstancias puede distraerte y provocar situaciones peligrosas (por ejemplo, evita escribir mensajes mientras manejas un automóvil o usar audífonos mientras andas en bicicleta). Al usar tu Dispositivo aceptas que eres responsable de seguir las normas que prohíben o restringen el uso de teléfonos celulares o audífonos (por ejemplo, el requisito de usar accesorios de manos libres para realizar llamadas mientras se maneja).

(m) Ciertas funcionalidades del Software de Apple intentarán proporcionar asistencia en situaciones en las que tu seguridad se vea comprometida, por ejemplo, las funcionalidades de detección de peligros y las funcionalidades para ponerte en contacto con servicios de emergencia (si están disponibles). Apple no garantiza la disponibilidad, la exactitud, la integridad, la fiabilidad ni la puntualidad de dichas funcionalidades. Estas funcionalidades no están pensadas para que se dependa únicamente de ellas en situaciones en las que se dispone de ayuda más urgente o eficaz y es posible obtenerla. Aceptas utilizar estas funcionalidades bajo tu propia cuenta y riesgo, y ejercer un juicio independiente. También aceptas que Apple, sus filiales, agentes o directores no serán responsables frente a ti del uso que hagas de estas funcionalidades ni de las consecuencias derivadas dentro de los límites permitidos por la ley.

(n) El Dispositivo no es un dispositivo médico y no debería usarse como reemplazo del juicio médico profesional. Asimismo, no está diseñado o destinado para usarse en el diagnóstico de enfermedades u otras condiciones, o en la cura, mitigación, tratamiento o prevención de cualquier condición o enfermedad. Consulta a tu proveedor de cuidados de salud antes de tomar decisiones relacionadas con tu salud.

**3. Transmisión.** No puedes rentar, arrendar, prestar, vender, redistribuir ni sublicenciar el Software de Apple. No obstante, puedes transferir tus derechos contenidos en esta Licencia en relación con el Software de Apple de forma permanente y una sola vez siempre y cuando: (a) transmitas el Dispositivo y la totalidad del Software de Apple, incluidos todos los componentes y esta Licencia; (b) no conserves ninguna copia, total o parcial, del Software de Apple, incluidas las copias almacenadas en un computadora o en cualquier otro dispositivo de almacenamiento; y (c) la parte que recibe el Software de Apple lea y acepte las condiciones de esta Licencia.

**4. Consentimiento para el uso de datos.** Al usar el Dispositivo, tu número de teléfono y ciertos identificadores únicos del Dispositivo se envían a Apple para que otros puedan ponerse en contacto contigo mediante el número de teléfono al usar varias funcionalidades de comunicación del Software de Apple, como iMessage y FaceTime. Cuando uses iMessage, es posible que Apple conserve tus mensajes encriptados por un periodo de tiempo limitado para asegurar que se entreguen. Puedes desactivar FaceTime o iMessage desde la configuración de FaceTime o iMessage en el Dispositivo. Algunas funcionalidades como Análisis, Localización, Siri y Dictado podrían solicitar información de tu Dispositivo para proporcionar sus respectivas funcionalidades. Si activas o usas estas funcionalidades, se te proporcionará información sobre qué información se envía a Apple y cómo se podría utilizar dicha

información. Para obtener más información, visita https://www.apple.com/privacy/. En todo momento, el tratamiento de tus datos personales se ajustará a la Política de privacidad de Apple, que se puede consultar en el siguiente enlace: https://www.apple.com/legal/privacy/.

**5. Servicios y materiales de terceros.**
(a) El Software de Apple podría permitir el acceso a iTunes Store, el App Store, Apple Books, Game Center, iCloud, Mapas, Noticias y Fitness+, así como a otros servicios y sitios web de Apple y de otras empresas (colectiva e individualmente, los "Servicios"). Para poder utilizar estos Servicios, se requiere acceso a Internet. Asimismo, el uso de ciertos Servicios puede requerir un Apple ID, puede requerir la aceptación de otras condiciones y pueden estar sujetos al pago de tarifas adicionales. El uso de este software junto con un Apple ID u otros Servicios de Apple se interpretará como un hecho inequívoco de que aceptas las condiciones de servicio aplicables, como los Términos y Condiciones de los Servicios multimedia de Apple más recientes del país o la región desde el que accedes a dichos Servicios, que puedes consultar en https://www.apple.com/legal/internet-services/itunes/.

(b) Al inscribirse en iCloud, es posible acceder directamente desde el Software de Apple a determinadas funcionalidades de iCloud, como "iCloud Drive", "Secuencia de fotos", "Álbumes compartidos" o "Encontrar". Comprendes y aceptas que el uso de iCloud y de estas funcionalidades está sujeto a los términos y condiciones más recientes del servicio iCloud, a las que puedes acceder desde el siguiente enlace: https://www.apple.com/legal/internet-services/icloud/.

(c) <u>Contenido de la app Noticias</u>. El uso que hagas del contenido al que accedes por la aplicación Noticias se limita únicamente a un uso personal y no comercial; no se te transfiere ningún interés de propiedad en el contenido y se excluye de forma explícita, sin limitarse a ellos, todo derecho para uso comercial o promocional en dicho contenido.

(d) <u>Mapas</u>. El servicio de mapas y las funcionalidades del Software de Apple ("Mapas"), incluida la cobertura de datos del mapa, puede variar de una región a otra. Cuando actives o uses Mapas, se proporcionarán detalles sobre la información que se envía a Apple y cómo se puede utilizar dicha información. Reconoces y aceptas que tu uso de Mapas está sujeto a los últimos términos y condiciones del servicio de Mapas, a los que puedes acceder y revisar en la tarjeta de inicio de Mapas en el iPhone.

(e) Reconoces que, al utilizar cualquiera de los Servicios, podrás encontrar contenido que podría ser considerado ofensivo, indecente o censurable y en el que podría identificarse la presencia de lenguaje explícito, y que los resultados de las búsquedas o la visualización de una URL concreta pueden generar automática e involuntariamente enlaces o referencias a material censurable. No obstante, aceptas utilizar los Servicios bajo tu propia cuenta y riesgo, y aceptas que Apple, sus filiales, agentes, directores o licenciantes no serán responsables frente a ti del contenido que pueda considerarse ofensivo, indecente o censurable.

(f) Es posible que determinados Servicios muestren, incluyan o pongan a tu disposición contenidos, datos, información, aplicaciones o materiales de terceros (en adelante, "Materiales de terceros") o proporcionen enlaces a sitios web de terceros. Al usar los Servicios, reconoces y aceptas que Apple no es responsable de examinar ni evaluar el contenido, exactitud, integridad, oportunidad, validez, cumplimiento de derechos de autor, legalidad, decencia, calidad ni ningún otro aspecto de los materiales o sitios web de terceros. Apple, sus representantes, filiales y subsidiarias no garantizan ni asumen ninguna responsabilidad ante ti ni ante ninguna otra persona a causa de los Servicios, Materiales de terceros o sitios web de terceros, ni tampoco por ningún otro material, producto o servicio de terceros. Los Materiales de terceros y los enlaces a otros sitios web se ofrecen solo para tu mayor comodidad.

(g) Ni Apple ni ninguno de sus proveedores de contenido garantizan la disponibilidad, la exactitud, la integridad, la fiabilidad o la puntualidad de la información bursátil, de los datos de ubicación o de cualquier otro tipo de datos que muestren los Servicios. Los datos financieros que se muestran en cualquiera de los Servicios están destinados a fines exclusivamente informativos, por lo que no deben considerarse una base fiable para realizar inversiones. Antes de realizar cualquier tipo de transacción de valores basada en la información obtenida a través de los Servicios, se te recomienda consultar a un asesor financiero profesional que esté legalmente capacitado para ofrecer asesoramiento financiero en tu país o región. Los datos de ubicación facilitados por cualquiera de los Servicios, incluido el servicio Mapas de Apple, se proporcionan únicamente con fines básicos de navegación y planificación, por lo que no deben considerarse como una fuente de información fiable en aquellas situaciones en las que se requiera información de ubicación precisa o en las que la obtención de información errónea, inexacta, diferida o incompleta pueda ocasionar muertes, lesiones personales graves o serios daños a la propiedad o al medio ambiente. Aceptas que los resultados que recibas del servicio Mapas podrían diferir de las condiciones actuales de la carretera o el terreno debido a factores que podrían afectar a la precisión de los datos de Mapas, como, sin limitarse a ellos, las condiciones meteorológicas, de la carretera y del tráfico, así como acontecimientos geopolíticos. Por tu seguridad, mientras hagas uso de la funcionalidad de navegación, presta siempre atención a las señales de la carretera y a las condiciones actuales de la misma. Sigue prácticas de conducción seguras, cumple las normativas de tráfico y toma en cuenta que las indicaciones de las rutas a pie y en bicicleta pueden no incluir caminos designados.

(h) El hecho de que cargues contenido mediante el uso de los Servicios se considerará un hecho inequívoco de tu manifestación de que cuentas con todos los derechos, o tienes autorización o cualquier otro permiso legal, para cargar dicho contenido, y que este no infringe ninguna condición aplicable a los Servicios. Reconoces que los Servicios incluyen contenido, información o material de carácter privado que son propiedad de Apple, del propietario del sitio o sus licenciantes, y están protegidos por la legislación aplicable sobre propiedad intelectual y por otras leyes, incluidas a título enunciativo y no limitativo, las leyes sobre derechos de autor. Te comprometes a no usar dicho contenido, información o material de carácter privado, excepto según lo dispuesto en los términos del presente contrato respecto al Servicio, ni de cualquier modo contrario a los términos de esta Licencia o que infrinja cualquier derecho de propiedad intelectual de terceros o de Apple. Ninguna parte de los Servicios podrá reproducirse en forma o modo alguno. Te comprometes a no modificar, ceder en renta, arrendamiento o préstamo, vender, distribuir o crear trabajos derivados de los Servicios en modo alguno, y no explotarás los Servicios de ningún modo no autorizado (por ejemplo, a título enunciativo, no limitativo, utilizando los Servicios para transmitir virus informáticos, gusanos, troyanos u otro software malicioso, o bien sobrepasando o sobrecargando la capacidad de la red). Además, te comprometes a no utilizar los Servicios en forma alguna que pueda hostigar, abusar, acechar, amenazar, difamar o bien infringir o vulnerar de cualquier modo los derechos de cualquier otra parte, y que Apple no será responsable de ninguna manera de tal utilización por tu parte ni del hostigamiento, abuso, acecho, amenaza o difamación, así como tampoco de los mensajes o transmisiones ofensivos, indebidos o ilegales que puedas recibir como resultado del uso de cualquiera de los Servicios.

(i) Por otro lado, tales Servicios y los Materiales de terceros podrían no estar disponibles en todos los idiomas ni en todos los países o regiones. Apple no garantiza que dichos Servicios y Materiales de terceros sean adecuados o estén disponibles para su uso en ninguna ubicación en particular. En la medida en la que decidas utilizar o acceder a dichos Servicios o Materiales de terceros, lo harás por tu propia iniciativa y asumirás la responsabilidad del cumplimiento de todas las leyes aplicables, incluidas, entre otras, las leyes locales aplicables y la legislación relativa a la privacidad y la recopilación de datos. Al compartir o sincronizar fotos mediante el Dispositivo, podrían transmitirse metadatos (que incluyen el lugar y la fecha en la que se tomó la foto, así como información sobre la profundidad) junto con las fotos. El uso de los Servicios de Apple (tales como la fototeca de iCloud) para compartir o sincronizar tales fotos supone que Apple reciba y almacene dichos metadatos. Apple y sus licenciadores se reservan el derecho a modificar, suspender, eliminar o desactivar el acceso a cualquier Servicio en

cualquier momento y sin previo aviso. En ningún caso Apple será responsable de la eliminación o de la desactivación del acceso a tales Servicios. Apple puede también imponer límites en el uso o acceso a determinados Servicios, en cualquier caso y sin mediar aviso ni responsabilidad.

**6. Expiración de la licencia.** Esta Licencia tendrá vigencia hasta que termine su validez. Los derechos que te confiere esta Licencia finalizarán o perderán su vigencia automáticamente sin previo aviso de Apple si incumples cualesquiera de las condiciones de la presente Licencia. Cuando ésta deje de estar en vigor, deberás dejar de utilizar el Software de Apple. Los apartados 4, 5, 6, 7, 8, 9, 10, 12 y 13 de la presente Licencia sobrevivirán a la expiración de la Licencia.

**7. Exclusión de garantías**

7.1. Si eres un consumidor particular (una persona que utiliza el Software de Apple fuera de su oficio, negocio o profesión), es posible que dispongas de derechos legales en tu país de residencia que puedan impedir que las siguientes limitaciones te sean aplicables, en cuyo caso no serán de aplicación para ti. Para obtener más información acerca de tus derechos, no dudes en comunicarte con el organismo de atención al consumidor de tu zona.

7.2. RECONOCES Y ACEPTAS DE FORMA EXPRESA QUE, EN LA MEDIDA EN QUE LO PERMITA LA LEY VIGENTE, EL USO DEL SOFTWARE DE APPLE Y DE LOS SERVICIOS REALIZADOS POR EL SOFTWARE O A LOS QUE SE ACCEDA A TRAVÉS DEL SOFTWARE DE APPLE SE REALIZA A TU ENTERO RIESGO, Y QUE ASUMES TOTALMENTE EL RIESGO RELATIVO A LA CALIDAD SATISFACTORIA, EL RENDIMIENTO, LA EXACTITUD Y EL ESFUERZO.

7.3. DENTRO DE LOS LÍMITES PERMITIDOS POR LA LEY VIGENTE, EL SOFTWARE DE APPLE Y LOS SERVICIOS SE SUMINISTRAN "TAL Y COMO SE PRESENTAN" Y "SEGÚN DISPONIBILIDAD", CON TODOS SUS POSIBLES DEFECTOS Y SIN GARANTÍAS DE NINGÚN TIPO, Y APPLE Y LOS LICENCIANTES DE APPLE (DENOMINADOS DE FORMA CONJUNTA "APPLE" A LOS EFECTOS DE LAS SECCIONES 7 y 8) EXCLUYEN TODAS LAS GARANTÍAS Y CONDICIONES RELATIVAS AL SOFTWARE DE APPLE Y A LOS SERVICIOS, YA SEAN EXPRESAS, IMPLÍCITAS O LEGALES, INCLUIDAS, CON CARÁCTER MERAMENTE ENUNCIATIVO Y NO LIMITATIVO, LAS GARANTÍAS Y/O CONDICIONES DE COMERCIABILIDAD, DE CALIDAD SATISFACTORIA, DE IDONEIDAD PARA UN FIN DETERMINADO, DE EXACTITUD, DE DISFRUTE Y DE NO INFRACCIÓN DE DERECHOS DE TERCEROS.

7.4. APPLE NO GARANTIZA, SIN PERJUICIO DEL USO Y DISFRUTE QUE HAGAS DEL SOFTWARE DE APPLE Y DE LOS SERVICIOS, QUE LAS FUNCIONALIDADES CONTENIDAS EN EL SOFTWARE DE APPLE Y EN LOS SERVICIOS REALIZADOS O PROPORCIONADOS POR DICHO SOFTWARE DE APPLE SATISFAGAN TUS NECESIDADES, QUE EL SOFTWARE DE APPLE Y LOS SERVICIOS FUNCIONEN ININTERRUMPIDAMENTE O SIN ERRORES, QUE TODOS LOS SERVICIOS SIGAN ESTANDO DISPONIBLES, QUE LOS DEFECTOS DEL SOFTWARE DE APPLE O DE LOS SERVICIOS SERÁN CORREGIDOS, NI QUE EL SOFTWARE DE APPLE SEA COMPATIBLE O FUNCIONE CON CUALQUIER SOFTWARE, APLICACIÓN O SERVICIO DE TERCEROS. LA INSTALACIÓN DE ESTE SOFTWARE DE APPLE PUEDE AFECTAR LA DISPONIBILIDAD Y FUNCIONALIDAD DEL SOFTWARE, LAS APLICACIONES O LOS SERVICIOS DE TERCEROS, ASÍ COMO A LOS PRODUCTOS Y SERVICIOS DE APPLE.

7.5. RECONOCES ADEMÁS QUE EL SOFTWARE DE APPLE Y LOS SERVICIOS NO ESTÁN DESTINADOS NI SON ADECUADOS PARA SER UTILIZADOS EN SITUACIONES O ENTORNOS EN LOS QUE FALLOS, RETRASOS, ERRORES O IMPRECISIONES EN EL CONTENIDO, LOS DATOS O LA INFORMACIÓN PROPORCIONADOS POR EL SOFTWARE DE APPLE O LOS SERVICIOS PUDIERAN CONLLEVAR MUERTE, DAÑOS PERSONALES, LESIONES FÍSICAS GRAVES, O DAÑOS IMPORTANTES AL MEDIO AMBIENTE, INCLUIDOS, A TÍTULO ENUNCIATIVO Y NO LIMITATIVO,

ACTIVIDADES DE PLANTAS NUCLEARES, NAVEGACIÓN AÉREA, SISTEMAS DE COMUNICACIÓN, MÁQUINAS PARA EL CONTROL DEL TRÁFICO AÉREO, INSTALACIONES HOSPITALARIAS O EQUIPOS ARMAMENTÍSTICOS.

7.6. NINGUNA INFORMACIÓN O ASESORAMIENTO ESCRITO O VERBAL FACILITADOS POR APPLE O POR UN REPRESENTANTE AUTORIZADO DE APPLE CONSTITUIRÁN GARANTÍA ALGUNA. EN CASO DE QUE LOS SERVICIOS O EL SOFTWARE DE APPLE RESULTEN DEFECTUOSOS, ASUMIRÁS EL COSTO TOTAL DE LAS TAREAS DE MANTENIMIENTO, REPARACIONES O CORRECCIONES QUE SEAN NECESARIAS. CONSIDERANDO QUE LA NORMATIVA IMPERATIVA DE ALGUNOS PAÍSES NO PERMITE LA EXCLUSIÓN DE GARANTÍAS IMPLÍCITAS O LIMITACIONES A LOS DERECHOS LEGALMENTE PREVISTOS DEL CONSUMIDOR, LA ANTERIOR EXCLUSIÓN Y LIMITACIONES PUEDEN NO SER DE APLICACIÓN EN TU CASO.

**8. Límite de responsabilidad.** APPLE, SUS FILIARES, AGENTES O DIRECTORES NO SERÁN RESPONSABLES EN NINGÚN CASO, DENTRO DE LOS LÍMITES LEGALES APLICABLES, DE LOS DAÑOS PERSONALES O DEL LUCRO CESANTE O DAÑO EMERGENTE, NI DE LOS DAÑOS ESPECIALES, DIRECTOS O INDIRECTOS, INCLUIDOS, A TÍTULO ENUNCIATIVO Y NO LIMITATIVO, LOS DAÑOS POR LUCRO CESANTE, POR EL DAÑO O LA PÉRDIDA DE DATOS, POR LA IMPOSIBILIDAD DE TRANSMITIR O RECIBIR DATOS (INCLUIDOS, A TÍTULO ENUNCIATIVO Y NO LIMITATIVO, LOS MATERIALES, TAREAS E INSTRUCCIONES DE CURSOS), O POR LA INTERRUPCIÓN DE LA ACTIVIDAD EMPRESARIAL, O BIEN DE CUALQUIER OTRO TIPO DE DAÑOS O PÉRDIDAS COMERCIALES, RESULTANTES O RELACIONADOS CON EL USO O EL MAL USO DEL SOFTWARE DE APPLE Y DE LOS SERVICIOS, ASÍ COMO DE CUALQUIER SOFTWARE, APLICACIÓN O SERVICIOS DE TERCEROS QUE SE UTILICEN JUNTO CON EL SOFTWARE DE APPLE O LOS SERVICIOS, COMO QUIERA QUE HAYA SIDO CAUSADO E INDEPENDIENTEMENTE DE LA TEORÍA DE LA RESPONSABILIDAD CIVIL (RESPONSABILIDAD CONTRACTUAL O EXTRACONTRACTUAL, U OTROS) E INCLUSO SI SE INFORMÓ A APPLE DE LA POSIBILIDAD DE TALES DAÑOS. ALGUNOS PAÍSES NO PERMITEN LA EXCLUSIÓN O LIMITACIÓN DE LA RESPONSABILIDAD POR DAÑOS PERSONALES, DEL LUCRO CESANTE O DAÑO EMERGENTE, DIRECTO O INDIRECTO, POR LO CUAL ESTA LIMITACIÓN PUEDE NO SER DE APLICACIÓN EN TU CASO. La responsabilidad total de Apple por daños y perjuicios (distintos de los exigidos por la ley vigente en los casos en los que los daños personales estén relacionados) no excederá, en ningún caso, de la cantidad de doscientos cincuenta dólares estadounidenses ($250). Las limitaciones anteriormente mencionadas serán vigentes incluso si la citada reparación incumple su objetivo esencial. SIN PERJUICIO DE CUALQUIER OTRO TÉRMINO DE LA PRESENTE LICENCIA, SI SE APLICA LA LEY DE CONTRATOS DEL CONSUMIDOR DE JAPÓN, LOS TÉRMINOS QUE LIMITAN LA RESPONSABILIDAD DE APPLE POR LOS DAÑOS QUE SURJAN DEL INCUMPLIMIENTO DE UNA OBLIGACIÓN CONTRACTUAL O EXTRACONTRACTUAL POR PARTE DE APPLE NO SE APLICARÁN SI TALES DAÑOS SE DEBEN A LA CONDUCTA INDEBIDA INTENCIONAL O NEGLIGENCIA GRAVE DE APPLE.

**9. Certificados digitales.** El Software de Apple incorpora funcionalidades que te permiten aceptar certificados digitales emitidos tanto por Apple como por terceros. TÚ ERES EL ÚNICO RESPONSABLE DE LA DECISIÓN DE CONFIAR O NO EN UN CERTIFICADO TANTO SI HA SIDO EMITIDO POR APPLE COMO POR UN TERCERO. EL USO QUE HAGAS DE LOS CERTIFICADOS DIGITALES SERÁ BAJO TU PROPIA CUENTA Y RIESGO. DENTRO DE LOS LÍMITES PERMITIDOS POR LA LEY VIGENTE, APPLE NO OFRECE NINGUNA GARANTÍA NI DECLARACIÓN, EXPLÍCITA O IMPLÍCITA, RELATIVA A LA COMERCIABILIDAD O IDONEIDAD PARA UN FIN CONCRETO, LA EXACTITUD, LA SEGURIDAD O EL NO INCUMPLIMIENTO DE LOS DERECHOS DE TERCEROS CON RESPECTO A LOS CERTIFICADOS DIGITALES.

**10. Control de las exportaciones.** No podrá utilizar, ni tampoco exportar o reexportar, el Software Apple, excepto en la forma permitida por la legislación de Estados Unidos y del país o países en el cual

se obtuvo el Software Apple. En particular, pero sin estar limitado a ello, el Software de Apple no podrá exportarse a los siguientes lugares o personas: (a) ningún país que esté siendo objeto de embargo por parte de Estados Unidos; ni (b) alguien que figure en la lista de ciudadanos especialmente designados del Departamento del Tesoro de Estados Unidos o en la tabla de personas o entidades denegadas del Departamento de Comercio de Estados Unidos, o cualquier otra lista de partes limitadas. El uso por tu parte del Software de Apple se considerará un hecho inequívoco de tu manifestación y garantía de no residir en ninguno de estos países ni de figurar en ninguna de las listas mencionadas. Asimismo, te comprometes a no usar el Software de Apple con ninguna finalidad prohibida por la legislación estadounidense, incluidos, entre otros, el desarrollo, el diseño, la fabricación o la producción de misiles o armas nucleares, químicas o biológicas.

**11. Usuarios finales del gobierno federal.** El Software de Apple y la documentación relacionada se consideran "artículos comerciales" según la definición del término incluida en la sección 48 C.F.R §2.101 del Código de Normas Federales de Estados Unidos, y constituyen "software informático para uso comercial" y "documentación de software informático para uso comercial", conforme a la definición de estos términos en las secciones 48 C.F.R. §12.212 y 48 C.F.R. §227.7202, según corresponda. En virtud de las secciones 48 C.F.R. §12.212 y 48 C.F.R. §227.7202-1 a 227.7202-4, según corresponda, el software informático para uso comercial y la documentación de software informático para uso comercial se ofrecen bajo licencia a los usuarios finales del Gobierno de los Estados Unidos (a) solo como artículos comerciales y (b) solo con aquellos derechos que se conceden al resto de usuarios finales de acuerdo con los términos y condiciones aquí descritos. Derechos no publicados reservados de conformidad con las leyes de copyright de Estados Unidos.

**12. Ley aplicable e independencia de las estipulaciones.** Esta Licencia se regirá e interpretará según las leyes del estado de California, con la exclusión de sus principios de conflicto de derecho. La presente Licencia no estará regida por la Convención de las Naciones Unidas sobre contratos para la venta internacional de productos, cuya aplicación se excluye expresamente. En el caso de los consumidores con residencia en el Reino Unido, esta Licencia se regirá por la legislación de su lugar de residencia. Si, por cualquier razón, un tribunal competente declarara no exigible o ineficaz cualquier disposición de la presente Licencia o parte de la misma, el resto de la presente Licencia conservará plena vigencia y efecto.

**13. Contrato íntegro; idioma aplicable.** La presente Licencia constituye el acuerdo completo entre tú y Apple respecto al Software de Apple, y sustituye a todos los acuerdos anteriores o actuales relativos a dicho objeto. La presente Licencia únicamente podrá modificarse mediante un acuerdo escrito firmado por Apple. Las traducciones de esta Licencia se otorgan con el fin de satisfacer las demandas de los usuarios locales y, en caso de que surgiera algún conflicto entre la versión en lengua inglesa y cualquiera de las versiones en los demás idiomas, prevalecerá siempre la primera, dentro de lo permitido por las leyes locales aplicables vigentes en tu jurisdicción.

**14. Reconocimiento de terceras partes.** Algunos componentes del Software de Apple podrían utilizar o incorporar software y material de terceras partes con copyright y derechos de autor. Los créditos y términos de la licencia, así como otras limitaciones de responsabilidad sobre dicho material, están contenidos en la documentación electrónica del Software de Apple, y el uso de dichos materiales está regulado por las condiciones respectivas de cada licencia. El uso del servicio Google Safe Browsing está supeditado al cumplimiento de las condiciones de uso de Google (https://www.google.com/intl/en/policies/terms/) y a la Política de privacidad de Google (https://www.google.com/intl/en/policies/privacy/).

