**WADE KILPELA SLADE LLP**
Gillian L. Wade, State Bar No. 229124
gwade@waykayslay.com
Sara D. Avila, State Bar No. 263213
sara@waykayslay.com
Collins Kilgore, State Bar No. 295084
ckilgore@waykayslay.com
Marc A. Castaneda, State Bar No. 299001
marc@waykayslay.com
2450 Colorado Ave., Suite 100E,
Santa Monica, CA 90404
Telephone: (310) 667-7273
Facsimile: (424) 276-0473

David Slade, *admitted pro hac vice*
slade@waykayslay.com
Lucy L. Holifield, *admitted pro hac vice*
lholifield@waykayslay.com
1 Riverfront Place, Suite 745,
North Little Rock, AR 72114
Telephone: (501) 417-6445
Facsimile: (424) 276-0473

Edwin J. Kilpela, Jr., *admitted pro hac vice*
ek@waykayslay.com
Paige T. Noah, Esq., *admitted pro hac vice*
pnoah@waykayslay.com
James M. LaMarca, *admitted pro hac vice*
jlamarca@waykayslay.com
6425 Living Pl., Suite 200,
Pittsburgh, PA 15206
Telephone: (501) 417-6445
Facsimile: (424) 276-0473

*Attorneys for Plaintiffs and the proposed Class*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN HUGHES, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE, INC., a California corporation,<br><br>Defendant. | Case No.: 3:22-cv-07668-VC<br><br>**DECLARATION OF EXPERT JENNIFER GOLBECK, PH.D. IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: September 4, 2025<br>Time: 10:00 a.m.<br>Dept.: Courtroom 4—17th Floor<br>Judge: Honorable Vince Chhabria |

I, Jennifer Golbeck, Ph.D., declare as follows:

## I.    QUALIFICATIONS

1.    I am currently a Professor at University of Maryland's College of Information of where I manage the Social Intelligence Lab, which focuses on interactions with the internet, including how they impact privacy, autonomy, security, and artificial intelligence applications.

2.    I received my B.S. in Computer Science and B.A. in Economics from University of Chicago in June 1999; my Master's in Computer Science from University of Chicago in June 2001; my Ph.D. in Computer Science from University of Maryland in May 2005; and my Master's in psychology from Harvard University in 2024.

3.    I have been teaching at universities on issues related to computer science, the web, and social media since 1999 when I was a Lecturer in the Computer Science Department at the University of Chicago. Over the past 26 years, in a variety of different capacities, I have taught classes at University of Chicago, George Mason University, Johns Hopkins University, Georgetown University, George Washington University, American University, and University of Maryland.

4.    I have authored over 150 peer reviewed, scientific papers related to the way people interact online. Most recently, I have authored two books on social media, entitled "Social Media Investigation" and "Analyzing the Social Web." Both books focus on various aspects of web and social media interaction, such as using location-based services on mobile devices as well as interaction with friends. I have also authored other books including "Trust on the World Wide Web: A Survey" and "Art Theory for Web Design."

5.    A list of my publications is included in my *curriculum vitae*, which is attached as Exhibit 1.

6.    My research focuses on trust, privacy, security, and reliable information spaces online.

7.    I edited a book, "Online Harassment", which brought together experts in theory, socio-technical systems, network analysis, text analysis, and machine learning to present a broad

set of analyses and applications that improved our understanding of the harassment problem as it occurs online and how to address it.

8.      The research in this book consistently echoes that fear is a common experience among people who are harassed online. The book also addresses technological mechanisms for mitigating harassment, including prevention before the act, minimizing the problem after it begins, and interventions after harm has occurred.

9.      I have spoken about the importance of digital privacy in talks at TEDxMidAtlantic[1] (2.6 million views) and at TEDxYouth@Austin[2].

10.      The following is a list of cases in which I've testified as an expert witness at trial or by deposition:

   a.   *Frasco v. Flo Health, Inc., Google LLC, Facebook, Inc., Appsflyer, Inc., and Flurry, Inc.*, No. 3:21-cv-00757-JD, U.S. District Court for the Northern District of California, 2022 (plaintiff)

   b.   *Doe v. Adventist Health Care Network, Inc.*, No. 22STCV36304, Los Angeles County Superior Court, 2024 (plaintiff)

   c.   *State of Texas v. Google*, No. 22-01-88230-D, District Court of Victoria County, 2023 (plaintiff)

   d.   *Medallia v. ContentSquare*, No. 6:21-cv-00532-ADA, U.S. District Court for the Western District of Texas, 2022 (plaintiff)

   e.   *Echospan v. Medallia*, No. 5:2022-cv-01732, U.S. District Court for the Northern District of California, 2022 (defendant)

   f.   *Blackbird Tech LLC v. Trivago N.V.*, No. 2:21-cv-00349-JRG-RSP, U.S. District Court for the Eastern District of Texas, 2022 (plaintiff)

   g.   *State of Washington v. Google*, No. 22-2-01103-3 SEA, King County Superior Court, 2022 (plaintiff)

   h.   *Medallia v. Content Square*, U.S. District Court for the Western District of Texas, 2022 (plaintiff)

---

[1] https://www.youtube.com/watch?v=hgWie9dnssU
[2] https://www.youtube.com/watch?v=n7rV4BxI9J4

Declaration of Jennifer Golbeck, Ph.D.
Case No.: 3:22-cv-07668-VC

i.   *USC v. Facebook*, U.S. District Court for the Western District of Texas, 2020 (plaintiff)

j.   *Microsoft v. Uniloc*, U.S. Patent Trial and Appeal Board, 2019 (plaintiff)

k.   *LVI Holdings, Inc. v. LasikPlus*, U.S. District Court for the Southern District of Florida, 2020 (plaintiff)

l.   *Opternative, Inc. v. Warby Parker*, U.S. District Court for the Southern District of New York, 2019 (defendant)

m.   *Reinalt-Thomas Corporation v. Mavis Tire Supply*, U.S. District Court for the Northern District of Georgia, 2019 (defendant)

n.   *Comcast Cable Communications, LLC v. OpenTV*, U.S. District Court for the Northern District of California, 2017 (defendant)

o.   *Jensen v. Cablevision Systems Corp.*, No. 2:17-cv-100, U.S. District Court for the Eastern District of New York, 2016 (plaintiff)

p.   *PGH Global v. Liquid Interactive*, U.S. District Court for the Eastern District of Pennsylvania, 2017 (plaintiff)

q.   *United States v. Kyler Schmitz*, U.S. District Court for the Eastern District of Virginia, 2016 (defendant)

r.   *Blue Calypso v. Groupon, Foursquare, Yelp, and IZEA, Inc.*, U.S. District Court for the Eastern District of Texas, 2014 (plaintiff)

s.   *Campbell et al. v. Facebook*, U.S. District Court for the Northern District of California, 2014 (plaintiff)

t.   *SEC v. City Capital*, U.S. Securities and Exchange Commission Administrative Proceeding, 2015 (defendant)

u.   *Rembrandt Social Media v. Facebook*, U.S. District Court for the Eastern District of Virginia, 2013 (plaintiff)

v.   *Daou and Boyce v. Huffington, Lerer, and TheHuffingtonPost.com*, New York County Supreme Court, 2012 (plaintiff)

3

Declaration of Jennifer Golbeck, Ph.D.
Case No.: 3:22-cv-07668-VC

## II.    SCOPE OF THIS DECLARATION, METHODOLOGY, AND SUMMARY OF CONCLUSIONS

11.    I was retained by proposed Class Counsel, Wade, Kilpela, Slade, LLP to study and provide my opinions regarding the topics discussed below, and I am submitting this declaration on behalf of the plaintiffs in the above-captioned case. My statements and opinions, as well as the methods and evidence I rely upon to support them, are set forth in this declaration, and the contents of the various sources that I identify by name are meant to be incorporated in their entirety by such reference.

12.    In preparing this declaration, I have employed methods and analyses of a type commonly and reasonably relied upon by experts in my field in forming opinions or inferences on the subject. The opinions expressed are based upon a reasonable degree of scientific certainty.

13.    I understand that this declaration will be used by Plaintiffs in support of their motion for class certification in this lawsuit.

14.    For purposes of my analysis, I was asked to assume that the Plaintiffs' allegations in the complaint are true.

15.    Between now and such time that I may be asked to testify before the Court, I expect to continue my review, evaluation, and analysis of information generated during discovery, as well as of relevant evidence presented before and/or at trial. I also expect to review any relevant reports submitted by Apple's experts. I reserve the right to amend or supplement this declaration, as necessary and as acceptable to the Court. I also reserve the right to develop materials and exhibits as appropriate for use in helping to demonstrate and explain my opinions in the event that I am asked to testify at trial.

16.    I have been asked by Plaintiffs' counsel to provide this Declaration on the following issues:

a.    First, I was asked to provide an overview of stalking, the general role that technology increasingly plays in stalking, the specific role of Apple AirTags in technology-assisted stalking, and the ongoing risk that victims face, once they have been stalked.

b.  Second, I was asked to provide an overview of my intended methodology for a subsequent expert report on the above-described matters, which will be provided at a later stage of this litigation.

**A.  Stalking Generally**

17.    Meloy and Gothard (1995, p. 258) define stalking as follows: "    the willful, malicious, and repeated following or harassing of another person that threatens his or her safety."[3]

18.    In addition to the above definition, it is important to note that s    talking is a pattern of intrusive behavior or harassment that carries an implicit threat, and that causes the target to fear for their own or other people's safety[4].

19.    While the vast majority of stalking victims are women and most stalkers are men, anyone can be a victim of stalking regardless of gender, age, race, or orientation.[5]

20.    Stalking is widespread: each year in the U.S. 13.5M people are stalked.[6] 1 in 3 women and 1 in 6 men are victims of stalking.[7]

21.    Stalkers may be professional or personal acquaintances (42%); current or former intimate partners (40%); strangers or near-strangers (27%); family members (8%); or other persons of authority (4%).[8]

22.    Stalking is not just a tool of strangers to follow people surreptitiously. It is a tool of domestic and intimate partner violence. The vast majority of stalking is perpetrated by current or

---

[3] Meloy and Gothard. (1995). Demographic and clinical comparison of obsessional followers and offenders with mental disorders. *Am J Psychiatry*, *152*(2), 258-263.

[4] Kamphuis, J. H., & Emmelkamp, P. M. (2000). Stalking–a contemporary challenge for forensic and clinical psychiatry. *The British Journal of Psychiatry*, *176*(3), 206-209.

[5] https://dps.brown.edu/crime-prevention/stalking-awareness-information

[6] Smith, S. G., Basile, K. C., & Kresnow, M. J. (2022). The national intimate partner and sexual violence survey: 2016/2017 report on stalking—updated release.

[7] Smith, S. G., Basile, K. C., & Kresnow, M. J. (2022). The national intimate partner and sexual violence survey: 2016/2017 report on stalking—updated release.

[8] Smith, S. G., Basile, K. C., & Kresnow, M. J. (2022). The national intimate partner and sexual violence survey: 2016/2017 report on stalking—updated release.

5

former intimate partners. 85% of attempted and 76% of completed domestic partner femicide is preceded by stalking.[9]

23.    The vast majority of stalking victims are threatened with physical harm (72%) and are caused to feel fearful, threatened, and concerned for their safety or     the safety of loved ones (84%).[10]

24.    This pervasive sense of danger often leads victims to alter their routines, restrict their social interactions, and even relocate, underscoring the profound emotional and practical toll that stalking exacts on everyday life.   Two-thirds of stalking victims take additional security measures in response to being targeted. Nearly half (46%) change their phone numbers or email addresses to avoid unwanted communication. Others report changing where they work or live; some needed to hire an attorney.[11]

25.    Stalking can cause long-term psychological harm, with victims worrying about how they will be stalked next and how long it will go on.[12]

26.    Based on my experience and research literature, after reviewing the complaint and assuming the facts are true, and additionally reviewing the declarations by the proposed class representatives provided to me by Class Counsel, the experiences described by each named plaintiff qualify as stalking.

**B.  The Role of Technology in Domestic Abuse and Stalking**

27.    Abusers and stalkers seek to establish control over their victims through a deliberate pattern of coercion, manipulation, and surveillance. Technological means, including constant

---

[9] McFarlane, J. M., Campbell, J. C., Wilt, S., Sachs, C. J., Ulrich, Y., & Xu, X. (1999). Stalking and intimate partner femicide. Homicide studies, 3(4), 300-316.
[10] Smith, S. G., Basile, K. C., & Kresnow, M. J. (2022). The national intimate partner and sexual violence survey: 2016/2017 report on stalking—updated release.
[11] Heinrich, A., Würsching, L., & Hollick, M. (2024). Please Unstalk Me: Understanding Stalking with Bluetooth Trackers and Democratizing Anti-Stalking Protection. Proceedings on Privacy Enhancing Technologies.
[12] https://www.actionagainststalking.org/the-impact-of-stalking ("Living with high levels of stress over days, weeks and months can also have an impact on physical health, including disturbed sleep, fatigue, stomach problems, headaches, migraines, poor concentration and other physical symptoms.")

Declaration of Jennifer Golbeck, Ph.D.
Case No.: 3:22-cv-07668-VC

texting, location-based tracking, and unsolicited social media monitoring, allow perpetrators to intrude on every aspect of a victim's life. Financial monitoring and control add an additional level of surveillance and control. Social isolation, too, plays a key role, as abusers work to sever victims' ties to friends, family, and support networks. Together, these methods form a comprehensive strategy of domination that underlies the stalking behaviors.

28.     Perpetrators of intimate partner violence and stalking are generally looking to exert coercion and control over their victims.[13] This is a type of psychological abuse.

29.     Technology allows stalkers to monitor their victims through social media, phones, cars, and other devices like trackers. The ease of this kind of tracking also makes it incredibly common. 80% of stalking victims report being stalked through technology.[14]

30.     Technology-facilitated stalking is not less damaging than offline stalking. Victims of technology facilitated stalking report higher levels of fear and concern for their safety.[15]

31.     Technology-facilitated abuse, so-called "tech abuse," extends the abuser's reach from one requiring physical proximity to something that can happen over distance. Technology, especially smart devices or devices that are interconnected through the internet, can allow surveillance and control from anywhere.[16] Digital surveillance creates an environment that makes physical separation ineffective at protecting a victim from an abuser or stalker.

**C.  The Role of Location Tracking Technology in Stalking and, More Broadly, Abuse**

32.     Stalkers, including but not limited to domestic abusers, often exert power and control over their victims, not just through physical intimidation, but in every aspect of life.

---

[13] Bonetti, C. (2024). Unintended Consequences: The Impact of Apple AirTags on Vulnerable Populations. *Seattle Journal of Technology, Environmental, & Innovation Law*, *15*(1), 1.

[14] Morgan, R.E., & Truman, J.L. (2022). Stalking Victimization, 2019. Washington, DC: US DOJ, Bureau of Justice Statistics, Special Report. https://bjs.ojp.gov/content/pub/pdf/sv19.pdf

[15] Fissel, E. R., Graham, A. K., Butler, L. C., & Fisher, B. S. (2021). Development and Validation of an Intimate Partner Cyber Abuse Measure in an Adult-based Sample. *Social Science Computer Review*.

[16] Slupska, J., & Tanczer, L. M. (2021). Threat modeling intimate partner violence: Tech abuse as a cybersecurity challenge in the internet of things. In *The Emerald international handbook of technology-facilitated violence and abuse* (pp. 663-688). Emerald Publishing Limited.

33.     Location tracking devices, like AirTags, can be used by perpetrators to monitor and control the movements of their victims[17],[18]Abusers can use these tools to overtly track victims, asking them about their location at all times, or they can use them to *covertly* track victims, without their knowledge. [19]

34.     Unwanted location tracking is a "typical" and "widespread" method of stalking.[20] One study showed with 14% of stalking victims reported that they experienced stalking via location tracker device or app.[21] Another study showed 44.28% had been stalked with a Bluetooth tracker[22].

35.     In an interview study with victims, 70% reported their abusers tried to track their location with  GPS trackers, AirTags, or Bluetooth enabled devices like AirPods.[23]

36.     Stalking incidents involving using unwanted tracking with Bluetooth trackers by intimate partners, parents, and criminals have been documented and reported in many news outlets—in at least three cases, this unwanted tracking resulted in the death of the tracked victim.[24]

---

[17] Bonetti, C. (2024). Unintended Consequences: The Impact of Apple AirTags on Vulnerable Populations. *Seattle Journal of Technology, Environmental, & Innovation Law*, *15*(1), 1.

[18] Heinrich, A., Würsching, L., & Hollick, M. (2024). Please Unstalk Me: Understanding Stalking with Bluetooth Trackers and Democratizing Anti-Stalking Protection. *Proceedings on Privacy Enhancing Technologies*.

[19] Heinrich, A., Würsching, L., & Hollick, M. (2024). Please Unstalk Me: Understanding Stalking with Bluetooth Trackers and Democratizing Anti-Stalking Protection. *Proceedings on Privacy Enhancing Technologies*.

[20]Heinrich, A., Würsching, L., & Hollick, M. (2024). Please Unstalk Me: Understanding Stalking with Bluetooth Trackers and Democratizing Anti-Stalking Protection. *Proceedings on Privacy Enhancing Technologies*.

[21] Morgan, R.E., & Truman, J.L. (2022). Stalking Victimization, 2019. Washington, DC: US DOJ, Bureau of Justice Statistics, Special Report. https://bjs.ojp.gov/content/pub/pdf/sv19.pdf

[22] Heinrich, A., Würsching, L., & Hollick, M. (2024). Please Unstalk Me: Understanding Stalking with Bluetooth Trackers and Democratizing Anti-Stalking Protection. *Proceedings on Privacy Enhancing Technologies*.

[23] Stephenson, S., Almansoori, M., Emami-Naeini, P., & Chatterjee, R. (2023). " It's the Equivalent of Feeling Like You're in Jail": Lessons from Firsthand and Secondhand Accounts of IoT-Enabled Intimate Partner Abuse. In *32nd USENIX Security Symposium (USENIX Security 23)* (pp. 105-122).

[24] *Family Believes Akron Mother Was Chased Before Murder*, Ohio News (March 2, 2022) (available     at     https://darik.news/ohio/family-believes-akron-mother-was-chased-before-murder/532936.html); Alexis McAdams, *Apple AirTags, meant to help you track your stuff, have*

Declaration of Jennifer Golbeck, Ph.D.
Case No.: 3:22-cv-07668-VC

37.     Individuals experiencing domestic violence are especially vulnerable to these risks, making it essential to determine how location-enabled tracking devices intersect with abusive behavior and to identify ways in which to mitigate the risks associated with such tracking. [25]

### D. Being Stalked Remains an Ongoing Threat for the Victim

38.     Recidivism is high in stalking. Studies estimate that between one third[26,27] and one half[28,29, 30] of people who stalk once will go on to stalk again.

39.     If a stalker and victim have a prior intimate relationship, the risk of recurrent stalking is higher[31,32]. Persistent stalking is highest among people with a pre-existing relationship.[33]

40.     There is no universal profile for stalkers, and they may be motivated by a host of

*become tools of stalkers and criminals*, Fox News (June 14, 2022) (available at https://www.foxnews.com/tech/apple-airtag-stalking-dangerous-crime); CBS Chicago Team, *Man killed girlfriend after she removed AirTag he'd secretly placed in her car, prosecutors say*, CBS Chicago (July 14, 2023) (available at https://www.cbsnews.com/chicago/news/armoni-henry-charged-murder-jailene-flowers-marianos-evergreen-park/)

[25] Bonetti, C. (2024). Unintended Consequences: The Impact of Apple AirTags on Vulnerable Populations. *Seattle Journal of Technology, Environmental, & Innovation Law*, *15*(1), 1.

