UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN HUGHES, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE, INC.,<br><br>　　　　Defendant. | Case No.  22-cv-07668-VC   (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 146 |

Apple plans to depose all of the named Plaintiffs before it opposes the pending class certification motion.  That's more than 40 depositions.  The current dispute is whether Apple may depose all of the Plaintiffs in person in San Francisco (as Apple prefers) or whether it must depose them remotely (as Plaintiffs prefer).  Plaintiffs report that only one Plaintiff lives in the Bay Area and that most reside outside of California, including in Maryland, Virginia, New Jersey, New York, North Carolina, Florida and Ireland.  For the one Plaintiff who resides in the Bay Area, Apple may depose him or her in person in San Francisco.  However, for the others, forcing them all to travel to San Francisco will result in tens of thousands of dollars in wasteful travel and hotel expenses.  It will also make scheduling all of these depositions a headache.  Accordingly, for named Plaintiffs who live outside of the Bay Area, the Court **ORDERS** that Apple must depose them remotely.

**IT IS SO ORDERED.**

Dated: July 3, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge