UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN HUGHES, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE, INC.,<br><br>        Defendant. | Case No. 22-cv-07668-VC (TSH)<br><br>**ORDER RE MOTION TO SEAL**<br><br>Re: Dkt. No. 179 |

The sealing motion at ECF No. 179 is granted in part and denied in part. The motion is granted as to Exhibits A, B, C, D and E. But it's denied as to the joint discovery letter brief because the redactions are overbroad. Much of the letter brief is just legal argument and does not merit sealing. This denial is without prejudice to Plaintiffs proposing narrowly tailored redactions within five days.

**IT IS SO ORDERED.**

Dated: October 21, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge