UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN HUGHES, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>APPLE, INC.,<br><br>　　　　Defendant. | Case No. 22-cv-07668-VC (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 180 |

The parties have a discovery dispute about redactions Plaintiffs have made to their medical records. It's difficult to evaluate Apple's arguments, as they are presented in the abstract. Accordingly, the Court **ORDERS** the parties to meet and confer and to jointly submit 10 examples of redacted medical records (each side gets to pick five) and provide them and the related redaction logs to the Court for *in camera* review within five days. The parties shall lodge these documents with the Court in hard copy in one or more binders. The binder(s) shall clearly indicate which side picked which documents.

**IT IS SO ORDERED.**

Dated: October 21, 2025

THOMAS S. HIXSON
United States Magistrate Judge