UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN HUGHES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No. 22-cv-07668-VC   (TSH) <br><br> **DISCOVERY ORDER** <br><br> Re: Dkt. No. 183 |

With respect to the joint discovery letter brief at ECF No. 183, the Court **ORDERS** the parties to file the discovery requests at issue, together with the most recent version of Apple's responses, within three days.

**IT IS SO ORDERED.**

Dated: October 21, 2025

THOMAS S. HIXSON
United States Magistrate Judge