# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN HUGHES, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 3:22-cv-07668-VC<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Mag. Judge: Hon. Thomas S. Hixson<br><br>Third Am. Compl. Filed: Nov. 25, 2024 |

Having considered the papers filed in support of Defendant Apple Inc.'s Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed, relating to the Parties' Joint Letter Brief Re Plaintiffs' Redactions of Medical Records ("Brief") pursuant to Local Rule 79-5:

IT IS HEREBY ORDERED that Apple's Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed is GRANTED. The following documents may be filed under seal:

| Document Name | Designating Party | Portion to Consider Sealing |
|---|---|---|
| Brief | Plaintiffs | Highlighted Sections |

To the extent that the Court did not order materials to be filed under seal that the Parties filed provisionally under seal in support of the Parties' Joint Letter Brief Re Plaintiffs' Redactions of Medical Records, Plaintiffs shall file an unsealed version of those materials onto the public docket within seven days of this order.

**IT IS SO ORDERED.**

Dated: October 31, 2025

Hon. Thomas S. Hixson
United Magistrate Judge

[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 3:22-cv-07668-VC
MF-363911937

1