UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN HUGHES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No. 22-cv-07668-VC (TSH) <br><br> **ORDER RE MOTION TO SEAL** <br><br> Re: Dkt. No. 187 |

The motion to seal at ECF No. 187 is denied because the proposed redactions are overbroad. This order is without prejudice to Plaintiffs proposing narrowly tailored redactions within five days.

**IT IS SO ORDERED.**

Dated: November 3, 2025

THOMAS S. HIXSON
United States Magistrate Judge