# Exhibit Q

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4   - - - - - - - - - - - - - - - x
 5   LAUREN HUGHES, et al., on         :
 6   behalf of themselves and          :
 7   all others similarly situated,    :
 8              Plaintiffs,            : Case No.
 9       v.                            : 3:22-cv-07668-VC
10   APPLE INC., a California          :
11   corporation,                      :
12              Defendant.             :
13   - - - - - - - - - - - - - - - x
14
15    Videotaped Deposition of JENNIFER GOLBECK, Ph.D.
16                    Washington, DC
17               Thursday, December 4, 2025
18                      9:16 a.m.
19
20
21
22
23   Job No. 605765
24   Pages:  1 - 176
25   Reported by:  Janet A. Hamilton, RDR
```

```
1              A P P E A R A N C E S
2    ON BEHALF OF THE PLAINTIFFS:
3        EDWIN J. KILPELA, ESQUIRE
4        JAMES LaMARCA, ESQUIRE
5        WADE KILPELA SLADE LLP
6        6425 Living Place
7        Suite 200
8        Pittsburgh, Pennsylvania  15206
9        Ekilpela@waykayslay.com
10
11   ON BEHALF OF THE DEFENDANT:
12       ALEXANDRA L. PREECE BARLOW, ESQUIRE
13       MORRISON & FOERSTER, LLP
14       12531 High Bluff Drive
15       Suite 100
16       San Diego, California  92130
17       858.720.5100
18
19   ALSO PRESENT:
20       DONTE ROBINSON, Videographer
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | JENNIFER GOLBECK, Ph.D., | |
| 2 | a witness herein, being duly sworn, testified as | |
| 3 | follows: | |
| 4 | EXAMINATION BY COUNSEL FOR DEFENDANT | 09:17:14 |
| 5 | BY MS. BARLOW: | 09:17:14 |
| 6 | Q  Good morning.  As I just mentioned, my | 09:17:17 |
| 7 | name is Alexandra Barlow, and I represent the | 09:17:18 |
| 8 | defendant Apple in this case. | 09:17:21 |
| 9 | Could you state and spell your name for | 09:17:22 |
| 10 | the record? | 09:17:24 |
| 11 | A  Yeah.  Jennifer Golbeck, J-E-N-N-I-F-E-R | 09:17:25 |
| 12 | G-O-L-B-E-C-K. | 09:17:30 |
| 13 | Q  Have you ever gone by any other names? | 09:17:31 |
| 14 | A  No. | 09:17:33 |
| 15 | Q  Have you ever been deposed before? | 09:17:34 |
| 16 | A  Yes. | 09:17:36 |
| 17 | Q  How many times? | 09:17:36 |
| 18 | A  15 or 20. | 09:17:38 |
| 19 | Q  How many times have you been deposed as an | 09:17:40 |
| 20 | expert? | 09:17:43 |
| 21 | A  All of those were as an expert. | 09:17:44 |
| 22 | Q  When was the last time you were deposed? | 09:17:46 |
| 23 | A  Maybe a year ago. | 09:17:49 |
| 24 | Q  Have you ever testified at trial before? | 09:17:53 |
| 25 | A  Yes. | 09:17:56 |

| | |
|---|---|
| 1  A   That's correct. | 09:53:45 |
| 2  Q   Did you review any documents produced by | 09:53:48 |
| 3  Apple in this case to prepare your declaration? | 09:53:50 |
| 4  A   No. | 09:53:54 |
| 5  Q   Did you review any of the plaintiffs' | 09:53:55 |
| 6  discovery responses to prepare your declaration? | 09:53:58 |
| 7  A   No. | 09:54:01 |
| 8  Q   Why not? | 09:54:02 |
| 9  A   I wasn't given them. | 09:54:04 |
| 10  Q   Have you reviewed any of the documents | 09:54:07 |
| 11  that the plaintiffs have produced in this case? | 09:54:10 |
| 12  A   No. | 09:54:13 |
| 13  Q   Why not? | 09:54:13 |
| 14  A   I wasn't given them. | 09:54:13 |
| 15  Q   Have you reviewed any of the transcripts | 09:54:15 |
| 16  for depositions taken in this case? | 09:54:18 |
| 17  A   No. | 09:54:20 |
| 18  Q   And why not? | 09:54:21 |
| 19  A   Wasn't given them. | 09:54:22 |
| 20  Q   Did you get all of the documents that you | 09:54:25 |
| 21  needed in order to reach the opinions you've | 09:54:27 |
| 22  included in this declaration? | 09:54:29 |
| 23  A   Yes. | 09:54:31 |
| 24  Q   Have you spoken to any of the plaintiffs | 09:54:34 |
| 25  in this case? | 09:54:37 |

