**WADE KILPELA SLADE LLP**
Gillian L. Wade, State Bar No. 229124
gwade@waykayslay.com
Sara D. Avila, State Bar No. 263213
sara@waykayslay.com
Collins Kilgore, State Bar No. 295084
ckilgore@waykayslay.com
Marc A. Castaneda, State Bar No. 299001
marc@waykayslay.com
2450 Colorado Ave., Suite 100E,
Santa Monica, CA 90404
Telephone: (310) 667-7273
Facsimile: (424) 276-0473

David Slade, *admitted pro hac vice*
slade@waykayslay.com
Lucy L. Holifield, *admitted pro hac vice*
lholifield@waykayslay.com
1 Riverfront Place, Suite 745,
North Little Rock, AR 72114
Telephone: (501) 417-6445
Facsimile: (424) 276-0473

Edwin J. Kilpela, Jr., *admitted pro hac vice*
ek@waykayslay.com
Paige T. Noah, Esq., *admitted pro hac vice*
pnoah@waykayslay.com
James M. LaMarca, *admitted pro hac vice*
jlamarca@waykayslay.com
6425 Living Pl., Suite 200,
Pittsburgh, PA 15206
Telephone: (501) 417-6445
Facsimile: (424) 276-0473

*Attorneys for Plaintiffs and the proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LAUREN HUGHES, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE, INC., a California corporation,<br><br>Defendant. | Case No.: 3:22-cv-07668-VC<br><br>**DECLARATION OF DAVID SLADE IN SUPPORT OF DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Date: **<br>Time: **<br>Dept.: Courtroom E—15th Floor<br>Judge: Honorable Vincent Chhabria |

Declaration of David Slade ISO Apple Inc's Administrative Motion to
Consider whether another Party's materials should be Sealed
Case No. 3:22-cv-07668-VC

## DECLARATION

I, David F. Slade, declare as follows:

1.      I am a partner at the law firm Wade Kilpela Slade LLP and counsel to the Plaintiffs in this action.  I have personal knowledge of the facts set forth in this Declaration and could and would testify competently to said information if called upon to do so. Pursuant to Civil Local Rules 7-11 and 79-5, I submit this Declaration in support of Defendant Apple Inc.'s Administrative Motion to  Defendant Apple Inc.'s Administrative Motion To Consider Whether Another Party's Materials Should Be Sealed (Dkt. 231).

1.      Plaintiffs wish to keep confidential and sealed all of the information identified in the Declaration of Tiffany Cheung In Suppport Of Defendant Apple Inc.'s Administrative Motion To Consider Whether Another Party's Materials Should Be Sealed (Dkt. 231-1).

2.      The information contained in the motion submitted to the Court, as well as the exhibits attached thereto consist of or else directly discuss multiple Plaintiffs' personal and private information about their mental and emotional distress, abuse, and other deeply private and sensitive information about Plaintiffs.

3.      Personal information of this type is entitled to protection under the law and compelling reasons exist to keep it confidential to protect Plaintiffs' privacy interest. *See, e.g., Coston v. Nangalama*, No. 2:10-cv-02009-DC-EFB (PC), 2025 U.S. Dist. LEXIS 90046, at *3-4 (E.D. Cal. May 12, 2025) ("The court has reviewed the exhibits at issue and all contain plaintiff's personal medical information, which, as other courts have routinely found, is of such a sensitive, personal nature that the plaintiff's privacy interest in it outweighs any interest the public may have in its disclosure.");  *United States v. Lopez-Perez*, No. 1:14-cr-0045-AWI, 2021 U.S. Dist. LEXIS 40127, 2021 WL 809396, at *1 (E.D. Cal. Mar. 3, 2021) (ordering medical records to be sealed, explaining "[m]edical records contain private, confidential, and often sensitive information, and courts often order medical records to be filed under seal"); *Pratt v. Gamboa*, No. 17-cv-04375-LHK, 2020 U.S. Dist. LEXIS 90913, 2020 WL 8992141, at *2 (N.D. Cal. May 22, 2020) (granting request to seal documents containing medical information, observing "[c]ourts routinely conclude that the need to protect medical privacy qualifies as a compelling reason for sealing

records"); *Hedrick v. Grant*, No. 276-cv-0162-GEB-EFB-P, 2017 U.S. Dist. LEXIS 19438, 2017 WL 550044, at *2 (E.D. Cal. Feb. 10, 2017) (ordering plaintiff class members medical and psychiatric records sealed). Specifically, the information sought to be sealed here consists of quotations to and summaries of Plaintiffs' deposition testimony, which is conditionally designated Attorneys' Eyes Only under the Protective Order in this matter (ECF No. 124).

I declare under the penalty of perjury that the foregoing is true and correct. Signed this 23rd day of December, 2025 in the State of Arkansas.

*/s/ David Slade*
David Slade

Declaration of David Slade ISO Apple Inc's Administrative Motion to
Consider whether another Party's materials should be Sealed
Case No. 3:22-cv-07668-VC