**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| LAUREN HUGHES, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>APPLE INC., a California corporation,<br><br>                    Defendant. | Case No. 3:22-cv-07668-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>[L.R. 79-5]<br><br>Date: **<br>Time: **<br>Dept.: Courtroom E – 15th Floor<br>Mag. Judge: Hon. Thomas S. Hixson |

Having considered the papers filed in support of Plaintiffs Lauren Hughes, et al. ("Plaintiffs") Administrative Motion to consider whether material quoting, referring to, or describing material designated as "CONFIDENTIAL; SUBJECT TO PROTECTIVE ORDER" should be filed under seal, pursuant to Local Rule 79-5:

IT IS HEREBY ORDERED that Plaintiffs Lauren Hughes, et al. Administrative Motion to consider whether material quoting, referring to, or describing material designated as "CONFIDENTIAL; SUBJECT TO PROTECTIVE ORDER is GRANTED. The following documents may be filed under seal:

| Document Name | Designating Party | Portion to Consider Sealing |
|---|---|---|
| Apple's Supplemental Responses and Objections to Plaintiffs' Interrogatories [Set No. One] | Defendant | The portions of Apple's Responses identifying Apple employees by name and the names of third parties. |
| Joint Letter Brief dated December 11, 2025 | Defendant | The portions of Apple's Responses identifying Apple employees by name and the names of third parties. |

To the extent that the Court did not order materials to be filed under seal that the Parties filed provisionally under seal in support of Plaintiffs' Filing re Discovery Order (ECF No. 186), Plaintiffs shall file unsealed versions of those materials onto the public docket within seven days of this order.

IT IS SO ORDERED.

Dated: January 12, 2026

Hon. Thomas S. Hixson
United States District Judge