**WADE KILPELA SLADE LLP**
Gillian L. Wade, State Bar No. 229124
gwade@waykayslay.com
Sara D. Avila, State Bar No. 263213
sara@waykayslay.com
Collins Kilgore, State Bar No. 295084
ckilgore@waykayslay.com
Marc A. Castaneda, State Bar No. 299001
marc@waykayslay.com
2450 Colorado Ave., Suite 100E,
Santa Monica, CA 90404
Telephone: (310) 667-7273
Facsimile: (424) 276-0473

[ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE]
*Attorneys for Plaintiffs individually and on
behalf of all others similarly situated*

David Slade, *admitted pro hac vice*
slade@waykayslay.com
Lucy L. Holifield, *admitted pro hac vice*
lholifield@waykayslay.com
1 Riverfront Place, Suite 745,
North Little Rock, AR 72114
Telephone: (501) 417-6445
Facsimile: (424) 276-0473

Edwin J. Kilpela, Jr., *admitted pro hac vice*
ek@waykayslay.com
Paige T. Noah, Esq., *admitted pro hac vice*
pnoah@waykayslay.com
James M. LaMarca, *admitted pro hac vice*
jlamarca@waykayslay.com
6425 Living Pl., Suite 200,
Pittsburgh, PA 15206
Telephone: (501) 417-6445
Facsimile: (424) 276-0473

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN HUGHES, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 3:22-cv-07668-VC<br><br>**DECLARATION OF SARA D. AVILA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>[L.R. 79-5]<br><br>Date: **<br>Time: **<br>Dept.: Courtroom E – 15th Floor<br>Mag. Judge: Hon. Thomas S. Hixson |

1

I, SARA D. AVILA, hereby declare as follows:

1.        I am an attorney admitted pro hac vice to practice in the State of California and before this Court, and I am a partner of the law firm of Wade Kilpela Slade, LLP, counsel of record for Plaintiffs Lauren Hughes, et al. ("Plaintiffs") in this case. I have personal knowledge of the facts stated below and, if called as a witness, I could and would competently testify to them.

2.        I submit this declaration in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed.

3.        Pursuant to Local Rule 79-5, the following portions of the Reply and Exhibits to the Slade Declaration quote from, describe, or otherwise refer to documents and information that Defendant has designated or provisionally designated as "CONFIDENTIAL" or "ATTORNEYS' EYES ONLY" under the Stipulated Protective Order (ECF No. 142). Plaintiffs have filed conditionally under seal the following documents:

Specifically, Counsel for Defendant Apple identified the following documents and portions to consider for sealing:

| Document Name | Designating Party | Portion to Consider Sealing |
|---|---|---|
| Slade Decl. Ex. 9 | Defendant | Entire Document |
| Slade Decl. Ex. 10 | Defendant | Entire Document |
| Slade Decl. Ex. 11 | Defendant | Entire Document |
| Slade Decl. Ex. 12 | Defendant | Entire Document |
| Slade Decl. Ex. 13 | Defendant | Entire Document |
| Slade Decl. Ex. 14 | Defendant | Entire Document |
| Slade Decl. Ex. 15 | Defendant | Entire Document |
| Reply in Support of Motion for Class Certification | Defendant | Highlighted Sections on pages 1, |

AVILA DECL. ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 3:22-cv-07668-VC

| Document Name | Designating Party | Portion to Consider Sealing |
|---|---|---|
|  |  | 6, 7, 9, and 18 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 6th day of February, 2026, at Los Angeles, California.

/s/ *Sara D. Avila*

Sara D. Avila

AVILA DECL. ISO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
CASE NO. 3:22-cv-07668-VC