UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN HUGHES, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE, INC.,<br><br>        Defendant. | Case No. 22-cv-07668-VC<br><br>**ORDER DENYING MOTION FOR CLASS CERTIFICATION**<br><br>Re: Dkt. No. 138, 263 |

    For the reasons stated at the March 5, 2026, hearing, the motion for class certification is denied. The plaintiffs' motion for leave to file a response to Apple's objection to the reply evidence is denied as moot. Dkt. No. 263.

    A further case management conference will be held on April 3, 2026, to discuss, among other things, whether the plaintiffs' individual cases should be severed. A joint case management statement is due March 27, 2026.

    **IT IS SO ORDERED.**

Dated: March 9, 2026

                                                              VINCE CHHABRIA
                                                              United States District Judge