UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN HUGHES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE, INC.,<br><br>    Defendant. | Case No. 22-cv-07668-VC (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 248 |

Apple has a pending motion to retain the confidentiality of two documents, but it looks like the motion may be moot. You see, along with the motion to retain confidentiality, Apple filed a motion to seal the two documents at issue (ECF Nos. 247-3 and 247-4). Judge Chhabria denied several of Apple's sealing requests in ECF No. 280, including as to these two documents, and also gave Apple seven days to propose more limited redactions. Apple's more limited proposed redactions at ECF No. 289 do not encompass ECF Nos. 247-3 and 247-4. Thus, it appears that Apple's motion to seal these two documents has been denied, and that issue is now resolved. This means Apple should now file these two documents in the public record, because the motion to seal them has been denied, and once that happens, the motion to retain their confidentiality will be moot. But perhaps there is something the Court has missed. Accordingly, the Court **ORDERS** the parties to file a status report no later than March 18, 2026 concerning whether the present motion is moot.

**IT IS SO ORDERED.**

Dated: March 11, 2026

THOMAS S. HIXSON
United States Magistrate Judge