# EXHIBIT C

**FILED UNDER SEAL**



CONFIDENTIAL



CONFIDENTIAL

APL-HUGHES_00001805



CONFIDENTIAL

APL-HUGHES_00003113

CONFIDENTIAL

APL-HUGHES_00003114



CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00007508

CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00007509

CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00007510

CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00007511

CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00007512

CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00007513

CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00008502



CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00008503

CONFIDENTIAL – ATTORNEYS' EYES ONLY



CONFIDENTIAL – ATTORNEYS' EYES ONLY



CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00009387



CONFIDENTIAL – ATTORNEYS' EYES ONLY



CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00013566



CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00013567



CONFIDENTIAL – ATTORNEYS' EYES ONLY



CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00050633



CONFIDENTIAL – ATTORNEYS' EYES ONLY



CONFIDENTIAL – ATTORNEYS' EYES ONLY



CONFIDENTIAL – ATTORNEYS' EYES ONLY



CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00050637



CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00050638



CONFIDENTIAL – ATTORNEYS' EYES ONLY



CONFIDENTIAL – ATTORNEYS' EYES ONLY



CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00050671

CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00050672



CONFIDENTIAL – ATTORNEYS' EYES ONLY



CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00050923

CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00068029

CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00069805

CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00069806

CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00093040

CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00111588

CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00111589

CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00120724

CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00120785

CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00120786

CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00120787

CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00120788

CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONFIDENTIAL – ATTORNEYS' EYES ONLY

APL-HUGHES_00226722

CONFIDENTIAL – ATTORNEYS' EYES ONLY