**WADE KILPELA SLADE LLP**
Gillian L. Wade, State Bar No. 229124
gwade@waykayslay.com
Sara D. Avila, State Bar No. 263213
sara@waykayslay.com
Collins Kilgore, State Bar No. 295084
ckilgore@waykayslay.com
Marc A. Castaneda, State Bar No. 299001
marc@waykayslay.com
2450 Colorado Ave., Suite 100E,
Santa Monica, CA 90404
Telephone: (310) 667-7273
Facsimile: (424) 276-0473


[ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE]
*Attorneys for Plaintiffs individually and on
behalf of all others similarly situated*

David Slade, *admitted pro hac vice*
slade@waykayslay.com
Lucy L. Holifield, *admitted pro hac vice*
lholifield@waykayslay.com
1 Riverfront Place, Suite 745,
North Little Rock, AR 72114
Telephone: (501) 417-6445
Facsimile: (424) 276-0473

Edwin J. Kilpela, Jr., *admitted pro hac vice*
ek@waykayslay.com
Paige T. Noah, Esq., *admitted pro hac vice*
pnoah@waykayslay.com
James M. LaMarca, *admitted pro hac vice*
jlamarca@waykayslay.com
6425 Living Pl., Suite 200,
Pittsburgh, PA 15206
Telephone: (501) 417-6445
Facsimile: (424) 276-0473

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN HUGHES, *et al.*, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> vs. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | Case No. 3:22-cv-07668-VC <br><br> **NOTICE OF WITHDRAWAL OF LUCY LEE HOLIFIELD** <br><br> Dept.: Courtroom 4 – 17th Floor <br> Judge: Honorable Vince Chhabria <br><br> Third Am. Compl. Filed: November 25, 2024 |

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Lucy L. Holifield of Wade Kilpela Slade LLP has withdrawn as attorney of record for Plaintiffs Lauren Hughes, et al. Plaintiffs remain represented by Wade Kilpela Slade LLP. Accordingly, the withdrawal of Ms. Holifield from this matter will impose no delay of the case nor will it prejudice any party.

Dated:  July 17, 2026

**WADE KILPELA SLADE LLP**

*/s/ Gillian L. Wade*
Gillian L. Wade
Sara D. Avila
Marc A. Castaneda
2450 Colorado Ave., Suite 100E,
Santa Monica, CA 90404
Telephone: (310) 667-7273
Facsimile: (424) 276-0473
gwade@waykayslay.com
sara@waykayslay.com
marc@waykayslay.com

David Slade (admitted *pro hac vice*)
Lucy L. Holifield (admitted *pro hac vice*)
1 Riverfront Place, Suite 745,
North Little Rock, AR 72114
slade@waykayslay.com
lholifield@waykayslay.com
Tel: (501) 417-6445

*Attorneys for Plaintiffs individually*
*and on behalf of all others similarly situated*