**15. Uso de MPEG-4; aviso sobre H.264/AVC**
(a) El Software de Apple fue concedido bajo licencia de acuerdo con el contrato de licencia MPEG-4 Systems Patent Portfolio License (Licencia de cartera de patentes en sistemas MPEG-4) para la

codificación de conformidad con el estándar MPEG-4 Systems, excepto en el caso de que para la codificación sea necesaria una licencia adicional y el pago de los derechos correspondientes relacionados con: (i) los datos almacenados o duplicados en un soporte físico por los cuales se realiza un pago título a título, o (ii) los datos por los cuales se realiza un pago título a título y que son transmitidos a un usuario final para su almacenamiento o uso permanente. Dicha licencia adicional puede obtenerse de MPEG LA, LLC. Consulta https://www.mpegla.com para obtener más detalles.

(b) El Software de Apple contiene funcionalidades de codificación y decodificación de video MPEG-4. El Software de Apple se licencia en virtud del contrato de licencia MPEG-4 Visual Patent Portfolio License (Licencia de cartera de patentes MPEG-4 Visual) para el uso personal con fines no comerciales por parte de un consumidor para (i) la codificación de video de conformidad con el estándar MPEG-4 Visual ("Video MPEG-4"), y/o (ii) la decodificación de video MPEG-4 que haya sido codificado por un consumidor que realice una actividad personal con fines no comerciales y/o se haya obtenido de un proveedor de video al cual se le haya concedido una licencia de MPEG LA para suministrar video MPEG-4. No se concederá licencia alguna para ningún otro uso, ni se interpretará de forma tácita ningún otro fin. Para obtener más información, incluida la relacionada con la concesión de licencias y los usos promocionales, internos y comerciales, consulta la página web de MPEG LA LLC. Consulta https://www.mpegla.com.

(c) El Software de Apple contiene funcionalidades de codificación y decodificación AVC. El uso comercial de la tecnología H.264/AVC requerirá la concesión de una licencia adicional y se aplicará la siguiente disposición: POR LA PRESENTE SE CONCEDE A LOS CONSUMIDORES UNA LICENCIA DE USO DE LA FUNCIONALIDAD AVC DEL SOFTWARE APPLE, ÚNICAMENTE CON FINES PERSONALES Y NO COMERCIALES, PARA LO SIGUIENTE: (i) CODIFICAR VIDEO DE CONFORMIDAD CON EL FORMATO ESTÁNDAR AVC ("VIDEO AVC"), Y/O (ii) DESCODIFICAR VIDEO AVC QUE HAYA SIDO CODIFICADO POR UN CONSUMIDOR QUE REALICE UNA ACTIVIDAD PERSONAL CON FINES NO COMERCIALES Y/O VIDEO AVC QUE HAYA SIDO OBTENIDO DE UN PROVEEDOR DE VIDEO AL QUE SE LE HAYA CONCEDIDO UNA LICENCIA PARA SUMINISTRAR VIDEO AVC. PUEDES OBTENER INFORMACIÓN RELACIONADA CON OTROS USOS Y CON LA CONCESIÓN DE LICENCIAS EN LA PÁGINA WEB DE MPEG LA L.L.C.: CONSULTA https://www.mpegla.com.

**16. Restricciones del servicio de búsqueda Yahoo.** Se concede una licencia de uso del servicio de búsqueda Yahoo disponible a través de Safari únicamente en los siguientes países y regiones: Alemania, Argentina, Aruba, Australia, Austria, Bahamas, Barbados, Bélgica, Bermudas, Brasil, Bulgaria, Canadá, Chile, China continental, Hong Kong y Taiwán, Chipre, Colombia, Corea del Sur, Dinamarca, Ecuador, El Salvador, Eslovaquia, Eslovenia, España, Estados Unidos, Filipinas, Finlandia, Francia, Granada, Grecia, Guatemala, Hungría, India, Indonesia, Irlanda, Islandia, Islas Caimán, Italia, Jamaica, Japón, Letonia, Lituania, Luxemburgo, Malasia, Malta, México, Nicaragua, Noruega, Nueva Zelanda, Países Bajos, Panamá, Perú, Polonia, Portugal, Puerto Rico, Reino Unido, República Checa, República Dominicana, Rumanía, Santa Lucía, San Vicente, Singapur, Suecia, Suiza, Tailandia, Trinidad y Tobago, Turquía, Uruguay y Venezuela.

**17. Aviso de Microsoft Exchange.** La configuración de correo de Microsoft Exchange del Software de Apple se concede bajo licencia únicamente para la sincronización remota de información, como correo electrónico, contactos, calendario y tareas, entre tu Dispositivo y Microsoft Exchange Server u otro software de servidor licenciado por Microsoft para implementar el protocolo ActiveSync de Microsoft Exchange.

EA1806
08/07/2022

——————————————

**Términos y condiciones complementarios de Apple Pay y Wallet**

Estas condiciones complementarias de Apple Pay y Wallet (estas "Condiciones complementarias") son un complemento del Contrato de licencia del Software de Apple (la "Licencia"); el uso de la funcionalidad Apple Pay ("Apple Pay") y la aplicación Apple Wallet ("Wallet)", los cuales se considerarán como un "Servicio" para efectos de esta Licencia, se rige tanto por las condiciones de la Licencia como por estas Condiciones complementarias. Los términos con mayúscula inicial que se utilizan en estas Condiciones complementarias tienen el significado establecido en la Licencia.

**1. Descripción general**

**Apple Pay**

Apple Pay te permite lo siguiente:

- hacer pagos sin contacto con las tarjetas de crédito, débito y prepago, incluidas Apple Card y la tarjeta Apple Cash, en determinados lugares o en determinadas aplicaciones o sitios web;
- enviar pagos de persona a persona a otros usuarios de Apple Cash;
- hacer un seguimiento de los pedidos y ver los recibos detallados.

Puede que Apple Pay y ciertas funcionalidades de Apple Pay solo estén disponibles en determinadas regiones, con determinados emisores de tarjetas, redes de pagos, comercios y otros terceros.

**Wallet**

Apple Wallet te permite almacenar representaciones virtuales de tarjetas de crédito, débito y prepago para utilizarlas con Apple Pay (colectivamente, "Tarjetas de Apple Pay"), así como otros tipos de tarjetas, pases y llaves, incluidos, entre otros, los siguientes (colectivamente, "Pases de Wallet", y junto con las Tarjetas de Apple Pay, las "Tarjetas admitidas"):

- tarjetas de recompensa;
- tarjetas de transporte;
- boletos;
- pases de socio;
- llaves de auto;
- llaves de casa;
- llaves de hospitalidad;
- tarjetas de identificación de empresa;
- tarjetas de identificación de estudiante; y
- permisos de conducir y tarjetas de identificación estatales o gubernamentales ("Tarjetas de identificación").

Los Pases de Wallet pueden estar disponibles únicamente en determinadas regiones y con determinados socios. Las Tarjetas de identificación pueden estar disponibles únicamente para los residentes de los estados participantes y su presentación puede variar según el estado o la ubicación.

Las Tarjetas admitidas pueden cambiar de vez en cuando.

**2. Elegibilidad**

Para utilizar Apple Pay y Wallet, debes tener (i) un Dispositivo compatible que ejecute una versión de software operativo compatible con los Servicios (se recomienda, y a veces se requiere, la última versión), (ii) un Apple ID asociado a una cuenta de iCloud que esté al corriente con Apple, y (iii) acceso a

Internet (pueden aplicarse cargos). Con la excepción de Apple Cash Family y de determinadas tarjetas de dinero electrónico, las tarjetas de Apple Pay están disponibles únicamente para personas de 13 años o más, y pueden estar sujetas a restricciones adicionales basadas en la edad impuestas por iCloud o por el emisor, el comerciante u otro tercero correspondiente. Las tarjetas de transporte, las tarjetas de dinero electrónico, las tarjetas de identificación, las credenciales corporativas y las llaves están disponibles únicamente en los dispositivos iOS.

Si eres padre o tutor legal de iCloud Family (un "Organizador"), puedes invitar a los miembros de la Familia, incluidos los menores de 13 años (o la edad mínima equivalente en el país aplicable), a que provean y utilicen las tarjetas de transporte elegibles en Wallet. Como Organizador, serás responsable de todos los pagos, compras y transacciones realizadas con la tarjeta de transporte que se haya habilitado para los miembros de la Familia, incluidas las iniciadas por el miembro de la Familia. La elegibilidad y el uso de las tarjetas de transporte en Wallet están sujetos a los términos y condiciones de la agencia de transporte correspondiente. Los organizadores son responsables de cumplir con dichos términos y condiciones y asumen todo el riesgo relacionado con la habilitación de los pases de transporte con otros miembros de la Familia. Cuando un miembro de la Familia se va o se le retira de la Familia, el miembro de la Familia ya no podrá recargar la tarjeta de transporte y únicamente podrá realizar transacciones con la tarjeta hasta que el saldo de la cuenta de la tarjeta sea cero.

Si eres propietario de una llave de auto, puedes compartir tu llave de auto con otras personas de 13 años o más para que puedan desbloquear, acceder y/o manejar tu auto.

Las llaves de casa solo pueden agregarse o eliminarse de Wallet agregando o eliminando cerraduras en la aplicación Casa o agregándote o eliminándote a ti mismo de una casa en la aplicación Casa. Si eres el administrador de una casa en la aplicación Casa, las llaves de casa existentes se compartirán automáticamente con las personas que hayas invitado y que se unan a tu Casa.

La Apple Card está disponible únicamente en Estados Unidos y es emitida por Goldman Sachs Bank USA, Salt Lake City Branch ("Emisor de Apple Card"). Con la excepción de Apple Card Family, la tarjeta Apple Card está disponible únicamente para personas mayores de 18 años (o más, dependiendo de su estado de residencia).

La tarjeta Apple Cash y la posibilidad de enviar y recibir pagos de persona a persona están disponibles únicamente en Estados Unidos, y son servicios prestados por Green Dot Bank, miembro de la FDIC. Para enviar o recibir pagos de persona a persona en Apple Pay, debes tener una tarjeta Apple Cash. Con la excepción de Apple Cash Family, la tarjeta Apple Cash y la posibilidad de enviar y recibir pagos de persona a persona están disponibles únicamente para personas mayores de 18 años.

**3. Uso de los Servicios**

Las Tarjetas admitidas y los pagos de persona a persona están asociados al Apple ID con el que has iniciado sesión en iCloud para utilizar estas funcionalidades. Cuando agregas o eliminas llaves, tarjetas de identificación corporativas, tarjetas de recompensa, boletos y pases de socio en Wallet, el cambio puede aparecer en tus otros dispositivos Apple en los que hayas iniciado sesión con tu Apple ID. Únicamente podrás asociar a cada Apple ID una Tarjeta de identificación de cada autoridad estatal emisora.

Apple Pay y Wallet se han diseñado exclusivamente para el uso personal y solo te permiten agregar tus propias Tarjetas admitidas o las tarjetas de transporte o las llaves del auto y de la casa que te ha invitado a proporcionar un Organizador o un propietario. Si te dispones a agregar una tarjeta corporativa admitida, se asumirá que lo haces con la autorización de tu empresa y que estás autorizado para vincular a la empresa a estas condiciones de uso y a todas las transacciones que se vean afectadas por

el uso de esta funcionalidad. Al enviar un pago privado, de persona a persona, significa que lo haces con fines personales y no comerciales. Si vas a agregar una Tarjeta de identificación, declaras que lo haces utilizando tu propia información personal que te representa de forma precisa y veraz.

Aceptas no utilizar Apple Pay o Wallet con fines ilegales o fraudulentos, ni con otros fines prohibidos por la Licencia y estas Condiciones complementarias. También te comprometes a utilizar Apple Pay y Wallet de conformidad con las legislaciones y normativas aplicables. Reconoces que cualquier información falsa presentada en relación con una Tarjeta de Identificación puede constituir un delito según la ley federal o estatal. Aceptas no interrumpir ni interferir en el servicio de Apple Pay o Wallet (incluido el acceso al servicio a través de cualquier medio automatizado), cualquiera de los servidores o redes conectados al servicio, o cualquiera de las políticas, requisitos o normativas de las redes conectadas al servicio (incluido el acceso no autorizado a datos o tráfico de estas, su uso o supervisión).

Si tu acceso o uso de Apple Pay o Wallet está prohibido por la legislación aplicable, no estás autorizado a acceder o utilizar estos Servicios. No somos responsables si accedes o utilizas los Servicios de cualquier manera que infrinja la legislación aplicable.

**4. Relación de Apple contigo**

Tu uso de Apple Pay se regirá por estas Condiciones complementarias, así como por los términos del acuerdo de titularidad de la tarjeta que tengas con el emisor, comerciante u otro tercero responsable de tu tarjeta Apple Pay.

Del mismo modo, tu uso de los Pases de Wallet en Wallet se regirá por estas Condiciones complementarias, así como por los términos de tu acuerdo con el comerciante correspondiente, la agencia de transporte, el fabricante de automóviles y cerraduras, la universidad, el hotel, el centro turístico, la empresa de cruceros, la corporación, la autoridad gubernamental emisora u otro tercero.

Con la excepción de ciertas funcionalidades de Apple Pay provistas por Apple Payment Inc. ("Apple Payments") descritas a continuación, Apple no procesa los pagos ni otras transacciones de tarjetas que no son de pago realizadas en tus Tarjetas de Apple Pay. Apple no tiene ningún control ni es responsable de los pagos, las devoluciones, los reembolsos, las transferencias de fondos, las recompensas, el valor, los descuentos, el acceso, la verificación de identidad, los pedidos, el procesamiento de los pedidos u otras actividades que puedan surgir del uso de Apple Pay o Wallet.

Si existe algún conflicto entre los términos de estas Condiciones Complementarias y tu acuerdo con el emisor, comerciante, autoridad emisora estatal u otro tercero correspondiente (cada uno de ellos, un "**Acuerdo de terceros**"), los términos de estas Condiciones Complementarias regirán tu relación con Apple, y los términos del Acuerdo de terceros correspondiente regirán tu relación con dicho tercero.

Aceptas que Apple no es parte de ninguno de tus Acuerdos de terceros, ni es responsable de lo siguiente: (a) el contenido, la exactitud o la disponibilidad de las Tarjetas admitidas, las compras, las transacciones, las transferencias de fondos, los pedidos, el procesamiento de los pedidos, los recibos u otras actividades mientras usas Apple Pay o Wallet, incluidas, entre otras, las realizadas por los miembros de la Familia u otras personas con las que hayas compartido tus Tarjetas admitidas o que tengan acceso a tu Dispositivo; (b) la emisión de crédito o la evaluación de la elegibilidad para el crédito; (c) la emisión, la suspensión o la revocación de una licencia de conducir o tarjeta de identificación estatal; (d) las actividades de los emisores, comerciantes, desarrolladores de aplicaciones u otros terceros que estén relacionadas con el uso que haces de Apple Pay o Wallet; (e) las decisiones tomadas por un emisor, un comerciante u otro tercero en relación con la inclusión de tu Tarjeta admitida a Wallet; (f) tu membresía o participación en cualquier programa de comerciantes o socios; (g) cualquier acumulación o canje de recompensas o valor almacenado en relación con tus Tarjetas admitidas; (h) el

financiamiento o la recarga de Tarjetas admitidas de prepago; (i) el envío o la recepción de pagos o transferencias de fondos de persona a persona; o (j) la carga, el canje o el retiro de dinero de tu tarjeta Apple Cash.

Cuando solicitas una Apple Card, estás solicitando la apertura de una cuenta con el Emisor de la Apple Card. La institución financiera responsable de ofrecer la Apple Card está sujeta a cambios y el uso que hagas de la Apple Card está sujeto a sus términos y condiciones.

Al activar las funcionalidades de Apple Cash dentro de Apple Pay, estas abriendo una cuenta con Green Dot Bank. Con la excepción de las funcionalidades de Apple Pay provistas por Apple Payments, al enviar y recibir un pago privado o cargar o retirar dinero de tu tarjeta Apple Cash, Green Dot Bank será responsable de recibir y enviar tu dinero al destinatario deseado. La institución financiera responsable de ofrecer Apple Cash y pagos privados en Apple Pay puede cambiar, y tu uso de dichas funcionalidades está sujeto a sus términos y condiciones.

La habilidad de utilizar fondos en tu tarjeta Apple Cash para hacer pagos a ciertos comercios elegibles que autorizas (el "Servicio de pagos directos") es un servicio proporcionado por Apple Payments. Tu uso del Servicio de pagos directos está sujeto a los Términos y condiciones de los Pagos directos de Apple. Además, ciertos comercios elegibles pueden permitirte autorizarles el desembolso de fondos a tu tarjeta Apple Cash (cada uno, un "Desembolso"). Si bien los Desembolsos pueden ser procesados por Apple Payments, estos son ofrecidos por los comercios participantes que proporcionan tales fondos y pueden estar sujetos a ciertos términos y condiciones adicionales en los comercios que hacen los desembolsos. En caso de surgir algún conflicto o duda en relación con las Tarjetas admitidas o la actividad comercial asociada, ponte en contacto con el emisor o el comercio, la autoridad gubernamental emisora, el desarrollador de la aplicación u otro tercero correspondiente. Para obtener información sobre Apple Pay, Wallet, la tarjeta Apple Card, la tarjeta Apple Cash o los pagos privados, ponte en contacto con Soporte técnico de Apple.

### 5. Privacidad

La recopilación y el uso de información personal de Apple se rigen por la Política de privacidad de Apple, que se encuentra disponible en https://www.apple.com/mx/legal/privacy/. Puedes encontrar información más detallada sobre la información personal recopilada, utilizada o compartida como parte de tu uso de Apple Pay y Wallet en avisos de privacidad específicos del servicio relevante, incluidas las secciones Acerca de Apple Pay y Privacidad, a las cuales puedes acceder en tu Dispositivo, o desde la aplicación Watch en un Dispositivo enlazado, o visitando https://www.apple.com/mx/legal/privacy/. Al usar Apple Pay y Wallet, aceptas y autorizas la transmisión, recopilación, mantenimiento, procesamiento y uso de toda la información anterior por parte de Apple y sus subsidiarios y agentes con la finalidad de proporcionar estos Servicios.

### 6. Seguridad; Dispositivos perdidos o desactivados

PROTEGER TU DISPOSITIVO COMPATIBLE Y TUS CREDENCIALES COMO PROTEGERÍAS TU BILLETERA FÍSICA Y TUS TARJETAS

Apple Pay y Wallet almacenan representaciones virtuales de tus Tarjetas admitidas que deberían protegerse del mismo modo que la billetera física, las llaves, y las tarjetas de crédito, débito, prepago y de identificación, entre otras. Eres el único responsable de mantener la seguridad de tus Dispositivos y de tu Apple ID, de tu información de Touch ID y Face ID, el código de acceso a tu(s) Dispositivo(s) compatible(s) y cualquier otra credencial de autenticación utilizada en relación con los Servicios (en conjunto, tus "Credenciales"). Si autorizas o permites que otra persona use tu Dispositivo compatible (*por ejemplo,* proporcionando el código de acceso de tu Dispositivo a un tercero, permitiendo que un

tercero agrega su huella dactilar para utilizar Touch ID o activar Face ID, o proporcionando de otro modo cualquiera de tus Credenciales a un tercero), la persona puede ser capaz de realizar pagos, enviar, solicitar o recibir pagos privados, retirar dinero de tu tarjeta Apple Cash, recibir o canjear recompensas, utilizar el valor, desbloquear o acceder de otro modo a tu auto, habitación, oficina o casa, suplantar tu identidad o realizar otras transacciones con tus Tarjetas admitidas en Wallet. En tal caso, serás responsable de todos los pagos, accesos y transacciones realizados por esa persona.

DISPOSITIVOS CON JAILBREAK

Si realizas modificaciones no autorizadas en tu Dispositivo, por ejemplo, si desactivas los controles de hardware o software (lo que a veces se denomina "jailbreaking"), es posible que tu Dispositivo ya no pueda acceder a los Servicios o utilizarlos. Reconoces que el uso de un Dispositivo modificado en relación con los Servicios está expresamente prohibido, constituye una violación de estas Condiciones Complementarias y es motivo para que deneguemos o limitemos tu acceso a los Servicios.

MEDIDAS DE SEGURIDAD ADICIONALES

Es probable que tengas que activar medidas de seguridad adicionales, como la autenticación de dos factores de tu Apple ID, a fin de poder acceder a funcionalidades determinadas de Apple Pay, incluyendo la Apple Card, la tarjeta Apple Cash y pagos privados con Apple Pay. Si posteriormente desactivas dichas funcionalidades de seguridad, es probable que no puedas seguir accediendo a tales funcionalidades de Apple Pay. Si eliminas el Face ID o el Touch ID que está asociado a tu Tarjeta de identificación para su presentación, tendrás que completar todo el proceso de aprovisionamiento de la Tarjeta de identificación.

DISPOSITIVOS PERDIDOS O ROBADOS

Si pierdes tu Dispositivo o te lo roban y tienes activada la funcionalidad "Encontrar", puedes utilizarla para intentar suspender la funcionalidad de pagar con Tarjetas de pago virtuales admitidas o enviar pagos privados al poner el Dispositivo en modo perdido. Si tu Dispositivo está en modo perdido, es posible que la llave de tu auto se desactive en Wallet y ya no podrás acceder o arrancar tu auto una vez que hayas salido del vehículo o apagado el motor. El modo perdido afecta únicamente a las llaves del Dispositivo perdido. Si eres el propietario, ya no podrás compartir la llave de tu auto o de tu casa con otras personas, pero las llaves que ya hayan sido compartidas con otras personas no se verán afectadas desde sus dispositivos.

También puedes borrar el Dispositivo, lo que intentaría suspender la funcionalidad de pagar con las Tarjetas admitidas virtuales o enviar pagos privados que hay en el Dispositivo. También deberías ponerte en contacto con el emisor, el comerciante, o cualquier otro tercero responsable de tus Tarjetas admitidas, o con Apple en el caso de tu tarjeta Apple Card o Apple Cash, para evitar el acceso no autorizado a tus Tarjetas admitidas en Apple Pay y en Wallet.

Si reportas alguna actividad fraudulenta o abusiva, o Apple sospecha de su existencia, aceptas colaborar con Apple durante la investigación y poner en marcha las medidas de prevención del fraude que se te indiquen.

**7. Límite de responsabilidad**

ADEMÁS DE LAS EXCLUSIONES DE GARANTÍA Y EL LÍMITE DE RESPONSABILIDAD ESTABLECIDOS EN LA LICENCIA, APPLE NO ASUME NINGÚN TIPO DE RESPONSABILIDAD CON RESPECTO A LAS COMPRAS, LOS PAGOS, LAS TRANSFERENCIAS DE FONDOS, LOS PEDIDOS, EL PROCESAMIENTO DE LOS PEDIDOS, LA INFORMACIÓN DE LOS RECIBOS, EL ACCESO, LA VERIFICACIÓN DE

IDENTIDAD, LAS TRANSACCIONES U OTRAS ACTIVIDADES REALIZADAS CON APPLE PAY O WALLET, Y ACEPTAS RECURRIR EXCLUSIVAMENTE A LOS CONTRATOS QUE PUEDAS TENER CON EL EMISOR DE LA TARJETA, LA RED DE PAGOS, LAS INSTITUCIONES FINANCIERAS, LOS COMERCIANTES, EL DESARROLLADOR DE LA APLICACIÓN, LA AUTORIDAD GUBERNAMENTAL EMISORA U OTRO TERCERO CORRESPONDIENTE PARA RESOLVER LAS POSIBLES DUDAS O CONFLICTOS RELATIVOS A LAS TARJETAS ADMITIDAS, LOS PAGOS DE PERSONA A PERSONA Y LAS ACTIVIDADES ASOCIADAS.

————————————

**AVISOS DE APPLE**

Si Apple necesita ponerse en contacto contigo en relación a tu producto o cuenta, accedes a recibir los avisos pertinentes por correo electrónico. Convienes en que todos los avisos de este tipo que te enviemos electrónicamente satisfarán cualquier requisito de comunicación legal.