[26] Foellmi, M. C., Rosenfeld, B., & Galietta, M. (2016). Assessing risk for recidivism in individuals convicted of stalking offenses: Predictive validity of the Guidelines for Stalking Assessment and Management. *Criminal Justice and Behavior*, *43*, 600–616. https://doi.org/10.1177/0093854815610612

[27] Shea, D., McEwan, T. E., & Ogloff, J. P. E. (2018). The reliability and predictive validity of the Guidelines for Stalking Assessment and Management (SAM). *Psychological Assessment*

[28] Eke, A. W., Hilton, N. Z., Meloy, J. R., Mohandie, K., & Williams, J. (2011). Predictors of recidivism by stalkers: A nine-year follow-up of police contacts. *Behavioral Sciences and the Law*, *29*, 271–283. https://doi.org/10.1002/bsl.975

[29] Mohandie, K., Meloy, J. R., McGowan, M. G., & williams, J. (2006). The RECOn typology of stalking: Reliability and validity based upon a large sample of north American stalkers. *Journal of Forensic Sciences, 51*, 147–155. doi:10.1111/j.1556-4029.2005.00030.x

[30] Rosenfeld, B. (2003). Recidivism in stalking and obsessional harassment. *Law and Human Behavior, 27*, 251–265. doi:10.1023/A:1023479706822

[31] Mohandie, K., Meloy, J. R., McGowan, M. G., & williams, J. (2006). The RECOn typology of stalking: Reliability and validity based upon a large sample of north American stalkers. *Journal of Forensic Sciences, 51*, 147–155. doi:10.1111/j.1556-4029.2005.00030.x

[32] Rosenfeld, B. (2003). Recidivism in stalking and obsessional harassment. *Law and Human Behavior, 27*, 251–265. doi:10.1023/A:1023479706822

[33] McEwan, T. E., Mullen, P. E., & MacKenzie, R. (2009). A study of the predictors of persistence in stalking situations. *Law and human behavior*, *33*, 149-158.

Declaration of Jennifer Golbeck, Ph.D.
Case No.: 3:22-cv-07668-VC

different disorders or aberrant behaviors.  For example, a reported risk factor for both renewed stalking and stalking-related violence is the presence of a personality disorder, and in particular cluster B disorders, such as borderline or antisocial disorders.[34] [35] [36] [37]

   41.    One point of commonality is recognized in the literature, and that is the fact that stalking is a "notoriously persistent behavior."[38]

   42.    Studies of recidivism show that more than 25% of offenders persist in their stalking for more than 1 year.[39] Further, 50% to 60% of offenders who face legal consequences nonetheless reoffend within the first year[40][41]

   43.    Based upon my review of available literature; the complaint in this case; the proposed class definitions provided to me by Class Counsel; and the declarations by the proposed class representatives provided to me by Class Counsel; I believe that the plaintiffs in this case are at an increased risk of continued stalking.  I hold the same opinion about the proposed classes in this case.

---

[34] McEwan, T. E., Mullen, P. E., & MacKenzie, R. D. (2008). A study of the predictors of persistence in stalking situations. Law and Human Behavior, 33, 149-158. doi:10.1007/s10979-008-9141-0

[35] Rosenfeld, B. (2003). Recidivism in stalking and obsessional harassment. Law and Human Behavior, 27, 251-265

[36] Rosenfeld, B. (2004). Violence risk factors in stalking and obsessional harassment: A review and preliminary meta-analysis. Criminal Justice and Behavior, 31, 9-36. doi:10.1177/0093854803259241

[37] Whyte, Petch, Penny, & Reiss, 2008

[38] Foellmi, M. C., Rosenfeld, B., & Galietta, M. (2016). Assessing risk for recidivism in individuals convicted of stalking offenses: Predictive validity of the Guidelines for Stalking Assessment and Management. Criminal Justice and Behavior, 43, 600–616. https://doi.org/10.1177/0093854815610612

[39] McEwan, T. E., Mullen, P. E., & MacKenzie, R. D. (2008). A study of the predictors of persistence in stalking situations. Law and Human Behavior, 33, 149-158. doi:10.1007/s10979-008-9141-0

[40] Mohandie, K., Meloy, R., Green-McGowan, M., & Williams, J. (2006). The RECON typology of stalking: Reliability and validity based upon a large sample of North American stalkers. Journal of Forensic Science, 51, 147-155. doi:10.1111/ j.1556-4029.2005.00030.x

[41] Rosenfeld, B. (2003). Recidivism in stalking and obsessional harassment. Law and Human Behavior, 27, 251-265

Declaration of Jennifer Golbeck, Ph.D.
Case No.: 3:22-cv-07668-VC

**E.  Current and Ongoing Risks Associated with AirTags**

44.    Stalking via AirTag creates real consequences for victims. Victims suffer     higher rates of depression, anxiety, insomnia, and social dysfunction.[42] They have limited options in controlling this kind of monitoring.

45.    The manufacturers of Bluetooth trackers have acknowledged the misuse of their trackers, and the solutions they offer are burdensome and require proactive efforts on the part of the victim to even detect the tracking. [43]

46.    Safety features surrounding Bluetooth trackers tend to focus only on identifying the presence of a tracker.  However, victims whose phones do not detect–or cannot reliably detect–the trackers are left without even this protection. This highlights the need for manufacturers to offer about solutions to *prevent* stalking via Bluetooth tracker in the first place, as opposed to focusing their efforts exclusively on alerting stalking victims to the presence of an unwanted AirTag.[44] As discussed above, knowing that one is being stalked, without more, can lead to significant distress among victims, as demonstrated in the literature.[45] This underscores the need to prevent the stalking in the first place.

47.    This is particularly true because, past being able to detect AirTags, the past and current safeguards available to victims are limited, patchwork, and most critically, do not provide a consistent, intuitive, reliable, or effective way to ensure that the tracking ceases. The experiences of the plaintiffs in this case illustrate this.  One example of this is the experience of Àine O'Neill,

---

[42] Stevens, F., Nurse, J. R., & Arief, B. (2021). Cyber stalking, cyber harassment, and adult mental health: A systematic review. *Cyberpsychology, Behavior, and Social Networking*, *24*(6), 367-376.
[43] Heinrich, A., Würsching, L., & Hollick, M. (2024). Please Unstalk Me: Understanding Stalking with Bluetooth Trackers and Democratizing Anti-Stalking Protection. *Proceedings on Privacy Enhancing Technologies*.
[44]  Heinrich, A., Würsching, L., & Hollick, M. (2024). Please Unstalk Me: Understanding Stalking with Bluetooth Trackers and Democratizing Anti-Stalking Protection. *Proceedings on Privacy Enhancing Technologies*.
[45] https://www.actionagainststalking.org/the-impact-of-stalking ("Living with high levels of stress over days, weeks and months can also have an impact on physical health, including disturbed sleep, fatigue, stomach problems, headaches, migraines, poor concentration and other physical symptoms.")

Declaration of Jennifer Golbeck, Ph.D.
Case No.: 3:22-cv-07668-VC

who received alerts that an unknown AirTag was tracking her, but she was unable to locate the AirTag, or to learn any information about its owner.  Thus, while she was made aware that she was being stalked, she did not have any way to stop the stalking or to identify her abuser.  A review of the complaint shows that something similar happened to multiple other plaintiffs as well. Another illustration of the limitations of merely being able to identify the presence of an AirTag with existing safety features can be found in the experiences of plaintiffs like Vincent Hopkins, who had to dismantle his car in order to gain possession of the AirTag.  Examples like these demonstrate that even when a victim is able to learn that they are being stalked with an AirTag, they still face significant challenges in mitigating the harms associated with being stalked.

48.    Additionally, Apple protects the identity of people deploying AirTags, even in cases of stalking.[46]  This has made it exceedingly difficult for law enforcement to find or punish stalkers who use AirTags to facilitate stalking.[47]

**F.  Methodology and anticipated source material for subsequent testimony and opinion**

49.    In addition to providing this declaration, I have been asked to provide a report that will expand on the contents of this declaration, including but not limited to the increased risk of stalking faced by the plaintiffs in this case as well as the members of the proposed classes.  In doing so, I anticipate relying on scientific literature just as I did in this declaration, and also anticipate reviewing and relying upon documents provided by the parties–both the plaintiffs and Apple–in the litigation.  I also will rely on my subject-matter knowledge.  In providing the report, and in the event that I am called to testify at trial, I also may develop and utilize additional materials, demonstratives or exhibits.

**III.    CONCLUSION**

50.    As shown by evidence/literature/studies cited in this declaration, AirTags are tools that are currently being leveraged by countless stalkers and other individuals with harmful

---

[46] Bonetti, C. (2024). Unintended Consequences: The Impact of Apple AirTags on Vulnerable Populations. *Seattle Journal of Technology, Environmental, & Innovation Law*, *15*(1), 1.
[47] https://www.npr.org/sections/alltechconsidered/2018/01/04/554564010/i-know-where-you-ve-been-digital-spying-and-divorce-in-the-smartphone-age; see also Complaint

Declaration of Jennifer Golbeck, Ph.D.
Case No.: 3:22-cv-07668-VC

intentions.

51.     While all people are at risk of being stalked, including through a location tracker such as an AirTag, people who have actually been stalked are more at risk than those who have not been stalked.

52.     Thus, the individuals who comprise the proposed class are generally more at risk relative to individuals in the general population.

53.     Unless and until more robust solutions are made available, across platforms, devices, and applications and which shift the burden of preventing stalking away from the victim and onto the manufacturers of the devices enabling stalkers, this society-wide problem is almost certain to continue expanding at an alarming rate.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 6, 2025, in   Silver Spring, Maryland         .

Jen Golbeck (Jun 6, 2025 18:34 EDT)

Jennifer Golbeck, Ph.D.

13

# EXHIBIT 1

# Jennifer Golbeck

College of Information Studies (The iSchool)
University of Maryland
College Park, MD 20742, USA
E-mail: jgolbeck@umd.edu
Homepage: http://www.cs.umd.edu/~golbeck/

**Notarization.** I have read the following and certify that it is a current and accurate statement of my professional record, as of May 30, 2023.

**Signature:**

# 1  Personal Information

## 1.A  University Appointments

| | |
|---|---|
| 8/2018–present | Professor, College of Information Studies |
| | Affiliate Professor, Computer Science Department |
| | Affiliate Professor, Merrill School of Journalism |
| | University of Maryland (College Park, Maryland) |
| 8/2013–8/2018 | Associate Professor, College of Information Studies |
| | University of Maryland (College Park, Maryland) |
| 8/2007–8/2013 | Assistant Professor, College of Information Studies |
| | University of Maryland (College Park, Maryland) |

## 1.B  Education

| | |
|---|---|
| 8/2001–5/2005 | University of Maryland (College Park, Maryland) |
| | Doctor of Philosophy in Computer Science |
| 9/1999–6/2001 | University of Chicago (Chicago, Illinois) |
| | Scientiæ Magister in Computer Science |
| 9/1995–6/1999 | University of Chicago (Chicago, Illinois) |
| | Scientiæ Baccalaureus in Computer Science |
| | Artium Baccalaureus in Economics |

## 1.C   Academic Employment Background

6/2005–8/2007          Faculty Research Associate
                       Institute for Advanced Computer Studies
                       Department of Computer Science
                       University of Maryland (College Park, Maryland)

8/2006–12/2006         Adjunct Professor
                       Computer Science Department
                       American University (Washington, DC)

6/2005–9/2006          Research Director
                       Joint Institute for Knowledge Discovery (JIKD)
                       University of Maryland (College Park, Maryland)

8/2001–5/2005          Research Assistant
                       Department of Computer Science
                       University of Maryland (College Park, Maryland)

8/2001–5/2005          Adjunct Lecturer
                       Computer Science Department
                       George Washington University (Washington, DC)

6/2001–5/2003          Adjunct Lecturer
                       Computer Science Department
                       Georgetown University (Washington, DC)

5/2002–8/2002          Adjunct Professor
                       Advanced Physics Lab
                       Johns Hopkins University (Laurel, Maryland)

8/2001–12/2001         Adjunct Lecturer
                       Computer Science Department
                       George Mason University (Fairfax, Virginia)

6/2000–9/2000          Visiting Graduate
                       Mathematics and Computer Science Division
                       Futures Laboratory
                       Argonne National Laboratory (Argonne, Illinois)

6/1999–6/2001          Lecturer
                       Computer Science Department
                       University of Chicago (Chicago, Illinois)

# 2 Research, Scholarly, and Creative Activities

- In all references, my name is in **bold**.

- Unless otherwise indicated, the first author is the lead author.

- Underlined names indicate students with whom I collaborated—this includes students for whom I am/was the (co-)advisor and other students where the collaboration was limited to specific projects.

- For work in which a student took the lead, it is customary for the student to be first author, followed by faculty who have played an advisory or mentoring role, followed by other individuals who have contributed. In cases where a student is listed as the first author, a wavy underline indicates colleagues with whom I shared this advisory or mentoring role (to the extent of my knowledge).

- References marked with $^{\alpha}$ indicate that authors are listed in alphabetical order, or that all co-authors contributed equally.

## 2.A  Books

### 2.A.i  Books Authored

B1. **Jennifer Golbeck and Stacey Colino**. November 2023 The Purest Bond: Understanding the Human-Canine Connection. Simon & Schuster

B2. **Jennifer Golbeck**. January 2015. Introduction to Social Media Investigation: A Hands On Approach. Syngress.

B3. **Jennifer Golbeck**. 2013. Analyzing the Social Web. Burlington, MA: Morgan Kaufmann.

B4. **Jennifer Golbeck**. 2008. Trust on the World Wide Web: A Survey. Hanover, MA: Now Publishers Inc.

B5. **Jennifer Golbeck**. 2005. Art Theory for Web Design. Boston, MA: Addison–Wesley.

### 2.A.ii  Books Edited

B6. **Jennifer Golbeck (ed)**. 2018. Online Harassment, London, UK: Springer.

B7. **Jennifer Golbeck (ed)**. 2008. Computing with Social Trust, London, UK: Springer.

B8. K. Aberer, K.-S.Choi, N. Noy, D. Allemang, K.-I. Lee, L. Nixon, **Jennifer Golbeck**, P. Mika, D. Maynard, R. Mizoguchi, G. Schreiber, P. Cudré -Mauroux(Eds.) The Semantic Web – 6th International Semantic Web Conference, 2nd Asian Semantic Web Conference (proceedings), Lecture Notes in Computer Science, Vol. 4825, November 2007.

### 2.A.iii  Chapters in Books

BC1. **Jennifer Golbeck**. 2017. "Social Networking" in Wiley Handbook of Human-Computer Interaction, Kent Norman (ed.). Sterling.

3

BC2. **Jennifer Golbeck**. 2015. "The Force of Relationships: Tie Strength in Star Wars" in Star Wars Psychology: Dark Side of the Mind, Travis Langley (ed.). Sterling.

BC3. **Jennifer Golbeck**. 2015. "Who Needs an Untrustworthy Doctor? Maslow's Hierarchy of Needs" in The Walking Dead Psychology: Psych of the Living Dead, Travis Langley (ed.). Sterling.

BC4. Ziegler, Cai-Nicolas, and **Jennifer Golbeck**. "Models for Trust Inference in Social Networks." Propagation Phenomena in Real World Networks. Springer International Publishing, 2015. 53-89.

BC5. **Jennifer Golbeck**, Ugur Kuter. 2008. "The Ripple Effect: Change in Trust and Its Impact over a Social Network" in Computing with Social Trust. **Jennifer Golbeck** (ed.). Springer.

BC6. **Jennifer Golbeck**, Aaron Mannes, James Hendler, 2006. "Semantic Web Technologies for Terrorist Network Analysis," in Emergent Information Technologies and Enabling Policies for Counter Terrorism. Robert Popp and John Yen (eds). Wiley-IEEE Press.

BC7. **Jennifer Golbeck** and Paul Mutton, 2005. "Spring-embedded Graph Visualizations of Semantic Metadata and Ontologies," in Visualizing the Semantic Web, 2nd Ed, Vladimir Geroimenko, Chaomei Chen (eds.). Springer Verlag.

BC8. **Jennifer Golbeck**, 2004. "IRC with ChatZilla" in Paul Mutton, IRC Hacks, 2004. O'Reilly Associates: Cambridge, MA.

BC9. **Jennifer Golbeck**, 2004. "IRC in Mac OS X" in Paul Mutton, IRC Hacks, 2004. O'Reilly Associates: Cambridge, MA.

BC10. **Jennifer Golbeck**, 2004. "Getting Friendly with FOAFBot" in Paul Mutton, IRC Hacks, 2004. O'Reilly Associates: Cambridge, MA.

BC11. **Jennifer Golbeck**, 2004. "Interrogate Trust Networks with TrustBot" in Paul Mutton, IRC Hacks, 2004. O'Reilly Associates: Cambridge, MA.

BC12. **Jennifer Golbeck**, 2004. "Check the Weather" in Paul Mutton, IRC Hacks, 2004. O'Reilly Associates: Cambridge, MA.

BC13. **Jennifer Golbeck**, 2004. "Convert Currency" in Paul Mutton, IRC Hacks, 2004. O'Reilly Associates: Cambridge, MA.

BC14. **Jennifer Golbeck**, 2004. "Don't Get Lost in Translation" in Paul Mutton, IRC Hacks, 2004. O'Reilly Associates: Cambridge, MA.

BC15. **Jennifer Golbeck**, 2004. "IRC: Chatrooms for Hackers" in Rael Dornfest and James Duncan Davidson, OS X Panther Hacks, 2004. O'Reilly Associates: Cambridge, MA.

BC16. **Jennifer Golbeck**, Amy Alford, Ron Alford, James Hendler, 2004. "Organization and Structure of Information using Semantic Web Technologies," in Handbook of Human Factors in Web Design, Robert W. Proctor and Kim-Phuong L. Vu (eds.). Lawrence Erlbaum Associates, NJ.