| | |
|---|---|
| 1   plaintiffs' harms or emotional reactions were | 12:08:15 |
| 2   similar or different in any way? | 12:08:18 |
| 3       A   No. | 12:08:20 |
| 4       Q   Did you ever evaluate whether the same | 12:08:23 |
| 5   AirTag feature was implicated in each incident? | 12:08:26 |
| 6       A   No. | 12:08:30 |
| 7       Q   Turning back to your declaration, in | 12:08:37 |
| 8   paragraph 43, it says, "Based upon my review of | 12:08:42 |
| 9   available literature, the Complaint in this case, | 12:08:47 |
| 10  the proposed class definitions provided to me by | 12:08:51 |
| 11  class counsel and the declarations by the proposed | 12:08:54 |
| 12  class representatives provided to me by class | 12:08:57 |
| 13  counsel, I believe that the plaintiffs in this | 12:08:59 |
| 14  case are at an increased risk of continued | 12:09:01 |
| 15  stalking." | 12:09:03 |
| 16          Do you see that? | 12:09:04 |
| 17      A   Yes. | 12:09:04 |
| 18      Q   Is it your contention that all 41 | 12:09:12 |
| 19  plaintiffs in this case are at the same increased | 12:09:15 |
| 20  risk of continued stalking? | 12:09:17 |
| 21      A   So I'm really speaking here statistically, | 12:09:20 |
| 22  right, that we know from the literature that if | 12:09:24 |
| 23  you have been stalked in the past, you are like, | 12:09:27 |
| 24  more likely to be stalked again.  You could do | 12:09:30 |
| 25  separate analyses for each individual person if | 12:09:35 |

| | | |
|---|---|---|
| 1 | you were doing a sort of, like, law enforcement | 12:09:38 |
| 2 | type analysis, but I was really looking at this at | 12:09:42 |
| 3 | a higher level, right. | 12:09:45 |
| 4 | I didn't speak -- as you established, I | 12:09:46 |
| 5 | didn't speak to any of these class | 12:09:48 |
| 6 | representatives, but as a whole, we know that | 12:09:49 |
| 7 | simply by being someone who was stalked before, | 12:09:51 |
| 8 | you are statistically more at risk for being | 12:09:54 |
| 9 | stalked again. | 12:09:57 |
| 10 | Q  Is it your opinion that someone is more | 12:09:58 |
| 11 | likely to be stalked again if they were stalked by | 12:10:01 |
| 12 | someone they knew? | 12:10:05 |
| 13 | A  I don't think I offer opinions separating | 12:10:09 |
| 14 | that out, whether -- whether those risks are | 12:10:12 |
| 15 | different based on if it was stranger or, like, | 12:10:14 |
| 16 | intimate partner stalking the first time. | 12:10:17 |
| 17 | Q  So your opinion about the increased risk | 12:10:19 |
| 18 | of continued stalking isn't tied to who the | 12:10:21 |
| 19 | stalker was; is that correct? | 12:10:24 |
| 20 | A  It's looking at overall trends in | 12:10:26 |
| 21 | stalking -- or patterns rather. | 12:10:29 |
| 22 | Q  Is it your opinion that the plaintiffs | 12:10:34 |
| 23 | here are at the same increased risk of continued | 12:10:37 |
| 24 | stalking? | 12:10:40 |
| 25 | A  Again looking at -- at the high level | 12:10:43 |

| | | |
|---|---|---|
| 1 | were not -- whatever their criteria was -- | 12:22:05 |
| 2 | arrested or charged again. | 12:22:06 |
| 3 | Q You agree that not every person who stalks | 12:22:08 |
| 4 | someone stalks again; correct? | 12:22:11 |
| 5 | A That seems to be true. Yes. | 12:22:13 |
| 6 | Q Did you quantify the amount of risk that | 12:22:16 |
| 7 | increased in forming your opinions of continued | 12:22:22 |
| 8 | stalking? | 12:22:26 |
| 9 | A Like did I calculate what the increased | 12:22:27 |
| 10 | percentage likelihood is? | 12:22:30 |
| 11 | Q Yes. | 12:22:32 |
| 12 | A I didn't, and that seems to be unknown. | 12:22:33 |
| 13 | There is -- there's a lot of papers looking at | 12:22:36 |
| 14 | stalking recidivism, and the numbers are kind of | 12:22:38 |
| 15 | all over the place, depending on, like, what the | 12:22:41 |
| 16 | definition is. | 12:22:44 |
| 17 | If we use, generally, the definition that | 12:22:45 |
| 18 | I use here, the reason that we don't study that is | 12:22:47 |
| 19 | we don't have the data. How are we going to talk | 12:22:50 |
| 20 | to people who have been stalked who've, like, | 12:22:52 |
| 21 | never filed charges, who have never talked to | 12:22:55 |
| 22 | anybody about it, right? These are problems that | 12:22:57 |
| 23 | come up all the time when we're looking at this | 12:22:59 |
| 24 | intersection of psychology and criminology is -- | 12:23:01 |
| 25 | you know, we -- we hear this all the time with, | 12:23:04 |