**БЪЛГАРСКИ**

**ВАЖНО: КАТО ИЗПОЛЗВАТЕ ВАШИЯ IPHONE, IPAD ИЛИ IPOD TOUCH („УСТРОЙСТВО"), ВИЕ СЕ СЪГЛАСЯВАТЕ ДА БЪДЕТЕ ОБВЪРЗАНИ ОТ СЛЕДНИТЕ УСЛОВИЯ:**

**A.   ЛИЦЕНЗИОННО СПОРАЗУМЕНИЕ ЗА СОФТУЕР НА APPLE iOS И iPadOS**
**Б.   ДОПЪЛНИТЕЛНИ УСЛОВИЯ НА APPLE PAY**
**B.   БЕЛЕЖКИ ОТ APPLE**

**APPLE INC**
**ЛИЦЕНЗИОННО СПОРАЗУМЕНИЕ ЗА СОФТУЕР НА iOS И iPadOS**
Лиценз за еднократна употреба

**МОЛЯ, ПРОЧЕТЕТЕ ВНИМАТЕЛНО ТОВА ЛИЦЕНЗИОННО СПОРАЗУМЕНИЕ ЗА СОФТУЕР („ЛИЦЕНЗ"), ПРЕДИ ДА ИЗПОЛЗВАТЕ УСТРОЙСТВОТО СИ ИЛИ ДА ИЗТЕГЛИТЕ АКТУАЛИЗАЦИЯТА НА СОФТУЕРА, ПРИДРУЖАВАЩА ТОЗИ ЛИЦЕНЗ. КАТО ИЗПОЛЗВАТЕ ВАШЕТО УСТРОЙСТВО ИЛИ ИЗТЕГЛЯТЕ АКТУАЛИЗАЦИЯ НА СОФТУЕРА, В ЗАВИСИМОСТ ОТ СЛУЧАЯ, ВИЕ СЕ СЪГЛАСЯВАТЕ ДА БЪДЕТЕ ОБВЪРЗАНИ ОТ УСЛОВИЯТА НА ТОЗИ ЛИЦЕНЗ. АКО НЕ СТЕ СЪГЛАСНИ С УСЛОВИЯТА НА ТОЗИ ЛИЦЕНЗ, НЕ ИЗПОЛЗВАЙТЕ УСТРОЙСТВОТО И НЕ ИЗТЕГЛЯЙТЕ АКТУАЛИЗАЦИЯТА НА СОФТУЕРА**

**АКО НАСКОРО СТЕ ЗАКУПИЛИ УСТРОЙСТВО И НЕ СТЕ СЪГЛАСНИ С УСЛОВИЯТА НА ЛИЦЕНЗА, МОЖЕТЕ ДА ВЪРНЕТЕ УСТРОЙСТВОТО В РАМКИТЕ НА СРОКА ЗА ВРЪЩАНЕ В APPLE STORE ИЛИ ОТОРИЗИРАНИЯ ДИСТРИБУТОР, КЪДЕТО СТЕ ГО ПОЛУЧИЛИ, СРЕЩУ ВЪЗСТАНОВЯВАНЕ НА СУМАТА, СПОРЕД ПОЛИТИКАТА НА ВРЪЩАНЕ НА APPLE, КОЯТО СЕ НАМИРА НА АДРЕС: https://www.apple.com/legal/sales-support/.**

**1. Общи условия**
(а) Софтуерът (включително Boot ROM код, вграден софтуер и софтуер на трета страна), документацията, интерфейсите, съдържанието, шрифтовете и всички данни, доставени с вашето Устройство („Оригинален софтуер на Apple"), които може да бъдат актуализирани или заменени от подобрения на функции, софтуерни актуализации, реакции на сигурността, системни файлове или софтуер за възстановяване на системата, предоставени от Apple за вашето устройство или поддържано периферно устройство („Промени в софтуер на Apple"), независимо дали в памет само за четене, на всякакъв друг носител или под каквато и да е друга форма (Оригиналният софтуер на Apple и промени в софтуера на Apple се наричат заедно „Софтуер на Apple") се лицензират, а не продават, на вас от Apple Inc. („Apple") за използване само при условията на този Лиценз. Apple и нейните лицензодатели остават собственици на софтуера на Apple и запазват всички права, които не са ви изрично предоставени. Вие се съгласявате, че условията на този Лиценз ще се прилагат за всяко приложение с марка Apple, което може да бъде вградено във вашето Устройство, освен ако такова приложение не е придружено от отделен лиценз, като в такъв случай се съгласявате, че условията на този лиценз ще уреждат използването на това приложение от ваша страна.

(б) Apple, по своя преценка, може да предостави бъдещи промени в софтуер на Apple. Промените в софтуера на Apple, ако има такива, може да не включват непременно всички съществуващи софтуерни функции или нови функции, които Apple публикува за по-нови или други модели Устройства. Условията на този Лиценз уреждат всички промени в софтуера на Apple, предоставени от Apple, освен ако такава промяна в софтуера на Apple не е придружена от отделен лиценз, в който случай се съгласявате, че ще се прилагат неговите условия.

(в) Ако използвате функцията за експресно инсталиране, за да настроите ново Устройство, което

се базира на вашето съществуващо Устройство, вие се съгласявате, че условията на този Лиценз уреждат използването на софтуера на Apple на новото ви Устройство, освен ако не е придружен от отделен лиценз, като в такъв случай се съгласявате, че условията на лиценза ще уреждат използването от ваша страна на този софтуер на Apple. Вашето устройство периодично ще проверява от Apple за промени в софтуера на Apple. Ако е налична промяна, тя може автоматично да се изтегли и инсталира на вашето устройство и, ако е приложимо, на вашите периферни устройства. **Като използвате софтуера на Apple, вие се съгласявате, че Apple може да изтегля и инсталира автоматично промени в софтуерна на Apple на вашето устройство, а също и на периферните ви устройства.** Можете да изключите автоматичното инсталиране на актуализации на операционната система и бързите реакции на сигурността по всяко време, като коригирате настройките за автоматични актуализации, намиращи се в Settings (Настройки) > General (Общи) > Software Update (Актуализация на софтуера). Някои системни файлове (включително, без ограничение, актуализирани шрифтове, езикови модели, гласови активи и фърмуер за периферни устройства) може да продължават да се инсталират автоматично, например когато включвате или използвате определени функции и периферни устройства, или за справяне със законови, регулаторни, свързани с обществената безопасност или технически съображения.

**2. Разрешени лицензионни употреби и ограничения.**
(а) Съгласно общите условия на този Лиценз, вие получавате ограничен неизключителен лиценз за използване на софтуера на Apple на едно устройство с марка Apple. С изключение на случаите, разрешени в раздел 2(б) по-долу и освен ако не е предвидено в отделно споразумение между вас и Apple, този Лиценз не позволява на софтуера на Apple да съществува едновременно на повече от едно Устройство с марка Apple и вие нямате право да разпространявате или правите софтуера на Apple достъпен през мрежа, където той може да се използва от няколко устройства едновременно. Лицензът не ви предоставя никакви права да използвате патентовани интерфейси на Apple и друга интелектуална собственост при проектирането, разработването, производството, лицензирането или разпространението на устройства и аксесоари на трети страни, или софтуерни приложения на трети страни, които да се използват от Устройства. Някои от тези права се предлагат от Apple с отделни лицензи. За повече информация относно разработването на устройства на трети страни и аксесоари за Устройства, моля, посетете https://developer.apple.com/programs/mfi/. За повече информация относно разработването на софтуерни приложения за Устройства, моля, посетете https://developer.apple.com.

(б) Съгласно общите условия на този Лиценз, вие получавате ограничен неизключителен лиценз за изтегляне на промени в софтуера на Apple, които могат да бъдат предоставени от Apple за вашия модел Устройство, за да актуализирате или възстановявате софтуера на всяко такова Устройство, което притежавате или управлявате. Лицензът не позволява да актуализирате или възстановявате Устройство, което не управлявате или притежавате, и вие не можете да разпространявате или предоставяте промените в софтуера на Apple в мрежа, където те могат да се използват от множество Устройства или няколко компютъра едновременно. Ако изтеглите актуализация на софтуера на Apple на вашия компютър, можете да направите едно копие от промените в софтуера на Apple, което да се съхранява на компютъра във форма, подходяща за машинно четене само с цел архивиране, при условие че архивното копие трябва да включва всички бележки за авторски права или други бележки за собственост, съдържащи се в оригинала.

(в) При условие че Apple предварително е инсталирала приложения с марката Apple от App Store на вашето устройство към момента на покупката („Предварително инсталирани приложения"), трябва да влезете в App Store и да свържете тези предварително инсталирани приложения с акаунта в App Store, за да ги използвате на устройството. Когато свържете предварително инсталирано приложение с вашия акаунт в App Store, вие в същото време ще свържете

автоматично всички други предварително инсталирани приложения на устройството. С избора си да свържете предварително инсталираните приложения с вашия акаунт в App Store, вие се съгласявате, че Apple може да предава, събира, поддържа, обработва и използва както Apple ID, използван от вашия акаунт в App Store, така и уникален хардуерен идентификатор, взет от вашето устройство, като уникални идентификатори за акаунт с цел проверка на допустимостта на заявката ви и предоставяне на достъп до предварително инсталираните приложения чрез App Store. Ако не желаете да използвате предварително инсталирано приложение, можете да го изтриете от вашето устройство по всяко време.

(г) Вие нямате право (като се съгласявате да не позволявате и на други) да копирате (освен ако изрично е разрешено от този Лиценз), да декомпилирате, да реконструирате, да разглобявате, да се опитвате да извлечете изходния код, дешифрирате, променяте или да създавате деривати версии на софтуера на Apple или всякакви услуги, предоставяни от софтуера на Apple или част от него (освен и само до степента, в която всяко горепосочено ограничение е забранено от приложимото законодателство или лицензионни условия, уреждащи използването на компоненти с отворен код, които могат да бъдат включени в софтуера на Apple). Вие се съгласявате да не премахвате, закривате или променяте бележките за собственост (включително бележки за търговски марки и авторски права), които могат да бъдат прикрепени или да се съдържат в софтуера на Apple.

(д) Софтуерът на Apple може да се използва за възпроизвеждане на материали, при условие че то е ограничено до възпроизвеждането на материали, които не са защитени с авторски права, материали, върху които притежавате авторски права, или материали, които имате разрешение или законово разрешено да възпроизвеждате. Независимо от гореизложеното, ви е забранено да публикувате повторно, препредавате или възпроизвеждате всякакви изображения, достъпни чрез News или Maps като самостоятелен файл. Правата на собственост (включително интелектуална) върху и за всяко съдържание, показвано от, съхранявано или достъпно чрез вашето устройство, принадлежат на съответния собственик на съдържание. Такова съдържание може да бъде защитено от авторско право или други закони и договори за интелектуална собственост и може да бъде предмет на условия за използване на третата страна, предоставяща такова съдържание. Освен ако не е предвидено друго, този Лиценз не ви предоставя никакви права за използване на такова съдържание, нито гарантира, че то ще продължи да бъде достъпно за вас.

(е) Съгласно условията на настоящия Лиценз можете: (i) да използвате символите Memoji, включени или създадени със Софтуера на Apple („Системни знаци") (1), докато работите със Софтуера на Apple и (2) да създавате свое собствено оригинално съдържание и проекти за ваша лична, некомерсиална употреба; и (ii) да използвате надписи на живо, автоматично генерирани на устройството в реално време от Софтуера на Apple („Надписи на живо"), независимо дали са генерирани по време на разговор чрез FaceTime или по друг начин, само за ваша лична, некомерсиална употреба. Настоящият Лиценз не разрешава никаква друга употреба на системните символи или Надписи на живо, в това число, но не само, използването, възпроизвеждането, показването, изпълнението, записването, публикуването или преразпределението на системните символи или надписи на живо за печалба, с нестопанска цел, публично споделяне или в комерсиален контекст.

(ж) За да завърши определени преки пътища за действие на приложения и/или уебсайтове, софтуерът на Apple може да има нужда от достъп до софтуерни приложения, услуги или уебсайтове на трети страни на вашето устройство. Вие изрично се съгласявате с такова използване до степента, необходима за завършване на прекия път със софтуера на Apple.

(з) Вие се съгласявате да използвате софтуера на Apple и Услугите (както са дефинирани в

раздел 5 по-долу) в съответствие с всички приложими закони, включително местното законодателство на страната или региона, където живеете или в който изтегляте или използвате софтуера и услугите на Apple. Функциите на софтуера и услугите на Apple може да не са налични на всички езици или във всички региони, някои функции може да се различават в зависимост от региона, а някои може да са ограничени или недостъпни от вашия доставчик на услуги. За някои функции на софтуера и услугите на Apple е необходима Wi-Fi или мобилна връзка за данни.

(и) Използването на App Store изисква уникална комбинация от потребителско име и парола, известна като Apple ID. Също така Apple ID се изисква за достъп до актуализации на приложения и определени функции на софтуера и услугите на Apple.

(й) Вие потвърждавате, че много функции, вградени приложения и услуги на софтуера на Apple предават данни и биха могли да повлияят на таксите за вашия план за данни и че вие отговаряте за всички тези такси. Можете да преглеждате и контролирате на кои приложения е разрешено да използват мобилни данни и да видите приблизителна оценка за това колко данни са консумирали такива приложения в Настройки за мобилни данни. Освен това, когато имате лоша Wi-Fi връзка, Wi-Fi Assist автоматично ще превключи на мобилна, което може да доведе до по-широко използване на мобилни данни и да повлияе на таксите за вашия план за данни. Wi-Fi Assist е включен по подразбиране, но може да бъде деактивиран от Настройки. За повече информация, моля, направете справка с Ръководството на потребителя за вашето Устройство.

(к) Ако изберете да разрешите автоматични актуализации на приложения, вашето устройство периодично ще проверява в Apple за актуализации на приложенията на устройството и, ако има такава, актуализацията автоматично ще се изтегля и инсталира на него. Можете да изключите напълно автоматичните актуализации на приложенията по всяко време, като отидете в Настройки, докоснете iTunes и App Store и в Автоматични изтегляния изключите Актуализации.

(л) Използването на вашето устройство при някои обстоятелства може да ви разсее и да доведе до опасна ситуация (например избягвайте да пишете текстово съобщение по време на шофиране или да използвате слушалки, докато карате велосипед). С използването на вашето устройство вие се съгласявате, че носите отговорност за спазването на правилата, които забраняват или ограничават употребата на мобилни телефони или слушалки (например изискването за използване на опции за свободни ръце при провеждане на разговори по време на шофиране).

(м) Определени функции на Софтуера на Apple може да опитват да предоставят съдействие в ситуации, свързани с безопасността, като функция за установяване, свързана с безопасността и свързването ви с аварийните служби (ако са налични). Apple не гарантира наличността, точността, пълнотата, надеждността или навременността на такива функции. Тези функции не са предназначени да се разчита единствено на тях в ситуации, в които е налична и може да бъде получена по-незабавна или ефективна помощ. Съгласявате се да използвате тези функции на свой собствен риск и да упражнявате независима преценка, както и че Apple, нейните филиали, посредници или ръководители няма да носят никаква отговорност пред вас за използването на тези функции от ваша страна и произтичащите от това последствия в максималната степен, разрешена от закона.

(н) Вашето устройство не е медицинско изделие и не трябва да се използва като заместител на професионална медицинска преценка. То не е проектирано или предназначено за използване при диагностициране на заболяване или други състояния, или за лечение, облекчаване, третиране или превенция на състояния или заболявания. Моля, консултирайте се с вашия доставчик на здравно обслужване, преди да вземете каквито и да е решения, свързани с вашето здраве.

**3. Прехвърляне.** Нямате право да отдавате под наем, на лизинг, да заемате, да продавате, преразпределяте или подлицензирате софтуера на Apple. Можете обаче да извършите еднократно постоянно прехвърляне на всичките си лицензионни права върху софтуера на Apple на друга страна във връзка с прехвърлянето на собствеността върху вашето устройство, ако са спазени следните условия: (а) прехвърлянето трябва да включва вашето устройство и целия софтуер на Apple, заедно с всички негови съставни части и настоящия Лиценз; (б) да не съхранявате никакви копия на софтуера на Apple, пълни или частични, включително копия, съхранявани на компютър или друго устройство за съхранение; и (в) ако страната, която получава софтуера на Apple, е прочела и е съгласна да приеме общите условия на настоящия Лиценз.

**4. Съгласие за използване на данни.** Когато използвате вашето устройство, на Apple се изпращат телефонният ви номер и определени уникални идентификатори за устройството, така че други да могат да направят телефонна връзка с вас, когато използват различни комуникационни функции на софтуера на Apple, като iMessage и FaceTime. Когато използвате iMessage, Apple може да задържи вашите съобщения в криптирана форма за ограничен период от време, за да гарантира тяхното предаване. Можете да изключите FaceTime или iMessage, като отидете в настройките на FaceTime или Messages на вашето устройство. Някои функции като Анализ, Услуги за местоположение, Siri и Диктовка може да изискват информация от устройството, за да се осигури тяхната работа. Когато включите или използвате тези функции, ще бъдат предоставени подробности относно това какви данни се изпращат на Apple и как те могат да се използват. Можете да научите повече, като посетите https://www.apple.com/privacy/. Отношението към вашите данни винаги ще бъде в съответствие с Декларацията за поверителност на Apple, която можете да видите на адрес: https://www.apple.com/legal/privacy/bg/.

**5. Услуги и Материали на трети страни.**
(а) Софтуерът на Apple може да позволи достъп до iTunes Store, App Store, Apple Books, Game Center, iCloud, Maps, News, Fitness+ и други услуги и уебсайтове на Apple и трети страни (общо и поотделно наричани, „Услуги"). За използването на тези Услуги е необходим достъп до Интернет и използването на определени Услуги може да изисква Apple ID, да ви задължава да приемете допълнителни условия и да подлежи на допълнително таксуване. Като използвате този софтуер във връзка с Apple ID и други услуги на Apple, вие се съгласявате с приложимите условия за ползване, като най-новите Общи условия за медийни услуги на Apple за страната или региона, където такива Услуги са налични. Можете да ги прегледате, като отидете на: https://www.apple.com/legal/internet-services/itunes/bg/.

(б) Ако се регистрирате за iCloud, някои функции на iCloud като „iCloud Drive", „My Photo Stream", „Shared Albums" и „Find My" могат да бъдат достъпни директно от софтуера на Apple. Потвърждавате и се съгласявате, че използването от ваша страна на iCloud и тези функции се регулира от най-новите общи условия на услугата iCloud, до които можете да получите достъп и да прегледате на: https://www.apple.com/legal/internet-services/icloud/.

(в) Съдържание на приложението News. Използването от ваша страна на съдържание, достъпно чрез приложението News, е ограничено единствено до лична, некомерсиална употреба, не прехвърля на вас никакъв дял на собственост върху съдържанието и по-специално изключва, без ограничение, всякакви търговски или промоционални права за използване на такова съдържание.

(г) Maps. Картографската услуга и функциите на софтуера на Apple („Maps"), включително покритието на картографските данни, може да варират в зависимост от региона. Когато включите или използвате Maps, ще бъдат предоставени подробности относно това каква

информация се изпраща на Apple и как тя може да се използва. Вие потвърждавате и се съгласявате, че използването от ваша страна на Maps се регулира от най-новите общи условия на услугата Maps, до които можете да получите достъп и да прегледате в началната карта на Maps.

(д) Разбирате, че при използване на всяка от Услугите може да срещнете съдържание, което може да се счита за обидно, неприлично или нежелателно, което съдържание може или не може да бъде идентифицирано като използващо нецензурен език и че резултатите от всяко търсене или влизане на конкретен URL може автоматично и неволно да генерира връзки или препратки към нежелателен материал. Независимо от това, вие се съгласявате да използвате Услугите на свой собствен риск и че Apple, нейните филиали, посредници, ръководители или лицензодатели няма да носят отговорност пред вас за съдържание, което може да се счита за обидно, неприлично или нежелателно.

(е) Някои Услуги могат да показват, включват или предоставят съдържание, данни, информация, приложения или материали от трети страни („Материали на трети страни") или да предоставят връзки към определени уебсайтове на трети страни. Използвайки Услугите, вие потвърждавате и се съгласявате, че Apple не носи отговорност за проверката или оценката на съдържанието, точността, пълнотата, навременността, валидността, спазването на авторските права, законността, благоприличието, качеството или каквото и да е друг аспект на такива материали или уебсайтове на трети страни. Apple, нейните служители, филиали и дъщерни дружества нито гарантират, нито одобряват, не поемат и са освободени от задължения и отговорност към вас или други лица за Услуги на трети страни, Материали на трети страни или уебсайтове или за всякакви други материали, продукти или услуги на трети страни. Материалите на трети страни и връзките към други уебсайтове се предоставят единствено за ваше удобство.

(ж) Нито Apple, нито който и да е от нейните доставчици на съдържание гарантира наличността, точността, пълнотата, надеждността или навременността на информацията за наличностите, данните за местоположение или други данни, показвани от някоя от Услугите. Финансовата информация, показвана от Услугите, е само за общи информационни цели и на нея не трябва да се разчита като на съвет за инвестиции. Преди да изпълните транзакция с ценни книжа въз основа на информация, получена чрез Услугите, трябва да се консултирате с професионалист по финанси или ценни книжа, който е юридически квалифициран да дава финансови съвети или съвети за ценни книжа във вашата страна или регион. Данните за местоположение, които Услугите предоставят, включително услугата Apple Maps, се дават само за основни цели на навигация и планиране и не са предназначени да разчитате на тях в ситуации, когато е необходима точна информация за местоположението или когато погрешни, неточни, забавени във времето или непълни данни за местоположение могат да доведат до смърт, телесни повреди или имуществени или екологични щети. Съгласявате се, че резултатите, които получавате от услугата Maps, може да се различават от действителните пътни или теренни условия поради фактори, които могат да повлияят на точността на данните на Maps, като например, но не само, времето, условията по пътищата и пътното движение, а също и геополитическите събития. За вашата безопасност, когато използвате функцията за навигация, винаги обръщайте внимание на поставените пътни знаци и текущите условия по пътищата. Следвайте практиките за безопасно шофиране и правилата за движение и имайте предвид, че упътванията за колоездене и ходене може да не включват обозначени пътеки.

(з) При положение че качвате някакво съдържание чрез използването на Услугите, вие декларирате, че притежавате всички права върху него, или сте упълномощен, или по друг начин законно ви е разрешено да качвате такова съдържание и че това съдържание не нарушава никое от условията на използване, приложими за Услугите. Съгласявате се, че Услугите съдържат патентовано съдържание, информация и материали, които са собственост на Apple, собственика

на сайта или неговите лицензодатели и са защитени от приложимото законодателство за интелектуална собственост и други закони, включително, но не само, за авторските права. Съгласявате се, че няма да използвате такова патентовано съдържание, информация или материали, освен за разрешено използване на Услугите или по друг начин, който е несъвместим с условията на този Лиценз или който нарушава права на интелектуална собственост на трета страна или Apple. Никоя част от Услугите не може да бъде възпроизвеждана в каквато и да е форма или чрез някакви други средства. Съгласявате се, че няма да променяте или отдавате под наем, на лизинг, назаем, както и да продавате, разпространявате или създавате деривативни версии, базирани по някакъв начин на Услугите, и няма да използвате Услугите без разрешение, включително, но не само, като използвате Услугите за предаване на компютърни вируси, червеи, троянски коне или друг зловреден софтуер, чрез извършване на правонарушения или като натоварвате мрежовия капацитет. Освен това се съгласявате да не използвате Услугите за тормоз, злоупотреба, преследване, заплаха, клевета или по някакъв начин да засягате или нарушавате правата на друга страна, и че Apple не носи никаква отговорност за такава употреба от ваша страна, както и за тормозещи, заплашителни, клеветнически, обидни, засягащи права или незаконни съобщения или предавания, които може да получите в резултат на използването на някоя от Услугите.

(и) В допълнение, такива Услуги и Материали на трети страни може да не са налични на всички езици или във всички държави или региони. Apple не декларира, че такива Услуги и Материали на трети страни са подходящи или налични за използване на някое конкретно място. До степента, в която решите да използвате или да получите достъп до такива Услуги или Материали на трети страни, вие правите това по своя собствена инициатива и носите отговорност за спазването на всички приложими закони, включително, но не само, приложимото местно законодателство, както и законите за поверителност и събиране на данни. Споделянето или синхронизирането на снимки през вашето Устройство може да доведе до предаването на метаданни, включително къде и кога е направена снимката, както и информация за дълбочината, заедно със снимките. Използването на услуги на Apple (като iCloud Photo Library) за споделяне или синхронизиране на такива снимки ще включва получаването и съхраняването от Apple на такива метаданни. Apple и нейните лицензодатели си запазват правото да променят, спират, премахват или деактивират достъпа до Услугите по всяко време без предизвестие. В никакъв случай Apple няма да носи отговорност за премахването или деактивирането на достъпа до такива Услуги. Apple може също така да наложи ограничения върху използването или достъпа до определени Услуги във всеки случай и без предизвестие или отговорност.

**6. Прекратяване.** Настоящият Лиценз е в сила до неговото прекратяване. Вашите права по него ще бъдат прекратени автоматично или по друг начин ще престанат да действат без предизвестие от Apple, ако не спазвате условията му. След прекратяване на този Лиценз вие спирате всякаква употреба на софтуера на Apple. Раздели 4, 5, 6, 7, 8, 9, 10, 12 и 13 от настоящия Лиценз остават валидни в случай на такова прекратяване.

**7. Отказ от гаранции**
7.1    Ако сте клиент, който е потребител (някой, който използва софтуера на Apple извън вашата търговия, бизнес или професия), може да имате законови права във вашата страна на пребиваване, което би забранило следните ограничения да се прилагат към вас, така че където са забранени, те няма да се отнасят за вас. За да научите повече за правата, трябва да се свържете с местна организация за съвети на потребителите.

7.2    ВИЕ ИЗРИЧНО ПОТВЪРЖДАВАТЕ И СЕ СЪГЛАСЯВАТЕ, ЧЕ ДО СТЕПЕНТА, РАЗРЕШЕНА ОТ ПРИЛОЖИМОТО ЗАКОНОДАТЕЛСТВО, ИЗПОЛЗВАНЕТО НА СОФТУЕРА НА APPLE И ВСЯКАКВИ УСЛУГИ, ИЗВЪРШВАНИ ОТ ИЛИ ДОСТЪПНИ ЧРЕЗ НЕГО, Е НА ВАШ СОБСТВЕН РИСК И ЧЕ ЦЕЛИЯТ РИСК ЗА ЗАДОВОЛИТЕЛНО КАЧЕСТВО, ПРОИЗВОДИТЕЛНОСТ, ТОЧНОСТ

И УСИЛИЕ Е ВАШ.

7.3    ДО МАКСИМАЛНАТА СТЕПЕН, РАЗРЕШЕНА ОТ ПРИЛОЖИМОТО ЗАКОНОДАТЕЛСТВО, СОФТУЕРЪТ И УСЛУГИТЕ НА APPLE, СЕ ПРЕДОСТАВЯТ „КАКТО СА" И „КАКТО СА НАЛИЧНИ", С ВСИЧКИ НЕИЗПРАВНОСТИ И БЕЗ КАКВАТО И ДА Е ГАРАНЦИЯ, А APPLE И НЕЙНИТЕ ЛИЦЕНЗОДАТЕЛИ (НАРИЧАНИ ЗАЕДНО „APPLE" ЗА ЦЕЛИТЕ НА РАЗДЕЛИ 7 И 8) С НАСТОЯЩОТО СЕ ОТКАЗВАТ ОТ ВСИЧКИ ГАРАНЦИИ И УСЛОВИЯ ПО ОТНОШЕНИЕ НА СОФТУЕРА И УСЛУГИТЕ НА APPLE, ИЗРИЧНИ, ПОДРАЗБИРАЩИ СЕ ИЛИ ЗАКОНОВИ, ВКЛЮЧИТЕЛНО, НО НЕ САМО, КОСВЕНИТЕ ГАРАНЦИИ И/ИЛИ УСЛОВИЯ ЗА ПРОДАВАЕМОСТ, ЗАДОВОЛИТЕЛНО КАЧЕСТВО, ГОДНОСТ ЗА ОПРЕДЕЛЕНА ЦЕЛ, ТОЧНОСТ, НОРМАЛНО ПОЛЗВАНЕ И НЕНАРУШАВАНЕ НА ПРАВАТА НА ТРЕТИ СТРАНИ.