## 2.B   Articles in Refereed Journals[1]

J1. **Jennifer Golbeck**. Photo aesthetics as a factor in trust and interest assessments. *First Monday*, May, 2023

J2. Dritjon Gruda, Dimitra Karanatsiou, Paul Hanges, **Jennifer Golbeck**, and Athena Vakali. Dont go chasing narcissists: A relational-based and multiverse perspective on leader narcissism and follower engagement using a machine learning approach. *Personality and Social Psychology Bulletin*, page 01461672221094976, 2022

J3. Dritjon Gruda, Dimitra Karanatsiou, Kanishka Mendhekar, **Jennifer Golbeck**, and Athena Vakali. I alone can fix it: Examining interactions between narcissistic leaders and anxious followers on twitter using a machine learning approach. *Journal of the Association for Information Science and Technology*, 72(11):1323–1336, 2021

J4. Shawn Bailey, Yue Zhang, Arti Ramesh, **Jennifer Golbeck**, and Lise Getoor. A structured and linguistic approach to understanding recovery and relapse in aa. *ACM Transactions on the Web (TWEB)*, 15(1):1–35, 2020

J5. **Jennifer Golbeck**. Optimizing for engagement can be harmful. There are alternatives *IEEE Intelligent Systems*. 35 (4), 117-118    6.744

J6. **Jennifer Golbeck**. Benford's Law Can Detect Malicious Social Bots. *First Monday*, August, 2019.    1.47

J7. **Jennifer Golbeck**, <u>Brooke Auxier</u>, <u>Abigail Bickford</u>, <u>Lautaro Cabrera</u>, <u>Meaghan Conte McHugh</u>, <u>Stephani Moore</u>, <u>Jacquelyn de la Torre</u>, <u>Justin Resti</u>, <u>Anthony Rogers</u>, <u>Jenna Zimmerman</u>. Congressional Twitter Use Revisited on the Platforms 10-Year Anniversary. *Journal of the Association for Information Science and Technology  (2018)*.    2.230

J8. **Golbeck, Jennifer**. "Data We TrustBut What Data?." *Reference & User Services Quarterly* 57.3 (2018): 196-199.    0.65

J9. **Jennifer Golbeck, Summer Ash, Nicole Cabrera**. Hashtags as Online Communities with Social Support: A Study of Anti-Sexism-in-Science Hashtag Movements. *First Monday*, September, 2017.    1.47

J10. **Jennifer Golbeck**, <u>Jeff Gerhard</u>, <u>Farrah O'Colman</u>, <u>Ryan O'Colman</u>. Scaling Up Integrated Structural and Content-Based Network Analysis. *Information Systems Frontiers (2017)*.    1.450

J11. **Jennifer Golbeck**. Predicting Personality from Social Media Text. *AIS Transactions on Replication Research  2.1 (2016): 2.*

J12. **Jennifer Golbeck**, Carman Neustaedter. Environmental Factors Affecting Where People Geocache. *Future Internet,  8(2), 9. 2016.*    0.789

J13. **Jennifer Golbeck**, <u>Matthew Louis Mauriello</u>. User Perception of Facebook App Data Access: A Comparison of Methods and Privacy Concerns. *Future Internet, 8(2), 9. 2016.*    0.789

---

[1] The right column indicates ISI Impact factors of the journal in the year of publication, or most recently available impact factor otherwise. Missing values indicate that the impact factor is not available.

J14. **Jennifer Golbeck**. Negativity and Anti-Social Attention Seeking Among Narcissists on Twitter: A Linguistic Analysis. *First Monday*, March, 2016.  1.47

J15. Buntain, Cody, and **Jennifer Golbeck**. Trust transfer between contexts. *Journal of Trust Management* 2.1 (2015): 1-16.

J16. **Jennifer Golbeck**. Benford's Law Applies to Online Social Networks. *PLOS ONE* 10(8). 2015.  3.752

J17. Irene Eleta and **Jennifer Golbeck**. Multilingual Use of Twitter: Social Networks at the Language Frontier. *Computers in Human Behavior*. December 2014  2.489

J18. **Jennifer Golbeck** and Derek Hansen. A Method for Computing Political Preference Among Twitter Followers. *Social Networks*. 36: 20 pages, 2014.  4.059

J19. Rebecca LaPlante, Judith Klavans, **Jennifer Golbeck**. Subject Matter Categorization of Tags Applied to Digital Images from Art Museums *Journal of the American Society for Information Science and Technology*. 23 pages, 2014.  2.137

J20. Awalin Sopan, Manuel Freire, Meirav Taieb-Maimon, Catherine Plaisant, **Jennifer Golbeck**, and Ben Shneiderman. Exploring Data Distributions: Visual Design and Evaluation *International Journal of Human-Computer Interaction*, 29(2), 27 pages, 2013  0.943

J21. **Jennifer Golbeck**, Jes Koepfler, Beth Emmerling. An Experimental Study of Social Tagging Behavior and Image Content. *Journal of the American Society for Information Science and Technology*, 62(9): 1750–1760, 2011.  2.137

J22. **Jennifer Golbeck**. The more people I meet, the more I like my dog: A study of pet-oriented social networks on the Web. *First Monday*, 16(2): 12 pages. 2011  2.52

J23. Xie, B., Watkins, I., **Golbeck, J.**, & Huang, M. Understanding and changing older adults' perceptions and learning of social media. *Educational Gerontology*, (38)4: 282–296, 2011.  0.550

J24. Ugur Kuter and **Jennifer Golbeck**.$^{\alpha}$ Using Probabilistic Confidence Models for Trust Inference in Web-Based Social Networks. *ACM Transactions on Internet Technology*, 10, 2, Article 8 (June 2010), 23 pages, 2010.  2.080

J25. **Jennifer Golbeck**, Justin Grimes, Anthony Rogers Twitter Use by the US Congress. *Journal of the American Society for Information Science and Technology*, 61(8): 1612–162, 2010.  2.137

J26. P. T. Jaeger, **J. Golbeck**, A. Druin, K. R. Fleischmann. The First Workshop on the Future of iSchool Doctoral Education: Issues, Challenges, and Aspirations. *Journal of Education for Library and Information Science*, 51(3):201–208, 2010.

J27. Druin, A. Jaeger, P.T., **Jennifer Golbeck.**, Fleischmann, K. R., Lin, J. Qu, Y., Wang, P. & Xie, B.. The Maryland Modular Method: An Approach to Doctoral Education in Information Studies. *Journal of Education in Library and Information Science (JELIS)*, 50(4), 293-301, 2010.

J28. **Jennifer Golbeck** and Christian Halaschek-Wiener. Trust-Based Revision for Expressive Web Syndication. *Journal of Logic and Computation*. 19, 5 (October 2009), 771-790.  0.821

J29. **Jennifer Golbeck**. Trust and Nuanced Profile Similarity in Online Social Networks. *ACM Transactions on the Web*, 3, 4, Article 12, 33 pages, 2009.  2.810

6

J30. **Jennifer Golbeck**. 2008. Weaving a Web of Trust. *Science* 19 September 2008: 1640– 1641. 29.78

J31. James Hendler, **Jennifer Golbeck**. Metcalfe's Law Applies to Web 2.0 and the Semantic Web. *Journal of Web Semantics.* 6(1): 14–20, 2008. 3.410

J32. **Jennifer Golbeck**. The Dynamics of Web-based Social Networks: Membership, Relationships, and Change. *First Monday*, 12(11): 1-33, 2007. 0.91

J33. **Jennifer Golbeck**, James Hendler. A Semantic Web and Trust Approach to the Provenance Challenge. *Concurrency and Computation: Practice and Experience*, 20(5): 431–439, 2007. 0.535

J34. L. Moreau, B. Ludascher, I. Altintas, R. S. Barga, S. Bowers, S. Callahan, G. Chin Jr., B. Clifford, S. Cohen, S. Cohen-Boulakia, S. Davidson, E. Deelman, L. Digiampietri, I. Foster, J. Freire, J. Frew, J. Futrelle, T. Gibson, Y. Gil, C. Goble, **J. Golbeck**, P. Groth, D. A. Holland, S. Jiang, J. Kim, D. Koop, A. Krenek, T. McPhillips, G. Mehta, S. Miles, D. Metzger, S. Munroe, J. Myers, B. Plale, N. Podhorszki, V. Ratnakar, E. Santos, C. Scheidegger, K. Schuchardt, M. Seltzer, Y. L. Simmhan, C. Silva, P. Slaughter, E. Stephan, R. Stevens, D. Turi, H. Vo, M. Wilde, J. Zhao, and Y. Zhao. The First Provenance Challenge. *Concurrency and Computation: Practice and Experience*, 20(5): 409–418, 2007. 0.535

J35. Cai-Nicolas Ziegler, **Jennifer Golbeck**. Investigating Interactions of Trust and Interest Similarity. *Decision Support Systems*, 43(2): 460–475, 2006. 1.190

J36. Richard J. Williams, Neo Martinez, **Jennifer Golbeck**. Ontologies for Ecoinformatics, *Journal of Web Semantics*, 4(4): 237–242, 2006. 3.410

J37. **Jennifer Golbeck**, James Hendler. Inferring Trust Relationships in Web-Based Social Networks, *ACM Transactions on Internet Technology*, 6(4): 497–529, 2006. 0.893

J38. **Jennifer Golbeck**, Bijan Parsia. Trust network-based filtering of aggregated claims. *International Journal of Metadata, Semantics, and Ontologies*, 1(1); 58–65, 2005.

J39. **Jennifer Golbeck**. Semantic Social Networks for Email Filtering: A Prototype and Analysis, *AIS SIGSEMIS Bulletin*, Vol. 2, Issue (3&4) 2005: 36–40, 2005.

J40. Frank W Hartel, Sherri de Coronado, Robert Dionne, Gilberto Fragoso, **Jennifer Golbeck**. Modeling a Description Logic Vocabulary for Cancer Research. *Journal of Biomedical Informatics*, 38(2): 114–129, 2005. 1.792

J41. P. Domingos, **J. Golbeck**, P. Mika, A. Nowak. Trends & Controversies: Social Networks and Intelligent Systems. *IEEE Intelligent Systems*, 20(1): 80 – 93, 2005. 1.438

J42. Staab, Steffen, Pedro Domingos, P. Mika, **Jennifer Golbeck**, Li Ding, Tim Finin, Anupam Joshi, Andrzej Nowak, and Robin R. Vallacher. Social networks applied. *IEEE Intelligent Systems,* page 80-93, 2005.

J43. Aditya Kalyanpur, **Jennifer Golbeck**, Jay Banerjee, James Hendler. OWL: Capturing semantic information using a standardized web ontology language. *Multilingual Computing & Technology*, 15(7): 8 pages, 2004.

J44. Leslie E. Chipman, Benjamin B. Bederson, **Jennifer Golbeck**. SlideBar: Analysis of a linear input device. *Behaviour and Information Technology*, 23(1): 1–9, 2004. 1.028

J45. **Jennifer Golbeck**, Gilberto Fragoso, Frank Hartel, Jim Hendler, Jim Oberthaler, Bijan Parsia. The National Cancer Institute's Thesaurus and Ontology. *Journal of Web Semantics*, 1(1): 75–80, 2004. 3.410

## 2.C   Monographs, Reports, and Extension Publications

R1. Aditya Kalyanpur, James Hendler, Bijan Parsia, **Jennifer Golbeck**.   SMORE-semantic markup, ontology, and RDF editor. 2006.

R2. **Jennifer Golbeck**.   Computing and Applying Trust in Web-based Social Networks, Ph.D. Thesis, University of Maryland, College Park, 2005.

R3. **Jennifer Golbeck**. Genetic Algorithms for Strategic Optimization. Master's Thesis, University of Chicago, 2001.

## 2.D   Book Reviews, Other Articles, and Notes

O1. "Digital Spaces and Their Perils'
Science, September 2022

O2. "Off the Edge: Flat Earthers, Conspiracy Culture, and Why People Will Believe Anything"
Science, February 2022

O3. "Breaking the Social Media Prism: How to Make Our Platforms Less Polarizing"
Science, April 2021

O4. "In real life: a Review of Laurence Scott's The Four-Dimensional Human Ways of Being in the Digital World"
Science, August 12, 2016

O5. "Data Meets Design: a Review of Judith Donath's The Social Machine"
Science, January 15, 2015

O6. "The Live-Tweeted Prostitution Sting Was a Total Bust, and Not in a Good Way"
Slate, May 7, 2014

O7. "What a Toilet Hoax Can Tell Us About the Future of Surveillance, on The Atlantic"
The Atlantic, April 29, 2014

O8. "Google Tweaked How It Displays Search Results. Here's How to Change It Back"
Slate, March 14, 2014 Slate, January 1, 2014

O9. "Beacon, ShopKick: Privacy Policies for location-tracking apps aren't clear enough"
Slate January 28, 2014

O10. "Facebook Cleansing: How to delete all of your account activity"
Slate, January 1, 2014

O11. "Facebook self-censorship: What happens to the posts you don't publish"
Slate, December 13, 2013

O12. "Lovely Spam! Wonderful Spam! (book review of Spam A Shadow History of the Internet)"
Science: Vol. 340 no. 6137 p. 1171, 7 June 2013

## 2.E   Talks, Abstracts, and Other Professional Papers Presented

### 2.E.i   Invited Talks: Keynote (and Similar) Addresses

#### 2.E.i.1   Academic Keynotes

T1.  "Personal Data, Privacy, and the (Semantic) Web"
International Semantic Web Conference (ISWC)
Monterey, California (November 2018)

T2.  "User Behavior and Intelligent Insights"
ACM Conference on Intelligent User Interfaces (IUI)
Tokyo, Japan (March 2018)

T3.  "Personalization, Privacy, and Peril?"
International Conference on Social Informatics
Oxford, UK (September 13, 2017)

T4.  "Ill be watching you: policing the line between personalization and privacy"
Alan Turing Institute
London, UK (September 12, 2017)

T5.  "Foretold Futures from Digital Footprints: Artificial Intelligence, Behavior Prediction, and Privacy"
ACM Conference on User Modeling, Adaptation and Personalization
Bratislava, Slovakia (July 12, 2017)

T6.  "The Psychological Science of Web Harassment"
9th International ACM Web Science Conference
Troy, NY (June 27, 2017)

T7.  "Trust and Social Media"
AAAI 2013 Fall Symposium Series
Arlington, VA (November 15-17, 2013)

T8.  "User Profiling: a two-sided argument"
Conference on Social Computing and Its Applications
Karlsruhe, Germany (October 2, 2013)

T9.  "Computing with Social Trust: Web Algorithms, Social Networks, and Recommendations"
Haverford College Distinguished Visitors Program, and Fantastic Lectures in Computer Science Series
Haverford, Pennsylvania (March 17, 2009)

T10.  "Social Recommender Systems"
SONIC and NICO Lecture Series, Northwestern University
Evanston, Illinois (November 12, 2008)

T11.  "The Dynamics of Web-based Social Networks: Membership, Relationships, and Change"
International Sunbelt Social Networking Conference (Sunbelt XXVIII)
St. Pete, Florida (January 22, 2008)

T12.  "Social Networks, the Semantic Web, and the Future of Online Scientific Collaboration"
      FermiLab Colloquium Lecture
      Batavia, Illinois (October 25 2006)

T13.  "Trust and Web Policy Systems"
      Second International Workshop on the Value of Security through Collaboration
      Baltimore, Maryland (September 1, 2006)

### 2.E.i.2    Non-Academic Keynotes

T14.  Baltimore Sun's Women to Watch, Baltimore, MD (October 2022)

T15.  National Association of Corporate Directors, Washington, DC (October 2022)

T16.  LL Global, Orlando, FL (June 2022)

T17.  Customer Strategy Alliance, virtual (May 2022)

T18.  Worcester Economic Club, Worcester, MA (March 2022)

T19.  TEDxMarin, virtual (September 2021)

T20.  TEDxYouth, Austin, TX (February 8, 2020)

T21.  Texas REALTORS Winter Meeting, Austin, TX (February 7, 2020)

T22.  National Association of Independent Life Brokerage Agencies Annual Conference, Gaylord,
      TX (November 8, 2019)

T23.  Deloitte TMT Industry Forum  Phoenix, AZ (October 14, 2019)

T24.  SPEAENCE f/s/t EDAILY, Seoul, South Korea (October 10, 2019)

T25.  CIBC Wood Gundy Eastern Institutional Investor Conference, Montreal,Quebec (September
      25, 2019)

T26.  Florida Realtor Annual Convention, Orlando, FL (August 22, 2019)

T27.  2019 Odessa Event, Philadelphia, PA (August 13, 2019)

T28.  National Association of Realtors Real Estate Broker Event, Portland, OR (June 27, 2019)

T29.  American Society of Association Executives Marketing, Membership & Communications Con-
      ference, Washington, DC (June 07, 2019)

T30.  Big Ten Plus , College Park, MD (June 18, 2019)

T31.  CIBC Wood Gundy 2019 Presidents Council Conference, Boston, MA (May 27, 2019)

T32.  J.P. Morgan Chase CTC Academy LIVE, Jersey City, NJ (May 23, 2019)

T33.  Fidelity Benefits Symposium, Scottsdale, AZ (May 21, 2019)

T34.  Girls E-Mentorship Innovation, Toronto, Ontario (May 7, 2019)

T35.  J.P. Morgan Chase CTC Academy LIVE, Wilmington, Delaware (May 2, 2019)

T36.  American Association of Colleges of Osteopathic Medicine Annual Meeting, Washington, DC (April 12, 2019)

T37.  J.P. Morgan Chase CTC Academy LIVE, Houston, TX (April 10, 2019)

T38.  National Association of Realtors 2019 REALTORS Broker Summit, Austin, TX (April 3, 2019)

T39.  J.P. Morgan Chase CTC Academy LIVE, Columbus, OH (March 21, 2019)

T40.  CGI Group Momentum Day, Arlington, VA (December 12, 2018)

T41.  John Hancock Financial , Boston, MA (November 15, 2018)

T42.  National Association of Personal Financial Advisors (NAPFA) , Philadelphia, PA (October 16, 2018)

T43.  J.P. Morgan Chase CTC Academy LIVE, New York, NY (September 27, 2018)

T44.  Morgan Stanley, New York, NY (September 26, 2018)

T45.  Association of Washington Business Policy Summit, Seattle, WA (September 19, 2018)

T46.  Financial Industry Regulatory Authority (FINRA), Rockville, MD (September 12, 2018)

T47.  National Association of REALTORS Broker's Edge, Hollywood, FL (August 28, 2018)

T48.  Raddon CEO Forum, Newport Coast, CA (August 7, 2018)

T49.  J.P. Morgan Chase CTC Academy LIVE, Tampa, FL (July 18, 2018)

T50.  FSI Forum, Las Vegas, NV (June 19, 2018)

T51.  Deloitte TMT Event 2018, San Carlos, CA (May 28, 2018)

T52.  T. Rowe Price Forum, Amelia Island, FL (May 8-9, 2018)

T53.  LESI 2018 Annual Conference, San Diego, CA (May 1, 2018)

T54.  Institutional Investor Conferences, Chicago, IL (April 18, 2018)

T55.  AAA/CAA Eastern Conference, Palm Beach, FL (March 26, 2018)

T56.  CASE Drive Conference, Bellevue, WA (February 27, 2018)

T57.  Cetera Premier Client Division Meeting, Dallas, TX (November 9, 2017)

T58.  Raddon Research Conference, Chicago, IL (November 6, 2017)

T59.  21st Annual Healthcare Internet Conference, Austin, TX (October 24, 2017)

T60.  Wisconsin Governor's Cyber Security Summit, Madison, WI (October 16, 2017)

T61.  Campus Technology Conference, Chicago, IL (July 18, 2017)

T62.  Florida Public Pension Trustee Conference, Orlando, FL (June 28, 2017)

T63. Financial Technology Forum, Chicago, IL (June 15, 2017)

T64. National Association of Insurance Commissioners Conference, Kansas City, MO (May 24, 2017)

T65. FedEx Security Awareness Meeting, Grapevine, TX (April 18, 2017)

T66. Association of Home Office Underwriters Annual Meeting, San Diego, CA (April 3, 2017)

T67. Wisconsin Governor's Conference on Tourism (Keynote), Milwaukee, WI (March 15, 2017)

T68. Meeting Professionals International Conference (Keynote), Washington, DC (February 23, 2017)

T69. Virginia Foundation for the Humanities edUi Conference, Charlottesville, VA (October 27, 2016)

T70. Association for Financial Professionals Conference (Keynote), Orlando, FL (October 24, 2016)

T71. State Library Resource Center Conference, Baltimore, MD (October 19, 2016)

T72. Food Marketing Institute (Keynote), Tucson, AZ (March 16, 2016)

T73. FedEx Cybersecurity Month (Keynote), Memphis, TN (October 4, 2016)

T74. ZS Commercial Operations, Analytics & Technology Leadership Summit (Keynote), Philadelphia, PA (September 29, 2016)

T75. Northrop Grumman Leadership of the Communications Organization, Washington, DC (June 17, 2016)

T76. ISC2 SecureGov Conference (Keynote), Washington, DC (May 19, 2016)

T77. ICI Mutual Insurance 2016 Annual Risk Management Confernece, New Orleans, LA (April 7, 2016)

T78. Alliance for Continuing Education in the Health Professions Annual Conference, Dallas, TX (January 14, 2015)

T79. Choice Hotels Owners Council (Keynote), Orlando, FL (February 4, 2016)

T80. Maryland Association of Public Library Administrators Annual Meeting (Keynote), Ellicott City, MD (January 28, 2016)

T81. HIMSS Privacy Forum (Keynote), Boston, MA (December 1, 2015)

T82. Learning 2015 (Keynote), Orlando, FL (November 2, 2015)

T83. Time Warner Security Summit (Keynote), Santa Monica, CA (September 10, 2015)

T84. Talent Acquisition Program Management Conference (Keynote), Reston, VA (August 19, 2015)

T85. Ingram Micro Vantage Denver (Keynote), Denver, CO (August 18, 2015)

T86. Association of Executive Search Consultants (Keynote), New York, NY (April 15, 2015)

T87. Ingram Micro Vantage Kansas City, Kansas City, MO (February 16, 2015)

T88. Alliance for Continuing Education in the Health Professions (Keynote), Dallas, TX (January 14, 2014)

T89. University Professional and Continuing Education Association (Keynote), Atlanta, GA (November 11, 2014)

T90. Baltimore Data Day, Federal Reserve Bank of Richmond (Keynote), Baltimore, MD (July 11, 2013)

T91. Data Science DC, Washington, DC (March 28, 2013)

### 2.E.ii    Refereed conference proceedings

### 2.E.ii.1    Papers at Top-Tier Conferences [1]

C1. Auxier, Brooke, Cody Buntain, Paul Jaeger, **Jennifer Golbeck**, Hernisa Kacorri. "#HandsOffMyADA: A Twitter Response to the ADA Education and Reform Act." *Proceedings of the 2019 CHI Conference on Human Factors in Computing Systems.* ACM, 2019.