1  like, women who are reportedly victims of sexual                12:23:06
2  assault.  We know most of them don't report it and              12:23:09
3  so it's hard to get a handle on what the actual                 12:23:11
4  numbers are.  That seems to be the case here.                   12:23:14
5       So I -- I didn't attempt to do that, and,                  12:23:16
6  you know, the attempts to do it all kind of come                12:23:20
7  up with differing numbers.  The terms are clear.                12:23:22
8  The risk absolutely increases.  Stalkers often go               12:23:24
9  on to stalk again, but coming up with the exact                 12:23:28
10 percentages is tricky.                                          12:23:33
11    Q  So you can't say how much of an increased                 12:23:34
12 risk there is that the plaintiffs in this case                  12:23:38
13 will be stalked again; correct?                                 12:23:40
14    A  That's right.                                             12:23:41
15    Q  And you agree that some stalkers never                    12:23:43
16 stalk again; correct?                                           12:23:46
17    A  That seems to be the case, yes.                           12:23:48
18    Q  Are you aware that some of the plaintiffs                 12:23:51
19 testified that they're no longer worried about                  12:23:53
20 being stalked by their alleged stalkers?                        12:23:55
21    A  I have only read their declarations.                      12:23:57
22    Q  Do you know if any of the 41 named                        12:24:00
23 plaintiffs have experienced any stalking since                  12:24:03
24 they learned about the alleged stalking with an                 12:24:05
25 AirTag?                                                         12:24:07

| | |
|---|---|
| 1   A   I don't know. | 12:24:08 |
| 2   Q   Do you know if any of the 41 named | 12:24:10 |
| 3  plaintiffs have experienced any stalking with an | 12:24:12 |
| 4  AirTag since the first time that they found the | 12:24:18 |
| 5  AirTag? | 12:24:20 |
| 6   A   I don't know. | 12:24:21 |
| 7   Q   Do you know if any of the named plaintiffs | 12:24:22 |
| 8  were able to find an AirTag using the unwanted | 12:24:25 |
| 9  tracking prompts on their phone? | 12:24:29 |
| 10   A   I think -- maybe it was -- I think one of | 12:24:31 |
| 11  them -- at least one of them did find it and I | 12:24:34 |
| 12  don't know -- I think what the declaration said is | 12:24:39 |
| 13  they don't know if they found all, but they did | 12:24:41 |
| 14  find one.  Maybe a couple of them said that. | 12:24:43 |
| 15   Q   When you opine that the plaintiffs in this | 12:24:48 |
| 16  case are at an increased risk of continued | 12:24:51 |
| 17  stalking, do you have an opinion on how they might | 12:24:53 |
| 18  be stalked again? | 12:24:57 |
| 19   A   Like what methods of stalking the | 12:24:58 |
| 20  perpetrator would use? | 12:25:02 |
| 21   Q   Correct. | 12:25:03 |
| 22   A   I don't offer any opinions on the method. | 12:25:04 |
| 23   Q   Is it your opinion that they could be | 12:25:06 |
| 24  stalked again with something other than an AirTag? | 12:25:08 |
| 25   A   Sure.  That's possible. | 12:25:11 |

1  Q  So the risk of continued stalking is not                12:25:15
2  tied to the AirTag necessarily; correct?                   12:25:18
3  A  Just to make sure that I'm clear, so --                 12:25:25
4  yeah.  The fact that there is an increased risk of         12:25:29
5  being stalked again doesn't necessarily mean that          12:25:32
6  if they are stalked again it will be with an               12:25:35
7  AirTag.                                                    12:25:37
8  Q  And the literature and publications that                12:25:39
9  you looked at in coming to this conclusion that            12:25:42
10 the plaintiffs in this case are at an increased            12:25:46
11 risk of continued stalking was not specific to             12:25:48
12 stalking with an AirTag; correct?                          12:25:52
13 A  Correct.  I mean, I do -- obviously you                 12:25:55
14 have brought this forward.  There are papers               12:25:59
15 specifically about AirTags in here, but the                12:26:01
16 recidivism papers are not looking at AirTag                12:26:03
17 tracking specifically.                                     12:26:06
18 Q  And you have not reviewed any data showing              12:26:07
19 stalkers repeatedly used AirTags to stalk the same         12:26:10
20 person; correct?                                           12:26:13
21 A  I -- I certainly don't call that out in                 12:26:16
22 the declaration here.  I don't remember if I've            12:26:18
23 seen anything about that or not.                           12:26:20
24 Q  And you yourself have not conducted any                 12:26:22
25 studies or research into stalkers repeatedly using         12:26:25