7.4    APPLE НЕ ДАВА ГАРАНЦИЯ, ЧЕ НЯМА ДА ИМА НАМЕСА В ПОЛЗВАНЕТО НА СОФТУЕРА И УСЛУГИТЕ НА APPLE, ЧЕ ФУНКЦИИТЕ, СЪДЪРЖАЩИ СЕ В, ИЛИ УСЛУГИТЕ, ИЗПЪЛНЯВАНИ ИЛИ ПРЕДОСТАВЯНИ ОТ СОФТУЕРА НА APPLE, ЩЕ ОТГОВАРЯТ НА ВАШИТЕ ИЗИСКВАНИЯ, ЧЕ РАБОТАТА НА СОФТУЕРА И УСЛУГИТЕ НА APPLE ЩЕ БЪДЕ НЕПРЕКЪСНАТА ИЛИ БЕЗ ГРЕШКИ, ЧЕ ВСИЧКИ УСЛУГИ ЩЕ ПРОДЪЛЖАТ ДА СЕ ПРЕДОСТАВЯТ, ЧЕ ДЕФЕКТИТЕ В СОФТУЕРА ИЛИ УСЛУГИТЕ НА APPLE ЩЕ БЪДАТ КОРИГИРАНИ ИЛИ ЧЕ СОФТУЕРЪТ НА APPLE ЩЕ БЪДЕ СЪВМЕСТИМ ИЛИ ЩЕ РАБОТИ С ВСЕКИ СОФТУЕР, ПРИЛОЖЕНИЯ, ИЛИ УСЛУГИ НА ТРЕТИ СТРАНИ. ИНСТАЛИРАНЕТО НА ТОЗИ СОФТУЕР НА APPLE МОЖЕ ДА ПОВЛИЯЕ НА НАЛИЧНОСТТА И ИЗПОЛЗВАЕМОСТТА НА СОФТУЕР, ПРИЛОЖЕНИЯ ИЛИ УСЛУГИ НА ТРЕТИ СТРАНИ, КАКТО И ПРОДУКТИ И УСЛУГИ НА APPLE.

7.5    ОСВЕН ТОВА ПОТВЪРЖДАВАТЕ, ЧЕ СОФТУЕРЪТ И УСЛУГИТЕ НА APPLE НЕ СА ПРЕДНАЗНАЧЕНИ ИЛИ ПОДХОДЯЩИ ЗА ИЗПОЛЗВАНЕ В СИТУАЦИИ ИЛИ СРЕДИ, КЪДЕТО НЕИЗПРАВНОСТТА ИЛИ ЗАБАВЯНЕТО ВЪВ ВРЕМЕТО ИЛИ ГРЕШКИТЕ ИЛИ НЕТОЧНОСТИТЕ В СЪДЪРЖАНИЕТО, ДАННИТЕ ИЛИ ИНФОРМАЦИЯТА, ПРЕДОСТАВЕНА ОТ СОФТУЕРА ИЛИ УСЛУГИТЕ НА APPLE, МОГАТ ДА ДОВЕДАТ ДО СМЪРТ, ТЕЛЕСНА ПОВРЕДА ИЛИ ТЕЖКИ ФИЗИЧЕСКИ ИЛИ ЕКОЛОГИЧНИ ЩЕТИ, ВКЛЮЧИТЕЛНО БЕЗ ОГРАНИЧЕНИЕ РАБОТАТА НА ЯДРЕНИ СЪОРЪЖЕНИЯ, СИСТЕМИ ЗА НАВИГАЦИЯ ИЛИ КОМУНИКАЦИЯ НА ВЪЗДУХОПЛАВАТЕЛНИ СРЕДСТВА, КОНТРОЛ НА ВЪЗДУШНОТО ДВИЖЕНИЕ, ЖИВОТОПОДДЪРЖАЩИ ИЛИ ОРЪЖЕЙНИ СИСТЕМИ.

7.6    НИКАКВА УСТНА ИЛИ ПИСМЕНА ИНФОРМАЦИЯ ИЛИ СЪВЕТ, ДАДЕНИ ОТ APPLE ИЛИ ОТ УПЪЛНОМОЩЕН ПРЕДСТАВИТЕЛ НА APPLE, НЕ СЪЗДАВАТ ГАРАНЦИЯ. АКО СОФТУЕРЪТ ИЛИ УСЛУГИТЕ НА APPLE СЕ ОКАЖАТ ДЕФЕКТНИ, ВСИЧКИ РАЗХОДИ ЗА ЦЯЛОТО НЕОБХОДИМО ОБСЛУЖВАНЕ, РЕМОНТ ИЛИ КОРЕКЦИЯ СЕ ПОЕМАТ ОТ ВАС. ПРИ НЯКОИ ЮРИСДИКЦИИ НЕ СЕ ПОЗВОЛЯВА ПРИЛАГАНЕТО НА ПОДРАЗБИРАЩИ СЕ ГАРАНЦИИ ИЛИ ОГРАНИЧАВАНЕ НА СЪОТВЕТНИТЕ ЗАКОНОУСТАНОВЕНИ ПРАВА НА ПОТРЕБИТЕЛИТЕ. В ТАКИВА СЛУЧАИ ГОРЕПОСОЧЕНИТЕ ИЗКЛЮЧЕНИЯ И ОГРАНИЧЕНИЯ МОЖЕ ДА НЕ СЕ ОТНАСЯТ ДО ВАС.

**8. Ограничаване на отговорността.** ДО СТЕПЕНТА, В КОЯТО ОТ ПРИЛОЖИМОТО ЗАКОНОДАТЕЛСТВО НЕ Е ЗАБРАНЕНО, В НИКАКЪВ СЛУЧАЙ APPLE, НЕЙНИТЕ ФИЛИАЛИ, ПОСРЕДНИЦИ ИЛИ РЪКОВОДИТЕЛИ НЕ НОСЯТ ОТГОВОРНОСТ ЗА ТЕЛЕСНИ ПОВРЕДИ ИЛИ ВСЯКАКВИ СЛУЧАЙНИ, СПЕЦИАЛНИ, НЕПРЕКИ ИЛИ ПОСЛЕДВАЩИ ВРЕДИ, ВКЛЮЧИТЕЛНО, НО БЕЗ ОГРАНИЧЕНИЕ, ЩЕТИ ОТ ПРОПУСНАТИ ПЕЧАЛБИ, ПОВРЕДА ИЛИ ЗАГУБА НА ДАННИ, НЕУСПЕХ ПРИ ПРЕДАВАНЕ ИЛИ ПОЛУЧАВАНЕ НА ДАННИ (ВКЛЮЧИТЕЛНО БЕЗ ОГРАНИЧЕНИЕ ИНСТРУКЦИИ ЗА КУРСОВЕ, ЗАДАЧИ И МАТЕРИАЛИ), ПРЕКЪСВАНЕ НА БИЗНЕСА ИЛИ ВСЯКАКВИ ДРУГИ ТЪРГОВСКИ ЩЕТИ ИЛИ ЗАГУБИ, ПРОИЗТИЧАЩИ ОТ ИЛИ СВЪРЗАНИ С ИЗПОЛЗВАНЕТО ИЛИ НЕВЪЗМОЖНОСТТА ДА СЕ ИЗПОЛЗВА СОФТУЕРА НА APPLE И УСЛУГИ ИЛИ СОФТУЕР, ПРИЛОЖЕНИЯ ИЛИ УСЛУГИ НА ТРЕТИ СТРАНИ ВЪВ ВРЪЗКА СЪС СОФТУЕРА ИЛИ УСЛУГИТЕ НА APPLE, БЕЗ ЗНАЧЕНИЕ КАКВИ СА ПРИЧИНИТЕ, НЕЗАВИСИМО ОТ

ТЕОРИЯТА НА ОТГОВОРНОСТТА (ДОГОВОР, ДЕЛИКТ ИЛИ ДРУГО) И ДОРИ АКО APPLE Е БИЛА УВЕДОМЕНА ЗА ВЪЗМОЖНОСТТА ОТ ТАКИВА ЩЕТИ. НЯКОИ ЮРИСДИКЦИИ НЕ ПОЗВОЛЯВАТ ИЗКЛЮЧВАНЕТО ИЛИ ОГРАНИЧАВАНЕТО НА ОТГОВОРНОСТТА ЗА ТЕЛЕСНИ ПОВРЕДИ ИЛИ ЗА СЛУЧАЙНИ ИЛИ ПОСЛЕДВАЩИ ЩЕТИ, ТАКА ЧЕ ТОВА ОГРАНИЧЕНИЕ НЕ СЕ ОТНАСЯ ЗА ВАС. В никакъв случай общата отговорност на Apple към вас за всички щети (освен това, което може да се изисква от приложимото законодателство в случаи, включващи телесни повреди) няма да надвишава сумата от двеста и петдесет долара (250,00 щатски долара). Споменатите ограничения се прилагат, дори ако посоченото по-горе средство за защита не изпълнява основната си цел. НЕЗАВИСИМО ОТ ВСЯКАКВИ ДРУГИ УСЛОВИЯ В НАСТОЯЩИЯ ЛИЦЕНЗ, АКО ЗАКОНЪТ ЗА ПОТРЕБИТЕЛСКИТЕ ДОГОВОРИ НА ЯПОНИЯ Е ПРИЛОЖИМ, УСЛОВИЯТА, КОИТО ОГРАНИЧАВАТ ОТГОВОРНОСТТА НА APPLE ЗА ЩЕТИ, ПРОИЗТИЧАЩИ ОТ ИЗВЪРШЕНО ОТ APPLE НАРУШЕНИЕ НА ДОГОВОРА ИЛИ ЗАКОНОНАРУШЕНИЕ, НЕ СЕ ПРИЛАГАТ, АКО ТАКАВА ЩЕТА СЕ ДЪЛЖИ НА УМИСЪЛ ИЛИ ГРУБА НЕБРЕЖНОСТ ОТ СТРАНА НА APPLE.

**9. Цифрови сертификати.** Софтуерът на Apple съдържа функционалност, която му позволява да приема цифрови сертификати, издадени от Apple или от трети страни. ЕДИНСТВЕНО ВИЕ НОСИТЕ ОТГОВОРНОСТТА ДА РЕШИТЕ ДАЛИ ДА РАЗЧИТАТЕ НА СЕРТИФИКАТ, НЕЗАВИСИМО ДАЛИ Е ИЗДАДЕН ОТ APPLE ИЛИ ТРЕТА СТРАНА. ЕДИНСТВЕНО ВИЕ НОСИТЕ РИСКА ОТ ИЗПОЛЗВАНЕТО НА ЦИФРОВ СЕРТИФИКАТ. ДО МАКСИМАЛНАТА СТЕПЕН, РАЗРЕШЕНА ОТ ПРИЛОЖИМОТО ЗАКОНОДАТЕЛСТВО, APPLE НЕ ДАВА НИКАКВИ ГАРАНЦИИ ИЛИ ДЕКЛАРАЦИИ, ИЗРИЧНИ ИЛИ ПОДРАЗБИРАЩИ СЕ, ОТНОСНО ПРОДАВАЕМОСТТА ИЛИ ГОДНОСТТА ЗА КАКВАТО И ДА Е КОНКРЕТНА ЦЕЛ, ТОЧНОСТ, СИГУРНОСТ ИЛИ НАРУШАВАНЕ НА ПРАВАТА НА ТРЕТИ СТРАНИ ПО ОТНОШЕНИЕ НА ЦИФРОВИТЕ СЕРТИФИКАТИ.

**10. Контрол на експортирането.** Нямате право да използвате или по друг начин да експортирате или реекспортирате софтуера на Apple, освен ако това е разрешено от законодателството на Съединените щати и законите на юрисдикцията(ите), в която е получен софтуерът на Apple. По-специално, но без ограничение, софтуерът на Apple не може да бъде експортиран или реекспортиран (а) в която и да е държава под ембарго на САЩ или (б) към когото и да било в списъка на Министерството на финансите на САЩ със специално определени граждани или списъка с отхвърлени лица на Министерството на търговията на САЩ, списъка на юридическите лица или други списъци с ограничени страни. С използването на софтуера на Apple, вие заявявате и гарантирате, че не се намирате в такава държава или в подобен списък. Вие също така се съгласявате, че няма да използвате софтуера на Apple за каквито и да било цели, забранени от законодателството на Съединените щати, включително, но без ограничение, разработването, проектирането, изработването или производството на ракети, ядрени, химически или биологични оръжия.

**11. Правителствени крайни потребители.** Софтуерът на Apple и свързаната с него документация са „търговски артикули", както този термин е дефиниран в 48 C.F.R. §2.101, състоящ се от „Търговски компютърен софтуер" и „Документация за търговски компютърен софтуер", както тези термини са използвани в 48 C.F.R. §12.212 и 48 C.F.R. §227.7202, според случая. В съответствие с 48 C.F.R. §12.212 и 48 C.F.R. §227.7202-1 до 227.7202-4, според случая, търговският компютърен софтуер и документацията за търговски компютърен софтуер се лицензират за крайни потребители от правителството на САЩ (а) само като търговски артикули и (б) само с онези права, които са предоставени на всички останали крайни потребители в съответствие с общите условия тук. Непубликувани права, които са запазени съгласно законите за авторското право на Съединените щати.

**12. Контролиращо законодателство и разделение на ограниченията.** Настоящият Лиценз се управлява и тълкува в съответствие със законите на щата Калифорния, с изключение на неговите принципи за конфликт на закони. Настоящият Лиценз не се урежда от Конвенцията на

Организацията на обединените нации относно договорите за международна продажба на стоки, чието приложение е изрично изключено. Ако сте потребител със седалище в Обединеното кралство, Лицензът се урежда от законите на юрисдикцията на вашето местожителство. Ако по някаква причина съд от компетентна юрисдикция установи, че някоя разпоредба или част от нея е неприложима, останалата част от Лиценза продължава да бъде в пълна сила и действие.

**13. Пълно споразумение; Езиков режим.** Настоящият Лиценз представлява цялото споразумение между вас и Apple, свързано е със софтуера на Apple, и заменя всички предхождащи или актуални споgodби по отношение на тази тематика. Никакво изменение или модификация на Лиценза няма да бъде обвързващо, освен ако не е в писмена форма и подписано от Apple. Всеки превод на Лиценза се извършва за местни изисквания и в случай на спор между английската и неанглийската версия, английската версия на Лиценза се прилага до степента, която не е забранена от местното законодателство във вашата юрисдикция.

**14. Разпоредби за трети страни.** Части от софтуера на Apple може да използват или включват софтуер на трети страни и други материали, защитени с авторски права. Разпоредбите, лицензионните условия и отказите от отговорност за такъв материал се съдържат в електронната документация за софтуера на Apple и използването от ваша страна на материала се регулира от съответните им условия. Използването на услугата за безопасно сърфиране на Google е предмет на Общите условия на Google (https://www.google.com/intl/bg/policies/terms/) и към Декларацията за поверителност на Google (https://www.google.com/intl/bg/policies/privacy/).

**15. Използване на MPEG-4; H.264/AVC Известие**
(а) Софтуерът на Apple е лицензиран съгласно Лиценза за патентно портфолио на системите MPEG-4 за кодиране в съответствие със стандарта за системите MPEG-4, с изключение на това, че са необходими допълнителен лиценз и възнаграждения за права за кодиране във връзка със (i) съхранявани или реплицирани данни на физически носители, които се заплащат на принципа заглавие по заглавие и/или (ii) данни, които се плащат на принципа заглавие по заглавие и се предават на краен потребител за постоянно съхранение и/или използване. Такъв допълнителен лиценз може да бъде получен от MPEG LA, LLC. Вижте https://www.mpegla.com за допълнителни подробности.

(б) Софтуерът на Apple съдържа MPEG-4 видео кодиране и/или декодиране. Софтуерът на Apple е лицензиран съгласно Лиценза за портфолио за визуално патентно портфолио MPEG-4 за лична и нетърговска употреба от потребител за (i) кодиране на видео в съответствие с MPEG-4 Visual Standard („MPEG-4 Video") и/или (ii) декодиране на MPEG-4 видео, което е било кодирано от потребител, ангажиран с лична и нетърговска дейност и/или е получен от видео доставчик, лицензиран от MPEG LA, за предоставяне на MPEG-4 видео. Лиценз за друга употреба не се предоставя и не се подразбира. Допълнителна информация, включително тази, свързана с промоционална, вътрешна и търговска употреба и лицензиране, може да бъде получена от MPEG LA, LLC. Посетете https://www.mpegla.com.

(в) Софтуерът на Apple съдържа функционалност за кодиране и/или декодиране на AVC, търговската употреба на H.264/AVC изисква допълнително лицензиране и се прилага следната разпоредба: ФУНКЦИОНАЛНОСТТА AVC В СОФТУЕРА НА APPLE ТУК Е ЛИЦЕНЗИРАНА САМО ЗА ЛИЧНА И НЕКОМЕРСИАЛНА УПОТРЕБА НА КЛИЕНТ ЗА (i) КОДИРАНЕ НА ВИДЕО В СЪОТВЕТСТВИЕ СЪС СТАНДАРТА AVC („AVC ВИДЕО") И/ИЛИ (ii) ДЕКОДИРАНЕ НА AVC ВИДЕО, КОЕТО Е ПРЕКРАТЕНО ОТ ПОТРЕБИТЕЛ, АНГАЖИРАН С ЛИЧНА И НЕТЪРГОВСКА ДЕЙНОСТ И/ИЛИ AVC ВИДЕО, КОЕТО Е ПОЛУЧЕНО ОТ ВИДЕО ДОСТАВЧИК, ЛИЦЕНЗИРАН ДА ПРЕДОСТАВЯ AVC ВИДЕО. ИНФОРМАЦИЯ ОТНОСНО ДРУГИ УПОТРЕБИ И ЛИЦЕНЗИ МОЖЕ ДА БЪДЕ ПОЛУЧЕНА ОТ MPEG LA L.L.C. ПОСЕТЕТЕ https://www.mpegla.com.

**16. Ограничения на услугата за търсене на Yahoo.** Услугата за търсене на Yahoo, достъпна чрез Safari, е лицензирана за използване само в следните държави и региони: Аржентина, Аруба, Австралия, Австрия, Барбадос, Белгия, Бермудски острови, Бразилия, България, Канада, Кайманови острови, Чили, Континентален Китай, Хонг Конг, Тайван, Колумбия, Кипър, Чехия, Дания, Доминиканска република, Еквадор, Салвадор, Финландия, Франция, Германия, Гърция, Гренада, Гватемала, Унгария, Исландия, Индия, Индонезия, Ирландия, Италия, Ямайка, Япония, Латвия, Литва, Люксембург, Малайзия, Малта, Мексико, Нидерландия, Нова Зеландия, Никарагуа, Норвегия, Панама, Перу, Филипини, Полша, Португалия, Пуерто Рико, Румъния, Сингапур, Словакия, Словения, Южна Корея, Испания, Сейнт Лусия, Сейнт Винсент, Швеция, Швейцария, Тайланд, Бахамски острови, Тринидад и Тобаго, Турция, Обединеното кралство, Уругвай, САЩ и Венецуела.

**17. Бележка на Microsoft Exchange.** Настройката за поща на Microsoft Exchange в софтуера на Apple е лицензирана само за безжична синхронизация на информация, като имейл, контакти, календар и задачи, между вашето устройство и сървъра на Microsoft Exchange или друг сървърен софтуер, лицензиран от Microsoft за внедряване на протокола Microsoft Exchange ActiveSync.

EA1806
08.07.2022 г.

— — — — — — — — — —
**Допълнителни правила и условия на Apple Pay и Wallet**

Тези Допълнителни правила и условия на Apple Pay и Wallet (тези „Допълнителни условия") допълват лицензионното споразумение за софтуер на Apple („Лиценз"); както правилата на Лиценза, така и тези Допълнителни условия уреждат използването от ваша страна на функцията Apple Pay („Apple Pay") и приложението Apple Wallet („Wallet"), което се счита за „Услуга" съгласно Лиценза. Термините с главни букви, използвани в тези Допълнителни условия, имат значенията, посочени в Лиценза.

**1. Общ преглед**

**Apple Pay**

Apple Pay ви позволява:

- да извършвате безконтактни плащания с кредитни, дебитни и предплатени карти, включително Apple Card и карта Apple Cash, на избрани места или в избрани приложения или уебсайтове;
- да изпращате плащания от човек на човек до други потребители на Apple Cash; и
- да проследявате поръчки и да преглеждате подробни касови бележки.

Apple Pay и някои функции на Apple Pay може да са налични само в избрани региони, с избрани издатели на карти, платежни мрежи, търговци и други трети страни.

**Wallet**

Apple Wallet ви позволява да съхранявате виртуални изображения на кредитни, дебитни и предплатени карти, които да се използват с Apple Pay (наричани заедно „Apple Pay карти"), както и други типове карти, пропуски и ключове, включително без ограничение следното (общо наричани „Пропуски за Wallet" и заедно с карти Apple Pay, „Поддържани карти"):

- карти за награди;

- карти за пътуване;
- билети;
- членски карти;
- ключове за кола;
- ключове за дома;
- ключове за отделни обекти;
- корпоративни значки;
- студентски карти; и
- шофьорска книжка и държавни или правителствени идентификационни карти („Лични карти“).

Пропуските за Wallet може да са налични само в избрани региони и с избрани партньори. Личните карти може да са налични само за жители на участващи държави и изображението може да варира в зависимост от държавата или местоположението.

От време на време поддържаните карти може да се променят.

## 2. Допустимост

За да използвате Apple Pay и Wallet, трябва да имате (i) поддържано Устройство, работещо с версия на оперативен софтуер, който поддържа Услугите (последната версия се препоръчва и понякога се изисква), (ii) Apple ID, свързан с акаунт в iCloud, който е с добра репутация в Apple, и (iii) достъп до Интернет (може да се прилагат такси). С изключение на Apple Cash Family и избрани карти за електронни пари, картите на Apple Pay са достъпни само за лица на възраст 13 години или повече и могат да бъдат обект на допълнителни възрастови ограничения, наложени от iCloud или съответния издател, търговец или друга трета страна. Карти за пътуване, карти за електронни пари, лични карти, корпоративни значки и ключове са налични само на Устройства с iOS.

Ако сте родител или законен настойник на iCloud Family („Организатор“), можете да поканите членове на семейството, включително тези под 13 години (или еквивалентната минимална възраст в приложимата държава), да предоставят и използват отговарящи на условията карти за пътуване в Wallet. Като организатор вие ще носите отговорност за всички плащания, покупки и трансакции, извършени с помощта на картата за пътуване, която е активирана за членове на семейството, включително тези, инициирани от члена на семейството. Допустимостта и използването на карти за пътуване в Wallet са предмет на условията и реда на съответната пътна агенция. Организаторите са отговорни за спазването на тези правила и условия и поемат всички рискове, свързани с разрешаването на карти за пътуване за други членове на семейството. Когато член на семейството напусне или бъде премахнат от семейството, той/тя вече няма да може да презарежда картата за пътуване и ще може да извършва трансакции с нея само до момента, в който балансът на сметката по картата е нула.

Ако сте собственик на ключ за кола, можете да го споделите с други на възраст 13 или повече години, за да могат да отключват, да имат достъп и/или да карат колата ви.

Ключовете за дома могат да се добавят или премахнат от Wallet само чрез добавяне или премахване на ключалки в приложението Home или ако сами се добавите или премахнете от дом в приложението Home. Ако сте администратор на дом в приложението Home, всички съществуващи ключове за дома автоматично ще бъдат споделени с хора, които сте поканили и които се присъединяват към вашето приложение Home.

Apple Card се предлага само в Съединените щати и се издава от Goldman Sachs Bank USA, клон

Солт Лейк Сити („Издател на Apple Card"). С изключение на Apple Card Family, Apple Card се предлага само за лица на възраст 18 или повече години (или по-възрастни в зависимост от държавата ви на пребиваване).

Картата Apple Cash и възможността за изпращане и получаване на плащания от човек на човек са налични само в Съединените щати и са услуги, предоставяни от Green Dot Bank, член на FDIC. За да изпращате или получавате плащания от човек на човек в Apple Pay, трябва да имате карта Apple Cash. С изключение на Apple Cash Family, картата Apple Cash и възможността за изпращане и получаване на плащания от човек на човек са достъпни само за лица на възраст 18 години или повече.

## 3. Използване на Услугите

Поддържаните карти и плащанията от човек на човек са свързани с Apple ID, чрез който влизате в iCloud, за да използвате тези функции. Когато добавяте или премахвате ключове, корпоративни значки, карти за награди, билети и членски карти в Wallet, промяната може да се появи на другите ви устройства на Apple, където сте влезли с вашия Apple ID. Ще можете да свържете само една лична карта за всеки държавен издаващ орган с един Apple ID.

Apple Pay и Wallet са предназначени за ваша лична употреба и можете да предоставяте само свои собствени поддържани карти или онези карти за пътуване или ключове за кола и дом, които сте били поканени да предоставите от организатор или собственик. Ако предоставяте поддържана корпоративна карта, вие декларирате, че правите това с упълномощаването на вашия работодател и сте упълномощени да обвържете работодателя си с тези условия за използване и всички трансакции, които се извършват чрез използването на тази функция. Ако изпращате или получавате плащане от човек на човек, вие декларирате, че го правите за ваша лична, нетърговска употреба. Ако предоставяте лична карта, вие декларирате, че правите това, като използвате вашата лична информация, която точно и вярно ви представлява.

Вие се съгласявате да не използвате Apple Pay или Wallet за незаконни или измамни действия, или каквито и да било други цели, които са забранени от Лиценза и тези Допълнителни условия. Освен това се съгласявате да използвате Apple Pay и Wallet в съответствие с приложимите закони и разпоредби. Потвърждавате, че всяка невярна информация, предоставена във връзка с лична карта, може да бъде престъпление съгласно федералното или щатското законодателство. Давате съгласие да не се намесвате или нарушавате услугата Apple Pay или Wallet (включително достъп до услугата чрез всякакви автоматизирани средства), или сървъри или мрежи, свързани с услугата, или каквито и да било политики, изисквания или разпоредби на мрежи, свързани с услугата (включително всеки неоторизиран достъп до, използване, наблюдение или трафик на данни).

Ако вашият достъп или използване на Apple Pay или Wallet е забранено от приложимото законодателство, нямате право да осъществявате достъп или да използвате тези Услуги. Ние не носим отговорност, ако имате достъп или използвате Услугите по начин, който нарушава приложимото законодателство.