C2. **Jennifer Golbeck** and Cody Buntain. "This Paper Is About Lexical Propagation on Twitter. H*ckin smart. 12/10. Would accept!". *Proceedings of Advances in Social Network Analysis and Mining (ASONAM 2018).* Barcelona, Spain.

C3. Yue Zhang, Arti Ramesh, **Jennifer Golbeck**, Dhanya Sridhar and Lise Getoor. "A Structured Approach to Understanding Recovery and Relapse in AA". *Proceedings of The Web Conference (WWW2018).* Lyon, France.

C4. Cody Buntain, McGrath, E., **Golbeck, J**., and LaFree, G. Comparing Social Media and Traditional Surveys around the Boston Marathon Bombing. *#Microposts* (pp. 34-41), 2016

C5. Peixin Gao, Hui Mao, John S. Baras, **Jennifer Golbeck** "STAR: Semiring Trust Inference for Trust-Aware Social Recommenders" Proceedings of the ACM Conference on Recommender Systems (RecSys 2016), 10 pages, Boston, MA

C6. Kan-Leung Cheng and I Zuckerman and D Nau, and **J Golbeck** "Predicting Agents' Behavior by Measuring their Social Preferences." Proceedings on the European Conference on Artificial Intelligence. 2014, 10 pages, Prague, Czechia.

C7. Tammar Shrot, Avi Rosenfeld, **Jennifer Golbeck**, Sarit Kraus. Timing Interruptions to Improve User Performance. In *Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI'14).* 10 pages. April 2014, Toronto, Canada.    23%

C8. **Jennifer Golbeck**, Eric Norris. Personality, Movie Preferences, and Recommendations. In Proceedings of the International Conference on Advances in Social Network Analysis and Mining, 4 pages. August 2013, Niagra Falls, Canada.    15%

C9. Bert Huang, Angelika Kimmig and Lise Getoor and **Jennifer Golbeck**. Flexible Framework for Probabilistic Models of Social Trust. In *2013 Conference on Social Computing, Behavioral Modeling and Prediction,* 9 pages. April 2013, College Park, MD    31%

---

[1]Conferences with highly-selective acceptance rates and/or top reputations in their field.

C10. Carman Neustaedter and **Jennifer Golbeck**. Exploring pet video chat: the remote awareness and interaction needs of families with dogs and cats. In *Proceedings of Computer Supported Cooperative Work (CSCW'13), 2013*, 6 pages. February 2013, San Antonio, TX

C11. **Jennifer Golbeck.** The Twitter Mute Button: A Web Filtering Challenge. *In Proceedings of the 30th International Conference on Human Factors in Computing Systems (CHI '12)*, pages 2755–2758. May 2012, Austin, TX.    23%

C12. Irene Eleta and **Jennifer Golbeck.** A Study of Multilingual Social Tagging of Art Images: Cultural Bridges and Diversity. *In Proceedings of Computer Supported Cooperative Work (CSCW'12)*, pages 695–704. February 2012, Seattle, Washington    40%

C13. Cheng, K.L., Zuckerman, I., Nau, D., and **Golbeck, J.** The Life Game: Cognitive Strategies for Repeated Stochastic Games. In *IEEE Third International Conference on and 2011 IEEE Third International Conference on Social Computing (SocialCom)*, pages 495-102. October 2011, Boston, Massachusetts.    10%

C14. Nicholas Violi, **Jennifer Golbeck**, Kan-leung Cheng, and Ugur Kuter. Caretaker: A Social Game for Studying Trust Dynamics. In *IEEE Third International Conference on and 2011 IEEE Third International Conference on Social Computing (SocialCom)*, pages 451–456. October 2011, Boston, Massachusetts.    10%

C15. **J. Golbeck**, C. Robles, M. Edmondson, and K. Turner. Predicting personality from twitter. In *IEEE Third International Conference on and 2011 IEEE Third International Conference on Social Computing (SocialCom)*, pages 149–156. October 2011, Boston, Massachusetts.    10%

C16. K.L. Cheng, U. Kuter, and **J. Golbeck**. Coevolving strategies in social-elimination games. In *IEEE Third International Conference on and 2011 IEEE Third International Conference on Social Computing (SocialCom)*, pages 118–126. October 2011, Boston, Massachusetts.    10%

C17. Thomas Dubois, **Jennifer Golbeck**, and Aravind Srinivasan. Network Clustering Approximation Algorithm Using One Pass Black Box Sampling. In *Third IEEE International Conference on Social Computing (SocialCom)*, pages 418–424. October 2011, Boston, Massachusetts. (Best Paper Award).    10%

C18. Thomas Dubois, **Jennifer Golbeck**, and Aravind Srinivasan. Predicting Trust and Distrust in Social Networks. In *Third IEEE International Conference on Social Computing (SocialCom)*, pages 418–424. October 2011, Boston, Massachusetts.    10%

C19. **Jennifer Golbeck** and Derek Hansen. Computing Political Preference Among Twitter Followers. *In Proceedings of the 29th International Conference on Human Factors in Computing Systems (CHI '11)*, pages 1105–1108. April 2011, Vancouver, Canada.    23%

C20. Greg Walsh and **Jennifer Golbeck** Curator: a game with a purpose for collection recommendation. *In Proceedings of the 28th international Conference on Human Factors in Computing Systems (CHI '10)*, pages 2079–2082. April 2010, Atlanta, Georgia.    22%

C21. Freire, M., Plaisant, C., Shneiderman, B., and **Golbeck, J.** ManyNets: an interface for multiple network analysis and visualization. *In Proceedings of the 28th international Conference on Human Factors in Computing Systems (CHI '10)*, pages 213–222. Atlanta, Georgia, USA, April 10–15, 2010.    22%

C22. Ugur Kuter, **Jennifer Golbeck**$^{\alpha}$. Semantic Web Service Composition in Social Environments. *Proceedings of the International Semantic Web Conference (ISWC'09)*, pages 344–358. November 2009, Washington, D.C. (Best Paper Award)    20%

14

C23. <u>Thomas DuBois</u>, **Jennifer Golbeck**, <u>Aravind Srinivasan</u>. Rigorous Probabilistic Trust Inference with applications to clustering. *Proceedings of the IEEE/WIC/ACM International Conference on Web Intelligence,* pages 655–658. September 2009, Milan Italy.    18%

C24. Derek Hansen, **Jennifer Golbeck**. Mixing it Up: Recommending Collections of Items. *Proceedings of the Conference on Human Factors in Computing Systems (CHI'09)*, pages 1217–1226. April 2009, Boston, Massachusetts.    24.5%

C25. **Jennifer Golbeck**, <u>Matthew Rothstein</u>. Linking Social Networks on the Web with FOAF: A Semantic Web Case Study. *Proceedings of the Twenty-Third National Conference on Artificial Intelligence (AAAI-08)*, pages 1138–1143. July 2008, Chicago, Illinois.    24%

C26. Ugur Kuter and **Jennifer Golbeck**[α]. SUNNY: A New Algorithm for Trust Inference in Social Networks, using Probabilistic Confidence Models. *Proceedings of the Twenty-Second National Conference on Artificial Intelligence (AAAI-07)*, pages 1377–1382. July 2007, Vancouver, Canada.    27%

C27. <u>Yarden Katz</u> and **Jennifer Golbeck**. Social Network-based Trust in Prioritized Default Logic. *Proceedings of The Twenty-First National Conference on Artificial Intelligence (AAAI-06)*, pages 1345–1350. July 2006, Boston, Massachusetts.    30%

C28. **Jennifer Golbeck**, James Hendler. Inferring reputation on the semantic web. *Proceedings of the 13th International World Wide Web Conference*, 8 pages. May 2004. New York, NY.    14.6%

C29. **Jennifer Golbeck**, Michael Grove, Bijan Parsia, Aditya Kalyanpur, and James Hendler. New Tools for the Semantic Web, *Proceedings of the 13th International Conference on Knowledge Engineering and Knowledge Management (EKAW 2002)*, pages 392–400. October 2002, Siguenza, Spain.    34%

### 2.E.ii.2    Papers at Other Conferences

C30. Dritjon Gruda, Dimitra Karanatsiou, Paul Hanges, **Jennifer Golbeck**, Athena Vakali. "Leader Narcissism and Follower Engagement - A Machine Learning Approach" *81st Annual Meeting of the Academy of Management.* 2021

C31. **Jennifer Golbeck**. "Dogs Good, Trump Bad: The Impact of Social Media Content on Sense of Well-Being." *Proceedings of the 10th ACM Conference on Web Science.* ACM, 2019.

C32. <u>Brooke Auxier</u>, **Jennifer Golbeck**, Cody Buntain. Analyzing sentiment and themes in fitness influencers Twitter dialogue*Proceedings of the 2019 iConference. 2019*

C33. **Jennifer Golbeck**. Predicting Alcoholism Recovery from Twitter. *Proceedings of the 2018 International Conference on Social Computing, Behavioral-Cultural Modeling & Prediction and Behavior Representation in Modeling and Simulation (SBP-BRiMS)*, 10 pages. 2018

C34. <u>Cody Buntain</u> and **Jennifer Golbeck**. Automatically Identifying Fake News in Popular Twitter Threads. *Proceedings of The 2nd IEEE International Conference on Smart Cloud*, 10 pages. New York, NY, 2017 **Best Paper Award**

C35. **Jennifer Golbeck**. The Importance of Consent in User Comfort with Personalization. *Proceedings of the 9th International Conference on Social Informatics (SocInfo 2017)*, 10 pages. 2017

C36. <u>Booke Auxier</u> and **Jennifer Golbeck**. The President on Twitter: A Characterization Study of @realDonaldTrump. *Proceedings of the 9th International Conference on Social Informatics (SocInfo 2017)*, 10 pages. 2017

C37. **Jennifer Golbeck**.User Concerns with Personal Routers Used as Public Wi-fi Hotspots. *Proceedings of the IEEE 8th Annual Ubiquitous Computing, Electronics and Mobile Communication Conference (UEMCON)*, 8 pages. 2017

C38. **Jennifer Golbeck**, <u>Zahra Ashktorab</u>, <u>Rashad O. Banjo</u>, <u>Alexandra Berlinger</u>, <u>Siddharth Bhagwan</u>, <u>Cody Buntain</u>, <u>Paul Cheakalos</u>, <u>Alicia A. Geller</u>, <u>Qunit Gregory</u>, <u>Rajesh Kumar Gnanasekaran</u>, <u>Raja Rajan Gunasekaran</u>, <u>Kelly M. Hoffman</u>, <u>Jenny Hottle</u>, <u>Vichita Jienjitlert</u>, <u>Shivika Khare</u>, <u>Ryan Lau</u>, <u>Marianna J. Martindale</u>, <u>Shalmali Naik</u>, <u>Heather L. Nixon</u>, <u>Piyush Ramachandran</u>, <u>Kristine M. Rogers</u>, <u>Lisa Rogers</u>, <u>Meghna Sardana Sarin</u>, <u>Gaurav Shahane</u>, <u>Jayanee Thanki</u>, <u>Priyanka Vengataraman</u>, <u>Zijian Wan</u> and <u>Derek Michael Wu</u>. A Large Labeled Corpus for Online Harassment Research. *Proceedings of the 9th International ACM Web Science Conference*, pages 229-233. Troy, NY (2017)

C39. <u>Zahra Ashktorab</u>, Eben Haber, **Jennifer Golbeck** and Jessica Vitak. Beyond Cyberbullying: Self-Disclosure, Harm and Social Support on ASKfm *Proceedings of the 9th International ACM Web Science Conference*, pages 3-12.Troy, NY, 2017

C40. **Jennifer Golbeck**. Detecting Coping Style from Twitter, *Proceedings of the 8th International Conference on Social Informatics (SocInfo 2016)*, 10 pages. 2016

C41. **Jennifer Golbeck**. User Privacy Concerns with Common Data Used in Recommender Systems, *Proceedings of the 8th International Conference on Social Informatics (SocInfo 2016)*, 9 pages. 2016

C42. <u>Cody Buntain</u>, Jimmy Lin, and **Jennifer Golbeck**, Learning to Discover Key Moments in Social Media Streams, in *Proceedings of the IEEE Consumer Communications and Networking Conference*, 10 pages. 2016.

C43. <u>Gao, Peixin</u>, John S. Baras, and Jennifer Golbeck. Semiring-based trust evaluation for information fusion in social network services. *Information Fusion (Fusion), 2015*, pages 590-596. 2015.

C44. <u>Buntain, Cody</u>, **Jennifer Golbeck**, and Gary LaFree. Powers and problems of integrating social media data with public health and safety. *Bloomberg Data for Good Exchange*, 8 pages. New York, NY, USA (2015).

C45. <u>Ashktorab, Zahra</u>, S Kumar, S De, **J Golbeck**. iAnon: Leveraging social network big data to mitigate behavioral symptoms of cyberbullying. *iConference 2014 (Social Media Expo)*, 4 pages. 2014.

C46. Cody Buntain and **Jennifer Golbeck**. Identifying social roles in reddit using network structure. *Proceedings of the 23rd international conference on World Wide Web Companion Volume*, pages 615-620. 2014.

C47. Greg Walsh and **Jennifer Golbeck**. 2014. StepCity: a preliminary investigation of a personal informatics-based social game on behavior change. In *CHI '14 Extended Abstracts on Human Factors in Computing Systems (CHI EA '14)*. ACM, New York, NY, USA, 2371-2376.

C48. Sibel Adali and **Jennifer Golbeck**. Predicting personality with social behavior. In *2012 IEEE/ACM International Conference on Advances in Social Networks Analysis and Mining,* 8 pages. August 2012, Istanbul, Turkey.

C49. Buntain,Cody, **Jennifer Golbeck**, Dana Nau, and Sarit Kraus. Advice and Trust in Games of Choice. In *Tenth Annual Conference on Privacy, Security and Trust*, 2 pages. July 2012, Paris, France.

C50. **Jennifer Golbeck**, Hal Warren, and Eva Winer. Making trusted attribute assertions online with the publish trust framework. In *Tenth Annual Conference on Privacy, Security and Trust*, 2 pages. July 2012, Paris, France.

C51. David Yates and **Jennifer Golbeck**. Is facebook appropriate for the classroom? a comparison of student and faculty perspectives. In *Proceedings of the Euro-American Conference for Academic Disciplines and Creativity*, 27 pages. June 2012, Prague, Czech Republic. (Outstanding Research Presentation).

C52. **Jennifer Golbeck**. STEM initiatives for improved communication skills in the zombie apocalypse. In *Proceedings of the 2012 ACM Conference on Human Factors in Computing Systems Extended Abstracts*, pages 1425–1426. May 2012, Austin, TX.

C53. **Jennifer Golbeck** and Carman Neustaedter. Pet video chat: monitoring and interacting with dogs over distance. In *Proceedings of the 2012 ACM Conference on Human Factors in Computing Systems Extended Abstracts*, pages 1425–1426. May 2012, Austin, TX.

C54. **Jennifer Golbeck**, Cristina Robles, Karen Turner Predicting Personality with Social Media. *Proceedings of alt.chi, ACM Conference on Human Factors in Computing (CHI 2011)*, pages 253–262. April 2011, Vancouver, Canada.

C55. James Michaelis, **Jennifer Golbeck**, James Hendler Leveraging the Semantic Web to Enable Content Mashup For End Users. *Proceedings of HCI International 2011*, 10 pages. July 2011, Orlando, Florida.

C56. **Jennifer Golbeck**, Kenneth Fleischmann. Trust in Social Q &A: The Impact of Text and Photo Cues of Expertise. *Proceedings of ASIST 2010*, pages 1–10. October 2010, Pittsburgh, Pennsylvania.

C57. Klavans, Judith, **Jennifer Golbeck**. Integrating Multiple Computational Techniques for Improving Image Access: Applications to Digital Collections. *Proceedings of the 2010 Grace Hopper Conference*, 5 pages. September 2010, Atalanta, Georgia.

C58. Dana Rotman, **Jennifer Golbeck**, Jennifer Preece. The Community is Where the Rapport Is: On Sense and Structure in the YouTube Community. *2009 Communities & Technologies Conference*, pages 41–50. June, 2009. University Park, Pennsylvania.

C59. **Jennifer Golbeck**. On the Internet, Everybody Knows You're a Dog: The Human-Pet Relationship in Online Social Networks. *ACM Conference on Human Factors in Computing Systems Extended Abstracts*, pages 4495-4500. April 2009, Boston, Massachusetts.

C60. **Jennifer Golbeck**, Michael Wasser. SocialBrowsing: Integrating Social Networks into Web Browsing. *ACM Conference on Human Factors in Computing Systems Extended Abstracts,* pages 2381–2386. April 2007, San Jose, California.

C61. Aaron Mannes, **Jennifer Golbeck**. Ontology Building: A Terrorism Specialist's Perspective. *Proceedings of the IEEE Aerospace Conference,* 5 pages. March 2007, Big Sky, Montana.

C62. Aaron Mannes, **Jennifer Golbeck**. Building a Semantic Web Portal for Counterterror Analysis. *Proceedings of the IEEE Aerospace Conference*, 5 pages. March 2007, Big Sky, Montana.

C63. **Jennifer Golbeck**, Computing with Trust: Definition, Properties, and Algorithms. *Proceedings of International Conference on Security and Privacy in Communication Networks*, pages 1-7. August 2006, Baltimore, Maryland.

C64. **Jennifer Golbeck**. Generating Predictive Movie Recommendations from Trust in Social Networks. *Proceedings of the Fourth International Conference on Trust Management*, pages 93–104. May 2006, Pisa, Italy.

C65. **Jennifer Golbeck**, James Hendler. FilmTrust: Movie recommendations using trust in web-based social networks. *Proceedings of the IEEE Consumer Communications and Networking Conference,* pages 497–529. January 2006, Las Vegas, Nevada.