1  an AirTag to stalk the same person; correct?    12:26:28
2      A  I have not done that research.    12:26:30
3      Q  Did you consider whether any safety    12:26:33
4  updates, like Android alerts, have reduced the    12:26:35
5  risk of repeat stalking for the plaintiffs?    12:26:38
6      A  I did not.    12:26:40
7      Q  Have you considered any of AirTag safety    12:26:42
8  features in your analysis of the risk of continued    12:26:45
9  stalking?    12:26:48
10     A  No.  I'm really relying on the -- the    12:26:50
11 literature that shows generally that there's an    12:26:54
12 increased likelihood of being stalked again.    12:26:57
13     Q  Before preparing your declaration for this    12:27:00
14 case, had you researched stalker recidivism    12:27:02
15 before?    12:27:06
16     A  Yes.  In the close relationships class    12:27:07
17 that I did at Harvard, because I tend to study bad    12:27:09
18 things people do, I was especially interested in    12:27:14
19 domestic violence and stalking, so I knew some of    12:27:18
20 these papers from that.    12:27:21
21     Q  And that was when you were getting your    12:27:22
22 master's in psychology; correct?    12:27:24
23     A  Yeah.  That was one of the earlier classes    12:27:25
24 I took, so maybe 2022.    12:27:28
25     Q  You can't predict which plaintiff, if any,    12:27:29

| | | |
|---|---|---|
| 1 | nuance that I'm missing in your question. | 13:22:24 |
| 2 | Q  So you agree it's not the availability of | 13:22:26 |
| 3 | technology that drives continued stalking; | 13:22:30 |
| 4 | correct? | 13:22:36 |
| 5 | A  I think generally that's true.  I think | 13:22:36 |
| 6 | it's -- there -- there are probably some cases, | 13:22:39 |
| 7 | but generally it's not the case that, like, | 13:22:43 |
| 8 | someone is, like, ah-ha, there is an AirTag, now | 13:22:47 |
| 9 | I'm going to start stalking this person I had no | 13:22:51 |
| 10 | interest in stalking before.  I think that's fair. | 13:22:54 |
| 11 | Q  Do you agree that stalkers often adapt | 13:23:04 |
| 12 | their methods when confronted with barriers? | 13:23:07 |
| 13 | A  I think that's borne out in the | 13:23:12 |
| 14 | literature, yes. | 13:23:14 |
| 15 | Q  So, for example, if a victim blocks a | 13:23:14 |
| 16 | stalker on social media, the stalker might switch | 13:23:17 |
| 17 | to texting or e-mail? | 13:23:20 |
| 18 | A  Yes.  That definitely happens, and I'd say | 13:23:24 |
| 19 | that -- yeah, I agree. | 13:23:28 |
| 20 | Q  And you agree that stalking is a pattern | 13:23:37 |
| 21 | that can be carried out through many different | 13:23:39 |
| 22 | means; correct? | 13:23:41 |
| 23 | A  Yes. | 13:23:42 |
| 24 | Q  And you're not aware of any evidence | 13:23:43 |
| 25 | showing that Bluetooth trackers are the preferred | 13:23:45 |

```
1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2         I, Janet A. Hamilton, Registered Diplomate
3    Reporter and Notary Public before whom the
4    foregoing deposition was taken, do hereby certify
5    that the foregoing transcript is a true and
6    correct record of the testimony given; that said
7    testimony was taken by me stenographically and
8    thereafter reduced to typewriting under my
9    direction; that review was not requested; and that
10   I am neither counsel for, related to, nor employed
11   by any of the parties to this case and have no
12   interest, financial or otherwise, in its outcome.
13        IN WITNESS WHEREOF, I have hereunto set my hand
14   this 9th day of December, 2025.
15
16
17
18
19   [signature: Janet A. Steffen]
20
21
22
23   Registered Diplomate Reporter
24   My commission expires
25   March 31, 2028
```