## 4. Отношенията между Apple и вас

Използването от ваша страна на Apple Pay се регулира от тези Допълнителни условия, както и от правилата на споразумението с картодържателя, което сте сключили със съответния издател, търговец или друга трета страна, която е отговорна за вашата Apple Pay карта.

По същия начин използването от ваша страна на Пропуските за Wallet в приложението Wallet се

регулира от тези Допълнителни правила, както и от правилата на вашето споразумение със съответния търговец, пътна агенция, производител на автомобили и брави, университет, хотел, курорт, круизна линия, корпорация, държавен издаващ орган, или друга трета страна.

С изключение на някои функции на Apple Pay, предоставени от Apple Payments Inc. („Apple Payments"), описани по-долу, Apple не обработва плащания или други неплатежни трансакции, направени с вашите карти на Apple Pay. Apple не контролира и не носи отговорност за каквито и да било плащания, обратни плащания, връщания, възстановявания, преводи на средства, награди, стойност, отстъпки, достъп, потвърждаване на самоличността, поръчки, изпълняване на поръчки или друга дейност, която може да възникне при използването от ваша страна на Apple Pay или Wallet.

Ако има някакъв конфликт между условията на тези Допълнителни условия и вашето споразумение със съответния издател, търговец, държавен издаващ орган или друга трета страна (всяка, „**Споразумение с трета страна**"), условията на тези Допълнителни условия ще уреждат отношенията ви с Apple, а условията на съответното Споразумение с трета страна ще уреждат отношенията ви с такава трета страна.

Вие се съгласявате, че Apple не е страна по никое от вашите споразумения с трети страни, нито Apple носи отговорност за: (а) съдържанието, точността или достъпността на която и да е от Поддържаните карти, покупки, трансакции, преводи на средства, поръчки, изпълняване на поръчки, касови бележки или други дейности, докато използвате Apple Pay или Wallet, включително, без ограничение, тези, направени от членове на семейството или други, с които сте споделили своите Поддържани карти или имат достъп до Устройството ви; (б) издаване на кредит или достъп до допустимост за вземане на кредит; (в) издаване, спиране или отнемане на шофьорска книжка или държавна идентификационна карта; (г) дейности на издатели, търговци, разработчици на приложения или други трети страни, свързани с използването на Apple Pay или Wallet от ваша страна; (д) решения, взети от издател, търговец или друга трета страна във връзка с добавянето на вашата Поддържана карта към Wallet; (е) вашето членство или участие в програма за търговец или партньор; (ж) всяко натрупано задължение или обратно изкупуване на награди или съхранена стойност във връзка с вашите Поддържани карти; (з) финансиране или презареждане на предплатени Поддържани карти; (и) изпращане или получаване на плащания от човек на човек или преводи на средства; или (й) зареждане, осребряване или теглене на пари от вашата карта Apple Cash.

Когато кандидатствате за Apple Card, вие кандидатствате за откриване на акаунт от издателя на Apple Card. Финансовата институция, отговорна за предлагането на Apple Card, подлежи на промяна и използването от ваша страна на Apple Card се регулира от техните правила и условия.

Когато активирате функциите на Apple Cash в Apple Pay, вие отваряте сметка в Green Dot Bank. С изключение на функциите на Apple Pay, предоставени от Apple Payments, когато изпращате или получавате плащане от човек на човек или зареждате или теглите пари от вашата карта Apple Cash, Green Dot Bank носи отговорност за получаването и изпращането на парите ви до предвидения реципиент. Финансовата институция, отговорна за предлагането на Apple Cash и плащания от физически лица в Apple Pay, подлежи на промяна и използването от ваша страна на такива функции се регулира от техните правила и условия.

Възможността да използвате средства във вашата карта Apple Cash за извършване на плащания към определени отговарящи на условията бизнеси, които сте упълномощили („Услугата за директни плащания") е услуга, предоставяна от Apple Payments. Използването от ваша страна на Услугата за директни плащания е предмет на Общите условия за директни плащания на Apple Payments. Освен това някои отговарящи на условията предприятия може да ви позволят да ги

упълномощите да изплащате средства във вашата карта Apple Cash (като всяко от тях е „Изплащане"). Макар изплащанията да могат да се обработват от Apple Payments, те се предлагат от участващите предприятия, които предоставят такива средства, и могат да бъдат предмет на определени допълнителни правила и условия на предприятията, които изплащат средства. За всички спорове или въпроси относно Поддържани карти и свързана търговска дейност, моля, свържете се с вашия издател или съответния търговец, държавния издаващ орган, разработчик на приложения или друга трета страна. За въпроси относно Apple Pay, Wallet, Apple Card или карта Apple Cash или плащания от човек на човек, моля, свържете се с поддръжката на Apple.

### 5. Поверителност

Събирането и използването на лична информация от Apple се урежда от Декларацията за поверителност на Apple, достъпна на адрес https://www.apple.com/legal/privacy/bg/. Можете да намерите подробна информация за личните данни, които се събират, използват или споделят като част от използването от ваша страна на Apple Pay и Wallet, като прочетете съответните бележки за поверителност за дадена услуга, включително „За Apple Pay" и „Поверителност", до които имате достъп на вашето устройство, или в приложението Watch на сдвоено устройство, или като посетите https://www.apple.com/legal/privacy/bg/. Като използвате Apple Pay и Wallet, вие се съгласявате и позволявате на Apple и нейните дъщерни дружества и посредници да предават, събират, поддържат, обработват и използват цялата горепосочена информация, за да предоставят тези Услуги.

### 6. Сигурност; Изгубени или изключени устройства

ЗАЩИТА НА ВАШИТЕ ПОДДЪРЖАНИ УСТРОЙСТВА И ИДЕНТИФИКАЦИОННИ ДАННИ, КАКТО БИХТЕ ЗАЩИТИЛИ ФИЗИЧЕСКИЯ СИ ПОРТФЕЙЛ И КАРТИ

Apple Pay и Wallet съхраняват виртуални изображения на вашите поддържани карти и трябва да бъдат защитени, както вие бихте защитили своите физически портфейл, ключове или кредитни, дебитни, предплатени, лични и други карти. Единствено вие отговаряте за поддържането на сигурността на вашите Устройства и Apple ID, информацията за Touch ID и Face ID, паролата към поддържаните устройства и всички други идентификационни данни, използвани във връзка с Услугите (заедно наричани вашите „Идентификационни данни"). Ако упълномощите или разрешите някой друг да използва поддържаното от вас устройство (*напр.*, като предоставите паролата си за устройството на трета страна или позволите на трета страна да добави своя пръстов отпечатък, за да използва Touch ID или активира Face ID, или по друг начин предоставите част от идентификационните си данни на трета страна), лицето може да успее да извършва плащания, да изпраща, изисква или получава плащания от човек на човек, да тегли пари от вашата карта Apple Cash, да получава или осребрява награди, да използва натрупана стойност, да отключва или по друг начин да намери достъп до вашата кола, стая, офис или дом, да се представя за вас или да извършва други трансакции с вашите поддържани карти в Wallet. В такъв случай вие ще носите отговорност за всички плащания, достъп и трансакции, извършени от това лице.

УСТРОЙСТВА С ДЖЕЙЛБРЕЙК

Ако правите неоторизирани модификации на вашето Устройство, като например деактивиране на хардуерни или софтуерни  контроли (понякога наричани „джейлбрейк"), Устройството може вече да не отговаря на условията за достъп или използване на Услугите. Вие потвърждавате, че използването на модифицирано устройство във връзка с Услугите е изрично забранено, представлява нарушение на тези Допълнителни условия и е основание да откажем или

ограничим достъпа ви до Услугите.

ДОПЪЛНИТЕЛНИ МЕРКИ ЗА СИГУРНОСТ

Може да се наложи да активирате допълнителни мерки за сигурност, като например двуфакторно удостоверяване за вашия Apple ID, за да получите достъп до определени функции на Apple Pay, включително Apple Card, карта Apple Cash и плащания от човек на човек с Apple Pay. Ако впоследствие премахнете тези функции за сигурност, може да стане невъзможно да използвате достъп до определени функции на Apple Pay. Изтриването на Face ID или Touch ID, които са свързани с вашата лична карта за представяне, ще изисква от вас да завършите целия процес на предоставяне на лична карта.

ИЗГУБЕНИ ИЛИ ОТКРАДНАТИ УСТРОЙСТВА

Ако вашето устройство е изгубено или откраднато и сте активирали Find My , можете да използвате Find My , за да се опитате да спрете възможността за трансакции с виртуалните поддържани карти или да изпращате плащания от човек на човек чрез това устройство, като го поставите в режим „Изгубен". Ако вашето устройство е в режим „Изгубен", ключът за колата ви може да бъде деактивиран в Wallet и вече няма да имате достъп до колата си, нито ще можете да я запалите, след като излезете или изключите двигателя. Режимът „Изгубен" засяга само клавишите на изгубеното Устройство. Ако сте собственик, вече няма да можете да споделяте ключа за колата или дома си с други, но ключовете, които вече са били споделени, няма да бъдат засегнати от техните устройства.

Можете също да изтриете устройството си, което ще се опита да спре възможността за извършване на трансакции с виртуалните поддържани карти или да изпраща плащания от човек на човек чрез устройството. Трябва също да се свържете с издателя, търговеца или друга отговорна трета страна на вашите поддържани карти, или Apple – ако става въпрос за вашата Apple Card или карта Apple Cash, за да предотвратите неоторизиран достъп до вашите поддържани карти в Apple Pay и в Wallet.

Ако докладвате или Apple подозира измама или злоупотреба, вие се съгласявате да сътрудничите на Apple при всяко разследване и да използвате всички мерки за предотвратяване на измами, които предписваме.

**7. Ограничаване на отговорността**

В ДОПЪЛНЕНИЕ КЪМ ОТКАЗИТЕ ОТ ГАРАНЦИИ И ОГРАНИЧЕНИЯТА НА ОТГОВОРНОСТТА, ПОСОЧЕНИ В ЛИЦЕНЗА, APPLE НЕ ПОЕМА НИКАКВА ОТГОВОРНОСТ ЗА ПОКУПКИ, ПЛАЩАНИЯ, ПРЕВОДИ НА СРЕДСТВА, ПОРЪЧКИ, ИЗПЪЛНЕНИЕ НА ПОРЪЧКИ, ИНФОРМАЦИЯ ЗА КАСОВИ БЕЛЕЖКИ, ДОСТЪП, ПРОВЕРКА НА САМОЛИЧНОСТТА, ТРАНСАКЦИИ ИЛИ ДРУГА ДЕЙНОСТ, ИЗВЪРШЕНА С ПОМОЩТА НА APPLE PAY ИЛИ WALLET, И ВИЕ СЕ СЪГЛАСЯВАТЕ ДА СЕ СЪОБРАЗЯВАТЕ ЕДИНСТВЕНО СЪС СПОРАЗУМЕНИЯТА, КОИТО МОЖЕ ДА ИМАТЕ С ИЗДАТЕЛЯ НА ВАШАТА КАРТА, ПЛАТЕЖНАТА МРЕЖА, ФИНАНСОВИТЕ ИНСТИТУЦИИ, ТЪРГОВЕЦА, РАЗРАБОТЧИКА НА ПРИЛОЖЕНИЯ, ДЪРЖАВНИЯ ИЗДАВАЩ ОРГАН ИЛИ ДРУГА ПРИЛОЖИМА ТРЕТА СТРАНА ЗА РАЗРЕШАВАНЕ НА ВСИЧКИ ВЪПРОСИ ИЛИ СПОРОВЕ, СВЪРЗАНИ С ПОДДЪРЖАНИТЕ ОТ ВАС КАРТИ, ПЛАЩАНИЯ ОТ ЧОВЕК НА ЧОВЕК И СВЪРЗАНИ ДЕЙНОСТИ.

— — — — — — — — — — —

**БЕЛЕЖКИ ОТ APPLE**

Съгласявате да получавате бележките по имейл, ако Apple трябва да се свърже с вас относно вашия продукт или акаунт. Съгласявате се, че всички подобни бележки, които ви изпращаме по електронен път, ще отговарят на законовите изисквания за комуникация.

**KAZAKH**

**МАҢЫЗДЫ: iPHONE, iPAD НЕМЕСЕ iPOD TOUCH ҚҰРЫЛҒЫСЫН («DEVICE») ПАЙДАЛАНУ АРҚЫЛЫ СІЗ ТӨМЕНДЕГІ ШАРТТАРҒА СӘЙКЕС ӨЗІҢІЗГЕ МІНДЕТТЕМЕ АЛУҒА КЕЛІСЕСІЗ:**

**A.    APPLE iOS ЖӘНЕ iPadOS БАҒДАРЛАМАЛЫҚ ҚҰРАЛДАРЫ БОЙЫНША ЛИЦЕНЗИЯЛЫҚ КЕЛІСІМ**
**B.    APPLE PAY ҚЫЗМЕТІНІҢ ҚОСЫМША ШАРТТАРЫ**
**C.    APPLE КОРПОРАЦИЯСЫНАН ХАБАРЛАМАЛАР**

**APPLE INC**
**iOS ЖӘНЕ iPadOS БАҒДАРЛАМАЛЫҚ ҚҰРАЛДАРЫ БОЙЫНША ЛИЦЕНЗИЯЛЫҚ КЕЛІСІМ**
**Бір құрылғыда пайдаланылатын лицензия**

**ҚҰРЫЛҒЫНЫ ПАЙДАЛАНАРДА НЕМЕСЕ ОСЫ ЛИЦЕНЗИЯМЕН БІРГЕ КЕЛГЕН БАҒДАРЛАМАЛЫҚ ҚҰРАЛ ЖАҢАРТУЫН ЖҮКТЕП АЛАРДА ОСЫ БАҒДАРЛАМАЛЫҚ ҚҰРАЛ БОЙЫНША ЛИЦЕНЗИЯЛЫҚ КЕЛІСІМДІ («ЛИЦЕНЗИЯ») МҰҚИЯТ ОҚЫП ШЫҒЫҢЫЗ. НАҚТЫ ЖАҒДАЙҒА ҚАРАЙ ҚҰРЫЛҒЫНЫ ПАЙДАЛАНУ НЕМЕСЕ БАҒДАРЛАМАЛЫҚ ҚҰРАЛ ЖАҢАРТУЫН ЖҮКТЕП АЛУ АРҚЫЛЫ СІЗ ОСЫ ЛИЦЕНЗИЯНЫҢ ШАРТТАРЫНА СӘЙКЕС ӨЗІҢІЗГЕ МІНДЕТТЕМЕ АЛУҒА КЕЛІСЕСІЗ. ЕГЕР ОСЫ ЛИЦЕНЗИЯНЫҢ ШАРТТАРЫНА КЕЛІСПЕСЕҢІЗ, ҚҰРЫЛҒЫНЫ ПАЙДАЛАНБАҢЫЗ НЕМЕСЕ БАҒДАРЛАМАЛЫҚ ҚҰРАЛ ЖАҢАРТУЫН ЖҮКТЕП АЛМАҢЫЗ**

**ЕГЕР ЖАҚЫНДА ҚҰРЫЛҒЫ САТЫП АЛҒАН БОЛСАҢЫЗ ЖӘНЕ ЛИЦЕНЗИЯНЫҢ ШАРТТАРЫНА КЕЛІСПЕСЕҢІЗ, ҚАЙТАРУ КЕЗЕҢІ ІШІНДЕ ҚҰРЫЛҒЫНЫ APPLE STORE ДҮКЕНІНЕ НЕМЕСЕ ОНЫ СІЗГЕ САТҚАН ӨКІЛЕТТІ ДИСТРИБЬЮТОРҒА https:// www.apple.com/legal/sales-support/ ВЕБ-САЙТЫНДАҒЫ APPLE КОРПОРАЦИЯСЫНЫҢ ТАУАРДЫ ҚАЙТАРУ САЯСАТЫНА СӘЙКЕС ҚАЙТАРЫП БЕРІП, ТӨЛЕНГЕН СОМАНЫ ҚАЙТАРЫП АЛУЫҢЫЗҒА БОЛАДЫ.**

**1. Жалпы**
(a) бағдарламалық жасақтама (жүктелетін ROM кодын, кірістірілген бағдарламалық жасақтаманы және үшінші тарап бағдарламалық жасақтамасын қоса), құжаттама, интерфейстер, мазмұн, қаріптер және құрылғыңызбен бірге келетін кез-келген деректер ("Apple түпнұсқа бағдарламалық жасақтамасы") мүмкіндіктерді жақсарту арқылы жаңартылуы немесе ауыстырылуы мүмкін, бағдарламалық жасақтама жаңартулары, қауіпсіздік жауаптары, жүйелік файлдар, немесе Apple сіздің құрылғыңызға немесе қолдау көрсетілетін периориялық құрылғыңызға ("Apple бағдарламалық жасақтамасын өзгерту"), тек оқуға арналған жадта болсын, жүйені қалпына келтіру бағдарламалық жасақтамасы, кез-келген басқа ортада немесе кез-келген басқа нысанда (түпнұсқа Apple бағдарламалық жасақтамасы және Apple бағдарламалық жасақтамасындағы өзгерістер "Apple бағдарламалық жасақтамасы" деп аталады) Apple Inc. ("Apple") сізге сатылмайды, тек осы лицензия шарттарында пайдалану үшін лицензияланады. Apple және оның лицензиарлары Apple бағдарламалық құралдарының өзіне меншік құқығын және Сізге тікелей берілмеген құқықтардың барлығын өзінде қалдырады. Сіз Құрылғыңыздың ішіне орнатылуы мүмкін кез келген Apple брендті қолданба осы Лицензияның шарттарымен реттелетініне келісесіз, бірақ мұндай қолданбамен бірге бөлек лицензия берілген жағдайда, Сіз сол қолданбаны пайдалану сол лицензияның шарттарымен реттелетініне келісесіз.

(b) Apple өз қалауы бойынша болашақта Apple бағдарламалық жасақтамасына өзгерістер енгізуі мүмкін. Apple бағдарламалық жасақтамасындағы өзгерістер, егер бар болса, Apple-дың жаңа немесе басқа құрылғы модельдері үшін шығаратын бағдарламалық жасақтамасының барлық мүмкіндіктерін немесе жаңа мүмкіндіктерін міндетті түрде қамтымауы мүмкін. Осы Лицензияның

шарттары Apple компаниясы ұсынатын Apple бағдарламалық жасақтамасындағы кез-келген өзгерістерді реттейді, егер мұндай Apple бағдарламалық жасақтамасындағы өзгерістер жеке лицензиямен бірге жүрмеген жағдайда, сіз осы лицензияның шарттары реттелетініне келісесіз.

(c) Егер қолданыстағы Құрылғыңызды негізге ала отырып жаңа Құрылғы параметрлерін орнату үшін жылдам орнату функциясын пайдалансаңыз, Сіз жаңа Құрылғыңызда Apple бағдарламалық құралдарын пайдалануыңыз осы Лицензияның шарттарымен реттелетініне келісесіз, бірақ онымен бірге бөлек лицензия берілген жағдайда, Сіз Apple бағдарламалық құралдарын пайдалануыңыз сол лицензияның шарттарымен реттелетініне келісесіз. Сіздің құрылғыңыз Apple-дің Apple бағдарламалық жасақтамасындағы өзгерістерді мезгіл-мезгіл тексеріп отырады. Егер өзгеріс болса, ол автоматты түрде құрылғыға және қажет болған жағдайда перифериялық құрылғыларға жүктеліп, орнатылуы мүмкін. **Apple бағдарламалық жасақтамасын қолдана отырып, сіз Apple компаниясы сіздің құрылғыңызға және перифериялық құрылғыларыңызға Apple бағдарламалық жасақтамасының Автоматты өзгерістерін жүктей және орната алатындығына келісесіз.** Параметрлер > Жалпы > бағдарламалық жасақтаманы жаңарту бөліміндегі автоматты жаңарту параметрлерін өзгерту арқылы кез-келген уақытта операциялық жүйенің жаңартуларын автоматты түрде орнатудың және қауіпсіздік жүйесінің жылдам әрекет етуін өшіруге болады. Кейбір жүйелік файлдар (соның ішінде, шексіз, жаңартылған кәріптерді, тілдік модельдерді, дауыстық ресурстарды және перифериялық құрылғыларға арналған бағдарламалық жасақтаманы қоса) автоматты түрде орнатуды жалғастыра алады, мысалы, белгілі бір функциялар мен перифериялық құрылғыларды қосқан немесе пайдаланған кезде немесе заңды, нормативтік, қоғамдық қауіпсіздік немесе техникалық себептер бойынша.

## 2. Лицензия бойынша рұқсат етілген пайдалану жолдары мен шектеулер

(a) Осы Лицензияның шарттары мен талаптарына сәйкес, Сізге Apple бағдарламалық құралдарын бір Apple бренді Құрылғыда пайдалануға шектеулі, айрықша емес лицензия беріледі. Төмендегі 2(b) бөлімінде рұқсат етілмеген жағдайларда және Apple корпорациясы мен Сіздің араңыздағы бөлек келісімде басқаша көзделмеген жағдайда, осы Лицензия бойынша Apple бағдарламалық құралдарын бірнеше Apple брендті Құрылғыға орнатуға рұқсат етілмейді және Apple Software бағдарламалық құралдарын бір уақытта бірнеше Құрылғы пайдалана алатын желіде жариялауға тыйым салынады. Бұл Лицензия Сізге Құрылғыларымен пайдалану үшін үшінші тараптардың құрылғылары мен керек-жарақтарын немесе үшінші тараптардың бағдарламалық құрал қолданбаларын жобалау, әзірлеу, өндіру, лицензиялау немесе тарату кезінде Apple меншікті интерфейстері мен басқа зияткерлік меншігін пайдалануға құқық бермейді. Ол құқықтардың кейбірі Apple корпорациясының бөлек лицензиялары бойынша беріледі. Құрылғылар үшін үшінші тараптардың құрылғылары мен керек-жарақтарын әзірлеу туралы қосымша ақпаратты https://developer.apple.com/programs/mfi/ веб-сайтынан қараңыз. Құрылғылар үшін бағдарламалық құрал қолданбаларын әзірлеу туралы қосымша ақпаратты https://developer.apple.com веб-сайтынан қараңыз.

(b) осы Лицензияның шарттары мен ережелеріне сәйкес Сізге Apple бағдарламалық жасақтамасының өзгерістерін жүктеуге шектеулі ерекше емес лицензия беріледі, оны Apple компаниясы сіздің иелігіңіздегі немесе басқаратын кез-келген құрылғыда бағдарламалық жасақтаманы немесе қалпына келтіру үшін құрылғы моделіне бере алады. Бұл Лицензия сізге басқарылмайтын немесе иелік етпейтін кез-келген құрылғыны жаңартуға немесе қалпына келтіруге мүмкіндік бермейді және Apple бағдарламалық жасақтамасын бір уақытта бірнеше құрылғылар немесе бірнеше компьютерлер қолдана алатын желіде таратуға немесе өзгертуге құқығыңыз жоқ. Егер сіз өзіңіздің компьютеріңізге Apple бағдарламалық жасақтамасын жаңартуды жүктеп алсаңыз, сақтық көшірме түпнұсқадағы барлық авторлық құқық немесе басқа меншік туралы хабарландыруларды қамтуы керек болған жағдайда, тек сақтық көшірме жасау мақсатында компьютерде сақталған Apple бағдарламалық жасақтамасындағы өзгерістердің бір

көшірмесін жасай аласыз.

(c) Apple корпорациясы сатып алған кезде App Store қызметінен Apple брендті қолданбаларды Құрылғыңызға алдын ала орнатқан жағдайда («Алдын ала орнатылған қолданбалар»), оларды Құрылғыңызда пайдалану үшін App Store қызметіне кіріп, бұл Алдын ала орнатылған қолданбаларды App Store аккаунтыңызбен байланыстыруыңыз қажет болады. Алдын ала орнатылған қолданбаны App Store аккаунтыңызбен байланыстырған кезде, Сіз сол уақытта Құрылғыңыздағы басқа Алдын ала орнатылған қолданбалардың барлығын автоматты түрде байланыстырасыз. Алдын ала орнатылған қолданбаларды App Store аккаунтыңызбен байланыстыруға шешім қабылдау арқылы Сіз Apple корпорациясы App Store аккаунтыңыз пайдаланатын Apple ID идентификаторыңызды да, Құрылғыңыздан жиналған бірегей жабдық идентификаторын да сұрауыңыздың жарамдылығын тексеру және Алын ала орнатылған қолданбаларға App Store арқылы қол жеткізу мүмкіндігін қамтамасыз ету мақсатында бірегей аккаунт идентификаторлары ретінде тасымалдауға, жинауға, сақтауға, өңдеуге және пайдалануға құқылы. Егер Алдын ала орнатылған қолданбаны пайдаланғыңыз келмесе, оны Құрылғыңыздан кез келген уақытта жоюыңызға болады.

(d) Apple бағдарламалық құралдарын немесе Apple бағдарламалық құралдары ұсынатын кез келген қызметтерді немесе олардың кез келген бөлігін көшіруге (осы Лицензия бойынша тікелей рұқсат етілмеген жағдайларда), декомпиляция жасауға, инженерлік талдау жасауға, бөлшектеуге, бастапқы кодынан туындылар жасауға әрекеттенуге, шифрын ашуға, өзгертуге немесе туындыларын жасауға Сіздің құқығыңыз жоқ және Сіз оларды істеуге немесе басқалардың істеуіне рұқсат етпеуге тасымалдауға келісесіз (жоғарыдағы кез келген шектеуге қолданыстағы заң бойынша немесе Apple бағдарламалық құралдарының ішіне кіруі мүмкін бастапқы коды ашық құрамдастардың пайдаланылуын реттейтін лицензиялау шарттары бойынша тыйым салынбаған жағдайларда ғана). Сіз Apple бағдарламалық құралдарына жапсырылуы немесе олардың құрамында болуы мүмкін қандай да бір меншік құқығы туралы хабарламаларды (соның ішінде сауда белгілері және авторлық құқық туралы хабарламаларды) алып тастамауға, көмескілемеуге немесе өзгертпеуге келісесіз.