C66. **Jennifer Golbeck**, Bernardo Cuenca Grau, Christian Halaschek-Wiener, Aditya Kalyanpur, Yarden Katz, Bijan Parsia, Andrew Schain, Evren Sirin, and James Hendler. Semantic web research trends and directions. *Proceedings of the First international Conference on Pattern Recognition and Machine Intelligence, PReMI. 2005*, pages 160-169. December 2005, Kolkata, India.

C67. **Jennifer Golbeck**, James Hendler. Accuracy of Metrics for Inferring Trust and Reputation in Semantic Web-based Social Networks, *Proceedings of 14th International Conference on Knowledge Engineering and Knowledge Management,* pages 116–131. October 2004, Northamptonshire, UK.

C68. **Jennifer Golbeck**, James Hendler. Reputation Network Analysis for Email Filtering. *Proceedings of the First Conference on Email and Anti-Spam,* pages 54–58. July 2004, Mountain View, California.

C69. **Jennifer Golbeck**, Bijan Parsia, James Hendler. Trust Networks on the Semantic Web, *Proceedings of Cooperative Information Agents,* pages 238–249. August 2003, Helsinki, Finland.

C70. Mutton, Paul and **Jennifer Golbeck**. Visualization of Semantic Metadata and Ontologies, *Proceedings of Information Visualization*, pages 300–305. July 2003, London, UK.

C71. Kalyanpur, Aditya and **Jennifer Golbeck** and Michael Grove and Jim Hendler. 2002. An RDF Editor and Portal for the Semantic Web, *Proceedings of Semantic Authoring, Annotation & Knowledge Markup (ECAI 2002),* 4 pages. July 2002, Lyon, France.

C72. **Jennifer Golbeck**. Evolving Strategies for the Prisoner's Dilemma, *Advances in Intelligent Systems, Fuzzy Systems, and Evolutionary Computation,* pages 299–306. February 2002, Interlaken, Switzerland.

### 2.E.iii.3   Papers at Refereed Workshops

W1. **Jennifer Golbeck** and Simon Li. A Dataset and Analysis of Bias. *The Who Are You?! Adventures in Authentication Workshop (WAY 2020)*, 2020

W2. **Jennifer Golbeck**. Improving Emotional Well-Being on Social Media with Collaborative Filtering. *Personalisation and Community*, 2020.

W3. Abigail Bickford, Cody Buntain, **Jennifer Golbeck**, Sean Mussenden, Pal Doshi, Shiyun Chen, Tracy Zeeger, Sydney Vaile, Rebecca L Annis, Pushkar Deshpande, Jency Francis, Ruchira Kapoor, Gwen Hambright, Himanshu Sawant, Etienne Nadeau, Shivam Saith, Naveen Krishnamurthi, Xinyun Zhang. 2018. Identifying Stance in Controversial Topics Through

18

Textual, Social, and Emotional Dimensions. *Proceedings of the 2018 Beyond Online Data workshop at the International Conference on Weblogs and Social Media.*

W4. Auxier, Brooke, and **Jennifer Golbeck**. The Challenge of Personal Attribute Preferences in Recommending Diverse, Reliable News Sources. *CIKM Workshops.* 2018.

W5. Cody Buntain, Erin McGrath, **Jennifer Golbeck**, and Gary LaFree, Comparing Social Media and Traditional Surveys Around the Boston Marathon Bombing, in *6th Workshop on Making Sense of Microposts (#Micropost2016),* 2016.

W6. Belov, Nadya, J Schlachter, C Buntain, **J. Golbeck**. Computational trust assessment of open media data. *2013 IEEE International Conference on Multimedia and Expo Workshops (ICMEW), .* IEEE, 2013.

W7. **Jennifer Golbeck**, Thameem Khan, Nilay Sanghavi and Nishita Thakker. Multiple Personalities on the Web: A Study of Shared Mboxes in FOAF. *Proceedings of the 2009 Workshop on Social Data on the Web,* 12 pages. October 2009, Washington, DC.

W8. Thomas DuBois, **Jennifer Golbeck**, John Kleint, Aravind Srinivasan. Improving Recommendation Accuracy by Clustering Social Neworks with Trust. *Proceedings of the ACM RecSys 2009 Workshop on Recommender Systems and the Social Web,* 8 pages. October 2009, New York, New York.

W9. Audun Josang, **Jennifer Golbeck**, Challenges for robust trust and reputation systems. *Proceedings of the 5th International Workshop on Security and Trust Management.* 12 pages. August, 2009, Saint Malo, France.

W10. Elena Zheleva, **Jennifer Golbeck**, Lise Getoor, Ugur Kuter. Using Friendship Ties and Family Circles for Link Prediction. *SNA-KDD Workshop on Social Network Mining and Analysis,* pages 97-113. August 2008, Las Vegas, Nevada.

W11. V. Shiv Naga Prasad, Behjat Siddiquie, **Jennifer Golbeck**, and Larry S. Davis. Classifying Computer Generated Charts. *In Proceedings of the Workshop on Content Based Multimedia Indexing,* pages 85-92. June 2007, Bordeaux, France.

W12. **Jennifer Golbeck**, Aaron Mannes. Using Trust and Provenance for Content Filtering on the Semantic Web. *Proceedings of the Workshop on Models of Trust on the Web,* 9 pages. May 2006, Edinburgh, UK.

W13. Christian Halaschek-Wiener, **Jennifer Golbeck**, Bijan Parsia, Vladimir Kolovski, and Jim Hendler. Image browsing and natural language paraphrases of semantic web annotations. *First International Workshop on Semantic Web Annotations for Multimedia (SWAMM),* 12 pages. May 2006, Edinburgh, UK.

W14. Christian Halaschek-Wiener, **Jennifer Golbeck**, Andrew Schain, Michael Grove, Bijan Parsia, and Jim Hendler. Annotation and provenance tracking in semantic web photo libraries. *Proceedings of the International Provenance and Annotation Workshop,* pages 82–89. May 2006, Chicago, Illinois.

W15. **Jennifer Golbeck**. Combining Provenance with Trust in Social Networks for Semantic Web Content Filtering. *Proceedings of the International Provenance and Annotation Workshop,* pages 101–108. May 2006, Chicago, Illinois.

19

W16. <u>Yarden Katz</u> and **Jennifer Golbeck**. Nonmonotonic Reasoning with Web-Based Social Networks. *Proceedings of the Workshop on Reasoning on the Web,* pages 469–475. May 2006, Edinburgh, UK.

W17. Aaron Mannes, **Jennifer Golbeck**, James Hendler. Semantic Web and Target-Centric Intelligence: Building Flexible Systems that Foster Collaboration. *Proceedings of Workshop Intelligent User Interfaces for Intelligence Analysis,* 4 pages. January 2006, Sydney, Australia.

W18. **Jennifer Golbeck**. Semantic Web Interaction through Trust Network Recommender Systems. *End User Semantic Web Interaction Workshop*, pages 327–339. November 2005, Sanibel Island, Florida.

W19. **Jennifer Golbeck**. Personalizing Applications through Integration of Inferred Trust Values in Semantic Web-Based Social Networks. *Semantic Network Analysis Workshop*, pages 1005–1018. November 2005, Sanibel Island, Florida.

W20. Bijan Parsia, Taowei Wang, and **Jennifer Golbeck**. Visualizing Web Ontologies with Crop-Circles. *End User Semantic Web Interaction Workshop,* pages 1–8. November 2005, Sanibel Island, Florida.

W21. Christian Halaschek-Wiener, Andrew Schain, **Jennifer Golbeck**, Michael Grove, Bijan Parsia, Jim Hendler. A flexible approach for managing digital images on the semantic web. *5th International Workshop on Knowledge Markup and Semantic Annotation*, pages 49–58. November 2005, Galway, Ireland.

W22. Kalyanpur, Aditya, Nada Hashmi, **Jennifer Golbeck**, Bijan Parsia. Lifecycle of a Casual Web Ontology Development Process. *Proceedings of the Workshop on Application Design, Development and Implementation Issues in the Semantic Web,* 8 pages. May 2004, New York, New York.

W23. **Jennifer Golbeck**, Paul Mutton, Semantic Web Interaction on Internet Relay Chat, *Proceedings of Interaction Design on the Semantic Web,* 5 pages. May 2004, New York, New York.

### 2.E.iii.4    Refereed Posters[2]

P1. <u>Brooke Auxier</u> and **Jennifer Golbeck**. Analyzing topic and stance in fake news stories. *2019 iConference*, 2019.

P2. Cody Buntain, **Jennifer Golbeck**, B. Auxier, B. G. Assefa, K. Boyd, K. M. Byers, G. Chawla, D. Chen, B. J Analyzing a Fake News Authorship Network. *2019 iConference*, 2019.

P3. <u>Cody Buntain</u> and **Jennifer Golbeck**, Brooke Liu, Gary LaFree. Evaluating Public Response to the Boston Marathon Bombing and Other Acts of Terrorism Through Twitter. *International Conference on Weblogs and Social Media (ICWSM)*, April 2016, Cologne, Germany.

P4. <u>Marina Cascaes Cardoso</u>, <u>Elizabeth Warrick</u>, **Jennifer Golbeck**, <u>Jenny Preece</u>. Motivational Impact of Facebook Posts on Environmental Communities. *The 19th ACM conference on Computer-Supported Cooperative Work and Social Computing (CSCW'16)*, March 2016, San Francisco, CA.

---

[2] Peer-reviewed poster presentations, typically accompanied by short descriptions in associated proceedings.

P5. Irena Eleta and **Jennifer Golbeck**. Bridging Languages in Social Networks: How Multilingual Users of Twitter Connect Language Communities?, *ASIS&T 2012 Annual Meeting*, October 2012, Baltimore, Maryland.

P6. Bert Huang and Angelika Kimmigand Lise Getoor and **Jennifer Golbeck**. Probabilistic Soft Logic for Trust Analysis in Social Networks, *International Workshop on Statistical Relational AI*. August 2012, Catalina Island, CA.

P7. Cristina Robles, **Jennifer Golbeck**. Facebook Relationships in the Workplace. *Proceedings of CompleNet 2012*. March 2012, Marathon, Florida.

P8. Judith L. Klavans, Susan Chun, **Jennifer Golbeck**, Dagobert Soergel, Robert Stein, Ed Bachta, Rebecca LaPlante, Kate Mayo, John Kleint. Language and Image: T3 = Text, Tags, and Trust. *2009 Digital Humanities Conference*. July 2009, College Park, Maryland.

P9. **Jennifer Golbeck**, Jeanne Kramer-Smyth. Visualizing Archival Collections with ArchivesZ. *Proceedings of the 2009 Digital Humanities Conference*, July 2009, College Park, Maryland.

P10. Praveen Paruchuri, Preetam Maloor, Bob Pokorny, Aaron Mannes, **Jennifer Golbeck**. Cultural Modeling in a Game-Theoretic Framework, *AAAI Fall Symposium on Adaptive Agents in Cultural Contexts*. November 2008, Washington, DC.

P11. Wu, P. F., Qu, Y., Fleischmann, K., **Golbeck, J.**, Jaeger, P., Preece, J., & Shneiderman, B. Designing a Community-Based Emergency Communication System: Requirements and Implications. *Annual Meeting of the American Society for Information Science and Technology (ASIS&T 2008)*. October 2008, Columbus, OH.

P12. **Jennifer Golbeck**, FilmTrust: Movie Recommendations from Semantic Web-based Social Networks. *IEEE Consumer Communications and Networking Conference*. January 2006, Las Vegas, Nevada.

P13. **Jennifer Golbeck**, FilmTrust: Movie Recommendations from Semantic Web-based Social Networks. *International Semantic Web Conference*. November 2005, Galway, Ireland

P14. Halaschek-Wiener, Christian , Jennifer Golbeck, Andrew Schain, Michael Grove, Bijan Parsia, Jim HendlerPhotostuff-an image annotation tool for the semantic web. *Proceedings of the Poster Track, 4th International Semantic Web Conference*. November 2005, Galway, Ireland.

P15. Pin Xu, Lyubov Remennik, N. Rao Thotakura, **Jennifer Golbeck**, Liju Fan. Prototype development of an immunology ontology that integrates multiple biomedical ontologies. *7th International Protege Conference*. July 2004, Washington, DC.

P16. **Jennifer Golbeck**, Bijan Parsia, James Hendler. Trust Networks on the Semantic Web. *Twelfth International World Wide Web Conference*, May 2003, Budapest, Hungary.

P17. **Jennifer Golbeck**, Ron Alford, Ross Baker, Mike Grove, Jim Hendler, Aditya Kalyanpur, Amy Loomis, Ron Reck. Semantic Web Tools from MINDSWAP. *1st Annual International Semantic Web Conference*, June 2002, Sardinia, Italy.

## 2.I  Contracts and Grants

Total funding to UMD is $10,902,834 (my share $3,722,115) from 18 awards.

On awards where UMD was a subcontractor, I am listed as "UMD PI / co-PI" and the total award amount, the UMD share, and my share are listed.

On awards where I am listed as only "PI / co-PI", UMD is the primary institution and there are no subcontracts. The full award amount and my share are listed.

### 2.I.i  Pending Award Applications

PG1. **co-PI**: Semantic Foundations and Formal Methods for Evolutionary System-of-System Architectures
   Sponsor: DoD Minerva
   Total Award: $990,000
   Duration: 2023-2026

PG2. **PI**: E-VERIFY: STTR: PACT: Personalized Account and Community management Tool
   Sponsor: Naval Air Warfare Center
   Total Award: $72,000
   Duration: 2021

PG3. **co-PI**: Food & Agricultural Assurance &; Supply Chains Testbed (FAAST)
   Sponsor: DARPA
   Total Award: $2,000,000
   Duration: 2021

PG4. **PI**: SaTC Core: Detection, Filtering, and Analysis of Online Harassment
   Sponsor: NSF
   Total Award: $498,934
   Duration:09/01/2018- 8/30/2022

PG5. **co-PI**: CPS: Frontier: Collaborative Research: Networked HCPS: Models, Architectures and Performance Evaluation
   Sponsor: NSF
   Total Award: $5,999,568
   Duration:09/01/2019- 8/30/2022

### 2.I.ii  Current and Past Awards

G1. **PI**, "Advanced Data Science"
   Sponsor: National Security Agency
   Total Award Amount: $149,999
   Duration: September 2018 - August 2019

G2. **co-PI**, "INSPIRE Track 2: Computational Modeling of Grievance and Political Instability Through Global Media"
Sponsor: NSF
Total Award Amount: $2,266,183
My Share: $320,000
Duration: September 2014 - August 2018

G3. **co-PI**, "Science of Security Lablet"
Sponsor: National Security Agency
Total Award Amount: $4,737,089
My Share: $214,000
Duration: September 2014 - March 2017

G4. **PI**, "EAGER: Automated Content-Based Detection of Online Harassment"
Sponsor: NSF
Total Award Amount: $150,000
My Share: $150,000
Duration: July 2015 - December 2016

G5. **Collaborator**, "NIDA NEWS: A New Paradigm for Drug Early Warning Systems
Sponson: NIH-National Institute on Drug Abuse
Total Award Amount: $855,389 My Share: $164,055 Duration: July 2014 - August 2016

G6. **UMD PI**, "Trust in Crowds"
Sponsor: Office of Naval Research
Total Award Amount: $1,238,752.00
UMD Award Amount: $150,000
My Share: $150,000
Duration: February 2012 – January 2015

G7. **UMD co-PI**, "E-VERIFY: Learning and Predicting Ties in Social Networks"
UMD PI: Aravind Srinivasan, UMD co-PI: Lise Getoor
Sponsor: IARPA
Total Award Amount: $13,360,000
UMD Award Amount: $2,142,156
My Share: $71,000
Duration: July 2012 – June 2015

G8. **PI**, "Center for Network Science"
Sponsor: Army Research Office
Total Award Amount: $157,000,000
UMD Award Amount: $1,200,000
My Share: $1,200,000
Duration: September 2009 – August 2014

G9. **UMD PI**, "Semantic Web Informatics for Species in Space and Time"

23

Sponsor: National Science Foundation
Total Award Amount: $1,502,798
UMD Award Amount: $178,590
My Share: $178,590
Duration: January 2010 – January 2013

G10. **PI**, "Behavior Network Diagrams"
co-PI: Ugur Kuter
Sponsor: National Geospatial Intelligence Agency
Award Amount: $750,000
My Share: $500,000
Duration: September 2009 – August 2012

G11. **Co-PI**, "T3: Text, Tagging and Trust to Improve Image Access for Museums and Libraries"
PI: Judith Klavans
Sponsor: Institute for Museum and Library Services
Award Amount: $996,750
My Share: $498,375
Duration: September 2008 – August 2011

G12. **PI**, "EAGER: Understanding Social Behavior in Real-Time Strategy Games"
co-PI: Ugur Kuter
Sponsor: National Science Foundation
Award Amount: $196,199
My Share: $98,100
Duration: September 2009 – August 2011

G13. **PI**, "Grant for Workshop on Social Trust Computing"
Sponsor: Army Research Office
Award Amount: $25,000
My Share: $25,000
Duration: July 2010 – July 2011

G14. **PI** "Rigorous Probabilistic Trust-inference with Applications to Social Network Analysis"
Sponsor: Army Research Office
Award Amount: $50,000
My Share: $50,000
Duration: July 2010 – April 2011

G15. **co-PI**, "Expertise@Maryland University of Maryland"
PI: Doug Oard
Sponsor: University of Maryland, Office of the Vice President for Research
Award Amount: $88,000
My Share: $58,000
Duration: September 2007 – May 2009

G16. **co-PI**, "Workshop on Doctoral Education in the iSchools"
PI: Allison Druin, co-PI: Paul T. Jaeger
Sponsor: National Science Foundation
Award Amount: $45,000

My Share: $15,000
Duration: April 2008 – June 2008

G17. **PI**, "A Graphical Game Theoretic Asymmetric Tactic and Strategy Generation for Simulation and Training"
Sponsor: Office of Naval Research
Award Amount: $30,000
My Share: $30,000
Duration: July 2007 – February 2008

G18. **PI**, "ArchivesZ: Visualizing Archival Collections"
Sponsor: National Endowment for the Humanities
Award Amount: $14,050
My Share: $14,050
Duration: September 2008 – August 2009

G19. **PI**, "Trust in Open Networks"
Sponsor: DARPA
Total Award Amount: $284,589
UMD Award Amount: $50,000
My Share: $50,000
Duration: January 2009 – September 2009

G20. **PI**, "Email Filtering with Trust"
Sponsor: Samsung Telecom America
Award Amount: $100,000
My Share: $100,000
Duration: December 2008 – November 2009

## 2.J   Fellowships, Prizes, and Awards

- DC FemTech Awards (2019)
- ACM Distinguished Member (2018)
- ACM Distinguished Speaker (2017-2020)
- 2015 University of Maryland Research Communication Award
- 2014 University System of Maryland Board of Regents Mentoring Award
- TED Most Powerful Talks of 2014
- 2011 IEEE Conference on Social Computing Best Paper Award
- 2009 International Semantic Web Conference Best Paper Award
- Research Fellow, Web Science Research Initiative (2008 – present)
- IEEE Intelligent Systems Ten to Watch[3] (May 2006)
- 2005 DARPA IPTO Young Investigator (May 2005)

## 2.K   Editorships, Editorial Boards, and Reviewing Activities for Journals and Other Learned Publications

### 2.K.i   Editorial Boards

- Editorial Board, IEEE Intelligent Systems (2017 - present)