(e) Пайдалану барысында тек авторлық құқықпен қорғалмаған материалдар, Сіздің авторлық құқығыңыз бар материалдар немесе Сіздің қайта жасауға өкілеттігіңіз немесе заңды құқығыңыз бар материалдар қайта жасалған жағдайда, Apple бағдарламалық құралдарын қайта жасау үшін пайдалануға болады. Жоғарыда айтылғандарға қарамастан, News немесе Maps арқылы қол жеткізілетін қандай да бір кескіндерді дербес файл ретінде қайта жариялауға, тасымалдауға немесе қайта жасауға тыйым салынады. Құрылғыңызда көрсетілген, сақталған немесе қол жеткізілген кез келген контентке иелік және зияткерлік меншік құқықтары тиісті контент иесіне тиесілі. Мұндай контент авторлық құқықпен немесе басқа зияткерлік меншік туралы заңдармен және келісімдермен қорғалуы мүмкін және мұндай контентті пайдалану үшінгі тараптық пайдалану шарттарымен реттелуі мүмкін. Осы құжатта басқаша көзделмеген жағдайларда, осы Лицензия Сізге мұндай контентті пайдалануға ешқандай құқық та, мұндай контентті әрі қарай пайдалана алатыныңызға кепілдік те бермейді.

(f) осы Лицензияның шарттары мен ережелеріне сәйкес Сіз: (i) Apple бағдарламалық жасақтамасына енгізілген немесе оның көмегімен жасалған Memoji таңбаларын қолданыңыз ("жүйелік таңбалар") (1) Apple бағдарламалық жасақтамасын іске қосқан кезде және (2) жеке, коммерциялық емес пайдалану үшін өзіндік түпнұсқа мазмұнды және жобаларды жасау үшін; және (ii) Apple бағдарламалық жасақтамасы арқылы құрылғыда автоматты түрде пайда болатын жанды субтитрлерді ("жанды субтитрлер"), олар FaceTime немесе басқаша сөйлесу кезінде пайда болғанына қарамастан, тек жеке коммерциялық емес пайдалану үшін қолданыңыз. Жүйелік таңбаларды немесе жанды субтитрлерді нақты уақыт режимінде пайдаланудың ешқандай басқа нысаны кез-келген жүйелік таңбаларды немесе субтитрлерді пайда көру, пайда көру емес,

қоғамдық немесе коммерциялық мақсаттарда пайдалануды, көбейтуді, көрсетуді, орындауды, жазуды, жариялауды немесе таратуды қоса алғанда, бірақ онымен шектелмей, осы лицензияға жол берілмейді.

(g) Қолданбалардағы және/немесе веб-сайттағы кейбір әрекеттерге төте жолдарды орындау үшін Apple бағдарламалық құралдарының Құрылғыңыздағы кей үшінші тарап қолданбаларына қол жеткізуі қажет болуы мүмкін. Сіз Apple бағдарламалық құралдарымен Төте жолдарды орындау қажет болған жағдайда мұндай мақсатта пайдалануға ашық келісім бересіз.

(h) Сіз Apple бағдарламалық құралдары мен Қызметтерді (төмендегі 5-бөлімде анықталған) барлық қолданыстағы заңдарға, соның ішінде Сіз тұратын немесе Сіз Apple бағдарламалық құралдары мен Қызметтерді жүктеп алған немесе пайдаланатын елдегі немесе аймақтағы жергілікті заңдарға сәйкес пайдалануға келісесіз. Apple бағдарламалық құралдары мен Қызметтерінің кей функциялары кей тілдерде немесе аймақтарда болмауы мүмкін, кей функциялар аймаққа қарай әртүрлі болуы мүмкін және кейбіреулерін қызмет провайдеріңіз шектеуі немесе қамтамасыз етпеуі мүмкін. Apple бағдарламалық құралдары мен Қызметтердің кей функциялары үшін Wi-Fi немесе ұялы деректер байланысы қажет.

(i) App Store қызметін пайдалану үшін Apple ID деп аталатын бірегей пайдаланушы аты мен құпиясөз тіркесімі қажет. Apple ID қолданба жаңартулары және Apple бағдарламалық құралдары мен Қызметтерінің кей функцияларына қол жеткізу үшін де қажет.

(j) Сіз Apple бағдарламалық құралдардың функцияларының, ішке орнатылған қолданбаларының және Қызметтерінің көбі деректерді тасымалдап, деректер жоспарыңыздан ақы алынуына себеп болуы мүмкін және мұндай ақылардың алынғаны үшін өзіңіз жауапты екеніңізге келісесіз. Cellular Data Settings мәзірінде қай қолданбаларда ұялы деректерді пайдалануға рұқсаты бар екенін көруіңізге және басқаруыңызға, сонымен қатар мұндай қолданбалар қанша деректерді пайдаланғанының болжамды есебін көруіңізге болады. Оған қоса, Wi-Fi байланысы нашар болған кезде, Wi-Fi Assist автоматты түрде ұялы деректер байланысына ауысып, нәтижесінде ұялы деректер көбірек пайдаланылып, деректер жоспарыңыздан ақы алынуы мүмкін. Wi-Fi Assist әдепкі жағдайда қосулы болады, бірақ оны Settings (Параметрлер) мәзірінде ажыратуға болады. Қосымша ақпаратты Құрылғының Пайдаланушы нұсқаулығынан қараңыз.

(k) Егер автоматты қолданба жаңартуларына рұқсат беруді ұйғарсаңыз, Құрылғыңыз Apple корпорациясында Құрылғыңыздағы қолданбалар үшін жаңартулар бар-жоғын мезгіл-мезгіл тексеріп тұрады және бар болған жағдайда жаңарту автоматты түрде жүктеп алынып, Құрылғыңызға орнатылады. Автоматты жаңартуларды «Settings» (Параметрлер) мәзіріне өтіп, «iTunes & App Store» тармағын таңдау және «Automatic Downloads» (Автоматты жүктелімдер) тізіміндегі «Updates» (Жаңартулар) тармағын өшіру арқылы кез келген уақытта мүлдем өшіріп тастауға болады.

(l) Кей жағдайларда Құрылғыларды пайдалану Сізге кедергі келтіруі және қауіпті ахуал тудыруы мүмкін (мысалы, көлік жүргізіп келе жатқан кезде мәтіндік хабарлама жазбаңыз немесе велосипед тебу кезінде құлақаспап қолданбаңыз). Құрылғыны пайдалану арқылы Сіз ұялы телефондарды немесе құлақаспаптарды пайдалануға тыйым салатын немесе шектеу қоятын ережелерді (мысалы, көлік жүргізу кезінде қоңыраулар шалу үшін қолмен ұстамай пайдалану опцияларын қолдану талаптарын) сақтауға жауапты екеніңізге келісесіз.

(m) Apple бағдарламалық жасақтамасының кейбір мүмкіндіктері қауіпсіздікке қатысты жағдайларда көмек көрсетуге тырысуы мүмкін, мысалы, кез-келген қауіпсіздікті анықтау мүмкіндігі және сізді жедел қызметтерге қосу (бар болса). Apple мұндай мүмкіндіктердің қол жетімділігіне, дәлдігіне, толықтығына, сенімділігіне немесе уақтылығына кепілдік бермейді. Бұл

мүмкіндіктер тек қол жетімді және тезірек немесе тиімді көмек алуға болатын жағдайларда ғана оларға сенім артуға арналмаған. Сіз бұл мүмкіндіктерді өз тәуекеліңізбен пайдалануға және тәуелсіз шешім қабылдауға келісесіз және Apple, оның филиалдары, агенттері немесе сенім білдірушілері сіздің осы мүмкіндіктерді пайдаланғаныңыз үшін және одан туындайтын кез-келген салдар үшін заңмен рұқсат етілген ең жоғары деңгейде жауап бермейді.

(n) Сіздің құрылғыңыз медициналық құрылғы емес және кәсіби медициналық пайымдауды алмастырушы ретінде пайдаланылмауы керек. Ол аурудың немесе басқа жай-күйлердің диагнозын қоюға, не болмаса ешқандай жай-күйден немесе аурудан айықтыруға, оларды бәсеңдетуге, емдеуге немесе олардың алдын алуға жобаланбаған немесе арналмаған. Денсаулығыңызға байланысты қандай да бір шешім шығармастан бұрын медициналық қызмет көрсетушіңізбен кеңесіңіз.

**3. Үшінші тұлғаларға беру.** Apple бағдарламалық құралдарын жалға беруге, лизингке беруге, уақытша беруге, сатуға, қайта таратуға немесе сублицензиялауға болмайды. Алайда төмендегідей шарттармен Apple бағдарламалық құралдарына лицензия құқықтарының барлығын Құрылғыңызға иелік құқығын беруге байланысты басқа бір тарапқа бір рет бірхолата беруге құқығыңыз бар: (a) беру кезінде Құрылғыңыз бен Apple бағдарламалық құралдарының барлығы, соның ішінде оның құрамдас бөліктерінің барлығы мен осы Лицензия берілуі керек; (b) Сіз Apple бағдарламалық құралдарының кез-келген ішінара толық немесе ішінара көшірмесін, соның ішінде компьютерде немесе басқа сақтау құрылғысында сақталған көшірмелерін алып қалмайсыз; және (c) Apple бағдарламалық құралдарын алатын тарап осы Лицензияның шарттары мен талаптарын оқиды және қабылдайды.

**4. Деректердің пайдаланылуына келісім беру.** Сіз Құрылғыңызды пайдаланған кезде, телефон нөміріңіз бен кей бірегей идентификаторлар Apple бағдарламалық құралдарының iMessage және FaceTime сияқты әртүрлі байланыс бағдарламаларын пайдаланған жағдайда басқалардың Сізге телефон нөміріңіз арқылы хабарласуына мүмкіндік беру үшін Apple корпорациясына жіберіледі. iMessage бағдарламасын пайдаланған кезде, олардың жеткізілуін қамтамасыз ету үшін Apple корпорациясы хабарламаларыңызды шектеулі уақыт бойы шифрланған күйде сақтауы мүмкін. FaceTime немесе iMessage бағдарламасын Құрылғыңыздың FaceTime немесе Messages параметрлеріне өтіп, өшіруіңізге болады. Analytics, Location Services, Siri және Dictation сияқты белгілі бір мүмкіндіктер олардың тиісті функцияларын қамтамасыз ету үшін оларға Құрылғыңыздан ақпарат алу қажет болуы мүмкін. Сіз бұл функцияларды қосқанда немесе пайдаланғанда, Apple корпорациясына қандай ақпарат жіберілетіні және ақпарат қалай пайдаланылатыны туралы мәліметтер беріледі. Қосымша мәліметті https://www.apple.com/privacy/ веб-сайтынан білуге болады. Ақпаратыңыз әрқашан Apple корпорациясының Құпиялық саясатына сәйкес өңделеді; ол құжатты мына жерден көруге болады: https://www.apple.com/legal/privacy/.

**5. Қызметтер мен үшінші тараптардың материалдары.**
(a) Apple бағдарламалық құралдары Apple корпорациясының iTunes Store, App Store, Apple Books, Game Center, iCloud, Maps, News, Fitness+ және Apple корпорациясы мен үшінші тараптардың қызметтері мен веб-сайттарына (барлығы бірге және жеке-жеке «Қызметтер» деп аталады) қол жеткізуге рұқсат етуі мүмкін. Бұл Қызметтерді пайдалану үшін Интернетке кіру мүмкіндігі, ал кей Қызметтерді пайдалану үшін Apple ID қажет болуы, қосымша шарттарды қабылдауыңызды талап етуі және олар үшін қосымша ақы алынуы мүмкін. Apple ID идентификаторына немесе Apple корпорациясының басқа Қызметтеріне байланысты осы бағдарламалық құралдарды пайдалану арқылы сіз қолданатдағы қызмет көрсету шарттарына, мысалы, Сіз осындай Қызметтерге кіретін елге немесе аймаққа арналған ең жаңа Apple мультимедиа қызметтерінің шарттары мен талаптарына келісесіз; аталған құжатқа https://www.apple.com/legal/internet-services/itunes/ веб-сайтында қол жеткізуге және қарап шығуға болады.

(b) Егер iCloud қызметіне жазылсаңыз, iCloud қызметінің «iCloud Drive», «My Photo Stream», «Shared Albums» және «Find My» сияқты функцияларына Apple бағдарламалық құралдарынан тікелей қол жеткізуге болады. Сіз iCloud қызметі мен осы функцияларды пайдаланған кезде iCloud қызметінің мына жерден жеткізуге және қарап шығуға болатын ең жаңа шарттары мен талаптары басшылыққа алынатынын мойындайсыз және оған келісесіз: https://www.apple.com/legal/internet-services/icloud/.

(c) News қолданбасының контенті. Сіздің News қолданбасы арқылы қол жеткізілген контентті пайдалануыңыз тек жеке, бейкоммерциялық мақсатта пайдаланумен шектеледі, Сізге ешқандай контентке иелік үлесін бермейді және нақты айтқанда, мұндай контентті коммерциялық немесе жарнамалық мақсаттарда пайдалану құқықтарының барлығын жоққа шығарады.

(d) Карталар. Apple бағдарламалық құралдарының карталар қызметі мен функциялары («Карталар»), соның ішінде карта деректерімен қамту қызметі аймаққа қарай әртүрлі болуы мүмкін. Maps опциясын қосқанда немесе пайдаланғанда, Apple корпорациясына қандай ақпарат жіберілетіні және ақпарат қалай пайдаланылатыны туралы мәліметтер беріледі. Сіз Карталар қызметі мен осы функцияларды пайдаланған кезде Карталар қызметінің мына жерден жеткізуге және қарап шығуға болатын ең жаңа шарттары мен талаптары басшылыққа алынатынын мойындайсыз және оған келісесіз.

(e) Сіз Қызметтердің кез келген біреуін пайдалану арқылы дөрекі, бейәдеп немесе ұнамсыз деп саналатын контент сізге кездесуі мүмкін екеніне, мұндай контентте бейәдеп сөздер бар деп анықталуы немесе анықталмауы мүмкін екеніне және кез келген іздеудің нәтижесінде немесе белгілі бір URL мекенжайын енгізу нәтижесінде автоматты түрде немесе еріксіз ұнамсыз материалға сілтемелер жасалуы мүмкін екенін түсінесіз. Дегенмен, Қызметтерді өзіңіз тәуекел етіп пайдалануға және дөрекі, бейәдеп немесе ұнамсыз деп танылуы мүмкін контент үшін Apple, оның үлестес тұлғалары, агенттері, басшылары немесе лицензиарлары Сіздің алдыңызда жауапты болмайтынына келісесіз.

(f) Кейбір Қызметтерде үшінші тараптардың контенті, деректері, ақпараты, қолданбалары немесе материалдары («Үшінші тарап материалдары») көрсетілуі, қамтылуы немесе қолжетімді болуы немесе кейбір үшінші тараптардың веб-сайттарына сілтемелер берілуі мүмкін. Қызметтерді пайдалану арқылы Сіз Apple мұндай Үшінші тарап материалдарының немесе веб-сайттарының контентін, дәлдігін, толықтығын, уақытылылығын, жарамдылығын, авторлық құқықтарды сақтауын, заңдылығын, әдепке сай екендігін, сапасын немесе кез келген басқа аспектісін тексеруге немесе бағалауға жауапты емес екенін мойындайсыз және оған келісесіз. Apple, оның лауазымды тұлғалары, үлестес тұлғалары мен еншілес тұлғалары қандай да бір үшінші тарап Қызметтері, Үшінші тарап материалдары немесе веб-сайттары немесе үшінші тараптардың кез келген басқа материалдары, өнімдері немесе Қызметтері үшін ешқандай кепілдік бермейді және Сіздің немесе кез келген басқа тұлғаның алдында ешқандай жауапкершілік қабылдамайды. Үшінші тарап материалдары мен басқа веб-сайттарға сілтемелер тек Сізге қолайлы болу үшін ұсынылады.

(g) Қызметтерде көрсетілетін биржа ақпаратының, орналасқан жер деректерінің немесе кез келген басқа деректердің қолжетімділігіне, дәлдігіне, толықтығына, сенімділігіне немесе уақытылылығына Apple корпорациясы да, оның контент провайдерлері де кепілдік бермейді. Кез келген Қызметтерде көрсетілетін қаржылық ақпарат тек жалпы ақпарат беруге арналған және инвестиция жасау бойынша кеңес ретінде оған сенім артылмауға тиіс. Қызметтер арқылы алынған ақпаратқа сүйене отырып қандай да бағалы қағаздармен бір транзакциялар алдында еліңізде немесе аймағыңызда қаржы немесе бағалы қағаздар бойынша кеңес беруге заңды біліктілігі бар қаржы немесе бағалы қағаздар саласындағы кәсіби маманмен кеңесуіңіз қажет. Apple Maps қызметін қоса алғанда, кез-келген қызметтер ұсынатын орын туралы деректер тек

навигация мен жоспарлаудың негізгі мақсаттары үшін беріледі және нақты орын туралы ақпарат қажет болған жағдайда немесе қате, дәл емес, уақытты кешіктіретін немесе толық емес орын деректері өлімге, жарақатқа немесе материалдық немесе экологиялық зақымдауға әкелуі мүмкін жағдайларда пайдалануға арналмаған. Сіз Карталар қызметінен алынған нәтижелер Карталар деректерінің дәлдігіне әсер етуі мүмкін ауа райы, жолдар мен көлік қозғалысының жай-күйі және геосаяси оқиғалар және т.б. сияқты факторларға байланысты жолдардың немесе жер бедерінің іс жүзіндегі жағдайларынан өзгеше болуы мүмкін екеніне келісесіз. Өз қауіпсіздігіңіз үшін, навигация функциясын пайдалану кезінде әрқашан ілініп тұрған жол белгілері мен ағымдағы жол жағдайларына назар аударыңыз. Қауіпсіз көлік жүргізу қағидалары мен жол қозғалысын реттеу ережелерін орындаңыз және велосипедпен және жаяу жүру бағыттарында арнаулы жолдар қамтылмауы мүмкін екенін ескеріңіз.

(h) Қызметтерді пайдалана отырып қандай да бір контент жүктеп салған жағдайда, Сіз мұндай контентті жүктеп салуға барлық құқықтарыңыз, өкілеттіктеріңіз немесе басқа заңды рұқсаттарыңыз бар екенін және мұндай контент Қызметтерге қолданылатын ешқандай қызмет көрсету шарттарын бұзбайтынын мәлімдейсіз. Сіз Қызметтерде Apple корпорациясының, сайт иесінің немесе олардың лицензиарларының иелігіндегі және қолданыстағы зияткерлік меншік туралы және басқа, соның ішінде авторлық құқық туралы заңдармен қорғалған меншікті контент, ақпарат және материал бар екеніне келісесіз. Сіз мұндай меншікті контентті, ақпаратты немесе материалдарды Қызметтерді пайдалануға рұқсат етілмеген жағдаттарда немесе осы Лицензияның шарттарына қайшы келетін, не болмаса бір үшінші тараптың немесе Apple корпорациясының қандай да зияткерлік меншік құқықтарын бұзатын жолдармен пайдаланбауға келісесіз. Қызметтердің ешқандай бөлігін ешқандай түрде немесе ешқандай жолдармен қайта жасауға болмайды. Сіз Қызметтерді ешқандай жолмен жалға бермеуге, лизингке бермеуге, уақытша пайдалануға бермеуге, сатпауға, таратпауға немесе олардың негізінде туындылар жасамауға және Қызметтерді ешқандай рұқсат етілмеген жолмен пайдаланбауға, соның ішінде Қызметтерді пайдалана отырып қандай да бір компьютер вирустарын, құрттарды, троялық аттарды немесе басқа зиянды бағдарламаларды жібермеуге немесе желіні айналып өтпеуге немесе оның мүмкіндіктеріне жүктеме түсірмеуге келісесіз. Сонымен қатар Сіз Қызметтерді ешқандай жолмен қандай да бір басқа тарапты мазалау, қорлау, қудалау, қоқан-лоққы көрсету, масқаралау немесе басқа жолдармен құқықтарын бұзу немесе оларға нұқсан келтіру үшін пайдаланбауға келісесіз және Apple корпорациясы сіздің мұндай жолдармен пайдаланғаныңыз үшін де, Қызметтерді пайдалану нәтижесінде Сіз алуыңыз мүмкін мазалайтын, қоқан-лоққы көрсететін, масқаралайтын, ар-намысқа тиетін, құқықтарды бұзатын немесе заңсыз хабарламалар немесе деректер тасымалдары үшін жауапты болмайтынына келісесіз.

(i) Оған қоса, мұндай Қызметтер мен Үшінші тарап материалдары барлық тілдерде, не болмаса барлық елдерде немесе аймақтарда бола бермеуі мүмкін. Apple мұндай Қызметтер немесе Үшінші тарап материалдары кез келген нақты бір жерде жарамды немесе пайдалануға дайын болатыны туралы ешқандай мәлімдеме жасамайды. Мұндай Қызметтерді немесе Үшінші тарап материалдарын пайдалануды немесе оларға қол жеткізуді ұйғарған жағдайларда, Сіз мұны өз бастамаңыз бойынша істейсіз және барлық қолданыстағы заңдардың, соның ішінде қолданыстағы жергілікті заңдардың және деректер жинау туралы заңдардың талаптарын сақтауға өзіңіз жауапты боласыз. Құрылғыңызбен фотосуреттерді бөлісу немесе синхрондау нәтижесінде фотосуреттермен бірге тасымалданатын метадеректер, соның ішінде фотосурет түсірілген жер мен уақыт және тереңдік туралы ақпарат жасалуы мүмкін. Apple қызметтерін (мысалы, iCloud Photo Library) пайдаланып осындай фотосуреттерді бөліскен немесе синхрондаған кезде, Apple осындай метадеректерді алады және сақтайды. Apple және оның лицензиарлары кез келген уақытта ескертпестен кез келген Қызметтерді өзгерту, уақытша тоқтату, алып тастау немесе оларға қол жеткізу мүмкіндігін ажырату құқықтарын өзінде қалдырады. Ешқандай жағдайда Apple кез келген мұндай Қызметтерді алып тастау немесе қол жеткізу мүмкіндігін ажырату үшін жауапты болмайды. Сондай-ақ Apple кез келген жағдайда және

ескертпестен немесе жауапкершілік көтерместен кейбір Қызметтерді пайдалануға немесе оған қол жеткізуге шектеулер енгізе алады.

**6. Тоқтату.** Осы Лицензия тоқтатылғанша жарамды. Сіз осы Лицензияның шарт(тар)ын орындамаған жағдайда, осы Лицензия бойынша сіздің құқықтарыңыз Apple тарапынан Сізге ескертілместен автоматты түрде тоқтатылады немесе күшін жояды. Осы Лицензия тоқтатылғаннан кейін, Сіз барлық Apple бағдарламалық құралдарын пайдалануды тоқтатасыз. Осы Лицензияның 4, 5, 6, 7, 8, 9, 10, 12 және 13-бөлімдері мұндай тоқтатудан кейін әрі қарай қолданыла береді.

**7. Кепілдіктерден бас тарту**

7.1    Егер Сіз тұтынушы (Apple бағдарламалық құралдарын саудадан, бизнестен немесе кәсіптен тыс мақсаттарда пайдаланатын адам) клиент болсаңыз, тұратын еліңізде Сіздің төмендегі шектеулердің Сізге қойылуына тыйым салатын заңды мүліктеріңіз болуы мүмкін және тыйымдар салынған жағдайларда олар сізге қолданылмайды. Құқықтар туралы қосымша мәлімет алу үшін жергілікті тұтынушыларға кеңес беру ұйымына хабарласуыңыз қажет.

7.2    СІЗ ҚОЛДАНЫСТАҒЫ ЗАҢ БОЙЫНША РҰҚСАТ ЕТІЛГЕН ЖАҒДАЙЛАРДА APPLE БАҒДАРЛАМАЛЫҚ ҚҰРАЛДАРЫН ЖӘНЕ APPLE БАҒДАРЛАМАЛЫҚ ҚҰРАЛДАРЫМЕН ОРЫНДАЛҒАН НЕМЕСЕ ОЛ АРҚЫЛЫ ҚОЛ ЖЕТКІЗІЛЕТІН ҚЫЗМЕТТЕРДІ ПАЙДАЛАНУҒА ӨЗІҢІЗ ТӘУЕКЕЛ ЕТЕСІЗ ЖӘНЕ ҚАНАҒАТТАНАРЛЫҚ САПАҒА, ЖҰМЫС ӨНІМДІЛІГІНЕ, ДӘЛДІККЕ ЖӘНЕ АТҚАРЫЛҒАН ЖҰМЫСҚА ҚАТЫСТЫ БҮКІЛ ТӘУЕКЕЛДІ ӨЗІҢІЗ КӨТЕРЕТІНІҢІЗДІ АШЫҚ МОЙЫНДАЙСЫЗ ЖӘНЕ ОҒАН КЕЛІСЕСІЗ.

7.3    ЗАҢ БОЙЫНША РҰҚСАТ ЕТІЛГЕН БАРЛЫҚ ЖАҒДАЙЛАРДА, APPLE БАҒДАРЛАМАЛЫҚ ҚҰРАЛДАРЫ МЕН ҚЫЗМЕТТЕРІ «СОЛ ҚАЛПЫНДА» ЖӘНЕ «БАР БОЛҒАН ЖАҒДАЙДА» ШАРТТАРЫМЕН, БАРЛЫҚ КЕМШІЛІКТЕРІМЕН ЖӘНЕ ЕШҚАНДАЙ ТҮРДЕГІ КЕПІЛДІКТЕРСІЗ БЕРІЛЕДІ ЖӘНЕ APPLE КОРПОРАЦИЯСЫ МЕН APPLE КОРПОРАЦИЯСЫНЫҢ ЛИЦЕНЗИАРЛАРЫ (7 ЖӘНЕ 8-БӨЛІМНІҢ МАҚСАТТАРЫ ҮШІН БАРЛЫҒЫ БІРГЕ «APPLE» ДЕП АТАЛАДЫ) ОСЫ ҚҰЖАТ АРҚЫЛЫ APPLE БАҒДАРЛАМАЛЫҚ ҚҰРАЛДАРЫ МЕН ҚЫЗМЕТТЕРІНЕ ҚАТЫСТЫ БАРЛЫҚ ТІКЕЛЕЙ, ЖАНАМА НЕМЕСЕ ЗАҢДА КӨЗДЕЛГЕН КЕПІЛДІКТЕР МЕН ШАРТТАР, СОНЫҢ ІШІНДЕ ТАУАРЛЫҚ КҮЙГЕ, ҚАНАҒАТТАНАРЛЫҚ САПАҒА, БЕЛГІЛІ БІР МАҚСАТҚА ЖАРАМДЫЛЫҚҚА, ДӘЛДІККЕ, ТЫНЫШ ПАЙДАЛАНУҒА ЖӘНЕ ҮШІНШІ ТАРАПТАРДЫҢ ҚҰҚЫҚТАРЫН БҰЗБАУҒА ҚАТЫСТЫ ЖАНАМА КЕПІЛДІКТЕР ЖӘНЕ/НЕМЕСЕ ШАРТТАР БЕРУДЕН БАС ТАРТАДЫ.