---

[3]list of top ten young AI researchers

- Editorial Board, Data Science
- Editorial Committee, Journal of Web Semantics – Special Issue "Exploring New Interaction Designs Made Possible by the Semantic Web"
- Guest Editor, Security & Privacy Magazine, Special Issue on "Security in Social Networks"

## 2.K.ii   Conference Chair Positions

- co-General Chair, **RecSys 2022**: Conference on Recommender Systems
- co-Workshops Chair, **RecSys 2021**: Conference on Recommender Systems
- Organizer, **Workshop on Online Harassment** at CHI2017
- Program co-chair, **RecSys 2015**: Conference on Recommender Systems
- Fellowships Chair, **ISWC 2012**: 11th International Semantic Web Conference
- Fellowships Chair, **ISWC 2011**: 10th International Semantic Web Conference
- Tutorials Co-chair, Program Committee Vice Chair, **ISWC 2009**: 8th International Semantic Web Conference
- Co-organizer, **SWUI 2009**: Semantic Web User Interactions: Exploring HCI Challenges Workshop at ISWC 2009.
- Co-organizer, Workshop on Social Technology for Biodiversity: Motivation, Credibility & Community, 2008
- Co-organizer, **SWUI 2008**: Semantic Web User Interactions: Exploring HCI Challenges Workshop at CHI'08
- Semantic Web Challenge Co-chair, **ISWC 2007**: 6th International Semantic Web Conference
- Semantic Web Challenge Co-chair, **ASWC 2007**: 2nd Asian Semantic Web Conference
- Co-organizer, Helping Users Make Sense of Social Networks: A Workshop, 2007
- Proceedings Chair, **ISWC 2006**: 5th International Semantic Web Conference
- Co-organizer, Workshop on Trust, Security, and Reputation on the Semantic Web, 2006
- Organizer, Developers Day Trust on the Web Track, **WWW 2005**: 13th International World Wide Web Conference

## 2.K.iii   Reviewing: Journals

- ACM Transactions on Privacy: 2016(1)
- PLOS ONE: 2016 (1)
- ACM Transactions on Intelligent Systems: 2012 (2), 2016 (1)
- Foundations and Trends in Information Retrieval: 2015 (1)
- ACM Transactions on Computer-Human Interaction: 2014 (1)
- Foundations and Trends in Human Computer Interaction: 2013 (1)
- ACM Transactions on the Web: 2008 (2), 2009(1), 2012 (1), 2013 (1)
- Foundations and Trends in Web Science: 2012 (1)
- IEEE Security & Privacy: 2012(1)
- ACM Computing Surveys: 2012 (1)
- ACM Transactions on Internet Technology: 2009 (1)
- ACM Transactions on Multimedia Computing, Communications, and Applications: 2009 (1)
- Behaviour and Information Technology: 2008 (1)
- Artificial Intelligence: 2008 (1)
- European Journal of Operational Research: 2007 (1)
- Foundations and Trends in Information Retrieval: 2015 (1)
- Foundations and Trends in Web Science: 2013 (1),

- International Journal of Human Computer Studies: 2008 (1)
- International Journal on Semantic Web and Information Systems: 2007 (1)
- Journal of the American Society for Information Science and Technology: 2010 (1), 2011 (1), 2012 (1)
- Journal of Web Semantics: 2006 (1), 2007 (3), 2008 (1), 2012 (2)
- Policy & Internet: 2012 (1)

### 2.K.iv   Reviewing: Top-Tier Conferences

- **DIS**: ACM Conference on Designing Interactive Systems, Reviewer 2017
- **RecSys**: ACM Conference on Recommender Systems, Senior Program Committee 2010-2018
- **WWW**: International World Wide Web Conference, Senior Program Committee, 2016-2018; Program Committee 2006-2015
- **CSCW**: Computer Supported Cooperative Work, Program Committee 2008, 201-2018
- **CHI**: ACM Conference on Human Factors in Computing, Reviewer / Program Committee 2009-2018
- **AAAI**: AAAI Conference on Artificial Intelligence, Senior Program Committee 2011, 2012, 2013; Program Committee 2006-2010
- **IJCAI**, International Joint Conference on Artificial Intelligence, Program Committee 2009
- **ISWC**: International Semantic Web Conference, Senior Program Committee 2009, 2010, 2011, 2012, Program Committee 2008
- **KDD**: Conference on Knowledge Discovery and Data Mining, Senior Program Committee 2010
- **GROUP**: Conference on Supporting Group Work, Program Committee 2009
- **IJCAI**: International Joint Conferences on Artificial Intelligence, Program Committee 2009

### 2.K.v   Reviewing: Other Venues

- **SocInfo**: Social Informatics, 2016-2018
- **FATREC**: FATREC Workshop on Responsible Recommendation at RecSys 2017
- **ASONAM**: IEEE/ACM International Conference on Advances in Social Networks Analysis and Mining, 2013
- **PST**: Eleventh International Conference on Privacy, Security and Trust, 2013
- **IFIPTM**: International Conference on Trust Management, Program Committee 2009, 2010, 2011, 2012
- **IEA-AIE**: Engineering Knowledge and Semantic Systems, Program Committee 2011
- **SSW**: AAAI Symposium on the Social Semantic Web, Program Committee: 2009
- **WebSci**: Web Science Conference: Society On-Line International Semantic Web Conference, Program Committee 2008
- **BlogTalk**: International Conference on Social Software, Program Committee 2008
- **PST**: Conference on Privacy, Security and Trust, Program Committee 2008
- **SAC**: ACM Symposium on Applied Computing, Program Committee 2008, 2005
- **CoSoSo**: International Conference on Social Software, Program Committee 2008
- **IUI**: Intelligent User Interfaces Conference, Program Committee 2008
- **CEAS**: Conference on Email and Anti-Spam, Program Committee 2007
- **CIKM**: Conference on Information and Knowledge Management, Program Committee 2007
- **CAT**: Context Awareness and Trust, Program Committee 2007
- **Policy**: IEEE Policy, Program Committee 2007

- **SWC**: Semantic Web Challenge, Program Committee 2007
- **SCCSW**: Social and Collaborative Construction of Structured Knowledge Workshop, Program Committee 2007
- **SWCKA**: AAAI Fall Symposium on Semantic Web for Collaborative Knowledge Acquisition, Program Committee 2006
- **EKAW**: International Conference on Knowledge Engineering and Knowledge Management, Program Committee 2006
- **SECOVAL**: The Value of Security through Collaboration Workshop, Program Committee 2005, 2006.
- **SWUI**: Semantic Web User Interaction Workshop, Program Committee 2006
- **OWLED**: OWL Experiences and Directions, Program Committee 2006
- **SPTWS**: Workshop on Security, Privacy, and Trust in Web Services, Program Committee 2006
- **MTW**: Models of Trust Workshop, Program Committee 2006
- **OWLED**: OWL: Experiences and Directions Workshop, Program Committee 2005
- **FOAF**: Workshop on Friend of a Friend, Social Networking, and the Semantic Web, Program Committee 2004
- **SWUI**: First International Workshop on Interaction Design and the Semantic Web, Program Committee 2004
- **VIKE**: Visualizing Information in Knowledge Engineering (VIKE), Program Committee 2003

## 2.L   Other

### 2.L.i   External Talks (see section 2.E.i for keynote and similar talks)

- 'Avoiding Dystopia'
  MIT CSAIL HCI Seminar
  Cambridge, MD (November 9, 2018)
- "Monster or Savior: Can Artificial Intelligence Go Rogue?"
  AAAS Annual Meeting
  Austin, TX (February 16, 2018)
- "Maximizing Value from Social Media"
  Microsoft CEO Summit
  Redmond, WA (May 17, 2017)
- "Algorithms That Find Your Secrets & Predict Your Future"
  X-STEM Extreme STEM Symposium USA Science & Engineering Festival
  Washington, DC (April 28, 2017)
- "The Curly Fry Conundrum"
  Gore Creek Asset Management Family University
  Key Largo, FL (April 7, 2017)
- "Foretold Futures from Digital Footprints: Artificial Intelligence, Behavior Prediction, and Privacy"
  University of Pittsburgh Big Data Science Colloquium
  Pittsburgh, PA (March 24, 2017)
- "Algorithmic Servants or Algorithmic Tyranny: Living With a Predicted Future"
  University of Tennessee
  Knoxville, TN (February 27, 2017)
- "Footprints in the Digital Dust: How Your Online Behavior Says More Than You Think"

Washington & Lee University Mudd Center for Ethics
Lexington, VA (February 2, 2017)

- "Leveraging Social Data and Analytics"
Raytheon One Conference
Orlando, FL (November 3, 2016)

- "The Business Power of Analytics"
Raytheon Senior Leadership Team Meeting
Sea Island, GA (October 28, 2016)

- "The Human Side of Cybersecurity"
Salesforce Press Pause Speaker Series
San Francisco, CA (October 25, 2016)

- "The Curly Fry Conundrum" and "Diamond Heists and Trust"
Nuclear Regulatory Commission HACK 2016 Conference
Rockville, MD (October 19, 2016)

- "The Curly Fry Conundrum"
Microsoft Global CIO Summit
Redmond, WA (September 21, 2016)

- "Big Social Data"
EnFuse 2016 - Guidance Software Annual Conference
Las Vegas, NV (May 25, 2016)

- "The Power of Social Analytics"
Microsoft Global Accounts Summit
Washington, DC (April 27, 2016)

- "Big Social Data"
Canadian Media Directors' Council
Toronto, ON Canada (April 26, 2016)

- "The Insights of Social Analytics"
HR People + Strategy Annual Conference
Scottsdale, AZ (April 12, 2016)

- "Computing with Social Media"
Intel Science Talent Search
Washington, DC (October 17, 2015)

- "Gaining Insights with Social Analytics"
Marketing Research Association Corporate Researchers Conference
St. Louis, MO (October 7, 2015)

- "Big Social Data"
2015 American Nurses Credentialing Center Research Symposium
Atlanta, GA (October 6, 2015)

- "Role of Social Media in Delivering High Quality Innovative Education"
Merck Professional Affairs Meeting
Chantilly, VA (October 1, 2015)

- "Big Social Data"
Dairy Queen Supply Chain Summit
Cambridge, MD (September 23, 2015)

- "The Curly Fry Conundrum"
Marketing Research Association Insights & Strategies Conference
San Diego, CA (June 4, 2015)

- "Big Social Data"

GS1's Connect 2015
Austin, TX (June 3, 2015)

- "Social Media Investigation"
  Twin Cities Security Partnership
  Minneapolis, MN (May 20, 2015)
- "Computing with Social Data"
  Coastal Carolina University Speaker Series
  Myrtle Beach, SC (April 28, 2015)
- "Insights from Big Social Data"
  Association of Executive Search Consultants Global Conference
  New York, NY (April 15, 2015)
- "The Curly Fry Conundrum"
  WBL Foundation Summit
  Dallas, TX (March 18, 2015)
- "Predicting User Attributes in Social Media "
  Society 2013
  State College, PA (May 9, 2013)
- "Generational Computing and Social Media"
  Department of Defense Deep Dive on Obesity
  Portsmouth, VA (August 19, 2012)
- "Information Sharing in Social Networks"
  FBI Lookout Group Meeting
  Dallas, TX (August 14, 2012)
- "Social Networks and HCI Research"
  National Reconnaissance Office
  Chantilly, VA (March 15, 2012)
- "Information Sharing in Social Networks"
  Potomac Valley Chapter (PVC) of the American Society of Information Science and Technology
  Washington, DC (April 10, 2012)
- "Computing Trust and Personality in Social Networks"
  Aberdeen Proving Ground Network Science Meeting
  Aberdeen, MD (March 5, 2012)
- "Managing Content With Trust'
  Professional & Scholarly Publishers 2012 Annual Conference
  Washington, DC (February 2, 2012)
- "Information Sharing in Social Networks"
  FBI Lookout Group Meeting
  Dallas, TX (January 9, 2012)
- "From Open Data to Open Worlds: The Power of the Semantic Web" World Bank Information
  Management Technology Group Forum
  Washington, DC (December 8, 2011)
- "Information Sharing in Social Networks"
  FBI Headquarters – Counterintelligence Division All-hands Meeting
  Washington, DC (November 17, 2011)
- "Predicting Personality from Social Media"
  FBI Counterintelligence Behavioral Analysis Unit
  Quantico, VA (November 1, 2011)

- "Computing with Social Trust"
  Army Research Lab Seminar Series
  Adelphi, MD (December 8, 2010)
- "Computing with Social Trust"
  Aberdeen Proving Ground CTA Seminar
  Aberdeen, MD (November 16, 2010)
- "Personality Traits and Facebook Profiles"
  Social and Cognitive Network Academic Research Center Seminar Series
  Rensselaer Polytechnic Institute, Troy, NY (April 18, 2010)
- "Social Recommender Systems on the Semantic Web"
  National Archives Semantic Web Myth and Fact
  Washington, DC (November 17, 2009)
- "Social Software in Digital Libraries and Archives"
  Online Computer Library Center (OCLC)
  Arlington, VA (November 5, 2009)
- "Tutorial on Using Social Trust for Recommender Systems"
  ACM Conference on Recommender Systems (RecSys '09)
  New York, New York (October 22, 2009)
- "Recommender Systems, Social Trust, and Television Applications"
  StreamSage (a division of Comcast)
  Washington, DC (September 9, 2009)
- "Social Networks on the Semantic Web"
  Microsoft Research Faculty Summit
  Redmond, Washington (July 28, 2008)
- "Understanding Social Networks"
  The 25th Annual Human-Computer Interaction Lab Symposium
  College Park, Maryland (May 29, 2008)
- "Social Networks and Intelligent Systems: Using Relationships for Information Access"
  University of Illinois Urbana-Champaign HCI Seminar
  Urbana, Illinois (February 29, 2008)
- "Social Networks and the Semantic Web"
  Invited talk at Rensselaer Polytechnic Institute
  Troy, New York (February 4, 2008)
- "Recommending Movies with Social Networks"
  Streamsage / Comcast
  Washington, DC (November 2007)
- "Social Information Access: Connecting Distributed Information and People on the Web"
  Presentations with similar titles and content given in the following venues

  - Northeastern University College of Computer and Information Science
    Boston, Massachusetts (February 2007)
  - University of Maryland College of Information Studies
    College Park, Maryland (February 2007)
  - Drexel College of Information Science and Technology
    Philadelphia, Pennsylvania (April 2007)

- "Analysis and Applications of Web-based Social Networks"
  University of Illinois at Urbana-Champaign Age of Networks: Social, Cultural, and Techno-
  logical Connections Speaker Series

Urbana, Illinois (January 22 2007)
- "Provenance Challenge: A Semantic Web Approach"
  Global Grid Forum – GGF18/GridWorld
  Washington, DC (September 13 2006)
- "The Other Kind of Networking: Social Networks on the Web"
  Duke University (March 2006)
- Web-based Social Network Analysis for Socially Intelligent Applications"
  University of Illinois at Chicago (November 2005)
- "Trust in Social Networks"
  National Security Agency's Knowledge Discovery Research Colloquium
  Ft. Meade, Maryland (August 2005)
- "Connections, Computation, and Cinema"
  Presentations with similar titles and content given in the following venues

  - University of Georgia, March 2005.
  - MIT Media Lab, March 2005.

- "Inferring Trust in Web-based Social Networks"
  National Security Agency
  Ft. Meade, Maryland (February 2005)
- "Trust on the Semantic Web"
  Thirteenth Annual World Wide Web Conference Developers Day
  New York, New York (May 2004)
- "The Semantic Web as a Complex System"
  International Conference on Complex Systems
  Boston, Massachusetts (May 2004)
- "Metadata Visualization Challenges"
  NASA Goddard Semantic Web Interest Group
  Greenbelt, Maryland (November 2003)
- "Semantic Web: Structure and Modeling"
  Half-day workshop at the Howard University
  Washington, DC (June 2003)
- "Putting Time into Cognitive Systems: From Real-Time Operating Systems to Information Dynamics"
  Virtual Worlds and Simulation Conference
  Orlando, Florida (January 2003)
- "Tools on the Semantic Web"
  Half-day workshop at the Howard University
  Washington, DC (November2002)
- "Small Worlds on the Semantic Web"
  Science on the Semantic Web (SWS) Workshop
  Boston, Massachusetts (October 2002)
- "Evolving Strategies for the Prisoner's Dilemma"
  13th International Conference on Game Theory
  Stony Brook, New York (July 2002)
- "Semantic Web Do-It-Yourself: Tools for Generating RDF Content"
  NASA Goddard Semantic Web Interest Group
  Greenbelt, Maryland (April 2002)

### 2.L.ii  Internal Talks

- "Big Social Data"
  3rd Annual Administrative Professionals Conference
  College Park, MD (July 27, 2018)
- "Big Social Data"
  Big 10 Counseling Conference
  College Park, MD (February 23, 2018)
- "The Curly Fry Conundrum"
  Counseling Center's Research and Development Series
  College Park, MD (March 29, 2017)
- "The Power of Big Social Data"
  Engineering and Physical Sciences Library STEAM Salon
  College Park, Maryland (March 15, 2017)
- "The Curly Fry Conundrum"
  Fearless Ideas Series
  College Park Maryland (August 30, 2015)
- "Video Chat for Pets"
  HCIL Symposium
  College Park, Maryland (May 22, 2012)
- "Social Network Strategies for Surviving the Zombie Apocalypse"
  HCIL Symposium
  College Park, Maryland (May 22, 2012)
- "The Twitter Mute Button"
  HCIL Symposium
  College Park, Maryland (May 22, 2012)
- "Understanding Users and Relationships in Social Networks"
  MURI Virtual Brown Bag
  College Park, Maryland (April 9, 2012)
- "Computing Trust in Social Networks"
  Guest Lecture to PSY228Q: The psychology of social networking and social computing
  College Park, Maryland (April 2, 2012)
- "Social Computing 2"
  Guest Lecture to CMSC434: Intro to HCI
  College Park, Maryland (November 30, 2011)
- "Social Computing 1"
  Guest Lecture to CMSC434: Intro to HCI
  College Park, Maryland (September 21, 2011)
- "Understanding Users and Relationships in Social Networks"
  HCIL Symposium
  College Park, Maryland (May 25, 2011)
- "Trust, Ties, and Information Diffusion in Social Networks"
  Guest Lecture in INFM289j: Social Media Campaigns for the WellBeing of Humankind
  College Park, Maryland (November 22, 2010)
- "Recommender Systems, Social Networks, and Applications"
  Guest lecture to CPSP218J: Media, Self, and Society
  College Park, Maryland (September 20, 2010)
- "Twitter Use by the US Congress"

HCIL Symposium
College Park, Maryland (May 26, 2010)
- "Recommender Systems, Social Networks, and Applications"
  Guest lecture to CPSP218J: Media, Self, and Society
  College Park, Maryland (September 8, 2009)
- "Designing Systems to Help Find Experts"
  iSchool Colloquium
  College Park, Maryland (September 15, 2008)
- "Social Networks on the Web: Challenges and Opportunities"
  Smith School of Business, University of Maryland
  College Park, Maryland (March 14, 2008)
- "Social Trust for Information Access"
  Center for Information Policy and E-Government (CIPEG) Policy Seminar Series
  College Park, Maryland (February 25, 2008)
- "Social information access -using social networks to sort, filter, and aggregate"
  Human-Computer Interaction Lab (HCIL) Brown Bag Lunch
  College Park, Maryland (November 8, 2008)
- "Inferring Trust in Social Networks for Information Presentation"
  Computational Linguistics and Information Processing (CLIP) Lab Colloquium
  College Park, Maryland (October 3, 2007)

## 2.L.iii   Panels[4]

- Panelist, "Reflecting on Hybrid Events: Learning from a Year of Hybrid Experiences", CHI 2023, Hamburg, Germany
- Panelist , "Will Artificial Intelligence be a net benefit to scientific research?", Artificial Intelligence Citizen's Assembly, April 25, 2023, University of Birmingham, UK
- Moderator "Fighting Disinformation to Save Democracy", iSchool Alumni Event, March 3, 2019, Bethesda, MD
- Panelist, "Online nonsense: tools and teaching to combat fake news on the Web", iConference 2019, College Park, MD
- Panelist, "The Lines Between Censorship and Responsibility", Global Policy Institute, March 27, 2019, Washington DC
- Panelist, "The 2016 US Presidential Election and HCI: Towards a Research Agenda", CHI 2017, May 11, 2017, Denver, CO
- Moderator, "Get Engaged, Get Involved–Mobilizing Involvement through Technology and Setting the Stage for Future Generations", Belmont-Paul Womens Equality National Monument Women's History Month (March 21, 2017)
- Panelist, "Cozy with Cookies: our Brain and Behavioral Targeting", South by Southwest (SXSW), March 11, 2017, Austin, TX
- Panelist, Department of Homeland Security 2017 Big Data Series - Learning from Social Media Challenges and Opportunities, March 3, 2017
- Panelist, "Creating the Future of Data Science: New Horizons for Education and Training", White House Federal Data In Action Summit, December 15, 2016, Washington DC
- Panelist "The Campaign and your Brain", Caltech Association October 27, 2016 Washington, DC

---

[4] Appearances on panels, not accompanied by papers. Refereed or invited as noted.