7.4    APPLE КОРПОРАЦИЯСЫ СІЗДІҢ APPLE БАҒДАРЛАМАЛЫҚ ҚҰРАЛДАРЫ МЕН ҚЫЗМЕТТЕРІН ПАЙДАЛАНУЫҢЫЗДА КЕДЕРГІЛЕР БОЛМАЙТЫНЫНА, APPLE БАҒДАРЛАМАЛЫҚ ҚҰРАЛДАРЫНЫҢ ҚҰРАМЫНДАҒЫ НЕМЕСЕ ОЛ ОРЫНДАРЫН НЕМЕСЕ ҚАМТАМАСЫЗ ЕТЕТІН ФУНКЦИЯЛАР НЕМЕСЕ ҚЫЗМЕТТЕР СІЗДІҢ ТАЛАПТАРЫҢЫЗҒА САЙ БОЛАТЫНЫНА, APPLE БАҒДАРЛАМАЛЫҚ ҚҰРАЛДАРЫ МЕН ҚЫЗМЕТТЕРІ ҮЗІЛІССІЗ ЖӘНЕ ҚАТЕСІЗ ЖҰМЫС ІСТЕЙТІНІНЕ, ҚАНДАЙ ДА БІР ҚЫЗМЕТТЕР КӨРСЕТІЛЕ БЕРЕТІНІНЕ, APPLE БАҒДАРЛАМАЛЫҚ ҚҰРАЛДАРЫНДАҒЫ НЕМЕСЕ ҚЫЗМЕТТЕРІНДЕГІ КЕМШІЛІКТЕР ТҮЗЕТІЛЕТІНІНЕ, НЕ БОЛМАСА APPLE БАҒДАРЛАМАЛЫҚ ҚҰРАЛДАРЫ КЕЗ КЕЛГЕН ҮШІНШІ ТАРАП БАҒДАРЛАМАЛЫҚ ҚҰРАЛДАРЫМЕН, ҚОЛДАНБАЛАРЫМЕН НЕМЕСЕ ҮШІНШІ ТАРАП ҚЫЗМЕТТЕРІМЕН ҮЙЛЕСІМДІ БОЛАТЫНЫНА НЕМЕСЕ ЖҰМЫС ІСТЕЙТІНІНЕ КЕПІЛДІК БЕРМЕЙДІ. БҰЛ APPLE БАҒДАРЛАМАЛЫҚ ҚҰРАЛДАРЫН ОРНАТУ ҮШІНШІ ТАРАП БАҒДАРЛАМАЛЫҚ ҚҰРАЛДАРЫНЫҢ, ҚОЛДАНБАЛАРЫНЫҢ НЕМЕСЕ ҮШІНШІ ТАРАП ҚЫЗМЕТТЕРІНІҢ, СОНЫМЕН ҚАТАР APPLE ӨНІМДЕРІ МЕН ҚЫЗМЕТТЕРІНІҢ ҚОЛЖЕТІМДІЛІГІ МЕН ПАЙДАЛАНУҒА ЖАРАМДЫЛЫҒЫНА ӘСЕР ЕТУІ МҮМКІН.

7.5    СОНДАЙ-АҚ СІЗ APPLE БАҒДАРЛАМАЛЫҚ ҚҰРАЛДАРЫ МЕН ҚЫЗМЕТТЕРІ ОСЫ APPLE

БАҒДАРЛАМАЛЫҚ ҚҰРАЛДАРЫ МЕН ҚЫЗМЕТТЕРІНІҢ ІСТЕН ШЫҒУЫ НЕМЕСЕ КІДІРІСТЕРІ, НЕ БОЛМАСА ОЛАР ҰСЫНАТЫН КОНТЕНТТЕГІ, ДЕРЕКТЕРДЕГІ НЕМЕСЕ АҚПАРАТТАҒЫ ҚАТЕЛЕР НЕМЕСЕ ДӘЛСІЗДІКТЕР ӨЛІМГЕ, ДЕНЕ ЖАРАҚАТЫНА НЕМЕСЕ АУЫР ФИЗИКАЛЫҚ НЕМЕСЕ ЭКОЛОГИЯЛЫҚ ЗАЛАЛҒА, СОНЫҢ ІШІНДЕ ЯДРОЛЫҚ НЫСАНДАРДЫҢ, ӘУЕ КЕМЕЛЕРІНІҢ НАВИГАЦИЯ НЕМЕСЕ БАЙЛАНЫС ЖҮЙЕЛЕРІНІҢ, АВИАДИСПЕТЧЕРЛІК, ТІРШІЛІКТІ ҚАМТАМАСЫЗ ЕТУ НЕМЕСЕ ҚАРУ-ЖАРАҚ ЖҮЙЕЛЕРІНІҢ ЖҰМЫСЫНА ТИЕТІН ЗАЛАЛҒА СЕБЕП БОЛАТЫН ЖАҒДАЙЛАРДА НЕМЕСЕ ОРТАЛАРДА ПАЙАЛАНУҒА АРНАЛМАҒАНЫН ЖӘНЕ ЖАРАМАЙТЫНЫН МОЙЫНДАЙСЫЗ.

7.6     APPLE НЕМЕСЕ APPLE КОРПОРАЦИЯСЫНЫҢ РЕСМИ ӨКІЛІ БЕРГЕН АУЫЗША НЕМЕСЕ ЖАЗБАША АҚПАРАТ НЕМЕСЕ КЕҢЕС КЕПІЛДІК БОЛЫП САНАЛМАЙДЫ. APPLE БАҒДАРЛАМАЛЫҚ ҚҰРАЛДАРЫНДА НЕМЕСЕ ҚЫЗМЕТТЕРІНДЕ АҚАУ БАР БОЛЫП ШЫҚҚАН ЖАҒДАЙДА, БАРЛЫҚ ҚАЖЕТТІ ҚЫЗМЕТ КӨРСЕТУ, ЖӨНДЕУ НЕМЕСЕ ТҮЗЕТУ ҮШІН БҮКІЛ ШЫҒЫНДЫ СІЗ ТӨЛЕЙСІЗ. КЕЙБІР ЮРИСДИКЦИЯЛАРДА КӨЗДЕЛГЕН КЕПІЛДІКТЕРДІ ЖОҚҚА ШЫҒАРУҒА НЕМЕСЕ ТҰТЫНУШЫНЫҢ ҚОЛДАНЫСТАҒЫ ЗАҢДЫ ҚҰҚЫҚТАРЫН ШЕКТЕУГЕ РҰҚСАТ ЕТІЛМЕЙДІ, СОНДЫҚТАН ЖОҒАРЫДА АТАЛҒАН ЖОҚҚА ШЫҒАРУ МЕН ШЕКТЕУЛЕР СІЗГЕ ҚАТЫСТЫ ҚОЛДАНЫЛМАУЫ МҮМКІН.

**8. Жауапкершілікті шектеу.** ҚОЛДАНЫСТАҒЫ ЗАҢ БОЙЫНША ТЫЙЫМ САЛЫНБАҒАН ЖАҒДАЙЛАРДА, APPLE БАҒДАРЛАМАЛЫҚ ҚҰРАЛДАРЫ МЕН ҚЫЗМЕТТЕРІН НЕМЕСЕ ҮШІНШІ ТАРАП БАҒДАРЛАМАЛЫҚ ҚҰРАЛДАРЫН, ҚОЛДАНБАЛАРЫН НЕМЕСЕ ҚЫЗМЕТТЕРІН APPLE БАҒДАРЛАМАЛЫҚ ҚҰРАЛДАРЫ МЕН ҚЫЗМЕТТЕРІМЕН БІРГЕ ПАЙДАЛАНУЫҢЫЗДАН НЕМЕСЕ ПАЙДАЛАНА АЛМАУЫҢЫЗДАН, НЕ БОЛМАСА СОҒАН БАЙЛАНЫСТЫ ТУЫНДАЙТЫН ДЕНЕ ЖАРАҚАТЫ НЕМЕСЕ КЕЗ КЕЛГЕН КЕЗДЕЙСОҚ, АРНАЙЫ, ЖАНАМА НЕМЕСЕ САЛДАРЛЫҚ ЗАЛАЛДАР, СОНЫҢ ІШІНДЕ ТАБЫСТАН АЙЫРЫЛУ ЗАЛАЛДАРЫ, ДЕРЕКТЕРДІҢ БҮЛІНУІ НЕМЕСЕ ЖОҒАЛУЫ, ЕШҚАНДАЙ ДЕРЕКТЕР (СОНЫҢ ІШІНДЕ КУРС БОЙЫНША НҰСҚАУЛАР, ТАПСЫРМАЛАР МЕН МАТЕРИАЛДАР) ЖІБЕРЕ АЛМАУ НЕМЕСЕ ҚАБЫЛДАП АЛМАУ, БИЗНЕСТІҢ ТОҚТАП ҚАЛУЫ НЕМЕСЕ КЕЗ КЕЛГЕН БАСҚА КОММЕРЦИЯЛЫҚ ЗАЛАЛДАР НЕМЕСЕ ШЫҒЫНДАР ҮШІН ҚАНДАЙ СЕБЕППЕН ТУЫНДАҒАНЫНА ЖӘНЕ ЖАУАПКЕРШІЛІКТІҢ ТУЫНДАУ НЕГІЗДЕРІ МЕН ТҮРЛЕРІНЕ (КЕЛІСІМШАРТТЫ БҰЗУ, ЗИЯН КЕЛТІРУ НЕМЕСЕ БАСҚА НЕГІЗДЕР БОЙЫНША) ҚАРАМАСТАН ЖӘНЕ ТІПТІ APPLE КОРПОРАЦИЯСЫНА МҰНДАЙ ЗАЛАЛДАР БОЛУЫ МҮМКІН ЕКЕНІ ЕСКЕРТІЛСЕ ДЕ, APPLE, ОНЫҢ ҮЛЕСТЕС ТҰЛҒАЛАРЫ, АГЕНТТЕРІ НЕМЕСЕ БАСШЫЛАРЫ МҮЛДЕМ ЖАУАПТЫ БОЛМАЙДЫ. КЕЙБІР ЮРИСДИКЦИЯЛАРДА ДЕНЕ ЖАРАҚАТТАРЫ, КЕЗДЕЙСОҚ НЕМЕСЕ ЖАНАМА ШЫҒЫНДАР ҮШІН ЖАУАПКЕРШІЛІКТІ ЖОҚҚА ШЫҒАРУҒА НЕМЕСЕ ШЕКТЕУГЕ РҰҚСАТ ЕТІЛМЕЙДІ, СОНДЫҚТАН БҰЛ ШЕКТЕУ СІЗГЕ ҚАТЫСТЫ ҚОЛДАНЫЛМАУЫ МҮМКІН. Ешбір жағдайда барлық залалдар (дене жарақатымен байланысты жағдайларда қолданыстағы заң бойынша талап етілмеген жағдайда) үшін Сіздің алдыңыздағы Apple корпорациясының бүкіл міндеттемесі 250 (екі жүз елу) АҚШ долларынан аспауы керек. Жоғарыда көрсетілген шектеулер жоғарыда айтылған құқық қорғау құралы өзі негізгі мақсатына жетпесе де қолданылады. ОСЫ ЛИЦЕНЗИЯНЫҢ КЕЗ КЕЛГЕН БАСҚА ШАРТТАРЫНА ҚАРАМАСТАН, ЖАПОНИЯНЫҢ ТҰТЫНУ ШАРТТАРЫ ТУРАЛЫ ЗАҢЫ ҚОЛДАНЫЛАТЫН ЖАҒДАЙДА APPLE КОМПАНИЯСЫНЫҢ КЕЛІСІМШАРТТЫ БҰЗУЫНАН НЕМЕСЕ APPLE ЖАСАҒАН ҚҰҚЫҚ БҰЗУШЫЛЫҚ САЛДАРЫНАН ТУЫНДАҒАН ЗАЛАЛ ҮШІН APPLE ЖАУАПКЕРШІЛІГІН ШЕКТЕЙТІН ШАРТТАР (МҰНДАЙ ЗАЛАЛ APPLE КОМПАНИЯСЫНЫҢ ҚАСАҚАНА ТЕРІС ҚЫЛЫҚТАРЫНАН НЕМЕСЕ ӨРЕСКЕЛ НЕМҚҰРАЙЛЫЛЫҚТАН ТУЫНДАСА), ҚОЛДАНЫЛМАЙДЫ.

**9. Цифрлық сертификаттар.** Apple бағдарламалық құралдарының құрамында Apple немесе үшінші тараптар шығарған цифрлық сертификаттарды қабылдауға мүмкіндік беретін функциялар бар. APPLE НЕМЕСЕ ҮШІНШІ ТАРАП ШЫҒАРҒАН СЕРТИФИКАТҚА СЕНІМ АРТУ-АРТПАУ ТУРАЛЫ ШЕШІМ ҚАБЫЛДАУҒА ТЕК ӨЗІҢІЗ ЖАУАПТЫСЫЗ. ЦИФРЛЫҚ СЕРТИФИКАТТАРДЫ ТЕК ӨЗІҢІЗ ТӘУЕКЕЛ ЕТІП ПАЙДАЛАНАСЫЗ. ҚОЛДАНЫСТАҒЫ ЗАҢ БОЙЫНША РҰҚСАТ ЕТІЛГЕН БАРЛЫҚ

ЖАҒДАЙЛАРДА APPLE ЦИФРЛЫҚ СЕРТИФИКАТТАРҒА ҚАТЫСТЫ ТАУАРЛЫҚ КҮЙ НЕМЕСЕ БЕЛГІЛІ БІР МАҚСАТҚА ЖАРАМДЫЛЫҚ, ДӘЛДІК, ҚАУІПСІЗДІК НЕМЕСЕ ҮШІНШІ ТАРАПТАРДЫҢ ҚҰҚЫҒЫН БҰЗБАУ ТУРАЛЫ ЕШҚАНДАЙ КЕПІЛДІКТЕР БЕРМЕЙДІ НЕМЕСЕ МӘЛІМДЕМЕЛЕР ЖАСАМАЙДЫ.

**10. Экспортты бақылау.** Америка Құрама Штаттарының заңдары немесе Apple бағдарламалық құралдары алынған юрисдикцияның (юрисдикциялардың) заңдары бойынша рұқсат етілмеген жағдайларда, Apple бағдарламалық құралдарын пайдалануға немесе экспорттауға, не болмаса қайта экспорттауға болмайды. Атап айтқанда, Apple бағдарламалық құралдарын (a) АҚШ эмбарго қойған елдерге немесе (b) АҚШ Қаржы министрлігінің Ерекше санаттағы азаматтар тізіміндегі немесе АҚШ Сауда министрлігінің Тыйым салынған адамдар немесе заңды тұлғалар тізіміндегі, не болмаса кез келген басқа тыйым салынған тараптар тізіміндегі кез келген тұлғаға экспорттауға немесе қайта экспорттауға болмайды. Apple бағдарламалық құралдарын пайдалану арқылы Сіз сондай елде немесе тізімде жоқ екендігіңізді мәлімдейсіз және соған кепілдік бересіз. Сондай-ақ Сіз Apple бағдарламалық құралдарын АҚШ заңы бойынша тыйым салынған мақсатта, соның ішінде ракеталар, ядролық, химиялық немесе биологиялық қару әзірлеу, жобалау, жасау немесе өндіру үшін пайдаланбауға келісесіз.

**11. Үкіметтегі түпкі пайдаланушылар.** Apple бағдарламалық құралдары мен оған қатысты құжаттары тиісті жағдайларда 48 C.F.R. §12.212 немесе 48 C.F.R. §227.7202 тармақтарындағы анықтамаға сәйкес «Коммерциялық компьютер бағдарламалық құралдары» және «Коммерциялық компьютер бағдарламалық құралдарының құжаттамасы» терминдерінен тұратын 48 C.F.R. §2.101 тармағындағы анықтама бойынша «Коммерциялық бұйымдар» санатына жатады. Тиісті жағдайларда 48 C.F.R. §12.212 немесе 48 C.F.R. §227.7202-1 және 227.7202-4 аралығындағы тармақтарға сәйкес, Коммерциялық компьютер бағдарламалық құралдары мен Коммерциялық компьютер бағдарламалық құралдарының құжаттамасы АҚШ Үкіметіндегі түпкі пайдаланушыларға (a) тек Коммерциялық бұйымдар ретінде және (b) тек осы құжаттың шарттары мен талаптарына сәйкес барлық түрі пайдаланушыларға берілетін құқықтармен лицензия бойынша беріледі. Жарияланбаған құқықтар Америка Құрама Штаттарының авторлық құқық туралы заңдарына сәйкес қорғалады.

**12. Қолданылатын заңнама және ережелердің дербестігі.** Осы Лицензия құқық нормалары қайшы келмеген жағдайларда Калифорния штатының заңдарына сәйкес реттеледі және түсіндіріледі. Осы Лицензия Тауарларды халықаралық сатып алу-сату жөніндегі келісімдер туралы БҰҰ конвенциясымен реттелмейді және ол конвенция мүлдем қолданылмайды. Егер Сіз Ұлыбританияда тұратын тұтынушы болсаңыз, бұл Лицензия Сіз тұратын жердегі юрисдикцияның заңдарымен реттеледі. Егер құзыретті юрисдикция соты қандай да бір себепке байланысты қандай да бір ереженің немесе оның бөлігінің заңдық күші жоқ деп таныса, бұл Лицензияның басқа ережелері толық көлемде күшін сақтап қалады.

**13. Келісімнің тұтастығы; басым тіл.** Осы Лицензия Apple бағдарламалық құралдарына қатысты Apple корпорациясы мен Сіздің араңыздағы тұтас келісім болып саналады және осы тақырыптағы мәселелер бойынша одан бұрын болған немесе онымен бір уақытта жасалып жатқан келісімдердің барлығына қарағанда басым күшке ие. Apple жазбаша жасап, қол қоймаған жағдайда, осы Лицензияға енгізілген түзетулердің немесе өзгерістердің міндетті күші болмайды. Осы Лицензияның аудармалары жергілікті талаптарға сәйкес жасалады және ағылшын тіліндегі және басқа тілдегі нұсқалардың арасында сәйкессіздік болған жағдайда, Сіздің юрисдикцияңыздағы жергілікті заң бойынша тыйым салынбаса, осы Лицензияның ағылшын тіліндегі нұсқасы басым күшке ие.

**14. Үшінші тараптардың құқықтарын мойындау.** Apple бағдарламалық құралдарының бөлшектерінде үшінші тараптардың бағдарламалық құралдары және басқа да авторлық құқықпен

қорғалған материалы пайдаланылуы немесе қамтылуы мүмкін. Мұндай материал бойынша құқықтарды растау, лицензиялау шарттары және жауапкершіліктен бас тарту мәлімдемелері Apple бағдарламалық құралдарының электрондық құжаттамасында беріледі және мұндай материалды пайдалануыңыз олардың тиісті шарттарымен реттеледі. Google Қауіпсіз браузермен шолу қызметі Google Қызмет көрсету шарттарына (https://www.google.com/intl/en/policies/terms/) және Google Құпиялық саясатына (https://www.google.com/intl/en/policies/privacy/) сәйкес пайдаланылады.

**15. MPEG-4 стандартын пайдалану; H.264/AVC туралы хабарлама**
(a) Apple бағдарламалық құралдары, (i) әр атау үшін ақысы төленетін физикалық тасығышта сақталатын немесе көшірмелері жасалатын деректерге арналған және/немесе (ii) әр атау үшін ақысы төленетін және түпкі пайдаланушыға тұрақты сақтау және/немесе пайдалану үшін жіберілетін деректерге байланысты кодтау үшін қосымша лицензия және роялтилер төлеу қажет болмаған жағдайда, MPEG-4 жүйелерінің стандартына сәйкес кодтау үшін MPEG-4 жүйелерінің патенттер портфолиосы лицензиясына сәйкес лицензияланады. Мұндай қосымша лицензияны MPEG LA, LLC компаниясынан алуға болады. Қосымша мәліметтерді https://www.mpegla.com веб-сайтынан қараңыз.

(b) Apple бағдарламалық құралдарының құрамында MPEG-4 видеоларды кодтау және/немесе код ашу функциялары бар. Apple бағдарламалық құралдары (i) видеоны MPEG-4 визуалдық стандартына («MPEG-4 видеосы») сәйкес кодтау және/немесе (ii) жеке және бейкоммерциялық қызметтермен айналысатын тұтынушы кодтаған және/немесе MPEG-4 видеосын ұсыну үшін MPEG LA лицензия берген видео провайдерінен алынған MPEG-4 видеосының кодын ашу мақсатында тұтынушының жеке және бейкоммерциялық мақсатта пайдалануы үшін MPEG-4 жүйелерінің патенттер портфолиосы лицензиясына сәйкес лицензияланады. Кез келген басқа мақсаттарда пайдалану үшін ешқандай лицензия берілмейді немесе тұспалданбауы тиіс. Жарнамалық, ішкі және коммерциялық мақсатта пайдалануға және лицензиялауға қатысты қосымша ақпаратты MPEG LA, LLC компаниясынан алуға болады. https://www.mpegla.com веб-сайтын қараңыз.

(c) Apple бағдарламалық құралдарының құрамында AVC кодтау және/немесе кодты ашу функциялары бар, H.264/AVC пішімін коммерциялық мақсаттарда пайдалану үшін қосымша лицензия алу қажет және төмендегі ереже қолданылады: ОСЫ ҚҰЖАТТА APPLE БАҒДАРЛАМАЛЫҚ ҚҰРАЛДАРЫНДАҒЫ AVC ФУНКЦИЯЛАРЫ ТЕК (i) ВИДЕОНЫ AVC СТАНДАРТЫНА СӘЙКЕС КОДТАУ («AVC ВИДЕОСЫ») ЖӘНЕ/НЕМЕСЕ (ii) ЖЕКЕ ЖӘНЕ БЕЙКОММЕРЦИЯЛЫҚ ҚЫЗМЕТТЕРМЕН АЙНАЛЫСАТЫН ТҰТЫНУШЫ КОДТАҒАН ЖӘНЕ/НЕМЕСЕ AVC ВИДЕОСЫН ҰСЫНУ ҮШІН ЛИЦЕНЗИЯ АЛҒАН ВИДЕО ПРОВАЙДЕРІНЕН АЛЫНҒАН AVC ВИДЕОСЫНЫҢ КОДЫН АШУ МАҚСАТЫНДА ТҰТЫНУШЫНЫҢ ЖЕКЕ ЖӘНЕ БЕЙКОММЕРЦИЯЛЫҚ МАҚСАТТА ПАЙДАЛАНУЫ ҮШІН ЛИЦЕНЗИЯЛАНАДЫ. БАСҚА МАҚСАТТАРДА ПАЙДАЛАНУҒА ЖӘНЕ ЛИЦЕНЗИЯЛАРҒА ҚАТЫСТЫ АҚПАРАТТЫ MPEG LA L.L.C. КОМПАНИЯСЫНАН АЛУҒА БОЛАДЫ. https://www.mpegla.com/ ВЕБ-САЙТЫН ҚАРАҢЫЗ.

**16. Yahoo іздеу қызметі бойынша шектеулер.** Safari браузері арқылы Yahoo іздеу қызметі тек мына елдер мен аймақтарда пайдалану үшін лицензияланған: Аргентина, Аруба, Австралия, Австрия, Барбадос, Бельгия, Бермуда, Бразилия, Болгария, Канада, Кайман аралдары, Чили, құрлықтық Қытай, Гонконг, Тайвань, Колумбия, Кипр, Чех Республикасы, Дания, Доминикан Республикасы, Эквадор, Эль-Сальвадор, Финляндия, Франция, Германия, Грекия, Гренада, Гватемала, Венгрия, Исландия, Үндістан, Индонезия, Ирландия, Италия, Ямайка, Жапония, Латвия, Литва, Люксембург, Малайзия, Мальта, Мексика, Нидерланд, Жаңа Зеландия, Никарагуа, Норвегия, Панама, Перу, Филиппин, Польша, Португалия, Пуэрто-Рико, Румыния, Сингапур, Словакия, Словения, Оңтүстік Корея, Испания, Сент-Люсия, Сент-Винсент, Швеция, Швейцария, Тайланд, Багама аралдары, Тринидад және Тобаго, Түркия, Ұлыбритания, Уругвай, АҚШ және

Венесуэла.

**17. Microsoft Exchange туралы хабарлама.** Apple бағдарламалық құралдарындағы Microsoft Exchange пошта параметрі тек электрондық пошта, контактілер, күнтізбе және тапсырмалар сияқты ақпаратты Құрылғыңыз бен Microsoft Exchange серверінің немесе Microsoft Exchange ActiveSync протоколын қолдану мақсатында Microsoft лицензиялаған басқа сервер бағдарламалық құралдары арасында сымсыз байланыс арқылы синхрондау үшін лицензияланған.

EA1806
08/07/2022

——————————
**Apple Pay және Wallet бойынша қосымша шарттар мен талаптар**

Осы Apple Pay және Wallet бойынша қосымша шарттар мен талаптар (осы «Қосымша шарттар») Apple бағдарламалық құралдары бойынша лицензиялық келісімді («Лицензия») толықтырады; Лицензия бойынша «Қызмет» деп есептелетін Apple Pay функциясы («Apple Pay») мен Apple Wallet қолданбасын («Wallet») пайдалану Лицензияның да, Қосымша шарттардың да ережелерімен реттеледі. Осы Қосымша шарттарда бас әріппен жазылған терминдердің мағынасы Лицензияда берілген.