- Moderator, "Weapons of Math Destruction: Author Discussion", Politics & Prose, September 20, 2016, Washington DC
- Panelist, " Me and My Matrix? The Future of Humans and Computers", Sci Fi Museum Con, July 1, 2016, Alexandria, VA
- Panelist, "Media and the Courts", New Mexico Judicial Conclave, June 17, 2016 Albuquerque, NM
- Panelist, "Is Big Brother Alive and Well?", Virginia Military Institute 2016 Leadership Conference, March 6, 2016 Lexington, VA
- Panelist, "#distractinglySexy: Using Twitter to Fight Sexism in Science Online", South by Southwest (SXSW), March 14, 2016, Austin, TX
- Panelist, "Is Big Brother Alive and Well?", Virginia Military Institute Cyber Ethics Conference, March 7, 2016, Lexington, VA
- Panelist, "Are you in a social media experiment¿", South by Southwest (SXSW), March 14, 2015, Austin, TX
- Panelist, "Opportunities and Risks of Discovering Personality Traits from Social Media", Toronto, Canada
- Panelist, Social Media, NewsVision (digital media conference), March 30, 2009, Washington, DC
- Panelist, Data Fusion and Data Enrichment Panel, Director of National Intelligence Open Source Conference, July 2007, Washington, DC

## 2.M   Op-eds

- Wired: Theres No Excuse to Ignore Warnings of Domestic Terrorism (January 12, 2021)

### 2.M.i   Media Mentions

**Online and Print Media - Major Publications**

- CNN: Pentagon leak spotlights surprising interplay between gaming and military secrets (April 22, 2023)
- WTOP: It may sound like a family member on the phone  but it could be a scammer (March 6, 2023)
- Worcester Telegram: How companies and social media use algorithms to make 'scary' predictions about you (March 10, 2022)
- WUSA9: Apple, Google team up for contact tracing tech to help fight coronavirus (April 17, 2020)
- SyFy: The Stranger Quibi Source: Quibi Quibi's The Stranger: How creator Veena Sud made a tech horror series for your phone (April 14, 2020)
- NBC4: TSA Employees Vent About Management, Passengers on Private Facebook Page (October 28, 2019)
- Fortune: Twitter, Unable to Control Its Worst Elements, Rolls out a Site Redesign (Jul 16, 2019)
- NBC News: Mason jars and drama: How an Instagram influencer's event tour captivated the internet (January 2019)
- CNBC: Fans are using Venmo to tip celebrities like Bears QB Mitchell Trubisky and SNL's Michael Che (January 2019)
- Minnesota Public Radio News: Inside the world of an internet troll: How web users can protect themselves online (Apr 24, 2019)

- Fortune: Twitter and Instagram Are Starting to Imagine a World Without Likes (May 1, 2019)
- New York Post: Is this viral cooking hack the best way to peel garlic? (Jun 17, 2019)
- NBC4 Washington: TSA Employees Vent About Management, Passengers on Private Facebook Page (Oct 28, 2019)
- Gizmodo UK: Starlink Satellites Produce Wave of UFO Sightings in the US (Dec 28, 2019)
- NBC News: 19 bold predictions for science and technology in 2019 (December 27, 2018)
- Scientific American: The Facebook Controversy: Privacy Is Not the Issue (April 18, 2018)
- NBC News: About 600 questions later, Zuckerberg and Congress leave major issues about Facebook unanswered (April 12, 2018)
- NBC News: Tech companies struggle with the human side of fake news (March 17, 2018)
- NBC News: Twitter CEO asks for help in fixing its toxic environment (March 1, 2018)
- Huffington Post: The Teens Are Coming For The NRA, And They Can't Be Stopped (February 25, 2018)
- NBC News: How Parkland's social media-savvy teens took back the internet (February 22, 2018)
- Wired: People Can Put Your Face on Pornand the Law Can't Help You (January 26, 2018)
- Newsweek Melania Trump Is Very Concerned About Appearance, Rarely Shows Flaws, Unlike Previous First Ladies (January 3, 2018)
- Washington Post: Seen but rarely heard: How Melania Trump is approaching the public role of first lady. (January 2 2018)
- NBC News: Facebook at a crossroads as it rides huge profits, battles backlash (November 17, 2017)
- Baltimore Sun: House committee releases Russian-linked ad depicting Freddie Gray (November 1, 2017)
- NBC News Why Did Twitter Suspend Rose McGowan? (October 12, 2017)
- NBC News: Social Media Becomes a Savior in Hurricane Harvey Relief (August 28, 2017)
- Christian Science Monitor: Fallout from modern protests: naming and shaming online (August 17, 2017)
- Wired: Twitter's Meme War Isn't About Civility, It's About Money (June 29, 2017)
- Prevention: 7 Appropriate Ways To Handle Grief On Facebook When You Lose A Loved One (June 1, 2017)
- NBC News: Whose Responsibility Is It to Police Content on Facebook? (May 9, 2017)
- Wired: Facebook's New Plan May Curb Revenge Porn, But Won't Kill It (April 6, 2017)
- Wired: Silly YouTube, Dont You Know Making the Internet Nicer Is Impossible? (March 22, 2017)
- NBC News: Who's Policing Facebook's Secret Groups? (March 7, 2017)
- Christian Science Monitor: AP-NORC poll: Teens cynical about politics, yet many remain hopeful (February 28, 2017)
- NBC News: What Could Happen if President Trump's Twitter Gets Hacked? (February 22, 2017)
- Deutsche Welle: 'I literally wake up in the middle of the night' (February 14, 2017)
- Deutsche Welle: Scientists in the US band together against Donald Trump (February 13, 2017)
- Libration: Donald Trump : Les ttes chercheuses rpliquent (February 12, 2017)
- ABC News: Medical and Science Communities Could Take a Blow From Trump's Immigration Order (January 30, 2017)
- New York Times: Science Will Suffer Under Trumps Travel Ban, Researchers Say (January

30, 2017)
- Chronicle of Higher Education: Shock, Despair, and Outrage: Academics Condemn Trumps Immigration Crackdown (January 30, 2017)
- The Atlantic: Trumps Immigration Ban Is Already Harming American Science (January 29, 2017)
- Buzzfeed: The Online Revolt Of National Parks Has Created A Political Movement (January 27, 2017)
- Deutsche Welle: Scientists fight back against Trump (January 27, 2017)
- NBC News: Where Do We Draw the Line When It Comes to Free Speech Online? (December 7, 2016)
- NBC News: What Would It Take to Shut Down Trump on Twitter? (December 6, 2016)
- The Telegraph: 'Frustrated' computer scientist gives perfect response to 'patronising' tweet (October 5, 2016)
- Huffington Post Canada: This Mansplaining Tweet Shows Why It's Frustrating To Be A Woman In Tech (October 7, 2016)
- Huffington Post: Computer Science Professor Shuts Down Mansplainer Like A Boss (October 5, 2016)
- PolitiFact: Trump says Twitter, Google, Facebook buried Clinton emails story (November 2, 2016)
- New Scientist: What your social media profile photo says about your personality (May 20, 2016)
- USA Today: Why do people sound off on Twitter? Kim Kardashian's Twitter rant explained (March 8, 2016)
- Gizmodo: This Sinister Software Tells You How to Craft the Perfect Email (September 28, 2015)
- Huffington Post: Why Dogs Just Cant Seem To Recognize Us On Our Phones And Tablets (June 2, 2015)
- New York Times: Dressing for TED: What to Wear to Go Viral (March 11, 2015)
- Computerworld: Computers may soon know you better than your spouse (January 13, 2015)
- Fortune Magazine: CONTAGION – From Justin Bieber to data scientists, how Twitter got hot in the academy (August 22, 2014)
- Huffington Post: The Fall of Facebook - and What's Next (June 25, 2014)
- Associated Press: What you 'like' on Facebook can be revealing (March 11, 2013)
- Politico: 'Weinergate' a cautionary tale? (May 31, 2011)
- Daily Caller: Facebook can serve as personality test (May 23, 2011)
- ABC News: Facebook can serve as personality test (May 13, 2011)
- Jezebel: Your Facebook Is The New "Personality Test" (May 13, 2011)
- Time: Put Your Best Face Forward: Facebook Deemed an Accurate Personality Test for Employers (May 10, 2011)
- ABC Online: Facebook can serve as personality test (May 9, 2011)
- Discovery News: Facebook can serve as personality test (May 9, 2011)
- New Scientist: Why Facebook friends are worth keeping (July 15, 2010)
- Baltimore Sun: Congressional Twitter mostly twaddle (September 21, 2009)
- Huffington Post: Politicians On Twitter: Tweets By Lawmakers Boastful Or Boring: Study (September 19, 2009)
- The Hill: Lawmakers' Tweets Largely Self-Promotional (September 18, 2009)
- The Washington Post: Politicians' Tweets Are Mostly Self-Promotional, Researchers Say (September 18, 2009)

- Politico: Study: Congress Needs Twitter Help (September 16, 2009)
- Ars Technica: Who do you trust 2.0: Building better preference predictions (September 21, 2008)
- Wired.com: Obama Supporters Act to Clear FUD. (November 12, 2007)
- Salon.com: You are who you know (June 15, 2004)

## Online and Print Media - Other Outlets

- The Wire: Inside the Minds of Internet Trolls: A Psychological Analysis (April 27, 2020)
- PYMTS: New York Security Law Changes Retail Data Efforts (Feb 27, 2020)
- Book Riot: Why Do People Choose To Publish Their Books Via Kickstarter? (Feb 7, 2020)
- KXLH Helena News: Strange lights seen in the sky in northern Montana are likely SpaceX 'Starlink' satellites (Dec 26, 2019)
- Redheaded Blackbelt: Strange Line of Lights in the Sky Was Reported by Multiple Readers (Dec 24, 2019)
- Dual Dove: Train of UFOs in the Sky Were, in Fact, the Starlink Satellite Constellation (Dec 30, 2019)
- Mic: Oversharing online: The power and danger of saying too much (Aug 23, 2019)
- WLKY Louisville: Belski's Blog - See the Starlink satellites tonight (Dec 23)Fortune: Twitter Hopes Users Will Love Its Redesigned Desktop LayoutAnd Replace All the Bots Its Been Purging (January 2019)
- Russian Machine Never Breaks: Christian Djoos needed surgery for compartment syndrome in his left thigh (January 2019)
- MarketWatch: One year after Zuckerbergs testimony about violent content on Facebook, has anything changed? (March 20, 2019)
- The Cheat Sheet: Kyle Richards from 'RHOBH' Reminds Fans That None of the Cast Members Are Horrible People (March 5, 2019)
- Inquirer: Online customer agents can see what youre typing even before you hit that send button (November 30, 2018)
- The Jewish Voice: Facebook Grappling With The Role it Plays in Suicides (July 14, 2018)
- MarketWatch: She posted a photo on Facebook moments before taking her own life  it took her family days to remove it (July 18, 2018)
- Fox 5 NY: Why toxicity thrives on Twitter (June 1, 2018)
- KUOW: Think data privacy is dead? Try replacing the word 'privacy' with 'consent' (April 16, 2018)
- New York Daily News: Facebook users shouldnt be surprised by how closely their data is being tracked (March 23, 2018)
- KUOW: Talking Facebook (and My Dinner with Andre) on KUOW (March 22, 2018)
- MIT Technology Review: Twitter wants to reduce the health of its conversations to four numbers. Good luck, say experts. (March 8, 2018)
- MN News Today: Keeping Your Children Safe Online (January 11, 2018)
- The Lily: How Melania Trump is approaching the public role of first lady (January 5, 2018)
- Stars and Stripes: How Melania Trump is approaching the public role of first lady (January 2, 2018)
- CustomerThink: In the Digital Revolution, Customers Have Nothing to Lose But Their Privacy (July 31, 2017)
- The SandPaper: Rotting Takes a Turn for the Better; Trolls Give Trolling a Bad Name (May 10, 2017)

- Temple City Tribune: Why Employers Want Millennials With Social Media Skills (May 10, 2017)
- WDEF, Facebook, for the first time, acknowledges election manipulation (April 29, 2017)
- San Diego Union-Tribune: Anyone can discover your secrets from your public social media data (April 22, 2017)
- WJLA: University of Maryland students to attend March for Science in DC (April 21, 2017)
- KVOA" Cleveland Shooting Highlights Facebooks Responsibility in Policing Depraved Videos (April 17, 2017)
- Nanalyze: 7 Startups Giving Artificial Intelligence (AI) Emotions (April 10, 2017)
- Charleston Gazette-Mail: On Retirement: Periods are passe, among other lessons learned from texting (March 28, 2017)
- Marketwatch: Being under surveillance changes our behavior (and not for the better) (March 6, 2017)
- Merdeka: Apa jadinya kalau akun Twitter Presiden Trump dibajak? (February 22, 2017)
- The Diamondback: One UMD professor asked foreigners to help U.S. scientists stuck abroad. 1,000 answered. (February 5, 2017)
- FranceInter: Les scientifiques aussi se mobilisent contre le dcret anti-immigration de Trump (February 2, 2017)
- Inverse.com: Trump's Iran Travel Ban Gutpunched American Science (January 31, 2017)
- Frankfurter Allgemeine Zeitung: Akademiker gegen Trump: Alarm im Wissenschaftsmekka (January 30, 2017)
- Newsmax: Academics Worry Trump's Ban Impacts Education, Science (January 30, 2017)
- Inverse: Trump's Iran Travel Ban Gutpunched American Science (January 30, 2017)
- Milli Gazette: Trolling Syndrome  Not Just a Namesake (December 31, 2016)
- Amanha: Notcias falsas nas mdias sociais: qual a soluo? (December 12, 2016)
- World Politics Review: What Should Tech Giants Do About Hate Speech on Their Platforms? (December 9, 2016)
- Value Walk: How Could Trump Be Shut Down On Twitter? (December 9, 2016)
- Kojo Nnamdi Show Blog: Park Views Colony Club May Symbolize Gentrification, But Its Owner Hopes Its The Positive Kind (December 6, 2016)
- Christian Science Monitor: Many teens have trouble spotting fake news, but it's not as bad as it sounds (November 22, 2016)
- Knowledge@Wharton (Sirius/XM Business Radio blog): Fake News, Hate Speech and Social Media Abuse: Whats the Solution? (November 21, 2016)
- Urgente 24: Facebook & PayPal: Los bancos estn temblando (November 11, 2016)
- Slidebot Blog: 5 Presentations That Explain How Social Media Works (November 7, 2016)
- Grinding my Grits Blog: Internet Trolls: A Repost (November 5, 2016)
- Knowledge@Wharton (Sirius/XM Business Radio blog), Knowledge@Wharton (Sirius/XM blog): Will Twitter Find Its True Calling? (November 4, 2016)
- Safe Routes Partnership Blog: Pokmon Go and the Gamification of Active Travel (November 4, 2016)
- Scary Mommy: Mansplaining Was Featured On Jeopardy! And It Was Perfect (October 31, 2016)
- Knowledge@Wharton (Sirius/XM Business Radio blog): The Facebook-PayPal Partnership: Who Benefits Most? (October 26, 2016)
- Huffington Post Korea:    ' '   ? (October 7, 2016)
- More: The Most Face-Palm Examples Of Mansplaining On The Internet (October 7, 2016)
- Mashable avec France 24: Sexisme ordinaire : une prof d'informatique rabat le clapet d'un

internaute qui a parl trop vite (October 6, 2016)

- Bento: Wie sich eine Professorin gegen Sexismus zur Wehr setzt (October 5, 2016)
- Mashable: Computer scientist shuts down mansplainer who told her to learn Java (October 5, 2015)
- eduI Virginia Foundation for the Humanities: Can Curly Fries Predict the Future? (September 5, 2016)
- America Economia: Un emoji vale ms que mil palabras? (August 5, 2016)
- Netkwesties: AH leert jongeren etiquette met Pokemon Go (July 22, 2016)
- Knowledge@Wharton (Sirius/XM Business Radio blog): Say It With a Smile: Is an Emoji Worth a Thousand Words? (July 18, 2016)
- Illinois Public Media: Look At You Now, A Memoir; Millennium Park Protest; Pokmon Go Goes To College (And Everywhere) (July 12, 2016)
- Sciencenet.cn: (May 31, 2016)
- Quartz: Digital spring-cleaning tips to help speed up and secure your devices (May 27, 2016)
- LIFO: :      : (May 3, 2016)
- KUOW (Seattle Public Radio): Not So Far-Fetched: How Cats And Dogs Can Use Gadgets You Already Own (April 22, 2016)
- Stuff: Why do people rant on Twitter? (March 20, 2016)
- Eagle Strategies Blog: Jennifer Golbeck for TEDx: What Companies and SNS know about you (March 6, 2016)
- Washington Independent Review of Books: Bedtime Stories: February 2016 (February 26, 2016)
- Diane Rehm Show Blog: Your Questions Answered: Anonymous Messaging App Safety (February 21, 2016)
- Business.com: Crystal Knows All: Youre Being Profiled (January 14, 2016)
- Healthcare IT News: Is health data privacy even possible in the social media age? (November 4, 2015)
- Las Vegas Review Journal: The real reason Facebook added six emojis and not a 'Dislike' button (October 12, 2015)
- MIT Technology Review: How Benford's Law Reveals Suspicious Activity on Twitter (April 21, 2015)
- Ideas.ted.com: What are you revealing online? Much more than you think (July 1, 2014)
- Library of Congress Blog: Understanding User Generated Tags for Digital Collections: An Interview with Jennifer Golbeck* (May 1, 2013)
- Seattle Post Intelligencer: What Facebook tells your boss about your personality (May 9, 2011)
- Hindustan Times: Facebook's employee personality test (May 10, 2011)
- Corp Comms Magazine: Politicians Tweet Sweet Nothings (September 22, 2009)
- Sacramento Bee: Tweet-tweet goes Schwarzenegger, a big Twitter user (September 22, 2009)
- Stars & Stripes (U.S. Military Newspaper)
    - Japan Edition (September 22, 2009)
    - Mideast Edition (September 22, 2009)
    - Korea Edition (September 21, 2009)
- USTINET News: Study: Congress Tweets Lack Citizen Talk (September 21, 2009)
- United Press International: Study: Congress Tweets lack citizen talk (September 21, 2009)
- San Diego Union-Tribune: Politicians on Twitter have a lot to say about themselves (September 20, 2009)