**1. Шолу**

**Apple Pay**

Apple Pay мынадай мүмкіндіктер ұсынады:

- белгілі бір жерлерде немесе белгілі бір қосымшаларда немесе веб-сайттарда несиелік, дебеттік және алдын-ала төленген карталар, соның ішінде Apple Card және Apple Cash картасы арқылы байланыссыз төлемдер жасаңыз;
- басқа Apple Cash пайдаланушыларына Жеке төлемдер жіберу; және
- тапсырыстарды қадағалау және егжей-тегжейлі түбіртектерді көру.

Apple Pay қызметі және Apple Pay қызметінің кей функциялары тек таңдаулы аймақтарда, таңдаулы карта эмитенттерінде, төлем желілерінде, сатушыларда және басқа үшінші тараптарда болуы мүмкін.

**Wallet**

Apple Wallet қолданбасы Apple Pay функциясымен пайдаланылатын кредиттік, дебеттік және алдын ала төленген карталардың (барлығы бірге «Apple Pay карталары» деп аталады), сонымен қатар карталар, рұқсаттар мен кілттердің, соның ішінде төмендегілердің (барлығы бірге «Wallet рұқсаттары» және Apple Pay карталарымен бірге «Қолдау көрсетілетін карталар» деп аталады) виртуал көріністерін сақтауға мүмкіндік береді:

- клубтық карталар;
- қоғамдық көлік карталары;
- билеттер;
- мүшелерге арналған рұқсатнамалар;
- автокөлік кілттері;
- үй кілттері;
- қонақ үй кілттері;

- корпоративтік бейджер;
- студенттік билеттер; және
- жүргізуші куәлігі және мемлекет немесе үкімет берген жеке бас куәліктері («Жеке куәліктер»).

Wallet рұқсаттары тек таңдаулы аймақтарда және таңдаулы серіктестерде болуы мүмкін. Жеке куәліктерді тек қатысушы мемлекеттердің тұрғындары пайдалана алуы мүмкін және көрінісі мемлекетке немесе жерге қарай әртүрлі болуы мүмкін.

Қолдау көрсетілетін карталар ауық-ауық өзгеріп тұруы мүмкін.

## 2. Пайдаланушыға қойылатын талаптар

Apple Pay және Wallet қызметтерін пайдалану үшін Сізде (i) Қызметтерді қолдайтын операциялық бағдарламалық құралдар нұсқасымен жұмыс істейтін қолдау көрсетілетін Құрылғы (ең соңғы нұсқасы ұсынылады және кейде міндетті болып табылады), (ii) Apple корпорациясы алдында беделі жақсы iCloud аккаунтымен байланысқан Apple ID және (iii) Интернетке кіру мүмкіндігі (ақы алынуы мүмкін) болуы керек. Apple Cash Family және таңдаулы электрондық ақша карталарынан басқа Apple Pay карталарын тек 13 жастағы немесе одан үлкен жеке тұлғалар пайдалана алады және оларға iCloud немесе қатысты эмитент, сатушы немесе басқа үшінші тарап қоятын қосымша жас бойынша шектеулер қолданылуы мүмкін. Қоғамдық көлік карталары; электрондық ақша карталары, корпоративтік бейджер мен кілттерді тек iOS Құрылғыларында пайдалануға болады.

Егер Сіз iCloud отбасының ата-анасы немесе қамқоршысы («Ұйымдастырушы») болсаңыз, Wallet қызметінде жарамды қоғамдық көлік карталарын тіркеу және пайдалану үшін Отбасы мүшелерін, соның ішінде 13 жасқа толмаған (немесе тиісті елдегі балама ең төменгі жастағы) тұлғаларды шақыруыңызға болады. Ұйымдастырушы ретінде Отбасы мүшелері үшін қосылған қоғамдық көлік картасымен жасалған, соның ішінде Отбасы мүшесі бастамашы болған барлық төлемдер, сатып алулар мен транзакциялар үшін Сіз жауапты боласыз. Wallet қолданбасында қоғамдық көлік карталарын пайдаланушыларға қойылатын талаптар және оларды пайдалану тиісті жолаушы тасымалдау жөніндегі агенттіктің шарттары мен талаптарымен реттеледі. Мұндай шарттар мен талаптардың сақталуына Ұйымдастырушылар жауапты және басқа Отбасы мүшелеріне жол жүру билеттерін қосумен байланысты тәуекелдердің барлығын солар көтереді. Бір Отбасы мүшесі Отбасынан шығып кеткенде немесе шығарылғанда, ол Отбасы мүшесі бұдан былай қоғамдық көлік картасын қайта жүктей алмайды және карта бойынша транзакцияларды картасының аккаунтындағы теңгерімі нөлденгенше ғана жасай алады.

Егер Сіз автокөлік кілтінің иесі болсаңыз, автокөлік кілтіңізді көлігіңіздің құлпын ашу, ішіне кіру және/немесе жүргізу үшін 13 жастағы немесе одан үлкен басқа кісілермен бөлісуіңізге болады.

Үй кілттерін Wallet қолданбасына тек Home қолданбасында құлыптарды қосу немесе шығару арқылы, не болмаса Home қолданбасында өзіңізді үйге қосу немесе шығару арқылы қосуға немесе шығаруға болады. Егер Сіз Home қолданбасында үйдің әкімшісі болсаңыз, қолданыстағы үй кілттерінің барлығы Сіз шақырған немесе үйіңізге қосылған кісілермен автоматты түрде бөлісілетін болады.

Apple Card тек Америка Құрама Штаттарында қолданылады және оны Goldman Sachs Bank USA банкінің Солт-Лейк-Сити қаласындағы филиалы («Apple Card эмитенті») шығарады. Apple Card Family картасынан басқа Apple Card карталарын тек 18 жастағы немесе одан үлкен (немесе тұратын еліңізге байланысты одан да үлкен жастағы) жеке тұлғалар пайдалана алады.

Apple Cash карталары мен карталар арасындағы төлемдер жіберу және қабылдау мүмкіндігі тек

Америка Құрама Штаттарында бар және қызметтерді Федералдық депозиттерді сақтандыру корпорациясына мүше Green Dot Bank ұйымы көрсетеді. Apple Pay қызметінде карталар арасындағы төлемдерді жіберу үшін Сізде Apple Cash картасы болуы керек. Apple Cash Family картасынан басқа Apple Cash карталары мен карталар арасындағы төлемдерді жіберу және қабылдау мүмкіндігін тек 18 жастағы немесе одан үлкен жеке тұлғалар пайдалана алады.

## 3. Қызметтерді пайдалану

Қолдау көрсетілетін карталар мен карталар арасындағы төлемдер осы функцияларды пайдалану үшін Сіз iCloud қызметіне кірген Apple ID идентификаторымен байланыстырылады. Сіз Wallet қолданбасында кілттерді, корпоративтік бейджыкарды, клубтық карталарды, билеттерді және мүшелерге арналған рұқсатнамаларды қосқанда немесе алып тастағанда, Сіздің Apple ID идентификаторыңызбен кірген басқа Apple құрылғыларында өзгеріс болуы мүмкін. Әр Apple ID идентификаторымен әр мемлекеттік құжат беруші орган үшін бір ғана Жеке куәлікті байланыстыруға болады.

Apple Pay және Wallet жеке мақсатта пайдалануға арналған және Сізге тек өз Қолдау көрсетілетін карталарыңызды немесе Сіз Ұйымдастырушыдан немесе иесінен шақыру алған қоғамдық көлік карталарын немесе автокөлік және үй кілттерін тіркеуге болады. Егер Сіз қолдау көрсетілетін корпоративтік картаны тіркесеңіз, Сіз тек мұны жұмыс берушіңіздің рұқсатымен істейтініңізді және жұмыс берушіңізді осы пайдалану шарттарымен және осы функциямен жүзеге асырылған барлық транзакциялармен міндеттеуге өкілеттігіңіз бар екенін мәлімдейсіз. Егер Сіз карталар арасындағы төлем жіберсеңіз немесе алсаңыз, Сіз мұны өзіңіздің жеке, бейкоммерциялық мақсаттарда пайдалану үшін істегеніңізді мәлімдейсіз. Егер сіз Жеке куәлік тіркесеңіз, Сіз мұны өзіңіздің жеке басыңызды дәл және шынайы анықтайтын жеке ақпаратыңызды пайдалана отырып істегеніңізді мәлімдейсіз.

Сіз Apple Pay немесе Wallet қызметін заңсыз немесе алаяқтық мақсаттары үшін, не болмаса Лицензиямен және осы Қосымша шарттармен тыйым салынған кез келген басқа мақсаттарда пайдаланбауға келісесіз. Сонымен қатар Сіз Apple Pay және Wallet қызметтерін қолданыстағы заңдар мен ережелерге сәйкес пайдалануға келісесіз. Сіз Жеке куәлікпен байланысты берілген кез келген жалған ақпарат федералдық немесе мемлекеттік заң бойынша қылмыстық құқықбұзушылық екенін мойындайсыз. Сіз Apple Pay немесе Wallet қызметіне (соның ішінде қызметке кез келген автоматты жолмен кіру арқылы) немесе қызметке қосылған кез келген серверлерге немесе желілерге, не болмаса қызметке қосылған желілердің саясаттарына, талаптарына немесе ережелеріне (соның ішінде олардағы деректерді немесе трафикті рұқсатсыз ашу, пайдалану немесе бақылау арқылы) кедергі келтірмеуге немесе үзбеуге келісесіз.

Егер Apple Pay немесе Wallet қызметіне кіруіңізге заңмен тыйым салынған болса, Сіздің бұл Қызметтерге кіруге немесе оларды пайдалануға өкілеттігіңіз жоқ. Егер Сіз бұл Қызметтерге қолданыстағы заңды бұзатын қандай да бір жолмен кірсеңіз немесе оларды пайдалансаңыз, біз жауапты емеспіз.

## 4. Apple корпорациясының Сізбен қарым-қатынасы

Сіздің Apple Pay қызметін пайдалануыңыз осы Қосымша шарттармен, сонымен қатар Сіз Apple Pay Card картаңызға жауапты тиісті эмитентпен, сатушымен немесе басқа үшінші тараппен жасасқан карта ұстаушымен келісімнің шарттарымен реттеледі.

Сол сияқты, Wallet қолданбасында Wallet рұқсаттарын пайдалануыңыз осы Қосымша шарттармен, сонымен қатар тиісті сатушымен, жолаушы тасымалдау жөніндегі агенттікпен, автокөлік немесе құлып өндірушісімен, университетпен, қонақ үймен, шипажаймен, круизбен, корпорациямен,

мемлекеттік құжат беруші органмен немесе басқа үшінші тараппен келісіміңіздің шарттарымен реттеледі.

Apple Payments Inc. ұсынатын Apple Pay қызметінің төменде сипатталғаннан басқа кей функцияларында («Apple төлемдері») Apple корпорациясы Apple Pay карталарыңызда жасалған төлемдерді немесе басқа төлеммен байланысы жоқ транзакцияларды өңдемейді. Apple компаниясы Сіздің Apple Pay немесе Wallet пайдалану нәтижесінде туындауы мүмкін кез-келген төлемдерді, қайтарымды төлемдерді, қайтарымдарды, ақшаны қайтарымдарды, ақша аударымдарын, сыйақыларды, құндылықтарды, жеңілдіктерді, кіруді, жеке куәлікті тексеруді, тапсырыстарды, тапсырыстарды орындауды немесе басқа әрекеттерді бақыламайды немесе жауап бермейді.

Егер осы Қосымша шарттар мен Сіздің тиісті эмитентпен, сатушымен, мемлекеттік құжат беруші органмен немесе басқа үшінші тараппен келісіміңіздің («әрқайсысы **«Үшінші тараппен келісім»** деп аталады) арасында қайшылық болса, Сіздің Apple корпорациясымен қарым-қатынасыңыз осы Қосымша шарттардың ережелерімен, ал осындай үшінші тараппен қарым-қатынасыңыз тиісті Үшінші тараппен келісімнің шарттарымен реттеледі.

Сіз Apple корпорациясы Сіздің Үшінші тараппен келісімдеріңізге қатысатын тарап емес екеніне және Apple төмендегілер үшін жауап бермейтініне келісесіз: (a) Apple Pay немесе Wallet пайдалану кезінде кез-келген қолдау көрсетілетін карталардың, сатып алулардың, транзакциялардың, ақшалай аударымдардың, тапсырыстардың, тапсырыстардың орындалуының, түбіртектердің немесе басқа әрекеттердің мазмұны, дәлдігі немесе қол жетімділігі, соның ішінде отбасы мүшелері немесе сіз қолдау көрсетілетін карталармен бөліскен немесе құрылғыңызды пайдалана алатын басқа адамдар жасаған әрекеттер; (b) несие беру немесе несие алу құқығына қол жеткізу (c) жүргізуші куәлігін немесе мемлекеттік сәйкестендіру карталарын беру, тоқтата тұру немесе жою; (d) Apple Pay немесе Wallet пайдалануға байланысты эмитенттердің, сатушылардың немесе басқа үшінші тұлғалардың әрекеттері; (e) сіздің қолдау көрсетілетін картаңызды әмиянға қосуға байланысты эмитент, сатушы, қосымша әзірлеушісі немесе басқа үшінші тарап қабылдаған қаражат беру туралы шешімдер; (f) сіздің мүшелігіңіз немесе кез-келген сауда немесе серіктестік бағдарламаға қатысуыңыз; (g) қолдау көрсетілетін карталарыңызға байланысты кез-келген сыйақыны немесе сақталған құнды есептеу немесе өтеу; (h) алдын ала төлемді қолдайтын карталарды толықтыру немесе қайта толықтыру; (i) төлемдерді немесе ақша аударымдарын адамнан адамға жіберу немесе алу; немесе (j) Apple Cash картаңыздан ақша жүктеу, өтеу немесе алу.

Сіз Apple Card картасына өтініш бергенде, Сіз Apple Card эмитентінен есеп-шот ашуға өтініш бересіз. Apple Card ұсынуға жауапты қаржы мекемесі өзгеріп тұрады және Сіз Apple Card картасын солардың шарттары мен талаптарына сәйкес пайдаланасыз.

Сіз Apple Pay картасында Apple Cash мүмкіндіктерін қосқан кезде, Сіз Green Dot Bank ұйымынан есеп-шот ашасыз. Apple Payments ұсынатын Apple Pay мүмкіндіктерінен басқа функцияларда Сіз жеке тұлғалар арасында төлемдерді жіберген немесе алған кезде, не болмаса Apple Cash картасына ақша салған немесе алған кезде, ақшаның алынуына немесе мақсатты алушыға жіберілуіне Green Dot Bank жауапты болады. Apple Cash және Apple Pay ішінде карталар арасындағы төлемдер үшін жауапты қаржы мекемесі өзгеріп тұрады және Сіз мұндай функцияларды солардың шарттары мен талаптарына сәйкес пайдаланасыз.

Сіз өкілеттік берген кейбір талаптарға сай бизнес орындарына төлемдер жасау үшін Apple Cash картаңыздағы қаражатты пайдалану мүмкіндігі («Тікелей төлемдер қызметі») — Apple төлемдері ұсынатын қызмет. Тікелей төлемдер қызметін Сіз Apple төлемдерінің Тікелей төлемдер жөніндегі шарттары мен талаптарына сәйкес пайдаланасыз. Оған қоса, талаптарға сай бизнес орындары

Apple Cash картаңызға олардың қаражат төлеп беруіне (әрқайсысы «Төлеп беру» деп аталады) рұқсат етуіңізге мүмкіндік беруі ықтимал. Төлеу процестерін Apple Payments өңдегенімен, оларды осындай қаражат беретін қатысушы компаниялар ұсынады және төлеуді жүргізетін компаниялардың кейбір қосымша шарттары мен талаптарына сәйкес жүзеге асырылуы мүмкін. Қолдау көрсетілетін карталар олармен байланысты коммерциялық іс-әрекеттер туралы барлық келісмешіліктер немесе сұрақтар бойынша эмитентке немесе тиісті сатушыға, мемлекеттік құжат беруші органға, қосымша әзірдеушісіне немесе басқа үшінші тарапқа хабарласыңыз. . Apple Pay, Wallet, Apple Card немесе Apple Cash картасына, не болмаса карталар арасындағы төлемдерге қатысты сұрақтар бойынша Apple Қолдау қызметіне хабарласыңыз.

**5. Құпиялық**

Apple корпорациясының жеке ақпаратты жинауы және пайдалануы https://www.apple.com/legal/privacy/kz/ веб-сайтында берілген Apple Құпиялық саясатымен реттеледі. Apple Pay және Wallet қызметтерін пайдалану барысында жиналатын, пайдаланылатын немесе бөлісілетін жеке ақпарат туралы толық мәліметті тиісті қызметке тән құпиялық туралы хабарламалардан, соның ішінде Құрылғыңыздан немесе жұптасқан Құрылғыдағы Watch қолданбасында қол жеткізуге болатын «Apple Pay және құпиялық туралы» бөлімінен, не болмаса https://www.apple.com/legal/privacy/kz/ веб-сайтынан табуға болады. Apple Pay және Wallet қызметтерін пайдалану арқылы сіз осы Қызметтерді қамтамасыз ету үшін жоғарыда аталған ақпараттың барлығын Apple корпорациясының және оның еншілес тұлғалары мен агенттерінің жинауына, сақтауына, өңдеуіне және пайдалануына келісім бересіз.

**6. Қауіпсіздік; жоғалған немесе ажыратылған құрылғылар**

ҚОЛДАУ КӨРСЕТІЛЕТІН ҚҰРЫЛҒЫЛАРЫҢЫЗ БЕН ТІРКЕУ ДЕРЕКТЕРІҢІЗДІ ШЫНАЙЫ ӘМИЯНЫҢЫЗ БЕН КАРТАЛАРЫҢЫЗДЫ ҚОРҒАҒАНДАЙ ҚОРҒАУ

Apple Pay және Wallet қызметтері Қолдау көрсетілетін карталарыңыздың виртуал көріністерін сақтайды және олар шынайы әмияныңызды, кілттеріңізді немесе кредиттік, дебеттік, алдын ала төленген карталарыңызды, жеке куәлігіңізді және басқа карталарыңызды қорғағандай қорғалуы керек. Құрылғыларыңыздың, Apple ID, Touch ID және Face ID туралы ақпаратыңыздың, қолдау көрсетілетін Құрылғы(лары)ңыздың рұқсат кодының және Қызметтерге байланысты пайдаланылатын кез келген басқа аутентификациялық тіркелу деректеріңіздің (барлығы бірге «Тіркелу деректері» деп аталады) қауіпсіздігін сақтауға Сіз жеке өзіңіз жауаптысыз. Егер Сіз басқа бір адамға қолдау көрсетілетін Құрылғыңызды пайдалануға өкілеттік немесе рұқсат берсеңіз (мыс., Құрылғыңыздың рұқсат кодын үшінші тарапқа беру немесе Touch ID функциясын пайдалану немесе Face ID функциясын қосу үшін үшінші тарапқа саусақ ізін пайдалануына рұқсат беру, не болмаса қандай да бір Тіркелу деректеріңізді үшінші тарапқа беру арқылы), ол адам Apple Cash картаңыздан төлемдер жасау, карталар арасындағы төлемдерді жіберу, сұрау немесе алу, ақша алу, марапаттар алу немесе жұмсау, құндылықты пайдалану, автокөлігіңіздің, бөлмеңіздің, офисіңіздің немесе үйіңіздің құлпын ашу немесе оларға басқа жолмен кіру, өзін Сіздің атыңыздан көрсету, не болмаса Wallet қолданбасындағы Қолдау көрсетілетін карталарыңызбен басқа транзакциялар жасау мүмкіндігіне ие болуы мүмкін. Мұндай жағдайда сол адам жасаған барлық төлемдер, кіру әрекеттері мен транзакциялар үшін Сіз жауапты боласыз.

БҰЗЫП АШЫЛҒАН ҚҰРЫЛҒЫЛАР

Егер Сіз Құрылғыңызға рұқсат етілмеген өзгерістер, мысалы, аппараттық немесе бағдарламалық құралдардың басқару элементтерін ажырату (кейде «бұзып ашу» деп аталады) арқылы өзгерістер енгізсеңіз, Құрылғыңыз бұдан былай Қызметтерге қол жеткізуге немесе оларды пайдалануға

жарамсыз болып қалуы мүмкін. Сіз Қызметтерге қатысты өзгертілген Құрылғыны пайдалануға ашық түрде тыйым салынғанын, ол осы Қосымша шарттардың талаптарын бұзатынын және Қызметтерге қол жеткізуіңізге біздің тарапымыздан рұқсат бермеуімізге немесе шектеу қоюымызға негіз болатынын мойындайсыз.

ҚОСЫМША ҚАУІПСІЗДІК ШАРАЛАРЫ

Apple Pay қызметінің кей функцияларына, соның ішінде Apple Card, Apple Cash картасына және Apple Pay қызметімен карталар арасындағы төлемдерге қол жеткізу үшін Apple ID идентификаторыңыз үшін екі факторлы аутентификация сияқты қосымша қауіпсіздік шараларын қосуыңыз қажет болуы мүмкін. Егер ол қауіпсіздік шараларын кейін жойсаңыз, Apple Pay қызметінің белгілі бір функцияларын әрі қарай пайдалана алмауыңыз мүмкін. Көрсетілетін Жеке куәлігіңізбен байланысқан Face ID немесе Touch ID деректерін жойған жағдайда, Жеке куәлікті тіркеу процесін түгелімен орындауыңыз қажет болады.

ЖОҒАЛҒАН НЕМЕСЕ ҰРЛАНҒАН ҚҰРЫЛҒЫЛАР

Егер Құрылғыңыз жоғалса немесе ұрланса және Сізде Find My функциясы қосулы болса, Find My функциясын пайдаланып оны Lost Mode режиміне қою арқылы сол Құрылғыда виртуал Қолдау көрсетілетін карталармен транзакция жасау немесе карталар арасындағы төлемдерді жіберу мүмкіндігін уақытша өшіріп көруіңізге болады. Егер Құрылғыңыз Lost Mode режимінде болса, Wallet қолданбасында автокөлігіңіздің кілті ажыратылып, автокөлігіңізден шыққаннан кейін немесе қозғалтқышын сөндіргеннен кейін оған ендігері кіре алмай немесе оны от алдыра алмай қалуыңыз мүмкін. Жоғалған құрылғы режимі тек жоғалған Құрылғыдағы кілттерге әсер етеді. Егер сіз топтың иесі болсаңыз, автокөлігіңіздің кілтін немесе үйіңіздің кілтін ендігері басқалармен бөлісе алмай қаласыз, бірақ басқалармен бұрын бөлісіліп қойған кілттер олардың құрылғыларында өзгеріске ұшырамайды.

Сонымен қатар Құрылғыңыздың жадын өшіріп тастауыңызға да болады; мұндай кезде Құрылғыда виртуал Қолдау көрсетілетін карталармен транзакция жасау немесе карталар арасындағы төлемдерді жіберу мүмкіндігін уақытша тоқтатуға әрекет жасалады. Сондай-ақ Apple Pay қызметінде және Wallet қолданбасында Қолдау көрсетілетін карталарыңызға рұқсат қол жеткізудің алдын алу үшін Қолдау көрсетілетін карталарыңыздың эмитентіне, сатушысына немесе басқа да жауапты үшінші тұлғаға, не болмаса Apple Card немесе Apple Cash картасы бойынша Apple корпорациясына хабарласуыңыз қажет.

Егер Сіз алаяқтық жолмен немесе теріс мақсатта пайдалану туралы хабарласаңыз немесе Apple одан күдіктенсе, Сіз кез келген тергеу жұмыстары кезінде Apple корпорациясына жәрдемдесуге және біз тағайындаған алаяқтықтың алдын алу шараларын қолдануға келісесіз.

## 7. Жауапкершілікті шектеу

ЛИЦЕНЗИЯДА КӨРСЕТІЛГЕН КЕПІЛДІКТЕРДЕН БАС ТАРТУ ЖӘНЕ ЖАУАПКЕРШІЛІКТІ ШЕКТЕУДЕН БАСҚА, APPLE КОМПАНИЯСЫ САТЫП АЛУ, ТӨЛЕМДЕР, АҚША АУДАРЫМДАРЫ, ТАПСЫРЫСТАР, ТАПСЫРЫСТАРДЫ ОРЫНДАУ, ҚАБЫЛДАУ ТУРАЛЫ АҚПАРАТ, ҚОЛ ЖЕТКІЗУ, ЖЕКЕ БАСЫН ТЕКСЕРУ, ТРАНЗАКЦИЯЛАР НЕМЕСЕ APPLE PAY НЕМЕСЕ ӘМИЯНДЫ ПАЙДАЛАНУ АРҚЫЛЫ ЖАСАЛҒАН БАСҚА ӘРЕКЕТТЕР ҮШІН ЖАУАП БЕРМЕЙДІ ЖӘНЕ СІЗ ТЕК ОСЫ КЕЛІСІМДІ ҚАРАУҒА КЕЛІСЕСІЗ. СІЗ ӨЗІҢІЗДІҢ КАРТАҢЫЗДЫҢ ЭМИТЕНТІМЕН, ТӨЛЕМ ЖЕЛІСІМЕН, ҚАРЖЫ ИНСТИТУТТАРЫМЕН, САТУШЫМЕН, КАРТАНЫ ШЫҒАРАТЫН МЕМЛЕКЕТТІК ОРГАНМЕН НЕМЕСЕ БАСҚА ТИІСТІ ҮШІНШІ ТАРАППЕН ҚОЛДАУ КӨРСЕТІЛЕТІН КАРТАЛАРЫҢЫЗБЕН, ЖЕКЕ ТӨЛЕМДЕРІҢІЗБЕН БАЙЛАНЫСТЫ КЕЗ КЕЛГЕН МӘСЕЛЕЛЕРДІ НЕМЕСЕ ДАУЛАРДЫ ЖӘНЕ ОСЫҒАН БАЙЛАНЫСТЫ ҚЫЗМЕТ ТҮРЛЕРІН ШЕШУ ҮШІН КЕЛІСІМ

ЖАСАЙ АЛАСЫЗ.

— — — — — — — — — — —

**APPLE КОРПОРАЦИЯСЫНАН ХАБАРЛАМАЛАР**

Егер Apple Сізге өнім немесе аккаунтыңыз туралы хабарласуы қажет болса, Сіз хабарламаларды электрондық пошта арқылы алуға келісесіз. Сіз мұндай біз электрондық жолмен жіберетін хабарламалар байланысқа қойылатын заңды талаптардың барлығына сай екеніне келісесіз.