- Lawrence Journal World & News: Members of Congress tweet their own horns (September 20, 2009)
- The Telegraph (Calcutta, India): Blowing tweet horns (September 20, 2009)
- The News Journal (Wilmington, DE): For Twitter-happy politicians, the service is all about them (September 20, 2009)
- Honolulu Advertiser: Politicians' Tweets self-promotional (September 20, 2009)
- Hawaii Reporter: Politicians' Tweets Are Mostly Self-Promotional, Researchers Say (September 19, 2009)
- Austin American Statesman: Lawmakers use Twitter for self-promotion, study finds (September 19, 2009)
- The Arizona Republic: Surprise! Twitter from D.C. about self-promotion (September 18, 2009)
- St. Petersburg Times: Times Wires (September 18, 2009)
- Kansas City Star: Study: Congress all a Twitter (September 15, 2009)
- Delmarva Daily Times: ALL ABOUT ME: '25 Things' becomes one of Facebook's biggest fads. (February 27, 2008)
- WEYI NBC25: Facebook backs down on change (February 18, 2009)
- Physics World: Talking Physics in the Social Web (January 2007)

## Podcasts, Radio, and TV - Hosting

- SCIENCE Magazine, host of podcast books segment (January 2017 - present)
- NPR, The Kojo Nnamdi Show, guest host[5] (2014-2019)

## Podcasts, Radio, and TV - Guest

- MSNBC 11th Hour, January 8, 2021; January 13, 2021; January 21, 2021; March 3, 2021; November 22, 2021; May 24, 2023
- Sirius/XM Business Radio, Knowledge@Wharton regular guest on tech issues, 2016 - 2019
- NPR News, "Upworthy Was One Of The Hottest Sites Ever. You Won't Believe What Happened Next" (June 20, 2017)
- NPR, The Diane Rehm Show, (June 9, 2017, November 23, 2016; February 16, 2016; January 8, 2016; July 10, 2006)
- WJLA, University of Maryland students to attend March for Science in DC (April 21, 2017)
- Here & Now (NPR), interview on getting off social media (March 31, 2017)
- MSNBC, Pulse of America, interview on fake news (December 11, 2016)
- NPR, To The Point, interview on social media (January 3, 2014)
- NPR, The Kojo Nnamdi Show, March 21, 2013; July 31, 2012; June 12, 2012; February 28, 2012; October 31, 2011; March 24, 2011; February 15, 2011
- Wisconsin Public Radio, The Joy Cardin Show, interview on "What your Facebook Likes say about you" (March 21, 2013)
- NPR, interview on social media and the Olympics (August 1, 2012)
- NPR, The Animal House, interview on social networks for pets (January 15, 2011)
- BBC World Service Newshour, interview on Twitter use by PMs (October 21, 2009)
- WHIO TV, interview on the use of Twitter by Congress (October 3, 2009)
- KCSN Radio, interview on the use of Twitter by Congress (September 21, 2009)
- WTOP Radio, interview on the use of Twitter by Congress (September 15, 2009)

---

[5]I fill in when the host is out, usually 1-2 hours per month

- NBC 4, TV interview on Facebook data sharing policy (February 17, 2009)
- Science Podcast, interview on trust in social networks (September 18, 2008)
- NBC 4, TV interview on internet predators (February 21, 2008)

# 3   Teaching, Mentoring, and Advising

## 3.A   Courses Taught in the Last Five Years

Enrollment numbers are given parenthetically by each section

- INST 627: Data Analytics for Information Professionals
  - Fall 2019(enrollment 30)

- INST326: Object Oriented Programming
  - Spring 2020 (48)
  - Spring 2019 (55)

- INST141: Data Science Techniques
  - Fall 2018 (51)

- ENMP 809G: Network Data Science
  - Spring 2018 ( 30)

- INST808: Social Network Analysis
  - Fall 2022 (12)

- INST151 / INST408N / INST608N: Becoming a Social Media Influencer
  - Fall 2022 ( 98)
  - Summer 2022 (12)
  - Summer 2021 ( 28)
  - Summer 2020 ( 46)

- INST155 / INFM 289i: Social Networks: Technology and Society
  - Fall 2021 ( 135)
  - Spring 2021 ( 135)
  - Fall 2020 ( 125)
  - Spring 2020 ( 136)
  - Fall 2019 (100)
  - Spring 2019 ( 80)
  - Fall 2018 ( 80)

- INST 462: Information Visualization
  - Fall 2018 ( 45)
  - Spring 2019 (93)
  - Summer 2019 (44)
  - Fall 2019 (93)
  - Spring 2020 (39)
  - Summer 2020 (46)
  - Fall 2020 (96)
  - Winter 2021 (29)

- Spring 2021 (88)
- Winter 2022 (32)
- Summer 2022 (27)

- INST 631 / LBSC795: Fundamentals of HCI
  - Fall 2018 (enrollment 40)

- INST 632 Human Computer Interaction Design Methods
  - Spring 2018 (enrollment 25)

- INST 633 / LBSC708L: Analyzing Social Networks and Social Media
  - Summer 2022 (enrollment 8)
  - Winter 2022 (enrollment 27)
  - Summer 2021 (enrollment 8)
  - Winter 2021 (enrollment 16)
  - Summer 2020 (enrollment 23)
  - Winter 2020 (enrollment 24)
  - Summer 2019 (enrollment 14)
  - Winter 2019 (enrollment 20)
  - Summer 2018 (enrollment 13)
  - Winter 2018 (enrollment 24)

- INST670 / INST728N: Intro to Javascript
  - Summer 2022 (enrollment 8)
  - Winter 2022 (enrollment 8)
  - Summer 2021 (enrollment 8)
  - Winter 2021 (enrollment 8)
  - Summer 2020 (enrollment 8)
  - Winter 2020 (enrollment 8)
  - Summer 2019 (enrollment 8)
  - Winter 2019 (enrollment 8)
  - Summer 2018 (enrollment 9)
  - Winter 2018 (enrollment 8)

- INST673: Hands on Machine Learning with Weka
  - Winter 2022 (enrollment 6)
  - Winter 2021 (enrollment 10)
  - Winter 2020 (enrollment 16)
  - Winter 2019 (enrollment 17)

- INST671 / INST728W: Intro to Web Programming
  - Winter 2022 (enrollment 10)
  - Winter 2021 (enrollment 9)
  - Winter 2020 (enrollment 15)
  - Winter 2019 (enrollment 20)
  - Winter 2018 (enrollment 7)
  - Winter 2017 (enrollment 12)
  - Winter 2016 (enrollment 11)

## 3.B   Course or Curriculum Development

- Fall 2018: Developed online version of INST 462: Information Visualization
- Spring 2017: Developed online version of INST 627, new prep / redevelopment of INST632
- Fall 2015: Developed 1-credit classes on HTML and Javascript to be offered regularly online
- Fall 2012: Development of HCI Masters capstone classes, INST 775 and 776
- Fall 2011: Redevelopment of LBSC795 / INST631 for HCI Masters program
- Spring 2010: First offering of new course for undergraduate iSeries, INFM289I: Social Networks, Technology, and Society
- Winter 2010. Developed online version of LBSC690: Information Technology
- Spring 2009. First offering of new course. INFM 743: Development of Internet Applications
- Spring 2009. Significant course revision. LBSC 690: Information Technology
- Spring 2008. First offering of new course. INFM 220: Information Users in Social Context
- Fall 2007. Development of new course LBSC 888: Doctoral Seminar (with Allison Druin)
- Spring 2007. First offering of new course. CMSC 498N: Small Worlds, Social Networks, and Web Algorithms

## 3.C   Textbooks, Manuals, Notes, Software, Web pages and Other Contributions to Teaching

### 3.C.i   Textbooks

- **Jennifer Golbeck**, Analyzing the Social Web Burlington, MA: Morgan Kaufmann, 2013.

## 3.E   Advising: Other Than Research Direction

### 3.E.i   Undergraduate

- Anthony Rogers, Individual Studies Program, Fall 2007 – Spring 2015
- Ben Falk, Individual Studies Program, Spring 2008 – Spring 2012
- Ryan McCormick, Individual Studies Program, Spring 2008 – Spring 2011

### 3.E.ii   Master's

- Spring 2009: 13 advisees
- Fall 2008: 13 advisees

## 3.F   Advising: Research Direction

### 3.F.i   Undergraduate

- Danny Laurence
  Spring 2012
  Research topic: Computing trust in social networks

- Elaine Wang
  Spring 2012
  Research topic: Multilingual Use of Twitter

- Vincent Kuyatt (Undergraduate Student, Computer Science)
  Spring 2011

Research Topic: Real time strategy games for social strategy analysis

- Michon Edmonson (Undergraduate Student, Computer Science)
  Spring 2011
  Research Topic: Computing personality and trust

- Wendy Mock (Undergraduate Student, Computer Science)
  Spring 2011
  Research Topic: Social tagging of images

- Eric Norris (Undergraduate Student, Computer Science)
  Summer 2010
  Research Topic: processing social network data

- Nima Rad (Undergraduate Student, Computer Science)
  Summer 2010 – Winter 2011
  Research Topic: Games for understanding social strategies

- Karen Turner (Undergraduate Student, Psychology)
  Spring 2010 – Fall 2010
  Research topic: Use of Facebook

- Anthony Rogers (Undergraduate Student, Individual Studies)
  Spring 2008
  Research topic: Social networks on the web

- Stuart Moore (Undergraduate Student)
  Spring 2008, In the context of INFM 220
  Research topic: Expert search

- Joanne Kim (Undergraduate Student)
  Spring 2008, In the context of INFM 220
  Research topic: Expert search

- Mariya Filippova (Undergraduate Student, Computer Science)
  Fall 2007 – Spring 2008
  Research topic: Social Applications in Facebook

- Greg Phillips (Undergraduate Student, Computer Science)
  Spring 2008, In the context of INFM 220
  Research topic: Sentiment analysis in online communities

- Matthew Rothstein (Undergraduate Student, Computer Science)
  Spring 2007 – Summer 2008
  Research topic: Merging social networks on the Semantic Web with FOAF

- Michael Wasser (Undergraduate Student, Computer Science)
  Fall 2005 – Spring 2007
  Research topic: Adding social context to web pages

### 3.F.ii   Master's

**Master's Thesis Committees**

- Committee Member, Thesis Committee
  Joshua Watt, Spring 2023
  University of Adelade
- Chair, Thesis Committee
  Olivia Garahan , Fall 2017-Spring 2018
- Chair, Thesis Committee
  Siddharth Bhagwan , Fall 2017-Spring 2018
- Chair, Thesis Committee
  Chiun-Yao Chang , Fall 2017-Spring 2018
- Chair, Thesis Committee
  Rebecca Stone , Fall 2017-Spring 2018
- Chair, Thesis Committee
  Josh Chang , Fall 2011-Spring 2012
- Chair, Thesis Committee
  Rebecca Stone , Fall 2011-Spring 2012
- Chair, Thesis Committee
  Siddhartha Bhagwan, Fall 2011-Spring 2012
- Chair, Thesis Committee
  Rajan Zachariah, Fall 2011-Spring 2012
- Chair, Thesis Committee
  Aria Ghanaat , Fall 2011-Spring 2012
- Member, Thesis Committee
  Kelly Hoffman (MLS student, the iSchool): Fall 2007 – Spring 2008
- Member, Thesis Committee
  Chris Zamerelli (MLS student, the iSchool): Fall 2007 – Spring 2008
- Member, Thesis Committee
  D. Adam Anderson (MLS student, the iSchool): Fall 2007 – Spring 2008

**Other**

- Zahra Ashktorab (HCIM Student, the iSchool)
  Fall 2011 – Spring 2013

- Beth Emmerling (PhD student, the iSchool)
  Spring 2010 – Fall 2011

- Cristina Robles (MLS student, the iSchool)
  Spring 2010 – Spring 2011

- Alon Motro (MIM student, the iSchool)
  Spring 2009 – Spring 2012

- Jeanne Kramer-Smyth (MLS student, the iSchool)
  Fall 2008 – Spring 2009

- Rishabh Vyas (MIM student, the iSchool)
  Fall 2008 – Spring 2009

- Manasee Mahajan (MIM student, the iSchool)
  Fall 2007 – Fall 2008

### 3.F.iii   Doctoral

**As Advisor/Co-Advisor**

- Advisor, Zahra Ashktorab (Ph.D. Student, iSchool)
  Graduated Spring 2018
- Advisor, Cody Buntain (Ph.D. Student, Computer Science)
  Graduated August 2017
- Advisor, Irene Eleta (Ph.D. Student, iSchool)
  Graduated May 2013
- Advisor, Jes Koepfler (Ph.D. Student, iSchool) 2011-2012
- Co-Advisor with Don Perlis, Hamid Shahri (Ph.D Student, Computer Science)
  Graduated Spring 2011
  First permanent position: Technology Researcher at the Mayo Clinic
- Co-Advisor with Jim Hendler, Vladimir Kolovski (Ph.D. Student, Computer Science)
  Graduated May 2008
  First permanent position: Research Scientist, Oracle (Nashua, NH)
- Advisor, John Kleint (Ph.D. Student, Computer Science) 2008
- Co-Advisor with Jim Hendler, Christian Halaschek-Weiner (Ph.D. Student, Computer Science)
  Graduated December 2007
  First permanent position: Chief Technology Officer of Clados Management LLC.

**Member of Dissertation Committees**

- Liesl Kraus (Engineering Education, Purdue University), 2022
- Xiaoyun Huang (Information Studies), 2022
- Gareth T. Williams (Communications), 2022
- Hazel Feigenblatt Rojas (Journalism), 2022
- Andrew Otis (Journalism), 2021
- Marina Cascaes Cardoso (Information Studies), 2021
- Rock Stevens (Computer Science), 2020
- Cody Hyman (Accounting), 2020
- John McGahagan (Electrical and Computer Engineering), 2019
- Joseph Meyer (American Studies), 2019
- Faez Ahmed (Mechanical Engineering), 2019
- Margaret Gratian (Mechanical Engineering), 2019
- Abigail Bickford (Public Health), 2018
- Kristopher Micinski (Computer Science), 2017
- Tak Lee (Computer Science), 2017
- Srijan Kumar (Computer Science), 2017
- Kimberley Glasgow (Information Studies), 2017

- Arti Ramesh (Computer Science), 2016
- Jorge Mejia (Business), 2016
- Matthew Lincoln (Art History), 2016
- Peixin Gao (Electrical and Computer Engineering) 2016
- Ning Gao (Information Studies), 2015
- Chanhyun Kang (Computer Science), 2015
- Ed Condon (Computer Engineering), 2015
- Jared Sylvester (Computer Science, 2014
- Megan Monroe (Computer Science), 2014
- Kan Leung Cheng (Computer Science), 2013
- Greg Walsh (Information Studies), 2012
- Bo Han (Computer Science), 2012
- Tom Dubois (Computer Science), 2011
- Elena Zheleva (Computer Science), 2011
- Hamid Shahri (Computer Science), 2011
- Chuk-Yang Seng (Computer Science), 2009
- Adam Perer (Computer Science), 2008

**Other**[6]

- Dana Rotman (Ph.D. Student, the iSchool): Fall 2009
  Research Topic: Community structure in YouTube
- Tom DuBois (Ph.D. student, Computer Science): Spring 2009 – Spring 2011
  Research Topic: Computing trust in social networks
- Justin Grimes (Ph.D. Student, the iSchool): Spring 2009
  Research Topic: Twitter Usage in Congress
- Elena Zheleva (Ph.D. Student, Computer Science): Fall 2008 – Spring 2011
  Research Topic: Link prediction in social networks
- Christina Pikas (Ph.D. Student, the iSchool): Spring 2008
  Research Topic: Social networks in science blogs
- Philip Fei Wu (Ph.D. Student, the iSchool), Fall 2007 – Spring 2008
  Research Topic: Community Response Grids

# 4 Service

## 4.A Professional

### 4.A.i Offices and committee memberships held in professional organizations[7]

- World Wide Web Consortium Semantic Web Best Practices Working Group, March 2004 – October 2004

### 4.A.ii Reviewing activities for agencies

- Reviewer, NSF Hazards SEES Program, 2015

---

[6] Students with whom I have had significant research interaction on specific projects, in a capacity other than their advisor/co-advisor.

[7] Position on journal board, chairship/membership on conference program committees, and related reviewing activities already reported in Section 2.K are not repeated here.

- Review Panelist, NSF Secure and Trustworthy Computing, Spring 2013
- Review Panelist, National Science Foundation (NSF), Directorate for Computer and Information Science and Engineering (CISE), Spring 2013
- Review panelist, NASA Postdoctoral Fellows program Summer 2011
- Review panelist, National Science Foundation (NSF), Directorate for Computer and Information Science and Engineering (CISE), Spring 2011
- Review panelist, National Science Foundation (NSF), Directorate for Computer and Information Science and Engineering (CISE), Spring 2010
- Review panelist, National Science Foundation (NSF), Directorate for Computer and Information Science and Engineering (CISE), Fall 2009
- Review panelist, National Science Foundation (NSF), Directorate for Computer and Information Science and Engineering (CISE), Fall 2008
- Outside Reviewer, National Science Foundation (NSF), Directorate for Computer and Information Science and Engineering (CISE), Fall 2007

### 4.A.iii   Other unpaid services to local, state, and federal agencies

- Production of video campaign and social media contest for Department of Defense anti-obesity initiative, in conjunction with Deputy Assistant Secretary of Defense for Health Affairs Summer 2012

## 4.B   Campus

### 4.B.i   College[8]

- Chair, APT Committee (August 2018 - present)
- Chair, Search Committee (2018-2019, 2020-2021, 2022-2023)
- Data Challenge, Mentor 2023, Judge 2022
- Interim Director, PhD Program (July 2017-August 2018)
- Program Director, HCI Masters Program (Summer 2012 – Spring 2014)
- Director, Human-Computer Interaction Lab (Spring 2011 – Spring 2014)
- Member, HCI Masters Committee (Fall 2009 – Spring 2012)
- Member, iSchool Search Committee (Fall 2011– Spring 2012)
- Chair, iSchool Student Awards Committee (Fall 2011 – Spring 2012)
- Co-Director, HCIL (Spring 2009 – Spring 2011)
- Chair, iSchool Undergraduate Committee (Fall 2010 – Spring 2011)
- Member, iSchool Search Committee (Fall 2010 – Spring 2011)
- Member, iSchool Search Committee (Fall 2009 – Spring 2011)
- Member, iSchool ad hoc Research Committee (Fall 2009 – Spring 2011)
- Member, iSchool Undergraduate Committee (Fall 2008 – Spring 2009)
- Assistant Director, Center for Information Policy and E-Government (Fall 2007 – Spring 2010)
- Member, iSchool Doctoral Committee (Fall 2007 – Spring 2010)
- Secretary, College Assembly (Fall 2008 – Spring 2009)

## 4.C   University

- Campus APT (Fall 2023-Spring 2024)

---

[8] Membership on dissertation/examination committees are listed in Section 3.F.iii and not duplicated here.

- University Standing Committee on Sexual Assault (Spring 2017 - present)
- ADVANCE Professor (Fall 2016 – 2019)
- Campus reviewer, NSF Partnerships for Innovation Program 2015, 2016
- Member, University of Maryland Provost Search Committee (Fall 2011 – Spring 2012)